IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-3088-MHC |

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this action, pursuant to Canon 3(C) of the Code of Conduct for United States Judges. See also 28 U.S.C. § 455.

The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties.

**IT IS SO ORDERED** this 23rd day of August, 2016.

_____
MARK H. COHEN
United States District Judge