IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

NOW COMES United States of America, by and through the United States Attorney for the Northern District of Georgia, and moves this Court pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time in which to file a Response to Defendant's Motion to Dismiss through and including December 9, 2016. The grounds for this motion are more particularly set forth in the accompanying memorandum of law.

Dated: November 15, 2016.

          Respectfully submitted,

          JOHN A. HORN
          United States Attorney
          Northern District of Georgia

          */s/ Aileen Bell Hughes*

AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov


VANITA GUPTA
Principal Deputy Assistant Attorney
General

EVE HILL
Deputy Assistant Attorney General

SHAHEENA SIMONS
Chief, Educational Opportunities Section

RENEE WOHLENHAUS
Deputy Chief, Educational Opportunities
Section

REGINA KLINE
Senior Counsel

VICTORIA M. LILL
ANDREA E. HAMILTON

Trial Attorneys
United States Department of Justice
Civil Rights Division

/s/ *Andrea E. Hamilton*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**MEMORANDUM OF LAW
IN SUPPORT OF
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Fed. R. Civ. P. 6(b) permits the Court broad discretion in granting enlargements of time made prior to the expiration of the time originally permitted to make the subject filing. *See Yonofsky v. Wernick*, 362 F.Supp. 1005, 1014 (S.D.N.Y. 1973); *see also* Wright & Miller, Federal Practice and Procedure § 1165 (1987).

The United States has started drafting a response to Defendant's Motion to Dismiss but needs additional time to complete its internal review and approval process. Counsel for the United States has consulted with counsel for the State of

4

Georgia, and he has no objection to this Motion. Therefore, United States of America respectfully requests an enlargement of time, through and including December 9, 2016, to file a Response to Defendant's Motion to Dismiss.

A proposed order granting the enlargement of time is attached.

> Respectfully submitted,
>
> JOHN A. HORN
> United States Attorney
> Northern District of Georgia
>
> /s/ *Aileen Bell Hughes*
> AILEEN BELL HUGHES
> GA Bar Number: 375505
> Assistant United States Attorney
> United States Department of Justice
> Richard B. Russell Federal Building
> 75 Ted Turner Dr. SW
> Suite 600
> Atlanta, GA 30303-3309
> (404) 581.6000
> aileen.bell.hughes@usdoj.gov
>
>
> VANITA GUPTA
> Principal Deputy Assistant Attorney General

5

EVE HILL
Deputy Assistant Attorney General

SHAHEENA SIMONS
Chief, Educational Opportunities
Section

RENEE WOHLENHAUS
Deputy Chief, Educational
Opportunities Section

REGINA KLINE
Senior Counsel

VICTORIA M. LILL
ANDREA E. HAMILTON
Trial Attorneys
United States Department of Justice
Civil Rights Division

/s/ *Andrea E. Hamilton*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA | |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and brief have been prepared using Book Antiqua, 13 point font.

/s/ Aileen Bell Hughes
AILEEN BELL HUGHES
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

PLAINTIFF,

v.

STATE OF GEORGIA

DEFENDANT.

Civil Action No.

1:16-cv-03088-ELR

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 15, 2016.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

ORDER

Having read and considered United States of America's Motion for Enlargement of Time to file a Response to Defendant's Motion to Dismiss and for good cause shown, it is hereby ORDERED that United States of America shall be granted an extension of time to file a Response to Defendant's Motion to Dismiss through and including December 9, 2016.

So ordered this _____ day of _____, 201___.

_____
Eleanor L. Ross
United States District Judge

Presented By:
*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505