IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

ORDER

Having read and considered United States of America's Motion for Enlargement of Time to file a Response to Defendant's Motion to Dismiss and for good cause shown, it is hereby ORDERED that United States of America shall be granted an extension of time to file a Response to Defendant's Motion to Dismiss through and including December 9, 2016.

So ordered this 16th day of November, 2016.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge

Presented By:
/s/ Aileen Bell Hughes
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505