# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>    Defendants. | Civil Action No. 1:16-cv-03088-ELR |

## CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

*Amici* are organizations that advise, represent, and support individuals with disabilities, and share a commitment to advancing and protecting the civil rights of persons with disabilities. As such, the *amici* bring a unique understanding of the purpose and role of the Americans with Disabilities Act (ADA) and its implementing regulations to this case. *Amici* therefore respectfully move this Court for leave to file the brief attached hereto as *amici curiae* in support of the United States' brief in opposition to the State of Georgia's Motion to Dismiss. Counsel for *amici* has received the consent of counsel for both parties to the filing of this brief.

Respectfully submitted,

/s/
Daniel F. Goldstein
Jean M. Zachariasiewicz
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030
dfg@browngold.com
jmz@browngold.com

*Counsel for Amici Curiae*

Dated: January 4, 2017