**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>STATE OF GEORGIA*,*<br><br>  Defendants. | Civil Action No. 1:16-cv-03088-ELR |

**[PROPOSED] ORDER GRANTING *AMICI*'S CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

Upon consideration of *Amici*'s Consent Motion for Leave to File Brief of *Amici Curiae*, it is this ___ day of _____, 2017, by the Court

ORDERED that the Motion be and hereby is Granted; and it is further

ORDERED that the Clerk is directed to docket the *Amici*'s Motion.

_____
Elizabeth L. Ross
United States District Judge