UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>Defendants. | Civil Action No. 1:16-cv-03088-ELR |

### ORDER GRANTING *AMICI*'S CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Upon consideration of *Amici*'s Consent Motion for Leave to File Brief of *Amici Curiae*, it is this 9th day of January, 2017, by the Court

ORDERED that the Motion be and hereby is Granted; and it is further

ORDERED that the Clerk is directed to docket the *Amici*'s Brief.

_____
Eleanor L. Ross
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>    Defendants. | Civil Action No. 1:16-cv-03088-ELR |

### CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

*Amici* are organizations that advise, represent, and support individuals with disabilities, and share a commitment to advancing and protecting the civil rights of persons with disabilities. As such, the *amici* bring a unique understanding of the purpose and role of the Americans with Disabilities Act (ADA) and its implementing regulations to this case. *Amici* therefore respectfully move this Court for leave to file the brief attached hereto as *amici curiae* in support of the United States' brief in opposition to the State of Georgia's Motion to Dismiss. Counsel for *amici* has received the consent of counsel for both parties to the filing of this brief.

Respectfully submitted,

_____/s/_____
Daniel F. Goldstein
Jean M. Zachariasiewicz
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030
dfg@browngold.com
jmz@browngold.com

*Counsel for Amici Curiae*

Dated: January 4, 2017