# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ORAL HEARING

Plaintiff United States of America and Defendant State of Georgia (collectively, the "Parties") jointly move this Court for an oral hearing regarding Defendant's Motion to Dismiss pursuant to Local Rule 7.1 (E). *See* Dkt 9, 16. In support of this Joint Motion, the Parties note that this is a matter of public importance.

In this action, the United States alleges that the State of Georgia administers the Georgia Network for Educational and Therapeutic Support ("GNETS") program in violation of Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12134 (1990) by discriminating against public school students with behavior-related disabilities. *See* Dkt. 1. The State of Georgia moved to dismiss and that motion has been fully briefed. *See* Dkt. 9, 16, 17.

Additionally, this Court allowed national and in-state advocacy organizations to file an amicus curiae brief in connection with the motion to dismiss.  *See* Dkt. 19, 20.

The Parties believe that an oral hearing will be of assistance to the Court in consideration of this motion, and respectfully request an oral hearing.

A proposed order is attached for this Court's consideration.

| **On Behalf of Plaintiff:** | **On Behalf of Defendant:** |
|---|---|
| Renee Wohlenhaus<br>Deputy Chief, Civil Rights Division,<br>Educational Opportunities Section | Annette M. Cowart<br>Deputy Attorney General<br>Georgia Bar No. 191199 |
| Victoria M. Lill<br>Andrea E. Hamilton<br>Frances Cohen<br>Travis England<br>Trial Attorneys, Civil Rights Division | Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 7760280<br><br>Julia B. Anderson<br>Senior Assistant Attorney General<br>Georgia Bar No. 017560 |
| */s/ Andrea E. Hamilton*<br>Andrea E. Hamilton<br>NC Bar Number: 42878<br>andrea.hamilton@usdoj.gov<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone:  (202) 514-4092 | State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357<br>Facsimile: (404) 463-1062<br><br>Alexa R. Ross<br>Georgia Bar No. 614986<br>aross@robbinsfirm.com |

/s/ *Aileen Bell Hughes*
Aileen Bell Hughes
GA Bar Number: 375505
aileen.bell.hughes@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309
Telephone:  (404) 581-6000

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com

Special Assistant Attorneys General
Robbins Ross Alloy Belinfante Littlefield LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, GA 30309
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C for documents prepared by computer.

*/s/ Josh Belinfante*

## **CERTIFICATE OF SERVICE**

I certify that on February 8, 2017, the foregoing **JOINT MOTION FOR ORAL HEARING** was served this day by filing it with the Court's CM/ECF System, which automatically notifies parties and counsel of record.

This 8th day of Feburary, 2017.

*/s/ Josh Belinfante*