# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STATE OF GEORGIA,  )<br>  )<br>   Defendant.  ) | CIVIL ACTION NO.<br><br>1:16-CV-03088-ELR |

## **[PROPOSED] ORDER GRANTING ORAL ARGUMENT**

For good cause shown, and with the consent of Plaintiff and Defendant, the Court hereby GRANTS the Joint Motion for Oral Hearing regarding Defendant's Motion to Dismiss [Dkt. 9].

**IT IS HEREBY ORDERED** that the State of Georgia and the United States appear before the Honorable Eleanor L. Ross, United States District Judge, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, in Courtroom _____, on the ____ day of _____, 2017, at _____ o'clock, __.m., to present argument regarding Defendant's Motion to Dismiss.

SO ORDERED, this __ day of _____, 2017.

_____
ELEANOR L. ROSS
United States District Judge