# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## WITHDRAWAL OF JOINT MOTION FOR ORAL HEARING

COMES NOW Defendant State of Georgia and hereby requests withdrawal of the Joint Motion for Oral Hearing (and proposed Order) [DOC 23] filed February 8, 2017.

This 9th day of February, 2017.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505 | */s/ Alexa R. Ross*<br>Alexa R. Ross<br>Georgia Bar No. 614986<br>aross@robbinsfirm.com |
| Dennis R. Dunn<br>Deputy Attorney General<br>Georgia Bar No. 234098 | Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Special Assistant Attorney General |
| Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280 | Robbins Ross Alloy Belinfante Littlefield LLC<br>999 Peachtree Street, N.E., Suite 1120<br>Atlanta, GA 30309 |
| Julia B. Anderson<br>Senior Assistant Attorney General<br>Georgia Bar No. 017560 | Telephone: (678) 701-9381<br><br>*Attorneys for Defendant* |
| State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357<br>Facsimile:  (404) 463-1062 | |

## **CERTIFICATE OF COMPLIANCE**

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C for documents prepared by computer.

*/s/ Josh Belinfante*

## CERTIFICATE OF SERVICE

I certify that on February 9, 2017, the foregoing **WITHDRAWAL OF JOINT MOTION FOR ORAL HEARING** was served this day by filing it with the Court's CM/ECF System, which automatically notifies parties and counsel of record.

This 9th day of February, 2017.

*/s/ Josh Belinfante*