IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The United States, by and through undersigned counsel, hereby gives notice of filing supplemental authority, *United States v. Harris County, et al.*, C.A. No. 4:16-CV-2331 (S.D. Tex. Apr. 26, 2017). A copy of the *Harris County* decision is attached.

The recent *Harris County* decision squarely rejects the holding and rationale of *C.V. v. Dudek*, 209 F. Supp. 3d 1279 (S.D. Fla. 2016), on which Georgia relies to assert that the United States lacks standing to bring this action under Title II of the Americans with Disabilities Act. *See* Dkt. #9 (Motion to Dismiss at 2; Memorandum in Support at 3, 9-12). In *Harris County*, the Court denied the motion to dismiss, holding – in keeping with the arguments urged here by the United States – that "the plain language of the ADA, its legislative history, and the implementing regulations

clearly establish that the United States has authority to bring lawsuits under Title II of the ADA." The court further stated that the result it reached "is reflected by every court (except *C.V. v Dudek*) to address the question." Slip Op. at 1 (citations omitted).

Dated: April 27, 2017

Respectfully submitted:

KURT ERSKINE
Acting United States Attorney
Northern District of Georgia


 /s/ Aileen Bell Hughes
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
(404) 581-6000
aileen.bell.hughes@usdoj.gov

TOM WHEELER
Acting Assistant Attorney General

REBECCA BOND
Acting Deputy Assistant Attorney General

SHAHEENA SIMONS
Chief
Educational Opportunities Section

RENEE M. WOHLENHAUS
Deputy Chief
Educational Opportunities Section

FRANCES S. COHEN
TRAVIS W. ENGLAND
ANDREA E. HAMILTON
VICTORIA M. LILL
Trial Attorneys
United States Department of Justice
Civil Rights Division

/s/ *Frances S. Cohen*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-3097
frances.cohen@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

>
> */s/ Aileen Bell Hughes*
> AILEEN BELL HUGHES
> Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 27th day of April, 2017.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant U.S. Attorney