# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:16-cv-03088-ELR |
| STATE OF GEORGIA, ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Travis W. England, Esq., herein files notice of his appearance in the above-styled case, and respectfully requests that he be entered as attorney of record for the Plaintiff United States of America.

Dated: May 1, 2017

/s/ *Travis W. England*
Travis W. England
Trial Attorney
New York State Bar No.: 4805693
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-2042

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

<u>*/s/ Travis W. England*</u>
Travis W. England
Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 1st day of May, 2017.


*/s/Aileen Bell Hughes*
Aileen Bell Hughes
Assistant U.S. Attorney