## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO:  1:16-CV-03088-ELR |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF
## KIMBERLY K. ANDERSON

PLEASE TAKE NOTICE that Kimberly K. Anderson of the law firm of

Robbins Ross Alloy Belinfante Littlefield LLC hereby enters her appearance as

additional counsel for Defendant, along with Alexa R. Ross and Josh Belinfante.

This 2nd day of May, 2017.

Christopher M. Carr                 */s/ Kimberly K. Anderson*
Attorney General                    Alexa R. Ross
Georgia Bar No.  112505             Georgia Bar No. 614986
                                    aross@robbinsfirm.com

Dennis R. Dunn                      Josh Belinfante
Deputy Attorney General             Georgia Bar No. 047399
Georgia Bar No.  234098             jbelinfante@robbinsfirm.com
                                    Kimberly K. Anderson
Russell D. Willard                  Georgia Bar No.  602807
Senior Assistant Attorney General   kanderson@robbinsfirm.com
Georgia Bar No.  760280             Robbins Ross Alloy Belinfante Littlefield
                                    LLC
Julia B. Anderson                   999 Peachtree Street, N.E., Suite 1120
Senior Assistant Attorney General   Atlanta, GA 30309
Georgia Bar No.  017560             Telephone: (678) 701-9381

*Attorneys for Defendant*

State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia  30334
Telephone:  (404) 656-3357
Facsimile:  (404) 463-1062

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Kimberly K. Anderson*
Kimberly K. Anderson
Georgia Bar No.  602807

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF KIMBERLY K. ANDERSON** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 2nd day of May, 2017

*/s/ Kimberly K. Anderson*
Kimberly K. Anderson
Georgia Bar No.  602807