# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Bonnie I. Robin-Vergeer, Esq., herein files notice of her appearance in the above-styled case, and respectfully requests that she be entered as attorney of record for the Plaintiff United States of America.

Dated: May 9, 2017

                                               s/ Bonnie I. Robin-Vergeer
                                               BONNIE I. ROBIN-VERGEER
                                               Attorney
                                               District of Columbia Bar No. 429717
                                               Department of Justice
                                               Civil Rights Division
                                               Appellate Section
                                               Ben Franklin Station
                                               P.O. Box 14403
                                               Washington, DC 20044-4403
                                               (202) 353-2464

## **L.R. 7.1(D) CERTIFICATION**

I certify that this notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this notice has been prepared using 14-pt Times New Roman Font.

s/ Bonnie I. Robin-Vergeer
BONNIE I. ROBIN-VERGEER
 Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 9th day of May, 2017.

                                        s/ Bonnie I. Robin-Vergeer
                                        BONNIE I. ROBIN-VERGEER
                                              Attorney