# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cv-03088-ELR
### United States of America v. State of Georgia
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 05/10/2017.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:30 P.M.
TIME IN COURT: 2:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: Derrick Davis
DEPUTY CLERK: Michelle Beck

ATTORNEY(S) PRESENT: Kimberly Anderson representing State of Georgia
Joshua Belinfante representing State of Georgia
Travis England representing United States of America
Aileen Hughes representing United States of America
Bonnie Robin-Vergeer representing United States of America
Alexa Ross representing State of Georgia

PROCEEDING CATEGORY: Motion Hearing(Other Evidentiary Hearing-Contested);

MINUTE TEXT: Court called to order. Oral arguments regarding outstanding motions. The Court will prepare an order memorializing the rulings rendered during the hearing.

HEARING STATUS: Hearing Concluded