# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF CONSENT TO WITHDRAW

COMES NOW Travis England pursuant to Local Rule 83.1E and files this Certificate of Consent to Withdraw as counsel for the United States of America in this action. The United States will continue to be represented by Aileen Bell Hughes, Renee Wohlenhaus, Andrea Hamilton, Victoria Lill, and Frances Cohen.

Respectfully submitted, this 12th day of May 2017.

/s/ Travis W. England
Travis W. England
Trial Attorney
New York State Bar No.: 4805693
Admitted *Pro Hac Vice*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-2042

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
(404) 581-6000
aileen.bell.hughes@usdoj.gov

RENEE WOHLENHAUS
Deputy Chief
Educational Opportunities Section

*/s/ Andrea E. Hamilton*
FRANCES S. COHEN
ANDREA E. HAMILTON
VICTORIA M. LILL
Trial Attorneys
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 51404092
andrea.hamilton@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C for documents prepared by computer.

                                                */s/ Travis W. England*
                                                Travis W. England
                                                Trial Attorney

## **CERTIFICATE OF SERVICE**

I certify that on May 12, 2017, the foregoing Certificate of Consent to Withdraw was served this day by filing it with the Court's CM/ECF System, which automatically notifies parties and counsel of record.

This 12th day of May, 2017

<i>/s/ Travis W. England</i><br>
Travis W. England<br>
Trial Attorney