

U.S. District Court Clerk
75 Ted Turner Dr. NW, Suite 221
Atlanta, GA 30303

CLEARED
JUN 1 4 2017
U.S. Marshals
Atlanta Ga

Carmen Allen
9130 Browns Bridge Rd.
Gainesville, GA 30506