UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>Defendants. | Civil Action No. 1:16-cv-03088-ELR |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL FOR *AMICI CURIAE*
THE LEADERSHIP CONFERENCE ON CIVIL RIGHTS, ET AL.**

PLEASE TAKE NOTICE that Amici Curiae, through counsel, hereby notify the Court and all counsel that Daniel F. Goldstein of Brown, Goldstein & Levy LLP, counsel for *Amici Curiae* The Leadership Conference on Civil Rights, *et al.*, is withdrawing as co-counsel in the above-referenced proceeding.

                                                Respectfully submitted,

                                                /s/
                                         Jean M. Zachariasiewicz
                                         BROWN GOLDSTEIN & LEVY, LLP
                                         120 East Baltimore Street, Suite 1700
                                         Baltimore, Maryland 21202
                                         (410) 962-1030
                                         jmz@browngold.com

                                         *Counsel for Amici Curiae*

Dated: December 26, 2017