# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>   Defendant. ) | CIVIL ACTION FILE<br><br>NO: 1:16-CV-03088-ELR |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.1D, Joseph H. Saul of the law firm Robbins Ross Alloy Belinfante Littlefield LLC, 500 14th Street, N.W., Atlanta, Georgia 30318 hereby enters his appearance as additional counsel for Defendant State of Georgia.

Respectfully submitted this 24th day of October, 2019.

>*/s/ Joseph H. Saul*
>Josh Belinfante
>Georgia Bar No. 047399
>jbelinfante@robbinsfirm.com
>Alexa R. Ross
>Georgia Bar No. 614986
>aross@robbinsfirm.com
>Kimberly Anderson
>Georgia Bar No. 602807
>kanderson@robbinsfirm.com
>Joseph H. Saul
>Georgia Bar No. 432592
>jsaul@robbinsfirm.com

-2-

                                     Robbins Ross Alloy Belinfante Littlefield LLC
                                     500 14th Street, N.W.
                                     Atlanta, Georgia 30318
                                     Telephone:    (678) 701-9381
                                     Facsimile:     (404) 856-3250

*Attorneys for Defendant State of Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

This 24th day of October, 2019.

*/s/ Joseph H. Saul*
Joseph H. Saul