# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO: 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR STAY OF PROCEEDINGS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant State of Georgia ("State") files this Renewed Motion to Dismiss the Complaint [Doc. No. 1], or in the alternative, for Stay of Proceedings. Defendant files contemporaneously with this Motion, its Memorandum of Law in Support of Defendant's Renewed Motion to Dismiss, or in the Alternative, for Stay of Proceedings

Respectfully submitted this 6th day of November, 2019.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Alexa R. Ross
Georgia Bar No. 614986
aross@robbinsfirm.com

        Kimberly K. Anderson
        Georgia Bar No. 602807
        kanderson@robbinsfirm.com
        Joseph H. Saul
        Georgia Bar No. 432592
        jsaul@robbinsfirm.com

        Robbins Ross Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
        Atlanta, Georgia 30318
        Telephone:   (678) 701-9381
        Facsimile:    (404) 856-3250

        *Attorneys for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this motion has been prepared using 14-pt Times New Roman Font.

*/s/ Josh Belinfante*
Josh Belinfante

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT'S RENEWED MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR STAY OF PROCEEDINGS** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

This 6th day of November, 2019.

                                                    */s/ Josh Belinfante*
                                                  Josh Belinfante