# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:16-CV-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Michelle L. Tucker, Esq., herein files notice of her appearance in the above-styled case, and respectfully requests that she be entered as attorney of record for the Plaintiff United States of America.

Dated: November 25, 2019

/s/ Michelle L. Tucker
Michelle L. Tucker
Trial Attorney
D.C. Bar No. 888230151
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Telephone: (202) 305-3488
Fax: (202) 514-8337
michelle.tucker@usdoj.gov
crtedu.filings@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point

selections approved by the Court in Local Rule 5.1(C).  Specifically, this brief has

been prepared using 14-pt Times New Roman Font.


/s/ Michelle L. Tucker
Michelle L. Tucker
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the

Clerk of Court using the CM/ECF system, which automatically sent counsel of

record e-mail notification of such filing.

This 25th day of November, 2019.

/s/ Michelle L. Tucker
Michelle L. Tucker
Trial Attorney