# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>STATE OF GEORGIA, )<br>  )<br>  Defendant. ) | CIVIL ACTION FILE<br><br>NO: 1:16-CV-03088-ELR |

## NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

Comes now Counsel for Defendant and pursuant to Rule 83.1(E)(2), hereby submits this Notice of Withdrawal of Kimberly K. Anderson as Attorney of Record in the above matter.

Given Governor Kemp's recent announcement of Kimberly Anderson's appointment to the DeKalb County State Court, she hereby withdraws as attorney of record for Defendant in the above matter. Alexa Ross, Josh Belinfante, and Joe Saul of Robbins Ross Alloy Belinfante Littlefield will continue in their representation as attorneys for Defendant.

Respectfully submitted this 6th day of December, 2019.

/s/ Kimberly K. Anderson
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Alexa R. Ross
Georgia Bar No. 614986
aross@robbinsfirm.com
Kimberly K. Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Joseph H. Saul
Georgia Bar No. 432592
jsaul@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:   (678) 701-9381
Facsimile:   (404) 856-3250

*Attorneys for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Kimberly K. Anderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

This 6th day of December, 2019.

*/s/ Kimberly K. Anderson*