# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT, SERVE INITIAL DISCLOSURES, AND FILE AN AMENDED PROPOSED SCHEDULING ORDER AND JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Defendant and Plaintiff (collectively the "Parties") hereby jointly and respectfully move this Court for an order extending Defendant's time to file an answer, and for the Parties to serve their initial disclosures and file an amended proposed scheduling order and joint preliminary report and discovery plan (the Parties originally filed a joint preliminary report and discovery plan on December 1, 2016).  The Defendant's answer is currently due May 27, 2020. Pursuant to the Court's May 13, 2020 Order denying Defendant's Motion to Dismiss, the Parties' initial disclosures and amended scheduling order and joint preliminary report and discovery plan are due June 3, 2020.

The Parties request that the Court extend the above listed due-dates by 15 days. The Parties seek this extension due to the impacts of the COVID-19 pandemic and resulting school closures on this litigation and the Parties themselves. Specifically, students are not in school and Defendant's operations are impacted by issues that arise daily related to the pandemic and resulting closures. The Parties seek this extension in an attempt to avoid multiple delays that may come up related to these issues.

The present Motion is not made to delay this matter and will not prejudice any party to this action. A trial date has not yet been set.

For all of the foregoing reasons, the Parties move this Court for an extension to June 11, 2020, for the Defendant to file an answer, and to June 18, 2020 for the Parties to serve their initial disclosures and file an amended proposed scheduling order and joint preliminary report and discovery plan. A proposed order is attached as Exhibit 1.

This 21st day of May, 2020.

**On Behalf of Plaintiff:**

<u>/s/ Aileen Bell Hughes (w/ permission)</u>
Aileen Bell Hughes
GA Bar Number: 375505
aileen.bell.hughes@usdoj.gov
Assistant United States Attorney
United States Attorney's Office

**On Behalf of Defendant:**

<u>/s/ Josh Belinfante</u>
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Alexa R. Ross
Georgia Bar No. 614986

Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309
Telephone: (404) 581-6000

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

Shaheena A. Simons, Chief
Renee M. Wohlenhaus, Deputy Chief
Andrea E. Hamilton, Trial Attorney
Victoria M. Lill, Trial Attorney
Laura C. Tayloe, Trial Attorney
Michelle L. Tucker, Trial Attorney
Educational Opportunities Section

*/s/ Andrea E. Hamilton (w/ permission)*
Andrea E. Hamilton
NC Bar Number: 42878
United States Department of Justice
Civil Rights Division
Educational Opportunities Section
4 Constitution Square,
150 M. Street NE
Washington, D.C. 20002
(202) 514-4092
Andrea.hamilton@usdoj.gov

aross@robbinsfirm.com
Joseph H. Saul
Georgia Bar No. 432592
jsaul@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Special Assistant Attorneys General
Robbins Ross Alloy Belinfante
   Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C for documents prepared by computer.

*/s/ Josh Belinfante*
Josh Belinfante

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **CONSENT MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' COMPLAINT, SERVE INITIAL DISCLOSURES, AND FILE AN AMENDED PROPOSED SCHEDULING ORDER AND JOINT PRELIMINARY REPORT AND DISCOVERY PLAN** was served this day by filing it with the Court's CM/ECF System, which automatically notifies parties and counsel of record.

This 21st day of May, 2020.

*/s/ Josh Belinfante*
Josh Belinfante