# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED]
## ORDER

For good cause shown, and with the consent of Plaintiff and Defendant, the Court hereby GRANTS the Consent Motion to Extend Time to Answer Plaintiff's Complaint, Serve Initial Disclosures, and File an Amended Proposed Scheduling Order and Joint Preliminary Report and Discovery Plan. Defendant's Answer to Plaintiff's Complaint is due June 11, 2020. Plaintiff and Defendant may serve their initial disclosures on June 18, 2020 and file an amended proposed scheduling order and joint preliminary report and discovery plan on June 18, 2020.

SO ORDERED, this _____ day of _____, 2020.

_____
ELEANOR L. ROSS
United States District Judge