# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO: 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE FOR PETITION FOR LEAVE OF ABSENCE

COMES NOW, Josh Belinfante, counsel for Defendant, who pursuant to Local Rule 83.1 of the Northern District of Georgia respectfully notifies the Judge, the Clerk of Court, and all counsel of record in this civil action of his request for a leave of absence from the practice of law on the following dates:

1. **Friday, June 5, 2020.** The purpose of this leave is for a family vacation.

2. **Friday, July 17, 2020 – Wednesday, July 22, 2020.** The purpose of this leave is for a family vacation.

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to Object. If no objections are filed, the leave shall be granted.

This 21st day of May, 2020.

                                        */s/ Josh Belinfante*
                                        Alexa R. Ross
                                        Georgia Bar No. 614986
                                        aross@robbinsfirm.com
                                        Josh Belinfante
                                        Georgia Bar No. 047399
                                        jbelinfante@robbinsfirm.com
                                        Joseph H. Saul
                                        Georgia Bar No. 432592
                                        jsaul@robbinsfirm.com

                                        Special Assistant Attorney General

                                        Robbins Ross Alloy Belinfante Littlefield LLC
                                        500 14th Street, N.W.
                                        Atlanta, Georgia 30318
                                        Telephone:    (678) 701-9381
                                        Facsimile:     (404) 856-3250

                                        *Attorneys for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this notice has been prepared using 14-pt Times New Roman Font.

*/s/ Josh Belinfante*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE FOR PETITION FOR LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

This 21st day of May 2020.

*/s/ Josh Belinfante*