UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## ORDER

For good cause shown, and with the consent of Plaintiff and Defendant, the Court hereby GRANTS the Consent Motion to Extend Time to Answer Plaintiff's Complaint, Serve Initial Disclosures, and File an Amended Proposed Scheduling Order and Joint Preliminary Report and Discovery Plan. Defendant's Answer to Plaintiff's Complaint is due June 11, 2020. Plaintiff and Defendant may serve their initial disclosures on June 18, 2020 and file an amended proposed scheduling order and joint preliminary report and discovery plan on June 18, 2020.

SO ORDERED, this 21st day of May, 2020.

_Eleanor L. Ross_
ELEANOR L. ROSS
United States District Judge