

**JOSH BELINFANTE**
DIRECT LINE: 404-856-3262
Email: jbelinfante@robbinsfirm.com

June 15, 2020

**VIA US Mail**

Honorable Eleanor L. Ross
United States District Judge
1788 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      RE:    *United States of America v. State of Georgia*
                Case No: 1:16-CV-03088-ER

Dear Judge Ross:

      This is to follow-up on my Leave of Absence recently filed with the Court May 21, 2020. I am bringing to the Court's attention, there was an error in the days of the week I submitted. The dates were correct. I will be on vacation from the practice of law for the following dates:

      **Friday**, July 17, 2020 through and including **Wednesday**, July 22, 2020.

      Sincerely,

      Josh Belinfante

JB/klm

cc:    Counsel of Record