# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | * | |
| Defendant. | * | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and Local Rules of this Court, except as herein modified: per the Parties' request, this case is assigned to an eight (8) month discovery track.

**SO ORDERED**, this 25th day of June, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia