IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

    *v.*

STATE OF GEORGIA
    DEFENDANT.

Civil Action No.

1:16-cv-03088-ELR

## CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Friday, July 24, 2020, I served **PLAINTIFF UNITED STATES' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**, on all counsel of record via email.

Respectfully submitted,

BYUNG J. PAK
    *United States Attorney*


/s/Aileen Bell Hughes
    *Assistant United States Attorney*
Georgia Bar No. 375505
Aileen.bell.hughes@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000*
*fax (404) 581-6181*