## Attachment A

| Name of Field | Type of Field | Contents | | | | |
|---|---|---|---|---|---|---|
| | | Email | Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
| Beg Doc | Text | Bates number for the TIFF/jpg image of the first page | Bates number for the TIFF/jpg image of the first page | Bates number of the placeholder page | Bates number for the TIFF/jpg image of the first page | Bates number for the TIFF/jpg image of the first page |
| End Doc | Text | Bates number for the TIFF/jpg image of the last page | Bates number for the TIFF/jpg image of the last page | Bates number of the placeholder page | Bates number for the TIFF/jpg image of the last page | Bates number for the TIFF/jpg image of the last page |
| Attachment Range | Text | Bates range starting with the first page of the parent document through the last page of the last attachment. Blank if | Bates range starting with the first page of the parent document through the last page of the last attachment or embedded | Bates range starting with the first page of the parent document though the last page of the last attachment or embedded | Bates range starting with the first page of the parent document through the last page of the last attachment or embedded | Bates range of all documents that were grouped together/physically attached by clips, staples, or binding or folder. Blank if a single non grouped document. |

| Name of Field | Type of Field | Contents | | | | |
|---|---|---|---|---|---|---|
| | | Email | Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
| | | there are no child documents. | file. Included only if part of a group of documents like an email or zip file. | file. Included only if part of a group of documents like an email or zip file. | file. Included only if part of a group of documents like an email or zip file. | |
| All Custodians | Text | The names of all the persons who had a copy of the document before deduplication | The names of all the persons who had a copy of the document before deduplication | The names of all the persons who had a copy of the document before deduplication | The names of all the persons who had a copy of the document before deduplication | The names of all the persons who had a copy of the document before deduplication |
| From | Paragraph | "From" Field | "created by" field or author | "created by" field or author | "created by" field or author | "created by" field or author |
| To | Paragraph | "To" field | addressee or recipient | addressee or recipient | addressee or recipient | addressee or recipient |
| CC | Paragraph | "CC" field | cc or recipient | cc or recipient | cc or recipient | cc or recipient |
| BCC | Paragraph | "BCC" field | bcc or recipient | bcc or recipient | bcc or recipient | bcc or recipient |

| Name of Field | Type of Field | Contents | | | | |
|---|---|---|---|---|---|---|
| | | Email | Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
| Subject | Paragraph | "Subject" field | Subject, title or re line | Subject, title or re line | Subject, title or re caption | Subject, title or re line |
| DateSent | Date | The date and time the message was sent (format: 9/28/2012 11:16:45 AM) | Date created and last modified | Date created and last modified | Date created and last modified | Date created and last modified |
| MD5 Hash | Text | The MD5 hash value calculated when the file was collected or processed | The MD5 hash value calculated when the file was collected or processed | The MD5 hash value calculated when the file was collected or processed | The MD5 hash value calculated when the file was collected or processed | NA |
| Prod_FilePath | Paragraph | The path to the native file on the production media | The path to the native file on the production media | The path to the native file on the production media | The path to the native file on the production media | NA |
| Native_Filename | Paragraph | Original name of the | Original name of the | Original name of the | Original name of the | NA |

| Name of Field | Type of Field | Contents | | | | |
|---|---|---|---|---|---|---|
| | | Email | Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
| | | native file when the file was collected or processed | native file when the file was collected or processed | native file when the file was collected or processed | native file when the file was collected or processed | |
| PGCount | Number | Page Count | Page Count | Page Count | Page Count | Page Count |