# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff's Complaint (Doc. 1) should be dismissed by way of judgment on the pleadings. Defendant State of Georgia, so moves on Plaintiff's Count I (the only Count alleged) pursuant to Fed. R. Civ. P. 12(c). Defendant files its Brief in Support along with this Motion.

Respectfully submitted this 7th day of August, 2020.

*/s/ Alexa R. Ross*
Alexa R. Ross
Georgia Bar No. 614986
aross@robbinsfirm.com

Special Assistant Attorney General

Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com

Joseph H. Saul
Georgia Bar No. 432592
jsaul@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that the foregoing motion has been prepared in Times New Roman, 14 point, one of the four fonts and points approved by the Court in Local Rule 5.1C.

Respectfully submitted this 7th day of August, 2020.

/s/ *Alexa R. Ross*
Alexa R. Ross

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed the within and foregoing **MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 7th day of August, 2020.

/s/ *Alexa R. Ross*
Alexa R. Ross