# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COME Plaintiff United States of America and Defendant State of Georgia (collectively "Parties"), by and through the undersigned counsel, and jointly move the Court for entry of the attached Protective Order ("Proposed Protective Order").

As set forth in the Parties Joint Preliminary Report and Discovery Plan, the Parties have conferred and agreed upon the attached Proposed Protective Order to govern discovery-related issues. *See* Dkt. 68, 71.

Wherefore, the Parties respectfully request the Court enter the attached Proposed Order.

DATED: August 10, 2020

Agreed to by Counsel for the Parties:

| **On Behalf of Plaintiff:** | **On Behalf of Defendant:** |
|---|---|
| Shaheena A. Simons<br>Chief<br>Educational Opportunities Section | Christopher M. Carr<br>Attorney General<br>State of Georgia<br>Georgia Bar No. 112505 |
| Renee M. Wohlenhaus<br>Deputy Chief<br>Educational Opportunities Section | Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 7760280 |
| Andrea E. Hamilton<br>Victoria M. Lill<br>Laura C. Tayloe<br>Michelle L. Tucker<br><br>Trial Attorneys, Civil Rights Division | State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357<br>Facsimile: (404) 463-1062 |
| */s/ Andrea E. Hamilton*<br>Andrea E. Hamilton<br><br>NC Bar Number: 42878<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202)514-4092<br><br>andrea.hamilton@usdoj.gov | Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br><br>*/s/ Alexa R. Ross*<br>*(w/express permission Aileen Bell Hughes)*<br>Alexa R. Ross<br>Georgia Bar No. 614986<br>aross@robbinsfirm.com |

Byung J. "BJAY" Pak
United States Attorney
Northern District of Georgia


s/ *Aileen Bell Hughes*
Aileen Bell Hughes
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

Special Assistant Attorneys General
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, NW
Atlanta, GA 30318
Telephone: (678) 701-9381

## **L.R. 7.1(D) CERTIFICATION**

I certify that the Proposed Joint Motion for Entry of Protective Order has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

This 10th day of August, 2020.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:16-CV-03088-ELR |
| THE STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**<u>ORDER GRANTING THE JOINT MOTION FOR ENTRY
OF PROTECTIVE ORDER</u>**

The Court has considered the Parties' Joint Motion for Entry of Protective

Order, and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED, this __ day of _____, 2020.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT COURT