# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-03088- |
| ) | ELR |
| STATE OF GEORGIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED ORDER REGARDING DISCOVERY

Having read and considered the Parties' **JOINT STIPULATION REGARDING DISCOVERY** [Doc. 77] and for good cause shown, the Court **ORDERS** that the Parties' Joint Stipulation Regarding Discovery be approved.

**SO ORDERED** this 10th day of August, 2020.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA