IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:16-CV-03088-ELR |
| THE STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING THE JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Presently before the Court is the Parties' Joint Motion for Entry of Protective Order. [Doc. 79]. For good cause shown, the Court **GRANTS** the Parties' Motion. The Court **DIRECTS** the Clerk to enter the following attachment as a protective order in this case.

**SO ORDERED**, this 11th day of August, 2020.

*Eleanor L. Ross*
ELEANOR L. ROSS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA