# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on August 24, 2020 the undersigned served a true and correct copy of *Defendant's Responses to Plaintiff's First Set of Interrogatories* upon the following counsel of record via email:

>Aileen Bell Hughes
>aileen.bell.hughes@usdoj.gov
>
>Andrea E. Hamilton
>andrea.hamilton@usdoj.gov
>
>Bonnie Ileen Robin-Vergeer
>Bonnie.Robin-Vergeer@usdoj.gov
>
>Frances Susan Cohen
>frances.cohen@usdoj.gov
>
>Renee M. Wohlenhaus
>Renee.Wohlenhaus@USDOJ.gov

        Victoria M. Lill
        Victoria.Lill@usdoj.gov

        Laura Cassidy Tayloe
        laura.tayloe@usdoj.gov

        Michelle Tucker
        michelle.tucker@usdoj.gov

        Travis William England
        travis.england@usdoj.gov

This 25th day of August, 2020.

|  |  |
|---|---|
|  | */s/ Alexa R. Ross* |
| Christopher M. Carr | Alexa R. Ross |
| Attorney General | Georgia Bar No. 614986 |
| Georgia Bar No. 112505 | aross@robbinsfirm.com |
|  | Josh Belinfante |
| Annette Cowart | Georgia Bar No. 047399 |
| Deputy Attorney General | jbelinfante@robbinsfirm.com |
| Georgia Bar No. 191199 | Joseph H. Saul |
|  | Georgia Bar No. 432592 |
| Russell D. Willard | jsaul@robbinsfirm.com |
| Senior Assistant Attorney General | Melanie Johnson |
| Georgia Bar No. 760280 | Georgia Bar No. 466756 |
|  | mjohnson@robbinsfirm.com |
| Jennifer Colangelo |  |
| Senior Assistant Attorney General | Special Assistant Attorney General |
| Georgia Bar No. 521320 |  |
|  | Robbins Ross Alloy Belinfante Littlefield LLC |
|  | 500 14th Street NW |
| State Law Department | Atlanta, GA 30318 |
| 40 Capitol Square, S.W. | Telephone: (678) 701-9381 |
| Atlanta, Georgia 30334 |  |
| Telephone: (404) 656-3357 | *Attorneys for Defendant* |

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record:

This 25th day of August, 2020.

                                             */s/ Alexa R. Ross*
                                             Alexa R. Ross
                                             Georgia Bar No. 614986