# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on August 25, 2020 the undersigned served a true and correct copy of Defendant's Objections and Responses to Plaintiff's First Request for Production of Documents upon the following counsel of record via email:

> Aileen Bell Hughes
> aileen.bell.hughes@usdoj.gov
>
> Andrea E. Hamilton
> andrea.hamilton@usdoj.gov
>
> Renee M. Wohlenhaus
> Renee.Wohlenhaus@USDOJ.gov
>
> Victoria M. Lill
> Victoria.Lill@usdoj.gov
>
> Laura Cassidy Tayloe
> laura.tayloe@usdoj.gov

Michelle Tucker
michelle.tucker@usdoj.gov

Patrick Holkins
Patrick.Holkins@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

This 26th day of August, 2020.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br><br>Annette Cowart<br>Deputy Attorney General<br>Georgia Bar No. 191199<br><br>Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280<br><br>Jennifer Colangelo<br>Senior Assistant Attorney General<br>Georgia Bar No. 521320<br><br><br>State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | */s/ Alexa R Ross*<br>Alexa R. Ross<br>Georgia Bar No. 614986<br>aross@robbinsfirm.com<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Joseph H. Saul<br>Georgia Bar No. 432592<br>jsaul@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br><br>Special Assistant Attorney General<br><br>Robbins Ross Alloy Belinfante Littlefield LLC<br>500 14th Street NW<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 26th day of August, 2020.

>  */s/ Alexa R. Ross*
>  Alexa R. Ross
>  Georgia Bar No. 614986