# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on October 9, 2020 the undersigned served a true and correct copy of **DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** upon the following counsel of record via email:

> Aileen Bell Hughes
> aileen.bell.hughes@usdoj.gov
>
> Andrea E. Hamilton
> andrea.hamilton@usdoj.gov
>
> Renee M. Wohlenhaus
> Renee.Wohlenhaus@USDOJ.gov
>
> Victoria M. Lill
> Victoria.Lill@usdoj.gov
>
> Laura Cassidy Tayloe
> laura.tayloe@usdoj.gov

Michelle Tucker
michelle.tucker@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

This 9th day of October, 2020.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505 | /s/ Alexa Ross<br>Alexa R. Ross<br>Georgia Bar No. 614986<br>aross@robbinsfirm.com<br>Josh Belinfante |
| Annette Cowart<br>Deputy Attorney General<br>Georgia Bar No. 191199 | Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Joseph H. Saul<br>Georgia Bar No. 432592 |
| Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280 | jsaul@robbinsfirm.com<br>Melanie L. Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com |
| Jennifer Colangelo<br>Senior Assistant Attorney General<br>Georgia Bar No. 521320 | Special Assistant Attorney General<br>Robbins Ross Alloy Belinfante Littlefield LLC<br>500 14th Street NW |
| State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | Atlanta, GA 30318<br>Telephone: (678) 701-9381<br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record:

This 9th day of October, 2020.

                                             */s/ Alexa Ross*
                                             Alexa R. Ross
                                             Georgia Bar No. 614986