IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-3088-ELR |

**CERTIFICATION OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Monday, November 09, 2020, I served **Plaintiff United States' Objections and Responses to Defendant's First Request for Production of Documents**, on all counsel of record via email.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/ AILEEN BELL HUGHES
   *Assistant United States Attorney*
Georgia Bar No. 375505
Aileen.bell.hughes@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 581-6000  fax (404) 581-6181