# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## ORDER

Presently before the Court is Plaintiff United States of America and Defendant State of Georgia's "Joint Motion for Enlargement of Time." [Doc. 92]. In the motion, the Parties request the Court extend the fact discovery deadline to September 13, 2021. [Id.] For good cause shown, the Court **GRANTS** the Parties' motion. [Doc. 92]. The Court **ORDERS** that the Parties shall have an extension of time to complete fact discovery through and including September 13, 2021. The Court also **ORDERS** the Parties to file a Joint Status Report by April 12, 2021.

**SO ORDERED**, this 14th day of December, 2020.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA