IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | * | |
| Defendant. | * | |

**O R D E R**

This case is before the Court on the Parties' "Joint Status Report." [Doc. 97]. In their April 12, 2021 Status Report, the Parties request "an opportunity to file an updated status report with the Court in another four months." [Id. at 7]. For good cause shown, the Court **GRANTS** the Parties' request. [Doc. 97]. Accordingly, the Court **ORDERS** the Parties to file an updated Joint Status Report by August 12, 2021.

**SO ORDERED**, this 14th day of April, 2021.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia