# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on May 20, 2021 the undersigned served true and correct copies of Defendant's Second Request for Production of Documents to Plaintiff and the State of Georgia's First Interrogatories to Plaintiff upon the following counsel of record via email:

> Aileen Bell Hughes
> aileen.bell.hughes@usdoj.gov
>
> Andrea E. Hamilton
> andrea.hamilton@usdoj.gov
>
> Renee M. Wohlenhaus
> Renee.Wohlenhaus@USDOJ.gov
>
> Victoria M. Lill
> Victoria.Lill@usdoj.gov

        Laura Cassidy Tayloe
        laura.tayloe@usdoj.gov

        Michelle Tucker
        michelle.tucker@usdoj.gov

This 20th day of May, 2021.

        /s/ Alexa R Ross
        Alexa R. Ross
        Georgia Bar No. 614986
        aross@robbinsfirm.com
        Josh Belinfante
        Georgia Bar No. 047399
        jbelinfante@robbinsfirm.com
        Joseph H. Saul
        Georgia Bar No. 432592
        jsaul@robbinsfirm.com
        Melanie Johnson
        Georgia Bar No. 466756
        mjohnson@robbinsfirm.com

        Special Assistant Attorney General

        Robbins Ross Alloy Belinfante Littlefield LLC
        500 14th Street NW
        Atlanta, GA 30318
        Telephone: (678) 701-9381

        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 20th day of May, 2021.

                                      */s/ Alexa R. Ross*
                                      Alexa R. Ross