# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO: 1:16-cv-03088-ELR |

## NOTICE OF APPEARANCE OF JAVIER PICO PRATS

COMES NOW Javier Pico Prats, of the law firm Robbins Ross Alloy Belinfante Littlefield LLC, 500 14th Street N.W., Atlanta, Georgia 30318, and hereby enters his appearance as additional counsel for Defendant State of Georgia, and requests that he be added to the docket as counsel for this defendant. Please direct all further pleadings, notices, orders, and other matters to him at the address below.

Respectfully submitted, this 21st day of May, 2021.

/s/ *Javier Pico Prats*
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

*Counsel for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Javier Pico Prats*
Javier Pico Prats

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF JAVIER PICO PRATS** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 21st day of May, 2021.

*/s/ Javier Pico Prats*
Javier Pico Prats
Georgia Bar No. 664717