IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:16- |
| v. ) | CV-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Monday, June 21, 2021, I served **PLAINTIFF UNITED STATES' OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**, on all counsel of record via email.

    Respectfully submitted,

    KURT R. ERSKINE
      *Acting United States Attorney*

    /s/Aileen Bell Hughes
      *Assistant United States Attorney*
    Georgia Bar No. 375505
    Aileen.bell.hughes@usdoj.gov
    *600 U.S. Courthouse*

*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000*
*fax (404) 581-6181*