IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | Civil Action No. 1:16-CV-03088-ELR |

### CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Monday, June 21, 2021, I served **PLAINTIFF UNITED STATES' OBJECTIONS AND RESPONSES TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**, on all counsel of record via email.

Respectfully submitted,

KURT R. ERSKINE
  *Acting United States Attorney*

/s/Aileen Bell Hughes
  *Assistant United States Attorney*
Georgia Bar No. 375505
Aileen.bell.hughes@usdoj.gov
*600 U.S. Courthouse*

*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000*
*fax (404) 581-6181*