**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

Counsel for Defendant submits this Notice of Withdrawal of Joseph H. Saul

as Attorney of Record in the above matter.  Alexa R. Ross, Josh Belinfante,

Melanie Johnson, and Javier Pico Prats of Robbins Ross Alloy Belinfante

Littlefield LLC will continue in their representation as attorneys for Defendant.

This 23rd day of July, 2021.

*/s/ Joseph H. Saul*
Alexa R. Ross
Georgia Bar No. 614986
aross@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Joseph H. Saul
Georgia Bar No. 432592
jsaul@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756

mjohnson@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
Javier.picoprats@robbinsfirm.com

Special Assistant Attorney General

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 23rd day of July, 2021.


*/s/ Joseph H. Saul*
Joseph H. Saul