## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Counsel for Defendant, Joseph H. Saul, submits this Motion to Withdraw as Attorney of Record in the above matter. Alexa R. Ross, Josh Belinfante, Melanie Johnson, and Javier Pico Prats of Robbins Ross Alloy Belinfante Littlefield LLC will continue in their representation as attorneys for Defendant.

This 23rd day of August, 2021.

                                          */s/ Joseph H. Saul*
                                        Alexa R. Ross
                                        Georgia Bar No. 614986
                                        aross@robbinsfirm.com
                                        Josh Belinfante
                                        Georgia Bar No. 047399
                                        jbelinfante@robbinsfirm.com
                                        Joseph H. Saul
                                        Georgia Bar No. 432592
                                        jsaul@robbinsfirm.com
                                        Melanie Johnson
                                        Georgia Bar No. 466756

-2-

mjohnson@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
Javier.picoprats@robbinsfirm.com

Special Assistant Attorney General

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 23rd day of August, 2021.

*/s/ Joseph H. Saul*
Joseph H. Saul