# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## [PROPOSED] ORDER

This Court, having considered Joseph H. Saul's Motion to Withdraw as Attorney of Record, and for good cause shown, hereby grants permission for him to withdraw as counsel for Defendant in this matter.

SO ORDERED, this _____ day of _____, 2021.

_____
ELEANOR L. ROSS
United States District Judge