**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-cv-03088- |
| | ) | ELR |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S CERTIFICATION OF SERVICE OF SUBPOENA**

In accordance with the requirements of Fed. R. Civ. P. 45 and LR 5.4,

NDGa., counsel for Plaintiff United States of America hereby notifies Defendant

State of Georgia that a subpoena was served via electronic mail upon Kerrie Miller

on Wednesday, August 25, 2021.  A true and correct copy of the subpoena is

attached hereto.

Respectfully submitted this 27th day of August, 2021.

KURT R. ERSKINE
*Acting United States Attorney*
Northern District of Georgia

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney

United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

This 27th day of August, 2021.

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant United States Attorney

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 27th day of August, 2021,

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant United States Attorney