# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-03088-ELR |

## PLAINTIFF'S CERTIFICATION OF SERVICE OF SUBPOENA

In accordance with the requirements of Fed. R. Civ. P. 45 and LR 5.4, NDGa., counsel for Plaintiff United States of America hereby notifies Defendant State of Georgia that a subpoena was served via process server upon Celest Ngeve on August 24, 2021. A true and correct copy of the subpoena is attached hereto.

Respectfully submitted this 27th day of August, 2021.

KURT R. ERSKINE
*Acting United States Attorney*
Northern District of Georgia

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice

Richard B. Russell Federal Building
75 Ted Turner Dr. SW Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

                                          This 27th day of August, 2021.
                                          /s/ *Aileen Bell Hughes*
                                          AILEEN BELL HUGHES
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 27th day of August, 2021,

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant United States Attorney