# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-03088-ELR |

## PLAINTIFF'S CERTIFICATION OF SERVICE OF SUBPOENAS

In accordance with the requirements of Fed. R. Civ. P. 45 and LR 5.4, NDGa., counsel for Plaintiff United States of America hereby notifies Defendant State of Georgia that subpoenas were served via electronic mail on Friday, August 20, 2021, upon Whitney Braddock, Lisa Futch, David Ackerman, Brooke Cole, Ashley Beaver, Stacey Benson, Samuel Clemons, Cassandra Holifield, Greg McElwee, Pat Wolf, Susan Weakland, Talithia Newsome, and LaChrista Thornton. True and correct copies of the subpoenas are attached hereto.

Respectfully submitted this 27th day of August, 2021.

KURT R. ERSKINE
*Acting United States Attorney*
Northern District of Georgia

<u>/s/ *Aileen Bell Hughes*</u>
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

This 27th day of August 2021.
/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

This 27th day of August, 2021,

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant United States Attorney