# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## 5.4 CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2021, I served the following documents:

**1) NON-PARTY DEKALB COUNTY SCHOOL DISTRICT'S OBJECTION TO SUBPOENA TO PRODUCE DOCUMENTS**

via electronic mail to the following attorney of record:

Andrea E. Hamilton
Victoria M. Lill
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Andrea.Hamilton@USDOJ.gov
Victoria.Lill@USDOJ.gov


**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorney for DeKalb County School District

*/s/ Michael D. Deariso*
Michael D. Deariso
Georgia Bar No. 696424

49 Atlanta Street
Marietta, GA 30060
Phone: 770-422-1776
Fax: 770-426-6155
Email: mdeariso@gdcrlaw.com