# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## ORDER

This Court, having considered Joseph H. Saul's Motion to Withdraw as Attorney of Record [Doc. 107], and for good cause shown, hereby **GRANTS** permission for Mr. Saul to withdraw as counsel for Defendant in this matter.

**SO ORDERED**, this 9th day of September, 2021.

_____
ELEANOR L. ROSS
United States District Judge