**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:16-CV-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**<u>5.4 CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 9th day of September, 2021, I served the

following documents:

    **1) NON-PARTY CLAYTON COUNTY SCHOOL DISTRICT'S**
        **OBJECTION TO SUBPOENA TO PRODUCE DOCUMENTS**

via electronic mail to the following attorney of record:

Andrea E. Hamilton
Victoria M. Lill
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Andrea.Hamilton@USDOJ.gov
Victoria.Lill@USDOJ.gov

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
Attorney for DeKalb County School District

*/s/ Michael D. Deariso*
Michael D. Deariso
Georgia Bar No. 696424

49 Atlanta Street
Marietta, GA 30060
Phone: 770-422-1776
Fax: 770-426-6155
Email: mdeariso@gdcrlaw.com