IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| Defendant. | |

## ORDER

Having read and considered the United States of America and the State of Georgia's Motion for Enlargement of Time to Extend the Fact Discovery Period and for good cause shown, it is hereby ORDERED that the United States of America and the State of Georgia shall be granted an extension of time to complete fact discovery through and including September 12, 2022. The Court also ORDERS the parties to file interim Joint Status Reports on the following dates: December 10, 2021; March 10, 2022; and June 10, 2022.

**SO ORDERED**, this 14th day of September, 2021.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505


Consented to:

*/s/ Alexa R. Ross*
Alexa R. Ross
Georgia Bar No. 614986
aross@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Danielle M. Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com

Special Assistant Attorney General

Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381

*Attorneys for Defendant*