# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | CIVIL ACTION FILE |
| ) | |
| v.     ) | NO. 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA,     ) | |
| ) | |
| Defendant.     ) | |

## JOINT MOTION TO AMEND PROTECTIVE ORDER

NOW COME Defendant State of Georgia and Plaintiff United States of America (collectively "Parties"), by and through the undersigned counsel, and jointly move the Court for entry of the attached Amended Protective Order. In support of the entry of the proposed Amended Protective Order, the Parties state as follows:

1. On August 11, 2020, this Court granted the Parties' Joint Motion for Entry of Protective Order. [Doc. 81].

2. The Protective Order requires that the Parties adhere to certain terms and conditions with regard to the use, treatment, disclosure, and maintenance of "Confidential Information" as defined therein. [Doc. 81-1].

3. As discovery progresses in this matter and the breadth of confidential

information and sources thereof are identified, the Parties have recognized a need to clarify the scope of the Protective Order to fully protect the privacy of the students for whom Confidential Information is produced and to provide adequate assurances to same as to the treatment of such Confidential Information.

4. Accordingly, the Parties wish to clarify that the obligations imposed by the Protective Order regarding treatment of Confidential Information extend to all Confidential Information, regardless of the source from which it is obtained by a Party.

Wherefore, the Parties respectfully request the Court enter the attached Amended Protective Order.

Respectfully submitted this 14th day of October, 2021.

| | |
|---|---|
| KURT R. ERSKINE<br>*Acting United States Attorney*<br>Northern District of Georgia<br><br>/s/ *Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW, Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov<br>KRISTEN CLARKE<br>Assistant Attorney General | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>javier.picoprats@robbinsfirm.com<br>Robbins Alloy Belinfante Littlefield LLC<br>500 14th Street NW<br>Atlanta, GA 30318 |

SHAHEENA A. SIMONS
Chief

RENEE M.WOHLENHAUS
Deputy Chief
Educational Opportunities Section

ANDREA E. HAMILTON
VICTORIA M. LILL
LAURA C. TAYLOE

MICHELLE L. TUCKER
Trial Attorneys
United States Department of Justice
Civil Rights Division

*/s/ Andrea E. Hamilton*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-4092
andrea.hamilton@usdoj.gov

*Attorneys for Plaintiffs*

Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, GA 30033

Special Assistant Attorneys General

*Attorneys for Defendants*

## L.R. 7.1(D) CERTIFICATION

I certify that the Proposed Joint Motion to Amend Protective Order has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this motion has been prepared using 14-pt Times New Roman Font.

This 14th day of October, 2021.

                                            */s/ Josh Belinfante*
                                            Josh Belinfante
                                            Georgia Bar No. 047399

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 14th day of October, 2021

                                       */s/ Josh Belinfante*
                                       Josh Belinfante
                                       Georgia Bar No. 047399