# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) STATE OF GEORGIA, ) ) Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## [PROPOSED]
## ORDER GRANTING JOINT MOTION TO AMEND PROTECTIVE ORDER

The Court has considered the Parties' Joint Motion to Amend Protective Order, and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED this _____ day of _____, 2021.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT COURT