# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION
## TO AMEND PROTECTIVE ORDER

The Court has considered the Parties' Joint Motion to Amend Protective Order, and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED this 26th day of October, 2021.

_Eleanor L. Ross_____
ELEANOR L. ROSS
UNITED STATES DISTRICT COURT