# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## NOTICE FOR LEAVE OF ABSENCE

Alexa R. Ross, attorney for Defendant, respectfully notifies this Court and counsel of record of her leave of absence from November 30, 2021, through December 31, 2021. The leave is for medical reason, hence confidential and personal. If no judge or opposing counsel affected object within ten days, the leave will be granted.

This 29th day of November 2021.

/s/ Alexa R. Ross
Alexa R. Ross
Georgia Bar No. 614986
AlexaRossLaw LLC
2657 Danforth Lane
Decatur, GA 30033-2214
404.273.0093

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*Alexa R. Ross*
Alexa R. Ross

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE FOR LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing. This 29th day of November 2021.

*Alexa R. Ross*
Alexa R. Ross