# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,   ) <br>   ) <br> v.    ) <br>   ) <br> STATE OF GEORGIA,  ) <br>   ) <br> Defendant.   ) | CIVIL ACTION FILE NO. <br> 1:16-CV-03088-ELR |

## NOTICE OF APPEARANCE FOR REAGAN G. SAULS

Reagan G. Sauls files this Notice of Appearance on behalf of Non-Parties Pioneer Regional Educational Service Agency, Oconee Regional Educational Service Agency, Habersham County School District, Dawson County School District, Forsyth County School District, and Putnam County School District in the above-styled action and hereby requests the Clerk of Court to enter her name as counsel for the named Non-Parties, and further to direct that copies of all court pleadings or notices are to be sent to her attention.

This 3rd day of January, 2022.

HARBEN, HARTLEY & HAWKINS, LLP

*/s/ Reagan G. Sauls*

Gateway Professional Center
340 Jesse Jewell Parkway, Suite 750

Reagan G. Sauls
Georgia Bar No. 311422

Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: rsauls@hhhlawyers.com

ATTORNEY FOR NON-PARTIES
PIONEER REGIONAL EDUCATIONAL
SERVICE AGENCY, OCONEE
REGIONAL EDUCATIONAL SERVICE
AGENCY, HABERSHAM COUNTY
SCHOOL DISTRICT, DAWSON
COUNTY SCHOOL DISTRICT,
FORSYTH COUNTY SCHOOL
DISTRICT, AND PUTNAM COUNTY
SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January 2022, I electronically filed the *Notice of Appearance for Reagan G. Sauls* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

**HARBEN, HARTLEY & HAWKINS, LLP**

*/s/ Reagan G. Sauls*

Gateway Professional Center
340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: rsauls@hhhlawyers.com

Reagan G. Sauls
Georgia Bar No. 311422

ATTORNEY FOR NON-PARTIES
PIONEER REGIONAL EDUCATIONAL

SERVICE AGENCY, OCONEE REGIONAL EDUCATIONAL SERVICE AGENCY, HABERSHAM COUNTY SCHOOL DISTRICT, DAWSON COUNTY SCHOOL DISTRICT, FORSYTH COUNTY SCHOOL DISTRICT, AND PUTNAM COUNTY SCHOOL DISTRICT