# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE FOR CANON B. HILL

Canon B. Hill files this Notice of Appearance on behalf of Non-Party Baldwin County School District in the above-styled action and hereby requests the Clerk of Court to enter her name as counsel for the named Non-Party, and further to direct that copies of all court pleadings or notices are to be sent to her attention.

This 3rd day of January, 2022.

JONES CORK, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA 31208-6437
(478)745-2821
canon.hill@jonescork.com

/s/Canon B. Hill
CANON B. HILL
Georgia Bar No.: 143106
*Attorney for the Baldwin County School District*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January 2022, I electronically filed the *Notice of Appearance for Canon B. Hill* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                      */s/Canon B. Hill*
                      CANON B. HILL
                      Georgia Bar No.: 143106
                      *Attorney for the Baldwin County School District*

JONES CORK, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA 31208-6437
(478)745-2821
canon.hill@jonescork.com