# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: <br> 1:16-CV-03088-ELR |

## NOTICE OF APPEARANCE FOR SYDNEY M. SOLOMON

Sydney M. Solomon files this Notice of Appearance on behalf of Non-Party Baldwin County School District in the above-styled action and hereby requests the Clerk of Court to enter her name as counsel for the named Non-Party, and further to direct that copies of all court pleadings or notices are to be sent to her attention.

This 4th day of January, 2022.

/s/ Sydney M. Solomon
SYDNEY M. SOLOMON
Georgia Bar No.: 125801
*Attorney for the Baldwin County School District*

JONES CORK, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA 31208-6437
(478)745-2821
sydney.solomon@jonescork.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2022, I electronically filed the *Notice of Appearance for Sydney M. Solomon* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

|  |  |
|---|---|
| | */s/ Sydney M. Solomon* |
| | SYDNEY M. SOLOMON |
| | Georgia Bar No.: 125801 |
| JONES CORK, LLP | *Attorney for the Baldwin County* |
| 435 Second Street, Suite 500 | *School District* |
| P.O. Box 6437 | |
| Macon, GA 31208-6437 | |
| (478)745-2821 | |
| sydney.solomon@jonescork.com | |