RECEIVED
By Kari Johnston at 7:54 am, Dec 22, 2021

Case 1:16-cv-03088-ELR   Document 136-2   Filed 01/13/22   Page 1 of 1

Goods and Services Received: 12/16/2021
Goods and Services Accepted: 12/16/2021
Invoice Reviewed: 12/22/2021

**SSPS (Stan Sims Process Service)**
We pride ourselves on doing professional service.

| | |
|---|---|
| Date: | 12/18/21 |
| Invoice #: | 2 |
| Tax ID: | 26-1239453 |

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt 12/16/21 11:00 am | Arrived at 28 Main Street Dawsonville, Ga. 30534 I walked in and asked the secretary for A. Damon Gibbs, Superintendent. And she stated, he wouldn't be back until Monday. This was also confirmed by Tiffany Davis, the Executive Asst. to Superintendent. | $360.00 $34.02 | $360.00 $34.02 |
| 2nd Attempt 12/16/2021 4:00 pm | Arrived back at the Dawson Co. School Board and served (3) subpoenas to Tiffany Davis per instructions of the U.S. Atty's office. I then thanked her and the secretary and left the premise. They both were very pleasant. | | |
| | Expedited cost for service was $120 (3) for a grand total of $360. Total mileage 63, cost $34.02 | | |

| | |
|---|---|
| Subtotal | $394.02 |
| Sales Tax | -00 |
| **Total** | **$394.02** |

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157   (404) 867-4751