**RECEIVED**
*By Kari Johnston at 7:38 am, Dec 22, 2021*

Goods and Services Received 12/17/2021
Goods and Services Accepted: 12/17/2021
Invoice Reviewed: 12/22/2021

**SSPS (Stan Sims Process Service)**
We pride ourselves on doing professional service.

| | |
|---|---|
| Date: | 12/18/21 |
| Invoice #: | 3 |
| Tax ID: | 26-1239453 |

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt 12/17/21 11:50 am | Arrived at 110 North ABC Street Milledgeville, Ga. 31061. I rang the doorbell and spoke with the secretary, and informed her that I was there to see Dr. Price, Superintendent. She buzzed me in and I said, I work with the U.S. Atty's office. She said, Dr. Price was in a meeting but she would get her. | $360.00 $10.26 | $360.00 $10.26 |
| | A short time later Dr. Price greeted me pleasantly! I then gave her (3) subpoenas thanked her and left the school. | | |
| | Expedited cost for service was $120 (3) for a grand total of $360. Total mileage 19, cost $10.26 | | |

| | |
|---|---|
| Subtotal | $370.26 |
| Sales Tax | -00 |
| **Total** | **$370.26** |

Make all checks payable to Stanley L. Sims (SSPS) *XM*
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157   (404) 867-4751