AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16-CV-03088-ELR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Eric Arena Superintendent, Defendant on *(date)* 12/15/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: Chenette Thompkins, Admin. Assistant to Superintendent, 158 Old Glenwood Springs Rd. Eatonton, Ga. 31024 on *(date)* 12/17/2021 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ 49.68 for travel and $ 240.00 for services, for a total of $ 289.68.

I declare under penalty of perjury that this information is true.

Date: 12/18/2021

*Server's signature*

Stanley L. Sims Sr. / Process Server
*Printed name and title*

112 Villa Ridge Terrace  Dallas, Ga. 30157
*Server's address*

Additional information regarding attempted service, etc.:
See attached invoice.