**RECEIVED**
By Kari Johnston at 7:45 am, Dec 22, 2021

Goods and Services Received: 12/17/2021
Goods and Services Accepted: 12/17/2021
Invoice Reviewed: 12/22/2021

SSPS (Stan Sims Process Service)

We pride ourselves on doing professional service.

| | |
|---|---|
| Date: | 12/18/21 |
| Invoice #: | 4 |
| Tax ID: | 26-1239453 |

To:     Kari Johnston, Legal Assistant, CD-FLU
        U.S. Attorney's Office
        Suite 600 U.S. Courthouse
        75 Ted Turner Drive, SW
        Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt | Arrived at 158 Old Glenwood Springs, Eatonton, Ga. | $240.00 | $240.00 |
| 12/17/21 | 31024. The staff was outside observing the kids get | $49.68 | $49.68 |
| 11:15 am | dismissed from school. A female staff member greet- | | |
| | ed me. I informed her that I needed to see Eric Are- | | |
| | na, Superintendent. She said, he was at the school. | | |
| | I then said, I need to see his Assistant. | | |
| | | | |
| | She said, she was the Assistant and her name was | | |
| | Chenette Thompkins. I informed her that I have (2) | | |
| | subpoenas from the U.S. Atty's office for him. And | | |
| | could she give it to Mr. Arena, and she said, sure. | | |
| | I thanked her and left. | | |
| | | | |
| | Expedited cost for service was $120 (2) for a grand | | |
| | total of $240. Total mileage 92, cost $49.68 | | |

| | |
|---|---|
| Subtotal | $289.68 |
| Sales Tax | -00 |
| **Total** | **$289.68** |

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157   (404) 867-4751