AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16-CV-03088-ELR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jeff Beardan Superintendent, Defendant

on *(date)* 12/15/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: Jeff Beardan, Superintendent 1120 Dahlonega Hwy Cumming, Ga. 30040

on *(date)* 12/16/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ 44.28 for travel and $ 120.00 for services, for a total of $ 164.28 .

I declare under penalty of perjury that this information is true.

Date: 12/18/2021

*Server's signature*

Stanley L. Sims Sr. / Process Server
*Printed name and title*

112 Villa Ridge Terrace Dallas, Ga. 30157
*Server's address*

Additional information regarding attempted service, etc.:
See attached Invoice.