RECEIVED
By Kari Johnston at 7:47 am, Dec 22, 2021

Goods and Services Received: 12/16/2021
Goods and Services Accepted: 12/6/2021
Invoice Reviewed: 12/22/2021

**SSPS (Stan Sims Process Service)**
We pride ourselves on doing professional service.

| | |
|---|---|
| Date: | 12/18/21 |
| Invoice #: | 5 |
| Tax ID: | 26-1239453 |

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt 12/16/21 10:15 am | Arrived at 1120 Dahlonega Hwy, Cummings, Ga. 30040. I was buzzed through. And I advised, the secretary that I worked with the U.S. Atty's office. And I needed to speak with Jeff Beardan. She said, he wasn't there. And he would be back at 2 pm. This was also confirmed by Sandi Abbott. | $120.00 $44.28 | $120.00 $44.28 |
| | She said, she was the Assistant. I then said, I would be back. She then gave me her card for me to call her to see if Mr. Beardan was back. | | |
| 2nd Attempt 12/16/21 4:45 pm | Arrived a second time and I was able to meet and serve a subpoena to Jeff Beardan. He was very pleasant. | | |
| | Expedited cost for service was $120 (1) for a grand total of $120. Total mileage 82, cost $44.28 | | |

| | |
|---|---|
| Subtotal | $164.28 |
| Sales Tax | -00 |
| **Total** | **$164.28** |

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157   (404) 867-4751