RECEIVED
By Kari Johnston at 7:49 am, Dec 22, 2021

Goods and Services Received: 12/16/2021
Goods and Services Accepted: 12/16/2021
Invoice Reviewed: 12/22/2021

**SSPS (Stan Sims Process Service)**
We pride ourselves on doing professional service.

Date: 12/18/21
Invoice #: 6
Tax ID: 26-1239453

To:
Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt 12/16/21 1:30 pm | Arrived at 132 Stanford Mill Rd, Clarksville, Ga. 30523. I was buzzed through. And I advised, the secretary that I worked with the U.S. Atty's office. And I needed to speak with Matthew Cooper. She said, he was away in a meeting. But he would be returning. When I asked about his Assistant. | $120.00 $27.00 | $120.00 $27.00 |
| | She said, she was off today. She did reach her. And Mr. Cooper was called. I said, I would return. At 2:42 pm I returned and served a subpoena to Matthew Cooper, Superintendent. | | |
| | Expedited cost for service was $120 (1) for a grand total of $120. Total mileage 50, cost $27 | | |

Subtotal $147.00
Sales Tax -00
Total **$147.00**

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157    (404) 867-4751