# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 1:16-cv-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

The United States, by and through the undersigned counsel, hereby files a notice of filing three subpoenas for Dawson County School District. As noted on the attached subpoenas, the three subpoenas were served on A. Damon Gibbs, Superintendent of Dawson County School District on December 16, 2021.

A true and correct copy of the subpoenas is attached hereto.

Respectfully submitted,

KURT R. ERSKINE
 *United States Attorney*

/s/Aileen Bell Hughes
 *Assistant United States Attorney*
Georgia Bar No. 375505

*aileen.bell.hughes@usdoj.gov*
*600 U.S. Courthouse*
*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000  fax (404) 581-6181*

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/Aileen Bell Hughes
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 13, 2022

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*