# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF EDWARD BEDARD

COMES NOW Edward Bedard, of the law firm Robbins Alloy Belinfante Littlefield LLC, 500 14th Street N.W., Atlanta, Georgia 30318, and hereby enters his appearance as additional counsel for Defendant State of Georgia, and requests that he be added to the docket as counsel for this defendant. Please direct all further pleadings, notices, orders, and other matters to him at the address below.

Respectfully submitted, this 20th day of January, 2022.

/s/ Edward Bedard
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

*Counsel for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Edward Bedard*
Edward Bedard
Georgia Bar No. 926148

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF EDWARD BEDARD** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 20th day of January, 2022.

*/s/ Edward Bedard*
Edward Bedard
Georgia Bar No. 926148