UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(d), Patrick M. Holkins enters his appearance as counsel for the United States of America in this action. Mr. Holkins is a member in good standing of the Virginia State Bar (Bar No. 85665). Accordingly, Mr. Holkins requests that the Clerk of the Court enter his appearance as counsel of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should continue to be served on all counsel representing the United States of America, including:

1

Patrick M. Holkins
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-3076
Patrick.Holkins@usdoj.gov


Dated:  January 24, 2022

                                            Kristen Clarke
                                            Assistant Attorney General for Civil Rights


                                            <u>/s/ Patrick M. Holkins</u>
                                            (Virginia Bar No. 85665)
                                            Special Litigation Section
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Avenue, NW
                                            Washington, DC 20530
                                            Telephone: (202) 598-3076
                                            Patrick.Holkins@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman font.

/s/ Patrick M. Holkins
(Virginia Bar No. 85665)
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-3076
Patrick.Holkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on this 24th day of January 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, in order to effect service upon all counsel of record.

/s/ Patrick M. Holkins
(Virginia Bar No. 85665)
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 598-3076
Patrick.Holkins@usdoj.gov
