# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(d), Claire D. Chevrier enters her appearance as counsel for the United States of America in this action.  Ms. Chevrier is a member in good standing of the bar of the State of Ohio (Bar No. 99565) and Washington, D.C. (Bar No. 241669).  Accordingly, Ms. Chevrier requests that the Clerk of the Court enter her appearance as attorney of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should continue to be served on all counsel representing the United States of America, including:

Claire D. Chevrier
Trial Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-1009
Fax: (202) 514-8337
claire.chevrier@usdoj.gov
crtedu.filings@usdoj.gov


Dated:  January 27, 2022

        Kristen Clarke
        Assistant Attorney General for Civil Rights

        <u>/s/ Claire D. Chevrier</u>
        (Ohio Bar No. 99565)
        Educational Opportunities Section
        Civil Rights Division
        U.S. Department of Justice
        150 M Street NE, Suite 10.211
        Washington, DC 20002
        Telephone: (202) 598-1009
        Fax: (202) 514-8337
        claire.chevrier@usdoj.gov

**L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman font.

/s/ Claire D. Chevrier
(Ohio Bar No. 99565)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-1009
Fax: (202) 514-8337
claire.chevrier@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on this 27th day of January 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, in order to effect service upon all counsel of record.

/s/ Claire D. Chevrier
(Ohio Bar No. 99565)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-1009
Fax: (202) 514-8337
claire.chevrier@usdoj.gov