## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16-CV-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(d), Kelly Gardner Womack enters her

appearance as counsel for the United States of America in this action.  Kelly

Gardner Womack is a member in good standing of the bars of the State of New

York (Bar No. 4494142) and Georgia (Bar. No. 916615), as well as the District of

Columbia (Bar No. 1002900).  Accordingly, she requests that the Clerk of the

Court enter her appearance as counsel of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies

of pleadings, papers, and other materials relevant to this action should continue to

be served on all counsel representing the United States of America, including:

Kelly Gardner Womack
Deputy Chief
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-9603
Fax: (202) 514-8337
kelly.gardner@usdoj.gov
crtedu.filings@usdoj.gov


Dated:  February 7, 2022

Kristen Clarke
Assistant Attorney General
   for Civil Rights

/s/ Kelly Gardner Womack
(Georgia Bar No. 916615)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-9603
Fax: (202) 514-8337
kelly.gardner@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman font.

/s/ Kelly Gardner Womack
(Georgia Bar No. 916615)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-9603
Fax: (202) 514-8337
kelly.gardner@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on this 7th day of February 2022, I electronically filed the

foregoing Notice of Appearance with the Clerk of Court using the CM/ECF

system, in order to effect service upon all counsel of record.


/s/ Kelly Gardner Womack
(Georgia Bar No. 916615)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.211
Washington, DC 20002
Telephone: (202) 598-9603
Fax: (202) 514-8337
kelly.gardner@usdoj.gov