IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>   Defendant. | CIVIL ACTION FILE NO.<br><br>1:16-CV-03088-ELR |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now, John Matthew Hawkins of the law firm of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, Post Office Box 5007, Rome, Georgia, 30162-5007, and files this Notice of Appearance of Counsel on behalf of non-party FLOYD COUNTY SCHOOL DISTRICT.

Respectfully submitted on this 7th day of February, 2022.

                                            BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

                                            By:   */s/ John Matthew Hawkins*
                                                    John Matthew Hawkins
                                                    Georgia Bar No. 120839

                                            *Attorney for Non-Party Floyd County School District*

- 2 -

P.O. Box 5007
Rome, Georgia 30162-5007
Phone:  (706) 291-8853
Fax:     (706) 234-3574
Email:   jhawkins@brinson-askew.com

- 2 -

# CERTIFICATE OF SERVICE

I certify that I have this day filed a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

I further certify that this document has been prepared in Times New Roman font (14 pt.) and formatted in accordance with the Local Rules of the United States District Court for the Northern District of Georgia.

This 7th day of February, 2022.

                                  BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

                                  By:   */s/ John Matthew Hawkins*
                                              John Matthew Hawkins
                                              Georgia Bar No. 120839

                                  *Attorney for Non-Party Floyd County School District*

P.O. Box 5007
Rome, Georgia 30162-5007
Phone:  (706) 291-8853
Fax:    (706) 234-3574
Email:  jhawkins@brinson-askew.com