# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | * * | |
| Defendant. | * * * | |

_____

# O R D E R
_____

In light of the ongoing discovery issues in this case, and at the request of the Parties, the Court hereby **SCHEDULES** a telephone conference for 9:00 a.m. on Wednesday, March 2, 2022.[1]

**SO ORDERED**, this 24th day of February, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Counsel for the Parties and relevant non-parties have already received the conference call dial-in information via email.