# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03088-ELR
### United States of America v. State of Georgia
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Chambers on 03/02/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 9:15 A.M.      COURT REPORTER: Elizabeth Cohn
TIME IN COURT: 00:15                 DEPUTY CLERK: Michelle Beck
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing State of Georgia
Kelly Gardner Womack representing United States of America
Beth Morris representing Dawson County School District
Beth Morris representing Forsyth County School District
Beth Morris representing Habersham County School District
Beth Morris representing Oconee Regional Educational Service Agency
Beth Morris representing Pioneer Regional Educational Service Agency
Beth Morris representing Putnam County School District
Alexa Ross representing State of Georgia |
| OTHER(S) PRESENT: | Steven Duggan (on behalf of Floyd County School District)
Jeff Daniel (on behalf of Fulton County School District and Cobb County School District) |
| PROCEEDING CATEGORY: | Telephone Conference (Other Hearing Non-evidentiary); |
| MINUTE TEXT: | A telephone conference was held regarding outstanding discovery issues and scheduling. Counsel requested and the Court granted a request for additional page limits. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |