# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-04122-ELR
### Perez v. Preston et al
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 03/01/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 1:00 P.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 5:20 P.M. | CSO/DUSM: Ken Morton |
| TIME IN COURT: 4:20 | DEPUTY CLERK: Michelle Beck |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:** Lydia Chastain representing Martin J. Walsh
Lydia Chastain representing Thomas E. Perez
Michael Flint representing TPP Holdings Inc., Employee Stock Ownership Plan
Michael Flint representing TPP Holdings, Inc.
Michael Flint representing Robert N. Preston
Jamie Kastler representing TPP Holdings Inc., Employee Stock Ownership Plan
Jamie Kastler representing TPP Holdings, Inc.
Jamie Kastler representing Robert N. Preston
Kristin Murphy representing Eugene Scalia
Kristin Murphy representing Thomas E. Perez

**PROCEEDING CATEGORY:** Bench Trial Continued;

**MINUTE TEXT:** Also present during the hearing were Paralegal Elizabeth Kemp (with the Defense); Andrew "Andy" Preston (with the Defendant); Robert "Bob" Preston (Defendant), Paralegal/IT Corey Beaton (with the Plaintiff); and Jeffrey Perkins (with the Plaintiff). Court called to order. Defense witness Andrew Andy Preston was sworn and continue to provide additional testimony. Plaintiff exhibit #s P8 and P10 were ADMITTED (by Defense). Joint exhibit # J9 is ADMITTED. Defense exhibit #s D5, D10 and D13 were ADMITTED. Defense witnesses Russell Reece and Eric Klein were sworn and provided testimony. Plaintiffs exhibit # P23 was ADMITTED. Court adjourned.

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at March 2, 2022 @ 9:00 am. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |