# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:16-CV-03088-ELR |
| | * | |
| STATE OF GEORGIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

# O R D E R
_____

Presently before the Court are two (2) "Corrected Consolidated/Joint Discovery Statement[s]" filed by the United States and various nonparty school districts upon whom the United States has filed Rule 45 subpoenas for inspection of premises.[1]  [See Docs. 162, 163].  Upon review, the undersigned finds it is appropriate to grant leave to the United States to submit motions to compel to seek enforcement of the Rule 45 subpoenas at issue.  Accordingly, the Court **DIRECTS** the United States to file any motions to compel as to Cobb County School District,

---

[1] The first "Corrected Consolidated/Joint Discovery Statement" was submitted by the United States, Cobb County School District, and Fulton County School District. [Doc. 162]. The second "Corrected Consolidated/Joint Discovery Statement" was submitted by the United States, Pioneer RESA, Habersham County School District, Dawson County School District, Forsyth County School District, Oconee RESA, Putnam County School District, Northwest Georgia RESA, Chattanooga County School District, and Metro RESA. [Doc. 163].

Fulton County School District, Pioneer RESA, Habersham County School District, Dawson County School District, Forsyth County School District, Oconee RESA, Putnam County School District, Northwest Georgia RESA, Chattanooga County School District, and Metro RESA within seven (7) days of the issuance of this order. [See Docs. 162, 163].

**SO ORDERED**, this 22nd day of March, 2022.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia