RECEIVED
By Kari Johnston at 7:29 am, Feb 14, 2022

Goods and Services Received: 2/7/22
Goods and Services Accepted: 2/7/22
Invoice Accepted and Reviewed: 2/14/22

**SSPS (Stan Sims Process Service)**
We pride ourselves on doing professional service.

| | |
|---|---|
| Date: | 02/07/22 |
| Invoice #: | 10 |
| Tax ID: | 26-1239453 |

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt | Arrived at 3167 Cedartown Hwy Rome, Ga. 30161. | $500.00 | $500.00 |
| 02/07/22 | Walked through the front entrance of the building. | $23.22 | $23.22 |
| 2:08 pm | And I spoke with the front desk Secretary and asked for Greg McElwee. She then called him and a short time later, he appeared. I informed him that I had subpoenas for him from the U.S. Atty's office. | | |
| | And he stated, he had expected them. I then thanked them both and left the premises. | | |
| | Cost for service was $100 (5) for a total of $500. Total mileage 43 (.54 per mile) at a cost of $23.22. | | |

| | |
|---|---|
| Subtotal | $523.22 |
| Sales Tax | -00 |
| **Total** | **$523.22** |

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157   (404) 867-4751