RECEIVED
By Kari Johnston at 7:39 am, Feb 14, 2022
Case 1:16-cv-03088-ELR    Document 171-1    Filed 03/25/22    Page 1 of 1

Goods and Servieds Received: 2/7/22
Goods and Servieds Accepted: 2/7/22
Invoiced Received and Accepted: 2/14/21

**SSPS (Stan Sims Process Service)**
We pride ourselves on doing professional service.

| | |
|---|---|
| Date: | 02/07/22 |
| Invoice #: | 11 |
| Tax ID: | 26-1239453 |

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt 02/07/22 2:56 pm | Arrived at 33 Middle School Rd. Summerville, Ga. 30747. I walked through the front office door. And I spoke with the front desk Secretary and asked for Jared Hosmer. She then went to get him. A short time later, he appeared. I informed him that I had subpoenas for him from the U.S. Atty's office. | $200.00 54.54. | $200.00 $54.54 |
| | He said, thanks and shook my hand. I then thanked them both and left the premises. | | |
| | Cost for service was $100 (2) for a total of $200. Total mileage 101 (.54 per mile) at a cost of $54.54. | | |

| | |
|---|---|
| Subtotal | $254.54 |
| Sales Tax | -00 |
| Total | **$254.54** |

Make all checks payable to Stanley L. Sims (SSPS) 
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157    (404) 867-4751