**RECEIVED**
**By Kari Johnston at 8:55 am, Feb 16, 2022**

Goods and Services Received: 2/14/22
Goods and Services Accepted: 2/14/22
Invoice Received and Reviewed: 2/16/22

SSPS (Stan Sims Process Service)
We pride ourselves on doing professional service.

Date: 02/14/22
Invoice #: 12
Tax ID: 26-1239453

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt 02/14/22 1:15 pm | Arrived at 601 Beckwith Street, Atlanta, Ga. 30314 | $700.00 | $700.00 |
| | I called the Secretary and she came and escorted me to the main office to sign-in. I had already informed her that I worked with the U,S. Atty's office and I was there to see Mrs. Holifield. A short time later Mrs. Holifield arrived and greeted me pleasantly. I then gave her (7) subpoenas and thanked her and left the premises. | $43.20 | $43.20 |
| | Cost for service was $100 (7) for a total of $700. Total mileage 80 (.54 per mile) at a cost of $43.20. | | |

Subtotal $743.20
Sales Tax -00
Total **$743.20**

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157   (404) 867-4751