IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF GEORGIA,**<br><br>Defendant. | Civil Action No.<br><br>1:16-cv-03088-ELR |

### [PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS FOR INSPECTION OF PREMISES

Presently before the Court is Plaintiff United States of America's ("United States") Motion to Compel Compliance with Rule 45 Subpoenas for Inspection of Premises Affiliated with the Georgia Network for Educational and Therapeutic Support and Pioneer RESA, Northwest RESA, Oconee RESA, Metro RESA, Cobb County School District, and Fulton County School District ("Motion to Compel"). [Doc. 174]  Having read and considered the United States' Motion to Compel and accompanying Memorandum of Law, and finding that the terms of the United States' Rule 45 Subpoenas for Inspection of Premises are reasonable and not unduly burdensome, in accordance with applicable law, the Court hereby:

1) **GRANTS** the United States' Motion to Compel [Doc. 174]; and

1

2) **ORDERS** Pioneer RESA, Habersham County School District, Dawson County School District, Forsyth County School District, Northwest RESA, Chattooga County School District, Oconee RESA, Putnam County School District, Metro RESA, Cobb County School District, and Fulton County School District to comply with the terms of the United States' Rule 45 Subpoenas for Inspection of Premises, including the site inspection protocol set forth in Attachment A to the Subpoenas.

By issuing this Order, the Court concludes that the protocol for conducting site inspections set forth in Attachment A to the Rule 45 Subpoenas is enforceable in the circumstances raised here. The Court provides notice to others challenging this protocol that the protocol will be presumptively enforceable, unless a subpoena recipient raises material new circumstances warranting a change.

Dated: April __, 2022

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA