**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:16-CV-03088-ELR |
| | * | |
| STATE OF GEORGIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**
_____

Presently before the Court is a "Consolidated/Joint Discovery Statement" filed by the United States and nonparty Floyd County School District, upon whom the United States has filed Rule 45 subpoenas for inspection of premises.  [See Doc. 175].  Upon review, the undersigned finds it is appropriate to grant leave to the United States to submit motions to compel to seek enforcement of the Rule 45 subpoenas at issue.  [See id.]  Accordingly, the Court **DIRECTS** the United States to file any motions to compel regarding sites within Floyd County School District within seven (7) days of the issuance of this order.

**SO ORDERED**, this 31st day of March, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia