Goods and Services Received: 1/24/22
Goods and Services Accepted: 1/24/22
Invoice Received and Reviewed: 3/9/22

| | | | |
|---|---|---|---|
| SSPS (Stan Sims Process Service) | | Date: | 01/24/22 |
| We pride ourselves on doing professional service. | | Invoice #: | 9 |
| | | Tax ID: | 26-1239453 |

To: Kari Johnston, Legal Assistant, CD-FLU
U.S. Attorney's Office
Suite 600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Ga. 30303

| Process Server | Job | Payment Terms | Due Date |
|---|---|---|---|
| Stanley L. Sims | Subpoenas | Due upon receipt | N/A |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1st Attempt | Arrived at 600 Riverside Parkway Rome, Ga. 30165. | $200.00 | $200.00 |
| 01/24/22 | I entered through the front entrance of the school. | $46.44 | $46.44 |
| 9:47 am | And I spoke with the front desk Secretary and asked | | |
| | for Mr. Glenn White. She then informed me that he | | |
| | was in an Executive meeting. I then asked for his | | |
| | Assistant. A short time later, a female arrived. | | |
| | And she stated, she was Mr. White's Assistant. When | | |
| | asked, she stated her name was Robin Borders. | | |
| | I then informed her that I had (2) subpoenas for her | | |
| | to give to Mr. White, from the U.S. Atty's office. | | |
| | And she said, okay and I thanked her and left. | | |
| | Cost for service was $100 (2) for a total of $200. | | |
| | Total mileage 86 (.54 per mile) at a cost of $46.44 | | |
| | | Subtotal | $246.44 |
| | | Sales Tax | -00 |
| | | **Total** | **$246.44** |

Make all checks payable to Stanley L. Sims (SSPS)
Thanks for your business!

112 Villa Ridge Terrace Dallas, Ga. 30157    (404) 867-4751

Case 1:16-cv-03088-ELR     Document 178-2     Filed 04/04/22     Page 2 of 2

112 Villa Ridge Terrace Dallas, Ga. 30157    (404) 867-4751