IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF GEORGIA,**<br><br>Defendant. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS SERVED UPON FLOYD COUNTY SCHOOL DISTRICT FOR INSPECTION OF PREMISES**

Presently before the Court is Plaintiff United States of America's ("United States") Motion to Compel Compliance with Rule 45 Subpoenas for Inspection of Premises Affiliated with the Georgia Network for Educational and Therapeutic Support and Floyd County Schools ("Motion to Compel"). [Doc. 179] Having read and considered the United States' Motion to Compel and accompanying Memorandum of Law, and finding that the terms of the United States' Rule 45 Subpoenas for Inspection of Premises are reasonable and not unduly burdensome, in accordance with applicable law, the Court hereby:

1) **GRANTS** the United States' Motion to Compel [Doc. 179]; and

1

2) **ORDERS** Floyd County Schools to comply with the terms of the United States' Rule 45 Subpoenas for Inspection of Premises, including the site inspection protocol set forth in Attachment A to the Subpoenas.

By issuing this Order, the Court concludes that the protocol for conducting site inspections set forth in Attachment A to the Rule 45 Subpoenas is enforceable in the circumstances raised here. The Court provides notice to others challenging this protocol that the protocol will be presumptively enforceable, unless a subpoena recipient raises material new circumstances warranting a change.

Dated: April __, 2022

_____

ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA