IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>*v.*<br><br>STATE OF GEORGIA<br>Defendant. | Civil Action No.<br><br>1:16-CV-03088-ELR |

### CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Thursday, April 14, 2022, the United States served three **SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to A. Damon Gibbs, Superintendent of Dawson County School District, on the following counsel of record via email:

>Hieu M. Nyugen
>Harben, Hartley & Hawkins, LLP
>340 Jesse Jewell Parkway SE
>Suite 750
>Gainesville, Georgia 30501

A true and correct copy of the subpoenas are attached hereto.

>Respectfully submitted,
>
>KURT R. ERSKINE
>   *United States Attorney*
>
>/s/Aileen Bell Hughes
>*Assistant United States Attorney*
>Georgia Bar No. 375505
>aileen.bell.hughes@usdoj.gov
>*600 U.S. Courthouse*
>*75 Ted Turner Drive, S.W.*
>*Atlanta, GA 30303*
>*(404) 581-6000  fax (404) 581-6181*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13-point font.

<u>/s/ Aileen Bell Hughes</u>
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

April 19, 2022

                                           /s/ AILEEN BELL HUGHES
                                           AILEEN BELL HUGHES
                                           *Assistant United States Attorney*