# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| PLAINTIFF, | |
| v. | Civil Action No. |
| **STATE OF GEORGIA,** | 1:16-cv-03088-ELR |
| DEFENDANT. | |

## AFFIDAVIT

NOW COMES, CRAIG ELLISON, who, after being duly sworn, states and testifies as follows:

1. I am the Executive Director of Technology of the Floyd County School System.

2. In that capacity, I can install cameras in the GNET classrooms at both Coosa Middle School and Coosa High School that will provide video and audio coverage of the rooms without causing any disruption of the classroom activities.

3. Attorneys and experts of the Department of Justice will be able to observe the classrooms on a computer located in a nearby room in each school.

946791.1

SO SWORN, this 20th day of April, 2022.

_____
CRAIG ELLISON

Sworn to and subscribed before me
this  20   day of April, 2022.

_____
Witness

_____
Notary Public, State of Georgia
My commission expires: May 21, 2023