IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA<br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Monday, May 2, 2022, the United States served four **SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to Mike Looney, Superintendent of Fulton County Schools, on the following counsel of record via email:

>Jeff Daniel
>Parker Poe
>1075 Peachtree Street N.E.
>Suite 1500
>Atlanta, Georgia 30309

A true and correct copy of the subpoenas are attached hereto.

                                                Respectfully submitted,

                                                RYAN K. BUCHANAN
                                                   *United States Attorney*

                                              /s/Aileen Bell Hughes
                                              *Assistant United States Attorney*
                                              Georgia Bar No. 375505
                                              aileen.bell.hughes@usdoj.gov
                                              *600 U.S. Courthouse*
                                              *75 Ted Turner Drive, S.W.*
                                              *Atlanta, GA 30303*
                                              *(404) 581-6000  fax (404) 581-6181*

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13-point font.

/s/ Aileen Bell Hughes
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

May 5, 2022

>/s/ AILEEN BELL HUGHES
>AILEEN BELL HUGHES
>*Assistant United States Attorney*