IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

    *v.*

STATE OF GEORGIA
    Defendant.

Civil Action No.

1:16-CV-03088-ELR

## <u>CERTIFICATION OF SERVICE OF DISCOVERY</u>

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Thursday, April 28, 2022, the United States served a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to Henry County Board of Education, on the following counsel of record via email:

> Megan Murren Rittle
> Smith Welch Webb & White
> 2200 Keys Ferry Court
> McDonough, Georgia 30253

A true and correct copy of the subpoenas are attached hereto.

Respectfully submitted,

RYAN K. BUCHANAN
    *United States Attorney*

<u>/s/ Aileen Bell Hughes</u>
*Assistant United States Attorney*
Georgia Bar No. 375505
aileen.bell.hughes@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000  fax (404) 581-6181*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13-point font.

/s/ Aileen Bell Hughes
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

May 5, 2022

/s/ Aileen Bell Hughes
AILEEN BELL HUGHES
*Assistant United States Attorney*