# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>           Plaintiff,                       )<br>                                                         )<br>     v.                                             )<br>                                                         )<br>STATE OF GEORGIA,                  )<br>                                                         )<br>           Defendant.                   )<br>                                                         ) | Civil Action No. 1:16-cv-03088-ELR |

## JOINT STATUS REPORT

NOW COME Plaintiff United States of America ("United States") and Defendant State of Georgia ("State"), pursuant to the Court's September 14, 2021 Order [Doc. 117] (the "September 14 Order"), and file this updated Joint Status Report outlining the parties' progress in discovery and identifying outstanding issues that may affect the timeline for completing discovery.

This Court is aware of the parties' claims and defenses. In brief, the United States alleges that the State, by delivering educational services to students with disabilities in segregated settings, through the Georgia Network for Educational and Therapeutic Support ("GNETS") Program, violates Title II of the Americans with Disabilities Act. The State maintains, among other defenses, that it cannot provide

the relief the United States seeks because Georgia's local school districts, through their IEP teams, determine whether a student requires GNETS Program services and because the school districts—and not the State—operate the regional GNETS programs (of which no individual employed by the State is part).

## I.     Current Status

This Court's September 14 Order extended the period for fact discovery through and including September 12, 2022, and required the parties to submit quarterly status reports, of which this is the last, prior to the fact discovery cutoff. [Doc. 116 at 6-7]. In light of the breadth of the issues, the parties continue to take substantial discovery, including producing and reviewing electronically stored information ("ESI"), issuing and responding to interrogatory responses and requests for admission, and conducting site visits and depositions. Discovery necessary to gather facts relevant to expert opinions is also ongoing. During this past quarter, the United States voluntarily agreed to a five-week hiatus in depositions to accommodate the State's counsel's trial schedule in another case.

The parties expect to confer during this quarter regarding an agreed cap on the number of depositions, including the need for and potential duration of any extension to the fact discovery period. The parties hope to report to the Court shortly with joint proposals on these issues.

## II.   Steps Taken by the Parties to Complete Discovery

Prior status reports provide extensive detail regarding discovery efforts undertaken previously. Below, the parties describe their respective discovery activities since the March 10, 2022 status report.

### A.   Steps Taken by the United States

The United States continues to seek discovery and to respond to discovery requests with the goal of bringing this matter to trial.

#### 1.  Site Visits

On April 12 and April 22, 2022, this Court issued orders granting the United States' motions to compel site inspections of various GNETS facilities. [Docs 183 &193.] Thereafter, the United States completed the following thirty-four site visits:

| 4/25/2022 - 4/28/2022 Site Visit ||| 
|---|---|---|
| **Regional GNETS Program** | **Site** | **Location** |
| GNETS of Oconee | Baldwin High School | Milledgeville, GA |
| GNETS of Oconee | Oak Hill Middle School | Milledgeville, GA |
| GNETS of Oconee | Lakeview Academy | Milledgeville, GA |
| GNETS of Oconee | Putnam County Middle | Eatonton, GA |

| | | |
|---|---|---|
| Futures | Futures Center | Cornelia, GA |
| Futures | Cornelia Elementary | Cornelia, GA |
| Futures | Dawson County Jr. High | Dawsonville, GA |
| Futures | Dawson County High | Dawsonville, GA |
| Futures | Black Mills Elementary School | Dawsonville, GA |
| Futures | Futures Center | Cumming, GA |
| H.A.V.E.N. Academy | Lassiter High School | Marietta, GA |
| H.A.V.E.N. Academy | Sprayberry High School | Marietta, GA |
| H.A.V.E.N. Academy | H.A.V.E.N. Academy Center | Mableton, GA |

| 5/2/2022 - 5/6/2022 Site Visit | | |
|---|---|---|
| **Regional GNETS Program** | **Site** | **Location** |
| Cedarwood | Cedarwood Center | Lyons, GA |
| Cedarwood | Cedarwood Center | Statesboro, GA |
| Coastal Academy | Coastal Academy Center | Hinesville, GA |
| Coastal Academy | Coastal Academy Center | Brunswick, GA |
| Coastal Academy | Coastal Academy Center | Kingsland, GA |
| Horizon Academy | Horizon Academy Center | Valdosta, GA |
| Pathways Educational | Pathways Center | Thomasville, GA |
| Flint Area Learning | Flint Area Learning Center | Cordele, GA |

| 5/9/2022 - 5/13/2022 Site Visit |||
|---|---|---|
| **Regional GNETS Program** | **Site** | **Location** |
| Northwest Georgia Educational | Coosa High School | Rome, GA |
| Northwest Georgia Educational | Main Elementary School | Rome, GA |
| Northwest Georgia Educational | Chattooga High School | Summerville, GA |
| Northwest Georgia Educational | LeRoy Massey Elementary | Summerville, GA |
| Northwest Georgia Educational | Coosa Middle School | Rome, GA |
| North Metro | Haynes Bridge Middle School | Alpharetta, GA |
| North Metro | North Metro Buice Center | Suwannee, GA |
| North Metro | Centennial High School | Roswell, GA |
| North Metro | Tri-Cities High School | East Point, GA |
| North Metro | Hamilton E. Holmes Elementary School | East Point, GA |
| South Metro | JB Henderson Center | McDonough, GA |
| Sand Hills | Sand Hills Center | Thomson, GA |
| Sand Hills | Tubman Educational Center | Augusta, GA |

The United States has now completed the majority of its site visits. It anticipates conducting any remaining site visits after schools reopen in August 2022. Such visits, which the United States will conduct pursuant to subpoena, will include general education and GNETS settings.

