IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. |
| STATE OF GEORGIA, | 1:16-cv-03088-ELR |
| Defendant. | |

### NOTICE OF DEPOSITION OF WENDY TIEGREEN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of the United States of America will take the deposition upon oral examination of WENDY TIEGREEN, of the Georgia Department of Behavioral Health and Developmental Disabilities, on June 21, 2022, beginning at 9:00 a.m. at 500 14th Street NW, Atlanta, Georgia 30318.

The deposition will be taken before an officer authorized to administer oaths and recorded by stenographic and audiovisual means. The deposition will continue from day-to-day until adjourned. It will be taken for the purpose of discovery and any other purpose permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross examine. Counsel may attend by Zoom.

Dated: June 16, 2022.

| | |
|---|---|
| RYAN K. BUCHANAN<br>*United States Attorney*<br>Northern District of Georgia<br><br>*/s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW, Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Chief<br><br>RENEE M. WOHLENHAUS<br>KELLY GARDNER WOMACK<br>Deputy Chiefs<br><br>ANDREA E. HAMILTON<br>Special Litigation Counsel<br><br>VICTORIA M. LILL<br>CLAIRE D. CHEVRIER<br>FRANCES S. COHEN<br>PATRICK HOLKINS<br>LAURA C. TAYLOE<br>MICHELLE L. TUCKER<br>Trial Attorneys<br>Educational Opportunities Section<br><br>*/s/ Kelly Gardner Womack*<br>U.S. Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-4092<br>kelly.gardner@usdoj.gov<br><br>*Attorneys for the United States* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing notice has been prepared using Book Antiqua, 13-point font.

*/s/ Kelly Gardner Womack*
KELLY GARDNER WOMACK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

June 16, 2022.

/s/ *Kelly Gardner Womack*
KELLY GARDNER WOMACK