IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA<br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Monday, June 13, 2022, the United States served a **SUBPOENA TO TESTIFY AT A DEPOSITON IN A CIVIL ACTION** to Deborah Gay, by personal service at the following address:

>Deborah Gay
>1124 North Fletcher Avenue
>Fernandina Beach, Florida 32034-2009

True and correct copies of the subpoena and proof of service are attached hereto.

                                          Respectfully submitted,

                                          RYAN K. BUCHANAN
                                             *United States Attorney*

                                          <u>/s/Aileen Bell Hughes</u>
                                          *Assistant United States Attorney*
                                          Georgia Bar No. 375505
                                          aileen.bell.hughes@usdoj.gov
                                          *600 U.S. Courthouse*
                                          *75 Ted Turner Drive, S.W.*
                                          *Atlanta, GA 30303*
                                          *(404) 581-6000  fax (404) 581-6181*

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13-point font.

/s/Aileen Bell Hughes
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

June 23, 2022

>/s/ AILEEN BELL HUGHES
>AILEEN BELL HUGHES
>*Assistant United States Attorney*