IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| v. | Civil Action No. |
| STATE OF GEORGIA, | 1:16-cv-03088-ELR |
| DEFENDANT. | |

### NOTICE OF DEPOSITION OF SUSAN MCLAREN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of the United States of America will take the deposition upon oral examination of SUSAN MCLAREN, of the Center of Excellence for Children's Behavioral Health at Georgia State University, on July 28, 2022, beginning at 9:00 a.m. at the Robbins Firm, 500 14th Street, NW Atlanta, Georgia 30318.

The deposition will be taken before an officer authorized to administer oaths and recorded by stenographic and audiovisual means. The deposition will continue from day-to-day until adjourned. It will be taken for the purpose of discovery and any other purpose permitted by the Federal Rules of Civil

Procedure. You are invited to attend and cross examine. Counsel may attend by Zoom.

Dated: July 13, 2022.

                              Respectfully submitted,

                              RYAN K. BUCHANAN
                                  *United States Attorney*

                              */s/ Aileen Bell Hughes*
                              AILEEN BELL HUGHES
                              *Assistant United States Attorney*
                              Georgia Bar No. 375505
                              Aileen.bell.hughes@usdoj.gov
                              600 U.S. Courthouse
                              75 Ted Turner Drive SW
                              Atlanta, GA 30303
                              (404) 581-6000   Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13-point font.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 13, 2022.

                                                    /s/ Aileen Bell Hughes
                                                    Aileen Bell Hughes
                                                    *Assistant United States Attorney*