# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO: 1:16-cv-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF ANNA EDMONDSON

COMES NOW Anna Edmondson, of the law firm Robbins Alloy Belinfante Littlefield LLC, 500 14th Street, N.W., Atlanta, Georgia 30318, and hereby enters her appearance as additional counsel for Defendant State of Georgia, and requests that she be added to the docket as counsel for this defendant. Please direct all further pleadings, notices, orders, and other matters to her at the address below.

This 28th day of July, 2022.

*/s/ Anna Edmondson*
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381

*Counsel for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Anna Edmondson*
Anna Edmondson

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF ANNA EDMONDSON** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 28th day of July, 2022.

*/s/ Anna Edmondson*
Anna Edmondson
Georgia Bar No. 289667