# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on July 8, 2022, the undersigned served a Subpoena to Testify at a Deposition in a Civil Action upon Talithia Newsome by delivering a copy to her attorney via electronic mail at the following address:

> Pete Fletcher, Esq.
> lofletcher@fhflaw.com
> Kim Fletcher Bowden, Esq.
> Kim@fhflaw.com
> Fletcher, Harley & Fletcher, LLP
> 3529 Walton Way Extension
> Augusta, GA  30909

A true and correct copy of the subpoena is attached hereto.

This 2nd day of August, 2022.

/s/ *Melanie Johnson*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Danielle Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, Georgia  30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255


Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 2nd day of August, 2022.

*/s/ Melanie Johnson*
Melanie Johnson
Georgia Bar No. 466756
