# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on July 8, 2022, the undersigned served a Subpoena to Testify at a Deposition in a Civil Action upon Whitney Braddock by delivering a copy to her attorney via electronic mail at the following address:

> Hieu Nguyen, Esq.
> hnguyen@hhhlawyers.com
> Harben, Hartley & Hawkins, LLP
> 340 Jesse Jewell Parkway SE
> Suite 750
> Gainesville, Georgia 30501

A true and correct copy of the subpoena is attached hereto.

This 2nd day of August, 2022.

        */s/ Melanie Johnson*
        Josh Belinfante
        Georgia Bar No. 047399
        jbelinfante@robbinsfirm.com
        Melanie Johnson
        Georgia Bar No. 466756
        mjohnson@robbinsfirm.com
        Edward Bedard
        Georgia Bar No. 926148
        ebedard@robbinsfirm.com
        Danielle Hernandez
        Georgia Bar No. 736830
        dhernandez@robbinsfirm.com
        Javier Pico Prats
        Georgia Bar No. 664717
        javier.picoprats@robbinsfirm.com
        Anna Edmondson
        Georgia Bar No. 289667
        aedmondson@robbinsfirm.com
        Robbins Alloy Belinfante Littlefield LLC
        500 14th Street NW
        Atlanta, Georgia  30318
        Telephone: (678) 701-9381
        Facsimile:  (404) 856-3255

        Alexa R. Ross
        Georgia Bar No. 614986
        alexarross@icloud.com
        AlexaRossLaw, LLC
        2657 Danforth Lane
        Decatur, Georgia  30033

        Special Assistant Attorneys General

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 2nd day of August, 2022.

*/s/ Melanie Johnson*
Melanie Johnson
Georgia Bar No. 466756