IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>           *v.*<br><br>STATE OF GEORGIA,<br>    DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

**CERTIFICATION OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Friday, August 12, 2022, I served PLAINTIFF UNITED STATES' SECOND SET OF INTERROGATORIES, on all counsel of record via email.

                                                       Respectfully submitted,

                                                       RYAN K. BUCHANAN
                                                          *United States Attorney*

                                      /s/ Aileen Bell Hughes
                                           *Assistant United States Attorney*
                                     Georgia Bar No. 375505
                                     Aileen.bell.hughes@usdoj.gov
                                     *600 U.S. Courthouse*
                                     *75 Ted Turner Drive, S.W.*
                                     *Atlanta, GA 30303*
                                     *(404) 581-6000  fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 12, 2022

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*