IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　PLAINTIFF,<br><br>　　　　*v.*<br><br>STATE OF GEORGIA,<br>　　　　DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## **CERTIFICATION OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Friday, August 12, 2022, I served PLAINTIFF UNITED STATES' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS, on all counsel of record via email.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　RYAN K. BUCHANAN
　　　　　　　　　　　　　　　　　*United States Attorney*


　　　　　　　　　　　　　　/s/ Aileen Bell Hughes
　　　　　　　　　　　　　　　　*Assistant United States Attorney*
　　　　　　　　　　　　　　Georgia Bar No. 375505
　　　　　　　　　　　　　　Aileen.bell.hughes@usdoj.gov
　　　　　　　　　　　　　　*600 U.S. Courthouse*
　　　　　　　　　　　　　　*75 Ted Turner Drive, S.W.*
　　　　　　　　　　　　　　*Atlanta, GA 30303*
　　　　　　　　　　　　　　*(404) 581-6000  fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 12, 2022

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*