## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## **LEAVE OF ABSENCE OF JOSH BELINFANTE**

COMES NOW Josh Belinfante, attorney for Defendants, and pursuant to Local Rule 83.1 respectfully notifies this Court, and counsel of record of the following Leave of Absence from the practice of law on the following dates:

1. September 23, 2022 and September 26, 2022. The purpose of this leave is for a family holiday.

2. October 5, 2022. The purpose of this leave is for a religious holiday.

3. October 10, 2022 – October 11, 2022. The purpose of this leave is for a family vacation.

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to Object. If no objections are filed, the leave shall be granted.

This 15th day of August, 2022.

    /s/ *Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Danielle Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, Georgia  30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255


Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane

-3-

Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **LEAVE OF ABSENCE OF JOSH BELINFANTE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 15th day of August, 2022.

*/s/ Josh Belinfante*
Josh Belinfante