IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA<br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## **CERTIFICATION OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on August 23, 2022, the United States served a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to Craig Whedon, Director of Mainstay Academy, via process server at the following address:

> Craig Whedon, Director
> Mainstay Academy
> 200 A. Z. Kelsey Avenue
> Griffin, Georgia 30223

A true and correct copy of the subpoena is attached hereto, along with a copy of the proof of service.

                Respectfully submitted,

                RYAN K. BUCHANAN
                  *United States Attorney*

                /s/ Aileen Bell Hughes
                *Assistant United States Attorney*
                Georgia Bar No. 375505
                aileen.bell.hughes@usdoj.gov
                *600 U.S. Courthouse*
                *75 Ted Turner Drive, S.W.*
                *Atlanta, GA 30303*
                *(404) 581-6000  fax (404) 581-6181*

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing certification has been prepared using Book Antiqua, 13-point font.

<u>/s/ Aileen Bell Hughes</u>
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 2, 2022

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*