AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16-cv-03088-ELR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Craig Whelan, Director of Ministry Academy
was received by me on *(date)* 08-20-22.

☒ I served the subpoena by delivering a copy to the named person as follows: Personally at 200 A.Z. Kelsey Ave. Griffin, GA 30223
on *(date)* 08-23-22 ; or 0950 AM

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ 00.00 for travel and $ 50.00 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 08-23-22

_____
Server's signature

Scott Stanica Court Appointed Process Server
Printed name and title

1610 Birdie Rd. Griffin, GA 30223
Server's address

Additional information regarding attempted service, etc:

*Scott Stonica*
*1610 Birdie Road*
*Griffin, GA 30223*
*770-401-1158 (C)*

## Civil Process Server

Date: August 23, 2022

Attorney Serving for U.S. District Court

Bill for Case Russell- U.S.of America Vs. State of Ga.

U.S. District Court Northern District 1:16-cv-03088-ELR

| | |
|---|---|
| Fee for service | $ 50.00 |
| Mileage: 00 miles . 50 per mile | $ 00.00 |
| Other Miscellaneous | $ 00.00 |
| Total: | $ 50.00 |

REMARKS   Served subpoena to Craig Whedon