# AFFIDAVIT OF SERVICE

| Case:<br>1:16-CV-03088-ELR | Court:<br>United States District Court for the Northern District of Georgia | County: | Job:<br>7567221 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>United States of America | | Defendant / Respondent:<br>State of Georgia | |
| Received by:<br>Metro Court Services | | For:<br>US Attorney's Office NDGA, Civil Department | |
| To be served upon:<br>Rodney Moore, Executive Director | | | |

I, George Folds, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rodney Moore, Executive Director c/o Kina Barkley (authorized to accept service for Rodney Moore), 3830 S. Cobb Drive Suite 300, Smyrna, GA 30080

**Manner of Service:** Corporation, Aug 30, 2022, 1:10 pm EDT

**Documents:** Cover Letter, Subpoena To Produce Documents, Information, or Objects or To Permit Inspection of Premises In A Civil Action, Attachment A

**Additional Comments:**
1) Successful Attempt: Aug 30, 2022, 1:10 pm EDT at 3830 S. Cobb Drive Suite 300, Smyrna, GA 30080 received by Rodney Moore, Executive Director c/o Kina Barkley (authorized to accept service for Rodney Moore). Age: 40-45; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'4"; Hair: Brown;

_____  8-31-22
George Folds                Date

Metro Court Services
216 N Erwin St
Cartersville, GA 30120
(678)524-7292

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

8-31-22            4-7-23
Date            Commission Expires



AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16-CV-03088-ELR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Rodney Moore, Ex Dir. Cobb County Community Service Board
on *(date)* 08-25-22

☐ I served the subpoena by delivering a copy to the named person as follows: Rodney Moore, via service to Kira Barkley, authorized to accept service.   on *(date)* 08-30-2022   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08-31-22

*Server's signature*

George L. Folds
*Printed name and title*

216 N. Erwin Street
Cartersville, GA 30120
*Server's address*

Additional information regarding attempted service, etc.: