AO 88B (Rev. 02/14 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Civil Action No.  1:16-CV-03088-ELR

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*     **LATRINA FOSTER**

on *(date)*   **08/25/2022**

☑   I served the subpoena by delivering a copy to the named person as follows:

**by delivering a true copy of this process to: Dandrea Mornings, Attorney/Council**

**and informing him/her of the contents**     on (date)     **08/26/2022**     or

☐   I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My Fees are $: _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury  that this information is true.

Date:  **08/26/2022**

*Server's signature*

**Haile Kahssu, Process Server**

*Printed name and address*

**Metro Court Services**
**216 N. Erwin St.**
**Cartersville, GA 310120**

*Server's address*

Additional information regarding attempted service, etc.:

**Description of person papers left with:**
**Sex: Female- Age:50'S- Skin: African American - Hair:Black - Height:5ft 9in- 6 ft - Weight:200 +**

**Service Address: 99 JESSE HILL JR. DRIVE, SE, SUITE 408**
**City/State/Zip: ATLANTA, GA 30303**

