AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16-CV-03088-ELR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **OCONEE CENTER COMMUNITY SVC BOARD**

on *(date)* **8/25/2022**

**X** ' I served the subpoena by delivering a copy to the named person as follows: **Tammy Simmons**

**Position: Front Desk Clerk**

on *(date)* **8/25/2022 at 3:15 PM** ; or

' I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/25/2022**

*Server's signature*

**Bonnie Waller Process Server**
*Printed name and title*

**216 N. Erwin St. Cartersville, Ga. 30120**
*Server's address*

Additional information regarding attempted service, etc.:

**Service was perfected at: 1241 Orchard Hill St Milledgeville, Ga. 31061**