IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA<br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

### CERTIFICATION OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Friday, June 24, 2022, the United States served a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to Jacqie Neal, Director of Northstar Educational and Therapeutic Services, on the following counsel of record via email:

>Hieu M. Nguyen
>Harben, Hartley & Hawkins, LLP
>340 Jesse Jewell Parkway SE
>Suite 750
>Gainesville, Georgia 30501
>hnguyen@hhhlawyers.com

A true and correct copy of the subpoena is attached hereto.

                              Respectfully submitted,

                              RYAN K. BUCHANAN
                                 *United States Attorney*

                              <u>/s/Aileen Bell Hughes</u>
                              *Assistant United States Attorney*
                              Georgia Bar No. 375505
                              aileen.bell.hughes@usdoj.gov
                              *600 U.S. Courthouse*
                              *75 Ted Turner Drive, S.W.*
                              *Atlanta, GA 30303*
                              *(404) 581-6000  fax (404) 581-6181*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing certification has been prepared using Book Antiqua, 13-point font.

/s/ Aileen Bell Hughes
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 2, 2022

                                           /s/ AILEEN BELL HUGHES
                                           AILEEN BELL HUGHES
                                           *Assistant United States Attorney*