IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| Defendant. | |

**AMENDED SCHEDULING ORDER**

Having read and considered the United States of America and the State of Georgia's Joint Motion for Enlargement of Time and Entry of Amended Scheduling Order and for good cause shown, it is hereby ORDERED that the United States of America and the State of Georgia shall be granted an extension of time to complete fact discovery through and including January 31, 2023. The Court further ORDERS the parties to file an interim Joint Status Report on December 1, 2022, and to comply with the following scheduling deadlines:

**Expert Discovery:** The parties shall disclose the names and curriculum vitae of their experts by February 15, 2023 and shall exchange expert reports by March 31, 2023. The parties shall disclose rebuttal experts and exchange rebuttal expert reports by May 1, 2023. The parties may depose each side's respective

experts in depositions that do not exceed seven hours of testimony for each expert.  Expert discovery shall be completed no later than June 14, 2023.

**Post-Discovery Conference:**  The parties shall hold an in-person post-discovery settlement conference in accordance with Local Rule 16.3 no later than June 28, 2023.

**Summary Judgment:**  The parties shall file any motions for summary judgment no later than July 14, 2023.

So ordered this 2nd day of September, 2022.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505


Consented to:

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756

mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Danielle Hernandez
Georgia Bar No.  736830
dhernandez@robbinsfirm.com
Anna Edmondson
Georgia Bar No.  289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC 500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, GA 30033

Special Assistant Attorneys General
Attorneys for Defendant