# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on September 12, 2022, the undersigned served true and correct copies of Defendant's Objections and Responses to Plaintiff's Third Request for Production of Documents and Defendant's Objections and Responses to Plaintiff's Second Set of Interrogatories upon the following counsel of record via email:

Andrea Hamilton
Andrea.Hamilton@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Victoria Lill
Victoria.Lill@usdoj.gov

Renee Wohlenhaus
Renee.Wohlenhaus@usdoj.gov

Frances Cohen
Frances.Cohen2@usdoj.gov

Megan Erickson
Megan.Erickson@usdoj.gov

Sandra Levert
Sandra.Levert@usdoj.gov

Allison Ewers
Allison.Ewers@usdoj.gov

| | |
|---|---|
| Michelle Tucker<br>Michelle.Tucker@usdoj.gov | Claire Chevrier<br>Claire.Chevrier@usdoj.gov |
| Laura Tayloe<br>Laura.Tayloe@usdoj.gov | Patrick Holkins<br>Patrick.Holkins@usdoj.gov |
| Aileen Bell Hughes<br>ABellHughes@usa.doj.gov | |

This 12th day of September, 2022.

/s/ *Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Danielle Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Nicole Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 12th day of September, 2022.

                                        */s/ Josh Belinfante*
                                        Josh Belinfante
                                        Georgia Bar No. 047399