# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )                                 | |
| Plaintiff,                      ) | |
| )                                 | CIVIL ACTION FILE |
| v.                              ) | |
| )                                 | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, et al.,       ) | |
| )                                 | |
| Defendant.                      ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants State of Georgia, et al. by and through their counsel of record, hereby certify that on September 27, 2022 the undersigned served a true and correct copy of the following:

1. Defendants' First Amended Notice of Deposition of Pat Wolf, Director of Oconee GNets Program; and

2. Defendants' First Amended Notice of Deposition of Derrick Gilchrist, Director of South Metro GNets Program

upon all counsel of record via electronic mail:

    Hamilton, Andrea (CRT) Andrea.Hamilton@usdoj.gov
    Wohlenhaus, Renee (CRT) Renee.Wohlenhaus@usdoj.gov
    Gardner, Kelly (CRT) Kelly.Gardner@usdoj.gov
    Lill, Victoria (CRT) Victoria.Lill@usdoj.gov
    Tayloe, Laura (CRT) Laura.Tayloe@usdoj.gov

    Tucker, Michelle (CRT) Michelle.Tucker@usdoj.gov
    Cohen, Frances (CRT) Frances.Cohen2@usdoj.gov
    Holkins, Patrick (CRT) Patrick.Holkins@usdoj.gov
    Chevrier, Claire (CRT) Claire.Chevrier@usdoj.gov
    Erickson, Megan (CRT) Megan.Erickson@usdoj.gov
    Ewers, Allison (CRT) Allison.Ewers@usdoj.gov
    Levert, Sandra (CRT) Sandra.Levert@usdoj.gov
    Berry, Jessica (CRT) Jessica.Berry3@usdoj.gov
    BellHughes, Aileen (USAGAN) Aileen.Bell.Hughes@usdoj.gov

They were also sent to counsel for non-party:

    Dasha Jackson - djackson@gdcrlaw.com

This 28th day of September, 2022.

    */s/ Josh Belinfante*
    Josh Belinfante
    Georgia Bar No. 047399
    jbelinfante@robbinsfirm.com
    Melanie L. Johnson
    Georgia Bar No. 466756
    mjohnson@robbinsfirm.com
    Danielle M. Hernandez
    Georgia Bar No. 736830
    dhernandez@robbinsfirm.com
    Javier Pico Prats
    Georgia Bar No. 664717
    jpicoprats@robbinsfirm.com
    Robbins Alloy Belinfante Littlefield LLC
    500 14th Street, N.W.
    Atlanta, Georgia  30318
    Telephone: (678) 701-9381
    Facsimile:  (404) 856-3255

    Alexa R. Roxx
    Georgia Bar No., 614986
    alexarross@icloud.com

AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia 30033

Special Assistant Attorneys General
*Attorneys for Defendants*