# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, et al., ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants hereby certify that on October 20, 2022, the undersigned served a Notice of Deposition upon Lisa Futch by delivering a copy to her attorney via electronic mail at the following address:

>Hieu Nguyen, Esq.
>hnguyen@hhhlawyers.com
>Harben, Hartley & Hawkins, LLP
>340 Jesse Jewell Parkway SE
>Suite 750
>Gainesville, Georgia  30501

A true and correct copy of the Notice is attached hereto.

This 24th day of October, 2022.

>*/s/ Josh Belinfante*
>Josh Belinfante
>Georgia Bar No. 047399
>jbelinfante@robbinsfirm.com

Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Danielle M. Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Alexa R. Ross
Georgia Bar No., 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia 30033

Special Assistant Attorneys General
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to the Northern District of Georgia Local Rule 5.4, counsel for Defendants hereby certify that the undersigned electronically filed the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of the District Court using the CM/ECF System, which automatically sends e-mail notification of such filing to all attorneys of record.

This 24th day of October 2022.

*/s/ Josh Belinfante*
Josh Belinfante