# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, et al., ) | |
| ) | |
| Defendant. ) | |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, counsel for Defendants hereby certify that on August 22, 2022, the undersigned served a Subpoena to Testify at a Deposition in a Civil Action upon David Ackerman by delivering a copy to his attorney via electronic mail at the following address:

> Brian Dennison, Esq.
> brian.dennison@sccpss.com
> Savannah-Chatham County Public School System
> 208 Bull Street, Room 311
> Savanna, Georgia 31401

A true and correct copy of the Subpoena is attached hereto.

This 24th day of October, 2022.

> _/s/ Josh Belinfante_
> Josh Belinfante
> Georgia Bar No. 047399

jbelinfante@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Danielle M. Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Alexa R. Ross
Georgia Bar No., 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia 30033

Special Assistant Attorneys General
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to the Northern District of Georgia Local Rule 5.4, counsel for Defendants hereby certify that the undersigned electronically filed the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of the District Court using the CM/ECF System, which automatically sends e-mail notification of such filing to all attorneys of record.

This 24th day of October 2022.

*/s/ Josh Belinfante*
Josh Belinfante