# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

Pursuant to the Northern District of Georgia Local Rule 5.4, I certify that on Wednesday, October 26, 2022, the State of Georgia served a **SUBPOENA OF DEPOSITION OF BROOKE COLE, DIRECTOR OF ELAM ALEXANDER ACADEMY GNETS PROGRAM** to Brooke Cole, Director of Elam Alexander Academy GNETS Program, on the following counsel of record via email:

> Sydney M. Solomon
> Jones Cork
> 435 2nd Street, Suite 500
> Macon, Georgia 31201
> sydney.solomon@jonescork.com

The subpoena was also sent to counsel of record via electronic mail:

> Hamilton, Andrea (CRT) Andrea.Hamilton@usdoj.gov
> Wohlenhaus, Renee (CRT) Renee.Wohlenhaus@usdoj.gov

-1-

Gardner, Kelly (CRT) Kelly.Gardner@usdoj.gov
Lill, Victoria (CRT) Victoria.Lill@usdoj.gov
Tayloe, Laura (CRT) Laura.Tayloe@usdoj.gov
Tucker, Michelle (CRT) Michelle.Tucker@usdoj.gov
Cohen, Frances (CRT) Frances.Cohen2@usdoj.gov
Holkins, Patrick (CRT) Patrick.Holkins@usdoj.gov
Chevrier, Claire (CRT) Claire.Chevrier@usdoj.gov
Erickson, Megan (CRT) Megan.Erickson@usdoj.gov
Ewers, Allison (CRT) Allison.Ewers@usdoj.gov
Levert, Sandra (CRT) Sandra.Levert@usdoj.gov
Berry, Jessica (CRT) Jessica.Berry3@usdoj.gov
BellHughes, Aileen (USAGAN) Aileen.Bell.Hughes@usdoj.gov

Respectfully submitted,

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Danielle M. Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255
Alexa R. Ross
Georgia Bar No., 614986
alexarross@icloud.com
AlexaRossLaw, LLC


2657 Danforth Lane
Decatur, GA 30033

Special Assistant Attorneys General
*Attorneys for Defendants*

