IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. |
| STATE OF GEORGIA, | 1:16-cv-03088-ELR |
| Defendant. | |

### NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) OF MARNIE BRASWELL

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of the United States of America will take the deposition upon oral examination of Marnie Braswell, an employee of CSB of Middle Georgia, on November 30, 2022, beginning at 9:00 a.m. at CSB of Middle Georgia, 2121-A Bellevue Road, Dublin, Georgia 31021.

The deposition will be taken before an officer authorized to administer oaths and recorded by stenographic and audiovisual means.  The deposition will continue from day-to-day until adjourned.  It will be taken for the purpose of discovery and any other purpose permitted by the Federal Rules of Civil

Procedure. You are invited to attend and cross examine. Counsel may attend by Zoom.

Dated: November 7, 2022.

                                                   Respectfully submitted,

                                                   RYAN K. BUCHANAN
                                                      *United States Attorney*

                                                 */s/ Aileen Bell Hughes*
                                                 AILEEN BELL HUGHES
                                                 *Assistant United States Attorney*
                                                 Georgia Bar No. 375505
                                                 Aileen.bell.hughes@usdoj.gov
                                                 600 U.S. Courthouse
                                                 75 Ted Turner Drive SW
                                                 Atlanta, GA 30303
                                                 (404) 581-6000   Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing notice has been prepared using Book Antiqua, 13-point font.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 7, 2022

/s/ Aileen Bell Hughes
Aileen Bell Hughes
*Assistant United States Attorney*

4