IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF, <br> *v.* <br> STATE OF GEORIGA <br> DEFENDANT. | Civil Action No. <br><br> 1:16-cv-03088 ELR |

**CERTIFICATION OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, N.D. Ga., I certify that on Monday, November 07, 2022, I served **PLAINTIFF UNITED STATES' FOURTH REQUEST FOR THE PRODUCTION OF DOCUMENTS**, on all counsel of record via United States Mail.

    Respectfully submitted,

    RYAN K. BUCHANAN
    *United States Attorney*


/s/ AILEEN BELL HUGHES
    *Assistant United States Attorney*
    Georgia Bar No. 375505
    Aileen.bell.hughes@usdoj.gov
    *600 U.S. Courthouse*
    *75 Ted Turner Drive, S.W.*
    *Atlanta, GA 30303*
    *(404) 581-6000  fax (404) 581-6181*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/ AILEEN BELL HUGHES
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 8, 2022

/s/ AILEEN BELL HUGHES
Government Attorney Name
*Assistant United States Attorney*