IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. |
| STATE OF GEORGIA, | 1:16-cv-03088-ELR |
| Defendant. | |

### NOTICE OF DEPOSITION OF MATT JONES

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned counsel, on behalf of the United States of America will take the deposition upon oral examination of MATT JONES, of the Georgia Department of Education, on December 13, 2022, beginning at 9:00 a.m. at the Robbins Firm, 500 Fourteenth Street NW, Atlanta, GA 30318.

The deposition will be taken before an officer authorized to administer oaths and recorded by stenographic and audiovisual means. The deposition will continue from day-to-day until adjourned. It will be taken for the purpose of discovery and any other purpose permitted by the Federal Rules of Civil Procedure. You are invited to attend and cross examine. Counsel may attend by Zoom or similar remote transmission.

Dated: November 18, 2022.

                                                     Respectfully submitted,

                                                     RYAN K. BUCHANAN
                                                        *United States Attorney*

                                                   */s/ Aileen Bell Hughes*
                                                   AILEEN BELL HUGHES
                                                   *Assistant United States Attorney*
                                                   Georgia Bar No. 375505
                                                   Aileen.bell.hughes@usdoj.gov
                                                   600 U.S. Courthouse
                                                   75 Ted Turner Drive SW
                                                   Atlanta, GA 30303
                                                   (404) 581-6000   Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing notice of deposition has been prepared using Book Antiqua, 13-point font.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>Defendant. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 18, 2022.

                                             */s/* Aileen Bell Hughes
                                             Aileen Bell Hughes
                                             *Assistant United States Attorney*