# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that,

- on November 30, 2022, the undersigned served a true and correct copy of Defendant's Notice of Deposition of Cassandra Holifield, Director of the North Metro GNETS Program, and

- on December 7, 2022, the undersigned served a true and correct copy of Defendant's Objections and Responses to Plaintiff's Fourth Request for Production of Documents,

upon the following counsel of record via email:

| | |
|---|---|
| Andrea Hamilton | Frances Cohen |
| Andrea.Hamilton@usdoj.gov | Frances.Cohen2@usdoj.gov |
| | |
| Kelly Gardner | Megan Erickson |
| Kelly.Gardner@usdoj.gov | Megan.Erickson@usdoj.gov |
| | |
| Victoria Lill | Sandra Levert |
| Victoria.Lill@usdoj.gov | Sandra.Levert@usdoj.gov |

| | |
|---|---|
| Renee Wohlenhaus<br>Renee.Wohlenhaus@usdoj.gov | Allison Ewers<br>Allison.Ewers@usdoj.gov |
| Michelle Tucker<br>Michelle.Tucker@usdoj.gov | Claire Chevrier<br>Claire.Chevrier@usdoj.gov |
| Laura Tayloe<br>Laura.Tayloe@usdoj.gov | Patrick Holkins<br>Patrick.Holkins@usdoj.gov |
| Aileen Bell Hughes<br>ABellHughes@usa.doj.gov | |

This 9th day of December, 2022.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505 | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com |
| Annette Cowart<br>Deputy Attorney General<br>Georgia Bar No. 191199 | Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com |
| Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280 | Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com |
| | Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com |
| Jennifer Colangelo<br>Senior Assistant Attorney General<br>Georgia Bar No. 521320 | Javier Pico Prats<br>Georgia Bar No. 664717<br>jpicoprats@robbinsfirm.com |
| State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | Anna Nicole Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Robbins Alloy Belinfante Littlefield LLC<br>500 14th Street NW<br>Atlanta, GA 30318 |

-3-

Telephone: (678) 701-9381

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record.

This 9th day of December, 2022.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399