**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| PLAINTIFF, | |
| *v.* | Civil Action No. |
| **STATE OF GEORGIA,** | 1:16-cv-03088-ELR |
| DEFENDANT. | |

**[PROPOSED] ORDER GRANTING THE UNITED STATES'
MOTION FOR LEAVE TO PRODUCE TO DEFENDANT THIRD-PARTY
DOCUMENTS CONTAINING INFORMATION PROTECED UNDER THE
FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA)**

Presently before the Court is Plaintiff United States of America's ("United States") Motion for Leave to Produce to Defendant Third-Party Documents Containing Information Protected under the Family Educational Rights and Privacy Act (FERPA). [Doc. X]. Having read and considered the United States' Motion and finding that the underlying goals of FERPA and its implementing regulations have been satisfied, the Court hereby concludes that the requisite reasonable efforts to provide notice to parents of affected students have been made as required by 34 C.F.R. § 99.33(b)(2) and:

1

1) **GRANTS** the United States' Motion for Leave to Produce to Defendant Third-Party Documents Containing Information Protected under the Family Educational Rights and Privacy Act (FERPA) [Doc. X]; and

2) **ORDERS** the United States to produce to Defendant any third-party documents that are responsive to Defendant's discovery requests, including those containing information protected under FERPA.

Dated: December __, 2022

_____

ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA