IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>STATE OF GEORGIA, et al.,  )<br>)<br>Defendants.  ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on December 14, 2022, the undersigned served a true and correct copy of Defendants' First Amended Notice of Deposition of Samuel Clemons, Director, Horizon Academy GNETS Program, upon the following counsel of record via email:

| | |
|---|---|
| Andrea Hamilton<br>Andrea.Hamilton@usdoj.gov | Frances Cohen<br>Frances.Cohen2@usdoj.gov |
| Kelly Gardner<br>Kelly.Gardner@usdoj.gov | Megan Erickson<br>Megan.Erickson@usdoj.gov |
| Victoria Lill<br>Victoria.Lill@usdoj.gov | Sandra Levert<br>Sandra.Levert@usdoj.gov |
| Renee Wohlenhaus<br>Renee.Wohlenhaus@usdoj.gov | Allison Ewers<br>Allison.Ewers@usdoj.gov |
| Michelle Tucker<br>Michelle.Tucker@usdoj.gov | Claire Chevrier<br>Claire.Chevrier@usdoj.gov |

| | |
|---|---|
| Laura Tayloe | Patrick Holkins |
| Laura.Tayloe@usdoj.gov | Patrick.Holkins@usdoj.gov |

Aileen Bell Hughes
ABellHughes@usa.doj.gov

This 20th day of December, 2022.

| | |
|---|---|
| Christopher M. Carr | */s/ Josh Belinfante* |
| Attorney General | Josh Belinfante |
| Georgia Bar No. 112505 | Georgia Bar No. 047399 |
| | jbelinfante@robbinsfirm.com |
| Annette Cowart | Melanie Johnson |
| Deputy Attorney General | Georgia Bar No. 466756 |
| Georgia Bar No. 191199 | mjohnson@robbinsfirm.com |
| | Edward Bedard |
| Russell D. Willard | Georgia Bar No. 926148 |
| Senior Assistant Attorney General | ebedard@robbinsfirm.com |
| Georgia Bar No. 760280 | Danielle Hernandez |
| | Georgia Bar No.  736830 |
| Jennifer Colangelo | dhernandez@robbinsfirm.com |
| Senior Assistant Attorney General | Javier Pico Prats |
| Georgia Bar No. 521320 | Georgia Bar No. 664717 |
| | jpicoprats@robbinsfirm.com |
| State Law Department | Anna Nicole Edmondson |
| 40 Capitol Square, S.W. | Georgia Bar No.  289667 |
| Atlanta, Georgia 30334 | aedmondson@robbinsfirm.com |
| Telephone: (404) 656-3357 | Robbins Alloy Belinfante Littlefield LLC |
| | 500 14th Street NW |
| | Atlanta, GA 30318 |
| | Telephone: (678) 701-9381 |
| | |
| | Alexa R. Ross |
| | Georgia Bar No. 614986 |
| | alexarross@icloud.com |

-3-

AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record.

This 20th day of December, 2022.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
