## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANTS' CROSS NOTICE OF DEPOSITION OF JACQIE NEAL, DIRECTOR NORTHSTAR GNETS PROGRAM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Defendants, by and

through their counsel of record, will take the deposition of **JACQIE NEAL,**

**DIRECTOR, NORTHSTAR GNETS PROGRAM** (hereinafter "Deponent"), on

January 19, 2023 beginning at 9:00 a.m. Eastern Time, or such other time as is

agreed upon by the parties, at North Georgia RESA Office, 4731 Old Highway 5

South, Elijay, Georgia 30540  or by way of a virtual format, if counsel so agree, or

at another location mutually agreed upon by the parties. If, for any reason, the

taking of said deposition is not completed on said date, it will continue from day to

day, excluding weekends and holidays, until completed.

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. 30(b)(3) Defendants intend to utilize a stenographic method of recording which permits the "real time" instant visual display of testimony.

PLEASE ALSO TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(3)(A), the deposition testimony will be recorded by stenographic and audiovisual means. The deposition will be videotaped and Defendants reserve the right to use at the trial of this action the video recording of the deposition.

Respectfully submitted,

/s/ Josh Belinfante

Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Danielle M. Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:   (678) 701-9381
Facsimile:   (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, GA 30033

Special Assistant Attorneys General
*Attorneys for Defendants*