# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on January 27, 2023, the undersigned served a true and correct copy of **Defendant's Objections and Responses to Plaintiff's Third Interrogatories**, **Defendant's Objections and Responses to Plaintiff's First Requests for Admission**, and **Defendant's Objections and Responses to Plaintiff's Fifth Request for Production of Documents** upon the following counsel of record via email:

Aileen Bell Hughes
aileen.bell.hughes@usdoj.gov

Michelle Tucker
Michelle.Tucker@usdoj.gov

Andrea Hamilton Watson
Andrea.Hamilton@usdoj.gov

Frances Susan Cohen
Frances.Cohen2@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Renee M. Wohlenhaus
Renee.Wohlenhaus@usdoj.gov

| | |
|---|---|
| Victoria M. Lill<br>Victoria.Lill@usdoj.gov | Claire Chevrier<br>Claire.Chevrier@usdoj.gov |
| Laura Tayloe<br>Laura.Tayloe@usdoj.gov | Patrick Holkins<br>Patrick.Holkins@usdoj.gov |
| Crystal Adams<br>Crystal.Adams@usdoj.gov | |

This 3rd day of February, 2023.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505 | /s/ Josh Belinfante<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com |
| Annette Cowart<br>Deputy Attorney General<br>Georgia Bar No. 191199 | Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Edward Bedard |
| Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280 | Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830 |
| Jennifer Colangelo<br>Senior Assistant Attorney General<br>Georgia Bar No. 521320<br>State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>jpicoprats@robbinsfirm.com<br>Anna Nicole Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Robbins Alloy Belinfante Littlefield LLC<br>500 14th Street NW<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381 |

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia 30033

Special Assistant Attorneys General
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record.

This 3rd day of February, 2023.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399