## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16-CV-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.1(d), Jessica Polansky enters her appearance as counsel for the United States of America in this action. Ms. Polansky is a member in good standing of the bars of the State of New York (Bar No. 4436713) and the Commonwealth of Massachusetts (Bar No. 663750, inactive status). Accordingly, Ms. Polansky requests that the Clerk of the Court enter her appearance as attorney of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should continue to be served on all counsel representing the United States of America, including:

Jessica Polansky
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1104
Washington, DC 20002
Telephone: (202) 598-9877
Fax: (202) 514-8337
jessica.polansky@usdoj.gov
crtedu.filings@usdoj.gov


Dated:  February 14, 2023

    Kristen Clarke
    Assistant Attorney General for Civil Rights


    <u>/s/ Jessica Polansky</u>
    Jessica Polansky
    New York Bar No. 4436713
    Educational Opportunities Section
    Civil Rights Division
    U.S. Department of Justice
    150 M Street NE, Suite 10.1104
    Washington, DC 20002
    Telephone: (202) 598-9877
    Fax: (202) 514-8337
    jessica.polansky@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman font.

/s/ Jessica Polansky
Jessica Polansky
New York Bar No. 4436713
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1104
Washington, DC 20002
Telephone: (202) 598-9877
Fax: (202) 514-8337
jessica.polansky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on this 14th day of February 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, in order to effect service upon all counsel of record.

/s/ Jessica Polansky
Jessica Polansky
New York Bar No. 4436713
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1104
Washington, DC 20002
Telephone: (202) 598-9877
Fax: (202) 514-8337
jessica.polansky@usdoj.gov