IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| Defendant. | |

**AMENDED SCHEDULING ORDER**

Having read and considered the United States of America's Unopposed Motion for Enlargement of Time and Entry of Amended Scheduling Order [Doc. 375] and for good cause shown, it is hereby **ORDERED** that the United States of America shall be **GRANTED** an extension of time to complete expert discovery through and including August 25, 2023. The Court further **ORDERS** the parties to comply with the following scheduling deadlines:

**Expert Discovery:** The parties disclosed the names and curriculum vitae of their experts on March 15, 2023 and shall exchange expert reports by June 16, 2023. The parties shall disclose rebuttal experts and exchange rebuttal expert reports by July 14, 2023. The parties may depose each side's respective experts in

depositions that do not exceed seven hours of testimony for each expert. Expert discovery shall be completed no later than August 25, 2023.

**Post-Discovery Conference:** The parties shall hold an in-person post-discovery settlement conference in accordance with Local Rule 16.3 no later than September 8, 2023.

**Summary Judgment:** The parties shall file any motions for summary judgment no later than September 22, 2023.

**SO ORDERED**, this 3rd day of May, 2023.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:
/s/ Aileen Bell Hughes
AILEEN BELL HUGHES
Assistant United States Attorney
Georgia Bar No. 375505

2