## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16-CV-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.1(d), Crystal Adams enters her appearance as counsel for the United States of America in this action. Ms. Adams is a member in good standing of the bar of the State of California (Bar No. 308638). Accordingly, Ms. Adams requests that the Clerk of the Court enter her appearance as attorney of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should continue to be served on all counsel representing the United States of America, including:

Crystal Adams
Trial Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 598-6368
Fax: (202) 514-8337
Crystal.Adams@usdoj.gov
crtedu.filings@usdoj.gov

Dated:  June 27, 2023

        Kristen Clarke
        Assistant Attorney General for Civil Rights

        <u>/s/ Crystal Adams</u>
        (California Bar No. 308638)
        Educational Opportunities Section
        Civil Rights Division
        U.S. Department of Justice
        150 M Street NE
        Washington, DC 20002
        Telephone: (202) 598-6368
        Fax: (202) 514-8337
        Crystal.Adams@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this brief has been prepared using 14-pt Times New Roman font.

/s/ Crystal Adams
(California Bar No. 308638)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 598-6368
Fax: (202) 514-8337
Crystal.Adams@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on this 27th day of June 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, in order to effect service upon all counsel of record.

/s/ Crystal Adams
(California Bar No. 308638)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 598-6368
Fax: (202) 514-8337
Crystal.Adams@usdoj.gov