# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## AMENDED SCHEDULING ORDER

Having read and considered the State of Georgia's Consent Motion for Amended Scheduling Order and Memorandum of Law in Support Thereof ("Motion"), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. [Doc. 378]. The Court **ORDERS** the Parties to comply with the following scheduling deadlines:

**Expert Discovery:** The State of Georgia shall disclose the names of its rebuttal experts and their curriculum vitae by July 28, 2023 and its rebuttal experts' reports by September 1, 2023.  The parties may depose each side's respective experts in depositions that do not exceed seven hours of testimony for each expert.  Depositions of the United States' experts shall be completed no later than September 15, 2023.  Expert discovery shall be completed no later than

September 22, 2023, except depositions of the State's rebuttal experts shall be completed no later than September 27, 2023.

**Post-Discovery Conference:** The parties shall hold an in-person post-discovery settlement conference in accordance with Local Rule 16.3 no later than September 29, 2023.

**Summary Judgment:** The parties shall file any motions for summary judgment no later than October 20, 2023.

**SO ORDERED**, this 19th day of July, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

Submitted by:
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

Special Assistant Attorney General
*Attorney for Defendant*