UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.1(d), Matthew Gillespie enters his appearance as counsel for the United States of America in this action. Mr. Gillespie is a member in good standing of the bar of the State of Iowa (Attorney PIN AT0013513) and the United States District Courts for the Northern District of Iowa and Southern District of Iowa. Accordingly, Mr. Gillespie requests that the Clerk of the Court enter his appearance as attorney of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should continue to be served on all counsel representing the United States of America, to include:

Matthew Gillespie
Trial Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 803-1302
Fax: (202) 514-8337
Matthew.Gillespie2@usdoj.gov
crtedu.filings@usdoj.gov

Dated:  August 17, 2023

Kristen Clarke
Assistant Attorney General for Civil Rights


/s/ Matthew Gillespie
(Iowa Attorney PIN AT0013513)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 803-1302
Fax: (202) 514-8337
Matthew.Gillespie2@usdoj.gov

**L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman font.

/s/ Matthew Gillespie
(Iowa Attorney PIN AT0013513)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 803-1302
Fax: (202) 514-8337
Matthew.Gillespie2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on this 16th day of August 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, in order to effect service upon all counsel of record.

/s/ Matthew Gillespie
(Iowa Attorney PIN AT0013513)
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 803-1302
Fax: (202) 514-8337
Matthew.Gillespie2@usdoj.gov