**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF DEPOSITION OF AMY MCCART**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendant State of Georgia will take the deposition upon oral examination of **Amy McCart** on September 14, 2023, beginning at 9:00 a.m. at 150 M Street NE, Washington, DC 20002.

The deposition will be taken before an officer authorized to administer oaths and recorded by stenographic and audiovisual means. The deposition will continue from day-to-day until adjourned. It will be taken for the purpose of discovery and any other purpose permitted by the Federal Rules of Civil Procedure.

This 31st day of August, 2023.

[signature on following page]

| | |
|---|---|
| | /s/ *Josh Belinfante* |
| | Josh Belinfante |
| Christopher M. Carr | Georgia Bar No. 047399 |
| *Attorney General* | jbelinfante@robbinsfirm.com |
| Georgia Bar No. 112505 | Melanie Johnson |
| Bryan Webb | Georgia Bar No. 466756 |
| *Deputy Attorney General* | mjohnson@robbinsfirm.com |
| Georgia Bar No. 743580 | Edward Bedard |
| Russell D. Willard | Georgia Bar No. 926148 |
| *Senior Assistant Attorney General* | ebedard@robbinsfirm.com |
| Georgia Bar No. 760280 | Danielle Hernandez |
| Susan R. Haynes | Georgia Bar No. 736830 |
| *Assistant Attorney General* | dhernandez@robbinsfirm.com |
| Georgia Bar No. 901269 | Javier Pico Prats |
| | Georgia Bar No. 664717 |
| Office of the Attorney General | javier.picoprats@robbinsfirm.com |
| 40 Capitol Square, S.W. | Anna Nicole Edmondson |
| Atlanta, Georgia 30334 | Georgia Bar No. 289667 |
| Telephone: (404) 656-3357 | aedmondson@robbinsfirm.com |
| | Robbins Alloy Belinfante Littlefield LLC |
| | Atlanta, GA 30318 |
| | Telephone: (678) 701-9381 |
| | Facsimile:  (404) 856-3255 |
| | |
| | Alexa R. Ross |
| | Georgia Bar No. 614986 |
| | alexarross@icloud.com |
| | AlexaRossLaw, LLC |
| | 2657 Danforth Lane |
| | Decatur, Georgia  30033 |
| | |
| | Special Assistant Attorneys General |
| | |
| | *Attorneys for Defendants* |

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

>*/s/ Josh Belinfante*
>Josh Belinfante

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing

**NOTICE OF DEPOSITION OF AMY MCCART** by email to the following:

Aileen Bell Hughes
aileen.bell.hughes@usdoj.gov

Frances Susan Cohen
Frances.Cohen2@usdoj.gov

Michelle Tucker
Michelle.Tucker@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Andrea Hamilton Watson
Andrea.Hamilton@usdoj.gov

Renee M. Wohlenhaus
Renee.Wohlenhaus@usdoj.gov

Victoria M. Lill
Victoria.Lill@usdoj.gov

Claire Chevrier
Claire.Chevrier@usdoj.gov

Laura Tayloe
Laura.Tayloe@usdoj.gov

Patrick Holkins
Patrick.Holkins@usdoj.gov

Crystal Adams
Crystal.Adams@usdoj.gov

This 31st day of August, 2023.

*/s/ Josh Belinfante*
Josh Belinfante