# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-03088-ELR |

### JOINT MOTION FOR LEAVE TO EXCEED
### LOCAL RULE 7.1(D) PAGE LIMITS

NOW COME Plaintiff United States of America and Defendant State of Georgia (collectively, the "Parties"), by and through below counsel of record, and move this Court for leave to exceed the page limits set forth in Local Rule 7.1(D) for briefs related to forthcoming motions for summary judgment. The Parties also seek entry of the attached proposed order permitting them to file briefs in support of and in opposition to their respective motions for summary judgment up to 50 pages in length and reply briefs up to 23 pages in length. The grounds for this motion are more particularly set forth in the accompanying memorandum of law.

1

Dated: September 15, 2023

Respectfully submitted:

| | |
|---|---|
| Christopher M. Carr<br>*Attorney General*<br>Georgia Bar No. 112505<br>Bryan Webb<br>*Deputy Attorney General*<br>Georgia Bar No. 743580<br>Russell D. Willard<br>*Senior Assistant Attorney General*<br>Georgia Bar No. 760280<br>Susan R. Haynes<br>*Assistant Attorney General*<br>Georgia Bar No. 901269<br><br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357<br><br>*/s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com | RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia<br><br>*/s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov<br><br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov<br><br><br>SHAHEENA A. SIMONS<br>Chief<br>Educational Opportunities Section<br><br>KELLY GARDNER WOMACK<br>Deputy Chief<br>Educational Opportunities Section |

2

| | |
|---|---|
| Javier Pico Prats<br>Georgia Bar No. 664717<br>javier.picoprats@robbinsfirm.com<br>Anna Nicole Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Robbins Alloy Belinfante Littlefield LLC<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381<br>Facsimile:  (404) 856-3255<br><br>Alexa R. Ross<br>Georgia Bar No. 614986<br>alexarross@icloud.com<br>AlexaRossLaw, LLC<br>2657 Danforth Lane<br>Decatur, Georgia  30033<br><br>Special Assistant Attorneys General<br><br>*Attorneys for Defendants* | ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CRYSTAL ADAMS<br>CLAIRE CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>PATRICK HOLKINS<br>VICTORIA M. LILL<br>JESSICA POLANSKY<br>LAURA C. TAYLOE<br>MICHELLE L. TUCKER<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br><br>*/s/ Kelly Gardner Womack*<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-4092<br>kelly.gardner@usdoj.gov<br><br>*Attorneys for Plaintiff* |