**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-cv-03088- |
| | ) | ELR |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION FOR**
**LEAVE TO EXCEED LOCAL RULE 7.1(D) PAGE LIMITS**

Plaintiff United States of America ("United States") and Defendant State of

Georgia ("State") (collectively, the "Parties") seek leave of the Court to file briefs

related to their motions for summary judgment that exceed the page limits set forth

in Local Rule 7.1(D).

The Court permits parties to request an extension of the LR 7.1(D) page

limits for briefs when the request is made at least five days in advance of the filing

deadline and "explain[s] with specificity the reasons necessitating the extension."

*See* Instructions for Cases Assigned to the Honorable Eleanor L. Ross at 4,

*available at*

https://www.gand.uscourts.gov/sites/gand/files/ELR_CV_Instructions.pdf.  The

Court has broad discretion to grant a party's request for an extension of the page

limit when good cause is shown.  *See ThermoLife Int'l, LLC v. Hi-Tech Pharm.,*

*Inc.*, No. 1:15-cv-00892, 2020 WL 9601784, at *1 (N.D. Ga. Nov. 3, 2020)

(granting plaintiff's request to file a 44-page memorandum when plaintiff

established that additional pages were necessary to comply with the procedural

requirements of a local rule); *Praetorian Ins. Co. v. Collin*s, 1:16-cv-00306, 2018

WL 8263074, at *1 n.2 (N.D. Ga. May 9, 2018) (granting Plaintiff's motion to

exceed the page limit for good cause shown and in the absence of opposition); *see*

*also Holiday Hospitality Franchising LLC v. J&W Lodging, LLC*, 1:17-cv-01663,

2019 WL 3334614 at *2 n.1 (N.D. Ga. Mar. 7, 2019); *Levine v. Georgia Alloy,*

*LLC*, 1:18-cv-03674, 2019 WL 13411968, at *1 n.1 (N.D. Ga. Jan. 28, 2019).

 Due to the complexity of this statewide litigation brought under Title II of

the Americans with Disabilities Act, the Parties request an extension of the 25-

page limit for briefs filed in support of, or in opposition to, motions for

summary judgment and the 15-page limit for reply briefs set forth in LR 7.1(D).

The parties have spent more than three years conducting discovery in this

litigation, which involves the activities of at least three state agencies.  The

factual record in this case includes deposition testimony of more than 40

witnesses, nearly 1,000 deposition exhibits, and millions of pages of documents exchanged by the Parties during the course of fact discovery.  The Parties expect to rely on this evidence extensively in their individual efforts to demonstrate their entitlement to summary judgment.  To that end, the Parties seek permission to exceed generally-applicable page limits to ensure that they have adequate space to lay out their positions, provide all necessary evidentiary support, and comply with the Court's Civil Court Instructions requiring parties to include all citations to the record evidence in their briefs.  *See* Instructions for Cases Assigned to the Honorable Eleanor L. Ross at 7.  Specifically, the Parties request permission to exceed the page limits: (1) by no more than 25 pages, or 50 pages total, for briefs filed in support of or in opposition to their motions for summary judgment and (2) by no more than eight pages, or 23 pages total, for any reply briefs filed in further support of the motions.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion for leave to file briefs in support of their motions for summary judgment in excess of the LR 7.1(D) page limits.

Dated: September 15, 2023

Respectfully submitted:

Christopher M. Carr
*Attorney General*
Georgia Bar No. 112505
Bryan Webb
*Deputy Attorney General*
Georgia Bar No. 743580
Russell D. Willard
*Senior Assistant Attorney General*
Georgia Bar No. 760280
Susan R. Haynes
*Assistant Attorney General*
Georgia Bar No. 901269

Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 656-3357

/s/ *Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Danielle Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Nicole Edmondson
Georgia Bar No. 289667

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney

United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

SHAHEENA A. SIMONS
Chief
Educational Opportunities Section

KELLY GARDNER WOMACK
Deputy Chief
Educational Opportunities Section

ANDREA HAMILTON WATSON
Special Litigation Counsel

CRYSTAL ADAMS
CLAIRE CHEVRIER
FRANCES COHEN
MATTHEW GILLESPIE
PATRICK HOLKINS
VICTORIA M. LILL
JESSICA POLANSKY
LAURA C. TAYLOE
MICHELLE L. TUCKER

aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield
LLC
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

Trial Attorneys
United States Department of Justice
Civil Rights Division

*/s/ Kelly Gardner Womack*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-4092
kelly.gardner@usdoj.gov

*Attorneys for Plaintiff*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
ASSISTANT U.S. ATTORNEY

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day filed the foregoing document with the

Clerk of Court using the CM/ECF system, which automatically sent counsel of

record e-mail notification of such filing.

This 15th day of September, 2023.

/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
ASSISTANT U.S. ATTORNEY