# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-03088-ELR |

## **ORDER**

Having read and considered Plaintiff United States of America and Defendant State of Georgia's Joint Motion for Leave to Exceed Local Rule 7.1(D) Page Limits and for good cause shown, it is hereby ORDERED that the Parties shall be permitted to file briefs in support of or in opposition to their respective motions for summary judgment in excess of 25 pages and up to 50 pages, and reply briefs in further support of their motions in excess of eight pages and up to 23 pages.

So ordered this ___ day of September, 2023.

_____
Eleanor L. Ross

1

                    United States District Judge

Presented By:
/s/ *Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*
GA Bar Number: 375505