# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on September 18, 2023, the undersigned served the following discovery upon counsel of record via email:

- Defendant's Revised Notice of Deposition of Dr. Amy McCart.

A true and correct copy of the Notice is attached hereto.

Respectfully submitted this 21st day of September, 2023.

|  |  |
|---|---|
|  | */s/ Josh Belinfante* |
| Christopher M. Carr | Josh Belinfante |
| *Attorney General* | Georgia Bar No. 047399 |
| Georgia Bar No. 112505 | jbelinfante@robbinsfirm.com |
| Bryan Webb | Melanie Johnson |
| *Deputy Attorney General* | Georgia Bar No. 466756 |
| Georgia Bar No. 743580 | mjohnson@robbinsfirm.com |
| Russell D. Willard | Edward Bedard |
| *Senior Assistant Attorney General* | Georgia Bar No. 926148 |
| Georgia Bar No. 760280 | ebedard@robbinsfirm.com |
| Susan R. Haynes | Danielle Hernandez |
| *Assistant Attorney General* | Georgia Bar No. 736830 |

Georgia Bar No. 901269

Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 656-3357

dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Nicole Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record.

This 21st day of September, 2023.

/s/ Josh Belinfante
Josh Belinfante
Georgia Bar No. 047399