# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on September 22, 2023, the undersigned served Defendant's Objections And Responses to Plaintiff's First Request for the Production of Expert Documents upon the following counsel of record via electronic mail:

Andrea Hamilton
Andrea.Hamilton@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Victoria Lill
Victoria.Lill@usdoj.gov

Renee Wohlenhaus
Renee.Wohlenhaus@usdoj.gov

Frances Cohen
Frances.Cohen2@usdoj.gov

Megan Erickson
Megan.Erickson@usdoj.gov

Sandra Levert
Sandra.Levert@usdoj.gov

Allison Ewers
Allison.Ewers@usdoj.gov

| | |
|---|---|
| Michelle Tucker<br>Michelle.Tucker@usdoj.gov | Claire Chevrier<br>Claire.Chevrier@usdoj.gov |
| Laura Tayloe<br>Laura.Tayloe@usdoj.gov | Patrick Holkins<br>Patrick.Holkins@usdoj.gov |
| Aileen Bell Hughes<br>ABellHughes@usa.doj.gov | |

Respectfully submitted this 28th day of September, 2023.

Christopher M. Carr
*Attorney General*
Georgia Bar No. 112505
Bryan Webb
*Deputy Attorney General*
Georgia Bar No. 743580
Russell D. Willard
*Senior Assistant Attorney General*
Georgia Bar No. 760280
Susan R. Haynes
*Assistant Attorney General*
Georgia Bar No. 901269

Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 656-3357

/s/ Josh Belinfante
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Danielle Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Nicole Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to all counsel of record.

This 28th day of September, 2023.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399