# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| Defendant. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant hereby certifies that on October 12, 2023, the undersigned served the following discovery upon counsel of record via email:

- Defendant's Second Revised Notice of Deposition of Dr. Amy McCart.

A true and correct copy of the Notice is attached hereto.

Respectfully submitted this 12th day of October, 2023.

| | |
|---|---|
| Christopher M. Carr | /s/ Josh Belinfante |
| *Attorney General* | Josh Belinfante |
| Georgia Bar No. 112505 | Georgia Bar No. 047399 |
| Bryan Webb | jbelinfante@robbinsfirm.com |
| *Deputy Attorney General* | Melanie Johnson |
| Georgia Bar No. 743580 | Georgia Bar No. 466756 |
| Russell D. Willard | mjohnson@robbinsfirm.com |
| *Senior Assistant Attorney General* | Edward Bedard |
| Georgia Bar No. 760280 | Georgia Bar No. 926148 |
| Susan R. Haynes | ebedard@robbinsfirm.com |
| | Danielle Hernandez |

<div style="display: flex;">

*Assistant Attorney General*
Georgia Bar No. 901269

Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 656-3357

Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Anna Nicole Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

</div>

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which automatically sends e-mail notification to counsel of record.

This 12th day of October, 2023.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399