# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, et al. ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## SECOND REVISED NOTICE OF DEPOSITION OF AMY MCCART

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendant State of Georgia will take the deposition upon oral examination of **Amy McCart** on October 24, 2023, beginning at 9:00 a.m. at 150 M Street NE, Washington, DC 20002.

The deposition will be taken before an officer authorized to administer oaths and recorded by stenographic and audiovisual means. The deposition will continue from day-to-day until adjourned. It will be taken for the purpose of discovery and any other purpose permitted by the Federal Rules of Civil Procedure.

This 12th day of October, 2023.

[signature on following page]

| | |
|---|---|
| Christopher M. Carr<br>*Attorney General*<br>Georgia Bar No. 112505<br>Bryan Webb<br>*Deputy Attorney General*<br>Georgia Bar No. 743580<br>Russell D. Willard<br>*Senior Assistant Attorney General*<br>Georgia Bar No. 760280<br>Susan R. Haynes<br>*Assistant Attorney General*<br>Georgia Bar No. 901269<br><br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>javier.picoprats@robbinsfirm.com<br>Anna Nicole Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Robbins Alloy Belinfante Littlefield LLC<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381<br>Facsimile:  (404) 856-3255<br><br>Alexa R. Ross<br>Georgia Bar No. 614986<br>alexarross@icloud.com<br>AlexaRossLaw, LLC<br>2657 Danforth Lane<br>Decatur, Georgia  30033<br><br>Special Assistant Attorneys General<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **SECOND REVISED NOTICE OF DEPOSITION OF AMY MCCART** by email to the following:

| | |
|---|---|
| Aileen Bell Hughes<br>aileen.bell.hughes@usdoj.gov | Frances Susan Cohen<br>Frances.Cohen2@usdoj.gov |
| Michelle Tucker<br>Michelle.Tucker@usdoj.gov | Kelly Gardner<br>Kelly.Gardner@usdoj.gov |
| Andrea Hamilton Watson<br>Andrea.Hamilton@usdoj.gov | Renee M. Wohlenhaus<br>Renee.Wohlenhaus@usdoj.gov |
| Victoria M. Lill<br>Victoria.Lill@usdoj.gov | Claire Chevrier<br>Claire.Chevrier@usdoj.gov |
| Laura Tayloe<br>Laura.Tayloe@usdoj.gov | Patrick Holkins<br>Patrick.Holkins@usdoj.gov |
| Crystal Adams<br>Crystal.Adams@usdoj.gov | |

This 12th day of October, 2023.

*/s/ Josh Belinfante*
Josh Belinfante