RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

## [PROPOSED]
## AMENDED SCHEDULING ORDER

Having read and considered the State of Georgia's Emergency Motion for Amended Scheduling Order and Memorandum of Law in Support Thereof ("Motion"), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Court ORDERS the parties to comply with the following scheduling deadlines:

- **Remaining Depositions:** The Parties may depose each side's expert in depositions that do not exceed seven hours of testimony for each expert, which shall be completed no later than October 31, 2023.

-2-

- **Post-Discovery Conference:** The parties shall hold an in-person post-discovery settlement conference in accordance with Local Rule 16.3 no later than November 3, 2023.

- **Summary Judgment:** The Parties shall file any motions for summary judgment no later than November 17, 2023. Responses shall be due in accordance with the Local Rules of the Northern District of Georgia.

**SO ORDERED**, this ___ day of _____, 2023.

_____
Eleanor L. Ross
United States District Judge

Submitted by:
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

Special Assistant Attorney General
*Attorney for Defendant*