# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | ) | |
| Defendant. | ) | |

## INDEX OF EXHIBITS TENDERED IN SUPPORT OF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, the United States of America, plaintiff in the above-captioned civil action, by and through its undersigned counsel of record, and hereby tenders the following exhibits in support of its Motion for Partial Summary Judgment filed concurrently herewith:

### INDEX OF LETTERED EXHIBITS

| Exh. No. | Description |
|---|---|
| A. | Deposition Transcript (Excerpts) of Vickie Cleveland, dated 8/17/2022 |
| B. | Deposition Transcript (Excerpts) of Haley Livingston, dated 1/30/2023 |
| C. | Deposition Transcript (Excerpts) of Lakesha Stevenson, dated 9/22/2022 |

| D. | Deposition Transcript (Excerpts) of Wendy Tiegreen, dated 6/21/2022 |
|---|---|
| E. | Deposition Transcript (Excerpts) of Frank Berry, dated 7/29/2022 |
| F. | Deposition Transcript (Excerpts) of Judith Fitzgerald, dated 8/16/2022 |
| G. | Deposition Transcript (Excerpts) of Lisa Futch, dated 10/25/2022 |
| H. | Deposition Transcript (Excerpts) of Dante McKay, dated 1/27/2022 |
| I. | Deposition Transcript (Excerpts) of Brooke Cole, dated 10/27/2022 |
| J. | Deposition Transcript (Excerpts) of Amber McCollum, dated 11/9/2022 |
| K. | Deposition Transcript (Excerpts) of Clara Keith Brown, dated 6/7/2022 |
| L. | Deposition Transcript (Excerpts) of Wina Low, dated 2/28/2023 |
| M. | Deposition Transcript (Excerpts) of Sonia Shaun Owen, dated 12/12/2022 |
| N. | Deposition Transcript (Excerpts) of Deborah Gay, dated 7/27/2022 |
| O. | Deposition Transcript (Excerpts) of William Matthew Jones, dated 1/10/2023 |
| P. | Deposition Transcript (Excerpts) of James Theodore Beck, dated 1/27/2023 |
| Q. | Deposition Transcript (Excerpts) of Patricia Wolf, dated 10/6/2022 |
| R. | Deposition Transcript (Excerpts) of Whitney Braddock, dated |

|     |     |
| --- | --- |
|     | 7/18/2022 |
| S.  | Deposition Transcript (Excerpts) of Derrick Gilchrist, dated 9/29/2022 |
| T.  | Deposition Transcript (Excerpts) of Cassandra Holifield, dated 12/1/2022 |
| U.  | Deposition Transcript (Excerpts) of Celest Ngeve, dated 7/15/2022 |
| V.  | Deposition Transcript (Excerpts) of Samuel Clemons, Sr. dated 12/15/2022 |
| W.  | Deposition Transcript (Excerpts) of Jacqueline Neal, dated 1/19/2023 |
| X.  | Deposition Transcript (Excerpts) of Talithia Newsome, dated 7/12/2022 |
| Y.  | Deposition Transcript (Excerpts) of Michael Rowland, dated 6/9/2022 |
| Z.  | Deposition Transcript (Excerpts) of Geronald Bell, dated 1/9/2023 |
| AA. | 30(b)(6) Deposition Transcript (Excerpts) of Rusk Roam, Jr., dated 3/6/2023 |
| BB. | Deposition Transcript (Excerpts) of David Ackerman, dated 8/31/2022 |
| CC. | Deposition Transcript (Excerpts) of Larry Winter, dated 11/30/2022 |
|     |     |

# INDEX OF NUMBERED EXHIBITS

| Exh. No. | Depo Ex#/ Bates # | Description |
|---|---|---|
| 1. | N/A | Defendant's Objections and Responses to Plaintiff's First Requests for Admission |
| 2. | N/A | FY 24 GNETS Directory (Updated July 2023) |
| 3. | N/A | FY 23 GNETS Directory (Updated June 2022) |
| 4. | N/A | Ask DOE - Schools and Districts |
| 5. | GA05242789 | SY21 GNETS Enrollment Data |
| 6. | GA05242790 | SY22 GNETS Enrollment Data |
| 7. | Ex 82 | GNETS State Board of Education Rule (Adopted June 15, 2017) |
| 8. | Ex 165/ GA00396806 | Georgia Department of Community Health's Policies and Procedures for Early and Periodic Screening, Diagnostic and Treatment Services (Revised October 1, 2020) |
| 9. | N/A | Georgia Department of Community Health's Peach Care for Kids website |
| 10. | N/A | APEX 3.0 Frequently Asked Questions |
| 11. | GA01286674 | Email re: GNETS Rule Feedback Sessions |
| 12. | Ex 697/ GA01852181 | Georgia Department of Education Organizational Chart 10-09-2020 |
| 13. | Ex 904/ GA00278665 | Email from Ted Beck to Dave Lakly re: GNETS Program Manager |
| 14. | Ex 420/ GA00119322 | GNETS Education Program Specialist Job Announcement and Related Email |
| 15. | Ex 421/ GA00953298 | GNETS Program Specialist Responsibilities-10-29-19 and Related Email |
| 16. | GA00061974 | GNETS Project Management Activities and Milestones |
| 17. | GA00198520 | GaDOE-GNETS Project Management Plan |

