# EXHIBIT A

1             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

4  UNITED STATES OF AMERICA,
                              )CIVIL ACTION
5           Plaintiff,        )NO. 1:16-cv-03088-ELR
                              )
6  vs.                        )
                              )
7  STATE OF GEORGIA,          )
                              )
8           Defendants.       )
                              )
9  - - - - - - - - - - - - - -  )

10

11              VIDEOTAPE DEPOSITION OF

12                 VICKIE D. CLEVELAND

13

14        Wednesday, August 17, 2022, 8:59 a.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23          -----------------------------------------------

24

25          WANDA L. ROBINSON, CRR, CCR, No. B-1973
            Certified Shorthand Reporter/Notary Public



1  that, you mentioned?

2      A    I got the director of special education

3  endorsement, which was right after -- right before,

4  right after that one.  And then I received

5  educational leadership, and that added another area

6  So that would have been that 2007 degree was

7  attained.  That should be the date.

8      Q    A moment ago you mentioned a PSC?

9      A    Professional Standards Commission.  They

10  are the ones that license teachers in the State of

11  Georgia.

12      Q    Thank you.  What is your current job

13  title, Mrs. Cleveland?

14      A    My current job title is program manager

15  for the GNETS program, GNETS.

16      Q    And is your employer --

17      A    Georgia Department of Education.

18      Q    And when did you assume the position of

19  GNETS program manager?

20      A    That would have been in February of 2018.

21  I moved into the role in an interim role in -- I

22  think it was around November 2017, and then moved

23  into the permanent role in February of 2018.

24      Q    Who do you report to as program manager?

25      A    Wina Low.  She is the State director for



 1  Zelphine Smith-Dixon, and then currently Wina Low?

 2      A    Nakeba Rahming didn't evaluate, but she

 3  was the deputy and she and Zelphine were kind of

 4  sharing that I guess supervision, supervisory role.

 5           So it was Nakeba and Zelphine, and Nakeba

 6  did not return, and then I reported to Zelphine, and

 7  now to Wina Low.

 8      Q    Who evaluates you?

 9      A    Wina Low.

10      Q    Wina?

11      A    Uh-hum.  (Affirmative.)

12      Q    Would I be correct that Zelphine

13  previously --

14      A    Yes.

15      Q    -- evaluated you?

16      A    She did.

17      Q    Do you have any direct reports?

18      A    I do have one.  Lakesha Stevenson is the

19  program specialist.

20      Q    When did Lakesha Stevenson begin in that

21  role?

22      A    Dates again.  I'm trying to think.  I'm

23  thinking it may have been fall of 2018, because I

24  became a manager in February in that position, was

25  approved -- I think she started in the fall, in



 1      A     2017, correct.  Yes.

 2      Q     Thank you.  Just wanted to get it correct

 3 on the record.

 4      A     See the timeline.  I'm trying to think of

 5 the timelines.

 6      Q     Thank you.

 7            When you applied, did you assume it was

 8 going to be similar responsibilities to what you

 9 were doing as the interim program manager?

10      A     Yes, and that was a short window, too,

11 from November to February, but yes.

12      Q     And what did you understand the role to be

13 of the GNETS program manager?

14      A     To provide technical assistance to the 24

15 programs that are out there across the State

16 throughout the network; to work with the budget

17 division in looking at allocations for GNETS

18 funding; working with them to allocate those funds

19 to the GNETS programs; working with the budget

20 division within special education to review budgets

21 that were submitted for approval with them;

22 providing technical assistance around the strategic

23 plan, which is the framework for issues for

24 implementation of the GNETS program; training on the

25 Board rule to GNETS directors and also LEAs if



 1  needed.

 2            I'm trying to think what else.

 3            And just providing professional learning

 4  and technical assistance as needed and throughout

 5  the year for GNETS directors.

 6      Q    Have these responsibilities changed as

 7  your -- during your time as program manager?

 8      A    The responsibilities are still the same.

 9  Still -- maybe more training, collaborative training

10  with other divisions, like making sure GNETS has

11  access to TKES and LKES training, professional

12  qualifications, working with Title II.  So I worked

13  with some other units to get technical assistance to

14  GNETS directors.

15      Q    You just mentioned TKES and LKES?

16      A    That is the evaluation system for teachers

17  in the State of Georgia and LKES is the evaluation

18  tool that is used for leaders in the State of

19  Georgia.

20            So Title II provides training for the

21  GNETS directors on the TKES piece.  Because all

22  teachers are evaluated on TKES.

23      Q    What does Title II refer to?

24      A    Title II, the piece that I collaborate

25  with my colleagues on, is the certification, teacher



```
 1              We do a lot.  Blanking...
 2              And of course we had to respond to
 3  interrogatories, production of documents.  She
 4  participated in that also.
 5       Q    How often do you communicate with Lakesha
 6  Stevenson?
 7       A    We try to do a GNETS touch-base meeting
 8  each day, talk about -- yeah, each day.  If not
 9  every day, every other day.
10       Q    Is Lakesha Stevenson devoted exclusively
11  to working on GNETS?
12       A    She is.
13       Q    Are you?
14       A    Yes.
15       Q    Is there any work that Lakesha Stevenson
16  completes that you do not oversee?
17       A    No.
18       Q    Do you evaluate Lakesha Stevenson?
19       A    I do.
20       Q    How frequently?
21       A    Annually.
22       Q    Are you interested in growing your team in
23  the future?
24       A    I would have to think about that.  It
25  would depend on I guess how much the work would
```



1      Q    Do you meet with the regional GNETS

2  programs?

3      A    Yes.  I'm sorry, I'm drawing a blank

4  there.  Yes.

5      Q    How often?

6      A    We do monthly meetings.  Typically we

7  don't do the month of November and December, and

8  then we pick back up in January and maybe meet

9  through April -- or maybe we end right at April

10 because testing starts.

11         But, yes, we do monthly updates with them.

12     Q    Are these meetings with the regional GNET

13 program directors?

14     A    Yes.  Directors meetings.

15     Q    Does anyone else attend?

16     A    I've invited Wina to attend.  It's my --

17 Lakesha and the GNETS directors and anyone I have

18 providing updates.  This is where TKES and LKES may

19 come to the meeting, Data Collections may come to

20 the meeting.

21         Who else do I have on there?  PBIS may

22 give updates.  So I have different other divisions

23 provide updates to the GNETS directors, and any

24 updates we may have.

25     Q    Who facilitates these meetings?



1          MS. TUCKER:  I'd like the court reporter

2      to mark this document as Plaintiff's Exhibit

3      379.

4          The Bates number on the first page of this

5      exhibit is GA01078807.

6          (WHEREUPON, Plaintiff's Exhibit-379 was

7       marked for identification.)

8  BY MS. TUCKER:

9      Q    This is an October 28th, 2020 email from

10  you to Zelphine Smith-Dixon and Shaun Owen, and you

11  copy Lakesha Stevenson and Stacey Suber-Drake, and

12  the subject is "2019-20 AU Data."?

13          THE WITNESS:  Yes, this looks like it

14      would be privileged.

15          MS. JOHNSON:  This looks like again an

16      inadvertent production and I'm going to

17      instruct the witness not to answer any

18      questions on this document.

19          MR. HOLKINS:  Thanks, Melanie.  We can

20      talk more later.  Great.

21          MS. TUCKER:  I'd like the court reporter

22      to mark this document as Plaintiff's Exhibit

23      380.

24          The Bates number on the first page of this

25      exhibit is GA00346118.



1          (WHEREUPON, Plaintiff's Exhibit-380 was

2      marked for identification.)

3  BY MS. TUCKER:

4      Q    This is a May 20th, 2019 email chain

5  between you and Lakesha Stevenson?

6      A    Okay.

7      Q    The subject of the email is blank, but

8  there's one attachment.

9          Do you recognize this email, Mrs.

10 Cleveland?

11     A    Yes.

12     Q    Let's turn to the attachment, which starts

13 on GA00346120.

