EXHIBIT C

```
1                  IN THE UNITED STATES DISTRICT COURT

2                 FOR THE NORTHERN DISTRICT OF GEORGIA

3                         ATLANTA DIVISION

4

5  UNITED STATES OF              )

6  AMERICA,                      )

7       Plaintiff,               )

8       vs.                      )

9  STATE OF GEORGIA,             )   Civil Action No.

10      Defendant.               )   1:16-CV-03088-ELR

11  _____     )

12

13                       DEPOSITION OF

14                      LAKESHA STEVENSON

15

16          DATE:  Thursday, September 22, 2022

17

18          TIME:  9:00 a.m. - 5:26 p.m.

19

20          LOCATION:  500 Fourteenth Street Northwest

21                     Atlanta, Georgia  30318

22

23       REPORTED BY:  Tamika Burnette, RPR, CSR No. 2870

24

25
```



1     Q.  Well, actually, just pause for one second.          09:32AM

2          THE VIDEOGRAPHER:  Yeah, let's go off the          09:32AM

3  record.                                                    09:32AM

4          MS. TUCKER:  Yes, we'll go off the record          09:32AM

5  for one second.                                            09:33AM

6          (Off the record.)                                  09:33AM

7          THE VIDEOGRAPHER:  At 9:34 a.m.                     09:33AM

8          (Off the record at 9:34 a.m.)                      09:35AM

9          THE VIDEOGRAPHER:  Stand by.  Back on the          09:35AM

10  record at 9:36 a.m.                                       09:35AM

11     Q.  BY MS. TUCKER:  Dr. Stevenson, let's turn back     09:35AM

12  to your resume that starts with GA02598823, just to       09:35AM

13  learn a little bit more about your professional           09:35AM

14  background.                                               09:35AM

15          Who is your current employer?                     09:35AM

16     A.  Georgia Department of Education.                    09:36AM

17     Q.  Okay.  And this is in the GNETS program            09:36AM

18  specialist role?                                          09:36AM

19     A.  Yes.                                                09:36AM

20     Q.  Okay.  When did you officially assume this         09:36AM

21  position?                                                 09:36AM

22     A.  In 2018.                                            09:36AM

23     Q.  Do you remember what month?                        09:36AM

24     A.  I do not.                                           09:36AM

25     Q.  Okay.  And then who did you interview with?        09:36AM



1      A.  I know Vickie Cleveland was there, and I do not   09:36AM

2  remember who else was there.                              09:36AM

3      Q.  Okay.  Do you remember if it was quickly after    09:36AM

4  you applied?                                              09:36AM

5      A.  I do not.                                         09:36AM

6      Q.  Okay.  And do you report to Vickie Cleveland?     09:36AM

7      A.  Yes.                                              09:36AM

8      Q.  Okay.  And earlier you said her role was          09:36AM

9  program manager --                                        09:36AM

10     A.  Yes.                                              09:36AM

11     Q.  -- for GNETS?                                     09:36AM

12     A.  Yes.                                              09:36AM

13     Q.  Okay.  Have you always reported to Vickie         09:36AM

14  Cleveland in this role?                                  09:36AM

15     A.  In this role, yes.                                09:36AM

16     Q.  Okay.  Did you know Vickie Cleveland before       09:37AM

17  assuming this position?                                  09:37AM

18     A.  Yes.                                              09:37AM

19     Q.  Okay.  How did you know Vickie Cleveland?         09:37AM

20     A.  We worked at the Georgia Department of            09:37AM

21  Education together.                                      09:37AM

22     Q.  Okay.  In what roles in GaDOE had you worked      09:37AM

23  together before?                                         09:37AM

24     A.  She was a program specialist for the              09:37AM

25  Results-Driven Accountability unit, and I also was a     09:37AM



1      A.  It was discussed during preplanning.  There's a        09:48AM
2  presentation of a lot of different things and that was        09:48AM
3  one of the things they discussed.                             09:48AM
4      Q.  Okay.  So during your times teaching in a             09:48AM
5  special education leads, you never -- am I correct that        09:48AM
6  you did not have a student attend GNETS?                       09:48AM
7      A.  I did not have a student attend GNETS.                 09:48AM
8      Q.  Okay.  Thank you.  I'm interested in learning         09:48AM
9  more about your role as a GNETS program specialist?            09:48AM
10     A.  Mm-hmm.                                                09:48AM
11     Q.  Why did you choose to apply in July 2018?             09:48AM
12     A.  I've always worked with students that had             09:48AM
13  emotional behavioral disorders.                               09:48AM
14     Q.  Okay.                                                  09:48AM
15     A.  So that was one of the reasons I applied for          09:48AM
16  the job.  I was also -- I've always also been interested       09:49AM
17  in learning more -- I wouldn't say learning more, I            09:49AM
18  would just say because of my work, my previous work with       09:49AM
19  students with emotional behavorial disorders.                  09:49AM
20     Q.  Okay.  Thank you.                                      09:49AM
21          MS. TUCKER:  I'd like the Court Reporter to           09:49AM
22  mark this document as Plaintiff's Exhibit 420.                 09:49AM
23          (Plaintiff's Exhibit 420 marked for                   09:50AM
24  identification.)                                               09:50AM
25     Q.  BY MS. TUCKER:  I'll wait until you get it.            09:50AM



1  Okay.  The Bates number on the first page of this          09:50AM

2  exhibit is GA00119322.  This is a July 2018 e-mail         09:50AM

3  thread, including Crystal Albright, Karen Flowers,          09:50AM

4  Zelphine Smith-Dixon, Vickie Cleveland, and Shanita        09:50AM

5  Howard.  The most recent e-mail in the thread is dated     09:50AM

6  July 29th, 2018, with a subject of "Permission to post     09:50AM

7  new position GNETS."  There's one attachment.              09:50AM

8       A.  (Witness examining document.)                     09:50AM

9       Q.  Dr. Stevenson, please take a look at the          09:50AM

10 attachment beginning at GA00119324.  The top reads that    09:51AM

11 it's a posting for job 18-77 GNETS program specialist.     09:51AM

12      A.  (Witness examining document.)                     09:51AM

13      Q.  Do you recognize this as the job posting that     09:51AM

14 you applied for?                                           09:51AM

15      A.  Yes.                                              09:51AM

16      Q.  Okay.  Let's turn back to that cover e-mail.      09:51AM

17 Who is Crystal Albright?                                   09:51AM

18      A.  I don't know.                                     09:51AM

19      Q.  Okay.  Who is Karen Flowers?                      09:51AM

20      A.  I think she was a budget analyst.                 09:51AM

21      Q.  Okay.  Who is Shanita Howard?                     09:51AM

22      A.  I don't know.                                     09:51AM

23      Q.  Okay.  And then who is Zelphine Smith-Dixon?      09:51AM

24      A.  She is the former Special Education director      09:51AM

25 for the State of Georgia.                                  09:51AM



| | | |
|---|---|---|
| 1 | GNETS program needed additional people? | 09:53AM |
| 2 | A.  Mm-hmm. | 09:53AM |
| 3 | Q.  Is that a yes? | 09:53AM |
| 4 | A.  Yes. | 09:53AM |
| 5 | Q.  Okay.  Great.  What -- were they saying | 09:53AM |
| 6 | anything else about the job? | 09:53AM |
| 7 | A.  No. | 09:53AM |
| 8 | Q.  Okay.  Let's take a look at the box with the | 09:53AM |
| 9 | two paragraphs towards the top.  The box starts with | 09:53AM |
| 10 | "Provides general supervision." | 09:53AM |
| 11 | A.  Mm-hmm. | 09:53AM |
| 12 | Q.  Do you see that? | 09:53AM |
| 13 | A.  Yes. | 09:53AM |
| 14 | Q.  Okay.  I want you to take a look at the | 09:53AM |
| 15 | description.  And would you agree that this box | 09:53AM |
| 16 | describes the duties of the GNETS program specialist? | 09:53AM |
| 17 | A.  (Witness examining document.)  Yes. | 09:53AM |
| 18 | Q.  Okay.  Thank you, Dr. Stevenson.  Let's look at | 09:54AM |
| 19 | this a little bit more.  Where the post -- do you see | 09:54AM |
| 20 | where the posting reads:  "Provides general supervision | 09:54AM |
| 21 | for the Georgia Network for Educational and Therapeutic | 09:54AM |
| 22 | Support, GNETS"? | 09:54AM |
| 23 | A.  Yes. | 09:54AM |
| 24 | Q.  As GNETS program specialist, in what ways do | 09:54AM |
| 25 | you provide general supervision for GNETS? | 09:54AM |



