# EXHIBIT D

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,
                                    )CIVIL ACTION
 5            Plaintiff,             )NO. 1:16-cv-03088-ELR
                                    )
 6   vs.                             )
                                    )
 7   STATE OF GEORGIA,               )
                                    )
 8            Defendants.            )
                                    )
 9   - - - - - - - - - - - - - - -  )

10

11               VIDEOTAPE DEPOSITION OF

12                  WENDY W. TIEGREEN

13

14       Tuesday, June 21, 2022, 9:17 a.m., EST

15

16

17

18

19

20           HELD AT:

21           Robbins Alloy Belinfante Littlefield LLC
             500 14th Street, N.W.
22           Atlanta, Georgia  30318

23       ------------------------------------------------

24
             WANDA L. ROBINSON, CRR, CCR, No. B-1973
25        Certified Shorthand Reporter/Notary Public
```



1 correct?
2     A   Correct.
3     Q   Is DCH the entity in the state that's
4 charged with implementing EPSDT services?
5     A   Yes.  EPSDT is a Medicaid regulation, and
6 as such the Medicaid authority is responsible for
7 them.
8     Q   Do you have any responsibilities with
9 respect to the implementation of EPSDT benefits?
10     A   Again, as partner on the category of
11 service 440, the list of service you saw for
12 individuals who would meet the Medicaid aged, blind,
13 disabled eligibility type, we would partner with the
14 DCH in any needs specific to those young people in
15 terms of implementation.
16     Q   Let's shift gears.  I want to ask you some
17 questions about GNETS.
18     Let me first ask you when you became aware
19 of GNETS?
20     A   Under a different name, almost as soon as
21 I came to work for the State, late '90s.  Back when
22 it was maybe the title Psycho Educational Programs.
23     Old school.  I've been around for long.
24     Q   So I'm looking at your resume.  I believe
25 you started at DBHDD in 1997; is that correct?

