# EXHIBIT F

1                 IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
2                         ATLANTA DIVISION

3

4    UNITED STATES OF AMERICA,
                                  )CIVIL ACTION
5            Plaintiff,           )NO. 1:16-cv-03088-ELR
                                  )
6    vs.                          )
                                  )
7    STATE OF GEORGIA,            )
                                  )
8            Defendants.          )
                                  )
9    - - - - - - - - - - - - - -  )

10

11                 VIDEOTAPE DEPOSITION OF

12                 JUDITH ANN FITZGERALD

13

14        Tuesday, August 16, 2022, 9:08 a.m., EST

15

16

17

18

19

20           HELD AT:

21           Robbins Alloy Belinfante Littlefield LLC
             500 14th Street, N.W.
22           Atlanta, Georgia  30318

23           ---------------------------------------------

24

25           WANDA L. ROBINSON, CRR, CCR, No. B-1973
             Certified Shorthand Reporter/Notary Public



1  have program experts in behavioral health and in

2  intellectual and developmental disabilities who

3  would also be engaged in very detailed work.

4      Q    Now, what are the services that DBHDD

5  contracts for in behavioral health as distinct from

6  the services that DCH contracts for?

7      A    So DBHDD has a four-hour -- we have

8  three-tiers of providers, and those tiers are

9  designated by the services they provide.

10          So Tier I provides a set of core services,

11 which we use that term, "core services."  That's

12 essentially the continuum of services, the minimum

13 continuum of services that a CSB should provide.

14     Q    And does DCH similarly provide for those

15 services?

16     A    I'm not sure how to answer that question

17 in that way.

18     Q    Maybe I'm asking you the wrong question.

19 Let me back up a little bit.

20     A    Okay.

21     Q    Who is the population that DBHDD contracts

22 services for?

23     A    The individuals with severe -- serious and

24 persistent mental illness, and for youth, youth with

25 serious emotional disturbances.



1          That's the prime population for the state

2    funds.  We also receive federal funds to do other

3    things.  But assuming you're talking about the state

4    funds here.

5          Q    Is that population with serious and

6    persistent mental illness in use, with serious

7    emotional disturbances, are all services to that

8    population provided by DBHDD, or are some provided

9    by DCH?

10         A    It depends on the individual's insurance

11   in some cases.

12         Q    So your answer is yes, some are provided

13   by DBHDD and some are provided by DCH?

14         A    Through DCH contracted providers.

15         Q    And working off the behavioral manual that

16   presumably describes common services?

17              THE WITNESS:  God bless you.

18              MR. BELINFANTE:  Thank you.

19         A    Yes.

20         Q    And the dividing line is, between DCH and

21   DBHDD is the type of insurance an individual has or

22   whether they're insured or not?

23         A    Primarily.

24         Q    And which individuals does DBHDD contract

25   for services for with regard to their insurance or



1     A    Yes.

2     Q    Now, does DCH have a role in selecting

3  what behavioral health services the State provides,

4  or is that role reserved to DBHDD?

5     A    DBHDD is the behavioral health authority,

6  but we work in concert with the Department of

7  Community Health.  So if there were a program or

8  service area that we deemed important or necessary

9  to be included, we would likely be in conversation

10  with DCH about why that was, how that might play out

11  in the network of service delivery.

12     Q    And so it's fair to say that you work in

13  concert with DCH on selection of behavioral health

14  services, and DBHDD has the final authority?

15          MR. BELINFANTE:  Object to form.

16     A    Yes, DBHDD is the authority.

17     Q    So let's just take an example of the

18  Georgia Apex program.

19          You're familiar with that, Commissioner?

20     A    Yes.

21     Q    We'll talk about it in a little more

22  detail later, but let's just take it as an example.

23          So the Georgia Apex Program represents an

24  initiative by DBHDD to advance certain services in

25  certain settings to children and adolescents with



1  behavioral health needs?

2       A    Yes.

3       Q    And some of those services are paid for by

4  DBHDD and some are paid for by DCH?

5       A    Yes.

6       Q    But the control of the program rests with

7  DBHDD?

8       A    Yes.

9            MR. BELINFANTE:  Object to form.

10           THE WITNESS:  May I, before we go?

11      Because it looks like we're going into a line

12      of question here.  I just need a quick bathroom

13      break.

14           MS. COHEN:  Sure.

15           THE WITNESS:  Can we do that?

16           MS. COHEN:  We can do that, and I don't

17      know of how urgent it is, but we can also order

18      lunch if you like to do that now, Josh.

19           MS. ROSS:  Okay.

20           THE WITNESS:  I need more water.

21           THE VIDEOGRAPHER:  We're off the record at

22      10:33 a.m.

23           (A recess was taken.)

24           THE VIDEOGRAPHER:  Back on the record at

25      11:02 a.m.

