# EXHIBIT G

1          UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2

3
  UNITED STATES OF AMERICA,
4
      Plaintiff,
5

6

7

8

9  vs.                        NUMBER
                        1:16-CV-03088-ELR
10

11

12

13

14
   STATE OF GEORGIA,
15
      Defendant.
16

17  --------------------------/

18          The video conference videotaped

19  deposition of LISA FUTCH, a witness in the

20  above-entitled cause, taken pursuant to Notice

21  and agreement, before Kyle J. Saniga, Certified

22  Court Reporter and Notary Public with all

23  parties at their respective locations on the

24  25th day of October 2022, commencing at or about

25  the hour of 9:03 a.m.



1   ourself.  The DOE does not do this on our

2   information.  We talk through it at the end with

3   them -- Okay?  -- but this is really -- the only

4   time we complete this plan here is at our

5   post -- Okay?  -- for the other two, we don't.

6           And the self-assessment itself, like

7   the first one is not even required.  Some of us

8   do it, some of us don't, but the mid-year, the

9   one before December, January is required and the

10  post.

11          So this is just -- this last one is

12  done as a result of our post ratings and this

13  document here basically talks about, you know,

14  our priority, you know, where we're prioritizing

15  for the upcoming year and what -- you know, or

16  how we plan to sustain, if we got a higher

17  rating, how we plan to sustain that, or how

18  we're going to make improvements in that area if

19  it's a low rating.

20     Q    Okay.  As part of the self-assessment

21  or as part of the strategic plan process, it

22  sounds like you have an opportunity to sit

23  down -- or maybe you should tell me.

24          Is there an opportunity where you're

25  able to sit down with state DOE personnel to



1   talk through your plan and assessments?

2        A    Yes.  They actually send us -- now

3   before COVID, they actually came to every

4   program.  But after COVID, they send us an

5   e-mail with our dates for our virtual meeting

6   and, of course, we have -- they give us a

7   deadline to have everything submitted because

8   all the documentation actually goes into the DOE

9   portal.  And so we get our date, our meeting

10  date is virtual, and we do it virtually and we

11  go through it.

12       Q    Who from the state DOE participates in

13  this meeting?

14       A    Vickie Cleveland and Lakesha Stevenson.

15       Q    And when you say you go through the

16  plan, what does that look like?  Are they

17  providing you with feedback?  What else happens

18  during those meetings?

19       A    Yes.  They provide us with feedback.

20  So we go through each area, you know, with our

21  ratings and, you know, I'm pretty honest with,

22  you know, weaknesses and stuff, but, you know,

23  they provide us with feedback and then, you

24  know, I think at the end -- you know, and they

25  tell us typically whether they agreed or not.



1          Like -- you know, and it's really not
2    threatening at all, you know, and, you know,
3    based on, you know, they'll say, well, you know,
4    well, you know, I agree with that, yeah, and
5    I've not ever had them disagree or anything with
6    me.  I mean, I'm not really waiting for them to
7    agree.  They don't automatically say it, but
8    most of the time they do, and so that's pretty
9    much it.
10        Q    And earlier you mentioned that at the
11   beginning, the state DOE would provide the
12   programs with the state's own rating; is that
13   correct?
14        A    Yes.  The first two, if I'm not
15   mistaken, the first two ratings actually ranked
16   us, and I don't know if they meant to do that
17   but it ranked us by scores and they sent it out
18   to everybody.
19        Q    Okay.
20        A    I don't know if they meant to do that.
21   Maybe they just meant to list it, I don't know
22   but -- but they stopped doing that.  I think a
23   lot of GNETS directors complained.
24        Q    Okay.  I was just going to ask you, do
25   you know why that changed?



1           And I want to ask you about a few other

2     just statewide committees and/or meetings that

3     need your participation.

