# EXHIBIT H

**In the Matter Of:**

**UNITED STATES OF AMERICA vs STATE OF GEORGIA**

NO. 1:16-cv-03088-ELR

**DANTE T. MCKAY**

*January 27, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  BY MR. HOLKINS:
 2       Q    So we have more to discuss about Apex, but
 3  I'd like to go back and just -- so I'm going to read
 4  from what I believe is the DBHDD website you
 5  reference.  I don't have a copy of it to share with
 6  you, so I'm just going to ask whether this is
 7  consistent of your recollection of what the website
 8  says.  If you don't recall, that's fine and I
 9  understand.
10            The website, as I view it, reads:  "Apex
11  service cannot be provided in private chartered
12  schools, GNETS standalone facilities, private
13  schools or homeschools/slider public schools."
14            Is that consistent with your understanding
15  of DBHDD's policy with respect to Apex and GNETS?
16       A    Yes.
17            MS. COHEN:  Patrick, if we could just take
18       five minutes.
19            THE WITNESS:  What was that?
20            MR. HOLKINS:  Mr. McKay, I like to set
21       aside those documents and show you some new
22       ones.
23            (WHEREUPON, Plaintiff's Exhibit-15 was
24       marked for identification.)
25
```

