# EXHIBIT I

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF GEORGIA

3

United States of America,              No.
4                                       1:16-CV-03088-ELR
      Plaintiff,
5

vs.
6

State of Georgia,
7

      Defendant.
8    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9

10

11

12              VIDEOTAPED DEPOSITION OF

13                   BROOKE COLE

14                OCTOBER 27, 2022

15                    9:20 a.m.

16            435 2nd Street, Suite 500

17                  Macon, Georgia

18

19

20

21

22

23         Marcella Daughtry, RPR, RMR

24     Georgia License No. 6595-1471-3597-5424

25            California CSR No. 14315



1      A    Lara Sims.

2      Q    Got it.

3           Do you know how long Ms. Sims held --

4      A    She was the director for eight or nine years.

5      Q    Eight or nine years.  Okay.

6           Who do you report to?

7      A    Multiple people.  So for Bibb County, I report

8   to Jamie Cassady.  He's my direct supervisor.  And then I

9   also -- well, I don't report to other superintendents,

10  per se.  I work with -- alongside of those -- those LEAs.

11  And then I also -- I don't know if you would say report

12  to, but I do -- I guess you can -- Vickie Cleveland and

13  LaKesha Stevenson.

14     Q    Okay.

15     A    Not in an evaluatory kind of way, though.

16          THE REPORTER:  Not in a what way?

17          THE WITNESS:  Like an eval -- evaluatory way,

18  evaluative way.  They don't evaluate me.  There you go.

19     Q    BY MS. TUCKER:  They don't evaluate you, but

20  they -- you report to them?

21     A    Correct.

22     Q    Okay.  And, okay, earlier you said James

23  Cassady is the assistant superintendent?

24     A    Jamie.

25     Q    Jamie.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          26

1      A    Uh-huh.

2      Q    Thank you.

3      A    You're welcome.

4      Q    Assistant superintendent for Bibb County?

5      A    Correct.

6      Q    And Jamie Cassady does evaluate you?

7      A    Yes.

8      Q    Okay.  But you report also to Vickie Cleveland

9   and LaKesha Stevenson?

10     A    Correct.

11     Q    And who are Vickie Cleveland and LaKesha

12   Stevenson?

13     A    So Vickie is the program specialist.  I think

14   that's what the GaDOE, Georgia DOE calls them for GNETS,

15   and then LaKesha is her right-hand lady.

16     Q    So they are both at GaDOE?

17     A    Yes.

18     Q    Okay.  How often do you report to Vickie

19   Cleveland and LaKesha Stevenson?

20     A    We have GNETS directors meetings every month or

21   so.

22     Q    Uh-huh.

23     A    And so we do that.

24          And then if I have anything I need to talk to

25   them about, you know, I reach out to them or they reach



1  out to me if there's some issue or clarifying kind of

2  questions.

3      Q   How often are you evaluated by Jamie Cassady?

4      A   He evaluates me through LKES, so it's yearly,

5  the evaluation process.

6      Q   Anyone else that you report to?

7      A   No, ma'am.

8      Q   Earlier you mentioned six site coordinators,

9  correct?

10     A   No.  I said I have six coordinators.

11     Q   Six coordinators?

12     A   Not all of them are site coordinators.

13     Q   Okay.  Six coordinators.  And --

14     A   Uh-huh.

15     Q   -- those individuals are who report to you?

16     A   Yes.

17     Q   Does anyone else report to you?

18     A   All the teaching staff.  I mean, there's a

19  trickle-up process.  Of course, they answer to their

20  coordinators, and then there is me.

21     Q   So can you explain the structure of you, the

22  coordinators, and --

23     A   Yes.

24     Q   -- the teaching staff?

25         Thank you.



1   leadership -- I mean our GNETS meetings, you know,

2   through Zoom.  And then if I need something, I just call

3   or I e-mail.  Most of the time I just pick up the phone

4   and call.

5        Q   You had mentioned that you communicate them --

6   with them as needed?

7        A   Uh-huh.

8        Q   When -- can you describe an instance where they

9   would --

10       A   Yeah.

11       Q   It would be needed?

12       A   So a big push for our program really for the

13   last eight years is to move a certain population of

14   student back to the LEA, and so that's something that I

15   want them to be aware of if anything ever trickles and

16   say I've irritated, you know, a special ed director or

17   something like that, if I rub somebody the wrong way.

18       Q   What certain population are you referring to?

19       A   To the GAA students.

20       Q   And what does "GAA" refer to?

21       A   Georgia Alternate Assessment.

22       Q   Are there any other meetings that you attend

23   regularly as part of your job responsibilities?

24       A   Outside of conferences, no.

25       Q   Okay.  What type of conferences do you attend?



1     Q    Okay.  What is discussed at a GNETS director

2   meeting?

3     A    Usually any sort of PL we may need from the

4   Department of Education, be about prior written notice or

5   testing type things like the Alternate Assessment, GAA

6   2.0.  I think that was what Tuesday was.  Anything doing

7   with FTE coding, things like that.  We also talk about

8   strategic plan type items, like if we're implementing

9   restorative practices or MindSet or i-Ready.  Academic

10  interventions, things like that.

11    Q    Who leads those meetings?

12    A    Vickie and LaKesha, and then they will have

13  guest speakers come in.

14    Q    Who are the guest speakers?

15    A    Usually from the Department of Ed.  Like they

16  are specialists for whatever content that is.

17    Q    And from the Georgia Department of Ed?

18    A    Yes.

19    Q    Okay.  How long do these meetings last?

20    A    Usually an hour and a half.

21    Q    Is there a time to ask questions during these

22  meetings?

