# EXHIBIT K

```
1                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
2                         ATLANTA DIVISION

3

4  UNITED STATES OF AMERICA,
                              )CIVIL ACTION
5          Plaintiff,         )NO. 1:16-cv-03088-ELR
                              )
6  vs.                        )
                              )
7  STATE OF GEORGIA,          )
                              )
8          Defendants.        )
                              )
9  - - - - - - - - - - - - - - )

10

11              VIDEOTAPE DEPOSITION OF

12                  CLARA KEITH BROWN

13

14       Tuesday, June 7, 2022, 9:18 a.m., EST

15

16

17

18

19        HELD AT:

20        Robbins Alloy Belinfante Littlefield LLC
          500 14th Street, N.W.
21        Atlanta, Georgia  30318

22   ----------------------------------------------

23

24        WANDA L. ROBINSON, CRR, CCR, No. B-1973
       Certified Shorthand Reporter/Notary Public

25
```



 1  BY MS. GARDNER:

 2     Q   Ms. Keith Brown, the court reporter has

 3  just handed you Plaintiff's Exhibit 56.  This is an

 4  email chain with the most recent email being one

 5  from you to Nakeba Rahming, sent on March 16, 2015,

 6  with the subject "Re:  CPI Training."

 7          The first page of this document is

 8  Bates-stamped GA00481564.

 9          Is this an email you wrote to Nakeba

10  Rahming?

11          (Witness reviews exhibit.)

12     A   I've read -- I finished reading, and your

13  question is?

14     Q   My question is at the top of this

15  document, is this an email that you wrote to Nakeba

16  Rahming?

17     A   I would assume so.  I wouldn't remember.

18  It was 19 -- it was 2016.

19     Q   Do you have any reason to believe that you

20  did not write this email?

21     A   No, I do not.

22     Q   Who is Nakeba Rahming?

23     A   Nakeba Rahming was the program director

24  for the GNETS program.  I may not have her title

25  completely accurate.



1      Q     And when you say program director for the
2  GNETS program, who was Ms. Rahming's employer?
3      A     She was the Georgia -- she was an employee
4  of the Georgia Department of Education.
5      Q     You note in this email, you say:  "I think
6  it is important for the GNETS to understand the goal
7  of the GNETS program is to transition students back
8  to their LRE and as much as possible, in the general
9  education program."
10          Have I read that correctly?
11     A     Yes, you read it correctly.
12     Q     What is LRE?
13     A     LRE is least restrictive environment.
14     Q     And what does that mean?
15     A     Least restrictive environment.  That
16  wherever possible the student is in the general
17  education classroom with his or her peers, with
18  support services in that classroom, depending on the
19  needs of the students.  It may -- they may need
20  different services depending on what you identified
21  in the IEP.
22          THE VIDEOGRAPHER:  Can we take a quick
23      break.
24          We're off the record at 9:44 a.m.
25          (A recess was taken.)



1      Q    And then I believe you said that you

2   resigned your position with DBHDD in 2018?

3      A    Correct.

4      Q    And just to clarify, DBHDD is the acronym

5   used for the Georgia Department for Behavioral

6   Health and Developmental Disabilities, correct?

7      A    Correct.

8      Q    So if I use the phrase "DBHDD," you'll

9   understand that to mean the agency that employed you

10  between September of 2015 and when you resigned the

11  position in 2018?

12     A    Correct.

13     Q    What was your official title at DBHDD when

14  you retired in 2018?

15     A    Director.

16     Q    Director?

17     A    Yes.

18     Q    And how long did you hold that title?

19     A    From September of 2015 until I resigned in

20  March of 2018.

21     Q    How did you come to hold that title?

22     A    I'm not -- I don't understand your

23  question.

24     Q    Well, so you told me earlier that Mr.

25  Winter approached you to ask if you would consider



 1  findings would be helpful for them?

 2      A    I think it was important for them to know

 3  what I knew.

 4      Q    So I take it then that the group of people

 5  to whom you circulated the letter of findings in

 6  this email were not previously familiar with that

 7  letter of findings?

 8      A    I can't answer that.

 9      Q    So you didn't know whether they were or

10  not, but you wanted to make sure they had access to

11  it?

12      A    Correct.

13      Q    Okay.  We've talked a bit about the people

14  that you worked with on a regular basis within DBHDD

15  while you were director.  Is there anyone who you

16  met with on a regular basis within DBHDD that we

17  have not talked about yet?

18      A    I can't recall anyone.

19      Q    Okay.  Did you work on a regular basis

20  with anyone outside of DBHDD to discharge your

21  responsibilities when you were a director?

22      A    Yes.

23      Q    And where outside of DBHDD were those

24  people who you worked with on a regular basis?

25      A    The Georgia Department of Education.



1      Q    Anywhere else?

2      A    No.

3      Q    What was the role of the Georgia

4   Department of Education in the GNETS program?

5      A    The role of -- from my understanding, the

6   role was to ensure that the funding from -- that was

7   appropriated was given, allocated to the GNETS, and

8   that the Division of Special Education would have

9   provided support or professional learning if they so

10  -- if they asked for professional learning to GNETS.

11     Q    Any other roles?

12     A    No.  I'm not -- I can't recall any.

13     Q    Who at the Georgia Department of Education

14  did you work with on a regular basis when you were

15  director at DBHDD?

16     A    I worked very closely with Nakeba Rahming

17  after she was hired.  I worked closely with the

18  Facilities Division, specifically with Mike Rowland.

19          I worked closely with the Policy Division

20  when the GNETS rule was going through negotiated

21  rulemaking.

22          I worked closely with -- at that time her

23  name -- Debbie Gay, the director of Special

24  Education.

25          There may have been others, but those are



 1  the ones that come to mind immediately.

 2       Q    Did you work on a regular basis with Matt

 3  Jones?

 4       A    Yes.  Matt Jones was the chief of staff.

 5  I kept him informed about the work.  About my work.

 6       Q    Did you work on a regular basis with

 7  Zelphine Smith-Dixon?

 8       A    I worked with Zelphine.

 9       Q    And what did you work with her on?

10       A    She was the director of Special Education,

11  if I'm not mistaken, and Debbie Gay was the

12  associate superintendent.  So I would have -- if I

13  had any questions, if I -- if she was planning

14  professional learning for GNETS, I would have

15  attended those special learning -- professional

16  learning sessions.

17       Q    Did you work on a regular basis with

18  Vickie Cleveland?

19       A    When she was first hired, yes, I did.

20       Q    And she was hired into what position?

21       A    I don't recall her position.  I remember

22  when she was rehired -- when she was hired.

23       Q    What did you work with her on when she was

24  hired?

25       A    I believe, the best of my recollection,



1        A    No.

2        Q    In this email you advise Mr. Austensen

3   that you're now with DBHDD; is that right?

4        A    That is correct.

5        Q    And you say, quote:  "I'm providing

6   oversight and supporting the GaDOE's GNETS program."

7   Is that right?

8        A    Correct.

9        Q    The reference here to GaDOE means the

10  Georgia Department of Education?

11       A    Correct.

12       Q    We've talked a bit about your job

13  responsibilities, but I want to be sure that I'm

14  clear here.

15            When you say you're providing oversight,

16  in what ways did you understand yourself to be

17  providing oversight of GaDOE's GNETS program?

18       A    Oversight for the revision of the GNETS

19  rule, oversight for the updating of the procedurals

20  manual, oversight for making sure that divisions

21  within the Georgia Department of Education were

22  working together to -- particularly on the

23  facilities program.  And oversight for making sure

24  that the Georgia Department of Education knew who --

25  what resources existed outside or external of the



1  Georgia Department of Education.

2      Q    In this email you say you were in Twin

3  Towers two to three days per week.  What does that

4  mean?

5      A    I went to work at Twin Towers, which is

6  the Georgia Department of Education, for two to

7  three days per week.

8      Q    So Twin Towers is the Georgia Department

9  of Education building?

10     A    That is correct.

11     Q    You were working full-time at the time you

12  sent this email?

13     A    Yes.

14     Q    And so the remaining days of the week, I

15  take it, you were at DBHDD?

16     A    Yes, unless I was offsite doing other

17  work, yes.

18     Q    And in what circumstances would you do

19  work offsite?

20     A    I would have attended professional

21  learning opportunities with Nakeba.  I would have

22  met with Nakeba at a particular GNETS if she needed

23  me to be there.

