# EXHIBIT L

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,    )
                                  )CIVIL ACTION
 5            Plaintiff,          )NO. 1:16-cv-03088-ELR
                                  )
 6   vs.                          )
                                  )
 7   STATE OF GEORGIA,            )
                                  )
 8            Defendants.         )
                                  )
 9   - - - - - - - - - - - - - -  )

10

11              VIDEOTAPE DEPOSITION OF

12                      WINA LOW

13

14     Tuesday, February 28, 2023, 8:58 a.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Firm
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23   ---------------------------------------------

24
            WANDA L. ROBINSON, CRR, CCR, No. B-1973
25       Certified Shorthand Reporter/Notary Public
```



1  them.  Some have a senior program manager in
2  between.
3           Do you want me to actually count up?
4      Q    I think I'm going to show you something in
5  a moment and we can go through it that way.
6           But you have 10 program offices that are
7  under you?
8      A    I have 10 program managers and/or senior
9  program managers.  Two senior program managers.  So
10 eight program managers.
11          Of course, I have an administrative
12 assistant.
13     Q    So two senior program managers, eight
14 program managers, and one administrative assistant?
15     A    Uh-hum.  (Affirmative.)
16     Q    I'm going to show you what was previously
17 marked as Plaintiff's Exhibit 697.
18          (WHEREUPON, Plaintiff's Exhibit-697 was
19      marked for identification.)
20 BY MS. TUCKER:
21     Q    Ms. Low, this is an email dated October 9,
22 2020, from Matt Jones to Matt Jones, with the
23 subject:  "Announcements."
24          The Bates number on the bottom of the
25 first page reads GA01852181, and this document was



1  produced to us by the State and there's one
2  attachment.
3          Do you recognize this email?
4      A   I would have been copied on it.
5      Q   Let's turn to the attachment, so the
6  second page, with Bates No. GA01852182 on the
7  bottom.
8          Do you recognize this chart?
9      A   To be honest with you, I can't really read
10 the fine print here.  I have my contacts in, but it
11 is very small.
12     Q   Okay.
13     A   Do you have something to magnify it?
14     Q   Maybe we can show it electronically.
15         MS. TUCKER:  One second.
16         It's loading for me and then I'll share my
17     screen with you.
18         (Discussion ensued off the record.)
19         MS. TUCKER:  I want her to be able to
20     control and zoom in if she needs to.
21         So I'm going to share it.
22         Are you able to give her control?
23         THE VIDEOGRAPHER:  You want to go off the
24     record for a second while we set this up?
25         MS. TUCKER:  Yes.  Thank you.



1              THE VIDEOGRAPHER:  Going off the record at
2       9:27.
3              (Discussion ensued off the record.)
4              THE VIDEOGRAPHER:  We're back on the
5       record at 9:28.
6    BY MS. TUCKER:
7       Q    Ms. Low, you now have on the screen in
8    front of you the attachment, which is GA01852182.
9            Do you recognize this Georgia Department
10   of Education organizational chart?
11      A    I do.
12      Q    At the bottom it reads that it was
13   effective October 9th, 2020.
14           Do you see that?
15      A    Yes.
16      Q    And I'm looking at the third row.  Do you
17   see a box on the left that reads "Federal Programs"?
18      A    Yes.
19      Q    And underneath that, it says "ESSA
20   Programs" and "Special Education Services and
21   Supports"?
22      A    Uh-hum.  (Affirmative.)
23      Q    And are the ESSA programs the title
24   programs you were speaking to earlier?
25      A    Yes, they are.



1       Q    And over to the right is the Special
2  Education Services and Supports.  Do you refer to
3  this as a division or an office?
4       A    Division.
5       Q    Division.  Thank you.
6            And then looking underneath Special
7  Education Services and Supports, I see eleven
8  sub-bullets.
9       A    Okay.
10      Q    I'm going to go over those now.
11           Do you see the start of the sub-bullets?
12      A    You're talking about Budgets and Grants?
13      Q    Yes, ma'am.
14           So do you see "Budgets and Grants"?
15      A    I did.
16      Q    Do you see "Results Driven
17  Accountability"?
18      A    Yes.
19      Q    "Discretionary Projects"?
20      A    Yes.
21      Q    "Post-school Outcomes and Professional
22  Learning"?
23      A    Uh-hum.  (Affirmative.)
24      Q    "Family Engagement"?
25      A    Yes.



