# EXHIBIT M

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF GEORGIA

 3   United States of America,            No.
                                          1:16-CV-03088-ELR
 4       Plaintiff,

 5   vs.

 6   State of Georgia,

 7       Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 8

 9

10

11

12             VIDEOTAPED ZOOM DEPOSITION OF

13                   SONIA SHAUN OWEN

14                  December 12, 2022

15                      9:06 a.m.

16                   Atlanta, Georgia

17

18

19

20

21         Marcella Daughtry, RPR, RMR
       Georgia License No. 6595-1471-3597-5424
22          California CSR No. 14315

23

24

25
```



1  that change took place or if they were separate at one
2  point in time.
3      Q   Okay.  And I just want to make sure from a
4  visual standpoint that I also have a clear picture of how
5  your division -- like what falls underneath your
6  division.  So I'm going to share another document with
7  you.
8          I'd like for the court reporter -- let me make
9  sure this is on the screen.  I'd like the court reporter
10 to mark this next document as Plaintiff's -- Plaintiff's
11 Exhibit 697.
12         (Plaintiff's Exhibit 697 was marked for
13 identification.)
14     Q   BY MS. HAMILTON:  And Ms. Owen, I am now
15 showing you Plaintiff's Exhibit 697.  This is an
16 October 9th, 2020 e-mail from Matt Jones with the subject
17 line "Announcements."  The "To" line also lists Matt
18 Jones' name.  It's not clear if this was sent out like as
19 a blind carbon copy document or not, but the main thing
20 I'm going to have you focus on is the attachment.
21         For the record, the Bates number on this
22 document has -- for the first page is GA01852181.  And as
23 I mentioned, there's also an attachment.
24         Ms. Owen, I am going to give you control of the
25 screen in a moment so that you can scroll through just to



1  become familiar with what's on the screen, and then when
2  you are ready, let me know.
3       A   Okay.
4       Q   And again, the main thing I will be focused on
5  during this discussion is on the attachment, which is
6  page 2.
7       A   Okay.
8       Q   All right.  And I want to make sure you can
9  also see this document clearly.
10          All right.  So focusing on the attachment, do
11 you recognize this document?
12      A   I do.
13      Q   Okay.  What is this document?
14      A   It's the org chart for the Department of Ed.
15      Q   Okay.  And I want to note for the record, at
16 the bottom, this particular document has an effective
17 date of October 9th, 2020.
18          Ms. Owen, do you see that?
19      A   I --
20      Q   It's in the bottom left corner.
21      A   There's -- there's no way that -- I can scroll
22 up and down, but I can't -- I can't scroll over.
23      Q   There's a bar at the very bottom of the screen.
24 Okay.
25      A   I don't -- I don't know if the zoom thing is



1  give you a chance to confirm the date that was in the
2  bottom left corner.
3       A   Yeah, I can't -- I can't see it.
4       Q   Okay.  Let me see if I can adjust it for you.
5  Can you see -- can you see the bottom left corner now
6  where the mouse is?
7       A   Let me move.  Hold on.  No, I -- I can't see it
8  on mine.
9       Q   Okay.  Let me see if I can move this up.  Okay.
10 Can you see it now?
11      A   There you go.  Now I can see, yes.  Yes, I can
12 see it.
13      Q   Okay.  My apologies that the -- your -- the
14 view that you have is different from -- from what I can
15 see.
16          All right.  So just to confirm for the record,
17 given that confusion there, can you please confirm that
18 the date on this document has -- that this document has
19 an effective date of October 9th, 2020?
20      A   Yes.
21      Q   Okay.  And I want to focus our time just
22 looking at the part of the organizational chart for
23 federal programs, and I just want to give you a brief
24 moment to look at this to confirm whether this is --
25 these programs still fall within your division.



1       A    So one change on here is that MTSS is now part
2    of the Division of Whole Child.
3       Q    Thank you.  Are there any other changes?
4       A    That's the -- that's the only thing that I see.
5       Q    And the Georgia Network for Educational and
6    Therapeutic Support Program, or GNETS, is also listed
7    within your division; is that correct?
8       A    Yes.
9       Q    And is that referencing the individuals who you
10   mentioned a moment ago who serve as the GNETS program
11   manager and specialist?
12      A    Yes.
13      Q    I'm going to stop sharing.  Okay.
14           All right.  I just put a new document on the
15   screen that I would like for the court reporter to mark
16   as Plaintiff's Exhibit 698.
17           (Plaintiff's Exhibit 698 was marked for
18   identification.)
19      Q    BY MS. HAMILTON:  And Ms. Owen, I am now
20   showing you Plaintiff's Exhibit 698.  This is a
21   September 9th, 2016 e-mail from superintendent Richard
22   Woods to DOE -- "DOE Users" and "Other Agency Users" with
23   a subject line, "Revised -- Revised Organizational Chart
24   and Strategic Plan."  The Bates number on the first page
25   is GA01764366, and this document has an attachment.



1      A   I do.  I don't know -- I don't know if that was
2  a typo.
3      Q   Okay.  But do you see that here?
4      A   But yeah, I -- I see it.  I see it, uh-huh.
5      Q   Okay.  What was your understanding of why
6  Ms. Cleveland wanted to set a monthly standing meeting?
7      A   So I think it was just to continue what she had
8  been doing with Nakeba.
9      Q   Okay.  And then to the extent that it appears
10 here that you would propose let's do weekly, do you know
11 or remember if those meetings actually did take place
12 weekly?
13     A   I -- I don't recall.  This was -- this was
14 4/29.  It -- I really -- I don't recall because I had so
15 many meetings at that time.  But I do remember, you know,
16 of the programs, hers would be the one, and I do remember
17 weekly meetings at some point.  I just don't know when
18 they started.
19     Q   Okay.  And this -- this e-mail exchange was at
20 the end of April 2020; is that right?
21     A   Yes.
22     Q   All right.  I'm going to show you another
23 document, and I'd like for the court reporter to mark
24 this as Plaintiff's Exhibit 702.
25         (Plaintiff's Exhibit 702 was marked for



