# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                              CIVIL ACTION NO.
                                 1:16-CV-03088-ELR
STATE OF GEORGIA,

      Defendant.



VIDEOTAPED DEPOSITION OF PATRICIA JOANN WOLF

Taken on behalf of the Plaintiff,

pursuant to Notice and agreement of counsel,

in accordance with the Federal Rules of Civil Procedure

before Maxyne Bursky, RPR, CRR, CRC

Certified Court Reporter

At 110 N. ABC Street, Milledgeville, Georgia

On October 6, 2022, between the hours of

9:21 a.m. and 6:07 p.m.



1      Q    Is there a particular timeline in which you

2   receive that information?

3      A    We usually -- you mean what month out of the

4   year?  Typically, it's April or May of each year.

5   Sometimes it varies.

6      Q    Do you submit anything to the Georgia

7   Department of Education in advance of receiving that

8   information?

9      A    No.

10     Q    There's no sort of grant application or

11  anything like that?

12     A    Yes, I'm sorry, I didn't realize that's what

13  you were talking about.  Yes, we do a grant proposal

14  every year and that's part of our budget package.

15     Q    That's submitted to the Georgia Department of

16  Education?

17     A    It is.

18     Q    Roughly when during the year do you submit

19  that to the Georgia Department of Education?

20     A    Approximately in June.

21     Q    You said earlier that typically the Georgia

22  Department of Education lets you know in April or May

23  how much money is in your budget.  That's the correct

24  timeline?

25     A    They give a tentative budget at that time and



1  then at some point that's approved and we get the

2  actual amounts.  I really, I don't know what month, I

3  think it varies from year to year.  But generally, June

4  is where we have the final funds and we do the grant

5  proposal and submit all that.

6      Q    Just so I'm clear, do you get the tentative

7  amount of money in GNETS of Oconee's budget from the

8  Georgia Department of Education before you submit the

9  grant proposal or after?

10     A    Before.

11     Q    Then you submit the grant proposal?

12     A    Yes.

13     Q    And then there is a final allocation that

14  comes out after you submit the grant proposal?

15     A    Yes.  I'm not sure if it's before or after,

16  but yes.  Generally, it's right around the same time.

17     Q    Do you have regular meetings with Oconee RESA

18  regarding GNETS of Oconee?

19     A    Yes.

20     Q    Are those connected to the monthly update that

21  I believe you said you prepared?

22     A    With the RESA Board of Control, yes.

23     Q    Who attends those meetings?

24     A    The superintendents from the six systems we

25  serve as well as Georgia College and Central Georgia



1       A    Typically, with high school students, they are

2    almost solely using the online program with support.

3    So the teacher will take a lesson from Edgenuity and do

4    it as a group, those kind of things.

5            MS. GARDNER:  I'd like to have the court

6        reporter mark this document as Plaintiff's

7        Exhibit 469.

8            (Plaintiff's Exhibit 469 was marked for

9        identification.)

10           (Witness reviewing document.)

11   BY MS. GARDNER:

12      Q    Ms. Wolf, you have been handed what's been

13   marked as Plaintiff's Exhibit 469.  This is an email

14   thread, the most recent email from you to Vickie

15   Cleveland dated September 12, 2019 with the subject

16   "Forward:  Funding Ratios," and one attachment that is

17   an Excel spreadsheet with the file name FY20 GNETS of

18   Oconee Funding Ratios as of 9419.  This document is

19   Bates stamped GA00952013.

20           Do you recognize this document?

21           (Witness reviewing document.)

22      A    I do.

23      Q    Am I correct that you sent the Excel

24   spreadsheet attached to this email to Vickie Cleveland

25   in response to a request for information from her; is



1    that right?

2          A    Correct.

3          Q    That request was that you provide a

4    spreadsheet showing the number of support staff,

5    teachers and paraprofessionals who are paid with the

6    GNETS state or Federal grant?

7          A    Correct.

8          Q    She also requested that you indicate whether

9    your social worker is certified as an MSW or LCSW?

10         A    Correct.

11         Q    Turning to the spreadsheet which appears at

12   the end of this document, does this outline the

13   information that Ms. Cleveland requested as it relates

14   to GNETS of Oconee?

15         A    Yes.

16         Q    This spreadsheet serves one support staff

17   which is your LCSW that is funded by the State grant

18   and one administrative assistant funded by the Federal

19   grant; is that correct?

20         A    Correct.

21         Q    Do you still have an LCSW funded by the State

22   grant?

23         A    Yes.

24         Q    Just one?

25         A    Yes.



1      Q     Do you still have an admin assistant funded by

2   the Federal grant?

3      A     Yes.

4      Q     Just one?

5      A     Yes.

6      Q     Do you currently have any other support staff

7   apart from those two funded by the State or Federal

8   grant?

9      A     The contracted licensed professional

10  counselor, and that's indicated under there, Number of

11  behavior coaches.

12     Q     At the time of this spreadsheet, did you have

13  any support staff funded by any of the LEAs that GNETS

14  of Oconee serves?

15     A     No.

16     Q     Do you have any support staff funded by those

17  LEAs currently?

18     A     No.

19     Q     This chart also shows how many teachers you

20  had who were funded by the State or Federal grant,

21  correct?

22     A     Yes.

23     Q     This shows ten teachers total?

24     A     That's correct.

25     Q     All of those teachers were funded by the State



1   grant; is that right?

2       A    Yes.

3       Q    Did you have any teachers at the time this

4   information was submitted who were funded by the LEAs

5   that GNETS of Oconee serves?

6       A    No.

7       Q    Do you currently have any teachers funded by

8   those LEAs?

9       A    No.

10      Q    Do you still have ten teachers total?

11      A    Yes.

12      Q    Are all ten still funded by the State grant?

13      A    Yes.

14      Q    Finally, this chart shows how many

15  paraprofessionals you had that were funded by the State

16  or Federal grant, right?

17      A    Yes.

18      Q    The chart shows twelve paraprofessionals

19  total; is that correct?

20      A    Correct.

21      Q    Nine of those were funded by the Federal grant

22  and three were funded by the State grant?

23      A    Yes.

24      Q    At the time you submitted this information,

25  did you have any paraprofessionals who were funded by



1    the LEAs that GNETS of Oconee serves?

2         A    No.

3         Q    Do you currently have any paraprofessionals

4    who are funded by those LEAs?

5         A    No.

6         Q    Do you still have twelve paraprofessionals?

7         A    I think we have 13 paraprofessionals now in

8    this staffing pattern, but then, like we talked about

9    earlier, the vacancies.

10        Q    I believe you said you have five or six

11   vacancies; is that correct?

12        A    Yes.

13        Q    Is the breakdown roughly the same in terms of

14   the number of your paraprofessionals whose funding

15   comes from the State grant relative to the Federal

16   grant?

17        A    It is.

18        Q    What about your profession as director, it is

19   not listed in this chart.  How is your position funded?

20        A    My position is funded through the State grant.

21             MS. GARDNER:  I'd like to have the court

22        reporter mark this document as Plaintiff's

23        Exhibit 470.

24             (Plaintiff's Exhibit 470 was marked for

25        identification.)



1            (Witness reviewing document.)

2    BY MS. GARDNER:

3        Q    Ms. Wolf, you have been handed what's been

4    marked as Plaintiff's Exhibit 470.  This is a

5    non-Bates-stamped document.  At the top of the document

6    it says Grants Information, Fiscal Year 2022, System

7    Name, 866 - Oconee RESA; name, GNETS; status, program

8    manager, signed off.  Do you recognize this document?

9        A    I do.

10       Q    What is this document?

11       A    This is our grant proposal.

12       Q    Is this the grant proposal for GNETS of Oconee

13   for fiscal year '22?

14       A    It is.

15       Q    I'd like to direct your attention to Page 4 of

16   this document, the fourth page in.  At the top it says

17   staffing pattern.  Do you see that?

18       A    I do.

19       Q    We just discussed this, but correct that this

20   reflects the discussion that there are no staff

21   positions at GNETS of Oconee for FY22 funded by the

22   LEAs?

23       A    Correct.

24       Q    This indicates that there are 15 staff

25   positions at GNETS of Oconee funded by the State grant;



1  is that right?

