# EXHIBIT S

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

United States of America,              No.
                                       1:16-CV-03088-ELR
    Plaintiff,

vs.

State of Georgia,

    Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

DERRICK GILCHRIST

SEPTEMBER 29, 2022

9:07 a.m.

49 Atlanta Street

Marietta, Georgia

Marcella Daughtry, RPR, RMR
Georgia License No. 6595-1471-3597-5424
California CSR No. 14315



1     Q   What, if any, responsibilities -- what, if any,

2   responsibilities do you have with respect to GNETS

3   budgeting and funding?

4     A   That is part of my role in terms of ensuring

5   that we have the programming to support our students in

6   the LEA.

7     Q   And I also note here on your resume where you

8   say that one of your responsibilities involves liaise

9   with Georgia Department of Education to ensure program

10   compliance with State and federal guidelines.  What do

11   you mean by that?

12     A   So attend meetings, ensure that we are in

13   compliance with the State and federal regulations as it

14   relates to the provision of services.  And -- and so

15   making sure that I am up to date, knowledgeable about any

16   changes that occur so that those changes could -- could

17   be transferred to our program.

18     Q   All right.  Do you meet on a regular basis with

19   any staff from the Georgia DOE?

20     A   We have monthly GNETS directors' meetings.

21     Q   Do you have any other meetings on a regular

22   basis with staff from the Georgia DOE?

23     A   No.

24     Q   What are these monthly GNETS -- GNETS director

25   meetings?  What happens during these meetings?



1      A    Well, they -- they discuss items on the agenda.

2    The agenda varies, and so it is to inform GNET directors

3    of any changes, any information that we need to know.

4      Q    Who from the State DOE participates in those

5    meetings?

6      A    Vickie Cleveland is the program manager at the

7    Department of Education, and Lakesha Stevenson as well.

8      Q    Have there been any other State DOE personnel

9    who have participated in these meetings?

10      A    There have been other departments that have

11    presented out or shared information in regards to -- in

12    regards to information from their specific departments.

13      Q    And who would be some of those individuals?

14      A    I can't recall names.

15      Q    Okay.  If you don't remember names, what would

16    be some of the different departments who would be

17    represented?

18      A    So teacher evaluations, that's the immediate

19    thing that comes to mind.  Many instructional -- people

20    from the instructional department, yeah.

21      Q    Who else participates besides the State DOE

22    personnel?

23      A    Other than GNET directors and State personnel?

24      Q    If -- yes, if there is anyone else?

25      A    That's -- that's it.  So the meeting is for the



 1  the strategic plan, and so that was the -- the level of

 2  interaction.

 3      Q   Did you ever reach out to Ms. Rahming directly

 4  with any questions or issues related to the GNETS

 5  program?

 6      A   I believe I -- I did speak with her as we were

 7  developing the strategic plan with specific questions

 8  about the strategic plan itself.

 9      Q   Okay.  And you mention -- you mentioned that

10  you served on the GNETS strategic planning committee.

11  What was that committee?

12      A   It was just a group of directors that assisted

13  with developing the strategic plan.

14      Q   What was the time frame that you served on that

15  committee?

16      A   I want to say 2016, 2017.

17      Q   And you said Ms. Rahming oversaw the committee

18  and their work?

19      A   Yes.

20      Q   And just for the record, Ms. Rahming's name is

21  spelled R-a-h-m-i-n-g.

22          THE COURT REPORTER:  R-a-h-m-i-n-g.  Okay.

23  Thank you.

24          MS. JACKSON:  And what was her first name

25  again?

 1  have one program.

 2        Q   When did that change occur?

 3        A   The 2019 school year was our final year of

 4  providing services in Fulton County.

 5        Q   And by 2019 school year, would that be the 2019

 6  through the 2020 school year?

 7        A   It was the '19/'20.  So 2019 fall, and then

 8  2020 spring.

 9        Q   What was your opinion of Fulton County's

10  departure from the South Metro GNETS program?

11        A   I did not really have an opinion.  I understood

12  their rationale.

13        Q   Was your program negatively impacted in any way

14  by Fulton County's departure?

15        A   I would say not.

16        MS. HAMILTON:  I'm handing the court reporter

17  what I'd like to have marked as Plaintiff's Exhibit 448.

18        (Plaintiff's Exhibit 448 was marked for

19  identification.)

