EXHIBIT T

1              IN THE UNITED STATES DISRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                )CIVIL ACTION
5           Plaintiff,          )NO. 1:16-cv-03088-ELR
                                )
6   vs.                         )
                                )
7   STATE OF GEORGIA,           )
                                )
8           Defendants.         )
                                )
9   - - - - - - - - - - - - - - )

10

11               VIDEOTAPE DEPOSITION OF

12               CASSANDRA HOLIFIELD, Ph.D.

13

14      Thursday, December 1, 2022, 9:14 a.m., EST

15

16

17

18

19          HELD AT:

20          Parker Poe
            1075 Peachtree Street, N.E., Suite 1500
21          Atlanta, Georgia  30309

22   ----------------------------------------------

23

24          WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public

25



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          93

1   information to the Georgia Department of Education?

2        A    Can you be more specific so I -- I'm not

3   really sure what you mean.

4        Q    Sure.

5            MS. GARDNER:  I'm going to ask the court

6       reporter to mark this document as Plaintiff's

7       Exhibit 630.

8            (WHEREUPON, Plaintiff's Exhibit-630 was

9        marked for identification.)

10  BY MS. GARDNER:

11       Q    Dr. Holifield, have you been handed what

12  has been marked as Plaintiff's Exhibit 630.  This is

13  an email from you to Nakeba Rahming, dated July

14  22nd, 2016.  The subject is "Re: FY 17 GNETS Data

15  Management Tool."

16       A    Yes.

17       Q    And this contains one attachment, which is

18  an Excel spreadsheet with the file name "FY 16 GNETS

19  Annual Verification Report" --

20       A    Yes.

21       Q    -- "_Data Management Tool"?

22       A    Yes.

23       Q    The Bates-stamp on this document is

24  GA00041656.

25            Do you recognize this?



1        A    Yes.

2        Q    I'd like to ask you to just take a look at

3    this email, which references a data management tool,

4    which is what I want to ask you about.

5        A    Okay.

6        Q    So I'm hoping this will help refresh your

7    recollection.

8             The attachment to this document was

9    produced as an Excel document, so I'm also going to

10   publish electronically the Excel version of this.

11       A    Okay.

12       Q    Can you see this document?

13       A    Yes.

14       Q    You see that the top is captioned -- the

15   attachment is captioned "GNETS Data Management

16   Document"?

17       A    Yes, I'm familiar with the document.

18       Q    Okay.  What is this data management tool?

19       A    Basically, it's a spreadsheet that they've

20   asked us to document all the students that receive

21   services in our program, and it tells us how many

22   segments they're with us and when they come into the

23   program and when they leave.

24       Q    And when you say "this is a spreadsheet

25   that they've asked us to document all the students



1    that receive services in our program," who is

2    "they"?

3         A    The DOE.

4         Q    Okay.  So you receive this spreadsheet

5    from the Georgia Department of Education?

6         A    Yes.

7         Q    Do you receive a new spreadsheet like this

8    every fiscal year?

9         A    We update the same spreadsheet.

10        Q    Okay.  But every year you submit new data

11   to the Georgia Department of Education in this

12   format?

13        A    We now -- before we had the GNETS tab in

14   there, we submitted this spreadsheet.  Now that we

15   have the tab, we still collect the data but we enter

16   just the numbers into the electronic platform.

17        Q    Okay.  So at some point before there was a

18   GNETS tab in the Georgia Department of Education

19   portal, you would submit this actual spreadsheet to

20   the Georgia Department of Education?

21        A    Yes.

22        Q    And what you're saying is that now that

23   you have a GNETS tab in the portal, you simply enter

24   all of the data that would appear in the spreadsheet

25   directly into the portal?



```
 1        A     Yes.

 2        Q     But you're still transmitting effectively

 3   the same data?

 4        A     Yes.

 5        Q     I want to just go over some of the

 6   information that is included on the spreadsheet, or

 7   that you would now report through the portal.

 8              The spreadsheet includes students' first

 9   and last names, correct?

10        A     Uh-hum.  Yes.

11        Q     On the far left-hand side there is a

12   column for System ID?

13        A     Yes.

14        Q     What does that mean?

15        A     The school district the student is

16   actually located in.

17        Q     So that's the student's home school

18   district?

19        A     Yes.

20        Q     And is this system name just the name of

21   the student's home school district?

22        A     It's a -- there's two -- they're basically

23   the same thing.  The PGM004 A and B is an actual

24   report that can be pulled by the school district,

25   but then that's the system name.
```



1            So it's an identifier for each of the
2   different schools within the district.
3       Q    So, for example, for Fulton County School
4   District, which North Metro GNETS serves, there
5   might be a number that identifies Fulton County
6   School District and then the system name would be
7   Fulton County?
8       A    Yes.
9       Q    And what is the -- there's a field on this
10  form that says Entry Date.
11           Do you see that?
12      A    It's the date that the student was -- the
13  first day the child received GNETS services for that
14  year.
15      Q    Okay.  So not the first day that the
16  student was ever enrolled in GNETS, but the first
17  date that the student attended GNETS for that
18  particular fiscal year?
19      A    Yes.
20      Q    And correct that you also report exit
21  dates?
22      A    Yes.
23      Q    And that would apply if a student left
24  GNETS some time before the end of the fiscal year?
25      A    Yes.



