# EXHIBIT U

### In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

---

## CELEST NGEVE

*July 15, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1        Q      What school is that?

2        A      Oglethorpe Avenue Elementary School.

3        Q      So Rutland Academy gets its meals from

4    Oglethorpe?

5        A      Yes.

6        Q      Okay.  Does Rutland provide any attendance

7    reports to the State Department of Education?

8        A      Not that I can recall.

9        Q      Do the attendance rates at Rutland affect

10   any funding that it receives?

11       A      I'm not aware.

12              MS. WOMACK:  I would like to ask that the

13          court reporter please mark this as Plaintiff's

14          Exhibit 218.

15              (Plaintiff's Exhibit 218 was marked for

16          identification purposes.)

17       Q      (By Ms. Womack)  Ms. Ngeve, you have been

18   handed a document that has been marked as

19   Plaintiff's Exhibit 218.  This is a document that

20   bears the Bates stamp GA00338047.  Do you recognize

21   this document?

22       A      Yes.

23       Q      Is this an email that you sent to Vickie

24   Cleveland on December 14th, 2018, with the subject

25   line "Re: Enrollment info"?



CELEST NGEVE                                                    July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                        180

1        A     Yes.

2        Q     And in that email you were responding to

3    an earlier email that Ms. Cleveland sent to you that

4    same day; is that correct?

5        A     That's correct.

6        Q     In that email Ms. Cleveland says, "Data

7    reflects your current enrollment numbers reported by

8    you and the FY 18 FTE count.  Difference is 37

9    students.  I need to know who the students are that

10   transitioned back and what services they are

11   currently receiving and the (location).  See

12   attached spreadsheet.  Please send this information

13   via portal email to me and copy Lakesha by December

14   18th."  Do you see that?

15       A     Yes.

16       Q     And in this email Ms. Cleveland directs

17   you to a spreadsheet; correct?

18       A     Yes.

19       Q     And that spreadsheet follows beneath her

20   email?

21       A     Yes.

22       Q     That spreadsheet shows that Rutland's FY18

23   FTE count is 135, but the numbers it reported as of

24   December 14th, 2018, were 98 students; correct?

25       A     That's what it shows.



1    Q    What does "FTE count" mean?

2    A    That's when the count -- the counts are

3  happening each year for FTE -- the acronym I can't

4  remember at this exact moment -- but it's the counts

5  for the districts that the districts actually put in

6  for funding.

7    Q    Okay.  And do you know if FTE stands for a

8  "full-time equivalent"?

9    A    I don't know.

10   Q    Okay.

11   A    I can't remember.

12   Q    And so you said there is a connection

13  between FTE count and funding?

14   A    Yes, for the districts.

15   Q    And here it looks like the student count

16  for purposes of determining any such funding was

17  higher than the student count as of mid-December

18  2018?

19   A    Correct.

20   Q    Ms. Cleveland asks you to please send the

21  information that she's requesting about who the

22  students are that transitioned back and what

23  services they're currently receiving via portal

24  email; is that right?

25   A    Yes.



1         Q      What is portal email?

2         A      It's the -- the portal for the Georgia

3   Department of Education.  It's a protected -- it's

4   more of a protected-type email.

5         Q      Do you communicate with the Georgia

6   Department of Education through that portal?

7         A      Yes.  For -- with Vickie and LaKesha.

8         Q      Okay.  And then I take it you also

9   communicate with them by ordinary email as well?

10        A      Correct.

11        Q      Did you have any understanding of why

12  Ms. Cleveland needed to know who the students were

13  who transitioned back and what services they were

14  currently receiving and the location?

15        A      I don't recall.

16        Q      Do you have any understanding, sitting

17  here today, of why she would have needed that

18  information?

19        A      Likely was just because the numbers were

20  not in alignment as it relate -- related to state

21  reporting.

22        Q      And is that something that Ms. Cleveland

23  monitors?

24        A      I'm unsure if that's a consistent thing --

25  that's something she consistently monitors, but I



1    would -- I'm unsure.

2         Q    Okay.  But in this case, when there was a

3    misalignment, she reached out to you and asked you

4    to clarify?

5         A    Correct.

6         Q    In your email you say, "That's a big

7    discrepancy.  Our numbers have been lower this

8    school year and we haven't had 137 at one time since

9    the year started, yet I will get this to you ASAP

10   (prior to the deadline)."  Do you see that?

11        A    Yes.

12        Q    Did you provide the information that

13   Ms. Cleveland requested?

14        A    I don't remember.

15        Q    Would you expect that you would have

16   provided it?

17        A    Absolutely, yes.

18        Q    Have you received other sorts of requests

19   like this from Ms. Cleveland about enrollment at

20   Rutland Academy GNETS program?

21        A    Yes.

22        Q    And tell me about those.

23        A    If it was reported -- if there was a -- if

24   the reporting numbers were showing that it was

25   higher or a different number from what we had, she



 1   would want us to -- want me to find out exactly why
 2   there was a discrepancy.
 3        Q     Mm-hmm.
 4              MS. WOMACK:  I'm going to ask the court
 5        reporter to mark this as Plaintiff's Exhibit
 6        219.
 7              (Plaintiff's Exhibit 219 was marked for
 8        identification purposes.)
 9        Q     (By Ms. Womack)  Ms. Ngeve, you have been
10   handed a document that is Bates-stamped GA00338196.
11        A     Yes.
12        Q     Do you recognize this document?
13        A     Yes.
14        Q     Is this an email from you to Vickie
15   Cleveland dated December 18th, 2018, with the
16   subject "Re: Clarification on enrollment info"?
17        A     Yes.
18        Q     Is it accurate that in this email you
19   follow up with Ms. Cleveland to let her know that
20   you are having difficulty getting into the portal?
21        A     Yes.
22        Q     And this email follows the earlier email
23   exchange between you and Ms. Cleveland that we
24   discussed in Plaintiff's Exhibit 218?
25        A     Yes.



1    portal?

2        A    Testing coordinators from the districts if

3    they need to send something regarding testing that's

4    confidential.  Them as well as Vickie or LaKesha

5    from the State Department.

6        Q    Okay.  Anyone else?

7        A    No.

8            MS. WOMACK:  Okay.

9            Okay.  I think we can break for lunch, if

10       that works for everyone.

11           THE WITNESS:  Okay.

12           MR. MURPHY:  Okay.

13           THE VIDEOGRAPHER:  We are off the record

14       at 1:28.

15           (Luncheon recess taken.)

16           THE VIDEOGRAPHER:  And we are back on the

17       record at 2:10 p.m.

18       Q    (By Ms. Womack)  Ms. Ngeve, before we

19    broke for lunch, we were talking a little bit about

20    the students at Rutland GNETS Academy.  Do you

21    recall that?

22       A    Yes.

23       Q    And sort of at the beginning of that

24    conversation, you started to tell me a little bit

25    about the referral process and how students come to



1  be at Rutland GNETS Academy.  Do you recall that?

2      A    Yes.

3      Q    And I believe when you were beginning to

4  explain that, it sounded like there are sort of two

5  separate types of forms or documents that you use:

6  one for students who are being considered for GNETS

7  services and the other that is more of a

8  consultative request.  Am I summarizing that

9  accurately?

10     A    That's correct.

11     Q    Okay.  So I want to talk first about that

12 request for consultative services.

13          MS. WOMACK:  I am going to ask the court

14      reporter to mark this as Plaintiff's Exhibit

15      221.

16          (Plaintiff's Exhibit 221 was marked for

17      identification purposes.)

18     Q    (By Ms. Womack)  Ms. Ngeve, you have been

19 handed what's been marked as Plaintiff's Exhibit

20 221.  It bears a Bates stamp of Rutland 000297.  Do

21 you recognize this document?

22     A    Yes.

23     Q    What is this document?

24     A    This is a document, GNETS Request for

25 Consultation.  It's a Request for GNETS Consultation



CELEST NGEVE                                                July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    193

```
 1    form.
 2         Q     Did you create this document?
 3         A     No.
 4         Q     Who created this document?
 5         A     GNETS directors, along with the State
 6    Department for GNETS.
 7         Q     And do you know if this is a document
 8    that's used across various GNETS programs?
 9         A     Yes.
10         Q     How did you -- how did you first receive
11    copies of this document?
12         A     They were sent via email to our former
13    director, and she shared it with us -- with me.
14         Q     Okay.  So you first became familiar with
15    this form through your former director at Rutland
16    Academy?
17         A     Yes.
18         Q     And does Rutland Academy use this
19    document?
20         A     Yes.
21         Q     And what is the document used for?
22         A     It's for -- it's when districts would like
23    to request for consultative support from Rutland
24    Academy.
25         Q     When districts want to request
```



1  document that information, what I saw in the

2  observation, any new recommendations, any

3  suggestions for the setting, or anything that might

4  be helpful for that student in that particular

5  setting or that classroom structure.  And then I

6  provide that the special ed director and the --

7  anyone else they designate to have that information,

8  such as the school administrators.

9      Q    Okay.  Do you keep -- do you maintain

10 records at Rutland Academy of each consultation?

11     A    Yes.

12     Q    Are those records maintained

13 electronically? in paper form?  How is that done?

14     A    Both.

15     Q    Both.  So it's a paper form, and then you

16 also retain it electronically?

