EXHIBIT V

```
 1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,
                               ) CIVIL ACTION
 5           Plaintiff,        ) NO. 1:16-cv-03088-ELR
                               )
 6   vs.                       )
                               )
 7   STATE OF GEORGIA,         )
                               )
 8           Defendants.       )
                               )
 9   - - - - - - - - - - - - - )

10

11                VIDEOTAPE DEPOSITION OF

12                   SAMUEL CLEMONS, SR.

13

14       Thursday, December 15, 2022, 9:36 a.m., EST

15

16

17

18

19           LOCATION OF WITNESS:

20           Horizon Academy
             2510 West Boulevard
21           Moultrie, Georgia  31768

22

23       ------------------------------------------------

24

25           WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public
```



1        A     What do you mean?

2        Q     Do you have any staff who report to you?

3        A     Yes, I do.

4        Q     How many?

5        A     I have four coordinators that report

6   directly to me.

7        Q     Does anyone else report directly to you?

8        A     Um, I think that's it.

9        Q     Are there additional staff at Horizon

10  GNETS who in turn report to the four coordinators?

11       A     I'm not sure what you're asking.

12       Q     Are there other staff who report to your

13  four coordinators?

14       A     Yes.

15       Q     And would those generally speaking be

16  staff at the Horizon GNETS program?

17       A     Yes.

18             (WHEREUPON, Plaintiff's Exhibit-707 was

19         marked for identification.)

20  BY MS. GARDNER:

21       Q     I'll hand you what is marked as

22  Plaintiff's Exhibit 707.

23             This is a brochure providing information

24  about the Horizon GNETS program.

25             Do you recognize this document?



1      A     I do.

2      Q     Who created this document?

3      A     I'm not sure.

4      Q     Okay.  Am I correct this brochure provides

5   information about the Horizon GNETS program?

6      A     Yes.

7      Q     And this says that Horizon Academy is one

8   of the 24 programs statewide comprising of Georgia

9   Network for Educational and Therapeutic Support,

10  correct?

11     A     Yes.

12     Q     And it goes on to say, on the first page,

13  in the first paragraph, under "What is Horizon

14  Academy?"  That it is funded by the Georgia General

15  Assembly through the Georgia Department of

16  Education, Special Education Services and Supports?

17     A     That's correct.

18     Q     What is Horizon's mission?

19     A     To provide support and assist students

20  ages five through 21 with emotional and behavior

21  disorders to reach their full potentials.

22     Q     Given this mission statement, would you

23  say that most of the students in the Horizon GNETS

24  program have EBD?

25     A     You're saying EBD.  I'm saying SEBD,



1      Q    Are there any other direct therapeutic

2  services that fall into the category of character

3  education apart from the standardized curriculum you

4  just mentioned?

5      A    No.

6      Q    No?

7      A    (Witness shakes head in the negative.)

8      Q    You also mentioned Check and Connect?

9      A    Yes.

10     Q    What is Check and Connect?

11     A    That's when students first come in in the

12 mornings and you greet them at the door and you

13 pretty much check, see how they are doing, and then

14 you try to make connection with them daily.

15     Q    Okay.  Any other direct therapeutic

16 services for Horizon GNETS students that we haven't

17 covered that you can think of?

18     A    I'm sure there are others but I can't

19 think of them right now.

20     Q    This also references evaluation.  Do you

21 see that?

22     A    Yes.

23     Q    What kind of evaluation do students

24 receive?

25     A    Usually when students come to us -- before



1   they come to us, the LEA has to do an FBA, and from

2   the FBA develop a BIP.

3          Q     That FBA, BIP, are those requirements?

4          A     Yes.

5          Q     And who requires that?

6          A     That's something we require.  That's part

7   of our intake, initial intake.

8          Q     Who determines what the requirements of

9   the initial intake form will be?

10         A     That's a form we got from the state, DOE.

11         Q     You keep referring to a form.  Is there a

12  particular name of that form or --

13         A     There is, and I can't think of the name of

14  that.  There's a document that we use to initiate

15  the intake of students.

16         Q     Okay.  And that document tells you the

17  various things that you are required to do or to

18  meet before you can take the student in?

19         A     Right, it is.

20         Q     Anything else included within the

21  valuation here apart from the FBA and the BIP?

22         A     Sometimes there might be an evaluation

23  that's done by the psychological -- by the

24  psychologist before students enter the program.

25         Q     Does Horizon GNETS do FBAs and BIPs once a



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        145

1   BY MS. GARDNER:

2       Q    I show you what is marked as Plaintiff's

3   Exhibit 722.

4            Am I correct that this is the grant

5   application for Horizon Academy GNETS program for

6   the FY 22 school year?

