EXHIBIT W

1              UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF GEORGIA

3    United States of America,            No.
                                          1:16-CV-03088-ELR
4        Plaintiff,

5    vs.

6    State of Georgia,

7        Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

8

9

10

11

12              VIDEOTAPED DEPOSITION OF

13              JACQUELINE NEAL, Ph.D.

14                 January 19, 2023

15                    9:21 a.m.

16             4371 Old Highway 5 South
               Ellijay, Georgia 30540
17

18

19

20

21
               Marcella Daughtry, RPR, RMR
22       Georgia License No. 6595-1471-3597-5424
               California CSR No. 14315
23

24

25



1   review to see how we are progressing.  So in general to

2   him, just kind of doing general supervision over, you

3   know, management of the program, communication with the

4   board.  He also kind of helps with the, you know,

5   personal learning goal.

6       Q   And I hear what you said about being assessed

7   on how much you've reached the goals that were set

8   earlier in the year.  Are you assessed on any other

9   criteria?

10      A   Like I said, I'm sure there's other general

11  criteria.  Like I said, we've got a different structure

12  this year, so primarily it's, you know, been around

13  establishing our -- my learning goal so far is what we

14  have been discussing, so...

15      Q   What about in previous years with different

16  directors, how are you assessed?

17      A   So in general, there has not been a particular

18  instrument that's been used.  Just every year annually,

19  you know, I get feedback and opportunities to kind of

20  talk about strengths and weaknesses and where I'm going.

21      Q   Outside of the director of the RESA, does

22  anyone else provide you feedback?

23      A   GaDOE, you know, on the strategic plan

24  implementation will provide feedback.

25      Q   And what individuals from GaDOE provide that



1    feedback?

2        A   Vickie Cleveland, primarily.  She has an

3    assistant, LaKesha Stevens, who works with her, but it

4    primarily comes from Vickie.

5        Q   And is any of this feedback provided in

6    writing?

7        A   Sometimes.

8        Q   What feedback is provided in writing?

9        A   So our last full strategic plan review was in

10   2019, and there was documentation provided for that.

11   Sometimes it's an e-mail communication.

12       Q   And who maintains that, those documents?

13       A   I guess we do.

14       Q   And are any of your other evaluations done by

15   the RESA provided in feedback -- sorry, provided in

16   writing?

17       A   Yeah, they should be on file here.

18       Q   And what are your job responsibilities as

19   director of NorthStar?

20       A   So pretty much all operational activities, so

21   that's everything from HR activities.  We do have a

22   collaborative relationship with the RESA, so they provide

23   some of our human resources support, as well as budgeting

24   support and those kinds of things; but I have primary

25   responsibility in those areas.  So hiring; supervising



 1   member, but what responsibilities do you have in that

 2   role?

 3       A    It's primarily to keep the board apprised of

 4   any issues regarding our program improvement activities,

 5   our needs, or, you know, any issues, you know, regarding

 6   GNETS that our superintendents would need to be aware of.

 7       Q    And do you have any -- do you attend any

 8   meetings with GaDOE?

 9       A    Yes, directors meetings.

10       Q    And so with whom from GaDOE participates in

11   that meeting?

12       A    Typically that's Vickie Cleveland and LaKesha

13   Stevens.

14       Q    And who else participates in those meetings?

15       A    Occasionally they invite in other people from

16   the different departments in GaDOE, so it just depends

17   on -- you know, like in the last meeting they had someone

18   there that was from one of the advocacy offices in terms

19   of resources for parents, in terms of advocacy for parent

20   rights.

21            So it could be -- it could be any department in

22   GaDOE.  It could be budgeting or just anything they think

23   we need to be aware of in terms of resources that are

24   provided through GaDOE that we could be accessing.

25       Q    Do you remember the names of any individuals



1  from GaDOE who attended outside of Vickie Cleveland and

2  LaKesha Stevens?

3        A    There's been so many.  I can't off the top of

4  my head, no.

5        Q    And how frequent are these meetings?

6        A    Typically, again, we probably have about six

7  that are scheduled throughout the year.

8        Q    And what is discussed typically?

9        A    So as I mentioned, sometimes it could be just

10  deadlines or, you know, in terms of when things need to

11  be presented, or if there's gonna be reviews or those

12  kind of things, those things are discussed.  A lot of

13  times it's sharing of information, like I said, from the

14  different departments just in terms of resources that are

15  out there.  So those folks might come in and do a

16  presentation or those kind of things just kind of

17  explaining what they do, what the resources are, you

18  know, how we would access those services, that kind of

19  thing.

