# EXHIBIT X

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3      UNITED STATES OF AMERICA,

4           Plaintiff,           CIVIL ACTION NO.
       vs.                       1:16-CV-03088-ELR
5
       STATE OF GEORGIA,
6
           Defendant.
7

8   Videotaped deposition of TALITHIA NEWSOME, taken on

9   behalf of the Plaintiff, pursuant to Notice and

10  agreement of counsel, in accordance with the Federal

11  Rules of Civil Procedure, before Maureen S. Kreimer,

12  CCR, CRR, Notary Public, at 864 Broad Street, Augusta,

13  Georgia on July 12, 2022 between the hours of 9:15

14  a.m. and 6:47 p.m.

15  _____

16

17

18

19

20

21

22

23

24

25



1        A.    If there was a question with the

2    superintendents, I would report questions out -- I

3    mean, address concerns with them, as well as the --

4    not that they're my supervisor, but if there are

5    questions or concerns, typically my first point of

6    contact would be the special ed directors in those

7    school systems.

8        Q.    What about for the RESA, is there anyone who

9    you directly report to?

10       A.    Any correspondences that I have, I report

11   back to Dr. Alexander.

12       Q.    And what is Dr. Alexander's position again?

13       A.    I'm going to say she's director of RESA.

14   But don't quote me on that one.

15       Q.    Okay.  Anyone else?

16       A.    No.

17       Q.    And would you also say Dr. Alexander is your

18   main point of contact for the RESA?

19       A.    She is, yes.  Oh, I'm sorry.  I would add

20   another person.  I report to, again, not my

21   supervisor, but I do report information back to GLRS

22   as well, and Lisa Hill would be my contact for GLRS.

23       Q.    Okay.  And what is Lisa Hill's position?

24       A.    She is director for the GLRS program.

25       Q.    And then what about for the Georgia



1   Department of Education, is there anyone you report

2   to?

3         A.    It would be Vickie Cleveland and LaKesha

4   Stevenson.

5         Q.    And what are their positions?

6         A.    LaKesha -- I mean, Vickie Cleveland is I

7   think a program specialist for the program, and I'm

8   not sure of Ms. Stevenson's title.

9         Q.    Is there anyone else from the State

10  Department in the list?

11        A.    I guess you would say the director, which

12  would be Wanda Lowe.  If she needed something, we'd

13  report to her.  And then the director for Federal

14  programs.  And if you ask me her name, it just went

15  away.

16        Q.    Okay.  Is that Shaun Owen?

17        A.    I was going to say I remember Shaun.  But

18  yes, that's correct, Shaun Owen.

19        Q.    Okay.  And just curious if you're familiar

20  with any of these other individuals who work with the

21  State Department of Ed.  Did you ever work with

22  Zelphine Smith-Dixon?

23        A.    I did.

24        Q.    Okay.

25        A.    But I worked with her as special ed



1  director.

2          Q.    Oh, in your capacity as special ed.

3          A.    Mm-hmm (affirmative).

4          Q.    And did you ever work with Nakiba Rahmig?

5          A.    Not directly, no.

6          Q.    So then I guess returning back to Vickie

7  Cleveland and LaKesha Stevenson --

8          A.    Mm-hmm (affirmative).

9          Q.    -- what do your -- what's the nature of your

10  communications with them?

11         A.    They are our point of contact if we had any

12  questions or concerns at the State level.  They

13  coordinate meetings to talk about initiatives or

14  programs, budgeting, changes, policies, procedures and

15  provide updates regarding the GNETS program

16  specifically.  They also keep us up-to-date about any

17  changes that's going on in special ed at the State

18  level.

19         Q.    Do you have any regularly scheduled meetings

20  with them?

21         A.    The answer is yes, but some of them have

22  gotten cancelled.  Typically, we'll get a calendar at

23  the beginning of the year that we'll go ahead and

24  schedule the monthly meetings.  And my understanding

25  is prior to that they did have regular monthly



1 meetings with the GNETS directors, and then the GNETS

2 scheduled meetings as well.

3        Q.    What's the difference between the two?

4        A.    So I'm not really sure because I hadn't

5 really participated in the second meeting, but my

6 understanding is that the GNETS meetings with the

7 State Department, they schedule those.

8             The meetings with the GNETS directors might

9 be just kind of like an advisory or support kind of

10 group where we can talk about issues among ourselves,

11 kind of brainstorm about how to deal with different

12 types of issues that might be going on, special

13 programs that one director might have used and want to

14 share that; collaborative planning for professional

15 learning, like I think we just did something on how do

16 we get our staff scheduled to do LSCI training, there

17 are only a few people in the State who can do that,

18 what's the best time to kind of get those things done.

19        Q.    So for the first meetings you described,

20 these monthly meetings, it sounds like those are

21 facilitated by the State; is that correct?

22        A.    It is, yes.

23        Q.    Okay.  And are those held in person,

24 virtually?

25        A.    I got the unique experience of only

