EXHIBIT Z

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,
                                   )CIVIL ACTION
 5          Plaintiff,             )NO. 1:16-cv-03088-ELR
                                   )
 6   vs.                           )
                                   )
 7   STATE OF GEORGIA,             )
                                   )
 8          Defendants.            )
                                   )
 9   - - - - - - - - - - - - - -   )

10

11              VIDEOTAPE DEPOSITION OF

12                    GERONALD D. BELL

13

14        Monday, January 9, 2023, 9:03 a.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Firm
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23   ----------------------------------------------

24

25         WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public
```



1      Q    When you say taken that on, what are you
2   referring to?
3      A    Most of the stuff -- most of the stuff
4   that I used to do she does now.  So, like I said,
5   I'm kind of the back-stop now.
6      Q    So does she calculate allocations under
7   the QBE formula?
8           MS. HERNANDEZ:  Object to form.
9      A    No.  Just GNETS.  Actually, I still do
10  GNETS, but the special education formulas.  So I
11  think you asked about the special education
12  formulas, to be clear.
13     Q    I see.
14     A    Which I interpret that as IDEA, which
15  Carmen does that.  I still do GNETS, yes.
16     Q    That's helpful.  So Carmen Fryemeier does
17  the -- I'm sorry, the IDEA funding?
18     A    That's correct.
19     Q    For the record, I don't think we did that
20  acronym.  That's Individuals with Disabilities
21  Education Act?
22     A    Yes.
23     Q    So Carmen handles the IDEA allocations?
24     A    Right.
25     Q    And you continue to do the QBE and GNETS



1   allocations?

2        A    Right.  I want to be clear.

3        Q    Thank you for that.

4             So are there meetings, regular meetings,

5   having to do with either of those allocations, the

6   QBE or GNETS allocations?

7        A    No.  It's, it's -- well, with QBE

8   allocations there's tons of meetings.  What, 11 --

9   10, 11 billion dollars.  Yeah, we have several

10  meetings.

11       Q    Who are they with?

12       A    With the various budget offices.  So

13  they're several questions.

14       Q    When you say various budget offices, does

15  that mean the different budget offices within --

16       A    No.  It means outside.  The Governor's

17  budget office, the House budget office, the Senate

18  budget office.  The appropriators, I should say.

19       Q    And that was for -- did you say that was

20  for the QBE funds?

21       A    Yes.  With all of them, yeah.  The QBE

22  funding we meet with more.

23       Q    What are the purposes of those meetings?

24       A    There's a lot of data that goes into those

25  formulas.  So it's to make sure that we're all using



1   that's when we're meeting with them.  We still meet

2   with the Governor's Office but those are the ones

3   that -- the ball is in their court at that point.

4   So we're meeting -- we're meeting with them to

5   answer their questions and help them come up with

6   the actual appropriations document.

7        Q    That was super helpful.  Thank you very

8   much for walking me through that timeline.

9        A    Okay.

10        Q    Are there any reports or analyses produced

11   along the way in any of those stages?

12        A    Yeah.  I mean we, we try to come up with

13   estimates.  I mean we're trying to -- like I said,

14   it's a substantial amount of money and we're kind of

15   doing this -- we're working.

16             So, you know, we have as many people

17   looking at these calculations coming up with it.

18   So, you know, we try to come up with estimates for

19   the grants, you know.  They will look at our

20   estimates and we compare numbers.

21             We have to provide the data, the student

22   data, the teacher data, all the data that goes into

23   those formulas.  So, you know, we're providing that.

24   So I mean just whatever they need.

25        Q    Okay.  And you said this happens a lot



1  with respect to the QBE formula given the amount of

2  money at stake.  Are there comparable meetings

3  relating to the GNETS grants?

4      A    Right.  Yeah.  I mean so for them to

5  calculate it, they need -- like I say, it's -- the

6  QBE grant, the funding is based on students,

7  teachers and then the federal piece, you know, how

8  much they want to do federal.

9          So we have to provide student data to, to

10  the budget offices, the student data and the teacher

11  data.

12     Q    Thank you.  And then aside from these

13  meetings, do you belong -- do you work on any

14  committees in connection with your work?

15     A    No.

16     Q    I think we're done with that document.

17  Thank you.

18         MS. TAYLOE:  We have covered some of this

19      but I would like to introduce a document that

20      was identified as Attachment BB, and this will

21      be Exhibit 746, Plaintiff's Exhibit 746.

22         (WHEREUPON, Plaintiff's Exhibit-746 was

23       marked for identification.)

24  BY MS. TAYLOE:

25     Q    This was produced by the State.  It



1   that, there's five categories of students with

2   disabilities.

3          Can you tell me why there are five rows

4   for that?

5       A    You know, I don't know the -- I don't know

6   the distinctions.  I just know those are different

7   QBE categories for, for -- you say five -- or six?

8   No, five, I'm sorry.

9       Q    Do you know who defined the categories?

10      A    No.  I mean I know it's defined in Georgia

11  Code, but I don't know who defined them, no.

12      Q    Just to be clear, this QBE spreadsheet

13  does not include any funding for GNETS?

14      A    No.

15      Q    Because that's on a separate grant system?

16      A    Correct.

17      Q    Then I want to -- well, as we discussed,

18  each LEA receives an allotment sheet like this that

19  has the same terms and same definitions for all the

20  columns and row headings?

21      A    Yes.

22      Q    Then I'm going to skip to -- I have

23  another document that I got from the website.  It's

24  called "Weights for FTE Funding Formula," which I

25  think is the one you were referring to?



1       A    Yes.

2       Q    And the same for social workers, one

3   social worker for every 2,475 students in special

4   ed?

5       A    Yes.

6       Q    So this chart includes -- there are

7   multipliers and ratios for gifted students and

8   students needing remedial education as well; is that

9   correct?

10      A    Yes.

11      Q    And those are all part of the QBE formula?

12      A    Yes.

13      Q    And students in alternative education

14  program are included in here as well?

15      A    Yes.

16      Q    And ESOL, does that stand for English for

17  Speakers of Other Languages?

18      A    Yes.

19      Q    That's included in this as well?

20      A    Yes.

21      Q    I think we're done with that document

22  then.

23           MS. TAYLOE:  I'd like to mark as Exhibit

24      750, Plaintiff's Exhibit 750, GA00007217.

25           (WHEREUPON, Plaintiff's Exhibit-750 was



