# EXHIBIT BB

```
                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF GEORGIA


United States of America,              No.
                                       1:16-CV-03088-ELR
     Plaintiff,

vs.

State of Georgia,

     Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~




                     VIDEOTAPED DEPOSITION OF

                          DAVID ACKERMAN

                        AUGUST 31, 2022

                            8:49 a.m.



   U.S. Attorney's Office, 22 Barnard Street, Suite 300

                      Savannah, Georgia





              Marcella Daughtry, RPR, RMR
       Georgia License No. 6595-1471-3597-5424
              California CSR No. 14315
```



```
 1       A    Okay.
 2       Q    Which you've been in since January of 2021,
 3   correct?
 4       A    That is correct.
 5       Q    So the resume references responsibilities
 6   relating to developing and maintaining a budget, State
 7   grant and strategic plan.  Do you see that text?
 8       A    Yes.
 9       Q    What are your duties with respect to developing
10   and maintaining the budget?
11       A    Well, we -- we start off by submitting the
12   application for the -- the State grant, and -- and then
13   budgeting our -- our expenses for staff and so forth and
14   expenses, and just working with our -- our -- just
15   working on the regular -- you know, creating a budget
16   with that.
17       Q    What is the annual budget for CGCA?
18       A    The -- the State grant was listed at 2.9
19   million.  I'm not sure of the exact.  The federal grant
20   was 315,000, and then we have our district that
21   provides -- what's the word I'm looking for?  I'm drawing
22   a blank on the word.
23       Q    Oh, that's fine.
24            Do you get additional funds from the district?
25       A    Not financial but in support, in -- in kind.
```



1    Q   How recently?
2    A   Probably when we submitted the State grant.
3    Q   Which was when; do you recall?
4    A   We typically submit the State grant June.
5    Q   June of 2022 is the last, and really the first
6  time you submitted it?
7    A   Correct.  No, I was a part of the 2021.
8    Q   2021 as well?
9    A   Yes.
10   Q   Because you joined in January --
11   A   That is correct --
12   Q   -- as principal?
13   A   -- yes.
14   Q   Okay.
15       MR. DENNISON:  And one point of correction.  I
16 think I provided misinformation, but I think my
17 misinformation helped.  I think it's called the district
18 placement team, but it does -- it is typically triggered
19 by a disciplinary or behavior-based challenge, but it's
20 called district placement team.
21       MR. HOLKINS:  Okay.  Thank you for that, Brian.
22   Q   BY MR. HOLKINS:  To your knowledge, are there
23 any State audits at any of the facilities where CGAC
24 (sic) serves students?
25   A   Not that I am aware of.

