# EXHIBIT CC

1                    UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF GEORGIA

3
United States of America,              No.
4                                      1:16-CV-03088-ELR
        Plaintiff,
5
vs.
6
State of Georgia,
7
        Defendant.
8    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9

10

11

12               VIDEOTAPED ZOOM DEPOSITION OF

13                      LARRY E. WINTER

14                     November 30, 2022

15                         9:01 a.m.

16                      Dalton, Georgia

17

18

19

20

21

22

23          Marcella Daughtry, RPR, RMR

24      Georgia License No. 6595-1471-3597-5424

25          California CSR No. 14315



1      A    I would see a summary of it based on the

2    children, their level of need and so on.  I recall on

3    rare occasions there would be questions about, where does

4    this particular student fall?  But beyond that, no.

5      Q    Okay.  And do you ever remember reviewing

6    applications that were coming from individual GNETS

7    programs regarding those grant funding?

8      A    That's -- they would be requesting based on

9    their student population.  That's how they got their

10   budget.

11     Q    All right.  This next step here says, "Notify

12   the fiscal agents regarding each fiscal year's allocation

13   and approve GNETS services budget."

14          What is this particular provision referring to?

15          MR. BELINFANTE:  Object to form.

16          THE WITNESS:  Sometimes the RESA was the fiscal

17   agent because it had a pool of LEAs GNETS in one place.

18   Okay, for example, we talked about Whitfield County had

19   Whitfield County and the City of Dalton, okay, and we

20   talked about others where there were multiple systems.

21   So that's when it's talking about the fiscal agents could

22   be an LEA, could be a RESA.  Okay?  When they turn in,

23   just like when an LEA turns in its budgets, based on

24   student numbers, a RESA is a -- a fiscal agent is for a

25   GNETS program as well.



1    Q   BY MS. HAMILTON:  All right.  So then you would

2   notify the fiscal agents which could include RESAs about

3   the allocation they were receiving for GNETS?

4    A   (Inaudible.)

5    Q   And then -- pardon me.  Continue.

6        Okay.  I just want to make sure.  Is that an

7   accurate summary of that first part?

8    A   Yes, ma'am.

9    Q   And then the second half of it says, "Approve

10  GNETS services budgets."

11       What -- what are the services budgets?

12   A   That would be the --

13       MR. BELINFANTE:  Object to form.

14       THE WITNESS:  (Inaudible.)

15   Q   BY MS. HAMILTON:  I'm sorry, I couldn't hear

16  you.

17       THE REPORTER:  That would be the what?

18       THE WITNESS:  Okay.  Roman numeral little ii is

19  the money going to the GNETS operation, and iii is the

20  money going out.  Well, pardon me.  I've got my numbers

21  mixed up.  Okay, the fiscal year's allocations, the money

22  coming in, and services budget would be the money going

23  out.

24   Q   BY MS. HAMILTON:  And by money going out, are

25  you referring to money that the GNETS program is



1  and results."

2      A   Which would make sense because there were 24

3  blocks, so they are saying that they -- they did it for

4  all 24.

5      Q   When you served on the board, did you ever have

6  any concerns regarding inadequate monitoring on the part

7  of the State DOE?

8          MR. BELINFANTE:  Object to form.

9          THE WITNESS:  Not -- not in '16 and '17 with

10  Clara and Nakeba.  As I shared this morning, the

11  superintendent wanted discussions to take place on a much

12  more formal basis in late '19/'20 and so on, so the

13  process -- the free flow of information was not as great.

14      Q   BY MS. HAMILTON:  I'm going to show another

15  document momentarily.  I'd like for the court reporter to

16  mark this as Plaintiff's Exhibit 616.

17          (Plaintiff's Exhibit 616 was marked for

18  identification.)

19      Q   BY MS. HAMILTON:  This is another document from

20  the State Board of -- sorry, the State Department of

21  Education public website with the board items.  This

22  document is titled "Georgia Department of Education Item

23  for State Board of Education Approval - Grant."  It also

24  came from the same board meetings as supporting

25  documentation.  The date of this particular document that



1  was presented for the board's review was on May 30th,

2  2019.

3          Mr. Winter, I will give you a moment to take a

4  look at this, and let me know when you are ready.

5      A   I'm ready.

6      Q   Okay.  So the item name here, it says, "FP -

7  Grant - FY20 GNETS Grant for Supplemental Instruction."

8  What is the difference between the grant for federal and

9  state allotment that we just reviewed compared to this

10  document, which is a grant for supplemental instruction?

11     A   My understanding is the one we just did, that

12  is based on student head counts, just as we fund the LEAs

13  and so on.  This one is additional $151,000 to provide

14  specific support materials evidently that would not be

15  covered by those LEA-type grants.

