# EXHIBIT 2

# GNETS Directory FY 24

| NAME AND OFFICE LOCATION | Fiscal Agent and Districts Served |
|---|---|
| **BURWELL**<br>106 Westside School Road,<br>Newnan, Georgia 30263<br>(770) 583-2528<br>Shana Downs, Executive Director<br>sdowns@garesa.org | West Georgia RESA<br><br>Carroll, Coweta, Harris, Heard, Meriwether, and Troup Counties;  Carrollton City |
| **CEDARWOOD**<br>400 Donnie Simmons Way<br>Statesboro, GA 30458<br>(912) 212-8740 FAX (912) 526-7166<br>Whitney Braddock, Director<br>wbraddock@cedarwoodgnets.org | First District RESA<br><br>Appling, Bulloch, Candler, Evans, Jeff Davis, Jenkins, Tattnall, Toombs Counties; Vidalia City |
| **COASTAL ACADEMY**<br>100 Deen Street<br>Hinesville GA 31313<br>(912)876-8021<br>Stephanie Horton, Director<br>shorton@coastalacademygnets.com | First District RESA<br><br>Bryan ,Glynn, Liberty, Long ,McIntosh and Wayne Counties |
| **COASTAL GEORGIA COMPREHENSIVE ACADEMY**<br>2001 Cynthia Street<br>Savannah, Georgia  31415<br>(912) 395-5440/FAX (912) 201-5453<br>David Ackerman, Director<br>david.ackerman@sccpss.com | Chatham County School District<br><br>Savannah-Chatham |
| **DEKALB-ROCKDALE**<br>5931 Shadow Rock Dr.<br>Lithonia, Georgia  30058<br>(678) 676-8111/FAX (678) 676-8110<br>Lila Brown ,Director<br>Lila_Brown@dekalbschoolsga.org | DeKalb County School District<br><br>DeKalb and Rockdale Counties; Decatur City |
| **ELAM ALEXANDER ACADEMY**<br>2051 Second Street<br>Macon, Georgia  31201<br>(478) 779-3930/FAX (478) 779-4821<br>Brooke Cole, Director<br>Brooke.cole@bcsdk12.net | Bibb County School District<br><br>Bibb, Crawford, Lamar, Houston, Jasper, Jones, Monroe, Peach and Twiggs Counties |
| **FLINT AREA LEARNING**<br>607 E 8th Street<br>Cordele, Georgia  31015<br>(229) 276-3425<br>Sherri Nance, Director<br>snance@crispschools.org | Crisp County School District<br><br>Crisp, Dooly, Macon, Marion, Schley, Sumter, Taylor and Webster Counties |
| **FUTURES**<br>P.O.Box 1789<br>Cleveland, Georgia<br>706-865-2141<br>Stacey Benson, Director<br>sbenson@pioneerresa.org | Pioneer RESA<br><br>Banks, Dawson, Franklin, Forsyth, Habersham, Hall, Hart, Lumpkin, Rabun, Stephens, Towns, Union, and White Counties; Gainesville City |

## GNETS Directory FY *24*

| NAME AND OFFICE LOCATION | Fiscal Agent and Districts Served |
|---|---|
| **HARRELL LEARNING CENTER**<br>1215 Bailey Street  Suite C<br>Waycross, Georgia  31501<br>(912) 285-6191<br> Haley Livingston, Director<br>hlivingston@okhlc.org | Okefenokee RESA<br><br>Bacon, Brantley, Charlton, Clinch, Coffee, Pierce, and Ware Counties |
| **H.A.V.E.N. ACADEMY**<br>5805 Dunn Rd.<br>Mableton, Georgia   30126<br>(770) 819-2584/ FAX (770) 819-2586<br>Jessica Coleman Director<br>jessica.coleman@cobbk12.org | Cobb County School District<br><br>Cobb and Douglas Counties; Marietta City |
| **HEARTLAND ACADEMY**<br>800 Martin Luther King Drive<br>Ailey, Ga. 30410<br>(912) 583-4657 /FAX (912) 583-4120<br>Joanna Mock, Director<br>joannam@hgresa.org | Heart of Georgia RESA<br><br>Bleckley, Dodge, Laurens, Montgomery, Pulaski, Telfair, Treutlen, Wheeler, and Wilcox Counties; Dublin City |
| **HORIZON     ACADEMY**<br>3103  Barack  Obama  Blvd<br>Valdosta, Georgia 31601<br>229-671-6095/Fax 229-333-0392<br>Samuel Clemons, Director<br>samuel.clemons@gocats.org | Coastal Plains RESA<br><br>Ben Hill, Berrien, Brooks, Colquitt, Cook,Echols, Irwin, Lanier, Lowndes, Tift , Turner Counties: Valdosta City |
| **MAINSTAY ACADEMY**<br>200 A. Z. Kelsey Avenue<br>Griffin, Georgia   30223<br>(770) 467-6600/FAX (770) 467-6604<br>Craig Whedon, Director<br>craig.whedon@gscs.org | Griffin-Spalding School District<br><br>Butts, Fayette,Newton, Pike, Spalding and Upson Counties |
| **NORTH METRO**<br>601 Beckwith Street SW<br>Atlanta, Georgia   30314<br>(404) 802-6070/FAX 404-802-6098<br>Carrie Powell, Director<br>carrie.powell@mresa.org | Metro RESA<br><br>Fulton County, Atlanta Public Schools, Gwinnett County and Buford City |
| **NORTHSTAR EDUCATIONAL AND THERAPEUTIC SERVICES**<br>159 Stegall Dr.<br>Jasper, Georgia 30143<br>(706) 253-1790/FAX (706) 253-1795<br>Charlon Robertson, Director<br>charlonrobertson@pickenscountyschools.org | North GA RESA<br><br>Fannin, Gilmer, Murray, Pickens, and Whitfield Counties; Dalton City |
| **NORTHWEST GEORGIA EDUCATIONAL**<br>P.O. Box 2130<br>Fort Oglethorpe Georgia  30742<br>(706) 295-6189 Ext. 142/FAX (706) 291-0109<br>Greg McElwee, Director<br>gmcelwee@nwgnets.org | Northwest GA RESA<br><br>Bartow, Catoosa, Chattooga, Dade, Floyd, Gordon, Haralson, Paulding, Polk, and Walker Counties; Bremen, Calhoun, Cartersville, Chickamauga, Rome and Trion Cities |

