EXHIBIT 3

# GNETS Directory FY *23*

| NAME AND OFFICE LOCATION | Fiscal Agent and Districts Served |
|---|---|
| **BURWELL**<br>106 Westside School Road,<br>Newnan, Georgia 30263<br> (770) 254-2877/FAX (770) 251-4027<br>David Blevins, Director<br>david.blevins@cowetaschools.net | West Georgia RESA<br><br>Carroll, Coweta, Harris, Heard, Meriwether, and Troup Counties;  Carrollton City |
| **CEDARWOOD**<br>400 Donnie Simmons Way<br>Statesboro, GA 30458<br>(912) 212-8740 FAX (912) 526-7166<br>Whitney Braddock, Director<br>wbraddock@cedarwoodgnets.org | First District RESA<br><br>Appling, Bulloch, Candler, Evans, Jeff Davis, Jenkins, Tattnall, Toombs Counties; Vidalia City |
| **COASTAL ACADEMY** 1100B<br> C.A. Devillars Road Darien,<br> Georgia  31305<br>(914)437-8917<br> Lisa Futch/Jody Carter, Directors<br>lfutch@coastalacademygnets.com/jcarter@coastalacademygnets.com | First District RESA<br><br>Bryan, Glynn, Liberty, Long McIntosh and Wayne Counties |
| **COASTAL GEORGIA COMPREHENSIVE ACADEMY**<br>2001 Cynthia Street<br>Savannah, Georgia  31415<br>(912) 395-5440/FAX (912) 201-5453<br>David Ackerman, Director<br>david.ackerman@sccpss.com | Chatham County School District<br><br>Savannah-Chatham |
| **DEKALB-ROCKDALE**<br>5931 Shadow Rock Dr.<br>Lithonia, Georgia  30058<br>(678) 676-8111/FAX (678) 676-8110<br>Melinda Maddox ,Substitute Director<br>melinda.maddox@dekalbschools.org | DeKalb County School District<br><br>DeKalb and Rockdale Counties; Decatur City |
| **ELAM ALEXANDER ACADEMY**<br>2051 Second Street<br>Macon, Georgia  31201<br>(478) 779-3930/FAX (478) 779-4821<br>Brooke Cole, Director<br>Brooke.cole@bcsdk12.net | Bibb County School District<br><br>Bibb, Crawford, Houston, Jasper, Jones, Monroe, Peach and Twiggs Counties |
| **FLINT AREA LEARNING**<br>607 E 8th Street<br>Cordele, Georgia  31015<br>(229) 276-3425<br>Sherri Nance, Director<br>snance@crispschools.org | Crisp County School District<br><br>Crisp, Dooly, Macon, Marion, Schley, Sumter, Taylor and Webster Counties |
| **FUTURES**<br>P.O.Box 1789<br>Cleveland, Georgia<br>706-865-2141<br>Stacey Benson, Director<br>sbenson@pioneerresa.org | Pioneer RESA<br><br>Banks, Dawson, Franklin, Forsyth, Habersham, Hall, Hart, Lumpkin, Rabun, Stephens, Towns, Union, and White Counties; Gainesville City |

# GNETS Directory FY *23*

| NAME AND OFFICE LOCATION | Fiscal Agent and Districts Served |
|---|---|
| **HARRELL LEARNING CENTER**<br>1215 Bailey Street  Suite C<br>Waycross, Georgia  31501<br>(912) 285-6191<br> Haley Livingston, Director<br>hlivingston@okhlc.org | Okefenokee RESA<br><br>Atkinson, Bacon, Brantley, Camden, Charlton, Clinch, Coffee, Pierce, and Ware Counties |
| **H.A.V.E.N. ACADEMY**<br>5805 Dunn Rd.<br>Mableton, Georgia   30126<br>(770) 819-2584  EXT. 022<br>FAX (770) 819-2592<br>Robin Baumgarten, Director<br>robin.baumgarten@cobbk12.org | Cobb County School District<br><br>Cobb and Douglas Counties; Marietta City |
| **HEARTLAND ACADEMY**<br>800 Martin Luther King Drive<br>Ailey, Ga. 30410<br>(912) 583-4657/FAX (912) 583-4120<br>Joanna Mock, Director<br>joannam@hgresa.org | Heart of Georgia RESA<br><br>Bleckley, Dodge, Laurens, Montgomery, Pulaski, Telfair, Treutlen, Wheeler, and Wilcox Counties; Dublin City |
| **HORIZON    ACADEMY**<br>3103  Barack  Obama  Blvd<br>Valdosta, Georgia 31601<br>229-333-8500 ext 4052 or 4011,/Fax 229-333-0392<br>Samuel Clemons, Director<br>samuel.clemons@gocats.org | Coastal Plains RESA<br><br>Ben Hill, Berrien, Brooks, Colquitt, Cook,Echols, Irwin, Lanier, Lowndes, Tift , Turner Counties: Valdosta City |
| **MAINSTAY ACADEMY**<br>200 A. Z. Kelsey Avenue<br>Griffin, Georgia  30223<br>(770) 467-6600/FAX (770) 467-6604<br>Craig Whedon, Director<br>craig.whedon@gscs.org | Griffin-Spalding School District<br><br>Butts, Fayette, Lamar, Newton, Pike, Spalding and Upson Counties |
| **NORTH METRO**<br>601 Beckwith Street SW<br>Atlanta, Georgia  30314<br>(404) 802-6070/FAX 404-802-6098<br>Cassandra Holifield, Director<br>Cassandra.holifield@mresa.org | Metro RESA<br><br>Fulton County, Atlanta Public Schools, Gwinnett County and Buford City |
| **NORTHSTAR EDUCATIONAL AND THERAPEUTIC SERVICES**<br>159 Stegall Dr.<br>Jasper, Georgia 30143<br>(706) 253-1790/FAX (706) 253-1795<br>Jacqie Neal, Director<br>Jacqie.Neal@dalton.k12.ga.us | North GA RESA<br><br>Fannin, Gilmer, Murray, Pickens, and Whitfield Counties; Dalton City |
| **NORTHWEST GEORGIA EDUCATIONAL**<br>P.O. Box 2130<br>Fort Oglethorpe Georgia  30742<br>(706) 291-2625 Ext. 11/FAX (706) 291-0109<br>Greg McElwee, Director<br>gmcelwee@nwgnets.org | Northwest GA RESA<br><br>Bartow, Catoosa, Chattooga, Dade, Floyd, Gordon, Haralson, Paulding, Polk, and Walker Counties; Bremen, Calhoun, Cartersville, Chickamauga, Rome and Trion Cities |

