# EXHIBIT 4



Richard Woods, Georgia's School Superintendent

Search this site

- Offices & Divisions
- Programs & Initiatives
- Data & Reporting
- Learning & Curriculum
- State Board & Policy
- Finance & Operations
- Contact

🏠 ➡ Policy, Flexibility, and External Affairs ➡ AskDOE ➡ Schools and Districts

# Schools and Districts

**What Parents Need to Know**

The Georgia Department of Education works hard to ensure that local school districts, teachers, and students are supported. There are currently 181 school districts, large and small, across the state containing over 2,200 schools that employ over 114,800 teachers who educate approximately 1.6 million students every day. This section provides information on public, private, home, and other special schools in the state of Georgia. If you have specific questions about any of the resources listed below contact AskDOE at 1-800-311-3627 or speak with your local school district.

**Public Schools**
Click above for a complete list of contact information for every school district in the state of Georgia.

**School Reports**
Click above to find out demographic, AYP, Report Card, and other school and system level data. You may search by geographical map, district index, or school index.

**Charter Schools**
Charter schools are public schools that operate with freedom from many of the local and state regulations that apply to traditional public schools. Charter schools allow parents, community leaders, and others the flexibility to innovate and provide students with increased educational options within the public school system. For a complete list of charter schools in Georgia click above.

**State Schools**
Georgia provides equal opportunity to students with special needs through three state-run schools: Atlanta Area School for the Deaf, Georgia School for the Deaf, and Georgia Academy for the Blind. To learn more about these schools click above.

**Georgia Virtual School**
The Georgia Virtual School is an internet-based public school housed in the Georgia Department of Education serving public, private, and home schooled students throughout the state. Georgia certified teachers guide students through each course online as they would in a traditional school setting. Virtual courses can be taken as actual classes during the school day or as a supplement to further enhance or improve a student's course of study. To learn more or to register for a class click above.

**Home Schools**
Click above for a list of requirements for home study programs and frequently asked questions.

**Private Schools**
Click above for a list of private schools in the state of Georgia

**Contact Information**

**AskDOE**
Local: (404) 656-2800
Toll Free: (800) 311-3627 (GA)
Fax: (404) 651-6867
Email: askdoe@doe.k12.ga.us

### Public Schools

Click above for a complete list of contact information for every school district in the state of Georgia.

### School Reports

Click above to find out demographic, AYP, Report Card, and other school and system level data. You may search by geographical map, district index, or school index.

### Charter Schools

Charter schools are public schools that operate with freedom from many of the local and state regulations that apply to traditional public schools. Charter schools allow parents, community leaders, and others the flexibility to innovate and provide students with increased educational options within the public school system. For a complete list of charter schools in Georgia click above.

### State Schools

Georgia provides equal opportunity to students with special needs through three state-run schools: Atlanta Area School for the Deaf, Georgia School for the Deaf, and Georgia Academy for the Blind. To learn more about these schools click above.

### Georgia Virtual School

The Georgia Virtual School is an internet-based public school housed in the Georgia Department of Education serving public, private, and home schooled students throughout the state. Georgia certified teachers guide students through each course online as they would in a traditional school setting. Virtual courses can be taken as actual classes during the school day or as a supplement to further enhance or improve a student's course of study. To learn more or to register for a class click above.

### Home Schools

Click above for a list of requirements for home study programs and frequently asked questions.

### Private Schools

Click above for a list of private schools in the state of Georgia.












©2023 Georgia Department of Education

MyGaDOE | Terms of Use | Human Trafficking Notice | Accessibility Notice | Service of Process Information | Content Management Login | Job Openings