# EXHIBIT 8 (part 3)

The following categories of eligibility are included and excluded under Georgia Families:

| Included Categories of Eligibility (COE): | |
|---|---|
| **COE** | **DESCRIPTION** |
| 104 | LIM – Adult |
| 105 | LIM – Child |
| 118 | LIM – 1st Yr Trans Med Ast Adult |
| 119 | LIM – 1st Yr Trans Med Ast Child |
| 122 | CS Adult 4 Month Extended |
| 123 | CS Child 4 Month Extended |
| 135 | Newborn Child |
| 170 | RSM Pregnant Women |
| 171 | RSM Child |
| 180 | P4HB Inter Pregnancy Care |
| 181 | P4HB Family Planning Only |
| 182 | P4HB ROMC - LIM |
| 183 | P4HB ROMC - ABD |
| 194 | RSM Expansion Pregnant Women |
| 195 | RSM Expansion Child < 1 Yr |
| 196 | RSM Expn Child w/DOB < = 10/1/83 |
| 197 | RSM Preg Women Income < 185 FPL |
| 245 | Women's Health Medicaid |
| 471 | RSM Child |
| 506 | Refugee (DMP) – Adult |
| 507 | Refugee (DMP) – Child |
| 508 | Post Ref Extended Med – Adult |
| 509 | Post Ref Extended Med – Child |
| 510 | Refugee MAO – Adult |
| 511 | Refugee MAO – Child |
| 571 | Refugee RSM - Child |
| 595 | Refugee RSM Exp. Child < 1 |
| 596 | Refugee RSM Exp Child DOB </= 10/01/83 |
| 790 | Peachcare < 150% FPL |
| 791 | Peachcare 150 – 200% FPL |
| 792 | Peachcare 201 – 235% FPL |
| 793 | Peachcare > 235% FPL |
| 835 | Newborn |
| 836 | Newborn (DFACS) |
| 871 | RSM (DHACS) |
| 876 | RSM Pregnant Women (DHACS) |
| 894 | RSM Exp Pregnant Women (DHACS) |
| 895 | RSM Exp Child < 1 (DHACS) |
| 897 | RSM Pregnant Women Income > 185% FPL (DHACS) |
| 898 | RSM Child < 1 Mother has Aid = 897 (DHACS) |

GA00396922

| Included Categories of Eligibility (COE): | |
| --- | --- |
| COE | DESCRIPTION |
| 918 | LIM Adult |
| 919 | LIM Child |
| 920 | Refugee Adult |
| 921 | Refugee Child |

| Excluded Categories of Eligibility (COE): | |
| --- | --- |
| COE | DESCRIPTION |
| 124 | Standard Filing Unit – Adult |
| 125 | Standard Filing Unit – Child |
| 131 | Child Welfare Foster Care |
| 132 | State Funded Adoption Assistance |
| 147 | Family Medically Needy Spend down |
| 148 | Pregnant Women Medical Needy Spend down |
| 172 | RSM 150% Expansion |
| 180 | Interconceptional Waiver |
| 210 | Nursing Home – Aged |
| 211 | Nursing Home – Blind |
| 212 | Nursing Home – Disabled |
| 215 | 30 Day Hospital – Aged |
| 216 | 30 Day Hospital – Blind |
| 217 | 30 Day Hospital – Disabled |
| 218 | Protected Med/1972 Cola - Aged |
| 219 | Protected Med/1972 Cola – Blind |
| 220 | Protected Med/1972 Cola - Disabled |
| 221 | Disabled Widower 1984 Cola - Aged |

GA00396923

**Excluded Categories of Eligibility (COE):**

| COE | DESCRIPTION |
|---|---|
| 222 | Disabled Widower 1984 Cola – Blind |
| 223 | Disabled Widower 1984 Cola – Disabled |
| 224 | Pickle - Aged |
| 225 | Pickle – Blind |
| 226 | Pickle – Disabled |
| 227 | Disabled Adult Child - Aged |
| 227 | Disabled Adult Child - Aged |
| 229 | Disabled Adult Child – Disabled |
| 230 | Disabled Widower Age 50-59 – Aged |
| 231 | Disabled Widower Age 50-59 – Blind |
| 232 | Disabled Widower Age 50-59 – Disabled |
| 233 | Widower Age 60-64 – Aged |
| 234 | Widower Age 60-64 – Blind |
| 235 | Widower Age 60-64 – Disabled |
| 236 | 3 Mo. Prior Medicaid – Aged |
| 237 | 3 Mo. Prior Medicaid – Blind |
| 238 | 3 Mo. Prior Medicaid – Disabled |
| 239 | Abd Med. Needy Defacto – Aged |
| 240 | Abd Med. Needy Defacto – Blind |
| 241 | Abd Med. Needy Defacto – Disabled |
| 242 | Abd Med Spend down – Aged |
| 243 | Abd Med Spend down – Blind |
| 244 | Abd Med Spend down – Disabled |

GA00396924

**Excluded Categories of Eligibility (COE):**

| COE | DESCRIPTION |
|---|---|
| 246 | Ticket to Work |
| 247 | Disabled Child – 1996 |
| 250 | Deeming Waiver |
| 251 | Independent Waiver |
| 252 | Mental Retardation Waiver |
| 253 | Laurens Co. Waiver |
| 254 | HIV Waiver |
| 255 | Cystic Fibrosis Waiver |
| 259 | Community Care Waiver |
| 280 | Hospice – Aged |
| 281 | Hospice – Blind |
| 282 | Hospice – Disabled |
| 283 | LTC Med. Needy Defacto – Aged |
| 284 | LTC Med. Needy Defacto –Blind |
| 285 | LTC Med. Needy Defacto – Disabled |
| 286 | LTC Med. Needy Spend down – Aged |
| 287 | LTC Med. Needy Spend down – Blind |
| 288 | LTC Med. Needy Spend down – Disabled |
| 289 | Institutional Hospice – Aged |
| 290 | Institutional Hospice – Blind |
| 291 | Institutional Hospice – Disabled |
| 301 | SSI – Aged |
| 302 | SSI – Blind |

GA00396925

**Excluded Categories of Eligibility (COE):**

| COE | DESCRIPTION |
|---|---|
| 303 | SSI – Disabled |
| 304 | SSI Appeal – Aged |
| 305 | SSI Appeal – Blind |
| 306 | SSI Appeal – Disabled |
| 307 | SSI Work Continuance – Aged |
| 309 | SSI Work Continuance – Disabled |
| 308 | SSI Work Continuance – Blind |
| 315 | SSI Zebley Child |
| 321 | SSI E02 Month – Aged |
| 322 | SSI E02 Month – Blind |
| 323 | SSI E02 Month – Disabled |
| 387 | SSI Trans. Medicaid – Aged |
| 388 | SSI Trans. Medicaid – Blind |
| 389 | SSI Trans. Medicaid – Disabled |
| 410 | Nursing Home – Aged |
| 411 | Nursing Home – Blind |
| 412 | Nursing Home – Disabled |
| 424 | Pickle – Aged |
| 425 | Pickle – Blind |
| 426 | Pickle – Disabled |
| 427 | Disabled Adult Child – Aged |
| 428 | Disabled Adult Child – Blind |
| 429 | Disabled Adult Child – Disabled |

GA00396926

**Excluded Categories of Eligibility (COE):**

| COE | DESCRIPTION |
|---|---|
| 445 | N07 Child |
| 446 | Widower – Aged |
| 447 | Widower – Blind |
| 448 | Widower – Disabled |
| 460 | Qualified Medicare Beneficiary |
| 466 | Spec. Low Inc. Medicare Beneficiary |
| 575 | Refugee Med. Needy Spend down |
| 660 | Qualified Medicare Beneficiary |
| 661 | Spec. Low Income Medicare Beneficiary |
| 662 | Q11 Beneficiary |
| 663 | Q12 Beneficiary |
| 664 | Qua. Working Disabled Individual |
| 815 | Aged Inmate |
| 817 | Disabled Inmate |
| 870 | Emergency Alien – Adult |
| 873 | Emergency Alien – Child |
| 874 | Pregnant Adult Inmate |
| 915 | Aged MAO |
| 916 | Blind MAO |
| 917 | Disabled MAO |
| 983 | Aged Medically Needy |
| 984 | Blind Medically Needy |
| 985 | Disabled Medically Needy |

GA00396927

**HEALTH CARE PROVIDERS**

For information regarding the participating health plans (enrollment, rates, and procedures), please call the numbers listed below.

Prior to providing services, you should contact the member's health plan to verify eligibility, PCP assignment and covered benefits. You should also contact the health plan to check prior authorizations and submit claims.

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| 800-454-3730 (general information) www.amerigroup.com | 1-855-202-1058 www.careSource.com / GeorgiaMedicaid | 866-874-0633 (general information) 866-874-0633 (claims) 800-704-1483 (medical management) www.pshpgeorgia.com | 866-231-1821 www.wellcare.com |

**Registering immunizations with GRITS:**
If you are a Vaccine for Children (VFC) provider, please continue to use the GRITS (Georgia Immunization Registry) system for all children, including those in Medicaid and PeachCare for Kids®, fee-for-service, and managed care.

**Important tips for the provider to know/do when a member comes in:**

Understanding the process for verifying eligibility is now more important than ever. You will need to determine if the patient is eligible for Medicaid/PeachCare for Kids® benefits and if they are enrolled in a Georgia Families health plan. Each plan sets its own medical management and referral processes. Members will have a new identification card and primary care provider assignment.

You may also contact DXC at 1-800-766-4456 (statewide) or www.mmis.georgia.gov for information on a member's health plan.

**Use of the Medicaid Management Information System (MMIS) web portal:**

The call center and web portal will be able to provide you information about a member's Medicaid eligibility and health plan enrollment. DXC will **not** be able to assist you with benefits, claims processing or prior approvals for members assigned to a Georgia Families health plan. You will need to contact the member's plan directly for this information.

GA00396928

**Participating in a Georgia Families' health plan:**

Each health plan will assign provider numbers, which will be different from the provider's Medicaid provider number and the numbers assigned by other health plans.

**Billing the health plans for services provided:**

For members who are in Georgia Families, you should file claims with the member's health plan.

**If a claim is submitted to DXC in error:**

DXC will deny the claim with a specific denial code. Prior to receiving this denial, you may go ahead and submit the claim to the member's health plan.

**Credentialing**

Effective August 1, 2015, Georgia's Department of Community Health (DCH) implemented a NCQA certified Centralized Credentialing Verification Process utilizing a Credentialing Verification Organization (CVO). This functionality has been added to the Georgia Medicaid Management Information System (GAMMIS) website (www.MMIS.georgia.gov) and has streamlined the time frame that it takes for a provider to be fully credentialed.

