# EXHIBIT 9





An official website of the State of Georgia.   How you know      English      Organizations

| About Us | Divisions & Offices | Programs | Providers | How Do I | Budget & Performance | Meetings & Notices |

SEARCH

ℹ  PeachCare for Kids® premiums are suspended through Dec. 31  |  Important information about resuming premiums here.  →

ℹ  Provider Revalidation Deadline Extended  |  Additional details available here.  →

🏠 > Programs > PeachCare for Kids®





Programs

PeachCare for Kids®  ⌃

    Applications

    Eligibility Criteria  ⌄

    Program Benefits and Cost

    Payment Information

    Frequently Asked Questions  ⌄

    PeachCare for Kids® Outreach  ⌄

    File a Complaint



## Background Information

In 1997, Congress created Title XXI of the Social Security Act to provide health care for the growing number of uninsured children in the United States. This legislation enabled states to create State Children's Health Insurance (S-CHIP) programs to increase access to affordable health insurance. In Georgia, PeachCare for Kids® began covering children in 1998 and provides comprehensive coverage to uninsured children. S-CHIP was reauthorized in January 2018 for an additional 10 years.

The health benefits include primary, preventive, specialist, dental care and vision care. PeachCare for Kids® also covers hospitalization, emergency room services, prescription medications and mental health care. Each child in the program has a Georgia Families Care Management Organization (CMO) who is responsible for coordinating the child's care.

## How Do I?

💲 Make Payments        📄 Apply

Questions

PeachCare for Kids® Outreach

File a Complaint

Appeal an Eligibility Decision

Contact Us

Certificate of Need (CON)

Home and Community Based Services (HCBS)

Indigent Care Trust Fund (ICTF)

Medicaid Promoting Interoperability Program

Rural Hospital Tax Credit

Georgia Pathways to Coverage

State Directed Payment Programs

## How Do I?

Make Payments

Apply

Verify Eligibility

Find a Doctor

Request Outreach

Review FAQs

CONTACT

### PeachCare for Kids®

peachcare@dch.ga.gov

Primary: (877) 427-3224
Fax: (912) 632-0389

## Quick Links

- 2023 Medicaid Redetermination Information
- Program Benefits and Cost
- Contact Us
- File A PeachCare Complaint
- File a Mental Health Parity Complaint
- Appeal Eligibility Decision

GEORGIA DEPARTMENT *of* COMMUNITY HEALTH

## How can we help?

CALL US
Primary: (404) 656-4507
All Contacts

VISIT
2 Martin Luther King Jr. Drive SE
East Tower
ATLANTA, GA 30334

## About Us

Am I in the right place?

Job Opportunities

Press Releases

Speakers Bureau

## State of Georgia

State Organizations

Elected Officials

State Jobs

## Resources

Board of Community Health

(ICTF)

Medicaid Promoting Interoperability Program

Rural Hospital Tax Credit

Georgia Pathways to Coverage

State Directed Payment Programs

peachcare@dch.ga.gov

Primary: (877) 427-3224
Fax: (912) 632-0389

- Cost
- Contact Us
- File A PeachCare Complaint
- File a Mental Health Parity Complaint
- Appeal Eligibility Decision

GEORGIA DEPARTMENT *of* COMMUNITY HEALTH

## How can we help?

CALL US
Primary: (404) 656-4507
All Contacts

VISIT
2 Martin Luther King Jr. Drive SE
East Tower
ATLANTA, GA 30334

Monday to Friday, 08:00 a.m. - 05:00 p.m.

## About Us

Am I in the right place?

Job Opportunities

Press Releases

Speakers Bureau

## Resources

Board of Community Health

Find a Certified Nurse Aide

Georgia Caregiver Portal

Georgia Composite Medical Board

Georgia Pathways to Coverage™

Hospital Transparency Information

Medicaid Fact Sheets

Medicaid Sign-Up Portal (Georgia Gateway)

Medical Records Retrieval Rates

PeachCare for Kids® Applications

Provider Login

## State of Georgia

State Organizations

Elected Officials

State Jobs

© Georgia.gov Site Map Accessibility Privacy/Security Human Trafficking Notice






