# EXHIBIT 11

Message
___

| | |
|---|---|
| **From:** | Zelphine SmithDixon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFD8DCF803DB420F8D7529093ED93D79-ZELPHINE SM] |
| **Sent:** | 10/5/2016 12:37:42 AM |
| **To:** | Deborah Gay [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d2c7a5a23a44197b503536d51a29d1a-Deborah Gay] |
| **Subject:** | FW: GNETS Rule Feedback Sessions |
| **Attachments:** | GNETS Existing Rule 160-4-7-.15.pdf; Announcement GNETS Rule Feedback Sessions.pdf |

Debbie,
The GNETS Rule Feedback sessions have been planned.


Hello,

The Georgia Department of Education will be hosting three regional feedback meetings to solicit your input on the proposed repeal and initiation of the State Board of Education Rule **160-4-7-.15 GEORGIA NETWORK FOR EDUCATIONAL AND THERAPEUTIC SUPPORT (GNETS).** Please feel free to attend one of the meetings and/or share the attached announcement with key stakeholders in your district.

Thanks

**Nakeba N. Rahming, Ed.S.**
State Director for GNETS
Georgia Department of Education
1870 Twin Towers
205 Jessie Hill Jr. Drive
Atlanta GA. 30303
**Office** 404-640-6536   **Fax:** 404-651-6457
**Email:** nrahming@doe.k12.ga.us

*"Educating Georgia's Future"*


**This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee. If you are not the intended recipient or authorized to receive this for the intended recipient, you are hereby notified that any reading, discussion, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.**

Code: IDDF (15)

### 160-4-7-.15 GEORGIA NETWORK FOR EDUCATIONAL AND THERAPEUTIC SUPPORT (GNETS)

**(1) PROGRAM DEFINITION AND PURPOSE.**

(a) The Psychoeducational Network shall be known as the Georgia Network for Educational and Therapeutic Support (GNETS). GNETS programs support the LEAs continuum of services by providing comprehensive special education and therapeutic support for the children served. The purpose of the GNETS is to prevent children from requiring residential or other more restrictive placements by offering cost-effective comprehensive services in local areas. Families have the opportunity to be engaged in all aspects of service planning. Child specialists (educators, psychologists, social workers, psychiatrists, behavior support specialists, or etc.) from a variety of professions collaborate on behalf of the children served.

(b) All programs may serve children ages 3 through 21 years by the program staff in classes, with direct therapeutic services, evaluation and assessment or other services as appropriate.

**(2) ELIGIBILITY AND PLACEMENT.**

(a) An IEP team may consider in-class services by a GNETS program for a child with an emotional and behavioral disorder based upon documentation of the severity of the duration, frequency and intensity of one or more of the characteristics of the disability category of emotional and behavioral disorders (EBD). This documentation must include prior extension of less restrictive services and data which indicate such services have not enabled the child to benefit educationally.

(b) For children receiving in-class services, local schools are actively involved and exit criteria are developed upon entry into the GNETS program.

**(3) OPERATIONAL REGULATIONS AND PROCEDURES.**

(a) **Department responsibilities.** In compliance with a provision of the budget for the operation of GNETS, the department shall receive funds appropriated by the Georgia General Assembly. The department shall:

1. Develop regulations and procedures pertaining to the operation of GNETS programs, subject to review and approval of the state board.

2. Review proposals for funding and make recommendations to the state board.

3. Award funding to approved fiscal agents for the operation of GNETS programs

GA01286675

4. Ensure that all GNETS programs have an on-going system for documenting effectiveness and program improvement based on GaDOE requirements and guidance from stakeholders.

**(b) Fiscal agent responsibilities.**

1. If a majority of the LEAs served by the GNETS program desire to change the fiscal agent, the vote shall be taken no later than April 1 to be effective for the ensuing fiscal year. The fiscal agent responsibility may be transferred to a regional education service agency (RESA) or a LEA provided the new fiscal agent agrees to serve for a minimum of three years. The fiscal agent shall do the following.

(i) Serve as fiscal agent for the receipt and disbursement of all grant funds.

(ii) Transfer funds to restricted program accounts upon receipt of all grant funds, including maintenance and operation, instructional materials and media and sick leave.

(iii) Maintain appropriate bookkeeping procedures to ensure the expenditure of funds as indicated in the approved proposal. (For information concerning procedures, the *Financial Management for Georgia Local Units of Administration* shall be used.)

(iv) Provide appropriate information as required by the department, including the following.

(I) March, October and annual reports of services for children.

(II) Program accountability data.

(III) Georgia's Continuous Improvement Monitoring Process Plans.

(IV) Financial reports.

(V) Annual demographic data.

**(c) Advisory board.**

1. The advisory board comprised of the superintendents or their designees of the LEAs served, shall meet at least quarterly.

2. Responsibilities of the board shall include, but are not limited to, the following.

(i) Review and endorse the proposal for funding, including service delivery model, staffing pattern and budget.

(ii) Review service delivery model and recommendations for program improvement.

