# EXHIBIT 12

Message

| | |
|---|---|
| From: | Matt Jones [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABD3077D60454D81B1BEF049297710AF-MATT JONES] |
| Sent: | 10/9/2020 4:33:01 PM |
| To: | Matt Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=abd3077d60454d81b1bef049297710af-Matt Jones] |
| Subject: | Announcements |
| Attachments: | GaDOE Org Chart 10-09-2020.pdf |
| | |
| Flag: | Follow up |

Good afternoon,

Effective immediately, Matt Cardoza will serve as GaDOE's K-12 Public Health Liaison. Over this last couple of weeks, Matt has worked with the Governor's Office, DPH, GEMA, and other partners to ensure a smooth transition into this role. Matt has a strong record of providing high quality service and support and being a problem solver. Superintendent Woods and I are confident he will serve districts well in this role.

Dr. Garry McGiboney will be retiring and pursuing exciting opportunities outside of state government. Dr. McGiboney has had an accomplished career at the Georgia Department of Education and retires at the high point of his career -- serving as K-12 Public Health Liaison and helping school leaders with their restart efforts. We wish him the very best in his future endeavors.

*The attached organizational chart reflects these changes.*

Take care and stay healthy,

**Matt Jones**
Chief of Staff
Georgia Department of Education

*Educating Georgia's Future*



EXHIBIT 697

GA01852181



Georgia Department of Education — Organizational Chart