# EXHIBIT 13

PLAINTIFF'S EXHIBIT 904

**Message**

| | |
|---|---|
| **From:** | Ted Beck [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0420A15FE7DC4752898156E95943F0B4-JAMES BECK] |
| **Sent:** | 2/22/2016 3:31:51 AM |
| **To:** | Lakly, Dave [Dave.Lakly@senate.ga.gov] |
| **Subject:** | RE: GNETS Program Manager |

I'm going to have to look up her name tomorrow, but she's a direct report to Debbie Gay in SWD. Her primary role is to act as the program manager – this is the first time we've had someone in this role. She'll be acting as the coordinator for the 20+ sites, and working to implement our policies and procedures with more standardization across each location. Her foremost task at the moment is to continue working to implement our improvement plan, which has been in existence for some time, and covers a lot of ground, all of which is much needed and should demonstrate so immediate results.

Ted

**From:** Lakly, Dave [mailto:Dave.Lakly@senate.ga.gov]
**Sent:** Friday, February 19, 2016 12:21 PM
**To:** Ted Beck <tbeck@doe.k12.ga.us>
**Subject:** GNETS Program Manager
**Importance:** High

Ted,

When you have a minute, could you send me a brief (sentence or two) summary of what that new statewide program manager position does?

Thanks,
Dave

GA00278665