# EXHIBIT 14

| | |
|---|---|
| Message | |
| From: | Crystal Albright [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6BDCDA2B04BA44DBA627275F03BF60A7-CRYSTAL ALB] |
| Sent: | 7/29/2018 9:50:05 PM |
| To: | Karen Flowers [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=23c994a5ccb54d06b2cd4f8ee75c102d-Karen Flowe] |
| CC: | Zelphine SmithDixon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd8dcf803db420f8d7529093ed93d79-Zelphine Sm]; Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | RE: Permission to Post - New Position GNETs |
| Attachments: | Education Program Specialist-GNETS4.docx |

Attached is updated job announcement. Please note the new position number is 00217263. Posting will appear on website Monday.

---

**From:** Karen Flowers
**Sent:** Tuesday, July 24, 2018 10:54 AM
**To:** Crystal Albright <calbright@doe.k12.ga.us>
**Cc:** Shernita Howard <shhoward@doe.k12.ga.us>; Zelphine SmithDixon <ZSmith@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Permission to Post - New Position GNETs

Good morning Crystal:

I sent an email on 7/16 regarding the posting of a new GNETs position; this email is a follow up as the job description was not included with the request. Please see the attached job description. Also attached, is another copy of the B-10 for your records. Should you have any questions, please feel free to reach out. Have a great day!

Kind regards,



Budget Analyst II
Federal Programs
Special Education Services & Supports
1858 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 232 - 7976 – Office
(404) 782 - 9291 – Cellular
(678) 717 - 6884 - Fax
kflowers@doe.k12.ga.us
http://www.gadoe.org

*"Educating Georgia's Future"*



**EXHIBIT 420**

GA00119322



**From:** Zelphine SmithDixon
**Sent:** Tuesday, July 24, 2018 9:58 AM
**To:** Karen Flowers <KFlowers@doe.k12.ga.us>
**Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Education Program Specialist-GNETS4

Karen,
We would like to post the new GNETS position. Attached, you will find the job description for this posting.

Zelphine Smith-Dixon, Ed.D.
State Director
Division for Special Education
Georgia Department of Education
205 Jesse Hill Jr. Drive SE
1870 Twin Towers East
Atlanta, Georgia 30334
404-987-1568 - Cell
770-344-4482 - Fax
zsmith@doe.k12.ga.us
www.gadoe.org

*"Educating Georgia's Future"*

Georgia Department of Education
# Job Announcement

| Posting Date: July 30, 2018 | Apply By: August 13, 21018 |
|---|---|
| Announcement: 18-77 | HR CODE: EDP033 |

| Position Title: Education Program Specialist-GNETS  Position: 00217263 (federally-funded) | Location: 1854 Twin Tower East Atlanta, GA 30334 | Program/Unit: Vickie Cleveland– Hiring Manager Division for Special Education Services & Supports |
|---|---|---|

Provides general supervision for the Georgia Network for Educational and Therapeutic Supports (GNETS). Duties include oral and written communication, collaborating with the Georgia Department of Education (GaDOE) team by building professional learning structures, providing technical assistance with strategic planning and implementation activities including presentation materials and mechanisms to ensure common standards of practice across the GNETS network are followed with fidelity, collaboration with local school districts, the provision of therapeutic supports to students and families and the implementation of Positive Behavior Interventions and Supports (PBIS) at the system, targeted group and individual levels, and requires collaboration with local education agencies.

Provide oversight for the following: Oversight of compliance with all requirements of federal regulations and state board rules applicable to student with disabilities, and timely and accurate data submissions. Must also be able to prepare guidelines, memoranda, reports, and presentation materials. Conduct training and staff development activities for local districts. Personnel must be able to complete required job duties with limited supervision.

**Minimum Qualifications:**
Must have Georgia Professional Standards Commission (GaPSC) professional educator's certification or GaPSC eligibility certification. A Master's degree in education, education administration, public administration or a related administrative filed and at least five (5) years of full-time professional experience in a K-12 special education setting. *__Must submit a copy of GaPSC certificate/certification or GaPSC eligibility certificate/certification with cover letter, (application) resume and salary history;__ <u>_applicants who fail to submit required GaPSC documentation will not be considered._</u>

**Note:** Must demonstrate strong written and oral communication skills and technology competencies as well as a basic understanding of assessment and data analysis.

**Preferred Qualifications:**
Preference will be given to applicants who, in addition to meeting the minimum qualifications, possess one or more of the following:

- Experience or specialized training in working with students who exhibit severe and intense behavioral, social, and/or emotional difficulties
- Successful experience with leading or assisting programs with ensuring functional behavior assessments, behavior intervention plans, data-based decision making, and systems level change are implemented through high-quality professional learning experiences that are job-embedded and focused on impacting student achievement and behavior change
- Experience in designing and/or implementing professional learning initiatives that resulted in adults improving their practices and students exhibiting growth in academic performance
- Strong knowledge and skill in RTI, PBIS, SST, evidence-based instruction and interventions, as well as supporting districts with equitable discipline practices
- Excellent oral and written communication skills

**Salary/Benefits:** Pay Grade N – Annual salary ranges from $52,331 (minimum) up to $91,579 (maximum). *__Hiring salary is commensurate with current employment, relevant education/training and work experience; and available funding__. Benefit options include life, disability, dental and health insurance, annual/sick leave, and Employees' Retirement or Teachers' Retirement.

Submit a cover letter, resume and salary history **or** State of Georgia application to: recruiter@doe.k12.ga.us

Consideration/interviews will begin as soon as a list of applicants is established. Applications/resumes will be evaluated and only those meeting the qualifications may be forwarded to the hiring manager to be considered. Candidates chosen for

GA00119324

interviews will be contacted directly. No notification will be sent to applicants except those who are selected for interviews. Due to the large volume of applications received, we cannot provide application status information.

It is the policy of the Georgia Department of Education not to discriminate on the basis of race, color, sex, national origin, disability, or age in its employment practices. The Georgia Department of Education (GaDOE) and each associated State School is a registered participant in the federal work authorization program commonly known as E-Verify. The GaDOE utilizes the program to verify employment eligibility of individuals hired on or after July 1, 2007.
GaDOE Federally-issued User ID#: 46420
Date of Authorization: 07/02/2007

**An Equal Opportunity Employer**