# EXHIBIT 15

Message

| | |
|---|---|
| **From:** | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| **Sent:** | 10/29/2019 7:39:02 PM |
| **To:** | Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson] |
| **Subject:** | Responsibilities |
| **Attachments:** | GNETS Program Specialist Responsibilities-10-29-19.docx |

See attachment


Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

**EXHIBIT 421**

GA00953298

## GNETS Program Specialist Responsibilities

- Provide consultation regarding improvement on the GNETS strategic plan
- Complete GNETS End of Year reviews-provide ratings and feedback
- Assist GNETS PM with strategic plan improvement initiatives (editing, testing changes in the portal, conduct training, etc)
- Participate in facilities walkthroughs at GNETS locations
- Attend IDT/DBHDD meetings
- Attend Program Manager weekly meetings
- Attend SPED bi-monthly department meetings
- Collaborate with DLs on GNETS findings (CFM visits-provide feedback if needed)
- Develop and conduct training in collaboration with the GNETS PM for stakeholders (i.e.SELDA, Charter School, etc )
- Collaborate with GLRS PM on GNETS reintegration
- Attend/Assist in planning and conduct training at LEA Collaborative meetings
- *iReady*-monitor reports-collaborate with GNETS and vendor on data reporting
- Monitor monthly social worker logs-provide updates to GNETS PM
- Collaborate with GO-IEP team on pending changes in portal
- Co-facilitate GNETS directors meetings
- Advise GNETS staff and stakeholders on state board rule for GNETS
- Analyze staffing/budget data for GNETS in collaboration with GNETS PM
- Assist GNETS PM in conducting GNETS stakeholder meetings
- Research therapeutic programming in other SEAs/school districts to inform GNETS programming