EXHIBIT 16

## GNETS Project Management: Activities and Milestones

| Activities and Milestones | | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| **I.** | **PROGRAM ADMINISTRATION** | | | | | Enter overall rating for this section here | Enter overall rating for this section here | Enter overall rating for this section here |
| | | | | | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.<br><br>**** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Hire Program Manager<br>1. Post Job Announcement<br>2. Review eligible applicants<br>3. Select candidates to interview<br>4. Recommend candidates to Superintendent | 9/2015 | 12/2015 | | 9/18/2015 – Job posted on GaDOE's Website<br>10/13/2015 – Interviewed one candidate; candidate later withdrew application<br>11/2/2015 – Scheduled additional interviews<br>12/11/2015 – SBOE approved recommendation with a January 19, 2016 start date | | | |
| | | | | 1/19/2016 | 1/19/2016 – Start date for Nakeba Rahming, new Program Manager | | | |
| 2. | Revise GNETS Strategic Plan | 12/2015 | 2/2016 | 1/12/2016 | Standing Meeting with Debbie and Matt (COS) – Debbie is updating the Strategic Plan<br>• Follow up – Clara needs a copy of the updated plan<br>• Clara shared project management plan – not for distribution<br>• Debbie needs to review and provide feedback including dates when activities are due | | | |
| 3. | Establish a risk assessment model to analyze each GNETS program | | | | | | | |
| 4. | Review grant applications and make annual funding awards | | 5/2016 | | | | | |
| 5. | Collect annually local school districts' funding portion of GNETS | | 5/2016 | | | | | |
| 5. | Provide technical assistance to 24 programs and local school districts | 11/2015 | 6/2017 | | | | | |
| 6. | Revise funding formula | | | | | | | |

GA00061974

| Activities and Milestones | | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| 7. | Conduct on-site visits to each GNETS | | | | | | | |
| 8. | Establish monitoring indicators (programmatic, instructional, facilities, and fiscal) and corrective action policies and procedures | | | | | | | |
| 9. | Monitor corrective actions using GaDOE's online Consolidated Application monitoring tool | | | | | | | |
| 10. | Establish and implement a communication plan for the State's GNETS program | | | | | | | |
| 11. | Establish, track and report performance metrics for the GNETS program | | | | | | | |
| 11. | Publish annual report for the State's GNETS program | | | | | | | |
| 12. | Review the current fiscal agent model to determine if changes are needed | | | | | | | |
| 13. | Ensure equitable distribution of resources to meet the needs of students at each GNETS – may include other community-based services | | | | | | | |

GA00061975

| Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|
| | | | | | Progress | Implementation | Performance |
| II.  INSTRUCITONAL PROGRAM | | | | | | | |
| | | | | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.  **** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Contract with experts to conduct an in-depth assessment of the instructional program at each GNETS | | | | | | |
| 2. | | | | | | | |
| 3. | Provide professional learning for GNETS and local school district staff based on assessment of the instructional program | | | | | | |
| 4. | Establish minimum instructional programs requirements that allow each GNETS the flexibility to address its student population | | | | | | |
| 5. | Ensure quality implementation of Positive Behavioral Intervention and Supports at each GNETS and local school district | | | | | | |
| 6. | Ensure quality implementation of Georgia Student Achievement Pyramid of Interventions at the local school district | | | | | | |
| 7. | Ensure each GNETS is appropriately teaching Georgia Standards of Excellence | | | | | | |
| 8. | Ensure students have appropriate access to classes/courses/activities available to all students | | | | | | |

GA00061976

| Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|
| | | | | | Progress | Implementation | Performance |
| **III.    THERAPEUTIC SERVICES** | | | | | | Enter overall rating for this section here | Enter overall rating for this section here |
| | | | | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.   **** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Contract with experts to conduct an in-depth assessment of the therapeutic services provided at each GNETS | | | | | | |
| 2. | Provide professional learning for GNETS and local school district staff based on assessment of the gaps in therapeutic services | | | | | | |
| 3. | Collaborate with State and community-based service providers to ensure students have access to all needed services | | | | | | |

