# EXHIBIT 17

# GaDOE-GNETS Project Management Plan: State Activities and Milestones for GNETS Program Improvement

***Project Stages: Planning – Implementation - Monitoring***

**Last Updated 10/12/16**

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings: Project Planning | Ratings: Project Implementation | Ratings: Project Monitoring |
|---|---|---|---|---|---|---|---|---|
| **I.** | **PROGRAM ADMINISTRATION** | | | | | Enter overall rating for this section here | Enter overall rating for this section here | Enter overall rating for this section here |
| | | | | | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.<br><br>**** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Hire Program Manager<br>1. Post Job Announcement<br>2. Review eligible applicants<br>3. Select candidates to interview<br>4. Recommend candidates to Superintendent | 9/2015 | 12/2015 | 1/19/2016 | 9/18/2015 – Job posted on GaDOE's Website<br>10/13/2015 – Interviewed one candidate; candidate later withdrew application<br>11/2/2015 – Scheduled additional interviews<br>12/11/2015 – SBOE approved recommendation with a January 19, 2016 start date<br><br>1/19/2016 – Start date for Nakeba Rahming, Program Manager | | | |
| 2 | Work toward resolution of DOJ Letter of Findings | | | | | | | |
| 3 | Revise GNETS Rule to reflect long-term program needs | 2/11/16 | | 2/3/2016<br>2/8/2016<br>5/14/2016 | Assigned to Clara, GaDOE's General Counsel and Program Manager<br><br>The rule was submitted to SBOE policy committee as a discussion item<br>The rule in on the agenda for the GaDOE policy committee 5/15/2016 | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings: Project Planning | Ratings: Project Implementation | Ratings: Project Monitoring |
|---|---|---|---|---|---|---|---|---|
| 4. | Revise the GNETS Strategic Plan to create common practices and guide the directors' way of work. | 12/2015<br>1/2016 | 3/2016<br>5/2016<br>Ongoing | 1/12/2016<br>3/3.2016<br>5/11/2016<br>6/16/16<br>7/5/2016<br>10/12/16 | Standing Meeting with Debbie and Matt (COS) – Debbie is updating the Strategic Plan<br>• Follow up – Clara needs a copy of the updated plan<br>• Clara shared project management plan – not for distribution<br>• Debbie needs to review and provide feedback including dates when activities are due<br>• Nakeba is currently working with a small group of directors to revise the strategic plan. Team meeting dates (2/5 and 2/8).<br>• A draft has been sent to the committee, Debbie and Clara<br>• Nakeba will be at the GNETS directors meeting on March 22nd to gather input and feedback from the other GNETS Directors.<br>• Added additional accountability activities for directors under program management<br>• The final plan and resource documents were sent to all GNETS directors.<br>• GNETS directors presented the final strategic plan to key stakeholders<br>• GNETS directors are receiving training and implementing initiatives outlined in the strategic plan. | | | |
| 5. | Establish a risk assessment model to analyze each GNETS program | 1/2016 | 5/2016 | 3/3/2016<br>7/5/2016 | • The risk assessment for GNETS has been embedded into the strategic plan and will be completed twice per year.<br>• A scoring guide was created and sent to the directors as a resource to create consistency and understanding in scoring the needs assessment. | | | |
| 6. | Provide technical assistance to 24 programs and local school districts | 11/2015 | 6/2017<br>Ongoing | 3/3/2016<br>7/5/2016 | • Technical assistance has been provided to GNETS programs upon request. (- South Metro, North Metro, HAVEN GNETS in Douglasville, River Quest, Woodall, HAVEN in Cobb County)<br>• The self-assessment will become one of the driving forces for data driven technical assistance. | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Project Planning | Project Implementation | Project Monitoring |
