# EXHIBIT 19

GA00221993

# Georgia Network for Educational and Therapeutic Support



EXHIBIT
309



## STRATEGIC PLAN

### & Self-Assessment Rubric

## Seven Focus Areas

1. Program Leadership

2. Behavior Support and Therapeutic Services

3. Instructional and Academic Support

4. Program Funding and Fiscal Management

5. Integration of Services and Capacity Building

6. Program Accountability

7. Facilities Management & Safety



Georgia Department of Education

*Richard Woods, Georgia's School Superintendent*

*"Educating Georgia's Future"*

*Acknowledgements*

Thanks to all of the individuals who have committed their time, guidance and contributions to the development of the Georgia Network for Educational and Therapeutic Supports Strategic Plan and Self-assessment Rating Scale.

**GNETS Strategic Plan Committee:**

Lisa Futch, Director of Coastal Academy GNETS
Derrick Gilchrist, Director of South Metro GNETS
Cassandra Holifield, Director of North Metro GNETS
Kathy Lewis-Hawkins, Director of Sand Hills GNETS Program
Jacqie Neal, Director of Northstar Educational and Therapeutic Supports GNETS
Nakeba Rahming – Program Manager for GNETS at Georgia Department of Education
Shannon Svetlay, Director of H.A.V.E.N Academy GNETS
Desiree Woods, Director of DeKalb-Rockdale GNETS Program

**Other Contributors:**

Deborah Gay, Director of Special Education Services and Support, Georgia Department of Education
Clara J. Keith, Director at Department of Behavioral Health and Developmental Disabilities (DBHDD)
Sandra DeMuth, Program Specialist, Positive Behavioral Intervention Supports (PBIS), Georgia Department of Education
GNETS Program Directors

GA00221994

GA00221995

Georgia Department of Education: GNETS (6/20/2016)

## *Table of Contents*

Introduction ................................................................................................ Page 4

Overview ...................................................................................................... Page 5

Directions for Completing the Self-Assessment .................................... Page 6

Directions for Data Analysis and Improvement Summary ..................... Page 6

Strategic Plan Components:

Section 1: Program Leadership .................................................................. Pages 7 - 8

Section 2: Behavior Support and Therapeutic Services ......................... Pages 9 - 11

Section 3: Instructional/Academic Support .............................................. Page 12 - 13

Section 4: Program Funding and Fiscal Management ............................. Pages 14

Section 5: Integration of Services and Capacity Building ....................... Pages 15-17

Section 6: Program Accountability ............................................................ Page 18

Section 7: Facilities Management .............................................................. Page 18

Self-assessment Outcomes and Improvement Summary ...................... Page 19

Resources ................................................................................................... Page 20

Appendix ..................................................................................................... Page 21

## Introduction

The Georgia Network for Educational and Therapeutic Support (GNETS) is comprised of 24 programs which support local school districts' continuum of services for students with disabilities, ages 3–21. The programs provide comprehensive educational and therapeutic support services to students who might otherwise require residential or other more restrictive placements due to the severity, duration, frequency, and intensity of an emotional disorder or significant challenging behavior.

The revised GNETS strategic plan (2/2016) includes six focus areas: Program Leadership, Behavior Support and Therapeutic Services, Instructional and Academic Support, Program Funding and Fiscal Management, Integration of Services and Capacity Building, Program Accountability, and Facilities Management. Each of the focus areas has specific goals that each GNETS program will work to obtain. Many components of this strategic plan addresses program practices that are based on improvements from audit findings, program evaluation, best practices across all GNETS programs, and research-based initiatives. The revised plan also streamlines procedural standards for programs to account for consistency and coordinated program services. Guidance on the development of the strategic plan was obtained from referenced articles and state personnel knowledgeable about program improvement and best practices for working with students struggling with behavioral and emotional concerns. Georgia Department of Education (GaDOE), Georgia Network for Educational and Therapeutic Supports (GNETS), and the Department of Behavioral Health and Developmental Disabilities (DBHDD) were the three collaborating agencies as well as other stakeholders within the state of Georgia who provided input and contributions across each section. Field experts such as GNETS directors, special education directors, fiscal agents for GNETS, school district superintendents and others responded to surveys to obtain greater insight for general improvement strategies of GNETS.

GNETS directors and their staff will be responsible for implementing the action items within the strategic plan to ensure that collaborative integrated services are planned and provided for students receiving services through the GNETS program. GNETS staff will also collaborate with Local Education Agencies (LEAs) to ensure that students have a civil right to be reintegrated/included with same age peers without disabilities to obtain academic and social-emotional competencies in general education environments when deemed appropriate.

The rating section of the strategic plan provides a means for GNETS teams to reflect on implementation and practices at each GNETS Program. The rating will be completed by GNETS teams at the end of each semester (December). The results from the ratings will be used to establish a baseline on the self-assessment. The baseline will help Programs identify areas that are fully operational and areas for improvement. The team should review the rating data to identify barriers that may be impacting lower rated items and plan to work through those barriers to attain successful implementation. The GaDOE-GNETS program manager will complete the rating section with GNETS teams at the end of each school year (June) and review supporting evidence to validate operational ratings. The scores obtained at the end of the year will be used as final implementation data to assist GNETS with coaching and improvement planning to scale up effective practices across the programs.

