# EXHIBIT 20

EXHIBIT 291

Message

**From:** Sally Kemph [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7886CF26BE9944A9A484A7EEE63B4B16-SALLY KEMPH]
**Sent:** 1/15/2016 6:02:50 PM
**To:** Deborah Gay [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d2c7a5a23a44197b503536d51a29d1a-Deborah Gay]
**Subject:** RE: Strategic plan
**Attachments:** GNETS Strategic Plan Year 4.pdf

Done, attached is the correct PDF. Please check the GNETS webpage to verify.

*Sally*

Sally Kemph
skemph@doe.k12.ga.us

**From:** Deborah Gay
**Sent:** Friday, January 15, 2016 8:17 AM
**To:** Sally Kemph <skemph@doe.k12.ga.us>
**Subject:** Strategic plan

Sally,
Would you please PDF and post the attached strategic plan on the GNETS webpage.
Title GNETS strategic plan Year 4
Thank you, Debbie

Deborah Gay
Director Special Education Services and Supports
1870 Twin Towers East
Georgia Department of Education
205 Jesse Hill, Jr. Drive
Atlanta, GA 30334
Tel: 404-656-3963
dgay@doe.k12.ga.us
www.gadoe.org

*"Educating Georgia's Future"*



Dr. John D. Barge, State School Superintendent
*"Making Education Work for All Georgians"*

# Georgia Network for Educational and Therapeutic Support (GNETS)

## Strategic Plan Update
## Year 4

## December 1, 2015

## Introduction

The Georgia Network for Educational and Therapeutic Support (GNETS) is comprised of 24 programs which support local school districts' continuum of services for students with disabilities, ages 3-21. The programs provide comprehensive educational and therapeutic support services to students who might otherwise require residential or other more restrictive placements due to the severity of one or more of the characteristics of the disability category of emotional and behavioral disorders (EBD).

This strategic plan addresses recent audit findings, recommendations from stakeholder meetings, and general improvement strategies the Georgia Department of Education (GaDOE) has been addressing over time with the network. As part of the general improvement strategies, GaDOE has conducted stakeholder meetings with individual groups representing GNETS directors, special education directors, fiscal agents for GNETS, school superintendents and others. Surveys to gather additional information were distributed to local special education directors and fiscal agents. The strategic plan embodies input from these sources and focuses on seven major areas including; (1) program operations (2) accountability, (3) student placement , (4) therapeutic interventions and supports, (5) educational programs, (6) program funding and (7) location of programs and service areas. Workgroups including GNETS staff, GaDOE staff and other relevant stakeholders will oversee the progress towards meeting identified goals and activities in each of these areas. The plan is currently structured around a three year timeline aimed at completing the identified goals by FY15. Year one of the strategic plan focuses on gathering data, evaluation of current resources in all 24 GNETS programs, piloting innovative activities in designated programs and laying a foundation for the work in year two. Year two of the plan will focus on the professional learning required to assist each program to implement the identified core array of services. Additional focus in year two will be the identification of data elements needed to create a funding formula to support core services to local school districts. Year three of the strategic plan will focus on implementation of services designed to meet the needs of the students in the local school district.

A Steering Committee advised the GaDOE on the development of specific strategies, timelines, and accountability for student results outlined in the strategic plan. Representatives from the GaDOE, GNETS director group, RESA directors, superintendents, local district special education directors, parents and partner agencies were represented on the Steering Committee. The strategic plan is the road map for implementation of the vision for the network.

## Vision and Purpose of the Network

GNETS is a network of services provided to local school districts. The vision of State School Superintendent, Dr. John D. Barge, to make education work for all Georgians, is the vision of this strategic plan. GNETS is a service and not a place and is designed to be a support program for students to address the interfering emotionally-based behaviors that have disrupted the education of the child. The GNETS Program provides an array of therapeutic and behavioral supports as well as specialized instruction for students who exhibit emotional and behavioral disorders. These supports are designed to assist the student to progress in the general curriculum and graduate ready for work or post secondary studies. In addition, the GNETS program provides supports to families and works collaboratively with other agencies serving these students.

