# EXHIBIT 21

Message

| | |
|---|---|
| **From:** | Nakeba Rahming [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=879D33DD936548A39333444C70241D1F-NAKEBA RAHM] |
| **Sent:** | 2/8/2016 3:15:21 PM |
| **To:** | Gilchrist, Derrick D [derrick.gilchrist@clayton.k12.ga.us]; Desiree Woods (Curriculum & Instruction) [desiree_d_woods@dekalbschoolsga.org]; Holifield, Cassandra [cassandra.holifield@mresa.org]; lfutch@coastalacademygnets.com; Jacqie Neal [jacqieneal@northstar-gnets.com]; Lewis-Hawkins, Kathy [LewisKa@BOE.Richmond.k12.ga.us] |
| **CC:** | Deborah Gay [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d2c7a5a23a44197b503536d51a29d1a-Deborah Gay] |
| **Subject:** | Draft Strategic plan |
| **Attachments:** | GNETS Strategic Plan Working Draft 2-5-2016.docx |

Hello All,

Please see the first draft of the plan that I began working on. I am attempting to make it an inclusive document so that you will not need to have multiple pieces of documents outlining the same work. I also incorporated the rating scale so we would not need to develop a second document. Debbie and I spoke on Friday and she supports us with moving away from the GCIMP and incorporating those items into the strategic plan. We also spoke about the core array of services application for funding and she indicated, that if we can show where the core array of services would be addressed and incorporated into the strategic plan with evidence of implementation to support the distribution of funding, she would be fine with dismissing that document as well. The good thing is I think we are on our way to have it covered.

Please review the draft and share your feedback. Remember that the strategic plan will be your guiding document for practice and what you would be responsible for overseeing at your sties. A project management plan is being developed as a guiding document for the state responsibilities and what we will be doing to support you and your work with the GNETS program.

Nakeba

**Nakeba N. Rahming, Ed.S.**
Program Manager
Georgia Network for Educational and
Therapeutic Support (GNETS)
1870 Twin Towers
205 Jessie Hill Jr. Drive, SE
Atlanta, Georgia 30334
Nakeba.Rahming@doe.k12.ga.us

GA00776953

Working Draft of GNETS Strategic Plan 2/5/2016

GA00776954

# GNETS PROGRAM STRATEGIC PLAN

## DRAFT Number 1

## 2/5/2016

Strategic Plan Ratings: 2 - Operational (All of the activities were accomplished with measures/documentation for evidence)

1 – Emerging (Some of the activities were accomplished with measures/documented for evidence)

0 – Not Evident (None of the activities were accomplished with measures/documentation for evidence)

Working Draft of GNETS Strategic Plan 2/5/2016

## Section 1: Program Operation

| Goal 1: By the end of each school year, GNETS Directors will implement 80% of the strategic plan components at an operational level. | | | | | | |
|---|---|---|---|---|---|---|
| Objective | Frequency | Person | Activities | Measure/ Documentation | Resources Needed | Rating Scale |
| 1. Directors will review the strategic plan at GNETS Directors meeting. | Initial review: 6/16 Annually (June) | Strategic Plan Committee | Schedule directors meetings Attend directors. meetings Present the strategic plan | Sign-in sheets Agendas | Draft and completed strategic plan common strategic plan powerpoint presentation developed by the strategic plan committee. | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| 2. Share the strategic plan with all GNETS staff | Initial review: 8/16 Annually (August) | GNETS Directors | Schedule a date to share the plan with all staff. Collect all materials needed to share the plan. | Sign-in sheets | A common powerpoint presentation developed by the strategic plan committee. | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| 3. GNETS Directors will develop an action plan as a guide to ensure successful implementation of the strategic plan components | Annually (October) | GNETS Directors | Identify components for the action plan. Complete the action plan. | Action Plan | | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| 4. GNETS Directors will rate their level of implementation for each component of the strategic plan using the embedded rating scale. | Biannually (December) GaDOE assessments in (June) | GNETS Directors | Review the strategic plan support guide on how to complete the ratings for each component as a baseline self-assessment Prepare for GaDOE end of year rating/assessment | Strategic plan rating scale | Strategic plan product book. Strategic plan components with observation tools. Strategic plan components with checklists. | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |

GA00776955

Working Draft of GNETS Strategic Plan 2/5/2016

## Section 2: Behavior Support and Therapeutic Services

**Goal 2:** Throughout the school year, 100% of GNETS programs will demonstrate highly reliable evidence of implementing "evidence based" behavioral support and therapeutic services for all students at an operational level.

