# EXHIBIT 23

Rutland 000610



*Richard Woods, Georgia's School Superintendent*
*"Educating Georgia's Future"*

12/7/2020

Celeste Ngeve
Rutland Academy
1250 Oglethorpe Avenue
Athens, Georgia 30606

Dear Celeste Ngeve:

GNETS directors and their leadership teams are charged with implementing the components of the GNETS strategic plan. GaDOE developed and provided a rubric and guidance to assess how well each component of the plan was implemented in FY20. Each GNETS' leadership team rates the components of the plan twice a year using ratings of operational, emerging or not evident. At the end of the school year, the teams completed their final ratings and prepared for a virtual review from the GNETS state program manager and program specialist.

The goal of the review process was to determine how well each team implemented the strategic plan components with fidelity. If the evidence presented clearly supported the implementation of the components, an operational rating was assigned. If the evidence did not clearly support implementation of the components, ratings were assigned to more accurately reflect the level of implementation.

## Rating Guide

Operational - All the activities required were accomplished consistently with sources of evidence to support implementation for this action item.
Emerging - Some of the activities required were accomplished consistently with sources of evidence to support implementation for this action item.
Not Evident - None of the activities required were accomplished consistently with sources of evidence to support implementation for this action item.
If you have additional questions regarding this process, please contact Vickie Cleveland at 470-316-8664.

Sincerely,

*Vickie Cleveland*

Vickie Cleveland
Division for Special Education Services and Supports
Program Manager, GNETS

cc: Zelphine Smith Dixon
    State Director
    Division for Special Education Services and Supports
    Lakesha Stevenson
    Program Specialist, GNETS

PLAINTIFF'S EXHIBIT
234
SMS 7/15/22