# EXHIBIT 24

EXHIBIT

272

Message

---

**From:**        Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV]
**Sent:**        9/13/2019 4:43:19 PM
**To:**          Zelphine SmithDixon [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd8dcf803db420f8d7529093ed93d79-Zelphine Sm]
**CC:**          Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]; Vickie Cleveland [/o=ExchangeLabs/ou=Exchange
              Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:**     FY19 Strategic Plan Compliance Review Results
**Attachments:** FY19 Results for GNETS End of Year Strategic Plan Compliance Review (9-13-19).docx

Zel,

See the attached FY19 GNETS strategic plan compliance review results. In year 3, we find that programs are making improvements toward implementation of the plan. There is still work to do, but directors and their teams are committed to the work. Lakesha and I will continue the work to streamline the monitoring process. Who do we need to share these results with? Let me know if you have questions.
Vickie

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

GA00901798



**GaDOE**

Georgia Department of Education

**FY19 Year 3 Results for GNETS End of Year Strategic Plan Compliance Review**

**Reviews conducted by the Georgia Department of Education**

**Review Process**

GNETS directors and their leadership teams are charged with implementing the components of the GNETS strategic plan. GaDOE developed and provided a rubric and guidance to assess how well each component of the plan was implemented in FY19. Each GNETS' leadership team rates the components of the plan twice a year using ratings of operational, emerging or not evident. At the end of the school year, the teams completed their final ratings and prepared for an on-site review from the GNETS state program manager. The goal of the review process was to determine how well each team implemented the strategic plan components with fidelity. If the evidence presented clearly supported the implementation of the components, an operational rating was accepted. If the evidence did not clearly support implementation of the components, ratings were changed to more accurately reflect the level of implementation.

<u>Sample of evidence required for components on the strategic plan:</u>

**Program Leadership**- Activities that support the implementation of the strategic plan initiatives.

**Behavior and Therapeutic Supports**- Activities and documentation that supports students' participation in social-emotional/behavioral supports that meet their needs.

**Instruction and Academic Supports**- Lessons and activities to support students' access to standards and skills-based instruction as well as data to monitor proficiency and growth.

**Program Funding and Fiscal Management**- Documentation of procurement procedures and fiscal management of GNETS grant funds.

**Integration and Capacity Building**-Documentation of activities of collaboration with external stakeholders to ensure opportunities for students to receive services and supports in the least restrictive environment.

**Accountability**- Documentation or activities to support stakeholders' engagement in the expectations and outcomes of the strategic plan ratings and areas for improvement.

**Facilities**- Documentation of ongoing communication with key stakeholders to advocate for and maintain safe and healthful facilities for students.

**Prepared by: Vickie Cleveland, Program Manager for GNETS**
**9-13-19**

GA00901799

## Scoring Guide

**Overall success with implementing components of the strategic plan:** The sum of the ratings was divided by the maximum score that could be earned from each section of the plan to generate an overall percent. *(Below 70%-Limited success with evidence of implementation, between 70%-79% Good success with evidence of implementation, 80% and above, Great success with evidence of implementation).*

| GNETS | FY 19 Success Rate |
| --- | --- |
| Burwell Program | 100% |
| Cedarwood Program | 100% |
| Coastal Academy | 100% |
| Coastal Georgia Comprehensive Academy | 99% |
| Dekalb-Rockdale Program | 95% |
| Elam Alexander Academy | 100% |
| Flint Area Learning Program | 92% |
| Futures Program | 100% |
| GNETS of Oconee | 100% |
| H.A.V.E.N. Academy | 99% |
| Harrell Learning Center | 100% |
| Heartland Academy | 100% |
| Horizon Academy | 99% |
| Mainstay Academy | 99% |
| North Metro Program | 100% |
| Northstar Educational And Therapeutic Services | 99% |
| Northwest Georgia Educational Program | 100% |
| Oak Tree Program | 100% |
| Pathways Educational Program | 88% |
| River Quest Program | 99% |
| Rutland Academy | 93% |
| Sand Hills Program | 100% |
| South Metro Program | 96% |
| Woodall Program | 100% |

**Prepared by: Vickie Cleveland, Program Manager for GNETS**
**9-13-19**

GA00901800