# EXHIBIT 25

Message

| | |
|---|---|
| **From:** | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| **Sent:** | 6/7/2018 5:16:37 PM |
| **To:** | Samuel Clemons [samuelclemons@lowndes.k12.ga.us] |
| **CC:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Meeting Monday |
| **Attachments:** | TIPS-Strategic Plan Reviews Prep 4-17-18.docx |

Hi Sam,

Welcome back! Looking forward to your Strategic Plan Review on Monday, June 11th at 8:00. See the attached tips that were sent out to everyone in April. Please let me know if you have any questions.

Thanks

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent



# 2018 Strategic Plan Reviews

*The 2018 GNETS Strategic Plan Reviews will be conducted during the months of May and June. As you prepare for the reviews, please use the GNETS Strategic Plan guidance document. This supporting document will be utilized during the review of your plan. The tips outlined below may be helpful as you prepare your documentation and evidence for each of the focus areas. These tips are not inclusive of all documentation that will be be reviewed during your meeting. We look forward to seeing all of the great work that you and your teams are doing for students receiving GNETS services.*

## Preparation Tips

**Program Leadership:**
- [ ] Be prepared and on time
- [ ] Invite stakeholders to the meeting that can speak to the sections of the rubric that they were responsiblie for implementing
- [ ] Please tab all documentation (i.e. hard copies and electronic documentation) for each focus area
- [ ] Documentation of attendance at GNETS meetings, conferences, etc (agendas and sign in sheets)
- [ ] Have all artificats readily available for review so that the meeting will stay on track
- [ ] Documentation of mid-year self-assessment ratings (shared with internal stakeholders)

**Behavior Support and Therapeutic Services:**
- [ ] Provide copies of completed LSCI and Mindset templates
- [ ] Documentation of PBIS End of Year Report
- [ ] Documentation of data collection and management of FBAs/BIPs
- [ ] Documentation of data collected for the SDQ and BASC
- [ ] IEPs will be randomly selected to review student data collected for the SDQ and BASC
- [ ] Documentation of tiered supports
- [ ] Be prepared to share mindset/CPI restraint data
- [ ] Documentation of partnerships with agencies/universities

**Instructional and Academic Support**
- [ ] Documentation of the use of benchmarks/assessments to plan instruction
- [ ] Documentation of iReady standards mastery or district benchmarks for students
- [ ] iReady data in the two areas should be printed for review. There should be a column reflecting the rating and a column for feedback.
- [ ] iReady usage reports should be up to date and available-Brandon can provide updated summary reports if needed
- [ ] Documentation of teacher and support staff participation in professional learning

GA00324972

**Program Funding and Fiscal Management:**
- [ ] Print copies of budgets
- [ ] Documentation that budgets were submitted on time for approval
- [ ] Copies of receipts for training (i.e. PBIS)
- [ ] Samples of receipts for training and how they align with the budget
- [ ] Carryover information (allocations and drawdowns should be available for review) Your bookkeeper can provide this information.
- [ ] Documentation of budgeted 25% carryover
- [ ] Please print your procurement procedures for review (i.e. are procurement procedures in place)
- [ ] Documentation of awareness for internal controls (i.e. meetings with bookkeeper)
- [ ] Does the budget reflect areas of need?
- [ ] If funding is not available in your budgets, provide documentation of inkind services that your districts are providing to your program (list of inkind services)

**Integration of Services and Capacity Building**
- [ ] Documentation that LEAs have data that reflects at least 90% of the students were served in the LRE and data to support the IEP team's decision (i.e. copies of FBAs and BIPs)
- [ ] Provide copies of reintegration/relocation action plans if appropriate
- [ ] Documentation of collaboration with key stakeholders (i.e. LEAs, RESAs, GLRS, training for parents and general education school personnel)
- [ ] Documentation of student reintegration
- [ ] Consideration of services checklist (if piloted)

**Program Accountability:**
- [ ] Evidence of sharing of strategic plan ratings with stakeholders (i.e. staff, LEAs)
- [ ] Evidence of a plan outlining how you will share the strategic plan with stakeholders for the 2018-19 school year

**Facilities Management and Safety:**
- [ ] Copies of maintenance/repair logs if appropriate
- [ ] Documentation that maintenance/repair logs where shared with LEA

GA00324973