# EXHIBIT 26

PLAINTIFF'S
EXHIBIT
389
PENGAD 800-631-6989

Message

| | |
|---|---|
| **From:** | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| **Sent:** | 11/29/2018 8:26:38 PM |
| **To:** | abeaver@crispschools.org; Andrea Riley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=useraa29ac9d]; Brooke Cole [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user16ce386c]; Cassandra Holifield [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user00e2192f]; celest.ngeve@rutlandacademy.org; craig.whedon@gscs.org; david.blevins@cowetaschools.net; Derrick Gilchrist [derrick.gilchrist@clayton.k12.ga.us]; Desiree Woods [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user35ab585e]; haley livingston [hlivingston@okhlc.org]; Jacqueline Neal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user928e70db]; Joanna Mock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user0c088695]; Kathy Lewis Hawkins [lewiska@rcboe.org]; Kerri Miller [Kerri.Miller@docoschools.org]; Kross@emanuel.k12.ga.us; Lachrista Mcqueen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user03f65daa]; LISA FUTCH [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userc443e95c]; Pat Wolf (pat.wolf@gnetsofoconee.org) [pat.wolf@gnetsofoconee.org]; Robin Baumgarten [Robin.Baumgarten@cobbk12.org]; Samuel Clemons [samuelclemons@lowndes.k12.ga.us]; srwilson@tcjackets.net; stacey benson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userec6e852a]; Steve Derr [Steven.Derr@sccpss.com]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4] |
| **CC:** | Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson] |
| **Subject:** | FW: Presentation |
| **Attachments:** | GNETS Reporting Savannah 11-14-18.pptx; GNETS moniotoring schedule 11-6-2018.docx |

**Importance:** High

Greetings,

It was great seeing everyone at GCASE and I hope you had a restful Thanksgiving break. See the attached Powerpoint from Carol Seay's presentation. I have also attached the Strategic Plan Review schedule for 2019.  I will provide additional info and details in January. Please let me know if you have questions.

Vickie

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

GA00337236

# Document Produced in Native Format

GA00337237

Richard Woods, Georgia's School Superintendent
*"Educating Georgia's Future"*

GaDOE
Georgia Department of Education

# Reporting GNETS

Savannah

November 14, 2018

Carol Seay EdD, Part B Data Manager

GADOE

8/8/2022

GA00337237.001

Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

# Agenda

- General Reporting
- Reporting FTE
  - Child count
  - Environment
  - Segments
- Facilities
- Student Record

8/8/2022

2

GA00337237.002



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
gadoe.org

# General Information

- The LEA where the student resides is responsible for all state level data collections
  - Is this true if the student attends non-GNETS classes in the LEA where the GNETS is located?
    - YES

- The LEA of residence for students who attend a GNETS in another LEA is the LEA they would attend if they were not in a GNETS program

- GNETS are not considered schools
  - GNETS are programs and do not meet the definition of a school as defined by State Board rule.

8/8/2022

3

GA00337237.003

Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

# FTE Reporting

- GNETS are special entities and Board Rule requires that FTE be reported at the student's home school

- GNETS students are reported in FTE Cycle 1 & 3

- Students in the GNETS Program should be coded with PROGRAM CODE = '04' in the segments of the day on count day that they are receiving GNETS services

  - Regardless of the funding source for the GNETS teacher

8/8/2022

GA00337237.004

4



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

# Student H:

- Eligibility: Emotional Behavior Disorder, 10th grade, served part time in GNETS

- Schedule:

| Math | Science | Language Arts | Reading | Elective | Social Studies |
|------|---------|---------------|---------|----------|----------------|
| Small Group GNETS | Small Group GNETS | Small Group GNETS | Small Group | General ed w/para | Small Group |
| 4 | 4 | 4 | T | D | T |
| | | | | 4 | |

What funding Categories?  3 & 5

Special Ed FTE earnings? (no earnings for GNETS segments)

