# EXHIBIT 27

Message

**From:** Lakesha Stevenson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LAKESHA STEVENSON]
**Sent:** 11/30/2020 8:42:46 PM
**To:** Mourya Lanka [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1b9f573e31cc4206bb8b4d77de05ce0e-Mourya Lank]; Upendra Narra [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7bc58bf954dd41a9a8f104631f2038c3-Upendra Nar]; Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]; Udhya Arumugam [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8df520b72b14375b8847579a57004e4-Udhya Arumu]
**Subject:** RE: Draft -- Coastal Academy FY20 Strategic Plan Results


Hello,

Vickie and I spoke and we have the following suggestion : HAVEN Academy did not participate in the strategic plan review for the school year 2019-2020. Also, although Flint was reviewed face-to face they still need to receive a letter in the portal. Is that possible.

Georgia Department of Education
LaKesha Stevenson, Ed.D
Program Specialist
Office of Federal Programs
Division for Special Education Services & Support
1562 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334-5010
Cell: (470)423-6990
Email: lstevenson@doe.k12.ga.us
www.gadoe.org

**From:** Mourya Lanka <MLanka@doe.k12.ga.us>
**Sent:** Monday, November 30, 2020 2:05 PM
**To:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>; Upendra Narra <unarra@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>; Udhya Arumugam <uarumuga@doe.k12.ga.us>
**Subject:** RE: Draft -- Coastal Academy FY20 Strategic Plan Results

Hi Lakesha,

Can you please suggest what message should we display in the application for the GNETS which are not monitored for the school year 2019-2020. For example, if H.A.V.E.N Academy is not monitored this year, can we show a message saying "H.A.V.E.N Academy is not monitored for the school year 2019-2020". Please suggest the changes.

Thanks,
Mourya Lanka
Georgia Department of Education
1958 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334
973-866-6509
mourya.lanka@doe.k12.ga.us
http://gadoe.org

**EXHIBIT 428**

GA00963511

Follow us on Twitter: @gadoenews
Like us on Facebook: http://www.facebook.com/gadoe

---

**From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Sent:** Monday, November 30, 2020 12:57
**To:** Upendra Narra <unarra@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>; Udhya Arumugam <uarumuga@doe.k12.ga.us>
**Cc:** Mourya Lanka <MLanka@doe.k12.ga.us>
**Subject:** RE: Draft -- Coastal Academy FY20 Strategic Plan Results

Good Afternoon,

Vickie and I spoke this morning and we would like to make a few changes. I have attached the changes to the wording for the rubric document. We would also like the same wording reflected in the portal Goal 1: By the end of each school year, GNETS Directors will implement the strategic plan focus areas at an operational level.

Also, I need to add comments to the two sites that received Emerging Scores-Dekalb and Rutland. Can you please open those two for me and I will make those changes.

Thank you,

Georgia Department of Education
LaKesha Stevenson, Ed.D
Program Specialist
Office of Federal Programs
Division for Special Education Services & Support
1562 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334-5010
Cell: (470)423-6990
Email: lstevenson@doe.k12.ga.us
www.gadoe.org

**From:** Upendra Narra <unarra@doe.k12.ga.us>
**Sent:** Monday, November 30, 2020 8:58 AM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>; Lakesha Stevenson <lstevenson@doe.k12.ga.us>; Udhya Arumugam <uarumuga@doe.k12.ga.us>
**Cc:** Mourya Lanka <MLanka@doe.k12.ga.us>
**Subject:** RE: Draft -- Coastal Academy FY20 Strategic Plan Results

Good morning Vickie. We will wait for further instructions.

