EXHIBIT 28

Message

---

| | |
|---|---|
| **From:** | lstevenson@doe.k12.ga.us [lstevenson@doe.k12.ga.us] |
| **Sent:** | 9/9/2020 5:41:25 PM |
| **To:** | jmayhall@tcjackets.net [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d39242bb2844815956ecc7c61bdb1b6-Guest_2b91c]; csprague@tcjackets.net [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=517884d58b24408baa5e6963c8453b6a-Guest_d3a4b] |
| **CC:** | Shaun Owen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f149da819b3d4fcea346f9249fb0c55e-Sonia Owen]; Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]; Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson] |
| **Subject:** | State requested revision on action items for Pathways Educational Program GNETS Strategic Plan |

State requested revision on action items for Pathways Educational Program GNETS Strategic Plan

Section : 1. Program Leadership and Accountability
Action Item : C. Complete strategic plan improvement summary form.
Finding : Please upload additional summary form

Section : 2. Behavior Support and Therapeutic Services
Action Item : A. Implement Positive Behavior Intervention Supports (PBIS).
Finding : Upload PBIS agendas and upload evidence of how red areas in self assessment were addressed

Section : 2. Behavior Support and Therapeutic Services
Action Item : H. GNETS personnel will receive initial/refresher training and utilize principles of restraint methods such as Mindset, CPI, etc.
Finding : Upload 3 year restraint data

Section : 3. Instructional/Academic Support
Action Item : A. Teachers will plan and deliver Georgia Standards-based lessons for assigned subjects
Finding : upload notes/evidence from math vertical alignment training

Section : 5. Integration of Services and Capacity Building
Action Item : B. Transition from GNETS Services: Ensure LEA and GNETS staff collaboratively establish attainable IEP goals to include a process for reviewing progress monitoring data for transition to the least restrictive environment.
Finding : upload list of transitioned students

Section : 2. Behavior Support and Therapeutic Services
Action Item : E. Outcomes from the social-emotional measures will be included in students' IEP.
Finding : upload progress monitoring

Sincerely,
Lakesha Stevenson

**EXHIBIT**

**427**

GA00960449