# EXHIBIT 29



*Richard Woods, Georgia's School Superintendent*
*"Educating Georgia's Future"*

7/1/2019

Brooke Cole
Elam Alexander Academy
2051 Second Street
Macon, Georgia 31201

**Dear Brooke Cole:**

GNETS directors and their leadership teams are charged with implementing the components of the GNETS strategic plan. GaDOE developed and provided a rubric and guidance to assess how well each component of the plan was implemented in FY19. Each GNETS' leadership team rates the components of the plan twice a year using ratings of operational, emerging or not evident. At the end of the school year, the teams completed their final ratings and prepared for an on-site/virtual review from the GNETS state program manager and program specialist.

The goal of the review process was to determine how well each team implemented the strategic plan components with fidelity. If the evidence presented clearly supported the implementation of the components, an operational rating was assigned. If the evidence did not clearly support implementation of the components, ratings were assigned to more accurately reflect the level of implementation. Your program received an overall success rate of <u>100%</u> with implementing the strategic plan components. If you have additional questions regarding this process, please contact Vickie Cleveland at 470-316-8664.

### Scoring Guide

**Overall success with implementing components of the strategic plan:** The sum of the ratings was divided by the maximum score that could be earned from each section of the plan to generate an overall percent. *(Below 70%-Limited success with evidence of implementation, between 70%-84% Good success with evidence of implementation, 85% and above, Great success with evidence of implementation).*

Sincerely,

*Vickie Cleveland*

Vickie Cleveland
Division for Special Education Services and Supports
Program Manager, GNETS

cc: Zelphine Smith Dixon
    State Director
    Division for Special Education Services and Supports
    Lakesha Stevenson
    Program Specialist, GNETS



Plaintiff Exhibit
Exhibit No.: 580
Name:
Date:
ESQUIRE