# EXHIBIT 31

Rutland 000297



# Georgia Network for Educational and Therapeutic Support

# Request for GNETS Consultation

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

## Please keep this coversheet on top of packet for confidentiality purposes.



**Request for GNETS Consultation**

Revised August 2018



Rutland 000297

Rutland 000298

| Student First/Last Name | GTID | | Date Submitted |
|---|---|---|---|
| DOB | Race | Gender | Grade |
| System | School Attending | | Home School |

**Check the Consultative Services you would like for GNETS to provide (choose one):**
Participation in a planning meeting
Functional Behavior Assessment (FBA) Coaching
Participate in Behavior Implementation (BIP) Plan Development
Classroom Observation and Written Feedback
Records Review with Feedback

**What concerns do you have regarding the student and the reason for requesting GNETS Consultation?**

|  | **Print name** | **Contact phone & email** |
|---|---|---|
| Referring Teacher | | |
| Referring Principal (or Designee) | | |
| Special Education Director (or Designee) | | |

**Please email, mail or fax this form to:**

Revised June 2018

Rutland 000298