# EXHIBIT 33



# GNETS Services Flow Chart
## Georgia Network for Educational and Therapeutic Support

A student currently being served in SPED has behavior problems at their school and it is believed GNETS may be an option. *(GNETS services are only for students served in SPED).* School personnel contacts Special Education Director or designee with concerns (outlining frequency, duration and intensity of behavior problems). A check list of "Guiding Questions" is completed to determine whether more work is needed at the school level or to proceed with GNETS involvement.

**Move In**
- Student moved in from GNETS or similar program in another state or was released from a long-term hospitalization or residential treatment.
- Meet, amend IEP if necessary

**Standard Process**
- Sped Director determines behavior problems meet frequency, duration, and intensity qualifications and all school steps have been taken.
- A "Student Information Packet" is completed. *(Available only from the SPED office)*
- GNETS Coordinator and SpEd Dir meet to discuss packet information.
- School schedules an IEP meeting and GNETS is considered as an option.

**Consultation**
- Identifies as need for consult and asks for FBA coaching, Observation and written feedback, or records review with feedback *(complete the "Request for GNETS Consultation" form available only from the SPED office.)*

*Indirect Consultation*
- GNETS staff looks at records (psychological, eligibility, BIP, IEP) & gives ideas verbally.

*Direct Consultation*
- GNETS staff observes student at school and looks at records.
- A written report with recommendations is provided to Sped Dir, Principal, and/or teacher.
- A verbal conference is held, if requested.

*FBA Coaching*
- Assists with identifying target behaviors & setting up data collection
- Assists with review of data after it is collected by school personnel
- Assists with data analysis
- Assists with writing a draft BIP



Rutland 000299

PLAINTIFF'S EXHIBIT 223 SMS 7/15/22