# EXHIBIT 34



# Rutland Academy Updates

Board of Control

### Strategic Plan 4d.

Collaborate with LEAs to ensure the allocation of supports and resources, which may include in-kind services to GNETS is provided to facilitate flexible models of service delivery and best practices for equitable educational opportunities (160-4-7.15; d, e, and f).

**Date:** August 24, 2020     **Time:** 8:30am     **Location:** Northeast Georgia RESA

I. **Successes!!!**
- Virtual Open House was a success! We had over 28 parents in attendance.
- Professional learning was facilitated virtually with the staff in their classrooms/offices and it was a great success!!!
- **Week 1 was awesome!**
    - Students wore masks and practiced social distancing with very little prompting. Students also created a video, "I Wear A Mask Because…" to remind them of the purpose of practicing safe practices during COVID-19.
    - Most of the virtual students logged in daily and completed work.
- We are almost FULLY STAFFED!!!

II. **COVID-19 Update**
- On Friday, we received an update that the Elbert County students may have been exposed to someone that tested positive for Coronavirus. The update was received at 11:47am from the Elbert County Special Education Director, Dr. Kurtz, contacted me.
- We took the 4 students to a designated area, provided them with lunch and worked to help them remain calm. Students were concerned, though not surprised as they'd already heard of the possibility from the bus, according to students.
- Ms. Ngeve contacted all parents and reviewed the Department of Public Health statement provided by Elbert County to the parents. Each parent was able to be reached with the exception of 1. A voicemail was left for that parent, however their child wasn't at school that day because mom indicated he was experiencing Coronavirus symptoms. The parent has not confirmed if this student has been tested or not. We will try to reach the parent again today.
- By 1:30pm, the Elbert County bus was back to pick up students. Each student was provided with a chromebook to keep instruction going.
- Staff will continue to be encouraged to wear masks/face coverings, though they are not required.
- Elbert County students will return from their 14 day quarantine, from the date of exposure, which was last Monday, on September 1, 2020.

PLAINTIFF'S EXHIBIT 241

Rutland 000002

Rutland 000003

### III. Staffing Updates

Elementary
- 3 teachers
- 2 paraprofessionals
- -1 paraprofessional vacancy

Middle
- 4 teachers
- 4 paraprofessionals

High
- 3 Teachers
- 3 Paraprofessional

MAC
- 1 Teacher
- 1 Paraprofessional

Social Worker
- Kirsti Kreutzer

Nurse
- Leatrice Lester
  -pending background results

### IV. Student Enrollment
- Current Enrollment: 68 (2 pending return meetings)
  - Elementary: 17
  - Middle: 31 (2 MAC, included in total for middle school)
  - High: 20 (1 MAC, included in total for high school)

**Teacher/Student Ratio**

| Class | Teacher/Para | Students | Ratio |
|---|---|---|---|
| Elementary: 3rd -5th | Chappell/Stokes | 6 | 6:2 |
| Elementary: 3rd-5th | Mashburn/Vacant | 6 | 6:1 |
| Elementary: 1st-3rd | McAuliff/Hitchcock | 5 | 5:2 |
| Middle: 6th-8th | Peck/Frederick | 8 | 8:2 |
| Middle: 6th-8th | Bialas/Norman | 6 | 6:2 |
| Middle: 6th-8th | Willams/Ervin | 8 | 8:2 |
| Middle: 6th-8th | Jacobsen/Baumgartner | 7 | 7:2 |
| MAC: 6th-12th | Katcha/Jackson | 3 | 3:2 |
| High: 9th-12th | Bailey/House | 7 | 7:2 |
| High: 9th-12th | Devarasetty/Maxwell | 6 | 6:2 |
| High: 9th-12th | Dasarapu/Osborne | 6 | 6:2 |

