# EXHIBIT 37



# Georgia Network for Educational and Therapeutic Supports
## Guiding Questions for Consideration of GNETS Services

### 1. Is the student currently served in Special Education?

Is the student currently being served in special education?

## YES    NO

*If the answer is "NO" then GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

### 2. Does this student have a Behavior Intervention Plan (BIP) completed within the past year that is based upon an appropriate Functional Behavior Assessment (FBA)?

- Has an FBA been completed on this student?                                                                YES    NO
- Was information from the FBA used to write the BIP?                                                       YES    NO
- Does the BIP appropriately address the current target behaviors of concern?                               YES    NO
- Is the current BIP being implemented with fidelity across all settings in the school?                     YES    NO
- Is there data to support BIP implementation as well as its impact on the target behavior?                 YES    NO
- Has a comprehensive evaluation been completed within the past 3 years?                                    YES    NO

*If the answer to any of these questions is "NO" or "uncertain," then the BIP should be revised (or implemented appropriately). An FBA or new FBA may also need to be considered and completed (if deemed necessary). Once the BIP is revised or determined that it needs to be implemented as written, then data on effectiveness and implementation fidelity should be kept and a meeting date should be rescheduled to review outcomes.*

### 3. Have any Evidenced Based Interventions been implemented with this student?

- Have Evidence-Base Interventions (EI) been implemented with fidelity with this student?                   YES    NO
- Has data been kept on the EBI's impact with this student?                                                 YES    NO
- Does the data clearly show that the EBI is NOT positively impacting the student's behavior?               YES    NO
- Have the interventions been implemented for a significant length of time to demonstrate
  their effectiveness or lack thereof?                                                                      YES    NO

*If the answer to any of these questions is "no" or "uncertain," then the team should determine an appropriate EBI to implement with this student. They should review the steps involved in the intervention and work to ensure that all members of the student's team involved in implementing the intervention know how to implement with fidelity. A data collection procedure and method for ongoing fidelity checks should be put in place. A schedule regarding the length of time for the EBI to be implemented should be set and the team should meet to review data related to the effectiveness of the intervention at the end of that time.*

### 4. What is/are this student's current placement and/or circumstances?

- Have all options on the special education continuum been considered and/or tried for this student? (If the answer to this question is "no" then the special education committee may want to convene to consider other placement options, segment changes, delivery models, etc. to insure the student is being served least restrictively.    YES    NO
- Some additional factors that might need to be discussed/explored:
    - Has the student been explicitly taught the expectations or skill steps? (We should not assume that a student has the knowledge or skills to implement appropriate behaviors - we have to teach them first).    YES    NO

Revised June 2018

PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 483
ID 10-6-22 mB
PENGAD 800-631-6989

# Guiding Questions for Consideration of GNETS Services
Page 2.

- Has staff tried other preventative measures such as moving the child's desk in the classroom (nearer or away from the teacher or others, the door, etc.), adjusting his/her schedule, or making contact with the parent, etc?  YES    NO
- Are there medication issues for this child? (ie. Is he/she supposed to be taking medication but is not or are there concerns with consistency of it being administered? Are their concerns about dosages, etc? (If there are concerns in this area, school staff may want to consider having the school nurse involved to complete a behavior checklist, contact the parent, or contact the doctor's office).  YES    NO
- Are there skill deficits in academics that might lead to avoidance behaviors?  YES    NO
- If there are known skill deficits, has remediation been provided in this area for the student?  YES    NO
- Does the student receive a higher ratio of positive versus negative feedback from his/her teachers on a consistent basis?  YES    NO
- Are there changes or concerns in the home setting or has the student experienced any recent losses or trauma in their life?  YES    NO

*Once all of these questions have been answered, the team needs to determine whether or not there are some areas that need to b e addressed prior to moving forward with the most restrictive placement of GNETS. An action plan needs to be developed in regards to the other considerations that might need to be addressed or other placement options within the school may need to be attempted.*

## Is there documentation that indicates evidence of

- Annual IEP Reviews?  YES    NO
- Progress monitoring data aligned with IEP goals?  YES    NO
- Documentation indicating prior services were delivered in a less restrictive environment and the student's inability to receive FAPE in that environment?  YES    NO

- *All data should be clearly documented in the students Present Level related to all of the questions and answers contained in this document.*
- *IEP goals should be developed and/or revised to include the **behaviors** that necessitate placement in the GNETS Program and the data that supports the placement decision as well as the criteria that will be considered to insure that the student is served in the least restrictive educational placement.*