# EXHIBIT 38



# GNETS Services Flow Chart
## Georgia Network for Educational and Therapeutic Support

A student currently being served in SPED has behavior problems at their school and it is believed GNETS may be an option. *(GNETS services are only for students served in SPED).* School personnel contacts Special Education Director or designee with concerns (outlining frequency, duration and intensity of behavior problems). A check list of "Guiding Questions" is completed to determine whether more work is needed at the school level or to proceed with GNETS involvement.

### Consultation

Identifies as need for consult and asks for FBA coaching, Observation and written feedback, or records review with feedback *(complete the "Request for GNETS Consultation" form available only from the SPED office.)*

- **Direct Consultation**
  - GNETS staff observes student at school and looks at records.
  - A written report with recommendations is provided to Sped Dir, Principal, and/or teacher.
  - A verbal conference is held, if requested.

- **Indirect Consultation**
  - GNETS staff looks at records (psychological, eligibility, BIP, IEP) & gives ideas verbally.

- **FBA Coaching**
  - Assists with identifying target behaviors & setting up data collection
  - Assists with review of data after it is collected by school personnel
  - Assists with data analysis
  - Assists with writing a draft BIP

### Standard Process

Sped Director determines behavior problems meet frequency, duration, and intensity qualifications and all school steps have been taken.

A "Student Information Packet" is completed. *(Available only from the SPED office.)*

GNETS Coordinator and SpEd Dir meet to discuss packet information.

School schedules an IEP meeting and GNETS is considered as an option.

### Move In

Student moved in from GNETS or similar program in another state or was released from a long-term hospitalization or residential treatment.

Meet, amend IEP if necessary



Revised October 2020

PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 484
10 10-6-22 mB