# EXHIBIT 39



# Georgia Network for Educational and Therapeutic Support

# Request for GNETS Consultation

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

## Please keep this coversheet on top of packet for confidentiality purposes.

Revised October 2020



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 485
MB 10-6-22 ID



# Request for GNETS Consultation

| Student First/Last Name | GTID | | Date Submitted |
|---|---|---|---|
| DOB | Race | Gender | Grade |
| System | School Attending | | Home School |

**Check the Consultative Services you would like for GNETS to provide (choose one):**

☐ Participation in a planning meeting
☐ Functional Behavior Assessment (FBA) Coaching
☐ Participate in Behavior Implementation (BIP) Plan Development
☐ Classroom Observation and Written Feedback
☐ Records Review with Feedback

**What concerns do you have regarding the student and the reason for requesting GNETS Consultation?**

| | **Print name** | **Contact phone & email** |
|---|---|---|
| Referring Teacher | | |
| Referring Principal (or Designee) | | |
| Special Education Director (or Designee) | | |

**Please email, mail or fax this form to:**

Revised October 2020