# EXHIBIT 41

| | |
|---|---|
| **Message** | |
| From: | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| Sent: | 10/24/2017 2:40:09 PM |
| To: | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| Subject: | Re: Consideration for GNETS Services Meeting today at 1pm |

THANKS Nakeba - talk with you then!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

**From:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Sent:** Tuesday, October 24, 2017 9:51 AM
**To:** Pat Wolf
**Subject:** RE: Consideration for GNETS Services Meeting today at 1pm



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 489
MB 10-6-22 ID

GA00132036

Yes I will be on. We can begin implementation at the beginning of the new school year. That way everyone has a chance to provide the over for their systems and get people prepared. We can also discuss them at the LEA collaborative in January.

Nakeba

**From:** Pat Wolf [mailto:pat.wolf@gnetsofoconee.org]
**Sent:** Tuesday, October 24, 2017 8:32 AM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** Consideration for GNETS Services Meeting today at 1pm

Good Morning Nakeba!
Are you planning to be online today for the meeting at 1pm on the Consideration of Services?
If not, please let me know what I should tell Directors regarding implementation of these forms - are they to be implemented immediately, in January or in FY19? I'm sure this question will come up.
Thanks!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
― Carol S. Dweck
*Mindset: The New Psychology Of Success*

## CONFIDENTIALITY NOTICE:

This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.

GA00132037