EXHIBIT 42

| Message | |
|---|---|
| **From:** | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| **Sent:** | 11/16/2017 7:09:17 PM |
| **To:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm]; Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | PowerPoint for LEA Collaborative December 7th on Consideration of Services |
| **Attachments:** | GNETS Consideration of Services PowerPoint for LEA 12-7-2018.pptx; GNETS Request for Consultation.docx; GNETS Services Flow Chart.docx; GNETS Student Information Pkt.docx; Guidance for GNETS Placements.docx |

Good afternoon Nakeba and Vickie!
I put together the attached PowerPoint for the Consideration of Services portion of the LEA Collaborative Meeting on December 7, 2017.  Would it be possible for the DOE to print the attached forms for each of the participants so that they can have hard copies at the meeting?

If there is anything else you'd like for me to include, please let me know but I kept it pretty basic.
Thanks so much.  I will miss your leadership and friendship, Nakeba and I look forward to working with you, Vickie!



Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 491
MB 10-6-22 1D



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— **Carol S. Dweck**

**Mindset: The New Psychology Of Success**

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

GA00013171

# Document Produced in Native Format

GA00013172



Richard Woods, Georgia's School Superintendent
*"Educating Georgia's Future"*

# GNETS
# Consideration of Services

**Pat Wolf, GNETS of Oconee Director**

**December 7, 2017**

**LEA Collaborative**

**Macon, Georgia**

GA00013172.001

# GNETS Consideration for Services



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
**gadoe.org**

- Guiding Questions for Consideration of GNETS Services
- GNETS Consideration of Services Flow Chart
- Request for GNETS Consultation
- GNETS Student Information Packet

GA00013172.002

# Roll Out



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
**gadoe.org**

- Fall of 2018
- Some programs to pilot beginning in January of this year.



| 9/21/2022 | DRAFT! | 3 |

GA00013172.003



**Georgia Network for Educational and Therapeutic Support**
Guiding Questions for Consideration of GNETS Services

**1. Is the student currently served in Special Education?**

Is the student currently being served in special education?

# YES    NO

*If the answer is "NO" then GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

**2. Does this student have a Behavior Intervention Plan (BIP) based upon an appropriate Functional Behavior Assessment (FBA) completed within the past year?**

- Has an FBA been completed on this student within the past year?  YES  NO
- Was information from the FBA used to write the BIP?  YES  NO
- Does the BIP appropriately address the current target behaviors of concern?  YES  NO
- Is the current BIP being implemented with fidelity across all settings in the school?  YES  NO
- Is there data to support BIP implementation as well as its impact on the target behavior?  YES  NO

*If the answer to any of these questions is "NO" or "uncertain," then the BIP should be revised (or implemented appropriately). An FBA or new FBA may also need to be considered and completed (if deemed necessary). Once the BIP is revised or determined that it needs to be implemented as written, then data on effectiveness and implementation fidelity should be kept and a meeting date should be rescheduled to review outcomes.*

**3. Have any Evidenced Based Interventions been implemented with this student?**

- Have Evidence-Based Interventions (EBI) been implemented with fidelity with this student?  YES  NO
- Has data been kept on the EBI's impact with this student?  YES  NO
- Does the data clearly show that the EBI is NOT positively impacting the student's behavior?  YES  NO
- Have the interventions been implemented for a significant length of time to demonstrate their effectiveness or lack thereof?  YES  NO

*If the answer to any of these questions is "no" or "uncertain," then the team should determine an appropriate EBI to implement with this student. They should review the steps involved in the intervention and work to ensure that all members of the student's team involved in implementing the intervention know how to implement with fidelity. A data collection procedure and method for ongoing fidelity checks should be put in place. A schedule regarding the length of time for the EBI to be implemented should be set and the team should meet to review data related to the effectiveness of the intervention at the end of that time.*

