# EXHIBIT 43



Message

**From:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**Sent:** 7/16/2018 12:28:56 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]; Craig Whedon [craig.whedon@gscs.org]; Ashley Beaver [abeaver@crispschools.org]; Andrea Riley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=useraa29ac9d]; Brooke Cole [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user16ce386c]; Cassandra Holifield [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user00e2192f]; Chris Briggs [chris.briggs@gscs.org]; Derrick Gilchrist [derrick.gilchrist@clayton.k12.ga.us]; Desiree Woods [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user35ab585e]; Felecia McClain [felecia.mcclain-sturdivant@rutlandacademy.org]; haley livingston [hlivingston@okhlc.org]; Jacqueline Neal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user928e70db]; Joanna Mock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user0c088695]; Kathy Lewis Hawkins [lewiska@rcboe.org]; Kerri Miller [Kerri.Miller@docoschools.org]; Kross@emanuel.k12.ga.us; Lachrista Mcqueen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user03f65daa]; LISA FUTCH [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userc443e95c]; mseay@crispschools.org; Pat Wolf [pat.wolf@gnetsofoconee.org]; Robin Baumgarten [Robin.Baumgarten@cobbk12.org]; Samuel Clemons [samuelclemons@lowndes.k12.ga.us]; srwilson@tcjackets.net; stacey benson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userec6e852a]; Steve Derr [Steven.Derr@sccpss.com]; Steve Rains [rainss@troup.org]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4]
**Subject:** Consideration of Services forms are ready!!!

Good morning Directors!
Vickie gave the go-ahead for the Consideration of Services Forms - they can be found on our GNETS Director's Notebook under "Consideration of Services" at the following link:
https://shealy-my.sharepoint.com/:o:/r/personal/nakeba_rahming_doe_k12_ga_us/_layouts/15/WopiFrame.aspx?guestaccesstoken=DjU5RYjIGDxfqjWl%2bXCBb1SWl8pD5OsVYpRRwMDo8%2bY%3d&folderid=1f9324a85ee58436b8903a769058afb53&action=view

For your convenience, the consultation and student info packet is in pdf and word.
If anyone finds a typo, please shoot me an email so I can correct them. ☺
Thanks!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 495
MB 10-6-22 1D

GA00328367



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.