# EXHIBIT 48

Message

| | |
|---|---|
| **From:** | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| **Sent:** | 9/6/2017 6:15:39 PM |
| **To:** | Steve Derr [Steven.Derr@sccpss.com]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4] |
| **CC:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| **Subject:** | Consideration of Services |
| **Attachments:** | GNETS Confidential Student Information Packet.docx; GNETS Services FlowChart.xlsx; Guidance for GNETS Placements.docx |

Whitney and Steve,
THANKS for being here today 😊

So, just to recap:
Nakeba wants us to take the attached documents and make sure that they are aligned with the new GNETS Rule which can be found at http://www.gadoe.org/Curriculum-Instruction-and-Assessment/Special-Education-Services/Documents/GNETS/2017-18/GNETS%20Rule%20160-4-7-.15.pdf

After you get your draft done, please send to everyone else so that we can review/discuss/make revisions.

Whitney - Guiding Questions for Consideration
Steve - Student Information Packet
Pat - GNETS Services Flowchart

Nakeba will send out her draft of the Guidance Document.   None of these forms should be shared at this time.

Our goal is to have completed drafts to review for our next scheduled Go-To meeting on Wednesday 9/20 at 1:30pm.

Thanks Everyone!
Happy Wednesday and I hope Irma will be nice to everyone!
Pat

## Pat Wolf
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX

PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 486
MB 10-6-22 JD



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
― Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.



**Georgia Network for Education and Therapeutic Support**

# Confidential Student Information Packet

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

## Please keep this coversheet on top of packet for confidentiality purposes.

**Student Demographic Information**

| Student First/Last Name | GTID | SS | DOB |
|---|---|---|---|
| System: | Homeschool | Race/Gender | Grade |

GA00793044

Confidential Student Information Pack

| Physical Address: | | City | GA Zip |
|---|---|---|---|
| Mailing Address (If Different): | | City | GA Zip |
| Parent Name | Parent Email | | |
| Parent Cell | Parent Work Phone | Parent Home | |

**What Services would you like for GNETS of Oconee to provide?**

**Student Current IEP Information**

| Primary Disability | Secondary Disability | Annual Review Expiration Date |
|---|---|---|
| Is this an Emergency Placement Request? YES or NO | If Yes, what behaviors justify this Emergency Placement (Be specific about frequency, severity and duration)? | |

The following documents are provided/attached to support the severity of the duration, frequency and intensity of one or more of the characteristics of the disability category of emotional and behavior disorders as indicated:
- ☐ An inability to learn that cannot be explained by intellectual, sensory, or health factors
- ☐ An inability to build or maintain satisfactory interpersonal relationships with peers and teachers
- ☐ Inappropriate types of behavior or feelings under normal circumstances
- ☐ A general pervasive mood of unhappiness or depression
- ☐ A tendency to develop physical symptoms or fears associated with personal or school problems

Documents provided are:

1.

2.

3.

4.

Does this student have a medical diagnosis? YES or NO    If Yes, what is the diagnosis:

Does the student take medications? YES or NO    If Yes, what are the medication(s):

Confidential Student Information Pack

Does the student have any outside therapeutic supports? (Ie. Mental Health Providers or other agencies?) List:

## Full Continuum of Special Education Services Offered:

*GNETS is the most restrictive placement before a student would be either placed in a residential setting or placed on homebound. Please list all of the less restrictive interventions tried and list the dates of these services. It is important that the full continuum of special education services has been offered to this student:*

**Services:**                                **Date of Initial Placement   -   Date Terminated:**

- [ ] Consultation _____ to _____
- [ ] Regular Education Classroom _____ to _____
- [ ] Inclusion Classroom _____ to _____
- [ ] SPED Resource or Pull Outs (Part Day) _____ to _____
- [ ] SPED Classroom (Full Day) _____ to _____
- [ ] GNETS Consultative Services _____ to _____
- [ ] GNETS Direct Services _____ to _____
- [ ] GNETS Part Day _____ to _____
- [ ] GNETS Full Day _____ to _____
- [ ] Homebound Instructional Program _____ to _____
- [ ] Residential School or Program _____ to _____

## Student Functional Behavior Assessment and Behavior Intervention Plan

| Functional Behavior Assessment | Date: | Target Behaviors: |
| --- | --- | --- |
| Behavior Intervention Plan | Date:<br><br>List other dates of BIP Reviews if modified this year: | Interventions: |

## Disciplinary and Restraint Data

**Suspensions: Please list dates and reasons student was suspended this school year:**
*Example:  8/2/16, 3 day suspension, assaulting teacher*

GA00793046

Confidential Student Information Pack

Emergency Physical Restraint: Please list dates and reasons student was physically restrained this school year if any:

Please list the number of office disciplinary reports and attach to this packet.

