# EXHIBIT 50

Message

**From:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**Sent:** 11/7/2017 1:44:21 PM
**To:** Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm]
**Subject:** Re: Upcoming LEA Collaborative Meeting for GNETS -- December 7th
**Attachments:** GNETS Request for Consultation.docx; GNETS Services Flow Chart.docx; GNETS Student Information Pkt.docx; Guidance for GNETS Placements.docx

Nakeba,
These are the final documents. Can you have these printed for the participants of the collaborative?

Or would you prefer that we give out the ones that say "DRAFT?" I will prepare a presentation.
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
― Carol S. Dweck

*Mindset: The New Psychology Of Success*

PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 490
MB 10-6-22 D
PENGAD 800-631-6989

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly*

*prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

**From:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Sent:** Tuesday, November 7, 2017 6:31 AM
**To:** Jeanene Wallace; Karen Ross; Doris Pratt-Everett; Brooke Cole; Cassandra Holifield; Chris Briggs; Derrick Gilchrist; Desiree Woods; Felicia Mcclain; Andrea Riley; Haley Livingston ; Jacqueline Neal; Joanna Mock; Justin Fitzgerald; Kathy Lewis-Hawkins; Kerrie Miller; LISA FUTCH; Mary Ann Seay; Lachrista Mcqueen; mdryden (mdryden@riverquestedu.org); Najma Hunter; Pat Wolf; Robin Baumgarten; Sam Clemons; stacey benson; Steve Derr; Steve Rains; whitney braddock
**Cc:** Vickie Cleveland
**Subject:** FW: Upcoming LEA Collaborative Meeting for GNETS -- December 7th

Good morning directors,

Please see the email below that was sent out by Matt Jones. As I transition into my new role, Vicki Cleveland has been approved to be the interim support person for GNETS. She will provide supplemental support until we advertise and fill the position with a GNETS Program Manager. Please welcome her as she supports our work in a supplemental capacity. I will continue to be a significant part of the work until there is a full-time person. Thank you for all you do to support your students. I'll See you at the directors meeting in Savannah.

**By the way, there was a change in the rooms. Matt's original email has the exhibit hall and it was changed to the centreplex. This invite has the new room assignment.**

Nakeba

**From:** Matt Jones
**Sent:** Monday, November 6, 2017 10:27 AM
**To:** K12 Superintendents <superintendents@list.doe.k12.ga.us>; RESA Directors <resadirectors@list.doe.k12.ga.us>
**Cc:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** Upcoming LEA Collaborative Meeting for GNETS -- December 7th

Good morning,

Attached is an agenda for a 2018 Fall LEA Collaborative meeting held on December 7, 2017 from 9:30 am – 1:00 pm at the Marriott Macon City Center (Exhibit Hall; 240 Coliseum Drive, Macon, GA 31217).

The purpose of this meeting is to:

- Introduce the guidance for the **GNETS rule**,
- Share a **streamlined process** with LEAs when they are considering students for GNETS services, and
- Engage GNETS and LEAs in a discussion to plan **5 regional *Parent University* sessions** across the state. Note: The *Parent University* sessions (dates and times TBA) will be geared towards helping parents understand how to work with children presenting behavioral challenges, as well as what resources and

GA01941386

supports are available in the schools, community and GNETS. Several cross-divisional teams from GaDOE as well as other agencies will be supporting these regional sessions.

**LEA Collaborative Registration:** https://form.jotform.com/72845535029158

**Questions:** If you have any questions related to the logistics of this meeting, please contact Vickie Cleveland by email at vcleveland@doe.k12.ga.us or by phone at (404) 232-7991.

Recent good news regarding ACT, SAT, graduation rate, and CCRPI score increases is a testament to your leadership and commitment to our children. Superintendent Woods deeply appreciates your efforts.

