# EXHIBIT 51

| | |
|---|---|
| **Message** | |
| From: | Nakeba Rahming [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=879D33DD936548A39333444C70241D1F-NAKEBA RAHM] |
| Sent: | 12/11/2017 1:22:05 PM |
| To: | Pat Wolf [pat.wolf@gnetsofoconee.org]; Steve Derr [Steven.Derr@sccpss.com]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4] |
| CC: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | RE: Consideration of Services - Revised |

Hi Pat,

Sorry for the delay. I do like the new version and the bullets that supports the characteristics of EBD. You guys are in the day to day operations so I am willing to hear your thoughts on it. If everyone is a go, please let me know so that we can send it out the participants.

Nakeba

**From:** Pat Wolf [mailto:pat.wolf@gnetsofoconee.org]
**Sent:** Friday, December 8, 2017 9:43 AM
**To:** Steve Derr <Steven.Derr@sccpss.com>; whitney braddock <wbraddock@cedarwoodgnets.org>; Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** Consideration of Services - Revised


Good morning Steve, Whitney & Nakeba,

I wanted you each to take a look at the consideration of services student information packet based on the discussion yesterday about insuring that the EBD part is removed.

Please review the highlighted area and let me know what you think. Should we keep in those 45 criteria and just not mention EBD or take that part out competely? I also included the verbiage from the rule in the first part as you'll see.


Thanks for reviewing it. After I hear back, Nakeba, do you want me to forward the forms to the Directors, or do you want to send them out in a mass email?

Pat


**Pat Wolf**
Director

GNETS of Oconee

P.O. Box 1830

Office Location: 155 Hwy 49 W


PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 492
MB 10-6-22 ID

Milledgeville, GA 31061

Office: (478) 414-2023

Mobile: (478) 247-9117

(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

GA00014017