# EXHIBIT 52

Message

| | |
|---|---|
| **From:** | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| **Sent:** | 6/20/2018 1:44:04 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Finalized Consideration of Services Forms |
| **Attachments:** | GNETS Confidential Student Information Packet as of 6-20-18.pdf; GNETS Request for Consultation as of 6-20-18.pdf; GNETS Services FlowChart.pdf; Guidance for GNETS Placements as of 6-20-18.pdf |

Hi Vickie!
I made all of the changes we discussed yesterday regarding the Consideration of Services Forms. Please have the DOE Attorney look them over and let me know if changes need to be made.

When I get the go-ahead from you, I will post them on the GNETS Director's Notebook.
THANKS!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

*Mindset: The New Psychology Of Success*

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 493
MB 10-6-22 ID
PENGAD 800-631-6989



## Georgia Network for Educational and Therapeutic Support

# Confidential Student Information Packet

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

**Please keep this coversheet on top of packet for confidentiality purposes.**

Revised June 2018

GA00327281

Confidential Student Information 

# Student Information Packet

## Student Demographic Information

| Student First/Last Name | GTID | | Date Submitted |
|---|---|---|---|
| DOB | Race | Gender | DOB |
| System | School Attending | | Home School |
| Physical Address: | | City | GA  Zip |
| Mailing Address (If Different): | | City | GA  Zip |
| Guardian Name | Guardian Email | | |
| Guardian Cell | Guardian Work Phone | Guardian Home | |

**What Services would you like for the GNETS program to provide?**

## Student Current IEP Information

| Primary Disability | Secondary Disability | Annual Review Expiration Date | Eligibility Expiration Date |
|---|---|---|---|
| | | | |

| The following documents are provided/attached to support the severity of the duration, frequency and intensity of one or more of the characteristics of the disability category of emotional and behavior disorders as indicated: |
|---|
| ☐ An inability to learn that cannot be explained by intellectual, sensory, or health factors |
| ☐ An inability to build or maintain satisfactory interpersonal relationships with peers and teachers |
| ☐ Inappropriate types of behavior or feelings under normal circumstances |
| ☐ A general pervasive mood of unhappiness or depression |
| ☐ A tendency to develop physical symptoms or fears associated with personal or school problems |
| Documents Provided |
| ☐ Current IEP |
| ☐ Current Eligibility |
| ☐ Psychological Evaluation within 3 years |
| ☐ Functional Behavior Assessment |
| ☐ Behavior Intervention Plan |
| ☐ Progress Monitoring Data on BIP implementation |
| ☐ Other (List): |

Revised June 2018

GA00327282

Confidential Student Information

| System of Care / Interagency Providers involved with student - Please list agency, contact, and contact phone number (ie. Mental Health, DFCS, DJJ, Private Providers, Etc. |||
|---|---|---|
| Provider | Contact | Contact Phone |
|  |  |  |
|  |  |  |
|  |  |  |

**Current Medical and/or Psychiatric Diagnosis** (please list diagnosis and physician's name/date)

| Current Medications | Medications student has been on in past (if any) |
|---|---|
|  |  |
| Has the student ever received GNETS Services in the past? If so, please list dates: | Has this student ever been retained? Y  N  If so, list grades/dates retained: |
| Please list other additional relevant information: | Type of transportation services needed: |

### Full Continuum of Special Education Services Offered:
*GNETS is the most restrictive placement before a student would be either placed in a residential setting or placed on homebound. Please list all of the less restrictive interventions tried and list the dates of these services. It is important that the full continuum of special education services has been offered to this student:*

| Services | Number of Segments | Date of Placement | Date Terminated |
|---|---|---|---|
| Consultation |  |  |  |
| Regular Ed Classroom |  |  |  |
| Inclusion classroom |  |  |  |
| SPED Resource or Pull-outs Part Day |  |  |  |
| SPED Classroom -Full Day |  |  |  |
| GNETS Consultative Services |  |  |  |
| GNETS Direct Services |  |  |  |
| GNETS Part Day |  |  |  |
| GNETS Full Day |  |  |  |
| Homebound Instruction |  |  |  |
| Residential School or Program |  |  |  |

### Student Functional Behavior Assessment and Behavior Intervention Plan

| Functional Behavior Assessment Date: | Target Behaviors: |
|---|---|
| Behavior Intervention Plan Date/Review Dates: | Interventions: |

3

GA00327283

Confidential Student Information

### Disciplinary and Restraint Data

| **Suspensions: Please list dates and reasons student was suspended this school year:**<br>*Example: 8/2/16, 3 day suspension, assaulting teacher* |
|---|
| Emergency Physical Restraint: Please list dates and reasons student was physically restrained this school year if any: |
| Please list the number of office disciplinary reports and attach to this packet. |

### Academic Supports

| Current Evidenced-Based Academic Interventions | How Often | Site/Login /Password for Web-based interventions that we can continue |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Please attach the following documents when you submit this information packet:
- ☐ Current IEP
- ☐ Current psychological evaluation (must be within 3 years)
- ☐ Current Eligibility Report
- ☐ Current Functional Behavior Assessment and Behavior Intervention Plan
- ☐ Comprehensive Social History
- ☐ BASC-3 and Strengths Difficulties Questionnaire
- ☐ Students with Autism: Vineland, ABAS, Basc-3

★ **Please be sure to refer to the GNETS Flow Chart and Guiding Questions before submitting this Student Information Packet.** ★

|  | Print name |
|---|---|
| Referring Teacher |  |
| Referring Principal (or Designee) |  |
| Special Education Director (or Designee) |  |

**Please email, mail or fax the student info pack with all documents to:**

4

Revised June 2018

GA00327284



**Georgia Network for Educational and Therapeutic Support**

# Request for GNETS Consultation

Please review the Guiding Questions for Consideration of GNETS Services as well as the GNETS Services Flow Chart to assist in appropriate educational planning for the student.

