# EXHIBIT 53

Message

| | |
|---|---|
| From: | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| Sent: | 6/21/2018 5:32:13 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | Consideration |

Vickie,
Just let me know when Legal has reviewed the consideration forms... directors are chomping at the bit to get them.

☺THANKS!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 494
ID 10-6-22 me

GA00327446