# EXHIBIT 55

PLAINTIFF'S EXHIBIT 652

Message

**From:** Holifield, Cassandra [cassandra.holifield@mresa.org]
**Sent:** 3/30/2016 2:48:14 AM
**To:** Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm]
**Subject:** March 2016 GaDOE GNETS Directors Meeting in Milledgeville
**Importance:** High

Hi Nakeba,

I sent out a Survey Monkey link this evening to all GNETS Directors asking them to sign up for at least one of the GNETS Strategic Planning Committees. Based on our conversations, here are the options they were provided:

- Section 2: Behavior Support and Therapeutic Services
- Section 3: Instructional and Academic Support
- Section 5a: Integration of Services and Capacity Building – Exit Criteria
- Section 5b: Integration of Services and Capacity Building – Reintegration Plan
- Section 6: Program Accountability
- GNETS Operation Manual
- GNETS Research Committee

When the GNETS Directors and I met on Day 2 of our March 23rd meeting, we all re-read the strategic plan and broke out into groups. We all discussed the goals, activities, possible artifacts, and resources needed under each of the sections of the strategic plan and then reported out. Here's what the group stated that we need from you:

- Section 2: Behavior Support and Therapeutic Services
  - ✓ A list of psychometrically sound social-emotional measures for the committee to review and consider (Goal 2E)
  - ✓ A list of standardized ASD measures for the committee to review and consider in addition to the ABBLS-R (Goal 2F)
  - ✓ A list of evidenced-based crisis intervention counseling models in addition to LSCI to review and consider (Goal 2G)
  - ✓ A list of evidenced-based social skills curricula to review and consider (Goal 2K)
- Section 3: Instructional and Academic Support
  - ✓ A list of evidenced-based supplemental reading and math programs for the committee to review and consider for using to document academic growth (pre/post)
- Section 5a: Integration of Services and Capacity Building – Exit Criteria
  - ✓ Guidance on developing a GNETS uniform service criteria document
  - ✓ Guidance on developing a GNETS uniform exit criteria document and data gathering and reporting tool
- Section 5b: Integration of Services and Capacity Building – Reintegration Plan
  - ✓ Guidance on developing a GNETS uniform reintegration document and data gathering and reporting tool
- Section 6: Program Accountability
  - ✓ Guidance on developing common GNETS uniform data gathering and reporting tools until the GNETS Dashboard has been developed
- GNETS Operation Manual
  - ✓ Guidance on your vision for the new GNETS Operation Manual
- GNETS Research Committee
  - ✓ Guidance on your vision for the GNETS Research Committee

All GNETS directors are excited about the development of common goals, training materials, data gathering and reporting tools, flexibility provided within the strategic plan and your support. Everyone feels the GNETS Strategic Plan is comprehensive and helps us focus on our work. The only two requests that were made were:

1. Can GNETS Directors see and have input on the new GaDOE GNETS Board Rule before it becomes final?

GA00041160

2. Can GNETS Directors see and review the FY 17 GNETS Assurance statement before it becomes final?
3. Can the GNETS Operations Manual and/or Board Rule require both GNETS Directors and SpED Directors to sign off on the year-end student record/student level profile BEFORE the superintendent signs off on it so we can all assure that all our students are accounted for? Or, some other option so we can assure that our all our GNETS students are accounted for.
4. Some GNETS Directors tried to sign up for the June Federal Program/Title I Conference, but no one could locate the registration link. Additionally, someone called the conference hotel and tried to make hotel reservations and they had no information a GaDOE Conference. Will you please email us the registration information and hotel ASAP so GNETS Directors can register?

Please let me know if you need anything else. Take care!


Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith St., SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098