EXHIBIT 56

Message

| | |
|---|---|
| **From**: | Celest Ngeve [celest.ngeve@rutlandacademy.org] |
| **Sent**: | 12/14/2018 7:27:15 PM |
| **To**: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject**: | Re: Enrollment info |

Greetings Vickie,

Will do! That's a big discrepancy. Our numbers have been lower this school year and we haven't had 137 at one time since the year started, yet I will get this to you ASAP (prior to the deadline).

Thanks,

On Fri, Dec 14, 2018 at 11:20 AM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Hi Celest,

See data below. Data reflects your current enrollment numbers reported by you and the FY18 FTE count. Difference is 37 students. I need to know who the students are that transitioned back and what services they are currently receiving and the (location). See attached spreadsheet. Please send this information via portal email to me and copy Lakesha by December 18th. Let me know if you have questions.

Thanks

| Numbers reported by each site as of 12/14/18 | FY18 FTE Count |
|---|---|
| | |
| 98 | 135 |

Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East



GA00338047

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us


*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent




--

Ms. Celest Ngeve, M.Ed.

Director


Rutland Academy

1250 Oglethorpe Avenue

Athens, Georgia 30606

Tel (706) 549-3030 ext. 427

Fax (706) 613-7142


Motto: "Whatever It Takes, We Can & We Will!"……..Committed To Student Success, No Exceptions, No Excuses


"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou

GA00338048

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706) 549-3030 ext. 427 or by electronic mail (celest.ngeve@rutlandacademy.org) and delete this message and all copies and backups.

GA00338049