# EXHIBIT 57

**PLAINTIFF'S EXHIBIT 387**

| | |
|---|---|
| **Message** | |
| **From:** | Lakesha Stevenson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LAKESHA STEVENSON] |
| **Sent:** | 11/2/2020 1:59:11 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Fwd: form |
| **Attachments:** | GaDOE Student Information Checklist FY21.docx; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** Joanna Mock <joannam@hgresa.org>
> **Date:** November 2, 2020 at 7:51:52 AM EST
> **To:** Andrea Deshazo <andrea.deshazo@sccpss.com>, abeaver <abeaver@crispschools.org>, Brooke Cole <brooke.cole@bcsdk12.net>, Cassandra Holifield <cassandra.holifield@mresa.org>, Celest Ngeve <celest.ngeve@rutlandacademy.org>, David Blevins <david.blevins@cowetaschools.net>, Derrick Gilchrist <derrick.gilchrist@clayton.k12.ga.us>, Desiree Woods <desiree_d_woods@dekalbschoolsga.org>, Andrea Riley <gmcelwee@nwgnets.org>, "hlivingston@okhlc.org" <hlivingston@okhlc.org>, Jacqie Neal <jacqie.neal@dalton.k12.ga.us>, Karen Ross <kross@riverquestedu.org>, "Miller, Kerri" <kerri.miller@docoschools.org>, LaChrista Thornton <Thornton.Lachrista.S@muscogee.k12.ga.us>, LISA FUTCH <lfutch@coastalacademygnets.com>, "Newsome, Talithia" <NewsoTa@BOE.Richmond.k12.ga.us>, Pat Wolf <pat.wolf@gnetsofoconee.org>, Robin Baumgarten <Robin.Baumgarten@cobbk12.org>, "samuel.clemons@gocats.org" <samuel.clemons@gocats.org>, stacey benson <sbenson@pioneerresa.org>, Susan Weakland <sweakland@tcjackets.net>, "thiago.aleixo@gscs.org" <thiago.aleixo@gscs.org>, whitney braddock <wbraddock@cedarwoodgnets.org>
> **Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
> **Subject: Fwd: form**

**CAUTION:** This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Good Morning!

I wanted to share with you a form that Whitney (Cedarwood) developed for us to help with the collection of student data that Vickie has requested. It is the same information that is on the jotform Lakesha sent to us last week. However, you can type on it or print and write on it.
This is just for your use if you'd like it. **All information is still required to go in the jotform.**
Thank you Whitney!!

GA00363542

Here's to a great GNETS week!!

Joanna

---------- Forwarded message ---------
From: **Whitney Braddock** <wbraddock@cedarwoodgnets.org>
Date: Fri, Oct 30, 2020 at 10:55 AM
Subject: form
To: Joanna Mock (joannam@hgresa.org) <joannam@hgresa.org>


Hey,
I used the form that Lakesha sent us and made a word document that can be typed in or printed and written on. I feel it's better than working in the Jotform.
I will complete these and then put in the jotform.
I thought that I would share with you. You can share with the other directors if you want.

Whitney Braddock, Ed. S.
Cedarwood GNETS Program Director
400 Donnie Simmons Way
Statesboro, Georgia 30458
Office: 912-212-8740
Fax:    912-526-7166
Email:  wbraddock@cedarwoodgnets.org

Follow us on Twitter @CedarwoodG

**Cedarwood... Empowering Children to Create their own Future**

Confidentiality Statement - This email is confidential. The information herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you must not disclose or use the information contained in the email. If you have received this email in error, please contact us immediately and delete (destroy) the document.


--
Joanna P. Mock, Ed.S
Director
Heartland Academy GNETS
P.O. Box 296
Mt. Vernon, GA 30445
Office: (912) 583-4657 ext. 6
Fax: (912) 583-4120



*"Persistence and resilience only come from having been given the chance to work through difficult problems."* — Gever Tulley

This e-mail and any files transmitted with it may contain privileged or confidential information. It is solely for use by the individual for whom it is intended, even if addressed incorrectly. If you received this e-mail in error, please notify the sender; do not disclose, copy, distribute, or take any action in reliance on the contents of this information; and delete it from your system. Any other use of this e-mail is prohibited.

Thank you for your compliance.

 Virus-free. www.avast.com

This e-mail and any files transmitted with it may contain privileged or confidential information. It is solely for use by the individual for whom it is intended, even if addressed incorrectly. If you received this e-mail in error, please notify the sender; do not disclose, copy, distribute, or take any action in reliance on the contents of this information; and delete it from your system. Any other use of this e-mail is prohibited.

Thank you for your compliance.

## GaDOE Student Information Checklist

1. GNETS Name *

2. Age: *

3. Grade *

4. Last 4 of GTID: *

5. Date of GNETS Entry: *

6. Reason for GNETS placement: Describe the specific referring behaviors the IEP team reviewed to determine if the student needed a more restrictive placement with therapeutic support *

7. Primary Eligibility: *

8. If the student's primary eligibility is OHI, does the student have a medical diagnosis?

   ☐ Yes  ☐ No

9. Medical Diagnosis :

10. Secondary Eligibility:

GA00363545

11. Did the student's educational record indicate prior services were delivered in a lesser restrictive environment, and the student was unable to receive Free Appropriate Public Education (FAPE) in that environment? *

    ☐ Yes  ☐ No

12. If you answered YES to the previous question, identify documentation contained in the student's educational record upon placement in GNETS:

    [                                      ]

13. Did the student have an Functional Behavior Assessment (FBA) prior to receiving GNETS services? *

    ☐ Yes  ☐ No

14. FBA Date upon entry to GNETS:

    [                                      ]

15. Current FBA Date: *

    [                                      ]

16. Did the student have a Behavior Intervention Plan (BIP) prior to receiving GNETS services? *

    ☐ Yes  ☐ No

    BIP Date upon entry to GNETS: Leave blank if unknown

    [                                      ]

17. Current BIP Date: *

    [                                      ]

18. Prior to receiving GNETS services, was a comprehensive re-evaluation completed within the last 3 years? *

    ☐ Yes  ☐ No

19. Most recent Individualized Education Program (IEP) annual review date *

    [                                      ]

20. Did IEP meeting include a GNETS director or his/her designee? *

    ☐ Yes  ☐ No

21. Does the student have an IEP goal for behavior? *

GA00363546

☐Yes  ☐No

22. List each therapeutic service the student receives. *

[                                                                              ]

## Continuum of GNETS Service Delivery and Environments

*** Zoned school is defined as K-12 Public School that a student is assigned by the Local Education Agency (LEA).***

23. During the last IEP meeting, did the IEP team consider the general education setting in the student's Zoned School or other public school? *

    ☐Yes  ☐No

24. During the last IEP meeting, did the IEP team consider a "pull out" from the general education setting for part of the school day in the student's Zoned School or other public school? *

    ☐Yes  ☐No

25. During the last IEP meeting, did the IEP team consider the student's Zoned School or other public school for part of the school day in a setting dedicated to GNETS? *

    ☐Yes  ☐No

26. During the last IEP meeting, did the IEP team consider the student's Zoned School or other public school for the full day in a setting dedicated to GNETS? *

    ☐Yes  ☐No

27. During the last IEP meeting, did the IEP team consider a facility dedicated to GNETS part of the school day? *

    ☐Yes  ☐No

28. During the last IEP meeting, did the IEP team consider a facility dedicated to GNETS for the full school day? *

    ☐Yes  ☐No

GA00363547

GA00363548