EXHIBIT 58

PLAINTIFF'S
EXHIBIT
630
PENGAD 800-631-6989

| Message | |
|---|---|
| **From:** | Holifield, Cassandra [cassandra.holifield@mresa.org] |
| **Sent:** | 7/22/2016 6:11:12 PM |
| **To:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| **Subject:** | RE: FY 17 GNETS Data Management Tool |
| **Attachments:** | FY 16 GNETS Annual Verification Report_Data Management Tool.xlsx |

Hi Nakeba,

Attached is a copy of last year's data management tool. Usually we receive a new one every year. I assume changes are made to the document. Will you please check with Chris, Amber, or Carol. I assume they make the changes. Bonnie Dye used to make the changes when she was there. Thanks.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

**From:** Holifield, Cassandra
**Sent:** Friday, July 22, 2016 1:47 PM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** FY 17 GNETS Data Management Tool

Hi Nakeba,

Are there any new changes to the FY 17 data management tool? If so will you please send us the new tool when you have a chance? Thanks.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

# Document Produced in Native Format

GA00041657

# Exhibit 630

https://esquire.box.com/s/qivm157lmyoasfp780fhu1fd6f7r43si

*GNET*

GNETS Program Name: 
Prepared by: 
School Year: 

GNETS Program Code PGM011: 

Director's Name:

| System ID  PGM003 (Opt) | System Name | Student ID PGM005 | Last Name | First Name | Entry Date PGM009 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*S Data Management Document*
*2015-2016*

| Exit Date | PGM010 | Number of days Enrolled | Program Type Code PGM007 | Program Type Auxiliary Code PGM008 | Number of Daily Segments PGM015 | Mental Health Services Provided at School | Mental Health Services Outside of School | Moved to Less Restrictive Services |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |

| | 0 | 2 | | | | |
|---|---|---|---|---|---|---|
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |

| | | 0 | 2 | | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |

| | | 0 | 2 | | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |
| | | 0 | 2 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |

| | 0 | 2 | | | | |
|---|---|---|---|---|---|---|
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |
| | 0 | 2 | | | | |

| | | 0 | 2 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |
| | | 0 | 2 | | | | | |

| Basis of GNETS Dismissal |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |