# EXHIBIT 59

Message

**From:** Jacqie Neal [jacqieneal@northstar-gnets.com]
**Sent:** 9/28/2018 12:26:17 AM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** RE: Monthly Log for Therapeutic Services

Is this for state supported positions or all social workers? What if a psychologist is providing the service?

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Wednesday, September 26, 2018 1:31 PM
**To:** Pat Wolf (pat.wolf@gnetsofoconee.org) <pat.wolf@gnetsofoconee.org>; Desiree Woods <desiree_d_woods@dekalbschoolsga.org>; srwilson@tcjackets.net; whitney braddock <wbraddock@cedarwoodgnets.org>; Lisa Futch (lfutch@costalacademygnets.com) <lfutch@costalacademygnets.com>; 'Kathy Lewis Hawkins' <lewiska@rcboe.org>; Joanna Mock <joannam@hgresa.org>; Pat Wolf (pat.wolf@gnetsofoconee.org) <pat.wolf@gnetsofoconee.org>; Andrea Riley <gmcelwee@nwgnets.org>; Ashley Beaver <abeaver@crispschools.org>; Celest Ngeve <celest.ngeve@rutlandacademy.org>; Jacqie Neal <jacqieneal@northstar-gnets.com>
**Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Monthly Log for Therapeutic Services
**Importance:** High

Greetings All,

I have attached the monthly log that must be submitted to GaDOE via portal email for therapeutic services provided by your social workers. Social workers should submit this information to you to upload in the portal on the **1st day of the month (i.e. October logs are due November 1st)**. LCSWs/LMSWs should provide the student name, type of intervention that was provided to students and the date of the intervention. **Please submit this information for the months of August and September by Monday, October 9th.** Let me know if you have questions.

Thanks

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent



EXHIBIT 850