# EXHIBIT 60

Message

**From:** Jacqie Neal [jacqieneal@northstar-gnets.com]
**Sent:** 6/25/2018 5:44:39 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** RE: Restraint Data

Program-wide, 16 students required restraint (68 restraints total): 64 of these restrains occurred at the Dalton campus and 4 at the Blue Ridge campus.

1-3 Restraints- 8 students
4-6 Restraints- 5 students
7-8 Restraints- 2 students
8 + - 1 student (14 restraints)

Let me know if you need anything else.

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Sunday, June 24, 2018 9:09 PM
**To:** Jacqie Neal <jacqieneal@northstar-gnets.com>
**Subject:** Restraint Data

Hi Jackie
Just a reminder to send me the restraint data for Northstar.
Thanks

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent


EXHIBIT 862