# EXHIBIT 61

Exhibit
H. Livingston
768  1.30.23
ESQUIRE

Message

**From:** Haley Livingston [hlivingston@okhlc.org]
**Sent:** 12/14/2018 5:30:04 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Re: GNETS Enrollment info

Can you call me, please? 912.285.6191

On Fri, Dec 14, 2018 at 11:55 AM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

It was for the 2017-18 school year. Students that were enrolled through May 31, 2018

Thanks


Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us


*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

**From:** Haley Livingston <hlivingston@okhlc.org>
**Sent:** Friday, December 14, 2018 11:53 AM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Subject:** Re: GNETS Enrollment info

Will do!

What date was this FY18 count number reported? We fluctuate so much.

On Fri, Dec 14, 2018 at 11:48 AM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Hi Haley,

See data below. Data reflects your current enrollment numbers reported by you and the FY18 FTE count. Difference is 29 students. I need to know who the students are that transitioned back and what services they are currently receiving and the (location). See attached spreadsheet. Please send this information via portal email to me and copy Lakesha by December 18th. Let me know if you have questions.

Thanks

| Numbers reported by each site as of 12/14/18 | FY18 FTE Count |
|---|---|
|  |  |
|  |  |
| 67 | 96 |

Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East

GA00337968

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

--

**Haley Livingston, Ed. S.**

**Director, Harrell Learning Center**

Email: hlivingston@okhlc.org

Front Office Phone: 912.285.6191

Office Phone: 912.338.5996

Fax: 912.287.6652

*"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

**Confidentiality Statement:** The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.

--

**Haley Livingston, Ed. S.**
**Director, Harrell Learning Center**
Email: hlivingston@okhlc.org
Front Office Phone: 912.285.6191
Office Phone: 912.338.5996
Fax: 912.287.6652

*"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

Confidentiality Statement: The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.