# EXHIBIT 62

Message

**From:** Haley Livingston [hlivingston@okhlc.org]
**Sent:** 6/4/2019 5:39:41 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Re: FW: Coordinator and SW survey
**Attachments:** image001.gif

I completed my survey. I do not have a coordinator or social worker.

I included my assistant director as coordinator in my survey.

I can't tell from the attachments anything to verify.

On Mon, Jun 3, 2019 at 2:03 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

All,

See attached survey results. I am missing the data for your site. There are 4 sites that do not have the program name listed for the 3 of social workers and 6 sites that do not have the number of coordinators listed. . Please let me know if these are your sites. If you have not completed the survey, please do so asap. Links are in the email below. Reminder to please list your program name.

Thanks!


Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

**From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Sent:** Friday, May 24, 2019 12:36 PM
**To:** csprague@tcjackets.net; abeaver@crispschools.org; Andrea Riley <gmcelwee@nwgnets.org>; Brooke Cole <brooke.cole@bcsdk12.net>; Cassandra Holifield <cassandra.holifield@mresa.org>; Celest Ngeve <celest.ngeve@rutlandacademy.org>; david.blevins@cowetaschools.net; Derrick Gilchrist <derrick.gilchrist@clayton.k12.ga.us>; Desiree Woods <desiree_d_woods@dekalbschoolsga.org>; haley livingston <hlivingston@okhlc.org>; Jacqie.neal@dalton.k12.ga.us; Joanna Mock <joannam@hgresa.org>; Kathy Lewis Hawkins <lewiska@rcboe.org>; Kerri Miller <Kerri.Miller@docoschools.org>; Kross@emanuel.k12.ga.us; Lachrista Mcqueen <mcqueen.lachrista.S@muscogee.k12.ga.us>; LISA FUTCH <lfutch@coastalacademygnets.com>; Patricia Wolf (pat.wolf@gnetsofoconee.org) <pat.wolf@gnetsofoconee.org>; Robin Baumgarten <Robin.Baumgarten@cobbk12.org>; Samuel Clemons (samuel.clemons@gocats.org) <samuel.clemons@gocats.org>; srwilson@tcjackets.net; stacey benson <sbenson@pioneerresa.org>; Steve Derr <Steven.Derr@sccpss.com>; Thiago Aleixo (thiago.aleixo@gscs.org) <thiago.aleixo@gscs.org>; whitney braddock <wbraddock@cedarwoodgnets.org>
**Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Coordinator and SW survey

Greetings,

Please disregard the previous emails with the survey links. After looking at responses, I have added a question to both of the surveys so you can put the name of the GNETS program. If you already completed the survey, please use the links below and enter the information again. My apologies for all the emails.

Coordinator Survey

https://forms.office.com/Pages/ResponsePage.aspx?id=g1ylGkMDy069Ob1_Q4dr19rch5TUPbNOq3zWDym GL4dUOVBWUTJWQkVaUVJKTEJLSU5FRTZCRlU3Vi4

Social Worker Survey

https://forms.office.com/Pages/ResponsePage.aspx?id=g1ylGkMDy069Ob1_Q4dr19rch5TUPbNOq3zWDymGL4dUOVBWUTJWQkVaUVJKTEJLSU5FRTZCRlU3Vi4u

Thanks,

*LaKesha Stevenson, Ed.D*

Program Specialist

Division for Special Education Services & Support

Georgia Department of Education

1870 Twin Towers East

205 Jesse Hill Jr. Drive SE

Atlanta, GA 30334-5010

Office: (404) 232-7991

Cell: (470)423-6990

Email: lstevenson@doe.k12.ga.us

www.gadoe.org

--

**Haley Livingston, Ed. S.**
**Director, Harrell Learning Center**
Email: hlivingston@okhlc.org
Front Office Phone: 912.285.6191
Office Phone: 912.338.5996
Fax: 912.287.6652

*"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

**Confidentiality Statement:** The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.

GA00347400

GA00347401