# EXHIBIT 63

**Message**

**From:** Haley Livingston [hlivingston@okhlc.org]
**Sent:** 5/30/2019 7:15:19 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Re: RBT status

Gore simply refused to complete.

On Wed, May 29, 2019 at 2:04 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Greetings,

It has been brought to my attention from Teachtown that the following staff did not complete the coursework for RBT certification. Please provide an update via email as to why staff did not finish the coursework. Funds were budgeted for this training and I need to provide an update. Thanks for your attention to this matter.

Vickie

| Didn't finish coursework | |
|---|---|
| Dekalb-Rockdale | Desiree Woods |
| Elam | Maria Wesley |
| Flint | Trista Shelton |
| Harrell LC | Leander Gore |
| Haven | Octavious Hicks |
| Horizon | Tracy Sirman |
| NorthStar | Dorthy Scott |
| Rutland | Celeste Ngeve |
| Rutland | Jay Beebe |

Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

--
**Haley Livingston, Ed. S.**
**Director, Harrell Learning Center**
Email: hlivingston@okhlc.org
Front Office Phone: 912.285.6191
Office Phone: 912.338.5996
Fax: 912.287.6652

*"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

**Confidentiality Statement:** The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.