# EXHIBIT 64

| | |
|---|---|
| Message | |
| From: | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| Sent: | 12/2/2020 5:01:40 PM |
| To: | abeaver@crispschools.org; Andrea Riley [gmcelwee@nwgnets.org]; Andrea.Deshazo@sccpss.com; Brooke Cole [brooke.cole@bcsdk12.net]; cassandra.holifield@mresa.org; celest.ngeve@rutlandacademy.org; david.blevins@cowetaschools.net; Derrick Gilchrist [derrick.gilchrist@clayton.k12.ga.us]; Desiree Woods [desiree_d_woods@dekalbschoolsga.org]; haley livingston [hlivingston@okhlc.org]; jacqie.neal@dalton.k12.ga.us; joannam@hgresa.org; Kerri Miller [Kerri.Miller@docoschools.org]; Lachrista McQueen [mcqueen.lachrista.S@muscogee.k12.ga.us]; Lisa Futch (lfutch@coastalacademygnets.com) [lfutch@coastalacademygnets.com]; NewsoTa@BOE.Richmond.k12.ga.us; Pat Wolf (pat.wolf@gnetsofoconee.org) [pat.wolf@gnetsofoconee.org]; Robin Baumgarten [Robin.Baumgarten@cobbk12.org]; Ross, Karen [kross@riverquestedu.org]; samuel.clemons@gocats.org; Stacey Benson [sbenson@pioneerresa.org]; sweakland@tcjackets.net; Thiago.aleixo@gscs.org; Whitney Braddock [wbraddock@cedarwoodgnets.org] |
| CC: | Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson] |
| Subject: | File review |

Greetings Directors,

Just updating everyone on the IEP file reviews. The date for completing the reviews has been extended to *January 15, 2021.* Please let me know if you have questions. Have a great day.

Vickie

**Georgia Department of Education**
c/o Vickie D. Cleveland, Ed.S
**Program Manager, GNETS**
**Division for Special Education Services and Supports**
1562 Twin Towers East
205 Jesse Hill Drive, SE
Atlanta, GA  30334
(470) 316-8664 Cell
vcleveland@doe.k12.ga.us
www.gadoe.org

PLAINTIFF'S EXHIBIT 386

GA00364535