# EXHIBIT 65

Message

**From:** Cole, Brooke [Brooke.Cole@bcsdk12.net]
**Sent:** 11/5/2020 11:17:53 AM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]; Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** Re: Regional TA Meeting/Link

CAUTION: This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Thanks!

Get Outlook for iOS

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Wednesday, November 4, 2020 10:03:24 PM
**To:** Cole, Brooke <Brooke.Cole@bcsdk12.net>; Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Subject:** RE: Regional TA Meeting/Link

Hi Brooke,
No worries. There is flexibility around getting this completed. You can work through December 15th.  Let me know if you have further questions.
Thanks

**From:** Cole, Brooke <Brooke.Cole@bcsdk12.net>
**Sent:** Wednesday, November 4, 2020 4:06 PM
**To:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Re: Regional TA Meeting/Link

CAUTION: This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Thanks! Hey! So... there's no way we can complete all my file reviews by the end of the month... I'm aiming for close to 100 but I have almost 300 to do... can I get an extension?

Get Outlook for iOS

**From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Sent:** Wednesday, November 4, 2020 3:50:11 PM
**To:** Cole, Brooke <Brooke.Cole@bcsdk12.net>
**Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Regional TA Meeting/Link

Hello Brooke,

The presentation from the regional meeting is attached. Please use the link below to complete the GNETS Duties and Responsibilities Checklist. The checklist should be submitted within 48 hours of the meeting. Please let me know if you have any additional questions.



Plaintiff Exhibit
Exhibit No.: 578
Name:
Date:
ESQUIRE

GA00363717

https://form.jotform.com/202944013306142

Thanks,

Georgia Department of Education
LaKesha Stevenson, Ed.D
Program Specialist
Office of Federal Programs
Division for Special Education Services & Support
1562 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334-5010
Cell: (470)423-6990
Email: lstevenson@doe.k12.ga.us
www.gadoe.org

GA00363718