# EXHIBIT 66

| | |
|---|---|
| Message | |
| From: | Celest Ngeve [celest.ngeve@rutlandacademy.org] |
| Sent: | 12/2/2020 5:03:47 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| CC: | abeaver [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user0e7a4c5d]; Andrea Riley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=useraa29ac9d]; Andrea Deshazo [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c61ee4de2410462097bde58a949f1748-Guest_24cf8]; Brooke Cole [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user16ce386c]; Cassandra Holifield [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user00e2192f]; david.blevins@cowetaschools.net; Derrick Gilchrist [derrick.gilchrist@clayton.k12.ga.us]; Desiree Woods [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user35ab585e]; hlivingston@okhlc.org [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4004b986cf264720b5d230437e2b5456-Guest_d3066]; jacqie.neal@dalton.k12.ga.us [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7d1a5c0ded44b97ad9b2ae0f9045691-Guest_19713]; Joanna Mock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user0c088695]; Miller, Kerri [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user8a1f7111]; Lachrista Mcqueen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user03f65daa]; LISA FUTCH [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userc443e95c]; NewsoTa@BOE.Richmond.k12.ga.us [NewsoTa@boe.richmond.k12.ga.us]; Pat Wolf [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user035fbe83]; Robin Baumgarten [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user35d827b2]; Ross, Karen [kross@riverquestedu.org]; samuel.clemons@gocats.org [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3be25e4464a340d0b503670710015664-Guest_f9696]; stacey benson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userec6e852a]; sweakland@tcjackets.net; thiago.aleixo@gscs.org [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c8e2afcd09f4c4cbf82c0df55c9a7fd-Guest_4dc17]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4]; Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson] |
| Subject: | Re: File review |

CAUTION: This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Thank you for the update.

On Wed, Dec 2, 2020 at 12:01 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Greetings Directors,

Just updating everyone on the IEP file reviews. The date for completing the reviews has been extended to *January 15, 2021*. Please let me know if you have questions. Have a great day.

Vickie

**Georgia Department of Education**

c/o Vickie D. Cleveland, Ed.S



PLAINTIFF'S EXHIBIT 228 SMS 7/15/22

GA00055066

**Program Manager, GNETS**

**Division for Special Education Services and Supports**

1562 Twin Towers East

205 Jesse Hill Drive, SE

Atlanta, GA 30334

(470) 316-8664 Cell

vcleveland@doe.k12.ga.us

www.gadoe.org


--

Ms. Celest Ngeve, M.Ed.

Director


Rutland Academy

1250 Oglethorpe Avenue

Athens, Georgia 30606

Tel (706) 549-3030 ext. 427

Fax (706) 613-7142


Motto: "Whatever It Takes, We Can & We Will!"……..Committed To Student Success, No Exceptions, No Excuses

GA00055067

"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou


NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706) 549-3030 ext. 427 or by electronic mail (celest.ngeve@rutlandacademy.org) and delete this message and all copies and backups.