# EXHIBIT 67

| | |
|---|---|
| Message | |
| From: | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| Sent: | 11/18/2016 4:29:38 PM |
| To: | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| Subject: | Re: 4 year old |

Thanks Nakeba! Have a great Thanksgiving!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX


*"There is little difference in people, but that little difference makes a big difference. The little difference is attitude. The big difference is whether it is positive or negative."*

*W. Clement Stone*



---

**From:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Sent:** Friday, November 18, 2016 11:23 AM
**To:** Pat Wolf
**Subject:** RE: 4 year old

Hi Pat,

That's correct. The new age will not take effect until the rule is initiated.



PLAINTIFF'S DEPOSITION EXHIBIT 497
Wolf
MB 10-6-22 ID

Nakeba

**From:** Pat Wolf [mailto:pat.wolf@gnetsofoconee.org]
**Sent:** Friday, November 18, 2016 11:04 AM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** 4 year old

Nakeba,
I have a 4 year old not turning 5 until May. Since the new rule isn't in effect, can we serve him in our GNETS Classroom? Just making sure....
Thanks!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX

"There is little difference in people, but that little difference makes a big difference. The little difference is attitude. The big difference is whether it is positive or negative."
W. Clement Stone

