# EXHIBIT 68

Message

**From:** Nakeba Rahming [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=879D33DD936548A39333444C70241D1F-NAKEBA RAHM]
**Sent:** 8/2/2016 12:26:45 AM
**To:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**CC:** Brooke Cole [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user16ce386c]
**Subject:** RE: Jasper County

Jasper county is in the catchment area for the Oconee GNETS program, thus, students will need to receive services in their service area by the Oconee Program or in their local school district. Another concern would be the distance the Jasper county students would need to travel to receive services at Elam.

Please contact me if you have further questions.

**From:** Pat Wolf [mailto:pat.wolf@gnetsofoconee.org]
**Sent:** Monday, August 1, 2016 7:42 PM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Cc:** Brooke Cole <brooke.cole@bcsdk12.net>
**Subject:** Jasper County

Good evening, Nakeba,
Can Elam Alexander Academy serve Jasper County Students even though Jasper County falls under GNETS of Oconee catchment? This may have been something updated in the new rule.. just want to make sure Brooke and I have the correct and current information on this.
Thanks!
Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Milledgeville, GA 31061
(478) 414-2023
(478) 414-2025 FAX

*Try to be a rainbow in someone's cloud.*

-Maya Angelou



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 498
ID 10-6-22 MB

GA00781443

GA00781444