# EXHIBIT 69

Message

| | |
|---|---|
| **From:** | Lisa Futch [lfutch@coastalacademygnets.com] |
| **Sent:** | 3/21/2019 4:37:20 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **CC:** | jbrinson@wayne.k12.ga.us; Kim Sims [KSims@wayne.k12.ga.us]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4]; Richard Smith [rsmith@fdresa.org] |
| **Subject:** | Wayne County School System GNETS Relocation FY 20 |
| **Attachments:** | Wayne CO Reintgration Plan.doc |

Vickie,

Attached is the System Relocation plan for Wayne County. Wayne County will be changing GNETS Service Providers from Cedarwood to Coastal Academy beginning FY 20 school year. Please let me know if there is anything else we need to do.

Thanks
Lisa

--
Lisa Futch, Director
Coastal Academy GNETS Program
3734 Ross Rd
Brunswick, GA 31520
912-554-0153

EXHIBIT
542

GA01064131

*Richard Woods, Georgia's School Superintendent*
*"Educating Georgia's Future"*

### Guidance Document for Local Education Agency (LEA) and GNETS Systemic Reintegration Planning

- The purpose of this document is to provide an overview of key indicators that should be considered when LEAs plan to transition all LEA students into their home school districts or a facility required to remove students due to its physical conditions.
- The document focuses on three major areas: 1. Reintegration planning team, 2. Key areas to be addressed, 3. Important links and documents to support the reintegration process, and 4. Reintegration Action Planning.

1. **Reintegration/Relocation Planning Team**

   - When considering a large reintegration/relocation process, the LEA will need to convene a systemic reintegration/relocation planning team. The team should include the following stakeholders:
     - Superintendent of the home district (or his/her designee);
     - Fiscal agent;
     - GNETS staff
     - Special education director; and
     - Home school district personnel
   - Any other member deemed necessary by the team (e.g., legal services, community agencies).

2. **Reintegration/Relocation Key Areas**

   - When considering a large reintegration regarding all students into home school districts or a facility required to remove students due to its physical conditions, the LEA must consider the key factors below:
   - **Safe and Healthful Facility**: Determine where students would be served and ensure the classroom or building is considered safe and healthful, for example, staff capacity, vocation and schedule therapy service for students.
   - **Address Barriers**: Consider barriers that may prevent a successful systemic reintegration/relocation and develop a plan to address them.
   - **Continuity of Services Documented in Students' IEPs**: Convene IEP teams to determine IEP amendments for a FAPE, access to the general curriculum, and the level of therapeutic services needed for the student to be successful.

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334 • www.gadoe.org
An Equal Opportunity Employer

GA01064132

- **Necessary Resources:** Discuss the resources needed to support educational and behavioral opportunities for all students throughout the reintegration/relocation process (e.g., fiscal, qualified personnel, time commitment, transportation, materials, and access to amenities/activities as non-disabled peers).
- **Efficient Records Transfer:** Ensure accurate, complete, and updated records are transferred confidentially and efficiently between agencies.
- **Capacity Building:** Determine what professional learning or technical assistance will be required for staff pre- and post-reintegration/relocation activities.
- **Communication Protocol:** Establish a protocol for communication throughout the process and ensure everyone is aware of their responsibilities. Parents/guardians should be informed.
- **Fiscal Preparation** – Determine the cost for relocation efforts (i.e., salaries, direct and indirect cost, building maintenance, 2 cycle delay in receiving student FTE).
- **Systemic reintegration when multiple districts are involved-** If students from multiple districts are being served at a location that no longer plans to receive services from GNETS, the team must consider working with personnel from the home school districts and GNETS to determine where the impacted students from the other districts will receive their services.
-

3. **Important Links**

    This section provides access to links on the GaDOE website that may be helpful for stakeholders considering a systemic reintegration process or relocating their students to another facility.

