# EXHIBIT 70

Message

**From:** Cole, Brooke [Brooke.Cole@bcsdk12.net]
**Sent:** 1/15/2019 5:06:56 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**CC:** Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** Re: ID Enrollment info

Hey!

▓▓▓ and ▓▓▓ are Bibb students and are on GOIEP. ▓▓▓ is actually being served in my satellite location at Southwest HS. ▓▓▓ is a Peach county student. I have began conversations with Bibb, Houston, and Peach to begin the LRE process.

I still have requests for placement for GAA students... do I need to tell them no more?

Brooke A. Cole
Director
Elam Alexander Academy
478.779.3931 (office)
478.538.6107 (cell)

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Tuesday, January 15, 2019 10:27 AM
**To:** Cole, Brooke
**Cc:** Lakesha Stevenson
**Subject:** ID Enrollment info

Hi Brooke,
I have reviewed the Au/MID/MOID data that you submitted. I have concerns regarding the enrollment numbers for these disability categories. I will send an invite so that we can meet to discuss LRE for these students. Are you using GOIEP??? If not, please upload the IEPs for the following students in the portal for us.
Thanks, Vickie



Plaintiff Exhibit
Exhibit No.: 567
Name: Cole
Date: 10-27-22
ESQUIRE

GA00338963

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

GA00338964