# EXHIBIT 71

EXHIBIT

727

Message

| | |
|---|---|
| **From:** | Nakeba Rahming [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=879D33DD936548A39333444C70241D1F-NAKEBA RAHM] |
| **Sent:** | 9/19/2016 4:00:11 PM |
| **To:** | Samuel Clemons [samuelclemons@lowndes.k12.ga.us] |
| **Subject:** | RE: Referral |

Hi Sam,

Yes, we will accept a child from any public school to ensure FAPE is provided to the child. In regards to the referral, you would follow the same process as you would with any of your schools. Convene an IEP team meeting to ensure that the GNETS  program is where the student will need to receive the services identified by the IEP team.

Please let me know if this helps.

Nakeba

-----Original Message-----
From: Samuel Clemons [mailto:samuelclemons@lowndes.k12.ga.us]
Sent: Monday, September 19, 2016 11:53 AM
To: Nakeba Rahming <NRahming@doe.k12.ga.us>
Subject: Referral

I have been contacted by a charter school concerning a referral. How does that work ? Do we take students from charter schools?

Sent from my iPhone

GA00226017