Case 1:16-cv-03088-ELR     Document 395-106     Filed 10/21/23     Page 1 of 3

# EXHIBIT 72

Message

| | |
|---|---|
| From: | SAMUEL CLEMONS [samuelclemons@lowndes.k12.ga.us] |
| Sent: | 3/8/2017 2:21:02 PM |
| To: | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| Subject: | Re: Question |

# Thanks

On Tue, Mar 7, 2017 at 7:10 PM, Nakeba Rahming <NRahming@doe.k12.ga.us> wrote:
Hi Sam,

If the student met his/her or goals, the IEP team should recommend that the student return to the less restrictive team without a trial period. There can be consideration for the student to receive some segments with GNETS if the team feels like full reintegration might not work for the student. Please let me know if this helps.

-----Original Message-----
From: SAMUEL CLEMONS [mailto:samuelclemons@lowndes.k12.ga.us]
Sent: Friday, March 3, 2017 11:49 PM
To: Nakeba Rahming <NRahming@doe.k12.ga.us>
Subject: Re: Question

I have a system that want students to come back on a trial basis for two weeks before they are staff back. These are students that have met the established exit criteria and mastered behavioral goals.

Sent from my iPhone

> On Mar 3, 2017, at 6:07 PM, Nakeba Rahming <NRahming@doe.k12.ga.us> wrote:
>
> I'm sorry Sam, I don't understand your question. Would you please clarify or provide a little more detail?
>
> Thanks
>
> -----Original Message-----
> From: SAMUEL CLEMONS [mailto:samuelclemons@lowndes.k12.ga.us]
> Sent: Friday, March 3, 2017 4:36 PM
> To: Nakeba Rahming <NRahming@doe.k12.ga.us>
> Subject: Question
>
> I gave a system that want students to attend for several weeks (2 or 3) before transitioning them back even after meet goal and criteria?
>
> Sent from my iPhone

--

Dr. Samuel Clemons

Regional Director

Horizon Academy

1500-A Lankford Drive

Valdosta, GA 31601

samuelclemons@lowndes.k12.ga.us

A child's life is like a piece of paper on which every person leaves a mark.

Vision: A corps of passionate and unified learning communities striving for world-class excellence every day.

Mission: Working together to teach students in a safe, orderly, and challenging environment , inspiring them to learn and excel.

GA00784318