# EXHIBIT 73

| Message | |
|---|---|
| **From:** | Holifield, Cassandra [cassandra.holifield@mresa.org] |
| **Sent:** | 3/6/2018 8:09:37 PM |
| **To:** | Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith] |
| **Subject:** | RE: GNETS Questions |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Perfect! I look forward to speaking with you soon.



Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

**From:** Keith, Clara [mailto:clara.keith@dbhdd.ga.gov]
**Sent:** Tuesday, March 6, 2018 3:08 PM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** Re: GNETS Questions

Yes, that would be perfect. Thursday is even better since I will be in the office.

Take care, it's just easier to talk through your request.

Clara

Sent from my iPhone

On Mar 6, 2018, at 3:05 PM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Clara,
May I call you on tomorrow when I leave GCASE or sometime on Thursday? Please let me know. Thanks.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

**From:** Keith, Clara [mailto:clara.keith@dbhdd.ga.gov]
**Sent:** Tuesday, March 6, 2018 2:59 PM

**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** Re: GNETS Questions

*Cassandra,*
Please let me know when you have a moment to talk. You can also just call me in my mobile
404.964.8007.

Take care!

Sent from my iPhone

On Mar 5, 2018, at 10:44 AM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Perfect! For now, some of the GNETS Directors and I met and came up with a few ideas
of how we can reinvent/redesign GNETS to provide services better and/or differently.
The committee and I want to know if you're willing to meet with us and discuss these
ideas and tell us what's possible/permissible and what's not before we go deeper with
these suggestions or would you prefer we draft the ideas first and share them with you
and we brainstorm from those ideas and/or others? Please let us know. Thanks!

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

**From:** Keith, Clara [mailto:clara.keith@dbhdd.ga.gov]
**Sent:** Monday, March 5, 2018 9:57 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** Re: GNETS Questions

No, I'm in Atlanta. I usually don't attend GCASE. I will talk with you when you have a
moment to spare!
Take care,
Clara

Sent from my iPhone

On Mar 5, 2018, at 9:46 AM, Holifield, Cassandra <cassandra.holifield@mresa.org>
wrote:

> CAUTION: This email originated from outside of the organization. Do not click
> links or open attachments unless you recognize the sender and know the
> content is safe.

Clara,

GA00152940

Good morning! How are you? I hope all is well with you. I'm in the GNETS Directors meeting right now so I can't call you. Are you here at GCASE this week?

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

**From:** Keith, Clara [mailto:clara.keith@dbhdd.ga.gov]
**Sent:** Monday, March 5, 2018 9:31 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** Re: GNETS Questions

Hi Cassandra,
I'm so sorry I'm just responding to your message. I generally don't check my work email on the weekends. If you still need my help, please give me a call. My mobile number is 404.964.8007.

Again,
Please accept my apology!
Clara

Sent from my iPhone

On Mar 4, 2018, at 5:41 PM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Clara,
I hope all is well with you. I'm here with some of the GNETS Directors and we're brainstorming potential service delivery model changes for GNETS. Are you available for us to give you a quick call? If so, may I have your cell number? My cell number is: 404-993-4601. Thanks!

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

GA00152941