EXHIBIT 74

Message

| From: | Celest Ngeve [celest.ngeve@rutlandacademy.org] |
|---|---|
| Sent: | 10/25/2019 2:03:59 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | Re: J. Brown |

Greetings Vickie,

Yes, I am. You can give me a call at 678-425-4841 or if there's a number you'd like me to call, let me know.

Thanks,

Ms. Celest Ngeve,
Director
Rutland Academy

> On Oct 25, 2019, at 8:49 AM, Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:
>
> Good morning,
> Are you available for a 10:30 conference call this morning?
>
> Vickie D. Cleveland, Ed.S
> Program Manager
> GNETS
> Georgia Department of Education
> Special Education Services and Supports
> 1862 Twin Towers East
> 205 Jesse Hill Jr. Drive, SE
> Atlanta, GA 30334
> (404) 651-5390 Office
> (770) 344-4482 Fax
> vcleveland@doe.k12.ga.us
>
> *"Educating Georgia's Future"*
> Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent
>
>
> From: Celest Ngeve <celest.ngeve@rutlandacademy.org>
> Sent: Thursday, October 17, 2019 2:20 PM
> To: Vickie Cleveland <VCleveland@doe.k12.ga.us>; Lakesha Stevenson <lstevenson@doe.k12.ga.us>
> Subject: Fwd: J. Brown
>
> Greetings Team,
>
> Clarke has a kiddo that is returning from YDC. He previously attended Rutland before going to YDC
> though his behaviors were more conduct in nature. Either way, I know he'd return here when coming
> back from YDC as we were the last placement prior to YDC. Mom doesn't want him to return to Rutland.
> I want to double check just for my own clarity. If mom decides she doesn't want him to return here,

PLAINTIFF'S EXHIBIT
224
SMS  7/15/22
PENGAD-Bayonne, N.J.

won't her parent rights override Clarke wanting him to return here? I noticed in the verbiage that one of the Clarke coordinators sent (below) that she is telling the DHS case manager that the student has to return to Rutland, yet I was thinking that if mom doesn't agree to placement, when we meet, the district has to support him in another way. Is this correct? Again, I'm seeking clarity to make sure I am adequately prepared for the meeting.

Thanks,

Ms. Celest Ngeve,
Director
Rutland Academy

Begin forwarded message:

> **From:** "Webster, Sabrina" <websters@clarke.k12.ga.us>
> **Date:** October 17, 2019 at 1:47:09 PM EDT
> **To:** michelle.brooks@dhs.ga.gov
> **Cc:** Shelby Anderson <andersons@clarke.k12.ga.us>, LaToya Tillman
> <latoya.tillman@rutlandacademy.org>, Celest Ngeve
> <Celest.Ngeve@rutlandacademy.org>
> **Subject: J. Brown**
>
>
> Hi Ms. Brooks,
>
> I am one of the special education coordinators for Clarke County who supports our students at Rutland. I just spoke with J███s mom to let her know we have a meeting scheduled for Wednesday, October 23, at 1:00 at Rutland Academy to begin serving J███
>
> As you may be aware, Mom does not want J███ to return to Rutland. I attempted to explain to Mom that J███ would first need to return to Rutland, but we could talk about a transition plan. Mom stated she does not mind if J███ attends a GNETS facility, but she does not want him to attend the one here. Mom stated she would move in order for J███ to attend a different GNETS.
>
> Will you please touch base with Mom to determine her intentions moving forward now that she realizes J███ will need to return to our GNETS?
>
> I will add you to the calendar invite, but if you could reach out to me via email or one of the phone numbers below, I would appreciate it.
>
> Thanks for your time,
> Sabrina
>
> Sabrina Webster
> Special Education Coordinator
> Clarke County School District
> 550 Whitehead Road
> Athens, GA 30606
> Office: 706.546.7721 Ext. 65733
> Cell: 404.788.6914