EXHIBIT 75

Message

**From:**      Celest Ngeve [celest.ngeve@rutlandacademy.org]
**Sent:**      1/3/2020 6:27:06 PM
**To:**        Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]; Lakesha Stevenson
               [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:**   Chat?


Greetings Team,

Are you available to chat regarding a student a district wants to send our way?

Thanks,

Ms. Celest Ngeve,
Director
Rutland Academy

