# EXHIBIT 76

Message

| | |
|---|---|
| From: | Whitney Braddock [wbraddock@cedarwoodgnets.org] |
| Sent: | 3/12/2018 3:17:09 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | System moves |

Vickie,
Screven County is currently under RiverQuest and may want to move to Cedarwood. What is the process that needs to be done?
Also, Jenkins County got permission to move from RiverQuest to Cedarwood last year by Nakeba. Was I given credit for them in my budget for FY19?
Thanks,
Whitney

Whitney Braddock, Ed. S.
Cedarwood GNETS Program Director
400 Donnie Simmons Way
Statesboro, Georgia 30458
Office: 912-489-5077
Fax:    912-489-5079
Email:   wbraddock@cedarwoodgnets.org

Cedarwood... Empowering Children to Create their own Future

Confidentiality Statement - This email is confidential. The information herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you must not disclose or use the information contained in the email. If you have received this email in error, please contact us immediately and delete (destroy) the document.

EXHIBIT 250

GA00317244