# EXHIBIT 77

| | |
|---|---|
| **Message** | |
| From: | Whitney Braddock [wbraddock@cedarwoodgnets.org] |
| Sent: | 12/6/2017 2:28:33 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | Re: Iready student transfer |

thank you!

Whitney Braddock, Director
Cedarwood GNETS Program
400 Donnie Simmons Way
Statesboro, Georgia 30458
Office: 912-489-5077
Fax:    912-489-5079
Email:  wbraddock@cedarwoodgnets.org

Cedarwood…. Empowering Children to Create their own Future

Confidentiality Statement - This email is confidential.  The information herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited.  If you are not the intended recipient, you must not disclose or use the information contained in the email.  If you have received this email in error, please contact us immediately and delete (destroy) the document.


On Wed, Dec 6, 2017 at 9:25 AM, Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Hi Whitney,

I'm reading your email now. Will complete the transfer. Have a great day. ☺

Vickie


From: Whitney Braddock [mailto:wbraddock@cedarwoodgnets.org]
Sent: Wednesday, December 6, 2017 9:24 AM
To: Vickie Cleveland <VCleveland@doe.k12.ga.us>
Subject: Iready student transfer


Vickie,

I sent a request for a student transfer in iready in the portal earlier this week. I was just double checking to be sure that you knew the request was there. I have teachers asking about the student.

Thanks,

EXHIBIT
254

GA00013594

Whitney

Whitney Braddock, Director
Cedarwood GNETS Program
400 Donnie Simmons Way
Statesboro, Georgia 30458
Office: 912-489-5077
Fax:     912-489-5079
Email:   wbraddock@cedarwoodgnets.org

Cedarwood…. Empowering Children to Create their own Future

Confidentiality Statement - This email is confidential. The information herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you must not disclose or use the information contained in the email. If you have received this email in error, please contact us immediately and delete (destroy) the document.

GA00013595