# EXHIBIT 78

# Exhibit Placeholder

Files archived in Box.com
https://esquire.box.com/s/szln7ey0e4tlfdbybfg2shvrvq9od9z2

**EXHIBIT 429**

Message

| | |
|---|---|
| **From:** | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| **Sent:** | 5/26/2020 9:18:31 PM |
| **To:** | Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson] |
| **Subject:** | draft responses |
| **Attachments:** | Copy of Copy GNETS Director Meeting Questions(2020-05-26) (1).xlsx |

See attached draft responses.....

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
205 Jesse Hill Jr. Drive, SE
1862 Twin Towers East
Atlanta, GA 30334
(404) 651-5390 Office
(470) 316-8664 Cell
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

**Document Produced in Native Format**

GA00956690

| Topic |
| --- |
| Budget |
| Budget |
| Budget |
| Budget |
| Budget |
| |
| Budget |
| Budget |
| |
| Budget |
| |
| Budget |
| Budget |
| |
| Legal Updates |
| Legal Updates |
| Legal Updates |
| |
| Con App |
| Con App |
| |
| Strategic Plan Review |
| |
| Strategic Plan Review |
| |
| Technology and Distance Learning |
| |
| |
| Professional Learning |

| Question |
|---|
| Understanding that the FY21 allocations will be in line with the 14% reduction from the FY20 amounts, when will we actually receive the FY21 grant amoun |
| What strategic plan initiatives will be disrupted due to the potential 14% budget cuts? (BASC, SDQ, I-Ready, Professional Learning due to limited travel bud |
| What is the budget due date? Con App is typically due by June 30th. There will be flexibility on this pending when the allocations are received |
| Will our budget be cut 14% next school year? We have been informed that there are no exceptions to the 14% reduction. This information was shared with |
| IDEA grant to date |
| |
| When can we anticipate getting draft budget numbers? We have not received any information on the GNETS FY21 allocations;it's our understanding the leg |
| Will sites that under RESA receive funds for Safety items due to CD-19? All questions regarding COVID19 funds should be directed to Matt Cardoza's office |
| |
| Will we still have the opportunity to keep the state funded Social Worker for FY21? We have not received any information on the GNETS FY21 allocations;it |
| |
| When will you have a draft copy of the FY 21 budget to share with us? We have not received any information on the GNETS FY21 allocations;it's our unders |
| What strategic plan initiatives will be disrupted due to the potential 14% budget cuts? (BASC, SDQ, I-Ready, Professional Learning due to limited travel bud |
| |
| How do you anticipate the last ruling impacting the network? Motions for each case were dimissed. We will be updated by the AG office of any changes or |
| What are the latest update on the lawsuits? Motions to dismiss both cases were presented and denied. |
| In light of the two recent court rulings, can you please provide us with updates as to the next steps that GaDOE and/or the State of Georgia are looking at. |
| |
| What is the due date for the grant in Con App? Flexibility here; due date will extend beyond June 30th |
| When will the Con-App be opened? The Con-App was opened on May 18th… Has anyone entered any info yet? |
| |
| When will we know dates for fall review (those scheduled for Spring that we're postponed)? Lakesha will provide the calendar for those rescheduled mee |
| Will the strategic plan reviews be face to face, conducted virtually or pushed back to after January? |
| Do we need to begin uploading documentation online? All reviews will be conducted virtually until January 2021. There are no GaDOE face to face |
| |
| Is there some guidance on how to provide social-emotional learning through distance learning? This remains a challenge for all schools not just GNETS. Res |
| Will additional distance learning, access to internet and webabsed programs for students be available through the state or should we continue to work wit |
| |
| When will GNETS Directors meetings resume on a regularly basis so we can collaborate with each other how to meet the unique needs of our students |
| during Covid-19, budget constraints, and other issues so we can glean from each other? Directors webinars have been scheduled; no GaDOE face to face |
| Will there be distance learning for staff training provided through the state for staff on LSCI, Mindset, and Trauma Informed Care? Exploring opportunities |

ts?We have not received any information on the GNETS FY21 allocations;it's our understanding the legislature will recommend a budget to the Governor

gets, etc) We will know more on this as we receive the allocations for FY21

Superintendents

gislature will recommend a budget to the Governor in June

regarding RESA funding

's our understanding the legislature will recommend a budget to the Governor in June

standing the legislature will recommend a budget to the Governor in June

gets, etc) We will know more about these initiatives as more info on the FY21 budget is provided.

information needed

We have not received any additional guidance on the lawsuits at this time. The attorneys are responding to the motions to dismiss, but they have not req

tings today

earching this concern

th the various participating systems? Work with local districts regarding access to distance learning. LEA procedures for distance learning should be follow

for PL in these areas; reaching out to PBIS team; most seem to have staff trained on this based on info from

in June

uested any info from my office or programs

ed.