EXHIBIT 79

Message

| | |
|---|---|
| **From**: | Derrick Gilchrist [derrick.gilchrist@clayton.k12.ga.us] |
| **Sent**: | 12/12/2019 2:24:33 PM |
| **To**: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **CC**: | Amber McCollum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=20cb351404094924a44522d64be0165b-Amber McCol]; Sandra Nunez [sandra.nunez@clayton.k12.ga.us]; latrina.coxton@henry.k12.ga.us; Tomeka Billingsley [tomeka.billingsley@clayton.k12.ga.us]; Zelphine SmithDixon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd8dcf803db420f8d7529093ed93d79-Zelphine Sm] |
| **Subject**: | Re: Funding Summary |

Vickie,

I am asking for someone from GaDOE or the Governor's office of planning and budget to provide guidance on the impact of modifying student count information as it relates to the current funding formula. Specifically, how will the modification to the South Metro student count impact the 3 year rolling average component of the formula not included in the summary you provided?

In the past LEAs opting to change GNETS fiscal agent incurred the cost of the change. In the cases I am familiar with, Henry County and Atlanta Public Schools, those LEAs supported GNETS operations until funding was available through the student count and GNETS funding formula.

This is the 3rd year of services for South Metro in Henry County Schools; I want to ensure there are not any negative impact to funding for GNETS services in our other LEAs Clayton County and Henry County.

On Wed, Dec 11, 2019 at 5:34 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Hi Derrick,

Your request was for the GNETS grant funding formula, and I have provided the funding summary for the state grant. Just a reminder that our office does not provide projections regarding the GNETS grant. As you are aware, final allocations for the GNETS grant are not available until the final budget is approved by the SBOE in late spring. Let me know if I can assist further.

Vickie

Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East



**PLAINTIFF'S EXHIBIT**

448

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us


*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent



**From:** Derrick Gilchrist <derrick.gilchrist@clayton.k12.ga.us>
**Sent:** Wednesday, December 11, 2019 4:11 PM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>; Amber McCollum <amccollum@doe.k12.ga.us>
**Cc:** Sandra Nunez <sandra.nunez@clayton.k12.ga.us>; latrina.coxton@henry.k12.ga.us; Tomeka Billingsley <tomeka.billingsley@clayton.k12.ga.us>
**Subject:** Re: Funding Summary


Vickie,


I wanted to follow up on the information I requested. I requested projections regarding the impact of reducing/moving 47 students currently served by South Metro to another GNETS program. This request is being made to assist with projecting positions for FY21. Please advise on when this information will be available.


Thanks,


On Tue, Dec 10, 2019 at 9:25 AM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

Hi Derrick

Just following up on our conversation yesterday. You shared that there are currently 47 students receiving GNETS services in Fulton County. The student record count has been reduced by 47 students for FY2021 for South Metro. See the attached FY20 funding summary. Let me know if you have questions.

GA00356683

Vickie


Vickie D. Cleveland, Ed.S

Program Manager

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us


*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent


--

Derrick Gilchrist

Director, South Metro GNETS

5277 Ash St

Forest Park GA 30297

office :770 472 2860 / 770 472 2858

GA00356684

email: derrick.gilchrist@clayton.k12.ga.us



This is a staff email account managed by Clayton County Public Schools.  This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender.

--

Derrick Gilchrist

Director, South Metro GNETS

5277 Ash St

Forest Park GA 30297

office :770 472 2860 / 770 472 2858

email: derrick.gilchrist@clayton.k12.ga.us



GA00356685

This is a staff email account managed by Clayton County Public Schools. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender.

GA00356686