# EXHIBIT 80

Message

**From:** Gilchrist, Derrick D [derrick.gilchrist@clayton.k12.ga.us]
**Sent:** 4/11/2017 3:44:21 PM
**To:** Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm]
**Subject:** RE: PT Psychologist

In anticipation of an increase in evaluations this is an addition to the current full time psychologist we have. We will have 1.5 school psych next year with your approval.

Derrick Gilchrist
Director, South Metro GNETS
5277 Ash St.
Forest Park GA, 30297
Email: derrick.gilchrist@clayton.k12.ga.us
Telephone: 770 472 2860
Fax: 770 472 2858

**From:** Nakeba Rahming [mailto:NRahming@doe.k12.ga.us]
**Sent:** Tuesday, April 11, 2017 11:41 AM
**To:** Gilchrist, Derrick D
**Subject:** RE: PT Psychologist

Hi Derrick,

I meant to follow up with you on this. Is this an additional position, or are you cutting a position to part-time?

**From:** Gilchrist, Derrick D [mailto:derrick.gilchrist@clayton.k12.ga.us]
**Sent:** Tuesday, April 11, 2017 10:17 AM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** RE: PT Psychologist

Hi Nakeba,

Can you provide authorization for South Metro to hire a Part time school psychologist? My projected fy18 allocations will support hiring this part time position.

Thanks,

Derrick Gilchrist
Director, South Metro GNETS
5277 Ash St.
Forest Park GA, 30297
Email: derrick.gilchrist@clayton.k12.ga.us
Telephone: 770 472 2860
Fax: 770 472 2858

**From:** Gilchrist, Derrick D
**Sent:** Monday, March 27, 2017 4:46 PM
**To:** 'Nakeba Rahming'
**Subject:** FW: PT Psychologist


PLAINTIFF'S EXHIBIT 458

Hi Nakeba,

In planning for next school year I have made a request to my fiscal agent to add a part-time psychologist position. Can you confirm that I am authorized to add the position based on program funding?

Thanks,

Derrick Gilchrist
Director, South Metro GNETS
5277 Ash St.
Forest Park GA, 30297
Email: derrick.gilchrist@clayton.k12.ga.us
Telephone:  770 472 2860
Fax: 770 472 2858

**From:** Domzal, Lisa
**Sent:** Monday, March 27, 2017 4:43 PM
**To:** Gilchrist, Derrick D
**Subject:** RE: PT Psychologist

Something saying that you were approved to put that position into your budget for next year (state-level e-mail or document).

- Lisa

Lisa A. Domzal
Position Control Coordinator
Division of Business Services

Clayton County Public Schools
1058 Fifth Avenue
Jonesboro, Georgia 30236
770.473.2963   office
770.557.2274   cell
770.603.5765   fax

**From:** Gilchrist, Derrick D
**Sent:** Monday, March 27, 2017 4:35 PM
**To:** Domzal, Lisa <lisa.domzal@clayton.k12.ga.us>
**Subject:** PT Psychologist

Hi Lisa,

You requested additional information for the position justification process for our Part-Time School Psych. What did you need me to send?

Thanks,

Derrick Gilchrist
Director, South Metro GNETS
5277 Ash St.
Forest Park GA, 30297

Email: derrick.gilchrist@clayton.k12.ga.us
Telephone: 770 472 2860
Fax: 770 472 2858

GA00785869