# EXHIBIT 81

Message

| | |
|---|---|
| From: | Lisa Futch [lfutch@coastalacademygnets.com] |
| Sent: | 3/15/2018 2:11:04 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| CC: | Amber McCollum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=20cb351404094924a44522d64be0165b-Amber McCol]; Eric Moody [emoody@fdresa.org]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4]; Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| Subject: | Re: Aroma Therapy for emotional support |

Let me make sure that I understand this correctly.  Are you all saying that everything school districts buy with federal money must be documented in the IEP?  I understand it to be excess cost.

Lisa

On Thu, Mar 15, 2018 at 10:03 AM, Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:
I agree that it would need to be documented in the IEP.

Sent from my iPhone

On Mar 15, 2018, at 9:01 AM, Amber McCollum <amccollum@doe.k12.ga.us> wrote:

Hi Lisa,

I would not think that would be allowable for federal funds given that it is not a specific need stated on an IEP. I think state funds would be more appropriate. Vickie can weigh in on this.

**Amber McCollum, Ed.S.**

**Budgets and Grants Program Manager**

**Division for Special Education Services and Supports**

**Georgia Department of Education**

**1870 Twin Towers East**

**205 Jesse Hill Jr. Drive, SE**

**Atlanta, Georgia 30334**

**Office 404-463-0535**

**FAX 404-651-6457**

amccollum@doe.k12.ga.us

EXHIBIT
552

GA00082998

www.gadoe.org

*"Educating Georgia's Future"*

**From:** Lisa Futch <lfutch@coastalacademygnets.com>
**Sent:** Tuesday, March 13, 2018 11:00 AM
**To:** Amber McCollum <amccollum@doc.k12.ga.us>; Eric Moody <cmoody@fdrcsa.org>
**Subject:** Aroma Therapy for emotional support

Amber,

I would like to purchase Diffusers and essential oils for each GNETS Classroom to help with emotional regulation and support. Research indicates that when you smell essential oils, your body responds by releasing endorphins (which can help relaxation), seratonin (which aids in calming), and even noradrenaline (which is a stimulant) ... (Moss, 2003); and Orange and Lavender essential oils have been found to alter the emotional state by improving mood.

Is this an allowable cost for federal grant money under object code 615/730 - Specialized classroom furniture / equipment for SWD?

Thanks

Lisa

--

Lisa Futch, Director

Coastal Academy GNETS Program

3734 Ross Rd

Brunswick, GA 31520

912-554-0153

GA00082999

--
Lisa Futch, Director
Coastal Academy GNETS Program
3734 Ross Rd
Brunswick, GA 31520
912-554-0153

GA00083000