# EXHIBIT 82

Message

| | |
|---|---|
| **From:** | Lisa Futch [lfutch@coastalacademygnets.com] |
| **Sent:** | 1/20/2020 1:57:02 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **CC:** | Eric Moody [emoody@fdresa.org] |
| **Subject:** | Project Based Learning |
| **Attachments:** | PBL Garden Proposal (1).docx |

Good Morning Vickie,

Attached is a proposal detailing a project based learning activity for CA GNETS students. Before purchasing the items that she has requested, which consists of lumber, a few tools and plants/seeds, I wanted to make sure that I could use state funds for this. I have cc'd the FDRESA CFO in this email so that he is in the loop with this purchase.

I think total expense is around $1500. Again, this is a standards based activity and the materials are needed for instructional purposes. Please see attached.

Thanks
Lisa


--
Lisa Futch, Director
Coastal Academy GNETS Program
3734 Ross Rd
Brunswick, GA 31520
912-554-0153

EXHIBIT 553

GA00357358

To: Lisa Futch

From: Kira Willis

Re: Project Based Learning

Mrs. Futch,

Thank you for allowing me to begin a Project-Based learning program with the students at Coastal Academy. This year, I would like to begin a gardening project with the students. This would include building raised beds that the students measure and build for a winter and summer garden.

Thus far, the students have researched specific plants that grow well in our area. Our more advanced student has measured the areas and estimated the amount of wood needed for the beds, and used mathematics to determine the volume of soil for the planting.

All of this research is standards based, and seeing a project come to fruition will benefit each of them in our social emotional learning, as Resiliency is one of the cornerstone values of Coastal Academy.

As you know, Project Based Learning has shown to increase critical thinking and team work among students as well as to increase test scores. This project will also benefit the community, as the students could take home the food that they grew, and the residents surrounding the school would be able to assist when the students are not in school.

If allowed, students will also browse recipes for these vegetables and use the kitchen to make these recipes.

We would like to use the courtyard area that backs up to the playground for our vegetable gardening project.

I've attached a sheet with websites for the initial needs for the project. The estimated cost for this, not including plants or seeds is approximately $1000.00 ($953.90). Vegetables can be started from seed, which is much more cost effective than buying plants. Right now, students have heirloom cucumber seeds started in the classroom, and they are ready to be moved into a bigger pot or outside. The weather should permit one round of cucumbers, and the seeds can be propagated from those cucumbers. If we choose to use heirloom vegetables, the students can propagate all of the seeds, making the garden financially sustainable.

We would like to begin this project as soon as possible. I will be happy to donate my tools that may be needed to build the garden beds.

I look forward to hearing your thoughts and to beginning a project that will not only assist our students academically, but also socially and emotionally.