# EXHIBIT 83

Message

**From:** Cole, Brooke [Brooke.Cole@bcsdk12.net]
**Sent:** 5/16/2018 4:12:29 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Re: GAA Guidance

Yes ma'am. We are using the consideration for services documents. This does help! Thanks!

Brooke A. Cole
Director
Elam Alexander Academy
478.779.3931 (office)
478.538.6107 (cell)

---

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Wednesday, May 16, 2018 12:10 PM
**To:** Cole, Brooke
**Subject:** RE: GAA Guidance

Yes. All placement decisions are determined by the IEP team. Are you using the consideration of services procedures/process when discussing placement for these students? This tool can guide the discussion. The team should review all current progress monitoring data, FBA, BIP, etc. The review of the data should drive the team's decision when determining the LRE. Hope this helps.
Vickie

**From:** Cole, Brooke <Brooke.Cole@bcsdk12.net>
**Sent:** Wednesday, May 16, 2018 12:07 PM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** GAA Guidance

Hey!

I know that GNETS providing main center services for students that are served through the GAA has been an issue. My program has a high # of students that are served in these classrooms. Can you give me some guidance in regards to staffing in new students into these types of classrooms? Should I just allow it to be an IEP decision?

Thanks!

Brooke A. Cole
Director
Elam Alexander Academy
478.779.3931 (office)
478.538.6107 (cell)

Plaintiff Exhibit
Exhibit No.: 566
Name: Cole
Date: 10-27-22
ESQUIRE

GA00322208