# EXHIBIT 84

**Message**

**From:** Haley Livingston [hlivingston@okhlc.org]
**Sent:** 7/21/2017 4:40:47 PM
**To:** Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm]
**Subject:** Re: GNETS Calendar and SDQ data

One question- does our PE teacher HAVE to be a certified(maybe retired) teacher? Or could we have what we've had -- a personal trainer? If so, what qualifications does the personal trainer have to have.
Thank you!!

On Thu, Jul 20, 2017 at 1:24 PM Nakeba Rahming <NRahming@doe.k12.ga.us> wrote:

> Hello directors,
>
> I hope that you are enjoying your summer. Please see the GNETS calendar for FY18 attached. I have also included the results for your SDQ ratings, the other three documents were shared with state board members in an update meeting.
>
> I am meeting with Carly Ambler on morning to finalize guidance and procedures for professional qualifications as it relates to GNETS. If you haven't done so already, please email me any questions or concerns that you may have by 8:00am Monday morning.
>
> Nakeba

--
**Mrs. Haley Livingston, Ed. S.**
**Director, Harrell Learning Center**
Email: hlivingston@okhlc.org
Phone: 912.285.6191
Fax: 912.287.6652

*"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

**Confidentiality Statement:** The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.

Exhibit H. Livingston 777 1·30·23 ESQUIRE