# EXHIBIT 85

**Message**

**From:** Haley Livingston [hlivingston@okhlc.org]
**Sent:** 6/12/2019 1:51:16 AM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Re: LCSW Grant

She is doing good so far. Thank you for asking about her :) sounds good I am looking forward to hearing back. How did the training go? I was so very interested and feel like I missed something really cool.

On Tue, Jun 11, 2019 at 9:00 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:
> Hi there
> How's your mom doing? The focus of the work is for therapeutic and counseling supports The grant is awarded from GaDOE I have confirmed the scope of work with Staff Rehab The candidate would have to have LCSW or MSW certification I will follow up after the board meeting Thursday
>
> Sent from my iPhone
>
> On Jun 11, 2019, at 3:55 PM, Haley Livingston <hlivingston@okhlc.org> wrote:
>
>> Hi ma'am...it's your favorite Director ;)
>>
>> I am really looking for a way to make my person "qualify" for the LCSW position. He is great and we were hoping we could maybe read the grant and find a way for him to be the one we can hire. lol!! A loop hole maybe?
>>
>> What do you think? Are there specific services this person will provide...LCSW vs. LPC. Is it more for social work type things or counseling students. I am no expert in this area or with the wording of the grant, but wanted to try one more time. Is this grant coming from DOE - Sped. Dept.?
>>
>> I wanted to know more specifics before I call him back to relay the information.
>>
>> Thanks!!!
>>
>> --
>> **Haley Livingston, Ed. S.**
>> **Director, Harrell Learning Center**
>> Email: hlivingston@okhlc.org
>> Front Office Phone: 912.285.6191
>> Office Phone: 912.338.5996
>> Fax: 912.287.6652
>>
>> *"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

Exhibit H. Livingston 778 1.30.23 ESQUIRE

GA00347755

**Confidentiality Statement:** The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.

--

**Haley Livingston, Ed. S.**
**Director, Harrell Learning Center**
Email: hlivingston@okhlc.org
Front Office Phone: 912.285.6191
Office Phone: 912.338.5996
Fax: 912.287.6652

*"Breathe positivity and confidence into your children, fill their hearts with love, acceptance, and understanding"*

**Confidentiality Statement:** The information and any attachments in this Email are proprietary and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent, you are hereby notified that any disclosure, copying, distributing, or taking of any action based on the contents is strictly prohibited and protected by the law governing records confidentiality.

GA00347756