# EXHIBIT 86

**Message**

**From:** Jacqie Neal [jacqieneal@northstar-gnets.com]
**Sent:** 8/22/2016 1:58:43 PM
**To:** Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm]
**Subject:** Budget Amendment

Hi Nakeba

I received notification from my RESA finance person that I needed to touch base with you regarding the budget amendment that was submitted in July. She thought it may be related an error in not receiving approval for an equipment agreement. We have had a change in finance people at RESA as well as a reduction in staff in that department, so it has been a bit of a rough transition. I did discuss with the previous finance person the need to get prior approval for the purchase / lease but it seems to have been neglected in the transition. We did have a copier quit working and due to the cost of replacement and the loss of internal servicing personnel, we have decided to lease. Please let me know the procedure we need to use for approval or if there are any other issues of concern. Thanks as always for your help.

Dr. Jacqie Neal
Regional Director NorthStar
706-253-1790


EXHIBIT 863

GA00063584