# EXHIBIT 87



# South Metro GNETS Therapeutic Service and Intervention Tiers



## Tier 1 Prevention and Intervention Practices Available for All Students

TIER ONE

Overt Behaviors: 0 to 1 Suspension events; 0 to 3 Referrals or RAFT/LSCI interventions in a 45-day period

Covert Behaviors: Low to Medium Behavioral Disorder Risk on SDQ; Low to Medium Emotional Disorder Risk on SDQ; Majority of BASC-3 subscales are in the Average or At-Risk range

| Evidence-based Prevention & Intervention Practices | Targeted Students | Frequency/Duration | Interventionist(s) |
|---|---|---|---|
| Positive Behavioral Interventions and Supports (PBIS) | All students | Daily | All staff |
| Trauma Informed Care & Practices | All students | Daily | All staff |
| Behavior Crisis Interventions:<br>Mindset Crisis Communication and Reflection and Focus Time (RAFT) Interventions | All students | Daily | Staff trained in RAFT and LSCI will intervene to assist students in crisis |
| School-Wide Information Systems (SWIS) and Live School data collection | All students | Daily | All staff |
| Restorative Practices:<br>Restorative Circles | All students | As needed | Staff trained in restorative practices |
| Social Emotional Learning (SEL) Instruction (ReThink Ed & School Connect/Second Step) | All students | 4 Times Weekly | Teachers and Paraprofessionals |
| Therapeutic Groups | All students | Weekly | South Metro GNETS Social Workers |
| Music Therapy | All students | Weekly | South Metro GNETS Music Therapist |

2021-2022





# South Metro GNETS Therapeutic Service and Intervention Tiers



## Tier 2 Interventions Provided to Moderate Risk Students by Subset or in Small Groups

**TIER TWO**

Overt Behaviors: 1 to 2 Suspension events; 4 to 7 Referrals or RAFT/LSCI interventions in a 45-day period

Covert Behaviors: Medium to High Behavioral Disorder Risk or Emotional Disorder Risk on SDQ; Majority of BASC-3 subscales are in the At-Risk to Clinically Significant range

| **Evidence-based Prevention & Intervention Practices** Continuously available and immediately/easily accessible along with Tier 1 supports | **Targeted Students** | **Frequency/Duration** | **Interventionist(s)** |
|---|---|---|---|
| Behavior Contracts | Provided for targeted student behaviors | Per terms of the individually developed contract | Staff members trained in the Intensive Intervention RAFT process |
| Check-in/Check-out (CICO) | Provided for targeted student behaviors | Daily | South Metro staff members trained in the CICO system |
| Therapeutic Groups | Align students to specific group topics based on validated behaviors and need using GNETS triangulation matrix and/or SWIS data | Weekly | South Metro GNETS Social Workers |
| South Metro GNETS Social Workers complete referrals to mental health providers for outside therapy and case management | Trauma, grief, depression, anxiety, anger, etc. | As prescribed by insurance authorization for approved DBHDD mental health providers | Designated Mental Health Provider |



# South Metro GNETS Therapeutic Service and Intervention Tiers



## Tier 3 Individualized Interventions Provided to High-risk Students by Subsets or Individually

***Standard Approach for Therapeutic Delivery at this Level Varies by Student Need***

**TIER THREE**

Overt Behaviors: 3+ Suspension events; 8+ Referrals or RAFT/LSCI interventions in a 45-day period

Covert Behaviors: High to Very High Behavioral Disorder Risk or Emotional Disorder Risk on SDQ; Majority of BASC-3 subscales are in the At-Risk to Clinically Significant range; BASC-3 Behavioral Symptoms Index Score in the At-Risk to Clinically Significant range

| **Evidence-based Prevention & Intervention Practices** Continuously available and strategically planned for access along with Tiers 1 and 2 supports | **Targeted Students** | **Frequency/Duration** | **Interventionist(s)** |
|---|---|---|---|
| GNETS Circle of Support/Therapeutic Debriefing Meetings | Provided for students designated as Tier 3 using GNETS triangulation matrix | Monthly | Staff and community health providers |
| Intensive Therapeutic Support | Provided for students enrolled in the South Metro Intensive Therapeutic Support Program | Weekly | South Metro GNETS Therapist (Licensed Professional Counselor) |
| High Fidelity Wraparound | Provided for students enrolled in the South Metro Wraparound Program | Child and Family Team Meeting every 30 days | Care Coordinator assigned through the South Metro Wraparound program as a family support partner |
| Individual art therapy sessions | Provided for students designated as Tier 3 using GNETS triangulation matrix | Weekly | Art Therapist |
| Individual/small group music therapy sessions | Provided for students designated as Tier 3 using GNETS triangulation matrix | Weekly | Music Therapist |




