EXHIBIT 88

Message
| | |
|---|---|
| **From:** | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| **Sent:** | 1/17/2017 7:29:55 PM |
| **To:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| **Subject:** | Final recommended Agenda |
| **Attachments:** | GNETS Director's Meeting Final Agenda 1-24 to 25-2017.doc |

Nakeba,

We (Najma, Desiree, Kerri and I) met and recommend that we hear from you with updates on the first day instead of the 2nd day and to give you more time with updates and questions (long-winded directors 😊 ). I've revised the agenda to reflect this recommendation (attached).

Additional questions are:

**1. LSCI** – Training Recertification is coming up this spring for those 5 who were initially certified – Can travel / recertification be paid for by the DOE Budget for these 5 since they support the whole network? Or can programs be reimbursed by the DOE?

**2. Q&A -** Directors would like a follow-up Question & Answer session from you on the following to review the expectations for the remainder of the year for our mandated interventions. Please also reiterate due dates.

What are the next steps for each of these areas? (You may already have planned to discuss these in your update).

- iReady
- BASC-3 /Flex Monitoring
- SDQ
- FBA/BIP
- Trauma Informed Care

3. Where are we on the **GNETS Rule** passing? (You have the GNETS Rule on the update and may already be addressing).

**4.** We also had some discussion about **MindSet** – Instructors are needed network wide. Marshall Siler has told DeKalb-Rockdale he will not train them. Steve McMahan is also a trainer for MindSet who has partnered with Marshall to train so he may be an option as well. This is just fyi.I can talk about this briefly when we open the meeting.

Attached is the final recommended agenda. If it is okay with you, I'll go ahead and send it to Directors.

Thanks!
Pat



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 496
MB 10-6-22 MB
PENGAD 800-631-6989

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX

*"There is little difference in people, but that little difference makes a big difference. The little difference is attitude. The big difference is whether it is positive or negative."*

*W. Clement Stone*



GA00130965

 **GNETS Statewide Directors Meeting**
**Milledgeville, GA** 

| GNETS Statewide Directors Meeting | Date: January 24 & 25, 2017 | Time: 9:00 am -3:00pm |
|---|---|---|
| **Planned and Convened By:** Nakeba Rahming and GNETS Executive Committee | | |

**Meeting Norms:**
- ➢ Be present and engaged.
- ➢ Actively listen to all members.
- ➢ Stay on topic.
- ➢ Begin and end on time.

**Overall Objective of Meeting:** To provide GNETS program directors with updates and professional learning.

### Day 1 (January 24, 2017)
#### Welcome

| Time | Agenda Item/Activity | Presenter | Outcome/Deliverable |
|---|---|---|---|
| 9:00 – 9:30 | Opening Statements | Pat Wolf<br>Nakeba Rahming | Begin meeting |
| 9:30 -11:30 | GaDOE Updates | Nakeba Rahming, GaDOE | Rule<br>FBA/BIP Modules<br>SLDs<br>Legal<br>Strategic Plan<br>GNETS Data<br>LSCI<br>Q & A<br>Next Steps |
| 11:30 – 12:30 | LUNCH | | |
| | **Agenda Item/Activity** | **Presenter** | **Outcome/Deliverable** |
| 12:30 – 3:30 | Systems Level Problem Solving with Discipline Date | Sandy Demuth, GaDOE Program Specialist for PBIS and SWIS Coordinator | Please make sure you can access your discipline portal (e.g. SWIS, Other) |

### Day 2 (January 12, 2017)

| Time | Agenda Item/Activity | Presenter | Outcome/Deliverable |
|---|---|---|---|
| 9:00 – 10:00 | Georgia Vocational and Rehabilitation Agency (GVRA) | TBA | |
| 10:00 – 10:45 | Accessing DBHDD Resources and Services | Dante McKay, DBHDD Director for Office of Children, Young Adults and Families | |
| 10:45 -11:00 | **Break (15 minutes)** | | |
| 11:00-11:45am | Colleague to Colleague ($C^2$) Presentation **(Academic Supports)** | Stacey Benson, Director Futures GNETS | PPT |
| 11:45am-12:30pm *Working Lunch* | Colleague to Colleague ($C^2$) Presentation **(Academic Supports)** | Aubrey Rosignol, Director Harrell GNETS | PPT |
| 12:30pm-1:15pm | Colleague to Colleague ($C^2$) Presentation **(Therapeutic Supports)** | Derrick Gilchrist South Metro GNETS | PPT |

*Meeting the Needs of Students Educationally and Therapeutically!*

| 1:15pm-2:30pm | Colleague to Colleague (C²) Presentation **(Therapeutic Supports)** | Lisa Futch Coastal Academy GNETS | PPT |
|---|---|---|---|
| 2:30pm | Next Steps | | |

| **Handouts/Attachments** | | | |
|---|---|---|---|
| | 1. Agenda | 3. Legal Updates from GSBA | |
| | 2. Presenter PowerPoints and Documents | 4. Rule Feedback | |

**Notes:**

**Program Leadership**

**Behavior and Therapeutic Supports**

**Instructional and Academic Support**

**Program Funding and Fiscal Management**

**Integration of Services and Capacity Building**

*Meeting the Needs of Students Educationally and Therapeutically!*

GA00130967

| Program Accountability |
| --- |
| |

| Facilities |
| --- |
| |

| General Notes |
| --- |
| |

*Meeting the Needs of Students Educationally and Therapeutically!*

GA00130968