# EXHIBIT 89

PLAINTIFF'S EXHIBIT 634

Message

**From:** Holifield, Cassandra [cassandra.holifield@mresa.org]
**Sent:** 5/9/2018 2:35:30 AM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** RE: Format for interventions
**Attachments:** FY 18 GAO Open Records Request_NM GNETS Template.docx

Here you go..

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Tuesday, May 8, 2018 10:33 PM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** RE: Format for interventions

If you have any interagency mental health partnerships that are supporting students' needs, please add those under behavioral and therapeutic supports.
Thanks

**From:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Sent:** Tuesday, May 8, 2018 10:25 PM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** RE: Format for interventions

Hi Vickie,
Attached is a copy of my completed template. Please let me know if you need anything else. Take care!

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are

GA00321183

not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Tuesday, May 8, 2018 12:38 PM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>; stacey benson <sbenson@pioneerresa.org>
**Subject:** RE: Format for interventions

I understand. Thanks

**From:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Sent:** Tuesday, May 8, 2018 12:26 PM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>; stacey benson <sbenson@pioneerresa.org>
**Subject:** RE: Format for interventions

Hi Vickie,
I was conducting interviews all day yesterday, but I'll get all my changes placed in this format and out to you today. Thanks in advance for your understanding.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Sunday, May 6, 2018 9:17 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>; stacey benson <sbenson@pioneerresa.org>
**Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Format for interventions
**Importance:** High

Hi Cassandra and Stacey,
See the attachment. Please resubmit your interventions for the open records request in this format. Please try to get it to me by close of day Monday, May 7th. Thanks so much!
Vickie

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office

GA00321184

(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

## NORTH METRO GNETS
### Dr. Cassandra Holifield, North Metro GNETS Director

| Service/Intervention | Provider | Funds |
|---|---|---|
| IReady – Reading | Teachers & Learning Coaches (Paraprofessionals) | GNETS State Grant |
| IReady – Math | Teachers & Learning Coaches (Paraprofessionals) | GNETS State Grant |
| Edgenuity | Teachers & Learning Coaches (Paraprofessionals) | Federal Grant |
| KTEA-3 | Teachers & School Psychologists | GNETS State Grant |
| Read 180/Edmark Reading | Teachers & Learning Coaches (Paraprofessionals) | LEA In-Kind |
| Touch Math | Teachers & Learning Coaches (Paraprofessionals) | LEA In-Kind |
| Reading A to Z | Teachers & Learning Coaches (Paraprofessionals) | LEA In-Kind |
| Fountas & Pinnell Literacy Intervention Program | Teachers & Learning Coaches (Paraprofessionals) | LEA In-Kind |
| Success Maker Reading & Math | Teachers & Learning Coaches (Paraprofessionals) | LEA In-Kind |
| Multi-Tiered Systems of Support (Academic) | All Student Services Related Personnel | GNETS State Grant |
| BASC-3 | School Psychologists & Teachers | GNETS State Grant |
| Strength & Difficulties Questionnaire (SDQ) | School Psychologists & Teachers | GNETS State Grant |
| Multi-Tiered Systems of Support (Behavioral) | All Student Services Related Personnel | GNETS State Grant |
| Group & Individual Therapeutic Support Services/Counseling | Social Workers, School Psychologists, & Art Therapist | GNETS State Grant |
| Why Try | Social Workers (currently) and in FY 19 School Psychologists, & Art Therapist | GNETS Federal Grant |
| Applied Behavior Analysis (ABA) | Behavior Specialists (BCBA, BCaBA, & and in FY 19 RBTs | GNETS Federal Grant |
| Mindset | Teachers, Paraprofessionals, other certified support staff | GNETS State Grant |
| LIPT | School Social Workers | GNETS State Grant (for my staff not for the collaborative services) |
| Morehouse School of Medicine | Child Psychiatrist | Federal Grant |
| Life Space Crisis Intervention (LSCI) | Social Workers, School Psychologists, Teachers, Crisis Response Team, Paraprofessionals, other support staff | GNETS State Grant |

GA00321186

| | | |
|---|---|---|
| TeachTown | Various Staff | GNETS State Grant |
| Trauma Informed Care | Social Workers (currently) and in FY 19 School Psychologists, & Art Therapist | GNETS State Grant |
| FBA/BIP | Behavior Specialists, Lead Teachers, Teachers, Paraprofessionals, & other Administrative Varied Support Staff & Classroom Staff | GNETS State Grant |
| Check-In Check-Out (CICO) | Social Workers, School Psychologists, Teachers, Crisis Response Team, Paraprofessionals, other support staff | GNETS State Grant |
| PBIS | All Staff | GNETS State Grant |
| Token Economy | All Staff | GNETS State Grant |