# EXHIBIT 90

PLAINTIFF'S EXHIBIT 647

| | |
|---|---|
| Message | |
| From: | Holifield, Cassandra [cassandra.holifield@mresa.org] |
| Sent: | 8/9/2016 3:23:18 PM |
| To: | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| Subject: | RE: GNETS |

LOL! I'm trying to be like my fearless leader. Thank you!

P.S. If you really want to help us catch up, you'd send us all Outlook invites with the book of a calendar you sent us so we don't have to enter them one by one. Dang! You have me losing sleep at night trying to get caught up. LOL!

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

**From:** Nakeba Rahming [mailto:NRahming@doe.k12.ga.us]
**Sent:** Tuesday, August 9, 2016 11:22 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** RE: GNETS

Why do you always need to be so advanced?? You will not be reuqired to submit any data on the BASC and i-Ready. I will already have access to the database for all programs. That's the reason I implemented them so you guys will not need to do any data mining. I am finalizing the instructional ppt and spread sheet for the SDQ. The SDQ is the only one that will require submission. I am trying to work on making that easier as well.

Nakeba

**From:** Holifield, Cassandra [mailto:cassandra.holifield@mresa.org]
**Sent:** Tuesday, August 9, 2016 10:58 AM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** GNETS

Nakeba,
Good morning! My curriculum specialist and I have been meeting to determine how we need to collect and report out on all our required assessments. Are you going to provide us with spreadsheets? If so, will you please provide us guidance and a spreadsheet on how you'd like us to report the following:

- BASC-3
- SDQ
- iReady/iMath (which reports we should pull- I'm sure we'll determine this during our conference call)

Thanks!

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314

GA00063361