EXHIBIT 91

PLAINTIFF'S
EXHIBIT
390
PENGAD 800-631-6989

Message

| | |
|---|---|
| **From:** | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| **Sent:** | 4/24/2020 4:18:04 PM |
| **To:** | Shaun Owen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f149da819b3d4fcea346f9249fb0c55e-Sonia Owen]; Zelphine SmithDixon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd8dcf803db420f8d7529093ed93d79-Zelphine Sm] |
| **CC:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Documents for meeting tomorrow |
| **Attachments:** | Assurances FY20 GNETS from RESA Fiscal Agent.pdf; Assurances FY20 from LEA Fiscal Agent.pdf; GNETS Funding 4-29-2020.pptx; Copy of HBO FY19 GNETS Formula Spreadsheet.xlsx |

Greetings,
See the attached documents that we will discuss at our meeting today. Looking forward to the collaboration.
Thanks

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
205 Jesse Hill Jr. Drive, SE
1862 Twin Towers East
Atlanta, GA 30334
(404) 651-5390 Office
(470) 316-8664 Cell
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

FY20 RESA Fiscal Agent Assurances
GNETS Program

Comes now, the _____ Regional Educational Services Agency (hereinafter "RESA"), designated fiscal agent by its member Local Education Agencies (hereinafter "LEAs") for the _____ Georgia Network for Educational and Therapeutic Support Program (hereinafter "GNETS Program"). We agree to operate the program in accordance with Georgia Department of Education Rules 160-4-7-.15 and 160-5-1-.35, O.C.G.A. §§ 20-2-152, 20-2-240, 20-2-270, 20-2-270.1, 20-2-272, 20-2-274, and Individuals with Disabilities Education Act and to abide by the following specific assurances regarding the operation of the GNETS program:

1. As to the students that require services from a GNETS Program by the LEA, the GNETS Program will coordinate with the participating LEAs to comply with the Georgia Special Education and General Education Assurances.

2. As to the students that require services from a GNETS Program by the LEA, the GNETS Program will coordinate with the participating LEAs to maintain compliance with all Georgia Rules for Special Education including attendance at Individualized Education Program meetings and educating students in the Least Restrictive Environment.

3. As to the students that require services from a GNETS program by the LEA, and the GNETS Program will coordinate with the participating LEAs to ensure the provision of textbooks, Common Core Georgia Performance Standards curriculum materials and resources, technology and its support, and state and local testing materials. Anything provided through the use of Quality Basic Education funds will be the responsibility of the LEAs.

4. The GNETS Program will ensure that restraint is used pursuant to the rules and guidelines of the Georgia Department of Education Rule (hereinafter "GaDOE'") that govern the use of restraint. The GNETS Program will have available for review by the GaDOE the most current version of its written procedures for the use of restraint.

5. The GNETS Program will coordinate with the participating LEAs to ensure that facilities will be provided and maintained. Each facility shall be covered by a Safe School Plan (hereinafter "SSP"). GNETS Programs located within another public school facility will be covered by that facility's SSP. GNETS Programs located in facilities not housing another public school will have a SPP available for review by the GaDOE. GaDOE staff will assist in the development of this plan if needed.

6. The RESA will ensure that all employees of the GNETS program or any person with unsupervised access to students are fingerprinted as required by O.C.G.A. § 20-2-211(e).

7. The GNETS Program will ensure that funds will be budgeted and utilized according to state and federal accounting procedures. Funds will not be spent for any purpose not included in the approved FY20 GNETS budget.

8. The GNETS Program budget amendments will be submitted when expenditures in a function category exceed 125% of the approved amount.

9. Prior to expending state or federal GNETS grant funds to purchase any equipment that (1) has a useful life of two or more years and (2) would be purchased with $1,000 or more of state grant funds or $5,000 or more in federal grant funds, the GNETS Program shall submit a purchase request to GaDOE for approval.

10. The GNETS Program may request to carry-over up to 25% of federal funds. Such request shall be approved by the GaDOE.

11. RESA shall maintain written procedures governing the purchasing of goods and services when using state and federal GNETS grant funds. Such procedures shall include a competitive pricing

GA00054563

requirement for any equipment costing $1,000 or more if the purchase is from state funds or $5,000 or more if the purchase is from federal funds, if the equipment has a useful life of two years or more.

12. The Executive Director of the RESA will be subject to all of the requirements and limitations placed upon the Board of Control members as stated in O.C.G.A. § 20-2-505.

