# EXHIBIT 94

Message

**From:** Celest Ngeve [celest.ngeve@rutlandacademy.org]
**Sent:** 10/6/2020 4:08:06 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Re: SDQ/BASC Follow-up

CAUTION: This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Thanks Vickie!

Ms. Celest Ngeve,
Director
Rutland Academy

> On Oct 6, 2020, at 11:59 AM, Vickie Cleveland <vcleveland@doe.k12.ga.us> wrote:
>
> Directors,
> This email is a follow up to our directors meeting on last week regarding the SDQ and BASC assessments. See the guidance below:
>
> 1. Please disregard the previous testing calendar that was sent. These dates are not set in stone. You have flexibility as to when you administer the assessment.
> 2. For students that are receiving virtual instruction, the GNETS may delay the assessments until the student returns to face-face instruction.
> 3. For students that are receiving instruction face-to-face, each GNETS would continue to administer the assessments.
> 4. We have found SDQ & BASC completion ONCE a year is adequate to drive IEP development. Each GNETS has the flexibility to determine administering these assessments more than once a year if you choose.
>
> Please let us know if you have any questions. Have a great day
> Vickie
>
> **Georgia Department of Education**
> **c/o Vickie D. Cleveland, Ed.S**
> **Program Manager, GNETS**
> **Division for Special Education Services and Supports**
> 1562 Twin Towers East
> 205 Jesse Hill Drive, SE
> Atlanta, GA  30334
> (470) 316-8664 Cell
> vcleveland@doe.k12.ga.us
> www.gadoe.org


PLAINTIFF'S EXHIBIT 227 SMS 7/15/22

GA00362585