# EXHIBIT 95

Message

| | |
|---|---|
| **From:** | Pat Wolf [pat.wolf@gnetsofoconee.org] |
| **Sent:** | 6/14/2018 12:43:36 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Suggestion |
| **Attachments:** | GNETS 2017 - 2018 Screening, Diagnostic, and PL Calendar (3).pdf |

Hi Vickie!
Last year Nakeba gave us a calendar giving us all the dates for the year and this is extremely helpful.

I will print the agenda and have it ready for everyone. I also reformatted the GNETS Director's Notebook so that we have the meetings by year and it isn't so cluttered.

Pat

**Pat Wolf**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

*Mindset: The New Psychology Of Success*

## CONFIDENTIALITY NOTICE:

This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.



GA00326222

 

# 2017 August
GNETS Diagnostic

BACK TO SCHOOL

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 31 | 01 | 02 | 03 | 04 | 05 | 06 |
| 07 **i-Reday Diagnostic 1 Begins** | 08 I-ready diagnostics | 09 I-ready diagnostics | 10 I-ready diagnostics | 11 I-ready diagnostics | 12 | 13 |
| 14 I-ready diagnostics | 15 I-ready diagnostics | 16 I-ready diagnostics | 17 I-ready diagnostics | 18 I-ready diagnostics | 19 | 20 |
| 21 I-ready diagnostics | 22 BASC-3 Flex Monitoring (Athens, GA) 9-1 | 23 I-ready diagnostics | 24 I-ready diagnostics | 25 TIC Webinar for all staff (3:30 - 4:30) | 26 | 27 |
| 28 I-ready diagnostics | 29 I-ready diagnostics | 30 I-ready diagnostics | 31 I-ready diagnostics | 01 I-ready diagnostics | 02 | 03 |
| 04 | 05 | | | | | |

**Notes:**

**Instrcutional Diagnostics:** Conduct online i-ready diagnostics to detemrine students instructional levels for skill-based instruction on i-Ready. <u>Only, if you do not</u> have access to bench mark assessments, use standards mastery as a pre-test and post-test to assess mastery of grade level standards and plan grade level standards-based instruction.

GA00326223

## 2017 September



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01<br>I-ready diagnostics | 02 | 03 |
| 04<br>Labor Day | 05<br>I-ready diagnostics | 06<br>I-ready diagnostics | 07<br>I-ready diagnostics | 08<br>I-ready diagnostics | 09 | 10 |
| 11<br>I-ready diagnostics | 12<br>I-ready diagnostics<br>BASC-3 Flex Monitoring Albany | 13<br>I-ready diagnostics | 14<br>I-ready diagnostics | 15<br>*i-Ready Diagnostic 1 Ends* | 16 | 17 |
| 18 | 19 | 20 | 21 | 22<br>I-ready Webinar for Directors and Academic Leads 9am - 10:30am | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 01 |
| 02 | 03 | Notes: | | | | |

GA00326224

#  October

http://www.sdqinfo.com/



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 01 |
| 02 | 03 | 04 | 05 | 06 | 07 | 08 |
| 09 Columbus Day | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 SDQ Pre-tests | 17 SDQ Pre-tests | 18 SDQ Pre-tests  Directors Meeting: TKES calibration training | 19 SDQ Pre-tests | 20 SDQ Pre-tests | 21 | 22 |
| 23 SDQ Pre-tests | 24 SDQ Pre-tests | 25 SDQ Pre-tests | 26 SDQ Pre-tests  Trauma Champions Face-to-Face Training from 10 - 2 South | 27 SDQ Pre-tests | 28 | 29 |
| 30 SDQ Pre-tests | 31 SDQ Pre-tests  Trauma Champions Face-to-Face Training from 10 - 2 North Region | | | | | |

Notes:
**Emotional/Behavioral Screening:** Conduct universal screenings with the SDQ to identify patterns of emotional/behavioral concerns at the building and student levels. Administer the BASC-3 as a clinical assessment to trinagulate and priortize students' needs and services. For younger students collect teacher or parent data. Collect self-assessments only from middle and High school students.

GA00326225

## 2017 November



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 30 | 31 | 01 SDQ Pre-tests | 02 SDQ Pre-tests | 03 SDQ Pre-tests; Trauma Champions self-directed activity follow-up | 04 | 05 |
| 06 | 07 | 08 **Election Day** | 09 | 10 Veterans Day | 11 | 12 |
| 13 BASC-3 assessments | 14 BASC-3 assessments | 15 BASC-3 assessments | 16 BASC-3 assessments | 17 BASC-3 assessments | 18 | 19 |
| 20 | 21 | 22 Thanksgiving Break | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 01 | 02 | 03 |
| 04 | 05 | Notes: HAPPY THANKSGIVING!!! | | | | |

