EXHIBIT 96 (part 1)



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334



PLAINTIFF'S EXHIBIT
631
PENGAD 800-631-6989

# Georgia Network for Educational and Therapeutic Support (GNETS) FY 22 Grant Application

This FY 22 Grant Application and required attachments must be submitted by the fiscal agent through the Consolidated Application no later than June 30, 2021. Budgets will be reviewed for approval after all required documentation is submitted through the Consolidated Application.

| | |
|---|---|
| **GNETS Name:**<br><br>**NORTH METRO GNETS** | |
| **GNETS Director:**<br><br>**Dr. Cassandra Allen Holifield** | |
| **Address:**<br><br>**North Metro GNETS Central Office<br>601 Beckwith St., SW<br>Atlanta, GA 30314** | |
| **Email:**<br><br>**cassandra.holifield@mresa.org** | **Phone:**<br><br>**404-802-6070** |
| **Fiscal Agent Name:**<br><br>**Metro RESA** | |
| **Superintendent/RESA Director:**<br><br>**Dr. Leigh Ann Putman** | |
| **Fiscal Agent Address:**<br><br>**Metro RESA<br>1870 Teasley Drive<br>Smyrna, GA 30080** | |

 2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

The information below will provide the number of students transitioning to less or more restrictive settings for the upcoming school year (FY22).

| | FY 22  List the number of students under each column | | | | |
|---|---|---|---|---|---|
| Name of Districts Served | Returned to home school/district | School-based GNETS classroom/wing | GNETS self-contained facility | Residential placement | Total |
| Atlanta City | 1 | 12 | 47 | 0 | 60 |
| Fulton | 0 | 126 | 0 | 0 | 126 |
| Gwinnett | 8 | 30 | 97 | 0 | 135 |
| Buford | 0 | 0 | 2 | 0 | 2 |
| Total Number of Districts: | Total: 9 | Total: 168 | Total: 146 | Total: 0 | Total: 323 |



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

## FY22 GNETS Projections

The information below will provide details about where students will receive GNETS services.

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| Oglethorpe School 601 Beckwith St., Atlanta, GA 30314<br><br>Operating Hours: 7:45 am – 3:45 pm | Atlanta Public Schools<br><br>(Atlanta Independent School District) | **Elementary**<br>__ Wing<br>__ Classroom<br>**Middle School**<br>__ Wing<br>__ Classroom<br>**High School**<br>__ Wing<br>__ Classroom<br>**Alternative School**<br>__ Wing<br>__ Classroom<br>__ **X** _ Center<br><br>__ Rental<br>Fee: _____ | _1_ ES<br>_2_ MS<br>_4_ HS | _1_ ES<br>_3_ MS<br>_4_ HS<br><br>*Includes shared Lead Teacher* | _1_ ES<br>_3_ MS<br>_8_ HS | North Metro GNETS<br>Oglethorpe is a center-based program that serves students in K-12. Students have the opportunity to participate in extra-curricular activities in their home schools when requested. When students served in this center-based program meet their IEP behavioral transition/reintegration goals they typically step down into the NM GNETS LRE transition classrooms.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Full Time<br>• School Psychologist – Full Time<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| Barack & Michelle Obama Academy/Elementary (NM GNETS Transition Classroom) 970 Martin St., SE Atlanta, GA 30315  Operating Hours: 7:45 am – 3:45 pm | Atlanta Public Schools  (Atlanta Independent School District) | X_ Elementary — Wing -X__ Classroom — Middle School — Wing — Classroom — High School — Wing — Classroom — Alternative School — Wing — Classroom — Center — Rental Fee:____ | _1_ ES ___ MS ___ HS | _1_ ES ___ MS ___ HS | _1_ ES ___ MS ___ HS | Barack & Michelle Obama Academy/Elementary School is a traditional school that houses one of the North Metro GNETS transition classrooms. North Metro GNETS students served in BAMO Academy/Elementary School will have the opportunity to be included in academic and extra-curricular activities as appropriate.  Access to Therapeutic Staff: • Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • School Psychologist – Full Time Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • Behavior Specialist – Full Time (Shared All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main location |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) |
| Long Middle School (NM GNETS Transition Classroom) 3200 Latona Drive, SW Atlanta, GA 30354 Operating Hours: 8:30 am – 4:05 pm | Atlanta Public Schools (Atlanta Independent School District) | Elementary ___ Wing ___ Classroom **Middle School** _x_ Wing _x_ Classroom **High School** ___ Wing ___ Classroom **Alternative School** ___ Wing ___ Classroom ___ Center ___ Rental Fee: _____ | ES _1_ MS ___ HS | ES _1_ MS ___ HS | ES _1_ MS ___ HS | Long Middle School is a traditional school that houses one of the North Metro GNETS transition classrooms. North Metro GNETS students served in Sylvan Middle School will have the opportunity to be included in academic and extra-curricular activities as appropriate. **Access to Therapeutic Staff:** • Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • School Psychologist – Full Time Part-Time/Consultative – Shared – This person |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

