EXHIBIT 96 (part 2)

![Georgia Department of Education logo]

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

**Teacher Rotation:** Opportunities for North Metro teachers to observe other North Metro teachers' classrooms 1-2 days per year to learn new skills and techniques.

Describe the procedures for monitoring the delivery of classroom instruction and student outcomes.

North Metro GNETS will follow the stated procedures and protocols for monitoring the delivery of classroom instruction and student outcomes:

Who Completes TKES Walkthroughs:

- GNETS Site Coordinators will complete ALL TKES walkthroughs, formatives, and summative evaluations
- Assistant Site Coordinators/Assistant Principals are to assist Site Coordinators with ALL walkthrough observations, formative, and summative evaluations
- Lead Teachers will NOT complete TKES related walkthroughs/evaluations

Frequency & Type of Observations:

- New Teachers (less than 3 years teaching experience), Teachers new to GNETS (1st year in GNETS), or Teachers on PDP's/Need Development
  - 4 Walkthroughs per year
  - 2 Formative Observations per year
  - TKES - Full Plan
- Veteran Teachers
  - 2 Walkthroughs per year
  - 2 Formative Observations per year
  - TKES Flexible Process Plan
- ALL TEACHERS will still have a Summative Evaluation completed
  - This evaluation takes into account: the scores from each observation completed, and any documentation or data that has been uploaded into the TLE to support the



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

teacher's performance throughout the year and/or his/her observation scores

- All teachers' evaluation scores should take into account data collected from the IEP fidelity checks, FBA/BIP fidelity checks, i-Ready implementation, as well as all other instructional, behavioral, and therapeutic data related to their daily duties and responsibilities

- Observers will utilize the appropriate GNETS Observation Checklist as a portion of all TKES observations (walkthroughs & formatives)
  - The Observation Checklist should be uploaded into the TKES platform as documentation of performance for the completed observation(s)

Implementation Timelines:

- New Teachers
  - First 2 Walkthroughs completed between September 1ˢᵗ & Thanksgiving Break
  - First Formative Observation completed between Thanksgiving Break and Winter Break
  - Second 2 Walkthroughs completed between Winter Break and Spring Break
  - Second Formative Observation completed between Spring Break and the Last Day of School

- Veteran Teachers
  - First Walkthrough completed between September 1ˢᵗ & Thanksgiving Break
  - First Formative Observation completed between Thanksgiving Break and Winter Break
  - First Formative Observation completed between Winter Break and Spring Break
  - Second Walkthrough completed between Winter Break and Spring Break
  - Second Formative Observation completed between Spring Break and the Last Day of School

- Summative Evaluations (for ALL teachers) Completed by the last day for students

Conferences & Evaluations:

- All teachers will still take part in a Pre-Conference, Mid-Year Conference, & Summative Evaluation Conference
- Timelines for these will be as follows:
  - Pre-Conferences completed by September 30ᵗʰ
  - Mid-Year Conferences completed by January 1ˢᵗ



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

- o Summative Evaluation Conference completed by May 30th

Standards to be rated:

- New Teachers
  - o Walkthroughs will include ratings on: Standard 2 "Instructional Planning", Standard 3 "Instructional Strategies", Standard 7 "Positive Learning Environment", & Standard 8 "Academically Challenging Environment" (additional standards may be rated if desired)
  - o Formative Observations will include ratings on ALL 10 Standards
  - o Summative Evaluations will include ratings on ALL 10 Standards
- Veteran Teachers
  - o Walkthroughs will include ratings on : Standard 2 "Instructional Planning", Standard 3 "Instructional Strategies", Standard 7 "Positive Learning Environment", & Standard 8 "Academically Challenging Environment" (additional standards may be rated if desired)
  - o Formative Observations will include ratings on ALL 10 Standards
  - o Summative Evaluations will include ratings on ALL 10 Standards

*All teachers' evaluation scores should take into account data collected from the IEP fidelity checks, FBA/BIP fidelity checks, i-Ready implementation, as well as all other instructional, behavioral, and therapeutic data related to their daily duties and responsibilities.*

## SUPPLEMENTAL INSTRUCTION

### ACADEMIC INTERVENTIONS

i-Ready will continue to be provided as a supplemental program. If applicable, list and describe other evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.

North Metro GNETS will continue to implement "program-wide" research-based academic, behavioral, and therapeutic interventions along with other district provided research based interventions which are only available to specific North Metro



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

GNETS Program locations.

## North Metro GNETS Academic Interventions:

### iReady Diagnostic

Adaptive assessments, like i-Ready® Diagnostic, leverage advanced technology to provide a deep, customized evaluation of every student and to track student growth and performance consistently and continuously over a student's entire K–12 career. Students in the North Metro GNETS Program are assessed three times per year via the iReady Diagnostic which: 1) Identifies why students are struggling and helps teachers understand the root causes behind student challenges; 2) Measures growth across grades K–12, providing a valid and reliable growth measure from year to year, which allows district tracking and yearly student progress, which allows for administrative decision making for long-term student performance improvements; and 3) Supports data-driven differentiated instruction. Based on the Diagnostic results, i-Ready automatically provides individualized online and teacher-led instruction targeted to each student's unique needs. iReady Diagnostic assessments also provide easy-to-read reports, provide teachers with a detailed action plan for individual and group instruction and the tools to deliver that instruction in any style learning environment.

### iReady Reading

i-Ready Reading is a research-based academic intervention that combines a valid and reliable growth measure and individualized instruction in a single online product. iReady Reading is a single K–12 adaptive diagnostic for reading that pinpoints students' needs down to the sub-skill level, and provides ongoing instruction and progress monitoring that shows whether students are on track to achieve end-of-year targets. North Metro GNETS will receive training on iReady in FY 17 and this serve as a baseline year for implementation.

### iReady Math:

i-Ready Math is a research-based academic intervention that combines a valid and reliable growth measure and individualized instruction in a single online product. iReady Math is a single K–12 adaptive diagnostic for reading that pinpoints students' needs down to the sub-skill level, and provides ongoing instruction and progress monitoring that shows whether students are on track to achieve end-of-year targets. North Metro GNETS will receive training on iReady in FY 17 and this serve as a baseline year for implementation.

## The Kaufman Test of Education Achievement (KTEA-3 – Comprehensive Form):



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

The Kaufman Test of Education Achievement, Third Edition is an individually administered measure of academic achievement for grades pre-kindergarten through 12th grade or ages 4 through 25 years. The KTEA-3 provides measures of all eight specific learning disability areas identified in the IDEIA 2004, as well as, the area of impairment specified by the DSM-5. The KTEA-3 is mapped to the Common Core State Standards and it measures achievement in reading, mathematics, written language, and oral language. It allows the examiner to administer a single subtest or any combination of subtests to assess achievement in one or more domains. North Metro GNETS students will be administered the KTEA-3 Academic Skills Battery which includes Reading, Math, and Written Language and instructional interventions from the KTEA assessments will be considered and used in making instructional decisions.

## North Metro GNETS LEA Specific Academic Interventions:

**High Leverage Practices** – High leverage practices (HLPs) are a set of practices that are necessary to support student learning, and that should be learned and implemented by pre-service and in-service teachers. HLPs are appropriate for all students and should be used by all teachers. These practices can be helpful across different content areas, grade levels, and domains. HLPs and Tiered System of Supports for Students are ideal for implementing a Tiered System of Supports for Students. HLPs are critical in delivering evidence-based practices (EBPs) when providing Tier I (Primary Level – Instruction/Core Curriculum), Tier II (Secondary Level - Intervention) and Tier III (Tertiary Level - Intensive Intervention). HLPs and EBPs complement each other in a Tiered System of Supports for Students to assure academic and behavioral needs of all learners are addressed. HLPS are necessary for implementing evidence-based practices (EBPs) effectively. Evidenced-based practices are effective educational strategies that are content specific. When HLPs are coupled with EBPs, they provide a continuum of supports that result in a rapid response to academic and behavioral needs. Teachers in the North Metro GNETS Program will be taught how to use all 22 high leverage practices across the four HLP domains to improve student engagement and content mastery. The four HLP domains are: Collaboration, Assessment, Social/Emotional/Behavioral, and Instruction. Each of these practices meet the following criteria: 1) They focuses directly on instructional practice, 2) They occurs with frequency, 3) They are research based and known to foster student engagement and learning, 4) They are broadly applicable and useable in any content area or approach to teaching.

