# EXHIBIT 97

Message

**From:** Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV]
**Sent:** 8/24/2020 3:01:39 PM
**To:** Samuel Clemons [samuel.clemons@gocats.org]; Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** RE: GNETS Calendar

We are working on that. We will get it out asap. Have a great day.
Vickie

**From:** Samuel Clemons <samuel.clemons@gocats.org>
**Sent:** Monday, August 24, 2020 10:17 AM
**To:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** GNETS Calendar

CAUTION: This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Do we have a GNETS Calendar for this year to help meet deadlines for things that are due such as: iready diagnosis, SDQ and etc. ?


--
Dr. Samuel Clemons
Director of Horizon Academy
sclemons@gocats.org
Phone: 229-333-8500 Ext. 4011