# EXHIBIT 98

**Message**

**From:** Michael Rowland [MRowland@doe.k12.ga.us]
**Sent:** 1/7/2016 8:42:25 PM
**To:** Doug Suits [dsuits@doe.k12.ga.us]
**Subject:** Re: GNETS visit: Cobb County (HAVEN Academy)

PLAINTIFF'S EXHIBIT 115

Doug,

Please let your contact in Cobb County know that I must insist on you making that visit. She can give me a call if she has any questions.

Mike Rowland

Sent from my iPhone

On Jan 7, 2016, at 1:52 PM, Doug Suits <dsuits@doe.k12.ga.us> wrote:

> Mike,
> I spoke to the director of the program in Cobb County (2X) about a visit, she stated they were in good shape and did not need any additional improvements and would not be making an application for funding.
>
> I did not schedule a site visit for this location...just wanted to confirm with you this is okay. I have written documentation (email) from the director with this statement confirmed.
>
> Thanks,
> Doug Suits
> 120 Homestead Drive
> Summerville Georgia 30747
> Office: 706-862-2675
> Cell: 470-755-4858
> email: dsuits@doe.k12.ga.us
> Web page: http://www.gadoe.org

GA00196767