# EXHIBIT 99

PLAINTIFF'S EXHIBIT 118

Message

| | |
|---|---|
| **From:** | Michael Rowland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F93C205CF86F43A7A636A6E9555AA78B-MICHAEL ROW] |
| **Sent:** | 5/31/2016 6:46:11 PM |
| **To:** | Ted Beck [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0420a15fe7dc4752898156e95943f0b4-James Beck] |
| **CC:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| **Subject:** | GNETS Update |
| **Attachments:** | Copy of 2016-05-22 GNETS Fee Proposal.xlsx; Edited Planning Meeting Minutes 5.31.16.docx |

Ted,

Attached you will find a copy of the fee proposal to perform the facility condition assessments for the 48 GNETS locations identified in the RFQ. 2WR was the most qualified firm, and the fee proposal they have submitted is in line with what I expected. I have also attached an update to my notes on how the planning and execution has evolved.

On May 24 and 25, Nakeba and I accompanied two teams from 2WR to do test site visits in Waycross, Kingsland, and Brunswick. The purpose of those trips was to have us all work through expectations to get a baseline of GaDOE's expectations. Those visits went very well, and I think we will glean the kind of information that will inform our decisions moving forward.

If you are ok with the fee proposal, then I am ready to have GSFIC negotiate the contracts necessary to meet 2WR's schedule. We did negotiate down from an original amount of a little over $530K. Having witnessed their thoroughness first hand, I think we can expect a quality product from their work.

Let me know if you have any questions.

Mike Rowland
Facilities Services Director
Facilities Services Unit
Georgia Department of Education
205 Jesse Hill Jr. Drive, SE
1670 Twin Towers East
Atlanta, Georgia 30334

GaDOE: 404.656.2454
Cell: 404.617.9409
Fax: 404.651.7688

mrowland@doe.k12.ga.us

http://wwwgadoe.org

"Educating Georgia's Future

GA00279624