# EXHIBIT 100

PLAINTIFF'S EXHIBIT 91

Message

**From:** Stacey Suber-Drake [SDrake@doe.k12.ga.us]
**Sent:** 7/25/2016 6:11:54 PM
**To:** Nakeba Rahming [NRahming@doe.k12.ga.us]; Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith]
**Subject:** FW: Scanned from a Xerox Multifunction Printer
**Attachments:** Burwell Program.pdf

-----Original Message-----
From: Julie James
Sent: Monday, July 25, 2016 1:53 PM
To: Stacey Suber-Drake
Subject: FW: Scanned from a Xerox Multifunction Printer


-----Original Message-----
From: xrx7970-2053@doe.k12.ga.us [mailto:xrx7970-2053@doe.k12.ga.us]
Sent: Friday, July 22, 2016 5:16 PM
To: Julie James
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Suite 2053, East Tower, 205 Jesse Hill Jr Drive, Atlanta, GA   30334
Device Name: xrx7970-2053


For more information on Xerox products and solutions, please visit http://www.xerox.com

GA01486054



**Georgia**
**State Board of Education**

**VIA U.S. AND ELECTRONIC MAIL**

July 22, 2016

Dr. James Pope
Board Chair
Carrollton Board of Education
106 Trojan Drive
Carrollton, GA 30117

Dear Dr. Pope:

Earlier this year, the Georgia Department of Education and the Georgia State Financing and Investment Commission partnered to contract with a professional architectural firm to conduct a comprehensive facilities conditional assessment of standalone GNETS sites. While these assessments are ongoing, 423 Alabama Street, Carrollton, GA 30117-3002, has been identified as a facility where children cannot continue to be served. Therefore, students receiving services at this facility must immediately be transitioned out of this site before the beginning of the school year.

This correspondence serves as a notification that the State Board of Education ("State Board") has found unsafe and unhealthful conditions at 423 Alabama Street, Carrollton, GA 30117-3002, which houses the Burwell Program. As such, the Board is suggesting that you remedy this deficiency by collaborating with key stakeholders, including your local school superintendent, GNETS director, RESA director (if appropriate), and your local board attorney, to transition all students from this facility by the beginning of the 2016-2017 school year.[6]

The State Board and the Georgia Department of Education fully understand that transitioning these students at this time will be challenging. We are directing staff to assist you and provide guidance throughout this process so that we may provide the best educational opportunity for all students in a safe and positive environment.

Should you have any questions or concerns, please contact Nakeba Rahming, Program Manager,

---

[6] O.C.G.A. § 20-2-16(c) provides that "the [Board] is authorized to inspect any public school building and, if such building is found to be dangerous to the lives or health of the pupils, to notify the county or independent board of education in writing of the unsafe or unhealthful conditions revealed, including in the notification specific suggestions for the correction of such unsafe or unhealthful conditions."

at 404-640-6536.

Sincerely,

*[signature]*

Michael P. Royal
Chairman, State Board of Education

cc:  Dr. Mark Albertus
     Steve Rains

GA01486056