# EXHIBIT 101

| RFQ No. E-414-FY16-GNET DP | **Due Date and Time: ?/??/2016 at 2:00 pm** | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide |||

Case 1:16-cv-03088-ELR   Document 395-136   Filed 10/21/23   Page 2 of 14



EXHIBIT 129



Building for the State of Georgia
**GSFIC**
CONSTRUCTION & FINANCE

# Georgia State Financing & Investment Commission

## Request for Qualifications
### No. E-414-FY16-GNET DP

To Provide

*Design Professional Services*

For

Project No. E-414-FY16-GNET

Facility Condition Assessments
GNET locations statewide

GA00196913

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| | RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide | |

Case 1:16-cv-03088-ELR   Document 395-136   Filed 10/21/23   Page 3 of 14



# REQUEST FOR QUALIFICATIONS
Design Professional Services
RFQ No. E-414-FY16-GNET DP, Project No. E-414-FY16 GNET

Facility Condition Assessments
GNET locations statewide

The Georgia State Financing and Investment Commission ("Owner"), on behalf of the Georgia Department of Education ("Using Agency"), is soliciting statements of qualifications from firms interested in providing professional services associated with facility condition assessments for a project known as Project No. E-414-FY16-GNET, Facility Condition Assessments, GNET locations statewide ("Project"). This Request for Qualifications (RFQ) seeks to identify potential providers of the above-mentioned services. Some firms that respond to this RFQ, and who are determined by the Owner to be sufficiently qualified, may be deemed eligible, and may be invited, to interview and offer proposals for these services. All respondents to this RFQ are subject to instructions communicated in this document, and are cautioned to completely review the entire RFQ and follow instructions carefully. The Owner reserves the right to reject any or all statements of qualifications or proposals, and to waive technicalities and informalities at the discretion of the Agencies. IMPORTANT: The issuance of this RFQ invokes an important Restriction of Communication on potential respondents, which, if violated, may result in submittal rejection. (See Section 9 for details)

## 1. GENERAL PROJECT INFORMATION

### Project Background
The Georgia Department of Education, and local school districts, operate 48 GNET locations throughout the state of Georgia. These sites are located on as indicated on attached exhibit "D". In some cases, these are individual stand-alone facilities, in other cases, they are contained within a larger facility.

The facilities are in need of various repairs and upgrades to ensure they continue to meet the needs of students in the GNET program. Exhibit D to this RFQ lists the facility locations.

The Owner intends to contract with one or more Architectural/Engineering firm(s), to provide professional services associated with facility condition assessments as further defined below.

### Project Description
The Georgia Department of Education is requesting qualifications for architecture/engineering teams capable of conducting in-depth facility condition assessments of approximately forty-eight (48) locations, to identify current and future facility needs. The selected firm(s) will access buildings (interior and exterior), parking lots and driveways, sidewalks, MEP systems, parking lot lighting, landscaping, verify ADA compliance, and consider energy usage/consumption as described below.

### Facility and Building Assessment
The project will be to complete a comprehensive Facilities Condition Assessment (FCA) of each GNET location. The FCA should be completed through a visual, non-destructive inspection and review of existing building data and maintenance history. The project team will be required to interview staff at each facility to help ascertain the facility's condition. Project teams shall develop and provide a report of the findings for individual sites. The report shall provide cost estimates for the indicated renovation/ repairs and prioritize the

1

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| | RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide | |

Case 1:16-cv-03088-ELR    Document 395-136    Filed 10/21/23    Page 4 of 14

work, by facility, as those in need of urgent repair to those in need of routine maintenance or similar scopes of work. The report shall be delivered as ten (10) hard copies and two (2) copies on CD.

**Project Schedule**
The Owner desires that the phase one assessment and report be completed by late-summer of 2016. The Owner will work closely with the successful firm to develop the final assessment and design schedules. The successful firm shall have the staff to complete the tasks in a timely manner.

**Sustainable Design**
It is the Owner's desire to have the facilities designed and renovated / repaired incorporating sustainable design and construction concepts where feasible to do so. Further, Georgia Peach certification may be required with commissioning on some or all of the facilities depending on the extent of the renovations.

**Project Delivery Method**
The construction delivery method for any renovation or construction projects is envisioned to be Design-Bid-Build and, as a minimum, will employ the services of a General Contractor and a Commissioning Agent, in addition to the services of a Design Professional. The Owner may elect to bundle some of the sites into multiple bid packages or bid them all separately as individual projects.

