# EXHIBIT 102

| | |
|---|---|
| Message | |
| **From:** | Nakeba Rahming [NRahming@doe.k12.ga.us] |
| **Sent:** | 7/11/2016 10:59:19 PM |
| **To:** | Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith] |
| **Subject:** | try it |
| **Attachments:** | GNETS Exit Stratey-Plan - for Priorty sites.docx |

PLAINTIFF'S EXHIBIT 90

**Nakeba N. Rahming, Ed.S.**
Program Manager
Georgia Network for Educational and Therapeutic Supports
(GNETS)
1870 Twin Towers
205 Jessie Hill Jr. Drive
Atlanta GA. 30303
**Office** 404-656-6244   **Fax:** 404-651-6457
**Email:** nrahming@doe.k12.ga.us

*"Educating Georgia's Future"*

GA00197241

## Overview of GNETS facilities for identifying priority sites and exit strategy

This document provides a strategy for supporting Schools, LEAs, and GNETS, when the leadership team at GaDOE determines that the facility should no longer be considered as a site to support the instructional and therapeutic needs of students.

**Phase I: In-depth condition assessments of GNETS facilities by GaDOE and hired contractor.**

- GaDOE facilities department conducted a condition assessment of all the GNETS sites.
- This assessment addressed outstanding issues that required immediate attention and also <u>verified</u> nine sites that may no longer be suitable/conducive to support instructional and therapeutic needs of students.
- GaDOE worked with GSFIC to contract with a professional firm to conduct secondary site visits of all GNETS sites. Nine sites that were identified by GaDOE's initial assessment were prioritize for validation and a more in-depth condition assessment by the contractor.
- GaDOE's leadership team met to prioritize and organize an exit strategy for specific sites based on validation from the contractor.
- Once exit strategies are solidified and prioritized, GaDOE will need to notify SBOE in Executive Session given that this impacts the US Department of Justice's (DOJ) negotiations.
- If supported by SBOE, GNETS program manager will:
    - ensure GaDOE's legal services has all the details regarding the exit strategy
    - notify GaDOE's communication office to be prepared for public response
    - notify other GaDOE staff as needed or necessary

GA00197242

**Phase II: GNETS Facilities Exit Strategy**

*Who will be impacted and need to be notified?*

- Provide written notices to the following stakeholders impacted by the exit strategy
    - GNETS Directors
    - Facilities' owners
    - Fiscal Agents
    - LEA Superintendents/RESAs/LEA SPED Directors
    - GaDOE Staff – Facilities/Legal/Communications/SPED/SI/Policy

*What will be the message and how will it be delivered?*

- Appreciate the work of the GNETS programs and other state agencies on this effort. GNETS provides a critical continuum of services for a very limited number of students. Providing this continuum of services allows students to receive instructional and therapeutic services in the least restricted environment as well as providing students with the skills needed to transition to their home school.
- GaDOE verified the conditions of the priority sites and worked with GSFIC to contract with an external contractor to validate/invalidate the GaDOE findings.
- The final assessment of priority sites yielded nine priority sites that GaDOE has concluded can no longer provide instructional and therapeutic services in the current sites.
- Therefore, GaDOE will issue a mandatory exit plan for all students receiving services in any of the nine priority sites.
- LEAs whose students are being served at one of the priority sites must develop an exit transition plan for students receiving those GNETS services. The exit transition plan, at a minimum, must include the following:
    - Collaboration with the GNETS
    - A review of IEPs for the impacted students to determine the least restrictive environment.
    - In cases where it is determined the least restrictive environment is other than the student's zoned school, the site must be approved by GaDOE.
    - Exit Transition Plans are due to GaDOE by September 1, 2016.
    - All students must exit the priority sites no later than December 31, 2016.
- GaDOE and GNETS will provide supports to the impacted LEAs.
- The following timeline will begin after the SBOE July meeting:
    - Notify each district superintendent, GNETS directors, Fiscal Agents, and RESA directors, if applicable about a mandatory face to face facilities meeting.
    - Schedule individual meetings with each district on July 29, from 8am until we're completed with all districts impacted by the exit strategy.
    - Send written notice to each of the priority LEAs and GNETS to document GaDOE's exit strategy requirements.

*What are other considerations for the GNETS exit strategy?*

- GNETS impacted by the exit will revise their budgets to reflect the new service plan for students (e.g., consultative support for therapeutic, academic and behavioral services to GNETS students if in their zoned schools; hire staff to serve in the consultative model; provide allocated materials and resources to students as scheduled).
- The GNETS program manager will monitor the exit transition for the selected sites and provide technical assistance to GNETS and LEAs as needed.

GA00197243