# EXHIBIT 103

PLAINTIFF'S EXHIBIT 119

Message

| | |
|---|---|
| **From:** | Sarah Paul [smorris@doe.k12.ga.us] |
| **Sent:** | 7/15/2016 1:31:23 PM |
| **To:** | Nakeba Rahming [NRahming@doe.k12.ga.us]; Gregory Snapp [GSnapp@doe.k12.ga.us] |
| **CC:** | Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith] |
| **Subject:** | RE: Facilities report |
| **Attachments:** | Copy of Copy of GNETS Priorty Facilties List 071416.xlsx |

Hi everyone,

Attached is the GNET list ranked by the GaDOE Facilities team. To rank these we just used the condition assessments completed by our consultants and assigned point values for each check mark depending on what condition it was ranked under (new column was 5 points, good was 4, etc...) and also factored in the fact that each facility was not ranked in every single category, so if you need to see the formula, I'm happy to go over it with you, but if you just need the ranking, then take a look at the attached (scores are in the far right column).

If you have any questions just let us know.

Have a great weekend!

*Sarah Morris, MPA*
Grants Administrator
Facilities Services Division
Georgia Department of Education
205 Jesse Hill Jr. Drive, SE
Office 1670 Twin Towers East
Atlanta, GA 30334
Office: 404-656-4517
Fax: 404-651-7688
smorris@doe.k12.ga.us
Reimbursements: facilities.reimbursements@doe.k12.ga.us

http://www.gadoe.org

"Educating Georgia's Future"

---

**From:** Nakeba Rahming
**Sent:** Wednesday, July 13, 2016 10:59 AM
**To:** Gregory Snapp; Sarah Paul; Sarah Paul
**Cc:** Clara Keith
**Subject:** Facilities report

Here are the facilities documents. We will need your help with ranking the other facilities considering the same process the top 9 priority sites were selected. I also attached the facilities condition assessment reports that was gathered from the GaDOE regional facilities staff. Please feel free make recommendations and changes to the process around allocating points for this in the grant application.

We appreciate your collaboration on this.

**Nakeba N. Rahming, Ed.S.**
Program Manager
Georgia Network for Educational and Therapeutic Supports

GA00197246

(GNETS)
1870 Twin Towers
205 Jessie Hill Jr. Drive
Atlanta GA. 30303
**Office** 404-656-6244   **Fax:** 404-651-6457
**Email:** nrahming@doe.k12.ga.us

