EXHIBIT 104

PLAINTIFF'S
EXHIBIT
**829**
PENGAD 800-631-6969

Message

| | |
|---|---|
| **From:** | Nakeba Rahming [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=879D33DD936548A39333444C70241D1F-NAKEBA RAHM] |
| **Sent:** | 7/19/2016 9:13:54 PM |
| **To:** | Matt Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=abd3077d60454d81b1bef049297710af-Matt Jones] |
| **Subject:** | Message Script and PPT |
| **Attachments:** | GNETS Facilities Online Meeting.pptx; Meeting Scripts.docx |

Hi Matt,

Here is the message script and ppt for the online meeting on Thursday. Please let me know if there is anything more that I can do to assist.

Nakeba

**Nakeba N. Rahming, Ed.S.**
Program Manager
Georgia Network for Educational and Therapeutic Supports
(GNETS)
1870 Twin Towers
205 Jessie Hill Jr. Drive
Atlanta GA. 30303
**Office** 404-656-6244   **Fax:** 404-651-6457
**Email:** nrahming@doe.k12.ga.us

*"Educating Georgia's Future"*

# Document Produced in Native Format

GA03468711



GA03468711.001



GA03468711.002

# Opening Message



**Welcome**
**Purpose of this Meeting**
**Support and Assistance**

1/6/2023

3

GA03468711.003

# DOJ Findings

The July 2015 letter from the Department of Justice expressed concerns regarding GNETS facilities.



**Richard Woods,**
Georgia's School Superintendent
*"Educating Georgia's Future"*
**gadoe.org**

## Facilities do not have or lack adequate:

- Gymnasiums
- Cafeterias
- Playgrounds
- Library
- Labs
- Lighting
- Maintenance
- Even or paved parking lots

- Central air conditioning
- Window air conditioning units
- Rooms for:
  - Art
  - Music
  - P.E.
  - Vocational
- Media Center

According to the DOJ, it was reported that …..

GA03468711.004

# GNETS Facilities Assessments



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
gadoe.org

• The GNETS facilities have undergone a three-part assessment.

1. A Program Evaluation by the Office of Planning and Budget
2. A Facilities Condition Assessment by GaDOE regional facilities team
3. A Facilities Condition Assessments by the professional architectural team

1/6/2023                                                                                    5

*The contractors are conducting facilities assessments with all 48 GNETS sites that are not listed in district's local facilities plans.*

GA03468711.005

# GaDOE Findings



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

- After an in-depth analysis of data from these assessments, Nine of the GNETS facilities should no longer be considered as a site to support the instructional and therapeutic needs of students.

- Findings in the reports were related to:
  - Building Structures
  - ADA access
  - Overall Maintenance
  - Cafeteria and playgrounds

1/6/2023                                                                 6

GA03468711.006

# Closing of Priority Facilities



Currently students are receiving GNETS services in several sites across the state.

Nine out of the multiple sites will need to relocate students immediately (before the beginning of school).

We are here to support you with this timeline.

1/6/2023                                                                    7

# Steps Forward



Richard Woods,
Georgia's School Superintendent
"Educating Georgia's Future"
gadoe.org

1.  Collaborate and plan exit strategies with all stakeholders (districts served, GNETs, RESAs, Fiscal Agents and GaDOE regional facilities staff).

2.  Transition students out of these sites prior to the opening of school per State Board of Education policy decision.

3.  Review IEPs for the impacted students to determine student services and determine if the services can be delivered in the least restrictive environment.

> 3a. When appropriate schedule IEP team meetings to update student's IEPs for transition.

1/6/2023                                                                 8

GA03468711.008

# Steps Forward



Richard Woods,
Georgia's School Superintendent
*"Educating Georgia's Future"*
gadoe.org

4.    Contact GaDOE regional facilities staff if you require support with locating alternate sites.

5.    Consider sites outside of the current district if necessary.

6.    Contact GaDOE facilities department to approve relocation to another stand alone facility.

1/6/2023                                                                                          9

9

GA03468711.009



**Matt**

Good morning everyone,

Thank you for joining this online meeting. It is important for me to share urgent information concerning the State Board of Education's recent decision about specific GNETS facilities for the upcoming school year.

At its meeting last week, the State Board of Education decided that based on information from three reports, we cannot continue to provide services to children in nine standalone GNETS facilities.

The Georgia Department of Education (GaDOE) collaborated with the Georgia State Financing and Investment Commission (GSFIC) to contract a professional architectural firm to conduct a comprehensive facilities conditional assessment of our GNETS sites. After reviewing the contractor's facilities assessment and looking at pictures from each of the nine sites, it is apparent that we cannot serve children in these facilities. While State School Superintendent Woods prefers for you to have a planning period to transition students to a new setting, the State Board of Education considers this as an extremely urgent matter and wants all students to be transitioned out of these sites before the beginning of the school year.

The GaDOE staff will provide you with all the details that you will need to begin this transition prior to the beginning of the school year. They will also be available to provide you with support and guidance throughout this process.

**Nakeba**

I will go over a brief history of how we got to where we are with analyzing our GNETS facilties.

As Matt mentioned, we will need to close nine of the 48 GNETS facilities that are not listed in the local district's facilities plans. We know that the beginning of school is an aggressive timeline, but we are here to assist you.

Some of you may remember that the DOJ conducted an investigation of GNETS programs and have provided us with several recommendations for improvement. Based on these recommendations, we are working on improving several aspects of the GNETS program including facilities.

The GNETS facilities have undergone a 3 part facilities assessment.
1. A Program Evaluation by the Office of Planning and Budget
2. A Facilities Condition Assessment by GaDOE regional facilities team
3. A Facilities Condition Assessment by the professional architectural team

The findings from these assessments were related to building structures, ADA access, overall maintenance and adequate cafeterias and playgrounds.

Although these nine sites are located in specific districts, GNETS serve students from multiple districts. Therefore, each district is still responsible for educating its students. This is why collaboration will be so important among the districts served, GNETs, RESAs, Fiscal Agents and GaDOE regional facilities staff.

LEAs whose students are being served at one of the priority sites will need to develop an exit transition plan for students receiving those GNETS services. The exit transition plan, at a minimum, should include:

o   Collaborating with GNETS directors.
o   Reviewing IEPs for the impacted students to determine the least restrictive environment.
o   In cases where you plan to transition your entire program to another facility, the site must be approved by GaDOE.

GA03468712

**Mike**

The regional facilities staff have reviewed your local facilities plans to determine space that may be available for you to transition students for GNETS services.

In some cases you may need to consider a site that may be located in another district if necessary.

**Matt: Closing remarks**

We appreciate the work of the GNETS programs and other state agencies on this effort.  GNETS provides a critical continuum of services for a very limited number of students.  Providing this continuum of services prevents students from requiring residential support, provides an opportunity for them to receive instructional and therapeutic services in the least restricted environment as well as provide students with the skills needed to transition back to their home schools.