# EXHIBIT 105

PLAINTIFF'S EXHIBIT 88

| | |
|---|---|
| Message | |
| From: | Michael Rowland [MRowland@doe.k12.ga.us] |
| Sent: | 3/30/2017 2:56:05 PM |
| To: | stacey benson [sbenson@pioneerresa.org]; jold@pioneerresa.org; jold@pioneerresa.org; jbearden@forsyth.k12.ga.us; Andrea Riley [gmcelwee@nwgnets.org]; dmills@nwgaresa.com; john.harper@bartow.k12.ga.us; lbyars@rcs.rome.ga.us; Shannon.svetlay@cobbk12.org; LEA (Cobb [Chris.Ragsdale@cobbk12.org]; Denise.Larosa@cobbk12.org; Desiree Woods [desiree_d_woods@dekalbschoolsga.org]; rsgreen@dekalbschoolsga.org; Cassandra Holifield [cassandra.holifield@mresa.org]; leighann.putman@mresa.org; awilbanks@gwinnett.k12.ga.us; najma.hunter@rutlandacademy.org; keith.everson@negaresa.org; chris.briggs@gscs.org; fuhrey.samantha@newton.k12.ga.us; susan.cagle@henry.k12.ga.us; rodney.bowler@henry.k12.ga.us; barrow.joseph@mail.fcboe.org; jim.smith@gscs.org; Derrick.gilchrist@clayton.k12.ga.us; luvenia.jackson@clayton.k12.ga.us; rainss@troup.org; rspates@garesa.org; mark.albertus@carrolltoncityschools.net; steve.barker@cowetaschools.org; pughrc@troup.org; Lewiska@boe.richmond.k12.ga.us; rhodesm@mcduffie.k12.ga.us; Pat.wolf@gnetsofoconee.org; hayward.cordy@oconeeresa.org; noris.price@baldwin.k12.ga.us; Brooke Cole [brooke.cole@bcsdk12.net]; curtis.jones@bcsdk12.net; mark.scott@hcbe.net [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userfed5503e]; Lachrista Mcqueen [mcqueen.lachrista.S@muscogee.k12.ga.us]; Lewis.David.F@muscogee.k12.ga.us; mdryden@riverquestedu.org; gsullivan@csraresa.org; rfalana@burke.k12.ga.us; kjudy@emanuel.k12.ga.us; Joanna Mock [joannam@hgresa.org]; smiletto@hgresa.org; juliannalligood@lcboe.net; tmhilliard@dodge.k12.ga.us; hkight@montgomery.k12.ga.us; whitney braddock [wbraddock@cedarwoodgnets.org]; wmyers@fdresa.org; cwilson@bullochschools.org; Scarlett.Copeland@appling.k12.ga.us; smithr@toombs.k12.ga.us; Steven.Derr@sccpss.com; thomas.lockamy@savannah.chatham.k12.ga.us; LISA FUTCH [lfutch@coastalacademygnets.com]; vlee@liberty.k12.ga.us; jweidhaas@glynn.k12.ga.us; hmann@glynn.k12.ga.us; whardin@camden.k12.ga.us; arossignol@okhlc.org; tdeloach@okresa.org; jlebrun@ware.k12.ga.us; samuelclemons@lowndes.k12.ga.us; patwater@tiftschools.com; lilli.drawdy@berrien.k12.ga.us; williamtaylor@lowndes.k12.ga.us; mseay@crispschools.org; dmims@crispschools.org; Kerri.miller@dougherty.k12.ga.us; david.mosely@docoschools.org; Kerri.miller@dougherty.k12.ga.us; david.mosely@docoschools.org; bmartin@early.k12.ga.us; Jeanene Wallace [jwallace@tcjackets.net]; dhowell@colquitt.k12.ga.us; dkornegay@tcjackets.net; tcochran@dcboe.com |
| CC: | Pat Schofill [PSchofill@doe.k12.ga.us]; Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith]; Nakeba Rahming [NRahming@doe.k12.ga.us]; Mickey Schuber [HSchuber@doe.k12.ga.us]; John Ramage [JRamage@doe.k12.ga.us]; Deborah Robertson [DRobertson@doe.k12.ga.us]; Leonard McCoy [lmccoy@doe.k12.ga.us]; Doug Suits [dsuits@doe.k12.ga.us] |
| Subject: | GNETS Facilities Letter of Assurance |
| Attachments: | 3.GNETS Facilities Grant Letter of Assurance 022217.pdf |

GNETS Fiscal Agents and Facilities Owners,

This is a reminder that we would like to have your Letter of Assurance (LOA) for the upcoming GNETS Facilities Grant Application by Friday, March 31, 2017. You may email a copy to me at mrowland@doe.k12.ga.us and send the original to Pat Schofill at the address listed in the LOA.

I have attached a copy of the LOA for your convenience. It is our intention to send you the Application by mid-April. If you have previously returned your signed LOA, thank you for doing so.

Please do not hesitate to give me a call if you have specific questions.

Mike Rowland
Assistant Director
Facilities and Transportation Department
Georgia Department of Education
818 South Steel Bridge Road
Eatonton, Georgia 31024

GA00198597

GaDOE: 404.656.2454
Cell: 404.617.9409
Fax: 404.651.7688

mrowland@doe.k12.ga.us

http://wwwgadoe.org

"Educating Georgia's Future

Facebook.com/georgiadeptofed
Twitter.com/georgiadeptofed

GA00198598

Georgia Network for Education and Therapeutic Support (GNETS) Facilities Grant

Letter of Assurance

This Letter of Assurance is provided to indicate acceptance of the terms listed below for funds to be reimbursed under a grant to be hereinafter referred to as the GNETS Facilities Grant (The Grant) and indicates the facility owner's intent to make application for such funds.

1. The Grant is competitive and will be awarded based on a scoring rubric to be developed by the Georgia Department of Education (GaDOE); further, it is understood the condition of the facility to be renovated or modified will be considered in the awarding of this grant;

2. Comply with all state and federal laws, as well as state board rules and guidelines, pertaining to the procurement and execution of services and contracts for public works projects in Georgia;

3. Comply with all state laws and state board rules and guidelines as it relates to the Capital Outlay Program for Schools, including but not limited to the following: site approval; architectural plan and specification development, submission and approval; and documentation required for reimbursement of bond funds for schools;

4. The Grant is a reimbursement grant and reimbursement for eligible expenses will be determined by existing state board rule and guideline relative to the Capital Outlay Program for Schools;

5. Agree to occupy the facility for which The Grant is expended for a period of no less than ten (10) years; failure to meet this requirement may result in a chargeback to the applicant;

6. In the event it becomes necessary to move a GNETS program from the facility for which The Grant was expended, prior approval for such move must be obtained from the Facilities Services Unit of the Georgia Department of Education (GaDOE);

7. Certifies the owner of the facility for which funds will be reimbursed as the Local Unit of Administration (LUA) eligible to receive such reimbursements under Georgia law;

8. The owner and GNETS Program Director acknowledge the facility for which these funds will be applied represents the best available option for providing appropriate GNETS services;

Please indicate your acceptance of this Letter of Assurance by signing below and returning the signed document within 30 days to:

Mr. Pat Schofill, Director<br>
Facility Services & Pupil Transportation<br>
Georgia Department of Education<br>
1670 Twin Towers East<br>
205 Jesse Hill Jr. Drive SE<br>
Atlanta, Georgia 30334

GA00198599

Local Unit of Administration Representative (Print Name): _____

Local Unit of Administration Representative Signature: _____

GNETS Director (Print Name): _____

GNETS Director Signature: _____

GA00198600