### 2. Production and Review of ESI

The parties have continued to cooperate regarding the scheduling of ESI production and prioritization of certain custodians. The State had produced approximately 360,000 ESI documents as of December 10, 2021 relating to Priority One custodians. On April 22, the State produced a roughly equal volume, approximately 350,000 documents from Priority One and Priority Two custodians.

The United States is continuing to review and assess these productions and will serve further requests as necessary.

### 3. Depositions

The United States has taken the following depositions:

| Deponent | Relevant Affiliation | Deposition Date |
|---|---|---|
| Dante McKay | DBHDD | January 27, 2022 |
| John Quesenberry | DBHDD | March 28, 2022 |
| Stephanie Pearson | DBHDD | March 28, 2022 |
| Dimple Desai | Georgia Center for Excellence | March 29, 2022 |
| Clara Keith | DBHDD | June 7, 2022 |
| Garry McGiboney | DOE | June 8, 2022 |

| | | |
|---|---|---|
| Michael Rowland | DOE | June 9, 2022 |

In addition, the United States has noticed the following depositions:

| Deponent | Relevant Affiliation | Expected Date |
|---|---|---|
| Wendy Tiegreen | DBHDD | June 21, 2022 |
| Layla Fitzgerald | DBHDD | June 22, 2022 |
| Brian Dowd | DCH | June 23, 2022 |
| Debbie Gay | DOE | June 24, 2022 |

The United States anticipates scheduling further depositions in July, August, and early September 2022. The ability to timely move forward with depositions depends—in large part—on the complete production and subsequent review of relevant documents from each deponent's custodial files.

The United States will serve further fact "paper" discovery, including requests for admissions, as necessary. The parties will also cooperate to schedule the many depositions that will need to be taken to develop the evidentiary record.

B.   **Steps Taken by the State of Georgia**

Since April 2022, virtually the entire trial team representing the State has been defending the Georgia Secretary of State and the State Election Board in the trial known as *Fair Fight Action v. Raffensperger*. Despite this, legal counsel for the State has made tremendous efforts to accommodate the United States' aggressive deposition schedule and seven hour depositions of almost all witnesses. Further, the

State has also worked diligently to accommodate the United States' compressed timeline of visits to various facilities throughout the State where GNETS services are provided.

To date, the State has produced roughly 710,000 documents totaling over 5 million pages in response to the United States' First Request for the Production of Documents. In addition, it has worked to accommodate and respond to the United States's ongoing discovery requests outside of those related to the State's document productions.

The State believes the United States' position is that policies and practices in other states are not relevant to the issues before this Court and, accordingly, the State has not conducted discovery into such policies and practices of other states. The State intends to raise this with the United States in the coming weeks after the conclusion of the trial in the matter of *Fair Fight Action v. Raffensperger*. The State also intends to serve additional written discovery requests on the United States.

Thus far, the United States has conducted seven depositions of current or former State employees with additional depositions scheduled in the near future. The State anticipates conducting depositions in the coming months. However, the United States has not identified any individual student who is allegedly subject to unlawful discrimination under the Americans with Disabilities Act, which has

hampered the State's ability to depose individuals. The United States also has not yet identified any expert witnesses that will be providing testimony, which has slowed the State's ability to conduct discovery in some areas. The State expects to confer with the United States on these issues and reach a mutually agreeable resolution.

## **CONCLUSION**

Over the past nine months, since entry of the September 14 Order, the parties have cooperated to make further progress with respect to fact discovery. The parties will work diligently and cooperatively to meet the September 12, 2022 fact discovery deadline, or for a good faith extension thereof, and will further report to this Court regarding next steps.

June 10, 2022                                Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*
Northern District of Georgia

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General

SHAHEENA A. SIMONS
Chief

RENEE M. WOHLENHAUS
KELLY GARDNER WOMACK
Deputy Chiefs

ANDREA E. HAMILTON
Special Litigation Counsel

VICTORIA M. LILL
CLAIRE D. CHEVRIER
FRANCES S. COHEN
PATRICK HOLKINS
LAURA C. TAYLOE
MICHELLE L. TUCKER
Trial Attorneys
Educational Opportunities Section

/s/ *Kelly Gardner Womack*
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-5249
kelly.gardner@usdoj.gov

*Attorneys for the United States*

*s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Danielle Hernandez
Georgia Bar No.  736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255


Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, GA 30033

Special Assistant Attorneys General

*Attorneys for Defendant*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Joint Status Report has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

/s/*Kelly Gardner Womack*
Kelly Gardner Womack

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 10th day of June, 2022.

/s/*Kelly Gardner Womack*
Kelly Gardner Womack