| | | |
|---|---|---|
| 18. | Ex 388/ GA00362004 | GNETS Strategic Plan (Updated 1/28/2020) |
| 19. | Ex 309/ GA00221993 | GNETS Strategic Plan (6/20/2016) |
| 20. | Ex 291/ GA00404365 | GNETS Strategic Plan Year 4 and Related Email |
| 21. | Ex 290/ GA00776953 | GNETS Strategic Plan Working Draft 2/5/2016 and Related Email |
| 22. | Ex 80/ GA00053667 | Guidance for Completing GNETS Strategic Plan and Related Email |
| 23. | Ex 234/ Rutland 000610 | Letter from Vickie Cleveland to Celest Ngeve (12/7/2020) |
| 24. | Ex 272/ GA00901798 | FY19 Results for GNETS End of Year Strategic Plan Compliance Review (9-13-19) and Related Email |
| 25. | Ex 733/ GA00324971 | Tips for 2018 Strategic Plan Reviews and Related Email |
| 26. | Ex 389/ GA00337236 | GNETS Reporting Presentation (11-14-18), On-Site Monitoring Schedule, and Related Email |
| 27. | Ex 428/ GA00963511 | Email from L. Stevenson re: Coastal Academy FY20 Strategic Plan Results |
| 28. | Ex 427/ GA00960449 | Email from L. Stevenson re: Pathways Educational Program GNETS Strategic Plan |
| 29. | Ex 580/ Elam 3.18.22 Supplement 3492 | Letter from Vickie Cleveland to Brooke Cole (7/1/2019) |
| 30. | Ex 199 | Guiding Questions for Consideration of GNETS Services |
| 31. | Ex 221/ Rutland 000297 | Request for GNETS Consultation (Revised August 2018) |
| 32. | Ex 222/ Rutland 000291 | GNETS Confidential Student Information Packet (Revised June 2018) |
| 33. | Ex 223/ Rutland 000299 | GNETS Services Flow Chart (Revised August 2018) |
| 34. | Ex 241/ Rutland | Rutland Academy Updates Board of Control |

|     |                       |                                                                                                               |
|-----|-----------------------|---------------------------------------------------------------------------------------------------------------|
|     | 000002                |                                                                                                               |
| 35. | Ex 460/ GA00030538    | 8/21/2018 GNETS Meeting Agenda, Consideration of Services Forms, and Related Email                            |
| 36. | Ex 482                | GNETS Confidential Student Information Packet (Revised 10/2020)                                               |
| 37. | Ex 483                | Guiding Questions for Consideration of GNETS Services (Revised June 2018)                                     |
| 38. | Ex 484                | GNETS Services Flow Chart (Revised October 2020)                                                              |
| 39. | Ex 485                | Request For GNETS Consultation (Revised October 2020)                                                         |
| 40. | Ex 488/ GA00794197    | 10/4/2017 Email from P. Wolf re: Consideration for GNETS Services - Draft of Forms                            |
| 41. | Ex 489/ GA00132036    | 10/24/2017 Email from P. Wolf to V. Cleveland re: Consideration for GNETS Services Meeting today at 1pm       |
| 42. | Ex 491/ GA00013170    | 11/16/2017 Email from P. Wolf to N. Rahming and V. Cleveland re: PowerPoint for LEA Collaborative December 7th on Consideration of Services |
| 43. | Ex 495/ GA00328367    | 7/16/2018 Email from P. Wolf to V. Cleveland and GNETS directors re: Consideration of Services Forms          |
| 44. | Ex 411/ CGCA000001    | Summary of Procedures for Processing Referrals to Coastal Georgia Comprehensive Academy GNETS                 |
| 45. | Ex 559                | Guiding Questions For Considerations For GNETS Services (Revised June 2018)                                   |
| 46. | Ex 725                | GNETS Confidential Student Information Packet                                                                 |
| 47. | Ex 851                | Request For GNETS Consultation (Revised August 2018)                                                          |
| 48. | Ex 486/ GA00793042    | 9/6/2017 Email from P. Wolf re: Consideration of Services                                                     |
| 49. | Ex 487/ GA00794159    | 10/4/2017 Email from P. Wolf re: Consideration of Services                                                    |
| 50. | Ex 490/ GA01941385    | 11/7/2017 Email from P. Wolf to N. Rahming                                                                    |