14         Am I correct that at the top it reads

15 "Georgia Network for Educational and Therapeutic

16 Supports?

17     A    Yes.

18     Q    And that the GaDOE logo is on the bottom?

19     A    Yes.

20     Q    Do you recognize this document?

21     A    Yes.

22     Q    Who created this document?

23     A    Lakesha Stevenson, the program specialist.

24 She created it.

25     Q    Did you ask her to create it?



1      A    Yes.

2      Q    For what purpose?

3      A    Eleven of our programs received a

4    therapeutic services grant to provide therapeutic

5    services.  That grant is allocated to hire licensed

6    clinical social workers or social workers, master's

7    of social workers, that can provide therapeutic

8    services.  And we have set up a process that they

9    provide logs to us that outline what therapeutic

10   services were provided for the students, and she

11   then pulls all those logs together and pulls this

12   report to let me know what types of therapeutic

13   services are you seeing on the logs, what's being

14   implementing by the licensed clinical therapist.

15         And it shows, the graph shows the trends

16   of what type of services they're documenting on

17   their logs that they're providing.

18         So it's a way of -- because they get the

19   allocation for that grant, this is a process I set

20   up so we can monitor what type of therapeutic

21   supports are being provided.

22     Q    What are the dates of this grant?

23     A    The therapeutic services grant?

24     Q    Uh-hum.  (Affirmative.)

25     A    It's allocated each year.  Is that what

 1  you're asking?

 2      Q    So it's allocated each year, the grants?

 3      A    It's a therapeutic grants yes.

 4      Q    And eleven of the regional programs have

 5  it currently?

 6      A    Right.  It was in place when I came on

 7  board and it's based on need for the program.  So

 8  eleven of them do.

 9      Q    Currently?

10      A    Uh-hum.  (Affirmative.)

11      Q    Have other programs had it in the past and

12  then no longer?

13      A    Not that I'm aware of.

14      Q    Have programs been added during your time

15  as GNETS program manager as a recipient of this

16  grant?

17      A    Not this grant, no.

18      Q    So it's the same eleven regional programs

19  have remained constant?

20      A    Yes.

21      Q    Which programs receive this grant?

22      A    I don't have them all memorized, but -- I

23  don't have them all, the names.

24           I'm trying to think of some of them.  The

25  Oconee program I believe receives the grant.



1          These are things that I can just pull up
2     and they're right there.
3          Oconee.  Coastal I think receives it.
4     Cedarwood, Flint program, Northstar, Northwest
5     Georgia GNETS.
6          Go down the list.
7          Rutland.  I'm just going through the list.
8     But those are the ones I can easily recall.
9     Q     You hit seven of the eleven?
10    A     There are four out there, in here
11    somewhere.
12    Q     You mentioned it was based on need.  Can
13    you elaborate?
14    A     The way it was initially set up, the
15    programs that receive that are in areas where it's
16    difficult to find, you know, providers in those
17    areas because of where they're regionally based, was
18    my understanding.
19          So this grant allows them to, you know,
20    contract out or use it to find supports,
21    professionals to provide therapeutic supports.
22    Q     And you earlier mentioned or testified
23    that you monitored the monthly logs, correct?
24    A     Yeah.  Lakesha receives those and compiles
25    those and shares the updates with me.



1  don't participate in the IEP meetings, and those

2  decisions are made locally with the IEP teams as to

3  whether or not the child needs residential or GNETS

4  services.

5       Q    What is a more restrictive placement than

6  GNETS along the continuum?

7       A    It would be residential, would be the next

8  placement on the continuum.  Residential services.

9       Q    A private residential treatment?  Or

10  public?

11       A    It could be.  Again, that would be a local

12  IEP team decision.

13       Q    But that's the next step on the continuum

14  we discussed earlier?

15       A    Residential placement, uh-hum.

16       Q    Okay.  Do you speak to the GNETS programs

17  directors, the regional GNETS program directors,

18  about residential placement or their students --

19       A    No.

20       Q    -- being in residential?

21       A    No.

22       Q    Have you ever collected data from the

23  regional programs on whether they had students being

24  sent to residential treatment?

25       A    Yes.  As part of their grant application



1  -- reintegration piece -- there's one of the -- I

2  can't think of the name of the tab.  I look at those

3  things all the time.

4          There's a tab that does talk about

5  short-term stabilizations, what's a child's

6  residential place.  So they list self-reported data

7  from each program, that they list the students that

8  were referred for residential because sometimes kids

9  do have short-term stabilizations, and then they

10  transition back.

11          But, yeah, we do collect that data from

12  them as far as the environment.  If they went back,

13  you know, to a school-based setting, to a less

14  restrictive, we do collect through the grant app.

15      Q    And that's through each regional GNETS

16  program?

17      A    Yes.

18      Q    Earlier we spoke about GNETS students

19  being in GNETS centers as well as GNETS school-based

20  locations, correct?

21      A    Yes.

22      Q    Do you know how many centers are being

23  used this school year?

24      A    I think it is approximately 35 maybe

25  centers.



1      Q    How about last year?

2      A    I don't recall the numbers but it's

3  information that I could have access to.

4      Q    Do you know how many school-based

5  locations are being used this current school year?

6      A    Looks like it's going to be about 120 or

7  so, approximately.

8      Q    Is that a change from last year?

9      A    I can access that information.  I don't

10  have that memorized as far as exact numbers.

11      Q    Is this information that you do collect

12  and track?

13      A    I don't track it, but if I needed to

14  access it, I would reach out to Data Collections to

15  get it.

16      Q    If you needed to access it, you would

17  contact Data Collections?

18      A    Uh-hum.  (Affirmative.)

19      Q    Was that a yes?

20      A    Yes.  I'm sorry.  I'm so used to talking

21  with my hands.

22      Q    Would you request this information from

23  the regional GNETS programs?

24      A    No, I do not collect -- just data like

25  around this I get from them, but any data, I do that



1  manager, correct?

2      A    My understanding, that changed when the

3  Board rule changed.

4      Q    When was that?

5      A    The Board rule was reauthorized in 2017, I

6  believe.

7      Q    Does GaDOE receive data on how long a

8  student has been in GNETS?

9      A    No, I don't receive a report on that.

10     Q    That's not information that you collect?

11     A    No.

12     Q    Like length of stay?  Length of placement?

13     A    No.  Not currently, no.

14     Q    Do you have any knowledge on this area of

15  how long an average stay for a GNETS student is?

16     A    I do not.

17     Q    Is that information that the regional

18  GNETS programs collect?

19          MS. JOHNSON:  Objection.

20     A    I don't know that they would collect it.

21     Q    Do you look at data related to GNETS

22  students who leave and return to the general

23  education setting?

24     A    That's the data in the grant application

25  that looks at reintegration.



1            They list in there, and this is

2   self-reported data from each program, they list

3   students, you know, that went back for

4   extracurricular, students that went back to their

5   home school district.  There are different little

6   reporting pieces in there, maybe four or five items,

7   that they provide data through their grant

8   application process.  So we do have that

9   information.

10       Q    What are the four or five items that are

11  required in the grant application?

12       A    One of them was short-term stabilization,

13  return to home school.

14            Let me see.  I'm trying to think what else

15  was on there.

16            Or remain center-based.  I don't want to

17  misquote but these are some of the pieces of the

18  reintegration those are the examples of the

19  reintegration data that's in the grant app.

20       Q    Do you assess this data when looking at a

21  GNETS application?

22       A    We do take a look at that.

23       Q    What do you look for?

24       A    Just what they're reporting as the, the

25  locations that kids are being served.



1          What we have done previously, too, in

2    strategic plan reviews, that's the data that is

3    looked at with that, and just have conversations

4    with them about the number of kids who have

5    reintegrated, the number of kids that are

6    participating in extracurricular activities.  We've

7    had discussions with some -- with them during

8    strategic plan reviews on that.

9         Q    What would you discuss with regard to

10   that?

11        A    Just asking that question.  What does your

12   reintegration data look like?  How many students

13   have gone back to their home school districts?  How

14   many kids are participating in extracurricular

15   activity with their home school districts?

16          If they are center-based, are the kids

17   leaving centers and going back to participate in

18   extracurricular.  Are kids that are school-based,

19   are they participating?  When are they exiting?