1        A.    I provide general supervision for GNETS by          09:54AM

2   answering any questions that the directors may have in          09:54AM

3   regards to the strategic plan or the grand application          09:54AM

4   or i-Ready, Basc, or any of the programs that -- that          09:54AM

5   they use.                                                       09:54AM

6        Q.    Okay.  So you answer questions?                     09:55AM

7        A.    Mm-hmm.                                             09:55AM

8        Q.    What other ways do you provide supervision?         09:55AM

9        A.    By reviewing grant applications and the            09:55AM

10  strategic plan.                                                 09:55AM

11       Q.    Okay.  Next, do you see where it reads:             09:55AM

12  "Duties include collaborating with the Georgia                 09:55AM

13  Department of Education GaDOE team by building                 09:55AM

14  professional learning structures"?                             09:55AM

15       A.    Mm-hmm.                                             09:55AM

16       Q.    Okay.  As GNETS program specialist, in what         09:55AM

17  ways do you build professional learning structures?           09:55AM

18       A.    We collaborate with -- for example, we             09:55AM

19  collaborate -- collaborated with Georgia State for the         09:55AM

20  FBA/BIP training.                                               09:55AM

21       Q.    Yes?                                                09:55AM

22       A.    We also did a collaboration with Georgia State      09:55AM

23  for trauma-informed care.                                      09:55AM

24       Q.    Okay.                                               09:55AM

25       A.    We will also collaborate with colleagues within     09:55AM



| | | |
|---|---|---|
| 1 | A.  -- maybe. | 09:57AM |
| 2 | Q.  Okay.  Do you see where it reads:  "Duties | 09:57AM |
| 3 | include providing technical assistance with strategic | 09:57AM |
| 4 | planning and implementation activities -- | 09:57AM |
| 5 | A.  Mm-hmm. | 09:57AM |
| 6 | Q.  -- including presentation materials and | 09:57AM |
| 7 | mechanisms to ensure common standards of practice across | 09:57AM |
| 8 | the GNETS network are followed with fidelity"? | 09:57AM |
| 9 | A.  Yes. | 09:57AM |
| 10 | Q.  Okay.  As GNETS program specialist, in what | 09:57AM |
| 11 | ways do you ensure common standards of practice across | 09:57AM |
| 12 | GNETS are followed with fidelity? | 09:57AM |
| 13 | A.  By reviewing the strategic plan. | 09:57AM |
| 14 | Q.  What kind of common standards are there? | 09:57AM |
| 15 | MS. JOHNSON:  Objection. | 09:57AM |
| 16 | THE WITNESS:  Whatever is within the | 09:57AM |
| 17 | strategic plan. | 09:57AM |
| 18 | Q.  BY MS. TUCKER:  Okay.  And we'll take a look at | 09:57AM |
| 19 | the strategic plan later. | 09:58AM |
| 20 | So do you agree that there are common | 09:58AM |
| 21 | standards of practice across the GNETS network? | 09:58AM |
| 22 | MS. JOHNSON:  Objection. | 09:58AM |
| 23 | THE WITNESS:  There -- there are things | 09:58AM |
| 24 | within the strategic plan that all the GNETS are aware | 09:58AM |
| 25 | of. | 09:58AM |



1   A.  I would have to sit and think about that.          10:02AM

2   Q.  Okay.  And I'm correct, I believe, that you        10:02AM

3   assumed this job in 20 -- October 2018.  Does that sound    10:02AM

4   right?                                                  10:02AM

5   A.  Yes.                                                10:02AM

6   Q.  Okay.  Were you notified prior to October 2018      10:02AM

7   that you would be in this position?                     10:02AM

8   A.  No.                                                 10:02AM

9   Q.  Okay.                                               10:02AM

10         MS. TUCKER:  I'd like the Court Reporter to      10:03AM

11   mark this document as Plaintiff's Exhibit 421.         10:03AM

12         (Plaintiff's Exhibit 421 marked for             10:03AM

13   identification.)                                       10:03AM

14         MS. TUCKER:  Great.  Thank you.                  10:03AM

15   Q.  BY MS. TUCKER:  The Bates number on the first      10:03AM

16   page of this exhibit is GA00953298.                    10:03AM

17   A.  (Witness examining document.)                      10:03AM

18   Q.  This is an October 29th, 2019 e-mail from          10:03AM

19   Vickie Cleveland to you.  The subject reads:           10:03AM

20   "Responsibilities."  And there's one attachment.       10:03AM

21         Dr. Stevenson, do you recognize this e-mail      10:04AM

22   and attachment?                                        10:04AM

23   A.  Yes.                                               10:04AM

24   Q.  Okay.  Let's turn to the attachment with -- at     10:04AM

25   the bottom.  The Bates number reads GA00953299.  The top    10:04AM



1   of the document reads:  "GNETS program specialist        10:04AM

2   responsibilities."  And there's a box with bulleted      10:04AM

3   responsibilities.                                         10:04AM

4           Dr. Stevenson, did you create this              10:04AM

5   document?                                                 10:04AM

6       A.  I don't think so.                                10:04AM

7       Q.  Okay.  Would you think that Vickie created it    10:04AM

8   since she sent it to you?                                 10:04AM

9           MS. JOHNSON:  Objection.                         10:05AM

10          THE WITNESS:  I'm not sure.  She -- she          10:05AM

11  sent it to me based on what this says, but I'm not sure   10:05AM

12  if she created it.                                        10:05AM

13      Q.  BY MS. TUCKER:  Okay.  But you did receive this   10:05AM

14  from Vickie Cleveland?                                    10:05AM

15      A.  That's what the e-mail says.                      10:05AM

16      Q.  And these are e-mails we received from the       10:05AM

17  State.                                                    10:05AM

18      A.  Okay.                                             10:05AM

19      Q.  Okay.  I'd love for you to take a look at the    10:05AM

20  document and responsibilities.  And then would you agree 10:05AM

21  that it identifies your responsibilities as GNETS         10:05AM

22  program specialist?                                       10:05AM

23      A.  Yes.                                              10:05AM

24      Q.  Okay.  It's quite a long list.  I know you're   10:05AM

25  busy, but I'd like to go through them.  Starting with    10:05AM



1  the first bullet.  "Provide consultation regarding          10:05AM

2  improvement on the GNETS strategic plan."          10:05AM

3          So you've mentioned the GNETS strategic          10:05AM

4  plan a few times.  What is it?          10:05AM

5      A.  It's a framework for the GNETS programs.          10:05AM

6      Q.  Okay.  All 24 regional programs?          10:05AM

7      A.  Yes.          10:05AM

8      Q.  Okay.  In what ways do you provide consultation          10:06AM

9  regarding improvement on the GNETS strategic plan?          10:06AM

10     A.  We always take a look at the strategic plan to          10:06AM

11 see what can be consolidated, if something is          10:06AM

12 repetitive, and just make changes as needed.  If there          10:06AM

13 are any questions regarding any changes that were made          10:06AM

14 or when we do changes, if there's a training or a          10:06AM

15 presentation that needs to be completed, then I'll do          10:06AM

16 that.          10:06AM

17     Q.  Okay.  What type of changes would be made?          10:06AM

18     A.  It just depends.  We've made a few, so...          10:06AM

19     Q.  Can you give me an example?          10:06AM

20     A.  For example, we consolidated.  It was seven          10:06AM

21 focused areas and we consolidated them into six, because          10:06AM

22 two of them had a lot of the same information.          10:07AM

23     Q.  Okay.  Got it.  And do you also provide          10:07AM

24 consultation regarding improvement to the programs?          10:07AM

25     A.  I don't provide consultation regarding          10:07AM



LAKESHA STEVENSON                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                    49

| | | |
|---|---|---|
| 1 | improvement to the specific programs, no. | 10:07AM |
| 2 | Q.  Okay.  And then do you see how this bullet -- | 10:07AM |
| 3 | there's a few that are somewhat highlighted. | 10:07AM |
| 4 | A.  Yes. | 10:07AM |
| 5 | Q.  Do you see that? | 10:07AM |
| 6 | A.  (Nodding yes.) | 10:07AM |
| 7 | Q.  Do you know why this bullet is highlighted? | 10:07AM |
| 8 | A.  I do not. | 10:07AM |
| 9 | Q.  Next bullet:  "Complete GNETS end-of-year | 10:07AM |
| 10 | reviews, provide ratings and feedback." | 10:07AM |
| 11 | A.  Yes. | 10:07AM |
| 12 | Q.  What are GNETS end-of-year reviews? | 10:07AM |
| 13 | A.  So the end-of-year reviews are the strategic | 10:07AM |
| 14 | plan reviews. | 10:07AM |
| 15 | Q.  Okay.  And this is for the original GNETS | 10:07AM |
| 16 | programs? | 10:07AM |
| 17 | A.  Correct. | 10:07AM |
| 18 | Q.  Okay.  Why is this bullet highlighted? | 10:07AM |
| 19 | A.  I have no idea. | 10:07AM |
| 20 | Q.  Okay.  So how do you provide ratings? | 10:07AM |
| 21 | A.  Previously, we would go through each part of | 10:07AM |
| 22 | the strategic plan, face-to-face with the GNETS -- each | 10:08AM |
| 23 | of the GNETS directors, and they would provide evidence | 10:08AM |
| 24 | of their ratings and then we would provide feedback. | 10:08AM |
| 25 | Q.  What basis did you -- | 10:08AM |