4           Do you participate in the statewide

5     GNETS director meetings?

6     A     I do.

7     Q     What are those meetings?

8     A     It's a way for GNETS directors to get

9     together and collaborate, and also the DOE

10    usually provides an update on, you know -- or

11    some type of TA or professional learning.

12    Q     Who participates in those meetings on

13    behalf of the state?

14    A     Vickie Cleveland, Lakesha Stevenson,

15    and then, of course, if the area -- whatever

16    area they decided to provide TA on, that

17    particular DOE person provides that

18    presentation.

19    Q     Have you ever served on the GNETS

20    director's executive committee?

21    A     No, ma'am.

22    Q     Do you know what their role is?

23    A     To listen to the GNETS directors, to

24    help plan with the state, bring our concerns,

25    you know.  They always plan -- you know, with



1   Vickie, they planned the directors meetings, you

2   know, Vickie -- you know, they get together and

3   they plan with her and, you know, if we do any

4   kind of, you know, GNET statewide professional

5   learning, sometimes we do that in the summer, we

6   plan that.  So anything relative to that.

7        Q    And how often does the -- do you all

8   meet as GNET directors?

9        A    We used to meet monthly.  We don't do

10  that anymore.  I mean, maybe every other month

11  or so, and it's usually an hour.

12       Q    And are those meetings in person or

13  virtual?

14       A    Virtual.

15       Q    Do you find those meetings to be

16  helpful in your role as the GNETS director?

17       A    No.

18       Q    Can you elaborate?

19       A    The technical assistance being

20  provided, no.

21            I mean, I've been here doing this, a

22  lot of the technical service provided is for new

23  directors.  You know, and I get it, if there are

24  changes, we need to hear it.

25            Occasionally, there's new information



1  is the fiscal agent of Coastal.  So they decided

2  to go there with Oconee and RESA at that point.

3  And it has been -- I mean, it did what I thought

4  it would do, if that makes sense as far as

5  staffing purposes and focus and all for Coastal

6  Academy.

7       Q     And you said that change took effect

8  this current school year?

9       A     Yes.

10      Q     Have there been any other changes in

11 the school districts or counties served by

12 Coastal Academy in the last five to six years?

13      A     Yes.  Wayne County was served by

14 Cedarwood, and I believe that was four years

15 ago, and they came to me because they're Baxley,

16 the Baxley site.

17            One of their sites closed, the

18 Cedarwood sites, and my Liberty site was closer,

19 actually, only 20 minutes or 30 minutes from

20 them to transport their kids versus where they

21 were going to have to transport them -- or

22 actually -- yeah.

23            And so Wayne County came over to then

24 Coastal Academy.  And that was a very easy swap

25 because Coastal Academy and Cedarwood have the



1   same fiscal agent, First District RESA, so yeah.

2        Q    When these changes are made, do you

3   have to alert the state DOE?

4        A    I do, and I did.

5        Q    And what is their role, if any, in the

6   process after they've been alerted?

7        A    Well, with the Wayne County one, you

8   know, they really were like, oh, this is simple,

9   you guys are under the same fiscal agent, yes.

10  You know, they just kind gave us some guidance,

11  you know, with that and noted, you know, that

12  swap.

13        And with the Camden County this year, I

14  got, okay, let me know when, you know, the

15  decision is made, and I tried to get some

16  guidance but I got -- you know, because this was

17  a bigger issue because it wasn't the same fiscal

18  agent.  We have materials.  We have inventory.

19  We have, you know, all these things and, you

20  know -- so told me to talk to my business folks

21  at First District RESA.

22        So I talked to them, they told me to

23  talk to my person at the DOE, which I had

24  already talked to and went back to and, you

25  know, they referred me to somewhere else and we



 1   just eventually wound up working it out between

 2   the two RESA's and GNETS programs.

 3        Q    I'm going to show you a document.  One

 4   moment.

 5             I'd like for the court reporter to mark

 6   this next document as Plaintiff's Exhibit 542.