23    A    Yes.

24    Q    Okay.

25    A    Uh-huh.



1      Q    And everyone has the benefit of hearing the

2    responses and feedback from the Georgia Department of

3    Ed --

4      A    Yes.

5      Q    -- on it?

6      A    Yes.

7      Q    What type of training have you received as part

8    of -- as your director role?

9      A    For the actual position of director?

10     Q    Uh-huh.

11     A    It's kind of -- I mean, they provide support.

12   I wouldn't say training, per se.

13     Q    Who is "they"?

14     A    Department of Education, Georgia Department of

15   Education.  I wouldn't say training, per se.

16     Q    Uh-huh.  Earlier you described it as

17   professional learning?

18     A    Right.  Like they'll provide support if you're,

19   you know, first time learning how to do a grant

20   application, things of that nature.

21     Q    Okay.

22     A    Uh-huh.

23     Q    Have you received training from anyone else

24   about the role of director?

25     A    So I -- I -- I fall up under an LEA, so I



1        A    We did.

2        Q    Okay.

3        A    The GNETS program.

4        Q    Through what funds?

5        A    The grant.

6        Q    By "grant," do you mean the state grant?

7        A    Yes.  I would say it was either state or

8    federal.  I don't know how they pulled money at that

9    time.

10        Q    Okay.  Describe the GNETS program as a whole

11    for me.

12            MS. SOLOMON:  I am going to object to the form.

13            MS. TUCKER:  Okay.  Sure.

14            MS. SOLOMON:  Can you verify?

15            MS. TUCKER:  Yeah.  No problem.

16        Q    BY MS. TUCKER:  How would you describe -- what

17    is the GNETS program?

18        A    It's a program that serves students with

19    characteristics of emotional behavior disorders, ages 5

20    to 21.  I work with kids that are not necessarily

21    eligibility of EBD.  They have to have characteristics of

22    emotional behavior disorders.

23        Q    Characteristics of EBD?

24        A    Uh-huh.

25        Q    Okay.  Ages 5 to 21?



BROOKE COLE                                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                            67

1      A   5 to 21.

2      Q   Okay.  Has it always been 5 to 21?

3      A   No.  It used to be 3 to 21.

4      Q   And when did that change?

5      A   When the new rule came out nine -- nine years

6   ago or so.

7      Q   Okay.  Are you referring to the State GNETS

8   rule?

9      A   Yes.

10     Q   That came out in 2017?

11     A   No.

12     Q   Okay.

13     A   It was prior to that.

14     Q   Okay.

15     A   It was prior to that.  They changed the ages

16   from 3 to 21 to 5 to 21.

17     Q   Okay.  Prior to that?

18     A   Uh-huh.

19     Q   Okay.

20     A   Yeah.

21     Q   When you first started working for -- for

22   GNETS, what were your views on the effectiveness of the

23   GNETS program for serving students with EBD or

24   characteristics of EBD?

25     A   I think we have always done a good job.



1      Q    Okay.  As director of Elam Alexander Academy,

2  do you view the student population as increasing,

3  decreasing, staying the same?

4      A    We have steadily decreased.

5      Q    Steadily decreased?

6      A    Uh-huh.

7      Q    Why do you think that is?

8      A    Multiple -- well, I won't say multiple reasons.

9  When I first became director, we were at like 536 or so

10  kids.  There was a lot of kids, and it was a higher

11  number of GAA students, so we had closer to 120-plus GAA

12  students.

13      Q    Uh-huh.

14      A    And just I felt like that needed to start being

15  pushed further out, so we -- we started pushing that

16  eight years ago, and we have decreased that population.

17  And also, just we're doing more work on the front end.

18  So you can request consultation, where we go in and maybe

19  observe the classroom or observe a student or help

20  develop an FBA, whatever it may be.  So we do a lot of

21  work on the front end to decrease the amount of students

22  coming in.

23      Q    Okay.

24      A    So that helps, too.

25      Q    Why have you done that?  What has led to that



1  work happening?

2       A   So there was two packets created.  It's a

3  request for consultation, which is that kind of work, or

4  a consideration for services.  And so some things change

5  with the consideration of services packet.  You know,

6  it's recommended, highly recommended that you have an

7  updated FBA, BIP, psychological evaluation.

8           Prior to that packet rolling out -- and that

9  was from the Department of Ed -- you could call an IEP

10  meeting and consider services without those things in

11  place.  So that's fewer and far between.

12      Q   Okay.  So those documents you just referred to,

13  the packets, they were created by the Department of Ed?

14      A   Correct.

15      Q   And when was that?

16      A   Oh, seven, eight years ago.

17      Q   Okay.  Thank you.

18           And then you mentioned that you have had less

19  GAA students; is that correct?

20      A   Right.  So we've -- we decreased that.  We

21  started to reintegrate that population.  We've probably

22  cut that population in half.

23      Q   Okay.  Thank you.

24      A   Uh-huh.

25      Q   Maybe we take a quick break?



1    paper exhibit as well.

2        A    Okay.

3            MS. TUCKER:  So I'd like the court reporter to

4    mark this document as Plaintiff's Exhibit 566.

5            (Plaintiff's Exhibit 566 was marked for

6    identification.)

7        Q    BY MS. TUCKER:  Okay.  The Bates number on the

8    first page of this document reads GA00322208.  This is an

9    e-mail thread between you and Vickie Cleveland, dated

10   May 16th, 2018, and the subject reads, "GAA Guidance."

11           Ms. Cole, do you recognize this e-mail thread?

12       A    Yes.

13       Q    Okay.  Let's go to the earliest e-mail in the

14   thread with a time stamp of 12:07 p.m. at the bottom.

15           Do you see it?

16       A    Yes.

17       Q    Okay.  Do you see where you wrote, quote -- and

18   this is to Vickie Cleveland with GaDOE:  "Can you give me

19   some guidance in regards to staffing in new students into

20   these types of classrooms?"