24          I attended all of the rulemaking sessions

25  which were outside of the Atlanta area, outside of



1              I'm going to do my best to kind of group

2    those into some broad categories so that we can sort

3    of work from the same page in terms of some of the

4    big areas in which you worked on GNETS.  Is that

5    okay?

6         A    Yes.

7         Q    Okay.  So I believe that you told me that

8    one of the broad areas in which you worked on GNETS

9    related to a strategic plan; is that right?

10        A    Yes.

11        Q    A second area that you mentioned was a

12   GNETS manual?

13        A    I reviewed that manual, yes.

14        Q    What is a GNETS manual?

15        A    It was a document providing guidance on

16   how to implement the GNETS rule.

17             THE VIDEOGRAPHER:  I'm sorry, do you have

18        your mike back on?

19             THE WITNESS:  You're good.

20             MS. GARDNER:  Want me to start over?

21             THE VIDEOGRAPHER:  No.  Thank you.

22   BY MS. GARDNER:

23        Q    So in addition to working on a strategic

24   plan for GNETS, you also worked on guidance for

25   GNETS?



 1  p.m.  This document bears the Bates-stamp

 2  GA00481563.

 3         Is this a calendar invitation that you

 4  received from Ms. Rahming?

 5     A    Yes.

 6     Q    And correct that in this calendar

 7  invitation Ms. Rahming says:  "We will be meeting to

 8  review and discuss our updates on our project plan,

 9  strategic plan, data collection progress and outline

10  for a service delivery model"?

11     A    Yes.

12     Q    Did anyone else attend this meeting apart

13  from you and Ms. Rahming?

14     A    I would not remember.

15     Q    But the calendar invitation wasn't sent to

16  anyone except for you and Ms. Rahming?

17     A    That's correct.

18     Q    Of the things that are listed here as

19  subjects of your meeting, you've already told me

20  about just generally that you worked on a strategic

21  plan?

22     A    Yes.

23     Q    This calendar invitation references a

24  project plan.  What is that?

25     A    That would have been a plan that Nakeba



1  had to outline the broad areas of work that I

2  mentioned earlier, revising the State Board rule,

3  looking at the operations manual to implement that

4  rule, and any collaboration with partners that we

5  were trying to establish.

6       Q    And when you say it outlined the broad

7  areas of work, in what ways did it outline the broad

8  areas of work?

9       A    An example would be with the strategic --

10  with the State Board of Education rule, the GNETS

11  rule, we would have defined the steps that we needed

12  to take.  We would have defined a person responsible

13  for ensuring those steps were met.

14           We would have -- for that rule, for

15  example, we would have defined that we needed

16  geographical locations at varying times during the

17  day so as many stakeholders as possible could attend

18  the meetings.

19       Q    And so I take it that plan included

20  multiple broad areas of work but one of which is,

21  you're using as an example, is GNETS rulemaking?

22       A    Yes.

23       Q    You also, it sounds like from this

24  calendar invitation, were planning to discuss data

25  collection progress?



1        A    Yes.

2        Q    And what does that refer to?

3        A    So that would have been Nakeba's project,

4   and she would have been updating me on data

5   collection.  I don't recall the specific data

6   collection that she's referring here, but that would

7   have been Nakeba's responsibility.

8        Q    Okay.  So the data collection progress was

9   a project of Ms. Rahming's?

10       A    Yes.

11       Q    And in this meeting she would have just

12  been providing you with updates on how that project

13  was coming along?

14       A    Correct.  And I would have been providing

15  her my guidance on who she needed to talk to to make

16  that happen, if she needed my help.

17       Q    Now, the strategic plan that's mentioned

18  here, whose project was that?

19       A    That would have been Nakeba's project.

20       Q    And what was then your role in the

21  strategic plan?

22       A    I would -- I'm sorry.

23            I would have been there to provide

24  guidance, answer questions that I had knowledge

25  about, give -- an example would be if the State



1  Board of Education rule is passed by the State Board

2  of Education, in the strategic plan we need to make

3  sure that GNETS directors have access to that plan

4  and that there is training on -- well, technical

5  assistance on that plan.

6          I would have been there to make sure that

7  was included.

8      Q    Okay.  Moving on, this calendar invitation

9  references outlining for a service delivery model?

10     A    Yes.

11     Q    What is that?

12     A    I can't answer that question.  That would

13 have been Nakeba.

14     Q    So that would have been a project of Ms.

15 Rahming's?

16     A    That is correct.

17     Q    As with the data collection progress

18 project, is that a project of Ms. Rahming's that she

19 would have been providing you updates on?

20     A    That's correct.

21     Q    And likewise, with the project plan, was

22 that a project of Ms. Rahming's as well?

23     A    It indicates that it is our project plan.

24 So Nakeba and I would have been working on this

25 together, on the project plan together.



1  meetings as opposed to statewide meetings.

2         If there were any professional learning

3  that was recommended for all GNETS directors, either

4  recommended for GNETS directors or recommended as a

5  Train The Trainer model, then that person would need

6  to secure the delivery of that professional

7  learning.  That person would need to then actually

8  go on-site to ensure that the intended professional

9  learning is exactly what happened.

10     Q    So the GNETS education program specialist

11 may have needed to travel on-site for purposes of

12 providing training?  Is that one of the sort of

13 purposes of travel in this particular position?

14     A    Yes.

15     Q    And then I think you also mentioned in

16 situations where the education program specialist

17 may not have been providing the training themselves,

18 they might be on-site to ensure that the training

19 delivered was actually what was supposed to be

20 delivered?

21     A    Yes.

22     Q    Did the GNETS education program specialist

23 travel on-site to assess programs in any way?

24     A    Yes.

25     Q    And sort of what was the nature of the



1  assessment that the education program specialist

2  might travel to GNETS programs for?

3      A    The GNETS were required to complete the

4  strategic plan.  There is an assessment partner.  So

5  the GNETS person would have gone on-site to have a

6  discussion about that rating.

7      Q    And when the GNETS education program

8  specialist went on-site to have a discussion about

9  that rating, was the education program specialist

10 looking at anything to determine whether that rating

11 was accurate?

12     A    I hesitate because I did not see any data,

13 for example, that the -- that the specialist would

14 have -- that Nakeba in this particular case would

15 have pulled, but -- so I can't say for certain that

16 that is exactly what happened.

17     Q    Okay.  Was there any out-of-state travel

18 required for or contemplated for the education

19 program specialist?

20     A    I don't recall.

21        MS. GARDNER:  I'm handing the court

22     reporter what I would like to request be marked

23     as Plaintiff's Exhibit 64.

24        (WHEREUPON, Plaintiff's Exhibit-64 was

25      marked for identification.)



 1  question is both."  Is that correct?

 2      A    Yes.

 3      Q    Then you go on to say:  "The position is a

 4  newly funded position but expectation is this

 5  position will provide direct leadership and indirect

 6  supervision to the GNETS.  Some of the operations

 7  details are still left to be worked out, thus the

 8  reason we stressed the person filling this position

 9  will need to be flexible."

10      A    Yes.

11      Q    In what ways was the expectation that the

12  position would provide direct leadership to the

13  GNETS?

14      A    Direct leadership for implementing or

15  adhering to the State Board of Education GNETS rule,

16  and following the guidance that was developed for

17  that rule.

18      Q    Any other ways?

19      A    That's my best answer.

20      Q    In what ways was the expectation that the

21  position would provide indirect supervision to the

22  GNETS?

23      A    Yes.  Indirect because GNETS directors did

24  not report to anyone at the Georgia Department of

25  Education, but the State Board of Education rule



1  following the guidance as outlined in the manual, as

2  well as working on the strategic plan and evaluating

3  each, each director evaluating the services that

4  were provided through GNETS, this person would have

5  -- Nakeba would have been directly responsible for

6  that.

7          THE VIDEOGRAPHER:  I'm sorry, we need to

8      take another break.

9          Off the record at 12:05 p.m.)

10         (A recess was taken.)

11         THE VIDEOGRAPHER:  We're back on the

12     record at 12:09 p.m.

13  BY MS. GARDNER:

14     Q    We were discussing the email that Ms.

15  Rahming sent to you after interviewing with the

16  Georgia Department of Education for the position

17  that she was ultimately hired into.

18         Ms. Rahming includes in her email a third

19  question that she remembered after her interview.

20         Do you see that?

21     A    Yes.

22     Q    And that question is:  "What are your

23  short and long-term expectations of the hired

24  candidate?"