```
 1        Q    "Dispute Resolution"?
 2        A    Uh-hum.  (Affirmative.)
 3        Q    The sixth one is "Data and Georgia Online
 4   IEP" and then "GO-IEP" in parenthesis?
 5        A    Uh-hum.  (Affirmative.)
 6        Q    The seventh is "Georgia Network for
 7   Educational and Therapeutic Support," in parenthesis
 8   "GNETS"?
 9        A    Yes.
10        Q    The eighth is "Tiered Systems of Supports
11   for Students," parenthesis, "MTSS"?
12        A    Yes.
13        Q    The ninth is "Georgia Learning Resources
14   System," in parenthesis "GLRS"?
15        A    Yes.
16        Q    The tenth is "State Systemic Improvement
17   Plan," in parenthesis "SSIP"?
18        A    Yes.
19        Q    And the eleventh, the "Georgia
20   Instructional Materials Center," "GIMC," in
21   parenthesis?
22        A    Yes.
23        Q    Are these eleven sub-bullets eleven
24   separate offices within your division?
25        A    No.  There are major pieces of work.  You
```



1   know, some are, as we call them, units.  The office
2   of Federal Programs is a division of Special
3   Education, and then we have units that work, but
4   there has never been a separate unit for Systemic
5   Improvement.  It's always been part of another one.
6        Q    Are these same eleven units in existence
7   today?
8        A    Budget and Grants, RDA, Results Driven
9   Accountability.  We don't have a unit called State
10  Initiatives and Discretionary Projects.  I mean that
11  reference is really the funding mechanism there.  We
12  certainly have work going on in that area but we
13  don't have a unit called that.
14            Post-school Outcomes and Professional
15  Learning, that work continues, it's just under a
16  different name, Outreach now.  Outreach and Family
17  Engagement.
18       Q    Okay.  And then going further, are they
19  all the same?
20       A    Dispute Resolution, so Family Engagement
21  moved with Outreach rather than being with Dispute.
22            We still have Data and GO-IEP.
23            GNETS, we have a program manager.
24            And the MTSS unit is not with us any
25  longer.  It moved to the Office of Whole Child.



1       Q    So prior to 2016, when you were an
2   education program specialist, did you work with
3   anyone in GaDOE related to the GNETS program?
4       A    No, I didn't work with them that I recall.
5       Q    Were you no longer working with Sandy
6   DeMuth?
7       A    Well, when I came to the Special Ed
8   Division it was not one of may duties to collaborate
9   with Sandy.
10      Q    And you just said that in 2016 you believe
11  is when GaDOE hired a GNETS program manager?
12      A    Somewhere in that time, while I was --
13  while I was still a program specialist, the first
14  program manager that I know anything about was hired
15  and her cubicle was across from mine.  That's the
16  only reason I know that.
17      Q    And who was that?
18      A    Nakeba Rahming.
19      Q    But you did not interact with her?
20      A    Not more than just hey.
21      Q    Office friends?
22      A    Logistical kind of things.
23      Q    When you were education program
24  specialist, did you work with the regional GNETS
25  programs?



1  needs."
2          Do you see that?
3      A   Yes, I do.
4      Q   Do you agree with that statement?
5      A   It could vary by location.
6      Q   What would vary?
7      A   The available services.
8      Q   Are you talking about the available
9  therapeutic services?
10     A   Yes.
11     Q   Do all regional GNETS programs provide
12 therapeutic counseling services to their students?
13     A   I'd have to answer that by that's the
14 expectation.  I don't have the data in front of me
15 to confirm that.
16     Q   Is that something that the GNETS program
17 manager looks at in the strategic plan?
18     A   It is something that she collects, and we
19 have reviewed that together, but I don't recall the
20 exact specifics but we have.
21     Q   Do you see in the next sentence, quote:
22 "The requested funding will provide clinical staff
23 for all 24 GNETS programs to support the therapeutic
24 and behavioral needs of students receiving GNETS
25 services"?



```
 1      A    Again, I can kind of see the sheet in my
 2   mind, but I don't remember if we had an accounting
 3   for each type of service.  It was just primarily
 4   overall that I recall.
 5      Q    Got it.  Thank you.
 6           MS. TUCKER:  I'd like the court reporter
 7       to mark the following document as Plaintiff's
 8       Exhibit 933.
 9           (WHEREUPON, Plaintiff's Exhibit-933 was
10        marked for identification.)
11   BY MS. TUCKER:
12      Q    Ms. Low, this is an October 22nd, 2021
13   email produced by the State.  It is to you and Shaun
14   Owen, from Vickie Cleveland, and the subject reads:
15   "Clinical Support."
16           There are four attachments.
17           And the Bates number on the bottom of the
18   first page is GA03677596.
19           Ms. Low, do you recognize this email?
20      A    I do.  This is what I was referring to.
21      Q    Okay.  In her email Vickie Cleveland wrote
22   she attached documents that were to be discussed at
23   a meeting that morning.  So October 22nd, 2021; is
24   that correct?
25      A    I'd have to check my calendar to make sure
```



1  it was the 22nd.
2       Q    Do you see how Vickie writes:  "See
3  attachments discussed at our meeting this morning"?
4       A    I think she's talking about our Wednesday
5  meeting.  She often sends things just prior to the
6  meeting to have them at hand.
7       Q    Understood.
8            Do you recall speaking to Vickie Cleveland
9  about these documents?
10      A    I do.
11      Q    Let's look at the first -- did anyone else
12 join those conversations?
13      A    Shaun was in this conversation.  I don't
14 remember if it was this exact time or if it was at
15 another time that we scheduled to talk with her, but
16 she was -- she definitely has had this information.
17      Q    Let's look at the first attachment.  So
18 that's the document that has GA3677597 at the
19 bottom.  So it should be the second page.
20           Do you see it?
21      A    Yes.
22      Q    At the top does it read "FY22 Georgia
23 Network for Educational and Therapeutic Support
24 (GNETS) Clinical Supports Map"?
25      A    It does.



800.211.DEPO (3376)
EsquireSolutions.com

1      Q    Am I correct that it is showing the
2   clinical staff to student ratio at the 24 regional
3   GNETS programs?
4      A    Yes.
5      Q    And there's color shading whether there is
6   one clinical staff for seven to 19 students, one
7   clinical staff for 20 to 49 students, and one
8   clinical staff for 50 to 110 students?
9      A    Yes.
10     Q    Am I correct that for one clinical staff
11   for seven to 19 students there are eight out of the
12   24 regional GNETS programs shaded?
13     A    Yes.
14     Q    And then am I correct for one clinical
15   staff for 20 to 49 students there's also eight
16   regional GNETS programs shaded?
17     A    Yes.
18     Q    And then for the one clinical staff for 50
19   to 110 students, am I also correct that there are
20   eight out of 24 regional GNETS programs shaded?
21     A    Yes.
22     Q    Do any of these ratios concern you?
23     A    They certainly do.
24          MR. BEDARD:  Object to form.
25     Q    Which ratios concern you?