```
 1   identification.)
 2        Q    BY MS. HAMILTON:  This is an August 19th, 2020
 3   e-mail from Vickie Cleveland to Shaun Owen and Zelphine
 4   Smith-Dixon with the subject line "Weekly agenda."  The
 5   Bates number of the first page of this document is
 6   GA05057496, and there's also an attachment.
 7             Ms. Owen, I will give you -- see if you still
 8   have control.  Okay.  I will give you control just to
 9   take a look at the document, and let me know when you are
10   ready.
11        A    Okay.  Okay.
12        Q    All right.  Great.  So as I mentioned a moment
13   ago, the subject line here says "Weekly agenda," and this
14   is from Vickie Cleveland, addressed to you and Zelphine
15   Smith-Dixon.
16             Is Ms. Cleveland referring to the weekly
17   meetings that she would have been having with you and
18   Zelphine Smith-Dixon?
19             MS. JOHNSON:  Object to form.
20             THE WITNESS:  I'm sorry.  I'm sorry.  Could you
21   repeat that?
22        Q    BY MS. HAMILTON:  Sure.  So Ms. Cleveland
23   e-mailed you and Zelphine Smith-Dixon, and here in her
24   e-mail she says, "See attached agenda for our meeting
25   today," with the subject line of "Weekly agenda."
```



1  to understand, are there any action items that she would
2  be expecting from you in sharing this particular update
3  with you, for example?
4          MS. JOHNSON:  Object to form.
5          THE WITNESS:  I would -- okay.  Is there any
6  action items?  I would have to read through it again to
7  see whether or not there was anything that came out of
8  that.  With the -- with the budget there was -- I recall
9  there was an action item where she wanted me to -- to
10 meet with budget to see if they could -- they could go
11 in.  It's not something I think that -- particularly that
12 particular person would do typically in their role, but
13 again, you know, we're trying to be very transparent.
14 And so for that, I think the request was for me to -- to
15 actually reach out in my capacity to see if -- if I could
16 get that moving along.
17     Q   BY MS. HAMILTON:  I see.  Okay.  And then the
18 same for LEA collaborative or the supplemental
19 instruction assessment.  Is there any action item, like
20 if you are looking at this, that would have been expected
21 of you, or were those purely just updates?
22     A   Let's see.  No, this -- so this is an update,
23 because the board item -- this is 2020, so I don't know
24 if it was all combined.  So we -- anyhow, the last board
25 item I saw, which was not this one, had the GNETS



1  allocation, state and federal i-Ready, and then for --
2  and then you will see down there the 11 for the GNETS
3  receiving the therapeutic support.  So this would be an
4  update on the board item, which would have already gone
5  through.
6           So again, just, you know, as grants go and
7  contracts go, particularly if you have to have a contract
8  that's tied to a grant like this one does, just to keep
9  us, you know, updated as far as how things are
10 progressing.
11      Q   Okay.  And since we are talking about the
12 therapeutic support topic here, I guess, what grant --
13 what grant is she referring to?
14      A   So that's a -- and I'm trying to think of a --
15 it's around a $900,000 grant, and from what Vickie shared
16 with me, I think that was based off of a needs assessment
17 that Nakeba had conducted for the -- the sites that
18 typically had a greater need and potentially less
19 funding, so that they could get additional funding to
20 provide the additional therapeutic supports for the
21 licensed clinical social worker and the master's of
22 social work, so that -- that additional therapeutics
23 could be provided.  And we're still -- we're still doing
24 that.
25      Q   Okay.  And then going back up to strategic plan