2      A    Correct.

3      Q    And that there are four staff positions funded

4  by the Federal grant?

5      A    Correct.

6      Q    If you then look at the 7th page from the

7  back.  I'm sorry, these pages are also not numbered.

8      A    Okay.

9      Q    Do you see the section that says Service

10  Delivery Supplemental Instruction?

11      A    Yes.

12      Q    If you flip over one more page from that to

13  the second page of that section, there's a question in

14  the middle of this page, it says, "How is academic data

15  being used by leadership to support students, staff and

16  parents?"

17          Do you see that question?

18      A    Yes.

19      Q    Towards the end of the first sentence there it

20  says, "Data is analyzed for progress on IEP goals as

21  well as progress in academic grade level standards."

22          Do you see that?

23      A    I'm not sure where you are -- yes, okay.

24      Q    How does GNETS of Oconee ensure that the

25  curriculum is aligned both with general education grade



1          mark this document as Plaintiff's Exhibit 478.

2                 (Plaintiff's Exhibit 478 was marked for

3          identification.)

4                 (Witness reviewing document.)

5    BY MS. GARDNER:

6          Q     Ms. Wolf, you have been handed what has been

7    marked as Plaintiff's Exhibit 478.  This is an email

8    thread between you and Vickie Cleveland.  The most

9    recent email in this thread is from Vickie Cleveland to

10   you dated June 13, 2018.  The subject line is "Re:

11   Social Workers."

12                Do you recognize this email?

13         A     I don't recall this email, but I recognize it

14   as mine, yes.

15         Q     If you could turn to the first email in time

16   in the thread which begins on the second page of this

17   document.

18         A     (Indicating affirmatively.)

19         Q     Am I correct in understanding from this that

20   Vickie Cleveland reached out to you and Desiree Woods

21   to ask whether the two of you shared a social worker

22   for the FY18 school year?

23         A     Yes.

24         Q     Who is Desiree Woods?

25         A     A fellow GNETS director now retired.



1    Q    Which program was she the GNETS director for?

2    A    DeKalb Rockdale.

3    Q    Ms. Cleveland also asked the two of you

4  whether you will still need a reimbursement for the

5  social worker for FY19, correct?

6    A    Correct.

7    Q    How did you respond to Ms. Cleveland's

8  question?

9    A    I would have said that, yes, we did need

10  additional therapeutic support funding.

11    Q    So in your email responding to Ms. Cleveland,

12  you say, "We definitely need an extra therapeutic

13  support person."

14         Is that correct?

15    A    Yes.

16    Q    You go on to say, "Can we find our own people,

17  though, and not use Staff Rehab or another agency?"

18         Do you see that?

19    A    Yes.

20    Q    What's Staff Rehab?

21    A    Staff Rehab was a privately run therapeutic

22  agency that would provide support to school systems.

23    Q    Had you been required to use Staff Rehab

24  before?

25    A    Initially, I don't know that it was a



 1   requirement, but I can't remember how Staff Rehab

 2   became involved.  That's what we were told to refer

 3   through initially, but they really didn't know a lot --

 4   I can't remember if it was an individual person.  I

 5   can't remember the person at all.

 6           But I remember that they weren't really

 7   trained in how to work with our population.  And that's

 8   why I was asking.

 9       Q    You said Staff Rehab is what you were told to

10   refer through initially.  Who told you to refer through

11   Staff Rehab initially?

12       A    I don't know that Vickie told us that we had

13   to use Staff Rehab.  I think that was one of the

14   resources that she suggested.  And Ms. Woods had used

15   them in the past as well, so I don't know if other

16   GNETS programs use that same agency or not.  I know it

17   wasn't working out with us.

18       Q    In here you are asking Vickie Cleveland

19   whether you can not go that route and can instead find

20   your own person?

21       A    Correct.

22       Q    What was the outcome of that question?  How

23   did that get resolved?

24       A    I believe that we were able to, that we were

25   allowed to.  I don't know if she had emailed me back or



1  we had a phone conversation, but the answer was yes,

2  essentially.

3      Q    You mentioned that one of the issues with

4  Staff Rehab was that they weren't really experienced in

5  working with your population?

6      A    Yes.

7      Q    When you say your population, what

8  specifically are you referring to?

9      A    Students with the most severe behavior and

10  emotional needs.  They weren't at the level that they

11  would be able to handle a crisis or even do crisis

12  intervention with them, so.

13          MS. GARDNER:  I ask the court reporter to mark

14      this document as Plaintiff's Exhibit 479.

15          (Plaintiff's Exhibit 479 was marked for

16      identification.)

17          (Witness reviewing document.)

18  BY MS. GARDNER:

19      Q    You have been handed what has been marked as

20  Plaintiff's Exhibit 479.  This is another email thread

21  between you and Vickie Cleveland.  The most recent

22  email on this thread is an email from Vickie Cleveland

23  to you dated July 24, 2018.  The subject is "Re:

24  Therapeutic Services Reimbursement for Social Workers,"

25  and there is one attachment which is a Word document



 1   with the file name GNETS Contracted Social Worker.

 2        The first page of this document has a Bates

 3   stamp of GA00329465.  Do you recognize this email

 4   thread?

 5        A    I recognize it as being mine.  I don't

 6   particularly remember it, but yes.

 7        Q    I want to look at the earliest email in this

 8   thread which starts on the second page.  Do you see

 9   where Ms. Cleveland writes to you and others and says,

10   "The SBOE approved the reimbursements for therapeutic

11   services for social workers for FY19"?

12        A    Yes.

13        Q    This is the same social worker you were

14   discussing with Ms. Cleveland in the last email

15   exchange we reviewed in Plaintiff's Exhibit 478?

16        A    I'm not sure if it's the same one.

17        Q    Am I correct that SBOE here refers to the

18   State Board of Education?

19        A    Yes.

20        Q    Ms. Cleveland goes on to write later on, "I am

21   working on data collection deliverables that the SWs

22   will have to send to GaDOE quarterly regarding services

23   this school year."

24        Do you see that?

25        A    Yes.



1    Q    Was the social worker the Georgia Department
2    of Education reimbursed you for required to submit data
3    to the Department of Education about services that the
4    social worker provided?
5    A    Yes.
6    Q    What kind of data were they required to
7    submit?
8    A    They were required to submit a therapeutic
9    services log that indicated the date, the student name
10   and the type of service that was provided and, yes, and
11   who they were.
12   Q    How frequently was that data required to be
13   submitted?
14   A    Monthly.
15   Q    To whom was the data submitted at the
16   department in the Georgia Department of Education?
17   A    To Lakeisha Stevenson, who was the assistant
18   for Vickie Cleveland.
19   Q    When that data was submitted, who from GNETS
20   of Oconee would actually do the submission?
21   A    I would do the submission.
22   Q    Would you email that, was there some sort of
23   secure way of transmitting it?  How did that work?
24   A    We submitted it through the Department of
25   Education's secure porthole by email.



1    Q    Does GNETS of Oconee still submit that sort of
2    data to the Department of Education today?
3    A    Yes.
4    Q    For which positions on your staff do you
5    submit that data currently?
6    A    Primarily from Ms. Brundage, the licensed
7    clinical social worker.
8    Q    Do you still submit that data to Ms.
9    Stevenson?
10   A    Yes.
11   Q    On a monthly basis?
12   A    Yes.
13   Q    Turning back to the first page of the document
14   which is your response to Ms. Cleveland, you say here,
15   "Are there any protocols about who we contract with?
16   Can we contract directly with a licensed individual
17   rather than using a hiring agency?"
18        Do you see that?
19   A    Yes.
20   Q    This question is similar in nature to your
21   question about whether you have to use Staff Rehab; is
22   that right?
23   A    Yes.
24   Q    How did Ms. Cleveland respond to your
25   question?



1    A    I don't recall whether she responded in a

2    written fashion, but the answer was yes, that we could

3    use another agency.

4    Q    Ms. Cleveland sends you an email in response

5    to your email on this thread, correct?

6    A    Yes.

7    Q    She says, "Please send me the resume for the

8    candidate.  I have also attached a draft of the social

9    worker responsibilities that I am working on with some

10   of the expectations for services."