20        Q   BY MS. HAMILTON:  The first page of this

21  document is Bates stamped GA00356682.  This is a

22  December 2019 e-mail chain between Derrick Gilchrist and

23  Vickie Cleveland with the subject line, "RE: Funding

24  Summary."

25        I'll give you a moment to take a look at this,



 1  and let me know when you're ready.

 2      A   I've reviewed it.

 3      Q   Okay.  Do you recognize this document?

 4      A   Yes, I do.

 5      Q   What was this e-mail chain about?

 6      A   It was about changes within Fulton County and

 7  how it would impact South Metro.

 8      Q   I want to start by looking at the e-mail that

 9  you sent to Vickie Cleveland on December 11th, 2019.

10  This is on the second page.

11          What were you asking?

12          MR. PICO-PRATS:  Sorry for interrupting.  Do

13  you have a screen share of this available or a copy that

14  you can send over to us?

15          THE REPORTER:  Who was that that was talking?

16  Oh, Javier?

17          MR. PICO-PRATS:  Yeah.

18          MS. HAMILTON:  Can we go off the record?

19          THE VIDEOGRAPHER:  Going off the record at

20  10:50.

21          (A discussion was held off the record.)

22          THE VIDEOGRAPHER:  Back on the record at 10:54.

23      Q   BY MS. HAMILTON:  Mr. Gilchrist, so I might

24  have you repeat your answer, but in your e-mail to Vickie

25  Cleveland dated December 11th, 2019, what were you asking



1  Ms. Cleveland?

2      A   When in terms of projecting for the future, I

3  wanted to get an idea of when they would be able to

4  provide me information, you know, again, referring back

5  to a timeline of when I would have information regarding

6  our funding because of the change.  And so I just wanted

7  to know as much information as I could in terms of when

8  that information will be provided, because that was a

9  pretty major change for the program, and so I wanted a

10  better idea of -- of the potential impact and when I

11  would have that information.

12      Q   And it says here you're requesting projections

13  regarding the impact of reducing/moving 47 students.  Is

14  that the number of students at issue?

15      A   Yeah.  Well, it was me having access to the

16  information of that impact so that I could plan.

17      Q   Okay.  Were there 47 students who were gonna be

18  moving from your program to the North Metro program?

19      A   Not physically moving as much as the count

20  itself being moved from the South Metro formula, if you

21  will, so the North Metro formula.  And so I wanted to

22  know when they would be able to provide me that

23  information because we had to plan for it.

24      Q   And when you say the students were physically

25  moving --



1      A    Right.  So they remained -- Fulton County is a

2   school-based county, in that all of the students in

3   Fulton County who receive GNETS services are served in a

4   school-based program model.  And so the students weren't

5   changing schools; it was just the provider was changing.

6   So it was moving from South Metro being able to implement

7   our programming to them bringing in North Metro to

8   implement whatever their programming looked like.

9      Q    Okay.  Once North Metro began providing

10  programming, would you have any other -- would you be

11  providing services to those students any further?

12     A    Not to those students in Fulton County.  We --

13  we didn't have any additional contact or anything with

14  them.

15     Q    Okay.  All right.  So if we go to the very --

16  the last e-mail in the chain but the first e-mail on the

17  first page of the set of pages here, I want to look at

18  the second paragraph.  What did you mean when you stated,

19  "In the past, LEAs opting to change GNETS fiscal agent

20  incurred the cost of the change"?

21     A    So what -- what was being discussed at that

22  time was again them moving those student numbers from our

23  funding formula to the North Metro funding formula, which

24  means we would have lost funds.

25          In the past, previously prior to this event, no



1  changes were made to the funding formula.  The LEA who

2  initiated or opted for a change would provide funding for

3  those services to change until the -- the student count

4  would generate for the new program, if that makes sense.

5      Q   That does.

6          And you also note here, "In the cases I am

7  familiar with, Henry County and Atlanta Public Schools,

8  those LEAs supported GNETS operations until funding was

9  available" --

10     A   Yes.

11     Q   -- "through the student count and GNETS funding

12 formula"?

13     A   Yes.

14     Q   Are those examples of what you were just

15 describing?

16     A   Yes.

17     Q   Okay.  After consulting Ms. Cleveland, did she

18 confirm that your understanding was correct?

19     A   No, because the question again, it really

20 wasn't about that piece.  It was really more about when

21 they -- when would I know the results of whatever was

22 happening.  Because I was not privy to, I guess at the

23 state level, you know, how they were going to handle it.

24 And so really what I needed to know -- the information

25 that I needed to know is when I would be provided with an



1  accurate project- -- projection of funding for the next

2  school year.