1    Q    What is Program Type code mean?

2    A    I think Program Type is whether it's a

3  school base or a center base, if I recall.

4    Q    This particular spreadsheet has the No. 2

5  populated already in the Program Type code.  What

6  does the 2 mean?

7    A    I don't know.  I have to look at the

8  cheat-sheet.  It's in the manual.

9    Q    But there is one code that's for

10  center-based and one code that's for school-based?

11    A    Yes.

12    Q    And for each student that would be served

13  by North Metro GNETS you would report whether that

14  student was in a center or was in a school-based

15  location?

16    A    Correct.

17    Q    What about Program Type Auxiliary code,

18  what does that mean?

19    A    I would have to look -- my secretary

20  actually fills this spreadsheet out, so.

21         But it's basically the same kind of

22  information.  Again, whether it's school-based or

23  whether it's a center-based program and the number

24  of segments is pretty much everything they're asking

25  in the spreadsheet.



1        Q     Okay.  You said there's a cheat-sheet for

2   filling this out?

3        A     Yes.  In the old GNETS manual.

4        Q     Okay.  And where did you obtain that GNETS

5   manual?

6        A     They gave it to us years ago.  In this

7   particular case, 2015, 2016.

8        Q     And "they" being the Georgia Department of

9   Education?

10       A     Yes.

11             It's also listed the -- in the QBE page of

12   the DOE.  It's a question and answer page on their

13   website.

14       Q     Okay.  This also includes information

15   about the Number of Daily Segments, correct?

16       A     Yes.

17       Q     And what is that field asking for?

18       A     How many periods of the day do they

19   receive services in the GNETS classroom.

20       Q     Okay.  And what is the total number of

21   segments in a school day?

22       A     It depends on whether they're a blocked

23   schedule or whether they are traditional six segment

24   day.

25       Q     So traditional schedule would have six



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          100

1    segments?

2         A    A traditional would have six.

3         Q    And a block would have how many?

4         A    Four.

5         Q    This spreadsheet also asks for information

6    about mental health services provided at school?

7         A    Yes.

8         Q    What kind of information would you provide

9    in that field?

10        A    If a student's parents -- for example, if

11   they go to LIPT, the Local Interaction Planning

12   Team, and an outside service provider was given

13   permission to come to the schools to provide those

14   services at school, that would go in that field.

15        Q    And then this also includes a field that

16   says Mental Health Services Outside of School?

17        A    Yes.

18        Q    What kind of information would you report

19   in that field?

20        A    The same kind of information but a family

21   sometimes will receive services for the entire

22   family rather than just the student.

23        Q    Okay.  The next field says Move to Less

24   Restrictive Services.

25        A    Yes.



1        Q     What does that mean?

2        A     They follow the continuum.  If an IEP team

3   determines that the child exited a school-based

4   program and went to maybe, say, an IRR class,

5   interrelated class, or back to their general ed

6   classroom, we would document it there.

7        Q     And is this kind of like a -- like a

8   checkbox, like they did or they didn't?  Or is this

9   more qualitative information that you would enter

10  here?

11       A     Qualitative information so we could make

12  sure that the services we're providing, how --

13  basically whether or not the kids are exiting GNETS

14  and going back into their LRE.

15       Q     So in a field like this would you explain

16  like what the student is doing if it's one class

17  period out, or if it's IRR, they return fully to

18  their --

19       A     No.  That would be in the actual student's

20  IEP.

21       Q     Okay.  So what would the entry here look

22  like, do you know?

23       A     Move to a lesser restrictive?

24       Q     Uh-hum.  (Affirmative.)

25       A     For example, if a child was in a



1   center-based program and then they moved into a

2   school-based program, and from a school-based

3   program back into an IRR classes.  So it's kind of

4   like the backwards model of most restrictive to

5   least restrictive, or least restrictive to most

6   restrictive, depending on how their behavior goes.

7        Q    Okay.  And then the last column here says

8   Basis of GNETS Dismissal.

9        A    Uh-hum.  (Affirmative.)

10       Q    What does that mean?

11       A    Basically, did they meet their goals.  Did

12  they meet their goals and they were exited from the

13  program based on the IEP, or whether or not they

14  went to a more restrictive program, a residential or

15  day treatment.

16       Q    Okay.

17       A    Or back to a general ed classroom.  It

18  goes both sides of the spectrum.

19       Q    And the fields that appear on the

20  spreadsheet are still the fields that you would

21  enter through the Georgia Department of Education

22  portal?

23       A    Yes.

24       Q    Do parents of North Metro GNETS students

25  have to sign any sort of records release for their



1  you're getting that information from the student's

2  home school system?

3      A    Yes.

4          MS. GARDNER:  I want to ask the court

5      reporter to mark this document as Plaintiff's

6      Exhibit 631.

7          (WHEREUPON, Plaintiff's Exhibit-631 was

8       marked for identification.)