17     A    Yes.

18     Q    Okay.  Are you personally responsible for

19 maintaining those records?

20     A    Myself, as well as our coordinator, yes.

21     Q    Okay.  On this form in the -- the text box

22 that appears in the middle, it says, "Please review

23 the Guiding Questions for Consideration of GNETS

24 Services as well as the GNETS Services Flow Chart to

25 assist in appropriate educational planning for the



 1  student."  Do you see that?

 2       A    Yes.

 3       Q    What are the guiding questions for

 4  consideration of GNETS services?

 5       A    The guiding questions are in alignment

 6  with the GNETS Board rule that all the GNETS

 7  directors use, we provide to all the LEAs that we

 8  serve when they're considering a student for GNETS

 9  placement.

10       Q    So you said the guiding questions are

11  questions that all of the GNETS directors use?

12       A    Yes.  They're in alignment with the GNETS

13  Board rule.

14       Q    And when you they're in alignment with the

15  GNETS Board rule, what do you mean by that?

16       A    The GNETS Board rule -- there's questions

17  that -- that guide decision-making for students, and

18  it's in alignment with what the GNETS Board rule

19  indicates.

20       Q    And when you say the questions are in

21  alignment with what the GNETS Board rule indicates,

22  is it accurate to say that those questions help

23  ensure that that Board rule is being complied with?

24       A    Yes.

25       Q    This also references the GNETS services



 1  flow chart.  Do you see that?

 2      A    Yes.

 3      Q    What is the GNETS services flow chart?

 4      A    It tell -- it's a flow chart that shows

 5  how students could potentially be -- be considered

 6  for GNETS placement, some of the things that happen

 7  first and some of the things -- different services

 8  that are provided in the districts prior to.

 9      Q    Okay.  And is that flow chart kind of a --

10  almost like a text road map where, if the answers to

11  some questions are yes or no, it takes you to

12  different pathways or conclusions?

13      A    Not exactly.

14      Q    Okay.  How is it set up?

15      A    It just kind of indicates, you know, if

16  the student is coming from this particular type of

17  setting and they have had some of these type of

18  services, they may or may not be eligible for --

19  be -- be someone that you might want to consider for

20  GNETS placement.  Just kind of gives you a guide, an

21  example.

22      Q    Okay.  Is the GNETS services flow chart

23  aligned to the State Board GNETS rule in the same

24  way that the guiding questions for consideration of

25  GNETS service are?



1        A    Yes.

2        Q    So that GNETS services flow chart also

3    helps ensure compliance with the State Board GNETS

4    rule?

5        A    Correct, yes.

6        Q    Turning to the second page of this

7    document, which is Bates-stamped Rutland 000298,

8    this has a section where it says, "Check the

9    Consultative Services you would like for GNETS to

10   provide (choose one)."  Do you see that?

11       A    Yes.

12       Q    Are these the only consultative services

13   that you provide in connection with your role as

14   director of the Rutland GNETS Academy?

15       A    Yes.

16       Q    Is there anything else that occurs in the

17   process by which the school systems that have the

18   ability to -- to refer students to Rutland

19   Academy -- is there anything else that occurs in the

20   process of Rutland Academy providing consultative

21   services to those school systems that we have not

22   discussed yet?

23       A    Yes, there is -- there -- there are.

24       Q    What are those things?

25       A    Sometimes a district may want a certain



1      Q     Okay.  And to what group of staff or

2  individuals did you consult on the student

3  achievement model?

4      A     I provided one across districts; so they

5  came here.  So across multiple districts that we

6  serve, they were able to come for the training.  And

7  I also provided that training for administrators in

8  Madison County as well.

9      Q     Okay.  And the training that was provided

10  here that was for multiple districts -- how many

11  districts participated in that?

12      A     I can't remember the exact number of this

13  last one.

14      Q     Okay.  Do you have a rough estimate?

15      A     Three to six.

16      Q     Okay.  All right.  So now I want to talk a

17  little bit about the referral process as it relates

18  to students who are actually being referred for

19  consideration of services at Rutland Academy GNETS.

20  I believe you mentioned earlier that there were some

21  consideration documents; is that correct?

22      A     Yes.

23      Q     Tell me a little bit more about those.

24      A     There's a consideration student

25  information packet form that basically indicates,



1    like, what they're wanting as far as what's going on

2    with that -- with that student and why they might

3    feel like GNETS services might be -- might be

4    helpful for this student at that time.

5              MS. WOMACK:  Okay.  I'm going to ask the

6         court reporter to please mark this document as

7         Plaintiff's Exhibit 222.

8              (Plaintiff's Exhibit 222 was marked for

9         identification purposes.)

10        Q    (By Ms. Womack)  Ms. Ngeve, you have been

11   handed Plaintiff's Exhibit 222, which is a document

12   Bates-stamped Rutland 000291.  The, sort of, title

13   of this document appears to be "Georgia Network for

14   Educational and Therapeutic Support Confidential

15   Student Information Packet."  Is this the document

16   that you were just referring to?

17        A    Yes.

18        Q    Okay.  And so you mentioned that, for a

19   student who is being referred for consideration of

20   GNETS services at Rutland Academy, this form would

21   be completed?

22        A    Correct.

23        Q    Who would complete this form on behalf of

24   a student that was being referred for consideration

25   of GNETS services?



1        A    It depends.  It could be -- it depends.

2        Q    What are the -- what are the options for

3   who might complete this packet on behalf of a

4   student?

5        A    It might be the special education director

6   or the special education coordinator, the

7   administrator in conjunction with the special

8   education director or coordinator.  It could be the

9   behavioral support person in conjunction with the

10  LEA, the -- sorry -- special ed director and the

11  caseload manager.  It could be multiple people on

12  the IEP team that are within the school and even

13  including with the parent that might be providing

14  some information for it.  So it just depends.

15       Q    So would it be fair to say that this

16  packet would be completed by someone affiliated with

17  the referring school system?

18       A    Yes.

19       Q    Okay.  This packet is not completed by

20  Rutland?

21       A    No.

22       Q    Once this packet is completed, what

23  happens next?

24       A    Once it's completed, they send the

25  information to me; and then I review the packet.



1        Q      Okay.  And when you review the packet,
2    what do you review the packet for?
3        A      To make sure that all the components of
4    the packet are -- are there, using the guiding
5    questions to make sure that everything that should
6    be there is there.
7        Q      Okay.  So the guiding questions are the
8    guiding questions for consideration of GNETS
9    services that we talked about already?
10       A      Correct.
11       Q      Okay.  And those guiding questions for
12   consideration of GNETS services tell you what the
13   required components are of the packet that should be
14   there?
15       A      Yes.
16       Q      Okay.  Once you have reviewed the packet
17   to determine whether all of the required components
18   are there, what do you do after that?
19       A      I communicate with the special education
20   director or coordinator to let them know either I
21   have everything that -- that we're -- that we're
22   supposed to have in the packet or we're missing some
23   additional documents, and I ask for those documents.
24       Q      Okay.  Once you have done that, what
25   happens after that?



1      Q      Did you create this confidential student
2   information packet?
3      A      No.
4      Q      Who created it?
5      A      The State Department in conjunction with
6   some special -- some of the GNETS directors.
7      Q      And how did you come into possession of
8   copies of this confidential student information
9   packet?
10      A      Initially through my former director.
11      Q      Okay.  So you received this confidential
12   student information packet through your former
13   director, just like you received the request for
14   consultation document through your former director?
15      A      Correct.
16      Q      Tell me a bit more about what happens in
17   the IEP meeting where consideration of GNETS
18   services is discussed for a student.
19      A      Are you wanting to -- are you asking about
20   just the general consist of what happens in those
21   meetings, or are you asking about something specific
22   in the meetings?
23      Q      Just generally, how does the meeting
24   proceed?  Who else is in attendance?  What occurs?
25      A      Well, to begin with, introductions; and



1    for Rutland Academy?

2        A    Correct.

3        Q    Did that student at some later time end up

4    coming to Rutland Academy?

5        A    No.

6             MS. WOMACK:  I am going to ask the court

7        reporter to please mark this document as

8        Plaintiff's Exhibit 223.

9             (Plaintiff's Exhibit 223 was marked for

10       identification purposes.)

11       Q    (By Ms. Womack)  Ms. Ngeve, you have been

12   handed what's been marked as Plaintiff's Exhibit

13   223.  This is a document Bates-stamped Rutland

14   000299.  It's titled "GNETS Services Flow Chart."

15   Do you recognize this document?

16       A    Yes.

17       Q    Is this the GNETS services flow chart that

18   we have been discussing today?

19       A    Yes.

20       Q    Did you create this flow chart?

21       A    No.

22       Q    Who created this flow chart?

23       A    Some -- some of the GNETS directors, in

24   addition to the State Department for GNETS.

25       Q    And did you first come into possession of



1   this GNETS services flow chart in the same way that

2   you came into possession of the confidential student

3   information packet and the request for consultation?

4        A     Yes.

5        Q     And that's from your former director?

6        A     Correct.

7        Q     Do you use this document?

8        A     Yes.

9        Q     And how do you use this document?

10       A     To ensure that whenever -- to make sure

11  that I'm looking -- I'm constantly, you know,

12  following the process in which it should be followed

13  and making sure -- and I also present it to our

14  special education directors and coordinators at the

15  beginning of the school year each year.  And

16  sometimes if there is a new -- there's new directors

17  that come on, I make sure they have a copy of it as

18  well as everyone else from, you know, all the 13

19  school districts, the LEAs.