7       A    That's correct.

8       Q    And this document was produced by the

9   Horizon GNETS program in response to the United

10  States subpoena?

11      A    That's correct.

12      Q    Looking at this first page, am I correct

13  that this list of form names is a list of the forms

14  or sort of topical areas that Horizon must complete

15  when submitting its grant application?

16      A    That's correct.

17      Q    So it completes a form or a section

18  regarding its staffing pattern, as one of the forms

19  listed here?

20      A    The staffing pattern was already

21  populated, I think, and we didn't create -- I didn't

22  do the staffing pattern.

23      Q    But that information appears in the grants

24  application?

25      A    Right.  Correct.



1      Q    And then the Horizon GNETS program would

2    also complete a form regarding its behavioral

3    supports and therapeutic services?

4      A    Correct.

5      Q    And it would do so regarding its

6    instructional and academic supports?

7      A    Correct.

8      Q    And this list goes on and it has numerous

9    sort of forms listed, correct?

10     A    Correct.

11     Q    And in order to complete the grant

12   application, the Horizon GNETS program has to

13   complete all of these, correct?

14     A    That's correct.

15     Q    I'd like to turn to the third page, which

16   is the staffing pattern form.

17     A    You said the third page?

18     Q    Yes, the third page in.

19          The pages are not consecutively numbered,

20   so it might be easier to start from the front and

21   flip to the third page.

22     A    Is that 2 out of 4 at the bottom?

23     Q    It's 1 out of 2 at the bottom and it has a

24   header that says, "Staffing Pattern" at the top of

25   the page.



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                   147

```
 1            I think you're too far in.  Go back to the
 2   very first page.  Stop right there.  Is that
 3   Staffing Pattern?
 4        A    It's 1 out of 4.
 5        Q    Does it say Staffing Pattern at the top?
 6        A    No.  It says Personnel List.  Let me see
 7   if I have the wrong page.
 8            I've got Personnel List and -- I don't
 9   have Staffing Pattern.
10        Q    My apologies.  In your version there is at
11   the very end.
12        A    Okay.
13        Q    So if you look at the last two pages of
14   the document.
15        A    Okay.  I see it.
16        Q    And you see it says Staffing Pattern?
17        A    It's 1 of 2, right?
18        Q    Yes.
19        A    At the bottom?
20        Q    Yes.
21        A    Got it.
22        Q    And I just want to go through some of
23   these positions.  It says here that there is one
24   GNETS secretary at Horizon?
25        A    That's correct.
```



1    Q    And it also says that there are two GNETS
2    social workers?  Do you see that under Student
3    Support Services?
4    A    Yes.  But that -- that's not a licensed
5    social -- I'm trying to think.
6         I think that was wrong because I think
7    that was a consultant teacher.  It's not a license
8    -- they're not licensed social workers.  So that's
9    an error there.
10   Q    So do you currently have any licensed
11   social workers on staff at Horizon GNETS?
12   A    Not at this time.
13   Q    The two that are identified here as GNETS
14   social worker, you believe those are consultant
15   teachers?
16   A    I'm sure those are consultant teachers.
17   Q    Okay.  And those two social workers that
18   are listed that are consultant teachers, those
19   positions are funded by the State grant?
20   A    Yes.
21   Q    Moving down, it says that there are three
22   GNETS special education specialists.
23        Do you see that?
24   A    I do.
25   Q    Are those also consultant teachers?



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        149

1          A     They are.

2          Q     And those three consultant teachers that

3     appear as GNETS special education specialists are

4     also funded by the State grant?

5          A     Yes.

6          Q     Under Instructional Staff, there is a line

7     item for GNETS Teacher.  Do you see that?

8          A     I do.

9          Q     And it says there are 21 GNETS teachers?

10    Correct?

11         A     At that time, yes.

12         Q     And those are all funded by the State

13    grant?

14         A     Yes.

15         Q     Do you have 21 GNETS teachers currently?

16         A     I think.  Let me see.

17               (Pause.)

18               Yes.

19         Q     And this says that there are no LEA funded

20    GNETS teachers, correct?

21         A     That's correct.

22         Q     Is that still currently accurate?

23         A     Yes.

24         Q     The staffing pattern also shows one

25    director in the program, correct?



1        A     That's correct.

2        Q     And that's you?

3        A     Yes.

4        Q     And your position is funded through the

5    State grant?

6        A     Yes.

7        Q     This staffing pattern shows that there are

8    18 GNETS paraprofessionals.  If you look at the

9    grand total, it doesn't sort of show where the staff

10   fall apart from that.

11             How are your 18 paraprofessionals funded?

12       A     Federal funds.

13       Q     If you look at the page immediately

14   preceding the Staffing Pattern, the Student

15   Transition form.  Do you see that?

16       A     I do.

17       Q     This says that Horizon Academy had 116

18   students across all of its center locations,

19   correct?