20        Q    Outside of the GNETS directors meetings, do you

21  have any other meetings with GaDOE?

22        A    I would -- probably not that are direct.  I

23  mean, like we see them at some of the other State

24  meetings that -- like some of the State educational

25  meetings.  For instance, there is something called



1   back to meet with my coordinators who I will be working

2   most directly with.

3       Q   And is there any variation in this process if

4   it's a teacher versus an administrator or other staff?

5       A   No, not really.

6           MS. CHEVRIER:  I'd like the court reporter -- I

7   guess it's already marked as Exhibit 384.  I don't want

8   to just throw it at you.

9           MR. NGUYEN:  Feel free.

10      Q   BY MS. CHEVRIER:  This is an e-mail from you,

11  Dr. Neal, to Vickie Cleveland and Nakeba Rahming dated

12  December 14th, 2017, correct?

13      A   Yes.

14      Q   And the Bates number is GA00014291.

15      A   Okay.

16      Q   You were forwarding an e-mail from Kathy

17  Bierce, correct?

18      A   Correct.

19      Q   Do you recognize this e-mail?

20      A   Yes.  I mean, it obviously came from me.  I

21  don't remember it, but...

22      Q   But you have no reason to believe it was

23  fabricated?

24      A   Right.  Exactly.

25      Q   Who is Kathy Bierce?



1        A    She was my secretary.

2        Q    And do you see where it lists that there are

3    two attachments to this e-mail?

4        A    Yes.

5        Q    And let's turn to the first attachment, which

6    is Bates number GA00014292.

7            Do you see this document is titled "FY18 GaDOE

8    Approved GNETS Temporary Therapeutic Services Assurances

9    GNETS NorthStar Educational and Therapeutic Services"?

10       A    Yes.

11       Q    And do you recognize this document?

12       A    I do.

13       Q    What is meant by assurances in this context?

14       A    So -- and I neglected -- I wasn't thinking

15   about this situation when I answered previously, but for

16   the last few years, just due to some of the difficulties

17   we've had with budget, GaDOE -- and I'm not sure

18   that Orion (phonetic) -- Orion, I believe, received a

19   grant, and they've been helping with funding of

20   therapeutic positions, specifically a therapeutic

21   position I have open in Fannin County.

22       Q    And is it correct that this document is a list

23   of assurances?

24       A    It is.

25       Q    And do you see number 6 which reads, "GaDOE



1   will coordinate with service providers to ensure that

2   there is an understanding of the type of services that

3   will be required for GNETS and ensure that the contracted

4   therapeutic professional meets the necessary

5   qualifications to provide counseling/therapy for

6   students"?

7        A   Yes.

8        Q   What do you understand this to mean?

9        A   So the State agreed to provide the funding as

10  long as we could hire someone that was a certified, you

11  know, staff, so either a social worker or licensed

12  professional counselor.

13       Q   And what are the necessary qualifications to

14  provide counseling and therapy for students that GaDOE

15  was ensuring were met?

16       A   If they have approved credentials, so again,

17  like a degree; in this case, a master of social workers

18  for this particular candidate, as well as certified by

19  the State of Georgia.

20       Q   And does GaDOE have decision-making power

21  regarding other staffing choices at NorthStar?

22       A   We have out of the CARES grant money, we didn't

23  have to assign an assurance, I don't think, quite like

24  this, but there was similar expectations stated.

25       Q   And can you tell me about those expectations?



1       A    Again, a degreed professional with

2   certification.

3       Q    And how were those expectations shared with

4   you?

5       A    Directors meeting, I believe.

6       Q    And who was it that shared those expectations

7   with you?

8       A    Vickie Cleveland.

9       Q    Okay.  And you said before that you weren't

10  thinking about this context when you answered a previous

11  question of mine.  What question was that?

12      A    Just, I guess, the process for hiring her was

13  the same as if I hired any of my other staff.  The only

14  difference was the coordination with the funding through

15  the State.

16      Q    And by "her," you mean the person who fulfilled

17  this therapeutic role?

18      A    Correct.

19      Q    Okay.  And were there any additional steps not

20  outlined in this e-mail that the State took with regard

21  to that position being hired?