```
 1        marked for identification.)

 2   BY MS. TAYLOE:

 3        Q     This is an April 5, 2019 email from John

 4   White to DOE users and attaching an All DOE Update

 5   Webinar on education-related legislation held the

 6   same day.

 7              I have a few questions about this to do

 8   some more with process clarification and definitions

 9   and things.

10              First, who is John White?

11        A     He's an employee at the Department of

12   Education.  I don't know his specific title but I

13   know he works in Federal Programs.

14        Q     Okay.  And do you receive emails that are

15   sent to DOE Users?

16        A     I believe so, yes.  I think so.

17        Q     And the email says:  "Thank you for

18   attending our webinar today," and attaches a

19   PowerPoint.

20              Did you attend the webinar?

21        A     I don't recall.

22        Q     Do you want to take a minute to look over

23   it because I'm going to ask you some questions about

24   what's in it?

25              (Witness reviews exhibit.)
```



1       A    Okay.

2       Q    After reviewing it, does that help you

3   remember whether or not you attended the webinar?

4       A    No.  No -- yes -- I mean I'm -- maybe I

5   went or maybe I just tried the information.  So I

6   don't know.

7       Q    Is this the kind of -- is this kind of

8   update given every year?

9       A    In some form or another, yes.

10      Q    And at what point is this summary

11  prepared?

12      A    Well, it's, you know, by the Governor -- I

13  mean the superintendent's office.  So whatever

14  session is up, and, you know, it's kind of on their

15  schedule, so.  Because this is --

16      Q    But usually pretty close to after the end

17  of the legislative session?

18      A    Yes.

19      Q    And for what purpose?

20      A    Just to let staff know what was happening

21  in the world of DOE, or the world of education.  You

22  know, the State.  Any changes.

23      Q    Then looking at the third page, because

24  the numbers -- so the production number ends with

25  7221.



1   I mean I think they're charged by the legislature,

2   but again I don't know anything about this.

3        Q    Okay.   Then on the next page there's a

4   couple of entries on GNETS reductions in funding.

5   Can you just explain this?

6             I don't understand the parentheses inside

7   parentheses and what's being offset.

8        A    So I believe it was -- and this is just

9   from reading this.  I'd have to look at the

10  appropriations bill, but I believe the overall

11  reduction was 3.5 million, and that the two pieces

12  that went into that was a $4.8 million decline based

13  on student counts and, and -- well, based on student

14  counts and T&E changes, I'm assuming, but they don't

15  say that here.  Then we added in 1.3 million for,

16  for behavioral and therapeutic service contract.

17            So the negative 4.8 plus the positive 1.3

18  equals the 3.5.

19       Q    So are these behavioral service -- I'm

20  sorry.  Behavioral and therapeutic services

21  contracts in addition to the regular grant funding?

22       A    Yes.  Well, they're separate, yes.

23       Q    Are contracts generally accounted for

24  differently than grants?

25       A    I'm sorry, what do you mean?



GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              130

1    Q    If there's a contract with a service

2    provider, is that paid through the grant or it is

3    paid separately, or does it depend on who entered in

4    the contract?

5    A    So with these contracts in particular they

6    will be paid for at DOE.  So, so we -- GaDOE would

7    be paying for this.

8         So if an LEA enters into a contract, we

9    won't see that.  That's LEA's spending.  It would

10   just be an allocation to them.

11        But, yeah, this is GaDOE contracts.

12   Q    Do you know what the GaDOE contract is

13   for?

14   A    I, I -- I've looked at them, but I would

15   defer to Vickie Cleveland.  She's expert on that.

16   Q    And for the record, who is Vickie

17   Cleveland?

18   A    The GNETS program manager.

19   Q    But it says redirected for existing

20   behavioral and therapeutic services contracts.

21        Do you understand where they're being

22   redirected from?

23   A    I don't understand the language, no.

24   Q    But we know it's a -- Georgia Department

25   of Education is paying 1.2 plus million --



1      Q     But GNETS is not part of that program?

2      A     Right.  GNETS is its own program.

3      Q     Thank you.  So I think we've kind of

4   covered appropriations, and now I want to talk about