16     Q   Okay.  Is this money that also had to be

17  approved by the General Assembly and Governor before it

18  could be awarded by the State Board?

19     A   Ultimately, all money had to be approved by the

20  General Assembly.  Some are in larger pieces than others,

21  but the answer would always be, it had to be approved by

22  the General Assembly.

23     Q   How did the State Board evaluate whether to

24  grant requests for supplemental funding such as this?

25     A   On something like this, we were relying on



1  staff and their reports and the other information we

2  receive.

3      Q   And then very quickly I just want to scroll

4  down here.  It also has a "Performance" section, and I

5  just want to make sure I understand.  What -- what does

6  the State Board rely on to monitor the implementation of

7  fidelity of this particular -- sorry, to monitor fidelity

8  of implementation of this particular grant initiative?

9          MR. BELINFANTE:  Object to form.

10          THE WITNESS:  The fact that we send staff to

11  each of the locations to have on-site visits, and -- and

12  just like you, send internal audit teams to go look at

13  their books.

14      Q   BY MS. HAMILTON:  Okay.  And I just want to

15  note here, similar to the other document that we looked

16  at, where it says here, "Describe how the grant will be

17  monitored to ensure satisfactory performance."  In this

18  last sentence, do you see where it says, "The

19  supplemental instruction and diagnostic component is an

20  item to be monitored for implementation fidelity on the

21  strategic plan"?

22          Do you see that here?

23      A   I do.

24      Q   Was it your understanding that the strategic

25  plan was also used as a tool for monitoring whether the



1  State DOE was implementing -- sorry, whether the GNETS

2  were implementing these initiatives with fidelity?

3       A    That would be my assumption from reading it,

4  and I would be relying upon that.

5       Q    All right.  And I want to show you one

6  additional board meeting item from that June 13th

7  meeting.

8            MS. HAMILTON:  I would like for the court

9  reporter to mark this as Plaintiff's Exhibit 617.

10           (Plaintiff's Exhibit 617 was marked for

11  identification.)

12       Q    BY MS. HAMILTON:  This was supporting

13  documentation for grant item -- sorry, for budget item

14  number 40 in that same meeting.  Just noting at the

15  bottom that the board also received this document on

16  May 30th, 2019.  The title says, "Georgia Department of

17  Education Item for State Board of Education Approval -

18  Grant," and the item in particular was "FP - Grant -

19  FY20, State Allocation Therapeutic Services Reimbursement

20  for GNETS Fiscal Agents."

21           Mr. Winter, I will give you a moment to scroll

22  through to take a look.  Let me know when you are ready.

23       A    Okay.

24       Q    And the main reason that I am showing this to

25  you, I'm just trying to understand the various sources of



1  funding that can be awarded to some of the GNETS

2  programs.  This document references the therapeutic

3  services reimbursement for GNETS fiscal agents.  What is

4  the therapeutic services reimbursement?

5       A   As we discussed earlier, especially in small

6  GNETS, they might not have either access to professionals

7  in some of our more rural areas, or might not have a

8  sufficient number of students to fully fund the required

9  needs.  This money was helping to fill in the gap if

10  somebody had to -- they couldn't get a full-time

11  employee, we had to pay people by the hour.  There wasn't

12  enough budget within the number of students they had to

13  meet the needs, this was the State's way of meeting those

14  students' needs.

15       Q   And to make sure I understand what you were

16  saying earlier, I believe you are saying all funding

17  that's approved for the GNETS program has to be approved

18  by the General Assembly and Governor -- Governor's

19  Office.  Is that correct?

20       A   No, that's not what I said.

21       Q   No?  All right.  Can you please clarify.

22       A   I said, all state funding comes from the --

23  from the General Assembly and the Governor.  The federal

24  funding would not.  That's coming from the federal

25  government.



1      Q    Sorry.  I meant to say state funding.  So is it

2    an accurate summary that all state funding has to be

3    approved by the General Assembly and the Governor's

4    Office, including these reimbursement funds?

5      A    All of those funds are in the -- the larger

6    Georgia budget approved by that, that is correct.

7      Q    Okay.  And in this instance, it appears that

8    these funds were only allotted for 11 GNETS programs; is

9    that correct?

10     A    Yes.

11     Q    How does the State Board evaluate whether to

12   grant reimbursement requests to these 11 programs in this

13   instance?

14     A    If you will recall what we said -- what I said

15   earlier, it would be based on the -- it could be based on

16   severity of the child, but more likely was this area, did

17   it have enough students or was it in a rural area where

18   it could not attract staff?

19          So, you know, for example, Metro Atlanta, they

20   wouldn't have trouble with numbers or the ability to get

21   staff, where extremely rural Georgia might have trouble

22   with both.

23     Q    Okay.  And similar to the other board items,

24   there is a performance section here, and it, among other

25   things, asks for a description of how the grant would be