# GNETS Directory FY *24*

| NAME AND OFFICE LOCATION | Fiscal Agent and Districts Served |
|---|---|
| **OAK TREE**<br>2204 Sharon Drive<br>Albany, GA  31707<br> (229) 431-1323/FAX (229) 483-6350<br>Kerrie Miller, Director<br>Kerri.miller@docoschools.org | Dougherty County School District<br><br>Baker, Calhoun, Dougherty, Early, Lee, Miller, Terrell, Seminole and Worth Counties |
| **GNETS of OCONEE**<br>206 South Main Street P.O. Box 387<br>Tennille, Georgia  31089<br> (478) 552-5178/FAX (478) 552-6499<br>Eddie Morris, Executive Director<br>eddie.morris@oconeeresa.org | Oconee RESA<br><br>Baldwin, Hancock, Johnson, Putnam, Washington, and Wilkinson Counties |
| **PATHWAYS EDUCATIONAL**<br>208 N. Pinetree Blvd.<br>Thomasville, Georgia  31792<br>(229) 225-3910/FAX (229) 225-5283<br>Yvette Morrell, Director<br>ymorrell@tcjackets.net | Thomas County School District<br><br>Grady, Mitchell County, Thomas County, Pelham City, Thomasville City |
| **RIVER QUEST**<br>190 Tiger Trail<br>Swainsboro, Georgia  30401<br>(478) 419-1035/ FAX (478) 419-1015<br>Karen Ross, Director<br>kross@riverquestedu.org | Central Savannah River RESA<br><br>Burke, Emanuel, Glascock, Jefferson, and Screven Counties |
| **THE LIGHTHOUSE**<br>375 Winter Street<br>Winterville, GA 30683<br>(762) 499-4103<br> Maryanne Grimes, Director<br>maryanne.grimes@negaresa.org | Northeast GA RESA<br><br>Barrow, Clarke, Elbert, Greene, Jackson, Madison, Morgan, Oconee, Oglethorpe, and Walton Counties, Commerce, Jefferson, and Social Circle Cities |
| **SAND HILLS**<br>1740 Walton Way 30904<br>(706) 796-7791/FAX (706) 736-8195<br>Talithia Newsome, Director<br>newsota@boe.richmond.k12.ga.us | Richmond County School District<br>Glascock, Lincoln, McDuffie, Richmond, Taliaferro, Warren and Wilkes Counties |
| **SOUTH METRO**<br>5277 Ash Street<br>Forest Park, Georgia  30297<br>(770) 472-2860/FAX (770) 472-2858<br>Derrick Gilchrist, Director<br>Derrick.gilchrist@clayton.k12.ga.us | Clayton County School District<br><br>Clayton County and Henry County |
| **WOODALL**<br>1822 Shephard Drive<br>Columbus, Georgia  31906<br>(706) 748-3166/FAX (706) 748-3171<br>LaChrista Thornton, Director<br>Thornton.Lachrista.S@muscogee.k12.ga.us | Muscogee County School District<br><br>Chattahoochee, Clay, Muscogee, Quitman, Randolph, Stewart and Talbot Counties |