# GNETS Directory FY *23*

| NAME AND OFFICE LOCATION | Fiscal Agent and Districts Served |
|---|---|
| **OAK TREE**<br>2204 Sharon Drive<br>Albany, GA  31707<br> (229) 431-1323/FAX (229) 483-6350<br>Kerrie Miller, Director<br>Kerri.miller@docoschools.org | Dougherty County School District<br><br>Baker, Calhoun, Dougherty, Early, Lee, Miller, Terrell, Seminole and Worth Counties |
| **GNETS of OCONEE**<br>155 Hwy 49 West<br>Milledgeville, Georgia  31059-1830<br>(478) 414-2023/FAX (478) 414-2025<br>Pat Wolf, Director<br>Pat.wolf@gnetsofoconee.org | Oconee RESA<br><br>Baldwin, Hancock, Johnson, Putnam, Washington, and Wilkinson Counties |
| **PATHWAYS EDUCATIONAL**<br>208 N. Pinetree Blvd.<br>Thomasville, Georgia  31792<br>(229) 225-3910/FAX (229) 225-5283<br>Susan Weakland, Director<br>sweakland@tcjackets.net | Thomas County School District<br><br>Grady, Mitchell County, Thomas County, Pelham City, Thomasville City |
| **RIVER QUEST**<br>190 Tiger Trail<br>Swainsboro, Georgia  30401<br>(478) 419-1035/ FAX (478) 419-1015<br>Karen Ross, Director<br>kross@riverquestedu.org | Central Savannah River RESA<br><br>Burke, Emanuel, Glascock, Jefferson, and Screven Counties |
| **RUTLAND ACADEMY**<br>1250 Oglethorpe Avenue<br>Athens, Georgia  30606<br>(706) 549-3030 Ext. 427/FAX (706) 613-7142<br>Celest Ngeve- Director<br>celest.ngeve@rutlandacademy.org | Northeast GA RESA<br><br>Barrow, Clarke, Elbert, Greene, Jackson, Madison, Morgan, Oconee, Oglethorpe, and Walton Counties, Commerce, Jefferson, and Social Circle Cities |
| **SAND HILLS**<br>1740 Walton Way 30904<br>(706) 796-7791/FAX (706) 736-8195<br>Talithia Newsome, Director<br>newsota@boe.richmond.k12.ga.us | Richmond County School District<br>Glascock, Lincoln, McDuffie, Richmond, Taliaferro, Warren and Wilkes Counties |
| **SOUTH METRO**<br>5277 Ash Street<br>Forest Park, Georgia  30297<br>(770) 472-2860/FAX (770) 472-2858<br>Derrick Gilchrist, Director<br>Derrick.gilchrist@clayton.k12.ga.us | Clayton County School District<br><br>Clayton County and Henry County |
| **WOODALL**<br>1822 Shephard Drive<br>Columbus, Georgia  31906<br>(706) 748-3166/FAX (706) 748-3171<br>LaChrista Thornton, Director<br>Thornton.Lachrista.S@muscogee.k12.ga.us | Muscogee County School District<br><br>Chattahoochee, Clay, Muscogee, Quitman, Randolph, Stewart and Talbot Counties |