Credentialing and recredentialing services is provided for Medicaid providers enrolled in Georgia Families and/or the Georgia Families 360° program.

This streamlined process results in administrative simplification thereby preventing inconsistencies, as well as the need for a provider to be credentialed or recredentialed multiple times.

The CVO's one-source application process:
- •Saves time
- •Increases efficiency
- •Eliminates duplication of data needed for multiple CMOs
- •Shortens the time period for providers to receive credentialing and recredentialing decisions

The CVO will perform primary source verification, check federal and state databases, obtain information from Medicare's Provider Enrollment Chain Ownership System (PECOS), check required medical malpractice insurance, confirm Drug Enforcement Agency (DEA) numbers, etc. A Credentialing Committee will render a decision regarding the provider's credentialing status. Applications that contain all required credentialing and recredentialing materials at the time of submission will receive a decision within 45 calendar days. Incomplete applications that do not contain all required credentialing documents will be returned to the provider with a request to supplement all missing materials. Incomplete applications may result in a delayed credentialing or recredentialing decision. The credentialing decision is provided to the CMOs.

GA00396929

HP provider reps will provide training and assistance as needed. Providers may contact HP for assistance with credentialing and recredentialing by dialing 1-800-766-4456.

**Assignment of separate provider numbers by all of the health plans:**

Each health plan will assign provider numbers, which will be different from the provider's Medicaid provider number and the numbers assigned by other health plans.

**Billing the health plans for services provided:**

For members who are in Georgia Families, you should file claims with the member's health plan.

**If a claim is submitted to DXC in error:**

DXC will deny the claim with a specific denial code. Prior to receiving this denial, you may go ahead and submit the claim to the member's health plan.

**Receiving payment:**

Claims should be submitted to the member's health plan. Each health plan has its own claims processing and you should consult the health plan about their payment procedures.

GA00396930

**Health plans payment of clean claims:**

Each health plan (and subcontractors) has its own claims processing and payment cycles. The claims processing and payment timeframes are as follows:

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| Amerigroup runs claims cycles twice each week (on Monday and Thursday) for **clean** claims that have been adjudicated.<br><br>Monday Claims run: Checks mailed on Tuesday. Providers enrolled in ERA/EFT receive the ACH on Thursday.<br><br>Thursday Claims run: Checks mailed on Wednesday. Providers enrolled in ERA/EFT receive the ACH on Tuesday.<br><br>**Dental:** Checks are mailed weekly on Thursday for **clean** claims.<br><br>**Vision:** Checks are mailed weekly on Wednesday for **clean** claims (beginning June 7th)<br><br>**Pharmacy:** Checks are mailed to pharmacies weekly on Friday (except when a holiday falls | CareSource runs claims cycles twice each week on Saturdays and Tuesdays for <u>clean</u> claims that have been adjudicated.<br><br><u>Pharmacy:</u> Payment cycles for pharmacies is weekly on Wednesdays. | Peach State has two weekly claims payment cycles per week that produces payments for **clean** claims to providers on Monday and Wednesday.<br><br>For further information, please refer to the Peach State website, or the Peach State provider manual. | WellCare runs claims payment cycles up to six (6) times each week for **clean** claims.<br><br>For further information, please refer to the WellCare website, the WellCare provider manual, or contact Customer Service at 866-231-1821 |

GA00396931

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| on Friday, then mailed the next business day) | | | |

**How often can a patient change his/her PCP?**

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| Anytime | Members can change their PCP one (1) time per month. However, members can change their PCP at any time under extenuating circumstances such as:<br>• Member requests to be assigned to a family member's PCP<br>• PCP does not provide the covered services a member seeks due to moral or religious objections<br>• PCP moves, retires, etc. | Within the first 90 days of a member's enrollment, he/she can change PCP monthly. If the member has been with the plan for 90 days or longer, the member can change PCPs once every six months. There are a few exclusions that apply and would warrant an immediate PCP change. | Members can change PCPs for any reason within the first 90 days of their enrollment. After the first 90 days, members may change PCPs once every six months. |

GA00396932

**Once the patient requests a PCP change, how long it takes for the new PCP to be assigned:**

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| Next business day | PCP selections are updated in CareSource's systems daily. | PCP changes made before the 24th day of the month and are effective for the current month. PCP changes made after the 24th day of the month are effective for the first of the following month. | PCP changes made between the 1st and 10th of the month will go into effect right away. Changes made after the 10th of the month will take effect at the beginning of the next month |

**PHARMACY**

Georgia Families does provide pharmacy benefits to members. Check with the member's health plan about who to call to find out more about enrolling to provide pharmacy benefits, including information about their plans reimbursement rates, specific benefits that are available, including prior approval requirements.

To request information about contracting with the health plans, you can call the CMOs provider enrollment services.

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| 800-454-3730 https://providers.amerigroup.com/pages/ga-2012.aspx | 844-441-8024 https://cvs.az1.qualtrics.com/jfe/form/SV_cvyY0ohqT2VXYod | 866-874-0633 www.pshpgeorgia.com | 866-300-1141 ProspectiveProviderGA@WellCare.com or https://www.wellcare.com/en/Georgia/Become-a-Provider |

All providers must be enrolled as a Medicaid provider to be eligible to contract with a health plan to provide services to Georgia Families members.

GA00396933

Rev. 01/11
Rev. 10/12
Rev. 04/14
Rev. 07/17
Rev. 10/18
Rev. 04/19

**The CMO Pharmacy Benefit Managers (PBM) and the Bin Numbers, Processor Control Numbers and Group Numbers are:**

| Health Plan | PBM | BIN # | PCN |
|---|---|---|---|
| Amerigroup Community Care | ESI | 003858 | MA |
| CareSource | CVS Caremark | 004336 | MCAIDADV<br><br>Group: RX0835 |
| Peach State Health Plan | Envolve Pharmacy Solutions (PBM) Caremark (Claims Processor) | 004336 | MCAIDADV |
| WellCare of Georgia | Caremark | 004336 | MCAIDADV |

**If a patient does not have an identification card:**

Providers can check the enrollment status of Medicaid and PeachCare for Kids® members through DXC by calling 1-800-766-4456 or going to the web portal at www.mmis.georgia.gov. DXC will let you know if the member is eligible for services and the health plan they are enrolled in. You can contact the member's health plan to get the member's identification number.

Use of the member's Medicaid or PeachCare for Kids® identification number to file a pharmacy claim:

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| No, you will need the member's health plan ID number | Yes, you may also use the health plan ID number. | Yes | Yes, you may also use the WellCare subscriber ID |

**Health plans preferred drug list, prior authorization criteria, benefit design, and reimbursement rates:**

Each health plan sets their own procedures, including preferred drug list, prior authorization criteria, benefit design, and reimbursement rates.

GA00396934

**Will Medicaid cover prescriptions for members that the health plans do not?**

No, Medicaid will not provide a "wrap-around" benefit for medications not covered or approved by the health plan. Each health plan will set its own processes for determining medical necessity and appeals.

**Who to call to request a PA:**

| Amerigroup Community Care | CareSource | Peach State Health Plan | WellCare of Georgia |
|---|---|---|---|
| 1 (800) 454-3730 | 1 (855) 202-1058 1(866) 930-0019 (fax) | 1 (866) 399-0929 | 1 (866) 231-1821 1 (866) 455-6558 (fax) |

GA00396935

# APPENDIX I



## *Information for Providers Serving Medicaid Members in the Georgia Families 360° SM Program*

Rev. 04/14
Rev. 07/18

**Georgia Families 360°**SM, the state's managed care program for children, youth, and young adults in Foster Care, children and youth receiving Adoption Assistance, as well as select youth in the juvenile justice system, launched Monday, March 3, 2014. Amerigroup Community Care is the single Care Management Organization (CMO) that will be managing this population.

Amerigroup is responsible, through its provider network, for coordinating all DFCS, DJJ required assessments and medically necessary services for children, youth and young adults who are eligible to participate in the Georgia Families 360°SM Program. Amerigroup will coordinate all medical/dental/trauma assessments for youth upon entry into foster care or juvenile justice (and as required periodically).

**Georgia Families 360°**SM  Every member in Georgia Families 360° is assigned a Care Coordinator who works closely with them to ensure access to care and ensure that appropriate, timely, and trauma informed care is provided for acute conditions as well as ongoing preventive care. This ensures that all medical, dental, and behavioral health issues are addressed. Members also have a medical and dental home to promote consistency and continuity of care. The medical and dental homes coordinate care and serve as a place where the child is known over time by providers who can provide holistic care. DFCS, DJJ, foster parents, adoptive parents and other caregivers are involved in the ongoing health care plans to ensure that the physical and behavioral health needs of these populations are met.

Electronic Health Records (EHRs) are being used to enhance effective delivery of care. The EHRs can be accessed by Amerigroup, physicians in the Amerigroup provider network, and DCH sister agencies, including the DFCS, regardless of where the child lives, even if the child experiences multiple placements. Ombudsman and advocacy staff are in place at both DCH and Amerigroup to support caregivers and members, assisting them in navigating the health care system. Additionally, medication management programs are in place to focus on appropriate monitoring of the use of psychotropic medications, to include ADD/ADHD as well as other behavioral health prescribed medications.

Providers can obtain additional information by contacting the Provider Service Line at 1-800-454-3730 or by contacting their Provider Relations representative.

To learn more about DCH and its dedication to A Healthy Georgia, visit www.dch.georgia.gov

GA00396936

# APPENDIX J

## *Preventive Oral Health: Fluoride Varnish*

Rev. 07/10
Rev. 07/11
Rev. 04/15
Rev. 10/15
Rev. 01/16
Rev. 04/16
Rev. 10/16
Rev. 10/19

Fluoride varnish acts to retard, arrest, and reverse the caries process. The teeth absorb the fluoride varnish, strengthening the enamel and helping prevent cavities. It is not a substitute for fluoridated water or toothpaste.

Once teeth are present, the application of fluoride varnish is required and may be applied every 3-6 months in the primary care or dental office for children between the ages of 6 months and 5 years.
https://www.uspreventiveservicestaskforce.org/Page/Document/RecommendationStatementFinal/dental-caries-in-children-from-birth-through-age-5-years-screening
Indications for fluoride use are noted in the 2014 AAP clinical report "Fluoride Use in Caries Prevention in the Primary Care Setting"
http://pediatrics.aappublications.org/cgi/doi/10.1542/peds.2014-1699

***Documentation:*** Evidence that fluoride varnish was applied once between the ages of 6 months and 5 years OR evidence that the provider addressed the fluoride varnish requirement and/or its importance with the parent.