GA01286676

(iii)  Review program data quarterly.

**(d)  Budget/fiscal management.**

1.  Guidelines for the budget are established to cover all areas of expenditures.

(i)  Budgets shall be determined annually according to appropriations and population to be served by each program.

(ii)  Management of program budgets shall be consistent with state fiscal policy.

(iii)  Deviations in the project budget shall be approved by the fiscal agent and submitted to the department for approval as outlined in the proposal guidelines.

(iv)  Indirect cost is only allowable on the state grant and shall be calculated using one percent.  Indirect cost may be negotiated for providing such services as accounting, data processing and purchasing.

**(e)  Budget/personnel.**

1.  The procedure outlined below shall be used for personnel in programs.

(i)  Minimum salary schedules for professionals shall be consistent with either the Professional Standards Commission requirements or Georgia Merit System rating in the area of job responsibility.

(ii)  Any positions established that are not described in the approved proposal shall be justified in writing with a complete job description attached and submitted for prior approval to the department.

(iii)  Personnel employed as teachers shall meet the state certification requirements. Others shall meet licensing or certification requirements in their respective professional area, e.g., psychiatrist, psychologist, social worker or be eligible for an appropriate State of Georgia Merit System rating.

(iv)  Sufficient personnel to operate a GNETS program shall be employed and described in the proposal approved by the fiscal agent and LEAs served.  These shall include sufficient leadership and supervisory personnel, instructional staff to include teachers and paraprofessionals, and therapeutic support staff.

**(f)  Budget/operation.**

1.  The procedure outlined below shall be followed in regard to costs of operation and equipment.

(i)  Travel expense reimbursement shall be based on state travel regulations for LEAsl.

GA01286677

(ii) State funds shall not be utilized to buy snacks or rewards for children.

(iii) Installation of equipment or renovation of a facility on property not legally the property of the fiscal agent shall be prohibited.

(iv) Insurance coverage may be contracted for program contents.

(v) Insurance coverage may be contracted for liability on pupil transportation vehicles unless already covered by pupil transportation grants.

(vi) Insurance coverage may be contracted for professional liability and/or accident and health when provided to all staff by the fiscal agent.

**(g) Program operation.**

1. The procedure outlined below shall be followed in regard to program operation.

(i) Classes shall operate a minimum of 180 days each fiscal year and may operate up to 200 days. The recommended maximum class size for preschool, elementary and middle school classes is eight. The recommended maximum class size for high school classes is ten.

(ii) GNETS programs shall utilize evidence-based positive behavioral interventions, supports and other strategies designed to increase children's resilience and social-emotional competence.

(iii) The academic curriculum for all children shall be Georgia's general education curriculum.

**(4) This rule shall become effective July 1, 2007.**

Authority O.C.G.A. § 20-2-152; 20-2-240; 20-2-270; 20-2-270.1; 20-2-272; 20-2-274.

**Adopted:  June 14, 2007**          **Effective:  July 1, 2007**

.15-4 GNETS



*Richard Woods, Georgia's School Superintendent*
*"Educating Georgia's Future"*

Hello All,

The purpose of this announcement is to inform the community that the Georgia Department of Education will be hosting three regional feedback meetings to solicit input on the proposed repeal and initiation of State Board of Education Rule **160-4-7-.15 GEORGIA NETWORK FOR EDUCATIONAL AND THERAPEUTIC SUPPORT (GNETS)**. A copy of the existing rule is attached and can be found at Existing GNETS Rule 160-4-7-.15. The GNETS Rule feedback meetings will be held in the following locations:

| Hall County | Tift County | Fayette County |
|---|---|---|
| Date: **October 24, 2016**<br>Time: **3pm – 6pm**<br>North Hall High School<br>Performing Arts Center<br>**4885 Mt. Vernon Road**<br>**Gainesville, Georgia 30506** | Date: **October 27, 2016**<br>Time: **3pm – 6pm**<br>Northside High School<br>**3021 Fulwood Road**<br>**Tifton, Georgia 31794** | Date: **October 28, 2016**<br>Time: **3pm – 6pm**<br>LaFayette Educational Center<br>Building A, Media Center<br>**205 Lafayette Avenue**<br>**Fayetteville Georgia 30214** |

Any person interested in providing feedback may do so either in person or by email. The following protocol will govern the feedback meetings:

- If you want to provide feedback in person, you must limit your comments to no longer than 3 minutes in order to allow time for each person to fully express their comments. Although not required, we suggest you prepare written comments and use the written comments to ensure your complete message is heard. A timekeeper will ensure everyone has the full 3 minutes to speak.

- You may also submit your written comments by leaving a paper copy at the registration desk.

- While any individual may attend any or all of the feedback meetings, you must decide which meeting you want to share comments in person. Allowing individuals to speak at only one feedback session gives everyone an opportunity to have their voice heard.

If you prefer to provide written comments, you may do so by emailing your comments to GNETrule@doe.k12.ga.us

If you have any questions please feel free to contact Julie James, paralegal at jjames@doe.k12.ga.us