GA00061977

| Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|
| | | | | | Progress | Implementation | Performance |
| **IV.    FACILITIES** | | | | | | Enter overall rating for this section here | Enter overall rating for this section here |
| 1. GaDOE prepares the following information:<br>1. List of sites requiring a visit from GADOE field personnel.<br>2. Site address/location and on-site contact for distribution to GADOE field personnel.<br>3. Copy of checklist to distribute to GADOE field personnel for each site. Checklist to be prepared by GSFIC and reviewed by GADOE prior to sending to field personnel.<br>4. GaDOE/GSFIC review/ filter checklists received from GADOE field personnel | 11/2015 | 1/2016 | 1/7/2016<br>1/19/2016 | 1/7/2016 - Status of the field staff visits.  Follow up – if any egregious findings Special Education will be notified immediately.<br>1/8/2016 – Facilities held conference call with field staff to discuss the protocol.<br><br>1/19/2016:<br>1/15/2016 Email Update to GSFIC<br>• Receive field assessments back from field staff was slated to be completed by 12/15/2015. Activities are currently underway; timeline revised to 2/1/2016.<br>• List of sites requiring site visits – complete<br>• Site address/location and on-site contact for distribution to field personnel – complete<br>• Copy of checklist to distribute to field personnel – complete<br>• Review/filter checklists time line revised to 2/1/2016 | | | |
| 2. GaDOE prepares an application for consideration to receive facilities improvement funding | 11/2015 | 3/2016 | 1/7/2016<br><br>1/19/2016 | 1/7/2016 – Discussed that an application per se is not the best option given some facilities may be in great need but an application may not be submitted.  Concluded we will review the priority list once field staff is done with onsite visits.  Then each priority site will sign an Assurance Application.<br><br>Ongoing discussion – Application should be assurances application to eliminate the possibility of GNETS staff not applying for facilities fund even if the facility is deemed a priority by the field assessment | | | |
| 3. 1. GaDOE matches applicants with projects<br>2. GaDOE develops a scoring methodology to prioritize funding awards to projects. | 11/2015 | 5/2016 | | | | | |

GA00061978

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| 4. | GSFIC prepares an RFQ for Facility assessment firm<br>1. Advertise for 30 days<br>2. RFQ to include list of sites "filtered" by SBE/DOE/GSFIC in step above based on field information gathered by GADOE field personnel.<br>3. Include a description of field assessment requirements to include. | 11/2015 | 1/2016 | 1/19/2016 | Revised date to 2/1/2016 | | | |
| 5. | GSFIC receives responses to RFQ on or<br>Select selection committee before responses to RFQ received.<br><br>Selection committee meets on or about February 17, 2016 to shortlist 3-5 firms. | 11/2015 | 2/2016 | 1/19/2016 | Revised date to 3/1/2016 | | | |
| 6. | Selection Committee<br>1. Notifies short listed firms and allow time to prepare for interview.<br>2. Interviews shortlisted firms on or about March 1, 2016.<br>3. Notifies selected firm 3/1/2016. | 11/2015 | 3/2016 | 1/19/2016 | Revised date to 3/1/2016 | | | |
| 7. | Negotiate fee/contract<br>Provide address and on-site contact information to selected firm from information collected earlier. | 11/2015 | 4/2016 | 1/19/2016 | Revised date to 5/1/2016 | | | |
| 8. | Complete assessments<br>to include "order of magnitude" budgets. | 11/2015 | 5/2016 | 1/19/2016 | Revised date 6/1/2016 | | | |

GA00061979

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| 9. | Review assessments and budgets Determine next steps forward after review of assessments and budgets with GaDOE/GSFIC. | 11/2015 | 6/2016 | 1/19/2016 | Revised date to 6/15/2016 It is expected that the application/assurance process will run concurrently with the forensic needs assessment such that grant awards are expected to be made by 7/1/2016 | | | |

GA00061980

**Ratings Key**

| | | |
|---|---|---|
| Progress Ratings | **On-track** | The project and the deliverables it encompasses are on or ahead of schedule according to the timelines in the plan. |
| | **Somewhat on-track** | The project and the deliverables it encompasses are mostly on schedule (within 1 month) according to the timelines in the plan. |
| | **Somewhat off-track** | The project and the deliverables it encompasses are somewhat behind schedule (1-2 months) according to the timelines in the plan. |
| | **Off-track** | The project and the deliverables it encompasses are significantly behind schedule (>2 months) according to the timelines in the plan. |

| | | |
|---|---|---|
| Quality of Implementation Ratings | **Strong** | Information about implementation in the field is routinely collected; information collected reveals that the project is being implemented with fidelity, is of high-quality, and is helping drive improved student outcomes. |
| | **Somewhat strong** | Information about implementation in the field is routinely collected; information collected reveals that the project has posed few implementation challenges and has shown some evidence of helping drive improved student outcomes. |
| | **Somewhat weak** | Some information about implementation in the field has been collected; information collected reveals issues with the project scope, fidelity of implementation or desired impact. |
| | **Weak** | No information about implementation in the field has been collected, or information collected reveals substantial issues with the project scope, fidelity of implementation or desired impact. |

| | | |
|---|---|---|
| Performance Ratings | **On-track** | The measures are meeting or exceeding the targets in the plan. |
| | **Somewhat on-track** | The measures are mostly on-track with regard to the targets in the plan (0-10% difference between targets and actual data). |
| | **Somewhat off-track** | The measures are somewhat off-track with regard to the targets in the plan (10-20% difference between targets and actual data). |
| | **Off-track** | The measures are significantly off-track with regard to the targets in the plan (>20% difference between targets and actual data). |

GA00061981