| 7. | Conduct on-site visits to each GNETS | 02/2016 | ongoing | 3/30/2016<br>5/5/2016<br>5/11/2016<br>7/6/16<br>10/12/16 | Sites visited in **February:**<br>South Metro – To participate in PBIS walkthrough.<br>HAVEN Douglas County Site – Provide oversight for State Advisory Panel (SAP) members visit, interviewed students and engaged in a walkthrough<br>Sites visited in **March:**<br>Elam Alexander - To investigate and provide support for crisis incident<br>Rutland – To investigate and provide support for crisis incident<br>Site Visits for **April:**<br>River Quest – To meet with GNETS and RESA directors to discuss modifications to the program.<br>**Beginning the 2016-2017 school year, the River Quest program will not operate as a centralized location anymore**. Assurances has been signed by the Central Savannah River RESA Board of Controls and district Superintendents to house their students within GNETS sites in their own counties. The GNETS teachers are still considered as 'GNETS" teachers but are now full-time employees of the LEAs served by this GNETS. The RESA will continue to employ the GNETS Director, Psychologists and Social Workers to provide consultative services to the teachers and students of the River Quest GNETS.<br>Site visit for **May:**<br>Woodall – PBIS meeting with district leaders and GaDOE PBIS TA and site tour.<br>HAVEN Cobb County site – meet with the leadership team and tour the campus<br>**June: - Facilities inspections**<br>Harrell - Waycross<br>Coastal Academy – Camden<br>Coastal Academy - Glynn<br>**July**<br>Dekalb/Rockdale – a request by DBHDD to tour one of the GNETS campuses and get a better understanding of the services provided by GNETS.<br>Provided SDQ and BASC-3 Trainings for GNETS directors and therapeutic staff.<br>Hosted online meetings and webinars for Trauma Informed Care (TIC)<br>Attended GNETS State Directors meetings (August, 2016, October 2016) | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Project Planning | Project Implementation | Project Monitoring |
| 8. | Establish monitoring indicators (programmatic, instructional, facilities, and fiscal) and corrective action policies and procedures | | | 3/3/2016 | • Built into the strategic plan self-assessment | | | |
| 9. | Monitor corrective actions using GaDOE's online Consolidated Application monitoring tool | | | | Monitor each districts corrective actions and findings as they connect to GNETS outcomes and identified concerns (i.e., disproportionality) | | | |
| 10. | Establish, track and report performance metrics for the GNETS program | | | 3/3/2016 | • Built into the strategic plan self-assessment | | | |
| 11. | Publish annual report for the State's GNETS program | | | 3/3/2016 | • The performance summary and improvement plan built into the strategic plan document will be one of the annual reports provided. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. | Develop a Delivery of Services Model for GNETS Therapeutic supports | | | 5/14/16<br>6/15/16<br>7/5/16<br>10/12/16 | Currently being explored using models from other states.<br>Trauma informed Care was introduced to the GNETS directors as the program's service delivery model.<br>A self-assessment was completed to determine gaps in our current practices related to TIC. The data will be used to drive our planning and implementation of the trauma informed care in all GNETS programs.<br>The group are on-board with adopting the model as the way of work for ensuring students are provided with trauma related services.<br>Also, to ensure that we have an evidence-based model for integrated mental health and behavior-related educational services, GNETS have opted to train ALL staff in Trauma Informed Care (TIC) and conduct a school trauma sensitive checklist bi-annually.<br>Social-emotional universal screeners and behavior assessments will be integrated into this model to identify, plan and prioritize treatment for students. The data will also be used to write, modify and monitor IEP goals as a common practice and to identify students to be reintegrated back to their zoned schools.<br>The TIC model is supported by the US department of health and is backed by a wealth of research and evidence of practice.<br>The GNETS behavior committee will plan the roll out for training TIC to all staff in GNETS.<br>We will also be collaborating with DBHDD, Emory University and other local experts in this area to obtain training and guidance on implementing TIC.<br>Attended the SAMSHA Trauma Informed Care with the GNETS TIC committee and Clara Keith.<br>The GNETS TIC committee presented the outline for implementing Trauma Informed Care for the 2017-2018 school year.<br>FBA/BIP contracts with GSU to deliver online FBA/BIP modules from October 17th – December 31st.<br>DTORF contract for developmental therapy data.<br>BASC-3 contract for collecting therapeutic data.<br>Social-emotional screening procedures with the SDQ.<br>Hosted meetings with DBHDD, GaDOE and OAG. | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings: Project Planning | Ratings: Project Implementation | Ratings: Project Monitoring |