GA00221996

Case 1:16-cv-03088-ELR    Document 395-53    Filed 10/21/23    Page 6 of 22

# Overview

The GNETS Strategic Plan and embedded self-assessment is designed to be used as an improvement planning, technical assistance and coaching tool rather than an instrument to monitor compliance of program practices. The GNETS teams are required to use the self-assessment process to identify and prioritize the most significant areas of need and to outline opportunities for improving program practices to support students with significant behavioral and social-emotional needs.

The Strategic plan and its embedded self-assessment is intended to:

* Facilitate a self-assessment for GNETS to evaluate current status of program practices.
* Initiate discussion among program leaders and stakeholders to identify priority needs for improvement.
* Validate areas of strength in the implementation of best practices across each component.
* Analyze results and other program data to determine need for professional learning and resources to drive improvement.

**The GNETS Strategic Plan and Self-Assessment includes action items that addresses the following sections and specific goals aligned to each one:**

1. **Program Leadership**
2. **Behavior Support and Therapeutic Services**
3. **Instructional and Academic Support**
4. **Program Funding and Fiscal Management**
5. **Integration of Services and Capacity Building**
6. **Program Accountability**
7. **Facilities Management**

Each action item has a list of specific examples or samples of evidence of the practice that should be in place or implemented. The examples are provided to add clarity to the intent of each action item and to encourage the teams to think about specific examples that may not be listed but is occurring in their programs. The examples are not provided as individual measures of each indicator, but rather as a means to assist team members in rating the extent to which the practice is or is not in place at the each GNETS Program.

Analysis of the data and information obtained through the strategic plan self-assessment ratings will lead to the development of a program improvement summary. The program improvement summary will include identification of priority areas, root causes for barriers and drivers, and action steps that would be necessary to overcome barriers and sustain drivers.

GA00221997

Case 1:16-cv-03088-ELR    Document 395-53    Filed 10/21/23    Page 7 of 22

GA00221998

## Directions for Completing the Self-Assessment Rating Scale.

GNETS directors should identify key leaders at each program to participate as a part of the rating team. The team should consist of no less than 3 people. The director will distribute a copy of the strategic plan to the team members and provide an opportunity for the team to review the action items and activities to be rated.

After the team has had some time to review the action items and activities, they will read each action item aloud, and as a team, rate the action items and activities based on the status of implementation. There are three levels of implementation. The team should select one rating per action item and identify sources or evidence of implementation to validate the rating, particularly if the rating is identified as "operational." A rating of operational would indicate that the action item and activities rated were "consistently" practiced and there is always available evidence and positive outcome data to support the rating. The self-assessment guidance document should be used to help with the ratings.

### Strategic Plan Ratings

2 – **Operational:** All of the activities required were accomplished consistently with sources of evidence to support implementation for this action item.

1 – **Emerging:** Some of the activities required were accomplished with sources of evidence to support implementation for this action item.

0 – **Not Evident:** None of the activities required were accomplished and there are no sources of evidence to support implementation for this action item.

## Data Analysis and Improvement Summary

The purpose for the data analysis and improvement summary is to ensure priority needs are identified and addressed according to the outcomes from the ratings. This ensures measurable outcomes are being used to support the need for improvement across each program. Additionally, it will provide stakeholders with trends and patterns across all of the GNETS programs, and lead to data-driven decisions by program and state leaders. GNETS directors and team leaders will review the data for each section, record the average outcome onto the Strategic Plan Improvement Summary Form, rate each area on the summary form as a priority based on the average score, and select the top 3 priorities to address for immediate improvement. At the end and/or beginning of each school year, all GNETS directors will be responsible for sharing the self-assessment ratings, improvement summaries, and the top 3 priority areas with key stakeholders (e.g., GaDOE, fiscal agents, parent groups, and advocates). GaDOE and the fiscal agents will use the improvement summary form and the action plan to provide GNETS directors with the necessary technical assistance and resources needed to make improvement in the top 3 priority areas.

GA00221999

Georgia Department of Education: GNETS (6/20/2016)

## Section 1: Program Leadership

**Goal 1:** By the end of each school year, GNETS Directors will implement at least 60% of the strategic plan focus areas at an operational level in year 1, 70% or better in year 2 and 85% or better thereafter (i.e., an average score of 2 on items in the improvement summary section).