All Rights Reserved

The vision and purpose of the GNETS program will be realized through a *Core Array* of Services. These services will be made available to support local school districts in serving students with emotional and behavioral disorders. In addition, some services will be provided directly to students and their families in a GNETS program or in the LEA classroom. These indirect and direct services include but are not limited to the following:

***GNETS Core Array of Services***

- Professional learning to improve student outcomes
- Behavioral support consultation
- Family/Community supports and collaboration
- IEP placement in a GNETS classroom as determined by an IEP Team and reviewed at least annually
- Comprehensive reintegration support for students

## I. Program Operation

The GaDOE provides to each GNETS program, GNETS fiscal agent, local school district, and other stakeholders a GNETS program operations manual that clearly describes program responsibilities and fiscal operations. This manual is designed to ensure that GNETS programs operate efficiently, effectively, and consistently throughout the network to support local school districts in providing students with educational opportunities that will enable them to become college and career ready.

**Goal 1: The GaDOE will revise the GNETS program operations manual that describes efficient, effective, and consistent program management throughout the network on an annual basis.**

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| 1. Revise and update GNETS operations manual annually. | GaDOE<br>GNETS Fiscal Agents<br>GNETS Directors | GaDOE | June 2012 - June 2013<br>November 2013 | Stakeholder feedback | Operational-updated annually |

## II. Student Services and Therapeutic Supports

The IEP Team may identify that a student requires a service in the identified GNETS *Core Array of Services*. In order to build capacity to serve students and to offer a full continuum of services, GNETS programs and local school districts will be encouraged to develop collaborative partnerships to adequately fund services for students with very high frequency and intense behaviors. These students may include those with emotional and behavioral disorders, autism and other developmental disabilities. Other eligible students with disabilities may be provided services through the GNETS program, which may include GNETS classes, when the frequency, intensity and duration of their behaviors is such that this placement is deemed appropriate by their Individualized Education

All Rights Reserved

Program (IEP) teams. Students who are served in GNETS classes are those requiring the intensive therapeutic interventions and educational support that GNETS programs are designed to provide. Students placed in GNETS classes must have exit criteria developed upon entrance.

All GNETS programs will become proficient in delivering consultation and professional learning to support local school districts in providing students with evidence based strategies and behavioral interventions. GNETS programs will do this by providing the Core Array of Services to assist local districts in supporting students with significant emotional and behavioral disorders. The expertise of GNETS staff will be used to enhance outreach and consultation services to local school districts on an on-going basis. GNETS programs will provide the coordination of services to support students as they exit GNETS programs and services.

GaDOE will collaborate with interagency partners (i.e. the Department of Behavioral Health and Developmental Disabilities) to ensure that eligible GNETS students have access to mental health services through a system of care.

**Goal 2: All GNETS programs will implement evidence based therapeutic practices and will monitor for fidelity of implementation and student impact through the Core Array of Services. GNETS placement decisions will be based on data and documentation of student progress in specialized instruction, behavioral interventions and individualized student needs for (a.) initiation of services and (b.) exit from GNETS.**

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| 1. Each GNETS program will develop a team with expertise in FBA and BIP. | GaDOE<br>GSU Center for Leadership in Disability | GaDOE Coordinator<br>GSU Staff | October 2012<br><br>June 30, 2015 | 23 of 24 programs participated in FY13, FY14, FY15 | Year One of training during FY13. The training and technical assistance continued through FY15. |
| 2. Each GNETS will participate in training designed to build skills to deliver PL in FBA and BIP. | GaDOE<br>GSU Center for Leadership in Disability | GaDOE Coordinator<br>GSU Staff | August 2013<br><br>June 2015 | See year three report . | Completed |
| 3. GNETS personnel will provide professional learning to LEA on the *process* of conducting Functional Behavior | GaDOE<br>GNETS Directors<br>Trained GNETS staff<br>Special Ed. Directors | GNETS Directors | January 1, 2014<br><br>June 30, 2015 | Professional Learning Records | Implementation Stage through Core Array of Services Plans during FY14, |