| Objective | Frequency | Person Responsible | Activities | Measures/ Documentation | Resources Needed | Meets Standard |
|---|---|---|---|---|---|---|
| Implement Positive Behavior Intervention Supports (PBIS) | Daily | All Staff | Train all staff Post rules and expectations Teach all students the rules and expectations Review program data | PBIS Walk-through forms PBIS BOQ/TIC PBIS productivity binder SWIS entry | PBIS Trainings PBIS state team School Climate Regional Specialist PBIS School team PBIS materials | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| Establish a functional FBA/BIP team at each site that meets at least 3 times a year. | Annually (August—September) | GNETS Directors | Identify key personnel for the team Attend FBA trainings Meet to address FBA/BIP as needed. | List of active team members Evidence of team meetings Meeting agendas Training agendas Sign-in sheets | FBA Trainings Opportunities to meet | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| Train staff to ensure that all GNETS students have an FBA/BIP on file. | Annually | GNETS Directors | Establish opportunities for FBA/BIP trainings from GSU Review students' files to ensure FBA/BIP exist | Training logs Completed FBA/BIP in student file | Training Materials FBA/BIP | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| Students identified by DTORF-R guidelines will be assessed with the DTORF-R by GNETS staff. | 3 times a year | GNET Directors and/or designee | Train teachers to complete the DTORF-R assessment Train teachers to interpret the DTORF-R results and guidelines | DTORF-R outcome plan and assessment | Funding for training staff and all DTORF-R Modules and the EDTORF-R reporting system. | Operational 2 ☐<br>Emerging 1 ☐<br>Not Evident 0 ☐ |
| All students assessed with the DTORF-R will have information from the DTORF-R outcome plan | As needed | GNETS Directors/ Designee | Review DTORF-R training and manual for IEP support Train designated staff to | Designated Students' IEPS. | Funding to purchase DTORF-R manuals and modules | Operational 2 ☐<br>Emerging 1 ☐ |

GA00776956

Working Draft of GNETS Strategic Plan 2/5/2016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| included in their IEPs. | | | incorporate DTORF-R information into students' IEPs. | | | | Not Evident ☐ 0 |
| Students diagnosed with ASD will be assessed with a standardized measure to identify and measure the growth of each student's strengths and challenges. | Annually, or as recommended by the test developer. | Designated GNETS staff | Align ASD measure with LEA Identify the standardized measure that would be used by the GNETS site. Purchase the standardized ASD measure for the GNETS site. Ensure designated staff is trained to conduct the ASD with the selected measure. | Identified by GNETS directors, RESA, LEAs | Standardized measures Professional Learning for use the measure selected. | | Operational ☐ 2 |
| | | | | | | | Emerging ☐ 1 |
| | | | | | | | Not Evident ☐ 0 |
| Life Space Crisis Intervention | | | | | | | |
| I will add the additional behavior items to this section. | | | | | | | |

## Section 3: Instructional Support

**Goal 2:** Throughout the school year, 100% of GNETS programs will demonstrate highly reliable evidence of delivering Georgia Standards of Excellence (GSE) for all students at an operational level.

| Action Items | Frequency | Person Responsible | Activities | Measures/ Documentation | Resources Needed | Meets Standard | |
|---|---|---|---|---|---|---|---|
| | | | | | | Operational ☐ 2 | |
| | | | | | | Emerging ☐ 1 | |
| | | | | | | Not Evident ☐ 0 | |

GA00776957

Working Draft of GNETS Strategic Plan 2/5/2016

| | | |
|---|---|---|
| | | ☐ Operational 2 |
| | | ☐ Emerging 1 |
| | | ☐ Not Evident 0 |
| | | ☐ Operational 2 |
| | | ☐ Emerging 1 |
| | | ☐ Not Evident 0 |
| | | ☐ Operational 2 |
| | | ☐ Emerging 1 |
| | | ☐ Not Evident 0 |
| | | ☐ Operational 2 |
| | | ☐ Emerging 1 |
| | | ☐ Not Evident 0 |

## Section 4: Program Funding

**Goal 4:**

| Action Items | Frequency | Person Responsible | Activities | Measures/ Documentation | Resources Needed | Meets Standard |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Operational 2 |

GA00776958

Working Draft of GNETS Strategic Plan 2/5/2016

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |

## Section 5: Integration of Services

**Goal 5:**

| Action Items | Frequency | Person Responsible | Activities | Measures/ Documentation | Resources Needed | Meets Standard |
|---|---|---|---|---|---|---|

GA00776959

| ☐ Operational 2 | ☐ Emerging 1 | ☐ Not Evident 0 | ☐ Operational 2 | ☐ Emerging 1 | ☐ Not Evident 0 | ☐ Operational 2 | ☐ Emerging 1 | ☐ Not Evident 0 | ☐ Operational 2 | ☐ Emerging 1 | ☐ Not Evident 0 | ☐ Operational 2 | ☐ Emerging 1 | ☐ Not Evident 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Goal 6: Action Items | Frequency | Person Responsible | Activities | Measures/ Documentation | Resources Needed | Meets Standard |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |
| | | | | | | ☐ Operational 2 |
| | | | | | | ☐ Emerging 1 |
| | | | | | | ☐ Not Evident 0 |

GA00776961