Level 3: $3133.13. + Level 5: $1075.83 . = **$ 4208.96**



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
**gadoe.org**

# Reporting FTE

- All segments of service for GNETS students are reported by the LEA if residence where the IEP determined that GNETS was the appropriate placement for the student

- For students served in non-GNETS classes in a school system where the GNETS is located and the student is not a resident of the system, the resident system reports the FTE segments

8/8/2022

6

GA00337237.006



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

# Reporting Students being Tracked

Segments of service for GNETS students who are in non-GNETS classes and being tracked or monitored by GNETS staff are not reported in FTE Cycle 1 or 3 unless the services meet the definition of Consultative Services.

- These students will earn FTE for the district that reports them according to the appropriate general education or special education program code corresponding to the services they are receiving (in line with their IEP).

8/8/2022

7

GA00337237.007



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

# Reporting Environments for GNETS

Students age 6-21 in GNETS greater than 50% of the day:

- **Environment Code 4**
  - Public Separate Facility: Special education and related services for greater than 50% of the day in public separate day school facility

GA00337237.008

8



Georgia's School Superintendent
Richard Woods,
"Educating Georgia's Future"
gadoe.org

# Reporting Environments fore GNETS

Students age 6–21 in GNETS ≤ 50% of the day:

- Determine where they receive services when not in the GNETS program

- **Environment 1, 2, or 3** dependent on the amount of time the student may receive services in the general education setting

8/8/2022

9

GA00337237.009



Georgia's School Superintendent
Richard Woods,
"Educating Georgia's Future"
gadoe.org

# Reporting Environment for GNETS, 5 year old Students

Note: Environments for SWD ages 3-5 does not consider the percentage of time when determining the environment

Students age 5 served in a <u>center based</u> GNETS program all day:

- **Environment F** Separate School: Students who receive all of their special education and related services in public or private day schools specifically for children with disabilities in a Separate Public or Private Facility (no access to typically developing peers)

8/8/2022

10

GA00337237.010



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

# Reporting Environment for GNETS, 5 year old Students

Students age 5 served in a GNETS program all day that is <u>housed in a school</u>:

- **Environment E** Separate School: Students who receive all of their special education and related services in public or private day schools specifically for children with disabilities housed in regular school buildings or other community-based settings.

GA00337237.011



Georgia's School Superintendent
Richard Woods,
*"Educating Georgia's Future"*
gadoe.org

# Reporting Environment for GNETS, 5 year old Students

Students age 5 in a GNETS program part of the day:

- Determine where the student receives services when not in the GNETS program
  - Does the student attend a Regular Early Childhood Program?
    - How many hours a week?
    - Does the student receive special education and related services in that program or some other location?
  - Does the student receive special education and related service in a setting designed for SWD in a regular school building?

8/8/2022

12

GA00337237.012

# Calculating Environments

- http://www.gadoe.org/Technology-Services/Data-Collections/Pages/FY2019-FTE-Resources.aspx

- Data Collections Website
- Calculator for
  - SWD ages 6-21
  - SWD ages 3-5

Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

8/8/2022

13

GA00337237.013



Richard Woods, Georgia's School Superintendent
*"Educating Georgia's Future"*

GaDOE
Georgia Department of Education

# Student Record

8/8/2022

14

GA00337237.014

# Student Record:
## Cumulative Data for a School Year

**GaDOE**

Richard Woods,
Georgia's School Superintendent
*'Educating Georgia's Future'*
gadoe.org

| | | |
|---|---|---|
| System | School | Student |
| Enrollment | Program | Special Education |
| | Student Safety | |

8/8/2022

15

GA00337237.015



Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# GNETS Program Type Code

The PROGRAM TYPE data element identifies the type of program being reported for each record's activity

- PROGRAM TYPE for GNETS is '02'
- Element ID is 'PGM007'.