Thanks,
Upendra Narra
Senior Architect
Georgia Department of Education
1958 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334
404-651-9299
unarra@doe.k12.ga.us

GA00963512

http://gadoe.org
Follow us on Twitter: @gadoenews
Like us on Facebook: http://www.facebook.com/gadoe

*"Educating Georgia's Future"*

---

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Monday, November 30, 2020 8:44 AM
**To:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>; Udhya Arumugam <uarumuga@doe.k12.ga.us>
**Cc:** Mourya Lanka <MLanka@doe.k12.ga.us>; Upendra Narra <unarra@doe.k12.ga.us>
**Subject:** RE: Draft -- Coastal Academy FY20 Strategic Plan Results

Please hold on this. Thanks

---

**From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Sent:** Wednesday, November 25, 2020 11:14 AM
**To:** Udhya Arumugam <uarumuga@doe.k12.ga.us>
**Cc:** Mourya Lanka <MLanka@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>; Upendra Narra <unarra@doe.k12.ga.us>
**Subject:** Re: Draft -- Coastal Academy FY20 Strategic Plan Results

Hello,

Yes..please send it out on Monday. Thank you.

> On Nov 25, 2020, at 9:57 AM, Udhya Arumugam <uarumuga@doe.k12.ga.us> wrote:
>
> Good Morning,
>
> Yes, we could send it out Monday 11/30/20, After 5 PM.  Please let us know.
>
> Thanks,
>
> Udhya Arumugam
> Sr. Information Systems Manager
> Office of Technology Services
> Georgia Department of Education
> 205 Jesse Hill Jr. Drive, SE
> Atlanta, GA 30334
> Phone (404) 623-8393
> uarumuga@doe.k12.ga.us
> www.gadoe.org
>
> *"Educating Georgia's Future"*
>
> ---
>
> **From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
> **Sent:** Tuesday, November 24, 2020 3:41 PM
> **To:** Mourya Lanka <MLanka@doe.k12.ga.us>
> **Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>; Udhya Arumugam <uarumuga@doe.k12.ga.us>; Upendra Narra <unarra@doe.k12.ga.us>
> **Subject:** Re: Draft -- Coastal Academy FY20 Strategic Plan Results
>
> Hello,

Everything looks good. Will it be ready to go on Monday or Tuesday of next week?

> On Nov 24, 2020, at 3:08 PM, Mourya Lanka <MLanka@doe.k12.ga.us> wrote:
>
> Hi Lakesha and Vickie,
>
> Attached documents are the sample version of letter and rubric with the changes suggested for FY20 and below is the email content after the changes suggested. Please review and let us know if they are good.
>
> Thanks,
> Mourya Lanka
> Georgia Department of Education
> 1958 Twin Towers East
> 205 Jesse Hill Jr. Drive SE
> Atlanta, GA 30334
> 973-866-6509
> mourya.lanka@doe.k12.ga.us
> http://gadoe.org
> Follow us on Twitter: @gadoenews
> Like us on Facebook: http://www.facebook.com/gadoe
>
> ---
>
> **From:** mlanka@doe.k12.ga.us <mlanka@doe.k12.ga.us>
> **Sent:** Tuesday, November 24, 2020 14:59
> **To:** Mourya Lanka <MLanka@doe.k12.ga.us>
> **Cc:** Mourya Lanka <MLanka@doe.k12.ga.us>
> **Subject:** Draft -- Coastal Academy FY20 Strategic Plan Results
>
> Dear Lisa Futch,
>
> GNETS directors and their leadership teams are charged with implementing the components of the GNETS strategic plan. GaDOE developed and provided a rubric and guidance to assess how well each component of the plan was implemented in FY20. Each GNETS' leadership team rates the components of the plan twice a year using ratings of operational, emerging or not evident. At the end of the school year, the teams completed their final ratings and prepared for a virtual review from the GNETS state program manager and program specialist.
>
> The goal of the review process was to determine how well each team implemented the strategic plan components with fidelity. If the evidence presented clearly supported the implementation of the components, an operational rating was assigned. If the evidence did not clearly support implementation of the components, ratings were assigned to more accurately reflect the level of implementation. If you have additional questions regarding this process, please contact Vickie Cleveland at 470-316-8664.
>
> Sincerely,
> Vickie Cleveland
> Division for Special Education Services and Supports
> Program Manager, GNETS
> <2020_Coastal Academy_StrategicPlan_Letter.PDF>

<2020_Coastal Academy_StrategicPlan_Rubric.PDF>