### V. MAC (Multi-Age Class)
- Current Enrollment: 3
  - Traditional (face-to-face): 2
  - Virtual Learning/Hybrid: 1

Rutland 000003

Rutland 000004

### VI. Traditional/Virtual Learning/Hybrid Model
- Traditional (face-to-face): 48
- Hybrid/Virtual (online): 20

| Traditional | Hybrid | Virtual |
|---|---|---|
| Students come to school via the traditional model (face-to-face) and have the traditional six 55 minute periods. | Students are able to log in during the scheduled class periods and participate in the lecture with the teacher and their classmates during class.<br>-Students are responding well to this as they're able to ask questions during class when the teacher is reviewing the lesson. | Students complete their work virtually via:<br>K-5: Moby Max, i-Ready, Fundations<br>6-8: i-Ready, Moby Max, Fundations, Edgenuity<br>9-12: Edgenuity, i-Ready<br>Students are able to log in and conference with teachers about tasks that they are experiencing difficulty with. |

### VII. Supports Provided
- **Group Therapy**
  - School social worker is providing group therapy to each class on a daily rotational schedule.
- **Individual Therapy**
  - School social worker is meeting with students with more intense needs 1:1 via traditional as well as virtual.
- **Community Resources for Parents**
  - School social worker is consistently working with parents to assess the needs for their family and connecting them to community resources as well as assisting parents with structure needed for virtual learners.

### VIII. Student Partial Transitions-Reintegration to Home District (2019-2020) ** Strategic Plan 5c.
- Currently no students are on partial transition.
- 7 Students reintegrated to their home school district during the 2019-2020 school year.

### IX. Positive Behavior Interventions and Supports ** Strategic Plan 2a.
- **Morning Wellness Workouts & Affirmations**
  - Administration does a daily 5 minute workout/positive affirmations review with students each morning to activate teaching and learning via Google Meets.
- **PBIS Pop-Up Mask Check**
  - Administration randomly visits classes to see if students are practicing social distancing and wearing masks. If they are, they earn unique treats.
- **Staff PBIS Wellness Cart:** August 20, 2020

Rutland 000004

Rutland 000005

- o Staff earned P.R.I.D.E. bucks during preplanning's professional learning sessions and were able to utilize them to purchase wellness items on Therapeutic Thursday. This helps them model effective ways to provide positive incentives to students for random acts of being Prepared Respectful Independent Determined and Empathetic.
- **PBIS Bus Driver Appreciation:** August 21, 2020
  - o Bus drivers/monitors will be allowed to select self-care items from the PBIS cart during the PM routes.
- **PBIS Kick Off:** August 28, 2020

X. **GNETS Consultation Observations: 1 ** Strategic Plan 5a.**
- Oconee County- 1

XI. **Referral Process ** Strategic Plan 5a.**
- Celest and Latoya vet the referrals with the Guidance for GNETS Placement standardized questions and provide districts with feedback before scheduling an IEP meeting. If the team at Rutland feels the review needs to be expanded, the Collaborative Council can assist as needed. Set criteria for referral packet must be followed. Celest will present on the referral guidelines to new special education directors/coordinators.
- GNETS Consultations
- GNETS Referral
- Utilize Guidance Document in order to ensure that you have everything needed to submit your referral.
- Flow Chart: utilize to aid in understanding the services provided by GNETS
- Move-Ins / Transfers: For students who move in from GNETS or similar program in another state or who are released from a long- term hospitalization or residential treatment should have an IEP meeting to amend the IEP if necessary.
- There are NO emergency placements.

XII. **Professional Learning ** Strategic Plan 3e.**
Current professional learning/resources at Rutland Academy:
- RESA/GLRS provides reading specialist, Amy Trawick
  i. Wilson Reading
  ii. Fundations
- GLRS supports the following supports:
  i. Reading Support

XIII. **Strategic Plan**
- 2019-2020 Strategic Plan Review: 10/7/20
- 2018-2019 Results: 93%
- 2017-2018 Results: 91%
- Artifacts being placed in portfolio weekly.

Rutland 000005

- Plan reviewed and referred to with staff.
- Stakeholders are being informed via LSEAC presentation monthly.

**SHOUT OUTS:** THANK YOU to Adam Kurtz (Elbert County) for providing PPE to Rutland Academy and Amy Wadley (Barrow County) for calling to get an idea of what we need. Districts, please provide PPE that you have available for our cool kiddos!!!

THANK YOU so much to each of our districts for being supportive of our cool kiddos and our team as always. Please let us know if there is anything we can do to better support you. Feel free to come and visit the great teaching and learning at Rutland Academy.