**4. What is/are this student's current placement and/or circumstances?**

- Have all options on the special education continuum been considered and/or tried for this student? (If the answer to this question is "no" then the special education committee may want to convene to consider other placement options, segment changes, delivery models, etc. to ensure the student is being served least restrictively.  YES  NO
- Is the most current psychological evaluation still relevant?  YES  NO
- Has a comprehensive evaluation been completed within the past 3 years?  YES  NO
- Some additional factors that might need to be discussed/explored:
  - Has the student been explicitly taught the expectations or skill steps? (We should not assume that a student has the knowledge or skills to implement appropriate behaviors - we have to teach them first).  YES  NO

# GNETS Guiding Questions

GA00013172.004

# Is the student currently served in Special Education?



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
gadoe.org

## YES     NO

*If the answer is "NO" then GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

GA00013172.005

# Guiding Questions



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

- Does this student have a Behavior Intervention Plan **(BIP)** based upon an appropriate Functional Behavior Assessment **(FBA)** completed within the past year?

- Have any **Evidenced Based Interventions** been implemented with this student?

- What is/are this student's current placement and/or **circumstances?**

- Is there documentation that indicates evidence of **IEP Annual Reviews, Goals, Progress Monitoring?**

| 9/21/2022 | DRAFT! | 6 |
|---|---|---|

GA00013172.006



# GNETS Consideration for Services Flow Chart
## Georgia Network for Educational and Therapeutic Support

A student currently being served in SPED has behavior problems at their school and it is believed GNETS may be an option. (GNETS services are only for students served in SPED). School personnel contacts Special Education Director or designee with concerns (outlining frequency, duration and intensity of behavior problems). A check list of "Guiding Questions" is completed to determine whether more work is needed at the school level or to proceed with GNETS involvement.



### GNETS Consultation

Services that are considered GNETS Consultation may include a request for FBA coaching, classroom observation and written feedback, or records review with feedback (complete the "Request for GNETS Consultation" form).

### GNETS Consideration for Services

According to SBOE 160-4-7-.15, if the IEP team recommends GNETS services, the following documents must exist in the student's records:
- ✓ Current IEP
- ✓ FBA/BIP administered within the past year
- ✓ Comprehensive reevaluation within last 3 years

IEP meeting will be held inviting GNETS Director or Designee. It is best practices to include the following documents to assist with immediate service delivery.
- ✓ Completed Guiding Questions Checklist
- ✓ School History
- ✓ GNETS consultation documents



**FBA Coaching**

Assists with identifying target behaviors & setting up data collection; Assists with review of data after it is collected by school personnel; Assists with data analysis; Assists with writing a draft BIP

**Direct Consultation**

GNETS staff observes student at school and looks at records; A written report with recommendations is provided to Sped Dir, Principal, and/or teacher; A verbal conference is held, if requested.

**Indirect Consultation**

GNETS staff looks at records (psychological, eligibility, BIP, IEP) & gives ideas verbally.



### Continuum of GNETS Service Delivery and Environments

The IEP team must determine that GNETS services are necessary for students to receive FAPE. Removal from the general education setting will occur only when the nature or severity of students' social, emotional and/or behavioral challenges are such that education in a general education setting with the use of supplementary services and intensive individualized interventions cannot be achieved.
- The GNETS continuum of services by environment may be found on page 3-4 of the GNETS State Board Rule 160-4-7-.15.
- **Move-Ins / Transfers:** For students who move in from GNETS or similar program in another state or who are released from a long-term hospitalization or residential treatment should have an IEP meeting to amend the IEP if necessary.