**Academic Supports**

What current evidence-based Academic Interventions are in place for student? Also indicate how often he/she gets intervention:

Please share login information and passwords for all web-based interventions students are using so that we can continue those services at GNETS:

**Please attach the following documents when you submit this information packet:**
- [ ] Current IEP
- [ ] Current psychological evaluation
- [ ] Current Eligibility Report
- [ ] Current Functional Behavior Assessment and Behavior Intervention Plan

## Required Signatures:

| | |
|---|---|
| Referring Teacher | |
| Referring Principal | |
| Special Education Director | |

**Please email, mail or fax the student info pack with all documents to:**

GA00793047

# Document Produced in Native Format

GA00793048



# Georgia Network for Educational and Therapeutic Supports
## Guiding Questions for Consideration of GNETS Services

1. **Is the student currently served in Special Education?**
   Is the student currently being served in special education? (GNETS Programs "support the local school district's continuum of services for students with disabilities, ages 3-21." (taken from the GNETS Operations Manual found at www.gadoe.org))

   # YES     NO

   *If the answer is "NO" than GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

2. **Does this student have a Behavior Intervention Plan (BIP) based upon an appropriate Functional Behavior Assessment (FBA) in place?**
   - Has an FBA Been completed on this student?                                                      YES    NO
   - Was information from the FBA used to write the BIP?                                             YES    NO
   - Does the BIP appropriately address the current target behaviors of concern?                    YES    NO
   - Is the current BIP being implemented with fidelity across all settings in the school?          YES    NO
   - Is there data to support BIP implementation as well as its impact on the target behavior?      YES    NO

   *If the answer to any of these questions is "NO" or "uncertain," then the BIP should be revised (or implemented appropriately). An FBA or new FBA may also need to be considered and completed (if deemed necessary). Once the BIP is revised or determined that it needs to be implemented as written, then data on effectiveness and implementation fidelity should be kept and a meeting date should be rescheduled to review outcomes.*

3. **Have any Evidenced Based interventions been implemented with this student?**
   - Have Evidence-Base Interventions (EI) been implemented with fidelity with this student?        YES    NO
   - Has data been kept on the EBI's impact with this student?                                      YES    NO
   - Does the data clearly show that the EBI is NOT positively impacting the student's behavior?    YES    NO
   - Have the interventions been implemented for a significant length of time to demonstrate
     their effectiveness or lack thereof?                                                           YES    NO

   *If the answer to any of these questions is "no" or "uncertain," then the team should determine an appropriate EBI to implement with this student. They should review the steps involved in the intervention and work to ensure that all members of the student's team involved in implementing the intervention know how to implement with fidelity. A data collection procedure and method for ongoing fidelity checks should be put in place. A schedule regarding the length of time for the EBI to be implemented should be set and the team should meet to review data related to the effectiveness of the intervention at the end of that time.*

4. **What is/are this student's current placement and/or circumstances?**
   - Have all options on the special education continuum been considered and/or tried for this student? (If the answer to this question is "no" then the special education committee may want to convene to consider other placement options, segment changes, delivery models, etc. to insure the student is being served least restrictively.       YES    NO
   - Is the most current psychological evaluation still relevant?                                   YES    NO
   - Does a new psychological evaluation need to be completed?                                      YES    NO
   - Some additional factors that might need to be discussed/explored:

# Guiding Questions for Consideration of GNETS Services
## Page 2.

- Has the student been explicitedly taught the expectations or skill steps? (We should not assume that a student has the knowledge or skills to implement appropriate behaviors - we have to teach them first).   YES   NO
- Has staff tried other preventative measures such as moving the child's desk in the classroom (nearer or away from the teacher or others, the door, etc.), adjusting his/her schedule, or making contact with the parent, etc?   YES   NO
- Are there medication issues for this child? (ie. Is he/she supposed to be taking medication but is not or are there concerns with consistency of it being administered? Are their concerns about dosages, etc? (If there are concerns in this area, school staff may want to consider having the school nurse involved to complete a behavior checklist, contact the parent, or contact the doctor's office).   YES   NO
- Are there skill deficits in academics that might lead to avoidance behaviors?
- If there are known skill deficits, has remediation been provided in this area for the student?   YES   NO
- Des the student receive a higher ratio of positive versus negative feedback from his/her teachers on a consistent basis?   YES   NO
- Are there changes or concerns in the home setting or has the student experienced any recent losses or trauma in their life?   YES   NO

*Once all of these questions have been answered, the team needs to determine whether or not there are some areas that need to b e addressed prior to moving forward with the most restrictive placement of GNETS. An action plan needs to be developed in regards to the other considerations that might need to be addressed or other placement options within the school may need to be attempted.*

5. **Can the team clearly document the frequency, duration and intensity of the problem behavior so that it clearly indicates that all of the above have been attempted and documented as unsuccessful and so that the team feels that placement in the most restrictive environment of the GNETS Program is the best option in order for this student to make progress?**   YES   NO

- *All data should be clearly documented in the students Present Level related to all of the questions and answers contained in this document.*
- *IEP goals should be developed and/or revised to include the behaviors that necessitate placement in the GNETS Program and the data that supports the placement decision as well as the criteria that will be considered to insure that the student is served in the least restrictive educational placement.*

GA00793050