Best,

Matt Jones
Chief of Staff
Georgia Department of Education

*"Educating Georgia's Future"*



*Georgia Network for Educational and Therapeutic Support*

# Request for GNETS Consultation

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

## Please keep this coversheet on top of packet for confidentiality purposes.



**Request for GNETS Consultation**

| Student First/Last Name | GTID | SS | DOB |
|---|---|---|---|
| System: | Area School: | Race/Gender | Grade |

Check the Consultative Services you would like for GNETS to provide (choose one):
- ☐ Participation in a planning meeting
- ☐ Functional Behavior Assessment (FBA) Coaching
- ☐ Participate in Behavior Implementation (BIP) Plan Development
- ☐ Classroom Observation and Written Feedback
- ☐ Records Review with Feedback

What concerns do you have regarding the student and the reason for requesting GNETS Consultation?

## Required Signatures:

| Teacher | |
|---|---|
| Principal (or Designee) | |
| Special Education Director (or Designee) | |

Please email, mail or fax the student info pack with all documents to:

GA01941389



# GNETS Consideration for Services Flow Chart
## Georgia Network for Educational and Therapeutic Support

A student currently being served in SPED has behavior problems at their school and it is believed GNETS may be an option. (GNETS services are only for students served in SPED). School personnel contacts Special Education Director or designee with concerns (outlining frequency, duration and intensity of behavior problems). A check list of "Guiding Questions" is completed to determine whether more work is needed at the school level or to proceed with GNETS involvement.

 

### GNETS Consultation

Services that are considered GNETS Consultation may include a request for FBA coaching, classroom observation and written feedback, or records review with feedback (complete the "Request for GNETS Consultation" form).

  

| FBA Coaching | Direct Consultation | Indirect Consultation |
| --- | --- | --- |
| Assists with identifying target behaviors & setting up data collection; Assists with review of data after it is collected by school personnel; Assists with data analysis; Assists with writing a draft BIP | GNETS staff observes student at school and looks at records; A written report with recommendations is provided to Sped Dir, Principal, and/or teacher; A verbal conference is held, if requested. | GNETS staff looks at records (psychological, eligibility, BIP, IEP) & gives ideas verbally. |

### GNETS Consideration for Services

According to SBOE **160-4-7-.15,** if the IEP team recommends GNETS services, the following documents must exist in the student's records:
- ✓ Current IEP
- ✓ FBA/BIP administered within the past year
- ✓ Comprehensive reevaluation within last 3 years

IEP meeting will be held inviting GNETS Director or Designee. It is best practices to include the following documents to assist with immediate service delivery.
- ✓ Completed Guiding Questions Checklist
- ✓ School History
- ✓ GNETS consultation documents



### Continuum of GNETS Service Delivery and Environments

The IEP team must determine that GNETS services are necessary for students to receive FAPE. Removal from the general education setting will occur only when the nature or severity of students' social, emotional and/or behavioral challenges are such that education in a general education setting with the use of supplementary services and intensive individualized interventions cannot be achieved.
- The GNETS continuum of services by environment may be found on page 3-4 of the GNETS State Board Rule 160-4-7-.15.
- **Move-Ins / Transfers:** For students who move in from GNETS or similar program in another state or who are released from a long- term hospitalization or residential treatment should have an IEP meeting to amend the IEP if necessary.

GA01941390



*Georgia Network for Educational and Therapeutic Support*

# Confidential Student Information Packet

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

**Please keep this coversheet on top of packet for confidentiality purposes.**

**Student Demographic Information**

GNETS Confidential Student Information Packet

| Student First/Last Name | GTID | SS | DOB |
|---|---|---|---|
| System: | Area School | Race/Gender | Grade |
| Physical Address: | | City | GA Zip |
| Mailing Address (If Different): | | City | GA Zip |
| Parent Name | Parent Email | | |
| Parent Cell | Parent Work Phone | Parent Home | |

**What are the referral concerns and what services would you like for GNETS to provide?**

**Student Current IEP Information**

| Primary Disability | Secondary Disability | Annual Review Expiration Date |
|---|---|---|

The following documents are provided/attached to support the severity of the duration, frequency and intensity of one or more of the characteristics of the disability category of emotional and behavior disorders as indicated:
- ☐ An inability to learn that cannot be explained by intellectual, sensory, or health factors
- ☐ An inability to build or maintain satisfactory interpersonal relationships with peers and teachers
- ☐ Inappropriate types of behavior or feelings under normal circumstances
- ☐ A general pervasive mood of unhappiness or depression
- ☐ A tendency to develop physical symptoms or fears associated with personal or school problems

Documents provided are:

1.