**Please keep this coversheet on top of packet for confidentiality purposes.**

Revised June 2018

GA00327285



# Request for GNETS Consultation

| Student First/Last Name | GTID | | Date Submitted |
|---|---|---|---|
| DOB | Race | Gender | DOB |
| System | School Attending | | Home School |

**Check the Consultative Services you would like for GNETS to provide (choose one):**
- ☐ Participation in a planning meeting
- ☐ Functional Behavior Assessment (FBA) Coaching
- ☐ Participate in Behavior Implementation (BIP) Plan Development
- ☐ Classroom Observation and Written Feedback
- ☐ Records Review with Feedback

**What concerns do you have regarding the student and the reason for requesting GNETS Consultation?**

| | Print name |
|---|---|
| Referring Teacher | |
| Referring Principal (or Designee) | |
| Special Education Director (or Designee) | |

**Please email, mail or fax this form to:**

Revised June 2018

GA00327286



GA00327287

 **Georgia Network for Educational and Therapeutic Supports**
Guiding Questions for Consideration of GNETS Services

## 1. Is the student currently served in Special Education?

Is the student currently being served in special education?

# YES    NO

*If the answer is "NO" then GNETS is not an appropriate consideration at this time. Staff may want to consider convening the RTI or SST team to address the next steps for this student.*

## 2. Does this student have a Behavior Intervention Plan (BIP) completed within the past year that is based upon an appropriate Functional Behavior Assessment (FBA)?

- Has an FBA been completed on this student?                                                            YES    NO
- Was information from the FBA used to write the BIP?                                                   YES    NO
- Does the BIP appropriately address the current target behaviors of concern?                          YES    NO
- Is the current BIP being implemented with fidelity across all settings in the school?                YES    NO
- Is there data to support BIP implementation as well as its impact on the target behavior?            YES    NO
- Has a comprehensive evaluation been completed within the past 3 years?                               YES    NO

*If the answer to any of these questions is "NO" or "uncertain," then the BIP should be revised (or implemented appropriately). An FBA or new FBA may also need to be considered and completed (if deemed necessary). Once the BIP is revised or determined that it needs to be implemented as written, then data on effectiveness and implementation fidelity should be kept and a meeting date should be rescheduled to review outcomes.*

## 3. Have any Evidenced Based Interventions been implemented with this student?

- Have Evidence-Base Interventions (EI) been implemented with fidelity with this student?              YES    NO
- Has data been kept on the EBI's impact with this student?                                            YES    NO
- Does the data clearly show that the EBI is NOT positively impacting the student's behavior?          YES    NO
- Have the interventions been implemented for a significant length of time to demonstrate
  their effectiveness or lack thereof?                                                                 YES    NO

*If the answer to any of these questions is "no" or "uncertain," then the team should determine an appropriate EBI to implement with this student. They should review the steps involved in the intervention and work to ensure that all members of the student's team involved in implementing the intervention know how to implement with fidelity. A data collection procedure and method for ongoing fidelity checks should be put in place. A schedule regarding the length of time for the EBI to be implemented should be set and the team should meet to review data related to the effectiveness of the intervention at the end of that time.*

## 4. What is/are this student's current placement and/or circumstances?

- Have all options on the special education continuum been considered and/or tried for this student? (If the answer to this question is "no" then the special education committee may want to convene to consider other placement options, segment changes, delivery models, etc. to insure the student is being served least restrictively.    YES    NO
- Some additional factors that might need to be discussed/explored:
  - Has the student been explicitly taught the expectations or skill steps? (We should not assume that a student has the knowledge or skills to implement appropriate behaviors - we have to teach them first).    YES    NO

Revised June 2018

GA00327288

# Guiding Questions for Consideration of GNETS Services
Page 2.

- o Has staff tried other preventative measures such as moving the child's desk in the classroom (nearer or away from the teacher or others, the door, etc.), adjusting his/her schedule, or making contact with the parent, etc?                                                                                              YES     NO
- o Are there medication issues for this child? (ie. Is he/she supposed to be taking medication but is not or are there concerns with consistency of it being administered? Are their concerns about dosages, etc? (If there are concerns in this area, school staff may want to consider having the school nurse involved to complete a behavior checklist, contact the parent, or contact the doctor's office).                                                                         YES     NO
- o Are there skill deficits in academics that might lead to avoidance behaviors?                     YES     NO
- o If there are known skill deficits, has remediation been provided in this area for the student?   YES     NO
- o Does the student receive a higher ratio of positive versus negative feedback from his/her teachers on a consistent basis?                                                                                         YES     NO
- o Are there changes or concerns in the home setting or has the student experienced any recent losses or trauma in their life?                                                                                       YES     NO

*Once all of these questions have been answered, the team needs to determine whether or not there are some areas that need to b e addressed prior to moving forward with the most restrictive placement of GNETS. An action plan needs to be developed in regards to the other considerations that might need to be addressed or other placement options within the school may need to be attempted.*

## Is there documentation that indicates evidence of

- Annual IEP Reviews?                                                                                 YES     NO
- Progress monitoring data aligned with IEP goals?                                                    YES     NO
- Documentation indicating prior services were delivered in a less restrictive environment and the student's inability to receive FAPE in that environment?                                          YES     NO

- *All data should be clearly documented in the students Present Level related to all of the questions and answers contained in this document.*
- *IEP goals should be developed and/or revised to include the **behaviors** that necessitate placement in the GNETS Program and the data that supports the placement decision as well as the criteria that will be considered to insure that the student is served in the least restrictive educational placement.*

Revised June 2019

GA00327289