    IEP FAQ
    SBOE Rule 160-4-7-.07 (LRE)
    FAQ about Disability- Accessibility and Services
    SBOE Rule 160-4-7-.15 (GNETS)
    Fiscal Questions: GNETS Program Manager
    Facilities Question: GaDOE Facilities Director

4. **Submission of Reintegration Action Plan**

    All systemic reintegration plans must be submitted to the GNETS Program Manager for review and/or feedback. Plans must include a date for when the reintegration process will occur. LEAs and GNETS will be notified if there are recommendations or request for revisions. GaDOE's staff will be available to provide feedback and support throughout the process.



## SAMPLE: LEA Systemic Reintegration or Facilities Relocation Action Plan

| Focus Area | Task to be completed | Agency/Person Responsible? | Target Date | Date Completed |
|---|---|---|---|---|
| Locating a safe and healthful facility | Wayne County will be changing GNETS Services Providers from Cedarwood to Coastal Academy for FY 20 school year.  Wayne County will transport GNETS students to Coastal Academy Hinesville 100 Deen St., Hinesville GA.  Coastal Academy Hinesville Site currently serves students from Byran, Long and Liberty and has been previously approved by GA DOE Facilities. | Wayne County – Dr. Jay Brinson, Superintendent Kim Sims, Director Of Special Education | August 5, 2019 | |
| Addressing barriers to transition students | Coastal Academy and Wayne County will collaborate when transitioning students to ensure that students receive services as stated in the IEP.  Wayne County will provide parents and students with a bus tour of Coastal Academy Hinesville Facilities to help ease transition concerns.  Coastal Academy and Wayne County will schedule a transition night for GNETS Families to explain the relocation and services offered.  Parents will receive a follow up phone call and letter to invite them on the bus tour. | Wayne County – Dr. Jay Brinson, Superintendent Kim Sims, Director of Special Education Lisa Futch, Director of Coastal Academy GNETS Stephanie Horton, Coordinator CA GNETS Whitney Braddock, Director of Cedarwood GNETS Program | Make phone calls April 8-12, 2019; Family Night April 18, 2019 Wayne Tech Center 6-8 CA GNETS Bus Tour April 26, 2019 10:30 am – 12:30 PM | |
| Continuity of IEP services | Coastal Academy and Wayne County will collaborate to ensure that students receive services as stated in the IEP.  IEP meetings will continue to be held at home school in Wayne County.  IEPs will be reviewed to ensure that services are being provided at the same level as currently provided.  IEP meetings will be scheduled as necessary.  Cedarwood and Coastal Academy have the same fiscal agent and are structured the primarily the same with regards to services offered. | Wayne County – Kim Sims, Special Education Director Stephanie Horton Coastal Academy Coordinator Lisa Futch Director of Coastal Academy GNETS GNETS Staff | May 10, 2019 | |
| Behavior supports | Coastal Academy will provide Positive Behavior Interventions and Supports to students throughout | Stephanie Horton, Coastal Academy Coordinator | August 5, 2019 | |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334 • www.gadoe.org
An Equal Opportunity Employer

GA01064134

GA01064135

| | | | | |
|---|---|---|---|---|
| | the relocation process and will continue once at Coastal Academy. All Coastal Academy staff will be provided a copy of each student's behavior intervention plan to review prior to student arrival. Students will participate Coastal Academy's tiered social skills instruction. During transport, students will be allowed to bring their own media devices to occupy them during the 30 minute transport. Students will be required to turn in the media devices each morning when entering the GNETS facility. | Lisa Futch, Director of Coastal Academy GNETS GNETS Classroom Staff GNETS Therapeutic Support Staff | | |
| Academic supports | Wayne County will provide all required textbooks and necessary materials and online programs to allow for access to general curriculum. Students will participate in CA GNETS tiers of academic remediation programs and will have access to the district programs when necessary. | Wayne County – Kim Sims, Director of Special Education Stephanie Horton, Coastal Academy Coordinator GNETS Classroom staff Wayne County Administration | August 5, 2019 | |
| Communication protocol | Coastal Academy and Wayne County will collaborate when transitioning students to ensure that students receive services as stated in the IEP. Wayne County will provide parents and students with a bus tour of Coastal Academy Hinesville Facilities to help ease transition concerns. Coastal Academy and Wayne County will schedule a transition night for GNETS Families to explain the relocation and services offered. Parents will receive a follow up phone call and letter to invite them on the bus tour.