# South Metro GNETS Therapeutic Service and Intervention Tiers




## Service and Intervention Descriptions

Art Therapy: South Metro Art Therapist works with students through art media, the creative process, and the resulting artwork to explore their feelings, reconcile emotional conflicts, foster self-awareness, manage behavior, develop social skills, reduce anxiety, and increase self-esteem

Behavior Contract: a personalized, positive-reinforcement intervention; an agreement between the student and staff (and sometimes parents/guardians) that clearly outlines specific behavioral expectations, identifies rewards for expected behavior, and provides a way for the student to monitor their own progress and skills used to meet the behavioral expectations

Behavior Crisis Intervention: verbal and nonverbal techniques that are used to prevent and de-escalate behaviors that are harmful to the student or others

Check-in/Check-out (CICO): a staff member serves as a mentor that guides the student in behavioral expectations and documents these expectations on a daily progress report to provide structure in the student's school day, improve self-monitoring skills, and improve the student's behavior

GNETS Circle of Support/Therapeutic Debriefing Meetings: student-focused, problem-solving meetings for staff to analyze data, set goals for targeted additional support, and monitor progress towards goal

High Fidelity Wraparound: South Metro GNETS' collaborative partnership with View Point Health to ensure:

- students and caregivers have access to mental health services, needed resources, supports and interventions in the school and community settings
- meaningful collaboration and discussion occur between professionals, family members, and other stakeholders to address students' challenges and formulate possible solutions within and outside the school setting
- implementation of a long-term process invested in improving outcomes for our students including keeping families together safely, shortening lengths of stays in out of home treatment, decreasing juvenile justice and child welfare involvement, increasing community engagement and improving school results




## South Metro GNETS Therapeutic Service and Intervention Tiers




Intensive Therapeutic Support: a Licensed Professional Counselor (LPC) or Licensed Associate Professional Counselor (LAPC) provides individual therapy to students during the school day, significantly increasing access and continuity of mental health treatment

Mindset Crisis Communication: verbal techniques of a specially designed behavior crisis intervention program that is used to prevent and de-escalate behaviors that are harmful to the student or others

Music Therapy: South Metro Music Therapist implements music interventions including creating, singing, moving to, and/or listening to music to accomplish individualized goals within a therapeutic relationship to address physical, emotional, cognitive, and social needs of students

Positive Behavioral Interventions & Supports (PBIS): a multi-tiered approach to prevention, using disciplinary data and principles of behavior analysis to develop school-wide, targeted and individualized interventions and supports to improve school climate for all students

Reflection and Focus Time (RAFT) Interventions: staff intervene to assist students in crisis with a specific protocol of verbal de-escalation, problem solving, and skill building to enhance coping

Restorative Circles: a specific restorative practice used in classrooms to develop relationships, build peer communities, and respond to peer conflicts and problems that arise

Restorative Practices: Instead of punitive reactions, staff provide a continuum of interventions and strategies to respond to misbehavior that prioritizes the development of empathy, conflict resolution, and self-control

School-Wide Information Systems (SWIS) and Live School data collection: staff utilize the LiveSchool platform to collect daily behavioral data and monitor student growth and improvement. Staff utilize the School-Wide Information Systems (SWIS) to collect student discipline data and guide intervention development

Social Emotional Learning (SEL) Instruction (ReThink Ed & School Connect/Second Step): Staff provides explicit instruction in social and emotional competencies and provides consistent opportunities for students to cultivate, practice, and reflect on those competencies. Staff utilizes components of ReThink ED, School Connect, or Second Step curriculum for explicit SEL instruction during the school day

2021-2022




## South Metro GNETS Therapeutic Service and Intervention Tiers




Therapeutic Groups: South Metro social workers facilitate small-group sessions on improving identified interpersonal, coping, and behavioral deficits

Trauma Informed Care & Practices: staff recognize the prevalence and pervasive impact of trauma on students and strive to focus on responding to behavior with the awareness of students' trauma history to foster a sense of safety and more effectively provide support to students