13. The GNETS Program shall not knowingly employ, contract with or make payment to an employee of the GaDOE or a family member of an employee of the GaDOE. For purposes of this provision, "family member of an employee" shall mean a GaDOE employee's father, mother, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, half-sister, spouse of an in-law, or a member of the employee's household. This provision shall not be applicable to employees hired before September 1, 2008. Notwithstanding the foregoing, the GNETS Program may employ, contract or make payment to an employee or family member of an employee of the GaDOE upon receipt of prior written approval from the GaDOE's Human Resources office and the State Superintendent of Schools or his designee. No employee assigned to the GNETS Program shall supervise or be supervised by his or her family member.

14. The RESA shall not pay out of state or federal GNETS grant funds to another GNETS program director or full-time staff member for consulting services, including but not limited to professional learning and technical assistance services, unless the GaDOE previously approved in writing the employee's request to perform such consulting services.

15. The RESA shall maintain written procedures governing the employment of family members of RESA employees and have available for review by the GaDOE. This procedure shall include a provision allowing for its waiver by vote of the Board of Control.

16. The GaDOE reserves the right to withhold GNETS funding if the RESA fails to provide, by request in a timely manner to the GaDOE, the written procedures it is required to develop in Paragraphs 4, 5, 11, and 15. The GaDOE reserves the right to withhold GNETS funding if the RESA fails to provide to document any subsequent amendments made to the aforementioned written procedures.

17. All employees assigned to the GNETS program or those paid by grant funds will comply with the Georgia Professional Standards Commission's Code of Ethics for Educators.

18. Pursuant to Georgia Rule 160-4-8-.04, the GNETS Program shall have Written Procedures for Reporting Suspected Child Abuse or Mistreatment and all staff will be trained in reporting procedures. Such procedures will be on file and available for review at the request of GaDOE.

---

Signature
Chair, RESA Board of Control

Date

---

Signature,
RESA Executive Director

Date

---

Signature, GNETS Director

Date

GA00054564

---

**FY20 LEA Fiscal Agent Assurances**
GNETS Program:_____

---

Comes now, _____, Superintendent of _____ School
District, as the designated fiscal agent for the _____ Georgia
Network for Educational and Therapeutic Support (GNETS) Program. I agree to operate the program in accordance with Georgia Department of Education Rules 160-4-7-.15 and 160-5-1-.35, O.C.G.A. §§ 20-2-152, 20-2-240, 20-2-270, 20-2-270.1, 20-2-272, 20-2-274, and Individuals with Disabilities Education Act and to abide by the following specific assurances regarding the operation of the GNETS program:

1. As to the students that require services from a GNETS Program by the participating local education agencies (hereinafter "LEAs"), the GNETS Program will coordinate with the participating LEAs to comply with the Georgia Special Education and General Education Assurances.

2. As to the students that require services from a GNETS Program, the GNETS Program will coordinate with the participating LEAs to maintain compliance with all Georgia Rules for Special Education, including attendance at Individualized Education Program meetings and educating students in the Least Restrictive Environment.

3. As to the students that require services from a GNETS Program by the participating LEAs, and the GNETS Program will coordinate with the participating LEAs to ensure the provision of textbooks, Georgia Standards of Excellence curriculum materials and resources, technology and its support, and state and local testing materials. Anything provided through the use of Quality Basic Education funds will be the responsibility of the LEAs.

4. The GNETS Program will coordinate with the participating LEAs to ensure that facilities will be provided and maintained. Each facility shall be covered by a Safe School Plan (hereinafter "SSP"). GNETS Programs located within another public school facility will be covered by that facility's SSP. GNETS Programs located in facilities not housing another public school will have a SSP on file and available for review at the request of GaDOE. GaDOE staff will assist in the development of this plan if needed.

5. The LEA will ensure that all employees of the GNETS Program or any person with unsupervised access to students are fingerprinted as required by O.C.G.A. § 20-2-211(e).

6. The GNETS Program will ensure that funds will be budgeted and utilized according to state and federal accounting procedures. Funds will not be spent for any purpose not included in the approved FY20 GNETS budget. The GNETS Program budget amendments will be submitted when expenditures in a function category exceed 125% of the approved amount.