GA00326226

## 2017 December 

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 01 | 02 | 03 |
| 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 Complete your team mid-year Strategic Plan self assessment | 19 Complete your team mid-year Strategic Plan self-assessment | 20 Complete your team mid-year Strategic Plan self-assessment | 21 Complete your team mid-year Strategic Plan self-assessment | 22 Complete your team mid-year Strategic Plan self-assessment | 23 | 24 |
| 25 Winter Break | 26 | 27 | 28 | 29 | 30 | 31 |
| 01 | 02 | Notes: | | | | |

GA00326227

## 2018 January



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 01 New Year Day | 02 | 03 | 04 | 05 | 06 | 07 |
| 08 | 09 | 10 | 11 | 12 | 13 | 14 |
| 15 I-ready diagnostics 2 begins  MLK Day | 16 I-ready diagnostics 2 begins | 17 I-ready diagnostics 2 begins | 18 I-ready diagnostics 2 begins | 19 I-ready diagnostics 2 begins | 20 | 21 |
| 22 I-ready diagnostics 2 begins | 23 I-ready diagnostics 2 begins  Directors Meeting | 24 I-ready diagnostics 2 begins | 25 I-ready diagnostics 2 begins | 26 I-ready diagnostics 2 begins | 27 | 28 |
| 29 i-Ready Diagnostics | 30 i-Ready Diagnostics | 31 i-Ready Diagnostics | 01 | 02 | 03 | 04 |
| 05 | 06 | | | | | |

Notes:
Begin second window of instructional diagnostics.

GA00326228

 

## 2018 February

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 01<br>i-Ready Diagnostics | 02<br>i-Ready Diagnostics | 03 | 04 |
| 05<br>i-Ready Diagnostics | 06<br>i-Ready Diagnostics | 07<br>i-Ready Diagnostics | 08<br>i-Ready Diagnostics | 09<br>*i-Ready Diagnostic 2 Ends* | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 01 | 02 | 03 | 04 |
| 05 | 06 | Notes:<br>HAPPY VALENTINES! | | | | |

GA00326229

# 2018 March

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 01 | 02 | 03 | 04 |
| 05 SDQ Post-tests | 06 SDQ Post-tests | 07 SDQ Post-tests | 08 SDQ Post-tests | 09 SDQ Post-tests | 10 | 11 |
| 12 SDQ Post-tests | 13 SDQ Post-tests | 14 SDQ Post-tests | 15 SDQ Post-tests | 16 SDQ Post-tests | 17 | 18 |
| 19 SDQ Post-tests | 20 SDQ Post-tests | 21 SDQ Post-tests | 22 SDQ Post-tests | 23 SDQ Post-tests | 24 | 25 |
| 26 | 27 Directors meeting 9-12 Spring G-CASE | 28 | 29 | 30 | 31 | 01 |
| 02 | 03 | | | | | |

Notes:
Begin second window for emotional/behavioral screenings. Use the data to determine changes in trends and patterns at the building and student levels. Consider why those changes occurred, and next steps for your program.

GA00326230

# 2018 April

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 31 | 01 |
| 02 | 03 | 04 Spring Break | 05 | 06 | 07 | 08 |
| 09 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 I-ready diagnostics 3 begins | 24 i-Ready Diagnostics | 25 i-Ready Diagnostics | 26 i-Ready Diagnostics | 27 i-Ready Diagnostics | 28 | 29 |
| 30 i-Ready Diagnostics | 01 | | | | | |

Notes:
Begin third window of i-Ready Diagnostics. Please adjust your i-Ready diagnostic windows around your end of year state assessment windows. You will have the full month of May to complete i-Ready diagnostics.

GA00326231

## 2018 May



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 30 | 01<br>i-Ready Diagnostics | 02<br>i-Ready Diagnostics | 03<br>i-Ready Diagnostics | 04<br>i-Ready Diagnostics | 05 | 06 |
| 07<br>i-Ready Diagnostics | 08<br>i-Ready Diagnostics | 09<br>i-Ready Diagnostics | 10<br>i-Ready Diagnostics | 11<br>i-Ready Diagnostics | 12 | 13 |
| 14<br>i-Ready Diagnostics | 15<br>i-Ready Diagnostics | 16<br>i-Ready Diagnostics | 17<br>i-Ready Diagnostics | 18<br>*i-Ready Diagnostic 3 Ends* | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28<br>Memorial Day | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 | 05 | Notes: | | | | |

GA00326232

 June



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 **Visits for strategic plan reviews begin** | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| GNETS Summer Academy (Professional Learning Sessions) Excutive Committee will plan this out - | | | | | | |
| | **Directors Session 9-3** | | | | | |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 **Visits for strategic plan reviews end** | 30 | 01 |
| 02 | 03 | Notes: Feedback and data from the strategic plan and other measures will be shared at the last GNETS directors. | | | | |

GA00326233

## 2018 July

GNETS Diagnostic, Screening and PL Calendar 2016-2017



| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 01 |
| 02 | 03 | 04 Independence Day | 05 | 06 | 07 | 08 |
| 09 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | Notes: | | | | |

GA00326234