GaDOE
Georgia Department of Education

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | also serves as the FT person as the main location<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main location |
| South Atlanta High School (NM GNETS Transition Classroom)<br>800 Hutchens Rd., SE<br>Atlanta, GA 30354<br><br>Operating Hours:<br>8:15 am – 3:45 pm | Atlanta Public Schools<br><br>(Atlanta Independent School District) | \_\_ Elementary<br>\_\_ Wing<br>\_\_ Classroom<br>\_\_ Middle School<br>\_\_ Wing<br>\_\_ Classroom<br>X \_\_ High School<br>\_\_ Wing<br>X \_\_ Classroom<br>\_\_ Alternative School<br>\_\_ Wing<br>\_\_ Classroom<br>\_\_ Center<br>\_Rental<br>Fee:\_\_ | \_\_ ES<br>\_\_ MS<br>\_1\_ HS | \_\_ ES<br>\_\_ MS<br>\_1\_ HS | \_\_ ES<br>\_\_ MS<br>\_1\_ HS | South Atlanta High School is a traditional school that houses one of the North Metro GNETS transition classrooms. North Metro GNETS students served in South High School will have the opportunity to be included in academic and extra-curricular activities as appropriate.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location<br>• School Psychologist – Full Time Part-Time/Consultative – Shared – This person also serves as the FT person as the main location |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | location<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main location |
| North Atlanta High School (NM GNETS Transition Classroom)<br>4111 Northside Pkwy., NW<br>Atlanta, GA 30327<br><br>Operating Hours:<br>8:15 am – 3:45 pm | Atlanta Public Schools<br><br>(Atlanta Independent School District) | __ Elementary<br>__ Wing<br>__ Classroom<br>__ Middle School<br>__ Wing<br>__ Classroom<br>_x_ High School<br>__ Wing<br>_x_ Classroom<br>__ Alternative School<br>__ Wing<br>__ Classroom<br>__ Center<br><br>__ Rental<br>Fee: _____ | __ ES<br>__ MS<br>_1_ HS | __ ES<br>__ MS<br>_1_ HS | __ ES<br>__ MS<br>_1_ HS | South Atlanta High School is a traditional school that houses one of the North Metro GNETS transition classrooms. North Metro GNETS students served in South High School will have the opportunity to be included in academic and extra-curricular activities as appropriate.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location<br>• School Psychologist – Full Time Part-Time/Consultative – Shared – This person also serves as the FT person as the main location<br>• Behavior Specialist – |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Program Wide Across All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main location |
| New Prospect Elementary 3055 Kimball Bridge Rd. Alpharetta, GA 30022<br><br>Operating Hours: 7:00 am – 3:30 pm | Fulton County Public Schools | X Elementary<br>___ Wing<br>X ___ Classroom<br>___ Middle School<br>___ Wing<br>___ Classroom<br>___ High School<br>___ Wing<br>___ Classroom<br>___ Alternative School<br>___ Wing<br>___ Classroom<br>___ Center<br><br>___ Rental<br>Fee: _____ | 2 ES<br>___ MS<br>___ HS | 2 ES<br>___ MS<br>___ HS | 4 ES<br>___ MS<br>___ HS | North Metro students at New Prospect Elementary have the opportunity to be included in general education classes, including academic classes and specials, as appropriate. They also have the opportunity to be involved in school activities such as plays, field day and performances. North Metro staff and New Prospect Elementary staff collaborate regarding professional learning activities, curriculum, etc.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Full Time<br>• School Psychologist – Full Time<br>• Behavior Specialist – Full Time (Shared All Sites)<br>• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Sweet Apple Elementary 12025 Etris Rd. Roswell, GA 30075 Operating Hours: 7:00 am – 3:30 pm | Fulton County Public Schools | __X__ Elementary ___ Wing __X__ Classroom __ Middle School ___ Wing ___ Classroom __ High School ___ Wing ___ Classroom __ Alternative School ___ Wing ___ Classroom ___ Center ___ Rental Fee: _____ | _3_ ES ___ MS ___ HS | _3_ ES ___ MS ___ HS | _3_ ES ___ MS ___ HS | North Metro students at New Prospect Elementary have the opportunity to be included in general education classes, including academic classes and specials, as appropriate. They also have the opportunity to be involved in school activities such as plays, field day and performances. North Metro Elementary staff collaborate regarding professional learning activities, curriculum, etc. Access to Therapeutic Staff: • Social Workers – Full Time • School Psychologist – Full Time • Behavior Specialist – Full Time (Shared Program Wide Across All Sites) • Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Elkins Pointe Middle School 11290 Elkins Road Roswell, GA 30076

Operating Hours: 8:10 am – 4:00 pm | Fulton County Public Schools | Elementary ___ Wing ___ Classroom _X_ Middle School ___ Wing _X_ Classroom ___ High School ___ Wing ___ Classroom ___ Alternative School ___ Wing ___ Classroom ___ Center ___ Rental Fee: _____ | ___ ES _2_ MS ___ HS | ___ ES _3_ MS ___ HS *Includes shared Lead Teacher | ___ ES _3_ MS ___ HS | North Metro students at Elkins Pointe have the opportunity to be included in general education classes, including academic classes and connections, as appropriate. They also have the opportunity to be involved in school activities such as plays and performances. North Metro staff and Elkins Pointe staff collaborate regarding professional learning activities, curriculum, etc.