**Read 180 / Edmark Reading Program**- a comprehensive system of curriculum, instruction, assessment, and professional development proven to raise reading achievement for struggling readers in grades 4—12+. Professional Learning is provided by



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.

**E2020 /Edgenuity** – a flexible, rigorous core instructional programs that is used for initial course credit, credit recovery, or supplemental instruction. E2020/Edgenuity courses combine video instruction from highly qualified teachers with multimedia-rich content to increase student engagement, boost motivation, and accelerate learning with multiple activities. Professional Learning is provided by trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.

**Touch Math** – a Supplemental Math Program that supports students who are in need of additional instruction using a multisensory, scaffolded, sequential and concrete approach to basic skills.  Professional Learning is provided by trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.  Professional Learning is provided by trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.

**Reading A-Z**  - a Supplemental Reading Program that supports students who are in need of additional instruction in the basic areas of reading: phonemic awareness, phonics, fluency, vocabulary and comprehension. (i.e., students are taught how to ask and answer questions during the reading process to demonstrate an understanding of key details in text). Taught in small groups classes and individually. Professional Learning is provided by trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.

**Fountas & Pinnell Level Literacy Intervention Program** – a Supplemental Reading Program that provides early intervention using daily 30 minute lessons in reading, writing and phonics/word study.  Lessons are taught in multisensory approach based on a thematic unit.  These units are supported through various genre's of books (fiction, non-fiction, fiction based on fact, etc).  Throughout each unit, vocabulary is targeted.  Writing is highlighted to demonstrate the students' ability to write across content areas to share about what they've learned.  This approach in provided in small groups and individually. Professional Learning is



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

provided by trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.

**SuccessMaker Reading & Math** – an instructional software program that provides students functioning at an elementary or middle school skill level with adaptive, personalized paths for mastery of essential reading and math concepts and delivers outcome-based data to inform educational decision making. Professional Learning is provided by trained staff, business consultants, and/or online. Fidelity of implementation is monitored via data that is reviewed at grade level and/or treatment team meetings in which students' academic, behavioral, and therapeutic interventions and progress are reviewed at least monthly.

**Self-Regulated Strategy Development (SRSD):**

Self-Regulated Strategy Development (SRSD) is an intervention designed to improve students' academic skills through a six-step process that teaches students specific academic strategies and self-regulation skills. The practice is especially appropriate for students with learning disabilities. The intervention begins with teacher direction and ends with students independently applying the strategy, such as planning and organizing ideas before writing an essay. More specifically, the six steps involve the teacher providing background knowledge, discussing the strategy with the student, modeling the strategy, helping the student memorize the strategy, supporting the strategy, and then watching as the student independently performs the strategy. A key part of the process is teaching self-regulation skills, such as goal-setting and self-monitoring, which aim to help students apply the strategy without guidance. The steps can be combined, changed, reordered, or repeated, depending on the needs of the student. The SRSD model can be used with students in grades 2 through 12 in individual, small group, or whole classroom settings.

## North Metro GNETS Program Wide Behavioral Interventions:

### BASC-3

The BASC 3 assesses a wide array of behaviors that represent both behavioral problems and strengths, including internalizing or externalizing problems, issues in school, and adaptive skills. The **BASC-3 Behavior Intervention Guide** provides a collection of evidence-based interventions designed to help remediate some of the most common behavior problems experienced by children and adolescents. The BASC-3 Behavioral and Emotional Screening System offers a reliable, quick, and systematic way to determine behavioral and emotional strengths and weaknesses of children and adolescents in preschool through high



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

school. This comprehensive screening system consists of brief forms that can be completed by teachers, parents, or students, providing one of the most comprehensive and efficient tools available today. The BASC-3 Behavior Intervention Guide provides a collection of evidence-based interventions designed to help remediate some of the most common behavior problems experienced by children and adolescents. This guide offers a number of features for efficiently implementing effective behavioral and emotional interventions for children, including:

- comprehensive coverage of a wide range of emotional and behavioral problems
- descriptive overviews of each behavioral or emotional problem
- an easy-to-follow presentation of the interventions
- considerations for implementation of the interventions

## Strength & Difficulties Questionnaire (SDQ - Universal Screener):

The Strengths and Difficulties Questionnaire (SDQ) is a behavioral screening questionnaire used with children and adolescents ages 2 through 17 years old. There are currently three versions of the SDQ: a short form, a longer form with impact supplement, and a follow-up form designed for use after a behavioral intervention. The questionnaire takes 5–10 minutes to complete. There are 5 subscales on the SDQ which result in a total score.

- Emotional symptoms subscale (Questions 1 – 5)
- Conduct problems subscale (Questions 6-10)
- Hyperactivity/inattention subscale (Questions 11-15)
- Peer relationship problems subscale (Questions 16-20)
- Prosocial behavior subscale (Questions 21-25)
- Internalizing score
- Externalizing score
- Total score

**How are teachers supporting students when they are not making progress with i-Ready and other supplemental programs?** Teachers in the North Metro GNETS program, will review, monitor, and discuss on a regular basis **the iReady Needs Analysis Report, the iReady Intervention Screener Report, and the iReady Class Response to Instruction Report** and discuss student usage data and responsiveness to instruction and interventions minimally at monthly Clinical Team Meetings, IEP meetings,



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

Progress Meetings, Leadership Team Meetings, and other relevant meetings related to students' academic growth and program planning. Teachers will also review **Class Summary Reports** to review instructional progress and usage for the entire class. Teachers will use **Student Detail Reports** to review student by student instructional progress in each domain.

- **Needs Analysis** – Identify key needs of students
- **Intervention Screener** – Understand class profile and monitor change across diagnostics
- **Class Response to Instruction** – Monitor student's performance weekly

**How is i-Ready and other academic data being used by leadership to support students, staff and parents?**

The iReady Usage Report, Passage Rate Report, and Growth Rate Report will be reviewed, monitored and discussed at all monthly Site Coordinator, Lead Teacher, District, and Leadership Team Meetings for the below reference expectations:

- **Usage** – looking for students to accomplish ≥ 45 minutes per week per subject (90 minutes - 45 minutes Reading & 45 minutes Math per week). **Goal: 80%** of students with ≥ **45** minutes per week per subject.
- **Pass rate** – Look for 70% and above – will be sent by curriculum associates. **Goal:** Pass rate of **70%** and above.
- **Growth** – Local growth – progressing towards the 100% target. **Goal:** Meet or exceed the **100%** target line.

Similarly, LEA administered benchmark assessment reports are reviewed, are analyzed and used to meet our students' individual instructional needs.

**Describe the procedures used to ensure supplemental academic interventions are implemented with fidelity.**

Teachers, Lead Teachers, and Site Coordinators will be trained how to access and use the reports referenced below by attending iReady Trainings and/or by attending NM GNETS Lead Teacher, Teacher, and/or Site Coordinator related trainings conducted by iReady and or the NM GNETS CIBC. Usage and fidelity of implementation will be monitored and recorded in the North Metro GNETS Documentation of Work (DOW) for Lead Teachers and Site Coordinators using iReady fidelity implementation checklists and data reports.