2. **DESIGN PROFESSIONAL REQUIREMENTS**

   The Owner is seeking the services of an architectural/engineering firm (the "Design Professional") to provide all facility and building condition assessments. The successful Design Professional will be expected to contract with the Owner in a timely manner. The offering firm shall be the primary contracting firm as the individual firm held responsible for fulfilling all contractual obligations. The primary contracting firm shall perform a minimum of 50% of the architectural design services (exclusive of engineering and specialty consultants) in-house. An associated firm (if necessary) may provide up to 50% of the architectural design services, allowing two or more architectural firms to share in the design effort on an equal basis. The Owner does not intend to enter into "joint-venture" agreements with multiple design professional firms. In the event that two or more firms desire to joint-venture, one firm shall act as the primary firm. It is strongly recommended that one firm act as the official primary design professional firm with the remaining firm(s) serving as consultants to the primary. The Project will be constructed by a general contractor to be selected and contracted with separately by the Owner. It is expected the Design Professional will work closely with the selected contractor and any other consultants engaged by the owner and in the best interest of the Owner and the project.

3. **SCHEDULE OF EVENTS**

   The following Schedule of Events represents the Owner's best estimate of the schedule that will be followed. All times indicated are Eastern Standard Time. The Owner reserves the right to adjust the schedule as the Owner deems necessary.

2

| | | |
|---|---|---|
| a. Owner issues public advertisement of **RFQ** | ?/??/16 | -------- |
| b. Deadline for submission of written questions and requests for clarification | ?/??/16 | 2:00 PM |
| c. Deadline for submission of Statements of Qualifications | ?/??/16 | 2:00 PM |
| d. Owner completes evaluation and issues notification to finalist firms | ?/??/16 | TBD |
| e. Owner conducts mandatory pre-proposal site visit for finalist firms | N/A | N/A |
| f. Deadline for submission of written questions from finalists | ?/??/16 | 2:00 PM |
| g. Deadline for finalist firms to submit Design Team Proposal | ?/??/16 | 2:00 PM |
| h. Owner interviews finalist firms | ?/??/16 | TBA |

## 4. SELECTION PROCESS

Selection of the Design Professional will generally follow the requirements of Georgia Code Title 50 Chapter 22. A selection of finalists firms will be made by a Selection Committee, consisting of representatives of the Owner, the Using Agency, and possibly other representatives designated by the Owner. The Selection Committee will receive and evaluate Statements of Qualifications submitted in response to this RFQ, using the following criteria:

**Criteria for evaluation of Statements of Qualifications**

*25% Factor:* <u>Stability</u> of the firm, including the firm's corporate history, growth, resources, form of ownership, litigation history, financial information, and other evidence of stability.

*45% Factor:* Firm's relevant project <u>experience and qualifications</u>, including the demonstrated ability of firm in effectively conducting facility condition assessments of facilities comparable in complexity, size, and function, for agencies, counties and municipalities in the State of Georgia and other similarly-structured organizations. This includes relevant experience and qualifications of the principal Design Professional(s) and lead staff, and evidence of relevant competencies for this project.

*30% Factor:* Firm's apparent <u>suitability</u> to provide services for project, including the firm's apparent fit to the project type and/or needs of the Owner, any special or unique qualifications for the project, current and projected workloads, the proximity of office(s) to project location(s), and services offered by the firm. The firm's non-discrimination policies, any affirmative action policies and/or stated efforts for W/MBE inclusion will be a part of this evaluation, as will experience and proficiency with facility condition assessment of public buildings with regard to the areas of public safety and health, accessibility for persons with disabilities and special needs, and environmental concerns

**Finalist Notification**
***Once the evaluation of the Statements of Qualifications has been completed, a listing of selected finalist firms will be posted on the Georgia Procurement Registry.*** Firms selected as finalists will also receive written notification which may take the form of an email or other electronic transmission from the Owner. In this notification, the Owner may request a written Design Professional Proposal from the firm. The Design Professional Proposal will include specific information on the firm's proposed facility assessment team

GA00196916

for the committee to consider. Copies of this information shall be sent to the Owner prior to the time specified by the Owner in *Section 3 Schedule of Events*.

**Pre-Proposal Site-Visit**
A mandatory pre-proposal Site Visit may be scheduled by the Owner. Pertinent information pertaining to the site-visit (if applicable) shall be included in the Notice to Finalist with instructions regarding participant actions and activities. At the conference, all finalist firms will be given any relevant available information which has previously been developed (such as programs, studies, preliminary plans, maps, etc.), and a specimen of the standard Design Professional contract form. ***The Owner reserves the right to disqualify a proposer from the selection process due to failure by a proposer to arrive for the site visit by the scheduled time. Failure to attend a mandatory site visit will automatically result in disqualification from the selection process.***

**Interview**
The "Notice to Finalists" shall also include information regarding the place and time for the interview session. Detailed interview instructions and requirements of the finalists will be provided in the "Notice to Finalist" document. All members of the Selection Committee will be present during all of the presentations and interviews. Firms shall not address any questions, prior to the interview, to anyone other than designated Procurement Services contact.