*"Educating Georgia's Future"*

GA00197247

# GNETS FACILITIES NOT ACTIVE IN LOCAL FACILITY PLANS

| Consultant | County | PROGRAMS (24 TOTAL) | Center Name | Program Director | Phone | Address | City | Zip | Location Type | Score |
|---|---|---|---|---|---|---|---|---|---|---|
| LM | Tift County | HORIZON ACADEMY | Tifton Site | Dr. Samuel Clemons | 229-333-5227 | 1815 1/2 Chestnut Avenue | Tifton | 31794 | Center | |
| LM | Dougherty County | OAK TREE | Elementary Program | Dr. Kerrie Miller | 229-483-6300 Ext 3662 | 1520 Cordell ave | Albany | 31705 | Center | |
| LM | Appling County | CEDWARWOOD | Cedarwood Program | Whitney Braddock | 912-489-5077 | 98 Barnes St | Baxley | 31513 | Center | |
| MS | Toombs | CEDWARWOOD | Cedarwood Program | Whitney Braddock | 912-489-5077 | 199 Collins Rd | Lyons | 30436 | Center | |
| JR | Muscogee | WOODALL GNETS PROGRAM | Woodall Center | LaChrista McQueen | 706-748-3166 | 4312 Harrison Ave | Columbus | 31904 | Center | |
| DR | McDuffie | SAND HILLS GNETS PROGRAM | Sand Hills at McDuffie County | Kathy Lewis Hawkins | 706-796-7791 | 614 Martin Luther King St | Thomson | 30824 | Center | |
| MS | Baldwin | Oconee GNETS | GNETS of Oconee | Patricia Wolf | 478-414-2023 | 1300 Orchard Hill Rd | Milledgeville | 31059 | Center | |
| JR | Carrollton City | BURRELL | Carrollton Burwell Program | Steve Rains | 706-884-6001 | 423 Alabama St | Carrollton | 30117-3002 | Center | |
| LM | Glynn County | COASTAL ACADEMY | Coastal Academy - Brunswick | Lisa Futch | 912-554-0153 | 3734 Ross Rd | Brunswick | 31520 | Center | |
| JR | Spalding | MAINSTAY ACADEMY | AZ Kelsey Academy | Chris Briggs | 770-467-6600 | 200 A Z Kelsey Ave | Griffin | 30223-3133 | Center | 0.4 |
| LM | Berrien County | HORIZON ACADEMY | Berrien Site | Dr. Samuel Clemons | 229-333-5227 | 509 Chism St | Nashville | 31639 | Center | 0.414815 |
| MS | Montgomery | HEARTLAND ACADEMY | Heartland Academy - Main Site | Joanna Mock | 912-583-4657 | 900 MLK Drive | Ailey | 30445 | School | 0.41573 |
| LM | Decatur County | PATHWAYS | Decatur Co Site | Jeanene Wallace | 229-225-3910 | 507 Martin St | Bainbridge | 39817 | School | 0.424096 |
| MS | Emanuel | RIVER QUEST | Emanuel County | Dr. Marilyn Dryden | 478-419-1035 | 220 Jefferson St | Swainsboro | 30401 | School | 0.428169 |
| LM | Thomas County | PATHWAYS | Thomas Co Site | Jeanene Wallace | 229-225-3910 | 208 N Pinetree Blvd | Thomasville | 31792-3915 | Center | 0.437647 |
| MS | Bulloch | CEDWARWOOD | Cedarwood Program | Whitney Braddock | 912-489-5077 | 400 Donnie Simmons Way | Statesboro | 30458 | Center | 0.488095 |
| MS | Laurens | HEARTLAND ACADEMY | Heartland Academy - Crossroads | Joanna Mock | 912-583-4657 | 1046 Emily Currie Rd | Rentz | 31075 | Alternative School | 0.502778 |
| MS | Burke | RIVER QUEST | Burke County | Dr. Marilyn Dryden | 478-419-1035 | 500 Park Dr | Waynesboro | 30830 | School | 0.521519 |
| DS | Bartow | NORTHWEST GNETS | NGEP/Stars Campus | Greg McElwee | 706-291-2625 | 1653 Cassville Rd | Cartersville | 30120 | Center | 0.539474 |
| MS | Dodge | HEARTLAND ACADEMY | Heartland Academy - Dodge | Joanna Mock | 912-583-4657 | 326 School Bus Alley | Eastman | 31023 | Other | 0.543478 |
| LM | Ware County | HARRELL LEARNING CENTER | Harrell Learning Center | Aubrey Rossignol | 912-285-6191 | 1215 Bailey St | Waycross | 31501-6504 | Center | 0.561039 |
| LM | Early County | OAK TREE | Middle & High Schools Programs | Dr. Kerrie Miller | 229-483-6300 Ext 3662 | | Blakely | | Center | 0.569697 |
| DR | Newton | MAINSTAY ACADEMY | Palmer Stone ES | Chris Briggs | 770-467-6600 | 1110 North Emory St | Oxford | 30054 | Center | 0.577528 |
| DS | Rome City | NORTHWEST GNETS | Rome Main Center | Greg McElwee | 706-291-2625 | 301 Nixon Ave | Rome | 30161 | Center | 0.586842 |