| | | |
|---|---|---|
| 51. | Ex 492/ GA00014016 | 12/11/2017 Email from N. Rahming to P. Wolf et al. re: Consideration of Services - Revised |
| 52. | Ex 493/ GA00327280 | 6/20/2018 Email from P. Wolf to V. Cleveland re: Finalized Consideration of Services Forms |
| 53. | Ex 494/ GA00327446 | 6/21/2018 Email from P. Wolf to V. Cleveland re: Consideration |
| 54. | Ex 503/ GA00403823 | GNETS Strategic Plan Year 4 -Recommendations from Wolf and Related Email |
| 55. | Ex 652/ GA00041160 | 3/30/2016 Email from C. Holifield to N. Rahming re: March 2016 GaDOE GNETS Directors Meeting in Milledgeville |
| 56. | Ex 218/ GA00338047 | 12/14/2018 Email thread from C. Ngeve to V. Cleveland re: Enrollment info |
| 57. | Ex 387/ GA00363542 | GaDOE Student Information Checklist FY21 and Related Email |
| 58. | Ex 630/ GA00041656 | FY 16 GNETS Annual Verification Report Data Management Tool and Related Email |
| 59. | Ex 850/ GA00334246 | 9/28/2018 Email from J. Neal to V. Cleveland re: Monthly Log for Therapeutic Services |
| 60. | Ex 862/ GA00327496 | 6/25/2018 Email from J. Neal to V. Cleveland re: Restraint Data |
| 61. | Ex 768/ GA00337967 | 12/14/2018 Email from H. Livingston to V. Cleveland re: GNETS Enrollment info |
| 62. | Ex 775/ GA00347397 | 6/4/2019 Email from H. Livingston to V. Cleveland re: Coordinator and SW survey |
| 63. | Ex 779/ GA00347076 | 5/30/2019 Email from H. Livingston to V. Cleveland re: RBT status |
| 64. | Ex 386/ GA00364535 | 12/2/2020 Email from Vickie Cleveland to GNETS Program Directors re: File review |
| 65. | Ex 578/ GA00363717 | 11/5/2020 Email from B. Cole to V. Cleveland re: Regional TA Meeting/Link |
| 66. | Ex 228/GA00055066 | 12/2/2020 Email from C. Ngeve re: File review |

| | | |
|---|---|---|
| 67. | Ex 497/ GA00042505 | 11/18/2016 Email from P. Wolf to N. Rahming re: 4 year old |
| 68. | Ex 498/ GA00781443 | 8/2/2016 Email from N. Rahming to P. Wolf and B. Cole re: Jasper County |
| 69. | Ex 542/ GA01064131 | 3/21/2019 Email from L. Futch to V. Cleveland et al. re: Wayne County School System GNETS Relocation FY 20 |
| 70. | Ex 567/ GA00338963 | 1/15/2019 Email chain from B. Cole to V. Cleveland and L. Stevenson re: ID Enrollment info |
| 71. | Ex 727/ GA00226017 | 9/19/2016 Email thread from N. Rahming to S. Clemons re: Referral |
| 72. | Ex 728/ GA00784317 | 3/8/2017 Email from S. Clemons to N. Rahming re: Question |
| 73. | Ex 70/ GA00152939 | 3/6/2018 Email from C. Holifield to C. Keith re: GNETS Questions |
| 74. | Ex 224/ GA00354672 | 10/25/2019 Email from C. Ngeve to V. Cleveland re: J. Brown |
| 75. | Ex 226/ GA00356905 | 1/3/2020 Email from C. Ngeve to V. Cleveland re: Chat? |
| 76. | Ex 250/ GA00317244 | 3/12/2018 Email from W. Braddock to V. Cleveland re: System moves |
| 77. | Ex 254/ GA00013594 | 12/6/2017 Email from W. Braddock to V. Cleveland re: Iready Student Transfer |
| 78. | Ex 429/ GA00956689 | Copy of GNETS Director Meeting Questions (2020-05-26) and Related Email |
| 79. | Ex 448/ GA00356682 | 12/12/2019 Email from D. Gilchrist to V. Cleveland et al. re: Funding summary |
| 80. | Ex 458/ GA00785867 | 4/11/2017 Email from D. Gilchrist to N. Rahming re: PT Psychologist |
| 81. | Ex 552/ GA00082998 | 3/15/2018 Email from Lisa Futch to V. Cleveland et al. re: Aroma Therapy for emotional support |
| 82. | Ex 553/ GA00357358 | 1/20/2020 Email from L. Futch to V. Cleveland re: Project Based Learning |