20          Any questions around reintegration.

21        Q    Why are you asking those questions?

22        A    It is part of the strategic plan.  That's

23   a section we have in there, and it's in the grant

24   app, reintegration data, because we want to see the

25   data and the trends of who's remaining in GNETS and



1  familiar with?

2      A    I've seen that old version but I'm not

3  familiar with the contents, whereas I am with this

4  one because this one I was coming in, in the

5  November.

6      Q    Why was the rule revised in 2017?

7          MS. JOHNSON:  Objection.

8      A    I do not know.  I wasn't there.

9      Q    Did you participate in any conversation

10 since you were at GaDOE at that time?

11     A    The rule was revised in July, and I was

12 not working in GNETS.  At that time I was a DL.

13     Q    And it didn't come up when you were a DL?

14     A    No.

15     Q    Would you say the GNETS rule informs how

16 you work in your position?

17     A    It does.

18     Q    In what ways?

19     A    One, the SEA roles and responsibilities

20 are defined in that, and I'm able to provide

21 technical assistance to GNETS directors and special

22 education directors on the Board rule and the

23 contents.

24     Q    Let's take a look at the rule.

25          I am going to show you what was previously



1  marked as Plaintiff's Exhibit 82.

2           (WHEREUPON, Plaintiff's Exhibit-82 was

3       previously marked for identification.)

4  BY MS. TUCKER:

5       Q    This is -- the top of the document states

6  "160-4-7.15."  It says, "Georgia Network for

7  Educational and Therapeutic Supports (GNETS)."

8           Mrs. Cleveland, is this the 2017 rule?

9       A    I was going to look at the back.

10          It is, July 5th, 2017.

11      Q    Let's turn to Section 5(a) on the SEA's

12  duties and responsibilities.  It starts on Page 4.

13          Do you see that?

14      A    Yes.

15      Q    I believe we both agreed earlier SEA means

16  state educational agency?

17      A    Correct.

18      Q    So GaDOE?

19      A    Yes.

20      Q    Do you see where it says:  "The SEA shall

21  1. Receive and disburse funds appropriated by the

22  Georgia General Assembly to support GNETS services"?

23      A    Yes.

24      Q    Who all works on this responsibility

25  within GaDOE?



1      A      This is the budget process.  I work with

2   the budget liaison, and this is that process I

3   explained where I get the student record counts.

4   When I get those, usually around July, I get those

5   to Geronald, our budget liaison.

6           It goes through that process of him

7   getting that information to the Office of Planning

8   and Budget, and whatever happens in that legislature

9   process through the budget process that year, once

10  it comes back from them, he then gets the final

11  allocations, once the budget is approved and signed

12  by the Governor.  It's my understanding he then gets

13  those allocations to me and then I create the Board

14  item for the allocations.

15     Q      How long does that process take?

16     A      The budget process, I guess it falls in

17  the legislative calendar, which I'm not sure the

18  first start date or end date, but I know this

19  information, as far as students record count, I

20  typically will get that to Geronald, like in

21  September, like around this time.  September I get

22  those numbers to him, and then I don't hear back

23  from him until the spring, once it's gone through

24  that legislative budget process, that these are the

25  approved allocations for GNETS.



1        And then from there I share with my direct

2    supervisor, Lakesha and Shaun, of course, these are

3    the allocations, whatever fiscal year it is, and

4    then I develop that Board item with the spreadsheet

5    that shows what those allegations are going to be.

6        Q    And when are funds disbursed to the GNETS

7    program?

8        A    Once it goes -- comes over -- I typically

9    get that April, May, maybe from Geronald.  The Board

10   item is created.  It goes to the Board for approval,

11   of course.  And once the Board approves it, it goes

12   to Grants Accounting Office and the Grants

13   Accounting Office pushes the funding out to their

14   budgets.

15       Q    Can you give an estimate of what time of

16   year that is?

17       A    April.  You know, the, the general

18   assembly does their piece in approving everything,

19   the Governor signs off.

20        This could be -- I kind of handle that as

21   a Board item typically by June.  That's when I

22   usually take that item.  So I'm getting that

23   information, you know, the Board item developed,

24   approval, sent to whoever it needs to go to, and

25   again it goes to the Board for June.



1          So that budget process, from the time that
2    I give the information to Geronald and he gets back
3    to me in the spring, April, mid-April or May, it
4    goes to the Board in June.
5          Q    Do you see where looking at the rule
6    again, it says:  "The SEA shall administer the grant
7    funds by performing the following in collaboration
8    with GaDOE."  With the first reading, "develop rules
9    of procedures regulating the operation of the GNETS
10   grant, including the application process."
11         A    Yes.  That operation of the grant, there
12   is a GNETS grant application that each GNETS
13   completes and submits.  We have it -- it's now set
14   up through what we call our GaDOE portal, protected
15   portal.
16         Each GNETS goes in and they complete that
17   grant application.  I did get that set up where they
18   are submitting those by May, so that I can have the
19   item to the Board by June, and we then -- Lakesha
20   and I review the grant applications.
21         Q    Where it says develop rules and procedures
22   regarding the grant, the GNETS grant, have you
23   developed those rules and procedures?
24         A    The rules fall to me under this, where it
25   talks about LEA -- I mean SEA administering and



 1  sending out the grants.

 2          The procedures, we have an attachment that

 3  is used that talks about what attachment should be

 4  uploaded with the grant applications, and that

 5  attachment, you know, talks about different items.

 6  The restraint procedures have to be uploaded.

 7          There are different things around that.

 8  So that attachment serves as that.

 9          And we also did a budget training.  I

10  guess it may have been last fall.  We try to do that

11  every fall, where it's explained about how their

12  allocations will go out.

13          I have someone from Amber's team come and

14  present on federal grants and the things that are

15  allowable and not allowable when they're getting

16  ready to develop their budgets with the funds.

17     Q    In addition to this GNETS rule, are there

18  other written rules or procedures that GaDOE has

19  developed related to GNETS?

20          MS. JOHNSON:  Objection.

21     A    Ask the question again.

22     Q    Yeah.  Do you have any other written rules

23  or procedures related to the GNETS grant that you've

24  developed or someone at GaDOE has developed?

25          MS. JOHNSON:  Objection.



1      A     Not to the grant, other than the grant

2   application and of course the attachments, you know,

3   things that should be attached to the grant

4   application.

5      Q     Got it.

6            Let's move to 2ii.

7            Do you see where it reads:  "Notify the

8   fiscal agents regarding each fiscal year's

9   allocation and approve GNETS services budgets"?

10     A     Yes.

11     Q     And you have this role, correct?

12     A     I do -- when the budget allocations are

13  sent back to me or given to me by Geronald, the

14  budget liaison, I will create a spreadsheet that

15  says what those allocations are for each of the

16  GNETS programs, and before it goes -- it's kind of

17  happening at the same time the Board item is

18  created.  I send that to Wina Low, who is the state

19  director for special education, and she will send

20  out preliminary allocations because it's not final

21  of course until it's approved by the State Board of

22  Education.

23           So we notify them these are your

24  preliminary allocations and, you know, these

25  allocations will be finalized after Board approval.



1  So that preliminary communication goes out.

2          And in looking at approving the budgets, I

3  work with Amber's team, her program specialists.

4  They are also assigned regionally throughout the

5  State to support different LEAs.  And those budgets,

6  as they are submitted from the fiscal agents, they

7  go to the budget liaisons first.  They are looking

8  at that for compliance, function/object codes, which

9  is their jargon, on the budgets, and I work with

10 them to look at the budgets to see what they have

11 budgeted, on their budgets.

12         And then we -- if we have questions, if

13 it's a compliance question around what function or

14 object code was used, if they may have used a code

15 for teacher that should have been the code for para,

16 they look at that lens.

17         And if there are questions about any of

18 the items that have been budgeted in the

19 description, I may give feedback and say -- say if

20 they just put five positions.  I may have a question

21 for them, what are the five positions, as I don't

22 know their jargon of function, object codes, and

23 they are able to work with the fiscal agent to say,

24 oh, this is for 10 teachers or this is for 10

25 parents.