| | | |
|---|---|---|
| 1 | A.  There was a rubric. | 10:08AM |
| 2 | Q.  There was a rubric.  Okay.  And is this how you | 10:08AM |
| 3 | still -- you mentioned that this is not how you do it | 10:08AM |
| 4 | anymore? | 10:08AM |
| 5 | A.  We no longer provide a specific rating. | 10:08AM |
| 6 | Q.  When did that change? | 10:08AM |
| 7 | A.  I would have to think about it honestly. | 10:08AM |
| 8 | Q.  Okay.  Do you think it was in the last two | 10:08AM |
| 9 | years? | 10:08AM |
| 10 | A.  It was before COVID. | 10:08AM |
| 11 | Q.  Before COVID.  Okay.  So 2020 and prior? | 10:08AM |
| 12 | A.  Somewhere around there. | 10:08AM |
| 13 | Q.  Okay. | 10:08AM |
| 14 | A.  2019, maybe 2020. | 10:08AM |
| 15 | Q.  Okay.  Do you have a rubric still? | 10:08AM |
| 16 | A.  It's still a rubric, yeah. | 10:08AM |
| 17 | Q.  Okay.  So if they're not ratings, what are | 10:08AM |
| 18 | you -- | 10:08AM |
| 19 | A.  It's not a numerical rating. | 10:08AM |
| 20 | Q.  Okay. | 10:08AM |
| 21 | A.  It's operational evident, not evident. | 10:09AM |
| 22 | Q.  So still a score? | 10:09AM |
| 23 | A.  It's not necessarily a score, but... | 10:09AM |
| 24 | Q.  What would you describe them as? | 10:09AM |
| 25 | A.  If it was a number, I would say it was a score. | 10:09AM |



| | | |
|---|---|---|
| 1 | Q.  Sure. | 10:09AM |
| 2 | A.  We can say rating. | 10:09AM |
| 3 | Q.  Rating.  Okay. | 10:09AM |
| 4 | A.  Yeah.  Non-numerical. | 10:09AM |
| 5 | Q.  A non-numerical rating? | 10:09AM |
| 6 | A.  Yes. | 10:09AM |
| 7 | Q.  Is this done in conjunction with anyone else at | 10:09AM |
| 8 | GaDOE? | 10:09AM |
| 9 | A.  No. | 10:09AM |
| 10 | Q.  So you work on these ratings alone? | 10:09AM |
| 11 | A.  Vickie, myself, the directors are there, but no | 10:09AM |
| 12 | one outside of myself and Vickie from GaDOE. | 10:09AM |
| 13 | Q.  Okay.  Does anyone else in GaDOE see the | 10:09AM |
| 14 | ratings? | 10:09AM |
| 15 | A.  No. | 10:09AM |
| 16 | Q.  Okay.  Does anyone else see the feedback? | 10:09AM |
| 17 | A.  No. | 10:09AM |
| 18 | Q.  Okay.  Let's move on to the next bullet. | 10:09AM |
| 19 | "Assist GNETS PM with strategic plan improvement | 10:09AM |
| 20 | initiatives."  And then in parenthesis it reads: | 10:09AM |
| 21 | "Editing, testing changes in the portal, conduct | 10:10AM |
| 22 | trainings, et cetera." | 10:10AM |
| 23 | A.  Yes. | 10:10AM |
| 24 | Q.  Okay.  The GNETS PM is Vickie; is that correct? | 10:10AM |
| 25 | A.  Correct. | 10:10AM |



 1     Q.  They're aware of their own data?                10:31AM

 2     A.  Mm-hmm.                                         10:31AM

 3     Q.  But you also reach out?                         10:31AM

 4     A.  On occasion.                                    10:31AM

 5     Q.  Okay.  Do you reach out if it's stagnant growth  10:31AM

 6  as well?                                               10:32AM

 7     A.  I would have to think about that.               10:32AM

 8     Q.  Okay.  Let's move to the next bullet:  "Monitor  10:32AM

 9  social worker logs, provide updates to the GNETS PM."  10:32AM

10  Can you tell me more about this bullet?                10:32AM

11     A.  There are 11 programs that receive a            10:32AM

12  therapeutic grant for a social worker, and they're     10:32AM

13  required or they are asked to submit social worker logs  10:32AM

14  monthly.                                               10:32AM

15     Q.  This therapeutic grant, is it through GaDOE?    10:32AM

16     A.  Yes.                                            10:32AM

17     Q.  And 11 of the 24 programs receive it?           10:32AM

18     A.  Yes.                                            10:32AM

19     Q.  How do they share this information with you?    10:32AM

20     A.  Through the portal.                             10:32AM

21     Q.  Do you share -- what would you share as updates  10:33AM

22  with Vickie Cleveland?                                 10:33AM

23     A.  The programs that haven't submitted their logs,  10:33AM

24  and I do a summary at the end of the year.             10:33AM

25     Q.  Okay.  For all 11?                              10:33AM



1  "Collaborate with GO-IEP team on pending changes in the        10:34AM

2  portal."                                                        10:34AM

3      A.  Yes.                                                    10:34AM

4      Q.  I know earlier you mentioned GO-IEP, but can            10:34AM

5  you explain it to me?                                           10:34AM

6      A.  Georgia IEP is a statewide IEP program.                10:34AM

7      Q.  Is Georgia IEP the same as GO-IEP?                      10:34AM

8      A.  It is.                                                  10:34AM

9      Q.  Okay.  And how do you collaborate with the             10:34AM

10  GO-IEP team?                                                   10:34AM

11     A.  As they make updates specific to GNETS, they'll        10:34AM

12  reach out.                                                     10:35AM

13     Q.  The next one:  "Co-facilitate GNETS directors          10:34AM

14  meetings."                                                     10:35AM

15     A.  Yes.                                                    10:35AM

16     Q.  All right.  In this bullet it identifies those         10:35AM

17  meetings with regional GNETS program directors?               10:35AM

18     A.  Correct.                                                10:35AM

19     Q.  How often?                                             10:35AM

20     A.  Usually monthly, if not every other month.             10:35AM

21     Q.  Who do you co-facilitate with?                         10:35AM

22     A.  I co-facilitate with Vickie Cleveland.                 10:35AM

23     Q.  Who sets the agenda?                                   10:35AM

24     A.  Vickie Cleveland.                                      10:35AM

25     Q.  Do you discuss that with her in advance?               10:35AM



| | | |
|---|---|---|
| 1 | A.  Yes. | 10:35AM |
| 2 | Q.  And then are these meetings in-person? | 10:35AM |
| 3 | A.  Virtual, since COVID. | 10:35AM |
| 4 | Q.  In the past, have they been in-person? | 10:35AM |
| 5 | A.  They have been, yes. | 10:35AM |
| 6 | Q.  And what is -- | 10:35AM |
| 7 | A.  We did both. | 10:35AM |
| 8 | Q.  I apologize. | 10:35AM |
| 9 | A.  Both virtual and in-person, even before COVID. | 10:35AM |
| 10 | Q.  Okay.  Does that mean that some people are | 10:35AM |
| 11 | in-person and some people are virtual? | 10:35AM |
| 12 | A.  No.  Sometimes we'll have all in-person and | 10:35AM |
| 13 | sometimes we would have all virtual, but that was | 10:36AM |
| 14 | pre-COVID. | 10:36AM |
| 15 | Q.  Got it.  So you were Zooming before -- before | 10:36AM |
| 16 | we all were? | 10:36AM |
| 17 | A.  Yes. | 10:36AM |
| 18 | Q.  What is your role during these meetings? | 10:36AM |
| 19 | A.  To do the PowerPoint. | 10:36AM |
| 20 | Q.  Is the PowerPoint -- what is the PowerPoint for | 10:36AM |
| 21 | the meetings, is it the agenda or is it a different | 10:36AM |
| 22 | topic? | 10:36AM |
| 23 | A.  There are different presentations, different | 10:36AM |
| 24 | presenters every month.  And so if they have a | 10:36AM |
| 25 | PowerPoint, I'll combine the PowerPoints and just do the | 10:36AM |



1  presentation, and then just provide reminders of          10:36AM

2  anything that might need to be reminded about.            10:36AM

3      Q.  Okay.  "Advice GNETS staff and stakeholders on    10:36AM

4  State Board rules for GNETS."                             10:36AM

5      A.  Mm-hmm.                                           10:36AM

6      Q.  Do you recall what State Board rules this         10:36AM

7  bullet is referring to?                                   10:36AM

8      A.  The GNETS State Board rules.                      10:35AM

9      Q.  And then this -- it looks like this bullet is     10:37AM

10 plural.  Is there another -- oh, no, it's State Board     10:37AM

11 rule.  It's singular.  I apologize.                       10:37AM

12         Which GNETS staff do you advise on the            10:37AM

13 State Board rule?                                         10:37AM

14     A.  I mean, we'll -- we might have the State Board    10:37AM

15 rule as a part of the presentation, so that's as much    10:37AM

16 advising as I would say for me.                           10:37AM

17     Q.  And the presentation is to the GNETS directors?  10:37AM

18     A.  Yes.                                              10:37AM

19     Q.  Do you ever present to other folks at regional   10:37AM

20 GNETS programs?                                           10:37AM

21     A.  Other folks like who?                            10:37AM

22     Q.  Teachers --                                       10:37AM

23     A.  No.  I never interact with the teachers.         10:37AM

24     Q.  And what do you-all advise related to State      10:37AM

25 Board rules and the presentation?                        10:37AM



| | |
|---|---|
| 1 | A.  I mean, it's not a conversation that's had | 10:42AM |
| 2 | everyday or every month. | 10:42AM |
| 3 | Q.  Sure. | 10:42AM |
| 4 | A.  So as things come up and they need to be done, | 10:42AM |
| 5 | if I'm asked to do them as a part of my job, I do. | 10:42AM |
| 6 | Q.  Do you currently work on any matters not | 10:42AM |
| 7 | related to GNETS? | 10:43AM |
| 8 | A.  No. | 10:43AM |
| 9 | Q.  Do you know if anyone held the role of GNETS | 10:43AM |
| 10 | program specialist before you? | 10:43AM |
| 11 | A.  I do not. | 10:43AM |
| 12 | Q.  You don't -- do you not know? | 10:43AM |
| 13 | A.  I don't know. | 10:43AM |
| 14 | Q.  Okay.  Who have you worked with at the GaDOE, | 10:43AM |
| 15 | while GNETS program specialist, in addition to Vickie | 10:43AM |
| 16 | Cleveland? | 10:43AM |
| 17 | A.  Worked with in what way? | 10:43AM |
| 18 | Q.  Have you coordinated or collaborated with in | 10:43AM |
| 19 | your work? | 10:43AM |
| 20 | A.  I've collaborated with a lot of people. | 10:43AM |
| 21 | Q.  A lot of people? | 10:43AM |
| 22 | A.  (Nodding yes.) | 10:43AM |
| 23 | Q.  Okay.  I'm going to go through a few folks | 10:43AM |
| 24 | then. | 10:43AM |
| 25 | A.  (Nodding yes.) | 10:43AM |