 7                  (Whereupon, Plaintiff's Exhibit

 8                  Number 542 was marked for

 9                  identification.)

10   BY MS. HAMILTON:

11        Q    And, Ms. Futch, I'm now showing you

12   Plaintiff's Exhibit 542.  This is an e-mail

13   dated March 21, 2019.

14        A    Yes.

15        Q    From you to Vickie Cleveland, other

16   individuals copied.  The subject is Wayne County

17   School System GNETS relocation FY20 --

18        A    Uh-huh.

19        Q    -- as an attachment.  The first page --

20   I'm just going to scroll down -- is Bate stamped

21   GA01064131.

22        A    Uh-huh.

23        Q    I'll give you control if you want to

24   take a quick moment to scan the document and

25   then let me know when you're ready.



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          121

1      A    I remember this document, but I just
2   want to look at the plan again.
3      Q    Okay.
4      A    And I remember this -- the plan -- I
5   mean, the -- what -- when this was developed as
6   well.
7      Q    Okay.
8      A    Yes.  Yes, it's mine.
9      Q    All right.  So is this communication
10  connected to what you were sharing a moment ago
11  about Wayne County becoming part of your GNETS
12  program?
13     A    Yes.  And we did -- we had a -- this
14  document was provided to us by the DOE, provided
15  to all GNETS directors because there had been a
16  couple others that had changed or whatever GNETS
17  programs or whatever and they'd been provided to
18  us at that time and which, you know, was
19  somewhat helpful.
20          It helped me think through the process,
21  plan it out, things that needed to be done, and,
22  you know, again, we were supposed to submit that
23  to the DOE and, you know, they would give us any
24  feedback or guidance and, you know, take it from
25  there or whatever.  And that we did and it went



1  extremely, extremely smooth, but for the

2  Camden --

3       Q    Okay.  And I'm just going to scroll

4  down to the -- this plan that you're referring

5  to.

6            Is this document still currently being

7  used?

8       A    No.  Well, I asked about it.

9       Q    Do you --

10      A    Yeah, I don't know about any others,

11  but I asked about it for this past Camden and I

12  was told, no, that we just needed to let them

13  know.

14      Q    Okay.  So you -- this form GA -- the

15  state DOE was not using this form when you were

16  doing the Camden transition?

17      A    Yeah.

18      Q    Okay.  I just want to look at a few of

19  the areas that are listed here as part of the

20  reintegration or relocation action plan.

21      A    Uh-huh.

22      Q    So what was your understanding of the

23  purpose of this document?

24      A    My understanding was just that -- you

25  know, that this would be a plan that we would

1      A     No, ma'am.

2      Q     Okay.  So I want to focus on the state

3  funding for now.

4            What is the process that you follow in

5  order to receive the GNETS state grant funds?

6      A     The process that we follow to do that

7  is making sure that our students are all

8  captured by each LEA served, their student

9  record, and that's in June.  That's filed

10  sometime in June, usually, each year.

11      Q     Do you complete an application?

12      A     Oh, sorry, yes.  If you want all that,

13  yes, I do.  We submit an annual grant

14  application every year.

15      Q     And who do you submit that to?

16      A     It's -- if I submit it up in -- you

17  know, we put it -- well, actually, we complete

18  it in the DOE portal, the DOE portal, but Vickie

19  and Lakesha, they review that.

20      Q     When the application is approved by the

21  state DOE, are there specific purposes for which

22  you can use the funds?

23      A     Well, we have to follow the state and

24  federal guidelines.  So, yes, absolutely, you

25  know, there are specific, you know, things that

1  approve even before my fiscal agent does, so it

2  goes there, so.

3          Now, federal, it's a little more -- the

4  federal regs are a little stricter on what we

5  can and can't use money for, but we follow those

6  federal regs that all our local school systems

7  have to follow with IDA money.  And -- but,

8  again, it's, you know, in addition to, you know,

9  support, you know, what's needed.