21           Oh, I apologize.  I -- scratch that.  Let's go

22   to the earliest e-mail with the time stamp of 12:07 p.m.

23   Do you see where you wrote, "I know that GNETS providing

24   main center services for students that are served through

25   the GAA has been an issue."



1          What do you mean by "has been an issue"?

2     A    So that came to my attention early on when I

3     became director.

4     Q    Uh-huh.

5     A    Because every GNETS program is different, and

6     so some -- well, most have a smaller number of students

7     that are GAA, and we are probably the largest program in

8     the state --

9     Q    Uh-huh.

10    A    -- for students of GAA, that are under GAA.

11    And so it became an issue that we really needed to

12    reintegrate those students back out because about

13    appropriateness of the setting.

14    Q    Okay.  How -- how did it become an issue how --

15    A    So it was brought to me early on, I believe,

16    and it was Nakeba that was the program specialist at DOE.

17    When she first came in and did a site visit, it was like,

18    yeah, I just don't think this is appropriate.

19    Q    And why was it not appropriate?

20    A    She didn't feel like those students should be

21    served in a GNETS setting, that they could be served at

22    their districts.

23    Q    Okay.  And this is Nakeba Rahming?

24    A    Yes.

25    Q    Who was with the Georgia Department of Ed?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              110

1        A    Yes.

2        Q    And she raised this to you in feedback?

3        A    Yes.

4        Q    Okay.  And then do you see where you wrote,

5    "Can you give me some guidance in regards to staffing in

6    new students into these type of classrooms?  Should I

7    just allow it be an IEP decision?"

8        A    Correct.

9        Q    What did you mean?

10       A    So an IEP team can make that decision.  It's

11   not a one-person decision.  So if I, you know, felt like

12   it was an inappropriate placement, but I'm just one

13   member of the committee.  I can't stop a placement.

14       Q    Uh-huh.

15       A    That's not my role.  So that's what I was

16   asking, should the IEP be able to convene and make that

17   decision.

18       Q    Uh-huh.

19       A    Even though, say, I didn't feel like that was

20   the best decision to be made or it was appropriate.  And

21   that's what I was asking.

22       Q    I understand.

23            What guidance did Vickie Cleveland provide to

24   you?

25       A    Take it through the IEP.



1        Q    Take it through the IEP.  Okay.

2             And did you have additional follow-up with

3    Vickie Cleveland after this e-mail thread about the GAA

4    quote/unquote issue?

5        A    This is something we talk about quite often,

6    so --

7        Q    Okay.

8        A    -- yes.

9        Q    Okay.  Has Vickie Cleveland expressed the same

10   concerns that Nakeba Rahming expressed?

11       A    Yes.

12       Q    Okay.  Why did you write to Vickie Cleveland

13   with this question?

14       A    Because I wanted the answer in writing.

15       Q    Okay.  Do you write -- why?

16       A    Because I wanted to be able to have something

17   in writing when I -- when I'm talking with other

18   directors of why we can't take students of this nature.

19       Q    Have you had conversations with other directors

20   about the GAA student population?

21       A    Yes.  Oh, you mean special ed directors or

22   GNETS directors?

23       Q    What did you mean?

24       A    I meant special ed directors, yes.

25       Q    Okay.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              115

1      A    Maybe about when we were implementing

2  trauma-informed care.

3      Q    Uh-huh.

4      A    I think I put that in writing.  I'm not sure if

5  I did or not.  And I was kind of using -- instead of

6  using the trauma-informed care, I was using restorative

7  practices in place of that, just to make sure it met the

8  same standard of practice.  I can't -- but outside -- or

9  if I'm kicking back the grant back and forth of changing

10 locations, you know, I need you to send this back to me

11 so I can upgrade or update and move on.  Things like

12 that.

13     Q    Thank you.

14         MS. TUCKER:  I'm going to introduce another

15 exhibit that I'd like the court reporter to mark as

16 Plaintiff's Exhibit 567.  There you go.

17         (Plaintiff's Exhibit 567 was marked for

18 identification.)

19     Q    BY MS. TUCKER:  Ms. Cole, the Bates number on

20 the first page of this exhibit reads, GA00338963.  This

21 is an e-mail thread where we have redacted student

22 personal identifiable information, and the most recent

23 e-mail is dated January 15th, 2019, from you to Vickie

24 Cleveland, and LaKesha Stevenson is copied.  And the

25 subject reads, "ID Enrollment Information."



1              Ms. Cole, do you recognize this e-mail thread?

2       A    I do.

3       Q    Let's start with the earliest e-mail with the

4   time stamp of January 15th at 10:27 a.m.  And this is an

5   e-mail from Vickie Cleveland to you.  Do you see where

6   Vickie Cleveland writes, "I have reviewed the Au/MID/MOID

7   data that you submitted"?

8              What does Au/MID/MOID refer to?

9       A    So that's autism, mildly intellectually

10  disabled, and then moderately.

11      Q    Moderately?

12      A    Intellectually disabled.

13      Q    Thank you.

14             And what data is Vickie Cleveland referring to

15  that you submitted?

16      A    So I think in 2019 she was pulling numbers.

17      Q    Okay.

18      A    I can't -- I think it was, but we would -- from

19  time to time she would request numbers, you know, of

20  eligibility categories, things like that.  I'm thinking

21  that's what it was.

22      Q    So Vickie Cleveland requested eligibility --

23  student eligibility information related to your student

24  population?