25     A    Yes.



1      Q    You also include in your email response to
2    her an answer to that question?
3      A    Yes.
4      Q    Am I correct that answer says:  "The
5    short-term expectations include working with Debbie
6    Gay and me to develop a project management plan that
7    includes detailed action steps to address program
8    improvements; determining any budget needs to
9    implement program improvements; visiting the GNETS
10   programs to determine current levels of
11   implementation"?
12     A    Yes.
13     Q    And then you go on to say:  "In the
14   long-term, it is important for the GNETS to be an
15   option in the continuum of services for eligible
16   students.  Please note we are expecting the person
17   filling this position to assist in finalizing both
18   short and long-term goals for GNETS."
19     A    Yes.
20     Q    You say at the beginning that the
21   short-term expectations include working with Debbie
22   Gay and you to develop a project management plan
23   that includes detailed action steps to address
24   program improvements?
25     A    Yes.



1      Q    Is that the same project plan that we

2   discussed earlier when looking at the list of issues

3   that you and Ms. Rahming were going to meet about to

4   discuss updates?

5      A    Yes.

6      Q    You also include as short-term

7   expectations working with Debbie Gay and you to

8   determine budget needs to implement program

9   improvements?

10     A    Yes.

11     Q    And then visiting the GNETS programs to

12  determine current levels of implementation?

13     A    Yes.

14     Q    What did you mean by current -- by

15  determining current levels of implementation?

16     A    I don't -- I can't specifically remember

17  exactly why that was there, but it would have -- in

18  my thinking, it would have been related to

19  implementing the State Board of Education rule and

20  the guidance in the, in the GNETS manual.

21     Q    And once Ms. Rahming was hired, did she

22  work with you and Debbie Gay to visit GNETS programs

23  to make that determination?

24     A    Not with -- we did not go as a team.

25     Q    Did Ms. Rahming go?



1      A    To the best of my recollection, she would

2   have begun that process before I left, yes.

3      Q    But you did not accompany her?

4      A    Based on my recollection, it is possible

5   that I accompanied her, but it wasn't necessary for

6   me to actually attend each of those sessions with

7   the GNETS.

8      Q    Okay.  So you may have -- you may have

9   joined Ms. Rahming on some on-site visits but

10  on-site visits were her responsibility, and so you

11  would not have needed to go to every single one?

12     A    That is correct, because the document they

13  would have been using would have been the strategic

14  plan.  They would have been -- they would have

15  actually completed the portion of the strategic plan

16  that the GNETS directors needed to complete for

17  their program.  And so I may have attended a couple

18  of those sessions, but I know I did not go with

19  Nakeba on -- I'm sorry -- Ms. Rahming on every

20  visit.

21     Q    You mentioned the project management plan

22  here.  Did Ms. Rahming in fact work with you and

23  Debbie Gay to develop a project management plan?

24     A    Yes.

25     Q    Was any part of that project management



1  plan developed prior to Ms. Rahming being hired?

2       A    There -- yes.  I developed a project

3  management plan for the three areas that were --

4  that I was expected to work on.

5       Q    And you developed that prior hiring Ms.

6  Rahming?  Ms. Rahming being hired?

7       A    Yes, because her hiring would have been

8  one of the strategies that I would have concluded

9  was necessary when I put together my own project

10 management plan.

11      Q    And so that project management plan that

12 you developed prior to Ms. Rahming's hire, what were

13 those three areas that you had included in that plan

14 already?

15      A    To review the State Board of Education

16 rule and make recommendations.  The recommendation

17 was to begin the negotiated rulemaking; to ensure

18 that once the negotiated rulemaking had started,

19 that there be multiple opportunities for

20 stakeholders to provide comments or to just come and

21 listen, and that those hearings should be held in

22 multiple places throughout the state for

23 geographical representation.

24           That we review -- that I review the manual

25 related to GNETS and determine if that manual, after

1  talking with the special education staff,

2  specifically Debbie Gay, and there may have been

3  other staff, if there was a need to update the

4  manual; to ask questions, like does it accurately

5  represent what you know to be operational at this

6  time; to make recommendations for any professional

7  learning for staff at the Department of Education,

8  for LEA's, for special education directors at local

9  school districts, as well as for GNETS directors.

10          And also to coordinate, collaborate within

11  the Department of Education different divisions, as

12  well as with the DBD -- the Department of Behavioral

13  Health and Developmental Disabilities, to coordinate

14  learning about those resources that were available

15  through DBHDD.

16      Q    So what I understand based on what you

17  just said, that those three areas were the State

18  Board of Education GNETS rule, GNETS manual and

19  guidance, and then coordination of division or areas

20  within the Georgia Department of Education and DBHDD

21  about services?

22          Is that a fair summary of the sort of

23  three general areas that you had included in the

24  project management plan prior to Ms. Rahming's hire?

25      A    Yes.



1      Q    This portion of the project management

2   plan that you developed prior to Ms. Rahming's hire,

3   did anyone else participate in drafting that or was

4   that your responsibility?  How did that come to be?

5      A    That was my responsibility based on my

6   conversation with Mr. Winter and State Board of

7   Education expectations about what my role was to be

8   in this, in this project.

9      Q    Anyone else a part of the conversation

10  with Mr. Winter that sort of provided you with the

11  understanding that you needed to develop this

12  project management plan?

13     A    No.  But I need to explain.

14          Mr. Winter shared with me the report.  He

15  shared with me the State Board of Education rule.

16  As a result of that, I determined what my steps

17  needed to be in order to be able to make

18  recommendations to the State Board.

19     Q    Okay.  And so when you determined those

20  steps, you started to outline those in what was the

21  beginning of the project management plan?

22     A    Correct.

23     Q    Okay.  Who set the short-term goals that

24  you identified in your response to Ms. Rahming here?

25     A    I believe I said she would be expected to



1  provided her contact information for the GNETS as

2  well.

3      Q    The strategic plan that you mentioned was

4  one of Ms. Rahming's projects.  Had that been

5  started at the time that you were assisting Ms.

6  Rahming in sort of getting her bearings within the

7  Department of Education?

8      A    Yes.

9      Q    Who started that prior to Ms. Rahming

10  arriving?

11      A    She would have started that.

12      Q    She would have started that when she

13  arrived?

14      A    Yes.

15      Q    In discussing the calendar invitation we

16  looked at earlier for the meeting between you and

17  Ms. Rahming that outlined the four areas in which

18  Ms. Rahming was providing updates to you, do you

19  recall that?

20      A    Yes.

21      Q    And you can look back if you would like.

22          One of the things listed was an outline

23  for service delivery model.  Do you recall that?

24      A    Yes, I do.

25      Q    What is a service delivery model?



1  therapeutic services were being provided in regional

2  units' programs?

3       A    I did not know that.

4            MS. GARDNER:  I'd like to ask the court

5       reporter to mark this document as Plaintiff's

6       Exhibit 71.

7            (WHEREUPON, Plaintiff's Exhibit-71 was

8        marked for identification.)

9  BY MS. GARDNER:

10      Q    The court reporter has handed you what is

11  marked as Plaintiff's Exhibit 71.  This is an email

12  from Nakeba Rahming to you dated June 24, 2016.  The

13  subject is "Therapeutic Supports."

14           The first page of the email is

15  Bates-stamped GA00197223.

16           This is an email that you received from

17  Ms. Rahming?

18      A    Yes.

19      Q    And am I correct if you look at the very

20  first page, in the Attachments field, this email

21  included two attachments?

22      A    Yes.

23      Q    If you turn to the first attachment, which

24  has the Bates No. ending in 7224, do you see that?

25      A    Yes.



1      Q    What is the heading at the top of this

2  document?

3      A    "Reviews for clinical staff within a

4  therapeutic setting to serve students."

5      Q    Were you involved in preparing this

6  document?

7      A    I don't recall specifically being involved

8  in preparing this document.

9      Q    But you received this document from Ms.

10  Rahming in the context of this email?

11      A    Yes, I did.

12      Q    Am I correct that in this email Ms.

13  Rahming is asking -- is saying she will call to

14  discuss feedback on these documents?

15      A    Yes.

16      Q    If you look at the first paragraph of this

17  document, it says:  "In an effort to validate the

18  decisions around GNETS provision of therapeutic

19  services for students, a comprehensive review of

20  other identified therapeutic schools were

21  researched."