```
1                 MR. BEDARD:  Object to form.
2          A      The 20 to 49, 50 to 110.
3          Q      And why do they concern you?
4          A      The level of support that this implies
5     that we're providing, that the regions are
6     providing.
7          Q      Has GaDOE taken any steps to respond to
8     these concerns?
9                 MR. BEDARD:  Object to form.
10         A      We have internally discussed this.  We
11    have the funds flowing to this.  We have discussed
12    some changes possibly with our funding to increase
13    therapeutic services on top of that, but nothing has
14    been determined.  Collecting the information,
15    talking to the GNETS about this.
16                But we don't have control over who they
17    hire.
18         Q      And you say there's funds flowing.  What
19    do you mean by that?
20         A      The grant fund that we examined, the
21    American Rescue Plan funds, that was designated
22    completely for therapeutic services.  So they can't
23    even enter anything in a budget through the
24    consolidated application for something other than
25    that.
```



```
 1                And then of course we're encouraging them
 2   to use their federal funds more related to the
 3   therapeutic services, but we are not their fiscal
 4   agent and -- nor their advisory committee through
 5   their special ed directors.
 6        Q    And you said you've made some changes.
 7   What changes are you referring to, in GaDOE?
 8        A    I don't believe I said we made some
 9   changes.  We're considering.
10        Q    And what are those changes that you're
11   considering?
12        A    Possibly to specify that an additional
13   portion of the federal funds may be restricted to
14   therapeutic services, but no decision has been made.
15        Q    Who makes that decision?
16        A    The decision would be made in conjunction
17   with myself, Vickie, and Shaun.  Shaun, of course,
18   is our supervisor.
19        Q    And I believe you said that you're
20   collecting information from the GNETS, regional
21   GNETS programs?
22        A    This is the information collected.
23        Q    But this is an ongoing discussion?
24        A    It is.
25        Q    When is the last time you discussed this?
```



1      A     It's by touching the pad, because a
2    message came up after your last trip that said you
3    got to touch that before you can have control.
4      Q     You'll be very prepared for the next time
5    we show you an electronic exhibit.
6            So this spreadsheet has two tabs.  So
7    we're going to look at the first sheet, which is the
8    one you are currently looking at.
9            What does this spreadsheet show?
10     A     This looks like the data that -- exactly
11   what we were discussing, and it is collected by the
12   actual type of service.
13     Q     By actual type of service, you mean that
14   --
15     A     A nurse, a BCBA, school counselor, things
16   that you typically think about with therapeutics.
17     Q     So I'm correct that it identifies the 24
18   regional GNETS programs and then lists the number of
19   certain clinical and therapeutic staff members that
20   they have?
21     A     I haven't scrolled all the way down.
22     Q     I'll let you do that.
23     A     Yes, it appears to have everybody.
24     Q     Are you surprised by any of these values?
25     A     We were very shocked.



```
 1       A    No.
 2       Q    Rutland Academy does not have a nurse?
 3       A    No.
 4       Q    Rutland Academy does not have an
 5   RBT/behavior?
 6       A    No.
 7       Q    What is that?
 8       A    It's the stepdown from a BCBA.  It's a
 9   quicker registered behavior therapist, quicker
10   program and not so many hours to intern to receive
11   that.
12            A lot of school districts are having
13   parapros achieve that credential.
14       Q    Rutland Academy has one LPC/LCSW/social
15   worker/tech?
16       A    Yes.
17       Q    And Rutland Academy does not have a
18   music/art therapist?
19       A    No.
20       Q    And so Rutland Academy has one clinical
21   staff; is that correct?
22       A    That's what this shows.
23       Q    And that is funded by the State grant?
24       A    Yes.  And federal funds.
25       Q    Can you move over to that -- over where --
```