1  to do a quick time check.  Patrick, can you let us know
2  how long we've been going?
3          THE VIDEOGRAPHER:  We are pushing six and a
4  half hours at this point.
5      Q   BY MS. HAMILTON:  All right.  Ms. Owen, I want
6  to transition now to talk a bit about funding and budget
7  responsibilities that you have as deputy superintendent,
8  particularly as it pertains to GNETS.
9          In the Governor's budget each year, GNETS has a
10 line item, correct?
11     A   Correct.
12     Q   How much did GNETS receive for the current
13 fiscal year total?
14     A   I don't have exact in front of me, but it was
15 approximately 53 million in state funds, 7.3 million in
16 federal funds.  Around 900,000 in -- that went to the 11
17 sites for additional therapeutic support.  Around 92,000
18 for i-Ready to support math and English language arts
19 instruction.  And then I believe through ESSER, we
20 received a three-year grant that may be around 3 million
21 total that was specifically designed for a three-year
22 increment; 60,000 a year going to the 24 GNETS facilities
23 specifically and only for therapeutic supports and
24 services.
25         And I believe that we received -- when the



1  budget cuts came originally, I believe in 2020, when we
2  were talking about the 10 percent decline earlier, I
3  believe we received maybe 6 million -- I don't have the
4  board item in front of me -- for -- to make up the
5  difference of the 10 percent cut that we were -- we were
6  looking at, that went out by an allocation similar to the
7  methodology used for the preliminary allocations.
8           So that's -- and I may be missing something,
9  but I -- I think that's primarily -- I think that's
10 primarily it.
11      Q   Okay.  Particularly for the state and federal
12 allotment, you mentioned 53 million for state, 7.3
13 million for federal, so is that accurate to say that from
14 the state grant and the federal funds, that that's around
15 60 million that they received this school year?
16      A   Yeah, around there.
17      Q   Okay.  And I know you mentioned the budget
18 cuts.  What's been the range of the GNETS total state and
19 federal allotments over the last few years?
20      A   It's been in that -- in that range.  I think
21 three years ago there was a -- there was a drop.  There
22 was actually a -- there's been a decline.  I think a
23 couple of years ago it was almost at 70 million, then it
24 went to 60 million.  Again, I don't have the board item
25 in front of me, but then I noticed a notable drop, and so

```
 1   5:01 p.m.)
 2            THE VIDEOGRAPHER:  We are back on the record at
 3   5:01.  Please proceed.
 4       Q   BY MS. HAMILTON:  Ms. Owen, I'm just going to
 5   ask you a few other questions about other things related
 6   to the GNETS program.  Are you familiar with the GNETS
 7   strategic plan?
 8       A   Yes.
 9       Q   Okay.  And what is the strategic plan?
10       A   It's a -- it's a six-part plan that the GNETS
11   facilities have to complete every year and then evaluate
12   that, and then it also ties into their budget.  So they
13   are looking at six different areas, and then providing
14   evidence of whether it's operational or emergent or
15   nonexistent.
16       Q   Okay.  What are those six areas?
17       A   It's leadership and accountability.  It's
18   therapeutics and behavioral support.  It's academic
19   instruction.  It's financial and fiscal management.  It's
20   engage -- I know this isn't exactly, but engagement with
21   community support and parent is, I think, one of them.
22   And then the last one is the actual fiscal -- physical
23   structures.
24       Q   And what role, if any, does the strategic plan
25   play with regard to the funding for the GNETS program?
```