11        Correct?

12   A    Correct.

13   Q    Did you send Ms. Cleveland a resume for the

14   candidate?

15   A    I believe so, but as I'm thinking about it,

16   I'm not even sure what the candidate's name was.

17   Q    Did you review the draft of the social worker

18   responsibilities that Ms. Cleveland forwarded to you in

19   this email?

20   A    Yes.

21   Q    What did you do with that draft, if anything?

22   A    I believe from the draft, created the job

23   description for that social worker.

24   Q    When you say for that social worker, you are

25   talking about the social worker that GNETS of Oconee



 1   ultimately hired?

 2       A    Yes.

 3       Q    Ms. Cleveland says in her email that she will

 4   share more at an August meeting.

 5            Do you see that?

 6       A    Yes.

 7       Q    Were these social worker responsibilities

 8   discussed at an August meeting?

 9       A    I don't recall.

10       Q    Turning to the attachment that Ms. Cleveland

11   included in her email to you, do you see the section

12   titled General Responsibilities?

13       A    Yes.

14       Q    In the second paragraph about midway through

15   it says, "Further, the social worker aligns their daily

16   tasks with the identified needs outlined in the GNETS

17   needs assessment submitted to GaDOE.  Daily assignments

18   must focus on assisting students with problem solving,

19   conflict resolution and elevated mental health

20   concerns."

21            Do you see that?

22       A    Yes.

23       Q    Is the needs assessment mentioned here the

24   kind of needs assessment that we reviewed earlier?

25       A    I believe so.



1  referred to GNETS of Oconee?

2      A    So initially in terms of the special ed

3  continuum, this would be a student that they tried in

4  the general education environment and the student had

5  behavior problems so they would move to a perhaps

6  resource setting followed by a self-contained setting

7  and still have significant behavioral difficulties and

8  challenges.  And at that point the IEP team would

9  complete a consideration of services for GNETS.

10           They would convene a team meeting and we would

11  discuss it, whether that is appropriate for that

12  particular student, and if so, at that point decide, do

13  we want to consider other services for that student or

14  consider a part-time placement or a full-time

15  placement.

16           Generally, it's a full-time placement based on

17  the severity of the behaviors which are typically the

18  reasons that kids are being referred to us.

19           MS. GARDNER:  I'd like to ask the court

20      reporter to mark this as Plaintiff's Exhibit 482.

21           (Plaintiff's Exhibit 482 was marked for

22      identification.)

23           (Witness reviewing document.)

24  BY MS. GARDNER:

25      Q    Ms. Wolf, you have been handed what's been



```
 1   marked as Plaintiff's Exhibit 482.  This is the Georgia

 2   Network for Educational and Therapeutic Support

 3   confidential student information packet.  Do you

 4   recognize this document?

 5        A    I do.

 6        Q    I believe earlier in discussing the referral

 7   process you mentioned a consideration of services

 8   packet, is that how you referred to it?

 9        A    Yes.

10        Q    Is this a part of that?

11        A    Yes.

12        Q    Is this document what you were referring to?

13        A    Yes.

14        Q    Did you create this document?

15        A    Yes, I, along with several directors, created

16   it.

17        Q    How is this document used?

18        A    This is the document that the referring

19   parties would fill out providing information on the

20   student along with their progress monitoring and

21   assessment information and so forth and they would

22   provide that when considering GNETS services.

23        Q    This document on the first page says, "Please

24   review the guiding questions for consideration of GNETS

25   services as well as the GNETS services flow chart to
```

1    assist in appropriate educational planning for the

2    student."

3            Do you see that?

4        A    Yes.

5        Q    Are you familiar with the guiding questions

6    for consideration of GNETS services?

7        A    Yes.

8        Q    What is that?

9        A    So the guiding questions are, you want to make

10   sure that students aren't referred, for example,

11   without a behavior intervention plan and/or functional

12   behavior assessment.  So that's one of the guiding

13   questions whether they have had a psychological

14   evaluation within three years, and whether there have

15   been less restrictive interventions tried.

16           So those are all, it is a pretty extensive

17   document.  The guiding questions is more, it's like a

18   four or five-page document that has considerations of

19   what the team should consider prior to referring the

20   student to us.  And the flow chart itself just kind of

21   shows the whole procedural aspect.

22           MS. GARDNER:  I would like to have this

23        document marked as Plaintiff's Exhibit 483.

24           (Plaintiff's Exhibit 483 was marked for

25        identification.)



1            (Witness reviewing document.)

2    BY MS. GARDNER:

3        Q    Ms. Wolf, you have been handed what's been

4    marked as Plaintiff's Exhibit 483.  This is the Georgia

5    Network for Educational and Therapeutic Supports

6    guiding questions for consideration of GNETS services.

7    Do you recognize this document?

8        A    Yes, I do.

9        Q    Is this the guiding questions we were just

10   discussing?

11       A    Yes.

12       Q    Did you create this document?

13       A    Yes, along with several other directors.

14       Q    You mentioned before, I believe, that the

15   guiding questions were intended to ensure that certain

16   things are in place before a student is referred for

17   consideration of GNETS services; is that accurate?

18       A    That's accurate.

19       Q    I believe one of the things you said that the

20   guiding questions is intended to help with is to ensure

21   that students are not referred without a behavior

22   intervention plan?

23       A    Correct.

24       Q    Why can a student not be referred without a

25   behavior intervention plan?



1    A    Because you would hope that the IEP team, if

2    the behaviors were that significant, that they would

3    complete a behavior intervention plan to try to put

4    those supports and interventions in place prior to a

5    student being referred to GNETS.

6    Q    Is there any rule that requires that?

7    A    I believe the Department of Education GNETS

8    rule requires the behavior intervention plan.

9    Q    What is the Department of Education's GNETS

10   rule?

11   A    It is a rule that the State Department of

12   Education came up with regarding GNETS that we are

13   guided by.

14   Q    You mentioned before that the guiding

15   questions were also intended to help ensure that

16   students were not referred without a functional

17   behavior assessment; is that right?

18   A    Yes, but in some cases a functional behavior

19   assessment hasn't been done and just the behavior

20   intervention plan.

21   Q    So you are saying that sometimes students are

22   referred to GNETS and there has not been a functional

23   behavior assessment but there has been a behavior

24   intervention plan?

25   A    Correct.



1    Q    I believe you also referenced a psychological

2    evaluation within three years?

3    A    Yes.

4    Q    Is that a requirement for placement in GNETS?

5    A    Yes, I believe it's part of the rule as well.

6    Q    Part of the State rule?

7    A    Yes.

8    Q    This guiding questions document asks whether

9    the student is currently being served in special

10   education.

11        Do you see that?

12   A    Yes.

13   Q    It says, "If the answer is no, then GNETS is

14   not an appropriate consideration at this time."

15        Do you see that?

16   A    Yes.

17   Q    Is current service in special education a

18   requirement for placement in the GNETS program?

19   A    Yes.

20   Q    Where does that requirement come from?

21   A    I believe it's -- I'm not sure if it's in the

22   State rule.  I'm not sure where it comes from.

23        MS. GARDNER:  I'd like to have this document

24        marked as Plaintiff's Exhibit 484.

25        (Plaintiff's Exhibit 484 was marked for



1              THE VIDEOGRAPHER:  We are back on the record

2      at 3:13 p.m.

3    BY MS. GARDNER:

4       Q    So we were discussing referral of students for

5    GNETS services and we looked at the confidential

6    student information packet and the guiding questions

7    and the GNETS services flow chart and the request for

8    consultation, correct?

9       A    Yes.

10      Q    You mentioned that you helped put those

11   documents together with some other GNETS directors; is

12   that right?

13      A    That's correct.

14      Q    Was there some sort of a committee to develop

15   those documents?

16      A    There was.

17      Q    What was the process leading to that committee

18   being formed?

19      A    If I recall, the directors felt they needed to

20   have a uniform consideration packet and make sure that

21   all of us are using the same criteria for a student

22   being admitted into GNETS.

23      Q    So in terms of the formation of the committee,

24   how did that work?