3          And the reason that that was so important is

4  because of staffing.  If there were major -- major

5  changes to the funding formula, that would have meant

6  that I would have had teachers and individuals under

7  contract that the funding would not have supported.

8          And so prior to -- and if you look at the

9  timing, this was November/December, and so this is a -- a

10 few months before teacher contracts began to go out.

11         And so again, the -- the major thing that I

12 needed to know is, okay, what is going to be the impact,

13 and what is our funding going to look like with these

14 changes?

15    Q   What impact did the loss of those students

16 ultimately have on the South Metro GNETS funding?

17    A   We saw a decrease in our funding since that

18 period.  But with our LEAs, and as you see in the e-mail,

19 Henry County is mentioned.  Henry County and both Clayton

20 County both supported and continue to support GNETS

21 services by funding positions and providing and

22 provisioning certain resources that allow us to be able

23 to do things like contract with View Point and implement

24 a High Fidelity Wraparound.

25         And so while our -- we did experience a



 1  decrease in funding, we were able to move forward with

 2  our program initiatives that were aggressive toward

 3  really implementing services to kind of provision mental

 4  health and Wraparound support for the students and

 5  families in Clayton and Henry County.

 6      Q   Okay.  And I know we were talking earlier about

 7  e-mail communications that you've had with Ms. Cleveland.

 8  Is this an example of your outreach to Ms. Cleveland?

 9      A   It is.  And, again, you know, it's -- it's

10  about the timeline.  You know, I need to know what our

11  funding is going to look like, you know, when will the

12  information be available, and, you know, whether or not

13  they were actually going to release that information a

14  little bit sooner than what has traditionally happened

15  within the state.

16      Q   Other than the departure of South Metro, have

17  there been any other changes in the counties or LEAs

18  served by South Metro in the last five years?

19      A   Other than the Fulton County change?  When you

20  say the past five years, no.  So we've -- for the past

21  five years we've been serving Clayton and Henry County.

22      Q   Okay.  Who is the fiscal agent for South Metro

23  GNETS?

24      A   Clayton County Public Schools.

25      Q   And what is Clayton County's role in its



 1  coordinators at no expense to your program?

 2      A   I believe that -- that lasted for four school

 3  years.

 4      Q   Since that point, you've been using the State

 5  GNETS grant funding to cover the costs?

 6      A   Yes.  Our grant funds, yes.

 7      Q   Are those funds at any GNETS program that

 8  have -- that could be put toward these purposes?

 9          MS. JACKSON:  Object to form.

10          THE WITNESS:  So all -- all programs receive

11  the same grants.  It's up to the directors to sort of

12  build that within their budget, and so we've been able to

13  do that.

14      Q   BY MS. HAMILTON:  So to make sure I understand,

15  some -- some of the funding is discretionary, and you've

16  been able to put that funding toward the Wraparound

17  program?

18      A   I --

19          MS. JACKSON:  Object to form.

20          THE WITNESS:  I wouldn't call it discretionary.

21  You know, we receive funds to secure staff, and so part

22  of the staff that I elected to spend funds on were the

23  Wraparound coordinator.

24          MS. HAMILTON:  I'm handing the court reporter a

25  document that I would like to have marked as Plaintiff's



```
1    identification.)
2         Q    BY MS. HAMILTON:  All right.  You've just been
3    handed Plaintiff's Exhibit 456.  This is a document
4    titled "South Metro GNETS Therapeutic Service and
5    Intervention Tiers."  The United States received this
6    document from the South Metro GNETS program in response
7    to the United States subpoena for documents.
8              Do you recognize this document?
9         A    Yes.
10        Q    Okay.  And does this document cover the 2021 to
11   '22 school year?
12        A    Yes.
13        Q    What is this document?
14        A    So it's an outline of the services and supports
15   that are available to students based on the tiers.
16        Q    Are these the tiers that you were referring to
17   earlier during the deposition?
18        A    Yes, as it relates to the South Metro tiers.
19        Q    Okay.  And this is not -- just to make sure I
20   understand the terminology, you don't consider this part
21   of MTSS?
22        A    No.  This is not -- this is not part of our LEA
23   MTSS intervention pyramid.
24        Q    Okay.  How did you-all create this document in
25   the South Metro program?  And, actually, let me take a
```



1  step back.

2          Did the South Metro program create this

3  document?