9  BY MS. GARDNER:

10      Q    You've been handed what's been marked as

11  Plaintiff's Exhibit 631.  This is a document on

12  Georgia Department of Education letterhead, I

13  suppose, and the title at the top is "George Network

14  for Educational and Therapeutic Support GNETS FY 22

15  Grant Application."

16          Do you recognize this document?

17      A    Yes.

18      Q    Is this North Metro GNETS FY 22 Grant

19  Application?

20      A    Yes.

21      Q    And is this a document that North Metro

22  GNETS produced to the United States in response to a

23  document subpoena?

24      A    Yes.

25      Q    I want to talk a little bit about the



1   timing of this grant application.

2           First of all, who puts this grant

3   application together for North Metro?

4       A    You mean that completes it?  I do.

5       Q    Okay, you complete the application.

6           Are you the person who actually submits

7   the application?

8       A    I submit it to the portal, yes.

9       Q    So you use the Georgia Department of

10  Education portal that you were talking about earlier

11  to submit this?

12      A    Yes.  So years ago they only had paper.

13  Now we have portal.  So I just copy and paste right

14  into the portal this information.

15      Q    At the top of this first page it says:

16  "This FY 22 Grant Application and required

17  attachments must be submitted by the fiscal agent

18  through the Consolidated Application no later than

19  June 30th, 2021.  Budgets will be reviewed for

20  approval after all required documentation is

21  submitted through the Consolidated Application ."

22          Do you see that?

23      A    Yes.

24      Q    Who reviews the budgets for approval as

25  it's stated here?



1        A    So I -- my RESA director and my budget

2    person review internally through North Metro and

3    Metro RESA, and then it goes to the DOE, and Vickie

4    Cleveland and Lakesha Stevenson are the DOE GNETS

5    program manager and program specialists that review

6    and approve the document.

7        Q    Okay.  So just so I'm clear, Vickie

8    Cleveland is the Georgia Department of Education

9    GNETS program manager?

10       A    Yes.

11       Q    And Lakesha Stevenson is the GNETS program

12   specialist at the Department of Education?

13       A    Yes.

14       Q    So you're saying that in terms of the

15   review of budgets, once they're submitted through

16   the consolidated application, that it's Ms.

17   Cleveland and Ms. Stevenson who do that review?

18       A    Yes.

19       Q    So this says that this needs to be

20   submitted no later than June 30, 2021, right?

21       A    Yes.  But that's a typo.

22       Q    Okay.  What's the typo?

23       A    Because the 2021 is an FY 22 grant

24   application.

25            Is that what you're asking?



1      Q    Yeah.  So you're saying that this, this is

2   a typo in terms of when it was supposed to be

3   submitted?

4      A    No.  Actually, I'm thinking of the wrong

5   year.  Nevermind.  It's correct.

6           We submit it every June prior to the

7   following year.  So the 2021 is correct.  I'm sorry.

8      Q    Okay.  This is very confusing to me, too.

9   So maybe you can help me understand.

10     A    So the grant application is -- we have to

11  submit it by June of the previous school year

12  because our calendar years for schools go from July

13  to June.

14     Q    Okay.

15     A    And then -- so I have to submit it at the

16  end of the previous year for the July 1st, is the

17  beginning of the new school year of 2022.

18     Q    Okay.  So when you submit this on June 30,

19  2021, is this for your budget that applies for the

20  fall of 2021 and the spring of 2022, or for your

21  budget that applies for a full year leader?

22     A    So this is my data from the ending of the

23  previous school year, but the grant application is

24  for funding for the upcoming school year.

25     Q    Okay.  So in this particular application

CASSANDRA HOLIFIELD, PH.D.                              December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                    108

1    the data that would be included would be from the

2    2020-2021 school year?

3         A    Yes.

4         Q    And this would be reviewed for your budget

5    that would apply in the 2021-2022 school year?

6         A    Correct.

7         Q    So after you submit this application,

8    which it says has to be submitted no later than June

9    30 of 2021, what is the relative time frame when you

10   would then hear something about this application?

11        A    It depends.  I mean it varied from a

12   couple of months to -- a couple months.

13        Q    A couple months?

14        A    Yes.

15        Q    Would you hear prior to the start of the

16   school year?

17        A    Um, not typically, but our budgets

18   actually extend through September 30th.  So even

19   though the fiscal year ends June 30th, the funding

20   doesn't end until like September, so it carries into

21   the next year.

22        Q    Okay.  And after you submit this, what

23   typically would be the next step in terms of your

24   notification of something about the outcome of this

25   application?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        109

1        A    I would get a call from Vickie saying,

2    hey, you know, can you explain this or can you

3    explain that, I just want to clarify.

4             So we kind of go through each section, if

5    she had question, and then it would be approved.

6    Then we would get -- my CFO would get an approval

7    from grants accounting.  I think that's the name of

8    the letter approving the budget amount.

9        Q    How does the approval of the budget amount

10   intersect with what I think is often referred to as

11   like your preliminary and/or final allocation?