20       Q     Okay.  And when you say you use this

21  document to follow the process as it should be

22  followed --

23       A     Yes.

24       Q     -- what is the basis for how the process

25  should be followed?  Where does that come from?



```
 1        A     Where does the basis come from?

 2        Q     Yeah.  When you say this is to ensure that

 3   you're following the process as it should be

 4   followed, I'm just wondering what is -- who sets the

 5   standard for how the process should be followed?

 6        A     The board rule from the State Department.

 7        Q     Okay.  So this is aligned to the State

 8   Board GNETS rule as well?

 9        A     Correct.

10        Q     Okay.  So looking at the top of this

11   document, in the sort of top text box, it says, "A

12   student currently being served in SPED has behavior

13   problems at their school and it is believed GNETS

14   may be an option."  Do you see that?

15        A     Yes.

16        Q     And "served in SPED" -- does that mean

17   served in special education?

18        A     Yes.

19        Q     And then this goes on to say, "GNETS

20   services are only for students served in SPED."

21   And, again, SPED meaning special education?

22        A     Correct.

23        Q     What is the basis for this statement that

24   GNETS services are only for students served in

25   special education?
```



1   it's a phone call that starts it, where the parent

2   calls and says, hey, we're moving here and our kid

3   will be going to this school.

4        If they call us, we contact the district.  We

5   say, okay, "What district are you moving to?"  And

6   if they contact the district, then the district

7   tries to figure out, okay, what day are you going to

8   be here so we can go ahead and get that student

9   enrolled in school.

10       Q    Okay.

11            MS. WOMACK:  I am going to ask the court

12       reporter to please mark this document as

13       Plaintiff's Exhibit 224.

14            (Plaintiff's Exhibit 224 was marked for

15       identification purposes.)

16            THE WITNESS:  Thank you.

17       Q    (By Ms. Womack)  Ms. Ngeve, you have been

18   handed what is marked as Plaintiff's Exhibit 224.

19   This is a document, bears the Bates stamp

20   GA00354672.  It is an email from you to Vickie

21   Cleveland dated October 25th, 2019, with the subject

22   "Re: J. Brown."  Do you recognize this document?

23       A    Yes.

24       Q    This is an email thread between you and

25   Vickie Cleveland; is that correct?



1          A      Yes.

2          Q      I will just note for you that on the

3    second page of this document we have redacted the

4    student's first name, where it has appeared, for

5    confidentiality purposes.

6          A      Yes.

7          Q      If you look towards the bottom of the

8    first page, do you see the email that you sent to

9    Vickie Cleveland and LaKesha Stevenson on October

10   17, 2019?

11         A      Yes.

12         Q      And in this email you say, "Clarke has a

13   kiddo that is returning from YDC.  He previously

14   attended Rutland before going to YDC, though his

15   behaviors were more conduct in nature.  Either way,

16   I know he'd return here when coming back from YDC as

17   we were the last placement prior to YDC.  Mom

18   doesn't want him to return to Rutland.  I want to

19   double check just for my own clarity.  If mom

20   decides she doesn't want him to return here, won't

21   her parent rights override Clarke wanting him to

22   return here?  I noticed in the verbiage that one of

23   the Clarke coordinators sent (below) that she is

24   telling the DHS case manager that the student has to

25   return to Rutland, yet I was thinking that if mom

1  doesn't agree to placement, when we meet, the

2  district has to support him in another way.  Is this

3  correct?  Again, I'm seeking clarity to make sure I

4  am adequately prepared for the meeting."

5          Have I read your email to Ms. Cleveland and --

6  and Ms. Stevenson accurately?

7          A     Yes.

8          Q     What is YDC?

9          A     Youth detention center.

10         Q     Okay.  And Clarke County is one of the

11 school systems that Rutland Academy and GNETS

12 program serves; is that right?

13         A     Yes.

14         Q     And so am I correct in understanding from

15 this email that here you are reaching out to

16 Ms. Cleveland and Ms. Stevenson because you

17 understand that one of the Clarke County special

18 education coordinators is saying that the student at

19 issue here must be placed at Rutland despite the

20 student's mom not wanting him to be placed there?

21         A     Correct.

22         Q     Were you looking for Ms. Cleveland and

23 Ms. Stevenson to clarify whether the Clarke County

24 special education coordinator was correct?

25         A     Yes.



1      A      Yes, I know.

2      Q      And what happened to the student after

3   they were released from YDC?

4      A      They didn't come to Rutland.  They didn't

5   go back to their home setting; so it ended up being

6   a DFCS situation.  But they went to another

7   location.  I'm not sure what happened.

8      Q      Okay.  So that student did not come to

9   Rutland, and the student also did not go back to

10  Clarke County?

11     A      As I recall, correct.

12     Q      Okay.

13            MS. WOMACK:  I would like to hand the

14        court reporter what I would like to have marked

15        as Plaintiff's Exhibit 225.

16            (Plaintiff's Exhibit 225 was marked for

17        identification purposes, later correctly marked

18        as Plaintiff's Exhibit 199.)

19            THE WITNESS:  Thank you.

20            MS. WOMACK:  Actually, I need to correct

21        the record.  I apologize.  This document has

22        previously been marked as Plaintiff's Exhibit

23        199.  That deposition occurred so close in time

24        to this that there is no stamped exhibit; so we

25        can correct the markings on that document.



1              THE WITNESS:  Do you want me to hand it

2       back?

3       Q       (By Ms. Womack)  No.  You can -- you can

4  hang on to it for now, and we will make sure that we

5  correct it at the end of the deposition.

6       That document bears a sort of unique numerical

7  identifier at the bottom that is 000361.  Ms. Ngeve,

8  are you familiar with this document?

9       A       Yes.

10      Q       Is this the Guiding Questions for

11 Considering of GNETS Services that has come up

12 multiple times in our conversation today?

13      A       Yes.

14      Q       Does Rutland Academy use these Guiding

15 Questions for Consideration of GNETS Services

16 document?

17      A       Yes.

18      Q       And tell me how Rutland uses this

19 document.

20      A       One way is I provide it to all the G --

21 all the special education directors and coordinators

22 to make sure they have all the information so they

23 can actually use this form prior to submitting a

24 packet to make sure they have all the information

25 together.



1        Then the second thing I do with it is I use it

2   whenever a packet is sent in to me, a student

3   information packet is sent in to me, and I actually

4   use it to -- to indicate if everything is there

5   according to the guiding questions.

6        Q    Okay.  And am I remembering correctly that

7   you told me earlier that this document is aligned to

8   the State Board of Education GNETS rule?

9        A    Correct.

10       Q    And so when you're using this document to

11  make sure that everything that's supposed to be in

12  the confidential student information packet is

13  there, you're doing that to ensure that you are

14  complying with the State Board of Education GNETS

15  rule?

16       A    Correct.

17       Q    Did you create this document?

18       A    No.

19       Q    Who created this document?

20       A    The State Department for GNETS as well as

21  some -- some of the GNETS directors.

22       Q    Is it your understanding that other GNETS

23  programs use this same document?

24       A    Yes.  All.

25       Q    All of them?



1       A       All use it, yes.

2       Q       Okay.  Does Rutland Academy keep records

3  of what students are referred to its GNETS program

4  and what the outcomes of those referrals are?

5       A       Yes.

6       Q       How does Rutland keep those records?

7       A       We have a referral tracking notebook where

8  we actually indicate whenever a file comes in, and

9  then we go back and indicate if the student was

10 placed or if they were not placed.

11      Q       Okay.  Do you maintain those record

12 logbooks, you know, kind of on a longer-term basis?

13      A       Yes.

14      Q       And how do you maintain them?

15      A       We keep them locked in our -- in our

16 intake office with all the documentation.

17      Q       Are those records maintained in paper

18 form?

19      A       Excuse me.  Yes.

20      Q       Do you maintain them in any form other

21 than paper?

22      A       Sometimes.  It depends on how it was

23 submitted.  If it was submitted to us

24 electronically, then we may save it on -- we

25 previously saved it on our shared server under



 1  reach out to the State Department of Education, who

 2  specifically do you reach out to?

 3      A    Vickie Cleveland or LaKesha Stevenson.

 4      Q    Okay.  It sounds like many of the kinds of

 5  questions that you reach out to Ms. Cleveland or

 6  Ms. Stevenson for are when you are unsure about

 7  certain things and you're looking for clarification;

 8  is that fair?

 9      A    Yes, that's fair.

10      Q    And why do you reach out to

11  Ms. Cleveland -- Ms. Cleveland or Ms. Stevenson?

12  Why those two individuals?

13      A    Since they are the program, you know,

14  director and coordinator for GNETS and they -- they

15  often will -- you know, they just -- I just feel

16  like they have great wisdom, and I want to make sure

17  that is there any recommendations or something else

18  I can be doing differently to support our districts

19  because I want to make sure we're supporting them

20  and providing them with all that they need, so --

21      Q    Are Ms. Cleveland and Ms. Stevenson

22  generally responsive to your requests?

23      A    Oh, yes.

24           MS. WOMACK:  I would like to have this

25           document marked as Plaintiff's Exhibit 226.