20       A     Yes.

21       Q     And then it had 52 students across its

22   school-based GNETS classrooms?

23       A     Yes.  I see that, yes.

24       Q     And then this shows there were 15 students

25   who were returned to their home district?



1    training.  Do you see that?

2         A    I do.

3         Q    Is that different from the behavior skills

4    training you explained in connection with Tier 2?

5         A    It's the same.

6         Q    So that's informal behavior skills

7    training provided by classroom teachers?

8         A    Yes.

9         Q    This also mentions in the very last

10   sentence:  "In some cases the ABA therapist is

11   observing students for support."

12             Do you see that?

13        A    Yes.

14        Q    What is an ABA therapist?

15        A    Applied behavior analysis.  An ABA

16   program, certified ABA person.

17        Q    Do you have certified ABA personnel on

18   staff at Horizon GNETS?

19        A    I have one certified -- well, I have --

20   let me back up.

21             I have an ABA therapist support.  Okay,

22   that's what you call it.  We say all our paperwork

23   to be an ABA therapist, but it's like a support

24   person.  It's not like a therapist.

25        Q    So the person you have on staff is not the



SAMUEL CLEMONS, SR.                                     December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    168

1   ABA therapist, it is somebody who's trained to

2   support --

3        A    Right, right.  Right, right.

4        Q    -- an ABA therapist?

5        A    We do have ABA therapists that come in and

6   those are sent in by the LEAs for services.

7        Q    So the ABA -- the actual ABA therapist

8   that comes to Horizon GNETS are sent by LEAs?

9        A    Yes.

10       Q    And this says they observe students for

11  support, correct?

12       A    Yes.

13       Q    And what is the point of that observation?

14  What comes out of that?

15       A    They collect data, and from the data they

16  turn that into some kind of -- usually some kind of

17  behavior plan for us to follow.

18       Q    Okay.

19            MS. GARDNER:  I'm not quite finished with

20       this document, but, however, if you want to

21       take a break now.

22            MR. NGUYEN:  It's up to you.

23            MS. GARDNER:  I'm fine to finish the

24       document if you're fine.

25            MR. NGUYEN:  How long are you going to be?



 1   Students in this program are already connected when

 2   they come to us.  So we just open our doors to have

 3   them come in and they send their services to our

 4   students.

 5       Q    Next it says, "Applies Behavior Analysis

 6   Therapy."

 7       A    Okay.  That's the same thing as ABA.  We

 8   talked about that earlier.

 9       Q    Okay.

10       A    An ABA therapist.

11       Q    And this is where it says Applied Behavior

12   Analysis Therapy?

13       A    Right.  It's the same thing as an ABA

14   therapist.

15       Q    Okay.  You mentioned before you get ABA

16   therapists who come in from outside to provide the

17   services?

18       A    Correct.  The LEA usually will send

19   somebody in, an ABA therapist in, to specific

20   students to provide those services.

21       Q    Okay.  I think that's it.

22            And you mentioned earlier that Horizon

23   GNETS does not have any psychologists on staff

24   currently, correct?

25       A    That's correct.



1      Q     Has Horizon GNETS ever had any

2   psychologists on staff during the time you've been

3   director of the program?

4      A     Not during the time I've been director of

5   the program.

6      Q     Okay.  So that would cover since 2010,

7   correct?

8      A     Correct.

9      Q     You mentioned that Horizon GNETS does not

10  currently have any social workers on its staff

11  either, correct?

12     A     Correct.

13     Q     Has Horizon GNETS ever had any social

14  workers on staff during the time you've been

15  director?

16     A     You mean licensed social workers, right?

17     Q     Yes.

18     A     Yes, they have.

19     Q     And when did Horizon GNETS last have a

20  licensed social worker on staff?

21     A     About two years ago.

22     Q     So somewhere around 2020?

23     A     That's correct.

24     Q     Was that licensed social worker funded

25  through the GNETS state grant?



1       A    Yes.

2       Q    What is the process for hiring new

3   personnel when you have a vacancy?

4       A    First you post the position on Teach

5   Georgia, and then we use the local platform that

6   the -- the four areas that we have, which is

7   Valdosta, Tift, Colquitt, and Cook and Berrien.

8            Then after we post the position, we get a

9   group of applicants for that specific position.

10  There's an interview team which consists of myself,

11  usually the coordinator at each position, and a

12  teacher from that school, that we interview for.

13      Q    Okay.  And then I take it you conduct some

14  number of interviews for any particular vacancy?