22      A    Other than just stipulating, you know, the type

23  of professional we could have hired.

24           MS. CHEVRIER:  Okay.  I'd like the court

25  reporter to mark this next document as Plaintiff's



1  Exhibit 847.

2          (Plaintiff's Exhibit 847 was marked for

3  identification.)

4      Q   BY MS. CHEVRIER:  This is an e-mail from you,

5  Dr. Neal, to Vickie Cleveland with Fran Whitfield copied,

6  correct?

7      A   Yes, ma'am.

8      Q   And it's Bates number GA00014174.

9          Do you recognize this e-mail?

10     A   I'm just trying to assess what it was about.

11     Q   Of course.

12     A   Yes.

13     Q   And who is Fran Whitfield?

14     A   Fran at that time was my finance director here

15  at North Georgia RESA.

16     Q   And do you see where you wrote, "The state

17  approved a part-time therapeutic position for my region

18  which we just filled.  We have contracts signed, but I

19  wasn't sure what the reimbursement process was from the

20  state.  Do you happen to know?"

21     A   Yes.

22     Q   And what do you mean when you wrote that the

23  State approved a part-time therapeutic position for your

24  region?

25     A   So again, my understanding is the State



1   received a grant and that they allocated that to

2   different GNETS programs.  We were one that was chosen to

3   receive that allocation.  And in this e-mail, I was just

4   asking about the reimbursement process.

5        Q   And who from the State approved this position?

6        A   I am -- I don't know directly.  I was informed

7   by Vickie Cleveland.  I don't know what process she had

8   to go through to make that happen.

9        Q   I understand.  And did the State specify that

10  it had to be a therapeutic position --

11       A   Yes.

12       Q   -- that they were funding?

13       A   Yes.

14       Q   And did Vickie Cleveland respond to this

15  e-mail, to your knowledge?

16       A   I'm quite certain she did.  Now, whether that

17  was in writing or verbally, in a meeting even, possibly.

18       Q   And do you remember what the answer was to your

19  question about the reimbursement process?

20       A   What year was this?  '17.  So initially it

21  was -- probably at that time it was a separate

22  allocation.  Eventually it got integrated into our

23  general allocation that we get from the State, so...

24       Q   And how does the State approval process for

25  specific positions typically work?



1      A    Again, I think at this time, you know, we -- we

2   indicated an interest.  We had to get the assurances

3   signed.  And again, I have no idea what their process was

4   at GaDOE to get that approved, but that was kind of our

5   process.

6      Q    And have you reached out to GaDOE about

7   securing any additional GNETS personnel?

8      A    As I indicated with the CARES grant, we had got

9   an additional therapeutic support position.

10     Q    And what was that additional therapeutic

11  support position?

12     A    This is a licensed clinical social worker.

13     Q    And is that the only other example?

14     A    Yes.

15     Q    For the current school year, 2022 to 2023, how

16  many total staff serve the NorthStar GNETS program?

17     A    I think we have around 40.

18     Q    And how many staff do you have in each of the

19  following positions, so how many in -- how many serve as

20  administrators?

21     A    So myself and two coordinators.

22     Q    And are those site-based coordinators?

23     A    Yes.

24     Q    And how many site coordinators do you have?  Is

25  it just the two?



```
 1   identification.)

 2        Q   BY MS. CHEVRIER:  It's not listed on here, but

 3   our internal temporary Bates number is -- for the first

 4   page of this document is NORTHSTAR_TEMP_000046.

 5            Dr. Neal, do you recognize this document as the

 6   NorthStar GNETS grant application for FY 2022?

 7        A   Yes.

 8        Q   What is the GNETS grant application?

 9        A   So this is a document that we typically

10   complete at the end of the fiscal year, which for us is

11   in June.

12        Q   And you said that the fiscal year ends in June.

13   What are the dates that the fiscal year covers?

14        A   So typically, we're July 1st to June 30th.

15        Q   So the FY 2022 one would have covered, is it

16   July 1st?

17        A   2021.

18        Q   Okay.  Through June 30th, 2022?

19        A   Correct.

20        Q   And then it's --

21        A   But typically -- yes, you're correct.

22        Q   Okay.  And so the numbers in this grant

23   describe the staffing patterns, for example, for the 2021

24   to 2022 school year?

25        A   Yes.  I always have to think about FY '22 and
```



1  don't?