5   what happens after that once we've got all the

6   appropriations that we've just gone through.

7            Can you describe the process in your

8   office after appropriated money has been set?

9      A     Yeah.  It's relatively simple.  I mean so

10  after the appropriations process is finished, the

11  legislators pass the bills, the Governor has signed

12  it.  What I'll do is usually reach out to the, the

13  legislative budget office, the House and the Senate,

14  and ask them for their worksheets basically so I can

15  see the detail in the numbers that, that show up in

16  the appropriations document.

17           And then I'll just incorporate those

18  changes into -- well, I basically take their

19  document and incorporate it into my worksheet so

20  I'll make sure that I'm matching legislative intent.

21           And then once we do that, sometimes

22  there's money in there that hasn't been specifically

23  allocated for something, and so what we've done with

24  that in the past is either it goes under contracts

25  or we just increase it -- well, more likely is



1   increase the allocations that go out to the

2   districts.

3          But that's something I would do in

4   consultation with the GNETS program manager.  She'll

5   kind of let me know if she needs contracts or we're

6   just going to send it out in allocations.

7          And then I'll work with them on

8   calculating those allocations, getting the

9   spreadsheet, and updating the federal funds portion

10  of it.  Then we basically take it to the Board.

11         So that's the process.

12     Q    Okay.  When you talk about the worksheet

13  and making sure you're matching legislative intent,

14  does that mean any updates to the formula that might

15  have been included?

16     A    Right.  They're not going to tell -- I

17  mean budget offices don't usually tell you -- like

18  the Governor isn't going to tell us beforehand if

19  he's proposing a salary increase or, you know,

20  something else that may change the inputs in the

21  formula.

22         So sometimes they make changes and you

23  don't know what that change is without seeing what

24  they did in the spreadsheet because they calculate

25  it -- they have a spreadsheet that calculates it,



1  what we're looking at, these are the numbers that

2  we're looking at.

3        Like when it goes to the Board, that's the

4  final process for them because that gives them --

5  the process is start spending.

6        Q    So it's final at least as to the state

7  funds?

8        A    Right.

9        Q    And so they would get that information in

10 early July or early August?

11       A    No.  They would get that -- they would

12 have that July 1, they would know what their budget

13 is.

14       Q    I'm sorry.  Help me figure out.  Because

15 you said it goes to the State Board of Education in

16 the June or July meeting, which is at the end of the

17 month.

18       A    Yeah, and I think it's pretty much always

19 -- I think there's been a rare exception where it

20 goes to July.  So I think it's always pretty much

21 June when they've taken it.

22       So, yeah, let me be clear, I think it's --

23 think there's only been one time where they had to

24 take it to July and I think it was because we had to

25 take it back for some reason.  But I think, I think

1    -- most of the time it's June.

2            And so they know beginning July 1, and

3    again because it's reimbursement-base, you know,

4    they have an idea but they're not submitting

5    requests right away.  So it's not as -- I don't

6    know.  It's not as urgent for them, or at least they

7    don't make it seem that way.

8        Q    But they presumably would have hired their

9    staff by then, correct?

10       A    Yeah.  They have an idea, general idea.  I

11   mean before that.  I guess that's what I was trying

12   to convey.  Once the session is over with, we can

13   kind of give them an idea of what their numbers --

14   what their budget is going to look like, so, you

15   know, they're not completely blind going into June,

16   July.

17           But -- but, yeah.

18           MS. TAYLOE:  I think now might be a good

19       break.  We're going to talk about the formulas

20       next and that might be a good chunk.

21           Lunch all right?

22           (Discussion ensued off the record.)

23           MS. TAYLOE:  I'll start on the funding

24       formula and then we can take a break.

25



1  this population, you know, you just -- you can't --

2  I mean it was just, it was just understood that it

3  would be harder to just use one year, one day's