D1206 - Current Dental Terminology (CDT) Code
99188  - Current Procedural Terminology (CPT) Code

Effective January 1, 2015, the application of topical fluoride varnish by a physician or other qualified health care professional may be billed with the new CPT code 99188. This applies to providers enrolled in and filing claims under GA Medicaid programs 430, 431, and 740. Only providers enrolled in and filing claims under GA Medicaid programs 430, 431, 450, and 740 may bill Code D1206 Fluoride Varnish (eff. 1/1/2010).

Note:
- Dentists: under category of service 450
- Physicians: under category of service 430
- Physician Assistants (PA): under category of service 431
- Nurse Practitioners: under category of service 740

Providers may not bill for an Evaluation and Management (E/M) visit in addition to billing for the application of fluoride varnish, if the sole purpose of the visit was to apply the fluoride varnish. In this instance, the provider may bill for the fluoride varnish code only.

For more information including the payment rate for this service, please see the Part II Policies and Procedures Manual for Dental Services.

GA00396937

**RESOURCES (not mandatory to use):**

Rev. 07/10
Rev. 07/11
Rev. 04/15
Rev. 10/15
Rev. 01/16
Rev. 04/16
Rev. 10/16
Rev. 10/19

Smiles for Life Oral Health Risk Assessment Tool:

Caries risk assessments:
**ADA Caries Risk Assessment Form (Age 0-6)**
**ADA Caries Risk Assessment Form (Age >6)**

Smiles for Life Online trainings:
Child Oral Health (Course 2)
Caries Risk Assessment, Fluoride Varnish and Counseling (Course 6) (Course 6)

Oral Health Professional Websites:  American Dental Association (ADA): http://www.ada.org
    American Academy of Pediatric Dentistry (AAPD): http://www.aapd.org
Parent Handouts:  'For The Dental Patient' by the ADA freely available for download and photocopy at
    http://www.ada.org/993.aspx

\*Patients at risk for caries include those with: insufficient sources of dietary fluoride; high carbohydrate diets; caretakers who transmit decay-causing bacteria to children via their saliva; areas of tooth decalcification; reduced salivary flow; and poor oral hygiene. AAP training course also includes "children from low socioeconomic and ethnocultural groups."

GA00396938

# APPENDIX K

## *EPSDT HIPAA Referral Code Examples*

Rev. 10/14

1. Child has come in for an EPSDT Interperiodic Hearing Screen and the provider finds that the child has an ear infection. The provider treats the child for the ear infection at the time of the interperiodic visit and requests a follow up appointment with him in two weeks. What EPSDT referral code should be documented?

   A. EPSDT Referral Code: **S2**

2. Child has come in for an EPSDT Screen and has experienced complications with diabetes since birth. The provider treats the child for the diabetes complications at the time of the preventive health visit and does not request a follow up appointment. What EPSDT referral code should be documented?

   **A.** EPSDT Referral Code: **NU**

3. Child has come in for an EPSDT Screen and during the screen, the mother informs the provider that the child has behavior problems. The provider refers the child for further diagnostic testing within two weeks with a Diagnostic and Behavioral Center. What EPSDT referral code should be documented?

   A. EPSDT Referral Code: **ST**

4. Child has come in for EPSDT Screen and the provider finds that the child has some developmental problems. The provider refers the child for further diagnostic testing with a Developmental and Behavioral Center. Mom refuses the Developmental and Behavioral appointment. What EPSDT referral code should be documented?

   A. EPSDT Referral Code: **AV**

GA00396939

Rev. 04/14
Rev. 07/15
Rev. 07/17

# APPENDIX L

## *NEW CMS 1500 CLAIM FORM (version 02/12) - SAMPLE*

Effective May 1, 2015, paper claims are no longer accepted by DXC.   As part of the Georgia Paperless Initiative, providers are required to submit CMS 1500 claims electronically over the GAMMIS web portal. For more information regarding the Paperless Initiative, please access the web portal and review all related Banner Messages.



GA00396940

## *New CMS 1500 Field Locator Instructions*

The following table outlines the **revised changes** on the above CMS 1500 claim form version 02/12:

| FLD Location | NEW Change |
|---|---|
| Header | Replaced 1500 rectangular symbol with black and white two-dimensional QR Code (Quick Response Code) |
| Header | Added "(NUCC)" after "APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE." |
| Header | Replaced "08/05" with "02/12" |
| Item Number 1 | Changed "TRICARE CHAMPUS" to "TRICARE" and changed" (Sponsor's SSN) to "(ID#/DoD#)." |
| Item Number 1 | Changed "(SSN or ID) to "(ID#)" under "GROUP HEALTH PLAN" |
| Item Number 1 | Changed "(SSN)" to "(ID#)" under "FECA BLK LUNG." |
| Item Number 1 | Changed "(ID)" to "(ID#)" under "OTHER.' |
| Item Number 8 | Deleted "PATIENT STATUS" and content of field. Changed title to "**RESERVED FOR NUCC USE.**" |
| Item Number 9b | Deleted "OTHER INSURED's DATE OF BIRTH, SEX." Changed title to "**RESERVED FOR NUCC USE.**" |
| Item Number 9c | Deleted "EMPLOYER'S NAME OR SCHOOL." Changed title to "**RESERVED FOR NUCC USE.**" |
| Item Number 10d | Changed title from "RESERVED FOR LOCAL USE" to "CLAIM CODES (Designated by NUCC)." **Field 10d is being changed to receive Worker's Compensation codes or Condition codes approved by NUCC.** **FOR DCH/DXC:** FLD 10d on the OLD Form CMS 1500 Claim (08/05) will no longer support receiving the Medicare provider ID. |
| Item Number 11b | Deleted "EMPLOYER'S NAME OR SCHOOL." **Changed title to "OTHER CLAIM ID** (Designated by NUCC)". Added dotted line in the left-hand side of the field to accommodate a 2-byte qualifier |
| Item Number 11d | Changed "If yes, return to and complete Item 9 a-d" to "If yes, complete items 9, 9a, and 9d." (Is there another Health Benefit Plan?) |
| Item Number 14 | Changed title to "DATE OF CURRENT ILLNESS, INJURY, OR PREGNANCY (LMP)." Removed the arrow and text in the right-hand side of the field. Added "QUAL." with a dotted line to accommodate a 3-byte qualifier." **FOR DCH/DXC: Use Qualifiers: 431 (onset of current illness); 484 (LMP); or 453 (Estimated Delivery Date).** |
| Item Number 15 | Changed title from 'IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE" to "OTHER DATE." Added "QUALIFIER." with two dotted lines to accommodate a 3-byte qualifier: 454 (Initial Treatment); 304 (Latest Visit or Consultation); 453 (Acute Manifestation of a Chronic Condition); 439 (Accident); 455 (Last X-ray); 471 |

GA00396941

| FLD Location | NEW CHANGE |
|---|---|
| | (Prescription);  090 (Report Start [Assumed Care Date];  091 (Report End [Relinquished Care Date]); 444 (First Visit or Consultation). |
| Item Number 17 | Added a dotted line in the left-hand side of the field to accommodate a 2-byte qualifier – **Used by Medicare** for identifiers for provider roles:  Ordering, Referring and Supervising.<br>**FOR DCH/DXC:** Use the following Ordering Provider, Referring, Supervising Qualifiers (**effective 4/01/2014**): **Ordering = DK; Referring = DN or Supervising = DQ.** |
| Item Number 19 | Changed title from "RESERVED FOR LOCAL USE" to "ADDITIONAL CLAIM INFORMATION (Designated by NUCC)." **FOR DCH/DXC:**  Remove the Health Check logic from field 19 and add it in **field 24H.** |
| Item Number 21 | Changed instruction after title (Diagnosis or Nature of Illness or Injury) from "(Relate Items 1, 2, 3 or 4 to Item 24E by Line)" to "Relate A-L to service line below (24E)." |
| Item Number 21 | Removed arrow pointing to 24E (Diagnosis Pointer). |
| Item Number 21 | Added "ICD Indicator." and two dotted lines in the upper right-hand corner of the field to accommodate a 1-byte indicator.<br>Use the highest level of code specificity in FLD Locator 21. **Diagnosis Code ICD Indicator** - new logic to validate acceptable values (0, 9).  ICD-9 diagnoses (CM) codes = value 9; or ICD -10 diagnoses (CM) codes = value 0. **(Do not bill ICD 10 code sets before October 1, 2015.)** |
| Item Number 21 | Added 8 additional lines for diagnosis codes.  Evenly space the diagnosis code lines within the field. |
| Item Number 21 | Changed labels of the diagnosis code lines to alpha characters (A-L). |
| Item Number 21 | Removed the period within the diagnosis code lines |
| Item Number 22 | Changed title from "MEDICAID RESUBMISSION" to "RESUBMISSION." The submission codes are:<br> 7 (Replacement of prior claim)<br><br> 8 (Void/cancel of prior claim) |
| Item Numbers 24A – 24 G (Supplemental Information) | The supplemental information is to be placed in the shaded section of 24A through 24G as defined in each Item **Number.** **FOR DCH/DXC:** Item numbers **24A** & **24G** are used to capture Hemophilia drug units.  **24H** (EPSDT/Family Planning). |
| Item Number 30 | Deleted "BALANCED DUE."  Changed title to "**RESERVED FOR NUCC USE.**" |
| Footer | Changed "APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)" to "APPROVED OMB-0938-1197 FORM 1500 (02/12)." |

GA00396942

**Completion of the Health Insurance Claim Form for EPSDT Services
Billed by Fee-for-Service Providers**

Review these helpful tips for completing the Health Insurance Claim Form (CMS-1500) for EPSDT Services. See Appendix K for EPSDT HIPAA Referral Code Examples.

Item 9       Other Insured's Name
             Leave blank. EPSDT preventive health screenings are exempt from third party liability. Even if the member has other insurance, you may file Medicaid first for preventive health services.

Item 21      Diagnosis
             Enter the applicable ICD indicator to identify which version of ICD codes is being reported. Enter the indicator between the vertical, dotted lines in the upper right-hand portion of the field.

             Enter the codes to identify the patient's diagnosis and /or condition. List no more than **twelve (12)** diagnosis codes. Relate lines A-L to the lines of service in 24E by the letter of the line.

Item 24A     Dates of Service (DOS)
             The "From" and "To" DOS will always be the same. Since there is only one DOS, enter the date under "From." Leave "To" blank or re-enter "From" date.

Item 24B     Place of Service (POS)
             Enter POS code 99 for all preventive health services and interperiodic visits.