|---|---|---|---|---|---|---|---|---|
| 14. | Data Dashboard | 4/11/16 | 5/2017 | 4/11/16<br>5/9/2016<br>6/15/16<br>7/5/16<br>10/12/16 | Met with Bob Swiggum to discuss the options for building a data dashboard/Screen that would be available to review data for GNETS programs at the state, program and student levels.<br>The methodology to complete this stage has been written by IT and they are waiting for SPED to give them the green light to move forward with the process.<br>Debbie and Nakeba will work with the GNETS sites and LEAs to organize the process and procedures for the SIS to be managed and uploaded daily.<br>Other components for the dashboard from the DOJ request may "possibly" need to be written by IT with guidance from GaDOE.in the future.<br>A host site for SIS has been identified for each program<br>A letter will be sent to each host site selected to explain the hosting process by GaDOE and GNETS.<br>The initial pilot site test run should be completed by June 30th<br>Nakeba met with Tionne, project manager from technology working on creating the dashboard for GNETS.<br>Cedarwood and Bulloch county were selected as the pilot sites. The directors will receive and overview the data uploaded from pilot test on 6/22/16.<br>It was confirmed that GNETS programs will have access to their dashboards by the beginning of the school year as planned (August 2106).<br>A representative from GaDOE's Technology department met with the GNETS directors to provide an overview for accessing the SLDS dashboard. Trainings for program staff will be conducted in August. | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings Progress | Ratings Implementation | Ratings Performance |
|---|---|---|---|---|---|---|---|---|
| II. | INSTRUCITONAL PROGRAM | | | | | | | |
| | | | | | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.<br><br>**** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Contract with experts to conduct an in-depth assessment of the instructional program at each GNETS | 4/6/2016 | Ongoing | 4/8/2016<br>6/15/16<br>7/5/16 | Determine if a contract is needed or if the TKES technical assistance is adequate enough.<br>After meeting with TKES professionals this may be enough at the time.<br>Programs have been and will be receiving technical assistant and professional learning with the TKES from GaDOE Teacher Leader Effectiveness staff.<br>The GNETS program manager and the TKES/LKES liaison will collaborate in May to discuss Aggregate GNETS data gathered for the TKES to determine trends and patterns in the scores and plan professional learning for teachers for the 2016-2017 school year.<br>Christopher Lennard was assigned as the TKES/LKES liaison and will be providing the directors with technical assistance, calibration and coaching for the TKES domains.<br>Chris will be in attendance at the GNETS conference to provide the directors with updates on TKES.<br>Teacher observation data was gathered for all GNETS programs to determine whether or not GNETS teachers are meeting Georgia's expected performance standards. This will ensure that students in GNETS are receiving the same professional level of instruction as students in other Georgia schools. | | | |
| 2. | | | | | | | | |
| 3. | Provide professional learning for GNETS and local school district staff based on assessment of the instructional program | | | 3/3/2016 | This will be done after the TKES meeting with school effectiveness personnel on May 18th. | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| 4. | Establish minimum instructional programs requirements that allow each GNETS the flexibility to address its student population | 3/22/16 | Ongoing | 3/30/2016<br>7/5/16 | Discussion with GNETS Directors regarding the purchase of licenses for a common supplemental instructional program to use across all GNETS site. This will ensure that all students enrolled in GNETS have access to an engaging, evidence-based and interactive supplemental learning program regardless of district enrollment.<br>This will also allow for common data collection across all sites to identify student at-risk for academic success and their growth while receiving services in the GNETS Program.<br>i-Ready K-12 Diagnostic and k-8 reading and mathematics program will implemented for all GNETS students. This curriculum is designed to pinpoint the individual needs of students to the sub-skill level and provide interactive instruction for students daily. It has embedded diagnostic assessments, ongoing progress monitoring and end of year targets. | | | |