| Action Items | Frequency | Person Responsible | Activities | Examples/Sources to Support Ratings | Resources Needed | Activities Rating | |
|---|---|---|---|---|---|---|---|
| A. Directors will remain aware of the strategic plan expectations and ensure that the activities are implemented within their programs. | Initial review: 6/16 Review Annually Implement Daily | All Directors | Participate in the all overviews of the strategic plan Implement the activities in the strategic plan Align funds with activities | Sign-in sheets Agendas Activities Presentations Feedback surveys Program initiatives | Draft and completed strategic plan common strategic plan powerpoint presentation developed by GaDOE Guidance for implementation and rating | Operational 2<br>Emerging 1<br>Not Evident 0 | ☐<br>☐<br>☐ |
| B. Directors will promote awareness of the strategic plan expectations with GNETS staff and share the strategic plan at staff meetings. | Initial review: Preplanning Others: By site calendar | GNETS directors/ designee | Schedule a date to share the plan with all staff. Collect all materials needed to share the plan | Sign-in sheets Agenda Feedback/survey Pictures Links | A common powerpoint presentation developed by GaDOE | Operational 2<br>Emerging 1<br>Not Evident 0 | ☐<br>☐<br>☐ |
| C. GNETS Directors and site leaders will rate their level of implementation on the strategic plan using the embedded rating scale and identify priorities for improvement. | By site: December GaDOE assessments in May-June | GNETS directors and site leaders | Review the directions for how to complete the self-assessment rating on page 6. The rating should yield a baseline score that will provide room for improvement. Prepare for GaDOE end of year rating/assessment. | Strategic plan rating scale | Strategic plan focus areas with streamlined observation tools. Strategic plan Improvement summary | Operational 2<br>Emerging 1<br>Not Evident 0 | ☐<br>☐<br>☐ |

GA00222000

Georgia Department of Education: GNETS (6/20/2016)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D. Attend and participate in quarterly GNETS Directors meetings at least 80% of the time. | Quarterly or as scheduled | GNETS Directors | Attendance at GNETS Directors meetings | Agendas, notes, travel documents, etc. | Travel budget | Operational 2 | ☐ |
| | | | | | | Emerging 1 | ☐ |
| | | | | | | Not Evident 3 | ☐ |
| E. Participate in and implement practices from professional learning sessions that align with evaluation and strategic plan goals. | Annually | GNETS Directors | Professional development activities/experiences should respond to the strategic plan outcomes and any identified needs to support students and staff. | Conference or training agendas, travel documents, training contracts Job embedded coaching Implementation checklists etc. | Professional learning opportunities. | Operational 2 | ☐ |
| | | | | | | Emerging 1 | ☐ |
| | | | | | | Not Evident 0 | ☐ |
| **Total Points for Section 1:** _____ /5= | | | | | **Average:** | | |

## Section 2: Behavior Support and Therapeutic Services

**Goal 2: Throughout the school year, 100% of GNETS programs will demonstrate highly reliable evidence of implementing "evidence based" behavioral support and therapeutic services for all students at an operational level.**

| Objective | Frequency | Person Responsible | Activities | Examples Sources to Support Ratings | Resources Needed | Meets Standard |
|---|---|---|---|---|---|---|
| A. Implement Positive Behavior Intervention Supports (PBIS). | Daily | Trained staff | Train staff identified to implement PBIS at their respective sites. **Trained Sites:** Post rules and expectations. Teach all students the rules and expectations. Review program data | PBIS Walk-through forms PBIS BOQ/TIC PBIS productivity binder SWIS entry Grant application Student Growth Positive Learning Environment | PBIS Trainings PBIS state team School Climate Regional Specialist PBIS School team PBIS materials SWIS training SWIS funding LEA PBIS Support | Operational 2 / Emerging 1 / Not Evident 0 |
| B. Trauma Informed Care Practices and Environment | Daily | All staff | Train staff in Trauma Informed Care practices with the GNETS developed Modules. Complete the TIC walkthrough form. | Sign-in sheets Evaluation/feedback TIC walkthrough form Training calendar Training agenda | TIC training modules TIC environment checklist TIC evaluation feedback | Operational 2 / Emerging 1 / Not Evident 0 |
| C. Establish a functional FBA/BIP team at each site that meets at least 3 times a year to manage student FBA/BIP. | Annually (August – September) | GNETS directors/ designee | Identify key personnel for the team Attend FBA trainings Meet to address FBA/BIP as needed | List of active team members Evidence of team meetings Meeting agendas/materials Training agendas Sign-in sheets | FBA Trainings Opportunities to meet | Operational 2 / Emerging 1 / Not Evident 0 |
| D. Train staff to ensure that each GNETS program has a team and the capacity at each site to complete quality FBA/BIP for each student. | Annually | GNETS directors/ designee | Establish opportunities for FBA/BIP trainings. Review students' files to ensure FBA/BIP exist | Training logs Completed FBA/BIP in student file | Training Materials FBA/BIP | Operational 2 / Emerging 1 / Not Evident 0 |
| E. Ensure students social-emotional development are assessed using network approved standardized | Minimally twice per year and as deemed necessary by the child's IEP | GNETS directors/ designee | Ensure staff appropriate staff are trained to complete the network approved standardized assessments | Social-emotional assessment data and/or documented results in the IEP. | A research committee will be established to identify a list of network approved psychometrically sound | Operational 2 / Emerging 1 |