All Rights Reserved

GA00404369

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| Assessments and Behavioral Intervention plans to assure that positive behavior supports are provided. | | | | | FY15<br><br>18 of 24 have delivered PL to their partner districts. |
| 4. GNETS personnel will receive initial training or refresher training in Life Space Crisis Intervention. | GNETS Trainers<br>GaDOE | GNETS Directors | Annually | Verification in Annual Grant application- Five staff members completed and received certification as trainers in Spring 2015. | Completed during FY13. FY14, FY15 refresher training to occur in June of each year. |
| 5. Personnel from each GNETS program will participate in the ANCA project. This project is a collaboration between GaDOE and Marcus Center aimed to support the administration the Assessment of Basic Language and Learning Skills (ABLLS) used to develop IEP goals and monitor progress for students with autism. | GaDOE<br>The Marcus Institute | GNETS Directors | June 30, 2013 | List of personnel and attendance records | Completed During FY13, participated in ANCA project.<br><br>By FY14, all GNETS programs will have personnel trained to administer The Assessment of Basic Language and Skills (ABLLS). |
| 6. Increase collaboration with interagency partners ensuring GNETS memberships | GaDOE<br>Interagency Partnerships | GaDOE | July 1, 2011-<br><br>June 30, 2015 | Formal Agreements through IDT | Ongoing |

All Rights Reserved

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| on Regional Interagency Planning Teams (RIPT). | | | | | |
| 7. Develop formal agreements with interagency partners to ensure that students receive mental health services through a system of care. | GaDOE<br>Interagency Partnerships | GaDOE | July 1, 2011<br><br>June 30, 2015 | Formal Agreements | Ongoing<br>20 of 24 programs participate in the LIPT meetings. |
| 8. Identify evidence based strategies and interventions for students with emotional and behavioral disorders served through GNETS programs. | GaDOE<br>Interagency Partnerships | Workgroup Leader | September 2011<br><br>January 1, 2012 | List of evidence based practices identified created and shared with GNETS directors. | Completed January 1, 2012 GNETS Programs participated in a pilot program with GSU during FY12. As a result, a rubric was developed that identified and evaluated Evidence Based Practices. All GNETS were provided a copy of the rubric. The GNETS WIGGIO allows for easy access to materials. |
| 9. Develop and implement a pilot project with GNETS | GaDOE<br>Interagency Partnerships | Workgroup Leader | January 1, 2012<br><br>June 30, 2015 | SWIS<br>Self-Assessment | Pilot project completed during FY12. |

All Rights Reserved

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| programs on the implementation and evaluation of Evidence Based Practices (EBP). | | | | | Follow up work session at IDEAS June 2014. All GNETS programs implement PBIS. |
| 10. Implement a network wide plan for the delivery of EBP for social emotional growth, with fidelity. | GaDOE<br>Interagency Partnerships | Workgroup Leader | July 1, 2013<br>June 30, 2014 | SWIS<br>Self-Assessment | PBIS<br>DTORF-R<br>LSCI<br>Operational |

## III. GNETS Instructional Services

All students directly served through GNETS programs must receive instruction in grade level curriculum delivering the Common Core Georgia Performance Standards (CCGPS). Teachers in GNETS programs should all be proficient in the delivery of instruction in CCGPS, in addition to specialized instruction to meet the academic needs of their students.

**Goal 3: Students receiving services through GNETS programs will demonstrate proficiency on statewide assessments in order to enable them to become college and career ready.**

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| 1. Identify the specialized academic instruction, including technology, currently provided by GNETS programs. | GaDOE<br>GLRS<br>LEA | Workgroup Leader | July 1, 2011<br>June 30, 2012 | Survey results | Survey completed in FY12. |
| 2. Using the components of the school improvement process, develop a plan for improving instruction in all GNETS Programs. | GaDOE<br>GaDOE School Improvement<br>RESA | Workgroup Leader | July 1, 2011<br>June 30, 2012 | Student academic data | All GNETS program leadership have been certified in the Teacher Keys Evaluation System and will pilot with teachers in FY13. All will be fully operational in the |

All Rights Reserved

GA00404372

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| | | | | | TKES/LKES in the 2014-2015 school year. |
| 3. Implement the plan for improving instruction for all GNETS students through collaboration with LEA and GLRS. | GaDOE<br>GaDOE School Improvement<br>RESA<br>LEA | Workgroup Leader | July 1, 2012<br><br>June 30, 2014 | Student academic data | Operational- GNETS participate in Professional learning in LEAs and at RESAs. |

## IV. GNETS Funding

GNETS is currently funded by a separate line item in the annual state budget and through the use of federal funding. A formula is used by GaDOE to determine individual program funding based upon a cumulative count of student placement each year. A three year average is used to arrive at the final funding figure for programs to mitigate any impact of major fluctuations in student counts from year to year for each program.

As part of this strategic plan the funding formula should be reviewed by stakeholders and revised as necessary to support the goals and action steps in the strategic plan. Funding for GNETS programs should ultimately support local school districts in providing students with educational opportunities that will enable them to become college and career ready. Stakeholders should consider outreach programs to local school districts and staff for therapeutic interventions when reviewing and making recommendations for revisions to the funding formula.