GA00337237.016



Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# GNETS Program Code

PROGRAM TYPE = GNETS 'o2', the code for PROGRAM TYPE must equal one of the following codes:

- 'o2A' = GNETS – Center-Based
- 'o2B' = GNETS – School-Based



GA00337237.017

Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# GNETS Center Based

GNETS – Center Based '02A'

- a separate program that operates as a standalone and does not afford students the opportunity to access age appropriate non-disabled peers during the school day.

GA00337237.018

# GNETS School Based

GNETS–School Based 'o2B'

- a program that allows student access to non-disabled peers during the school day

- If a student attends both PROGRAM TYPES during the school year but has continuous enrollment in the same GNETS program, report the PROGRAM TYPE status associated with 'Ending Date'

Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

19

8/8/2022

GA00337237.019

# GNETS School Code

Two "school" codes are reported for GNETS students attending a GNETS program

- The 'SCHOOL CODE' (Element ID PGM004) is used to report the home school the student would attend if not enrolled in a GNETS program
- The 'ALTERNATE SCHOOL NUMBER' (Element ID PGM011) is the GNETS program code assigned to the GNETS program the student attends.

GaDOE

Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

8/8/2022

20

GA00337237.020

GaDOE

Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# GNETS System Codes

Two "system" codes are reported for GNETS students attending a GNETS program.

- The 'SYSTEM CODE' (Element ID PGM003) is used to report the system the student would attend if not enrolled in a GNETS program

- the 'ALTERNATE SYSTEM CODE' (Element ID PGM012) is used to report the system code for the GNETS program the student attends

8/8/2022

21

GA00337237.021



Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# Determining Duration of Enrollment

The duration of services for a student enrolled in a GNETS program is calculated using the 'BEGINNING DATE' (Element ID PGM009) and 'ENDING DATE' (Element ID PGM0010)

- Students with continuous enrollment, the 'BEGINNING DATE' would be the first day of school and the 'ENDING DATE' would be the last day of school

- A student enters and exits a GNETS program multiple times during the school year would have a new Program Level Record created for each entry

8/8/2022

22

GA00337237.022



Richard Woods,
Georgia's School Superintendent
*Educating Georgia's Future*
gadoe.org

# Students who Move

If a student changes school systems, but not GNETS programs

- Both systems should report a Program Level Record for the student reflecting the appropriate 'BEGINNING DATE' (Element ID PGM009) and 'ENDING DATE' (Element ID PGM010)

- The SYSTEM CODE and SCHOOL CODE would change

- The 'ALTERNATE SCHOOL CODE' would not change

8/8/2022

23

GA00337237.023

# Students who Move

If a student changes school systems <u>and</u> GNETS programs, report:

- A Program Level Record for the student reflecting the appropriate 'BEGINNING DATE' (Element ID PGM009) and 'ENDING DATE' (Element ID PGM010)

- The 'SYSTEM CODE' (Element ID PGM003) used to report the system

- the 'SCHOOL CODE' (Element ID PGM004) used to report the home school the student would attend if not enrolled in a GNETS program

- The 'ALTERNATE SCHOOL CODE' (Element ID PGM011) the program code assigned to the GNETS program the student attends

Richard Woods,
Georgia's School Superintendent
*Educating Georgia's Future*
**gadoe.org**

8/8/2022

24

GA00337237.024



Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# Determining Frequency of GNETS Services

The 'NUMBER OF DAILY GNETS SEGMENTS' (Element ID PGM015) identifies the highest number of daily segments (1-6) a student received in a GNETS program during the school year.

8/8/2022

25

GA00337237.025



Richard Woods,
Georgia's School Superintendent
*Educating Georgia's Future'*
gadoe.org

# Multiple GNETS Program Level Records

- If a student has multiple GNETS placements during the school year, multiple GNETS program records are required

- Students who are placed in GNETS, removed from GNETS, and then subsequently returned to GNETS will have multiple GNETS Program Level Records



Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# Student Level Records

Non-GNETS specific, but includes GNETS students:

- Student Safety events (discipline)

  - Reported to the LEA and included in the LEA's safety Level File

  - Includes, but limited to: ISS, OSS, COS, serious bodily injury, weapons, drugs

- Enrollment

- Attendance

- Courses

GA00337237.027



Richard Woods,
Georgia's School Superintendent
*Educating Georgia's Future'*
**gadoe.org**

# CPI Reporting

Services provided to students, by other school systems, does not affect the resident system's CPI.