GA00013172.007

# GNETS Consideration for Services Flow Chart



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
gadoe.org

- According to SBOE **160-4-7-.15,** if the IEP team recommends GNETS services, the following documents must exist in the student's records:
  - ➢ Current IEP
  - ➢ FBA/BIP administered within the past year
  - ➢ Comprehensive reevaluation within last 3 years

- IEP meeting will be held inviting GNETS Director or Designee. It is best practices to include the following documents to assist with immediate service delivery.
  - Completed Guiding Questions Checklist
  - School History
  - GNETS consultation documents

GA00013172.008



*Georgia Network for Educational and Therapeutic Support*

# Request for
# GNETS Consultation

**Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.**

**Please keep this coversheet on top of packet for confidentiality purposes.**

GA00013172.009

# Request for GNETS Consultation



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

➤ **Check the Consultative Services you would like for GNETS to provide (choose one):**

➤ **Participation in a planning meeting**

➤ **Functional Behavior Assessment (FBA) Coaching**

➤ **Participate in Behavior Implementation (BIP) Plan Development**

➤ **Classroom Observation and Written Feedback**

➤ **Records Review with Feedback**

GA00013172.010



*Georgia Network for Educational and Therapeutic Support*

# Confidential
# Student Information
# Packet

**Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.**

**Please keep this coversheet on top of packet for confidentiality purposes.**

GA00013172.011

# GNETS Confidential Student Information Packet

- Demographics
- Referral concerns and services would you like for GNETS to provide
- Documents provided/attached to support the severity of the duration, frequency and intensity of one or more of the characteristics of the disability category of emotional and behavior disorders as indicated:
  - An inability to learn that cannot be explained by intellectual, sensory, or health factors
  - An inability to build or maintain satisfactory interpersonal relationships with peers and teachers
  - Inappropriate types of behavior or feelings under normal circumstances
  - A general pervasive mood of unhappiness or depression
  - A tendency to develop physical symptoms or fears associated with personal or school problems

GA00013172.012

# Information Collected

- Medical Information
- Agency Information (DFCS, Mental Health, Etc).
- Full Continuum of Special Ed Services Offered

| Services: | Date of Initial Placement | - Date Terminated: |
|---|---|---|
| ☐ Consultation | _____ | to _____ |
| ☐ Regular Education Classroom | _____ | to _____ |
| ☐ Inclusion Classroom | _____ | to _____ |
| ☐ SPED Resource or Pull Outs (Part Day) | _____ | to _____ |
| ☐ SPED Classroom (Full Day) | _____ | to _____ |
| ☐ GNETS Consultative Services | _____ | to _____ |
| ☐ GNETS School-Based Classes Part Day | _____ | to _____ |
| ☐ GNETS School-Based Classes Full Day | _____ | to _____ |
| ☐ GNETS Separate School Part Day | _____ | to _____ |
| ☐ GNETS Separate School Full Day | _____ | to _____ |
| ☐ Homebound Instructional Program | _____ | to _____ |
| ☐ Residential School or Program | _____ | to _____ |

GA00013172.013

# Other Data to include



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
**gadoe.org**

- FBA/BIP
- Disciplinary/Restraint Data
- Academic Supports

GA00013172.014



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
gadoe.org



GA00013172.015



Richard Woods, Georgia's School Superintendent
*"Educating Georgia's Future"*



# Contact Information

Pat.wolf@gnetsofocoee.org

(478) 947-2117

GA00013172.016



*Georgia Network for Educational and Therapeutic Support*

# Request for
# GNETS Consultation

**Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.**

## Please keep this coversheet on top of packet for confidentiality purposes.



**Request for GNETS Consultation**

GA00013173

| Student First/Last Name | GTID | SS | DOB |
|---|---|---|---|
| System: | Area School: | Race/Gender | Grade |

**Check the Consultative Services you would like for GNETS to provide (choose one):**

- ☐ **Participation in a planning meeting**
- ☐ **Functional Behavior Assessment (FBA) Coaching**
- ☐ **Participate in Behavior Implementation (BIP) Plan Development**
- ☐ **Classroom Observation and Written Feedback**
- ☐ **Records Review with Feedback**

**What concerns do you have regarding the student and the reason for requesting GNETS Consultation?**

## Required Signatures:

| Teacher | |
|---|---|
| Principal (or Designee) | |
| Special Education Director (or Designee) | |

**Please email, mail or fax the student info pack with all documents to:**

GA00013174



# GNETS Consideration for Services Flow Chart
## Georgia Network for Educational and Therapeutic Support

A student currently being served in SPED has behavior problems at their school and it is believed GNETS may be an option. (GNETS services are only for students served in SPED). School personnel contacts Special Education Director or designee with concerns (outlining frequency, duration and intensity of behavior problems). A check list of "Guiding Questions" is completed to determine whether more work is needed at the school level or to proceed with GNETS involvement.