2.

3.

4.

Does this student have a medical diagnosis?  YES  or  NO     If Yes, what is the diagnosis:

Does the student take medications?  YES  or  NO    If Yes, what are the medication(s):

2

GA01941392

GNETS Confidential Student Information Packet

| | |
|---|---|
| Does the student have any therapeutic supports within the school setting? (i.e., Service Providers) List: | |
| Are there any medical concerns? Please be specific regarding any medical needs at school. | |

| | Agency | Caseworker | Phone / Email |
|---|---|---|---|
| **Other Agencies involved With the student** | Department of Family and Children's Services | | |
| | Mental Health Providers | | |
| | Other service Providers | | |
| | Other | | |

**Full Continuum of Special Education Services Offered:**
*GNETS is the most restrictive placement before a student would be either placed in a residential setting or placed on homebound. Please list all of the less restrictive interventions tried and list the dates of these services. It is important that the full continuum of special education services has been offered to this student:*

Services:                                   Date of Initial Placement   -   Date Terminated:
☐ Consultation                              _____ to _____
☐ Regular Education Classroom               _____ to _____
☐ Inclusion Classroom                       _____ to _____
☐ SPED Resource or Pull Outs (Part Day)     _____ to _____
☐ SPED Classroom (Full Day)                 _____ to _____
☐ GNETS Consultative Services               _____ to _____
☐ GNETS School-Based Classes Part Day       _____ to _____
☐ GNETS School-Based Classes Full Day       _____ to _____
☐ GNETS Separate School Part Day            _____ to _____
☐ GNETS Separate School Full Day            _____ to _____
☐ Homebound Instructional Program           _____ to _____
☐ Residential School or Program             _____ to _____

**Student Functional Behavior Assessment and Behavior Intervention Plan**

| Functional Behavior Assessment | Date: | Target Behaviors: |
|---|---|---|
| Behavior Intervention Plan | Date:<br>List other dates of BIP Reviews if modified this year: | Interventions: |

**Disciplinary and Restraint Data**

3

GA01941393

GNETS Confidential Student Information Packet

| Suspensions: Please list dates and reasons student was suspended this school year: *Example: 8/2/16, 3 day suspension, assaulting teacher* |
|---|
| Emergency Physical Restraint: Please list dates and reasons student was physically restrained this school year if any: |
| Please list the number of office disciplinary reports and attach to this packet. |

### Academic Supports

| What current evidence-based Academic Interventions are in place for student? Also indicate how often he/she gets intervention: |
|---|
| Please share login information and passwords for all web-based interventions students are using so that we can continue those services at GNETS: |

## Please attach the following documents when you submit this information packet:
- [ ] Current IEP
- [ ] Current psychological evaluation
- [ ] Current Eligibility Report
- [ ] Current Functional Behavior Assessment and Behavior Intervention Plan

## Required Signatures:

| Referring Teacher | |
|---|---|
| Referring Principal | |
| Special Education Director (or Designee) | |

### Please email, mail or fax the student info pack with all documents to:

4

GA01941394

 **Georgia Network for Educational and Therapeutic Support**
Guiding Questions for Consideration of GNETS Services

1. **Is the student currently served in Special Education?**
   Is the student currently being served in special education?

   # YES     NO

   *If the answer is "NO" then GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

2. **Does this student have a Behavior Intervention Plan (BIP) based upon an appropriate Functional Behavior Assessment (FBA) completed within the past year?**
   - Has an FBA been completed on this student within the past year?          YES     NO
   - Was information from the FBA used to write the BIP?                      YES     NO
   - Does the BIP appropriately address the current target behaviors of concern?   YES     NO
   - Is the current BIP being implemented with fidelity across all settings in the school?   YES     NO
   - Is there data to support BIP implementation as well as its impact on the target behavior?   YES     NO