Open House will also be held during pre-planning for FY 20. | Wayne County – Dr. Jay Brinson, Superintendent Kim Sims, Director of Special Education Lisa Futch, Director of Coastal Academy GNETS Stephanie Horton, Coordinator CA GNETS Whitney Braddock, Director of Cedarwood GNETS Program | Make phone calls April 8-12, 2019;

Family Night April 18, 2019 Wayne Tech Center 6-8

CA GNETS Bus Tour April 26, 2019 10:30 am – 12:30 PM | |
| Capacity building for staff to support students | Coastal Academy GNETS Administration will provide GNETS staff a professional learning meeting to review all Wayne County Student files. This will aid in a seamless transfer of academic and behavior supports. | Lisa Futch, Director Coastal Academy GNETS Stephanie Horton, Coordinator Coastal Academy GNETS | May 28, 2019 | |

| | | | |
|---|---|---|---|
| Efficient transfer of records | Coastal Academy and Wayne County will collaborate to ensure that students receive services as stated in the IEP. IEP meetings will continue to be held at home school in Wayne County. IEPs will be reviewed to ensure that services are being provided at the same level as currently provided. IEP meetings will be scheduled as necessary. Cedarwood and Coastal Academy have the same fiscal agent and are structured the primarily the same with regards to services offered.<br><br>Cedarwood will provide current Wayne County paper files to Coastal Academy. The Coastal Academy Coordinator will be provided access to SIS and GoIEP. | Wayne County – Kim Sims, Director of Special Education Stephanie Horton, Coordinator Coastal Academy GNETS<br>Lisa Futch, Director of Coastal Academy GNETS<br>Whitney Braddock, Director of Cedarwood GNETS | May 10, 2019 |
| Fiscal obligations | Cedarwood and Coastal Academy will enter into an MOU agreement. Cedarwood will provide Coastal Academy the per student funded amount for the FY 18 and FY 19 student count. Coastal Academy will report Wayne County students for FY 20 and receive funding. Salaries will be paid by First District RESA / Coastal Academy GNETS State Grant. Transportation cost will be provided by Wayne County. Building maintenance will be provided by Liberty County. Liberty County will bill Wayne County a per student cost for the maintenance required at the end of each fiscal year.<br><br>Indirect cost will be paid to FDRESA by Coastal Academy as required. | Whitney Braddock, Director of Cedarwood GNETS<br>Lisa Futch, Director of Coastal Academy GNETS<br>Wayne County – Dr. Jay Brinson, Superintendent<br>Kim Sims, Special Education Director | June 30, 2019<br>June 30, 2020 |
| Inform Parents/Key stakeholders | Coastal Academy and Wayne County will collaborate when transitioning students to ensure that students receive services as stated in the IEP. Wayne County will provide parents and students with a bus tour of Coastal Academy Hinesville Facilities to help ease transition concerns. Coastal Academy and Wayne County will schedule a transition night for GNETS Families to explain the relocation and services offered. Parents will receive a follow up phone call and letter to invite them on the bus tour. | Wayne County – Dr. Jay Brinson, Superintendent Kim Sims, Director of Special Education<br>Lisa Futch, Director of Coastal Academy GNETS<br>Stephanie Horton, Coordinator CA GNETS<br>Whitney Braddock, Director of Cedarwood GNETS | Make phone calls April 8-12, 2019;<br><br>Family Night April 18, 2019 Wayne Tech Center 6-8<br><br>CA GNETS Bus |

GA01064136

|  |  | Program | Tour April 26, 2019 10:30 am – 12:30 PM |
|---|---|---|---|
|  | Open House will also be held during pre-planning for FY 20. |  |  |
| Other | Student Observations, Assistance with FBAs and BIPs as well as professional learning will be provided to Wayne County school system and staff as requested. | Stephanie Horton, Coordinator Coastal Academy GNETS<br>Lisa Futch, Director Coastal Academy GNETS | As requested |

GA01064137