7. Prior to expending state or federal GNETS grant funds to purchase any equipment that (1) has a useful life of two or more years and (2) would be purchased with $1,000 or more of state grant funds or $5,000 or more in federal grant funds, the GNETS Program shall submit a purchase request to GaDOE for approval.

8. The GNETS Program may carry-over up to 25% of Federal funds annually. The GNETS Program may request a waiver once every three years for 100% carry-over. Such request shall be approved by the GaDOE.

9. The LEA shall have available to the GaDOE a copy of its written procedures governing the purchasing of goods and services when using state and federal GNETS grant funds. Such procedures shall include a competitive pricing requirement for any equipment costing $1000 or more if the purchase is from state funds or $5000 or more if the purchase is from federal funds, if the equipment has a useful life of two years or more.

10. The GNETS Program shall not knowingly employ, contract with or make payment to an employee of or a family member of an employee of the GaDOE. For purposes of this provision, "family member of an employee" shall mean a GaDOE employee's father, mother, son, daughter, brother, sister, uncle, aunt,

GA00054565

**FY20 LEA Fiscal Agent Assurances**
GNETS Program:_____

first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, half-sister, spouse of an in-law, or a member of the employee's household. This provision shall not be applicable to employees hired before September 1, 2008. Notwithstanding the foregoing, the GNETS Program may employ, contract or make payment to an employee or family member of an employee of the GaDOE upon receipt of prior written approval from the GaDOE's Human Resources office and the State Superintendent of Schools or his designee. No employee assigned to the GNETS Program shall supervise or be supervised by his or her family member.

11. The LEA shall not pay out of state or federal GNETS grant funds to another GNETS program director or full-time staff member for consulting services, including, but not limited to, professional learning and technical assistance services, unless the GaDOE previously approved in writing the employee's request to perform such consulting services.

12. The LEA shall have available to the GaDOE a copy of its written procedures governing the employment of family members of LEA employees. This procedure shall include a provision allowing for its waiver by vote of the Board of Education. To the extent this procedure is created subsequent to these assurances, it may provide for a grandfather clause applicable to all existing employees.

13. The GaDOE reserves the right to withhold GNETS funding if the LEA fails to maintain the written procedures it is required to develop in these assurances or to have available for review upon request of the GaDOE. The GaDOE reserves the right to withhold GNETS funding if the LEA fails to provide to the GaDOE any subsequent amendments made to the aforementioned written procedures.

14. All employees assigned to the GNETS program or those paid by grant funds will comply with the Georgia Professional Standards Commission's Code of Ethics for Educators.

15. Pursuant to Georgia Rule 160-4-8-.04, the GNETS Program shall have Written Procedures for Reporting Suspected Child Abuse or Mistreatment and all staff will be trained in reporting procedures. Such procedures will be on file and available for review at the request of GaDOE.


_____          _____
Superintendent Signature                                                    Date


_____
LEA


_____          _____
GNETS Program Director Signature                                      Date

GA00054566

# Document Produced in Native Format

GA00054567

1

# GNETS Funding

*Richard Woods, Georgia's School Superintendent | Georgia Department of Education | Educating Georgia's Future*



GA00054567.001

2

# How is GNETS funded?

State Grant



Federal IDEA Funds

Local Contributions/LEA





GA00054567.002

3

# Local contribution/local fees

Transportation

Staffing

Related services

Facilities




GA00054567.003



# GNETS FY20 Funding

### State Grant
$62,285,243

### Federal IDEA Grant
$7,910,000

### Local Contribution/Local Fees

GA00054567.004

**Funding Breakout Rates**

| | |
|---|---|
| **Direct Instruction per student** | |
| Teacher per student Ratio* | 16.5 |
| Paraprofessional per student Ratio** | 16.5 |
| Classroom Supply per student | $188.83 |
| **Indirect Support per student** | |
| Supervisor per student*** | 150 |
| Psychologist per student**** | 1,100 |
| Social Worker per student***** | 150 |
| Administrative Assistant per student****** | 150 |
| Operating Supply per student | 150 |
| Facility Maintenance per student | $298.00 |
| **Other Adjustments per student** | |
| State Austerity Adjustment | Varies (based on recommended reductions approved by General Assembly) |
| Supplemental Federal Funds | Varies (based on availability of federal funds) |
| Supplemental State Funds | Varies (based on availability of additional state funds) |
| **Director Funding per GNETS Center*** | Varies (based on salary increases and changes in fringe rates) |
| **Health Insurance Funding per Teacher** | |
| **Training and Experience Supplement per Teacher*** | Varies (based on individual teachers' education level and years of experience) | $13,340.00 |