Access to Therapeutic Staff:
• Social Workers – Full Time
• School Psychologist – Full Time
• Behavior Specialist – Full Time (Shared Program Wide Across All Sites)
• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) |

GaDOE — Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Haynes Bridge Middle School 10665 Haynes Bridge Rd. Alpharetta, GA 30022  Operating Hours: 8:10 am – 4:00 pm | Fulton County Public Schools | Elementary __ Wing __ Classroom **X** Middle School __ Wing **X** Classroom __ High School __ Wing __ Classroom __ Alternative School __ Wing __ Classroom __ Center __ Rental Fee:_____ | __ ES 3 MS __ HS | __ ES 4 MS __ HS *Includes shared Lead Teacher | __ ES 5 MS __ HS | North Metro students at Haynes Bridge have the opportunity to be included in general education classes, including academic classes and connections, as appropriate. They also have the opportunity to be involved in school activities such as plays and performances. North Metro staff and Haynes Bridge staff collaborate regarding curriculum, professional learning activities, curriculum, etc.  Access to Therapeutic Staff: • Social Workers – Full Time • School Psychologist – Full Time • Behavior Specialist – Full Time (Shared All Sites) • Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Centennial High School 6310 Scott Road Roswell, GA 30076 Operating Hours: 8:20 am – 3:30 pm | Fulton County Public Schools | Elementary __ Wing __ Classroom Middle School __ Wing __ Classroom __X__ High School __X__ Wing __X__ Classroom Alternative School __ Wing __ Classroom __ Center __Rental Fee:___ | __ ES __ MS _4_ HS | __ ES __ MS _4_ HS | __ ES __ MS _4_ HS | North Metro students at Centennial have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff and Centennial staff collaborate regarding professional learning activities, curriculum, etc.  Access to Therapeutic Staff: • Social Workers – Full Time • School Psychologist – Full Time • Behavior Specialist – Full Time (Shared Program Wide Across All Sites) • Curriculum Specialist – Full Time (Shared Program Wide Across |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

![Georgia Department of Education logo - GaDOE]