**iReady Teacher Related Reports:**

- iReady Needs Analysis Report,
- iReady Intervention Screener Report
- iReady Class Response to Instruction Report



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

Class Summary Reports
  • Student Detail Reports

**iReady Administrator Related Reports:**
  • **Usage** – looking for students to accomplish ≥ 45 minutes per week per subject (90 minutes - 45 minutes Reading & 45 minutes Math per week). **Goal: 80%** of students with ≥ **45** minutes per week per subject.
  • **Pass rate** – Look for 70% and above – will be sent by curriculum associates. **Goal:** Pass rate of **70%** and above.
  • **Growth** – Local growth – progressing towards the 100% target. **Goal:** Meet or exceed the **100%** target line.

Similarly, LEA administered benchmark assessment reports are reviewed, are analyzed and used to meet our students' individual instructional needs.

## INTEGRATION OF SERVICES AND CAPACITY BUILDING

**Describe the procedures that are followed before and after an IEP team has determined that a student is in need of GNETS services.**

With the adoption of the new GNETS State Board Rule which goes into effect on July 5, 2017, the only students that will be considered GNETS services are students in which his/her IEP team recommends GNETS services based on the existence of ALL of the following being documented in the student's educational record: 1) Documentation that indicates evidence of annual IEP reviews, progress monitoring data aligned with IEP goals, documentation indicating prior services were delivered in a lesser restrictive environment and the student's inability to receive FAPE in that environment; 2) A Functional Behavioral Assessment (FBA) and/or Behavior Intervention Plan (BIP) administered within the past year; and 3) Documentation that a comprehensive re-evaluation has been completed within the last 3 years.

(a) The IEP team must determine that GNETS services are necessary for students to receive FAPE. Removal from the general education setting will occur only when the nature or severity of students' social, emotional and/or behavioral challenges are such that education in a general education setting with the use of supplementary services and intensive individualized interventions cannot be achieved.

(b) The IEP team will consider the various setting in which GNETS services may be delivered and determine whether the individual student is likely to receive FAPE in each environment, beginning with the least restrictive setting.

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

(c) The GNETS continuum of services by environment may be delivered as follows:

1. Services provided in the general education setting in the student's Zoned School or other public school.
2. Services provided in the student's Zoned School or other public school setting by way of a "pull out" from the general education setting for part of the school day.
3. Services provided in the student's Zoned School or other public school for part of the school day in a setting dedicated to GNETS.
4. Services provided in the student's Zoned School or other public school for the full school day, in a setting dedicated to GNETS.
5. Services provided in a facility dedicated to GNETS for part of the school day.
6. Services provided in a facility dedicated to GNETS for the full school day.

**Describe the procedures for collaborating with LEAs to develop and review students' IEP goals.**

North Metro GNETS will collaborate with each of my respective LEAs (Atlanta Public Schools, Fulton County Schools, Gwinnett County Schools, and Buford City Schools) on a regular basis to ensure that 1) FAPE is delivered to students recommended for GNETS services in the LRE; 2) IEP meetings are convened as required by the State Board Rule 160-4-7-.06; 3) Conduct FBAs/BIPs for any student considered for GNETS services in accordance with the GNETS State Board Rule; 4) LEAs and NM GNETS determine opportunities for students to have access to general education activities; 5) LEAs provide transportation to and from GNETS as required, including to and from home/school for students receiving services part of the school day and for students participating in extracurricular activities; 6) Maintain and report student record data in accordance with the GNETS State Board Rule and GaDOE guidance; 7) Provide student outcome assessments and other relevant data to GNETS director or designee; 8) Monitor student IEP goals annually to determine students' progress and access to services in a lesser restrictive environment; 9) Provide ongoing professional learning opportunities and best practices for teachers to support students who exhibit social, emotional, and/or behavioral challenges; 9)

8. Monitor student IEP goals annually to determine students' progress and access to services in a lesser restrictive environment.
9. Provide ongoing professional learning opportunities and best practices for teachers to support students who exhibit social, emotional and/or behavioral challenges.

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

10. Allocate supports and resources, which may include in-kind services to GNETS to facilitate flexible models of service delivery and best practices for equitable educational support as appropriate.

11. To the maximum extent possible, collaborate with community service providers to deliver mental health services and/or family support in students' Zoned schools.

12. Collaborate with GNETS to examine student records and discuss the coordination of service provisions for students being considered for GNETS in accordance with 34 CFR §300.501(2)(3).

13. Provide GNETS staff access to longitudinal data for all students receiving GNETS services to ensure teachers can access records for students included on their rosters.

14. Submit student schedules to the GaDOE with the GNETS code.

15. Monitor facilities for safety and accessibility for students served by GNETS and report identified concerns to all key stakeholders such as fiscal agents, GNETS directors and any other appropriate parties.

**Describe how IEP data will be monitored to determine when a student is ready to transition to a less or more restrictive setting?**

All students served in the North Metro GNETS Program will go through a Triangulation Process in which their IEP goals and objectives will be developed based on research based assessments ex. SDQ, BASC-3, and Social History in areas identified as being True Positives and Clinically Significant and/or At-Risk Behaviors.  The North Metro GNETS School Psychologist will lead this process in collaboration with the School Social Worker,  Behavior Specialist, and the Clinical Team. The data gathered from the Triangulation Process will be used to:

1. Develop IEP goals and objectives
2. Address BASC-3 Clinically Significant and At-Risk behavior through the target behaviors of BIPs and IEP behavior goals  and make changes if necessary
3. Drive Clinical Team Meeting discussions
4. Drive Therapeutic Interventions and Supports
5. Develop Reintegration/Transition Plans

For students being considered for GNETS services,  the Triangulation Process will be a part of our new placement consideration process to assist the IEP teams with determining if students being considered for GNETS services are appropriate for the services we offer. For students who exhibit intense social, emotional and behavioral challenges with the intensity, frequency and duration such that provision of education and related service in a general education setting has not enabled him or her to benefit educationally

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

based on the IEP, we triangulate by examining the results of the Strength and Difficulties Questionnaire (SDQ), BASC-3, and the Social History (initial and last annual update) to determine possible trauma and its effect on a student's academic achievement and ability to function in a general educational setting.

For students with low incidence disabilities whose social, emotional and behavioral challenges with the intensity, frequency and duration such that provision of education and related services in a general education setting has not allowed him or her to benefit educationally based on the IEP, we can choose from other adaptive measures such as the Vineland 3 or ABAS-3 and the Social History (initial and last annual update) when triangulating data for consideration of placement. Two standardized measures, along with the Social History, should to be used in the Triangulation Process.  (A school psychologist should participate in the Triangulation Process because measures with psychometric properties are being used and interpretation is needed for these measures.) For students with low incidents disabilities, School Psychologists may use other adaptive measures such as the Vineland 3 or ABAS-3 *in addition to the SDQ or BASC-3 as options to choose from when selecting at least three measures to use when using triangulation data.*

STEPS:

- Use the North Metro GNETS Triangulation Worksheet *(Analyzing Mental Health Screening Results for Therapeutic Planning Worksheets Ages 4-10 or 11+).*
- School Psychologist leads the team to complete the SDQ and BASC-3 sections of the Triangulation, or adaptive measures, if appropriate.
- School Psychologist checks validity indices for the F-index, and the Consistency Index of the BASC-3 to determine if the report is reliable.
- Social Worker leads the team to complete the social history part of the Triangulation using the original social histories and the annual social histories update.
- Use the BASC-3 report with recommendations to identify therapeutic interventions for each student.
- Use the BASC-3 report to develop IEP behavior goals. IEP behavior goals must address the Clinically Significant categories. If there is no Clinically Significant categories, then address the At-Risk categories through IEP behavior goals.
- School psychologist provides the BASC-3 and SDQ summary to the IEP team. The summary must be included in IEP.
- Amend the IEP according to the BASC-3 and SDQ summary and make adjustments in IEP behavior goals and present levels as appropriate.
  - For students whose current IEPs, FBAs/BIPs, and/or Reintegration/Transition Plans do not reflect the triangulation data (BASC-3, SDQ, Social Histories) the IEP will need to be amended at the beginning of the school-year so data can be collected and reported as

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

appropriate. The changes should be completed ASAP, but no later than September 30, 2017. Completion reports will be monitored for compliance in the DOW.