**Final Selection**
Upon completion of the evaluation and interview process by the Selection Committee, the firms will be ranked in descending order of recommendation. Negotiations will then be initiated with the highest ranked firm(s) to finalize the terms and conditions of the contract, including the fees to be paid. In the event a satisfactory fee agreement cannot be reached with the highest ranking firm, the Owner will formally terminate the negotiations in writing and enter into negotiations in turn with the second highest ranking firm, and so on until a mutual agreement is established and the Owner awards a design professional services contract. The actual Form of Contract shall be developed by the Owner.

5. **INSTRUCTIONS FOR PREPARING STATEMENTS OF QUALIFICATIONS**

READ CAREFULLY

Interested firms shall submit/upload one (1) electronic copy in .pdf format of the complete qualifications package to a GSFIC ftp site. Each submittal should include a transmittal letter. Submittals must be prepared in a manner that when printed would typically fit on standard (8 ½" x 11") paper. Responses are limited to using a minimum of an 11-point font. **(The entire response shall not exceed 50 pages.)** Submittals that include qualifications of more than one firm shall not exceed the page limits. Emphasis should be on completeness, relevance, and clarity of content. To expedite the review of submittals, it is essential that respondents follow the format and instructions outlined below.

**STATEMENT OF QUALIFICATIONS**
**(DELIVERABLES "A", "B", and "C" FOR ALL FIRMS)**

A. **Description and Resources of Firm**

A1- Provide basic company information: Company name, address, name of primary contact, telephone number, fax number, E-mail address, and company website (if available). If the firm has multiple offices, the qualification statement shall include information about the parent company and branch office separately. Identify office from which project will be managed and this office's proximity to the project site. Provide form of ownership, including state of residency or incorporation, and number of years in business. Is the offeror a sole proprietorship, partnership, corporation, Limited Liability Corporation (LLC), or other structure?

A2- Briefly describe the history and growth of your firm(s). Provide general information about the firm's personnel resources, including disciplines and numbers of employees and locations and staffing of offices

A3- Has the firm been involved in any litigation in the past five (5) years? Describe your experience with litigation with Owners and/or Contractors. List any active or pending litigation and explain.

A4- Provide name of insurance carrier, types and levels of coverage, and deductible amounts per claim.

GA00196917

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| | RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide | |

Case 1:16-cv-03088-ELR   Document 395-136   Filed 10/21/23   Page 7 of 14

- A5- List the firm's annual revenue for the past 5 years.
- A6- Supply financial references and main banking references.
- A7- Has the firm ever been removed from a professional services contract or failed to complete any contract as assigned?
- A8- Complete the Certification Form (*exhibit "A" enclosed with RFQ*), and provide a notarized original with response as section "A8" of the firm's Statement of Qualifications.
- A9- Complete and submit the "Contractor Affidavit under O.C.G.A. § 13-10-91(b)(1)" (Exhibit "B") with response as Section "A9" of the firm's Statement of Qualifications. **Failure to submit this form with Statement of Qualifications will result in the firm being eliminated from consideration for this project.**
- A10- Complete and submit the "Disclosure Statement" (Exhibit "C") with response as Section "A10" of the firm's Statement of Qualifications.

### B.  Experience and Qualifications

- B1- Provide professional qualifications and description of experience for principal Architect or Engineer personnel or other lead persons (including key Consultants, etc.) performing facility assessment services *(At this stage, firms are asked for information on lead staff only, but may list qualifications and experience on more than one lead individual who is qualified and available for proposed project. **If the firm is selected as a finalist, the Owner will request detailed information on the exact proposed expanded team and their relevant experience.**)*
- B2- Provide information on the firm's experience on projects of similar type, size, function, and complexity. Describe no more than ten (10) and no less than five (5) projects, in order of most relevant to least relevant, which demonstrate the firm's capabilities to perform the project at hand. For each project, the following information should be provided:
  - a. Project name, location and dates during which services were performed.
  - b. Brief description of project and physical description (number of bldgs. and mechanical systems included, square footage, site area if applicable).
  - c. Services performed by your firm.
  - d. Owner's stated satisfaction in facility assessment, and service of your firm.
  - e. Owner's current contact information.