| JR | Troup Co. | BURRELL | Burwell - LaGrange | Steve Rains | 706-884-6004 | 307 Fort Dr | Lagrange | 30240-5901 | Center | 0.6 |
| JR | Dekalb | DEKALB ROCKDALE GNETS | Eagle Woods Academy & Shadow Rock | Desiree Woods | 678-676-8111 | 5931 Shadow Rock Drive | Lithonia | 30058 | Center | 0.6 |
| LM | Crisp County | FLINT AREA LEARNING PROGRAM | Crisp Co MS | Mary Ann Seay | 229-273-5653 | 1116 E. 24th Ave | Cordele | | School | 0.606593 |
| MS | Liberty | COASTAL ACADEMY | Coastal Academy | Lisa Futch | 912-554-0153 | 100 Dean St | Hinesville | 31313 | Center | 0.616495 |
| MS | Houston | ELAM ALEXANDER ACADEMY | Elberta Center | Brooke Cole | 478-779-3930 | 304 Elberta Rd | Warner Robins | 31093 | Center | 0.621176 |
| JR | DeKalb | DEKALB ROCKDALE GNETS | Warren Tech Center | Desiree Woods | 678-676-8111 | 3075 Alton Rd | Chamblee | 30341 | Center | 0.621359 |
| DS | Habersham | FUTURES | Habersham Center | Dr. Stacey Benson | 706-865-2141 Ext 268 | 595 Elrod Street | Cornelia | 30531 | Center | 0.66087 |
| MS | Chatham | COASTAL GA COMPREHENSIVE A | Coastal GA Academy | Steve Derr | 912-395-5440 | 2001 Cynthia St | Savannah | 31415-7895 | Center | 0.673118 |
| DS | Cobb | H.A.V.E.N. Academy | Haven Academy | Shannon Svetlay | 678-447-2978 | 5805 Dunn Rd SW | Mableton | 30126-4009 | Center | 0.678788 |
| LM | Camden County | COASTAL ACADEMY | Coastal Academy | Lisa Futch | 912-554-0153 | 311 South East Street, | Kingsland | 31548 | Center | 0.680556 |
| LM | Lowndes County | HORIZON ACADEMY | Lowndes Site | Dr. Samuel Clemons | 229-333-5227 | 1500 Langford Dr Ste A | Valdosta | 31614 | Center | 0.711579 |
| DR | Forsyth | FUTURES | Forsyth Site | Dr. Stacey Benson | 706-865-2141 Ext 268 | 136 Elm St | Cumming | 30040-2222 | Center | 0.75 |
| MS | Colquitt | PATHWAYS | Colquitt Co Site | Jeanene Wallace | 229-225-3910 | 60 Greenwood Ave | Moultrie | 31768 | Center | 0.75 |
| DR | Clarke | RUTLAND ACADEMY | Rutland Academy | Dr. Najma Hunter | 706-549-3030 | 1250 Oglethorpe Avenue | Athens | 30606 | Center | 0.768067 |
| JR | Clayton | SOUTH METRO GNETS PROGRAM | Ash Street Program | Derrick Gilchrist | 770-472-2860 | 5277 Ash Street | Forest Park | 30297 | Center | 0.783636 |
| JR | Fayette Co. | MAINSTAY ACADEMY | Fayette Middle School | Chris Briggs | 770-467-6600 | 490 Grady Ave | Fayetteville | 30214 | Center | 0.785714 |
| JR | Henry | MAINSTAY ACADEMY | Ola School | Chris Briggs | 770-467-6600 | 354 Ola Road | McDonough | 30252 | Center | 0.8 |
| DR | Gwinnett | NORTH METRO GNETS | The BRIDGE | Dr. Cassandra Holifield | 404-682-6070 | 1225 Northbrook Pkwy | Suwanee | 30024 | Center | 0.967857 |
| JR | Coweta | BURRELL | Westside/Burwell | Steve Rains | 706-884-6002 | 106 Westside School Rd | Newnan | 30263-3024 | Center | 0.976471 |
| JR | Macon | ELAM ALEXANDER ACADEMY | Elam Alexander Academy | Brooke Cole | 478-779-3930 | 2051 2nd St | Macon | 31201-2929 | Center | 1 |
| MS | Laurens | HEARTLAND ACADEMY | Heartland Academy - Moore St | Joanna Mock | 912-583-4657 | 1405 W Moore St | Dublin | 31021 | | no assessment bc facility still in LFP, GNETS is only 1 classroom |
| JR | DeKalb | DEKALB ROCKDALE GNETS | Chamblee Charter HS | Desiree Woods | 678-676-8111 | 3668 Chamblee-Dunwoody Rd | Chamblee | 30341 | School | no assessment bc located in new Chamblee HS |
| JR | Troup Co. | BURRELL | Burwell Calloway Adolescent Program | Steve Rains | 706-884-6003 | 221 Whitfield Rd | Hogansville | 30230 | School | no assessment bc located in Troup County HS |
| DS | Paulding | NORTHWEST GNETS | PB Ritch MS | Greg McElwee | 706-291-2625 | 14 Bethel Church Rd | Hiram | 30141 | School | no assessment bc students relocated to school facilities |