| | | |
|---|---|---|
| 83. | Ex 566/ GA00322208 | 5/16/2018 Email chain from B. Cole to V. Cleveland re: GAA guidance |
| 84. | Ex 777/ GA00790800 | 7/21/2017 Email from H. Livingston to Nakeba Rahming re: GNETS Calendar and SDQ data |
| 85. | Ex 778/ GA00347755 | 6/12/2019 Email from H. Livingston to V. Cleveland re: LCSW Grant |
| 86. | Ex 863/ GA00063584 | 8/22/2016 Email from J. Neal to N. Rahming re: Budget Amendment |
| 87. | Ex 456 | South Metro GNETS Therapeutic Service and Intervention Tiers (2021-2022) |
| 88. | Ex 496/ GA00130964 | GNETS Director's Meeting Final Agenda 1-24 to 25-2017 and Related Email |
| 89. | Ex 634/ GA00321183 | 5/9/2018 Email from C. Holifield to V. Cleveland re: Format for interventions |
| 90. | Ex 647/ GA00063361 | 8/9/2016 Email from C. Holifield to N. Rahming re: GNETS |
| 91. | Ex 390/ GA00054562 | Assurances FY20 GNETS and Related Email |
| 92. | Ex 913/ GA00066194 | Signed Contract 18379 Curriculum Associates and Related Email |
| 93. | Ex 914/ GA00066184 | Signed Contract 18363 Pearson and Related Email |
| 94. | Ex 227/ GA00362585 | 10/6/2020 Email from C. Ngeve to V. Cleveland re: SDQ/BASC Follow-up |
| 95. | Ex 499/ GA00326222 | GNETS 2017 - 2018 Screening, Diagnostic, and PL Calendar and Related Email |
| 96. | Ex 631 | North Metro GNETS FY22 Grant Application |
| 97. | Ex 729/ GA00361784 | 8/24/2020 Email from V. Cleveland to S. Clemons re: GNETS Calendar |
| 98. | Ex 115/ GA00196767 | 1/7/2016 Email from M. Rowland to D. Suits re: GNETS visit: Cobb County (HAVEN Academy) |
| 99. | Ex 118/ GA00279624 | 5/31/2016 Email from M. Rowland to T. Beck and N. Rahming re: GNETS Update |
| 100. | Ex 91/ | July 22, 2016 Letter from Michael P. Royal to Dr. |

9

|  |  |  |
|---|---|---|
|  | GA01486054 | James Pope and Related Email |
| 101. | Ex 129/ GA00196913 | GSFIC Request for Qualifications Project No. E-414-FY16-GNET |
| 102. | Ex 90/ GA00197241 | GNETS Exit Strategy-Plan - for Priority Sites and Related Email |
| 103. | Ex 119/ GA00197246 | GNETS Priority Facilities List 071416 and Related Email |
| 104. | Ex 829/ GA03468710 | GNETS Facilities Online Meeting Presentation, Scripts, and Related Email |
| 105. | Ex 88/ GA00198597 | GNETS Facilities Letter of Assurance and Related Email |
| 106. | N/A | Governor's Office of Planning & Budget, Budget Process |
| 107. | Ex 570/ Elam 3.18.22 Supplement 3467 | Elam Alexander Grant Application FY 2022 |
| 108. | Ex 229/ Rutland 002910 | Rutland Academy Grant Application FY2021 |
| 109. | Ex 722 | Horizon Grant Application FY2022 |
| 110. | Ex 861 | Northstar Educational and Therapeutic Services Grant Application FY2021 |
| 111. | Ex 588/ GA03803300 | 3/11/2016 Email from A. McCollum to S. Benson re: Draft FY17 GNETS Allocations |
| 112. | Ex 593/ GA03803423 | 3/21/2016 Email from A. McCollum to M. Seay re: Draft FY17 GNETS Allocations |
| 113. | Ex 657/ GA02326483 | 7/6/2020 Email from C. Holifield to Z. SmithDixon re: FY21 Preliminary GNETS State and Federal Grant Allocations |
| 114. | Ex 73/ GA00792054 | 8/16/2017 Email from C. Keith to N. Rahming re: SBOE templates |
| 115. | Ex 616 | GaDOE Item for State Board of Education Approval - FY20 GNETS Grant for Supplemental Instruction |
| 116. | Ex 617 | GaDOE Item for State Board of Education Approval - FY20 State Allocation Therapeutic Services |