 1      Q    Are there ever items in the budget that
 2   you don't approve?
 3      A    Not, not very often.  It may be like that
 4   example I gave, if I see something -- the example I
 5   remember is 10 positions were on the budget.  What
 6   exactly, you know, is that for?  Is that for
 7   parents, teachers?  Is it therapeutic people?  You
 8   know, what are those for?
 9          So things like that, but that doesn't
10   happen regularly, from what I can recall right now.
11      Q    Let's look at 2 -- 3ii.
12          Do you see where it reads:  "Monitor GNETS
13   to ensure compliance with Federal and state
14   policies, procedure, rules, and the delivery of
15   appropriate instructional and therapeutic services"?
16      A    I mentioned before the Results Driven
17   Accountability Unit.  They monitor through
18   cross-functional monitoring, where they look at
19   those two GNETS files whenever they go out.
20          We have monitored through my -- the two of
21   us, Lakesha and I, through the strategic plan
22   review, you know, looking at that, reviewing that
23   with them.  It's a self-assessment type rubric, that
24   they have the different activities outlined in the
25   different focus areas in the strategic plan.



1           We have gone out and reviewed that with

2   them and looked at their ratings, their

3   self-assessment ratings, and given feedback based on

4   the, you know, the information that they share with

5   us, as to whether or not they are able to show

6   fidelity -- information for -- implementation for

7   the activities, the evidence of that.  So we've

8   monitored that.

9        Q     Through the strategic plan process?

10       A     Uh-hum.  For my division, yes.

11             And cross-functional monitoring teams,

12   when they go out, they monitor the RDA monitors,

13   like I said, those two IEPs they may pull.  But our

14   budget division also monitors the budgets for the

15   different fiscal agents, and they do sometimes talk

16   with fiscal agents for GNETS about their budgets.

17       Q     With the CFM monitoring, it's two IEP

18   files they look at?

19       A     For RDA, yes.  They pull two.

20       Q     For results driven --

21       A     -- accountability.  They pull two files,

22   and it's random.  My understanding from them, it's

23   random.

24       Q     Is it the student IEP file only or are

25   there more documents?



```
 1  performing on those.

 2       Q    What is iReady?

 3       A    IReady is a math/reading diagnostic.

 4  GaDOE looks at usage and pass rates for how kids are

 5  performing in the different domains for reading and

 6  math.

 7       Q    Is it curricula or remedial?

 8       A    Remedial.

 9       Q    Do all GNETS students participate?

10            MS. JOHNSON:   Objection.

11       A    Not --

12       Q    You can answer.

13       A    Not all students.  That's a local

14  decision.  Of course that depends on what they're

15  looking at as far as how kids are performing from

16  their data, and they can decide based on what they

17  see how their kids' progress is coming along, as to

18  whether or not they have them have this additional

19  supplemental piece.

20       Q    Do you raise concerns related to academic

21  progress that you see in iReady?

22       A    We look at the -- the data we get shows

23  the entire network.  Like I can see how they're

24  performing in different domain areas and they're

25  moving -- if kids are moving.
```



1            I'm trying to think when we would have

2    done some face-to-face.  We do ask them to pull --

3    share their iReady data, because they can see it for

4    their specific GNETS, and there's conversation.

5            I mean we've had conversation that can

6    show, hey, kids are making progress, you're moving

7    kids from this domain and they're moving along with

8    the intervention.

9        Q    Who pays for iReady?

10       A    IReady is a supplemental instructional

11   grant and -- it's another grant that the board

12   gives.  They let us know how many licenses they're

13   going to need, and we get that grant subgranted, and

14   each GNETS works directly with that vendor to do

15   their invoicing and what-not from the grant that's

16   subgranted.

17       Q    But it's from the State?

18       A    It's from the GaDOE big pocket of money,

19   yes.

20       Q    What's the vendor's name?

21       A    It's Curriculum -- it's iReady Curriculum

22   Associates.  IReady.

23       Q    A moment ago you mentioned that you sent

24   reports out in the past regarding progress, is that

25   correct, on iReady?



1      Q     Anyone that --

2      A     Not that I can recall.

3      Q     Anyone within GaDOE?

4      A     I'm trying to think of when I've had

5    anybody go.  This would be have been since 2020.

6    Not that I recall.

7      Q     Earlier you mentioned that you would visit

8    a GNETS program to exert -- observe academics and

9    instruction.  Are these meetings separate from the

10   strategic review meetings?

11         MS. JOHNSON:  Objection.

12     A     When we were out doing the visits, before

13   review would start or maybe after review, I may

14   visit some classrooms.  So it could have been during

15   the strategic plan reviews.

16         I'm trying to think.  Or if we're doing

17   meetings, when we used to have those face-to-face,

18   if there was some time before or after I may visit

19   some classrooms before those meetings, if it was at

20   a GNETS location face-to-face.

21     Q     The meetings you have coming up, what's

22   the purpose of those meetings?

23     A     To provide GaDOE updates, technical

24   assistance.  Those operational pieces.

25         Like the one that's coming up, we'll do



1   one in August.  I will have Data Collections come

2   because GNETS provides -- GNETS directors have to

3   work with the LEAs in doing those FTE reporting

4   coding times.  So I'll have someone come and report

5   on that.

6          But I believe I have someone coming from

7   PBIS.  TKES and LKES comes.  I've had someone from

8   assistive technology come for any students who may

9   need -- for the GNETS directors to share with their

10  teachers, updates on assistive technology.

11          I've had budget staff present from a

12  budget and how GNETS is funded.

13          Some others.  Transition planning, I've

14  had someone come and present on that.  I plan on

15  having them come again.

16      Q   So all of these folks would join you on

17  your visit?

18      A   No.  During the meeting -- for directors

19  meetings.

20      Q   During director meetings?

21      A   Yes.

22      Q   I'm curious about the upcoming visits.

23      A   I'm sorry.

24      Q   That's okay.  What's the purpose of the

25  upcoming visits?



1  from the regional GNETS programs?

2      A    No.

3      Q    At school-based locations, when you

4  visited, have you made note of whether the GNETS

5  classrooms are in separate wings?

6      A    I'm trying to think if there was any --

7           MS. JOHNSON:  Objection.

8      A    I don't recall any being separate.  I'm

9  trying to think.

10     Q    Have you observed GNETS students entering

11 and exiting through different entrances?

12          MS. JOHNSON:  Objection.

13     A    I have not.

14     Q    What type of information is uploaded into

15 the GaDOE portal?

16     A    The grant application, and that grant

17 application is aligned with the focus areas, the

18 strategic plan.  So there's the personnel piece

19 uploaded in there.  Location is uploaded in there.

20 Any behavioral or therapeutic supports that they're

21 providing for their students, any instructional

22 supports that they're providing for their students

23 is uploaded in there.  Restraint data is in there.

24     Q    Is this your main way of receiving data

25 from the regional GNETS programs?



1      A    As far as the strategic plan

2  implementation piece, yes, I get that through that.

3      Q    I know we discussed the therapeutic

4  service logs for the eleven programs that received a

5  grant, correct?

6      A    Uh-hum.  (Affirmative.)

7      Q    Do you receive monthly service logs for

8  other GNETS programs?

9      A    I do not.

10     Q    Do you track therapeutic services related

11  to the other GNETS, regional GNETS programs?

12     A    I don't track it but if they're -- when we

13  have done strategic plan reviews, that is

14  information that they share.  They share therapeutic

15  supports that they provide.  And also mental health,

16  collaboration with mental health -- mental health

17  providers in the community.  They share that

18  information with us in those meetings.

19          MS. TUCKER:  I'd like to introduce

20      Plaintiff's Exhibit 386.

21          (WHEREUPON, Plaintiff's Exhibit-386 was

22       marked for identification.)

23          MS. TUCKER:  The Bates number on the

24      bottom of the document is GA00364535.

25



1          this document that was inadvertently produced

2          and we're claiming privilege to this.

3              MS. TUCKER:  By subject matter, can you be

4          specific?

5              MS. JOHNSON:  Sure.  The subject matter

6          within this, this email.