| | | |
|---|---|---|
| 1 | Q.  To be aware? | 11:24AM |
| 2 | A.  (Nodding yes.) | 11:24AM |
| 3 | Q.  So am I correct that GNETS students are served | 11:24AM |
| 4 | in centers and school-based locations? | 11:24AM |
| 5 | A.  Yes. | 11:24AM |
| 6 | Q.  Do you know how many centers are being used | 11:24AM |
| 7 | this school year? | 11:24AM |
| 8 | A.  I do not. | 11:24AM |
| 9 | Q.  Do you know how many centers were used last | 11:24AM |
| 10 | school year? | 11:24AM |
| 11 | A.  I do not. | 11:24AM |
| 12 | Q.  Is this information that you would typically | 11:24AM |
| 13 | have? | 11:24AM |
| 14 | MS. JOHNSON:  Objection. | 11:24AM |
| 15 | THE WITNESS:  Have like what? | 11:24AM |
| 16 | Q.  BY MS. TUCKER:  Is this information that you | 11:24AM |
| 17 | would typically know about the GNETS program, how many | 11:24AM |
| 18 | centers there are -- | 11:24AM |
| 19 | MS. JOHNSON:  Objection. | 11:24AM |
| 20 | Q.  BY MS. TUCKER:  -- as GNETS program specialist? | 11:24AM |
| 21 | A.  That information is reported -- self-reported | 11:24AM |
| 22 | by the GNETS directors in the grant application. | 11:25AM |
| 23 | Q.  Do you then take a look and -- | 11:25AM |
| 24 | A.  I mean, if they put it in there as a part of my | 11:25AM |
| 25 | review for the GrantApp, then I would look at it, but I | 11:25AM |