10          And, of course, then we answer those --

11  well, not answer, but, you know, especially if

12  it's interventions and things that we're buying,

13  we have to make sure that we appropriately

14  categorize them, you know, rate them under

15  evidence-based or, you know, those types of

16  things.

17      Q    I want to show you a document, and I

18  would like for the court reporter to mark this

19  is Plaintiff's Exhibit 552.

20              (Whereupon, Plaintiff's Exhibit

21              Number 552 was marked for

22              identification.)

23  BY MS. HAMILTON:

24      Q    Ms. Futch, I'm currently showing you

25  Plaintiff's Exhibit 152.



LISA FUTCH                                        October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              242

 1      A    Yes.

 2      Q    This a March 2018 e-mail chain between

 3  you, Vickie Cleveland, and Amber McCollum and

 4  some other individuals.  The Bates stamp number

 5  on this document is GA000829 --

 6      A    Uh-huh.

 7      Q    -- 98.

 8      A    Uh-huh.

 9      Q    Let me make sure -- let me give you

10  control just to take a moment to scroll through,

11  and then let me know when you're ready.

12      A    Yes, I'm ready.

13      Q    Okay.  Do you recognize this document?

14      A    I do.

15      Q    Okay.  So I want to start at the

16  beginning of the e-mail chain.  This was the

17  e-mail dated March 13th, 2018 that you sent to

18  Amber McCollum and Eric Moody.

19           Do you see that?

20      A    I do, uh-huh.

21      Q    Who is Amber McCollum?

22      A    At that time, I believe she was like

23  one of the program specialists or program

24  manager.  Like, she was our budget -- you know,

25  everybody is assigned a district -- a budget

1  | person.  She was our budget -- GNETS budget

2  | person.

3  |     Q     Okay.  And who is Eric Moody?

4  |     A     He is the CFO at First District RESA.

5  |     Q     What was the issue that you were

6  | bringing to their attention?

7  |     A     Well, I -- again, somata sensory input

8  | here.  I am starting or beginning the

9  | implementation of my trauma-informed care.  I

10 | had done a little bit of research in this and

11 | aromatherapy and things of such and combining

12 | other whatever.

13 |          I wanted to spend some grant money to

14 | provide this at -- for all students at -- like a

15 | diffuser in each classroom with the oils, right?

16 | And so I wanted at first to use federal money

17 | because, you know, my understanding, it is a,

18 | you know -- I have the research and I did, later

19 | on, send additional research that -- where it's

20 | based off of and it -- you know, for

21 | intervention purposes and the impact it has on

22 | mood and, you know, brain and regulation and

23 | things like that.

24 |          So I asked if I could use federal money

25 | instead of state, and Amber said, no, that



1  needed to be in IEP.  And I was like, oh, Amber,

2  please.  No, I didn't say that but, you know,

3  everything that we buy in federal dollars is not

4  always in the IEP, you know, but that's okay.  I

5  went back because, you know -- and, I mean, I

6  had the state money so I just took it out of

7  state.

8      Q    And it looks like you also -- Vickie

9  Cleveland was also added to the e-mail chain at

10  some point.

11         What was her position on whether

12  federal funding could be used?

13     A    Well, I had discussed it with her

14  first.

15     Q    Okay.

16     A    Yeah, and she recommended, you know --

17  well, I discussed it with Eric Moody first,

18  who's my CFO, and he was like, talk to Vickie,

19  talk to your DOE.  I talked to my person,

20  Vickie, and Vickie said, you know what?  I think

21  so but I'm not sure, let's talk to Amber.  And

22  so that's why I cc'd her, just make her, you

23  know, knowledgeable that I had done that.

24     Q    Okay.  So their position, ultimately,

25  was that federal funding couldn't be used to



1  cover those expenses --

2      A    Yes.

3      Q    -- is that correct?

4           Okay.  And state funding was

5  appropriate for those expenses?