25      A    Yes, but I think she requested it statewide.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              117

```
 1       Q   Statewide?
 2       A   Yeah, for all of our -- all of the GNETS.
 3       Q   For all regional GNETS --
 4       A   Uh-huh.
 5       Q   -- programs?
 6           And this time it was focused on Au, MID, and
 7  MOID?
 8       A   Yes.
 9       Q   Okay.  And does Vickie Cleveland -- how often
10  does she request this type of data?
11       A   Not often.
12       Q   Okay.  And by "not often," do you mean annually
13  or?
14       A   Not annually.
15       Q   Okay.
16       A   But sometimes it's -- I have to think.  No,
17  it's not.  I was going to say sometimes we submit it
18  through the grant, but we do not.
19       Q   Student eligibility information?
20       A   Right.
21       Q   Is not in the grant?
22       A   No.
23       Q   Okay.  And this was data that Vickie Cleveland
24  had requested of you?
25       A   Yes.
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              120

1       A    Correct.

2       Q    What did you mean here?

3       A    I meant do I not -- do I need to tell them I'm

4   not even going to honor an IEP meeting; you can't call --

5   call our team to an IEP meeting?  That's what I was

6   asking, do I need to tell them, no, we will not

7   participate in IEP meetings.

8       Q    And who is "them?"

9       A    Any county that -- any of my LEAs that request

10  services.

11      Q    Okay.  So you -- were you asking Vickie that

12  you would need to tell the districts that you would not

13  entertain a GNETS placement for these students?

14      A    Correct.

15      Q    Okay.  And what was Vickie Cleveland's response

16  to you?

17      A    I don't remember.  I remember I have received

18  guidance that you can't deny someone a meeting.  Like if

19  they request this of you, you have to come to the table.

20      Q    Okay.  Got it.

21           And then when Nakeba Rahming said that she did

22  not think GNETS was an appropriate placement for the GAA

23  students, why?  What did she say?  Why?

24      A    Because it's -- their behavior is more

25  characteristic of their disability.  So students that are



1  maybe nonverbal, they may be hitting because that's their

2  means of communication.

3      Q    Okay.

4      A    And it was not an emotional behavior.  It's not

5  derived from an emotional behavior.

6      Q    Understand.

7           So GNETS program would be instead -- it's

8  supposed to serve students with the emotional behavioral

9  disorder characteristics?

10     A    Right.  Have some sort of an emotional

11 component to it.

12     Q    Thank you.

13          And did Vickie Cleveland share the same

14 thought?

15     A    She does share the same thought --

16     Q    Okay.

17     A    -- that they need to have some sort of

18 emotional component.

19     Q    Okay.  Thank you.

20          MS. TUCKER:  I'm going to introduce another

21 exhibit.  I'd like the court reporter to mark this

22 document as Plaintiff's Exhibit 568.

23          (Plaintiff's Exhibit 568 was marked for

24 identification.)

25     Q    BY MS. TUCKER:  Okay.  This is an invite for a



1  are school-based.

2      Q   Okay.  And do you know that they are tapping

3  into those resources?

4      A   Yes.

5      Q   And how?

6      A   Because Steven tells me.

7          MS. TUCKER:  I'd like the court reporter to

8  mark the following document as Plaintiff's Exhibit 570.

9          (Plaintiff's Exhibit 570 was marked for

10  identification.)

11      Q   BY MS. TUCKER:  Ms. Cole, this is the Elam

12  Alexander Academy GNETS grant application for fiscal year

13  2022 that was printed off of the GNETS Web on March 15th,

14  2022.  The Bates number on the first page of this

15  document reads Elam-18-822 -- or let's start over.  It

16  reads Elam-3-18-22-Supplement-3467.

17          Ms. Cole, do you recognize this document as the

18  GNETS grant application for fiscal year 2022?

19      A   Yes.

20      Q   Okay.  And fiscal year 2022 represented the

21  2021 to '22 school year, correct?

22      A   Yes.

23      Q   What is the GNETS grant application?

24      A   That is all of this information that's

25  submitted to Department of Education.



1    Q   And what does this information that you submit
2  get?
3    A   It's --
4    Q   What do you get from submitting this
5  information?
6    A   Nothing.
7    Q   Do you get the grant?
8    A   Yes.  Sure.
9    Q   Okay.
10   A   Yeah.  Of course, yes.  But like a thumbs-up, a
11 sign-off.  How do I say that?
12   Q   A sign-off, right.  But this is how you receive
13 the GNETS State grant?
14   A   Yes.
15   Q   Okay.  It's --
16   A   Yes.
17   Q   Okay.  It's a prerequisite?
18   A   No, funding -- funding comes through.  This is
19 information that they request.
20   Q   Okay.
21   A   Yes.
22   Q   Got it.
23   A   And so it tells you the number of teachers and
24 like that.  It's a snapshot at that moment.
25   Q   Do you receive feedback on it?



1        A    Sometimes, yes.  We kick it back and forth, you

2    know.

3        Q    From who?

4        A    Vickie or LaKesha.

5        Q    What type of feedback?

6        A    Like she might ask -- like most recently

7    about -- because this is -- I submit this like in May,

8    but some staffing is created or some decisions were made

9    in July, so I may have to say, I need you to kick it back

10   to me so I can update.  Or she may say, hey, I think that

11   you closed this site, but it's not in here.  And I said,