22          Do you see that?

23      A    Yes.

24      Q    Then further down in that paragraph, it

25  says:  "The programs reviewed and the makeup of



1 their clinical staff serve as a basis to compare the

2 makeup of the clinical staff at each of the 24 GNETS

3 programs."

4          Do you see that?

5     A    Yes.

6     Q    This first paragraph goes on to say:

7 "Based on this comparison, it was determined whether

8 or not identified GNETS programs were staffed to

9 provide therapeutic/behavioral service to students

10 with significant Emotional/Behavioral needs like

11 other therapeutic programs."

12         Do you see that?

13    A    Yes.

14    Q    So this is a document that Ms. Rahming is

15 providing to you for feedback, and it has to do with

16 the review of clinical staff at regional GNETS

17 programs and whether those programs are staffed to

18 provide therapeutic and behavioral services to

19 students?

20    A    Yes.

21    Q    The bottom portion of this document

22 identifies three schools outside of Georgia that

23 have therapeutic components; is that right?

24    A    Yes.

25    Q    And for each of these schools it lists the



1              And you received this document.  You

2    worked with Ms. Rahming.  So I'm asking, did you

3    have any understanding when you received this as to

4    what was being communicated here?

5         A    She was looking at the data that she

6    listed below, looking at the ratio, therapeutic

7    services and staff provided at GNETS.  She talked to

8    GNETS directors, and she looked at other therapeutic

9    programs and pulled all of that information

10   together.

11        Q    Okay.  At bottom of this document it says:

12   "Please see the attached document with an overview

13   of clinical staff serving each GNETS program for the

14   2015-2016 school year."

15             Do you see that?

16        A    Yes.

17        Q    So if you could turn to the second

18   attachment, and the first page of that is Bates No.

19   GA 00197225.

20             What is the heading at the top of this

21   document?

22        A    "Analysis of clinical staff available to

23   provide direct therapeutic/behavior support to

24   students in GNETS programs."

25        Q    Can you walk me through what this document



 1  shows?

 2      A    The Fiscal Agent, the Site, the Clinical

 3  Staff, the LEA Funded clinical staff, Contracted

 4  Clinical Staff, total number of students served, the

 5  ratio of staff to student, Clinical Support,

 6  Directors Interviews as of 6/16/2016.

 7      Q    And those are the headings for every

 8  column that move from left to right in the document

 9  on the first page?

10      A    Yes.

11      Q    This document identifies in the site

12  column each of the 24 regional GNETS programs; is

13  that right?

14      A    23.  Maybe -- I want to make sure.

15           Yes, yes.

16      Q    And when you say yes, yes, did you count?

17      A    There's 24.  I did.

18      Q    And for each of the 24 regional GNETS

19  programs, this chart contains information that falls

20  into those categories of the columns that you read a

21  few moments ago?

22      A    Yes.

23      Q    Some of the rows on this document are

24  highlighted in a very dark shade as compared to

25  others.  Do you see that?

1       A     Yes.

2       Q     What is the significance of that shading?

3       A     I don't recall.

4       Q     Are each of the GNETS programs that are

5   shaded in the darkest color have the text "very

6   concerning" in the column that's titled, "Clinical

7   Support."

8       A     Yes.

9       Q     And the information in the Clinical

10  Support column, is this a qualitative assessment

11  about the clinical staff at a particular regional

12  GNETS program based on the total number of students

13  served and the ratio of clinical staff to students

14  that's contained in this chart?

15      A     I'm not sure if that was the reason it was

16  labeled "concerning" or "very concerning."  I don't

17  have that knowledge.

18      Q     If you turn to the second page of this

19  document, am I correct there's a legend at the

20  bottom on the right-hand side, has the heading

21  "GNETS Programs?"

22            Do you see that?

23      A     Yes.

24      Q     Is this the legend that explains when

25  programs were rated very concerning?



1        A    This is an explanation of the ratings.

2        Q    Okay.  If you turn to the very last page

3   of that attachment, the text on the right half of

4   the document, is this basically a summary narrative

5   of the take-aways of this analysis of clinical staff

6   at regional GNETS programs?

7        A    Yes.

8        Q    In that summary, am I correct that it

9   says, "Compared to other therapeutic models, many of

10  the GNETS programs are operating below the expected

11  student clinical staff ratio for therapeutic

12  services"?

13       A    Yes.

14       Q    Moving down to the second paragraph below,

15  it says:  "Digging deeper, some of the expected

16  clinical services are being provided by

17  non-credentialed personnel trained by GNETS and/or

18  credentialed in another without formal training or

19  certification to deliver counseling services."

20       A    Yes.

21       Q    And then in the middle of the last

22  paragraph, it notes that "the major reason for using

23  non-credentialed and under qualified staff are that

24  it is most cost effective or it is all the program

25  can afford due to budget limitations"?



CLARA KEITH BROWN                                          June 07, 2022
UNITED STATES vs STATE OF GEORGIA                                    140

1        A    Yes.

2             MS. GARDNER:   I'd like to have the court

3        reporter mark this document as Plaintiff's

4        Exhibit 72.

5             (WHEREUPON, Plaintiff's Exhibit-72 was

6          marked for identification.)

7    BY MS. GARDNER:

8        Q    You've been handed Plaintiff's Exhibit 72.

9    This is an email from Nakeba Rahming to you dated

10   July 13, 2017.  The subject is "FY18 Therapeutic

11   Staff Assurance."

12            And this email has the Bates stamp

13   GA00198908.

14            This is an email that you received from

15   Ms. Rahming?

16       A    Yes.

17       Q    And in it she says to you:  "Please review

18   and let me know your thoughts.  We can work on edits

19   tomorrow."

20       A    Yes.

21       Q    Ms. Rahming attaches a document to this

22   email that -- at least the file name document

23   appearing on the email page is FY18 Therapeutic

24   Staff Assurances?

25       A    Yes.



1      Q     Correct?  Okay.

2            If you take a look at the attachment,

3   which is Bates-stamped GA00198909; when Ms. Rahming

4   says that you can work on edits tomorrow, she's

5   referring to edits to this attachment?

6      A     Yes.

7      Q     What was the purpose of this form?

8      A     The purpose of this form was to get

9   assurances from the fiscal agent that funds provided

10  through the GNETS grant would be used for the

11  purposes of providing and/or enhancing therapeutic

12  support services at GNETS.

13     Q     So this was a document that would be

14  signed if a GNETS, a regional GNETS program were

15  receiving funds for a service agreement with the

16  provider of clinical services to students?

17     A     Say that again.

18     Q     Yeah.  I'm just clarifying to make sure I

19  understand, this was a document that a regional

20  GNETS program would sign if they were receiving

21  funds for a service agreement basically with a

22  provider of clinical services to GNETS students?

23     A     No.  This is a form that the fiscal agent

24  would sign to assure the Georgia Department of

25  Education that those funds would be used to provide



1  or enhance educational and therapeutic supports at

2  the GNETS.

3      Q    Okay.  So this form would be signed by the

4  fiscal agent?

5      A    Correct.

6      Q    This form would also be signed by the

7  GNETS director?

8      A    Yes.

9      Q    And the form was in connection with funds

10  provided to ensure that -- this says temporary

11  therapeutic services.  Am I understanding that

12  right?

13      A    Yes, you are.

14      Q    If you look on the document, in the text

15  that appears in connection with No. 1 -- these are

16  the list of assurances that are being given in this

17  document, right?

18          There's an enumerated list of six of them?

19      A    Yes.

20      Q    And the first one says, "The fiscal agent

21  will enter no a temporary staffing service agreement

22  with a state approved therapeutic staffing service

23  provider for the current school year"?

24      A    Yes.

25      Q    So one of the assurances that was required



1  to be provided was that the fiscal agent entered

2  into a temporary staffing service agreement with a

3  therapeutic staffing service provider that was state

4  approved?

5       A    Yes.

6       Q    And when this says state approved, is that

7  approval by the Georgia Department of Education?

8       A    To my knowledge, no, I do not think the

9  Georgia Department of Education had a list of

10 approved therapeutic staffing services.

11      Q    Who decided whether a therapeutic staffing

12 service was state approved?

13      A    I don't know the answer to that.

14      Q    Moving down, another of the assurances was

15 that the GNETS director would provide data to the

16 Georgia Department of Education with, quote,

17 "caseloads, social-emotional progress monitoring

18 data, and fidelity of therapeutic sessions provided

19 by the contracted therapeutic professional."