25      A    I believe we just talked about it as



```
 1   directors.  I remember Vickie Cleveland was in the
 2   room.
 3          I volunteered to help with it because I like
 4   to do that kind of stuff, and there's a couple other
 5   directors that worked with me.  We drafted it several
 6   times, sent it out several times and that's how we
 7   developed it.
 8   Q    Who else was on the committee with you?
 9   A    Whitney Braddock, Steve Derr.  I am trying to
10   think was there anyone else besides us.  Those are the
11   only two that I remember.  I think there was one or two
12   others.
13   Q    Was this an iterative process in the sense
14   that you all developed various drafts and they may have
15   been reviewed and edited as you were developing the
16   final documents?
17   A    Yes.
18   Q    Was there any participation in the process by
19   the GNETS program manager at the Department of
20   Education?
21   A    Only in that we reviewed it and gave feedback
22   and she did participate in some of that, some of those
23   discussions, I think.  I remember presenting, I
24   remember her asking me to present the final drafts to
25   the rest of the committee, so.
```



1    Q    When you say present the final drafts to the

2  rest of the committee --

3    A    I mean the rest of the directors.  That's what

4  I meant.  Sorry.

5    Q    Understood.

6         MS. GARDNER:  I would like to have the court

7      reporter mark this document as Plaintiff's

8      Exhibit 486.

9         (Plaintiff's Exhibit 486 was marked for

10      identification.)

11         (Witness reviewing document.)

12  BY MS. GARDNER:

13    Q    Ms. Wolf, you have been handed what's been

14  marked as Plaintiff's Exhibit 486.  This is an email

15  from you to Steve Derr, Whitney Braddock with a cc to

16  Nakeba Rahming dated September 26, 2017.

17         The subject is Consideration of Services and

18  there are three attachments to the email, the GNETS

19  Confidential Student Information Packet, the GNETS

20  Services Flow Chart and Guidance for GNETS Placements.

21  The first page of this document has a Bates stamp

22  GA00793042.

23         Do you recognize this email?

24    A    I do.

25    Q    I believe you said earlier that Steve Derr and



1  Whitney Braddock were the other members on the

2  committee with you to develop the consideration of

3  services documents?

4       A    Yes.

5       Q    Is it fair if I refer to these documents as

6  consideration of services documents?

7       A    Sure.

8       Q    Will you understand what I mean?

9       A    I will.

10      Q    In this email, you write to Ms. Braddock and

11 Mr. Derr and you say, "Thanks for being here today.  So

12 just to recap, Nakeba wants us to take the attached

13 documents and make sure that they are aligned with the

14 new GNETS rule which can be found at," and you include

15 a link presumably to the new GNETS State rule; is that

16 right?

17      A    Yes.

18      Q    Did you send this email following a meeting

19 with Ms. Braddock and Mr. Derr?

20      A    Yes.

21      Q    That was a meeting to discuss the

22 consideration of services documents?

23      A    I believe so, yes.

24      Q    Did Ms. Rahming participate in that meeting?

25      A    I think she did.  I think we were in a



1   directors' meeting and we discussed it and Whitney,

2   Steve and I volunteered to work on that packet.  I

3   think that's how it all came about.

4       Q    What did it mean for you to make sure the

5   documents were aligned with the new GNETS rule?

6       A    Because of the specifics in the rule about

7   having a behavior intervention plan and the

8   psychological within three years, things like that.

9       Q    So Ms. Rahming wanted to make sure that the

10  documents you all were drafting would include or be

11  consistent with the terms of that rule?

12      A    Correct.

13      Q    Did you all do that?

14      A    We did.

15      Q    So the consideration of services documents

16  that we have looked at earlier are all aligned with the

17  GNETS state rule?

18      A    Yes.

19      Q    In this email, you also say a bit farther

20  down, "Nakeba will send out her draft of the guidance

21  document."

22           Do you see that?

23      A    Yes.

24      Q    What is the guidance document that you are

25  saying Ms. Rahming will send out?



1    A    I don't know what that document was.

2         MS. GARDNER:  I'd like to have this marked as

3    Plaintiff's Exhibit 487.

4         (Plaintiff's Exhibit 487 was marked for

5    identification.)

6         (Witness reviewing document.)

7  BY MS. GARDNER:

8    Q    Ms. Wolf, you have been handed what's been

9  marked as Plaintiff's Exhibit 487.  This is an email

10 from you to Nakeba Rahming with a cc to Steve Derr and

11 Whitney Braddock.  The subject is Consideration for

12 Services.

13        The email was sent on October 4, 2017 and it

14 attaches several documents, a draft GNETS confidential

15 student information packet, a draft GNETS request for

16 consultation, a draft GNETS services flow chart and a

17 draft guidance for GNETS placements.  The Bates stamp

18 on the first page of this document is GA00794159.

19        Do you recognize this document?

20        (Witness reviewing document.)

21    A    Yes.

22    Q    By the time of this email, had you insured

23 that the consideration of services documents were

24 aligned to the GNETS State rule?

25    A    Yes.



1      Q     In this email you are asking for Ms. Rahming's
2    permission to send the documents to other GNETS
3    directors for their review and feedback?
4      A     Yes.
5      Q     Did you receive the green light from Ms.
6    Rahming to do that?
7      A     I did.
8          MS. GARDNER:  Let's have this document marked
9      as Plaintiff's Exhibit 488.
10          (Plaintiff's Exhibit 488 was marked for
11      identification.)
12          (Witness reviewing document.)
13    BY MS. GARDNER:
14      Q     Ms. Wolf, you have been handed Plaintiff's
15    Exhibit 488.  This is an email from you to a large
16    email distribution list sent on October 4, 2017.  The
17    subject is Consideration for GNETS Services - Draft of
18    Forms.
19          The email has several attachments including a
20    draft GNETS confidential student information packet, a
21    draft GNETS request for consultation, a draft GNETS
22    services flow chart, and a draft guidance for GNETS
23    placements.  The Bates stamp on this is GA00794197.
24          Do you recognize this document?
25      A     I do.



1    Q    Is this a copy of the email where you

2  distributed the consideration of services forms to the

3  GNETS directors for their review and feedback?

4    A    Yes.

5    Q    This email references a webinar to train staff

6  on the use of the documents.  Do you see that?

7    A    Yes.

8    Q    Did that webinar occur?

9    A    No, I remember doing it at a face-to-face

10  directors' meeting shortly after but I don't remember

11  the exact date.

12         MS. GARDNER:  Let's have this document marked

13     as Plaintiff's Exhibit 489.

14         (Plaintiff's Exhibit 489 was marked for

15     identification.)

16         (Witness reviewing document.)

17  BY MS. GARDNER:

18    Q    Ms. Wolf, you have been handed what's been

19  marked as Plaintiff's Exhibit 489.  This is an email

20  thread between you and Nakeba Rahming.  The most recent

21  email is sent from you to Ms. Rahming on October 24,

22  2017 with the subject "Re: Consideration for GNETS

23  Services Meeting today at one p.m."  The Bates stamp on

24  the initial page is GA00132036.

25         If you turn to the last page to the first in



1   time email, do you see your email to Ms. Rahming on

2   October 24, 2017 at 8:32 a.m. where you say, "Good

3   morning, Nakeba.  Are you planning to be online today

4   for the meeting at one p.m. on the Consideration of

5   Services?  If not, please let me know what I should

6   tell Directors regarding implementation of these forms.

7   Are they to be implemented immediately, in January or

8   in FY19?  I'm sure this question will come up."

9           Do you see that?

10      A    Yes.

11      Q    So there was a meeting that was going to be

12  occurring on the consideration of services form?

13      A    Yes.

14      Q    Was that meeting with other GNETS directors?

15      A    Yes.

16      Q    Here you are reaching out to Ms. Rahming to

17  get clarity about when other GNETS directors should

18  start using the consideration of services forms; is

19  that correct?

20      A    Yes.

21      Q    Ms. Rahming responds to your email and says,

22  "Yes, I will be on.  We can begin implementation at the

23  beginning of a new school year."

24          Do you see that?

25      A    Yes.



1    Q    Did she participate in that meeting?

2    A    Yes.

3    Q    Were those consideration of services forms

4  implemented at the beginning of a new school year?

5    A    Yes.

6    Q    By beginning of a new school year, is that a

7  reference to the 2018-2019 school year?