4      A   Well, the format of it we did not.  You know,

5  the tier format, we didn't create that.  What we created

6  were the services that are -- that are embedded within

7  the tiers.

8      Q   Okay.

9      A   And so we placed the services, supports and

10 resources that we have based on this tier format or this

11 tiered approach to supporting students.

12         So we didn't create the tiered approach.  What

13 we did is we created the services, the supports, and

14 secured the resources to insert within the tiers.

15     Q   Is this modeled on a template that you've

16 received from anyone?

17     A   The template we received from -- from the

18 Georgia Department of Education.

19     Q   Okay.  And what was the timing for when you

20 received that template?

21     A   I don't remember the exact date; however, I

22 want to say this was part of the strategic plan for GNETS

23 development, so it would have been in that 2016/'17

24 school year timeline or time frame.

25     Q   And did you receive any instruction or guidance



1  on how to create the plan --

2       A    No.

3       Q    -- besides the template?

4       A    No.

5       Q    Were all of the programs given the template?

6       A    Yes, I believe we were all provided this same

7  template.

8       Q    And when you were provided with the template,

9  was it your understanding that it was optional or

10  mandatory that you use it?

11      A    Mandatory.

12      Q    Okay.  All right.  I'd like to walk through

13  this document beginning with the first page that says

14  Tier 1.  And the first column -- well, actually, let's

15  see.

16           So at the very top it says, "Tier I Prevention

17  and Intervention Practices Available for All Students."

18  What -- what does it mean where it says -- when it says

19  overt behaviors in the next line?

20      A    Externalizing behaviors, behaviors that you're

21  able to observe.

22      Q    And how is this information used?  I'm just

23  trying to understand the relevance of the listed

24  behaviors here with Tier I.

25      A    So those are -- are sort of guidance criteria



 1  to establish the range of overt and covert behaviors for

 2  a Tier I student.

 3       Q   Okay.  Did you-all -- sorry.

 4           Did South Metro GNETS program determine what

 5  behaviors would constitute the Tier I?

 6       A   So we established the criteria that you see

 7  there, the overt behaviors --

 8       Q   Uh-huh.

 9       A   -- and the -- the covert --

10       Q   Okay.

11       A   -- behaviors.  So those criteria we sort of

12  established for what would be reflective of a Tier I, II,

13  or III student.

14       Q   Okay.  So the State DOE didn't specifically

15  state that these behaviors constituted Tier I?

16       A   No.

17       Q   Okay.  And then in this first column it says,

18  "Evidence-based Prevention & Intervention Practices."

19           What are evidence-based intervention and

20  prevention practices?

21       A   Interventions practices and programs that have

22  data to support effectiveness or outcomes.

23       Q   Okay.  So I'd like to walk through some -- at

24  least some of the practices that you have listed in each

25  of the tiers to make sure we have a better understanding



1  of how they operate in your program.

2          The first one listed here is Positive

3  Behavioral Interventions and Supports, so PBIS.  What is

4  PBIS?

5      A    Positive behavior intervention and supports is

6  a framework to support positive student behavior through

7  establishing and building positive cultures of

8  expectations and standards that are building wide.

9          And so it essentially is just establishing sort

10 of a positive climate and culture that's -- that's not

11 really punitive in nature but really more focused on

12 setting expectations that are positive in nature.

13     Q    And it says the targeted students are all

14 students in your program?

15     A    Yes.  With -- with Tier I, these -- all of

16 these intervention practices and supports, services are

17 available to all students.  It's across the board.

18     Q    And that's true for all of the practices on

19 this page?

20     A    On Tier I, yes.

21     Q    Okay.  So my understanding of PBIS, there is

22 multiple tiers within PBIS.  For what you have listed

23 here, is this only referring to Tier I of PBIS or all

24 tiers of PBIS?

25     A    I'm not familiar with multiple tiers within



1  students in the South Metro program regardless of the

2  location?

3      A    Yes.

4      Q    So the therapist travels to the different

5  sites?

6      A    She travels.  She has assigned days for Ash

7  Street and also assigned days at J B Henderson.

8      Q    Do you -- does your program use any data or

9  metrics to determine whether these Tier I practices and

10  interventions are effective?

11          MS. JACKSON:  Object to form.

12          THE WITNESS:  I think that is gauged -- no,

13  specifically to any metrics designed to gauge the

14  effectiveness of the practices, but we have other tools

15  that we can utilize to determine student progress, so

16  progress toward IEP goals and objectives.