12       A    Can you rephrase that or clarify?

13       Q    Sure.  I guess my question is, do you ever

14   receive notification of just like your allocation

15   for North Metro GNETS programs in terms of how much

16   money you're receiving for the state grant and the

17   federal grant?

18       A    Yes.  So after the Governor approves the

19   overall state budget, they send us a -- basically a

20   notification of the different programs, what the

21   award amount is for each GNETS program.

22       Q    Okay.  And is that process separate from

23   your submitting this grant application?

24       A    I think they're all tied together.

25       Q    Okay.  Do know when you submit a grant



1    Q    I want to turn for a moment back to

2  Plaintiff's Exhibit 631, which is the North Metro

3  GNETS FY 22 Grant Application, and I have just a

4  couple of other questions for you.

5         On Page 33 of that document, and this is

6  connected to evaluations and walk-throughs.

7         At the top, the first dark bullet point

8  says:  "Observers will utilize the appropriate GNETS

9  Observation Checklist as a portion of all TKES

10  observations."

11         Do you see that?

12    A    Yes.

13    Q    What is the GNETS Observation Checklist?

14    A    Basically, like I said before, we go

15  through and there are the eight standards, and we

16  make sure that we evaluate and look at at least two

17  areas at a time in there, and we provide feedback on

18  that.

19    Q    So is this the observation tool that you

20  were saying --

21    A    Yes.

22    Q    -- you tweaked?

23    A    Uh-hum.  (Affirmative.)

24    Q    Okay.  Then I'd like to have you turn to

25  Page 40.  This page discusses iReady.



1          Do you see that?

2     A    Yes.

3     Q    What is iReady?

4     A    IReady is a diagnostic tool that we

5  progress monitor reading and math skills for our

6  students who aren't on grade level.

7     Q    Is that -- is iReady used at all of North

8  Metro's GNETS sites?

9     A    Yes, except for high school.  It wasn't

10  normed for high school.

11     Q    And when you say it wasn't normed for high

12  school, who made that decision?

13     A    The, the developer.  It's only a K-8

14  program.

15     Q    On this page this discusses Usage, Past

16  Rate, and Growth.  Do you see that?

17     A    Yes.

18     Q    And under Usage, it says, looking for

19  students to accomplish greater than or equal to 45

20  minutes per week per subject.

21     A    Uh-hum.  (Affirmative.)

22     Q    Do you see that?

23     A    Yes.

24     Q    Where does that guideline for usage come

25  from?



1    A    That came from iReady, and the goals that

2   were set across GNETS from the State when we began

3   using iReady.

4    Q    When did you begin using iReady?

5    A    When the GNETS Strategic Plan was put

6   together, which goes back to Nakeba.  So maybe 2015,

7   2016.

8         That's a guess.

9    Q    And you said that these were goals that

10   were set across all GNETS by the State --

11   A    Yes.

12   Q    -- at that time?

13        So all GNETS programs use iReady?

14   A    Yes.

15   Q    This goal that appears also in usage of 80

16   percent of students with greater than or equal to 45

17   minutes per week per subject, was that also a goal

18   set by the State when iReady was rolled out?

19   A    Yes.

20   Q    And then under Past Rate it says, "Look

21   for 70% and above."