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                          248

1              (Plaintiff's Exhibit 226 was marked for

2        identification purposes.)

3        Q       (By Ms. Womack)   Ms. Ngeve, you have been

4    handed what has been marked as Plaintiff's Exhibit

5    226.  This is a document Bates-stamped GA00356905.

6    It's an email from you to Vickie Cleveland dated

7    January 3rd, 2020.  The subject is "Chat?"  Do you

8    recognize this document?

9        A      Yes.

10       Q      Is this an email that you sent to Vickie

11   Cleveland?

12       A      Yes.

13       Q      And is this an example of what we were

14   just discussing, you reaching out to Ms. Cleveland

15   to discuss a student that a district wants to send

16   to Rutland?

17       A      Yes.

18       Q      Do you recall what this email -- the

19   situation that this email related to?

20       A      No.

21       Q      Okay.  Once a student arrives at Rutland

22   Academy, are they given any assessments to determine

23   where they are, either behavior -- behaviorally or

24   academically?

25       A      Yes.



 1   it depends.  It depends if it's close to that -- to

 2   the IEP -- annual IEP date that's coming up, they

 3   may do that.  If the IEP is in November and the

 4   student starts in October, it's good to kind of get

 5   that updated information because it may be helpful

 6   as it comes to planning and helping support the

 7   student.  So it depends.

 8        Q     Is the typical practice to administer the

 9   BASC close to a student's annual IEP meeting?

10        A     We do them at the beginning of the school

11   year for all students, but then we also do it closer

12   to the actual IEP date.

13        Q     Okay.  Understood.  And who made the

14   decision that the BASC would be administered?

15        A     I -- I -- I -- I made the decision for it

16   to continue, but it was previously done here by

17   former directors.

18        Q     Who made the decision when it began to be

19   used?

20        A     A former director.

21        Q     A former director?

22        A     Yes.

23        Q     In terms of assessing students -- or

24   assessing where students are academically when they

25   arrive at Rutland Academy, are there any assessments



CELEST NGEVE                                            July 15, 2022
UNITED STATES vs STATE OF GEORGIA                           252

1  given?

2       A     Yes.

3       Q     And what are those?

4       A     Usually we use i-Ready to get the

5  baseline.  We get the diagnostic data.  And that's

6  going to let us know, math and reading, where they

7  are academically.  And we provide incentives for the

8  students so they actually try their best to do it,

9  and we can get a really good gauge of where they are

10  academically.

11       We also -- depending on the data that's

12  provided from the district, we may start with them

13  having, like, a Wilson reading assessment to really

14  understand where they are with their reading level

15  and assess them within that first week to find out

16  if they may need to be at a higher level of books

17  than what it was deemed prior to them coming here,

18  because sometimes students may or may not have put

19  in their best effort in previous settings; so it may

20  not be accurate information.

21       Q     Okay.  So students are assessed

22  academically as to where they are with i-Ready and

23  then also possibly the Wilson reading assessment?

24       A     Yes.  And for some students Fundations as

25  well with -- with reading.



1      Q      Okay.  And who made the decision that

2   students would be assessed academically using

3   i-Ready?

4      A      i-Ready is from the State Department.

5   We all -- all the GNETS use i-Ready, but then I, you

6   know, make sure that we're doing that as well.

7      Q      Okay.  And when you say it's from the

8   State Department that all the GNETS programs use

9   that, you're saying that i-Ready is something that

10  the State Department has indicated that -- that all

11  the GNETS programs should use?

12     A      Yes.

13     Q      Okay.  And then you reinforce that by

14  making sure that it's actually implemented?

15     A      Correct, yes.

16     Q      What about the Wilson reading assessment?

17  Who made the decision that that would be used as an

18  assessment?

19     A      Myself, along with our reading specialist

20  from RESA.  She provided that training to our

21  teachers, and she always provides it to any new

22  teachers that might be teaching reading.  So she

23  kind of helped us really increase our rigor with

24  making sure that reading was a primary focus after

25  looking at data across time and realizing that that



1   was a curriculum that was helpful for our students.

2   And our other districts were using it as well.

3        Q    Okay.  And then who made the decision

4   about using Fundations where that's used to assess

5   reading?

6        A    Again, myself, along with our reading

7   specialist from RESA.

8             MS. WOMACK:  I would like to have this

9        document marked as Plaintiff's Exhibit 227.

10            (Plaintiff's Exhibit 227 was marked for

11       identification purposes.)

12            THE WITNESS:  Thank you.

13       Q    (By Ms. Womack)  Ms. Ngeve, you have been

14  handed what's been marked as Plaintiff's Exhibit

15  227.  This is a document bearing the Bates number

16  GA00362585.  It is an email from you to Vickie

17  Cleveland dated October 6, 2020.  The subject is

18  "Re: SDQ/BASC," B-A-S-C, "Follow-up."  Do you

19  recognize this document?

20       A    Yes.

21       Q    And am I correct that this is an email

22  exchange between you and Vickie Cleveland regarding

23  SDQ and BASC?

24       A    Yes.

25       Q    Your email to Ms. Cleveland responds to an



CELEST NGEVE                                            July 15, 2022
UNITED STATES vs STATE OF GEORGIA                              255

1  earlier email from Ms. Cleveland that you received;

2  is that correct?

3        A    Yes.

4        Q    Does it appear that that email that you

5  received from Ms. Cleveland was sent to -- it's

6  addressed "Directors."  Do you see that?

7        A    I do.

8        Q    Was that email sent to all the GNETS

9  directors?

10       A    I don't know.

11       Q    But the email is directed to directors?

12       A    Correct.

13       Q    Okay.  And you received this email?

14       A    Yes.

15       Q    In Ms. Cleveland's email that you

16  received, she says, "This is" -- "This email is a

17  follow up to our directors on last week regarding

18  the SDQ and BASC assessments.  See the guidance

19  below."  Do you see that?

20       A    Yes.

21       Q    Is this referring to a GNETS directors'

22  meeting?

23       A    Yes.

24       Q    Had you met with Ms. Cleveland at a GNETS

25  directors' meeting prior to receiving this email?



CELEST NGEVE                                    July 15, 2022
UNITED STATES vs STATE OF GEORGIA                        256

1        A      I'm unsure of the exact date, but -- of

2   the meeting or if I -- if I was present at that

3   meeting.

4        Q      Mm-hmm.  In number 1 in Ms Cleveland's

5   email that you received, she says, "Please disregard

6   the previous testing calendar that was sent.  These

7   dates are not set in stone.  You have flexibility as

8   to when you administer the assessment."  Do you see

9   that?

10       A      Yes.

11       Q      What assessment is -- is this referring

12  to?

13       A      I'm not sure at this time.

14       Q      Is it -- do you understand from this email

15  that it's referring either to the SDQ or the BASC

16  assessment?

17       A      Potentially.

18       Q      You didn't -- sitting here today, you

19  don't have any understanding of what you understood

20  this email to mean?

21       A      Not that particular line as far as which

22  exact assessment that she was referring to, whether

23  it's SDQ or BASC or either of those, since it

24  mentioned a previous meeting.

25       Q      Further down, Ms. Cleveland says, "We have



1  found SDQ & BASC completion ONCE a year is adequate

2  to drive IEP development.  Each GNETS has the

3  flexibility to determine administering these

4  assessments more than once a year if you choose."

5  Do you see that?

6          A     Yes.

7          Q     Do you understand this to mean that the

8  SDQ and BASC need to be administered at least once a

9  year?

10         A     Yes.

11         Q     Ms. Cleveland notes that SDQ and BASC

12 completion drive IEP development.  Do you see that?

13         A     Yes.

14         Q     Do you agree with that?

15               MR. MURPHY:  Are you asking her about the

16         time line in terms of once a year or that it's

17         adequate to drive IEP development in general?

18         Q     (By Ms. Womack)  Yeah, so -- so here

19 Ms. Cleveland says, "We have found SDQ & BASC

20 completion ONCE a year is adequate to drive IEP

21 development," and I'm asking do you agree with that?

22         A     That it being done once a year is

23 adequate?

24         Q     To drive IEP development?

25         A     In some cases, yes, to help.



1    A    No.

2         MR. MURPHY:  Before we move on from this

3    exhibit, can I can ask --

4         MS. WOMACK:  Mm-hmm.

5         MR. MURPHY:  Every time that y'all have

6    been referring to the "BASC," sometimes I

7    thought it sounded like "BAS," B-A-S, but you

8    have always been referring to the B -- the

9    B-A-S-C, the instrument referenced in Exhibit

10   227?

11        THE WITNESS:  Yes.

12        MR. MURPHY:  Is that right?  Have you got

13   that?

14        MS. WOMACK:  We can provide it.

15        MR. MURPHY:  Okay.

16        MS. WOMACK:  I am going to ask the court

17   reporter to please mark this document as

18   Plaintiff's Exhibit 228.

19        (Plaintiff's Exhibit 228 was marked for

20   identification purposes.)

21   Q    (By Ms. Womack)  Ms. Ngeve, you have been

22   handed what has been marked as Plaintiff's Exhibit

23   228.  This is a document bearing the Bates stamp

24   GA00055066.  At the top this is an email from you to

25   Vickie Cleveland dated December 2nd, 2020.  The



1  subject is "Re: File review."  Do you recognize this

2  document?