15      A    Yes.

16      Q    What happens after that?

17      A    We conduct interviews, and then have a

18  rating scale that we all use.  And then after we

19  conduct the interviews, we look at the rating scale

20  as far as specific applicants, and we make a choice

21  as far as who we think is best suited for that

22  position.

23           And then from that, I make a

24  recommendation to RESA, which takes it to Board of

25  Control.



1    BY MS. GARDNER:

2        Q    I'm going to hand you what is marked as

3    Plaintiff's Exhibit 725.

4            This is a set of documents produced to the

5    United States by the Horizon GNETS program.  The

6    first page reads "Georgia Network for Educational

7    and Therapeutic Support, Confidential Student

8    Information Packet."

9            Do you recognize this document?

10       A    I do.

11       Q    And just take a flip through.

12           Am I correct that this, Plaintiff's

13   Exhibit 725, contains what are multiple sort of

14   discrete documents in one?

15       A    Yes.

16       Q    What are these documents?

17       A    You mean what's in here?

18       Q    Yes.  Generally, what are they?

19       A    Okay, this is a student information packet

20   before a child comes to our program, and we would

21   like to get as much information about the child as

22   possible.  So they -- the school is responsible for

23   filling that out.  There's a checklist.

24           And also in here there is some -- actually

25   some guiding questions as far as to determine



1   whether the child is appropriate for our program.

2   There's a chart in here, and that chart is to --

3   it's consideration for services, and there's some

4   guiding things as far as whether the child is

5   appropriate for our program, some questions,

6   whatever, and as far as what we serve and how we

7   serve students.

8        Q    Okay.

9        A    And then we have -- actually has a lot of

10  data questions.  On page -- is this Page 7?  No,

11  it's not Page 7.

12            About three pages of guiding questions to

13  ensure that the child is appropriate for our

14  program.  And that's just some directive.

15            And then after they complete that -- the

16  first part of this package, look through those

17  guiding questions to see if the child is appropriate

18  for our program.  And then that last part we have

19  requests for GNETS consultation.  That means we like

20  to go out and just do consultation before the child

21  comes in our program.

22            The consultation part is basically where

23  we go out and observe pretty much and see if the

24  child is appropriate for our program.

25        Q    Okay.  Thank you for that overview.



1          So I want to talk a little bit about each

2    of the documents that are in here.

3          You said the first document is the

4    Confidential Student Information Packet, correct?

5     A     That's correct.

6     Q     And I believe you said that this is

7    something that the school fills out.  When you say

8    the school fills out this document, you're talking

9    about whatever sending school district is referring

10   a student for GNETS services?

11    A     Yes.  It's the home school.

12    Q     Okay.  Did you create this Confidential

13   Student Information Packet?

14    A     I did not.

15    Q     Who created this document?

16    A     It came from DOE.

17    Q     The Georgia Department of Education?

18    A     Yes.

19    Q     How did you come into the possession of

20   this document?

21    A     This is a document that -- I think Vickie

22   Cleveland and others may have -- with some of the

23   GNETS directors, got together and sort of created a

24   document because we were all having some of the same

25   issues.



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              209

1    Q    When you say you were all having some of

2   the same issues, what kind of issues were you

3   having?

4    A    As far as the intake issues, as far as

5   what students are appropriate, what students are not

6   appropriate.

7    Q    When you were saying you were having

8   intake issues, were there questions or concerns

9   about how to know which students were appropriate

10  and which students were not?

11   A    Yes.

12   Q    And were GNETS directors unclear about

13  that in some way?

14   A    Yes.

15   Q    And how in particular were GNETS directors

16  not clear?

17   A    Well, we were unclear as far as students

18  that we thought were appropriate for our program,

19  and then we had -- then the LEAs weren't clear also,

20  because they were saying students we thought that

21  were not appropriate.  So we decided to come up with

22  an instrument that everyone could look at, with the

23  guiding questions, those kinds of things.  It would

24  be clear as far as the child is appropriate for our

25  program.



1    Q    So some of the documents in this packet,

2  part of the point of them was to help provide

3  clarity so that GNETS directors and LEAs understood

4  which students were appropriate for the GNETS

5  program and which students were not appropriate for

6  the GNETS program?

7    A    Correct.

8    Q    This Confidential Student Information

9  Packet on the very first page says:  "Please review

10  the guiding questions for consideration of GNETS

11  services, as well as the GNETS services flow chart

12  to assist in appropriate educational planning for

13  the student."

14          Do you see that?

15    A    I do.

16    Q    And those are two documents that are

17  included in this exhibit and appear later, correct?

18    A    That's correct.

19    Q    So I want to move to the GNETS

20  Consideration for Services Flow Chart.

21          Do you see that?

22    A    I do.

23    Q    This is the flow chart that the

24  Confidential Student Information Packet is referring

25  to?