2      A   Not formally.  Let's put it that way.

3      Q   What do you mean by that?

4      A   Meaning that as a RESA employee, I think

5  there's a formal reporting requirement, but certainly I

6  stay -- if there were any performance issues or any of

7  those kind of things, those would be discussed with my

8  RESA director.

9      Q   I understand.

10         And do you have any formal reporting

11  requirements for -- about job responsibilities to GaDOE?

12     A   They were certainly informed of what those

13  activities would be and how they would be used.

14         MS. CHEVRIER:  I'd like the court reporter to

15  please mark the following document as Plaintiff's Exhibit

16  850.

17         (Plaintiff's Exhibit 850 was marked for

18  identification.)

19     Q   BY MS. CHEVRIER:  The first e-mail in this

20  thread is an e-mail from you, Dr. Neal, to Vickie

21  Cleveland, correct?

22     A   Yes.

23     Q   And that e-mail is dated September 28th, 2018,

24  correct?

25     A   Correct.



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                       115

1          Q    And you were responding to an e-mail Vickie

2     Cleveland had sent on September 26th, 2018 to a number of

3     recipients, including yourself, correct?

4          A    Yes.

5          Q    And this is Bates number GA00334246.

6               Do you recognize this e-mail thread?

7          A    I do.

8          Q    Do you see where Vickie Cleveland wrote, "I

9     have attached the monthly log that must be submitted to

10    GaDOE via portal e-mail for therapeutic services provided

11    by your social workers.  Social workers should submit

12    this information to you to upload in the portal on the

13    first day of the month"?

14         A    Yes.

15         Q    And did you comply with this request?

16         A    Yes.

17         Q    And do you still log monthly therapeutic

18    service logs to GaDOE?

19         A    We do.  I wasn't recalling this when we talked

20    earlier.

21         Q    Do you know why this was a requirement?

22         A    So my understanding is that GaDOE uses this

23    information so they can inform -- have documentation, I

24    guess, of how the grant moneys are being used.

25         Q    And it is still a requirement?



1        A    Yes.

2        Q    And do you know why?

3        A    Like I said, I'm sure with grant moneys there

4    are requirements for reporting of how the funds were

5    being dispensed.

6        Q    And are you required to submit information

7    about how other staff members of yours spend their time?

8        A    No.  It's only the grant-funded positions.

9    Other than through the grant, I guess.

10       Q    Let's refer back to the FY '22 grant report.

11       A    Okay.

12       Q    Which for the record again is Bates stamp

13   number NORTHSTAR_TEMP_000046, and that Bates stamp is not

14   located on the document, but it is for our internal

15   purposes.

16            Can we turn to page 6.

17            MR. BEDARD:  Ms. Chevrier, this -- this is Ed

18   Bedard on behalf of the State.  I just wanted to just

19   lodge an objection to form as to any questions about why

20   the State designated this.

21            That's it.  Thanks.

22       Q    BY MS. CHEVRIER:  This is a list of the

23   counties that send students to NorthStar, correct?

24       A    Yes.

25       Q    And do you see where it lists that 24 students



 1  and obtain any consents that need to be obtained to help

 2  facilitate communication.  And then at the agreed -- the

 3  date agreed by the IEP committee, the student would start

 4  services.

 5      Q   And does NorthStar keep record of who is

 6  referred to the GNETS program and the outcome of those

 7  referrals?

 8      A   No, not -- I don't have an official document

 9  that I maintain.

10          MS. CHEVRIER:  Okay.  I'm going to ask the

11  court reporter to please mark this next exhibit as

12  Plaintiff's Exhibit 851.

13          (Plaintiff's Exhibit 851 was marked for

14  identification.)

15      Q   BY MS. CHEVRIER:  And we have added a temporary

16  Bates number NORTHSTAR_TEMP_000273.

17          This is the GNETS request for consultation

18  form, correct?

19      A   Yes, ma'am.

20      Q   Do you recognize this document?

21      A   I do.

22      Q   Who created this document?

23      A   The State.  Well, a committee, I believe,

24  with -- within the GNETS directors.

25      Q   And what committee is that?



JACQUELINE NEAL, PH.D.                              January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              129

1        A   It was just a group of GNETS directors that

2   worked together to look at ways we were collecting this

3   initial information and come up with a standard form.  I

4   don't even remember what the committee's name was.