4  worth of data to come up with it.  Just felt like

5  that wouldn't be an accurate representation of the

6  number of students they served.

7           And so that, and then the three-year count

8  is that, you know, you want it to have some trend

9  data.  You don't want it to be big shocks to the

10 system.  You don't want any big shocks.  You want

11 them to be able to plan for fluctuations.

12          So I would say just because the student

13 population, they fluctuate a lot.

14      Q    Do you know who decided to use this

15 rolling average?

16      A    I don't know exactly, but the Federal

17 Programs staff.

18      Q    The Federal Programs staff decided the

19 GNETS formula count?

20      A    Well, the GNETS program -- I mean -- I say

21 the Federal Programs staff, but the GNETS program

22 staff.  So I believe Vickie was at the time, and

23 then whoever her supervisor was at the time.  I

24 don't know if it was Nakeba at the time or Debbie

25 Gay.  Just -- but, at the end on up, their



1    supervisors, so.

2         Q    So it sounds like -- do you have an idea

3    about when this formula may have been created?

4         A    I mean I was at DOE when we did it.  I

5    mean I -- they asked for a three-year average.  That

6    kind of gave some -- you know, gave a little bit

7    more weight to the last one.  So that's -- I mean I

8    think I might have come up with the suggestion of

9    the 50/25/25, but, you know, I just proposed it.  I

10   didn't say let's do this.  But they liked the idea

11   of it, I think, and, you know, we came up with it

12   and been using it since.

13        Q    Do you know when the preceding formula was

14   created?

15        A    No.  Like I said, just based on how it was

16   calculated, I mean it had been around a long time.

17             The guy before me who did GNETS, he

18   retired.  I think he spent his whole life at DOE --

19   or maybe not his whole life, But at least 10 to 15

20   years doing the formula.  So he, you know -- so I

21   think it might have predated him.

22        Q    What was his name?

23        A    Harry Rapsher, R-A-P-S-H-E-R.  I think

24   that was it.

25        Q    And in this email you say:  "Each year the



1  calculate backwards from the spreadsheet?  It's not

2  just a matter of dividing by the number of students,

3  correct?

4       A    I think it is -- I think it's -- I would

5  verify with the spreadsheet but I think it's

6  something like $10,000 per so many students.  But I

7  think.  That's just -- you can see it on the

8  spreadsheet, whatever it is.

9       Q    Here it says for the federal funds there's

10  a range table represented in increments of 50

11  students.  Do you know what that means?

12       A    The federal program -- yes.  Or somewhat.

13  The federal program staff, they determine how much

14  in additional federal funding each district -- each

15  LEA -- or each GNETS center will get and the bands

16  they use.  I think there are 50 student bands, 50,

17  50 students.

18            So, you know, for 100, 150 students, you

19  get so much.  For 151 to 250, you get so much.  I

20  think that's how it was set up.

21       Q    Federal Program staff, that's GaDOE's

22  Federal Program staff?

23       A    Correct.

24       Q    Do the data that is reported in the grant

25  application submitted by the GNETS programs or the



1   there.  I don't know right now off the top of my

2   head.  I don't know.  It might be one of the smaller

3   aspects, but I don't know.

4       Q    Then after application of this, or

5   calculation based on this formula, that is how the

6   State budget for GNETS is allocated; is that

7   correct?

8       A    Well, I mean there's always little things

9   that happen every year, but this is mainly how it's

10  calculated.

11      Q    And who -- we kind of touched on this

12  before, but do you know who decided on this, these

13  elements of this formula?

14      A    It was before my time.

15      Q    And what kinds of little things might come

16  up that might vary it some years?

17           MS. HERNANDEZ:  Objection.

18      A    Lawsuits.  New contracts, new things.  So,

19  yeah, just -- things like that, that they may have

20  to add more money to the program.

21           Not so much the formula.  So, I don't

22  know, maybe you asked me that.  So the formula.

23  But, you know, but even staying with the formula,

24  the teacher's salary is a big input.  If that

25  changes, it will change it.

GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              169

1             But they can change -- this one isn't set

2    out in code, so you can change an element of it, if