Item 24C     EMG (emergency)
             Leave blank for "No".

Item 24D     HCPCS Code and Modifier
                     Enter procedure code and the EP modifier, plus any additional modifiers as applicable.

Item 24E     Diagnosis Pointer
             Enter the diagnosis code reference letter (pointer) to relate to the DOS and the procedures performed to the primary diagnosis. When multiple services are performed, the primary reference letter for each service should be listed first, other applicable services should follow. Do not use commas between letters.

Item 24H     HIPAA EPSDT Referral Codes
             • If EPSDT screening resulted in an EPSDT referral, enter the appropriate referral code:
                 ✓ Document AV, S2, or ST in the shaded area of box 24H
             • If EPSDT screening did not result in an EPSDT referral:
                 ✓ Document NU in the shaded area of box 24H
             • A "Y" for Yes or "N" for No is **not** entered with the referral code in the shaded area or in the unshaded area of box 24H.

Rev. 04/14
Rev. 10/14

GA00396943

Rev. 01/13
Rev. 07/13
Rev. 01/14
Rev. 10/14
Rev. 10/15

## CMS-1500 Health Claim Form – SAMPLE

SAMPLE EPSDT CLAIM
9-month preventive visit



October 2020          EPSDT Services – Health Check Program          L-5

GA00396944

## CMS-1500 Health Claim Form – SAMPLE

Rev. 01/13
Rev. 07/13
Rev. 01/14
Rev. 10/14
Rev. 10/15

SAMPLE EPSDT  CLAIM
Age:  10 months
9-month Catch-Up preventive visit



GA00396945

## CMS-1500 Health Claim Form – SAMPLE

Rev. 01/13
Rev. 07/13
Rev. 01/14
Rev. 10/14
Rev. 10/15

**SAMPLE EPSDT CLAIM**
**12-month preventive visit**

HEALTH INSURANCE CLAIM FORM

MEDICAID NUMBER

DOE, John C.

09 30 2014

123 Any Street

Anytown          GA

00000-0000    (404) 123-4567

Leave blank

10 01 2015

200.121 or 200.129    K58.0        Z23

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 01 | 15 | 10 | 01 | 15 | 99 | N | 99392 | EP | 25 | | A | |
| 2 | 10 | 01 | 15 | 10 | 01 | 15 | 99 | N | 99212 | EP | 25 | | B | |
| 3 | 10 | 01 | 15 | 10 | 01 | 15 | 99 | N | 90460 | EP | | | A | 2 |
| 4 | 10 | 01 | 15 | 10 | 01 | 15 | 99 | N | 90744 | EP | | | C | |
| 5 | 10 | 01 | 15 | 10 | 01 | 15 | 99 | N | 90710 | EP | | | C | |
| 6 | | | | | | | | | | | | | | |

GA00396946

## CMS-1500 Health Claim Form – SAMPLE

Rev. 01/13
Rev. 07/13
Rev. 01/14
Rev. 07/14
Rev. 10/14
Rev. 10/15

SAMPLE EPSDT CLAIM
**Preventive visit with**
**Immunization Administration Codes**
and EPSDT Referral Code



GA00396947

## *CMS-1500 Health Claim Form – SAMPLE*

Rev. 01/14
Rev. 10/14
Rev. 10/15

SAMPLE EPSDT CLAIM
19 year old – Preventive
with Immunization Administration Codes
and EPSDT Referral Code



GA00396948

# APPENDIX M

## *Resources for Children in Georgia*

### Georgia Public Health Programs

Rev. 01/09
Rev. 07/11
Rev. 07/14
Rev. 07/16

Programs for Children with Disabilities or Special Health Care Needs:

### Babies Can't Wait Program (Birth – 3 years)
2 Peachtree Street, NW
11th floor
Atlanta, GA 30303
http://dph.georgia.gov/Babies-Cant-Wait
404-657-2850
888-651-8224

### Children's Medical Services (Birth – 21 years)
2 Peachtree Street, NW
11th floor
Atlanta, GA 30303
http://dph.georgia.gov/CMS
404-657-2850

### Children 1st Program
2 Peachtree Street, NW
11th floor
Atlanta, GA 30303
http://dph.georgia.gov/children1st
404-657-2850

### Women, Infants, and Children (WIC)
2 Peachtree Street, NW
10th floor
Atlanta, GA 30303
https://dph.georgia.gov/WIC
1-800-228-9173

GA00396949

**Georgia Families**

Rev. 01/08
Rev. 07/11
Rev. 04/12
Rev. 07/14
Rev. 07/16

**For members in Medicaid or PeachCare for Kids®**

*Most Medicaid and PeachCare for Kids members must enroll in the Georgia Families managed care program and choose a health plan and a provider.*

https://www.georgia-families.com/GASelfService/en_US/home.htm

1-888-GA-ENROLL (1-888-423-6765)

**PeachCare for Kids®**

CHIP Program

*(PeachCare for Kids offers free to low cost health insurance, inclusive of the EPSDT benefit, to uninsured, eligible children living in Georgia)*

P.O. Box 2583

Atlanta, GA 30301-2583

www.PeachCare.org

1-877-GA-PEACH  (1-877-427-3224)

**Vaccines for Children (VFC) Program**

GA Department of Public Health Immunization Program

2 Peachtree St NW, 13-276

Atlanta, GA 30303

https://dph.georgia.gov/vaccines-children-program

(800) 848-3868

(404) 657-5013/ 5015

DPH-gavfc@dph.ga.gov

GA00396950

## Georgia Department of Education (GaDOE)

Ask DOE Manager
2054 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334
(404) 656-2800
(800) 311-3627 (GA)
(404) 651-8737 (fax)
askdoe@doe.k12.ga.us

### Special Education

Division for Special Education Services and
Supports
Georgia Department of Education
1870 Twin Towers East
Atlanta, GA 30334-9048
(404) 656-3963
Web: www.doe.k12.ga.us/

### Programs for Children with Disabilities: Ages 3 through 7

Young Children/619 Coordinator
Division for Special Education Services and Supports
Georgia Department of Education
1870 Twin Towers East
Atlanta, GA 30334-5060
(404) 657-9965
Web: www.doe.k12.ga.us

## Division of Family & Children Services (DFCS)

Rev. 07/10
Rev. 07/14
Rev. 07/16

http://dfcs.dhs.georgia.gov
1.800.georgia (1.800.436.7442)
678.georgia (678.436.7442) – Atlanta area

### DFCS Office of Constituent Services

(404) 657-3433
- Child Welfare Online Contact Form
  *complete online contact form for issues related to Adoptions, Child Protective Services, Foster Care or any other Child Welfare issue.*

GA00396951

**Child Protective Services / Child Abuse & Neglect**
1-855-GACHILD / 1-855-422-4453
(404) 657-3400

**Medicaid**
(877) 423-4746

**Food Stamps**
(877) 423-4746

**Energy Assistance**
(877) 423-4746

**Temporary Assistance for Needy Families**
(877) 423-4746

## Department of Behavioral Health and Developmental Disabilities (DBHDD)
**Two Peachtree Street, NW**
**24th Floor**
**Atlanta, GA 30303**
**404-657-2252**
**http://dbhdd.georgia.gov**

**Other Resources:**

Rev. 07/14
Rev. 10/14

**Parent-To-Parent** of Georgia
*Parent to Parent of Georgia offers a variety of services to Georgia residents ages birth to 26 years and their families impacted by disabilities or special healthcare needs.*

3070 Presidential Parkway, Suite 130
Atlanta, GA 30340
(770) 451-5484
(800) 229-2038
**Web:** http://p2pga.org

**Healthy Mothers, Healthy Babies Powerline**
*Source for healthcare referrals and information*
2300 Henderson Mill Road
Suite 410
Atlanta, GA 30345
(770) 451-0020
(770) 451-2466
(800) 300-9003
(800) 822-2539
thecoalition@hmhbga.org
www.hmhbga.org

GA00396952

# APPENDIX N

Rev. 07/13
Rev. 04/14

## *General Claims Submission Policy for Ordering, Prescribing, or Referring (OPR) Providers*

The Affordable Care Act (ACA) requires physicians and other eligible practitioners who order, prescribe and refer items or services for Medicaid beneficiaries to be enrolled in the GA Medicaid Program. As a result, CMS expanded the claim editing requirements in Section 1833(q) of the Social Security Act and the providers' definitions in sections 1861-r and 1842(b)(18)C. Therefore, claims for services that are ordered, prescribed or referred must indicate who the ordering, prescribing or referring (OPR) practitioner is. The Department will utilize an enrolled OPR provider identification number for this purpose. Any OPR physicians or other eligible practitioners who are NOT already enrolled in Medicaid as participating (i.e. billing) must enroll separately as OPR. The National Provider Identifier (NPI) of the OPR provider must be included on the claim submitted by the participating, i.e. rendering provider. If the NPI of the OPR provider noted on the Georgia Medicaid claim is associated with a provider who is not enrolled in the Georgia Medicaid program, the claim will not be paid.

Effective 4/1/2014, DCH will begin editing claims submitted through the web, EDI, and on CMS 1500 forms for the presence of an ordering, prescribing or referring provider as required by program policy. The edit will be informational until 6/1/2014. Effective 6/1/2014, the ordering, prescribing or referring provider will become a mandatory field and claims that do not contain the information as required by policy will begin to deny.

For the New CMS-1500 claim form:
Enter qualifiers to indicate if the claim has an ordering, prescribing or referring to the left of the dotted line in box 17 (Ordering = DK; Referring = DN or Supervising = DQ.

For claims entered via the web:
Claims headers were updated to accept ordering or referring Provider ID and name for Dental and Institutional claims and the referring provider's name for Professional claims. The claim detail was updated to accept an ordering or referring provider ID and name. Utilize the "ordering" provider field for claims that require a prescribing physician.

For claims transmitted via EDI:
The 837 D, I and P companion guides were updated to specifically point out the provider loops that capture the rendering, ordering, prescribing, referring and service facility provider information that is now used to transmit OPR information.