| 6. | Ensure quality implementation of Georgia Student Achievement Pyramid of Interventions at the local school district | | | | Will we collaborate with School Improvement and/or GLRS on this? | | | |
| 7. | Ensure each GNETS is appropriately teaching Georgia Standards of Excellence | | | 4/8/2016 | This will occur through the TKES support that will be provided by the school effectiveness Liaison for GNETS.<br>Nakeba will review the TKES data for the program to determine instructional gaps and coordinate professional learning.<br>Instructional walks will be established to monitor instructional outcomes throughout the school year. | | | |
| 8. | Ensure students have appropriate access to classes/courses/activities available to all students | 4/7/16 | Ongoing | 4/8/2016 | Programs will obtain access to SLDS which will provide teachers to access instructional materials and activities that are available to all students<br>Access to classes/courses will still need to be determined…. | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings: Progress | Ratings: Implementation | Ratings: Performance |
|---|---|---|---|---|---|---|---|---|
| **III.** | **THERAPEUTIC SERVICES** | | | | | | Enter overall rating for this section here | Enter overall rating for this section here |
| | | | | | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.<br><br>**** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Contract with experts to conduct an in-depth assessment of the therapeutic services provided at each GNETS | | Ongoing | 5/9/2106 | This will be addressed with GNETS directors at the June Directors meeting. | | | |
| 2. | Provide professional learning for GNETS and local school district staff based on assessment of the gaps in therapeutic services | | Ongoing | 5/14/2016 | This will be addressed based on the strategic plan and monitoring the fidelity of the therapeutic services across the network | | | |
| 3. | Collaborate with State and community-based service providers to ensure students have access to all needed services | | Ongoing | 3/3/2016 | • Nakeba and Clara are planning to meet DBHDD leaders to organize this. Some tentative dates have been scheduled.<br>• Meeting rescheduled for April 12th | | | |
| 5. | Ensure quality implementation of Positive Behavioral Intervention and Supports at each GNETS and local school district | | Ongoing | 3/3/2016 | • The PBIS component is included in the strategic plan to be monitored twice per year.<br>• Met with Sandra Demuth to discuss training needs for some GNETS sites. | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| IV. | FACILITIES | | | | | | Enter overall rating for this section here | Enter overall rating for this section here |
| 1. | GaDOE prepares the following information:<br>1. List of sites requiring a visit from GADOE field personnel.<br>2. Site address/location and on-site contact for distribution to GADOE field personnel.<br>3. Copy of checklist to distribute to GADOE field personnel for each site. Checklist to be prepared by GSFIC and reviewed by GADOE prior to sending to field personnel.<br>4. GaDOE/GSFIC review/ filter checklists received from GADOE field personnel | 11/2015 | 1/2016 | 1/7/2016<br>1/19/2016<br>6/14/16 | 1/7/2016 - Status of the field staff visits. Follow up – if any egregious findings Special Education will be notified immediately.<br>1/8/2016 – Facilities held conference call with field staff to discuss the protocol.<br><br>1/19/2016:<br>1/15/2016 Email Update to GSFIC<br>• Receive field assessments back from field staff was slated to be completed by 12/15/2015. Activities are currently underway; timeline revised to 2/1/2016.<br>• List of sites requiring site visits – complete<br>• Site address/location and on-site contact for distribution to field personnel – complete<br>• Copy of checklist to distribute to field personnel – complete<br>• Review/filter checklists time line revised to 2/1/2016<br><br>• Test site visits were done by 2WR, Mike and Nakeba to pilot 3 facilities condition assessments with the professional architects.<br>• 6/14/2016 – Currently have a facilities condition that will begin next week and should be done by the end of August 2016<br>The sites listed by Mike's team were: Sand Hills – McDuffie County, Burwell - Carrollton City, Coastal Academy – Glynn County, Oak Tree – Dougherty County, Cedarwood – Toombs County & Appling County, Oconnee – Baldwin County, Woodall– Muscogee County, Horizon- Tift County. | | | |