GA00222001

Georgia Department of Education: GNETS (6/20/2016)

| # | Requirement | Frequency | Personnel | Action Steps | Data Sources | Measures | Rating |
|---|---|---|---|---|---|---|---|
| | measures at least 2x per year. | | | | | social-emotional measures | ☐ Not Evident 0 |
| F. | Outcomes from the social-emotional measures will be included in students' IEPs | As needed | GNETS directors/designee | Train designated staff to incorporate social-emotional results into students IEPs | Designated students' IEPs | Committee to provide training for use of social-emotional results with IEP development and/or revisions | ☐ Operational 2 / ☐ Emerging 1 / ☐ Not Evident 0 |
| G. | Students diagnosed with ASD will be assessed with a standardized measure to identify and measure the growth of each student's strengths and challenges. Outcomes from the measures will be included in each student's IEP | Annually, or as recommended by the test developer | Designated GNETS staff | Identify and select a standardized measure that would be used by the GNETS site. Purchase the standardized ASD measure for the GNETS site. Ensure designated staff is trained to conduct the ASD with the selected measure. Incorporate outcomes from the measure into student IEPs | Identified by GNETS directors, RESA, LEAs | Standardized measures Professional Learning for use the measure selected | ☐ Operational 2 / ☐ Emerging 1 / ☐ Not Evident 0 |
| H. | Designated GNETS personnel will receive initial training or refresher training in evidence-based crisis interventions (i.e., Life Space Crisis Intervention-LSCI, Direct Behavior Therapy-DBT, etc.) | Annually | Trained GNETS staff | Identify staff to be trained Ensure staff attend crisis intervention trainings | Sign-in sheets Grant application Evidence of crisis trainings at conferences | LSCI training cadre LSCI training schedule Other crisis training cadre if necessary Staff in need of training | ☐ Operational 2 / ☐ Emerging 1 / ☐ Not Evident 0 |
| I. | Designated GNETS personnel will implement evidence-based crisis intervention such as Life Skills Crisis Interventions (LSCI) with GNETS students. | Daily | Trained GNETS Staff | Engage in evidence-based crisis interventions with students when they demonstrate a need for crisis intervention. | Fidelity Rubric | Fidelity rubric to measure fidelity of practices Professional learning for use of the fidelity rubric | ☐ Operational 2 / ☐ Emerging 1 / ☐ Not Evident 0 |
| J. | GNETS personnel will receive initial training or refresher training in restraint methods such as Mindset, CPI, etc. | Annually As needed | Trained GNETS staff | Identify staff to be trained Ensure staff attend mindset and any other requested restraint methods trainings | Skills checklist Sign-in sheets | Mindset training cadre Mindset training schedule Staff in need of training Other requested restraint trainings | ☐ Operational 2 / ☐ Emerging 1 / ☐ Not Evident 0 |

GA00222002

GA00222003

Georgia Department of Education: GNETS (6/20/2016)

| | | | | | | Rating |
|---|---|---|---|---|---|---|
| K. Utilize principles of the Mindset curriculum and/or other restraint methods to ensure proper De-escalation strategies and restraint methods are implemented effectively to maintain a safe learning environment. | Daily | Trained GNETS staff | Engage in restraint methods and mindset skills/techniques when necessary to prevent and/or manage students' aggressive behaviors. | Incident report/debriefing notes | Overview for reporting incidences and capturing debriefing notes. | Operational 2 ☐ Emerging 1 ☐ Not Evident 0 ☐ |
| L. Each program will ensure that all students participate in universal, small group and/or individual social-emotional skills and activities that meet their needs. | Daily and/or as needed | GNETS directors/designee | Identify needs of students Match students to appropriate social skills activities based on their needs Collect consistent data to determine students' progress and program effectiveness. | Documents that show evidence of planning for students' needs. Evidence that shows students received the support identified. Progress monitoring data | Social-emotional curriculums. Professional learning for selected social-emotional curriculums. Opportunities for small group and/or individual sessions. | Operational 2 ☐ Emerging 1 ☐ Not Evident 0 ☐ |
| M. Maintain collaborative partnerships with community agencies to support integrated mental health and behavior-related educational services for GNETS students. | Monthly and/or as needed | GNETS directors/designee | Attend agency meetings Identify opportunities for agencies to support students in GNETS Collaborate with agencies for space and/or time to work with students. | Sign-in sheets Emails Calendars Visitor logs Collaborative Meetings Grant application | List of mental health agencies and students that they are supporting at your site. | Operational 2 ☐ Emerging 1 ☐ Not Evident 0 ☐ |
| **Total Points for Section 2:** _____/13= | | | | | | **Average:** |

Georgia Department of Education: GNETS (6/20/2016)

## Section 3: Instructional/Academic Support

Goal 3: All instructional and academic activities required for students to be successful and make adequate academic growth will be implemented at an operational level.