**Goal 4: Develop a funding formula to support the implementation of the strategic plan to include a full array and continuum of services and to ensure efficient operation of the GNETS programs and services.**

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| 1. Coordinate with all workgroups to identify essential funding needed to implement the strategic plan recommendations. | GaDOE<br>GNETS Fiscal Agents | Workgroup Leader | July 1, 2011<br><br>June 30, 2012 | | The Core Array of Services was established. |
| 2. Develop a proposal to revise the current funding formula to implement the strategic plan. | GaDOE<br>Finance and Budget Office | Workgroup Leader | July 1, 2012<br><br>June 30, 2013 | | Draft of revised formula completed in fall of 2013. |
| 3 Each program received additional funds to provide training to districts served by each GNETS program. Each Director | GaDOE | GNETS Directors | July 1, 2013- June 30, 2016 | | Ongoing oversight to increase services |

All Rights Reserved

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| submitted a Core Array of Services application and plan. The purpose is to maintain students in local districts by providing PL or transition support to students | | | | | to districts. |

## V. Location of GNETS Programs and Service Areas

GNETS programs should be located where students have access to age appropriate peers, general education classes, and all of the resources provided to their peers such as technology, media centers, etc. High school students must have the opportunity to earn the credits needed to prepare them for success in postsecondary education and/or the 21st century workplace. The students served through the GNETS programs must be provided instruction for the number of hours required for all public school students in Georgia. The GNETS stakeholder committee shall review the service areas of each program and make recommendations for revised catchment areas.

**Goal 5: Establish the location of service areas to ensure that services are delivered in an effective and efficient manner.**

| Action Step | Resources & Partners | Person Responsible | Timeline (Start/Completion Date) | Data | Status |
|---|---|---|---|---|---|
| 1. Examine data related to the current service areas established for each GNETS program. | GaDOE | Workgroup leader | July 1, 2011<br><br>June 30, 2012 | 2010 census data<br><br>GaDOE SWD data | Completed. |
| 2. Coordinate with all workgroups to identify service areas needed to implement the strategic plan recommendations. | GADOE | Workgroup leader | July 1, 2011<br><br>June 30, 2012 | | Action deleted. Service areas will remain intact due to state statute. |

## VI. Accountability

By Georgia law, GNETS is a network of programs, not a school or school district, therefore the ultimate accountability remains with the local educational agency (LEA). The development, review, and revision of the student's Individualized Education Program (IEP) are shared responsibilities between the LEA and the GNETS program. The IEP is developed to address the needs of the student for academic, social, behavioral, functional and developmental supports as well as access to and progress in the general curriculum.

All Rights Reserved

Prior to FY10, each GNETS director submitted an annual Report Card of Accountability to the GaDOE which included data on students served, including demographic information, performance on academic assessments, progress on social-emotional behavior, family participation, and other program level data. In FY 10, GaDOE instituted a new student level data collection process utilizing the statewide student information system that provides data for each student served in GNETS classes. These data can be disaggregated to develop GNETS program data and reports. Annually, the GaDOE will provide GNETS directors a performance summary for each program with data gathered through the program level file at the GaDOE.

**Goal 6**: **Annual performance data from each of the 24 GNETS Programs will be used to evaluate program effectiveness and to guide improvement activities.**

| Action Step | Resources and Partners | Person Responsible | Timeline (Start/Completion Date) | Data Source | Status |
|---|---|---|---|---|---|
| 1. Analyze data points to determine any additional data to be collected or whether existing data collection is an effective measure of the services provided. | GaDOE Data Collections | Workgroup leader | July 1, 2011<br><br>Completed by June 30, 2014 | Program level file<br><br>Assessment file | Decision to implement DTORF-R beginning in FY13. |
| 2. Design final performance summary report to include any additional data, as recommended. | GaDOE Data Collections | GaDOE | July 1, 2012 | Program level file Assessment file | In progress. |
| 3. Produce a guidance document on using GNETS data for program improvement. (SWIS, DTORF-R, SAM, STEEP, GCIMP, etc.) | GaDOE Data Collections | GNETS Directors | July 1, 2013<br><br>June 30, 2014 | Program level file<br><br>Assessment file | In progress |


All Rights Reserved


GA00404375