The resident system would not report CPI data for staff at a GNETS program, or in a school located in another school system

8/8/2022

28

GA00337237.028

# Job Codes and Fund Codes

| JOB CODE | SECONDARY FUND CODE | EXPLANATION / ACTION |
|---|---|---|
| **152** GNETS Teacher – Locally Funded | 50 – LEA Federal Grant | Warning – No T&E |
| | 00 – State or Local Funds | |
| | Other fund codes are not valid for this job code | |
| **153** - GNETS Teacher – Grant Funded | 56 IDEA – GNETS Federal Grant | Warning – No T&E |
| | **74** - GNETS State Grant | |
| | Other fund codes are not valid for this job code | |
| **158** - Teacher of EBD Students | 50 – LEA Federal Grant | Warning – No T&E |
| | 00 – State or Local Funds | |
| | Other fund codes are not valid for this job code | |
| **141**- Preschool Special Education Teacher | 50 | Warning – No T&E |
| **453** - Preschool Special Education Paraprofessional | 55  (Job Code must = 141) | Warning – No T&E |
| | 00 – State or Local Funds | |
| | Other fund codes are not valid for this job code | |
| **306** – GNETS Counselor, | 00 – State or Local Funds  or | |
| **404** - GNETS School Psychologist. | **74** - GNETS State Grant | |
| **412** - GNETS Social Worker, | 50 – LEA Federal Grant  or | Warning – No T&E |
| **439** - GNETS Paraprofessional | 56 IDEA – GNETS Federal Grant | |
| **469** - GNETS Special Education Specialist | Other fund codes are not valid for this job code | |
| **650** - (GNETS Director) | **74** - GNETS State Grant | |
| | Other fund codes are not valid for this job code | |

GA00337237.029

Richard Woods,
Georgia's School Superintendent
'Educating Georgia's Future'
gadoe.org

# Data Questions

Contact

Carol Seay

cseay@doe.k12.ga.us

470-218-3244

8/8/2022

30

GA00337237.030

GA00337238

# GNETS ON-SITE MONITORING SCHEDULE

On-site monitoring visits will be completed based on ratings received from the FY18 Strategic Plan Summary Reviews. GNETS locations not scheduled for on-site monitoring in FY 19 will be monitored virtually. For locations being monitored virtually, evidence and artifacts must be uploaded for each area of the strategic plan by May 1, 2019.

| 2019 ON-SITE MONITORING (NEW DIRECTORS) | DATE | FY 18 RATINGS BELOW 90% | DATE |
|---|---|---|---|
| Burwell | May 2, 2019 | Flint | April 18, 2018 |
| Flint | April 18, 2019 | Horizon | April 16, 2019 |
| Rutland | April 23, 2019 | Northstar | April 30, 2019 |
| Mainstay | April 24, 2019 | Riverquest | May 1, 2019 |
| Pathways | April 17, 2017 | | |

## 2020 ON-SITE MONITORING (FY 18 RATINGS 90-95%)

- Mainstay
- Rutland
- Northwest Georgia
- Pathways
- Coastal

- Heartland
- South Metro
- H.A.V.E.N.
- Elam
- Burwell

## 2021 ON-SITE MONITORING (FY 18 RATINGS 96-100%)

- Sand Hills
- Dekalb Rockdale
- Cedarwood
- Harrell
- North Metro

- Coastal Academy
- Oconee
- Woodall
- Oaktree
- Futures

## ADDITIONAL INFORMATION

GA00337239



2