    

### GNETS Consultation

Services that are considered GNETS Consultation may include a request for FBA coaching, classroom observation and written feedback, or records review with feedback (complete the "Request for GNETS Consultation" form).

### GNETS Consideration for Services

According to SBOE **160-4-7-.15**, if the IEP team recommends GNETS services, the following documents must exist in the student's records:
- ✓ Current IEP
- ✓ FBA/BIP administered within the past year
- ✓ Comprehensive reevaluation within last 3 years

IEP meeting will be held inviting GNETS Director or Designee. It is best practices to include the following documents to assist with immediate service delivery.
- ✓ Completed Guiding Questions Checklist
- ✓ School History
- ✓ GNETS consultation documents

            

### FBA Coaching

Assists with identifying target behaviors & setting up data collection; Assists with review of data after it is collected by school personnel; Assists with data analysis; Assists with writing a draft BIP

### Direct Consultation

GNETS staff observes student at school and looks at records; A written report with recommendations is provided to Sped Dir, Principal, and/or teacher; A verbal conference is held, if requested.

### Indirect Consultation

GNETS staff looks at records (psychological, eligibility, BIP, IEP) & gives ideas verbally.

### Continuum of GNETS Service Delivery and Environments

The IEP team must determine that GNETS services are necessary for students to receive FAPE. Removal from the general education setting will occur only when the nature or severity of students' social, emotional and/or behavioral challenges are such that education in a general education setting with the use of supplementary services and intensive individualized interventions cannot be achieved.
- The GNETS continuum of services by environment may be found on page 3-4 of the GNETS State Board Rule 160-4-7-.15.
- **Move-Ins / Transfers:** For students who move in from GNETS or similar program in another state or who are released from a long- term hospitalization or residential treatment should have an IEP meeting to amend the IEP if necessary.

GA00013175



*Georgia Network for Educational and Therapeutic Support*

# Confidential
# Student Information
# Packet

**Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.**

## Please keep this coversheet on top of packet for confidentiality purposes.

**Student Demographic Information**

GA00013176

GNETS Confidential Student Information Packet

| Student First/Last Name | GTID | SS | DOB |
|---|---|---|---|
| System: | Area School | Race/Gender | Grade |
| Physical Address: | | City | GA Zip |
| Mailing Address (If Different): | | City | GA Zip |

| Parent Name | Parent Email | |
|---|---|---|
| Parent Cell | Parent Work Phone | Parent Home |

## What are the referral concerns and what services would you like for GNETS to provide?

## Student Current IEP Information

| Primary Disability | Secondary Disability | Annual Review Expiration Date |
|---|---|---|
| | | |

The following documents are provided/attached to support the severity of the duration, frequency and intensity of one or more of the characteristics of the disability category of emotional and behavior disorders as indicated:

- ☐ An inability to learn that cannot be explained by intellectual, sensory, or health factors
- ☐ An inability to build or maintain satisfactory interpersonal relationships with peers and teachers
- ☐ Inappropriate types of behavior or feelings under normal circumstances
- ☐ A general pervasive mood of unhappiness or depression
- ☐ A tendency to develop physical symptoms or fears associated with personal or school problems

Documents provided are:

1.

2.

3.

4.