   *If the answer to any of these questions is "NO" or "uncertain," then the BIP should be revised (or implemented appropriately). An FBA or new FBA may also need to be considered and completed (if deemed necessary). Once the BIP is revised or determined that it needs to be implemented as written, then data on effectiveness and implementation fidelity should be kept and a meeting date should be rescheduled to review outcomes.*

3. **Have any Evidenced Based Interventions been implemented with this student?**
   - Have Evidence-Based Interventions (EBI) been implemented with fidelity with this student?   YES     NO
   - Has data been kept on the EBI's impact with this student?                YES     NO
   - Does the data clearly show that the EBI is NOT positively impacting the student's behavior?   YES     NO
   - Have the interventions been implemented for a significant length of time to demonstrate
     their effectiveness or lack thereof?                                     YES     NO

   *If the answer to any of these questions is "no" or "uncertain," then the team should determine an appropriate EBI to implement with this student. They should review the steps involved in the intervention and work to ensure that all members of the student's team involved in implementing the intervention know how to implement with fidelity. A data collection procedure and method for ongoing fidelity checks should be put in place. A schedule regarding the length of time for the EBI to be implemented should be set and the team should meet to review data related to the effectiveness of the intervention at the end of that time.*

4. **What is/are this student's current placement and/or circumstances?**
   - Have all options on the special education continuum been considered and/or tried for this student? (If the answer to this question is "no" then the special education committee may want to convene to consider other placement options, segment changes, delivery models, etc. to ensure the student is being served least restrictively.   YES     NO
   - Is the most current psychological evaluation still relevant?             YES     NO
   - Has a comprehensive evaluation been completed within the past 3 years?   YES     NO
   - Some additional factors that might need to be discussed/explored:
     o Has the student been explicitly taught the expectations or skill steps? (We should not assume that a student has the knowledge or skills to implement appropriate behaviors - we have to teach them first).   YES     NO

GA01941395

# Guiding Questions for Consideration of GNETS Services
Page 2.

- o  Has staff tried other preventative measures such as moving the child's desk in the classroom (nearer or away from the teacher or others, the door, etc.), adjusting his/her schedule, or making contact with the parent, etc?   YES    NO
- o  Are there medication issues for this child? (ie. Is he/she supposed to be taking medication but is not or are there concerns with consistency of it being administered? Are there concerns about dosages, etc? (If there are concerns in this area, school staff may want to consider having the school nurse involved to complete a behavior checklist, contact the parent, or contact the doctor's office).   YES    NO
- o  Are there skill deficits in academics that might lead to avoidance behaviors?   YES    NO
- o  If there are known skill deficits, has related remediation been provided the student?   YES    NO
- o  Is there progress monitoring data that indicates the remediation has had a positive impact on the student's skill development /performance?   YES    NO
- o  Does the student receive a higher ratio of positive versus negative feedback from his/her teachers on a consistent basis?   YES    NO
- o  Are there changes or concerns in the home setting or has the student experienced any recent losses or trauma in their life?   YES    NO

*Once all of these questions have been answered, the team needs to determine whether or not there are some areas that need to be addressed prior to moving forward with a request for GNETS services. Responses to the guiding questions above, should help guide the development of an action plan to address any data collection, school-based supports, or placement options that have not been used before requesting GNETS services.*

5. **Is there documentation that indicates evidence of :**
   - Annual IEP Reviews?   YES    NO
   - IEP goals that address the behavior(s) that necessitate GNETS services have been developed and included in the IEP.   YES    NO
   - Progress monitoring data aligned with IEP goals?   YES    NO
   - Progress monitoring data aligned with BIP target behavior(s) and replacement skills?   YES    NO
   - Documentation indicating prior services were delivered in a less restrictive environment and the student's inability to receive FAPE in that environment?   YES    NO
   - Data that supports the need for GNETS services is included in the IEP.   YES    NO
   - GNETS services are provided in the least restrictive educational placement.   YES    NO

- *The information related to the guiding questions above should be clearly documented within the present level of performance section of the student's IEP. (This may require an amendment of the IEP.)*

- *IEP goals should be developed and/or revised to include the **behaviors** that necessitate placement in the GNETS Program and the data that supports the placement decision as well as the criteria that will be considered to insure that the student is served in the least restrictive educational placement.*

GA01941396