*Teacher salary based on 10 month contract in FY20 with fringes is $45,532.06

**Paraprofessional salary in FY20 is $10,000

***Supervisor salary based on 12 month contract in FY20 with fringes is $54,458.47

****Psychologist and social worker rate is the same as a teacher

*****Administrative assistant rate with fringes is $17,470.94 in FY19

*Director funding with fringes in FY20 is $54,458.47

* Average in FY20 is $55,507.96 per teacher

GA00054567.005

# FY20 Student Record Count

| 2019 Count | 2018 Count | 2017 Count | Weighted FY19 50% | Weighted FY18 25% | Weighted FY17 25% | Final FY21 Student Count |
|---|---|---|---|---|---|---|
| 413 | 454 | 480 | 207 | 114 | 120 | 440 |
| 136 | 148 | 174 | 68 | 37 | 44 | 149 |
| 219 | 218 | 229 | 110 | 55 | 57 | 221 |
| 99 | 88 | 97 | 50 | 22 | 24 | 96 |
| 244 | 261 | 323 | 122 | 65 | 81 | 268 |
| 206 | 201 | 236 | 103 | 50 | 59 | 212 |
| 199 | 217 | 227 | 100 | 54 | 57 | 211 |
| 60 | 56 | 56 | 30 | 14 | 14 | 58 |
| 104 | 114 | 120 | 52 | 29 | 30 | 111 |
| 155 | 166 | 149 | 78 | 42 | 37 | 156 |
| 392 | 366 | 408 | 196 | 92 | 102 | 390 |
| 117 | 135 | 156 | 59 | 34 | 39 | 131 |
| 265 | 256 | 263 | 133 | 64 | 66 | 262 |
| 80 | 90 | 109 | 40 | 23 | 27 | 90 |
| 103 | 97 | 96 | 52 | 24 | 24 | 100 |
| 96 | 96 | 105 | 48 | 24 | 26 | 98 |
| 206 | 188 | 178 | 103 | 47 | 45 | 195 |
| 84 | 103 | 98 | 42 | 26 | 25 | 92 |
| 193 | 275 | 234 | 97 | 69 | 59 | 224 |
| 40 | 70 | 110 | 20 | 18 | 28 | 65 |
| 46 | 60 | 45 | 23 | 15 | 11 | 49 |
| 161 | 167 | 199 | 81 | 42 | 50 | 172 |
| 114 | 115 | 127 | 57 | 29 | 32 | 118 |
| 55 | 57 | 60 | 28 | 14 | 15 | 57 |
| 3787 | 3998 | 4279 | 1894 | 1000 | 1070 | 3965 |



GaDOE
Georgia Department of Education

GA00054567.006

7

# GNETS Funding Breakout Ratios

## Direct Instruction per student

Teacher per student Ratio*        1:6.5

Paraprofessional per student
Ratio**                          1:6.5

Classroom Supply per student        $188.81



GA00054567.007

# GNETS Funding Breakout Ratios

| Indirect Support per student | |
|---|---|
| Supervisor per student** | 1:50 |
| Psychologist per student**** | 1:100 |
| Social Worker per student*** | 1:50 |
| Administrative Assistant per student***** | 1:50 |
| Operating Supply per student | 1:50 |
| Facility Maintenance per student | $298.00 |

8



GA00054567.008

9

# Sample Funding Breakout
# Indirect Support per Student Count

- John Doe program has a GNETS student count of 250 students

- Funding breakout ratios for indirect support would reflect the following:

- 5 supervisors (i.e. Coordinators)