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | All Sites) <br> • Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Hamilton E. Holmes Elementary School <br> 2301 Connally Drive <br> East Point, Georgia 30344 <br><br> Operating Hours: <br> 7:00 am – 3:30 pm | Fulton County Public Schools | X_ Elementary <br> __ Wing <br> X_ Classroom <br> __ Middle School <br> __ Wing <br> __ Classroom <br> __ High School <br> __ Wing <br> __ Classroom <br> __ Alternative School <br> __ Wing <br> __ Classroom <br> __ Center <br> __ Rental <br> Fee:___ | _1_ ES <br> ___ MS <br> ___ HS | _1_ ES <br> ___ MS <br> ___ HS | _1_ ES <br> ___ MS <br> ___ HS | North Metro students at Hamilton E. Holmes Elementary have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff Hamilton E. Holmes Elementary and I staff collaborate regarding professional learning activities, curriculum, etc. <br><br> Access to Therapeutic Staff: <br> • Social Workers – Full Time (Shared Program Wide Across All Fulton South Sites) <br> • School Psychologist – Full Time (Shared Program Wide Across All Fulton South |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Sites) |
| | | | | | | • Behavior Specialist – Full Time (Shared Program Wide Across All Fulton South Sites) |
| | | | | | | • Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) |
| | | | | | | • Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Paul D. West Middle School 2376 Headland Drive East Point, GA 30334 Operating Hours: 8:10 am – 4:00 pm | Fulton County Public Schools | Elementary __ Wing __ Classroom X Middle School __ Wing X Classroom __ High School __ Wing __ Classroom __ Alternative School __ Wing __ Classroom __ Center __ Rental Fee:___ | __ ES _1_ MS __ HS | __ ES _2_ MS __ HS *Includes shared Lead Teacher | __ ES _1_ MS __ HS | North Metro students at Paul D. West Middle School have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff and Paul D. West Middle School staff collaborate regarding professional learning activities, curriculum, etc. Access to Therapeutic Staff: • Social Workers – Full Time (Shared Program Wide Across All Fulton South Sites) • School Psychologist – Full Time (Shared |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Program Wide Across All Fulton South Sites) <br>• Behavior Specialist – Full Time (Shared Program Wide Across All Fulton South Sites) <br>• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites) <br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Tri-Cities High School 2575 Harris Street East Point, GA 30344 <br><br>Operating Hours: 8:20 am – 3:30 pm | Fulton County Public Schools | **Elementary** <br>___ Wing <br>___ Classroom <br>**Middle School** <br>___ Wing <br>___ Classroom <br>**X High School** <br>___ **X** Wing <br>___ **X** Classroom <br>**Alternative School** <br>___ Wing <br>___ Classroom <br>___ Center <br><br>___ Rental <br>Fee: ___ | ___ ES <br>___ MS <br>2 HS | ___ ES <br>___ MS <br>2 HS | ___ ES <br>___ MS <br>3 HS | North Metro students at Tri-Cities High School have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff and Tri-Cities High School staff collaborate regarding professional learning activities, curriculum, etc. <br><br>Access to Therapeutic Staff: <br>• Social Workers – Full Time (Shared Program Wide Across All Fulton South Sites) |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • School Psychologist – Full Time (Shared Program Wide Across All Fulton South Sites)<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Fulton South Sites)<br>• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Feldwood Elementary School<br>5790 Feldwood Road<br>College Park, GA 30349<br><br>Operating Hours:<br>7:00 am – 3:30 pm | Fulton County Public Schools | __X__ Elementary<br>___ Wing<br>__X__ Classroom<br>___ Middle School<br>___ Wing<br>___ Classroom<br>___ High School<br>___ Wing<br>___ Classroom<br>___ Alternative School<br>___ Wing<br>___ Classroom<br>___ Center<br><br>___ Rental<br>Fee:_____ | __1__ ES<br>___ MS<br>___ HS | __1__ ES<br>___ MS<br>___ HS | __1__ ES<br>___ MS<br>___ HS | North Metro students at Feldwood Elementary School have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff Feldwood Elementary School staff collaborate regarding professional learning activities, curriculum, etc.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Full Time<br>• School Psychologist – |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Full Time<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| McNair Middle School<br>2800 Burdett Road<br>College Park, GA 30349<br><br>Operating Hours:<br>8:10 am – 4:00 pm | Fulton County Public Schools | ___ Elementary<br>___ Wing<br>___ Classroom<br>_X_ Middle School<br>_X_ Wing<br>___ Classroom<br>___ High School<br>___ Wing<br>___ Classroom<br>___ Alternative School<br>___ Wing<br>___ Classroom<br>___ Center<br>___ Rental<br>Fee: ___ | ___ ES<br>_2_ MS<br>___ HS | ___ ES<br>_2_ MS<br>___ HS<br><br>*Includes shared Lead Teacher | ___ ES<br>_2_ MS<br>___ HS | North Metro students at McNair Middle School have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff and McNair Middle School staff collaborate regarding professional learning activities, curriculum, etc.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Full Time<br>• School Psychologist – Full Time<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Sites) |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | • Curriculum Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Langston Hughes High School<br>7510 Hall Road<br>Fairburn, GA 30213<br><br>Operating Hours:<br>8:20 am – 3:30 pm | Fulton County Public Schools | **Elementary**<br>___ Wing<br>___ Classroom<br>**Middle School**<br>___ Wing<br>___ Classroom<br>_X_ **High School**<br>___ Wing<br>_X_ Classroom<br>**Alternative School**<br>___ Wing<br>___ Classroom<br>___ Center<br>___ Rental<br>Fee:____ | ___ ES<br>___ MS<br>_1_ HS | ___ ES<br>___ MS<br>_1_ HS | ___ ES<br>___ MS<br>_2_ HS | North Metro students at Langston Hughes High School have the opportunity to be included in general education classes, including core classes and electives, as appropriate. They also have the opportunity to be involved in school extra-curricular activities such as sports, band and performances. North Metro staff and Langston Hughes High School staff collaborate regarding professional learning activities, curriculum, etc.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Full Time<br>• School Psychologist – Full Time<br>• Behavior Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Curriculum Specialist – Full Time (Shared Program Wide Across |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | All Sites)<br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Oakland Meadow Elementary<br>590 Old Snellville Hwy.<br>Lawrenceville, GA 30046<br><br>Operating Hours:<br>8:15 am – 2:45 pm | Gwinnett County Public Schools | X Elementary<br>__ Wing<br>X Classroom<br>Middle School<br>__ Wing<br>__ Classroom<br>High School<br>__ Wing<br>__ Classroom<br>Alternative School<br>__ Wing<br>__ Classroom<br>__ Center<br>__ Rental<br>Fee: _____ | 6 ES<br><br>__ MS<br><br>__ HS | 8 ES<br><br>__ MS<br><br>__ HS<br><br>*Includes shared Lead Teacher<br><br>1 – Behavioral Lead Teacher and 1 – Curriculum & Instruction Lead Teacher | 14 ES<br><br>__ MS<br><br>__ HS | North Metro students at Oakland Meadows Elementary have the opportunity to be included in general education classes, including academic classes and specials, as appropriate. They also have the opportunity to be involved in extra-curricular activities such as plays, field day and performances. North Metro staff and Winn Holt Elementary staff collaborate regarding professional learning activities, curriculum, etc. Students have the opportunity to participate in extra-curricular activities in their home schools when requested. When students served in this center-based program meet their IEP behavioral transition/reintegration goals they typically step down into the NM GNETS LRE transition classrooms. |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