· Example of the completed Triangulation Worksheet

· Site Coordinator in collaboration with your School Psychologist and School Social Worker update the NM GNETS Triangulation Checklist periodically throughout the year.

· Acquire an observation period of 6 to 8 weeks to obtain a valid rating for a new student before completing the BASC-3.

· The Clinical Team completes the triangulation prior to an annual IEP meeting.

· For students in referral to North Metro GNETS, a consent for evaluation must be obtained before completion of the Triangulation Process.

IEP goals and objectives will be updated at every grading period and annually and the ability to transition to the LRE will be determined at least annually by the IEP team.

**Describe the types of services GNETS staff are providing to general education teachers and students within the GNETS catchment area to ensure effective transition in and/or out of GNETS.**

North Metro GNETS is offering ongoing training and support to general education teachers in behavioral data collection, reporting, and analysis, Function Based Interventions and Supports, PBIS, and FBA/BIP interventions and supports.

**Describe how often GNETS are staff providing these extended services and to how many sites.**

North Metro GNETS is offering open staff development opportunities to our LEAs and their general education staff on a regular basis. However, due to the limited number of staff development days being offered by my districts, most of my training opportunities with my LEAs have been booked by requests for district level administrators in special and general education. The needs are at the district, building level, administrative level, special education teacher level, and general education teacher level. There appears to be a great training need statewide for more GNETS related PL.



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

## MENTAL HEALTH COLLABORATION

Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

North Metro GNETS is in collaboration with the Local Interagency Planning Teams (LIPT) GA Code 49.5.220-227. The purpose of the LIPT is to improve and facilitate the coordination of services for children with severe emotional disorders (SED) and/or addictive disease (AD). Goals are:

- To assure that children with SED and/or AD and their families have access to a system of care in their geographic area;

- To assure the provision of an array of community therapeutic and placement services;

- To decrease fragmentation and duplication of services and maximize the utilization of all available resources in providing needed services

- To facilitate effective referral and screening systems that will assure children have access to the services they need to lead productive lives

As a member of the LIPT, North Metro GNETS is in collaboration with members of the LIPT when a North Metro GNETS student is in need of additional mental health services within or outside the school. As a result of being a member of the LIPT we are in collaboration with the Division of Family and Children Services, Department of Juvenile Justice, public health, mental health service providers, Rehabilitation Services, Education, and parents or parent advocates, when one of our students is being discussed.

North Metro GNETS also works closely with Morehouse School of Medicine Department of Child Psychiatry and Comprehensive Behavior change as our private providers to help us address the mental health needs of the students served in our program.

List the providers that provided onsite services to students in FY21. Include the type of services provided and the number of students seen by each.

Below are a list of the providers that provided onsite services to North Metro GNETS students in FY 21. However, North Metro GNETS did not track the type and number of services provided by service providers when they entered each of the NM GNETS



Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

program locations. These outside services were tracked individually by each student's North Metro GNETS Social Worker in their private case notes.

## FY 21 North Metro GNETS Mental Health Outside Service Providers:

- Youth Villages Intercept
- A New Day
- Social Empowerment
- Gwinnett Probation
- MAAC WrapAround
- Viewpoint Health
- Tender Ones Therapy
- Gwinnett Department of Family and Children Services
- Watson Behavioral Health
- Chris Counseling
- Hope of Honorable Youth
- CETPA
- Changing Phases
- Ace Community Services
- Georgia Parents Support Network
- Marcus Institute
- CASA
- Child Kind
- Potter's House
- Catoosa County DFCS
- Creative Community Services
- Homes of Honorable Youth
- Pathways Transition
- Northstar Psychological Services
- Advanced Therapeutic Concepts



2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

- Family Ties
- Morehouse School of Medicine Department of Psychiatry & Behavioral Sciences
- Integrated Behavioral Solutions
- Potter's House
- Pathways
- Cruse Medical
- Hillside Out-patient
- CHRIS Kids
- Gwinnett-Rockdale-Newton Mental Health
- Kids Net
- Cascade Medical Group
- Inner Harbour
- Peachford Hospital
- Marcus Autism Center Institute
- Northside Psychological Services
- MAAC – Multi Agency Alliance for Children, Inc.
- Ridgeview Institute
- CBAY- Community Based Alternative For Youth
- North Point Psychological Services
- Major Counseling Solutions and Consulting
- Hope Rising
- Mobile Crisis Team (Georgia Behavioral Health)
- Stand Up for Kids
- Alpharetta PAL – Police Alliance League
- Creative Community Services
- Columbus
- Cobb and Douglas Community Services Board
- DDHDD Department of Behavioral Health and Developmental Disability
- Enable
- Laurel Heights