### C.  Statement of Suitability

- C1- Provide any information that may serve to differentiate the firm from other firms in suitability for the project. Provide evidence of the firm's fit to the project and/or needs of the Owner, any special or unique qualifications for the project; provide current and projected workloads, the proximity of office to project locations, and any services offered by the firm that may be particularly suitable for this project.
- C2- Provide W/MBE status and any non-discrimination and affirmative action policies of the firm. Provide evidence of experience and proficiency with assessment of public buildings with regard to the areas of public safety, accessibility for persons with disabilities and special needs, and environmental concerns.

## 6. SUBMITTAL OF QUESTIONS AND REQUESTS FOR CLARIFICATION

It is the responsibility of each respondent to examine the entire RFQ, seek clarification in writing, and review its submittal for accuracy before submitting the document. Questions about any aspect of the RFQ or the project shall be submitted in writing (e-mail is preferable) to:

**Jeff Lacks, Director Procurement Services**
e-mail: jlacks@gsfic.ga.gov
facsimile: (404) 463-5699

A. **Deadlines.** The deadline for submission of questions relative to the RFQ is the time and date shown in the Schedule of Events (Section 3). All relevant questions and requests for clarification received by GSFIC and the corresponding responses will be posted on the Georgia Procurement Registry as an attachment to the original solicitation for services. Once the submission deadline has passed, all submissions will be final.

GA00196918

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title:  Design Professional Services for Facility Condition Assessments  – DOE/GNET sites statewide |||

The Owner will not request clarification from individual respondents relative to their submission, but reserves the right to ask for additional information from all parties who have submitted qualifications.

B. **Prohibition of Extraneous Communications.** From the issue date of this solicitation until a successful proposer is selected and the selection is announced, all parties are prohibited from communication in any manner or for any reason with any members or employees of the GSFIC, the Using Agency or the Selection Committee. Parties will be allowed to communicate only as sanctioned by the GSFIC. Communications will be accepted as submission of questions as instructed in the RFQ, or during the proposer's conference (if applicable), or as provided by any existing work agreement(s). For violation of this provision, the Owner shall reserve the right to reject the proposal of the offending proposer.

7. **SUBMITTAL OF STATEMENTS OF QUALIFICATIONS**

READ CAREFULLY
THE SUBMITTAL INFORMATION BELOW IS UPDATED PERIODICALLY!!!

Submit one (1) electronic copy of the complete package in .pdf format onto the GSFIC / Egnyte ftp site. Uploaded responses (file names) must reference the **RFQ No. E-414-FY16-GNET-DP, the firm's name, and the word "QUALIFICATIONS."**

**(File Name Example: E-414-FY16-GNET-DP, ABC Company, Qualifications)**

The entire submittal should be submitted as ONE (1) file. Please do not submit individual documents or sections separately.

See the document titled "Upload Instructions" on the Georgia Procurement Registry site along with this RFQ/RFP for detailed instructions regarding the upload of your submittal.

**TOTAL PAGE COUNT OF THE SUBMITTAL MUST NOT EXCEED 50 PAGES.**

**QUALIFICATION SUBMITTALS THAT EXCEED THE PAGE LIMIT WILL BE DEEMED NON-RESPONSIVE AND WILL NOT BE CONSIDERED BY THE SELECTION COMMITTEE.**

**Proposers are further reminded to include a completed CONTRACTOR AFFIDAVIT UNDER O.C.G.A. § 13-10-91(b)(1) with the Statement of Qualifications. (See Exhibit B)** *FAILURE TO PROVIDE THIS AFFIDAVIT WILL RESULT IN REJECTION OF PROPOSAL.*

Statements of Qualifications **must be electronically received by the Owner** prior to the deadline indicated in the Schedule of Events (*Section 3 of RFQ*). Printed copies will not be accepted. A list of firms submitting responsive Statements of Qualifications will be published on the Georgia Procurement Registry site within two (2) business days of the deadline for receipt. If difficulty is encountered during upload, contact Jim Hyde, 404-656-5468, or the main procurement number 404-463-5731, for assistance or confirmation that the file was received. **Firms are encouraged to verify their upload was successful.**

*(Experience with the ftp site indicates that uploads do not always receive the confirmation statement that the file was "successfully uploaded." Typically, for files ranging in size from 3 – 10 mb, it should not take more than one or two minutes to complete the upload.)*

9. **ADDITIONAL TERMS AND CONDITIONS**

**Restriction of Communication**
From the issue date of this RFQ solicitation until a successful proposer is selected and the selection is announced, proposers are not allowed to communicate about this solicitation or this Project for any reason with any members of the Selection Committee, the Using Agency, or GSFIC, except for submission of questions as instructed in the RFQ, or during the proposer's conference (if applicable), or as provided by any existing work

GA00196919

Case 1:16-cv-03088-ELR    Document 395-136    Filed 10/21/23    Page 9 of 14

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| | RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide | |

agreement(s). For violation of this provision, the Owner reserves the right to reject the proposal of the offending proposer.