NEED RENOVATIONS (ACCORDING TO SURVEY OF PROGRAM DIRECTORS)

add
(e in 2010; but report says the building needs a lot of work)

Cedarwood GNET Program                                                                                             720 Church St           Claxton     30417-5952
isited - OPB report says the schools need work, not just GNET portion.

| Consultant | School District | PROGRAMS |
|---|---|---|
| JR | Troup Co. | BURRELL |
| JR | Troup Co. | BURRELL |
| JR | Carrollton City | BURRELL |
| JR | Coweta | BURRELL |
| LM | Appling County | CEDWARWOOD |
| MS | Bulloch | CEDWARWOOD |
| MS | Toombs | CEDWARWOOD |
| LM | Camden County | COASTAL ACADEMY |
| LM | Glynn County | COASTAL ACADEMY |
| MS | Liberty | COASTAL ACADEMY |
| MS | Chatham | COASTAL GA COMPREHENSIVE ACADEMY |
| JR | DeKalb | DEKALB ROCKDALE GNETS |
| JR | Dekalb | DEKALB ROCKDALE GNETS |
| JR | DeKalb | DEKALB ROCKDALE GNETS |
| JR | Macon | ELAM ALEXANDER ACADEMY |
| MS | Houston | ELAM ALEXANDER ACADEMY |
| LM | Crisp County | FLINT AREA LEARNING PROGRAM |
| DR | Forsyth | FUTURES |
| DS | Habersham | FUTURES |
| DS | Cobb | H.A.V.E.N. Academy |
| LM | Ware County | HARRELL LEARNING CENTER |
| MS | Laurens | HEARTLAND ACADEMY |
| MS | Dodge | HEARTLAND ACADEMY |

| | | |
|---|---|---|
| MS | Montgomery | HEARTLAND ACADEMY |
| MS | Laurens | HEARTLAND ACADEMY |
| LM | Berrien County | HORIZON ACADEMY |
| LM | Lowndes County | HORIZON ACADEMY |
| LM | Tift County | HORIZON ACADEMY |
| DR | Newton | MAINSTAY ACADEMY |
| JR | Spalding | MAINSTAY ACADEMY |
| JR | Fayette Co. | MAINSTAY ACADEMY |
| JR | Henry | MAINSTAY ACADEMY |
| DR | Gwinnett | NORTH METRO GNETS |
| DS | Bartow | NORTHWEST GNETS |
| DS | Paulding | NORTHWEST GNETS |
| DS | Rome City | NORTHWEST GNETS |
| LM | Dougherty County | OAK TREE |
| LM | Early County | OAK TREE |
| MS | Baldwin | OCONEE GNETS |
| LM | Decatur County | PATHWAYS |
| LM | Thomas County | PATHWAYS |
| MS | Colquitt | PATHWAYS |
| MS | Burke | RIVER QUEST |
| MS | Emanuel | RIVER QUEST |

| DR | Clarke | RUTLAND ACADEMY |
| DR | McDuffie | SAND HILLS GNETS PROGRAM |
| JR | Clayton | SOUTH METRO GNETS PROGRAM |
| JR | Muscogee | WOODALL GNETS PROGRAM |

| Center Name | Owned By |
|---|---|
| Burwell - LaGrange | Troup SD |
| Burwell Calloway Adolescent Program | |
| Carrollton Burwell Program | Carrollton City SD |
| Westside/Burwell | Coweta SD |
| Cedarwood Program | Appling SD |
| Cedarwood Program | Bulloch SD |
| Cedarwood Program | Toombs SD |
| Coastal Academy | |
| Coastal Academy - Brunswick | Glynn SD |
| Coastal Academy | Liberty SD |
| Coastal GA Academy | |
| Chamblee Charter HS | |
| Eagle Woods Academy | |
| Warren Tech Center | |
| Elam Alexander Academy | Bibb SD |
| Elberta Center | Bibb SD |
| Crisp Co MS | |
| Forsyth Site | Forsyth SD |
| Habersham Center | Pioneer RESA |
| **Haven Academy** | Cobb SD |
| Harrell Learning Center | Ware SD |
| Heartland Academy - Crossroads | |
| Heartland Academy - Dodge | |