|  |  | Reimbursement for GNETS Fiscal Agents |
|---|---|---|
| 117. | Ex 71/ GA00197223 | 6/24/2016 Email from N. Rahming to C. Keith re: Therapeutic Supports |
| 118. | Ex 74/ GA00198949 | 8/22/2017 Email from N. Rahming to C. Keith re: Please provide feedback |
| 119. | Ex 380/ GA00346118 | GNETS One Pager for SBOE Therapeutic Supports and Related Email |
| 120. | Ex 384/ GA00014291 | 12/14/2017 Email from J. Neal to V. Cleveland and N. Rahming re: Assurance - RESA-NS-StaffRehab |
| 121. | Ex 555/ GA00097408 | 2/26/2020 Email from L. Futch to V. Cleveland re: Therapeutic Services Grant |
| 122. | Ex 702/ GA05057496 | GNETS Weekly Meeting Agenda 8-19-20 and Related Email |
| 123. | Ex 847/ GA00014174 | 12/12/2017 Email from J. Neal to V. Cleveland re: DOE Therapeutic Position |
| 124. | Ex 906/ GA00284672 | 9/28/2017 Email from T. Beck to L. Winter re: Item Requested by Mr. Winter in Budget Committee Meeting |
| 125. | Ex 750/ GA00007217 | All DOE Updates 4.5.19 and Related Email |
| 126. | Ex 72/ GA00198908 | FY18 Therapeutic Staff Assurances and Related Email |
| 127. | Ex 478/ GA00326123 | 6/13/2018 Email chain from V. Cleveland to P. Wolf re: social workers |
| 128. | Ex 479/ GA00329465 | 7/24/2018 7 Email chain from V. Cleveland to P. Wolf re: Therapeutic Services Reimbursement for Social Workers |
| 129. | Ex 245/ GA00334101 | 9/26/2018 Email from C. Ngeve to V. Cleveland et al. re: Monthly Log for Therapeutic Services |
| 130. | Ex 246/ GA00343329 | 3/29/2019 Email from C. Ngeve to V. Cleveland re: LCSW log |
| 131. | Ex 431/ GA00951657 | Copy of 2019-20 Therapeutic Services Log and Related Email from L. Stevenson |
| 132. | Ex 256/ | Cedarwood Interventions and Providers FY18 and |

11

|      |                          |                                                                                   |
|------|--------------------------|-----------------------------------------------------------------------------------|
|      | GA00320375               | Related Email                                                                      |
| 133. | Ex 469/ GA00952013       | FY20 GNETS of Oconee Funding Ratios as of 9-4-19 and Related Email                 |
| 134. | Ex 470                   | GNET of Oconee FY2022 Grant Application                                            |
| 135. | GA00321621               | 5/11/2018 Email from C. Holifield to V. Cleveland re: FY 18 Assurance              |

Dated:  October 21, 2023


Respectfully submitted:


RYAN K. BUCHANAN                    KRISTEN CLARKE
United States Attorney              Assistant Attorney General
Northern District of Georgia        Civil Rights Division

/s/ *Aileen Bell Hughes*            SHAHEENA A. SIMONS
AILEEN BELL HUGHES                  Chief
GA Bar Number: 375505               Educational Opportunities Section
Assistant United States Attorney
United States Department of Justice KELLY GARDNER WOMACK
Richard B. Russell Federal Building Deputy Chief
75 Ted Turner Dr. SW                Educational Opportunities Section
Suite 600
Atlanta, GA 30303-3309              ANDREA HAMILTON WATSON
(404) 581.6000                      Special Litigation Counsel
aileen.bell.hughes@usdoj.gov
                                    CRYSTAL ADAMS
                                    CLAIRE D. CHEVRIER
                                    FRANCES S. COHEN
                                    MATTHEW GILLESPIE
                                    PATRICK HOLKINS
                                    VICTORIA M. LILL
                                    JESSICA POLANSKY
                                    LAURA C. TAYLOE
                                    MICHELLE L. TUCKER
                                    Trial Attorneys

United States Department of Justice
Civil Rights Division

*/s/ Andrea Hamilton Watson*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-4092
andrea.watson2@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Index has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

/s/ *Andrea Hamilton Watson*
ANDREA HAMILTON WATSON

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 21st day of October, 2023.

/s/ *Andrea Hamilton Watson*
ANDREA HAMILTON WATSON