7              MS. GARDNER:  What type of privilege are

8          you asserting?

9              MS. JOHNSON:  Attorney-client privilege

10         and work product.

11    BY MS. TUCKER:

12         Q     Mrs. Cleveland, what is BASC-3?

13         A     The BASC-3?

14         Q     Yes.

15         A     That's Behavioral Assessment Scale for

16    Children.

17         Q     Do regional GNETS programs provide you

18    with information related to the BASC-3?

19         A     They do not provide it to me.  In a

20    strategic plan review, though, they may share their

21    BASC-3 data up under the therapeutic services area.

22         Q     Do you look at it as part of the strategic

23    plan review?

24         A     Yes.  They will show their logs of where

25    they've assessed children and where they fall in the



1  different areas -- in the different areas.

2      Q    What do you look for?

3      A    I don't have anything specific that I'm

4  looking for.  They're sharing their assessment data

5  with me, the results from they've assessed these

6  numbers of kids, and this is their data.

7      Q    Is this used for students outside the

8  GNETS program as well?

9      A    I'm not sure.  I don't know.

10     Q    What is detailed in this reporting in the

11 strategic plan?

12     A    What's detail -- repeat your question.

13     Q    What does -- what is detailed in the

14 strategic plan related to BASC-3?

15     A    It's in the therapeutic -- behavioral

16 therapeutic assessments.  It talks about different

17 assessments that could be implemented, and that's

18 one of them, and that's one of the -- that's one of

19 the pieces of data that they may share when we do

20 their review.

21     Q    Is there a license required to access

22 BASC-3?

23     A    That's, that's paid for through contract

24 through the State, and, yes, they to have to be

25 given a license to access it.



1      Q     GaDOE pays for the BASC-3 licenses?

2      A     We do.

3      Q     What about SDQ?

4      A     That's a strength and difficulty

5  questionnaire.  It's another assessment tool that

6  they can use to look at behavioral strengths and

7  weaknesses for a student, and they assess the

8  students and get data from that to inform

9  programming.

10      Q     How frequently do the regional GNETS

11  programs provide you with SDQ data?

12      A     That's data that they collect locally, and

13  we may review that data, do reviews, but we can --

14  with the BASC, if I need to go in and see a report,

15  there's a reporting piece I believe through the

16  BASC, but I don't collect that data but I do discuss

17  it with them in their review.

18      Q     What do you discuss?

19      A     Just the results.  Ask them to show us

20  what kids they assessed and what -- whatever their

21  data collection piece is, tool, what they're using

22  for these students that they've assessed, they share

23  that document with us.

24      Q     Are all students not assessed?

25      A     I'm not sure.  I don't know.



1    Q    What do you look for when you receive this

2  data if you are then discussing it with them?

3    A    If they're sharing the data, I look at

4  that and it may indicate -- it just shows areas of

5  difficulty for kids and I'm able to see the number

6  of kids, and it's pretty much a summary of the

7  results of the assessment, and I just look at what

8  they share with that.

9    Q    Is the data captured at a student level?

10   A    Yes.

11   Q    And is there a license required to access

12  SDQ?

13   A    That, and it's another -- GaDOE takes

14  place for that.  There's no -- they have an ask they

15  can access, but there's not a license -- it's not

16  through licensing.

17        MS. TUCKER:  I'd like the court reporter

18     to mark this document as Plaintiff's Exhibit

19     387.

20        The Bates number on the first page of this

21     exhibit is GA00363542.

22        (WHEREUPON, Plaintiff's Exhibit-387 was

23      marked for identification.)

24  BY MS. TUCKER:

25   Q    This is an email from Lakesha Stevenson to



1  you, that she forwarded, and the date is November

2  2nd, 2020, with the subject as "form," F-O-R-M.

3          Mrs. Cleveland, do you recognize this

4  email?

5      A    I'm looking through it.

6      Q    Okay.  Take your time.

7          (Witness reviews exhibit.)

8      A    This is a form for the previous --

9          MS. JOHNSON:  We're going to go ahead and

10     assert the same privilege on this document.

11          If we could take like a 15-minute break,

12     we may be able to clear this all up.

13          MS. TUCKER:  Yeah.

14          MS. JOHNSON:  I can't say for certain that

15     it will, but it may just help streamline the

16     process.

17          MS. TUCKER:  Thank you.

18          THE VIDEOGRAPHER:  Off the record at 2:54

19     p.m.

20          (A recess was taken.)

21          THE VIDEOGRAPHER:  Back on the record at

22     3:19 p.m.

23          MS. JOHNSON:  We don't have any objection

24     to this document.  We'll just take the

25     questions question by question as to whether



1      there's any objection to privilege.

2              MS. TUCKER:  Thank you.

3              MS. JOHNSON:  Would you remind me which

4      Bates number we're on?

5              MS. TUCKER:  The document starts at

6      GA00363542.

7              MS. JOHNSON:  Okay.

8              MS. TUCKER:  And this is Plaintiff's

9      Exhibit 388 -- or 387.

10     A    So we're still on this?

11     Q    Yes.  We'll go back to that.  Thank you,

12 Mrs. Cleveland.

13          Mrs. Cleveland, you recognize this email?

14     A    The email -- top part, where it was

15 forwarded to me?

16     Q    Yeah.

17     A    Yes.

18     Q    And when you received it, you looked at

19 the bottom part of the email as well?

20     A    Yes.

21     Q    Do you see -- who's Joanna Mock?

22     A    Joanna Mock is the GNETS director for

23 Heartland Academy program.

24     Q    Am I correct Joanna Mock is emailing the

25 other regional GNETS directors?



1      A    Yes, it looks like that.

2      Q    Your colleague, Lakesha Stevenson, is

3 cc'ed?

4      A    Yes.

5      Q    And you see in Joanna Mock's email where

6 she writes:  I wanted to share with you a form that

7 Whitney" -- in parentheses "(Cedarwood) developed

8 for us to help with the collection of student data

9 that Vickie has requested."

10          Do you see that?

11     A    I do, yes.

12     Q    Great.

13     A    I'm sorry.  I was reading.

14     Q    Do you need a moment to read?

15     A    No, I'm good.

16     Q    Okay.  What had you communicated and asked

17 from the regional GNETS directors?

18     A    I had asked for the content of this

19 document that looks like from the email Whitney

20 developed.

21     Q    Am I correct that you're referring to the

22 content identified in the document starting in the

23 attachment with Bates GA00363545?

24     A    Yes.

25     Q    Okay.  And when did you request this data



1  from the regional GNETS programs?

2      A    I don't know the specific date.  Probably

3  fall of 2020.  I don't remember a specific date.  It

4  was around this date on here -- I don't know the

5  exact date.

6      Q    Okay.  Do you think it was close in time

7  to November 2nd, 2020, when Joanna wrote this email?

8      A    Yes.

9      Q    Okay.  How did you communicate this

10 request to the regional GNETS directors?

11     A    I can't recall if -- was it the email that

12 went out?  I can't recall if it was an email because

13 I see this email, or if it was in a meeting that we

14 were going to ask they provide information.

15          THE COURT REPORTER:  Could you please

16     speak up.

17     A    I'm just thinking through it.

18          I'm thinking it was through an email

19 requesting that information.  I'm thinking.  I'm not

20 for sure.

21     Q    What did you tell the regional directors

22 of why you were collecting this document, email?

23          MS. JOHNSON:  Objection, and I instruct

24     you not to answer.

25          MS. TUCKER:  What privilege are you



1    asserting?

2         MS. JOHNSON:  Work product.

3         MS. TUCKER:  So we're going to be happy to

4    follow up with you on the phone or in writing

5    because it seems like you're asserting work

6    product privilege and other privileges for

7    communications between GaDOE and a regional

8    GNETS program, and you've also asserted that

9    you-all don't represent the regional GNETS

10   programs.

11        MS. JOHNSON:  Correct.  Just to clarify,

12   I'm not intending to assert any privilege

13   regarding the communications.  I understood

14   your question to be what her purpose in asking

15   the GNETS directors for the information was.

16        MS. TUCKER:  I was asking what she

17   communicated to the regional GNETS directors

18   when collecting this document.