1   easier to be electronic.  That's the answer.          11:50AM

2       Q.  I understand.  Okay.                           11:50AM

3            MS. TUCKER:  Okay.  I'd like the Court        11:50AM

4   Reporter to mark this document as Plaintiff's         11:50AM

5   Exhibit 423.                                           11:51AM

6            (Plaintiff's Exhibit 423 marked for          11:51AM

7   identification.)                                       11:51AM

8            MS. TUCKER:  Actually, can we also go off     11:51AM

9   the record for one moment?                             11:51AM

10           THE VIDEOGRAPHER:  Yes.  Stand by.            11:51AM

11           MS. TUCKER:  Thank you.                       11:51AM

12           THE VIDEOGRAPHER:  Off the record at          11:51AM

13  11:52 a.m.                                             11:51AM

14           (Off the record.)                             11:52AM

15           THE VIDEOGRAPHER:  We are back on the         11:52AM

16  record at 11:54 a.m.                                   11:53AM

17      Q.  BY MS. TUCKER:  The Court Reporter just handed 11:53AM

18  you a document that was marked as Plaintiff's          11:53AM

19  Exhibit 423.  The Bates number on the first page of this 11:53AM

20  exhibit is GA00953689.  The most recent date on the   11:53AM

21  e-mail thread is November 18th, 2019, and it is an     11:53AM

22  e-mail from you --                                     11:53AM

23      A.  Mm-hmm.                                        11:53AM

24      Q.  -- to the regional GNETS program directors, and 11:53AM

25  Vickie Cleveland is copied.  The subject reads:        11:53AM



1   "GrantApp PP."  And will there is one attachment.         11:53AM

2        A.  (Witness examining document.)                    11:53AM

3        Q.  Dr. Stevenson, do you recognize this e-mail      11:53AM

4   thread?                                                   11:53AM

5        A.  Yes.                                             11:53AM

6        Q.  Okay.  Am I correct that you presented to the    11:53AM

7   regional GNETS program directors on the GNETS grant       11:53AM

8   application?                                              11:53AM

9        A.  Yes.                                             11:53AM

10       Q.  And then the attachment which begins with        11:53AM

11  GA00953691 and then that says it's produced in native     11:53AM

12  format, which we then presented for PowerPoint.  Do you   11:54AM

13  see that?                                                 11:54AM

14       A.  Yes.                                             11:54AM

15       Q.  Is this the PowerPoint presentation you used?    11:54AM

16       A.  Yes.                                             11:54AM

17       Q.  Okay.  Did you create this PowerPoint?           11:54AM

18       A.  Yes.                                             11:54AM

19       Q.  Is it still current?                             11:54AM

20       A.  (Witness examining document.)  To the best of    11:54AM

21  my knowledge, without taking a lot of time, yes.          11:55AM

22       Q.  Okay.  And then given earlier you said that      11:55AM

23  there hasn't been any substantive changes to the          11:55AM

24  application, so this -- correct?                          11:55AM

25       A.  I'm thinking yes.                                11:55AM



1    Q.  How often do you give this training?                11:55AM

2    A.  There hasn't been any changes to the way the       11:55AM

3  information is entered into the portal.  So I have not    11:55AM

4  had to train on how to enter the information into the     11:55AM

5  portal again because that has not changed.                11:55AM

6    Q.  And that's what this --                             11:55AM

7    A.  This was once we switch from paper to               11:55AM

8  electronic.                                               11:56AM

9    Q.  Mm-hmm.                                             11:56AM

10    A.  This is showing the directors what it looks        11:56AM

11  like.  So I went through each individual page and showed 11:56AM

12  them what it looked like in real time and then created   11:56AM

13  this as a resource.                                      11:56AM

14    Q.  But it's not an annual training before the         11:56AM

15  grant application is due?                                11:56AM

16    A.  No.  Unless there's a new director who needs to    11:56AM

17  know how to put the information in.                       11:56AM

18    Q.  Would that end up being like a one on one?         11:56AM

19    A.  That would be a one on one.                        11:56AM

20    Q.  And you have presented to the GNETS program        11:56AM

21  directors on this?                                       11:56AM

22    A.  Yes.                                               11:56AM

23    Q.  Okay.  Can you walk me through the timeline of     11:56AM

24  submitting the GNETS grant application, like, when does  11:56AM

25  the application open?                                    11:56AM



1      A.   So that information has changed, but how the        11:56AM

2  information is entered has not.                              11:56AM

3      Q.   Okay.  So when is it opened now?                    11:56AM

4      A.   Now, in January.                                    11:57AM

5      Q.   Okay.  When did it used to be open?                 11:57AM

6      A.   I would have to think about that.                   11:57AM

7      Q.   Okay.                                               11:57AM

8      A.   I know now it's January, though.                    11:57AM

9      Q.   When did it change to January?                      11:57AM

10     A.   Maybe in the last two years.                        11:57AM

11     Q.   The last two years.  Okay.  So it opens in          11:57AM

12  January, and if I was original GNETS program I would        11:57AM

13  apply in January for the school year that begins in         11:57AM

14  August; is that correct?                                    11:57AM

15     A.   Yes.  I think.  It's for the fiscal year.  So       11:57AM

16  if we're in FY '22, it would be for FY '23.  So if we're    11:57AM

17  in FY '23, it would be for FY '24.  So the up -- the        11:57AM

18  next fiscal year.                                           11:57AM

19     Q.   Okay.                                               11:57AM

20     A.   So in FY -- fiscal year '22, they apply for         11:57AM

21  fiscal year '23.  Now we're in fiscal year '23, and they    11:57AM

22  would apply for fiscal year '24.                            11:58AM

23     Q.   When does the fiscal year start and end for         11:58AM

24  you-all?                                                    11:58AM

25     A.   I believe it's in June --  June or July.            11:58AM



1    Q.   June or July.  Okay.  So if applied in          11:58AM

2    January -- if I was a regional GNETS director and I  11:58AM

3    applied for the grants in January of 2022, it was for 11:58AM

4    fiscal year '23?                                      11:58AM

5    A.   It's not due until May.                          11:58AM

6    Q.   Okay.                                            11:58AM

7    A.   So it's opened in January, but they have until   11:58AM

8    May to complete it.                                   11:58AM

9    Q.   Okay.  And it's submitted through the portal?    11:58AM

10   A.   Yes.                                             11:58AM

11   Q.   So once it's submitted in May, when it           11:58AM

12   closes --                                             11:58AM

13   A.   Mm-hmm.                                          11:58AM

14   Q.   -- how long is the review process of the         11:58AM

15   application?                                          11:58AM

16   A.   Well, it just depends because we have to go      11:58AM

17   through each one and look at the attachment, so it just 11:58AM

18   depends on how long it takes us to finish all of that. 11:58AM

19   Q.   Do you have a deadline to meet to make sure you  11:58AM

20   get it done in time for the next step?                11:58AM

21   A.   We have -- we try to have them done within a     11:59AM

22   month.                                                11:59AM

23   Q.   Within a month.  So May.  And then you have      11:59AM

24   like a month?                                         11:59AM

25   A.   Yeah.                                             11:59AM



1    Q.  Okay.  Who reviews?                              11:59AM

2    A.  Myself and Vickie.                               11:59AM

3    Q.  Do you review them all together?                 11:59AM

4    A.  We'll review them separately.  We'll split the   11:59AM

5  list, 12 and 12, and then Vickie would always, you know, 11:59AM

6  look at mine also.                                      11:59AM

7    Q.  Do you-all meet to discuss them?                 11:59AM

8    A.  Yes.                                             11:59AM

9    Q.  Do you discuss her 12 as well?                   11:59AM

10    A.  Sometimes.                                       11:59AM

11    Q.  What would you discuss within the grant          11:59AM

12  application with Vickie?                               11:59AM

13    A.  If someone didn't submit an attachment, or if   11:59AM

14  someone was having technical issues and they reached out 12:00PM

15  to me and I needed to reach out to IT, I might -- if I  12:00PM

16  had a question about something, she might answer it.  So 12:00PM

17  it just depends.                                       12:00PM

18    Q.  Okay.  When are the regional GNETS programs      12:00PM

19  advised that their grant application has been approved? 12:00PM

20    A.  So this year we are meeting with them            12:00PM

21  individually, and that's -- that started this year.  So 12:00PM

22  we meet to discuss their GrantApp, and if any additional 12:00PM

23  documentation is needed.                               12:00PM

24    Q.  Okay.  Just to make sure I understand, so in     12:00PM

25  May, once you receive them, you-all discuss, and then   12:00PM



1  this summer you then met with the regional GNETS        12:00PM

2  programs about their application?                       12:00PM

3       A.   If there is something else that's needed.     12:00PM

4       Q.   So would you meet with all 24 on this or just 12:00PM

5  if they need something?                                 12:01PM

6       A.   And when we meet it's not necessarily -- well, 12:01PM

7  yeah.  It could be if just something is needed or it    12:01PM

8  could be just a touch base like, hey, we got your       12:01PM

9  information and printout.                               12:01PM

10      Q.   Okay.  And you started that in 2022?           12:01PM

11      A.   Yes.                                           12:01PM

12      Q.   But when -- so, I'm sorry.  Let's go back.     12:01PM

13  When do they receive notice that they have funding?     12:01PM

14      A.   So once we -- once we do the sign off, they get 12:01PM

15  a notification that the GrantApp has been signed off.   12:01PM

16      Q.   And does that have to be before the beginning  12:01PM

17  of the fiscal year?                                     12:01PM

18      A.   Within the best of our abilities.              12:01PM

19      Q.   Does that mean it doesn't always happen?       12:02PM

20      A.   99 percent of the time it does.                12:02PM

21      Q.   Are you thinking about a program that didn't -- 12:02PM

22      A.   It's not necessarily they didn't submit it,    12:02PM

23  they might just need to have some more information and   12:02PM

24  so you have to keep going back and forth, and then it's 12:02PM

25  summer and they're out and then they come back, so it   12:02PM



1  just depends.                                          12:02PM

2      Q.  When do they receive the funding from the     12:02PM

3  grant?                                                 12:02PM

4      A.  That, I don't know.                            12:02PM

5      Q.  Who would know?                                12:02PM

6      A.  Vickie.                                         12:02PM

7      Q.  Do the regional GNETS programs answer different 12:02PM

8  questions on the grant applications, are there any    12:02PM

9  questions that are tailored?                           12:02PM

10     A.  No.  They're all the same.                     12:02PM

11     Q.  Okay.  So like North Metro has to provide the  12:02PM

12 exact same information that you and Alexander has to   12:02PM

13 provide?                                               12:02PM

14     A.  Correct.  Now how they provide it, is          12:02PM

15 different, because it's different for every program    12:02PM

16 because -- but there are certain things they all have to 12:02PM

17 provide.                                               12:02PM

18     Q.  In addition to presenting on the portal and how 12:03PM

19 to access the application and reviewing the applications 12:03PM

20 with Vickie, what other roles do you have related to the 12:03PM

21 GNETS grant application?                               12:03PM

22     A.  That's it.                                     12:03PM

23     Q.  Do you review them prior to submission in the  12:03PM

24 portal?                                                12:03PM

25     A.  Well, as they're entering them, we can see it, 12:03PM



1      Q.  What -- which of your responsibilities would      12:09PM

2  allow you to do that?                                      12:09PM

3      A.  Whatever Vickie asks me to do.                     12:09PM

4      Q.  Can you give --                                    12:09PM

5      A.  It just depends.                                   12:09PM

6      Q.  Can you give me an example?                        12:09PM

7      A.  I would have to think about that.                  12:09PM

8      Q.  Okay.  We can also give you time right now or      12:09PM

9  we can come back to it later.                              12:10PM

10     A.  We can come back to it.  That would give me a      12:10PM

11 little bit more time.                                      12:10PM

12     Q.  Okay.  I'll make a note.                           12:10PM

13          I see that you called or you spoke with           12:10PM

14 Derrick.  Does that mean you called Derrick?               12:10PM

15     A.  Yes.                                               12:10PM

16     Q.  Are most of these types of conversations done     12:10PM

17 via phone call or are they ever e-mailed?                  12:10PM

18     A.  Phone call for clarity.                            12:10PM

19     Q.  Can you do -- can you share it through the         12:10PM

20 portal?                                                    12:10PM

21     A.  Share -- no.                                       12:10PM

22     Q.  Okay.                                              12:10PM

23     A.  We can e-mail but --                               12:10PM

24     Q.  Okay.                                              12:10PM

25     A.  -- for clarity, it's best to call.                12:10PM



 1  strategic plan, and your consultation with the regional     12:39PM

 2  GNETS programs on the strategic plan.                        12:39PM

 3      A.  Okay.                                                12:39PM

 4      Q.  What is the timeline of strategic review plan?       12:39PM

 5  We just talked about the grant application timeline?         12:39PM

 6  What is this timeline?                                       12:39PM

 7      A.  Well, we no longer review the strategic plan in      12:39PM

 8  a way in which there is a timeline because we've made        12:40PM

 9  changes.  So the grant application and strategic plan        12:40PM

10  are now aligned.  So the information that we would look      12:40PM

11  for in the strategic plan, they are attaching within the     12:40PM

12  grant application.  So there is not a review as it was       12:40PM

13  in previous years.  They do the end-of-year summary from     12:40PM

14  the strategic plan and the mid-year summary where they       12:40PM

15  rate themselves and make priorities for the different        12:40PM

16  areas, but we no longer go and sit and do reviews as in      12:40PM

17  the past.                                                    12:40PM

18      Q.  When did that happen?                                12:40PM

19      A.  This is 2022.  It was either 2020 or 2021.  I'm      12:40PM

20  not sure.                                                    12:40PM

21      Q.  So what is the strategic review plan?  What          12:41PM

22  does it look like now, then?                                 12:41PM

23      A.  It looks the same.  It's still the framework.        12:41PM

24  It's still the framework for the program and the             12:41PM

25  framework for their programs.  And it still has actions      12:41PM



1  and things, but we're just not rating and reviewing the      12:41PM

2  strategic plan because now they're aligned -- it's           12:41PM

3  aligned with the GrantApp.  So if you look at the grant      12:41PM

4  application and the strategic plan, you will see a lot        12:41PM

5  of the same information.                                      12:41PM

6      Q.  But they still complete it in both places?           12:41PM

7      A.  No, they no longer have to complete the grant        12:41PM

8  application in the portal.  I mean, I'm sorry, the           12:41PM

9  strategic plan.  They still have the complete the grant      12:41PM

10 application.                                                  12:41PM

11     Q.  Okay.  So the strategic plan in 2020 or 2021 no      12:41PM

12 longer has to be the completed?                              12:42PM

13     A.  In the portal.                                        12:42PM

14     Q.  In the portal.                                        12:42PM

15     A.  They still have to have their strategic plan         12:42PM

16 information as a part of the framework for their             12:42PM

17 programs available, but we no longer require it to be        12:42PM

18 upload -- uploaded in the portal.                            12:42PM

19     Q.  Why is that?  What made the change?                  12:42PM

20     A.  To streamline the process when a lot of the         12:42PM

21 information aligns with information that is requested         12:42PM

22 within the grant application.                                 12:42PM

23     Q.  Okay.  And then how do you receive the               12:42PM

24 strategic plan from the programs if it's not in the         12:42PM

25 portal?                                                       12:42PM



1       A.  We do not receive the strategic plan.  We          12:42PM
2  receive the summary.                                        12:42PM
3       Q.  Uh-huh.                                            12:42PM
4       A.  Mid-year and end-year summary.  It's a one         12:42PM
5  pager.                                                      12:42PM
6       Q.  Mm-hmm.                                            12:42PM
7       A.  And it is uploaded within the grant                12:42PM
8  application.                                                12:42PM
9       Q.  Are you -- earlier when we spoke about the         12:42PM
10  strategic plan, I believe you said that there were         12:42PM
11  ratings of emerging, operational, and evident?             12:42PM
12       A.  When we used to review the strategic plan and     12:42PM
13  go out and do the reviews and it was uploaded in the       12:42PM
14  portal, yes.                                               12:43PM
15       Q.  And now when you receive the mid-year summary     12:43PM
16  and end-of-year summary?                                   12:43PM
17       A.  They're rating themselves.                        12:43PM
18       Q.  And does GaDOE provide --                         12:43PM
19       A.  No.                                               12:43PM
20       Q.  -- a rating?                                       12:43PM
21       A.  No.                                               12:43PM
22       Q.  And this happened in the last two years?          12:43PM
23       A.  Mm-hmm.                                           12:43PM
24       Q.  Do you -- does GaDOE provide any feedback         12:43PM
25  related to the mid-year summary or end of the year         12:43PM