6      A    Yes, uh-huh.

7      Q    Okay.  And what is your sense regarding

8  the distinction between when you can use federal

9  funding versus state -- GNETS state grant

10 funding --

11     A    I'm going to be honest with you, they

12 go back and forth.  And so my sense, I mean, I'm

13 like, um, so -- but my sense -- I can tell you

14 this, it is easier to buy with state money than

15 federal, just, I mean, -- and I know that

16 everything, there has to be, I mean, justified,

17 of course, and research-based, and I've never

18 asked for anything that wasn't.

19          But, you know, as far as federal cost,

20 again, federal regs and the DOE, they're a

21 little more, they're -- you know, they're more

22 strict, more rigid with federal dollars.

23     Q    Okay.  I'm going to show you another

24 document.

25          I'd like for the court reporter to mark



LISA FUTCH                                             October 25, 2022
UNITED STATES vs STATE OF GEORGIA                                   246

1   this document as Plaintiff's Exhibit 553.

2            (Whereupon, Plaintiff's Exhibit

3            Number 553 was marked for

4            identification.)

5   BY MS. HAMILTON:

6       Q    Ms. Futch, I'm showing you Plaintiff's

7   Exhibit 553.  This is a January 20th, 2022

8   e-mail request from you to Vickie Cleveland with

9   the subject line, project based learning.

10      A    Uh-huh.

11      Q    And I also note that there is an

12  attachment to this document.  The Bates stamp

13  number is GA00357358.

14           If you want to take a moment to look at

15  it, feel free.

16      A    Yeah, I know what it's -- yeah.

17      Q    Okay.  Do you recognize this document?

18      A    I do.

19      Q    Okay.  On January 20th, 2020, you

20  e-mailed Vickie Cleveland to inquire whether you

21  could use state funds for project-based learning

22  activity; is that correct?

23      A    Yes.

24      Q    What was the activity?

25      A    It was -- I believe that my -- this was



1  my teacher that was in my autism room, so it was

2  project-based learning.  And, again, to make

3  sure -- it was a gardening project with

4  students, so -- and growing, things like that.

5      Q    Okay.  Why did you believe that this

6  purchase should be covered by state funds?

7      A    Well, I mean, actually, I was a hundred

8  -- almost -- well, 90 percent sure it should be

9  state funds and I had called prior to writing

10  this e-mail, Eric Moody, and said Eric,

11  heads-up, this is what I called for.  I called

12  to let him know I'm buying this, you know, or

13  going to submit this and I don't want you to

14  think this is what this is for because, you

15  know, I'm asking for seeds and things like that.

16          And he said, oh, yeah, state is -- it

17  probably can come from state, but reach out to

18  Vickie Cleveland and make sure or reach out --

19  he calls her my DOE person to make sure and I

20  said, okay.  So my RESA e-mail for things

21  documented it, so I did.

22          And the reason I thought it should be

23  state is after the last thing, I was pretty sure

24  it wasn't going to be federal.  And -- and

25  anyway, so that's the e-mail and, yeah, it was



 1   state.

 2        Q    Okay.  And so I don't have the response

 3   that you received from Ms. Cleveland, but are

 4   you confirming that she did say this --

 5        A    Yeah, she didn't respond to me in an

 6   e-mail, she called me and she told me state was

 7   fine.

 8        Q    Okay.  Did Amber McCollum need to be on

 9   this e-mail chain?

10        A    You know, I don't know.  You know, she

11   was on the first one just because Vickie told me

12   to e-mail her, you know, and -- but this was --

13   you know, and I -- see, I'd called Vickie on

14   that first one prior to e-mailing her so this, I

15   just shot Vickie an e-mail, I mean, you know,

16   like my first step, so...

17        Q    Okay.  But it's not a formal protocol

18   where you have to copy --

19        A    No, there is no formal protocol for any

20   -- no, none.  This is just me, you know, doing

21   what RESA told me, but also, I mean, you know,

22   trying to make sure I do the right thing, you

23   know?