12   yeah, I didn't close it until July.  Things like that.

13       Q    Okay.

14       A    Uh-huh.

15       Q    Thank you.

16       A    More operational, I guess you would say.

17       Q    Thank you.

18       A    Uh-huh.

19       Q    So I would like to turn to the staffing pattern

20   which begins on page 21.  The Bates number on the bottom

21   reads Elam-3-18-22-Supplement-3487.

22            Let me know when you get there.

23       A    What page are you looking at?

24       Q    It's 3487 on the bottom.

25       A    3487.  Okay.



1  consultation.  So that was really where the bulk -- bulk

2  of the conversation was.

3       Q   I understand.

4       A   Yeah.

5       Q   Do you -- did you receive any written guidance

6  related to the rule?

7       A   I can't recall.

8       Q   Okay.

9       A   Maybe.

10      Q   Okay.  And then as director, does the GNETS

11 rule provide you with the expectations regarding your

12 duties and responsibilities?

13      A   As director?

14      Q   Yeah.

15      A   It doesn't really speak to my role.

16      Q   Okay.  Do you refer to this rule often?

17      A   Not really.

18      Q   Okay.  I am going to hand you a document that

19 was previously introduced as Plaintiff's Exhibit 460.

20      A   Thank you.

21      Q   Yeah, of course.  This is an August 16th, 2018

22 e-mail from Vickie Cleveland to LaKesha Stevenson with

23 the subject line, "Items to copy for meeting."

24          And at this time, I'd like to focus on four of

25 the five attachments to this document.  Please skim, and

1  then we will walk through each one by one.

2      A   Yes.

3      Q   You are able to --

4      A   Yes, I know what this is.

5      Q   Thank you.

6          Let's turn to the third attachment.  That would

7  be the GNETS Services Flow Chart.

8      A   Yes.

9      Q   Well, you beat me to it.  Are you familiar with

10 this document?

11     A   Yes.

12     Q   Is this one of the documents that you were

13 referring to a moment ago that rolled out with the rule?

14     A   Yes.

15     Q   Okay.  What is the GNETS Services Flow Chart?

16     A   This is the various ways that we can provide

17 services.

18     Q   "We" being?

19     A   GNETS.

20     Q   The regional programs --

21     A   Yes.

22     Q   -- too?

23         And did you play any role in creating this

24 document?

25     A   We had -- did we have planning?  I think we had



1  planning teams, talking about the different type of work

2  that we could -- we could assist with.  So yes, kind of.

3      Q    We had planning teams?

4      A    So when she would pull -- when we had GNETS

5  directors meetings, we would have little break-out teams

6  of different directors that may sit on different teams to

7  talk about different items like this.

8      Q    And at that time, it was Nakeba Rahming?

9      A    Yes, but then Vickie came in.  I can't remember

10 when they transitioned.

11     Q    Do you have those break-out teams now?

12     A    No.

13     Q    When did that end?

14     A    When the documents were created.

15     Q    Okay.  Thank you.

16          Is -- do you recall if this was the team you

17 were on?

18     A    I don't remember what team I was on.

19     Q    Okay.

20     A    It was a long time ago.

21     Q    I understand.  And this was a document -- this

22 flow chart was issued by GaDOE?

23     A    Yes.

24     Q    Okay.  Does Elam Alexander Academy use this

25 flow chart?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          195

1        A    Yes.

2        Q    Are regional GNETS programs required to use

3    this flow chart?

4        A    I believe so.

5        Q    Am I correct that this flow chart sets three

6    routes by which a student is -- may be served through

7    GNETS?

8        A    Yes.

9        Q    And those three routes are consultation,

10   standard process, and move-in?

11       A    Correct.

12       Q    Okay.  Thank you.

13            I'd like to dive into each of these?

14       A    Uh-huh.

15       Q    Who requests -- under "Consultation", who

16   requests consultation?

17       A    So that would come from the LEA.

18       Q    Okay.  And what is the goal of consultation?

19       A    The goal of consultation is for us to come in

20   and provide whatever feedback they are requesting, FBA,

21   direct, whatever it may be, and to maintain the student

22   in their home school.  That's the goal.

23       Q    Maintain in home school?

24       A    Correct.

25       Q    How is that goal messaged?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          200

1      Q    Thank you.

2           Does the next route, the indirect consultation,

3    is that also likely combined with FBA coaching and

4    direct?

5      A    Not really.  To me this is more like looking at

6    a student's file and kind of coming up with some best

7    practices.  That's not something that really occurs too

8    often for us for our program.

9      Q    For last school year, ballpark how many?

10     A    Two or three.

11     Q    Okay.

12     A    Yeah, very few.

13     Q    Have you had any this school year?

14     A    To just review paperwork, no.

15     Q    Okay.

16     A    Not that I can recall.

17     Q    In the consultation -- in the main box, right

18   where it says "Consultation," do you see that?

19     A    Uh-huh.

20     Q    It reads, "'Request for GNETS Consultation'

21   form available only from the SPED office."

22     A    Yes.

23     Q    Okay.  Let's turn to the second attachment,