20      A    No. 4, yes.

21      Q    No. 5?

22      A    Yes.

23      Q    Did you provide Ms. Rahming with any

24 feedback on this document?

25      A    I don't recall.



1  have had a discussion about them.  I don't have any

2  other comment about it.

3        Q    Okay.

4             MS. GARDNER:  I'm going to hand the court

5        reporter what I would like to have marked as

6        Plaintiff's Exhibit 73.

7             (WHEREUPON, Plaintiff's Exhibit-73 was

8         marked for identification.)

9  BY MS. GARDNER:

10       Q    Ms. Keith Brown, you have been handed

11 Plaintiff's Exhibit 73.  This is an email from you

12 to Nakeba Rahming.  The subject is "RE: SOBE

13 templates."

14            The email is dated August 16, 2017.

15            The Bates number on this first page is

16 GA00792054.

17            This is an email that you sent to Ms.

18 Rahming?

19       A    Yes.

20       Q    And in this email you say to Ms. Rahming:

21 "I just made a couple of edits.  Track changes did

22 not work so you will have to reread to make sure

23 your voice is accurately represented where I made

24 minor edits."

25            Do you see that?



1        A    Yes.

2        Q    In this email you are transmitting two

3   attachments back to Ms. Rahming, to which you made a

4   couple of edits?

5        A    Yes.

6        Q    Turning to the first attachment, which has

7   a beginning Bates No. GA00792055, correct that the

8   heading of this document says, "Georgia Department

9   of Education, Item for State Board of Education

10  Approval"?

11       A    Yes.

12       Q    And what was the purpose of a form like

13  this?

14       A    This was the form used to submit

15  recommendations for approval or nonapproval for the

16  State Board of Education.

17       Q    And this particular item for State Board

18  of Education approval, the item name here includes a

19  reference to "FY18 State Allocation - Therapeutic

20  Services Reimbursement for GNETS Fiscal Agents"?

21       A    Yes.

22       Q    And then if you look just beneath that,

23  what is the purpose of this particular item for

24  State Board of Education approval?

25       A    The purpose of this item is to reimburse



1  GNETS fiscal agents for cost related to providing

2  therapeutic services, including funding to cover the

3  cost of providing GNETS with personnel to provide

4  therapeutic counseling services to children with

5  identified significant mental health and behavioral

6  needs.

7      Q    Looking farther down this document, the

8  request here is -- or the recommendation here, I

9  should say, is for the State Board of Education to

10  authorize the State school superintendent to

11  reimburse GNETS fiscal agents for the purposes you

12  just described in the amount of $575,000 in state

13  funds?

14      A    Yes.

15      Q    On the second page of this item for State

16  Board of Education approval, there is a rationale

17  provided for the recommendation.  Is that correct?

18      A    Yes.

19      Q    And at least part of the rationale here

20  says that, and this is the second sentence, "The

21  onsite monitoring revealed some GNETS had a high

22  student to therapeutic staff ratio and/or could not

23  afford to hire therapeutic staff because the

24  2017-2018 GNETS grant funds were not sufficient for

25  some GNETS to cover the cost of hiring or



1  contracting therapeutic services for each child,

2  particularly those with significant needs."

3      A    Yes.

4      Q    And then it goes on to say:  "The results

5  what's a gap in therapeutic service delivery for

6  some students."

7      A    Yes.

8      Q    So this item for State Board of Education

9  approval is intended to close some of the gaps in

10  therapeutic services delivery that are referenced

11  here?

12      A    Yes.

13          MS. HERNANDEZ:  Objection.

14      A    Yes.

15      Q    Also on that second page, there's a

16  section -- do you see that section titled,

17  "Performance, Criteria, and Results"?

18      A    Yes.

19      Q    And in the Performance, Criteria and

20  Results section it says that:  "GNETS directors will

21  monitor and report to GaDOE the number and percent

22  of students receiving therapeutic services as well

23  as monitor individual progress in each students'

24  IEP/treatment plan"?

25      A    Yes.



1      Q     Again, the reference here to GaDOE, that's

2   the Georgia Department of Education?

3      A     Yes.

4      Q     Moving on to the second attachment to the

5   email, and the first page of this one is

6   Bates-stamped GA00792057.

7            This is also a Georgia Department of

8   Education Item for State Board of Education

9   Approval?

10     A     Yes.

11     Q     And the item name here includes a

12  reference to "Contract with GSU to provide

13  Functional Behavioral Assessment/Behavioral

14  Intervention Plan (FBA/BIP) Trainer of Trainers."

15     A     Yes.

16     Q     GSU, the reference here, what does that

17  mean?

18     A     Georgia State University.

19     Q     And if you move down to the bottom of this

20  page where it says, "Recommendation - Action Item,"

21  am I correct here that the Georgia Department of

22  Education is recommending that the State Board of

23  Education authorize the State school superintendent

24  to enter into a contract with Georgia State

25  University, Center for Leadership and Disability at



CLARA KEITH BROWN                                              June 07, 2022
UNITED STATES vs STATE OF GEORGIA                                        153

```
 1              MS. GARDNER:  I'm going to hand the court
 2      reporter what I would like to be marked as
 3      Plaintiff's Exhibit 74.
 4              (WHEREUPON, Plaintiff's Exhibit-74 was
 5       marked for identification.)
 6  BY MS. GARDNER:
 7      Q    The court reporter has handed you
 8  Plaintiff's Exhibit 74.  This is an email from
 9  Nakeba Rahming to you dated August 22nd, 2017.  The
10  subject is "Please provide feedback."
11              The Bates-stamp on this document is
12  GA00198949.
13              This is an email that Ms. Rahming sent to
14  you?
15      A    Yes.
16      Q    Keeping with our discussion about clinical
17  staff and regional GNETS programs, the first sort of
18  set of text with hashmarks in front of them, if you
19  see that, says:  "The GADOE has identified gaps in
20  clinical staff (i.e., certified or licensed social
21  workers and psychologists) to provide intensive
22  individualized therapeutic to students served by
23  GNETS."
24              Do you see that?
25      A    Yes.
```



1      Q    And then just beneath that, it says:

2 "Based on this information, GaDOE has approved

3 therapeutic staffing agencies to contract with GNETS

4 fiscal agents to fill these identified gaps."

5           Do you see that?

6      A    Yes.

7      Q    We discussed earlier in the context of the

8 assurances that we looked at that there were

9 therapeutic staffing agencies that had to be

10 approved.  Do you recall that?

11      A    Yes.

12      Q    And am I correct in understanding from

13 this particular document that it says that GaDOE has

14 approved those therapeutic staffing agencies?

15      A    Yes.

16      Q    The bottom of this email, it notes two

17 options for fiscal agents to consider.

18           Do you see that?

19      A    Yes.

20      Q    The first one says, "The fiscal agent may

21 receive a reimbursement from GaDOE for provision of

22 clinical therapeutic related services only when

23 entering into an agreement with a GaDOE approved

24 provider."

25      A    Yes.



1       Q    So again in the assurances that we looked

2  at, the reimbursement for therapeutic services only

3  applied in the event the physical agent entered into

4  an agreement with the provider that the Georgia

5  Department of Education had approved?

6       A    Correct.

7       Q    There's a second option here that says:

8  "The fiscal agent may determine how therapeutic

9  services such as skills-based interventions would be

10  provided by non-certified personnel as well as

11  clinical therapeutic related services for intensive

12  students by licensed/certified personnel without a

13  reimbursement from GaDOE."

14          What did you understand that option to

15  mean?

16       A    I, I don't -- I don't know other than if

17  the fiscal agent was going to use its local funding

18  to pay for the services.

19       Q    When you say local funding to pay for

20  service, so for -- you mentioned many of the fiscal

21  agents are RESAs.  You're saying a RESA's own

22  budget?

23       A    No, I'm not saying a RESA's own budget.

24  I'm saying the fiscal agent may have local funds

25  that they could use to provide these services.



1      Q    And I thought I understood from that

2  conversation that for the project management plan,

3  that you started the project management plan with

4  sort of three core areas, I believe one of which

5  involved hiring Ms. Rahming; and that when Ms.

6  Rahming came on, you and she both worked on a

7  project management plan together.