8    A    Yes.

9         MS. GARDNER:  I'd like to have this document

10      marked as Plaintiff's Exhibit 490.

11         (Plaintiff's Exhibit 490 was marked for

12      identification.)

13         (Witness reviewing document.)

14  BY MS. GARDNER:

15    Q    Ms. Wolf, you have been handed what's been

16  marked as Plaintiff's Exhibit 490.  This is an email

17  from you to Nakeba Rahming dated November 7, 2017.  The

18  subject is "Re: Upcoming LEA collaborative meeting for

19  GNETS December 7th," and this email attaches the

20  consideration of services forms.  The beginning Bates

21  stamp on this document is GA01941385.

22         Do you recognize this document?

23    A    Yes.

24    Q    You note in your email to Ms. Rahming that the

25  documents you attach are the final documents and you



1  ask her if she can have them printed for the

2  participants of the collaborative; is that correct?

3      A    Yes.

4      Q    What is the collaborative referenced here?

5      A    That's all the directors meeting together.

6      Q    All of the GNETS directors?

7      A    GNETS directors, yes.

8      Q    Is that the same as the LEA collaborative

9  meeting that's referenced in the subject line of this

10  email?

11      A    Okay, no, that was a meeting that we had the

12  LEAs present where we all came together as the State in

13  Macon.  So that's what that collaborative is.

14      Q    So this collaborative meeting involved LEAs

15  and GNETS directors?

16      A    Yes.

17      Q    Did Ms. Rahming participate in that LEA

18  collaborative meeting?

19      A    She did.

20      Q    If you turn to the second page, do you see the

21  email at the bottom from Matt Jones sent on November 6,

22  2017?

23      A    Yes.

24      Q    That email was sent to K12 superintendents and

25  RESA directors with a copy to Nakeba Rahming; is that



1   correct?

2        A    Yes.

3        Q    In the email Mr. Jones says, "Attached is an

4   agenda for a 2018 fall LEA collaborative meeting held

5   on December 7, 2017 from 9:30 a.m. to 1 p.m. at the

6   Marriott Macon City Center," and then it has the

7   address.  Mr. Jones goes on to say, "The purpose of

8   this meeting is to introduce the guidance for the GNETS

9   rule, share a streamlined process with LEAs when they

10  are considering students for GNETS services, and engage

11  GNETS and LEAs in a discussion to plan five regional

12  parent university sessions across the State."

13       Do you see that?

14       A    I do.

15       Q    So these were the things that were going to be

16  covered at the LEA collaborative meeting that you were

17  forwarding final consideration of services documents

18  forms for?

19       A    Yes.

20       Q    Did you attend that meeting?

21       A    Yes.

22       Q    Who is Matt Jones?

23       A    The chief of staff of the Department of

24  Education.

25       Q    Did Mr. Jones attend this LEA collaborative



1  meeting?

2      A    I believe so, yes.

3      Q    Did anyone else from the State Department of

4  Education attend the collaborative meeting?

5      A    I believe Vickie Cleveland was there and I'm

6  not sure who else.

7      Q    You note in your email that you would prepare

8  a presentation for the collaborative.  Did you do that?

9      A    I did.

10         MS. GARDNER:  I'd like to ask that this

11     document be marked as Plaintiff's Exhibit 491.

12         (Plaintiff's Exhibit 491 was marked for

13     identification.)

14         (Witness reviewing document.)

15  BY MS. GARDNER:

16     Q    Ms. Wolf, you have been handed what's been

17  marked as Plaintiff's Exhibit 491.  This is an email

18  from you to Nakeba Rahming dated November 16, 2017.

19  Vickie Cleveland is also included in this email and the

20  subject is "PowerPoint for LEA Collaborative

21  December 7th on Consideration of Services."

22         There are several attachments to this email

23  that are consideration of services forms.  The Bates

24  stamp on the first page of this document is GA00013170.

25         Do you recognize this email?



1    A    I do.

2    Q    In this email, do you provide to Ms. Rahming

3   and Ms. Cleveland the presentation that you indicated

4   you would prepare for the LEA collaborative meeting?

5    A    Yes.

6    Q    I want to take a look at Page 3 of that

7   presentation.  This slide is titled Roll Out, correct?

8    A    Correct.

9    Q    Then beneath that it says, "Fall of 2018" and

10  it also says, "Some programs to pilot beginning in

11  January of this year."

12       Do you see that?

13   A    Yes.

14   Q    Were the consideration of services forms

15  piloted by some GNETS programs before they were fully

16  rolled out in the fall of 2018?

17   A    Yes.

18   Q    That pilot began in January of 2018?

19   A    Yes.

20   Q    How many programs participated in the pilot?

21   A    I don't recall.

22   Q    Did GNETS of Oconee participate?

23   A    Yes.

24   Q    What happened after the initial pilot phase?

25   A    After the pilot phase, we came, I believe we



 1  came back together again in the summer and just went

 2  through everything again with the directors.  And that

 3  was our rollout in the fall.

 4      Q    Were there changes made to the consideration

 5  of services form between the end of the pilot phase and

 6  when they were rolled out in the fall of 2018?

 7      A    I believe there was just some minor changes in

 8  typos and formatting and things like that.

 9          MS. GARDNER:  I'd like to ask that this

10      document be marked as Plaintiff's Exhibit 492.

11          (Plaintiff's Exhibit 492 was marked for

12      identification.)

13          (Witness reviewing document.)

14  BY MS. GARDNER:

15      Q    Ms. Wolf, you have been handed Plaintiff's

16  Exhibit 492.  This is an email thread between Nakeba

17  Rahming, you, Whitney Braddock, Steve Derr and Vickie

18  Cleveland.  The most recent email in the thread is an

19  email from Ms. Rahming to you, Steve Derr, Whitney

20  Braddock and Vickie Cleveland.  The subject is "Re:

21  Consideration of Services - Revised" and that's sent on

22  December 11, 2017.  The Bates stamp on the first page

23  of this document is GA00014016.

24          Do you recognize this email thread?

25      A    Yes.



PATRICIA J. WOLF                                        October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                    200

1     Q    I want to start at the bottom with the email

2    from you to Steve Derr, Whitney Braddock and Nakeba

3    Rahming.  In it you say, "I wanted you each to take a

4    look at the consideration of services student

5    information packet based on the discussion yesterday

6    about insuring that the EBD part is removed.  Please

7    review the highlighted area and let me know what you

8    think.  Should we keep in those 45 criteria and just

9    not mention EBD or take that part out completely?"

10         Do you see that?

11    A    Yes.

12    Q    What was the discussion about ensuring the EBD

13   part is removed?

14    A    There were several GNETS programs that have

15   served other disabilities, and it was felt that it was,

16   placement consideration was up to the IEP team.  So

17   they felt that the disability of EBD should be removed.

18    Q    Had that been included in a form as criteria?

19    A    I believe so, yes.

20    Q    So in your email, you are inquiring whether

21   you should keep certain criteria that support the

22   characteristics of EBD but just not mention EBD

23   specifically?

24    A    Correct.

25    Q    Nakeba Rahming responds to your email.  In



1  here she says, "I do like the new version and the

2  bullets that support the characteristics of EBD."

3          Do you see that?

4      A    Yes.

5      Q    What was the ultimate conclusion on this

6  question?

7      A    That I believe that we would keep out the EBD

8  and allow, ensure that the IEP teams are coming up with

9  the decision if someone that is not, doesn't have the

10 disability of EBD, that they can still benefit from our

11 program.

12     Q    Did you keep in the criteria that supported

13 the characteristics of EBD?

14     A    I believe we did, yes.

15         MS. GARDNER:  I'd like to have this marked as

16     Plaintiff's Exhibit 493.

17         (Plaintiff's Exhibit 493 was marked for

18     identification.)

19         (Witness reviewing document.)

20 BY MS. GARDNER:

21     Q    Ms. Wolf, you have been given Plaintiff's

22 Exhibit 493.  This is an email from you to Vickie

23 Cleveland dated June 20, 2018 with the subject

24 "Finalized Consideration of Services Forms."  It

25 contains several attachments, the GNETS Confidential



1  Student Information Packet as of June 20, 2018; the

2  GNETS Request for Consultation as of June 20, 2018; the

3  GNETS Services Flow Chart; and Guidance for GNETS

4  Placements as of June 20, 2018.  The Bates stamp on the

5  first page of this document is GA00327280.