17          The SDQ is one of those assessment tools that

18  is administered as a pre- and posttest.  So we're able to

19  make determinations based on pre- and posttests, whether

20  or not students have improved in areas, and, if so, how

21  much they've improved.  And so it gives us an idea of the

22  development of their strengths as part of that -- that

23  tool.

24          We also administer the BASC-3, which also

25  provides information in regards to the functioning level



1  and certain categories based on that -- that tool.

2      Q   And, for the record, when you say BASC-3, is

3  that spelled B-A-S-C?

4      A   That is an acronym.

5      Q   BASC-3.  Okay.

6          All right.  I want to move on to the Tier II

7  interventions, and that's on the next page.  It says,

8  "Tier II Interventions Provided to Moderate Risk Students

9  By Subset or in Small Groups."

10         What's -- what -- what do you mean here or what

11 does your program mean here by "Moderate Risk Students"?

12     A   So based on the criteria of the overt -- overt

13 behaviors and covert behaviors, those are students who

14 are exhibiting or externalizing moderate levels based on

15 the criteria that's stated there.

16         So students who are having to engage in four to

17 seven RAFTs within a 40- -- 45-day period.  Any students

18 who have had any OSS days assigned.

19         So that criteria, basically, is just reflective

20 of students who are exhibiting a higher level from Tier I

21 students in terms of just what we're seeing in terms of

22 them maybe having events of crises or events of behaviors

23 that are significant.

24     Q   And if your Tier I practices are provided to

25 all of your students, what percent of your students are



1  student after having received therapy.

2      Q   And, similarly, for Tier II, do you have any

3  metrics in place to track student progress -- I should

4  say to track the effectiveness of these interventions on

5  student progress?

6      A   Again, the -- the SDQ and BASC and overall

7  general performance in general give us an idea of the

8  effectiveness of sort of the services as a comprehensive

9  package.

10     Q   I know earlier when we were talking about the

11 outpost or transition sites, we saw in the spreadsheet

12 that there were students in the outpost at all of the

13 different tiers, correct?

14     A   There were, yes.  From what we saw earlier,

15 there were some Tier II and Tier III students in the

16 outpost.

17     Q   Okay.  Of the Tier II services -- sorry.

18         Of the Tier II services that are listed, are

19 there any services here that are not provided in the

20 outpost settings?

21     A   No.

22     Q   Okay.  Of the Tier III practices listed on the

23 next page, are there any practices that are not provided

24 in your outpost or transition settings?

25     A   We do not push in the individual art therapy



1          (The deposition was at recess from 4:24 p.m. to

2    4:32 p.m.)

3          THE VIDEOGRAPHER:  We are back on the record at

4    4:32.

5      Q   BY MS. HAMILTON:  Mr. Gilchrist, I have a few

6    follow-up questions for you related to the contract that

7    you have, the current contract that you have with View

8    Point Health.  And that's the contract for that ITS

9    therapist services?

10     A   Yes.

11     Q   Okay.  Is that a written contract?

12     A   It is an MOU, yes.

13     Q   How often is that contract renewed with View

14   Point Health?

15     A   Yearly.

16     Q   How is that contract with View Point Health

17   paid for?

18     A   Using funds from the GNET grants.

19     Q   Are any other sources of funding used to cover

20   the expenses for the therapists?

21     A   No.

22     Q   Okay.  So Medicaid funding is not used?

23     A   No, not -- not on my behalf.

24     Q   Okay.  All right.  Who determines the staffing

25   needs in your GNETS program?



1    DOE?

2         A    No.

3              MS. HAMILTON:  I'd like the court reporter to

4    mark this next document as Plaintiff's Exhibit 458.

5              (Plaintiff's Exhibit 458 was marked for

6    identification.)

7         Q    BY MS. HAMILTON:  And the first page of this

8    document is Bates stamp GA00785867.  This is an e-mail

9    chain from March to April 2017.  The initial e-mails at

10   the end are between you and Lisa Domzal with a subject

11   line of PT Psychologist, and the remaining e-mails are

12   between you and Ms. Rahming with a similar subject line.

13             If you want to take a moment to take a look and

14   let me know when you're finished.

15        A    I'm fine.

16        Q    Okay.  Do you recognize these e-mails?

17        A    Yes.

18        Q    Who is Lisa Domzal?  And I'm going to spell her

19   last name, D-o-m-z-a-l.

20        A    She is -- I believe her title is Position

21   Control Coordinator in Clayton County.

22        Q    Okay.

23        A    And so she is part of the human -- human

24   resources department for Clayton County, which is our

25   fiscal agent.