22   A    Yes.

23   Q    Is that also a goal that was set by the

24   State when iReady was rolled out?

25   A    Yes.



```
 1         marked for identification.)

 2    BY MS. GARDNER:

 3         Q    You've been handed what's been marked as

 4    Plaintiff's Exhibit 634.  This is an email thread

 5    between you and Vickie Cleveland.  The most recent

 6    email is from you to Vickie Cleveland on May 9,

 7    2018.

 8         A    Uh-hum.  (Affirmative.)

 9         Q    With the subject "Re: Format for

10    interventions."

11         A    Uh-hum.  (Affirmative.)

12         Q    And there's one attachment that is a Word

13    document with the file name "FY 18 GA0 Open Records

14    Request_NM GNETS Template."

15              The Bates-stamp on this document is

16    GA00321183.

17              Do you recognize this?

18         A    Yes.

19         Q    Am I correct that you are providing the

20    attachment to this email to Ms. Cleveland in

21    response to a request from her for information she

22    needed to respond to an open records request?

23         A    Yes.

24         Q    And what does the attachment to this email

25    show?
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          149

1        A    The interventions that we provide, the

2    services and interventions, how it's funded, and who

3    provides those services.

4        Q    And there are five interventions on this

5    chart in-kind by LEAs; is that right?

6        A    Yes.

7        Q    And that's Read 180/Edmark Reading, Touch

8    Math, Reading A To Z, Fountas & Pinnell Intervention

9    Program, and Success Maker Reading & Math?

10       A    Yes.

11       Q    Are all of these academic interventions?

12       A    Yes.

13       Q    Are all of these used in all North Metro

14   GNETS sites, or are there some used in some sites

15   and some used in others?

16       A    They're district specific.  And so some of

17   these have been updated even since this report.

18       Q    Okay.  We talked earlier about iReady,

19   which appears on this list as well, correct?

20       A    Uh-hum.  (Affirmative.)

21       Q    And that's also an academic intervention?

22       A    Yes.

23       Q    Funded by the GNETS state grant?

24       A    Yes.

25       Q    Is Edgenuity an academic intervention?



1        Q     And what about, moving down, the

2   Multi-tiered Systems of Support, both Academic and

3   Behavioral?

4        A     Yes.

5        Q     What is that?

6        A     Basically PBIS.  There's an academic and a

7   behavioral tier support services.  So MTSS.  And the

8   tiers are interventional, are very similar.

9        Q     That's funded by the GNETS state grant?

10       A     Yes.

11       Q     What is the BASC-3?

12       A     The basic skills -- it's a, it's a

13  behavioral intervention.  I'm trying to remember the

14  initials for it.  But it's a behavior normed test

15  that we administer to our students that will tease

16  out, based on the responses from the teachers, from

17  the parents, from the service providers, the areas

18  where our kids are either clinically significant, at

19  risk, or, you know, on par with where they should be

20  for their same age and grade level.

21       Q     And do you use that to assess where

22  students are behaviorally?

23       A     Yes.

24       Q     That's funded by the GNETS state grant?

25       A     Yes.



1        Q      This also lists the Strength &

2    Difficulties Questionnaire, or SDQ?

3        A      Yes.

4        Q      What is the SDQ?

5        A      That's a screening tool we use as part of

6    the GNETS Strategic Plan, that all GNETS statewide

7    were asked to use as a part of the new strategic

8    plan.  So we can get a quick screener on how the

9    kids are performing.

10       Q      And who asked all the GNETS programs to

11   use SDQ?

12       A      The DOE.

13       Q      The SDQ is funded by the GNETS state

14   grant?

15       A      Yes, it is.

16       Q      This also says Group & Individual

17   Therapeutic Support Services and Counseling?

18       A      Yes.

19       Q      That's funded by the GNETS state grant?

20       A      Yes.

21       Q      And is that because all of the positions

22   for the providers who deliver that intervention are

23   funded through the State grant?

24       A      Yes.

25       Q      There's several other interventions on



 1      A    Nakeba Rahming, you know, explained to us

 2   what was going on from the lawsuit at the State

 3   level down into the GNETS program.

 4      Q    And when you say "explained to us," you're

 5   talking about the GNETS directors?

 6      A    Yes.

 7      Q    When, roughly -- what was the time period

 8   when you first became aware of the GNETS Strategic

 9   Plan?

10      A    Um, I think it took a while.  I think I

11   became aware of the GNETS lawsuit, like I said,

12   around 2012-ish, but the strategic plan, Nakeba

13   Rahming was hired at the DOE to help us because of

14   her background, experiences.

15           So it may have been a year later, six

16   months later, that she came in and started working

17   on developing the plan because she had done similar

18   work in Florida.

19      Q    Okay.  Did Nakeba Rahming take the lead on

20   developing the GNETS Strategic Plan?

21      A    She did.

22      Q    Did she draft that plan?

23      A    Yes.

24      Q    Is North Metro GNETS obligated to comply

25   with the GNETS Strategic Plan?



```
 1        A    Yes.

 2        Q    How does North Metro go about complying

 3   with the GNETS Strategic Plan?

 4        A    Well, we have a rubric that we are

 5   expected to monitor the progress of our program

 6   throughout the year.  So we use the GNETS Strategic

 7   Plan and the expectations to monitor for fidelity to

 8   make sure we're addressing all the academic and

 9   behavioral and therapeutic needs of our students so

10   at the end of it it has a self-assessment, where my

11   leadership team and I come together from all of our

12   different schools and school districts and we rate

13   the program overall at the individual locations, but

14   then we submit one plan as -- because we're one

15   program.

16        Q    Okay.  And so you mentioned the

17   self-assessment, the things that you're

18   self-assessing your program for, are the components

19   of the GNETS Strategic Plan?

20        A    Yes.

21        Q    How often does North Metro conduct that

22   self-assessment?