3       A    Yes.

4       Q    And am I correct that your email to

5  Ms. Cleveland responds to an earlier email that

6  Ms. Cleveland sent that you received?

7       A    Yes.

8       Q    And is Ms. Cleveland's email directed to

9  the group directors?

10      A    Yes.  It says, "Greetings Directors."

11      Q    Okay.  And she goes on to say, "Just

12  updating everyone on the IEP file reviews.  The date

13  for completing the reviews has been extended to

14  January 15, 2021."  Do you see that?

15      A    I do.

16      Q    What are the IEP file reviews that are

17  referenced here?

18      A    There were -- I don't remember the full

19  expected of the file reviews.

20      Q    The file reviews -- were the IEP file

21  reviews something that the directors were required

22  to complete?

23      A    Yes.

24      Q    Who at Rutland was responsible for

25  completing those IEP file reviews?



1        A      Myself.

2        Q      And sitting here today, you don't know

3    what those IEP file reviews entailed?

4        A      I don't remember all the details of

5    that -- of the file reviews.  I remember that

6    generally overall, but I don't remember exactly what

7    the purpose of them were, now looking back.

8        Q      So do you -- can you just tell me what you

9    do recall about those IEP file reviews, what the

10   goal of the review was?

11       A      I don't remember exactly.

12       Q      Okay.  But you were charged with

13   conducting IEP file reviews, the ones that are

14   referenced here?

15       A      Yes.

16       Q      And Ms. Cleveland is -- is emailing or

17   communicating that the date for completing those

18   reviews has been extended?

19       A      Correct.

20       Q      So there was a deadline for completion of

21   those reviews?

22       A      Yes.

23       Q      Are these IEP file reviews something that

24   Rutland Academy sort of has done repeatedly?

25       A      No.



1        A     Yes.

2        Q     And what is that process?

3        A     It is determined by, of course, the number

4   of enrollment as far as every so many years they

5   look at the number of enrollment, but also the

6   districts collaborate on the budget and how --

7   what's in our -- how the budget is being used, how

8   much is -- how many teacher allotments and staff

9   allotments are needed and things of that nature,

10  along with human resources and our finance people

11  from RESA.

12       Q     And you have mentioned several times

13  during our conversation today a GNETS grant

14  application?

15       A     Yes.

16       Q     What is the GNETS grant application?

17       A     It's an application we have to submit

18  annually to the State Department regarding how our

19  program has ran and everything that's needed -- that

20  we did within the school year, should I say, as far

21  as how many staff, the staffing pattern, the number

22  of students receiving mental health support, number

23  of students that -- I think it includes the number

24  of students that transitioned.  There's several

25  different things that are included in that.  But

1   really how the program -- everything about the

2   program from that particular year.  That's for the

3   GNETS grant.

4        Q    And when you're providing that information

5   in connection with the GNETS grant, what is the

6   purpose of you providing that information?  What are

7   you looking for?

8        A    That's to -- for budget -- for budget

9   purpose for the -- from what I understand, from the

10  State Department to determine the amount of the

11  budget, the specifics -- the specific needs and what

12  have we -- have we done in -- in -- in alignment

13  with the -- the GNETS Board rule as far as what we

14  should be providing to students and supports and

15  making sure that everything is being done

16  appropriately, you know, for the students and the

17  school, whatever is related to the budget.

18       Q    And then once the State Department

19  receives that grant application with all of that

20  information, then decisions are made about the

21  amount of money that Rutland Academy will get from

22  the State Department?  Is that -- am I understanding

23  that correctly?

24       A    Yes.

25            THE VIDEOGRAPHER:  We're coming up on



1          about an hour and half, and I have got about

2          five or six more minutes on my card at this

3          point --

4               MS. WOMACK:  Yeah, let's just take a

5          break.

6               THE VIDEOGRAPHER:  And we are off the

7          record at 3:39.

8               (Recess taken.)

9               THE VIDEOGRAPHER:  And we are back on the

10         record at 3:51.

11         Q    (By Ms. Womack)  So before the break we

12    were discussing funding.

13              MS. WOMACK:  And I would like to have the

14         court reporter please mark this as Plaintiff's

15         Exhibit 229.

16              (Plaintiff's Exhibit 229 was marked for

17         identification purposes.)

18         Q    (By Ms. Womack)  Ms. Ngeve, you have been

19    handed a document that has been marked as

20    Plaintiff's Exhibit 229.  It bears the Bates stamp

21    Rutland 002910.  Do you recognize this document?

22         A    Yes.

23         Q    What is this?

24         A    This is the grant -- grant application

25    from 2021.  Says, "Fiscal year: 2021," so yes.



 1        Q      This is Rutland Academy's grant

 2   application for the fiscal year 2021?

 3        A      Yes.

 4        Q      If you flip through this document, this

 5   looks like a printout of a computer-based document.

 6   Is this something that's submitted electronically?

 7        A      Yes.

 8        Q      Is this submitted through the Georgia

 9   Department of Education portal?

10        A      Yes.

11        Q      Does this document that has been marked as

12   Plaintiff's Exhibit 229 contain the information that

13   the Rutland GNETS program submitted to the Georgia

14   Department of Education in connection with its grant

15   application for fiscal year 2021?

16        A      Yes.

17        Q      Who at Rutland would have been in charge

18   of submitting this information?

19        A      I would.

20        Q      Anyone else?

21        A      Not submitting it.

22        Q      Okay.  Is anyone else involved in

23   compiling this information to prepare it for

24   submission?

25        A      Yes.



1        Q      Who else is involved?

2        A      The coordinator.

3        Q      Anyone besides her?

4        A      No.

5        Q      And what role does your coordinator play?

6        A      I apologize.  Let me answer -- can I add

7   to that?

8        Q      Sure.

9        A      Also human resources.  There -- there may

10  be -- there's additional information sometimes I

11  have to request from them to make sure it's accurate

12  for the grant application as well.

13       Q      Okay.  And what role does your coordinator

14  play in preparing information for submission as part

15  of this grant application?

16       A      Just pulling the documents as far as the

17  mental health agencies and different things that

18  we're going to have to put in.  Just pulling the

19  documents together so we can all go ahead and put

20  everything in.

21       Q      Okay.  Is it fair to say there is a large

22  amount of information that must be submitted in

23  connection with this grant application?

24       A      Yes.

25       Q      To whom is the information in this grant



1  application submitted?

2       A    It's submitted in the portal, and then

3  Vickie Cleveland and LaKesha Stevenson pretty much

4  sign -- well, they, I think, pull information from

5  there.

6       Q    Okay.  So this information then goes to

7  Vickie Cleveland and LaKesha Stevenson --

8       A    Yes.

9       Q    -- once it's submitted?

10      A    Yes.

11      Q    This grant application was for fiscal year

12  2021.  What is the relative time frame in which this

13  grant application would have been actually submitted

14  to the Georgia Department of Education?

15      A    The time frame would have been May --

16  between May -- May till the end of June, likely.

17      Q    Of what year?

18      A    It would have been for -- from last --

19  last year.

20      Q    So for -- I just -- fiscal years confuse

21  me a little bit; so I want to be clear.  This is for

22  fiscal year 2021.

23      A    So then --

24      Q    Is fiscal year 2021 the 2020 to 2021

25  school year?



1        A     If it was fiscal year 2021, it would have

2    been submitted in 2020 for the '21-'22 school year.

3    It would have been submitted in 2020 for the

4    following year.

5        Q     So it would have been submitted in --

6        A     I'm sorry.  I'm sorry.  No.  I'm getting a

7    little -- little confused a little bit.  We submit

8    it at the end of the school year with the

9    information from that current school year as we

10   prepare for the following school year.

11       Q     So is it correct, then, that if this grant

12   application is for fiscal year 2021, it would have

13   been submitted in May or June of 2020 for the

14   2020-2021 school year?

15       A     I don't want to say that accurate for

16   sure.  Because we do it at the end of the school

17   year from the -- with the information from that

18   particular school year in preparation for the next

19   one.  So when it says fiscal year 2021 --

20       Q     Okay.  But, in any event, the process is

21   that Rutland Academy submits its grant application

22   in May or June --

23       A     Yes.

24       Q     -- of each school year?

25       A     Correct.



1        Q        And the information that's contained in

2    that grant application is from all of the school

3    year leading to the time when it's submitted?

4        A        Correct.

5        Q        Okay.  And you said previously that this

6    grant application is what Rutland submits to obtain

7    state funds for its program; is that right?

8        A        Yes.

9        Q        Is Rutland obligated to complete all of

10   the sections of this grant application in order to

11   obtain those funds?

12       A        Yeah, all -- all -- all components have to

13   be completed, yes.

14       Q        And on this first page of the grant

15   application, is -- do you see the -- the text that

16   appears in blue?

17       A        Yes.

18       Q        Are these, kind of, categorical areas

19   summarized that then in the pages that follow

20   Rutland has provided more specific information

21   about?

22       A        Yes.

23       Q        I would like to direct your attention to

24   the page that bears the Bates number Rutland 002925.

25       A        Okay.



1    Q      What is the -- the, sort of, category of

2   this section of the grant application that Rutland

3   completed for fiscal year 2021?