1        A     Yes.

2        Q     This is one of the documents that you said

3    you also received from the Georgia Department of

4    Education?

5        A     Yes.

6        Q     And in the very top box in this flow chart

7    it says:  "A student currently being served in SPED

8    has behavior problems at their school and it is

9    believed GNETS may be an option.  (GNETS services

10   are only for students served in SPED)."

11             Do you see that?

12       A     I do.

13       Q     Who determined that GNETS services are

14   only for students served in SPED?

15       A     I'm not sure.

16       Q     But that's a rule?

17       A     I'm not sure.

18       Q     Well, that's what this flow chart says,

19   correct?

20       A     That's what the flow chart says, yes.

21       Q     And this flow chart is what you follow to

22   make determinations about whether a student is

23   appropriate for GNETS or not?

24       A     Yes.

25       Q     Moving next to the Guiding Questions for



1   Consideration of GNETS Services, are you familiar

2   with that document?

3        A    Yes.

4        Q    And who created this?

5        A    This -- again, this was created through

6   DOE, as far as a guide for us and for the LEAs.

7        Q    And this is part of that sort of group of

8   documents that you said was to help provide clarity

9   about which students are appropriate and which are

10  not for GNETS services?

11       A    Yes.

12       Q    How does Horizon GNETS use this document?

13       A    At the beginning of the school year,

14  usually what we do, we have a -- we meet with all

15  the LEAs, the special ed directors, and we share

16  this with them as far as our services, and we have

17  like a planning meeting at the end of each school

18  year, and we share with them our services, what

19  students we served and we share this with them.  As

20  far as if they have a child they feel is appropriate

21  for our program, then these are some of the things

22  they need to look at.

23            We do that with the special ed directors

24  because we try to make the special ed directors the

25  -- make sure they're aware of any child that comes



1  in our program.

2      Q    And does Horizon GNETS itself use these

3  guiding questions if you're considering whether a

4  student should come to your program?  Like do you

5  walk through this to figure out whether the student,

6  you know, can check all of these guiding questions

7  off?

8      A    We do.  But we get this from them.  This

9  is sent to them, and then it comes back to us, and

10 then we look at what they have on here.

11     Q    Okay.  So this guiding questions document

12 comes back to Horizon GNETS from the sending school

13 district with these questions answered?

14     A    Right.

15     Q    So you could see if they're saying yes or

16 no to a particular question?

17     A    Correct.

18     Q    Then turning to the Requests for

19 Consultation Packet, who created this?

20     A    Again, it's DOE.

21     Q    And how does Horizon GNETS use this

22 document?

23     A    Okay.  We have the first part, student

24 information packet with guiding questions.

25          Then usually what happened this year --



1  document that will explain all of this, did you ever

2  receive or become aware of such a guidance document?

3       A    I think when the new one came out is when

4  we had got it, the new rule guidance document.

5       Q    So it's your understanding that you did

6  get a guidance document after the new State GNETS

7  rule came out?

8       A    Yes.

9       Q    Was there a name for that guidance

10 document?

11      A    Was there a name?

12      Q    Uh-hum.  (Affirmative.)

13      A    I can't remember if there was.

14      Q    But you got some sort of guidance

15 document?

16      A    Yes, we did.

17      Q    Do you still have that guidance document?

18      A    It's on the website, I think.

19      Q    Did you ever reach out to the State

20 Department of Education with questions about

21 students that school systems may want to refer to

22 Horizon GNETS?

23      A    I'm not sure if I understand the question.

24      Q    I'm wondering if you ever reached out to

25 the State Department of Education for guidance about



1  particular situations that may come up where a

2  school system may want to refer a student to Horizon

3  GNETS and you have questions about it?

4       A    Yes, I've reached out before.

5       Q    What kinds of questions have you reached

6  out with?

7       A    I reached out to Vickie I think a couple

8  of times and said, look, I got this child that

9  blase, blase, blase.  We don't think this child is

10 appropriate, for guidance.

11      Q    And when you reach out, do you typically

12 receive the guidance that you're looking for?

13      A    Yes.

14      Q    Do you ever reach out to anyone at the

15 State Department of Education other than Ms.

16 Cleveland?

17      A    Um, I think I've reached out to Zelphine

18 before, I think.  I'm not quite sure.

19           (Whereupon, Plaintiff's Exhibit 727 was

20      marked for identification.)