5        Q   And were you a part of that committee?

6        A   No, not this one.

7        Q   Okay.

8        A   I don't think.

9        Q   Do you know who, if anyone, directed the

10  committee to create this form?

11       A   That might have been back when Nakeba was

12  leading us.

13       Q   Okay.  So this is Nakeba Rahming --

14       A   Yeah.

15       Q   -- from GaDOE?

16           What is this document used for?

17       A   This is the initial information we use when

18  they want us to begin to look at a student for

19  consideration of services.

20       Q   And who fills --

21       A   Or actually, this one -- I apologize.  This is

22  for consultation.  Sorry.

23       Q   So this document is used to request GNETS

24  consultation?

25       A   Yes.  Yes.



1    Q    And who fills out this form?

2    A    The LEA.

3    Q    And does NorthStar receive a filled out version

4    of this for every student who is referred for its

5    services?

6    A    For any student they are requesting

7    consultation on.

8    Q    Okay.  And so there aren't any circumstances

9    under which a student would start receiving NorthStar

10   services without this form initiating?

11   A    No.

12   Q    Do you see on this document where it says,

13   "Check the Consultative Services you would like for GNETS

14   to provide," and then it says, "Choose one"?

15   A    Yes.

16   Q    It's -- it then lists participation in a

17   planning meeting, FBA coaching, BIP planning, et cetera,

18   correct?

19   A    Yes.

20   Q    Are these services that NorthStar provides?

21   A    Yes.

22   Q    And who provides these services?

23   A    I do.

24   Q    So if an LEA checked off functional behavioral

25   assessment coaching, you would provide the functional



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                      335

1        A    I wouldn't know that off the top of my head.

2        Q    Do you see on this document where it says that

3   95 students were de-escalated?

4        A    Yes.

5        Q    Do you see where it says that that represents

6   100 percent of students?

7        A    Okay.  Yeah.

8        Q    Do you agree with that number?

9        A    Yeah.  We served 95 kids that year.

10        Q    Is this a typical number of students who are

11   de-escalated in a school year?

12        A    I would say it's very common that there is

13   gonna be some point during the year that somebody is

14   gonna be a little upset about something where they need

15   some kind of verbal de-escalation, so that's not

16   uncommon.

17             MS. CHEVRIER:  I'd like the court reporter to

18   mark this as Plaintiff's Exhibit 862.

19             (Plaintiff's Exhibit 862 was marked for

20   identification.)

21        Q    BY MS. CHEVRIER:  And the Bates number for this

22   document is GA00327496.  This is an e-mail thread between

23   you, Dr. Neal, and Vickie Cleveland from June 25th, 2018,

24   correct?

25        A    Yes.



1    Q   Do you recognize this e-mail?

2    A   I don't really recall it, but I'm sure it's

3  accurate.

4    Q   Do you see where you wrote that, "Program-wide,

5  16 students required restraint (68 restraints total)"?

6    A   Yes.

7    Q   Do you see where you wrote that 64 of these

8  restraints occurred at the Dalton campus and four at the

9  Blue Ridge campus?

10    A   Yes.

11    Q   And Blue Ridge again is the Fannin?

12    A   Correct.

13    Q   Which Fannin school would that have been?

14    A   Again, not having the records, most commonly

15  it's our elementary students that are requiring those

16  kinds of intervention.

17    Q   Okay.  What do you think accounts for this

18  large difference in restraint numbers?

19    A   Part of it is just the students we were serving

20  at that time.  I have the most students in my Blue Ridge

21  campus, so obviously, just a higher number of students, a

22  lot more variability in the intensity of students can

23  account for the differences.

24    Q   Okay.  I'm sorry, just to be clear, you said

25  that you have the most students in Blue Ridge campus?



1    Q    Okay.  But it was somebody from the State that

2    set it up?

3    A    Yeah.  It's been that way for as long as I can

4    remember, so I'm not sure how that originated.

5    Q    That's okay.

6         And do you attend the GNETS director meetings?

7    A    I do.

8    Q    How often do those meetings occur?

9    A    They are scheduled probably six times a year.

10   Q    Who schedules them?

11   A    Typically LaKesha is the one who sends out that

12   notification.  I'm sure she's coordinating with Vickie.