3    they come together.  So any budget office can

4    recommend a change.  You know, we don't recommend

5    changes.  We kind of stay with -- but if they decide

6    they want to change the funding formulas for it, I

7    think it would just -- they could just do it within

8    their -- in calculating the funding formula.  So...

9        Q    When you said new contracts, what does

10   that mean?  How would that affect this?

11       A    It wouldn't, you know, as I'm thinking of

12   it, because I think you're just talking about the

13   formula.

14            So, no, the formula itself will not change

15   based on the -- it would just be the -- if you

16   change the inputs, but they can change any of the,

17   any of the -- any element of this can be changed.

18   This is how we kind of guide it, but they could

19   change it because it doesn't require legislation to

20   change this.

21            So it can be changed at any point.  But

22   typically it kind of stays static, except for the

23   student count and the teacher salary information.

24       Q    And when you say not set out in code, you

25   mean this funding formula is not determined by code?



1   This is --

2         A    To my knowledge.

3         Q    -- the spreadsheet and the department --

4   the appropriators decide it but it's not code based?

5         A    To my knowledge, it is not cited in code.

6   So yeah.

7         Q    And when you were telling me before, you

8   were citing code sections before, that was for the

9   QBE formula?

10        A    Yes.  Was it O.C.G.A. 2-8-166, something

11  like that.

12        Q    I'm not going to double-check that.

13             Are there GNETS funds that remain

14  unallocated?

15        A    No.  The goal is to -- when we set out the

16  budget the end of the year is we make sure we are

17  funding the minimum that the legislature has for the

18  allocation.  So whatever they said, what we need for

19  personnel costs, then what was needed for contracts

20  or -- contracts at DOE, and then anything that's

21  left over, we've added that to the allocations that

22  have gone out, or at least the program staff has

23  recommended -- has asked me to proportionately

24  allocate that to the, to that.

25             So if there is money left over, it's



1    formulas.

2            I think that happened one year.  Actually,

3    that was the thing that made us stop, because the

4    Governor proposed a $3,000 increase in '19 that was

5    passed and he proposed a $2,000 increase, because

6    that was one of the things that he initially

7    campaigned on and was elected on, was increasing

8    teacher's salaries 5,000.  So he proposed an

9    additional 2000 the next year, but because of the

10   economy, because of whatever, we weren't able to do

11   that.

12           So, so the 2,000 was put in there but we

13   had to take it out because it wasn't funded when it

14   went through the legislature.

15       Q    Thank you.  That is helpful background.

16           One of the attachments to this is

17   identified as the GNETS funding formula document,

18   the one that ends in 8342.  We'll look through that

19   one.

20           Is this the spreadsheet you've been

21   referring to periodically when you say --

22       A    Yes.

23       Q    -- you want to see the GNETS spreadsheet?

24           Can you confirm these calculations reflect

25   the application of the funding formula that we



1   discussed for the then upcoming school year, which

2   would have been school year '17?  Not the numbers

3   but just the structure of it?

4        A    Yes.

5        Q    Is this how you receive it?  You get this

6   attachment like that as an attachment, or is it in a

7   shared document database that you can look at?

8        A    It's usually email.  But, yeah, it's an

9   attachment.

10       Q    Do you know who creates this spreadsheet?

11       A    We all have a formula -- we all have a

12  version of it.  So we all use this same template to

13  kind of estimate it.  So everybody kind of has

14  something that looks like this for GNETS.

15       Q    This one is the Governor's recommendations

16  that would have come from the Governor's -- in case

17  the Governor recommended any changes, this would

18  have come from the Governor's office?

19       A    This would have, yeah.

20       Q    You said we all have it.  This is all the

21  people that we just saw, like the people in the

22  House, and the Senate, and the OPB, and your office

23  share, have access to these kinds of documents?

24       A    Yes.  This is just a spreadsheet.

25  Everybody who does it, GNETS, they calculate it kind