GA00396953

# APPENDIX O

## Screening Tools

# The CRAFFT Screening Interview

**Begin: "I'm going to ask you a few questions that I ask all my patients. Please be honest. I will keep your answers confidential."**

### Part A

**During the PAST 12 MONTHS, did you:**

|  | No | Yes |
|---|---|---|
| 1. Drink any <u>alcohol</u> (more than a few sips)? (Do not count sips of alcohol taken during family or religious events.) | ☐ | ☐ |
| 2. Smoke any <u>marijuana or hashish</u>? | ☐ | ☐ |
| 3. Use <u>anything else</u> to <u>get high</u>? ("anything else" includes illegal drugs, over the counter and prescription drugs, and things that you sniff or "huff") | ☐ | ☐ |

**For clinic use only: Did the patient answer "yes" to any questions in Part A?**

No ☐           Yes ☐

↓           ↓

**Ask CAR question only, then stop**      **Ask all 6 CRAFFT questions**

### Part B

|  | No | Yes |
|---|---|---|
| 1. Have you ever ridden in a <u>CAR</u> driven by someone (including yourself) who was "high" or had been using alcohol or drugs? | ☐ | ☐ |
| 2. Do you ever use alcohol or drugs to <u>RELAX</u>, feel better about yourself, or fit in? | ☐ | ☐ |
| 3. Do you ever use alcohol or drugs while you are by yourself, or <u>ALONE</u>? | ☐ | ☐ |
| 4. Do you ever <u>FORGET</u> things you did while using alcohol or drugs? | ☐ | ☐ |
| 5. Do your <u>FAMILY</u> or <u>FRIENDS</u> ever tell you that you should cut down on your drinking or drug use? | ☐ | ☐ |
| 6. Have you ever gotten into <u>TROUBLE</u> while you were using alcohol or drugs? | ☐ | ☐ |

**CONFIDENTIALITY NOTICE:**
The information recorded on this page may be protected by special federal confidentiality rules (42 CFR Part 2), which prohibit disclosure of this information unless authorized by specific written consent. A general authorization for release of medical information is NOT sufficient for this purpose.

© CHILDREN'S HOSPITAL BOSTON, 2009. ALL RIGHTS RESERVED.
Reproduced with permission from the Center for Adolescent Substance Abuse Research. CeASAR, Children's Hospital Boston. (www.ceasar.org)

GA00396954

# APPENDIX O

Rev. 10/15

## Screening Tools

## Patient Health Questionnaire-2 (PHQ-2)

**PHQ-2**

Over the past two weeks, how often have you been bothered by any of the following problems?

Little interest or pleasure in doing things.
0 = Not at all
1 = Several days
2 = More than half the days
3 = Nearly every day

Feeling down, depressed, or hopeless.
0 = Not at all
1 = Several days
2 = More than half the days
3 = Nearly every day

Total point score: _____

Score interpretation:

| PHQ-2 score | Probability of major depressive disorder (%) | Probability of any depressive disorder (%) |
|---|---|---|
| 1 | 15.4 | 36.9 |
| 2 | 21.1 | 48.3 |
| 3 | 38.4 | 75.0 |
| 4 | 45.5 | 81.2 |
| 5 | 56.4 | 84.6 |
| 6 | 78.6 | 92.9 |

**Figure 1.** Patient Health Questionnaire-2 (PHQ-2). This questionnaire is used as the initial screening test for major depressive episode.

Information from Kroenke K, Spitzer RL, Williams JB. The Patient Health Questionnaire-2: validity of a two-item depression screener. Med Care 2003; 41:1284-92.

Thibault JM, Prasaad Steiner, RW. Efficient identification of adults with depression and dementia. American Family Physician, Vol. 70/No. 6 (September 15, 2004)

GA00396955

APPENDIX P

2016 Policy Revisions Record

Rev. 01/17    Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 01/01/16 | 902 | Revised AAP BF Periodicity Schedule | M | AAP Bright Futures (BF) |
| 01/01/16 | 1003.3 | Depression Screenings and Alcohol/SA Risk Assessments (96127) – added | A | N/A |
| 01/01/16 | 1003.16 | Incontinence Products - added | A | N/A |
| 01/01/16 | Appendix C-2 | Vaccine product codes: 90634 - Hepatitis A – removed 90655 – Influenza - added | D A | N/A |
| 01/01/16 | Appendix R | • Deleted BF Periodicity Schedule • Added upcoming 4/16 EPSDT Updates | D A | N/A |
| 04/01/16 | Introduction iii | Added brief emotional/behavioral assessments to services reimbursed under Health Check | M | N/A |
| 04/01/16 | 902 p. IX-1-3 | Revised AAP BF Periodicity Schedule (copyright 2016, updated 10/15) | A | AAP BF |
| 04/01/16 | 902.1 #7, #25, #26 p. IX-4-7 | Updated BF Footnotes: • Visual Acuity, Oral Health • Fluoride Varnish | M A | AAP BF |
| 04/01/16 | 902.2 D.1., p. IX-9 E.4 & 5, p. IX-12-13 G.1.b., p. IX-14-15 G.8., p. IX-18 I., p. IX-19 | Updated Screening Components • Vision- routine screening at age 18 changed to risk assessment. • Clarifications to Alcohol/Substance Abuse Risk Assessment & Depression Screening • Critical Congenital Heart Disease (CCHD) Screening – updated • Cervical Dysplasia / Pap Test – updated • Fluoride Varnish –added | M M M M A | AAP BF N/A AAP BF AAP BF N/A |
| 04/01/16 | 904 Table A p. IX-23 & 23 | 99384 & 99394 – ICD-10 Z00.00 & Z00.01 for ages 15-17 years | M | ICD-10 coding guidelines |
| 04/01/16 | Immunization Schedules IX-30 - 32 | 2016 Immunizations Schedules posted | M | CDC |
| 04/01/16 | 1003.3 p. X-2 & 3 | Brief Emotional / Behavioral Assessment (96127) – updated | M | N/A |

GA00396956

APPENDIX P

2016 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 04/01/16 | 1003. p. 5-7 #13 #17 #19 #20 | • School-based Telemedicine Services for LEAs (Q3014) – updated • Fluoride Varnish – added • NCCI-MUE limits – added • Other Reimbursement Rates - added | M A A A | N/A |
| 04/01/16 | Appendix C-2 | Minor updates to vaccine procedure code descriptions: 90620, 90621, 90632, 90633, 90644, 90647, 90648, 90649, 90650, 90651, 90655, 90656, 90657, 90658, 90670, 90672, 90680, 90681, 90685, 90686, 90687, 90688, 90696, 90698, 90714, 90716, 90732, 90734, 90744, 90746, 90474 90670 – clarified age restriction (6 weeks to 17 years) 90733 - added for ages 19-20 years | M M A | 2016 HCPCS N/A N/A |
| 04/01/16 | Appendix H | updates to CMO PBM, BIN# and PCN for AMG & WC | M | N/A |
| 04/01/16 | Appendix J | Fluoride varnish - revised | M | N/A |
| 04/01/16 | Appendix R | Removed upcoming 4/2016 EPSDT Updates | D | N/A |
| 07/01/16 | 902.2 p. IX-7 | Bright Futures helpful materials – updated hyperlink | M | N/A |
| 07/01/16 | 902.2, D.2. p. IX-10 | EHDI Program - updated hyperlink and info | M | N/A |
| 07/01/16 | 902.2, E.3. 902.2, E.4. 902.2, E.5. p. IX-12 & 13 | MCHAT tool - updated hyperlink CRAFFT tool - added hyperlink PHQ-2 tool - updated hyperlink | M A M | N/A |

GA00396957

APPENDIX P

2016 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 07/01/16 | 902.2, G.1.a. & b. 902.2, G.2 p. IX-14 & 15 | Georgia NBS Program - added hyperlink and minor info GRITS - added hyperlink | A | N/A |
| 07/01/16 | Tables A, C p. IX-22, 27 | Minor revision for clarification related to modifiers | M | N/A |
| 07/01/16 | Appendix A p. A-1- 4 | Minor revisions Posted the HB76 FY2016 PCP Increased Rates *(Implementation of rates is pending. Refer to Banner Message dated 6-17-2016)* | M A | N/A Legislation - HB76 |
| 07/01/16 | Appendix F p. F-2 - 4 | Counseling for Nutrition and Physical Activity – added info related to HEDIS requirements | A | HEDIS |
| 07/01/16 | Appendix M | Updated Resources | M | N/A |
| 10/01/16 | 902.2 H., p. IX-19  902.2 I., p. IX-19  1003. #17. p. X-6  Appendix J p. J-1 | Added clarifications to Oral Health section. Revised the statement to read: "The AAP recommends the establish-ment of a dental home six months after the first tooth erupts or by 12 months of age (whichever comes first).  For clarification, deleted the statement *"One application of fluoride varnish is required for children between the ages of 6 months and 5 years."* Revised to read, "Once teeth are present, the application of fluoride varnish is required and may be applied every 3-6 months in the primary care or dental office for children between the ages of 6 months and 5 years." | M | AAP Bright Futures (BF) |

GA00396958

APPENDIX P

2016 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE<br>A = Added<br>D = Deleted<br>M = Modified | CITATION<br>(Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 10/01/16 | Table A-1<br>p. IX-24 | Posted the HB 751 FY 2017 PCP rate increases for the preventive visits 99381, 99391-99395 | A | Legislation – HB 751 |
| | Table B-2<br>p. IX-26 | Posted the HB 751 FY 2017 PCP rate increases for the catch-up preventive visits 99381, 99391, 99392 | | |
| | Table C-2<br>p. IX-28 | Posted the HB 751 FY 2017 PCP rate increases for the interperiodic visits 99202-99203, 99212-99214 | | |
| | 1003.<br>#20.<br>p. X-7 | Posted the HB 751 FY 2017 PCP rate increase for the office consultation code 99244 | | |
| | Appendix C-1<br>Table C-1b<br>p. C-1 | Posted the HB 751 FY 2017 PCP rate increase for the vaccine administration codes 90460, 90471, 90472 | | |
| 10/01/16 | Appendix C-2<br>p. C-7 | 90630 *(influenza virus vaccine, quadrivalent, intradermal)* - added for ages 19-20 years | A | ACIP |
| 10/01/16 | Appendix F<br>p. F-4 | Under ICD-10 Codes to Identify Counseling for Physical Activity, ICD-10 diagnosis code Z71.89 (other specified counseling) was deleted. | M | HEDIS |
| 10/01/16 | Appendix H<br>p. H-2 | Updated the Georgia Families Regions – "Counties" Column revised | M | Policy |
| 10/01/16 | Appendix H<br>p. H-11 | Updated with the new PBM information for Peach State Health Plan | M | Policy |