| 2. | GaDOE prepares an application for consideration to receive facilities improvement funding | 11/2015 | 3/2016 | 1/7/2016<br><br>1/19/2016<br><br>5/6/16 | 1/7/2016 – Discussed that an application per se is not the best option given some facilities may be in great need but an application may not be submitted. Concluded we will review the priority list once field staff is done with onsite visits. Then each priority site will sign an Assurance Application.<br><br>Ongoing discussion – Application should be assurances application to eliminate the possibility of GNETS staff not applying for facilities fund even if the facility is deemed a priority by the field assessment<br><br>Nakeba met with Mike Rowland to determine the application process on 5/6/16 | | | |
| 3. | 1. GaDOE matches applicants with projects<br>2. GaDOE develops a scoring methodology to prioritize funding awards to projects. | 11/2015 | 5/2016 | 5/6/16 | Nakeba is working on the scoring methodology with guidance from Mike Rowland and Clara. | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| 4. | GSFIC prepares an RFQ for Facility assessment firm<br>1. Advertise for 30 days<br>2. RFQ to include list of sites "filtered" by SBE/DOE/GSFIC in step above based on field information gathered by GADOE field personnel.<br>3. Include a description of field assessment requirements to include. | 11/2015 | 1/2016 | 1/19/2016<br>4/11/2016 | Revised date to 2/1/2016<br>RFQ solicitation issue date 3/16/2016<br>Qualifications packages due at 2:00 PM 4/12/016<br>Nakeba, Debbie and Clara met with Jim Hyde from GSFIC to get an update and better understanding of the RFQ process on 4/7/2016 | | | |
| 5. | GSFIC receives responses to RFQ on or<br>Select selection committee before responses to RFQ received.<br><br>Selection committee meets on or about February 17, 2016 to shortlist 3-5 firms. | 11/2015 | 2/2016 | 1/19/2016<br>4/11/2016<br>4/19/2016 | Revised date to 3/1/2016<br>Nakeba will be a part of the selection committee for SPED<br>Debbie, Nakeba and Clara will need to meet with Mike to determine how GaDOE's vote will be done for RFQ<br>Nakeba participated in the scoring and firm short list process on 4/19/2016 | | | |
| 6. | Selection Committee<br>1. Notifies short listed firms and allow time to prepare for interview.<br>2. Interviews shortlisted firms on or about March 1, 2016.<br>3. Notifies selected firm 3/1/2016. | 11/2015 | 3/2016 | 1/19/2016<br>4/11/2016<br>4/27/2016 | Revised date to 3/1/2016<br>The evaluation of Eligible Submittals will be done on 4/19/2016 in the procurement conference room.<br>Nakeba participated in the short list selection interviews on 4/27/2016 | | | |
| 7. | Negotiate fee/contract<br>Provide address and on-site contact information to selected firm from information collected earlier. | 11/2015 | 4/2016 | 1/19/2016<br>6/14/16 | Revised date to 5/1/2016<br>The kick off meeting is Tuesday 2WR will ensure that the 9 sites identified by GaDOE are first on the list. | | | |
| 8. | Complete assessments to include "order of magnitude" budgets. | 11/2015 | 5/2016 | 1/19/2016<br>6/14/16 | Based on 2WR schedule, request to receive feedback for these sites by June 30th | | | |

| | Activities and Milestones | Start | End | Date Updated | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| 9. | Review assessments and budgets<br>Determine next steps forward after review of assessments and budgets with GaDOE/GSFIC. | 11/2015 | 6/2016 | 1/19/2016<br>6/14/16 | Revised date to 6/15/2016<br>It is expected that the application/assurance process will run concurrently with the forensic needs assessment such that grant awards are expected to be made by 7/1/2016<br>Revised date 6/1/2016<br>Transition plan for facilities –<br>Step 1 – Facilities identified by GaDOE<br>Step 2 – Facilities validated by 2WR by June 30th<br>Step 3 - Determine the construct of the<br>Meet with GaDOE Staff<br>Meet with GNETS Directors – Nakeba<br>Meet with SPED Directors Debbie<br>Meet with District Facilities Directors – Mike<br>Meet with the team – Superintendent and GaDOE team<br>Step 4 – Meet with parents | | | |