| Action Items | Frequency | Person Responsible | Activities | Examples/Sources to Support Ratings | Resources Needed | Meets Standard | |
|---|---|---|---|---|---|---|---|
| A. Teachers will plan and deliver Georgia Standards-based lessons for assigned subjects | Daily | GNETS directors/ Designee Teachers | Train teachers to write standards-based lesson plans Review teachers lessons plans Observe the delivery of standards-based lessons Provide feedback to teachers. | Teacher evaluations Student growth on Georgia Milestones Lesson Plans Assessment uses and strategies Observations TAPS Standards | Teacher trainings Budget allocations to hire certified teachers and implement PL activities TKES trainings Teacher coaching/mentoring | Operational 2 Emerging 1 Not Evident 0 | ☐ ☐ ☐ |
| B. Ensure teachers maintain a positive and academically challenging learning environment in accordance with TAPS standards. | Daily | GNETS Directors/ Designee Teachers | Ensure teachers are trained to respond to disruptions in a timely, appropriate manner Maximize instructional time Actively listens and pay attention to students. | Teacher evaluations Observations Walk-throughs TAPS Standards | Teacher trainings Budget allocations to certified teachers and implement PL activities TKES trainings Teacher coaching/mentoring | Operational 2 Emerging 1 Not Evident 1 | ☐ ☐ ☐ |
| C. Ensure that students who demonstrate academic difficulties are matched to tiered interventions that meets their needs. | 90 minutes per week | GNETS staff | Use data to identify student's areas of academic deficits. Provide students with evidence-based instructional materials designed to remedy the deficit identified. Review progress monitoring data to identify the need to sustain or change the interventions. | Student intervention planning activities Intervention programs/materials Progress monitoring data. GNETS state grant funding application Assessment uses and strategies | Student baseline data Intervention programs or materials Professional learning to deliver materials and review the data. | Operational 2 Emerging 1 Not Evident 0 | ☐ ☐ ☐ |
| D. Supplemental Instructional programs/materials will be provided to meet the needs of students. | Daily | GNETS Staff | Collaborate with LEAs to ensure student licenses are transferred for their students Purchase program licenses Monitor program outcomes Train teachers as necessary | Student log-ins Program assessments Teacher training logs Program usage data Assessment uses | Program licenses Program training Fidelity for program implementation and delivery | Operational 2 Emerging 1 Not Evident 0 | ☐ ☐ ☐ |

| | | | | | | |
|---|---|---|---|---|---|---|
| E. GNETS staff will attend instructional related trainings provided by GaDOE, RESA, LEAs, and conferences to ensure GNETS staff are aware of changes in the field and that instructional practices aligns with the state's expectations and standards. | Annually | GNETS staff certified and licensed staff | Ensure GNETS staff sign up and attend professional learning with GaDOE, RESAs LEAs and conferences when opportunities are available. Conduct observations to identify application of strategies from professional learning courses. Provide feedback for staff related to professional learning application and expectations Allocate funds for GNETS staff to attend professional learning activities. | Evidence of course completion. Evidence of observations. Evidence of scheduled times for feedback. Evidence that shows the percent of staff attending instructional professional learning. Observations Walk-throughs TAPS outcomes | Operational 2 | ☐ |
| | | | | | Emerging 1 | ☐ |
| | | | | | Not Evident 0 | ☐ |
| 3E.1. Monitor support staff attendance and participation in Professional Learning activities. | Annually | GNETS support staff | Ensure GNETS staff sign up and attend professional learning with GaDOE, RESAs LEAs, and GNETS when opportunities are available. Conduct observations to identify application of strategies from professional learning courses. Provide feedback for staff related to professional learning application and expectations Allocate funds for GNETS staff to attend professional learning activities. | Evidence of course completion. Evidence of observations. Evidence of scheduled times for feedback. Evidence that shows the percent of staff attending instructional professional learning. Observations Walk-throughs | Operational 2 | ☐ |
| | | | Annual courses from GaDOE, RESAs, LEAs and conferences TKES training TKES calibration training TKES updates and supports | | Emerging 1 | ☐ |
| | | | Annual courses from GaDOE, RESAs, LEAs and GNETS | | Not Evident 0 | ☐ |

**Total Points for Section 3:** _____ /6=

**Average:** _____

GA00222005

GA00222006

## Section 4: Program Funding and Fiscal Management

**Goal 4:** All GNETS programs will ensure that 100% of allocated funds are used to support the implementation of the strategic plan activities and obtain these objectives at operational level.