Does this student have a medical diagnosis? YES or NO    If Yes, what is the diagnosis:

Does the student take medications? YES or NO   If Yes, what are the medication(s):

2

GA00013177

GNETS Confidential Student Information Packet

Does the student have any therapeutic supports within the school setting? (i.e., Service Providers) List:

Are there any medical concerns?  Please be specific regarding any medical needs at school.

| | Agency | Caseworker | Phone / Email |
|---|---|---|---|
| **Other Agencies involved With the student** | Department of Family and Children's Services | | |
| | Mental Health Providers | | |
| | Other service Providers | | |
| | Other | | |

## Full Continuum of Special Education Services Offered:

*GNETS is the most restrictive placement before a student would be either placed in a residential setting or placed on homebound.  Please list all of the less restrictive interventions tried and list the dates of these services.  It is important that the full continuum of special education services has been offered to this student:*

| Services: | Date of Initial Placement  -  Date Terminated: |
|---|---|
| ☐ Consultation | _____ to _____ |
| ☐ Regular Education  Classroom | _____ to _____ |
| ☐ Inclusion Classroom | _____ to _____ |
| ☐ SPED Resource or Pull Outs (Part Day) | _____ to _____ |
| ☐ SPED Classroom (Full Day) | _____ to _____ |
| ☐ GNETS Consultative Services | _____ to _____ |
| ☐ GNETS School-Based Classes Part Day | _____ to _____ |
| ☐ GNETS School-Based Classes  Full Day | _____ to _____ |
| ☐ GNETS  Separate School Part Day | _____ to _____ |
| ☐ GNETS Separate School  Full Day | _____ to _____ |
| ☐ Homebound Instructional Program | _____ to _____ |
| ☐ Residential School or Program | _____ to _____ |

## Student Functional Behavior Assessment and Behavior Intervention Plan

| Functional Behavior Assessment | Date: | Target Behaviors: |
|---|---|---|
| Behavior Intervention Plan | Date: List other dates of BIP Reviews if modified this year: | Interventions: |

**Disciplinary and Restraint Data**

3

GA00013178

GNETS Confidential Student Information Packet

**Suspensions:  Please list dates and reasons student was suspended this school year:**
*Example:  8/2/16, 3 day suspension, assaulting teacher*

Emergency Physical Restraint: Please list dates and reasons student was physically restrained this school year if any:

Please list the number of office disciplinary reports and attach to this packet.

**Academic Supports**

What current evidence-based Academic Interventions are in place for student?  Also indicate how often he/she gets intervention:

Please share login information and passwords for all web-based interventions students are using so that we can continue those services at GNETS:

**Please attach the following documents when you submit this information packet:**
- ☐ Current IEP
- ☐ Current  psychological evaluation
- ☐ Current Eligibility Report
- ☐ Current Functional Behavior Assessment and Behavior Intervention Plan

## Required Signatures:

| Referring Teacher | |
|---|---|
| Referring Principal | |
| Special Education Director (or Designee) | |

**Please email, mail or fax the student info pack with all documents to:**

4

GA00013179



**Georgia Network for Educational and Therapeutic Support**
Guiding Questions for Consideration of GNETS Services

## 1. Is the student currently served in Special Education?

Is the student currently being served in special education?

# YES    NO

*If the answer is "NO" then GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

## 2. Does this student have a Behavior Intervention Plan (BIP) based upon an appropriate Functional Behavior Assessment (FBA) completed within the past year?

| | | |
|---|---|---|
| • Has an FBA been completed on this student within the past year? | YES | NO |
| • Was information from the FBA used to write the BIP? | YES | NO |
| • Does the BIP appropriately address the current target behaviors of concern? | YES | NO |
| • Is the current BIP being implemented with fidelity across all settings in the school? | YES | NO |
| • Is there data to support BIP implementation as well as its impact on the target behavior? | YES | NO |

*If the answer to any of these questions is "NO" or "uncertain," then the BIP should be revised (or implemented appropriately). An FBA or new FBA may also need to be considered and completed (if deemed necessary). Once the BIP is revised or determined that it needs to be implemented as written, then data on effectiveness and implementation fidelity should be kept and a meeting date should be rescheduled to review outcomes.*