- 5 social workers

- 2.5 Psychologists



10

# State Allocation Per Program

| GNETS Program Name | Fiscal Agent | FY20 GNETS | State Allocations |
|---|---|---|---|
| Elam Academy | Bibb County | | $6,971,382.00 |
| Coastal Ga Comprehensive Academy | Chatham County | | $3,167,585.00 |
| South Metro | Clayton County | | $3,966,258.00 |
| H.A.V.E.N. | Cobb County | | $4,828,997.00 |
| Flint Area Learning Program | Crisp County | | $684,297.00 |
| Dekalb-Rockdale | DeKalb County | | $3,001,412.00 |
| Oaktree | Dougherty County | | $1,729,051.00 |
| Horizon Academy | Coastal Plains RESA | | $2,605,318.00 |
| Woodall | Muscogee County | | $571,938.00 |
| Sand Hills | Richmond County | | $1,381,677.00 |
| Mainstay Academy | Spalding County | | $3,079,376.00 |
| Pathways | Thomas County | | $1,507,535.00 |
| Riverquest | Central Savannah River RESA | | $560,147.00 |
| Cedarwood | First District RESA (cedarwood) | | $1,633,353.00 |
| Coastal Academy | First District RESA (coastal) | | $2,379,477.00 |
| Heartland Academy | Heart of Georgia RESA | | $1,861,380.00 |
| North Metro | Metro RESA | | $5,948,059.00 |
| Rutland | North Georgia RESA | | $1,335,539.00 |
| Northstar | Northeast Georgia RESA | | $1,907,095.00 |
| Northwest GA | Northwest Georgia RESA | | $4,087,118.00 |
| GNETS of Oconee | Oconee RESA | | $1,196,846.00 |
| Harrell Learning Center | Okefenokee RESA | | $1,272,022.00 |
| Futures | Pioneer RESA | | $2,842,780.00 |
| Burwell | West Georgia RESA | | $3,766,601.00 |
| | | | $62,285,243.00 |

GA00054567.010



11

# Federal Allocation Per Program

| GNETS Program Name | Fiscal Agent | FY20 GNETS Federal Allocations |
|---|---|---|
| Elam Academy | Bibb County | 515,000.00 |
| Coastal Ga Comprehensive Academy | Chatham County | 365,000.00 |
| South Metro | Clayton County | 365,000.00 |
| H.A.V.E.N. | Cobb County | 415,000.00 |
| Flint Area Learning Program | Crisp County | 265,000.00 |
| Dekalb-Rockdale | Dekalb County | 365,000.00 |
| Oaktree | Dougherty County | 315,000.00 |
| Horizon Academy | Coastal Plains RESA | 315,000.00 |
| Woodall | Muscogee County | 265,000.00 |
| Sand Hills | Richmond County | 315,000.00 |
| Mainstay Academy | Spalding County | 315,000.00 |
| Pathways | Thomas County | 265,000.00 |
| Riverquest | Central Savannah River RESA | 265,000.00 |
| Cedarwood | First District RESA (cedarwood) | 315,000.00 |
| Coastal Academy | First District RESA (coastal) | 315,000.00 |
| Heartland Academy | Heart of Georgia RESA | 315,000.00 |
| North Metro | Metro RESA | 415,000.00 |
| Rutland | North Georgia RESA | 265,000.00 |
| Northstar | Northeast Georgia RESA | 315,000.00 |
| Northwest GA | Northwest Georgia RESA | 365,000.00 |
| GNETS of Oconee | Oconee RESA | 265,000.00 |
| Harrell Learning Center | Okefenokee RESA | 315,000.00 |
| Futures | Pioneer RESA | 315,000.00 |
| Burwell | West Georgia RESA | 365,000.00 |
| | | 7,910,000.00 |



GA00054567.011

# Federal Budget Allocation Calculation

| Student Count | Allocation |
|---|---|
| <100= | 265,000 |
| 100-200 | 315,000 |
| 200-300 | 365,000 |
| 300+ | 415,000 |
| 4 - 450 | 465,000 |
| 450+ | 515,000 |

12

*Richard Woods, Georgia's School Superintendent | Georgia Department of Education | Educating Georgia's Future*