**Georgia Department of Education**

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| Winn Holt Elementary School (NM GNETS Transition Classroom) 588 Old Snellville Hwy. Lawrenceville, GA 30046  Operating Hours: 8:15 am – 2:45 pm | Gwinnett County Public Schools | X  Elementary ___ Wing X ___ Classroom ___ Middle School ___ Wing ___ Classroom ___ High School ___ Wing ___ Classroom ___ Alternative School ___ Wing ___ Classroom ___ Center  ___ Rental Fee: _____ | _1_ ES ___ MS ___ HS | _1_ ES ___ MS ___ HS | _1_ ES ___ MS ___ HS | North Metro students at Winn Holt Elementary School have the opportunity to be included in general education classes, including academic classes and specials, as appropriate. They also have the opportunity to be involved in school activities such as plays, field day and performances. North Metro staff and Winn Holt Elementary staff collaborate regarding professional learning activities, curriculum, etc.  Access to Therapeutic Staff: • Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • School Psychologist – Full Time Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • Behavior Specialist – Full Time (Shared Program Wide Across All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | location |
| The BRIDGE at Buice Center (formerly Hooper Renwick) 1225 Northbrook Parkway Suwanee, Georgia 30024 Operating Hours: 6:40 am – 2:10 pm 6:40 am – 2:40 pm 6:40 am – 3:10 pm | Gwinnett County Public Schools | Elementary ___ Wing ___ Classroom __X_ Middle School ___ Wing ___ Classroom __X_ High School ___ Wing ___ Classroom ___ Alternative School ___ Wing ___ Classroom __X_ Center ___ Rental Fee: ___ | ___ ES 10_ MS 10_ HS | ___ ES 11_ MS 11_ HS *Includes shared Lead Teacher 1 – Behavioral Lead Teacher and 1 – Curriculum & Instruction Lead Teacher | ___ ES 11_ MS 11_ HS | North Metro GNETS Oglethorpe students at The BRIDGE (formerly Hooper Renwick) have the opportunity for partial day placements at neighboring schools or their home schools, as appropriate when their exit criteria are met. Students have the opportunity to participate in extra-curricular activities in their home schools when requested. When students served in this center-based program meet their IEP behavioral transition/reintegration goals they typically step down into the NM GNETS LRE transition classrooms. Access to Therapeutic Staff: • Social Workers – Full Time • School Psychologist – Full Time • Behavior Specialist – Full Time (Shared |

![GaDOE logo] Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Program Wide Across All Sites)<br>• Curriculum Specialist – Full Time (Shared Program Wide Across All Sites)<br>• Child Psychiatrist – (Part-Time/Shared Program Wide Across All Sites) |
| Northbrook Middle School (North Metro GNES Transition Classroom)<br>1221 Northbrook Pkwy.<br>Suwanee, GA 30024<br><br>Operating Hours:<br>8:50 am – 3:50 | Gwinnett County Public Schools | Elementary<br>___ Wing<br>___ Classroom<br>_X_ Middle School<br>___ Wing<br>_X_ Classroom<br>High School<br>___ Wing<br>___ Classroom<br>Alternative School<br>___ Wing<br>___ Classroom<br>___ Center<br><br>___ Rental<br>Fee:___ | ___ ES<br>_2_ MS<br>___ HS | ___ ES<br>_2_ MS<br>___ HS | ___ ES<br>_2_ MS<br>___ HS | Northbrook Middle School is a traditional school that houses one of the North Metro GNETS transition classrooms. North Metro GNETS students served in Northbrook Middle will have the opportunity to be included in academic and extra-curricular activities as appropriate.<br><br>Access to Therapeutic Staff:<br>• Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location<br>• School Psychologist – Full Time Part-Time/Consultative – Shared – This person also serves as the FT person as the main location<br>• Behavior Specialist – |

![GaDOE logo] Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Full Time (Shared Program Wide Across All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main location. |
| Central Gwinnett High School (North Metro GNES Transition Classroom) 564 Crogan Street Lawrenceville, GA 30046 Operating Hours: 7:00 am – 2:00 pm | Gwinnett County Public Schools | ___ Elementary ___ Wing ___ Classroom ___ Middle School ___ Wing ___ Classroom _X_ High School ___ Wing _X_ Classroom ___ Alternative School ___ Wing ___ Classroom ___ Center ___ Rental Fee: _____ | ___ ES ___ MS _1_ HS | ___ ES ___ MS _1_ HS | ___ ES ___ MS _2_ HS | Central Gwinnett High School is a traditional school that houses one of the North Metro GNETS transition classrooms. North Metro GNETS students served in Central Gwinnett High School will have the opportunity to be included in academic and extra-curricular activities as appropriate. Access to Therapeutic Staff: • Social Workers – Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • School Psychologist – Full Time Part-Time/Consultative – Shared – This person also serves as the FT person as the main location • Behavior Specialist – Full Time (Shared |

![Georgia Department of Education logo]

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Site Location Name, and Address | LEAs served at this location | Location Type | Number of Classes | Number of Teachers | Number of Paraprofessionals | List the types of therapeutic staff available at this location. Indicate if they serve at the location full-time or part-time. |
|---|---|---|---|---|---|---|
| | | | | | | Program Wide Across All Sites) Part-Time/Consultative – Shared – This person also serves as the FT person as the main location |