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

- Parent 2 Parent

## Personnel List

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| NORTH METRO GNETS ADMINISTRATION AND SUPPORT STAFF | | | | | |
| HOLIFIELD, CASSANDRA | DIRECTOR | SRL7 | LEADERSHIP/DIRECTOR SPED., READING ENDORSEMENT; SPED BEHAVIOR DISORDERS CONSULTATIVE (P-12); SPED ELA (P-8), SPED MATH (P-8), SPED READING (P-5), SPED SCI (P-8), SPED SOC SCI (P-8), RBT | 27 | 12 |
| ASHLEY, MICHAEL* | APS GNETS TRANSITION LIAISON | T6 | READ ENDORSEMENT; SPED BEHAVIOR; SPED GEN. CURR.(P-12); SPED LEARNING DISABILITIES; SPED ELA (P-8), SPED MATH (P-8), SPED SCI (P-8), SPED SOC SCI (P-8) | 15 | 11 |
| BOLDEN, CHERYL | SITE COORDINATOR | L5 | SPED LANG. ART (P-8), EDUC. LDRSHP, SPED BEHAVIOR DISORDER, SPED GEN. CURR | 13 | 11 |
| COOPER, LORNESHIA | BEHAVIOR SPECIALIST | 5 | BCBA | 13 | 11 |
| HENDRIX, MARY WARD | BEHAVIOR SPECIALIST | 5 | BCBA | 10 | 11 |
| HUNTER, NAIMA | SITE COORDINATOR | SRL7 | TEACHER SUPPORT SPEC, READING ENDORSEMENT, EDUCATIONAL LEADERSHIP TIER II, EARLY CHILD EDUC (P-5) | 25 | 11 |
| LEWIS, KIMBERLY | BEHAVIOR SPECIALIST | T5 | ABA, SPED ADAPT. CURR.(P-12); SPED GEN. CURR. (P-12); SPED PHYSICAL & HEALTH DISABILITIES (P-12) | 18 | 11 |
| OKON, MELINDA | BEHAVIOR SPECIALIST | 5 | BCBA | 9 | 11 |
| POM, SALLY | BEHAVIOR SPECIALIST | 5 | RBT | 13 | 11 |
| POWELL, CARRIE | CURRICULUM SPECIALIST | T7 | EARLY CHILDHOOD ED (P-5), READING ENDORSEMENT, SPED GEN. CURR. (P-12), SPED ELA (P-5), SPED MATH (P-5), SPED READING (P-5), SPED ELA (P-5), SPED SOC SCI (P-5), RBT | 12 | 11 |
| KNIGHT, SAMAD | SITE COORDINATOR | T6 | SPED GEN CURR; EARLY CHILDHOOD; SPED GEN CURRICU;SPED LANG ARTS COGNITIVE P-8; SPED MATH | 14 | 11 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name | Position | Code | Cognitive P-5; SpEd Reading Cognitive P-5; SpEd Science P-5; SpEd Social Science P-8 | | |
|---|---|---|---|---|---|
| KIM MANKIN | COORDINATOR | L6 | EDUC. LDSHIP (P-12); SPED ADAPTED CURRICULUM (P-12); SPED GEN CURRICULUM (P-12); SPED SOCIAL SCIENCE (P-8) | 28 | 12 |
| THREATT, KISHA | SITE COORDINATOR | T6 | EDUCATIONAL LEADERSHIP BUILDING; SPED GEN CURRIC (P-12); READING ENDORSEMENT; SPED LANG ARTS (P-12); SPED SOCIAL SCI (P-12) | 14 | 11 |
| TOLBERT, JENNIFER | SITE COORDINATOR | L7 | EDUCATIONAL LEADERSHIP, SP ED BEHAVIOR DISORDERS (P-12) CONSULTATIVE, TEACHER SUPPORT SPECIALIST, EDUCATIONAL LEADERSHIP - TIER II, SP ED BEHAVIOR DISORDERS (P-12) CONSULTATIVE, SP ED LANGUAGE ARTS COGNITIVE LEVEL (P-12), SP ED MATH COGNITIVE LEVEL (P-8), SP ED SCIENCE COGNITIVE LEVEL (P-8), SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-12) | 20 | 11 |
| WELLS, MALACHI | ASST. COORD. | T6 | EDUCATIONAL LEADERSHIP - TIER I;  SPED GC(P-12) M, LA, R,S, SS (P-8) | 14 | 11 |
| WRIGHT, KELLEY | CURRICULUM SPECIALIST | T5 | EARLY CHILDHOOD ED (P-5), MATH (4-8), SOCIAL SCIENCE (4-8), SPED ADAPTED (P-12), SPED BEHAVIOR DISORDER (P-12), SPED GEN. CURR. (P-12), SPED ELA (P-5), SPED MATH (P-5), SPED READING (P-5), SPED SCI (P-5) | 13 | 10 |
| NORTH METRO GNETS SCHOOL SOCIAL WORKERS & SCHOOL PSYCHOLOGISTS | | | | | |
| KIM, BONA | SOCIAL WORKER | S5 | SCHOOL SOCIAL WORKER | 4 | 11 |
| CLECKLEY, ROGER* | SPEECH | S5 | SPEECH AND LANGUAGE PATHOLOGY | 21 | 10 |
| BARROW, ARLENE | PSYCHOLOGIST | S7 | SCHOOL PSYCHOLOGIST | 21 | 11 |
| BEASLEY, ANGELICA* | COUNSELOR | S5 | SCHOOL COUNSELING | 2 | 11 |
| CARTER, ALYSABETH | SOCIAL WORKER | S5 | SCHOOL SOCIAL WORKER | 5 | 11 |
| CROTHERS-FLAMING, JUDITH | PSYCHOLOGIST | S7 | SCHOOL PSYCHOLOGIST | 30 | 11 |
| DALTON, TONIA | SOCIAL WORKER | S5 | SCHOOL SOCIAL WORKER | 9 | 11 |
| EARLEY, WILLIE | SOCIAL WORKER | S6 | SCHOOL SOCIAL WORKER | 43 | 11 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| FREDERICK, DIANA | PSYCHOLOGIST | S6 | SCHOOL PSYCHOLOGIST | 5 | 11 |
| PERKINS, CLINT | PSYCHOLOGIST | S5 | SCHOOL PSYCHOLOGIST | 1 | 11 |
| ROBYN CARSON | SOCIAL WORKER | S5 | SCHOOL SOCIAL WORKER | 16 | 11 |
| JAMISHA TURNER | SOCIAL WORKER | S5 | SCHOOL SOCIAL WORKER | 4 | 11 |
| EUROPE McNEELY | SOCIAL WORKER | S6 | SCHOOL SOCIAL WORKER | 1 | 11 |
| KASEY VERMILYA | SOCIAL WORKER | S6 | SCHOOL SOCIAL WORKER | 4 | 11 |
| NORTH METRO GNETS CONTRACTED STAFF | | | | | |
| ONONWU–BRINSON, JULIANA* | NURSE | | SCHOOL NURSE | 1 | 0 |
| MATTOX, GAIL | PSYCHOLOGIST | | CONTRACTED CHILD PSYCHIATRIST | 25 | 11 |
| ALEXANDER, JENNIFER | BEHAVIOR SPECIALIST | BCBA; READING ENDORSEMENT; SPED BEHAVIOR DISORDERS CONSULTATIVE (P-12); SPED ELA (P-8), SPED MATH (P-8), SPED READING (P-5), SPED SCI (P-8), SPED SOC SCI (P-8) | CONTRACTED BEHAVIOR SPECIALIST | 17 | 11 |
| NORTH METRO GNETS ADMINISTRATIVE ASSISTANTS & PROGRAM EVALUATOR | | | | | |
| BALOG, CLAUDIA | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 17 | 11 |
| BARON, STACY | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 10 | 11 |
| SCOTT, AMBER | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 2 | 11 |
| HODGE, MARCI | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 11 | 11 |
| JOINER, BRANDI | PROGRAM EVALUATOR | T4 | SPED ADAPT. CURR.(P-12); SPED GEN. CURR. (P-12); SPED ELA (P-8), SPED MATH (P-8); SPED READING (P-8), SPED SCI (P-8), SPED SOC SCI (P-12) | 16 | 10 |
| KITCHEN, KAREN | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 8 | 0 |
| PUERTA, LORRAINE | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 42 | 11 |
| HAIRSTON, NATHANIAL | ADMIN ASST. | ADMIN ASST. | ADMINISTRATIVE ASSISTANT | 3 | 11 |
| NORTH METRO GNETS ATLANTA PUBLIC SCHOOLS – OGLETHORPE SCHOOL | | | | | |
| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
| BELLAMY, JOWAN* | TEACHER | T5 | SPED ADAPT. CURR.(P-12); SPED BEHAVIOR DISORDERS (P-12); SPED ELA (P-12); SPED SOC SCI (P-8); SPED READING (P-8); MIDDLE GRADES READING (4-8); MIDDLE GRADES SOC | 15 | 10 |