### Submittal Costs and Confidentiality
All expenses for preparing and submitting responses are the sole cost of the party submitting the response. The Owner is not obligated to any party to reimburse such expenses. All submittals upon receipt become the property of the Owner. Labeling information provided in submittals "proprietary" or "confidential", or any other designation of restricted use will not protect the information from public view. Subject to the provisions of the Open Records Act, the details of the proposal documents will remain confidential until final award.

### Award Conditions
This request is not an offer to contract or a solicitation of bids. This request and any statement of qualifications or proposal submitted in response, regardless of whether the proposal is determined to be the best proposal, is not binding upon the Owner and does not obligate the Owner to procure or contract for any services. Neither the Owner nor any party submitting a response will be bound unless and until a written contract mutually accepted by both parties is negotiated as to its terms and conditions and is signed by the Owner and a party containing such terms and conditions as are negotiated between those parties. The Owner reserves the right to waive non-compliance with any requirements of the Request for Proposal and to reject any or all proposals submitted in responses. Upon receipt and review of responses, the Owner will determine the party(s) and proposal that in the sole judgment of the Owner is in the best interest of the Owner (if any is so determined), with respect to the evaluation criteria stated herein. The Owner then intends to conduct negotiations with such party(s) to determine if a mutually acceptable contract may be reached.

### Evaluation of Submittals and Qualifications
Evaluation of submittals and firms' qualifications will be conducted by a committee consisting of various project stakeholders. Based upon the predetermined rating criteria contained in the RFQ, the committee will assign a composite rating to the deliverables to each statement of qualifications and proposal submitted. Proposers understand and accept that by responding to this solicitation they are willingly participating in a process that consists of some degree of subjectivity on the part of selection committee members in determining the firm(s) capable of providing the best overall solution.

### Reciprocal Preference Law
For the purposes of evaluation only, a proposer that resides in the State of Georgia will be granted the same preference over proposers that reside in another State in the same manner, on the same basis, and to the same extent that preference is granted in awarding bids for the same goods or services by such other State to proposers that reside therein. For the purposes of this law, the definition of a resident proposer is one who maintains a place of business with at least one employee inside the State of Georgia. A Post Office Box address will not satisfy this requirement.

### Joint-Venture Proposals
The Owner does not generally desire to enter into "joint-venture" agreements with multiple firms. In the event two or more firms desire to "joint-venture," it is strongly recommended that one incorporated firm propose and maintain status as the contracted lead firm with the remaining firms participating as major consultants to the lead firm.

### Small and Minority Business Enterprise
It is the policy of the State of Georgia that small businesses, female-owned businesses and minority businesses have a fair and equal opportunity to participate in the State purchasing process. Therefore, the Owner encourages all small businesses, female-owned businesses and minority-owned businesses to compete for contracts to provide goods, services, and construction, and encourages contractors to solicit female-owned businesses and minority-owned businesses in procuring subcontractors and suppliers. This desire on the part of the Owner is not intended to restrict or limit competitive bidding or to increase the cost of the work. The Owner supports a healthy free market system that seeks to include responsible businesses and provides ample opportunity for business growth and development. Contractors and subcontractors who utilize qualified minority subcontractors may qualify for a Georgia state income tax credits for qualified payments made to minority subcontractors. See Official Code of Georgia Annotated (O.C.G.A.) O.C.G.A. Section 48-7-38. For more information, please contact:

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide | | |

The Governor's Entrepreneur and Small Business Office
75 Fifth Street, Suite 825
Atlanta, Georgia 30308
Phone: 404.962.4071
http://georgia.org/business-resources/small-business-resources/Pages/default.aspx

**Statement of Agreement**
With submission of a proposal, the Proposer agrees that he/she has carefully examined the Request for Proposal, and the Proposer agrees that it is the Proposer's responsibility to request clarification on any issues in any section of the Request for Proposal with which the Proposer disagrees or needs clarified. The Proposer also understands that failure to mention these items in the proposal will be interpreted to mean that the Proposer is in full agreement with the terms, conditions, specifications and requirements therein. With submission of a proposal, the Proposer hereby certifies: (a) that this proposal is genuine and is not made in the interest or on behalf of any undisclosed person, firm, or corporation; (b) that Proposer has not directly or indirectly included or solicited any other Proposer to put in a false or insincere proposal; (c) that Proposer has not solicited or induced any person, firm, or corporation to refrain from sending a proposal.