| | |
|---|---|
| Heartland Academy - Main Site | |
| Heartland Academy - Moore St | |
| Berrien Site | |
| Lowndes Site | |
| Tifton Site | |
| Palmer Stone ES | Newton SD |
| AZ Kelsey Academy | Spalding SD |
| Fayette Middle School | Fayette SD |
| Ola School | Henry SD |
| The BRIDGE | |
| NGEP/Stars Campus | |
| PB Ritch MS | |
| Rome Main Center | |
| Elementary Program | Dougherty SD |
| Middle & High School Program | Dougherty SD |
| GNETS of Oconee | Baldwin SD |
| Decatur Co Site | |
| Thomas Co Site | |
| Colquitt Co Site | |
| Burke County | Burke SD |
| Emanuel County | Emanuel SD |

| | |
|---|---|
| Rutland Academy | |
| Sand Hills at McDuffie County | |
| Ash Street Program | |
| Woodall Center | |

| Potential Renovations Needed (Per Program Director Emails or OPB Report) |
|---|
| Recent renovation include, painting, (inside and outside) floors (both carpet and tile) pressure washing. Renovations less recent include new roof, new heat and air system. |
| |
| Needs:  inside painting, outside railing painting, tile, carpet, bathroom stalls and sinks, door repairs and replacements, breezeway roof, replace outside A/C enclosure, repair ductwork, intercom system, new windows. |
| Building should have received complete renovations beginning in June, 2015 by Coweta County School System. |
| Built in 1954 with some renovations in FY10 and FY15.  Renovations still needed:  Fence and gates with locking access control with video/audio intercom,    Electric locks for classroom rear doors,    Updated server with more bandwidth,   Roofing repairs, and<br>Lighting updated |
| |
| Built in 1063.  No renovations since occupancy but the building is in good shape.  Renovations needed:  roof repairs, entry door locks with access control with video/audio intercom, painting, plumbing & electrical for washer, dryer & stove, room renovations with wall built to delineate separate spaces |
| Also a 1954 bldg; some renovations in FY10.  Renovations needed:   Entry door locks with access control with video/audio intercom,  flooring, lighting updated, Updated server with more bandwidth,  Possible roofing repairs, Plumbing & electrical for washer, dryer, & stove |
| |
| Building needs roofing, flooring and painting |
| No renovations needed |
| Should have received renovations through SCCPSS during the summer of 2015 that will update our fire alarm and intercom, provide for additional ADA compliance, and include some exterior building upgrades |
| |
| From OPB Report: ceiling needs replacing. |
| |
| No major renovations needed (OPB did not visit) |
| No major renovations needed (OPB report - agreed) |
| |
| Renovations needed:  metal storage bldg, gymnasium roof |
| Currently undergoing renovations.  Renovations still needed (phase 2) include:  Metal Gymnasium building with 2 additional classrooms<br> Additional Abatement<br> Additional HVAC<br> Roof<br> Expanded office/entry area w/safety features<br> Outdoor fitness/playground equipment<br> Repave/fix parking/bus pickup pavement area |
| New location in 2015; no renovations needed |
| Need Paint, new floors, A/C units, door replacements, assembly room/ multipurpose room, restrooms, science lab, technology updates, updated surveillance/ security, appliances, other minor things. |
| |
| OPB Report stated the Heartland facilities were nice, no renovations needs were listed |