19        MS. JOHNSON:  Okay.

20        MS. TUCKER:  Or collecting this

21   information.

22        MS. JOHNSON:  Sure.

23        So you may answer what you communicated to

24   the GNETS directors in requesting this

25   information.



1     A    Because this document, it looks like it
2  was created by the director.  But my communication
3  was information on IEP file reviews.
4     Q    What did you tell the regional GNETS
5  directors regarding your request for information?
6     A    To review their files in light of the
7  information on this form.  IEP file review.  To
8  review their files based on this information
9  checklist.
10    Q    Did you provide a reason for why you were
11 requesting this information?
12    A    No; just that it was an IEP file review.
13    Q    Okay.  And how long did you give the
14 regional GNETS programs to respond?
15    A    I don't recall the timeline.
16    Q    Okay.  Let's turn to the attachment, which
17 is the form at the top which says, "GaDOE Student
18 Information Checklist."
19         Did you request during the file review for
20 the GNETS student's name -- or the GNETS' name?
21    A    Yes.
22    Q    Do you think this refers to a GNETS
23 student name?
24    A    The program name.
25    Q    This refers to the program name?  How does



1    that work then if No. 2 is requesting the age?

2         A    I'm sorry, I want to make sure I -- it

3    says GNETS name.

4              It looks like that is the name of the

5    GNETS program, because it -- down here it talks

6    about GTID, which would identify a student.

7         Q    Okay.  So No. 1, you request the regional

8    GNETS programs to look through their IEP files and

9    include the GNETS name?

10        A    Yes.

11        Q    And then age of the student?

12        A    Uh-hum.  (Affirmative.)

13        Q    Grade of a student?

14        A    Yes.

15        Q    The last four of the GTID?

16        A    Yes.

17        Q    What is a GTID?

18        A    It's the Georgia identification number for

19   students, enrolled in Georgia schools.

20        Q    The date of GNETS entry?

21        A    Yes.

22        Q    The reason for GNETS placement?

23        A    Yes.

24        Q    The primary eligibility?

25        A    Yes.



1    Q    The medical diagnosis?

2    A    Yes.

3    Q    The secondary eligibility?

4    A    Yes.

5    Q    Whether the student's record indicated

6  that they were unable to receive FAPE in a lesser

7  restrictive environment?

8    A    Yes.

9    Q    Am I correct that you also asked for

10 additional documentation if an answer was yes to

11 that question?

12   A    Yes.

13   Q    Whether the student had an FBA prior to

14 GNETS services?

15   A    Yes.

16   Q    You asked for the FBA date upon entry?

17   A    Yes.

18   Q    The current FBA date?

19   A    Yes.

20   Q    Whether the student had a BIP prior to

21 entering GNETS?

22   A    Yes.

23   Q    The current BIP date?

24   A    Yes.

25   Q    Whether a comprehensive reevaluation was



1  completed within the last three years?

2      A    Yes.

3      Q    Their most recent IEP review date?

4      A    Yes.

5      Q    Whether an IEP meeting included a GNETS

6  director or their designee?

7      A    Yes.

8      Q    Whether the student has an IEP goal for

9  behavior?

10     A    Yes.

11     Q    And you asked for each therapeutic service

12 to be identified that a student receives?

13     A    Yes.

14     Q    And am I correct that you asked the next

15 questions related to the continuum of GNETS

16 services, delivery and environments?

17     A    Uh-hum.  Yes.

18     Q    You asked -- you asked whether the IEP

19 considered -- the IEP team considered the general

20 education setting in the student's own school or

21 public school?

22     A    Yes.

23     Q    Whether the IEP considered a pullout from

24 the general education setting as part of their

25 school day in a zoned school or other public school?



VICKIE D. CLEVELAND                                     August 17, 2022
UNITED STATES vs STATE OF GEORGIA                                   202

```
 1        A    Yes.

 2        Q    Whether the IEP team considered the

 3   student's zoned school or other public school as

 4   part of the school day in a setting dedicated to

 5   GNETS?

 6        A    Yes.

 7        Q    Whether the IEP team considered the

 8   student's zoned school or other public school for

 9   the full day in a setting dedicated to GNETS?

10        A    Yes.

11        Q    Whether the IEP team considered a facility

12   dedicated to GNETS for part of the school day?

13        A    Yes.

14        Q    And did the IEP team consider a facility

15   dedicated to GNETS for the full school day?

16        A    Yes.

17        Q    Do you recall if you asked for any

18   additional information?

19        A    I do not recall asking for any additional

20   information.

21        Q    Was this information requested for all

22   GNETS students?

23        A    Yes.

24        Q    For a certain school year or for a period

25   of years?
```



1     A    I believe it was for the most recent --
2  current, recent -- or current school year when we
3  requested the data.
4     Q    So given the email is dated November 2nd,
5  2020, am I correct that you were referring to the
6  2020 to 2021 school year?
7     A    Yes.
8     Q    And did you review the data that you
9  received?
10         MS. JOHNSON:  You can answer whether you
11     reviewed data received from the directors,
12     whether you personally did.
13     A    Some data but not all the data.  I have
14  not had the opportunity to review the data, all the
15  data.
16     Q    Which data did you elect to look at at
17  this time?
18     A    It was -- we were looking at going through
19  and reviewing it for all the GNETS that had
20  submitted the data, probably looked at a couple of
21  files but have not had an opportunity to dig in to
22  the data.
23     Q    Okay.  Have you requested this information
24  again for the next school year?
25     A    I have not.



1      Q    And I think I asked this.  Did they have a
2  deadline to complete the information requested?

3      A    I don't recall the deadline.  I would have
4  to -- but I don't recall.  I can't recall right now
5  a deadline.

6      Q    Is there any other data that GaDOE
7  regularly collects from the regional GNETS programs
8  that we haven't discussed yet?

9      A    We talked about therapeutic services, the
10 information we get.  Of course, the student record
11 file we get.

12         I can't think of any -- at this moment
13 recall any other data that I get from Data
14 Collections and therapeutic services information.

15     Q    Thank you.  You've referenced the GNETS
16 Strategic Plan a few times during our conversation
17 today?

18     A    Uh-hum.  (Affirmative.)

19     Q    Remember the yeses and nos.

20     A    Yes.

21     Q    What is the purpose of a GNETS Strategic
22 Plan?

23     A    The strategic plan serves as a framework
24 for the implementation of services throughout the
25 network.  Those six focus areas are included in the



1  strategic plan.  Again, it's a framework to guide

2  the work for the network.

3      Q    How did it originate?

4      A    History before my tenure, I know that

5  there was a revision in 2016.

6          2019 we've did an update, Lakesha and I

7  with some of the directors, stakeholders, children

8  stakeholders.  We updated -- I'm not sure

9  historically where it originally came from, but I do

10  know, as I was coming in and Nakeba was moving out

11  of the position, it was in place.  Again, we did

12  another update in 2019.

13      Q    Did you make many changes in 2019?

14      A    Not many changes.  We did reduce the focus

15  year from seven to six.  We combined program

16  leadership and accountability into that first focus

17  area because some of the information and the

18  activity was some of the same, kind of asking the

19  same questions.  If we were doing a review, it may

20  be that we were seeing the same artifacts presented.

21          So we decided to, with input from the

22  directors and the stakeholders, to combine those two

23  areas, but those were the only big changes, went

24  from seven to six focus areas, but a lot of the

25  other content pretty much stayed the same, just a



1  few revisions here and there.

2        Q    And that was you and Lakesha?

3        A    We led it.  We also had GNETS directors be

4  a part of that.

5             We got feedback in a directors meeting

6  from all the directors.  Hey, here is Section 2 of

7  the strategic plan, we'd like your feedback, and we

8  got their feedback.  And then this team -- Lakesha,

9  not a team, and directors came together to finalize

10 what some of those revisions would be, but not major

11 revisions.

12       Q    Thank you.

13            How often are the strategic plans

14 completed by the regional GNETS programs?

15       A    They should -- that's the framework, so

16 they use those each year.  That's that

17 self-assessment piece where they do a

18 self-assessment on their implementation of the

19 framework, and they do one in the fall and then they

20 do one at the end of the year.