1      Q.   Okay.  Were these ratings tied to anything?        12:53PM

2      A.   No.                                                 12:53PM

3      Q.   What would have happened if someone -- a            12:53PM

4   regional program had all emergings and not evident?        12:53PM

5            MS. JOHNSON:  Objection.                           12:53PM

6            THE WITNESS:  I can't say because I've             12:53PM

7   never had that happen.                                     12:53PM

8      Q.   BY MS. TUCKER:  You never had that --               12:53PM

9      A.   Since I've been with the program.                   12:53PM

10      Q.   And you've been with the program the entire        12:53PM

11   time it's had the operational, emerging, and not evident  12:53PM

12   because before it was numerical?                           12:53PM

13      A.   Right.                                             12:53PM

14      Q.   Do you and Vickie have conversations with the     12:54PM

15   regional GNETS program -- I know you said they're          12:54PM

16   uploaded into the portal, but afterwards about their       12:54PM

17   scores, ratings?                                           12:54PM

18      A.   A lot of times a conversation was happening        12:54PM

19   within the review so --                                    12:54PM

20      Q.   Okay.                                              12:54PM

21      A.   So there wasn't a lot of follow up needed.         12:54PM

22            MS. TUCKER:  I'd like the Court Reporter to       12:54PM

23   mark this document as Plaintiff's Exhibit 427.             12:54PM

24            (Plaintiff's Exhibit 427 marked for               12:54PM

25   identification.)                                           12:54PM



1      Q.  BY MS. TUCKER:  The Bates number on the first         12:54PM

2   page of the document is GA00960449.  This is a               12:54PM

3   September 9th, 2020, e-mail from you to two e-mail           12:55PM

4   addresses with the domain at tcjackets.net, and Shawn       12:55PM

5   Owen and Vickie Cleveland and you were copied.              12:55PM

6      A.  (Witness examining document.)                         12:55PM

7      Q.  The subject reads:  "State suggested revision         12:55PM

8   on action items for Pathways Educational Program GNETS      12:55PM

9   strategic plan."                                            12:55PM

10          Dr. Stevenson, do you recognize this                12:55PM

11   e-mail?                                                    12:55PM

12      A.  This is a generated e-mail.  It's not one I         12:55PM

13   typed.                                                     12:55PM

14      Q.  Oh.  Can you explain that to me?                    12:55PM

15      A.  So in the portal, this is in 2020, so this was     12:55PM

16   a virtual review that took place cause by September,       12:55PM

17   that was COVID.                                            12:55PM

18      Q.  Okay.                                               12:55PM

19      A.  And the reviews were virtual.  So once the         12:55PM

20   information is put in and I hit submit, she needed a       12:55PM

21   revision, and it automatically sends it.  So it's not     12:55PM

22   something that -- it's not an e-mail I typed myself.      12:55PM

23      Q.  I understand.  So this happens when you put it     12:56PM

24   in other -- for other regional GNETS programs too?        12:56PM

25      A.  So if they needed a revision on their strategic    12:56PM



 1  plan, it would say what section, what action item and          12:56PM
 2  the finding.                                                    12:56PM
 3      Q.  Okay.                                                   12:56PM
 4      A.  But I didn't type the e-mail, no.  It's auto           12:56PM
 5  generated.                                                      12:56PM
 6      Q.  Sure.  Would the finding where it says "Section        12:56PM
 7  action item finding,"-- excuse me, would you have typed        12:56PM
 8  what's in after the finding into the portal and that           12:56PM
 9  would have then --                                              12:56PM
10      A.  Yes.  I just --                                        12:56PM
11      Q.  -- been --                                             12:56PM
12      A.  Yeah, that's it.                                       12:56PM
13      Q.  Okay.  So you, for example, for Section 2,            12:56PM
14  behaviorial support and therapeutic services, your            12:56PM
15  finding was, and you wrote upload PBIS agendas, and           12:56PM
16  upload evidence of how red areas and self-assessments         12:56PM
17  were addressed?                                                 12:56PM
18      A.  Yes.                                                   12:56PM
19      Q.  Okay.  What is meant by red areas?                    12:56PM
20      A.  So that means that the red area -- so the             12:56PM
21  self-assessment that I was talking about at the end of        12:56PM
22  the strategic plan review, if her areas were marked red,      12:56PM
23  they were areas of need, so how were you -- how was she       12:57PM
24  going to address those.                                        12:57PM
25      Q.  And that would ultimately affect their rating?        12:57PM



1      A.  Well, I'm not sure if I gave them a rating if          12:57PM

2  they hadn't completely uploaded everything yet.              12:57PM

3      Q.  I see Shawn Owen is copied.                           12:57PM

4      A.  Shawn is always copied on all auto-generated          12:57PM

5  because she's the deputy.                                    12:57PM

6      Q.  Okay.                                                 12:57PM

7      A.  Anything that comes out of the portal to the --       12:57PM

8  to any -- not just with GNETS, with anybody.                 12:57PM

9      Q.  So she's getting lots of e-mails?                     12:57PM

10     A.  Yes.                                                  12:57PM

11     Q.  Have you or Vickie ever discussed any                 12:57PM

12  feedbacks -- feedback related to the GNETS strategic         12:57PM

13  plan with Shawn Owen?                                        12:57PM

14     A.  Not that I can recall.  Not that I've been            12:57PM

15  involved.                                                    12:57PM

16     Q.  Okay.  And then what -- the domain was at             12:57PM

17  tcjackets.net.  Do you know who this was sent to?           12:57PM

18     A.  I believe -- that's Pathways.                         12:58PM

19     Q.  Pathways.  Which is one of the 24 regional            12:58PM

20  GNETS?                                                       12:58PM

21     A.  Mm-hmm.                                               12:58PM

22     Q.  Yes?                                                  12:58PM

23     A.  Yes.  I'm sorry.                                      12:58PM

24     Q.  And then -- so similar e-mails like this went         12:58PM

25  out to the other regional GNETS programs?                   12:58PM



1        A.  If they needed revision, yes.                    12:58PM

2        Q.  Okay.  Do you give them a timeline on when to    12:58PM

3   resubmit?                                                 12:58PM

4        A.  Yes.  I'm not sure what the timeline was at      12:58PM

5   that time, though.                                        12:58PM

6        Q.  And does this function still exist given the     12:58PM

7   change in the strategic plan?                             12:58PM

8        A.  No, because we no longer do it like this, so     12:58PM

9   no.                                                       12:58PM

10       Q.  Okay.  If it's okay, I just have one document    12:58PM

11  to look at and then we can break.                         12:58PM

12       A.  Okay.                                            12:58PM

13       Q.  Okay.                                            12:58PM

14            MS. TUCKER:  I'd like the Court Reporter to     12:59PM

15  mark this document as Plaintiff's Exhibit 428.            12:59PM

16            (Plaintiff's Exhibit 428 marked for            12:59PM

17  identification.)                                          12:59PM

18       Q.  BY MS. TUCKER:  The Bates number on the first    12:59PM

19  page of this document is GA00963511.  This is an e-mail   12:59PM

20  thread with the most recent e-mail dated November 30th,   12:59PM

21  2020.  And it's an e-mail from you to Moria Lenka,        12:59PM

22  Upendra Nara, Vickie Cleveland, and --                    12:59PM

23       A.  Udia.                                            12:59PM

24       Q.  Udia.  Thank you.  Udia Arumugam.  Did I get     12:59PM

25  that close?                                               12:59PM



| | | |
|---|---|---|
| 1 | A.  Close enough. | 12:59PM |
| 2 | Q.  Okay.  It's spelled A-R-U-M-U-G-A-M. | 12:59PM |
| 3 | The subject reads:  "Draft Coastal Academy | 01:00PM |
| 4 | FY '20 strategic plan results." | 01:00PM |
| 5 | Dr. Stevenson, do you recognize this | 01:00PM |
| 6 | e-mail? | 01:00PM |
| 7 | A.  Yes. | 01:00PM |
| 8 | Q.  Let's go through the two fields.  Who -- can | 01:00PM |
| 9 | you identify the folks listed in the two fields? | 01:00PM |
| 10 | A.  They are Moria, Upendra, and Udia. | 01:00PM |
| 11 | Q.  Okay. | 01:00PM |
| 12 | A.  They are all IT. | 01:00PM |
| 13 | Q.  Okay.  And let's start with the oldest e-mail | 01:00PM |
| 14 | in the thread, which begins on GA00963514. | 01:00PM |
| 15 | A.  (Witness complying.) | 01:00PM |
| 16 | Q.  Do you see it's sent Tuesday, November 24th, | 01:00PM |
| 17 | 2020 at 1459? | 01:00PM |
| 18 | A.  Mm-hmm. | 01:00PM |
| 19 | Q.  And it starts with, "Dear Lisa Futch"? | 01:00PM |
| 20 | A.  Mm-hmm. | 01:00PM |
| 21 | Q.  Was that a yes? | 01:00PM |
| 22 | A.  Yes.  I'm sorry. | 01:00PM |
| 23 | Q.  Who is Lisa Futch? | 01:00PM |
| 24 | A.  Director in the GNETS program for Coastal | 01:01PM |
| 25 | Academy. | 01:01PM |