24        Q    Okay.  I'm going to next show you

25   another document.



1   believe, not -- program or something like that.

2   I just -- I can't remember the entire details,

3   but -- and I was to reach out to my assistants

4   to -- anyway, to see if I could -- if they

5   apply, we could participate with them.  But,

6   again, I can't recall the complete subject of

7   the e-mail.

8        Q    I'm going to show you another document.

9             I'd like for the court reporter to mark

10   this document as Plaintiff's Exhibit 555.

11             (Whereupon, Plaintiff's Exhibit

12             Number 555 was marked for

13             identification.)

14   BY MS. HAMILTON:

15        Q    And, Ms. Futch, I'm now showing you

16   Plaintiff's Exhibit 555.  This is an e-mail

17   dated February 26th, 2020 from you to Vickie

18   Cleveland with the subject line, therapeutic

19   services grant.  The Bates number for this

20   document is GA00097408.

21             Do you recognize this document?

22        A    Yes.

23        Q    Okay.  What is the therapeutic services

24   grant?

25        A    It's additional -- okay.  So that



1  should have been mentioned before when you asked

2  me about funding.

3          There is an additional therapeutic

4  services grant that some of us get, but we had

5  to ask -- you know, basically just send an

6  e-mail to ask if -- I don't know where the money

7  came from -- but anyway, it's a pot of money

8  that they have.

9          And so it's to provide additional

10 therapeutic services to our students.  Okay?  So

11 it can only be used for that, you know?  It's

12 very specific as to what it can be used for and

13 then we have to submit logs every month, you

14 know, for that.

15         So I used it to fund LPC's for students

16 to get intensive counseling.

17    Q    Okay.  And who funds the therapeutic

18 services grant?

19    A    It comes from the DOE.  I'm not sure

20 how it's funded.  It may be state money, I'm not

21 sure, it may be -- I don't know.

22    Q    Okay.  You mentioned here that your,

23 quote, therapeutic services providers would no

24 longer be getting the grant that they have been

25 receiving to offset CAG METS costs to provide



1         So, but when I -- community

2    partnerships, I mean, you know, those outside

3    community agencies with counseling providers and

4    such that we work with.

5         Q    And the counseling providers that you

6    listed a moment ago, are those services provided

7    that you-all have arranged or is it just a

8    continuation of services that students were

9    already receiving?

10        A    It's just a continuation of services

11   for continuity purposes, you know, they meet

12   with us and staff and, you know, that.  So, no,

13   we did not arrange these services.

14        Q    Okay.  Are you familiar with the APEX

15   program?

16        A    I am.

17        Q    Okay.  What is APEX?

18        A    APEX is a portion of DBHDD, and

19   currently, they are providing mental health

20   counseling or counseling to students within our

21   local educational settings.

22        Q    Can students in your GNETS program

23   access APEX services?

24        A    They cannot.

25        Q    And how do you know that?



1    A    I know that because we've gone back and

2    forth with each system.  I mean, I've tried it

3    at various systems and because I already know

4    the answer but I figured, well, maybe they don't

5    know and I'll -- and I'll try that, so -- and --

6    but I was told that -- and I'm not the only

7    GNETS director -- we were told -- multiple GNETS

8    directors have been told this -- that APEX,

9    those counselors, that money, I mean, cannot be

10   used to serve GNETS students, only, you know,

11   students in the local educational setting.

12       Q    Okay.  And who told you this?

13       A    Okay.  So I was told -- the first time

14   I was told that was from was from about

15   three years ago, four years ago, maybe, from the

16   -- I can't remember her name -- but she was the

17   McIntosh County APEX person.  You know, she

18   wasn't licensed, and most of them that I have

19   found, some of them are licensed, some -- the

20   majority here are not.  It's, you know -- maybe

21   they're working toward it or whatever.