24   which starts with the Georgia -- GA00030542.

25     A    Uh-huh.



1   Q   Is this the Request for GNETS Consultation --

2   A   Yes.

3   Q   -- form?

4       Were you on the team that worked on this form?

5   A   I can't remember.

6   Q   Okay.

7   A   I -- probably not or I would have remembered.

8   Q   Okay.  And the -- this form is issued from

9   GaDOE?

10  A   Yes.

11  Q   Okay.  Does Elam Alexander Academy use this

12  form?

13  A   Yes.

14  Q   Are the regional GNETS programs required to use

15  this form?

16  A   I believe so, yes.

17  Q   Let's turn back to the flow chart.

18      MS. TUCKER:  I think someone dropped is that

19  noise.

20      MS. SOLOMON:  Uh-huh.

21  Q   BY MS. TUCKER:  Okay.  The second route, the

22  "Standard Process."  Do you see that?

23  A   Yes.

24  Q   Okay.  Will you please walk me through the

25  standard process for placing a student in GNETS?



1       A   So this is where they would submit the student

2   information packet.  This is when they are requesting

3   services, GNETS services, so this would go through an IEP

4   team.

5       Q   Okay.  And then who makes the initial

6   determination whether a student should be considered for

7   GNETS?

8       A   That would be the special ed director or their

9   designee, so if they have a program specialist or

10  something to that degree.

11      Q   And you just mentioned a student information

12  packet?

13      A   Uh-huh.

14      Q   Is that the student information packet that it

15  starts on the next page?

16      A   Yes.

17      Q   Okay.  Was this document issued by GaDOE?

18      A   Yes.

19      Q   Okay.  Are all GNETS -- regional GNETS programs

20  required to use this?

21      A   Yes.

22      Q   Okay.  Back to the flow chart then.

23      A   Okay.

24      Q   It says that -- after the student information

25  packet is completed, the next step is that the GNETS



1   charter schools.

2        Q   Okay.  Have you received any?

3        A   I have gotten calls about a couple, but usually

4   if they're a charter school, they still have the option

5   to go back to their zoned school and then it follows

6   through that LEA.

7        Q   Okay.  And zoned school would be the

8   neighborhood school?

9        A   Right, the home school.

10       Q   The home school?

11       A   Yes.

12       Q   Making sure we're using the same terms.  We can

13  use zoned school.

14       A   Right.

15       Q   I just wanted to confirm.

16           Let's go to -- so on the flow chart, it says

17  at -- in that top box, in the last sentence, "A check

18  list of 'Guiding Questions' is completed to determine

19  whether more work is needed at the school level or to

20  proceed with GNETS involvement."

21           Do you see that?

22       A   Uh-huh.

23       Q   Okay, let's --

24       A   Yes.

25       Q   -- go to the fifth attachment, which it's



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              214

1    GA00030549.  Let me know when you are at that document.

2        A    I've got it.

3        Q    Is this the checklist of guiding questions?

4        A    Yes.

5        Q    And this -- was this issued by GaDOE?

6        A    Yes.

7        Q    Okay.  Did you play any role in creating it as

8    GNETS director?

9        A    Myself, I don't -- I think I may have.  I don't

10   remember.

11       Q    This wasn't your team?

12       A    No.

13       Q    Okay.  And does Elam Alexander Academy use this

14   form?

15       A    We do.

16       Q    Okay.  And are you required as a regional GNETS

17   program to use this form?

18       A    Maybe.  I don't know if they look at this quite

19   as much as the other two.

20       Q    Okay.  And by "they"?

21       A    But we use it.

22       Q    By "they" you mean other regional GNETS

23   programs?

24       A    Right.  I can't speak to them.

25       Q    Okay.



1    Q   Okay.  Is that something that you have explored

2  with Bibb?

3    A   I think we've had conversations about it

4  through the IEP process.

5    Q   Uh-huh.

6    A   But not -- not often.

7    Q   Earlier we spoke a little bit about a grant

8  that GaDOE offers to receive funding for social worker

9  services.  Do you recall that?

10    A   Yes.

11    Q   Okay.  And have you considered applying for

12  such a grant?

13    A   So that grant changed.  So when that first

14  rolled out, it was for those programs that didn't have

15  social workers.  And now there's a pot of funds.  I think

16  it's for three -- it's for three years.  It started last

17  year.  And you can tap into that, and we can contract

18  with people there.  So I do have access to that now.

19    Q   So you are a recipient of that GaDOE grant for

20  social worker services?

21    A   It's not just social worker.  It's just

22  therapeutic services.

23    Q   Just therapeutic services?

24    A   Right.

25    Q   What's that grant called?



 1        A    I don't remember.

 2        Q    But it's from GaDOE, and it's to receive

 3    therapeutic services?

 4        A    Correct.

 5        Q    And do you submit that to Vickie Cleveland and

 6    LaKesha Stevenson?

 7        A    Right.  If I were to do contract work -- so I

 8    did contract work with a social worker last year, and so

 9    she would have a log that she would have to complete, and

10    I would send it to them.

11        Q    You would send your social workers' log to

12    Vickie and LaKesha?

13        A    Correct.

14        Q    How often?

15        A    Monthly.