8           Is that incorrect?

9      A    That's incorrect.  It needs explanation.

10     Q    So please correct me.

11     A    So I started a project management plan to

12 identify the work that I needed to do.  Part of the

13 project management plan that I created for myself

14 was to hire Nakeba Rahming -- well, was to hire a

15 person, and it turned out to be Nakeba.  And

16 together we developed a project management plan

17 moving forward.  That could have or -- included some

18 of the recommendations that I made to the State

19 Board of Education.

20     Q    Okay.  So that project management plan

21 that you and Ms. Rahming created together, did it

22 have those original three items that you started

23 with on that project management plan?

24     A    Correct.

25     Q    And then you and Ms. Rahming added to that



1  project management plan at some point later?

2      A    Correct.

3      Q    Okay.  Was there anyone else who worked on

4  that project management plan that the two of you

5  worked on together?

6      A    I don't recall anyone working on it at the

7  time Nakeba and I were working on it.

8      Q    And who maintained that project management

9  plan document?

10     A    Nakeba.

11     Q    Did you ever edit or make changes to that

12 document?

13     A    We would have had discussions about the

14 items on the project management plan during our

15 meetings, and if I had any questions or feedback or

16 suggestions or recommendations, then it would have

17 been made, and I may have made them myself or I may

18 have given them to Nakeba.

19     Q    So updates may have been made by you

20 personally or by Nakeba?

21     A    Correct.

22     Q    But Nakeba maintained the project

23 management plan document?

24     A    It was her responsibility to maintain that

25 document.



1  in staff members for therapeutic supports."

2         And then she continues on, but that's the

3  beginning of her response; is that right?

4      A    Yes.

5      Q    This information that was going to be

6  collected from GNETS directors to determine whether

7  there was a gap in staff members, is this part of

8  the information that was referenced in the summary

9  of the analysis of clinical staff in regional GNETS

10 programs that we looked at earlier?

11     A    Yes.

12         MS. GARDNER:  I'd like to hand the court

13     reporter what I am requesting be marked as

14     Plaintiff's Exhibit 79.

15         (WHEREUPON, Plaintiff's Exhibit-79 was

16      marked for identification.)

17 BY MS. GARDNER:

18     Q    You have been handed Plaintiff's Exhibit

19 79.  This is an email from Nakeba Rahming to you

20 dated February 12, 2016.  The subject is "Draft #2

21 strategic plan."

22         And this cover email has a Bates stamp

23 GA00196865.

24         This is an email that Ms. Rahming sent to

25 you?



1     A    Yes.

2     Q    And she says to you, quote:  "I may be

3  referencing this document in our meeting with Stacey

4  so I wanted to make sure you had a copy."

5          Is that right?

6     A    Yes.

7     Q    And she attaches the document to her

8  email.  So if you will take a look at that

9  attachment.  The beginning Bates number of the

10  document is GA00196866.

11         Do you see that document?

12     A    Yes.

13     Q    Is this a copy of the strategic plan that

14  has come up in our conversation today?

15     A    Yes.

16     Q    This is an early version of the strategic

17  plan; is that fair?

18     A    Yes.

19     Q    And on the face of this attachment it

20  says, the lower right-hand corner, "Draft Number 2,"

21  February 11, 2016?

22     A    Yes.

23     Q    The title of this, just to give its full

24  title, says, "Georgia Network for Educational and

25  Therapeutic Support, Strategic Plan &



1  Self-Assessment Guide."  Is that right?

2       A    Yes.

3       Q    Had you seen a version of this document

4  prior to receiving this email from Ms. Rahming?

5            (Witness reviews exhibit.)

6       A    Yes.

7       Q    You had seen a version of this document

8  prior to receiving this email from Ms. Rahming?

9       A    Yes.

10      Q    When did you first see a version of the

11 Strategic Plan & Self-Assessment Guide?

12      A    I don't remember when I first saw the

13 document.

14      Q    But some time before receiving this draft

15 No. 2?

16      A    Yes.

17      Q    Did Ms. Rahming draft the Strategic Plan &

18 Self-Assessment Guide herself?

19      A    It is my belief that she did, yes.

20      Q    And did you review versions of that

21 Strategic Plan & Self-Assessment Guide?

22      A    Yes.

23      Q    Did you provide comments and feedback on

24 the Strategic Plan & Self-Assessment Guide?

25      A    Yes.



1      Q    Did anyone else review or provide feedback

2  on the Strategic Plan & Self-assessment Guide?

3      A    I'm not certain.  She may have asked staff

4  in the Special Education Division to review it.  But

5  I don't know.  She may have asked GNETS as well, but

6  I can't specifically recall if that is a yes or a

7  no.

8      Q    Okay.  What did you understand the process

9  by which the content of this document was developed

10  to be?

11      A    I believe a group of GNETS directors were

12  a part of the development of the strategic plan.  I

13  know there were other key personnel in the Special

14  Education Department, specifically Debbie Gay.

15  There may have been other staff persons.

16          And I know that information from GNETS

17  program director -- GNETS directors, as well as

18  other information that Nakeba may have known, would

19  have got into the content of this strategic plan.

20      Q    Did Ms. Rahming ultimately make the call

21  on sort of what finally would be included in this

22  Strategic Plan & Self-Assessment Guide?

23      A    I think it was a collaborative decision

24  between -- I was a part of the decision-making.

25  Debbie Gay would have been part of the



1  decision-making, Nakeba, and if I'm not mistaken, I

2  think the Strategic Planning Committee of the GNETS

3  group would have been a part of the final

4  decision-making as well.

5           So it would have been a collaborative

6  decision.

7      Q    So I want to walk through this draft of

8  the Strategic Plan & Self-assessment Guide.

9           This is -- or is this a version of

10 strategic plan that Mr. Winter referred to as a

11 coaching tool in the email that we previously looked

12 at?

13     A    Yes.

14     Q    And am I correct in understanding that the

15 Strategic Plan & Self-assessment Guide is broken up

16 into sort of six primary sections?

17     A    This draft has seven sections.

18     Q    Does it have seven sections?

19     A    Yes.

20     Q    Oh.  The last one is facilities.  Okay.

21          So there are seven primary sections that

22 the Strategic Plan & Self-Assessment Guide is broken

23 up into?

24     A    Yes.

25     Q    At least this draft?



```
 1        A    Correct.

 2        Q    And then within each of the sections of

 3   the Strategic Plan & Self-Assessment Guide there is

 4   an identified goal related to that section; is that

 5   right?

 6        A    Correct.

 7        Q    And then beneath the goal there are

 8   enumerated action items related to that goal?

 9        A    Correct.

10        Q    And then this strategic plan identifies

11   the frequency with which those action items should

12   be done?

13        A    Correct.

14        Q    It also identifies the person responsible

15   for those action items?

16        A    Correct.

17        Q    It contains a column that's titled,

18   "Activities."  What is that for?

19        A    It is a list of the activities expected to

20   happen as a result of the action items.

21        Q    Okay.  And what about Measure/

22   Documentation?  What is that?

23        A    It is the documentation that would need to

24   be provided to document that the activities action

25   items goals, goals were met.
```



 1      Q     And when you say would need to be

 2   provided, provided to who?

 3      A     If -- actually, the GNETS would have

 4   needed to make sure that they maintained that

 5   documentation and provide it to Nakeba if she

 6   requested that information.

 7      Q     The strategic plan also identifies the

 8   resources that are needed for the enumerated action

 9   items?

10      A     Yes.

11      Q     And then on the far right there is a

12   section that's titled "Rating Scale," right?

13      A     Correct.

14      Q     And is this a rating as to whether the

15   action item has been met?

16      A     Yes.

17      Q     For each item that's rated, there are

18   three potential ratings offered in the strategic

19   plan?  Is that correct?

20      A     Yes.

21      Q     And what are those ratings?

22      A     Not evident, emerging, and operational.

23      Q     And am I correct that the legend that

24   tells you what evident, emerging and operational

25   means appears on the very first page of the



1  Strategic Plan & Self-assessment Guide?

2      A    You are correct.

3      Q    How would programs be rated in the areas

4  identified by this Strategic Plan & Self-assessment

5  Guide?

6      A    How would programs --

7      Q    How would regional GNETS programs be rated

8  in the areas identified by this Strategic Plan &

9  Self-Assessment Guide?

10     A    I'm not sure I understand your question.

11     Q    So we just went through the way that the

12 Strategic Plan & Self-Assessment Guide is

13 structured, and you told me that there is a rating

14 scale for every action item that is included in the

15 strategic plan, right?