6          Do you recognize this email?

7      A    I do.

8      Q    Am I correct that in this email you write to

9  Vickie, "I made all of the changes we discussed

10  yesterday regarding the Consideration of Services

11  forms.  Please have the DOE attorney look them over and

12  let me know if changes need to be made.  When I get the

13  go-ahead from you, I will post them on the GNETS

14  director's notebook."

15          Is that right?

16      A    Correct.

17      Q    What's the GNETS director's notebook?

18      A    The GNETS director's notebook was a

19  centralized resource for GNETS directors where they can

20  access the rule, these forms, any resources shared

21  among our programs.  It was on Microsoft 365,

22  director's notebook, but it wasn't really utilized the

23  way we had intended, so.

24      Q    When you say it wasn't utilized in the way you

25  had intended, what do you mean by that?



1       A    We just -- it kind of fizzled out.  It wasn't

2   something that was around for very long.

3       Q    Was it the equivalent of like a Sharepoint

4   site, something like that?

5       A    Yes.

6       Q    So the time that you sent this email, this

7   would have been after the pilot phase for the

8   consideration of services forms had ended?

9       A    Correct.

10      Q    Did the DOE attorney look the documents over

11  as you requested?

12      A    I don't know.

13           MS. GARDNER:  I'd like to have this marked as

14      Plaintiff's Exhibit 494.

15           (Plaintiff's Exhibit 494 was marked for

16      identification.)

17           (Witness reviewing document.)

18  BY MS. GARDNER:

19      Q    You have been handed Plaintiff's Exhibit 494.

20  This is an email from you to Vickie Cleveland dated

21  June 21, 2018 with the subject "Consideration."  The

22  Bates Stamp on this email is GA00327446.

23           Am I correct that here you are following up

24  with Ms. Cleveland to request that she let you know

25  when, quote, "legal has reviewed the consideration



 1   forms"?

 2       A    Correct.

 3       Q    And here you say, "Directors are chomping at

 4   the bit to get them"?

 5       A    Correct.

 6       Q    Correct that you were waiting to release the

 7   consideration of services forms to the GNETS directors

 8   until you heard that legal had reviewed those forms?

 9       A    Yes.

10       Q    By legal here, you are referencing the

11   Department of Education's attorneys?

12       A    Yes.

13       Q    The State Department of Education's attorneys?

14       A    Correct.

15            MS. GARDNER:  I'd like to have this marked as

16       Plaintiff's Exhibit 495.

17            (Plaintiff's Exhibit 495 was marked for

18       identification.)

19            (Witness reviewing document.)

20   BY MS. GARDNER:

21       Q    You have been handed Plaintiff's Exhibit 495.

22   This is an email from you dated July 16, 2018.  The

23   subject is "Consideration of Services Forms Are Ready."

24   It is sent to a distribution list of various folks and

25   the Bates stamp on the first page of this document is



1    GA00328367.

2             This is an email from you to the other GNETS

3    directors; is that correct?

4        A    Yes.

5        Q    Am I correct that in this email you are

6    relaying to them that Vickie Cleveland has given you

7    the go ahead for the consideration of services forms?

8        A    Yes.

9        Q    So you heard back from Ms. Cleveland and she

10   said that you could release the consideration of

11   services forms to the other GNETS directors?

12       A    Yes.

13       Q    In here you note that those forms could be

14   found on the GNETS directors' notebooks, correct?

15       A    Correct.

16       Q    To what extent have the consideration of

17   services forms that you provided at this time been

18   changed from 2018 to now?

19       A    Very minor changes, and I believe in one case

20   there was some demographic data that was inadvertently

21   left off.  And so that was included.  Minor changes.

22       Q    When those minor changes have been made, are

23   the forms updated to reflect kind of the date that they

24   were updated?

25       A    I don't believe so.



1    A    Yes.

2         MS. GARDNER:  I'd like to have this document

3    marked as Plaintiff's Exhibit 496.

4         (Plaintiff's Exhibit 496 was marked for

5    identification.)

6         (Witness reviewing document.)

7    BY MS. GARDNER:

8    Q    You have been handed Plaintiff's Exhibit 496.

9    This is an email from you to Nakeba Rahming sent on

10   January 17, 2017.  The subject is Final Recommended

11   Agenda and there is one attachment to the email which

12   is a Word document with the file name GNETS Director's

13   Meeting Final Agenda 1-24 to 25-2017.  The Bates stamp

14   on the first page of this document is GA00130964.

15        Do you recognize this document?

16   A    Yes.

17   Q    Is this email discussing the agenda for an

18   upcoming GNETS directors meeting?

19   A    Yes.

20   Q    You say early in the email, you write,

21   "Nakeba, We (Najma, Desiree, Kerri and I) met and

22   recommend that we hear from you with updates on the

23   first day instead of the second day to give you more

24   time with updates and questions."

25        Do you see that?



1    A    Yes.

2    Q    Were you, Najma, Desiree and Kerri members of

3  some sort of committee?

4    A    Yes.

5    Q    What committee was that?

6    A    I can't remember if it was the professional

7  learning or executive committee.  I think it was

8  executive committee.

9    Q    So as of January 2017, you were on the GNETS

10  executive committee?

11    A    Yes.

12    Q    Prior to you sending this email, y'all had

13  gotten together and put together a recommended agenda

14  for the upcoming GNETS directors meeting?

15    A    Yes.

16    Q    You mention in the question that's identified

17  as Number 2 in this email, it says, "Directors would

18  like a followup question and answer session from you on

19  the following to review the expectations for the

20  remainder of the year for our mandated interventions."

21       Do you see that?

22    A    Yes.

23    Q    It says, "Please also reiterate due dates,"

24  and goes on to say, "What are the next steps for each

25  of these areas?"  Those areas that are listed include

1  iReady, BASC-3/Flex Monitoring, SDQ, FBA/BIP and Trauma

2  Informed Care.

3          Do you see that?

4      A    Yes.

5      Q    Is this list beginning with iReady, the

6  mandated interventions that you are referring to in

7  this section?

8      A    Yes.

9      Q    Those were mandated interventions for GNETS

10 programs?

11     A    Yes.

12     Q    Who mandated those particular interventions?

13     A    I believe Nakeba Rahming.

14     Q    So some of these we have discussed already.  I

15 think you told me a little bit earlier about iReady,

16 correct?

17     A    Correct.

18     Q    What is BASC-3/flex monitoring?

19     A    So BASC-3 is the Behavior Assessment System

20 for Children, Version 3.  The flex monitoring is part

21 of the BASC.  It is a different assessment that's more

22 of a progress monitoring tool.  So the BASC is a tool

23 that teachers would fill out to determine the level of

24 behavior intensity for student behaviors and emotional

25 needs.



1      Q    What about the SDQ?

2      A    The SDQ is a Strength Difficulties

3  Questionnaire and it is a screener to basically

4  identify difficulties that students may have in

5  behaviors, relationships with others, emotional needs.

6  So it is a general screener to see where students are,

7  whether at low risk for behavior disorder, emotional

8  disorder or if they are at a high risk.  And the

9  student and teacher and parent fills that out.

10     Q    FBA, that's Functional Behavioral Assessment

11 and Behavior Intervention Plan?

12     A    Yes.

13     Q    In what ways were those mandated

14 interventions?

15     A    So the mandate was that with GNETS students,

16 that they should have a functional behavior assessment

17 done every year by GNETS, and that feeds the behavior

18 intervention plans, to see if it needs to be updated or

19 changed.

20     Q    The last one here, trauma-informed care, what

21 is that?

22     A    Having, ensuring that all of our staff are

23 trained in trauma-informed care across the board.

24     Q    Turning to the actual agenda that you attached

25 to the email, this agenda on day two says that from ten



1  things you used the portal for and you were discussing

2  the GNETS grant application and the therapeutic

3  services log.

4      A    Yes.

5      Q    You also mentioned that you would use the

6  portal to communicate secure information on students to

7  the State Department of Education?