1     Q    And what were you asking her in these e-mails?

2     A    So for Lisa, the initial request was for us to

3  be able to post and hire a part-time school psychologist,

4  she wanted me to confirm with DOE that I could do that.

5     Q    All right.  And in her response, the

6  confirmation -- I just want to confirm.  The confirmation

7  that she was looking for was -- do you see -- this is the

8  Monday, March 27th e-mail --

9     A    Okay.

10    Q    -- from Ms. Domzal to Derrick Gilchrist.

11    A    Yes.

12    Q    Okay.  So in her e-mail, she wanted you to

13  provide a State-level e-mail or document showing that you

14  had been approved to put the position in your budget; is

15  that correct?

16         MS. JACKSON:  Object to form.

17         THE WITNESS:  I...

18    Q    BY MS. HAMILTON:  What was the -- what was the

19  form?  Sorry.  What was the documentation that she wanted

20  you to provide?

21    A    This e-mail.  She wanted to see approval or

22  authorization from the State that it was okay for me to

23  hire a part-time psychologist.  And I don't think that --

24  and I'm trying to remember.  I -- I don't believe the

25  issue was necessarily about the funds or funding.  It was



1  the fact that it was a part-time position, not a

2  full-time psychologist.

3      Q   Did you reach out to anyone from the State DOE

4  to get this confirmation?

5      A   Nakeba Rahming.

6      Q   And what did you ask Ms. Rahming?

7      A   Whether or not I was authorized or approved to

8  add a part-time psychologist.

9      Q   Did you ultimately get approval from

10 Ms. Rahming?

11     A   I believe we -- we did, but we never filled the

12 position because we could not find anyone to take a

13 part-time school psychologist position, and so instead I

14 ended up adding a full-time second psychologist.

15     Q   Okay.

16     A   Who is still currently employed.  So we still

17 currently have two psychologists.

18     Q   Have you had to reach out to the State DOE for

19 approval for any other GNETS positions?

20     A   No.  And the only reason why I did this is

21 because the human resources department wanted me to,

22 which I didn't really understand why they wanted me to

23 reach out.

24         MS. HAMILTON:  Okay.  I am handing the court

25 reporter what I'd like to have marked as Plaintiff's



 1      A    It -- it helps us to work with our LEAs to

 2   ensure that there are processes in place for placing

 3   students in GNET programs or placing students in a

 4   position to receive GNET services.

 5           MS. HAMILTON:  I'm handing the court reporter a

 6   document that I'd like to have marked as Plaintiff's

 7   Exhibit 460.

 8           (Plaintiff's Exhibit 460 was marked for

 9   identification.)

10      Q    BY MS. HAMILTON:  The first page of this

11   document is Bates-stamped GA00030538.  This document has

12   a cover e-mail dated August 2018 between Vickie Cleveland

13   and Lakesha Stevenson with a subject line, "Items to copy

14   for meeting."  And then there are five attachments that

15   include various -- various GNETS program documents.  And

16   I actually want to focus our time on the attachments.

17           I will give you a moment just to skim through,

18   and you can let me know when you're done.

19      A    Okay.

20      Q    All right.  What I'd like to do first is just

21   gauge your familiarity with these documents, and then if

22   we have time at the end of the deposition, we may come

23   back and talk more about the substance.

24           If you can turn to the second attachment which

25   has the Bates state -- stamp number GA00030542.  And the



 1  title of this document says, "Request for GNETS

 2  Consultation."

 3       A   Yes.

 4       Q   Are you familiar with this document?

 5       A   Yes.

 6       Q   What is it?

 7       A   It's a -- a document that can be used by LEAs

 8  to request GNETS consult for students.

 9       Q   Who created this document?

10       A   The DOE.

11       Q   Okay.  And in your capacity as a GNETS

12  director, did you play any role assisting in the creation

13  of this document?

14       A   No.

15       Q   Does the South Metro program use the Request

16  for GNETS Consultation form?

17       A   Yes.

18       Q   Are all GNETS programs required to use this

19  form?

20           MS. JACKSON:  Object to the form.

21           THE WITNESS:  I -- I don't know.

22       Q   BY MS. HAMILTON:  And how did you learn of this

23  form?

24       A   We had a meeting, and I would imagine this -- a

25  meeting agenda.  I was present when this information was



 1  shared.

 2       Q   How long have you been using the request for

 3  GNETS consultation form?

 4       A   Based on these documents, I would say probably

 5  since the time of this meeting in 2018.