23        A    Three times a year.

24        Q    Is there standardized information that

25   needs to be provided in order to establish North
```



1  Metro's compliance with the GNETS Strategic Plan?

2      A    Yes.

3      Q    And who establishes what that information

4  is?

5      A    It's included in the rubric.  So we will

6  know how to self-assess where we are with the

7  language that explains whether or not we're emerging

8  or operational in that particular area.

9           So we go through everything that we're

10 doing in our program and we utilize that rubric and

11 talk about where we are and where our needs are, and

12 then we rank order everything at the end of the

13 self-assessment and we prioritize where we need the

14 most work on.

15          We submit that to the DOE at the end of

16 each year, and they provide us feedback on where we

17 are and ask us how we're planning to move forward

18 with areas of weakness.

19     Q    As part of the GNETS Strategic Plan

20 process, are there onsite visits from the Georgia

21 Department of Education in connection with that

22 assessment process?

23     A    There used to be.

24     Q    When was the last time that the North

25 Metro GNETS program had an onsite visit from the



1  | Georgia DOE?

2  |      A    It was definitely prior to COVID.

3  |      Q    Who conducted that onsite visit?

4  |      A    Vickie Cleveland -- I'm not really sure if

5  | Lakesha was on board at the time.  So I know it was

6  | at least Vickie Cleveland.

7  |      Q    And what did that onsite visit entail?

8  |      A    Basically, just our documents that are

9  | listed in the rubric.  They would come through --

10 | they would do observations of all of our classrooms,

11 | walk through to see whether our standards were on

12 | the board, whether or not PBIS was being

13 | implemented, and then we would sit down and we would

14 | have our data notebooks to go through and they would

15 | talk about each of the items that were there.

16 |           Now all of this is submitted

17 | electronically, in that GNETS tab on the portal.

18 |      Q    And when you say "we would sit down and we

19 | would have our data notebooks to go through," who is

20 | the "we"?

21 |      A    Vickie Cleveland, the GNETS director, and

22 | any of the GNETS directors' designees, leadership

23 | team that she would invite to come to the meeting.

24 |      Q    So when that, when that sort of meeting

25 | happened at North Metro, were there other folks on



1  your leadership team who would participate in

2  addition to yourself?

3       A    Yes.

4       Q    Who are those other people?

5       A    Depending on which sites we were at,

6  sometimes it was my -- definitely my site

7  coordinator that ran the building on the day to day,

8  the behavior specialist that was on board in that

9  particular school and school district, and the

10  curriculum specialist.

11       The school psychologist or social worker

12  may come in and out of the meeting as needed, but

13  those were the -- that was the typical makeup of the

14  team.

15       Q    Okay.  And you noted before that as part

16  of this strategic plan and assessment process that

17  you would receive feedback from the Georgia DOE?

18       A    Yes.

19       Q    What kind of feedback do you -- have you

20  received?

21       A    Again, they go through -- now it's

22  electronic rather than, you know, onsite.  But they

23  basically go through, look at our artifact, look at

24  how we scored.  They all let us know if we're

25  missing information to justify or what-have-you, to



 1  upload those documents so they could review them.

 2          And the specific examples that they give

 3  are listed within the rubric and the language.

 4      Q    And when you say the specific examples

 5  that they give are listed within the rubric, the

 6  specific examples of what?

 7      A    For example, one is behavioral and

 8  therapeutic support services.  So it may ask things

 9  like how many FBAs and BIPs that I review program

10  wide.  How many of them met operational status.  How

11  many team members did I have trained in, you know,

12  therapeutic services or SEL curriculum, like WhyTry

13  or LIPT, those sorts of things.

14          So it gives you specific examples under

15  each of the standards that we can submit.

16      Q    Okay.  And you're submitting them to sort

17  of support a rating of either not evident, emerging,

18  or operational?

19      A    Correct.

20      Q    Got it.

21          If there is like a deficiency or concern

22  in an area of the strategic plan that's being

23  assessed, what happens?

24      A    Typically, we just develop an action plan

25  to address the issue.



1      Q    Is that an action plan that you submit to

2   the GaDOE?

3      A    Yes.  It's actually listed as a part of

4   the self-assessment rubric.

5           MS. GARDNER:  Let's have this document

6       marked as Plaintiff's Exhibit 642.

7           (WHEREUPON, Plaintiff's Exhibit-642 was

8        marked for identification.)

9   BY MS. GARDNER:

10     Q    You've been handed what's been marked as

11  Plaintiff's Exhibit 642.  This is an email from you

12  to Nakeba Rahming, Desiree Woods, Derrick Gilchrist,

13  Lisa Futch, Jacqie Neal, Kathy Lewis-Hawkins, and

14  Deborah Gay, dated February 9, 2016, with the

15  subject line "RE:  Draft Strategic Plan."

16          This document is Bates-stamped GA00040621.

17          Do you recognize this document?

18     A    Yes.

19     Q    Am I correct you write in this document:

20  "Nakeba and All - Good morning.  The strategic plan

21  looks great.  Below are my questions in red font"?

22     A    Yes.

23     Q    And your email was in response to an

24  earlier email sent by Nakeba Rahming, correct?

25     A    Yes.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                         233

1       about 15 minutes, to switch something out.
2            Okay.
3       Q    I think earlier you referenced a number of