4    A      The staffing pattern.

5    Q      So in this grant application, Rutland

6   provides information about its staffing pattern?

7    A      The staffing pattern is already in the

8   system; so we don't have to put that information in

9   there.  It's normally based on what we have already

10   had as far as existing staff.

11    Q      Okay.  So this information gets -- does

12   this information get auto-populated?

13    A      It does, based on what we had, I think

14   prior to that previously.  And then we can let them

15   know if there's any changes that need to be made or

16   there's something different --

17    Q      Okay.

18    A      -- if I'm not mistaken on this particular

19   part.

20    Q      So if there is something that's

21   inaccurate, would you notify the Georgia Department

22   of Education to let them know?

23    A      Yes, yes.

24    Q      Okay.  And so on this page and continuing

25   on to the next page, this portion of the grant



1    A    Yes.

2    Q    And so what does that mean?

3    A    That it's a state grant that provides our

4  social worker.

5    Q    Okay.  And moving down, if you look at --

6  there's a line for GNETS teacher on this very same

7  page.  Do you see that?

8    A    Yes.

9    Q    And then under "State Grant" for that

10  GNETS Teacher category, it says "7."  Do you see

11  that?

12    A    Yes.

13    Q    What does that mean?

14    A    That they're funded from the state grant.

15    Q    If you turn over to the very next page, do

16  you see at the very bottom, it says "Grant Total"?

17    A    Yes.

18    Q    So this identifies the total number of

19  Rutland staff?

20    A    According to this, yes.

21    Q    And does this indicate that all 32 of

22  those staff are funded by the state grant?

23    A    Yes, according to this document, yes.

24    Q    Do you have any reason to believe that

25  this document is inaccurate?



1        A      No.

2        Q      Do all of the staff members at Rutland

3   Academy continue to be funded through the state

4   grant?

5        A      I'm unsure of exactly how the funding

6   sources are exactly for each position.

7        Q      Okay.

8        A      Other than the contract employees.

9        Q      Okay.

10              MS. WOMACK:  I would like to have the

11         court reporter mark this document as

12         Plaintiff's Exhibit 230.

13              (Plaintiff's Exhibit 230 was marked for

14         identification purposes.)

15              THE WITNESS:  Thank you.

16        Q      (By Ms. Womack)  Ms. Ngeve, you have been

17   handed what has been marked as Plaintiff's Exhibit

18   230.  This is a document bearing the Bates stamp

19   GA01075799.  The top of this document is an email

20   from you to Vickie Cleveland.  The subject is

21   "Forward: FY21 Preliminary GNETS State and Federal

22   Grant Allocations."

23        And this document indicates that there are two

24   attachments, the first of which is a PDF titled

25   "FY21 Preliminary GNETS State and Federal



CELEST NGEVE                                                July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                     276

1          A      Yes.

2          Q      Are these the preliminary allocations that

3     you reference in your email to Ms. Cleveland?

4          A      Yes.

5          Q      What was the preliminary state allocation

6     amount for the Rutland Academy GNETS program as of

7     July 6th, 2020?

8          A      The state amount?

9          Q      Mm-hmm.

10         A      $1,549,997.

11         Q      And do I understand that in your email you

12    are asking Ms. Cleveland whether this amount

13    includes funds for a social worker or whether the

14    State is separately going to cover the cost of that

15    social worker over and above the 1.549 million?

16         A      Yes.

17         Q      Did Ms. Cleveland ever respond to your

18    email?

19         A      Yes.

20         Q      What did she say?

21         A      The -- the funding would still be there --

22    there's a different -- a -- a -- a therapeutic grant

23    for social worker that was still there that was not

24    included in that number.

25         Q      Okay.  So separate from this 1.549 million



 1   number, Rutland was a recipient of a different state

 2   grant that would cover the cost of a social worker?

 3        A     Yes.

 4        Q     Does Rutland continue to receive those

 5   state funds to cover the cost of its social worker?

 6        A     Yes.

 7        Q     Was the amount of state funds that Rutland

 8   was actually allocated for fiscal year 2021

 9   consistent with the state allocation that appears in

10   this chart?

11        A     I'm not sure.

12        Q     How long has the State separately been

13   funding a social worker at Rutland?

14        A     I can't remember the exact number of

15   years.

16        Q     What led to the State separately funding

17   that social worker?

18        A     There was a need for more therapeutic

19   supports in the GNETS, and some -- several GNETS

20   didn't have one, didn't have certain positions, and

21   there was an effort for them to try to support us

22   further in making sure that we had those therapeutic

23   services.

24        Q     Okay.  And so prior to this date

25   separately funding the social worker for Rutland,



1    did Rutland have a social worker on staff?

2         A     No.  Not at that time.

3         Q     Okay.  For the social worker that the

4    State funds, does Rutland have to retain that social

5    worker from an approved provider?

6         A     They give -- no, not -- not -- we don't

7    have to from a -- from an approved provider.

8         Q     So you can retain that social worker from

9    anywhere you want?

10        A     Yes.

11        Q     What is EDUHealth?

12        A     EDUHealth is the company that staffed the

13   social worker.

14        Q     Are you familiar with Staff Rehab?

15        A     I'm vaguely familiar with it but not as

16   far as working with them.

17             MS. WOMACK:  I would like to have this

18        document marked as Plaintiff's Exhibit 231.

19             (Plaintiff's Exhibit 231 was marked for

20        identification purposes.)

21        Q     (By Ms. Womack)  Ms. Ngeve, you have been

22   handed what has been marked as Plaintiff's Exhibit

23   231.  This document bears the Bates stamp

24   GA00348031.  This is an email exchange, the most

25   recent of which is from you to Vickie Cleveland,



1          Q      And is that the GNETS strategic plan?

2          A      Yes.

3          Q      Who drafted the GNETS strategic plan?

4          A      The State Department in addition to some

5     of the GNETS directors had input on it as well.

6          Q      And I believe you mentioned earlier that

7     there are six components of the GNETS strategic

8     plan; is that right?

9          A      Yes.

10          Q      Is there any part of the strategic plan

11    that contains goals for the reduction of segregated

12    placements?

13          A      That wording is not familiar to me.

14          Q      Okay.  Is the Rutland Academy GNETS

15    program obligated to comply with the GNETS strategic

16    plan?

17          A      Yes.

18          Q      And just sort of from a very big picture

19    level, how does Rutland comply with the strategic

20    plan?  What is that process?

21          A      We're ensuring that each of the components

22    are being implemented with fidelity, and we're also

23    keeping the data on those particular -- each -- each

24    of the six parts of the strategic plan.  And we're

25    meeting as a leadership team to discuss those.  We



1   discuss those components during staff meetings as
2   well.  And I also share that information with our
3   LEAs when I -- when I meet monthly for LSEAC.
4        Q    Does Rutland have to report information
5   about its implementation of those six components of
6   the GNETS strategic plan?
7        A    Yes.
8        Q    And who is that information reported to?
9        A    Vickie and LaKesha.  Vickie Cleveland and
10  LaKesha Stevenson.
11       Q    Are there standardized categories of
12  information within that that have to be reported?
13       A    Each of the categories have to be -- have
14  to be -- be reported or shared.
15       Q    Okay.  And who establishes what
16  information within those categories have to be
17  reported or shared?
18       A    LaKesha and Vickie -- LaKesha Stevenson
19  and Vickie Cleveland send the information out to us
20  as far as who is going to -- what information has to
21  be in each of those areas.
22       But it also goes back to the strategic plan
23  specifically based on what the input was from some
24  of the GNETS directors as well as them -- as far as
25  what goes in each category is filled out on there,



1  as far as how we -- like, we have done with each one

2  of those.

3        Q    Okay.  So the leadership team and the

4  staff -- you all rate yourselves initially?

5        A    Correct.  Based on the strategic plan.

6        Q    Okay.  Is there any process by which those

7  self-ratings are then reviewed by anyone else?

8        A    Yes.

9        Q    And what is that process?

10       A    If it's -- if it's our year to have a --

11  to do a strategic plan in person where they're

12  coming to monitor ours -- because it rotates as far

13  as, if you're a new director, you have certain --

14  certain number of years that you're -- you're

15  definitely going to be -- get the site visit where

16  they're going to come and actually review the

17  strategic plan with you; so they go through all the

18  documents at that time.

19       Q    When you say they are going to come and

20  they go through documents at that time, who is

21  "they"?

22       A    Vickie Cleveland and LaKesha Stevenson.

23  And sometimes it's one or the other.

24       Q    Okay.  And so there are some years where

25  Rutland will have an in-person visit --



1        A       Correct.

2        Q       -- from Ms. Cleveland or Ms. Stevenson --

3        A       Correct.

4        Q       -- to review your self-ratings on the

5    self-assessment?

6        A       Yes.  As well as the artifacts for the

7    strategic plan.

8        Q       And when you say the artifacts for the

9    strategic plan, is that documentation showing

10   whether you have complied with those six components

11   of the strategic plan?

12       A       Yes.

13       Q       And so Ms. Cleveland and Ms. Stevenson, if

14   they come on-site, then, will review those

15   artifacts?  Am I understanding that right?

16       A       Yes.

17       Q       Who participates in that on-site review

18   with Ms. Cleveland and Ms. Stevenson when they come

19   for Rutland?  Who from Rutland participates in that?