21 BY MS. GARDNER:

22      Q    I'll hand to you what is marked as

23 Plaintiff's Exhibit 727.

24           This is an email from Nakeba Rahming to

25 you dated September 19, 2016, with the subject "Re:



 1 | Referral."
 2 |          The document is Bates-stamped GA00226017.
 3 |          Do you recognize this?
 4 |     A    Yes.
 5 |     Q    And Ms. Rahming sends an email to you but
 6 | her email is in response to an earlier email that
 7 | you sent to her on the same day.  Correct?
 8 |     A    That's correct.
 9 |     Q    And in your email you say:  "I have been
10 | contacted by a charter school concerning a referral.
11 | How does that work?  Do we take students from
12 | charter schools?"
13 |          Correct?
14 |     A    That's correct.
15 |     Q    And what was Ms. Rahming's response to
16 | your question?
17 |     A    She said yes.
18 |     Q    And in addition to saying yes, she also
19 | indicated what process you would follow for handling
20 | a referral like that?
21 |     A    Yes.
22 |          (Whereupon, Plaintiff's Exhibit-728 was
23 |     marked for identification.)
24 | BY MS. GARDNER:
25 |     Q    I'm showing you what is marked as



1   Plaintiff's Exhibit 728.

2          This is an email thread between you and

3   Nakeba Rahming from March of 2017.  The subject is

4   "Re: Question."

5          This document is Bates-stamped GA00784317.

6          Do you recognize this document?

7   A     Vaguely.

8   Q     I want to start with the very first email

9   in time, which appears at the bottom of the first

10  page.

11         Am I correct you send an email to Nakeba

12  Rahming on March 3rd, 2017, and you say:  "I gave a

13  system that want students to attend for several

14  weeks (2 or 3) before transitioning them back even

15  after meet goal and criteria."

16         Do you see that?

17  A     Yes.

18  Q     And there's some back and forth between

19  you and Ms. Rahming, and you send that question

20  again to her a little bit later that same day.

21  Correct?

22  A     Correct.  It should have been I have a

23  system.  That was a typo.

24  Q     Okay.  So your revised question says:  "I

25  have a system that wants students to come back on a



1   trial basis for two weeks before they are staffed
2   back.  These are students that have met the
3   established exit criteria and mastered behavioral
4   goals."  Correct?
5        A    That's correct.
6        Q    I want to kind of paraphrase and make sure
7   I understand what was happening and what you were
8   concerned about.
9             So were you reaching out to Ms. Rahming
10  about a system that had sent students to Horizon
11  GNETS for services, those students had met the
12  established exit criteria and mastered the
13  behavioral goals that they were supposed to master,
14  but the sending school system wanted those students
15  to only be able to come back on a trial basis for
16  two weeks to see if they could actually come back
17  for real?  Is that correct?
18       A    That's correct.
19       Q    And so why were you reaching out to Ms.
20  Rahming about this?
21       A    I was trying to get some guidance.
22       Q    And what kind of guidance were you trying
23  to get?
24       A    Well, I was trying to clarify if they
25  could actually do that.  It's my understanding is



1    that when they're ready to go back, they go back.

2    So I was trying to clarify and get some guidance if,

3    if this was something that we did, because I had

4    never done it before.

5         Q    And Did Ms. Rahming give you guidance

6    about that?

7         A    I guess so.  Yeah, she did.

8         Q    And what was her guidance?

9         A    She said there shouldn't be a trial

10   period.

11        Q    There should?

12        A    There should not.

13        Q    Should not?

14        A    She said they should return to the team

15   without a trial period.

16        Q    And specifically her email says if the

17   student met his or her goal, the IEP team should

18   recommend that the student return to the less

19   restrictive team without a trial period, correct?

20        A    That's correct.  Correct.

21        Q    Once a student arrives at Horizon GNETS,

22   are they given any assessment to determine where

23   they are, either behaviorally or academically?

24        A    Yes.  We have a program called i-Ready,

25   Reading and Math, which makes assessments for that.



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    230

1       Q     And what about the SDQ?

2       A     Yes.

3       Q     There's a class associated with that?

4       A     Yes.

5       Q     And who pays for that?

6       A     It comes out of our federal and state

7    funds.

8             (Whereupon, Plaintiff's Exhibit-729 was

9         marked for identification.)

10   BY MS. GARDNER:

11      Q     I'm going to hand you what is marked as

12   Plaintiff's Exhibit 729.

13            This is an email from Vickie Cleveland to

14   you, dated August 24, 2020.  The subject is "Re:

15   GNETS Calendar."

16            The document is Bates-stamped GA00361784.

17            Do you recognize this?

18      A     I do.

19      Q     And correct that Ms. Cleveland sends an

20   email to you in response to a question that you

21   posed that you sent to her and Lakesha Stevenson?

22            Is that right?

23      A     That's correct.

24      Q     And your question that you send says:  "Do

25   we have a GNETS Calendar for this year to help meet



1   deadlines for things that are due such as:  Iready

2   diagnosis, SDQ, and etc."