13   Q    And that's LaKesha Stevenson and Vickie

14   Cleveland?

15   A    Yes.

16   Q    And where are they held?

17   A    They can be face-to-face, or, you know, again,

18   post-COVID, a lot of that has been online.  We are trying

19   to do a combination now and get more into a combination

20   of online and face-to-face.

21   Q    And who leads the meetings?

22   A    Vickie.

23   Q    And what is the purpose of these meetings?

24   A    So again, sometimes it's to make us aware of

25   services and supports that are available through GaDOE.



 1 | It could be to educate us on any new initiatives.  So it
 2 | could be things like we had an initiative to help get
 3 | students more involved in facilitating and participating
 4 | in their IEPs, so we have had training on those kinds of
 5 | things that have come out of that.  It could be, again,
 6 | budget things.  It could be just services and supports
 7 | that are available.  So sometimes it's GNETS-specific
 8 | things that are going on, training and other things that
 9 | are available, so...
10 |     Q    Do you play --
11 |         MR. BEDARD:  Just object to the form of the
12 | previous question.
13 |     Q    BY MS. CHEVRIER:  Do you play a role in those
14 | meetings?
15 |     A    I participate.
16 |     Q    And have those meetings changed at all during
17 | your time as director?
18 |     A    Yes.
19 |     Q    How so?
20 |     A    So I would say in my initial time in GNETS they
21 | were a lot more director led, where now they are State
22 | department facilitated.
23 |     Q    Throughout the day we've been discussing the FY
24 | '22 NorthStar grant application.  This is the State
25 | grant, correct?



1      A    So say that one more time.  I'm sorry.

2      Q    Sure.  We've been discussing the FY 2022

3   NorthStar grant -- GNETS grant application, correct?

4      A    Correct.

5      Q    And this is that application for the State

6   grant, correct?

7      A    Correct.

8      Q    And what does it secure for NorthStar?

9      A    It ensures -- I mean, it's a requirement for

10  continued funding and collaboration.

11     Q    Can you describe the process for completing the

12  GNETS grant application and the process that follows.

13     A    So generally towards the end of the year we

14  begin to complete the required documentation required

15  within the portal.  Some of that, it has to wait until

16  the end of the year to be fully -- you know, to have all

17  that data completely finalized.

18          We have a deadline that we usually have to

19  submit that by, usually very slightly in terms of when

20  that grant is due.  That's also when we traditionally in

21  the past have got things like assurances from the -- had

22  the county sign their assurances and sign their

23  intersystem agreements in terms of, you know, whatever

24  their -- the agreement to contributions and things within

25  the program, that's all submitted in and then reviewed



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                      353

1  over the next few months by folks at GaDOE.

2       Q   Who establishes what information is required?

3       A   That comes from GaDOE.

4       Q   And who establishes the timeline for getting

5  them information?

6       A   That's established by GaDOE.

7       Q   And do you have to make any judgments or

8  establish priorities in order to complete the

9  application?

10      A   Rephrase the question, maybe.

11      Q   Sure.

12          Basically it sounds like a heavy lift.  Would

13 you agree that it's a heavy lift to complete this grant

14 application?

15      A   It is, but in some ways we -- you know, it's

16 been fairly consistent, so we kind of know the required

17 information that's going to be required, so we prepare

18 for that.

19      Q   And you are who fills out the grant application

20 primarily.

21      A   Yes.

22      Q   Is that correct?

23      A   Between me and sometimes my finance people are

24 helping with and human resources people help with some of

25 that information.



1        Q    So do you have to make any judgments or

2    establish priorities in order to get the application

3    done?

4        A    Certainly.  It's -- you know, just in terms of

5    time allocations and those kinds of things.

6        Q    Are there on-site visits from someone at GaDOE

7    in connection with the grant application process?

8        A    So we have oversight for different components

9    of that.  Just, you know, as our systems are audited and

10   those kind of things, certainly we have components of

11   that that we are audited for as well.  Our finance

12   department is audited by GaDOE, so there is oversight

13   from that level.

14       Q    And do you receive feedback from GaDOE prior to

15   approval?

16       A    Certainly, if there is, you know, anything that

17   needs to be adjusted or those kinds of things that could

18   occur.

19       Q    And does GaDOE formally approve the grant

20   application?

21       A    I guess technically, yes.

22       Q    Does the GNETS grant prescribe what funds may

23   be used for?

24       A    So depending on what the money -- certainly

25   there are restrictions, especially if it's federal money