GA00396959

APPENDIX P

2017 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 01/01/17 | 902.2 H. p. IX-19 | Clarifications to Oral Health: <br> • The AAP recommends both the establishment of a dental home and the first dental exam no later than 12 months of age. <br> • An oral health risk assessment tool has been developed by the AAP/Bright Futures. | M | AAP Bright Futures (BF) |
| 01/01/17 | Appendix C-2 | The 2017 HCPCS influenza vaccine code description changes will not go into effect until the updates are completed in GAMMIS. | M | HCPCS |
| 01/01/17 | | The "Mapping of EPSDT Preventive Health ICD-9 Codes to ICD-10 Codes" table was removed from Appendices. Accordingly, all references to the table were removed throughout the manual. | D | N/A |
| 01/01/17 | Appendix Q | The "2016 Policy Revisions Record" was added as Appendix Q. | A | N/A |
| 04/01/17 | 902 p. IX-1 | Notification – updated AAP 2017 BF Periodicity Schedule (effective date July 1, 2017) | M | AAP Bright Futures (BF) |
| 04/01/17 | p. IX-30-32 | 2017 Immunization Schedules posted | M | ACIP |
| 04/01/17 | Appendix C-2 | 90670 – age restriction removed. Refer to the ACIP Immunization Schedule for recommended age | M | N/A |
| 04/01/17 | Appendix H | Georgia Families – updated appendix | M | N/A |
| 04/01/17 | Appendix O | Performance Measures - minor updates | M | N/A |
| 04/01/17 | Appendix R | 2017 BF Periodicity Schedule – displays updated schedule and summary of changes | A | AAP Bright Futures (BF) |

GA00396960

APPENDIX P

2017 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 07/01/17 | Entire Manual | Vendor name change - HPE updated to reflect new name –DXC Technology (DXC) | M | N/A |
| 07/01/17 | 902-902.1 p. IX-1 – IX-7 902.2 p. IX-11 – IX-22 903 IX-23 | Updated 2017 BF Periodicity Schedule – adoption of new schedule effective July 1, 2017 with revised footnotes.   Added new screening BF requirements, and deleted/ revised current screening requirements. Revised the minimum standards for screening components in accordance with the updated 2017 BF Periodicity Schedule. Changes to: • Hearing • Tobacco, Alcohol, or Drug Use Assessment • Depression Screening • Maternal Depression Screening • Newborn Blood • Newborn Bilirubin • Dyslipidemia Screening • STIs • HIV • Oral Health Screening tools requirements revised to reflect updated 2017 BF Periodicity Schedule. | M | AAP Bright Futures (BF) |
| 07/01/17 | 902.2, G.4. p. IX-18, 907.2, C. p. IX-40, Appendix A, p. A-5 | Blood Lead Test – provided clarification that "All **venous** sample lead screening tests conducted using any Magellan Diagnostic lead testing system should be laboratory analyzed by a properly accredited laboratory." | M | FDA, CDC, GA. Dept. of Public Health (DPH) |
| 07/01/17 | 1003, #3, p. X-2 | Effective July 1, 2017, DCH will allow separate reimbursement for the Autism screening (96110 EP, UA) | A | DCH |

GA00396961

APPENDIX P

2017 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 07/01/17 | 1003, p. X-2 – X-3, p. X-7 | Billing Requirements revisions: <ul><li>added Autism screening code, modifiers and rate,</li><li>revised age ranges for brief emotional/behavioral assessments</li></ul> | M | DCH/ AAP Bright Futures (BF) |
| 10/01/17 | 1003, #2 & #3, p. X-2 | 2) Developmental Screenings – included ICD-10 diagnosis codes 3) Autism Screenings – included ICD-10 diagnosis codes | M | DCH |
| 10/01/17 | Appendix C-2 | Updates to influenza vaccines 1) 90672 - removed 2) 90674 – added 3) 90682 – added (19-20 years) | A, D | DCH |

GA00396962

APPENDIX P

2018 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE<br>A = Added<br>D = Deleted<br>M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 10/1/2018 | 902.2.E.4. p. IX-14 | ➢ Tobacco, Alcohol, or Drug Use Assessment: Added clarification to Documentation - Screening tool must be standardized and scorable. | A | DCH |
| 10/1/2018 | 902.2.E.6. p. IX-15 | ➢ Maternal Depression Screening: Added clarification to Documentation - Screening tool must be standardized and scorable. | A | DCH |
| 10/1/2018 | 1003.7 p. X-3 | ➢ Autism Screenings: Updated ICD-10 diagnosis code Z13.4 to Z13.41 | M | DCH |
| 10/1/2018 | 1003.9. p. X-4 | ➢ Patient-Focused Health Risk Assessment - (96160) updated the guidance in order to allow the 59 modifier to bypass the NCCI PTP edit. | M | DCH |
| 10/1/2018 | 1003.10. p. X-4-5 | ➢ Caregiver-Focused Health Risk Assessment - (96161) updated the guidance in order to allow the 59 modifier to bypass the NCCI PTP edit. | M | DCH |
| 10/1/2018 | 1003.23. p. X-9 | ➢ NCCI PTP Edits –added guidance on NCCI PTP edits | A | DCH |
| 10/1/2018 | 1003.23. p. X-9 | ➢ Q3014 – revised to include EP GT modifiers | M | DCH |
| 10/1/2018 | Appendix C-2 p. C-5 | Updated vaccine codes (ages birth through 18 years) in accordance with current VFC supply<br>➢ Removed 90644, 90649, 90650<br>➢ Removed trivalent influenza vaccines 90655, 90656, 90657, 90658 | D | DCH |
| 10/1/2018 | Appendix C-2 p. C-7 | Updated vaccine codes (ages 19 years through 20 years) in accordance with current VFC supply<br>➢ Removed HP bivalent vaccine 90650<br>➢ Removed trivalent influenza vaccines 90658<br>➢ Removed 90733 | D | DCH |
| 10/1/2018 | Appendix H | Updated Georgia Families Appendix | M | DCH |

GA00396963

APPENDIX P

2018 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 07/01/18 | 1003, p. X-3-4 | ➤ Revised billing guidance for brief emotional/behavioral assessments (96127)<br>➤ New billing guidance for patient focused health risk assessments (96160)<br>➤ New billing guidance for maternal depression screenings (96161) | M<br><br>A<br><br>A | DCH |
| 07/01/18 | Appendix I p. I-1 | ➤ **Georgia Families 360⁰** SM Appendix- Revisions to info for providers serving Medicaid members in the **Georgia Families 360⁰** SM Program | M | DCH |
| 04/01/18 | 905, p. IX-37-41 | 2018 Immunization Schedules posted | A | ACIP |
| 04/01/18 | Appendix C-1, Table C-2, p. C-5 | Posted the HB 44 FY 2018 PCP rate increase for the following codes:<br><br>vaccine administration codes<br>➤ 90473 – FFS<br>➤ 90474 – FFS, PCK | A | Legislation – HB 44 |
|  | 904, Table C-1, p. IX-32<br>904, Table C-2, p. IX-33 | interperiodic visit codes<br>➤ 99201 – FFS<br>➤ 99211 – FFS, PCK |  |  |
|  | 1003, #21, p. X-8 | office consultation codes<br>➤ 99241, 99242, 99243, 99245<br>behavior change smoking codes<br>➤ 99406, 99407 |  |  |
|  | 904, Table A-1 p. IX-27<br>904, Table B-2, p. IX-30 | preventive visit codes<br>99382, 99383, 99384, 99385 |  |  |

GA00396964

APPENDIX P

2018 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 04/01/18 | Appendix C-2 p. C-7 p. C-9 | Added new 2018 HCPCS code 90756 – Influenza virus vaccine, quadrivalent (ccIIV4), derived from cell cultures, subunit, antibiotic free, 0.5mL dosage, for intramuscular use | A | HCPCS |
| 04/01/18 | Appendix F | Clarifications to Weight Assessment - BMI | M | N/A |
| | | | | |
| 01/01/18 | #6 p. IX-14 & 15 | Maternal Depression – added clarification to recommended tools | M | AAP USPSTF |
| 01/01/18 | Table C p. IX-32 | Updated the hyperlink for the DPH Form 3300 - Certificate of Vision, Hearing, Dental and Nutrition Screening | M | DPH |
| 01/01/18 | Appendix C p. C-5 p. C-7 | Revised descriptions for CPT codes 90620 90621 90651 | M | HCPCS 2018 |
| 01/01/18 | Appendix F p. F-2 p. F-4 | 1) Documentation for BMI – added the following clarification: "Only evidence of the BMI percentile or BMI percentile plotted on an age-growth chart meet HEDIS criteria."  2)  Under the section containing the notations or examples of documentation that are not compliant with HEDIS requirements for **Nutrition**, added the following: o Documentation related to a    member's "appetite" does not meet    criteria. | M | HEDIS 2018 |
| | | | | |

GA00396965

APPENDIX P

2019 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE<br>A = Added<br>D = Deleted<br>M = Modified | CITATION<br>(Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 10/2019 | 902.2, E.4., p. IX-14 | 4. Tobacco, Alcohol, or Drug Use Assessment – updated hyperlink to access CRAFFT screening tool | M | DCH |
| 10/2019 | 902.2, G.5., p. IX-20 | 5. Tuberculin Risk Assessment and Test – updated hyperlinks to access info o DPH TB and forms | M | DCH/DPH |
| 10/2019 | 908, p. IX-44 | Oral Health and Dental Services - Added guidance - Periodicity of Examination, Preventive Dental Services, Anticiptory Guidance/Counseling, and Oral Treatment for Infants, Children, and Adolescents | A | DCH |
| 10/2019 | 908, p. IX-45 | Oral Health and Dental Services - Replaced the Recommendations for Pediatric Oral Health Assessment, Preventive Services, and Anticipatory Guidance/Counseling | M | DCH |
| 10/2019 | Appendix A, p. A-2 | "Lead Screening Requirements and Medical Management Recommendations for Children" – Updated table to reflect blood lead level of 5 µg/dL or greater requires further testing and monitoring. | M | DPH |
| 10/2019 | Appendix A, p. A-3 | D) Lead Poisoning Education – minor rewording revision | M | DPH |

GA00396966

APPENDIX P

2019 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 10/2019 | Appendix A, p. A-4 | Blood Lead Test – minor rewording revision | M | DPH |
| 10/2019 | Appendix A, p. A-5 | Lab Submission – lab submission guidance section added | A | DPH |
| 10/2019 | Appendix A, p. A-5, A-6 | Reporting Guidelines<br>- added clarification to the guidance<br>- provided hyperlink for current Blood Lead Test Reporting Log provided by GHHLPPP<br>- deleted previous copy of Blood Lead Test Reporting Log<br><br>SendSS 'Registration and Login Manual for Uploading Lead Report Files'<br>- - Updated hyperlink to access SendSS | M | DPH |
| 10/2019 | Appendix A, p. A-15 - A-18 | Georgia Childhood Lead Poisoning Prevention Program Case Management Guidelines<br>- updated guidelines to reflect blood lead level of 5 µg/dL or greater requires further testing and monitoring.<br>- updated Regional Lead Coordinator (RLC) title to Regional Healthy Homes Coordinator (RHHC)<br>- removed the specific number of coordinators. | M | DPH |
| | Appendix A, p. A-19 | Georgia Public Health Laboratory (GPHL)<br>- updated locations, removed Albany location | | |
| 10/2019 | Appendix C-4 p. C-10, C-11 | Blood Lead Level Testing Procedure Codes<br>- Clarifications to billing guidance | M | DCH |
| 10/2019 | Appendix J, p. J-1, J-2 | Preventive Oral Health: Fluoride Varnish<br>- - revised hyperlinks | M | ADA |