| Activities and Milestones | | | | | Update Notes | Ratings | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Progress | Implementation | Performance |
| **V.** | **Funding/Allocation** | | | | | | | |
| | | **Start** | **End** | **Date Updated** | **** Add update notes here. In the column to the left, enter the date the update was made. To the right, enter your assessment for the three ratings. Shade the cell red / orange / yellow / green.<br><br>**** Each time you update the activity, start a new row below the last. Do this to maintain history indexed by date. | | | |
| 1. | Review grant applications and make annual funding awards | | 5/2016 | 4/11/16<br>5/10/2016 | Nakeba is receiving procurement training on April 28th to gain access and knowledge on how to review and approve the grant funding for GNETS<br>Nakeba now has people soft access.<br>The FY17 Grant application was sent the Directors on 5/10/16<br>Submission deadline is 6/30/16 | | | |
| 2. | Collect annually local school districts' funding portion of GNETS | | 5/2016 | 5/14/16 | The information will be gathered from the FY17 Grant application | | | |
| 3. | Examine and revise funding formula to reflect needs of individual GNETS | | | | | | | |
| 4. | Review the current fiscal agent model to determine if changes are needed | | 5/2016 | 5/14/16 | The CSRA RESA has established a new model<br>The GNETS teacher will now be employed/contracted by the LEAs<br>The model will be monitored by the GNETS program manager | | | |
| 5. | Ensure equitable distribution of resources to meet the needs of students at each GNETS – may include other community-based services | | | 4/12/2016<br>Ongoing | Meeting with DBHDD, APEX and other community agencies are in progress to discuss these options. | | | |

**Ratings Key**

| Category | Rating | Description |
|---|---|---|
| Progress Ratings For Planning Stages | On-track | The project and the deliverables it encompasses are on or ahead of schedule according to the timelines in the plan. |
| | **Adequate progress** | The project and the deliverables it encompasses are mostly on schedule (within 1 month) according to the timelines in the plan. |
| | Exploring | The project and the deliverables it encompasses are somewhat behind schedule (1-2 months) according to the timelines in the plan. |
| | Not Started | The project and the deliverables it encompasses are significantly behind schedule (>2 months) according to the timelines in the plan. |

| Category | Rating | Description |
|---|---|---|
| Quality of Implementation Ratings For Implementation Stage | Strong | Information about implementation in the field is routinely collected; information collected reveals that the project is being implemented with fidelity, is of high-quality, and is helping drive improved student outcomes. |
| | **Somewhat strong** | Information about implementation in the field is routinely collected; information collected reveals that the project has posed few implementation challenges and has shown some evidence of helping drive improved student outcomes. |
| | Somewhat weak | Some information about implementation in the field has been collected; information collected reveals issues with the project scope, fidelity of implementation or desired impact. |
| | Weak | No information about implementation in the field has been collected, or information collected reveals substantial issues with the project scope, fidelity of implementation or desired impact. |

| Category | Rating | Description |
|---|---|---|
| Performance Ratings For Monitoring Stage | On-track | The measures are meeting or exceeding the targets in the plan. |
| | **Somewhat on-track** | The measures are mostly on-track with regard to the targets in the plan (0-10% difference between targets and actual data). |
| | Somewhat off-track | The measures are somewhat off-track with regard to the targets in the plan (10-20% difference between targets and actual data). |
| | Off-track | The measures are significantly off-track with regard to the targets in the plan (>20% difference between targets and actual data). |