| Action Items | Frequency | Person Responsible | Activities | Examples Sources to Support Ratings | Resources Needed | Meets Standard Operational 2 | Emerging 1 | Not Evident 0 |
|---|---|---|---|---|---|---|---|---|
| A. Comply with your GNETS state approved budget. | Annually and Daily | GNETS directors/designee | Align GNETS personnel and services with the GNETS state approved budget | Hired GNETS staff and contractors; Submitted budget and funding allocations | Program submitted budget. | ☐ | ☐ | ☐ |
| B. Review fiscal records regularly to ensure accountability for all allocated funds. | Annually /Daily | GNETS directors/ bookkeepers | Maintain adequate records; Monitor program expenses | Bookkeeping records | Accountant/Bookkeeper Guidelines for expensing funds and adequate record maintenance | ☐ | ☐ | ☐ |
| C. Plan and submit the annual grant application with a keen focus on the budget to support the GNETS mission, goals and rule (160-4-7.15; d, e, and f). | Annually | GNETS directors/designee | Outline state grant application for funding according to the GNETS rule | Budget section of the state grant application | GNETS rule; GNETS state grant application | ☐ | ☐ | ☐ |
| D. Collaborate with LEAs to ensure the allocation of supports and resources, which may include in-kind services to GNETS is provided to facilitate flexible models of service delivery and best practices for equitable educational opportunities (160-4-7.15; d, e, and f). | As needed | GNETS directors/designee | Engage in communication with LEAs to identify and provide a rationale for needed resources and support for the program | Emails; Evidence of allocated funds and resources; Evidence for the use of allocated funds and resources; In-kind support; Funded position | Item to be included in the GNETS rule; Availability of resources | ☐ | ☐ | ☐ |
| F. Report all funds that will need to be carry forward for the next fiscal year to fiscal agents and GaDOE. | Annually | GNETS | Identify and document budget lines with balances to be carried over. | GNETS budget; Bookkeeping records | Accountant/Bookkeeper Guidelines for reporting carry over funds; Reporting timelines | ☐ | ☐ | ☐ |
| Total Points for Section 4: _____ /5= _____ | | | | | Average: _____ | | | |

GA00222007

## Section 5: Integration of Services and Capacity Building

**Goal 5:** ALL GNETS directors will collaborate with their LEAs to ensure students have an opportunity to receive services in the in the least restrictive environment and build capacity with LEA staff to support students with severe emotional/behavioral difficulties. These activities will be accomplished at an operational level.

| Action Items | Frequency | Person Responsible | Activities | Examples Sources to Support Ratings | Resources Needed | Meets Standard |
|---|---|---|---|---|---|---|
| **A. Consideration for GNETS Services:** When an IEP team determines a student is in need of services in a GNETS classroom or center, LEAs and GNETS staff will collaboratively review the GNETS and LEA continuum of services during IEP meetings to determine the best service options for students. | As needed In IEP Meetings | GNETS Staff LEA Staff Students via ASPIRE Parents | GNETS director or designee attends IEP meetings and ensure that the student needs are aligned to the GNETS services. GNETS directors or a designee will review student documents to determine the request for services and document the needs of students in a GNETS classroom or center. Collaborate with LEAs to ensure that documents (FBA/BIP, Evaluation, social history, etc.) are available to support the consideration of GNETS services prior to and/or during IEP meetings. Ensure an exit criteria (IEP Goal) is established at the IEP meeting. Collaborate with LEAs and parents when students are considered for emergency GNETS services based on immediate need. | Student files that contain documentation to support consideration for GNETS services. Documentation that supports an emergency referral was warranted. FBA/BIP 3 year reevaluation Social History Medical Records Parent, teacher, and or student reports | Basic components will be included: a comprehensive psychological evaluation/re-evaluation (with-in 3 years), a quality FBA and BIP, updated IEP with reasonable and attainable goals, evidence of support in the LRE prior to consideration for GNETS services in a classroom or site-based setting. **Plans for Year 2:** To create consistency LEAs and programs, a committee will pool all GNETS request for services documents and create a streamlined process to consider when students are identified for GNETS services. | Operational 2 ☐ Emerging 1 ☐ Not Evident 0 ☐ |
| **B. Exiting GNETS Services:** Ensure LEA and GNETS staff collaboratively establish attainable IEP goals to include a process for reviewing progress monitoring data for to exit and/or | As needed | GNETS Staff LEA Staff Students via ASPIRE Parents | GNETS directors or a designee will ensure that IEP goals are established and used as the exit criteria for all students receiving GNETS services. | Documented IEP goals to exit or transition for all students Supporting documentation and data collection | Alignment of identified behaviors and IEP goals. Adequate evidence to support why a student's IEP/exit goal was changed, which may impact the | Operational 2 ☐ Emerging 1 ☐ |