## 3. Have any Evidenced Based Interventions been implemented with this student?

| | | |
|---|---|---|
| • Have Evidence-Based Interventions (EBI) been implemented with fidelity with this student? | YES | NO |
| • Has data been kept on the EBI's impact with this student? | YES | NO |
| • Does the data clearly show that the EBI is NOT positively impacting the student's behavior? | YES | NO |
| • Have the interventions been implemented for a significant length of time to demonstrate their effectiveness or lack thereof? | YES | NO |

*If the answer to any of these questions is "no" or "uncertain," then the team should determine an appropriate EBI to implement with this student. They should review the steps involved in the intervention and work to ensure that all members of the student's team involved in implementing the intervention know how to implement with fidelity. A data collection procedure and method for ongoing fidelity checks should be put in place. A schedule regarding the length of time for the EBI to be implemented should be set and the team should meet to review data related to the effectiveness of the intervention at the end of that time.*

## 4. What is/are this student's current placement and/or circumstances?

| | | |
|---|---|---|
| • Have all options on the special education continuum been considered and/or tried for this student? (If the answer to this question is "no" then the special education committee may want to convene to consider other placement options, segment changes, delivery models, etc. to ensure the student is being served least restrictively. | YES | NO |
| • Is the most current psychological evaluation still relevant? | YES | NO |
| • Has a comprehensive evaluation been completed within the past 3 years? | YES | NO |
| • Some additional factors that might need to be discussed/explored: | | |
| ○ Has the student been explicitly taught the expectations or skill steps? (We should not assume that a student has the knowledge or skills to implement appropriate behaviors - we have to teach them first). | YES | NO |

GA00013180

## Guiding Questions for Consideration of GNETS Services
Page 2.

o   Has staff tried other preventative measures such as moving the child's desk in the classroom (nearer or away from the teacher or others, the door, etc.), adjusting his/her schedule, or making contact with the parent, etc?

                                         YES     NO

o   Are there medication issues for this child? (ie. Is he/she supposed to be taking medication but is not or are there concerns with consistency of it being administered? Are there concerns about dosages, etc? (If there are concerns in this area, school staff may want to consider having the school nurse involved to complete a behavior checklist, contact the parent, or contact the doctor's office).     YES     NO

o   Are there skill deficits in academics that might lead to avoidance behaviors?     YES     NO

o   If there are known skill deficits, has related remediation been provided the student?     YES     NO

o   Is there progress monitoring data that indicates the remediation has had a positive impact on the student's skill development /performance?     YES     NO

o   Does the student receive a higher ratio of positive versus negative feedback from his/her teachers on a consistent basis?     YES     NO

o   Are there changes or concerns in the home setting or has the student experienced any recent losses or trauma in their life?     YES     NO

*Once all of these questions have been answered, the team needs to determine whether or not there are some areas that need to be addressed prior to moving forward with a request for GNETS services. Responses to the guiding questions above, should help guide the development of an action plan to address any data collection, school-based supports, or placement options that have not been used before requesting GNETS services.*

5.  **Is there documentation that indicates evidence of :**

- Annual IEP Reviews?     YES     NO
- IEP goals that address the behavior(s) that necessitate GNETS services have been developed and included in the IEP.     YES     NO
- Progress monitoring data aligned with IEP goals?     YES     NO
- Progress monitoring data aligned with BIP target behavior(s) and replacement skills?     YES     NO
- Documentation indicating prior services were delivered in a less restrictive environment and the student's inability to receive FAPE in that environment?     YES     NO
- Data that supports the need for GNETS services is included in the IEP.     YES     NO
- GNETS services are provided in the least restrictive educational placement.     YES     NO

- *The information related to the guiding questions above should be clearly documented within the present level of performance section of the student's IEP. (This may require an amendment of the IEP.)*

- *IEP goals should be developed and/or revised to include the* **behaviors** *that necessitate placement in the GNETS Program and the data that supports the placement decision as well as the criteria that will be considered to insure that the student is served in the least restrictive educational placement.*

GA00013181