GA00054567.012

# FY20
# Contracts/Grants

13

| Curriculum Associates (iReady) | The purpose of this grant is to allocate state funds to the Georgia Network for Educational and Therapeutic Support (GNETS) fiscal agents, to cover the cost of providing teachers with diagnostic data and instructional materials that will be used to write IEPs and remediate identified academic weaknesses for students served by GNETS. | $160,248.00 |
|---|---|---|
| Staff Rehab | Therapeutic services reimbursement grant for GNETS fiscal agents covering the costs incurred by GNETS to provide therapeutic counseling services to children with identified significant mental health and behavioral needs. Grant will be provided to 13 GNETS sites to hire licensed clinical social workers. | $900,000.00 |
| Georgia State University/FBA BIP | Contract with GSU to provide Functional Behavioral Assessment/Behavior Intervention Plan (FBA/BIP) to increase the capacity of Georgia educators to implement the functional behavioral assessment/behavior intervention plan (FBA/BIP) process in their schools and to increase the capacity of Georgia educators to train their district colleagues on the FBA/BIP process. | $75,000.00 |
| Georgia State University/FBA BIP | Contract with GSU to provide Trauma Informed Care (TIC) training to GNETS staff to increase the level of trauma-informed practices and care at multiple levels within GNETS programs. | $25,000.00 |
| Nquire Services | Purchase of SDQ assessments for GNETS sites. Assessment helps identify and manage children's behavioral/emotional strengths and weaknesses for students served by GNETS. | $8,025.00 |
| Jigsaw/Teachtown (RBT) | Contract with Jigsaw Learning to provide tuition instruction for 40 GNETS behavior staff members. This work will build the skill sets of GNETS behavioral staff to engage in behavior reduction and skill acquisition strategies for students served by GNETS. | $48,000.00 |
| Jigsaw/Teachtown (ABA Pro licenses) | Contract with Jigsaw Learning (Teachtown) to provide Applied Behavior Analysis (ABA) principles as a self-guided professional development and a GNETS support platform specially designed for GNETS teachers and paraprofessionals. | $59,302.00 |
| Pearson/BASC-3 | Reimbursement for purchase of BASC-3 assessments for GNETS sites. Assessment helps identify and manage children's behavioral/emotional strengths and weaknesses. | $10,000.00 |
| Total Contracts/Grants | | $1,285,575.00 |



14

# Program Manager Budget

| Class Description | FY20 Allocation |
|---|---|
| Personal Services | $143,803.00 |
| Regular Operating Expense | $24,025.00 |
| Computer Charges | $1,967.00 |
| Real Estate Charges | $4,592.00 |
| Telecommunications | $1,560.00 |
| Contracts | $1,285,575.00 |
| Total SEA | $1,461,522.00 |



GA00054567.014

15

# Grant Application

- GNETS Grant application aligns to the strategic plan

- Program assurances



GA00054567.015

# Funding Discussion Items

- Funding formula
- Indirect Costs
- GNETS QBE Funding
- LEAs that pull out of the network
- LEAs that only provide services to their students
- CARES Act
- USED update received 1/21/2020
- Fiscal agents for GNETS programs
- GNETS II funding question

16



# GNETS Board Rule-Fiscal Agent

The Fiscal Agent shall:

- 1. Be either the respective LEA(s) and/or Regional Educational Service Agency affiliated with the GNETS Services.

- 2. Account for and disburse grant funds in accordance with general accepted accounting and financial reporting principles to restricted GNETS accounts, including, but not limited to, maintenance and operation, instructional materials, media, and sick leave. (For information concerning procedures, see the *Financial Management for Georgia Local Units of Administration*.)

- 3. Submit financial reports as required by the SEA and the GaDOE.

- 4. Monitor facilities for safety and accessibility for students served by GNETS and report identified concerns to all key stakeholders including, LEAs, GNETS directors and any other appropriate parties.

- 5. Report requested data to the SEA or the GaDOE.

- 6. Submit grant applications and budgets through the consolidated application. The fiscal agent will calculate indirect cost using one percent. Indirect cost may be used for providing such services as accounting, data processing and purchasing.

- 7. Serve in this capacity for the respective unit, for a minimum of three fiscal years in accordance with O.C.G.A. §20-2-270.

- 8. Ensure that GNETS services are provided for all local school systems within the GNETS service area.

- (e) Any fiscal agent who decides to no longer serve as fiscal agent for GNETS shall meet with school superintendents of the local school systems within a service area to take a vote no later than April 1 to be effective for the ensuing fiscal year.



18

# GNETS II Funding Question

- **Plaintiffs contend that by creating, maintaining, ==funding==, and operating the Georgia Network for Educational and Therapeutic Services (GNETS)**, Defendants are providing them with an inferior education and excluding them from access to educational opportunities and integrated services in violation of their rights under the Americans with Disabilities Act, the Rehabilitation Act, and the Fourteenth Amendment to the United States Constitution.



GA00054567.018

19

# GNETS II Funding Question

- **Defendants**: Plaintiffs are challenging a point on the spectrum of education services for Georgia's children. **The GNETS program is not operated by the State, though the State does provide some funding for the GNETS program, and it does have some regulations that address GNETS grants,**



20

Next Steps



GA00054567.020

# Document Produced in Native Format

GA00054568