## FY22 Staffing Pattern
### The information below will determine the funding sources for GNETS staff.

| STAFF | A<br>State Grant | B<br>Federal VI-B | C<br>Total A+B | D<br>LEA Funded | E<br>Grand Total C+D |
|---|---|---|---|---|---|
| **Administrators** | | | | | |
| Director | 1 | 0 | 1 | 0 | 1 |
| Supervisors/Coordinators *(Site Coordinators & Assistant Site Coordinators)* | 6.5 | 0 | 6.5 | 1.5 | 8 |
| **Instructional Staff** | | | | | |
| Classroom Teachers | 20 | 0 | 20 | 48 | 68 |
| List Auxiliary Teachers (e.g., Art, P.E., etc.): | 0 | 0 | 0 | None to my knowledge | 0 |
| Paraprofessionals | 0 | 20 | 20 | 61 | 81 |
| **Student Support Services** | | | | | |
| Psychologists | 4 | 0 | 4 | 0 | 4 |

GaDOE
Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Social Workers | 8 | 0 | 8 | 0 | 8 |
|---|---|---|---|---|---|
| School Counselor | 0 | 0 | 0 | 1.5 | 1.5 |
| Social Work Technicians | 0 | 0 | 0 | 0 | 0 |
| Behavior Specialists | 5 | 0 | 5 | 0 | 5 |
| Curriculum & Instruction Specialists | 2 | 0 | 2 | 0 | 2 |
| Nurses (*our nurses are shared nurses) | 0 | 0 | 0 | 21 | 21 |
| **Support Staff** | | | | | |
| Secretaries, Clerks, Bookkeepers | 0 | 7 | 7 | 0 | 7 |
| Program Evaluators | 0 | 1 | 1 | 0 | 1 |
| Maintenance Personnel | 0 | 0 | 0 | Unknown | 0 |
| Bus Monitors | 0 | 0 | 0 | Unknown | 0 |
| **Other Personnel** | | | | | |
| List other FT and PT Personnel: Curriculum & Instruction Behavior Specialist (CIBC) | 2 | 0 | 2 | 0 | 2 |
| List New Positions: | 0 | 0 | 0 | 0 | 0 |
| List Contracted Positions (attach contract or scope of work):<br>• Dr. Gail Mattox – Morehouse School of Medicine Child Psychiatrist<br>• Dr. Jennifer Alexander – Comprehensive Behavior Change (CBC) Contracted BCBA<br>• Dr. Judith Crothers-Flamming – Contracted School Psychologist | 0 | 3 | 3 | 0 | 3 |
| **TOTALS** | 48.5 | 31 | 79.5 | 133 | 212.50 |



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

## BEHAVIORAL SUPPORT AND THERAPEUTIC SERVICES

### LIST THE BEHAVIORAL SUPPORTS AND THERAPEUTIC SERVICES AVAILABLE FOR STUDENTS ACROSS EACH TIER.

**Tier 1 – All Students** –Tier 1 supports and services are provided daily for 100% of students.

Tier 1 Prevention & Intervention Practices (School Level) - Teaching, modeling, and reinforcing expected behaviors of what we expect to see from ALL students within North Metro GNETS school/programs. Targeted Students with Overt Behaviors ex. 0 Suspensions 0 - 1 Referrals Covert Behaviors; Universal Screener: SDQ Low risk. Specific Examples: North Metro GNETS PBIS Expectations: 3 R's – Be Respectful, Be Responsible, Be Role Model; Effective PBIS Implementation; Crisis Interventions: LSCI and Mindset; and Social Emotional Learning Curricula – WhyTry, Bullying and Suicide Prevention. Grade Levels: K-12; Frequency/Duration: Daily & Ongoing; Interventionist – all staff; Team Focus – Leadership Team, PBIS Team, & Clinical Team/Treatment Team.

Tier 1 Prevention & Intervention Practices (Classroom Level) - Teaching, modeling, and reinforcing expected behaviors of what we expect to see from ALL students within North Metro GNETS classrooms. Targeted Students with Overt Behaviors ex. 0 Suspensions 0 - 1 Referrals Covert Behaviors; Universal Screener: SDQ Low risk. Specific Examples: PBIS Classroom level – Tier 1 Classroom management plans and structures; Corrective procedures; Classroom transitions and routines; Classroom communities and student engagement; Grade Levels: K-12; Frequency/Duration: Daily/Integrated within a Class Period in a naturalistic environment; Interventionist – Teachers and Paras; Team Focus - Grade/Subject Level Teacher Teams.

**Tier 2 – Small groups of students** – How often are Tier 2 services provided and for what percent of students?

Tier 2 Interventions Provided to Moderate Risk Students by Subset or in Small Groups – Standard Approach for Therapeutic Delivery at this Level: Mandatory 3 Times Per Week During 3 Scheduled 1 Hour Blocks. Targeted Students with Overt Behaviors ex. 1-2 Suspensions 2-5 Referrals Covert Behaviors; SDQ- Moderate Risk. Specific Examples: Behavior Contracts; Behavior Education Program (Check-in/Check-out); Peer or Adult Mentoring; Students with skill deficits receive group supports for Social Emotional Learning ex. WhyTry; Prepared Curricula; Functional Communication Training (FCT); Discrete Trial (ASD); short-term

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

mental health therapy; brief counseling; Grade Levels: K-12; Frequency/Duration: 3x week/60 minutes per session; Interventionist – PSC Certified Student Services Personnel and/or Licensed Mental Health Counselors ex. School Social Workers, School Psychologists; Team Focus - Teacher Teams/Treatment Team/Professional Learning Community.