GaDOE — Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Butler, Dennis* | Teacher | T5 | SpEd Gen. Curr. (P-12); Paraprofessional Educator | 6 | 10 |
| Cummings, Elexis* | Teacher | T4 | Art (P-12) | 3 | 10 |
| Gregory, Lataura | Teacher | T5 | Reading Endorsement; SpEd Gen. Curr. (P-12); SpEd ELA (P-8), SpEd Math (P-8), SpEd Reading (P-8), SpEd Sci (P-5), SpEd Soc Sci (P-8) | 16 | 10 |
| Hicks, Remona* | Teacher | T6 | SpEd Gen. Curr. (P-12); SpEd ELA (P-8), SpEd Math (P-8), SpEd Reading (P-8), SpEd Sci (P-5), SpEd Soc Sci (P-8) | 16 | 10 |
| Hunt, Derrick | Teacher | T6 | SpEd Adapt. Curr. (P-12); SpEd Gen. Curr. (P-12); SpEd ELA (P-8); SpEd Reading (P-8); SpEd Soc Sci (P-8) | 14 | 10 |
| Jenkins, Carla | Teacher | T5 | Middle Grades Math (4-8); SpEd Gen. Curr. (P-12) | 11 | 10 |
| Shealey, JeTawn | Teacher | T4 | SpEd Gen. Curr. (P-12); Family and Consumer Sciences Education (6-12) | 11 | 0 |
| Jenkins, Carla | Teacher | BT5 | Middle Grades Math (4-8) | 6 | 10 |
| Billue-Peterson, Darlene | Paraprofessional | | Paraprofessional Educator | 3 | 11 |
| Black, La'Risa* | Paraprofessional | | Paraprofessional Educator | 2 | 10 |
| Brooks, Allen* | Paraprofessional | | Paraprofessional Educator | 6 | 10 |
| Cureton, Saroya | Paraprofessional | | Paraprofessional Educator In Process | 2 | 6 |
| Ellis, Constance | Paraprofessional | | Paraprofessional Educator | 25 | 10 |
| Lane, Angela* | Paraprofessional | | Paraprofessional Educator | 1 | 5 |
| Lewis, Daena* | Paraprofessional | | Paraprofessional Educator In Process | 1 | 0 |
| Phillips, Markey* | Paraprofessional | | Paraprofessional Educator | 2 | 1 |
| Redding, Tammy | Paraprofessional | | Paraprofessional Educator | 19 | 10 |
| Smith, Nicholas | Paraprofessional | | Paraprofessional Educator | 5 | 10 |
| NORTH METRO GNETS – ATLANTA PUBLIC SCHOOLS – BARACK AND MICHELLE OBAMA ELEMENTARY | | | | | |
| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
| Fredrick, Anthony* | Teacher | T5 | Early Childhood, Reading, SpEd Adapted (P-12), SpEd General (P-12), SpEd (P-5)- ELA, Math, Read, Sci, SS | 12 | 10 |
| Blake, Zuhura* | Paraprofessional | | Paraprofessional Educator | 4 | 10 |

Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

**NORTH METRO GNETS ATLANTA PUBLIC SCHOOLS - LONG MIDDLE**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| WILLIAMS, KIMBERLY* | TEACHER | T5 | SPED GEN CURRICULUM (P-12); SPED ELA, READ, SS (P-8) | 10 | 10 |
| RHODES, MASON* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 3 | 10 |

**NORTH METRO GNETS ATLANTA PUBLIC SCHOOLS - NORTH ATLANTA HIGH**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| COLLINS, TONY* | TEACHER | T4 | SPED GEN. CURR. | 5 | 10 |
| ZINNERMON-MCMICHAEL, PALACE | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 18 | 10 |

**NORTH METRO GNETS ATLANTA PUBLIC SCHOOLS - SOUTH ATLANTA HIGH**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| ASKEW, DARRYL* | TEACHER | | SPED MATH, READ, ELA, SS (P-8); SPED BEHAVIOR DISORDERS | 20 | 10 |
| LUNDY, RICHARD* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 7 | 5 |

**NORTH METRO GNETS FULTON COUNTY SCHOOLS- NEW PROSPECT ELEMENTARY**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| MCCLURE, BETHANY | LEAD TEACHER | PRL6 | Educ Leadership, School Counseling, Math(6-12), SPED Gen Curr (P-12), SPED Math (P-12) | 15 | 10 |
| JORDAN, RAFAEL* | TEACHER | T5 | SPED GEN CURR, SOC ST, BEHAVIOR DISORDERS (P-12), SPED MATH, SCIENCE, EARLY CHILDHOOD (P-5) SPED LA, READING(P-8) | 28 | 10 |
| PERLITZ, LYNNE | TEACHER | T4 | SPED ADAPTIVE CURR, GEN. CURR. (P-12),SP ED LA, MATH, READING, SCIENCE, SOCIAL ST. (P-8), FAMILY AND CONSUMER SC. (6-12) | 13 | 10 |
| JORDAN, BECKY | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 13 | 10 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Messina, Barbara* | Paraprofessional | | Paraprofessional Educator | 20 | 10 |

**NORTH METRO GNETS FULTON COUNTY SCHOOLS- SWEET APPLE ELEMENTARY**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Fasone, Colleen | Teacher | SRT4 | SpEd. Social Science (P-5,4-8,6-12) SpEd Adapted Curr. (P-12) | 14 | 10 |
| Goodson, Vera | Teacher | TBD; T4? | SpEd General Curriculum (Provisional Certification) | 1 | 10 |
| Harris, Martha | Paraprofessional | Paraprofessional | Paraprofessional Educator | 23 | 10 |
| Kaufman, Michelle | Paraprofessional | Paraprofessional | Paraprofessional Educator | 18 | 10 |
| Michel-Wolf, Dania | Paraprofessional | Paraprofessional | Paraprofessional Educator | 1 | 10 |

**NORTH METRO GNETS FULTON COUNTY SCHOOLS- ELKINS POINTE MIDDLE**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Belfigio, Ralph | Lead Teacher | SRT5 | Reading Specialist P-12, SpEd Adapted Curriculum P-12 Consultative; SpEd General Curriculum P-12 Consultative; SpEd Reading Cognitive P-5, 4-8, 6-12 | 7 | 10 |
| Cote, Elizabeth* | Teacher | T5 | Early Childhood Education (P-5), Middle Grades (4-8) - Social Science, Reading Endorsement, SP ED Adapted Curriculum (P-12), SP ED General Curriculum (P-12), SP ED Language Arts Cognitive Level (P-5, 4-8), SP ED Math Cognitive Level (P-5, 4-8), SP ED Reading Cognitive Level (P-5, 4-8), SP ED Science Cognitive Level (P-5, 4-8), SP ED Social Science Cognitive Level (P-5, 4-8) | 10 | 10 |
| Garcia-Dunn, Carol* | Teacher | T5 | Reading Specialist (P-12), SP ED Adapted Curriculum (P-12) Consultative, SP ED Reading Cognitive Level (P-5, 4-8, 6-12) | 3 | 10 |
| Tara, Nayan* | Paraprofessional | Paraprofessional | Paraprofessional Educator | 1 | 10 |
| Bailey-El Bey, Shannon | Paraprofessional | Paraprofessional | Paraprofessional Educator | 2 | 10 |

**NORTH METRO GNETS FULTON COUNTY SCHOOLS- HAYNES BRIDGE MIDDLE**

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| McClure, Bethany | Lead Teacher | PRL6 | Educ Leadership, School Counseling, Math(6-12), SPED Gen Curr (P-12), SPED Math (P-12) | 15 | 10 |
| Sickler, Elizabeth* | Teacher | SRT4 | SPED Gen Curr (P-12), SPED Behav Disorder (P-12), SPED LA (P-5, 4-8), SPED Math (P-5, 4-8), SPED Reading (P-5, 4-8), SPED So Sci (P-5, 4-8), SPED Sci (P-5, 4-8) | 20 | 10 |
| McIntyre, Lisa * | Teacher | In4t | SPED Gen Curr (P-12) | 4 | 10 |
| Bryant, Alton* | Paraprofessional | Paraprofessional | Paraprofessional Educator | 17 | 10 |

NORTH METRO GNETS FULTON COUNTY SCHOOLS- CENTENNIAL HIGH

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Blair, Margaret* | Paraprofessional | Paraprofessional | Paraprofessional Educator | 13 | 10 |
| Jackson, Sonni | Social Worker | S | | | |
| McClure, Bethany | Lead Teacher | PRL6 | Educ Leadership, School Counseling, Math(6-12), SPED Gen Curr (P-12), SPED Math (P-12) | 15 | 10 |
| Maxwell, Barbara* | Teacher | T5 | SPED Gen Cur, SS (P-12) | 11 | 10 |
| Winchell, Jason* | Teacher | T4 | SPED Gen Curr (P-12), Health, PE | 9 | 10 |
| Roberts, Gregory* | Paraprofessional | Paraprofessional | Paraprofessional Educator | 22 | 10 |
| Twitty, Denise* | Paraprofessional | Paraprofessional | Paraprofessional Educator | 19 | 10 |
| Matthews, Darryl* | Paraprofessional | Paraprofessional | Paraprofessional Educator | 12 | 10 |