# **EXHIBITS**
## Please use the exhibits issued with this RFQ as some of the verbiage has been changed on the forms.

8

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide ||| 

(Exhibit A)
## CERTIFICATION FORM

I, _____, being duly sworn, state that I am _____(title) of

_____(firm) and hereby duly certify that I have read and understand the information presented in the attached proposal and any enclosure and exhibits thereto.

    I further certify that to the best of my knowledge the information given in response to the request for proposals is full, complete and truthful.

    I further certify that the proposer and any principal employee of the proposer have not, in the immediately preceding five years, been convicted of any crime of moral turpitude or any felony offense, nor has had their professional license suspended, revoked or been subjected to disciplinary proceedings.

    I further certify that the proposer and any principle employee of the proposer have not, in the immediately preceding five years, been suspended or debarred from contracting with any federal, state or local government agency, and further, that the proposer is not now under consideration for suspension or debarment from any such agency.

    I further certify that the proposer or any principle employee of the proposer has not in the immediately preceding five years been defaulted in any federal, state or local government agency contract, and further, that the proposer is not now under any notice of intent to default on any such contract or have been terminated for cause on any such contract.

    I acknowledge, agree and authorize, and certify that the proposer acknowledges, agrees and authorizes, that the Owner and/or GSFIC may, by means that either deems appropriate, determine the accuracy and truth of the information provided by the proposer and that the Owner and/or GSFIC may contact any individual or entity named in the Statement of Qualifications for the purpose of verifying the information supplied therein.

    I acknowledge and understand the successful Proposer will be required to certify compliance with the Immigration Reform Act of 1986 (IRCA), D.L. 99-603 and the Georgia Security and Immigration Compliance Act OCGA 13-10-90 et.seq., by meeting or having complied with the provisions in the Act and by executing any affidavits required by the rules and regulations issued by the Georgia Department of Labor set forth at Rule 300-10-1-.01: Contractor will also be required to warrant that Contractor has included a similar provision in all written agreements with any subcontractors engaged to perform services under this Contract.

    I acknowledge and agree that all of the information contained in the Statement of Qualifications is submitted for the express purpose of inducing the Owner to award a contract.

*A material false statement or omission made in conjunction with this proposal is sufficient cause for suspension or debarment from further contracts, or denial of rescission of any contract entered into based upon this proposal thereby precluding the firm from doing business with, or performing work for, the State of Georgia. In addition, such false statement or omission may subject the person and entity making the proposal to criminal prosecution under the laws of the State of Georgia of the United States, including but not limited to O.C.G.A. §16-10-20, 18 U.S.C. §§1001 or 1341.*

_____
Signature

Sworn and subscribed before me

This _____ day of _____, 20____.


_____
NOTARY PUBLIC

                                                        _____
                                                        NOTARY SEAL

My Commission Expires: _____

9

GA00196922

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide ||| 

Exhibit B

# CONTRACTOR* AFFIDAVIT UNDER O.C.G.A. § 13-10-91(b)(1)

*{Failure to submit this form with your qualifications will result in the rejection of your submittal}*

Project No. and Name:

Contractor*:

**STATE OF GEORGIA**                     **COUNTY OF:**

By executing this affidavit, the undersigned contractor verifies its compliance with O.C.G.A. §13-10-91, stating affirmatively that the individual, firm or corporation which is engaged in the physical performance of services on behalf of The Georgia State Financing and Investment Commission has registered with, is authorized to use and used the federal work authorization program commonly known as E-Verify, or any subsequent replacement program, in accordance with the applicable provisions and deadlines established in O.C.G.A. §13-10-91. Furthermore, the undersigned contractor will continue to use the federal work authorization program throughout the contract period and the undersigned contractor will contract for the physical performance of services in satisfaction of such contract only with subcontractors who present an affidavit to the contractor with the information required by O.C.G.A. §13-10-91(b). Contractor hereby attests that its federal work authorization user identification number and date of authorization are as follows:

___                                         (This is not an FEI number)
Federal Work Authorization User Identification Number

Date of Authorization

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on ____, 20__ in (City), (State).

_____
Signature of Authorized Officer or Agent of Contractor

_____
Printed Name and Title of Authorized Officer or Agent

**SUBSCRIBED AND SWORN BEFORE ME ON THIS THE**

_____ **DAY OF** _____, 20___

_____
Notary Public
My Commission Expires: _____

*For the purposes of this affidavit only, anyone under contract with the Owner (i.e. architects, engineers, consultants, etc) is deemed a "contractor."