| |
|---|
| |
| Needs:  1. Major Plumbing with bathroom renovations for students and staff<br>2. Up grade internet server and wiring, wireless network<br>3. Major need or Air. Cond. Units<br>4. New Windows, doors, flooring<br>5. Painting<br>6. Need Playground equipment<br>7. Upgrade phone system<br>8. Classroom renovations to accommodation project and smartboard<br>(May have just moved to this site in 2014 from a Cook County site in Adel). |
| Needs plumbing, bathroom renovations, water and sewer lines, new floors in some classrooms, A/C units, painting, security entrance, upgrade internet server, classroom ceiling repair |
| Needs a new building; Major renovations will be needed such as:  1. Joining buildings together for safety<br>2. Fencing for safety<br>3. Renovation on all classrooms and offices/additions<br>4. New AC units<br>5. Upgrade server for internet and wireless<br>6. major bathroom renovation, sewer, plumbing and water<br>7. A security entrance<br>8. Major painting<br>9. Outside renovation<br>10 New roof<br>OPB Report says it's on the list for SPLOST Improvements |
| New paint, updated electricity, H/A, urinals & toilets, plumbing window insulation (OPB did not visit) |
| new carpet, paint, update plumbing&electrical systems, needs significant work on the roof because it leaks in some areas, needs to have hallway clocks removed (no longer working), needs to have old heaters that do not work removed and updated heating and air, needs an electronic locking front door with buzzer and video system, we need to install a few classroom key code locks, and we would love to have a walk through metal |
| Roof needs checking (was a middle school until end of 2013 school year - OPB did not visit) |
| No renovations needed (New site for GNETS - moved in 2012; OPB did not visit) |
| This facility is not in OPB's report |
| |
| |
| Upgrades to technology (the building is so old that they will not give us new technology because it has to be upgraded before anything would be work in the building; carpet, paint, safety entrance, new heating/cooling unit. |
| |
| No renovations needed but could use more classroom space. |
| OPB Report:  issue with leaks, need significant renovations. |
| OPB Report:  nice and well equipped |
| OPB Report:  nice, but needs updated technology (computers, smart boards, etc) |
| Renovations needed:  AC/Heating units, windows are drafty; adult bathrooms are needed. |
| Renovations needed include:  Paint, AC/Heating, windows are drafty, old floors and ceiling tiles wiring is very old. Also plumbing is outdated and barely functions. |

| |
|---|
| OPB Report:  Built for GNETS in 2009 by the 14 school systems in the RESA. |
| Renovation  needs:<br>1) Removal of existing exterior windows and replacement with new support wall and windows.<br>2) Upgrade HVAC system<br>3) Painting<br>4) Replacement of floor covering. |
| OPB Report: renovated in 2011 - very nice facility, well equipped |
| The following is a composite list of projects for both the Main Building and Cafeteria Building (compiled by Robert A. Stansell, Director of Plant Services and Fred Myles, Electrical Leaderman for the Muscogee County School District):<br>1) Roof Upgrades<br>2) Fire Alarm System Upgrade (Fire Alarm Panel and associated devices)<br>3) Camera Upgrade System (Internal and External)<br>4) Entire Building Lighting Upgrade used LED fixtures<br>5) Complete HVAC Upgrades<br>6) Complete internal door change out with hardware and light kit<br>7) Interior and Exterior Painting<br>8) Additional 2-120V outlets for 10 Classrooms for total of 20<br>9) Playground Upgrade<br>10) Front Entrance Door Access/Door Camera<br>11) Electrical Upgrades for both buildings. |

# SUMMARY OF GNETS FACILITIES NEEDS FROM GOVERNOR'S OFFICE OF PLANNING AND BUDGET (OPB) REPORT

## FACILITIES WITH RENOVATION NEEDS:

|    | Program Name | Location | Comment |
|----|---|---|---|
| 1  | Burrell Program | Carrollton Site | Up for renovations in summer of 2015 |
| 2  | DeKalb-Rockdale Program | Eagle Woods Academy | Leaky roof |
| 3  | DeKalb-Rockdale Program | Shadow Rock Center | Ceiling needs to be replaced |
| 4  | HAVEN Academy | Hawthorne Facility - Smyrna | System has moved students to another site (Mableton)? |
| 5  | HAVEN Academy | Fitzhugh Lee - Smyrna | System has moved students to another site (Mableton) |
| 6  | Horizon Academy | Cook County Site - Adel | Students moved to Nashville, GA site in SY 2014 |
| 7  | Horizon Academy | Tifton Site | On list for SPLOST Improvements - check current status |
| 8  | Oak Tree Program | Merry Acres Middle - Albany | Whole school needs work, not just GNETS portion |
| 9  | Oak Tree Program | Albany High School - Albany | Entire high school needs renovation |
| 10 | Pathways Educational Program | Bainbridge Site | Needs significant renovations; issues with water leaks, etc. |
| 11 | RiverQuest Program | Swainsboro Site | Needs significant modifications |
| 12 | South Metro Program | Marshall Facility (Atlanta) | Site should be closed now. Students moving to classrooms @ Oglethorpe in SY2015 |
| 13 | Woodall Program | Woodall Center (Columbus) | Very old building; really needs renovation |