21       Q    Let's walk through the steps related to

22 the GNETS strategic plan as if I was a regional

23 GNETS director.

24       A    Okay.

25       Q    So you mentioned that there's a



1  self-assessment in the fall?

2       A    Yes.

3       Q    What does that entail?

4       A    They take the strategic plan, which has a

5  rubric built within it, and they go through the

6  different activities and they rate themselves.  It's

7  a self-assessment piece.  For this specific

8  activity, are we operational on this activity, is it

9  emerging in our practices or do we see it's not

10  evident.

11           So with that self-assessment, they then

12  use that data and they work with their local teams

13  to say, for instance, if it's therapeutic services

14  section, we're not -- we're reviewing ourselves, our

15  self-assessment.  We're not seeing these artifacts

16  of evidence of this implementation, and they then

17  meet as a team and work on ways to get to that place

18  of trying to get all of the activities moving to

19  operational.

20       Q    What are the ratings?

21       A    Operational, emerging, and not evident.

22       Q    With operational being the highest?

23       A    Yeah, that they are able to go through

24  that rubric and they can see what the activities

25  that are outlined in the framework, that they're



1  implementing those activities.

2      Q    So that happens during the fall semester.

3  Is there a deadline to which they have to complete

4  that self-assessment?

5      A    Most -- some will do it in early -- in

6  October, but most get it done by December, so that

7  they then can be ready to do their end of year.  End

8  of year.

9      Q    Do you receive the fall self-assessment?

10     A    I get those at the end of the year as part

11  of their strategic -- I mean grant application.

12  That is one of the required attachments that we ask

13  for.

14     Q    So you receive it in the grant

15  application?

16     A    Yes.

17     Q    Do you receive it when you receive their

18  end of the year self-assessment?

19     A    They're both submitted at the same time.

20     Q    With the grant application?

21     A    With the grant application.

22     Q    So the GNETS Strategic Plan

23  self-assessment is not --

24          MS. TUCKER:  Scratch that.

25



 1  BY MS. TUCKER:

 2       Q     Is the GNETS Strategic Plan

 3  self-assessment submitted independently at the end

 4  of the year to you?

 5       A     Yes.  Each GNETS director submits that.

 6       Q     And about what time of year at the end?

 7       A     This year we changed that the grant

 8  applications had to be in by May 31st.

 9       Q     So it's always an attachment to the grant

10  application?

11       A     That part of it.  A lot of change process

12  -- and processes.  Some changes.

13            This -- for this past year, it was part of

14  the end of year grant application process.  They had

15  to submit that.  And now we -- our next steps would

16  be to now schedule time, visits to go, or virtual

17  meetings to talk to them about their end of year

18  ratings and how their teams landed there.

19            And then there's a self-assessment

20  summary, once they've done those ratings, their end

21  of year, and they see kind of the different focus

22  areas, hey, we're operational here, we're kind of

23  still emerging in this, emerging in this area.  They

24  then rank for priorities.  They rank the priorities

25  for the different focus areas.  What's the No. 1



1  area for you, what's the No. 2 area for you.

2          And we'll have conversations with them

3  about how they rank themselves, and they'll share

4  how they kind of landed with their ratings.

5          MS. TUCKER:  I'd like the court reporter

6      to mark this document as Plaintiff's Exhibit

7      388.

8          (WHEREUPON, Plaintiff's Exhibit-388 was

9      marked for identification.)

10 BY MS. TUCKER:

11     Q    This is an email from you to Zelphine

12 Smith-Dixon and Shaun Owen.  The date is August

13 28th, 2020, and the subject is updated revisions to

14 the strategic plan, and there's one attachment.

15          Again, it's GA00362004.

16          Mrs. Cleveland, do you recognize this

17 email?

18     A    Yes.  Yes.

19     Q    And then let's turn to the second page,

20 which is with Bates GA00362005.

21          Am I correct that this is a document

22 titled "Georgia Network for Educational and

23 Therapeutic Support, Strategic Plan"?

24     A    Yes.

25     Q    "Implementation Fidelity Checklist &



 1  Self-Assessment Rubric"?

 2       A    Yes.

 3       Q    Am I correct there is a GaDOE logo and

 4  there is an updated date of 1/28/2020?

 5       A    Yes.

 6       Q    Do you recognize this document?

 7       A    Yes.

 8       Q    Is this the document we were just speaking

 9  about?

10       A    Yes.

11       Q    So who drafted the document?

12       A    This is with the revision we mentioned

13  earlier.  We met with GNETS directors in November of

14  2019, and Lakesha and I worked on the edits,

15  recommendations from GNETS directors and from us on

16  things to update.

17       Q    Am I correct then, looking at Page 2,

18  using the page number at the top -- at the bottom,

19  towards the bottom there is bold that says, "GNETS

20  Strategic Plan Committee (11/19/2019)"?

21       A    Yes.  That's the group of staff that

22  worked on it, yes.

23       Q    Just to clarify, that's the group of staff

24  that worked on the 2019 revisions of the --

25       A    Yes --



1      Q      -- GNETS plans?

2      A      GNETS directors.

3      Q      Great.

4      A      And then, of course, as I mentioned

5  previously, other directors.  We just got their

6  feedback in a directors meeting.  But this group

7  came back with the feedback from everyone to look at

8  doing the update.

9      Q      And you and Lakesha Stevenson are also

10 part of that committee?

11     A      Yeah, we met with them.

12     Q      And helped with the drafting and creating?

13     A      Yes, the edits.

14     Q      Do you distribute this strategic plan and

15 self-assessment rubric to the regional GNETS

16 programs?

17     A      Yes.  They have a copy and it's also on

18 our website.

19     Q      Do you provide trainings on the strategic

20 plan and self-assessment?

21     A      We have provided trainings.  As a matter

22 of fact, with the updates there was a training

23 provided when the changes changed.  For example, the

24 change of combining program leadership and

25 accountability into one section.  So we did provide



1  training to all the GNETS directors on those

2  different changes.

3       Q    On the first page am I correct there are

4  six focus areas listed?

5       A    Yes.

6       Q    And these were the focus areas you were

7  referring to earlier?

8       A    Yes.

9       Q    What is meant by a focus area?

10      A    This plan, what's in place.  Upon me

11 entering into this role, the focus area are the

12 areas that are used in the framework that they --

13 that they implement this framework in.

14      Q    Let's turn to page -- let's see.

15           Are you on Page 7?

16      A    Uh-hum.  (Affirmative.)

17      Q    Great.

18      A    Yes.

19      Q    Okay.  Can you walk me through this

20 Section 1, Program Leadership and Accountability

21 framework?  What would I do if I was a regional

22 GNETS director?

23      A    You would look at these action items and

24 then implementing the framework or working within

25 the framework, as you looked at the action item,



1  you're looking at the standard over here.  Based on

2  your information and artifacts you've collected

3  during the year, you would look to see how would you

4  self-assess yourself with that activity for Section

5  A.

6          Directors will promote and remain aware of

7  the strategic plan.  Do you rate yourself as

8  operational, emerging, or not evident in that area,

9  and that would be the process for each of the areas'

10  activities.

11     Q    And would this same document be used in

12  the fall as well as the end of year for the

13  self-assessment?

14     A    Yes.

15     Q    Do you provide guidance on what is -- what

16  meets operational or emerging or not evident?

17     A    It's, it's a self-assessment.  So they,

18  they rate themselves.  And as we get ready to go --

19  when we did reviews, when they were face-to-face,

20  they could share what they have.  We would look at

21  that information and artifacts that they provided.

22  They've done their rating and we may do a rating of

23  what we see that they provided, and that would be

24  the feedback process.

25     Q    Got it.



1           And ensure students social and emotional.

2   This one has quite a few action items.

3           So as they -- as they implement this

4   framework, these are things we're looking at within

5   their programming.  Are you implementing these

6   action items, and to what standard within the

7   rubric.

8      Q    So at the top of Goal 2, it says:

9   "Throughout the school year, 100% of GNETS programs

10  will demonstrate highly reliable evidence of

11  implementing 'evidence based' behavioral support and

12  therapeutic services for all students at an

13  operational level."