 1  first paragraph.  Do you see it?                      01:02PM

 2              MS. JOHNSON:  (Indicating.)               01:02PM

 3              THE WITNESS:  Okay.  Yes.  I'm sorry.     01:02PM

 4      Q.  BY MS. TUCKER:  I can read it again.  "At the 01:02PM

 5  end of the school year, the teams completed their final 01:02PM

 6  ratings and prepared for a virtual review from the GNETS 01:02PM

 7  state program manager and program specialist."         01:02PM

 8      A.  Mm-hmm.                                        01:02PM

 9      Q.  When this was drafted in 2020, was it going out 01:02PM

10  to every program?                                      01:02PM

11      A.  The programs that received the virtual review. 01:02PM

12      Q.  How many programs received the virtual review? 01:02PM

13      A.  I don't remember.                              01:02PM

14      Q.  It was not all 24?                             01:02PM

15      A.  Not in 2020.                                   01:03PM

16      Q.  How was it decided which programs received     01:03PM

17  virtual review?                                        01:03PM

18      A.  Well, we weren't doing in-person, so that's how 01:03PM

19  that was decided.                                      01:03PM

20      Q.  But what about the number of programs?         01:03PM

21      A.  We decided to be in line with the RDA unit, and 01:03PM

22  they do Cross Functioning Monitoring on a three-year   01:03PM

23  cycle.                                                 01:03PM

24      Q.  Okay.                                          01:03PM

25      A.  So to be on -- to be in line with them, we went 01:03PM



| | | |
|---|---|---|
| 1 | A.  Georgia Department -- GaDOE. | 02:10PM |
| 2 | Q.  Okay.  You said you provide updates? | 02:10PM |
| 3 | A.  Mm-hmm. | 02:10PM |
| 4 | Q.  Updates on what? | 02:10PM |
| 5 | A.  Updates on changes that might be made to the | 02:10PM |
| 6 | schedule for our monthly meetings or updates on due | 02:10PM |
| 7 | dates for certain things or updates on webinars that are | 02:10PM |
| 8 | going to be provided, not by us but by other people | 02:10PM |
| 9 | outside on maybe special design instructions or things | 02:10PM |
| 10 | like that.  So just to make sure that they're aware of | 02:10PM |
| 11 | those type of things that could be offered to them. | 02:10PM |
| 12 | Q.  Who sets the agenda for the monthly meetings? | 02:10PM |
| 13 | A.  Vickie usually, and myself. | 02:10PM |
| 14 | Q.  In consultation with you? | 02:10PM |
| 15 | A.  Mm-hmm. | 02:10PM |
| 16 | Q.  Are the agendas sent out in advance to the | 02:10PM |
| 17 | regional GNETS programs? | 02:10PM |
| 18 | A.  No. | 02:10PM |
| 19 | Q.  I am going to introduce an exhibit that has | 02:10PM |
| 20 | paper, but also there's going to be an electronic | 02:10PM |
| 21 | component. | 02:11PM |
| 22 | A.  Okay. | 02:11PM |
| 23 | MS. TUCKER:  I'd like the Court Reporter to | 02:11PM |
| 24 | mark this document as Plaintiff's Exhibit 429. | 02:11PM |
| 25 | (Plaintiff's Exhibit 429 marked for | 02:11PM |



```
 1  identification.)                                        02:11PM

 2      Q.  BY MS. TUCKER:  The Bates number on the bottom  02:11PM

 3  of this documents reads, GA00956689.  This is a        02:11PM

 4  May 26th, 2020 e-mail from Vickie Cleveland to you.  The 02:11PM

 5  subject of the e-mail reads:  "Draft responses."  And   02:11PM

 6  there is one attachment titled:  "Copy of copy GNETS    02:11PM

 7  director meeting questions, 2020-05-26."                02:11PM

 8      A.  (Witness examining document.)                   02:11PM

 9      Q.  Dr. Stevenson, do you recognize this e-mail?    02:12PM

10      A.  Yes.                                            02:12PM

11      Q.  Yes?                                            02:12PM

12      A.  Yes.                                            02:12PM

13      Q.  Okay.  We're going to turn to the attachment    02:12PM

14  which starts with GA00956690.  But this is a            02:12PM

15  spreadsheet, so my colleague Megan Erickson is going to  02:12PM

16  share the screen and then you'll be able to access it.   02:12PM

17          THE VIDEOGRAPHER:  And just let me know if       02:12PM

18  there's any issue with the screen share.                02:12PM

19          MS. TUCKER:  I think it's about to happen.       02:12PM

20      Q.  BY MS. TUCKER:  Great.  And then do you have     02:12PM

21  control over the document, Dr. Stevenson?  I know you    02:12PM

22  see it.                                                 02:12PM

23      A.  Yes, I do.                                       02:12PM

24      Q.  Okay.  So you are able to manipulate and zoom    02:12PM

25  in and --                                               02:12PM
```



| | | |
|---|---|---|
| 1 | A. Well, I can move the mouse. | 02:12PM |
| 2 | Q. Okay. Are you able to zoom in? | 02:12PM |
| 3 | THE VIDEOGRAPHER: Oh, you might have to | 02:12PM |
| 4 | hit the plus sign or you can do this with your fingers | 02:12PM |
| 5 | on the mouse pad. | 02:13PM |
| 6 | THE WITNESS: Oh. | 02:13PM |
| 7 | THE VIDEOGRAPHER: Do you want me to go off | 02:13PM |
| 8 | the record? | 02:13PM |
| 9 | MS. TUCKER: Yes, let's go off the record | 02:13PM |
| 10 | just real quick. | 02:13PM |
| 11 | THE VIDEOGRAPHER: All right. Off the | 02:13PM |
| 12 | record at 2:14 p.m. | 02:13PM |
| 13 | (Off the record at 2:14 p.m.) | 02:13PM |
| 14 | THE VIDEOGRAPHER: Back on the record at | 02:15PM |
| 15 | 2:16 p.m. | 02:15PM |
| 16 | Q. BY MS. TUCKER: Dr. Stevenson, are you now | 02:15PM |
| 17 | looking at the spreadsheet that we identified as | 02:15PM |
| 18 | GA0095690? | 02:15PM |
| 19 | A. Yes. | 02:15PM |
| 20 | Q. Okay. Do you recognize this spreadsheet? | 02:15PM |
| 21 | A. Yes. | 02:15PM |
| 22 | Q. Did you create it? | 02:15PM |
| 23 | A. I created a form in Jotform -- | 02:15PM |
| 24 | Q. Okay. | 02:15PM |
| 25 | A. -- where the GNETS directors -- since we were | 02:15PM |



| | | |
|---|---|---|
| 1 | going virtual. | 02:15PM |
| 2 |     Q.  Okay. | 02:15PM |
| 3 |     A.  This would give them an opportunity to have | 02:15PM |
| 4 | their questions answered ahead of time so we can make | 02:15PM |
| 5 | sure that they were addressed. | 02:15PM |
| 6 |     Q.  Okay.  What is Jotform? | 02:15PM |
| 7 |     A.  Jotform is a platform you can use to create | 02:16PM |
| 8 | documents and send out to people for various things, so | 02:16PM |
| 9 | I just used that to create this.  And then after -- and | 02:16PM |
| 10 | then it will automatically put it on Excel, if you | 02:16PM |
| 11 | request it. | 02:16PM |
| 12 |     Q.  Got it.  And is this a form that you created | 02:16PM |
| 13 | that then the regional GNETS directors could add to it? | 02:16PM |
| 14 |     A.  Well, I would -- the Jotform would just say, | 02:16PM |
| 15 | "Questions for monthly directors meeting," and then I | 02:16PM |
| 16 | would send the link out. | 02:16PM |
| 17 |     Q.  Okay. | 02:16PM |
| 18 |     A.  And then they would put whatever questions they | 02:16PM |
| 19 | would have for the upcoming meeting, that they might | 02:16PM |
| 20 | need answered, so we could make sure that they were | 02:16PM |
| 21 | addressed. | 02:16PM |
| 22 |     Q.  And is this practice of answering questions | 02:16PM |
| 23 | in -- having questions to answer in advance, is that | 02:16PM |
| 24 | standard practice for your GNETS meetings with the | 02:16PM |
| 25 | regional directors? | 02:16PM |