22            But, so I was told by her and then

23   if -- I was told by Viewpoint, and I can't

24   remember which person it was but it was during

25   one of our meetings where we brought -- I



LISA FUTCH                                              October 25, 2022
UNITED STATES vs STATE OF GEORGIA                                    305

1  brought APEX up and they were like, you know,

2  there was a meeting and we were told, I don't --

3  you know, like I said, I don't know the girl's

4  name, but they told me as well that they could

5  not use APEX money on GNETS students.

6       Q    Are there any therapeutic services that

7  you wish you could offer to your students but

8  cannot right now?

9       A    Yeah.  I would like a school-based

10  mental health program, mental health, yeah.  I'd

11  like a psychiatrist, even if it's telehealth.

12          And I have been successful, up until I

13  would say last year, I mean, we did have

14  telehealth going but the problem is, with

15  staffing everybody had a problem with staffing,

16  so we couldn't keep one consistent psychiatrist

17  with telehealth so they were changing over and

18  over and the kids and the parents were becoming

19  frustrated so they had to keep telling their

20  story, you know, and -- so, yeah, absolutely, I

21  would like that.  I would like to have a

22  school-based, you know, mental health program.

23          And, you know, quite frankly, my vision

24  of GNETS is, you know, where I actually have a

25  mental health staff and an educational staff, or



1    require GNETS when they came back, you know, and

2    so there's often some disagreement with that.

3        Q    Okay.  I'd like to show you one more

4    document connected to this process, and I

5    believe you referenced this while we were

6    talking earlier.

7            I'd like for the court reporter to mark

8    this as Plaintiff's Exhibit 559.

9                (Whereupon, Plaintiff's Exhibit

10               Number 559 was marked for

11               identification.)

12   BY MS. HAMILTON:

13       Q    And, Ms. Futch, I'm now showing you

14   Plaintiff's Exhibit 559.  It's titled the GNETS

15   Guiding Questions for Considerations for GNETS

16   Services.

17           This is a document that we received in

18   response to Item Number 7 in the United States

19   subpoena for production of documents.

20           I'm just going to quickly scroll down

21   so you can see it in full.

22           Do you recognize this document?

23       A    Yes.

24       Q    And I should note just for our internal

25   numbering that we have this as Coastal Academy



003008.

        What is this document?

   A   So this is just a guiding question for
the LEA's to consider before sending a student
to us.

        And I will say that, you know, this
evidence-based intervention piece is a problem
and that's disagreed on before.  They don't --
there's some systems that don't quite understand
SDI or evidence-based interventions and -- from
the behavior standpoint, you know, SEL, and, you
know, often I question whether or not that's
actually been provided.

        You know, where's that teaching aspect?
How did you teach the skill?  You know, what
behavior space intervention.  What -- you know,
are you providing any kind of social emotional
learning?  And everybody's going to check in,
check out, well, that is -- that is fine.  That
is absolutely great, but it ain't working if
you're referring them to me.

        So, I mean, have we -- you know, where
is that teaching?  Are how are we going back and
intervening and teaching what's needed to be
taught with behavior.



1  gets us all, you know, even me sometimes.  I

2  know some really good interventions that -- and

3  I'm not saying that I don't -- I mean, that I

4  always use evidence-based, I mean, but I do

5  evidence-based interventions with all students

6  but I also use other interventions that I know

7  work as well and may not be on those, you know,

8  websites, What Works Clearinghouse or the -- you

9  know, the other two or three that we out there

10  that we check out.

11     Q    And I just want to confirm, is this

12  another document similar to the document -- the

13  other documents that we just reviewed that was

14  created by the -- one of the strategic planning

15  committees?

16     A    Yes.

17     Q    And is this another document that the

18  state DOE has shared with the GNETS program?

19     A    Yes.  They shared that entire packet at

20  one GNETS directors meeting and, you know, when

21  it was first shared it had big draft written

22  across, you know, that we could make copies, and

23  then it was all e-mailed to us.