16        Q    Monthly.

17             Do they ask questions about it or if they

18    didn't have it?

19        A    If they didn't have it or if they had questions

20    about services, they would.  But I didn't -- I didn't

21    have any questions.

22        Q    Okay.  And this is for three years?

23        A    It's three years.

24        Q    Okay.  And you used it to fund a social worker?

25        A    Correct.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           280

1    Q   Is there enough money to fund other positions,
2  too, or?
3    A   No.  Well, no.  So now I think it's about -- I
4  think I have about $60,000, so I'm in the process of
5  meeting with a company.  They are called Team PBS, and so
6  they do BCBA type work, and so we have a meeting
7  scheduled so that I can contract with them for BCBA type
8  work.
9    Q   And this would be funded through this GaDOE
10 grant?
11   A   Correct.
12   Q   And if you were to contract with this BCBA,
13 would you then have to send a similar log to GaDOE?
14   A   Yes.
15   Q   Okay.  Thank you.
16       Okay.  Earlier you mentioned that the Burke
17 Campus moved when the Ridge campus closed; is that
18 correct?
19   A   Yes.
20   Q   Okay.  And what -- about when was that?  I
21 apologize.
22   A   You're fine.  Probably 13 years ago.
23   Q   Okay.  And what was -- you said Burke Campus
24 had been remodeled.  What was it before?
25   A   It was a -- Burke Elementary School.



1    Q   Okay.  And then all of your teachers are Bibb

2   County teachers?

3    A   Correct.

4    Q   Okay.  So it would be Bibb County?

5    A   Correct.

6    Q   Are you familiar with the GNETS annual

7   accountability report?

8    A   I believe that's really old, and I think it was

9   before my time.

10    Q   As director?

11    A   Correct.

12    Q   Okay.  What about the comprehensive needs

13   assessment report; are you familiar with that?

14    A   Can you put it in context?

15    Q   If you are not familiar -- okay.

16    A   I don't know off the top of my head.

17    Q   Yeah.

18        MS. TUCKER:  Okay.  I'm gonna -- I'd like the

19   court reporter to mark the following document as

20   Plaintiff's Exhibit 578.

21        (Plaintiff's Exhibit 578 was marked for

22   identification.)

23    Q   BY MS. TUCKER:  Okay.  This is an e-mail thread

24   with the most recent e-mail dated November 5th, 2020,

25   between you, Vickie Cleveland, and LaKesha Stevenson.

1  The subject reads, "Regional TA Meeting/Link."  The Bates

2  number on the bottom of the first page reads GA00363717.

3         Ms. Cole, do you recognize this e-mail thread?

4     A   Yes.

5     Q   Okay.  Let's start with the earliest e-mail.

6  This is the November 4th, 2020 e-mail from LaKesha

7  Stevenson to you, and Vickie Cleveland is copied.

8         Do you see that?

9     A   Yes.

10    Q   Okay.  So in the first sentence, LaKesha

11 Stevenson wrote, "The presentation from the regional

12 meeting is attached."

13        What regional meeting is she referencing?

14    A   I believe this is the TA meeting where she met

15 with me and the special ed directors that I serve, those

16 LEAs.

17    Q   Uh-huh.

18    A   It was virtual.

19    Q   Uh-huh.

20    A   Because I was at a conference, and it was

21 regarding numbers, students participating in GNETS.

22    Q   In general?

23    A   Correct.

24    Q   At Elam Alexander Academy?

25    A   Correct.



 1  someone else besides LaKesha Stevenson?

 2      A   Not that I can recall.

 3      Q   Okay.  Do you see where the second sentence she

 4  writes, "Please use the link below to complete the GNETS

 5  Duties and Responsibilities Checklist"?

 6          Do you see that?

 7      A   I do.

 8      Q   What is the GNETS Duties and Responsibilities

 9  Checklist?

10      A   I have no idea.

11      Q   Okay.

12      A   I don't know if it was the form like what we do

13  as opposed to like, you know, what the SEA does, the LEA

14  does, what we do.  I have no idea.  I can't recall that.

15      Q   Okay.  Has it -- so have you seen a checklist

16  like this since?

17      A   Not that's not on the rule.

18      Q   Okay.

19      A   You know, the GNETS board rule.

20      Q   Uh-huh.  Okay.  Let's look to the next e-mail

21  which is your e-mail.

22      A   Yes.

23      Q   Okay.  Do you see where you ask whether you can

24  complete file reviews by the end of the month?

25      A   Yes.



1      Q    Okay.  What are file reviews?

2      A    So she -- we were asked to complete file

3  reviews for every student that was receiving services

4  through GNETS, and that would be like from their gtiD to

5  their eligibility category.  It's a lot of the

6  information that was on like the guiding questions.  Like

7  it was pretty much that kind of information --

8      Q    Uh-huh.

9      A    -- for every student that was receiving

10 services.

11     Q    And by "guiding questions," do you mean the

12 GaDOE guiding questions document we looked at earlier?

13     A    Correct.  So it asked questions like that, when

14 were they placed, when did they exit, that type of thing.

15 It was -- it's pretty extensive.

16     Q    Okay.  And you completed this for -- you had to

17 complete this for all your students?

18     A    Yes.

19     Q    At centers and school-based locations?

20     A    Correct.

21     Q    Okay.  And did -- was -- and this was requested

22 by Vickie Cleveland and LaKesha Stevenson?

23     A    Correct.

24     Q    Did they share the purpose for the file review?

25     A    No.