16     A    Correct.

17     Q    Am I correct in understanding that this

18 rating was a rating of a regional GNETS programs

19 implementation of action items?

20     A    It is a rating of -- it's a

21 self-assessment rating of each GNETS, and they would

22 rate the scale according to the evidence that they

23 were able to provide.

24     Q    So the ratings that appear in the

25 Strategic Plan & Self-Assessment Guide are



1  self-assessments by the regional GNETS programs of

2  themselves?

3      A    It is a -- it is a self-assessment guide.

4      Q    Okay.  Were the ratings that regional

5  GNETS programs assigned to themselves initially the

6  final ratings?

7      A    It is my understanding that Nakeba would

8  have reviewed the ratings -- self-assessment guide

9  for each GNETS, and then would have looked for the

10  evidence that supported that rating at the GNETS,

11  and they would have had a discussion about the

12  rating and they would have come to an agreement on

13  the accuracy of the rating.

14      Q    So regional GNETS programs would begin by

15  rating themselves on the self-assessment?  That's

16  the first step?

17      A    Correct.

18      Q    And then Ms. Rahming would review the

19  ratings using a self-assessment guide to look for

20  evidence supporting those ratings for each regional

21  GNETS programs?  That was kind of a second step?

22      A    Correct.  Under the resources that were

23  needed to show the justification for the rating.

24      Q    Okay.  And when Ms. Rahming did that, did

25  she look for the evidence supporting the rating

1  while on-site with regional GNETS programs?

2      A    Yes.

3      Q    And then you said while she was on-site

4  that she would have had discussions with the

5  regional GNETS programs about their ratings in light

6  of the evidence that she reviewed related to those

7  ratings?

8      A    I cannot say for certain that it was

9  on-site with every -- I'm sorry -- GNETS director

10  because it could have been at a GNETS meeting, and

11  the GNETS director brought their evidence with them.

12          So there could have been a number of ways

13  that she would have reviewed the data supporting the

14  justification for the rating that a GNETS would have

15  assigned their GNETS.

16      Q    Okay.  But whether her review occurred

17  on-site or elsewhere, she would have reviewed the

18  regional GNETS program's initial self-assessment

19  rating to look for evidence supporting that rating,

20  and then had a discussion with the regional GNETS

21  program about that?

22      A    Correct.

23      Q    Were the ratings for each regional GNETS

24  program, the sort of final ratings for each regional

25  GNETS program, maintained somewhere?



1      A    I'm not sure.

2           MS. GARDNER:   I'm going to hand you what

3      I'd like to have marked as Plaintiff's Exhibit

4      80.

5           (WHEREUPON, Plaintiff's Exhibit-80 was

6       marked for identification.)

7    BY MS. GARDNER:

8      Q    You have been handed Plaintiff's Exhibit

9    80.  This is an email from you to Nakeba Rahming.

10   The subject is "Guidance for completing strategic

11   plan and self-assessment."  The email is dated

12   October 17, 2016.

13          The Bates-stamp on the cover email is

14   GA00053667.

15          This is an email that you sent to Ms.

16   Rahming?

17     A    Yes.

18     Q    And here you say:  "I finally finished the

19   guidance document"?

20     A    Yes.

21          This is a document that you were working

22   on?

23     A    Yes.

24     Q    And it says here that you look forward to

25   reviewing with Ms. Rahming the needed edits?



```
 1        A    Yes.

 2        Q    You attach the guidance documents that

 3   you're referencing to that email, right?

 4        A    Yes.

 5             MS. GARDNER:  I'll note for the record the

 6        first page of that attachment is Bates-stamp

 7        GA00053668.

 8   BY MS. GARDNER:

 9        Q    Turning to the attachment, what is the

10   title at the top of this document?

11        A    The title is "Guidance for Completing the

12   GNETS Strategic Plan and Self-assessment Rubric."

13        Q    Did you draft this document?

14        A    No.

15        Q    What was your role with respect to this

16   document?

17        A    I was to give feedback to Nakeba with

18   respect to this document.

19        Q    So Ms. Rahming drafted this document

20   initially?

21        A    Yes.

22        Q    And I take it at some point prior to this

23   email that you sent to Ms. Rahming on October 17,

24   2016, she requested that you review this document?

25        A    Yes.
```



1    Q    And here, when you say you finally

2  finished the guidance document, are you saying you

3  finished reviewing it?

4    A    Yes.

5    Q    And you're attaching your reviewed

6  version, and I don't know if this contains feedback

7  or edits from you, but is that what was happening

8  here?

9    A    I don't know if this included my feedback

10  or not, but, yes, that would have been what I was --

11  I would have reviewed the document and sent her the

12  attached document with my reviews.

13    Q    Understood.  What was the purpose of this

14  document?

15    A    This document was to serve as a

16  self-assessment tool for the GNETS program directors

17  and to outline the expectations for all of the

18  GNETS, and to ensure that the components in the

19  State Board of Education rule was included in the

20  work -- was included in the strategic plan, so that

21  the department could ensure that GNETS were aware of

22  all the requirements in the State Board rule and how

23  those requirements were to be implemented in

24  accordance with the guidance document.

25              Sometimes I say operational -- operational



1  manual, but the guidance document.

2       Q    So you said -- you described this as a

3  self-assessment tool for the GNETS program

4  directors?

5       A    It is a strategic plan and self-assessment

6  tool for the GNETS directors, yes.

7       Q    Okay.

8       A    For the GNETS program, yes.

9       Q    And just so that I am clear, this document

10 is different from the Strategic Plan &

11 Self-assessment Guide that we just looked at,

12 correct?

13      A    This document is the guidance for

14 completing the GNETS Strategic Plan and

15 Self-Assessment Rubric, which is the document we

16 looked at in Plaintiff's Exhibit No. 79, GNETS

17 Strategic Plan & Self-Assessment Guide.

18      Q    So is it fair to think of this as somewhat

19 of a companion to that document that you looked at

20 in Plaintiff's Exhibit 79?

21      A    Yes.

22      Q    Okay.  This guidance document lists

23 documentation and evidence that can be used to

24 determine those self-assessment ratings in each of

25 the broad areas of the strategic plan, correct?



1      A    Yes.

2      Q    And it also provides criteria for

3  determining which rating as between operational,

4  emerging, and not evident should be selected?

5      A    Yes.

6      Q    And when I say it provides criteria for

7  determining which rating should be selected,

8  initially the rating would be selected by the

9  regional GNETS programs?

10     A    Yes.

11          MS. HERNANDEZ:  Kelly, can we take a

12     five-minute break?

13          MS. GARDNER:  Yes.

14          THE VIDEOGRAPHER:  Off the record at 3:55

15     p.m.

16          (A recess was taken.)

17          THE VIDEOGRAPHER:  We're back on the

18     record at 4:04 p.m.

19          MS. GARDNER:  We're marking what is

20     Plaintiff's Exhibit 81.

21          (WHEREUPON, Plaintiff's Exhibit-81 was

22      marked for identification.)

23  BY MS. GARDNER:

24     Q    You have been handed what is marked as

25  Plaintiff's Exhibit 81.  This is an email from



 1  right?

 2      A    Yes.

 3      Q    Is that an accurate summary of how the

 4  review process worked?

 5      A    Yes.

 6      Q    It says at the beginning of the review

 7  process that:  "GNETS directors and their leadership

 8  teams were charged with implementing the components

 9  of the GNETS strategic plan."

10           Do you see that?

11      A    Yes.

12      Q    Who charged the GNETS directors and their

13  leadership teams with implementing the strategic

14  components in the plan?

15      A    That would have been Nakeba.

16      Q    Looking at the last two sentences of this

17  review process, do you see the sentence beginning

18  "If the evidence presented clearly supports the

19  implementation of the components"?

20      A    Yes.

21      Q    Does this refer to the process that we

22  discussed earlier where regional GNETS programs

23  initially self-assess and select a rating and then

24  Ms. Rahming would review that rating in light of the

25  evidence that existed, and if the evidence supported



1      Q     And where did that meeting take place?

2      A     I am not sure, but if I can go back to the

3   beginning of the presentation, it should be there.

4            It's not there.  I'm not sure where it was

5   held.

6      Q     I'm going to turn to talk just a bit about

7   the work that you were involved in with the facility

8   aspect of your work related to GNETS.

9            Sort of in a -- at a high level, can you

10  just tell me about what it was that you were

11  involved in, what you were working towards, what the

12  goals of that facility work were?