8      A    Correct.

9      Q    I'm wondering what kind of secure information

10  on students were you referring to?

11      A    If they require us to send any student

12  information that would have their GTID or any personal

13  identifiers on there, then we would have to send it

14  through the portal.

15          MS. GARDNER:  I'd like to have this document

16      marked as Plaintiff's Exhibit 497.

17          (Plaintiff's Exhibit 497 was marked for

18      identification.)

19          (Witness reviewing document.)

20  BY MS. GARDNER:

21      Q    You have been handed Plaintiff's Exhibit 497.

22  This is an email thread between you and Nakeba Rahming.

23  The most recent email in the thread is an email from

24  you to Nakeba Rahming on November 18, 2016 with the

25  subject "Re: Four-year-olds."  The Bates Stamp on the



1    first page of this document is GA00042505.

2            Do you recognize this email thread?

3       A    Yes.

4       Q    I want to start with the earliest in time

5    email which appears on the second page.  Am I correct

6    that you wrote to Nakeba Rahming saying that you had a

7    four-year-old not turning five until May and you write,

8    "Since the new rule isn't in effect, can we serve him

9    in our GNETS classroom?  Just making sure."

10           Do you see that?

11      A    Yes.

12      Q    When you say the new rule isn't in effect,

13   what rule are you referring to?

14      A    Just the GNETS rule.

15      Q    Am I correct in understanding that there was a

16   new GNETS rule that eventually went into effect in

17   2017?

18      A    Yes.

19      Q    Is that the rule that you are speaking of at

20   this time?

21      A    Yes.

22      Q    It hadn't yet been enacted?

23      A    Correct.

24      Q    Since it hadn't yet been enacted, you were

25   asking Ms. Rahming if you could serve a four-year-old



1   at GNETS of Oconee?

2       A     Yes.

3       Q     Was it your understanding that the new rule

4   would prevent a student that age from being served in

5   GNETS?

6       A     It was.

7       Q     At the time you made this inquiry, were you

8   already serving the four-year-old or was this a new

9   student?

10      A     I can't recall.

11      Q     What was Ms. Rahming's response to you?

12      A     She responded, "That's correct.  The new age

13  will not take effect until the new rule is initiated."

14      Q     So she confirmed that GNETS of Oconee could

15  serve a four-year-old because the new rule hadn't yet

16  taken effect?

17      A     Correct.

18      Q     Did GNETS of Oconee serve that four-year-old

19  you were writing about?

20      A     I believe so, yes.

21            MS. GARDNER:  I'd like to have this marked as

22      Plaintiff's Exhibit 498.

23            (Plaintiff's Exhibit 498 was marked for

24      identification.)

25            (Witness reviewing document.)



1  BY MS. GARDNER:

2      Q    You have been handed Plaintiff's Exhibit 498.

3  This is an email thread involving Nakeba Rahming, you

4  and Brooke Cole.  The most recent email is from Nakeba

5  Rahming to you with a copy to Brooke Cole dated

6  August 2, 2016.  The subject is "Re: Jasper County,"

7  and the first page of this document is Bates stamped

8  GA00781443.

9          Do you recognize this email thread?

10     A    I do.

11     Q    If you look at the bottom of the page, the

12 first in time email, am I correct that you reach out to

13 Ms. Rahming on August 1, 2016 and you say, "Good

14 evening, Nakeba.  Can Elam Alexander Academy serve

15 Jasper County students even though Jasper County falls

16 under GNETS of Oconee catchment?"

17     A    Yes.

18     Q    What prompted this question?

19     A    Jasper County wanted to serve a student at

20 Elam Alexander Academy.

21     Q    Is this the same student we discussed earlier?

22     A    I believe so, yes.

23     Q    That was a student that you said was

24 physically aggressive and there was some discussion

25 about whether that student would be better served at



1    Elam Alexander?

2        A    Yes.

3        Q    What was Ms. Rahming's response to you?

4        A    She said that Jasper County is in the

5    catchment area the for Oconee GNETS program and that

6    students will need to receive services in their service

7    area by the Oconee program or their local school

8    district.

9             And then another concern would be the

10   distance.  Jasper County students would need to travel

11   to receive services at Elam.

12       Q    So Ms. Rahming told you and Ms. Cole that Elam

13   Alexander could not serve Jasper County students,

14   right?

15       A    That's correct.

16       Q    Once a student arrives at GNETS of Oconee, are

17   they given any assessments to determine where they are

18   behaviorally?

19       A    Not initially.  Initially the parent is given

20   the strengths/difficulties questionnaire.  If the

21   student is 11 to 17, they are given the

22   strengths/difficulties questionnaire so we can gauge

23   what the parent thinks.  But we wait, we wait for a

24   period of time until we administer any behavioral

25   assessments because there is usually a honeymoon-type



1    BY MS. GARDNER:

2        Q    Ms. Wolf, you have been handed Plaintiff's

3    Exhibit 499.  This is an email from you to Vickie

4    Cleveland dated June 14, 2018.  The subject is

5    Suggestion and it includes one attachment which is a

6    pdf with the file name GNETS 2017-2018 Screening,

7    Diagnostic and PL Calendar.  The Bates stamp on the

8    first page of this document is GA00326222.

9            Do you recognize this email?

10       A    I do.

11       Q    Am I correct that in this email you write to

12   Vickie and you say, "Last year Nakeba gave us a

13   calendar giving us all the dates for the year and this

14   is extremely helpful."

15           Is that right?

16       A    Yes.

17       Q    You provide that calendar that you say Ms.

18   Rahming provided in your email to Ms. Cleveland,

19   correct?

20       A    Yes.

21       Q    When you say, "Last year Nakeba gave us a

22   calendar," who is the us referring to?

23       A    The GNETS directors.

24       Q    What was the purpose of the attached calendar

25   when Ms. Rahming gave it to you and the other GNETS



1  directors?

2      A    It gives directors an overview of when the

3  different interventions and assessments are due as well

4  as the grant proposal which is all the responsibilities

5  throughout the year.

6      Q    Did Ms. Rahming create that calendar?

7      A    I can't remember if she created it or I

8  created it, this particular one.

9      Q    What prompted you to send the calendar to Ms.

10  Cleveland?

11      A    With Ms. Cleveland taking over the position

12  for Ms. Rahming, we felt we needed to have a calendar

13  so we would know what the expectations are for the

14  coming year.

15      Q    So if you turn to the calendar, the first page

16  of the calendar is August 2017, correct?

17      A    Correct.

18      Q    Am I correct that this shows that iReady

19  diagnostic begins on August 7th?

20      A    Yes.

21      Q    And iReady diagnostic ends on September 15,

22  2017?

23      A    Yes.  It kind of goes through the whole month

24  of August, it looks like.

25      Q    Right.  So if you turn to the next page on



1    September 15, 2017, it says, "iReady diagnostic ends"?

2         A    Yes.

3         Q    So this calendar would let GNETS directors

4    know that August 7th to September 15th was the window

5    that programs had to administer the iReady diagnostic

6    to GNETS students?

7         A    Yes.

8         Q    Am I correct that on the August 2017 page of

9    the calendar, there are also instructions for how to

10   use the iReady diagnostics?

11        A    Yes.

12        Q    If you turn to October 2017, am I correct that

13   the October and November 2017 calendars show the window

14   for GNETS programs to administrator the SDQ tests?

15        A    Yes.

16        Q    That window was October 16th to November 3rd?

17        A    Yes.

18        Q    The November 2017 calendar page also shows the

19   window for GNETS programs to administer the BASC-3; is

20   that right?

21        A    Correct.

22        Q    Am I correct that on the October 2017 calendar

23   page, there are instructions for conducting emotional

24   and behavioral screening?

25        A    Yes.



1    Q    Those instructions tell how the SDQ and the

2   BASC-3 should be used, among other things?

3    A    Yes.

4    Q    This calendar that you attach in your email to

5   Ms. Cleveland contains other dates for other

6   assessments and for professional learning, correct?

7    A    Correct.

8    Q    It also includes the dates for when GNETS

9   programs should complete their midyear strategic plan

10   self-assessment?

11    A    Yes.

12    Q    And their end of year strategic plan

13   self-assessment?