 6       Q   Okay.  I'd like to turn to the next document,

 7  and this is the one that has the title GNETS Services

 8  Flow Chart.  And it's the next attachment in this

 9  document.

10       A   Gotcha.

11       Q   With a Bates stamp of GA00030544.

12       A   Yes.

13       Q   Are you familiar with this document?

14       A   Yes.

15       Q   What is this document?

16       A   It's a guidance document to help LEAs and all

17  stake -- stakeholders understand just the flow, a

18  flowchart in terms of, I guess, how to request

19  consultation and how to handle other issues or processes.

20       Q   Okay.  Who created this document?

21       A   I believe someone at the DOE.

22       Q   Does your program use this GNETS services

23  flowchart?

24       A   We use a -- a -- a modified form of it, and so

25  it looks a little bit different from this.



1      Q    What parts of the flowchart look different in

2   what you're using in your program?

3      A    Well, we wanted to be specific for our LEA, so

4   like position titles we wanted to use the correct

5   position titles that are aligned with what our LEAs are

6   so that they would be clear on the people within the

7   district and what their role is in terms of requesting

8   consult.  And so we just kind of modified it based on

9   more locally specific position titles and staff.

10      Q    Okay.  When were you first introduced to the

11   GNETS Services Flow Chart?

12      A    I would say at this meeting.

13      Q    And just to confirm, so that our record is

14   clear, are you referring to this August 21st, 2018 --

15      A    Yes.

16      Q    -- GNETS director meeting?

17      A    Yes.

18      Q    Okay.  All right.  I want to turn to the next

19   attachment.  It has a Bates number of GA00030545, and the

20   title is Confidential Student Information Packet.

21         Are you familiar with this document?

22      A    Yes.

23      Q    What is this document?

24      A    It's the -- a student information packet, a

25   student information packet that LEAs could request



1  support or assistance.

2      Q   Okay.  And who created this document?

3      A   I believe someone at the DOE.

4      Q   Does the South Metro program use the

5  confidential student information packet?

6      A   Yes.

7      Q   And do you use it as it's currently written or

8  did you make any modifications?

9      A   We -- we did -- I believe we did modify -- no,

10 we did not make any modifications to this.

11     Q   Okay.  And when were you introduced to this

12 document?

13     A   During this August 2018 meeting.

14     Q   And I'd like to turn to the last attachment.

15 This is -- starts on GA00030549 entitled Guiding

16 Questions for Consideration of Services.  Are you

17 familiar with this document?

18     A   Yes.

19     Q   What is this document?

20     A   A guiding questions document to help and assist

21 LEAs with complying with the requirements and process for

22 requesting support or assistance for students.

23     Q   Does the South Metro program use this form in

24 connection with students being referred to your program?

25     A   Yes, we do.



1    Q    And when did -- when did you first get

2    introduced to the guiding questions?

3    A    In this August of 2018 meeting.

4    Q    And did your program make any modifications to

5    this form?

6    A    No.

7    Q    All right.  I want to turn back to the

8    flowchart that's in this packet of documents.  I want to

9    ask you a few questions about how this process works for

10   a student beginning through a GNETS program.

11        So if you can look at the part of the flowchart

12   that focuses on the standard process.  Based on this

13   chart and your understanding of how students get placed

14   in GNETS, who makes the initial determination regarding

15   whether a student should be considered for GNETS?

16   A    Well, it was my understanding that the special

17   ed departments with -- within the LEAs make a

18   determination with students that they may be struggling

19   with or they may have questions about, and from that

20   point they may reach out to GNETS programs to request

21   assistance or support.

22   Q    Okay.  So then going down to this -- so then

23   after that first step, it says, the student information

24   packet is completed.  Is that the confidential info- --

25   confidential student information packet that we just saw?



1   clarified or specified.

2       Q   What were some of those areas that you felt

3   prior to that last revision needed to be clarified?

4       A   That's a tough one.  I'd have to look at them

5   side by side just to kind of remember specifically what

6   those revisions were.

7           I do know that the areas of the GNET program,

8   some of the areas were combined, and so it was just -- it

9   was -- I felt like the -- the latest or the current

10  version is just more streamlined and more clear.

11          MS. HAMILTON:  Okay.  I'm handing the court

12  reporter a document that I would like to have marked as

13  Plaintiff's Exhibit 461.

14          (Plaintiff's Exhibit 461 was marked for

15  identification.)