4   assessments, including the SDQ and the BASC-3.
5            And those are -- am I correct in
6   remembering those are assessments given to determine
7   where students are behaviorally?
8       A    Yes.
9       Q    And iReady is an assessment used to
10  determine where students are academically?
11      A    Yes, in reading and math.
12      Q    Okay.  Is there a calendar on which you
13  administer iReady diagnostic tests?
14      A    Yes.  Usually the DOE will give us a
15  window, and they will say, you know, we need to do
16  our beginning of the year diagnostic time frame, and
17  our mid year and the end of the year.
18      Q    Okay.  And is that a window that's given
19  to all GNETS directors?
20      A    Yes.  We do have a little flexibility.
21  Like if we say our school district is going to be on
22  fall break or something like that, they may extend
23  the window.  But it's typically around the same time
24  frame.
25      Q    But the Department of Education prescribes



1    sort of what those windows are for all the GNETS

2    programs?

3         A    Yes.

4         Q    Is there a fee associated with using the

5    SDQ?

6         A    We -- there is a fee -- there wasn't a fee

7    initially, but it seems like there was a fee for

8    scoring, not actually for the instrument but for

9    scoring there is a fee if you use their electric

10   scoring platform.

11        Q    And who pays for the costs of scoring the

12   SDQ?

13        A    GNETS does now out of the state budget.

14        Q    Each individual program does out of the

15   state budget?

16        A    Yes.

17        Q    Has it always been that way?

18        A    I don't think it was.  I think initially

19   it seemed like the DOE paid the SDQ scoring invoice

20   for all GNETS programs.

21        Q    Okay.  Is there a fee associated with

22   using the BASC-3?

23        A    Yes.  There's a fee, but the DOE has paid

24   for the BASC because it's falling under their

25   window.  So even though we have individual programs,



1  our triangulation data to identify at risk and

2  clinically significant behaviors.

3       Q    When you said they used to have the

4  electronic scoring and you did not report SDQ

5  results to the Georgia Department of Education, did

6  the Georgia Department of Education have access to

7  those scores automatically or you just never

8  reported that?

9       A    I'm trying to remember how -- because I

10  actually have -- I don't recall that we had to ever

11  report it.  I don't remember.  I don't remember.

12            I'm sure we did but I can't swear to it.

13  I don't remember.

14            MS. GARDNER:  Could I please have this

15       document marked as Plaintiff's Exhibit 647.

16            (WHEREUPON, Plaintiff's Exhibit-647 was

17        marked for identification.)

18  BY MS. GARDNER:

19       Q    You've have been handed what's been marked

20  as Plaintiff's Exhibit 647.

21            This is an email thread between you and

22  Nakeba Rahming from August 9, 2016.

23            This document is Bates-stamped GA00063361.

24            Do you recognize this?

25       A    Yes.



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                237

1        Q    In the earliest email in this thread,

2   which is at the bottom, you write to Nakeba Rahming

3   on August 9th, 2016, and you say:  "My curriculum

4   specialist and I have been meeting how we need to

5   collect and report out on all our required

6   assessments"?

7        A    Uh-hum.  (Affirmative.)

8        Q    "Are you going to provide us with

9   spreadsheets?   If so, will you provide us guidance

10  and a spreadsheet on how you'd like us to report the

11  following:  BASC-3, SDQ, iReady/iMath."

12            Do you see that?

13       A    Yes.

14       Q    The BASC-3, the SDQ, and the iReady/iMath

15  are the required assessments that you were referring

16  to in your email?

17       A    Yes.

18       Q    And then correct that Ms. Rahming replies

19  that "you will not be required to submit any data on

20  the BASC and i-Ready.  I will already have access to

21  the database for all programs."

22            And then farther down she says:  "The SDQ

23  is the only one that will require submission"?

24       A    Yes.

25       Q    Does this refresh your recollection at all



1  on whether you were required to submit SDQ scores to

2  the Georgia DOE?

3       A    Yes.

4       Q    And you were?

5       A    Yes.  It's part of the triangulation data.

6  So that's why it's not -- yes.

7            MS. GARDNER:  I'd like to ask the court

8       reporter to please mark this document as

9       Plaintiff's Exhibit 648.

10           (WHEREUPON, Plaintiff's Exhibit-648 was

11        marked for identification.)

12  BY MS. GARDNER:

13      Q    You have been handed what's been marked as

14  Plaintiff's Exhibit 648.  This is an email from you

15  to Nakeba Rahming and various GNETS directors, dated

16  July 26, 2016, with the subject line:  "RE: GaDOE's

17  Update to DOJ."

18      A    Uh-hum.  (Affirmative.)

19      Q    This document is Bates-stamped GA00063211.

20           Do you recognize this email?

21      A    Yes.

22      Q    And in this email you're commenting on an

23  update that the Georgia DOE provided to DOJ

24  regarding the work occurring in GNETS programs --

25      A    Yes.



1    A    We utilized different assessment tools

2    based on what -- so, yes, but we also utilized what

3    our districts used.  So when you're not utilizing

4    the same assessments to be able to report on one

5    program in multiple locations and multiple school

6    districts, it's hard because you don't have any

7    common tools to report on.

8    Q    Okay.  And you can't assess students sort

9    of on some common -- across some common metric?

10   A    Right.

11   Q    IEPs have also come up on several

12   occasions.  Does the North Metro GNETS program

13   provide any reporting to the Georgia Department of