20       A       Members of the leadership team.

21       Q       And so if I -- if I remember correctly,

22   that's you and your coordinator; correct?

23       A       We're part of the leadership team, yes.

24       Q       And the leadership team also includes the

25   intensive interventionist?



1        A      Correct.

2        Q      I believe there is one more member of the

3   leadership team.  Am I missing someone?

4        A      There's grade-level chairs as well as the

5   social worker.

6        Q      Okay.  So all of those individuals would

7   participate in the on-site review with Ms. Cleveland

8   and Ms. Stevenson?

9        A      Not all.  It just depends on what time

10  period and if the teachers can be out of the

11  classroom.

12       Q      Okay.  Would you participate in that

13  on-site review --

14       A      Yes.

15       Q      -- with Ms. Cleveland and Ms. Stevenson?

16       A      Yes.

17       Q      In all aspects of that?

18       A      Yes.

19       Q      Do Ms. Cleveland and Ms. Stevenson ask

20  questions of you or your leadership team when they

21  are present for an on-site as part of the GNETS

22  strategic plan process?

23       A      Yes.

24       Q      Do they ever request that Rutland provide

25  additional artifacts beyond those that Rutland may



1  have already collected?

2       A     Yes.

3       Q     Does Rutland collect that information and

4  provide it when requested?

5       A     Yes.

6       Q     Does anything -- apart from what we have

7  already discussed in terms of meetings and

8  discussions and the review of artifacts when

9  Ms. Cleveland or Ms. Stevenson come for an on-site

10 review, what else do Ms. Cleveland or Ms. Stevenson

11 do when they're here for an on-site review?

12      A     They take a tour of the school.  They

13 see the -- they see the classrooms.  They see how

14 students are responding to things that are -- that

15 are going on in the school.  They just take a tour

16 and, you know, get an idea, you know, of what's

17 really happening, the climate and culture of the

18 school, of -- of Rutland Academy.

19      Q     Do they sit in and -- and conduct

20 classroom observations?

21      A     No.

22      Q     They just tour the actual facility?

23      A     Correct.  During the site -- during the

24 strategic plan review, they will just tour --

25      Q     Okay.



1        A       -- first.

2        Q       How long are they on-site when they come

3    for a strategic plan review?

4        A       It varies.

5        Q       What is -- on the low end, how long are

6    they on-site?

7        A       Five hours.

8        Q       And on the high end, how long are they

9    on-site?

10        A       Seven hours.

11        Q       So a full day on the high end?

12        A       Yes.

13        Q       Okay.  Is there any goal-setting as part

14    of the on-site review with Ms. Cleveland or

15    Ms. Stevenson?

16        A       Were there -- are you asking are they

17    asking us to develop goals?

18        Q       Yeah, or if there's any conversation about

19    goals for Rutland during those on-site reviews.

20        A       Not particular -- no.

21        Q       Okay.  Do Ms. Cleveland or Ms. Stevenson

22    give Rutland feedback during the on-site review?

23        A       No.

24        Q       You mentioned that there are artifacts

25    that are provided to demonstrate compliance with



1              (Plaintiff's Exhibit 235 was marked for
2         identification purposes.)
3              MS. WOMACK:  And then I would like to have
4         this document marked as Plaintiff's Exhibit
5         236.
6              (Plaintiff's Exhibit 236 was marked for
7         identification purposes.)
8         Q     (By Ms. Womack)  Ms. Ngeve, the court
9    reporter has handed you three documents marked
10   Plaintiff's Exhibit 234, 235, and 236.  Plaintiff's
11   Exhibit 234 is a document bearing the Bates stamp
12   Rutland 00610.  Plaintiff's Exhibit 235 is a
13   document bearing the Bates stamp Rutland 00611.
14   Plaintiff's Exhibit 236 is a document bearing the
15   Bates stamp Rutland 000614.
16        Starting first with Plaintiff's Exhibit 234, do
17   you recognize this document?
18        A     Yes.
19        Q     And this is a letter from Vickie Cleveland
20   to you dated December 7, 2020; is that correct?
21        A     That's correct.
22        Q     This letter references that GNETS
23   strategic plan that we have been discussing?
24        A     Yes.
25        Q     It notes, if you look in -- at the second



```
 1   sentence in the first paragraph, it says, "GaDOE
 2   developed and provided a rubric and guidance to
 3   assess how well each component of the plan was
 4   implemented in FY20."  Do you see that?
 5        A     Yes.
 6        Q     Did you receive the rubric and guidance
 7   that's mentioned here?
 8        A     Yes.
 9        Q     Who did you get that rubric and guidance
10   from?
11        A     I believe it was from Vickie Cleveland.
12        Q     Did you use that rubric and guidance in
13   self-assessing how well each component of the GNETS
14   strategic plan was implemented at Rutland in FY20?
15        A     Yes.
16        Q     Okay.  Moving on to Plaintiff's Exhibit
17   235, do you recognize this document, Ms. Ngeve?
18        A     Yes.
19        Q     What is this document?
20        A     The results -- our strategic plan results
21   on the rubric in 2020.
22        Q     Okay.  Do these ratings reflect the final
23   ratings for the Rutland Academy GNETS program after
24   any strategic plan review with the State Department
25   of Education?
```



1        A       Yes.

2        Q       Am I correct that in the strategic plan

3    results, Rutland was rated "Operational" in all

4    areas except for one?

5        A       Correct.

6        Q       What was the area where Rutland was not

7    rated "Operational"?

8        A       In transitioning from GNETS services.

9        Q       And what does "transitioning from GNETS

10   services" mean?

11       A       Being -- going back to traditional school

12   settings as far as in that particular setting,

13   just -- like, how students transition back to their

14   traditional school settings.

15       Q       Okay.  What was Rutland rated in that

16   area?

17       A       "Emerging."

18       Q       What was the basis for the "Emerging"

19   rating for transition from GNETS services?

20       A       It indicated that some of our activities

21   that were required were accomplished consistently

22   with sources of evidence to support implementation

23   for this action item.  However, the feedback that we

24   also got was that they're interested in us working

25   with the districts to see if there are going to be



 1   more -- like, any site locations in the districts so

 2   that, when students leave our setting, that they go

 3   back into potentially a GNETS-type classroom within

 4   the school systems.

 5          Q     Okay.  And when you say "they," who are

 6   you referring to?

 7          A     Ms. Cleveland and Ms. Stevenson.

 8          Q     Okay.  When did Rutland last receive

 9   strategic plan results?  What was the most recent

10   year?

11          A     I believe -- I believe this was our most

12   recent one, because COVID happened the next school

13   year.  I believe, if I'm not mistaken, that this was

14   the most recent.

15          Q     Okay.  When there is not an on-site review

16   with the Georgia Department of Education, is there

17   any sort of virtual meeting or review that you have

18   with Ms. Cleveland or Ms. Stevenson?

19          A     Some GNETS, yes.

20          Q     And what about Rutland?

21          A     We didn't have a virtual one for the

22   following year.

23          Q     Okay.  Did you -- for those years when you

24   didn't have a virtual review, did you still complete

25   the strategic plan self-assessment process?



1  changed to the "Rutland Collaborative Council"?

2       A     Correct.

3             MS. WOMACK:  I would like to have this

4       document marked as Plaintiff's Exhibit 238.

5             (Plaintiff's Exhibit 238 was marked for

6       identification purposes.)

7             THE WITNESS:  Thank you.

8       Q     (By Ms. Womack)  Ms. Ngeve, you have been

9  handed what's been marked as Plaintiff's Exhibit

10 238.  This is a document bearing the Bates stamp

11 Rutland 000090.  Do you recognize this document?

12      A     Yes.

13      Q     What is this?

14      A     It's a Rutland advisory meeting minutes.

15      Q     And these are -- well, what is the date of

16 the advisory meeting for which these are meeting

17 minutes?

18      A     5/15/19.

19      Q     And is this meeting a meeting of the same

20 advisory board that was the subject of the meeting

21 with Ms. Cleveland and Keith Everson and Suzanne

22 Korngold that we just discussed?

23      A     Yes.

24      Q     If you look a third to a half of the way

25 down this first page, do you see where it says,



 1   "Strategic plan was a success - won't get scores

 2   until June"?

 3        A    Yes.

 4        Q    It then says, "The audit is complete and

 5   they chose files at random.  For the most part the

 6   audit went well."  Do you see that?

 7        A    Yes.

 8        Q    What audit does this refer to?

 9        A    It was the review.  It was the -- it was

10   the strategic plan review.

11        Q    And that's a review conducted by the

12   Georgia Department of Education?

13        A    Yes.

14        Q    This goes on to say, "The DOE found a

15   couple of situations that they had questions about

16   but for the most part we are following policy and

17   procedure."  Do you see that?

18        A    Yes.

19        Q    Was the State DOE looking for compliance

20   with policy and procedure in the audit that's

21   referenced here?

22        A    Yes.  That's in the strategic plan review.

23        Q    Moving down a couple more bullet points,

24   do you see where it says, "Districts must

25   communicate to our schools and teachers that when a



1       A      This is a Rutland -- the Rutland Academy

2    update for LSEAC for January 24th, 2020.

3       Q      Okay.  Can you turn to the second page of

4    this?

5       A      Yes.

6       Q      Under "Student Partial Transitions-

7    Reintegration to Home District" -- do you see that

8    section?