3            Do you see that?

4        A    Yes.

5        Q    And then Ms. Cleveland responds and says,

6   "We are working on that.  Will get it out asap.

7   Have a great day"?

8        A    Yes.

9        Q    What is the GNETS calendar that you're

10  referring to?

11       A    From Ms. Cleveland and Lakesha, who are

12  over the GNETS programs, all the GNETS, we have a

13  calendar that we all have and on that calendar it

14  has all deadlines for all of us, that we're supposed

15  to have completed certain things as far as i-Ready

16  diagnostics, and SDQs, and BASC, and that kind of

17  stuff.

18            So what I was asking for where is the

19  calendar so we can meet the deadlines as far as make

20  sure you get that information in and complete it by

21  deadline.

22       Q    Okay.  And so do you receive a calendar

23  like that generally every year that tells you what

24  the new dates and deadlines are for the various

25  things?



1      A     We have not gotten a calendar the past

2   year, but before that we got a calendar every year,

3   as far as when we're supposed to meet deadlines.

4      Q     Okay.  And when you say you haven't gotten

5   one the last year, do you mean this current 2022-23

6   school year?

7      A     Yes.

8      Q     Did you get one in the 2021-22 school

9   year?

10      A     Yes.

11      Q     So for this current 2022-23 school year,

12   how are you determining, you know, what deadlines

13   you need to meet?

14      A     I'm using the old calendar.

15      Q     And just so I'm clear about the kinds of

16   deadlines that appeared in the calendar, you

17   mentioned the i-Ready diagnosis?

18      A     Uh-hum.  (Affirmative.)

19      Q     So is there some period of time during the

20   year where regional GNETS programs are expected to

21   administer like an i-Ready diagnostic?

22      A     Yes.  We're supposed to have a diagnostic

23   on all of our students in -- I mean by a certain

24   period of time, before we actually start putting on

25   the i-Ready program.



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    233

1      Q    Okay.

2      A    And then we get monthly reports as far as

3  where our students are at.

4      Q    Do those monthly reports contain target

5  goals that your regional programs are supposed to

6  try to hit?

7      A    Yes.

8      Q    And who sets those target goals?

9      A    That was set through, I guess, DOE.

10     Q    And in terms of the target goals, do those

11  goals include a target number of minutes per week

12  that students are using i-Ready?

13     A    It does.

14     Q    Does it include a target sort of

15  percentage mastery that students are having over the

16  material?

17     A    It does.

18     Q    You say in your email -- you also list the

19  SDQ.  Do you see that?

20     A    Yes.

21     Q    Is there some sort of deadline that

22  regional GNETS programs are supposed to meet for

23  administering the SDQ?

24     A    Yes.

25     Q    Is there a particular number of times that



1    the SDQ has to be administered each year?

2         A    There was -- there were.  At first there

3    were a number of times that you're supposed to do

4    it.

5         Q    When you say "at first," has that changed?

6         A    Yes.

7         Q    And so how many times were you supposed to

8    do it at first?

9         A    It was three times, I think.

10        Q    Three times a year?

11        A    Uh-huh.  (Affirmative.)

12        Q    And how many times is it now?

13        A    I'm not sure but I think it's one.  I'm

14   not sure about that.

15        Q    Okay.  Does the GNETS calendar contain any

16   deadlines for administering the BASC?

17        A    Yes.

18        Q    Anything else that appeared on that

19   calendar in terms of a deadline?

20        A    Yeah, there is some other stuff that I

21   can't remember now, but it was a monthly calendar

22   and it gave us guidance as far as when we're

23   supposed to do assessments, different assessments,

24   when they should be complete, when they should be

25   completed, but I can't remember the rest of the



1   things.  But it was, it was a guide for us.

2        Q    Did the calendar also include information

3   on the deadlines for completing the GNETS strategic

4   plan and self-assessment?

5        A    Hum.  I can't remember if the strategic

6   plan is on there or not.

7        Q    Okay.

8             (Whereupon, Plaintiff's Exhibit-730 was

9         marked for identification.)

10  BY MS. GARDNER:

11       Q    I'm going to show you what is marked

12  Plaintiff's Exhibit 730.

13            This is an email from you to Vickie

14  Cleveland, dated May 14, 2019.  The subject is "Re:

15  ABA pro."

16            And this document is Bates-stamped

17  GA00345579.

18            Do you recognize this?

19       A    Vaguely.

20       Q    And you send Ms. Cleveland an email on May

21  14, 2019 that says "Horizon Academy," and then it

22  has the No. 3 next to it, correct?

23       A    Right.

24       Q    And am I correct that Ms. Cleveland had

25  earlier sent an email that you received in which she



1          So the purpose of the plan is to look

2   where you're at, self-assess your program and look

3   where you're at, and look at those areas you need to

4   improve in on and then work in those areas.