GA00396967

APPENDIX P

2019 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE A = Added D = Deleted M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 07/2019 | 902, p. IX-1 – IX-7 | AAP Bright Futures Periodicity Schedule, updated – Effective July 1, 2019, DCH will adopt the updated 2019 AAP Bright Futures Periodicity Schedule. Copyright © 2019 by the American Academy of Pediatrics, updated March 2019 | M | AAP/ BF |
| 07/2019 | Appendix C-1 p. C-3 | ICD 10 diagnosis code Z23.0 was added as a reportable diagnosis with the applicable vaccine administration code.<br><br>• May report diagnosis code Z00.121 or Z00.129 or Z23.0 with each of the vaccine administration codes ONLY when vaccines are administered during EPSDT preventive health visits for members through age 17 years.<br><br>• May report diagnosis code Z00.00 or Z00.01 or Z23.0 with the applicable vaccine administration code ONLY when vaccines are administered during EPSDT preventive health visits for members age 15 years through 20 years | A | DCH |
| 07/2019 | Appendix C-2 p. C-6 p. C-8 | 90734 – revised long description.<br><br>Revised description: Meningococcal conjugate vaccine, serogroups A, C, W, Y, quadrivalent, diptheria toxoid carrier, (MenACWY-D) or CRM197 carrier (MenACWY-CRM), for intramuscular use | M | American Medical Association (AMA) – Jan. 1, 2019 released to AMA website Eff. July 1, 2019 Updated 12/19/18<br><br>CPT – Publication CPT® 2020 |

GA00396968

APPENDIX P

2019 Policy Revisions Record

Part II Policies and Procedures Manual for EPSDT (Health Check) Services

| REVISION DATE | SECTION & PAGE | REVISION DESCRIPTION | REVISION TYPE  A = Added  D = Deleted  M = Modified | CITATION (Revision required by Regulation, Legislation, etc.) |
|---|---|---|---|---|
| 04/2019 | 902, p. IX-1 | Notification – effective July 1, 2019 DCH will adopt the updated 2019 AAP Bright Futures Periodicity Schedule | M | AAP/ BF |
| 04/2019 | 905, p. IX-37-41 | 2019 CDC Immunization Schedules posted | A | CDC/ACIP |
| 04/2019 | 1003, p. X-3-6 #6-10 | Clarifications – (1) the appropriate ICD-10 diagnosis code may be either preventive or non-preventive; (2) the examples of the ICD-10 diagnosis codes listed are preventive | M | DCH |
| 04/2019 | Appendix H p. H-15 | Pharmacy – updated Peach State Health Plan PBM US Script to PBM Envolve Pharmacy Solutions | M | DCH |
| 04/2019 | Appendix Q | 2019 AAP Bright Futures Periodicity Schedule - summary of changes | A | AAP/ BF |
| 04/2019 | Appendix T | 2019 CDC Immunization Schedules – summary of changes | A | CDC/ACIP |
| 01/2019 | Appendix C-2 | 90713 – added  Poliovirus (IPV) added for high risk members, ages 19-20 yrs | A | DCH |
| 01/2019 | Appendix C-2 | 90630 – removed  Influenza virus vaccine, quadrivalent (IIV4), no preservative, for intradermal use | D | CDC/DCH |
| 01/2019 | Appendix C-2 | 90672 - added  Influenza virus vaccine (FluMist), quadrivalent, live (LAIV4), for intranasal use ( $\geq$2 years) | A | CDC |
| 01/2019 | Appendix | Performance Measures Appendix– removed | D | DCH |

GA00396969

APPENDIX Q

# 2019 Recommendations for Preventive Pediatric Health Care
### *(Copyright © 2019 by the AAP, updated March 2019)*

The Division will adopt the AAP 2019 Bright Futures "Recommendations for Pediatric Health Care" Periodicity Schedule effective date July1, 2019.

The schedule is available at https://www.aap.org/en-us/Documents/periodicity_schedule.pdf

The changes implemented in the 2019 schedule include the following footnote revisions. The following is a summary of changes:

## BLOOD PRESSURE

* Footnote 6 has been updated to read as follows: "Screening should occur per 'Clinical Practice Guideline for Screening and Management of High Blood Pressure in Children and Adolescents.' Blood pressure measurement in infants and children with specific risk conditions should be performed at visits before age 3 years."

## ANEMIA

* Footnote 24 has been updated to read as follows: "Perform risk assessment or screening, as appropriate, per recommendations in the current edition of the AAP *Pediatric Nutrition: Policy of the American Academy of Pediatrics* (Iron chapter)."

## LEAD

* Footnote 25 has been updated to read as follows: "For children at risk of lead exposure, see 'Prevention of Childhood Lead Toxicity' and 'Low Level Lead Exposure Harms Children: A Renewed Call for Primary Prevention'."

GA00396970

APPENDIX Q

# 2017 Recommendations for Preventive Pediatric Health Care
### *(Copyright © 2017 by the AAP, updated February 2017)*

The Division adopted the AAP 2017 Bright Futures "Recommendations for Pediatric Health Care" Periodicity Schedule effective date July1, 2017.

The schedule is available at  https://www.aap.org/en-us/documents/periodicity_schedule.pdf

The changes implemented in the 2017 schedule include numerous footnote revisions.  The following is a summary of changes:

### HEARING
- Timing and follow-up of the screening recommendations for hearing during the infancy visits have been delineated. Adolescent risk assessment has changed to screening once during each time period.
- Footnote 8 has been updated to read as follows: "Confirm initial screen was completed, verify results, and follow up, as appropriate.  Newborns should be screened, per 'Year 2007 Position Statement: Principles and Guidelines for Early Hearing Detection and Intervention Programs' http://pediatrics.aappublications.org/content/120/4/898.full
- Footnote 9 has been added to read as follows: "Verify results as soon as possible, and follow up, as appropriate."
- Footnote 10 has been added to read as follows: "Screen with audiometry including 6,000 and 8,000 Hz high frequencies once between 11 and 14 years, once between 15 and 17 years, and once between 18 and 21 years. See 'The Sensitivity of Adolescent Hearing Screens Significantly Improves by Adding High Frequencies' http://www.jahonline.org/article/S1054-139X(16)00048-3/fulltext

### PSYCHOSOCIAL/BEHAVIORAL ASSESSMENT
- Footnote 13 has been added to read as follows: "This assessment should be family centered and may include an assessment of child social-emotional health, caregiver depression, and social determinants of health. See 'Promoting Optimal Development: Screening for Behavioral and Emotional Problems' (http://pediatrics.aappublications.org/content/135/2/384) and 'Poverty and Child Health in the United States' (http://pediatrics.aappublications.org/content/137/4/e20160339)."

GA00396971

APPENDIX Q

**TOBACCO, ALCOHOL, OR DRUG USE ASSESSMENT**
- The header was updated to be consistent with recommendations

**DEPRESSION SCREENING**
- Adolescent depression screening begins routinely at 12 years of age (to be consistent with recommendations of the US Preventive Services Task Force [USPSTF].

**MATERNAL DEPRESSION SCREENING**
- Screening for maternal depression at 1-, 2-, 4-, and 6-month visits has been added.
- Footnote 16 was added to read as follows: "Screening should occur per 'Incorporating Recognition and Management of Perinatal and Postpartum Depression Into Pediatric Practice' (http://pediatrics.aappublications.org/content/126/5/1032)."

**NEWBORN BLOOD**
- Timing and follow-up of the newborn blood screening recommendations have been delineated.
- Footnote 19 has been updated to read as follows: "Confirm initial screen was accomplished, verify results, and follow up, as appropriate. The Recommended Uniform Newborn Screening Panel https://www.hrsa.gov/advisory-committees/heritable-disorders/rusp/index.html, as determined by The Secretary's Advisory Committee on Heritable Disorders in Newborns and Children, and state newborn screening laws/regulations (http://genes-r-us.uthscsa.edu/sites/genes-r-us/files/nbsdisorders.pdf) establish the criteria for and coverage of newborn screening procedures and programs."
- Footnote 20 has been added to read as follows: "Verify results as soon as possible, and follow up, as appropriate."

**NEWBORN BILIRUBIN**
- Screening for bilirubin concentration at the newborn visit has been added.
- Footnote 21 has been added to read as follows: "Confirm initial screening was accomplished, verify results, and follow up, as appropriate. See 'Hyperbilirubinemia in the Newborn Infant ≥35 Weeks' Gestation: An Update with Clarifications' (http://pediatrics.aappublications.org/content/124/4/1193)."

GA00396972

APPENDIX Q

**DYSLIPIDEMIA**
- Screening for dyslipidemia has been updated to occur once between 9 and 11 years of age, and once between 17 and 21 years of age (to be consistent with guidelines of the National Heart, Lung, and Blood Institute).

**SEXUALLY TRANSMITTED INFECTIONS**
- Footnote 29 has been updated to read as follows: "Adolescents should be screened for sexually transmitted infections (STIs) per recommendations in the current edition of the AAP Red Book: Report of the Committee on Infectious Diseases."

**HIV**
- A subheading has been added for the HIV universal recommendation to avoid confusion with STIs selective screening recommendation.
- Screening for HIV has been updated to occur once between 15 and 18 years of age (to be consistent with recommendations of the USPSTF).
- Footnote 30 has been added to read as follows: "Adolescents should be screened for HIV according to the USPSTF recommendations (http://www.uspreventiveservicestaskforce.org/uspstf/uspshivi.htm) once between the ages of 15 and 18, making every effort to preserve confidentiality of the adolescent. Those at increased risk of HIV infection, including those who are sexually active, participate in injection drug use, or are being tested for other STIs, should be tested for HIV and reassessed annually."