GA00222008

| Standard / Activity | Person(s) Responsible | Timeline | Action Steps | Evidence | Plans | Rating |
|---|---|---|---|---|---|---|
| transition to the least restrictive environment. | | | Ensure exit/transition goals are attainable and aligned with the referring behaviors. Collaborate with LEAs to plan transition services and supports prior to the student's complete exit. Communicate with parents, LEAs, RESAs, and SEA to provide supporting evidence as to why it would not be in the best interest of the student to exit the program as planned/documented. | aligned with exit goals. Documentation of transition plans with LEAs. Supporting evidence for a change in exit goal/criteria. Exit criteria documented in the state grant application | opportunity for exiting services as planned. Align funding to support student transitions. **Plans for year 2:** A committee to pool all GNETS exit criteria documents/processes and create one document for use by all programs. Create a common process and rationale for changing exit goals | ☐ Not Evident 0 |
| C. **Reintegration Plan:** Ensure GNETS staff use a consistent plan with LEAs for students to be successfully reintegrated into the general education setting. | GNETS Staff, LEA Staff, Students via ASPIRE, Parents | As needed | Collaborate with LEAs to identify opportunities for students to receive GNETS services in the Least Restrictive Environment (LRE). Inform fiscal agents of the resources needed to provide equal educational opportunities for GNETS students. Identify and outline how in-kind and financial contributions from LEAs could support student reintegration and/or access to equal educational opportunities. Collaborate with LEAs to determine opportunities for students to take some courses in the general education setting. | Evidence that shows attempts to align LEA and GNETS courses/materials. Records of the number and percent of students receiving GNETS services in the general education setting (Campus). Records showing the number and percent of students that enter and exit the program each year by disability. | Document opportunities and/or models used to deliver GNETS services to students in the general education setting. Identify and document opportunities for students to participate in extracurricular activities while receiving GNETS services. Identify instructional courses and/or programs provided in the general education settings and examine opportunities for some of them to be incorporated into GNETS classrooms/sites. | ☐ Operational 2 / ☐ Emerging 1 / ☐ Not Evident 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **Plans for Year 2:** Create a committee to establish a reintegration plan that follows a continuum of support for GNETS. Streamline opportunities to deliver GNETS services in Gen. Ed. Settings. | |
| D. | **Capacity Building:** Engage in professional learning and technical assistance for general education school personnel and parents. | Annually and as needed | GNETS Directors and/or Trainers | Communicate with LEAs and RESAs to determine professional learning opportunities and needs of LEAs and parents. Organize opportunities to attend/deliver training sessions for LEAs as needed. Schedule/support training dates, times, and locations. Deliver trainings and obtain feedback. | Training materials Sign-in sheets Feedback ratings Training agendas Training request/needs assessment form. Network Brochure | Follow the GNETS master PL calendar and attend or designate staff members to attend training sessions. Deliver trainings as requested Distribute and collect training feedback surveys. Attend train the trainer sessions as requested. **Plans for year 2:** Create LEA training request form/needs assessment checklist. Establish GNETS cadre of trainers by region for specific professional learning courses. Create a training portal and host of webinars for PL. | Operational 2 ☐ Emerging 1 ☐ Not Evident 0 ☐ |
| **Total Points for Section 5:** _____ /4 = _____ | | | | | **Average:** | |

GA00222009

## Section 6: Program Accountability

Goal 6: All GNETS directors will be accountable for identifying areas for improvement in their strategic plans and demonstrating how each item will be improved annually. Both items will be obtained at an operational level.

| Action Items | Frequency | Person Responsible | Activities | Examples Sources to Support Ratings | Resources Needed | Meets Standard — Operational 2 | Emerging 1 | Not Evident 0 |
|---|---|---|---|---|---|---|---|---|
| A. Share results from the strategic plan ratings with stakeholders. | Annually | GNETS directors/designee | Identify key stakeholders. Share results from the strategic plan ratings. Share improvement summary | Sign-in sheets Rubric ratings Improvement summary | Strategic plan results from GaDOE | ☐ | ☐ | ☐ |
| B. Complete the strategic plan improvement summary form. | Annually | GNETS directors/designee | Calculate the overall rating for each section and prioritize area to be improved for the new year. | Improvement summary | Guidelines for improvement summary on Pages 5 and 17 | ☐ | ☐ | ☐ |
| Total Points for Section 6: _____ /2= _____ | | | | | Average: _____ | | | |

## Section 7: Facilities Management and Safety

Goal 6: All GNETS directors will monitor the conditions of their sites and report concerns to fiscal agents annually. Both items will be obtained at an operational level.

| Action Items | Frequency | Person Responsible | Activities | Examples Sources to Support Ratings | Resources Needed | Meets Standard — Operational 2 | Emerging 1 | Not Evident 0 |
|---|---|---|---|---|---|---|---|---|
| A. Monitor site for safety and ADA compliance and Maintenance. | Annually | GNETS directors/designee | Print and use the GSFIC facility condition checklist for site monitoring. Conduct periodic site reviews to ensure faculty is well maintained. Request maintenance support on specific items | Ratings on GSFIC Facility Condition Assessment Checklist | GSFIC Facility Condition Assessment Checklist Professional learning for use of the DOE-GSFIC facility condition assessment checklist at Directors meeting. Maintenance logs | ☐ | ☐ | ☐ |
| B. Communicate all identified concerns to the LEA and/or SEA and advocate for repairs/improvements. | Annually | GNETS directors/designee | Identify areas rated as poor and/or critical on the GSFIC facility condition assessment checklist. Report the areas identified and advocate for repairs/improvement with key stakeholders. | Ratings on GSFIC Facility Condition Assessment Checklist Emails Reports Meeting notes. | GSFIC Facility Condition Assessment Checklist | ☐ | ☐ | ☐ |
| Total Points for Section 7: _____ /2= _____ | | | | | Average: _____ | | | |

GA00222010

## Self-Assessment Outcomes and Improvement Summary Plan

*Record the average score given to each section on this page. Review the scores for each section and identify the top 3 priorities to address in your action plan. Be sure to indicate why your team rated the item low and what you will do to improve your ratings. Also, identify how you will sustain your higher ratings.*