**Tier 3 – Very few or Individual students** (this is the reverse for students receiving GNETS services; over 80% of students identified as needing GNETS services are in Tier 3) – How often are Tier 3 services provided and for what percent of students?

Tier 3 Individualized Interventions Provided to High Risks Students by Subsets or Individually - Provide for specific/targeted students based on function of behavior and need. Targeted Students with Overt Behaviors ex. 3+ Suspensions, 6+ Referrals Covert Behaviors; SDQ – High Risk. Specific Examples: Check-in/Check-out; Peer or Adult Mentoring; Students with skill deficits receive group supports for Social Emotional Learning ex. WhyTry; Prepared Curricula; Functional Communication Training (FCT); Discrete Trial (ASD); individual mental health counseling; IEP Counseling; Individualized Positive Behavior Support (FBA/BIP); Grade Levels: K-12; Frequency/Duration: Determined by BIP; Interventionist – Determined by FBA/PBIP team, PSC Certified School Psychologist/or Licensed Mental Health Counselors; School Psychologist/School Social Worker/School Counselor/ Community Provider/Trained behavior specialist or interventionist; Team Focus – FBA Team/Treatment Team/Clinical Team.

How will students 'responses to these intervention supports and services be monitored?

Treatment teams meet on all students at least monthly for debriefing and program planning. The purpose of the debriefing is to make sure that effective strategies are in place and that staff are communicating as a team on the academic, behavioral, and therapeutic needs of all students served in the program based on data. Treatment team meetings are held regularly at the Elementary, Middle, and High School Teams. Treatment teams consist of teachers, paraprofessionals (as appropriate), lead teachers, social workers, psychologists, school counselors (as appropriate), behavior specialists (as appropriate), curriculum specialists (as appropriate), and the site coordinator (as appropriate). Documentation will be kept up to date and will be kept in an electronic format. Fidelity of implementation will be monitored by administration on a regular basis.

How will the fidelity of intervention implementation be monitored?

A new Clinical Treatment Team meeting form was created and will be used program wide along with an intervention fidelity checklist. Data will be captured program-wide to monitor fidelity of intervention implementation and reported and used for program planning.



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

## SEVERE BEHAVIOR MANAGEMENT AND DEESCALTION

List the training provided to staff for the prevention and management of severe behaviors, including the use of restraint: (e.g. MindSet, CPI, LSCI). What percent of your staff are trained in these strategies and how do GNETS administrators and supervisors ensure that these initiatives are implemented with fidelity?

### Trainings Provided to Therapeutic Staff for the Prevention and Management of Severe Behaviors:

**Mindset Training** – Therapeutic Restraint Technique. Initial Mindset certification is required of all new staff within 90 days of hire. Recertification is required for all staff annually. After action reviews occur immediately following a restraint to ensure fidelity of implementation. Data on restraints are collected, reviewed, and communicated as appropriate to administration and parents.

**Life Space Crisis Intervention (LSCI)** – An advanced, interactive therapeutic de-escalation strategy used for turning crisis situations into learning opportunities for children and youth with chronic patterns of self-defeating behaviors. Social workers, psychologists, behavior specialists, administrators, and other interventionists receive LSCI training annually or as needed based on certification status. LSCI incidence logs are kept and data is reviewed and discussed on an on-going basis to monitor effectiveness and fidelity of implementation.

**WhyTry** - They WhyTry Social Emotional Learning Program is a resilience education curriculum that provides, simple hands-on solutions for dropout prevention, violence prevention, truancy reduction, and increased academic success. WhyTry engages students in Tiers 2 and 3 with a series of ten visual analogies that teach important life skills (e.g., decisions have consequences, dealing with peer pressure, obeying laws and rules, plugging into support systems). These lessons can be effectively taught in 10 to 60 minute small group sessions.  In the North Metro GNETS Program, our School Social Workers have all been trained to implement WhyTry and the FY 18 school year will be our first year of implementing this evidenced based multisensory SEL curriculum that includes lesson plans, music, videos, resources, reflection questions, activities, and more.

The WhyTry Social Emotional Learning Program is built on 3 Pillars: 1) Relationships - The key to motivation and change does not lie in interventions alone, but in the relationship established with students; 2) Relevance - Multisensory learning helps students



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

grasp the purpose, meaning, and application of the things they're being taught; and 3) Resilience - The first two pillars help students harness the third -- resilience -- and learn to see their challenges differently.

**Trauma Informed Care (TIC)**– Trauma Informed Care is an organizational structure and treatment framework that involves understanding, recognizing, and responding to the effects of all types of trauma. Trauma Informed Care also emphasizes physical, psychological and emotional safety for both consumers and providers, and helps survivors rebuild a sense of control and empowerment. In the FY 20 school-year, the North Metro GNETS program began to be trained in Trauma Informed Care and will take the steps to become a trauma informed GNETS program in service delivery which will include assessment and a modified program to include a basic understanding of how trauma affects the students served in the North Metro GNETS program and provide individualized therapeutic supports based on an understanding of the vulnerabilities or triggers of trauma so that our school-based therapeutic support services can be more responsive and help to avoid re-traumatization. Also, in the FY 20 school year, North Metro GNETS will be trained in Restorative Practices which is a social science that studies how to build social capital and achieve social discipline through participatory learning and decision making. Restorative practices include the use of informal and formal processes that precede wrongdoing, those that proactively build relationships and a sense of community to prevent conflict and wrongdoing. Restorative Practices will be used as a form a TIC to help address the mental health needs of students served in the North Metro GNETS program. In the FY 22 school-year, North Metro GNETS will begin to use the 321 Insights Trauma Informed Curricula in our program with our students.