NORTH METRO GNETS FULTON COUNTY SCHOOLS- HAMILTON E. HOLMES ELEMENTARY

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Davis, Jamie Nicole | Teacher | T4 | SPED Gen Curr P-12 | 2 | 10 |
| Holman, Latasha | Lead Teacher | T5 | Ed Leadership Tier1, Birth-Kindergarten, SPED Gen Curr P-12 | 3 | 10 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

## NORTH METRO GNETS FULTON COUNTY SCHOOLS- FELDWOOD ELEMENTARY

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| TOWNSEND, GEORGE | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| Crafter- Dixion, Tabatha | Paraprofessional | Paraprofession al | Professional Educator | 1 | 10 |

## NORTH METRO GNETS FULTON COUNTY SCHOOLS- PAUL D. WEST MIDDLE

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| SALMON, JULIA | TEACHER | T4 | CLEARANCE CERTIFICATE; | 1 | 10 |
| Turner, Chance | Paraprofessional | Paraprofessional | Professional Educator | 1 | 10 |

## NORTH METRO GNETS FULTON COUNTY SCHOOLS- RONALD E. MCNAIR MIDDLE

GaDOE
Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| WALKER, CAMERON | TEACHER | T4 | SPED gen curr(p-12) | 2 | 10 |
| Wesley, Gwendolyn | Paraprofessional | Paraprofession al | Paraprofessional Educator | 17 | 10 |
| JOHNSON, ZACHARY | LEAD TEACHER | T7 | SPED GEN. CURR. (P-12); READING ENDORSEMENT | 13 | 10 |

NORTH METRO GNETS FULTON COUNTY SCHOOLS- TRI-CITIES HIGH

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| Favors, Ronnie | Teacher | T4 | Sped adapted curr p-12, sped gen curr p-12, sped language arts(p-5, 4-8) sped math(p-5, 4-8), sped reading(p-5, 4-8) sped science(p-5, 4-8) sped social studies(p-5, 4-8) | 12 | 10 |
| Wendy Goff | Paraprofessional | Paraprofession al | Paraprofessional Educator | 11 | 10 |

NORTH METRO GNETS FULTON COUNTY SCHOOLS- LANGSTON HUGHES HIGH

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|

GaDOE
Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| SCOTT, CONSTANCE | TEACHER | T6 | READING ENDORSEMENT, SPED GEN CURR(P-12), SPED LANGUAGE ARTS(P-5, 4-8), SPED READING (P-5, 4-8), SPED SOCIAL STUDIES(P-5, 4-8) | 15 | 10 |
| NORTH METRO GNETS GWINNETT COUNTY SCHOOLS- OAKLAND MEADOW | | | | | |
| TAYLOR, EBONY* | LEAD TEACHER | T5 | SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE ; Elementary Education (P-5) SP ED MATH, LANGUAGE ARTS, READING, SCIENCE, SOCIAL STUDIES COGNITIVE LEVEL (P-5) | 5 | 10 |
| ETHERIDGE, CATHY | TEACHER | T5 | Math Endorsement K-5; Reading Endorsement, SpEd General Curr P-12; SpEd Language Arts Cognitive P-5, 4-8; SpEd Math Cognitive P-5, 4-8; SpEd Science Cognitive P-5, 4-8; SpEd Social Science Cognitive P-5, 4-8, Science Endorsement K-5 | 13 | 10 |
| EVANS, JESSICA* | BEHAVIOR SPECIALIST | 5 | RBT, BCBA in progress | 4 | 10 |
| GLADUICH, TINA* | TEACHER | T5 | SpEd Gen Curr P-12 Consultative; SpEd Language Arts Cognitive P-5; Sp Ed Math Cognitive P-5, 4-8; SpEd Reading Cognitive P-5; SpEd Science Cognitive P-5, SpEd Social Science Cognitive P-5, Middle Grades (4-8), Science Endorsement (k-5) | 10 | 10 |
| JOHNS, JUSTYNA* | TEACHER | T5 | ESOL Endorsement; Reading Endorsement; SpEd General Curriculum P-12 Consultative; SpEd Math Cognitive P-5, 4-8; SpEd Social Science Cognitive P-5, 4-8 | 3 | 10 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Elementary Education; Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| EDWARDS, LAUREN* | TEACHER | | ESOL Endorsement; Middle Grade (4-8);Sp Ed General Curriculum Consultative; Sp Ed language Arts Cognitive Level (p-5); Sp Ed Math Cognitive Level (P-5,4-8); Sp Ed Reading Cognitive Level (P-5); Sp Ed Science Cognitive Level; Sp Ed Social Science Cognitive Level (P-5) | 8 | 10 |
| D'AMATO, JESSICA* | TEACHER | T4 | HEALTH & PE (P-12) SP ED ADAPTED CURRICULUM (P-12) CONSULTATIVE; SP ED GENERAL CURRICULUM; SP ED LANGUAGE ARTS COGNITIVE; SP ED MATH COGNITIVE LEVEL; SP ED READING COGNITIVE LEVEL; SP ED SCIENCE COGNITIVE LEVEL; SP ED SOCIAL SCIENCE COGNITIVE LEVEL | 6 | 10 |
| DICKERSON, ROBBIE* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 12 | 10 |
| HAIDAREVIC, HAIRIJA* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 8 | 10 |
| MANDI HENRI | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 1 | 10 |
| HENDERSON, DARRI* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 3 | 10 |
| MOORE, ANGELA | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 5 | 10 |
| SHEPHERD, KIM* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 6 | 10 |
| BURKS, TRACY* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 8 | |

NORTH METRO GNETS GWINNETT COUNTY SCHOOLS- WINN HOLT ELEMENTARY

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| McDonald, John | Teacher | T5 | History 6-12; Political Science 6-12; Sp Ed General Curriculum (P-5); Sp Ed Language Arts Cognitive Level P-5; Sp Ed Math Cognitive Level P-5; Sp Ed Reading Cognitive P-5; Sp Ed Science Cognitive Level P-5; Sp Ed Social Science Cognitive Level (P-5, 4-8; 6-12) | 10 | 10 |
| AMBEAU, MARY | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 18 | 10 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