GSFIC-AD-122 (08-17-11)
[DBB- CM/GC-DB]

| RFQ No. E-414-FY16-GNET DP | Due Date and Time: ?/??/2016 at 2:00 pm | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide ||| 

Case 1:16-cv-03088-ELR   Document 395-136   Filed 10/21/23   Page 13 of 14

Exhibit C
## **DISCLOSURE STATEMENT**

All proposers should be aware that the project you are submitting a proposal on is a public project, and the Owner (GSFIC) is a public agency. Pursuant to the laws, rules and Executive Orders of the State of Georgia, GSFIC shall make every effort to avoid even the appearance of a conflict of interest or any impropriety in both the selection process for this project and the negotiation and performance of any resulting contract. As part of any submittal you intend to make for this project, **you must include this Disclosure Statement with your submittal** that answers or addresses the following specific statements:

1. Describe any business transactions occurring within the prior two years between your firm and GSFIC, the Using Agency, or the ultimate end-user of the proposed project.

Insert Response

2. Describe any gift, hospitality, or benefit of any sort that your firm has provided to GSFIC, the Using Agency, or the end-user of the proposed project within the prior one-year period.

Insert Response

3. A *conflict of interest* or *potential conflict of interest* is defined as any action, decision, or recommendation by a person acting in a capacity as a public official, the effect of which is or could be to the private monetary or financial benefit or detriment of the person, the person's relative, or any business with which the person or a relative of the person is associated. The potential conflict of interest is viewed from the perspective of a reasonable person who has knowledge of the relevant facts. Based upon this definition, describe any conflict of interest or potential conflict of interest that your firm has with GSFIC, the Using Agency, or the end-user of this project.

Insert Response

This Disclosure Statement should be dated and signed by an authorized signator for the Proposer and submitted with the Proposer's Submittal as deliverable A10. The Disclosure Statement may be included in the Appendix and not included in the page count requirement.

_____
Name of Firm

_____           _____
Authorized Signature                           Date

GA00196924

| RFQ No. E-414-FY16-GNET DP | **Due Date and Time: ?/??/2016 at 2:00 pm** | Published to GPR: ?/??/2016 |
|---|---|---|
| RFQ/RFP Title: Design Professional Services for Facility Condition Assessments – DOE/GNET sites statewide | | |