## OPB DID NOT VISIT THESE SITES:

|    | Program Name | Location | Comment |
|----|---|---|---|
| 1  | Burrell Program | Newnan Site |  |
| 2  | Coastal Academy | Brunswick Site | Had new roof, painting, flooring & heating; wants better ADA accessibility |
| 3  | Coastal Academy | Hinesville Site | recently painted, new security, fencing |
| 4  | Elam Alexander Academy | Northeast Site (Macon) | Made significant renovations before GNETS moved in 2007 |
| 5  | Mainstay Academy | Fayetteville middle School | Was a middle school until end of SY2013 |
| 6  | Mainstay Academy | Ola Site (McDonough) | Became GNETS facility in 2012 |
| 7  | Mainstay Academy | Palmer Stone Elem (Oxford) | renovated in 1987 |
| 8  | Oak Tree Program | Early County Elem (Blakely) |  |
| 9  | Oak Tree Program | Early County Learning Academy | new flooring & ceiling (2003); technology upgrades (2012) |
| 10 | RiverQuest Program | Burke County Site | GNETS is in one wing of the building. |
| 11 | Sand Hills Program | Glenn Hills Middle (Augusta) |  |
| 12 | Sand Hills Program | TW Josey High (Augusta) |  |
| 13 | Sand Hills Program | West Side High (Augusta) |  |

| | | |
|---|---|---|
| Spalding | MAINSTAY ACADEMY | AZ Kelsey Academy |
| Berrien County | HORIZON ACADEMY | Berrien Site |
| Montgomery | HEARTLAND ACADEMY | Heartland Academy - Main Site |
| Decatur County | PATHWAYS | Decatur Co Site |
| Emanuel | RIVER QUEST | Emanuel County |
| Thomas County | PATHWAYS | Thomas Co Site |
| Bulloch | CEDWARWOOD | Cedarwood Program |
| Laurens | HEARTLAND ACADEMY | Heartland Academy - Crossroads |
| Burke | RIVER QUEST | Burke County |

0.121518987  Ratio separating worst not identified as critical and nearest ration to

Keep in mind that following the facility condition assesement by 2WR, any one of these facilities may

| Chris Briggs | 770-467-6600 | 200 A Z Kelsey Ave |
| Dr. Samuel Clemons | 229-333-5227 | 509 Chism St |
| Joanna Mock | 912-583-4657 | 900 MLK Drive |
| Jeanene Wallace | 229-225-3910 | 507 Martin St |
| Dr. Marilyn Dryden | 478-419-1035 | 220 Jefferson St |
| Jeanene Wallace | 229-225-3910 | 208 N Pinetree Blvd |
| Whitney Braddock | 912-489-5077 | 400 Donnie Simmons Way |
| Joanna Mock | 912-583-4657 | 1046 Emily Currie Rd |
| Dr. Marilyn Dryden | 478-419-1035 | 500 Park Dr |

least critical

y be moved to the critical list.  It may also be that some capital outlay dollars spent on these fa

| | | | |
|---|---|---|---|
| Griffin | 30223-3133 | Center | 0.4 |
| Nashville | 31639 | Center | 0.414814815 |
| Ailey | 30445 | School | 0.415730337 |
| Bainbridge | 39817 | School | 0.424096386 |
| Swainsboro | 30401 | School | 0.428169014 |
| Thomasville | 31792-3915 | Center | 0.437647059 |
| Statesboro | 30458 | Center | 0.488095238 |
| Rentz | 31075 | Alternative School | 0.502777778 |
| Waynesboro | 30830 | School | 0.521518987 |

cilities would be appropriate.