14          Do you see that?

15     A    I would need to have their ratings in

16  front of me.  I can't definitively say, but I can

17  see when I do the reviews if they're implementing

18  that or not at that level.  I don't know the

19  numbers.

20     Q    So what happens if a regional program did

21  not meet a hundred percent?

22          MS. JOHNSON:  Objection.

23     A    There's conversation, okay, you didn't

24  meet this action item at operational.  What is your

25  team working on to do -- you know, working to



1  implement to get to that place?

2          And the last part of the strategic plan,

3  it has that summary.  So these areas where they may

4  not be meeting at operational, you know, at a

5  hundred percent, or meeting any of the action items

6  at 100 percent, that's where the local team writes

7  their priorities of areas that they need to work on,

8  areas of improvement.

9      Q    If a program was to not receive a hundred

10 percent, would you then look differently at this

11 portion the following year?

12         MS. JOHNSON:  Objection.

13     A    We would definitely want to have follow-up

14 conversation.  Hey, you didn't meet this action item

15 a hundred percent, what has the local GNETS put in

16 place to meet that.

17     Q    When would you have those conversations?

18     A    Typically, when we did them before, when

19 we were face-to-face, we would have those

20 conversations then.  Because, remember, they have

21 done their self-assessment.  They're then sharing

22 with us what they have implemented, and that

23 conversation could come up in their strategic plan

24 review.

25         You're emerging here, you know, how --



1   what are you going to be doing to get this to

2   operational.

3       Q    Who's involved in those conversations?

4       A    Lakesha and I do -- have done the

5   strategic plan reviews in the past.  Whether we were

6   doing them together or I was doing one or she was

7   doing one, the districts, we would be in those

8   conversations.

9       Q    Can a program still be funded through the

10  GNETS grants if they don't meet these goals?

11      A    Yes, the grant.  Yes, they receive the

12  grant.

13      Q    Are other steps taken in addition to the

14  conversations and further monitoring if they do not

15  meet the goals identified in the strategic plan?

16      A    Say the question again.

17      Q    Sure.  They're various goals in the

18  strategic plan, correct?

19      A    Right.

20      Q    You mentioned that if a regional program

21  does not meet it, you have conversations about what

22  steps to take --

23      A    Or they share with us.

24      Q    -- or they share with you.

25           What other steps are taken by GaDOE?



1  from providing a score, percentage score, to looking

2  at just the rubric feedback, and our feedback became

3  -- after we reviewed what they shared, gave our view

4  of it, the artifacts that they shared, we ranked as

5  operational, evident -- or not evident -- emerging

6  or not evident, from what we could see that they

7  shared.

8          But you said a criteria?  Could you

9  repeat?

10     Q    I was wondering if you had criteria that

11  helped you assign that score?

12     A    It's really looking for implementation.

13  These are the action items, these are some of the

14  type of activities we should see that reflect if

15  you're implementing this.  And it was using the same

16  ratings, rubric ratings.

17     Q    Do you still give those ratings?

18     A    We paused strategic plan monitoring in

19  2020, just as cross-functional monitoring and -- as

20  the other did, because we couldn't get there.

21          We did not do those in the past two years,

22  but in the past we did do those ratings.  We

23  provided the feedback to them for the different

24  sections, based on once they shared their data, what

25  our ratings were.  We did share that.



 1      A    I think Lakesha and I worked on it

 2 together.

 3      Q    Am I correct this document includes the

 4 on-site monitoring for the strategic plan reviews

 5 for fiscal year '18?

 6      A    '18 or '19?

 7      Q    The first sentence it says, quote "On-site

 8 monitoring visits" --

 9      A    I --

10      Q    I'll just finish it for the record.

11           "On-site monitoring visits will be

12 completed based on ratings received from the FY18

13 Strategic Plan Summary Reviews."

14           Do you see that?

15      A    Yes.

16      Q    Thank you.  So am I correct by looking at

17 this that programs that you visited in person versus

18 virtually, it was based on scores?

19      A    Yes.  This was how it was previously --

20 feedback was previously provided.  This was in 2019

21 -- 2018, '19.

22           The previous process, because that process

23 has changed.  We've now moved to just the rubric

24 ratings.  We would take a look at each focus area

25 and look at rating based on percentages.  If it's



1  five activity action items were in that area, they

2  got four in operation on that area.  That's an 80

3  percent rating.

4          So we were using a numerical rating, but

5  we all have been moved towards just feedback on

6  implementation based on the rubric.

7      Q    So I'm correct that you moved from a

8  numerical rating to the operational, emerging --

9      A    Yes.

10     Q    -- not evident?

11     A    Not -- rubric rating, yes.

12     Q    That's what you referred to as the rubric

13  rating?

14     A    Yes.

15     Q    What led you to make that change?

16     A    Just in discussion with the State

17  director.  Not being able to have that conversation

18  to be able to know what the timeline was, but I

19  think initial conversations, and I don't know this

20  definitively, were to -- the ratings -- the

21  numericals were only looked at for three years.

22          So just in conversation with the State

23  director, we decided to move towards fidelity

24  implementation, using the rubric process versus

25  numerical.



1      A    I don't recall many not receiving -- many

2  receiving not evident.

3      Q    Have you seen not evident scores on a

4  self-assessment?

5      A    We've looked at those now as part of the

6  grant application review, and I don't recall seeing

7  not evident.

8      Q    Have you or GaDOE provided a not evident

9  score to a regional GNETS program on an action item?

10     A    I don't recall providing that score, but

11 the feedback is there if I had to look at it.

12         MS. TUCKER:  I'd like the court reporter

13     to mark this document as Plaintiff's Exhibit

14     390.

15         The Bates number on the first page of this

16     exhibit is GA00054562.

17         (WHEREUPON, Plaintiff's Exhibit-390 was

18      marked for identification.)

19 BY MS. TUCKER:

20     Q    This is an April 24th, 2020 email from

21 you, Vickie Cleveland, to Shaun Owen and Zelphine

22 Smith-Dixon, and the subject is "Documents for

23 meeting tomorrow."  And there are a few attachments.

24         Mrs. Cleveland, do you recognize this

25 email?



1      A    Yes.

2      Q    Am I correct that you were sending these

3  documents in advance of a meeting that day?

4      A    Yes, per the email.

5      Q    Do you recall why you were meeting?

6      A    Based on the attachments, it looks like it

7  was around fiscal assurances, and it looks like I

8  was sharing an upcoming presentation on GNETS

9  funding.

10     Q    Thank you, Mrs. Cleveland.

11          I'd like to talk about that presentation,

12  which begins on GA00054567.001.

13          From the earlier email, this document was

14  titled, "GNETS FY20 Funding."

15          Do you recognize this presentation?

16     A    I do.

17     Q    Did you create it?

18     A    Yes.

19     Q    Have you created updated presentations to

20  cover the next fiscal years?

21     A    We did a training in October I believe --

22  October of 2021 and I invited Geronald, our budget

23  liaison, to come present on budget, and I also had

24  Melissa Roberts, the program manager for Federal

25  Programs budgets -- special education budgets, come



1  record numbers, which is driven by enrollment, and

2  his office calculates the allocation formula, and

3  then he provides these numbers to me.

4       Q    And then the next slide, am I correct that

5  this is the federal money allocation per program?

6       A    Yes.

7       Q    And how is this calculated?

8       A    This one is calculated on like -- in

9  enrollment bands, for example, ranges.  They range

10 if you have less than a hundred kids or 250 to 300

11 kids.  That's how their allocation is assigned.

12      Q    Thank you.

13      A    And the next page.

14      Q    Got it.  Thank you.

15           You've presented on this.

16           Let's turn to Page 13 -- or Slide 13.

17      A    Okay.

18      Q    Am I correct that this identifies the

19 Fiscal Year 20 contracts and grants?

20      A    Yes.

21      Q    Are these grants paid for with state grant

22 money?

23      A    They are paid for with state grant money.

24 The State grant wants the formula and locations that

25 have been allocated to each GNETS.  I am allocated a