1    A.   It's wasn't -- it's not necessarily standard      02:16PM

2  practice, but in other departments within GaDOE we've    02:16PM

3  seen that and how it ensured that everybody's questions   02:16PM

4  got answered, so we thought it would be a good practice   02:17PM

5  to try to start using.                                    02:17PM

6    Q.   Are you currently using this practice?            02:17PM

7    A.   We -- we've only had one meeting, two meetings,    02:17PM

8  this year and I haven't done a Jotform for the meeting    02:17PM

9  so far this year.                                         02:17PM

10    Q.   Have regional GNETS directors reached out with    02:17PM

11  questions in advance of the monthly meetings separate    02:17PM

12  from the Jotform?                                        02:17PM

13    A.   Sometimes they'll have questions just in          02:17PM

14  general, but there might be questions that we're going   02:17PM

15  to address at the meeting.                               02:17PM

16    Q.   So am I correct, looking at this spreadsheet,     02:17PM

17  there's text and black font?                             02:17PM

18    A.   Mm-hmm.                                           02:17PM

19    Q.   Those are the questions that you put in, that     02:17PM

20  you received from the regional GNETS directors?          02:17PM

21    A.   Those are the questions that they put in          02:17PM

22  themselves.                                              02:17PM

23    Q.   Okay.                                             02:18PM

24    A.   So I didn't put in any questions.  I just sent    02:18PM

25  a link and they had to select, you know, question, and   02:18PM



1  then what their question was in regards to, and then        02:18PM

2  they put their questions in there.                          02:18PM

3       Q.  Did they also identify the topic or did you        02:18PM

4  identify --                                                 02:18PM

5       A.  They had options to choose from for the topic.     02:18PM

6       Q.  Okay.  And now I see answers in red, red front?    02:18PM

7       A.  Yes.                                               02:18PM

8       Q.  Who wrote the red font?                            02:18PM

9       A.  Vickie.                                            02:18PM

10      Q.  Vickie.  Okay.  And are these red font answers     02:18PM

11  something that you would share in advance of the meeting   02:18PM

12  or is this something that you would discuss at the         02:18PM

13  meeting?                                                   02:18PM

14      A.  These would be the answers Vickie would give       02:18PM

15  them at the meeting.                                       02:18PM

16      Q.  Verbally?                                          02:18PM

17      A.  Yes.                                               02:18PM

18      Q.  Did Vickie ask you to create a spreadsheet like    02:18PM

19  this through Jotform?                                      02:18PM

20      A.  No.  Like I said, we just thought it would be a    02:18PM

21  good idea to make sure questions were being addressed.     02:18PM

22      Q.  The last two meetings that you've had this         02:18PM

23  school year, you think one or two?                         02:19PM

24      A.  Mm-hmm.                                            02:19PM

25      Q.  Did any regional GNETS directors send you          02:19PM



1   general.                                              02:42PM

2       Q.  Do you and Vickie receive information, like,  02:42PM

3   called out for the GNETS students?                    02:42PM

4       A.  I don't know if they have that disseminated or 02:42PM

5   broken up by GNETS specifics for dropouts.            02:42PM

6       Q.  Okay.  I'm going to give you another one that 02:43PM

7   has an electronic component.                          02:43PM

8       A.  Okay.                                         02:43PM

9           MS. TUCKER:  I'm handing the Court Reporter   02:43PM

10  what I would like marked as Plaintiff's Exhibit 431.  02:43PM

11          (Plaintiff's Exhibit 431 marked for           02:43PM

12  identification.)                                      02:43PM

13      Q.  BY MS. TUCKER:  This is a September 4th, 2019 02:43PM

14  e-mail from you to the regional GNETS program directors, 02:43PM

15  and Vickie Cleveland is copied.  The Bates number on the 02:43PM

16  first page of this exhibit reads GA00951657.  The     02:43PM

17  subject reads:  "Social worker logs."  And there's one 02:43PM

18  attachment.                                           02:44PM

19      A.  (Witness examining document.)                 02:44PM

20      Q.  Dr. Stevenson, do you recognize this e-mail?  02:44PM

21      A.  Yes.                                          02:44PM

22      Q.  Okay.  And am I correct that you write that   02:44PM

23  GaDOE requires monthly logs detailing the therapeutic 02:44PM

24  services provided by social workers?                  02:44PM

25      A.  Mm-hmm.  Yes.                                 02:44PM



1     Q.  Is this to all regional GNETS program          02:44PM
2  directors?                                            02:44PM
3     A.  11.                                            02:44PM
4     Q.  11.  And these are the 11 that receive the     02:44PM
5  grant?                                                02:44PM
6     A.  The therapeutic grant.                         02:44PM
7     Q.  Okay.  We just -- we'll be good without talking 02:44PM
8  over one another.                                     02:44PM
9          What do you do with the information once      02:44PM
10 you receive it?                                       02:44PM
11    A.  I log that it has been submitted and then at   02:44PM
12 the end of the year I do a summary.                   02:44PM
13    Q.  Okay.  And that's the summary we looked at     02:44PM
14 earlier?                                              02:44PM
15    A.  Yes.                                           02:44PM
16    Q.  Is this still current practice?                02:44PM
17    A.  Yes.                                           02:44PM
18    Q.  Okay.  I want you to look at the spreadsheet,  02:44PM
19 which was produced in its native format so my colleague 02:45PM
20 will show it through Zoom.  Let me know when you can see 02:45PM
21 it, Dr. Stevenson.                                    02:45PM
22    A.  I can see it.                                  02:45PM
23    Q.  Okay.  Dr. Stevenson, did you create this      02:45PM
24 spreadsheet?                                          02:45PM
25    A.  I'm not sure if I created it or not, or if it  02:45PM



 1              MS. JOHNSON:  Yes.

 2              MS. TUCKER:  I'll just start back, so we're

 3    on the same page.

 4              MS. JOHNSON:  Okay.

 5         Q.  BY MS. TUCKER:  I handed you what was

 6    identified already as Plaintiff's Exhibit 387?          03:05PM

 7         A.  Yes.                                           03:05PM

 8         Q.  Okay.  And this is an e-mail thread with the   03:05PM

 9    most recent e-mail dated November 2nd, 2020 from you to 03:05PM

10    Vickie Cleveland, and the subject is:  "Form."  There is 03:05PM

11    one attachment.                                         03:05PM

12              Dr. Stevenson, do you recognize this e-mail   03:05PM

13    thread?                                                 03:05PM

14         A.  Yes.                                           03:05PM

15         Q.  Okay.  Let's go down to the first e-mail in the 03:05PM

16    thread, which is at the bottom of GA00363543.  And this 03:05PM

17    is a October 30th, 2020 e-mail to Joanna Mock from      03:06PM

18    Whitney Braddock.  Do you see that e-mail?              03:06PM

19         A.  Yes.                                           03:06PM

20         Q.  Okay.  Who are Whitney Braddock and Joanna     03:06PM

21    Mock?                                                   03:06PM

22         A.  GNETS directors.                               03:06PM

23         Q.  For which programs?                            03:06PM

24         A.  Whitney is for Cedarwood and Joanna Mock is for 03:06PM

25    Heartland?                                              03:06PM



1    Q.  Okay.  And do you see where Joanna writes:  "I      03:06PM

2    used the form that Lakesha sent to us and made a Word    03:06PM

3    document."  Do you see that?                             03:06PM

4    A.  Yes.                                                 03:06PM

5    Q.  Okay.  What form did you send the regional           03:06PM

6    GNETS directors?                                         03:06PM

7    A.  (Witness examining document.)  The form that         03:06PM

8    was, basically, what you see in the attachment.          03:06PM

9    Q.  Okay.  And you're saying that the form included      03:06PM

10   the information in the attachment, which starts at       03:06PM

11   GA00363545 --                                            03:07PM

12   A.  (Witness examining document.)                        03:07PM

13   Q.  -- at the bottom; is that correct?                   03:07PM

14   A.  (Witness examining document.)  Yes.                  03:07PM

15   Q.  And then the whole form which goes through           03:07PM

16   GA00363546 and GA00363547?                               03:07PM

17   A.  Not the form but information -- some of the          03:07PM

18   information that's in the form.                          03:07PM

19   Q.  Is there information in this form that you did       03:07PM

20   not request?                                             03:07PM

21   A.  It's in a different manner in which it was           03:07PM

22   requested.                                               03:07PM

23   Q.  What manner did you request it in?                   03:07PM

24   A.  I don't remember the specifics.                      03:07PM

25   Q.  But you remember it's different?                     03:07PM



| | | |
|---|---|---|
| 1 | A.  I remember that this is not the exact form that | 03:07PM |
| 2 | I sent, but it is very similar. | 03:07PM |
| 3 | Q.  Okay.  And you were requesting this information | 03:08PM |
| 4 | from the regional GNETS directors? | 03:08PM |
| 5 | A.  Yes. | 03:08PM |
| 6 | Q.  Okay.  When you requested this from the | 03:08PM |
| 7 | regional GNETS directors, what did you communicate? | 03:08PM |
| 8 | A.  What I put in the e-mail? | 03:08PM |
| 9 | Q.  Yeah. | 03:08PM |
| 10 | A.  I don't remember. | 03:08PM |
| 11 | Q.  Or a phone call? | 03:08PM |
| 12 | A.  I don't remember. | 03:08PM |
| 13 | Q.  Did you originally send it via e-mail? | 03:08PM |
| 14 | A.  I think so. | 03:08PM |
| 15 | Q.  Okay. | 03:08PM |
| 16 | A.  I think so. | 03:08PM |
| 17 | Q.  And you solely requested the information? | 03:08PM |
| 18 | A.  Just a little bit more clarity, I'm sorry. | 03:08PM |
| 19 | Q.  Yeah.  Did you provide context on why you were | 03:08PM |
| 20 | requesting this information to the regional GNETS | 03:08PM |
| 21 | program directors? | 03:08PM |
| 22 | A.  I'm not sure because I don't remember how that | 03:08PM |
| 23 | communication went out. | 03:08PM |
| 24 | Q.  Okay.  Let's go back to the e-mail thread. | 03:08PM |
| 25 | Am I correct that Joanna Mock then sends | 03:09PM |