24     Q    Are there any consequences for not

25  following -- for not utilizing the guiding



1      A    Yes.

2      Q    Okay.  How many instances would you say

3   that that occurred?

4      A    One time.

5      Q    One time?

6      A    Uh-huh.

7      Q    And was that while you were the

8   director -- director in your current capacity?

9      A    Yes.

10      Q    Okay.  Do you know who the state member

11   was?

12      A    Zelphine Dixon when she was in her role

13   as director, state director of special

14   education.

15      Q    Okay.  And other than that instance,

16   are you aware of any other instances in which

17   the state participated in an IEP team decision?

18      A    No.

19      Q    Okay.  And has the state ever

20   encouraged you to make a placement decision

21   contrary to the IEP team's recommendation?

22      A    No.

23      Q    Okay.  And lastly, we discussed a few

24   documents, they were the Coordination of

25   Services Flow Chart, the Request For GNETS



1   Consultation, the Confidential Student

2   Information Packet, and The Guiding Questions

3   For Consideration of Services.

4        A    Yes.

5        Q    And I believe you testified that you

6   were told to use these documents by the Georgia

7   Department of Education; is that right?

8        A    We were -- again, the committee was set

9   up as -- also that strategic plan, developed

10  those documents.

11            They were provided to us from Pat Wolf,

12  who was a GNETS director at one of the GNETS

13  directors meetings to discuss with draft

14  written, and then they were sent to us via

15  e-mail from the DOE.

16            And so I -- and honestly, I did testify

17  that I was told and so -- and, again, I recall

18  them saying we -- you know, all -- you know,

19  them being discussion taking place at that

20  particular GNETS directors meeting among the

21  directors and DOE and us making a

22  recommendation, you know, that we were -- and,

23  you know, DOE, you know, to use these moving

24  forward.

25            And then we did and that e-mail came



1   from DOE to do so -- I mean, to -- with these

2   documents attached.

3       Q    Okay.  Do you understand it to be a

4   requirement from DOE to use the documents?

5       A    Yes.  I felt like it was a requirement.

6   I do understand it that way.

7       Q    Okay.  And is there any written policy

8   or anything other than the e-mail that you

9   referenced in support of it being a requirement?

10      A    No.  I think the language in the

11  strategic plan is something along the side,

12  having uniformity, documents or whatever, but I

13  don't know of anything else, no.

14      Q    Okay.

15      A    Well, we did have a Microsoft -- yeah.

16  The DOE had set up, during that time, like a one

17  book or one notebook, Microsoft something or

18  another, I can't remember.  We all had access to

19  it.  It was called the GNETS Director's Notebook

20  and those documents were in there, you know, the

21  documents that, you know, GNETS resources and --

22  but those documents were in there listed as, you

23  know, consideration of services, documents,

24  forms, or whatever how they were saved, they

25  were, you know, in there -- that notebook.  I

LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                            353

1   don't know if I -- I may still actually have
2   access, but I don't know.
3           But anyway, it was -- that was, I
4   think, set up -- I don't know who set that up,
5   but we all had, you know, access, so...
6       Q    Okay.  Thank you.  And the last topic
7   that we talked about was the restraint policy.
8       A    Yes.
9       Q    And I believe you said you submitted
10  that to the RESA for approval; is that right?
11      A    Yes.  It went to -- once that was
12  written, it was -- it goes to the executive
13  director of RESA and then he presents it to the
14  Board of Control to approve, yes.
15      Q    Did you submit it to the state for
16  approval?
17      A    No.  But I do upload it every year with
18  my grant application.
19      Q    Okay.  Okay.
20          MS. JOHNSON:  That takes care of
21      all of my questions, Ms. Futch.  I
22      really appreciate your time.
23          THE WITNESS:  Okay.
24          MS. HAMILTON:  And I just want to
25      note one more thing for the record.