```
1        Q    Okay.  Have you had to do this again since
2   2020?
3        A    No, I don't think so.  I've done it twice, but
4   I can't remember.  I think this was the first time.  I
5   think I've done this twice.
6        Q    Okay.  So this was 2020.  When do you think you
7   did it the second time?
8        A    It may have been beforehand because -- because
9   I think this was my second time having to do it.
10       Q    Okay.  And by "beforehand," do you mean like in
11  the five years before 2020 or was it like 2019?
12       A    I think it was like 2017/'18ish.  I think it
13  was really right close when I became director.
14       Q    Okay.  Thank you.
15            Have you heard that you need to do this again
16  soon?
17       A    No.
18       Q    Okay.  It sounds like you are not looking to do
19  that; is that correct?
20       A    Girl.
21       Q    Yeah.  So this took a long time, Ms. Cole?
22       A    Yes.
23       Q    Okay.
24       A    Yes.
25       Q    Okay.  I understand.
```



1              THE VIDEOGRAPHER:  The time is 5:27 p.m., and
2   we are off the record.
3              (The deposition was at recess from 5:27 p.m. to
4   5:44 p.m.)
5              THE VIDEOGRAPHER:  The time is 5:44 p.m., and
6   we are on the record.
7              MS. TUCKER:  Thank you.
8         Q   BY MS. TUCKER:  Ms. Cole, earlier you mentioned
9   the GNETS strategic plan?
10        A   Yes.
11        Q   And you said that this year it's being wrapped
12  into the GNETS grant application, correct?
13        A   So that started last year.
14        Q   Last year?
15        A   They pushed some of that information into the
16  grant.
17        Q   Okay.  Let's take the strategic plan prior to
18  last year.  What -- what was the strategic plan then?
19        A   So actually we were on a three-year rolling.
20  It was -- it was based on -- so you have information from
21  my last that I did?
22        Q   Uh-huh.
23        A   Because I was at 100 percent.  So then once I
24  reached 100 percent, then they would not monitor me again
25  for three years.  So it was artifacts regarding

 1  instructional -- instructional practices, behavioral

 2  practices, fiscal management, things to that nature.

 3      Q   Okay.  So when did you last receive 100

 4  percent?

 5      A   Three or four years ago.

 6      Q   Okay.  Would it be in 2019?  Does that sound

 7  right?

 8      A   It does sound right.

 9      Q   Okay.

10      A   I think I provided that --

11      Q   Yeah.

12      A   -- outcome.

13      Q   I'm happy to share that really fast.

14          Okay, I have my folder somewhere.

15          MS. TUCKER:  Okay.  I'd like for the court

16  reporter to mark this document as Plaintiff's Exhibit

17  580.

18          (Plaintiff's Exhibit 580 was marked for

19  identification.)

20      Q   BY MS. TUCKER:  Ms. Cole, this is a July 1st,

21  2019 letter to you from Vickie Cleveland.  The GaDOE logo

22  is on the top.  The Bates number on the bottom reads

23  Elam-3-18-22-Supplement-3492.

24          Do you recognize this letter?

25      A   Yes.



1      Q    Is this what you are referring to a moment ago?

2      A    Yes.

3      Q    Okay.  So this is a 2019 letter, and it

4  reflects GaDOE providing a 100 percent score to Elam

5  Alexander Academy on the strategic plan, correct?

6      A    Correct.

7      Q    Okay.  And then are you saying that when you

8  receive 100 percent you are then not monitored for how

9  long?

10      A    I believe it was like three years.

11      Q    Three years.  So if this was in 2019 -- so

12  that's for 2018 to 2019 school year?

13      A    Correct.

14      Q    Okay.  So then when would you have been up to

15  be re-reviewed?

16      A    I believe it was last year.

17      Q    Okay.

18      A    Or the year before.  I can't recall.

19      Q    Okay.  So either school year 2021 or school

20  year '21/'22?

21      A    Correct.

22      Q    Were you reviewed through the strategic plan at

23  any of those times?

24      A    Not through that process because they pushed a

25  lot of like the artifacts that they wanted into the grant



 1    process.

 2         Q    Okay.  So do the artifacts, were those

 3    artifacts part of the grant process at any point before

 4    then?

 5         A    No.

 6         Q    So the grant process became longer?

 7         A    Last year, yes.

 8         Q    Okay.  So is -- as it -- would you just say

 9    that they have like merged these two documents?

10         A    I would say so, yes.

11         Q    Okay.  Were they on different timelines before?

12         A    The strategic plan and the -- yes.

13         Q    What were the timelines?

14         A    So with the strategic plan, you -- they would

15    monitor programs at different dates.  So if -- mine was

16    like in March, but I would just continuously upload --

17         Q    Uh-huh.

18         A    -- throughout the year.

19         Q    Okay.

20         A    And then it's much like the grant where you

21    would sign off, and then they can review.

22         Q    Okay.  Let's speak to this year where you

23    received the 100 percent.

24         A    Okay.

25         Q    What did that look like, that process look



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          391

1   like?

2        A    On my end?

3        Q    Uh-huh.

4        A    It was just gathering all of the artifacts I

5   have to demonstrate or show that I have met that

6   criteria.

7        Q    Okay.  And this is criteria set specifically by

8   GaDOE?

9        A    Yes.

10       Q    Okay.  Did it involve any meeting with GaDOE?

11       A    They did some training on it about what kind of

12  information they were looking for because it was, you

13  know, the different parts of the strategic plan, and then

14  how many artifacts they wanted for each.

15       Q    And then for that year, was there a review

16  meeting where you discussed your artifacts or any of your

17  data with GaDOE?

18       A    Yes.

19       Q    Okay.  What does that meeting look like?

20       A    We would go through each section.  We would

21  look at what I have uploaded and how that met the

22  criteria, any additional information they may want to

23  see, that kind of thing.

24       Q    Okay.  And how long would those meetings last?

25       A    A couple of hours.



1       Q    A couple of hours.  Were they in person?

2       A    The first time that I was -- I was, yes, it was

3  in person.  The second time was not.  It was virtual.

4       Q    Okay.  And would that second time be this

5  2018/'19 where you received 100 percent?

6       A    Correct.

7       Q    Okay.  If you had received lower than 100

8  percent, would you have been re-reviewed the next year?

9       A    Correct.

10      Q    Is that if you receive a 99, or was there a

11 different cutoff?

12      A    I forgot where they were, but I think it was

13 below a certain percentage.  I can't remember if it was

14 90 percent, 85 percent.  I can't remember what the cutoff

15 was, but if you did not meet a certain level of practice,

16 then you would be reviewed more frequently, monitored

17 more frequently.

18      Q    I understand.

19           And then prior to this 2019 100 percent rating,

20 how often were you reviewed under the strategic plan?

21      A    Yearly.

22      Q    Yearly.  Was -- had you reached 100 percent

23 before?

24      A    No, but I was close.  I think I was in the 80s

25 the time prior, like 88.  I can't recall.



1    Q    Okay.  You don't recall a committee?

2    A    I don't.

3    Q    Okay.

4    A    Maybe.  I don't know.

5    Q    It's okay.

6         So after 2019, you were not to be reviewed for

7    three years, and then that is now passed, correct?

8    A    Correct.

9    Q    And they are no longer doing the separate

10   strategic -- "they" being GaDOE, are no longer doing the

11   strategic plan in the same fashion?

12   A    Correct.

13   Q    Okay.  So it's all a part of the grant

14   application?

15   A    Yes.

16   Q    Thank you.

17        What are your thoughts on the merging of the

18   two documents?

19   A    I think it's fine.

20   Q    Okay.

21   A    I mean, there was a -- you upload a lot of the

22   same information, so...

23   Q    Is there anything that was maintained in the

24   strategic plan that you had to collect that's not

25   included in the grant app?