13     A     Yes.  My understanding was there was an --

14  a capital outlay appropriation for GNETS facilities.

15  The funding was available for repairs and/or

16  improvement at GNETS facilities.

17           Because of the amount of funding that was

18  available, we had -- it was required by the State of

19  Georgia to put the repairs out for bid.  And so my

20  main role was to make sure that we followed the

21  Department of Education's guidelines for working

22  with the Department of Administrative Services of

23  the State of Georgia to follow those guidelines by

24  the letter to have a company to review the GNETS

25  facilities and make recommendations on improvements.

1      Q    There are four facilities listed on that

2   attachment?

3           Are there four facilities listed on that

4   attachment?

5      A    Yes.

6      Q    And that attachment, just for the record,

7   appears the placeholder with the Bates-stamp

8   GA00196898.

9           MS. HERNANDEZ:  Is that the page I'm

10      missing?  I just want to make sure.

11          MS. GARDNER:  Yeah.  This will be

12      Plaintiff's Exhibit 90.

13          (WHEREUPON, Plaintiff's Exhibit-90 was

14       marked for identification.)

15   BY MS. GARDNER:

16      Q    You are being handed what's marked as

17   Plaintiff's Exhibit 90.  This is an email from

18   Nakeba Rahming to you.  The subject is "try it."

19          The email was sent on July 11, 2016, and

20   is Bates-stamped GA00197241.

21          This is an email that Ms. Rahming sent to

22   you attaching a document titled, "GNETS Exit

23   Strategy Plan - for Priority sites."

24          Is that correct?

25      A    Yes.



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              227

1        Q     And if you turn to the page beginning with

2   Bates Stamp GA00197242, is this that attached

3   document that's a GNETS exit strategy plan?

4        A     Yes.

5        Q     If you look on the first page of that

6   strategy plan, the third bulleted point down, in the

7   second sentence in that paragraph, it says:  "Nine

8   sites that were identified by GaDOE's initial

9   assessment were prioritized for validation and a

10  more in-depth condition assessment by the

11  contractor."

12             Do you see that?

13       A     Yes.

14       Q     And then if you turn to Page 2, the third

15  bullet point down, "What will be the message and how

16  will it be delivered?"

17             Am I correct this bullet point references

18  a final assessment of priority sites that yielded

19  nine priority sites that GaDOE has concluded can no

20  longer provide instructional and therapeutic

21  services in the current sites?

22       A     Yes.

23       Q     So is it fair to say that after the

24  facilities reviews of GNETS facilities were

25  conducted, that there were nine sites where the



1  Georgia Department of Education concluded that those

2  sites could not continue serving GNETS students?

3         MS. HERNANDEZ:  Objection.

4     A    Yes.

5     Q    And to be clear, when I say cannot

6  continue serving GNETS students, could not continue

7  serving GNETS students in the facilities that they

8  -- in those nine facilities?

9     A    The final assessment of priority sites

10 yielded nine propriety sites that GaDOE has

11 concluded can no longer provide instructional and

12 therapeutic sites in the current site.

13    Q    And immediately beneath that, it says:

14 "Therefore, GaDOE will issue a mandatory exit plan

15 for all students referring services in any of the

16 nine priority sites."  Right?

17    A    Yes.

18    Q    And what did that mean, that the Georgia

19 Department of Education would issue a mandatory exit

20 plan for all students receiving services in any of

21 those nine sites?

22    A    It meant that the GaDOE would issue a --

23 that the GNETS site create an exit strategy and

24 submit that exit strategy.

25    Q    So basically the Georgia Department of



1  Education was requiring that students be moved out

2  of those nine facilities into some other facility?

3       A    They were requiring that that facility --

4  those nine facilities could no longer provide

5  services at those facilities.

6       Q    Right.  And so would that necessitate

7  moving students from those facilities to somewhere

8  -- to somewhere else?

9            MS. HERNANDEZ:  Objection.

10      A    If there were students there, it would

11 mean that the exit strategy would have to have a

12 component where a discussion about the students' IEP

13 and where services for that student would be

14 provided.

15      Q    And this document was the strategy for

16 supporting -- and on the first page it says:

17 "Supporting schools, LEAs and GNETS when the

18 leadership team at GaDOE determines that the

19 facility should no longer be considered a site to

20 support the instructional and therapeutic needs of

21 students."  That's what this document was?

22      A    Yes.

23            MS. GARDNER:  Can we take a break, short

24      one.

25            THE VIDEOGRAPHER:  Off the record at 5:27



```
 1      p.m.
 2           (A recess was taken.)
 3           THE VIDEOGRAPHER:  We're back on the
 4      record at 5:40 p.m.
 5  BY MS. GARDNER:
 6      Q    Ms. Keith Brown, we have been talking
 7  about the GNETS facility review process.
 8           MS. GARDNER:  And I would like to have the
 9      court reporter mark this document as
10      Plaintiff's Exhibit 91.
11           (WHEREUPON, Plaintiff's Exhibit-91 was
12       marked for identification.)
13  BY MS. GARDNER:
14      Q    The court reporter has handed you
15  Plaintiff's Exhibit 91.  This is an email from
16  Stacey Suber-Drake to Nakeba Rahming and you, sent
17  on July 25th, 2016.
18           The subject line is "Forward:  Scanned
19  from a Xerox Multifunction Printer."
20           The Bates-stamp on the cover of this email
21  is GA01486054.
22           You received this email from Stacey
23  Suber-Drake?
24      A    Yes.
25      Q    And this email contains an attachment that
```



1    does is a PDF titled "Burwell Program."

2            Do you see that?

3        A    Yes.

4        Q    What is the document that's attached to

5    this email?

6        A    I don't understand your question.

7        Q    What is the document that Stacey

8    Suber-Drake was forwarding to you in this email?

9        A    It is a document on Georgia State Board of

10   Education letterhead, sent to Dr. Pope.

11       Q    And Dr. Pope is the chair of the

12   Carrollton Board of Education?

13       A    Correct.

14       Q    This letter is sent by Michael P. Royal,

15   who is the chairman of the State Board of Education?

16       A    Yes.

17       Q    And in this letter Mr. Royal says, in the

18   first paragraph, about halfway down:  "423 Alabama

19   Street, Carrollton, GA 30117-3002, has been

20   identified as a facility where children cannot

21   continue to be served.  Therefore, students

22   referring services at this facility must immediately

23   be transitioned out of this site before the

24   beginning of the school year."

25            Is that an accurate reading?



 1        A    Yes.

 2        Q    So this is a letter from the State Board

 3   of Education notifying the Carrollton Board of

 4   Education they have one of the nine facilities that

 5   we discussed that students were required to be moved

 6   out of?

 7        A    Yes.

 8        Q    Did other letters like this go out

 9   regarding the other nine facilities that GNETS

10   students were required to be moved out of?

11        A    I believe that is accurate.

12        Q    And was the language in those letters

13   substantially the same as the language appearing

14   here, with the exception of those parts that

15   reference the specific address of the facility,

16   addressee, that sort of thing?

17        A    I would assume the language would be the

18   same, yes.

19             MS. GARDNER:  I'm going to ask this be

20        marked as Plaintiff's Exhibit 92.

21             (WHEREUPON, Exhibit-92 was marked for

22         identification.)

23   BY MS. GARDNER:

24        Q    The court reporter has handed you what is

25   marked as Plaintiff's Exhibit 92.



CLARA KEITH BROWN                                          June 07, 2022
UNITED STATES vs STATE OF GEORGIA                                    236

1        A    Yes.

2        Q    And who would have been the person to

3   assess her performance?

4        A    I'm not really sure.  I would have

5   provided data to Debbie Gay and Matt Jones.

6        Q    Did -- you kind of were a key

7   decision-maker in the decision to hire for the

8   position that Ms. Rahming ultimately accepted at the

9   Georgia Department of Education; is that fair?

10       A    Yes.

11       Q    Were Ms. Rahming's duties in that position

12  exclusively related to the GNETS program?

13       A    Yes.

14       Q    During the time that you worked with Ms.

15  Rahming, did you have any concerns about her

16  performance?

17       A    No.

18            MS. HERNANDEZ:  Objection.

19       Q    You can answer.

20       A    No.

21       Q    Do you still keep in touch with Ms.

22  Rahming?

23       A    Occasionally, yes.

24       Q    Where is she now?

25       A    What do you mean where is he now?