14    A    Correct.

15    Q    It also includes the window for when visits

16   for the strategic plan reviews begin and end; is that

17   right?

18    A    Yes.

19    Q    Did Ms. Cleveland enlist your help in updating

20   this calendar after you sent it to her so that it could

21   be used for the upcoming 2018-2019 school year?

22    A    I do not recall.

23        MS. GARDNER:  I'd like to have this marked as

24        Plaintiff's Exhibit 500.

25          (Plaintiff's Exhibit 500 was marked for



PATRICIA J. WOLF                                        October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                   224

1      Q    When did you last receive a calendar like

2    this?

3      A    I believe that was the last year we received a

4    calendar.

5      Q    Do you still operate on a schedule for

6    administering iReady diagnostics?

7      A    Yes.

8      Q    How do you know the window for administering

9    iReady diagnostics?

10     A    I'm not sure if we get -- I think when we have

11   our directors meetings, those dates are posted in the

12   PowerPoint but it's not given in a calendar format that

13   I have seen.

14     Q    But you receive it through the GNETS directors

15   meetings?

16     A    Yes.

17     Q    Do you still operate on a schedule for

18   administering the SDQ?

19     A    Yes.

20     Q    Do you still operate on a schedule for

21   administering the BASC-3?

22     A    Yes.

23     Q    Do you receive the dates for administering the

24   SDQ and the BASC-3 similarly in GNETS directors

25   meetings?



1      A     Yes.

2      Q     Who do those dates come from?

3      A     Vickie Cleveland and Lakeisha Stevenson.

4      Q     Does GNETS of Oconee submit its SDQ results to

5  the Georgia Department of Education?

6      A     We do not submit them, no.  We keep them as

7  part of our strategic plan artifacts.

8      Q     Those strategic plan artifacts are reviewed --

9  let me rephrase that.  Are those strategic plan

10  artifacts reviewed at any point in the strategic plan

11  and self assessment process?

12      A     Yes.

13      Q     Who reviews those artifacts?

14      A     We review them at a GNETS local level with our

15  leadership team and they are available should the State

16  want to come in and review our artifacts for the

17  strategic plan.

18      Q     Was there a time when GNETS of Oconee

19  submitted its SDQ results to the Georgia Department of

20  Education?

21      A     I do not recall.

22          MS. GARDNER:  I'd like to have this marked as

23      Plaintiff's Exhibit 501.

24          (Plaintiff's Exhibit 501 was marked for

25      identification.)

1      A    I don't know the exact amount.

2      Q    Ballpark?

3      A    Ballpark, I really don't, I don't even know,

4  like 250,000.  I'm not really sure.

5      Q    You think it's about 250,000?

6      A    I really don't know.  I'm sorry.

7      Q    Are you familiar with the GNETS strategic

8  plan?

9      A    Yes.

10      Q    What is the GNETS strategic plan?

11      A    The GNETS strategic plan is basically a

12  program improvement plan where there are several

13  components that we put in place, academic, behavioral,

14  fiscal, supervision-wise that we put in place and

15  ensure that all those elements are carried out.

16      Q    Is GNETS of Oconee obligated to comply with

17  the GNETS strategic plan?

18      A    We are.

19      Q    Does the strategic plan have an assessment

20  component?

21      A    In each of the areas, yes, it does.

22      Q    How does the assessment process work

23  generally?

24      A    So in terms of the academic part, there's an

25  assessment required for state-mandated assessment.  Of



1    with Lakeisha Stevenson.

2         MS. GARDNER:  I'd like to have this marked as

3       Plaintiff's Exhibit 503.

4         (Plaintiff's Exhibit 503 was marked for

5       identification.)

6         (Witness reviewing document.)

7    BY MS. GARDNER:

8      Q    Ms. Wolf, you have been handed what's been

9    marked as Plaintiff's Exhibit 503.  This is an email

10   thread between you and Deborah Gay.  The most recent

11   email in the thread, you sent to Deborah Gay on

12   December 31, 2015.  The subject is As Requested.

13        It contains one attachment which is a

14   Microsoft Word document with the file name GNETS

15   Strategic Plan Year 4 Recommendations from Wolf.  The

16   first page of this document is Bates stamped 00403823.

17        Do you recognize this?

18     A    I do.

19     Q    Am I correct that you are sending this email

20   in response to a prior email from Ms. Gay and what she

21   says, "I would appreciate your review of the attached

22   updated GNETS strategic plan for accuracy and to

23   include any additional information you may have."

24     A    Yes.

25     Q    Who is Deborah Gay?



1    A    Deborah Gay was the director of the special

2    education services and support for the Department of

3    Education and that was in 2015.

4    Q    In your email you say you highlighted your

5    recommendations in yellow and put some comments in red

6    in the strategic plan that you attach in your email to

7    Ms. Gay?

8    A    Yes.

9    Q    Turning to the attachment, turn to Page 3 of

10   the attachment which has the section on program

11   operation on it.

12   A    Yes.

13   Q    Do you see it says just beneath that, "The

14   GaDOE provides to each GNETS program, GNETS fiscal

15   agent, local school district, and other stakeholders a

16   GNETS program operations manual that clearly describes

17   program responsibilities and fiscal operations."

18   A    Yes.

19   Q    "This manual is designed to ensure that GNETS

20   programs operate efficiently, effectively and

21   consistently throughout the network to support local

22   school districts in providing students with educational

23   opportunities that will enable them to become college

24   and career ready."

25        Do you see that?



PATRICIA J. WOLF                                                October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                            243

1      A    I do.

2      Q    As director of the GNETS program, did you

3  receive one of the operations manuals referenced here?

4      A    Yes.

5      Q    Do you still receive such operations manuals?

6      A    The operations manual is online.  It hasn't

7  been updated for a number of years.

8      Q    Do you still refer to the operations manual in

9  any way?

10     A    I don't, no.

11     Q    If you turn to the next page, Page 4, just

12 above Goal 2 it says, "GaDOE will collaborate with

13 interagency partners (i.e., the Department of

14 Behavioral Health and Developmental Disabilities) to

15 ensure that eligible GNETS students have access to

16 mental health services through a system of care."

17          Do you see that?

18     A    Yes.

19     Q    What did you understand this to mean?

20     A    That our students would benefit from the

21 system of care and ensuring that they are getting the

22 highest level of services needed.

23     Q    What is the system of care?

24     A    It is a system of different agencies and

25 service providers that are available in the community



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                           249

1    plan."

2        A    Yes.

3        Q    Who is Jeannie Morris?

4        A    Jeannie Morris was a fellow GNETS director

5    from the Cedarwood Academy.

6        Q    When you say that the attached draft rubric

7    addresses each of the standards of practice, what

8    standards of practice are you referring to?

9        A    So at that time we had standards of practice

10   of what was recommended for each GNETS program to have

11   for their program accountability measures.

12       Q    Were those standards of practice first

13   identified in the draft rubric or did they preexist the

14   rubric?

15       A    They preexisted the rubric.

16       Q    When were those standards of practice

17   developed?

18       A    It's hard to say.  It was a couple of years

19   before this, so we're talking around 2010 maybe.

20       Q    Who developed the standards of practice?

21       A    We developed them as GNETS directors.

22       Q    Did the State Department of Education

23   participate in that process?

24       A    I believe so.

25       Q    If you recall, who from the State Department



1    of Education was involved?

2        A    I don't recall specifically who was involved

3    with the standards of practice.  Terry, what was

4    Terry's last name, he was the prior GNETS program

5    manager.  Susan Mackenzie, it's been a while ago.  So

6    prior to Virginia O'Connell.

7        Q    I want to take a look at the attached rubric.

8    Am I correct in understanding that the rubric

9    identifies the various standards of practice along the

10   far left column?

11       A    Yes.

12       Q    And that it contains indicators for how well a

13   GNETS program is demonstrating that standard of

14   practice; is that right?

15       A    That's correct.

16       Q    So a GNETS program can either be in the

17   efficient category, the needs development category or

18   the ineffective category?

19       A    Correct.

20       Q    For each standard of practice, there are

21   indicators identified that would tell someone where a

22   GNETS program faults on the scale of proficient, needs

23   development or ineffective, right?

24       A    Correct.

25       Q    So, for example, on the first page of the