16      Q   BY MS. HAMILTON:  This document has a title of

17  "Self-Assessment Outcomes and Improvement Summary Plan."

18  This was provided to the United States by the South Metro

19  GNETS program in response to the United States subpoena.

20          Mr. Gilchrist, do you recognize this document?

21      A   Yes.

22      Q   All right.  What is this?

23      A   This is the self-assessment that all programs

24  are required to complete as a self-assessment of -- of

25  our implementation of the strategic plan.



1       Q   When you served on the strategic plan
2   committee, did you play any role in creating the
3   Self-Assessment Outcomes and Improvement Summary Plan?
4       A   I don't remember that as part of what we did on
5   that committee, but I do know with the final product that
6   the -- and this is actually not the format or the
7   template, because I can never get it to work on the
8   actual formal one, so I just kind of used that -- that
9   template just to create something that I could type in.
10          But I do know that this form or document was
11  included as part of the final strategic plan.
12      Q   Okay.  And just to confirm what you were just
13  saying, this is not a copy of the actual plan?
14      A   Correct.
15      Q   Okay.  Does it contain the information that is
16  part of the plan?
17      A   Yes.
18      Q   Okay.  But you modified it for what reason?
19      A   Just so I can have it in Word document and I
20  can like type -- type in the boxes and enter the data.
21      Q   Okay.  How are you as a GNETS director expected
22  to use the Self-Assessment Outcome and Improvement
23  Summary Plan?
24      A   Its -- its main purpose is to inform areas that
25  we may need to focus on to improve our program as it



1  relates to the strategic plan.  And so with -- with

2  engaging in the self-assessment activity, we gather just

3  information from the perspective of program leaders on

4  areas that we either may be doing really well in or areas

5  that we may need to focus on.

6      Q    And does the State DOE require every GNETS

7  program to complete a similar plan?

8      A    Yes, it's -- it's required.

9      Q    Would you -- once you have completed this plan,

10 who -- who do you give it to from -- let me rephrase that

11 question.

12         Once you've completed this plan, who -- who

13 from the State do you give it to?

14     A    It's part of the grant application.  It's one

15 of those documents that we submit with our grant

16 application.

17     Q    Do you also have to complete a midyear

18 strategic plan self-assessment?

19     A    This is the midyear (indicating).

20     Q    Okay.  So how many of these self-assessments do

21 you complete during --

22     A    Two.

23     Q    -- the school year?

24     A    Two.  A midyear and end of year.

25     Q    Once you provide this information to the State



1  DOE, how do they use this information?

2          MS. JACKSON:  Objection to form.

3          THE WITNESS:  I don't know.

4      Q   BY MS. HAMILTON:  Are site visits part of the

5  strategic plan process?  And I should say site visits

6  from the State DOE?

7      A   It was initially part of the original plan

8  where the DOE would annually visit each GNET program to

9  review the artifacts in evidence to support

10  implementation of the strategic plan.

11     Q   Does the State DOE still conduct site visits?

12     A   They conduct site visits.  However, it's on a

13  rotating scheduled basis.  It's not an annual site visit

14  as it relates to the strategic plan.

15     Q   Okay.  How frequently does the State DOE now

16  conduct site visits as part of the strategic plan

17  process?

18     A   I don't remember the number of years in the

19  rotation because I was -- that's pretty new, so I

20  don't -- I don't remember.

21     Q   Okay.  But it's -- but to confirm, it's not

22  every school year?

23     A   Yes, it's not every school year.

24     Q   Are you aware of any changes that are being

25  made to the strategic plan process for the current school



1    year?

2        A    No, I'm not aware of anything.

3        Q    Do you anticipate receiving feedback from the

4    State on the strategic plan documents when you submit

5    them?

6        A    Yes.

7        Q    Earlier during the deposition you mentioned

8    that you met Wina Low during one of the DOJ site visits;

9    is that correct?

10       A    No, that was Shaun.

11       Q    Or was that Shaun Owen --

12       A    Yes.

13       Q    -- that you met?

14       A    Who was on-site during the site visits.

15       Q    All right.  Thank you for clarifying that.

16            Were you present -- how many of the site visits

17   were -- did you attend that were conducted by the United

18   States?

19       A    For my program?

20       Q    Yes.

21       A    I attended all of them.  The -- I take that

22   back.  So they had to make -- in Henry County they made

23   two trips last year.  I was not present for the second

24   because it was a scheduling conflict.

25       Q    Okay.