14   Education about the IEPs of students at North Metro

15   GNETS?

16   A    Only when they would come out or have a --

17   submit examples of IEPs as a part of our strategic

18   plan.

19   Q    So you were sometimes asked by the DOE to

20   submit examples of IEPs in connection with your

21   GNETS Strategic Plan and assessment process?

22   A    Yes.

23   Q    And how would that process work?

24   A    I think they were -- at the time what I

25   recall is making sure that our IEPs were based on



1   academic and behavioral needs and individual

2   supports and that the data that we were collecting

3   was really relevant to what the students' needs

4   were.

5            They also I think really had a laser focus

6   to see if we were utilizing the data from iReady

7   reading and math as part of our goals and objectives

8   and our progress monitoring so we could have those

9   common reporting pieces.

10           Also the BASC-3, we -- and the SDQs, we

11  also were expected to list the clinically

12  significant or at-risk behaviors as a part of our

13  present levels of performance and help use that

14  information for writing our behavioral goals as

15  well.

16       Q    So am I correct in understanding then that

17  you would submit sample IEPs to the Georgia

18  Department of Education and they would review them?

19       A    Yes.  They would tell us, you know, I need

20  you to submit one EBD high school students, you

21  know, whatever, one ASD middle school student's IEP,

22  and they would go through and basically evaluate it

23  for, you know, compliance.

24       Q    Did you ever get requests for IEPs that

25  would provide you with actual student names of files



1  that the Georgia DOE wanted to see?

2      A    Not that I recall.  I think we had to

3  de-identify it.

4      Q    When you submitted those student IEP files

5  and the Georgia DOE reviewed them, would they

6  provide feedback to you on those files?

7      A    Yes.

8      Q    And that was in connection with the GNETS

9  Strategic Plan process?

10     A    Yes.

11     Q    We were being compliance monitored prior

12 to the strategic plan.

13          THE VIDEOGRAPHER:  The time is 3:25 p.m.,

14     and we are off the record.

15          (A recess was taken.)

16          THE VIDEOGRAPHER:  The time is 3:36 p.m.,

17     and we are on the record.

18          (WHEREUPON, Plaintiff's Exhibit-649 was

19      marked for identification.)

20 BY MS. GARDNER:

21     Q    Dr. Holifield, I am going to hand you what

22 has been marked as Plaintiff's Exhibit 649.

23          This is an email from you to Vickie

24 Cleveland, dated May 17th, 2019.

25          And this document is Bates-stamped



1      Q    Did Ms. Rahming update her vision for the

2    committee work, as you requested?

3      A    When we got together she did.  We talked

4    about it and then we broke out into our groups.

5            MS. GARDNER:  I'd like to mark this as

6        Plaintiff's Exhibit 652.

7            (WHEREUPON, Plaintiff's Exhibit-652 was

8         marked for identification.)

9    BY MS. GARDNER:

10     Q    You've been handed what's been marked as

11   Plaintiff's Exhibit 652.  This is an email from you

12   to Nakeba Rahming, dated March 30th, 2016, with the

13   subject "March 2016 GaDOE GNETS Directors Meeting in

14   Milledgeville."

15           This document is Bates-stamped GA00041160.

16           Do you recognize this?

17     A    Yes.

18     Q    And you write to Ms. Rahming:  "I sent out

19   a Survey Monkey link this meaning to all GNETS

20   directors asking them to sign up for at least one of

21   the GNETS Strategic Planning Committees."

22           Do you see that?

23     A    Yes.

24     Q    And these are the work groups that Ms.

25   Rahming had initially mentioned she wanted to roll



 1  out?

 2      A    Yes.

 3      Q    This then says:  "Based on our

 4  conversations, here are the options they were

 5  provided," and it contains a list of committees,

 6  correct?

 7      A    Yes.

 8      Q    Section 5a, it says:  "Integration of

 9  Services and Capacity Building - Exit Criteria"?

10      A    Yes.

11      Q    What was the aim of that committee?

12      A    I think, again, just having the

13  conversations about how to reintegrate students back

14  into the LRE when they were ready to transition back

15  in.

16      Q    And what was the difference between that

17  committee and then Section 5b, which says:

18  "Integration of Services and Capacity Building -

19  Reintegration Plan"?

20      A    I think one focus was on -- and it may be

21  a typo, too, but I think one focus was on how to

22  actually do it with fidelity, but the other probably

23  was based on training, the teachers that were

24  receiving the students, but I don't recall what the

25  difference is right now.



1          I'm trying to see if there's any verbiage

2    that... looks like it was just a duplication.

3          Well, it does say exit criteria and

4    reintegration plan.  But exit criteria got

5    eliminated.

6          Q    This also has a committee that's called

7    GNETS Operation Manual?

8          A    Yes.

9          Q    What is GNETS Operation Manual?

10         A    It was basically a guidance document that

11   came from the DOE on how to fill out some of the

12   reports, like you pulled up today, about the data

13   management tool, The State Board Rule, and like how

14   to code different things in the different meetings.

15         Q    And what was the aim of this particular

16   committee working on the GNETS operation manual?

17         A    It had not been updated in a really long

18   time, and if they were moving to the strategic plan,

19   just to have a guidance document to know what the

20   expectations are.

21         Q    Okay.  Was that document ultimately

22   updated coming out of this committee?

23         A    I don't think so, no.

24         Q    And why was that?

25         A    I don't recall, but I think the last