9       A      Yes.

10      Q      And it says, "Currently there is 1 student

11   on a partial transition"?

12      A      Yes.

13      Q      Do you know if that student ever

14   transitioned fully back to their home school system?

15      A      Yes, the student did.

16      Q      Is this also an update that you prepared

17   yourself?

18      A      Yes.

19             MS. WOMACK:  Okay.  I would like to have

20        this document marked as Plaintiff's Exhibit

21        241.

22             (Plaintiff's Exhibit 241 was marked for

23        identification purposes.)

24             THE WITNESS:  Thank you.

25      Q      (By Ms. Womack)  Ms. Ngeve, you have been



1   handed what's been marked as Plaintiff's Exhibit

2   241.  This is a document Bates-stamped Rutland

3   000002.

4          A     Yes.

5          Q     Do you recognize this document?

6          A     Yes.

7          Q     What is this?

8          A     This is an update that was provided for

9   the Board of Control.

10         Q     And what is the Board of Control?

11         A     Those are the 13 superintendents that are

12   the Board of Control for the Northeast Georgia RESA.

13         Q     And is that the governing body for

14   Northeast Georgia RESA?

15         A     It is.

16         Q     Did you prepare this document?

17         A     I did.

18         Q     Did you routinely prepare Rutland Academy

19   updates for the Board of Control?

20         A     As requested.

21         Q     Okay.  So this would have been prepared in

22   response to a specific request by the Board of

23   Control?

24         A     A request from our former executive

25   director as he was preparing to meet with the Board



1    of Control for the beginning of the school year.

2        Q    Okay.  And this update provides, on the

3    second page, a snapshot of Rutland staffing as of

4    the time of the update; is that right?

5        A    That's correct.

6        Q    If you turn to the second-to-last page, do

7    you see the section entitled "Referral Process"?

8        A    Yes.

9        Q    In this first bullet point, it says,

10   "Celest and Latoya vet the referrals with the

11   Guidance for GNETS Placement standardized questions

12   and provide districts with feedback before

13   scheduling an IEP meeting.  If the team at Rutland

14   feels the review needs to be expanded, the

15   Collaborative Council can assist as needed.  Set

16   criteria for referral packet must be followed."

17       Do you see that?

18       A    Yes.

19       Q    This initial vetting -- is this the

20   process that we discussed earlier that you go

21   through when students are referred to Rutland

22   Academy for consideration of GNETS services?

23       A    Yes.

24       Q    What does it mean when this says, "If the

25   team at Rutland feels the review needs to be



1   expanded, the Collaborative Counsel can assist as

2   needed"?

3        A    If we feel like there is additional --

4   additional supports that might be needed -- needed

5   for that particular student or that particular

6   teacher, that particular school, the Collaborative

7   Council may have some suggestions, if it's for that

8   particular district or even if it's for another

9   district, of ways that we can possibly provide

10  support or ways that may have been helpful for their

11  teachers to get support when there may not have been

12  all the pieces that are in the referral that were

13  there.

14       Q    And then this says, "Set criteria for

15  referral packet must be followed."  Do you see that?

16       A    Yes.

17       Q    What is that set criteria?

18       A    The criteria from the GNETS Board rule as

19  far as the consideration, the student information

20  packet, as well as a consultation.  Like, we have to

21  follow what's in alignment with the board rule for

22  those documents.

23       Q    Okay.

24            MS. WOMACK:  I would like to have this

25       document marked as Plaintiff's Exhibit 242.



1        But it's just a moment to give them an

2    opportunity to get away from the setting and

3    de-escalate.

4        Q    Okay.

5             MS. WOMACK:  I would like to mark this

6        document as Plaintiff's Exhibit 235 [sic].

7             (Plaintiff's Exhibit 245 was marked for

8        identification purposes.)

9             THE WITNESS:  Thank you.

10       Q    (By Ms. Womack)  Ms. Ngeve, you have been

11   handed what's been marked as Plaintiff's Exhibit 235

12   [sic].

13       A    Yes.

14       Q    This is a document bearing the Bates stamp

15   GA00334101.

16       A    Yes.

17       Q    This is an email from you to Vickie

18   Cleveland dated September 26, 2018, with a copy to

19   several others.  Do you recognize this document?

20       A    Yes.

21       Q    Your email response to an earlier email

22   that Ms. Cleveland sent; is that correct?

23       A    That's correct.

24       Q    And in her email, she says, "I have

25   attached the monthly log that must be submitted to



1    GaDOE via portal email for therapeutic services

2    provided by your social workers.  Social workers

3    should submit this information to you to upload in

4    the portal on the 1st day of the month."

5         It then goes on to say, "LCSWs/LMSWs should

6    provide the student name, type of intervention that

7    was provided to students and the date of

8    intervention."  Do you see that?

9         A    Yes.

10        Q    Did Rutland Academy complete the log that

11   Ms. Cleveland provided after receiving this email?

12        A    Yes.

13        Q    Does Rutland continue to submit these logs

14   to the Georgia Department of Education via portal?

15        A    Yes.

16        Q    Are those submitted on a monthly basis?

17        A    Yes.

18        Q    Does anyone from the Georgia Department of

19   Education ever follow up with you regarding the

20   social worker logs that Rutland has submitted?

21        A    Yes.

22        Q    And in what instances would they follow up

23   with you?

24        A    They may follow up to let us know either

25   they haven't received it yet, or they may let us



 1  know -- follow up with us to let us -- ask us about,

 2  like, when we first -- the first time we did it, we

 3  were -- the social worker was being a little bit too

 4  in-depth, and they really wanted more of an

 5  overview.  They didn't want to know all the details

 6  of all the specific things that they talked about

 7  with the student; so they were providing too much

 8  information, basically.

 9        Q     Okay.

10        A     And, you know, they wanted -- out of

11  respect for confidentiality, they wanted to just

12  kind of know, you know, the general overview of what

13  they did in those sessions with the students, so --

14        Q     Okay.

15        A     -- yes.

16              MS. WOMACK:  And I would like to have this

17        marked as Plaintiff's Exhibit 236 [sic].

18              (Plaintiff's Exhibit 246 was marked for

19        identification purposes.)

20              THE WITNESS:  Thank you.

21        Q     (By Ms. Womack)  You have been handed what

22  has been marked as Plaintiff's Exhibit 236 [sic].

23  This is a document bearing the Bates stamp

24  GA00343329.

25        A     Yes.



1        Q     Do you recognize this document?

2        A     Yes.

3        Q     Is this an example of the Georgia

4   Department of Education following up with you

5   regarding the content of the social worker logs that

6   are being submitted on behalf of Rutland to the

7   Department of Education?

8        A     Yes.

9        Q     Okay.  And in this particular email, does

10  Ms. Cleveland convey concern that a particular

11  social worker log doesn't have the therapeutic

12  interventions documented?

13       A     Yes.

14       Q     Okay.  Did you call and have a

15  conversation with Ms. Cleveland about this?

16       A     Yes.

17       Q     And what was the outcome of that

18  conversation?

19       A     The social worker just had to indicate --

20  they were -- they were putting the interventions in

21  the wrong way.  They weren't putting them in the

22  interventions box.  And they were putting them in

23  the wrong location; so they had to revise it and

24  resubmit it to me.  And then I had to resubmit it to

25  them -- to Vickie Cleveland.

```
1          Q      Okay.

2          A      Through the portal.

3                 MS. WOMACK:  I would like to have this

4          document marked as Plaintiff's Exhibit 237

5          [sic].

6                 (Plaintiff's Exhibit 247 was marked for

7          identification purposes.)

8          Q      (By Ms. Womack)  Ms. Ngeve, you have been

9   handed what's been marked as Plaintiff's Exhibit 237

10  [sic].  This is a document that bears the Bates

11  stamp Rutland 000579.

12         A      Yes.

13         Q      Are you familiar with this document?

14         A      Yes.

15         Q      What is this document?

16         A      This is our school improvement plan for --

17         Q      Who --

18         A      -- for Rutland -- for Rutland Academy.

19         Q      Who generated this document?

20         A      Myself.  I did.

21         Q      Was this improvement plan developed in --

22                MR. MURPHY:  We're up to 247; right?  Is

23         that what we're on?  247?

24                THE WITNESS:  That's what I have, yeah.

25                MS. WOMACK:  Oh, 247.  I'm sorry.
```



1   after the site visits?

2       A    No.

3       Q    Did you have any conversations after the

4   site visits with anyone from the Georgia Department

5   of Education or any of the other GNETS directors?

6       A    Not any of the -- any of the attorneys

7   representing Georgia.  But some of the GNETS

8   directors did talk about -- we talked about our --

9   like, that we had the site visits and how long they

10  lasted and things of that nature, so yes.

11      Q    Okay.  Are you familiar with the Apex

12  program?

13      A    I'm not.

14      Q    Okay.  And I think one final question.

15  You mentioned i-Ready earlier.  Is Rutland required

16  to use i-Ready for a specific number of minutes each

17  week?

18      A    Yes.

19           (Alarm sounding.)

20      Q    (By Ms. Womack)  How many minutes is that?

21      A    Ninety.

22      Q    Okay.  And where does that requirement

23  come from?

24      A    The State Department says 45 minutes, ELA;

25  45 minutes, math.