5        Q    Okay.  Is Horizon GNETS obligated to

6   comply with the GNETS Strategic Plan?

7        A    I assume so.

8        Q    You mentioned that there is a

9   self-assessment component to the strategic plan,

10  correct?

11       A    Yes.

12       Q    And as part of that self assessment

13  process, is there standardized information that must

14  be like collected or provided?

15       A    You have artifacts that you have to

16  collect.

17       Q    And those artifacts demonstrate whether

18  the program has complied with certain aspects of the

19  strategic plan?

20       A    Yes.

21       Q    Is there an onsite review component to the

22  strategic plan?

23       A    There was.

24       Q    And tell me about that onsite review.

25       A    The onsite review where you had Vickie and



1   Lakesha would come to the site, and pretty much you

2   had several components to the strategic plan, and

3   basically you had a notebook where each section you

4   would show artifacts that you have -- that you've

5   complied with that or you're on board with that,

6   that area.

7           And they would review that notebook and

8   look at where you were and give feedback as far as

9   some things you need to do.

10      Q    Okay.  Is that review process done

11  virtually now given COVID, or is there something

12  that's sort of used to replace the onsite review

13  that you said happened before COVID?

14      A    Pretty much online.  You have to upload

15  it.  I mean you, you have to upload your documents.

16          I'm trying to think.  Yeah, the strategic

17  plan portal, I think, and you just upload your

18  documents under each section, so many documents to

19  show that you have mastered that, or, you know,

20  working on that area.

21      Q    Okay.  So what previously was a physical

22  notebook that Ms. Cleveland, Ms. Stevenson might

23  come onsite and review, now you electronically

24  upload the artifacts that would have been in that

25  physical notebook to the Georgia Department of



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    253

```
1        A     Right.

2        Q     -- GNETS program, correct?

3        A     Uh-huh.  (Affirmative.)

4        Q     When you said "uh-huh," you meant yes?

5        A     Yes.

6        Q     Thank you.

7              You said earlier Ms. Cleveland and Ms.

8    Stevenson conduct the strategic plan reviews,

9    correct?

10       A     Previously, yes.  And I guess they still

11   do but it's online now.

12       Q     If there are any deficiencies or concerns

13   in an area that's being assessed, is there any

14   process by which improvements are recommended?

15       A     Yes.

16       Q     And how does that work?

17       A     Usually whether you've mastered an area,

18   like it's determined by artifacts, and it shows

19   you've mastered that area.  And if you have not

20   mastered that area, then usually Ms. Cleveland or

21   Ms. Stevenson would give some recommendations or

22   talk about -- talk you through some of the things

23   you may need to do, some of the things you may need

24   to share in order to master that area.

25              Or they may refer you to another program
```



 1  that has mastered that area to get some insights as

 2  far as some things you need to do.

 3       Q    Okay.

 4            (Whereupon, Plaintiff's Exhibit-733 was

 5        marked for identification.)

 6  BY MS. GARDNER:

 7       Q    I want to show you what has been marked as

 8  Plaintiff's Exhibit 733.

 9            This is an email from Vickie Cleveland to

10  you dated June 7, 2018.  The subject is "Meeting

11  Monday."

12            The document is Bates-stamped GA00324971,

13  and this document has one attachment that is a Word

14  document with a file name "Tips - Strategic Plan

15  Reviews Prep 4-17-18."

16            Do you recognize this?

17       A    I do.

18       Q    And this email is discussing a strategic

19  plan review of Horizon GNETS scheduled for June 11,

20  2018, correct?

21       A    That's correct.

22       Q    And in this email Ms. Cleveland attaches

23  some strategic plan review tips that she says were

24  sent out to everyone in April?

25       A    Yes.



1      Q     Who did you understand the "everyone"

2   referenced here to be?

3      A     All the GNETS programs.

4      Q     Okay.  Turning to the attachment, which

5   has a beginning Bates Stamp of GA00324972, these are

6   the tips for strategic plan reviews that Ms.

7   Cleveland references in her email to you?

8      A     Yes.

9      Q     And within the first paragraph, am I

10  correct, and this is about midway down, that it

11  says:  "The tips outlined below may be helpful as

12  you prepare your documentation and evidence for each

13  of the focus areas"?

14         Do you see that?

15      A     Yes.

16      Q     And is the documentation and evidence for

17  each of the focus areas that this document is

18  referencing the kinds of documents that I think you

19  have been referring to as artifacts?

20      A     Yes.

21      Q     I want to talk about a few of these.

22         Under the first section, Program

23  Leadership, and do you see it says, "Documentation

24  of attendance at GNETS meetings, conferences, etc

25  (agendas and sign in sheets)."