**ORAL HEALTH**
- Assessing for a dental home has been updated to occur at the 12-month and 18-month through 6-year visits. A subheading has been added for fluoride supplementation, with a recommendation from the 6-month through 12-month and 18-month through 16-year visits.
- Footnote 32 has been updated to read as follows: "Assess whether the child has a dental home. If no dental home is identified, perform a risk assessment https://www.aap.org/en-us/Documents/oralhealth_RiskAssessmentTool.pdf and refer to a dental home. Recommend brushing with fluoride toothpaste in the proper dosage for age. See 'Maintaining and Improving the Oral Health of Young Children' (http://pediatrics.aappublications.org/content/134/6/1224
- Footnote 33 has been updated to read as follows: "Perform a risk assessment (http://www2.aap.org/oralhealth/docs/RiskAssessmentTool.pdf). See 'Maintaining and Improving the Oral Health of Young Children' (http://pediatrics.aappublications.org/content/134/6/1224)."
- Footnote 35 has been added to read as follows: "If primary water source is deficient in fluoride, consider oral fluoride supplementation. See 'Fluoride Use in Caries Prevention in the Primary Care Setting' (http://pediatrics.aappublications.org/content/134/3/626)."

GA00396973

APPENDIX R

# 2020 Immunization Schedules Changes & Guidance

## Child Immunization Schedule Changes for 2020
https://www.cdc.gov/vaccines/schedules/hcp/schedule-changes.html

*Haemophilus influenza type b vaccination*
The **Hib** note was revised to indicate that catch-up vaccination is not recommended for previously unvaccinated children 5 years (60 months) or older who are not at high risk.

*Hepatitis A vaccination*
The **HepA** note was revised to include the recommendation that all children and adolescents 2 through 18 years of age who have not previously received hepatitis A vaccine should receive catch-up vaccination and complete a 2-dose series.

*Hepatitis B vaccination*
The "special situations" section of the **HepB** note contains information regarding populations for whom revaccination may be recommended.

*Meningococcal ACWY vaccination*
Guidance regarding adolescent vaccination for children who received **MenACWY** prior to age 10 years has been added to the MenACWY note.

*Meningococcal B vaccination*
MenB booster doses are now recommended for persons aged ≥10 years with complement deficiency, those who use complement inhibitors, persons with asplenia, persons who are microbiologists, and persons determined by public health officials to be at increased risk during an outbreak. The MenB note has been updated to include a link to the detailed recommendations.

*Poliovirus vaccination*
Within the **poliovirus vaccination** note, detailed information has been added regarding which OPV doses may be counted toward the U.S. vaccination requirements.

*Tdap vaccination*
The **Tdap** note has been updated to allow either Td or Tdap, as an option for decennial tetanus booster doses and catch-up series doses in persons who have previously received Tdap. Additionally, the note has been edited to reflect recent updates to the clinical guidance for children 7 through 18 years of age who received doses of Tdap or DTaP at age 7 through 10 years. A dose of Tdap or DTaP administered at 10 years of age may now be counted as the adolescent Tdap booster. A dose of Tdap or DTaP administered at 7 through 9 years of age should not be counted as the adolescent dose, and Tdap should be administered at 11–12 years of age. The DTaP note has been updated to note that dose 5 is not necessary if dose 4 was administered at age 4 years or older AND at least 6 months after dose 3.

GA00396974

APPENDIX R

## 2020 Immunization Schedules Changes & Guidance

### Adult Immunization Schedule Changes for 2020
https://www.cdc.gov/vaccines/schedules/hcp/schedule-changes.html

- In Table 1 the number of columns for age ranges has been reduced from five to four as the columns for ages 19-21 years and 22-26 years have been combined. This is due to the change made to recommended catch-up HPV vaccination for all adults through age 26 years.
- A blue color box has been added to the schedule, including a blue footnote key. These indicate that shared clinical decision-making is recommended regarding vaccination. This impacts HPV, pneumococcal conjugate vaccine (PCV13), and meningococcal rows.

Hepatitis A vaccination
The **HepA note** was revised to include minor changes to the chronic liver disease definition, minor changes for the pregnancy indication, addition of the recommendation for vaccination in settings of exposure, and removal of clotting factor disorders as an indication for HepA vaccination.

Hepatitis B vaccination
The **HepB note** was revised to include minor changes to the chronic liver disease definition and minor changes for the pregnancy indication.

Human papillomavirus vaccination
The **HPV note** was revised to indicate that HPV vaccination is recommended for all persons through age 26 years. A shared clinical decision-making subsection was added for persons 27-45 years.

Influenza vaccination
The **influenza note** has been updated to include a bulleted list indicating when LAIV should not be used and minor edits to the guidance for persons with a history of Guillain-Barré syndrome.

Measles, mumps, and rubella vaccination
The MMR note was revised to clarify recommendations for health care personnel, with a separate bullet for personnel born in 1957 or later with no evidence of immunity and for health care personnel born before 1957 with no evidence of immunity.

GA00396975

APPENDIX R

Meningococcal vaccination

The MenB note was revised to include the use of the complement inhibitor ravulizumab as a special situation for MenB administration. A shared clinical decision-making subsection was added that includes a bullet for adolescents and young adults age 16-23 years not at increased risk for meningococcal disease. Under the "Special situations" subsection, the recommendation was added to administer a booster dose of MenB 1 year after the primary series and revaccinate every 2-3 years if the risk remains.

Pneumococcal vaccination

The pneumococcal note has been updated to indicate the updated recommendations for vaccination of immunocompetent (defined in discussion as adults without an immunocompromising condition, CSF leak, or cochlear implants) adults 65 years and older. One dose of PPSV23 is still recommended. Shared clinical decision-making is recommended regarding administration of PCV13 to immunocompetent persons 65 years and older.

Tdap vaccination

The tetanus, diphtheria, and pertussis note has been updated to indicate that Td or Tdap may be used in situations where only Td vaccine is indicated for the decennial tetanus, diphtheria, and pertussis booster vaccination, tetanus prophylaxis for wound management, and catch-up vaccination.

Varicella vaccination

The **varicella** note has been updated to indicate that vaccination may be considered for persons with HIV without evidence of varicella immunity who have CD4 counts ≥200 cells/μL.

GA00396976

APPENDIX S

## EPSDT Health Check Program (COS 600)
## Reimbursement Rates for
## Medicaid-Eligible Members &
## PeachCare for Kids® (PCK)-Eligible Members

Physicians and physician extenders (physician assistants, nurse practitioners) are reimbursed at 100% of the established rates when billing the specified codes and modifiers for Health Check services rendered to Medicaid-eligible members and PCK-eligible members.

Physicians and physician extenders who are eligible for the House Bill (HB) Primary Care Providers (PCP) rate increases are reimbursed 100% of the established rates, when billing the specified codes and modifiers for Health Check services rendered to Medicaid-eligible and PCK-eligible members.

04/2020
Rev. 07/20

| PCP Rate Increase | Fiscal Year | Effective Date |
|---|---|---|
| HB 76 | FY 2016 | eff. July 1, 2015 |
| HB 751 | FY 2017 | eff. July 1, 2016 |
| HB 44 | FY 2018 | eff. July 1, 2017 |

| Preventive Visit Codes | HIPAA Modifiers | Rates for Non-Attested Providers | HB 76 (eff. July 1, 2015) | HB 751 (eff. July 1, 2016) | HB 44 (eff. July 1, 2017) |
|---|---|---|---|---|---|
| 99381 | EP HA EP 25 EP HA 25 | $67.38[1] | | $106.68 | |
| 99391 | | | $86.47 | $96.08 | |
| 99382 | | | | | $111.27 |
| 99392 | | | $92.46 | $102.74 | |
| 99383 (age 5-7 years) | EP EP 25 | $67.38[1] | | | $116.19 |
| 99393 (age 5-7 years) | | | $92.17 | $102.41 | |
| 99383 (age 8-11 years) | EP EP 25 | $75.38 – private $55.38 – public health | | | $116.19 |
| 99393 (age 8-11 years) | | | $92.17 | $102.41 | |
| 99384 | EP EP 25 | $75.38 - private $55.38 – public health | | | $131.62 |
| 99394 | | | $101.03 | $112.25 | |
| 99385 | EP EP 25 | $75.38 - private $55.38 – public health | | | $127.75 |
| 99395 | | | $103.24 | $114.71 | |

[1]This applies to non-attested private and public health providers.

When reporting the preventive visit codes with EP, EP 25, EP HA, EP HA 25 modifier(s), reimbursement is at 100% for physicians and mid-level providers (physician assistants, nurse practitioners).

GA00396977

APPENDIX S

## EPSDT Health Check Program (COS 600)
## Reimbursement Rates for
## Medicaid-Eligible Members &
## PeachCare for Kids® (PCK)-Eligible Members

| Interperiodic Visit Codes & Modifiers (EP, EP 25) | Rates for Non-Attested Providers | | HB 76 (eff. July 1, 2015) | HB 751 (eff. July 1, 2016) | HB 44 (eff. July 1, 2017) |
|---|---|---|---|---|---|
| | Medicaid-eligible members | PCK-eligible members | | | |
| 99201 | $35.13 | $41.20 | | | $41.30 [1] |
| 99202 | $54.57 | $71.16 | | $71.33 [1] | |
| 99203 | $76.33 | $103.01 | | $103.80 [1] | |
| 99211 | $17.46 | $17.46 | | | $18.97 [2] $19.79 [3] |
| 99212 | $29.67 | $41.54 | | $41.63 [1] | |
| 99213 | $40.70 | $69.11 | $63.14 [2] | $70.15 [1] | |
| 99214 | $62.71 | $102.49 | | $103.72 [1] | |

[1] This rate increase applies to Medicaid-eligible members and PeachCare for Kids®-eligible members.
[2] This rate increase does not apply to PeachCare for Kids®-eligible members.
[3] This rate increase does not apply to Medicaid-eligible members.

When reporting the interperiodic visit codes with EP, EP 25 modifier(s), reimbursement is at 100% for physicians and mid-level providers (physician assistants, nurse practitioners)

04/2020
Rev. 07/20

| Immunization Codes & Modifier (EP) | Rates for Non-Attested Providers | | HB 751 (eff. July 1, 2016) | | HB 44 (eff. July 1, 2017) | |
|---|---|---|---|---|---|---|
| | Medicaid-eligible members | PCK-eligible members | Medicaid-eligible members | PCK-eligible members | Medicaid-eligible members | PCK-eligible members |
| 90460 | $10.00 | $18.50 | $21.93 | $21.93 | | |
| 90471 | $10.00 | $18.50 | $23.54 | $23.54 | | |
| 90472 | $10.00 | $18.50 | $11.98 | $18.50 | | |
| 90473 | $10.00 | $18.50 | | | $23.54 | $23.54 |
| 90474 | $10.00 | $18.50 | | | $11.98 | $18.50 |

When reporting the immunization codes with EP modifier, reimbursement is at 100% for physicians and mid-level providers (physician assistants, nurse practitioners)

GA00396978