**Site:** Click here to enter text.    **Date:** Click here to enter a date.    **Personnel Completing the Summary:** Click here to enter text.

| Section | Average Score | Priority | Why was or wasn't this section selected as a priority? | Document the actions necessary to improve the top 3 priority areas and to sustain the higher rated priority areas. |
|---|---|---|---|---|
| 1. Program Leadership | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 2. Behavior Support and Therapeutic Services | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 3. Instructional/Academic Support | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 4. Program Funding and Fiscal Management | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 5. Integration of Services and Capacity Building | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 6. Program Accountability | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 7. Facilities Management | Click here to enter text. | Click here to enter text. | Click here to enter text. | Click here to enter text. |

GA00222012

*Resources*

Florida Inclusion Network. (2013). *Best Practices for Inclusive Education (BPIE) 2.0 District Level Self-Assessment*. Tallahassee, FL: Florida Department of Education, Bureau of Exceptional Education and Student Services. Retrieved from http://www.floridainclusionnetwork.com/wp-content/uploads/2013/11/BPIE-District-Level-Assessment.pdf

Georgia Department of Education. (2015). Georgia Network for Educational and Therapeutic Support (GNETS) Strategic Plan Update, Year 4. Atlanta, G.A.: Georgia Department of Education, Division of Special Education Services and Supports. Retrieved from http://www.gadoe.org/Curriculum-Instruction-and-Assessment/Special-Education-Services/Documents/GNETS/GNETS%20Strategic%20Plan%20Year%204.pdf

Maryland Coalition for Inclusive Education (2011). *Quality Indicators for inclusive building based practices*. Retrieved from http://www.mcie.org/usermedia/application/8/quality-indicators---building-based-practices-(2011).pdf

U.S. Department of Education. (2010). *Thirty-five years of progress in education children with disabilities through IDEA*. Washington, D.C.: U.S. Department of Education, Office of Special Education and Rehabilitation Services. Retrieved from https://www2.ed.gov/about/offices/list/osers/idea35/history/idea-35-history.pdf

U.S. Department of Justice. (2015). *United States' Investigation on the Georgia Network for Educational and Therapeutic Support*, D.J. No. 169-1-71. Washington, D.C.: U.S. Department of Justice: Civil Rights Division. Retrieved from http://www.justice.gov/sites/default/files/crt/legacy/2015/07/15/gnetslof.pdf

Georgia Department of Education: GNETS (6/20/2016)

*Appendix*

Completed sample of an improvement summary plan

## Self-Assessment Outcomes and Improvement Summary Plan

*Record the overall score given to each section on this page. Review the scores for each section and identify the top 3 priorities to address in your action plan.*

Site: A site    Date: 3/9/2016    Personnel Completing the Summary: Director, Lead teacher, psychologist, Behavior Coach

| Section | Average Score | Priority | Why was or wasn't this section selected as a priority? | Document the actions necessary to improve the top 3 priority areas and to sustain the higher rated priority areas. |
|---|---|---|---|---|
| 1. Program Leadership | 2 | 7 | We have met all items at an operational level and have evidence of our success. | Continue delivering information to our faculty early in the year. During preplanning and monitor staff adherence to the items in the plan throughout the year. |
| 2. Behavior Support and Therapeutic Services | 2 | 4 | We met all items at an operational level with outcome data on fidelity and standardized measures to show our effectiveness. | The leadership team will continue to monitor the implementation of each item in this section and collect the resources needed to show our success. If we were behind on implementation we will work to get on track before the next rating session. |
| 3. Instructional/Academic Support | 1.5 | 2 | Some items in this section was not rated as operational due to para pros covering some of our classes and low TKES scores. | Ensure para pros who cover classes have support from teachers for standards-based lesson development and delivery. Ensure students are clearly matched to interventions when necessary. |
| 4. Program Funding and Fiscal Management | 2 | 5 | We submitted all required grant applications and fiscal reports by deadlines established. | Continue to remain aware of grant deadlines, allocation of resources and collaborating with our LEA for the additional resources and in-kind contributions that were provided to support our site last year. |
| 5. Integration of Services and Capacity Building | 1.7 | 3 | None of our students met their IEP goals/criteria to exit from the program as planned. | We will monitor our students' IEP goals using available data more frequently to identify student who at-risk for not exiting the program as expected and begin working with students on an individual level. |
| 6. Program Accountability | 2 | 6 | The strategic plan improvement summary form was completed and submitted as expected. | Continue to share results of the strategic plan and self-assessment with our stakeholders to keep them inform of our priorities. |
| 7. Facilities Management | 2 | 1 | 2 of our sites had poor or critical scores on the facilities checklist which was relative to safety of students and ADA violations. | Items were reported to the fiscal agent and SEA for support. We will schedule a meeting with our fiscal agent and GaDOE at the beginning of the school year to discuss these items and obtain additional support with improving this component. |

GA00222013