**Restorative Practices** - Restorative practices is a social science that studies how to build social capital and achieve social discipline through participatory learning and decision making. The use of restorative practices helps to: reduce crime, violence, bullying and it helps to improve human behavior and strengthen civil society. North Metro GNETS like other schools and programs across the country are being urged to adopt restorative approaches as an alternative to suspensions, which may disproportionately affect students of color and students with disabilities. Restorative practices do more than supplant punitive approaches to discipline. They can dramatically improve the school climate and strengthen the social and emotional skills of young people and adults. Instead of using punishments and rewards to influence the way students behave, restorative approaches address the underlying reasons for students' hurtful behavior and nurture their intrinsic desire to treat others with care and respect. Restorative Practices will be used as a form a TIC to help address the mental health needs of students served in the North Metro GNETS program.

**Number of Therapeutic Staff Trained in Therapeutic Interventions and Monitoring of Implementation Fidelity:**



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

1. All North Metro GNETS School Social Workers are trained in Mindset, LSCI, & WhyTry and will be trained in Trauma Informed Care (TIC)

2. All North Metro GNETS School Psychologists are trained in Mindset, LSCI, and will be trained in Trauma Informed Care (TIC)

3. All North Metro GNETS program locations have Crisis Response Teams and they are trained in Mindset and LSCI and will be trained in Trauma Informed Care (TIC)

4. All North Metro GNETS Administrators are trained in Mindset, LSCI, and some are trained in WhyTry and they will all be trained in Trauma Informed Care (TIC)

5. Therapeutic Intervention Fidelity Checklists have been developed and will be utilized in the FY 22 school year to monitor fidelity of implementation.

**CRISIS MANAGEMENT:**

Describe the crisis management procedures used for the safety of staff and students. Describe how new staff are provided with initial training about GNETS crisis management procedures. How often are updates provided for all staff?

The North Metro GNETS School Safety and Crisis Management Plan is a procedural manual that was developed to keep students and staff safe in crisis situations. The manual is updated annually at the beginning of the year by the North Metro GNETS Crisis Response Team Members and then again quarterly throughout the year because although the plan is comprehensive and it focuses on prevention by anticipating problems and by establishing a coordinated response, it is not possible, to anticipate all events. A copy of the North Metro GNETS School Safety and Crisis Management Plan is attached to the FY 22 Grant Application for your review. (See Attached)

**INSTRUCTIONAL AND ACADEMIC SUPPORTS**

**INSTRUCTION IN COMMON GEORGIA STANDARDS OF EXCELLENCE (GSE)**

What strategies/steps are implemented to ensure that all students have/will have access to Georgia Standards of Excellence (GSE)?



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

All North Metro GNETS students have access to the Georgia Standards of Excellence (GSE) through their respective school district's in which they reside. Additionally, all secondary NM GNETS students will be provided access to the GSE through Edgenuity. Elementary and secondary students will also access and use iReady via Curriculum Associates to build academic reading and math skills which positively impact their ability to excel on the GSE. All North Metro GNETS Teachers, Curriculum Specialists, and Administrators will receive annual training on the GSE from their respective school districts in addition Metro RESA, GLRS, and our NM GNETS Curriculum Specialists.

**Describe the professional learning that will be provided for staff to deliver and monitor grade level GSE.**

All North Metro GNETS administrators, teachers, paraprofessionals, behavior specialists, and instructional specialists attend district provided professional development and North Metro GNETS provided professional development in order to meet the academic, behavioral, and therapeutic needs of the students served in the North Metro GNETS program. All staff are trained to provide specially designed instruction (SDI) and instruction is monitored by the director, site coordinators, curriculum specialists, behavior specialist, teachers, and lead teachers on an on-going basis. Data is collected and analyzed and instructional coaching and feedback is provided based on data.

Access to Georgia Standards of Excellence (GSE):
- Use of school system instructional calendars
- Metro RESA & GLRS instructional calendars
- Lesson plans for GSE/CCGPS available on GaDOE website and school system's websites.

Professional Learning Used to Support Instruction in Grade Level GSE/CCGPS:
- Blended Learning (Middle & High School)
- Academic team curriculum meetings
- Use of Benchmark assessments used for teaching CCGPS and monitoring progress ex. iReady, iMath, BASC 3, SDQ, & ABLLS-R
- Teachers attend school system training for new text book and curriculum adoptions
- Training in standards and assessment through GAA
- On-going professional training in all content areas via collaboration and partnerships with NM GNETS school district systems
- On-going training and support on administering and assessing students using the GAA,GHSGT, EOCT, CRCT, and CRCT-M
- Support from Metro RESA and GLRS West professional development and curriculum specialists