**NORTH METRO GNETS GWINNETT COUNTY SCHOOLS- THE BRIDGE**

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| WILSON, BRITTANY* | LEAD TEACHER | T5 | SCHOOL COUNSELING; EARLY CHILDHOOD (P-5); ENGLISH (6-12); MIDDLE GRADES (4-8) MATH, READING; READ ENDORSEMENT; SPED GENERAL (P-12), SPED (P-8) ELA, MATH, READ; SPED (P-5) SCI, SS | 10 | 10 |
| MCCUNE, LAURIE HAMLIN* | TEACHER | L4 | SP ED GENERAL CURRICULUM (P-12); consultative] | 2 | 10 |
| BRAXTON, KRYSTAL* | TEACHER | L4 | SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE; CLEARANCE CERTIFICATE; PARAPROFESSIONAL EDUCATOR (Associate Degree or equivalent) | 2 | 10 |
| DONALDSON, DUSTIN* | TEACHER | L5 | MUSIC (P-12); [SP ED ADAPTED CURRICULUM (P-12) CONSULTATIVE;E COGNITIVE SP ED LANGUAGE ARTS COGNITIVE LEVEL (P-5, 4-8);SP ED MATH COGNITIVE LEVEL (P-5, 4-8);SP ED READING COGNITIVE LEVEL (P-5, 4-8);SP ED SCIENCE COGNITIVE LEVEL (P-5, 4-8);SP ED SOCIAL SCIENCLEVEL (P-5, 4-8 | 7 | 10 |
| EVANS, ROGER | TEACHER | L5 | ELEMENTARY EDUCATION (P-5; MIDDLE GRADES (4-8) LANGUAGE ARTS; MIDDLE GRADES (4-8) - MATH; MIDDLE GRADES (4-8) SOCIAL SCIENCE; SP ED ADAPTED CURRICULUM (P-12) CONSULTATIVE; SP ED GENERAL CURRICULUM (P12);CONSULTATIVE;SP ED MATH COGNITIVE LEVEL (P-5, 4-8); SP ED LANGUAGE ;ARTS;COSP ED READING COGNITIVE LEVEL (P-5); SP ED SCIENCE COGNITIVE LEVEL (P-5);SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-5, 4-8); | 19 | 10 |
| BRITO, SUSAN DEBORAH | TEACHER | L4 | SP ED ADAPTED CURRICULUM (P-12) CONSULTATIVE; SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE; SP ED LANGUAGE ARTS COGNITIVE LEVEL (P-5, 4-8); SP ED MATH, READING, and SOCIAL SCIENCE (P-4, 4-8) | 2 | 10 |
| FRENCH, EUGENE* | TEACHER | T5 | SPED LA, M, R, S, SS(P-8), BEHAVIOR DISORDER (P-12) | 11 | 10 |
| HARRIS, LESLIE* | LEAD TEACHER | T4 | EARLY CHILDHOOD EDUCATION (P-5);SP ED ADAPTED CURRICULUM (P-12) CUMULATIVE; SpEd General | 9 | 10 |

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name | Position | Level | Certification / Curriculum | | |
|---|---|---|---|---|---|
| | | | Curriculum (P-12) CONSULTATIVE; SP ED PHYSICAL & HEALTH DISABILITIES CONSULTATIVE; SP ED LANGUAGE ARTS COGNITIVE LEVEL (P-5); SP ED MATH COGNITIVE LEVEL (P-5)SP ED READING COGNITIVE LEVEL SP ED SCIENCE COGNITIVE LEVEL (P-5); SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-5) | | |
| KOEHLER, MEGAN* | TEACHER | L4 | PARAPROFESSIONAL EDUCATOR (BACHELOR DEGREE);HISTORY (6-12);SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE;SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-5, 4-8, 6-12) | 2 | 10 |
| MARKS, ERIN SMITH* | LEAD TEACHER | T4 | SPED ADAPT CUR(P-12) S(P-8)'; SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-5, 4-8) | 11 | 11 |
| MARSHALL, ROBERT* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR (Master degree) | 8 | 10 |
| NORTON, KELLY* | TEACHER | T5 | SpEd SOCIAL SCIENCE (P-12) | 13 | 10 |
| RUSSELL, TIFFANY* | TEACHER | T6 | HEALTH & PHYSICAL EDUCATION (P-12) ; SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE; SP ED SCIENCE COGNITIVE LEVEL (P-5, 4-8); SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-5, 4-8) | 23 | 10 |
| SAM, WENDY* | TEACHER | L5 | SPED GC, SS (P-12);  SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE;SP ED SOCIAL SCIENCE COGNITIVE LEVEL (P-5, 4-8, 6-12] | | 10 |
| STEFFEN, VALERIE | TEACHER | T5 | SpEd LANG. ART, MATH SCIENCE, SOCIAL SCIENCE (P-8) | 25 | 10 |
| TOMOV, ELIM* | TEACHER | T6 | ENGLISH 6-12; ESOL P-12; ESOL (P-12); SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE; | 14 | 10 |
| TURNER, SHANICE* | TEACHER | T4 | SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE | 5 | 10 |
| VISON, LESLIE ANN* | COUNSELOR | T6 | SCHOOL COUNSELING (P-12) | 12 | 10 |
| YAILEY, MILLICENT* | TEACHER | T5 | CLEARANCE CERTIFICATE; FAMILY AND CONSUMER SCIENCES EDUCATION (6-12); SP ED GENERAL CURRICULUM (P-12) CONSULTATIVE | 4 | 10 |
| BANKSTON-CROPP, BERNADINE* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 9 | 10 |
| AKOTO-BEMFO, MICHAEL* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| BRANTLEY, MELODY* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 4 | 10 |

GaDOE
Georgia Department of Education

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| BUSSEY, INEZ* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| BYRD, SHIRLEY* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 17 | 10 |
| COLEY, ALEX* | Paraprofessional | Paraprofessional | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| COLEMAN, NATASHA* | Paraprofessional | Paraprofessional | PARAPROFESSIONAL EDUCATOR | 3 | 10 |
| EHOLMAN, MARIE* | PARAPROFESSIONAL | Paraprofessional | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| HARRIS, SHALAUNDRIA | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 8 | 10 |
| PARKER, TAMMY | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | | 10 |
| HARRINGTON, ZURIA* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 4 | 10 |
| HAYES, SCOTT* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| HOLLIE, DANNY* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 7 | 10 |
| IRONS, TIM* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 7 | 10 |
| KHAWAJA, FAKHAR-UN-NISA* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 14 | 10 |
| KING, LEON* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| MANDELDOVE, ANDRE | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 12 | 10 |
| NGUYEN, MAI* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 4 | 10 |
| PENTON, DRUNETTE | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 12 | 10 |
| LAWRENCE PRATER, TONYA* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 5 | 10 |
| SANDERS, ANGELA* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 3 | 10 |
| TAIT, JEFFREY* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 3 | 10 |
| TURNER, BEN* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 4 | 10 |
| TURNER, YOLANDA* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| STRINGER, AISHA | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 2 | 10 |
| WESTINGHOUSE, DON* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 3 | 10 |
| IRONS, TIMOTHY* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 4 | 10 |

NORTH METRO GNETS GWINNETT COUNTY PUBLIC SCHOOLS- NORTHBROOK MIDDLE

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | No. of Months |
|---|---|---|---|---|---|
| PAM OBRIEN* | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 4 | 10 |

NORTH METRO GNETS GWINNETT COUNTY SCHOOLS- CENTRAL GWINNETT HIGH

| Name (Last Name, First Name) | Position | Certificate Type and Level | Highly Qualified Area/Subject/Grade Level | Years of Experience | |
|---|---|---|---|---|---|
| CONNER, VICTORIA | PARAPROFESSIONAL | PARAPROFESSIONAL | PARAPROFESSIONAL EDUCATOR | 19 | 10 |



Georgia Department of Education

*District paid North Metro GNETS Staff

2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

 2066 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, Georgia 30334

## SUBMISSION THROUGH THE CONSOLIDATED APPLICATION

**FY22 State and Federal Budgets:** GNETS must use the budget forms found on the Special Education page on the GaDOE web site at www.gadoe.org. Completed applications and budget forms must be submitted to fiscal agents NO LATER THAN June 30, 2021.

Fiscal agents will submit the FY22 GNETS Grant Application, GNETS Assurances, GNETS Crisis Management Plan, Restraint Policies, Indirect Cost Letter, if applicable and other documentation to the "Programs" tab and the GNETS budget under the budget tab in the Consolidated Application by July 30, 2021.

### REQUIRED ATTACHMENTS:

| |
|---|
| **1. GNETS Assurances:**<br>A.) Fiscal agent assurance statement with signatures of the fiscal agent (RESA director or superintendent) and GNETS director.<br>B.) GNETS assurance page with signatures of each superintendent and special education director from each district served. |
| **2. FY 22 GNETS Grant Application.** |
| **3. GNETS Crisis Management Plan.** |
| **4. Written policies that govern the use of restraint.** |
| **5. Indirect Cost Letter** (if charged). Letter must contain the amount of indirect cost charged and the purpose of the charge. |
| **6. When Applicable:**<br>-Job description for new positions.<br>-Contract or scope of work for contracted positions. |