# Exhibit D
## Listing of GNET locations

| GNETS Facility locations: | | | | | | System |
|---|---|---|---|---|---|---|
| PROGRAMS (24 TOTAL, some have multiple locations) | Center Name | Line1 | City | Zip | Location Type | Name |
| CEDARWOOD | Cedarwood Program | 98 Barnes St | Baxley | 31513 | Center | Appling County |
| Oconee GNETS | GNETS of Oconee | 1300 Orchard Hill Rd | Milledgeville | 31059 | Center | Baldwin |
| NORTHWEST GNETS | NGEP/Stars Campus | 1653 Cassville Rd | Cartersville | 30120 | Center | Bartow |
| HORIZON ACADEMY | Berrien Site | 509 Chism St | Nashville | 31639 | Center | Berrien County |
| CEDARWOOD | Cedarwood Program | 400 Donnie Simmons Way | Statesboro | 30458 | Center | Bulloch |
| RIVER QUEST | Burke County | 500 Park Dr | Waynesboro | 30830 | School | Burke |
| COASTAL ACADEMY | Coastal Academy | 311 South East Street, | Kingsland | 31548 | Center | Camden County |
| BURRELL | Carrollton Burwell Program | 423 Alabama St | Carrollton | 30117-3002 | Center | Carrollton City |
| COASTAL GA COMPREHENSIVE ACADEMY | Coastal GA Academy | 2001 Cynthia St | Savannah | 31415-7895 | Center | Chatham |
| RUTLAND ACADEMY | Rutland Academy | 1250 Oglethorpe Avenue | Athens | 30606 | Center | Clarke |
| SOUTH METRO GNETS PROGRAM | Ash Street Program | 5277 Ash Street | Forest Park | 30297 | Center | Clayton |
| H.A.V.E.N. Academy | Haven Academy | 5805 Dunn Rd SW | Mableton | 30126-4009 | Center | Cobb |
| PATHWAYS | Colquitt Co Site | 60 Greenwood Ave | Moultrie | 31768 | Center | Colquitt |
| BURRELL | Westside/Burwell | 106 Westside School Rd | Newnan | 30263-3024 | Center | Coweta |
| DEKALB ROCKDALE GNETS | Eagle Woods Academy | 5931 Shadow Rock Drive | Lithonia | 30058 | Center | Dekalb |
| DEKALB ROCKDALE GNETS | Warren Tech Center | 3075 Alton Rd | Chamblee | 30341 | Center | DeKalb |
| HEARTLAND ACADEMY | Heartland Academy - Dodge | 326 School Bus Alley | Eastman | 31023 | Other | Dodge |
| OAK TREE | Elementary Program | 1520 Cordell ave | Albany | 31705 | Center | Dougherty Co. |
| OAK TREE | Middle & High School Program | | Blakely | | Center | Early County |
| RIVER QUEST | Emanuel County | 220 Jefferson St | Swainsboro | 30401 | School | Emanuel |
| MAINSTAY ACADEMY | Fayette Middle School | 490 Grady Ave | Fayetteville | 30214 | Center | Fayette Co. |
| FUTURES | Forsyth Site | 136 Elm St | Cumming | 30040-2222 | Center | Forsyth |
| COASTAL ACADEMY | Coastal Academy - Brunswick | 3734 Ross Rd | Brunswick | 31520 | Center | Glynn County |
| NORTH METRO GNETS | The BRIDGE | 1225 Northbrook Pkwy | Suwanee | 30024 | Center | Gwinnett |
| FUTURES | Habersham Center | 595 Elrod Street | Cornelia | 30531 | Center | Habersham |
| MAINSTAY ACADEMY | Ola School | 354 Ola Road | McDonough | 30252 | Center | Henry |
| ELAM ALEXANDER ACADEMY | Elberta Center | 304 Elberta Rd | Warner Robins | 31093 | Center | Houston |
| HEARTLAND ACADEMY | Heartland Academy - Moore St | 1405 W Moore St | Dublin | 31021 | Alternative School | Laurens |
| HEARTLAND ACADEMY | Heartland Academy - Crossroads | 1046 Emily Currie Rd | Rentz | 31075 | Alternative School | Laurens |
| COASTAL ACADEMY | Coastal Academy | 100 Dean St | Hinesville | 31313 | Center | Liberty |
| HORIZON ACADEMY | Lowndes Site | 1500 Lankford Dr Ste A | Valdosta | 31614 | Center | Lowndes County |
| ELAM ALEXANDER ACADEMY | Elam Alexander Academy | 2051 2nd St | Macon | 31201-2929 | Center | Macon |
| SAND HILLS GNETS PROGRAM | Sand Hills at McDuffie County | 614 Martin Luther King St | Thomson | 30824 | Center | McDuffie |
| HEARTLAND ACADEMY | Heartland Academy - Main Site | 900 MLK Drive | Ailey | 30445 | School | Montgomery |
| WOODALL GNETS PROGRAM | Woodall Center | 4312 Harrison Ave | Columbus | 31904 | Center | Muscogee |
| MAINSTAY ACADEMY | Palmer Stone ES | 1110 North Emory St | Oxford | 30054 | Center | Newton |
| NORTHWEST GNETS | PB Ritch MS | 14 Bethel Church Rd | Hiram | 30141 | School | Paulding |
| NORTHWEST GNETS | Rome Main Center | 301 Nixon Ave | Rome | 30161 | Center | Rome City |
| MAINSTAY ACADEMY | AZ Kelsey Academy | 200 A Z Kelsey Ave | Griffin | 30223-3133 | Center | Spalding |
| PATHWAYS | Thomas Co Site | 208 N Pinetree Blvd | Thomasville | 31792-3915 | Center | Thomas County |
| HORIZON ACADEMY | Tifton Site | 1815 1/2 Chestnut Avenue | Tifton | 31794 | Center | Tift County |
| CEDARWOOD | Cedarwood Program | 199 Collins Rd | Lyons | 30436 | Center | Toombs |
| BURRELL | Burwell Calloway Adolescent Program | 221 Whitfield Rd | Hogansville | 30230 | School | Troup Co. |
| BURRELL | Burwell - LaGrange | 307 Fort Dr | Lagrange | 30240-5901 | Center | Troup Co. |
| HARRELL LEARNING CENTER | Harrell Learning Center | 1215 Bailey St | Waycross | 31501-6504 | Center | Ware County |
| FLINT AREA LEARNING PROGRAM | Crisp Co MS | 1116 E. 24th Ave | Cordele | | School | Crisp County |
| DEKALB ROCKDALE GNETS | Chamblee Charter HS | 3668 Chamblee-Dunwoody Rd | Chamblee | 30341 | School | DeKalb |
| PATHWAYS | Decatur Co Site | 507 Martin St | Bainbridge | 39817 | School | Decatur County |

GA00196925