EXHIBIT 107



15/03/2022, 08:43                                    GNETS Web

🔍 Search    👤 Fiscal Agent    📄 Programs    📊 Collection    🕐 Audit Trail    🔗 Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**



《

### Service Delivery – Behavioral Support & Therapeutic Services

》

**List the Behavioral Supports and Therapeutic Services available for students across each tier.**

*Tier 1 – All Students* Tier 1 supports and services are provided daily for 100% of students.

*Number of Students in Tier 1:

136

*Percentage of Students in Tier 1:

78

| Normal ⬍ Sans Serif ⬍   B  I  U   A  🖍   ☰ ☰ ☰ ☰   🔗 🖼 </>   𝐼ₓ |
|---|
| **PBIS Tier 1 Framework** <br> **Life Space Crisis Intervention** <br> **Mindset Curriculum** <br> **Direct Behavior Rating** <br> **Boys Town Social Skills Curriculum** <br> **Student Achievement Model** <br> **Restorative Practices** <br> **Second Step** <br> **PBIS Classroom Management** <br> **Maximized Structure** |

*Tier 2 – Small groups of Students* How often are Tier 2 services provided and for what percent of students?

*Number of Students in Tier 2:

41

*Percentage of Students in Tier 2:

17

**Plaintiff Exhibit**
Exhibit No.: 570
Name:
Date:
ⓔ ESQUIRE





Normal ⇕ Sans Serif ⇕ B I U

**Behavior Contracts (group contingency)**
**Check In/Check Out (group contingency)**
**Short-term**
**Social Skills Group Interventions**
**Group Social Skills Lessons**
**Peer or Adult Mentoring**
**Bus Behavior Contracts (group contingency)**

***Tier 3 - Very few or Individual Students** How often are Tier 3 services provided and for what percent of students? How will students' responses to these intervention supports and services be monitored? How will the fidelity of intervention implementation be monitored?

*Number of Students in Tier 3:

16

*Percentage of Students in Tier 3:

5

Normal ⇕ Sans Serif ⇕ B I U

**Behavior Contracts (individual contingency)**
**Check In/Check Out (individual contingency)**
**Treatment Team Meetings**
**Peer or Adult Mentoring**
**Individual Social Skills Lessons/Interventions**
**Bus Contracts (individual contingency)**
**Social Worker Referrals**
**Close collaboration with community mental health providers**
**Case presentation to Local Inter-agency Planning Team**
**Individualized Positive Behavior Support**

15/03/2022, 08:44 GNETS Web

Q Search   A Fiscal Agent   Programs   Collection   Audit Trail   Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

«

### Service Delivery – Crisis Management

»

**Briefly describe the procedures used for the safety of staff and students. Describe how new staff are provided with initial training about GNETS crisis management procedures.**

*How often are updates in crisis management provided for all staff?

| Normal ⬍ Sans Serif ⬍   B  I  U    A  🖊    ≣ ≣ ≣    🔗 🖼 ⟨⟩    𝐼ₓ |

Crisis management protocols are provided by the Bibb County School District (our fiscal agent). These protocols are updated yearly and each staff member is trained in all areas. However, each year, all staff are trained in MindSet Curriculum. We have maintain a schedule of ongoing MindSet refresher training's throughout the year. When staff is hired throughout the school year, they are trained in MindSet, Code of Ethics, and crisis management protocols set forth by Bibb County.

*How many new staff members are trained in crisis management?

3

| Normal ⬍ Sans Serif ⬍   B  I  U    A  🖊    ≣ ≣ ≣    🔗 🖼 ⟨⟩    𝐼ₓ |

We had very little turnover for the upcoming school year. At this time, we have added 3 additional employees.

Elam 3.18.22 Supplement 3469    1/1

15/03/2022, 08:42                                                          GNETS Web

Q Search      **&** Fiscal Agent      **🗐** Programs      **📰** Collection      **🕘** Audit Trail      **✎** Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 - Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

| Form Name | Status |
|---|---|
| GNETS Site Location | Complete |
| Projections by GNETS Site Location | Complete |
| Staffing Pattern | |
| Student Transition Form | Complete |
| Service Delivery – Behavioral Support & Therapeutic Services | Complete |
| Service Delivery – Severe Behavior Management & De-escalation | Complete |
| Service Delivery – Crisis Management | Complete |
| Service Delivery – Instructional & Academic Supports | Complete |
| Service Delivery – Supplemental Instruction | Complete |
| Service Delivery – Mental Health Collaboration | Complete |
| Service Delivery – Personnel List | Complete |
| Service Delivery – Integration of Services and Capacity Building | Complete |

Elam 3.18.22 Supplement 3470       1/1



Search | Fiscal Agent | Programs | Collection | Audit Trail | Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 - Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

«

### Service Delivery – Instructional & Academic Supports

»

**Instruction in Georgia Standards of Excellence (GSE)**

*What strategies/steps are implemented to ensure that all students have/will have access to Georgia Standards of Excellence (GSE)?

Normal Sans Serif B I U

A multi-tiered system of supports, rooted in the standards based classroom model, that offers needs based learning support as well as individual intensive support is implemented to ensure that all students have access to GSE.

*Describe the professional learning that will be provided for staff to deliver and monitor grade level GSE.

*How many staff members are trained to deliver GSE?

42

Normal Sans Serif B I U

All certified staff participate in an annual professional development summit as well as weekly targeted professional learning community activities in order to enhance delivery of GSE and monitor student progress towards GSE. Professional learning includes but is not limited to MTSS, academic scaffolding, FIP, SBC, content specific district training, i-Ready, stemscopes, Microsoft Innovative Educator training.

*Describe the procedures for monitoring the delivery of classroom instruction and student outcomes.

| Normal | ⇕ | Sans Serif | ⇕ | **B** | *I* | U | A | 🅰 | ☰ ☰ ☰ | ● 🖾 ‹› | $T_x$ |
|---|---|---|---|---|---|---|---|---|---|---|---|

A combination of informal instructional walkthroughs, peer observations, teacher support and coaching, and the formal TKES process are used in conjunction with formative instructional measures, diagnostic testing, and standardized testing in order to monitor the delivery of classroom instruction and student outcomes.

Elam 3.18.22 Supplement 3472



15/03/2022, 08:45                                    GNETS Web

Q Search    &amp; Fiscal Agent    ⚟ Programs    ▦ Collection    ⟲ Audit Trail    ✎ Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**



« 

## Service Delivery – Integration of Services and Capacity Building

»

*How many requests have you had for extended services onsite consultation from LEAs?

49

*How many onsite consultations were provided to LEAs related to IEP development and/or revisions?

53

*How many onsite consultations were provided to LEAs related to extended services (e.g.: student observations, FBA, BIP, teacher support,etc.)?

53

*How many students transitioned to a LRE because they've met their IEP goals?

17

*How many students participated in extracurricular activities with the LEA?

7

*How many students participated in 2 or more segments with the LEA?

46

15/03/2022, 08:44    GNETS Web

Q Search    **A** Fiscal Agent    **B** Programs    **H** Collection    **D** Audit Trail    **A** Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

《

### Service Delivery – Mental Health Collaboration

》

*Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

| Normal ♦ Sans Serif ♦ B I U A 🖊 ⠿ ≡ ≡ ⧉ 🖼 ⟨⟩ $T_x$ |
| --- |

Elam Alexander Academy has a total of five social workers and 1 social worker tech. Of the five social workers, one serves in the capacity of the Clinical Coordinator. Each of our districts has an operational local inter-agency plan team (LIPT) that supports all students. Our Clinical Coordinator attends each meeting monthly for all districts. Once a week, she meets with our Social Worker staff, building Coordinators, and Director to provide an update.

*Number of mental health or community agencies that visited your site:

0

*Number of students that received services from an external agency:

32

*Number of students who were seen for:

*Counseling:

0

*Interview:

0

*Check-in:

Elam 3.18.22 Supplement 3474    1/2

15/03/2022, 08:44                                          GNETS Web

   0

*Other:

Due to Covid, no outside visitors were a

Elam 3.18.22 Supplement 3475     2/2



## Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**



«

### Service Delivery – Personnel List

»

| Last Name, First Name | Position/Staff Title | Staff Group | Staff Type | Certificate Type and Level | Experience | Funding Source | |
|---|---|---|---|---|---|---|---|
| HEAD, LESLIE | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 25 | GNETS State Grant | |
| HODGES, SHANTIQUA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 12 | GNETS State Grant | |
| DOCTOR, JEREMY | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant | |
| WARD, DOUGLAS | GNETS Special Education Specialist | Student Support Services | Existing Staff | T6 | 15 | GNETS State Grant | |
| HORTON, SHONDONETT | GNETS Special Education Specialist | Student Support Services | Existing Staff | T6 | 14 | GNETS State Grant | |
| SMITH, TOBE | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 11 | GNETS State Grant | |

| SENN, MARY | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 13 | GNETS State Grant |
|---|---|---|---|---|---|---|
| FIELDS, SARA | GNETS School Psychologist | Student Support Services | Existing Staff | T6 | 10 | GNETS State Grant |
| JENNINGS, TERESA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 5 | GNETS State Grant |
| BATTLE, TONESHA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 8 | GNETS State Grant |
| CALLAWAY, YAMEAI | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 7 | GNETS State Grant |
| ADAMS, MELISSA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 8 | GNETS State Grant |
| RAMBO, CLIFTON | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 7 | GNETS State Grant |
| WEST, KIRSTEN | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B5 | 4 | GNETS State Grant |
| O CONNOR, MANDY | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 15 | GNETS State Grant |
| SHEFFIELD, KENNETH | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 13 | GNETS State Grant |
| DODSON, ANDRENA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 10 | GNETS State Grant |
| SIRMANS, TRACI | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 9 | GNETS State Grant |
| HARGROVE, LISA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 17 | GNETS State Grant |
| JONES, ALLISON | GNETS Social Worker | Student Support Services | Existing Staff | T5 | 19 | GNETS State Grant |
| STEVENS, MELISSA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 25 | GNETS State Grant |

Elam 3.18.22 Supplement 3477    2/4

| LOWE, RODERICK | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 5 | GNETS State Grant |
|---|---|---|---|---|---|---|
| PREACHER HILL, CHANDA | GNETS Social Worker | Student Support Services | Existing Staff | T5 | 22 | GNETS State Grant |
| ANDERSON, TABATHA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 5 | GNETS State Grant |
| MALLORY, BILLIE | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T7 | 9 | GNETS State Grant |
| TALVAN, MARGARET | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 16 | GNETS State Grant |
| GURLEY, DENEEN | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 13 | GNETS State Grant |
| KRAMER, STACY | GNETS Social Worker | Student Support Services | Existing Staff | T5 | 18 | GNETS State Grant |
| DUKES, JANAE | GNETS Special Education Specialist | Student Support Services | Existing Staff | T6 | 14 | GNETS State Grant |
| LOCKHART, SHANITA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B5 | 3 | GNETS State Grant |
| DRUMMOND, ANGELA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 13 | GNETS State Grant |
| INGRAM, PAMELA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 15 | GNETS State Grant |
| WESTMORELAND, KIMBERLY | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 21 | GNETS State Grant |
| MILAM, SAMANTHA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 2 | GNETS State Grant |
| WOODARD-ROBINSON, CLARISSA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 5 | GNETS State Grant |
| ARMONA, WINDY | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T7 | 20 | GNETS State Grant |

Elam 3.18.22 Supplement 3478

| | | | | | | |
|---|---|---|---|---|---|---|
| WALLS, WILLIE | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 6 | GNETS State Grant |
| TAYLOR, AUTUMN | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 7 | GNETS State Grant |
| Cole, Brooke | Director of GNETS program | Administrators | Existing Staff | T6 | 17 | GNETS State Grant |
| JENKS, SARAH | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant |
| SMITH, NIKKI | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 14 | GNETS State Grant |
| CLIETT, BARBARA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 4 | GNETS State Grant |
| KISER, HANNA | GNETS Special Education Specialist | Student Support Services | Existing Staff | T7 | 9 | GNETS State Grant |
| WATSON, LEAH | GNETS Special Education Specialist | Student Support Services | Existing Staff | T5 | 15 | GNETS State Grant |
| HARRISON, LASHONDA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 3 | GNETS State Grant |
| GRANT, STEVEN | GNETS Special Education Specialist | Student Support Services | Existing Staff | T4 | 7 | GNETS State Grant |
| NYLANDER, UNA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 7 | GNETS State Grant |
| GEORGE, LASHUNDRA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 4 | GNETS State Grant |
| WEBB, BARBARA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 11 | GNETS State Grant |
| TAYLOR, MINERVA | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 6 | GNETS State Grant |

⊮  ◀  1  2  ▶  ⊯                                                                                 1 – 50 of 82 items

Q Search       🔒 Fiscal Agent       📰 Programs       🔳 Collection       🕘 Audit Trail       🔗 Attachments

Print



### Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

《



### Projections by GNETS Site Location

》

| Site Location Name, Address and Operating Hours | Location Type | Elementary School | | | Middle School | | | High School | | | Therapeutic Staff – Ft/Pt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. of Classes | No. of Teachers | No. of Paraprofessionals | No. of Classes | No. of Teachers | No. of Paraprofessionals | No. of Classes | No. of Teachers | No. of Paraprofessionals | |
| Elam Alexander Academy @ Burke Campus, 2051 Second Street Macon GA Georgia 31201, 8:00AM to 4:30PM | Center | 7 | 7 | 8 | 7 | 7 | 8 | 6 | 6 | 7 | 🔳 |
| Northeast High School, 1646 Upper River Road Macon GA 31211, 7:30AM to 3:00PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 🔳 |

GNETS Web

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Elam Alexander Academy @ Southwest , 1775 Williamson Road Macon GA 31206, 7:00AM to 2:30PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 8 | 6 | 🖼 |
| Miller Middle School, 751 Hendley Street Macon GA 31204, 8:00AM to 4:30PM | Middle School | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 🖼 |
| LH Williams Elementary School, 325 Pursley Avenue Macon GA 31201, 8:00AM to 4:30PM | Elementary School | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 🖼 |
| Southwest High School, 1775 Williamson Road Macon GA 31206, 7:00AM to 2:30PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 🖼 |
| Turner Woods Elementary School, 144 Willie L. Fluellen Drive Gray GA 31032, 8:00AM to 4:30PM | Elementary School | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 🖼 |
| Peach County High School, 900 Campus Drive Fort Valley GA 31030, 7:30AM to 3:00PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 🖼 |

Elam 3.18.22 Supplement 3481

15/03/2022, 08:43                                                    GNETS Web

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Crawford County High School, 400 E Agency Street Roberta GA 31078, 7:30AM to 3:30PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 🖼 |
| Grand Total | | 9 | 9 | 9 | 8 | 8 | 9 | 17 | 19 | 16 | |

| ◄ ◄ | 1 | ► ► | | 1 – 9 of 9 items |
|---|---|---|---|---|

Elam 3.18.22 Supplement 3482    3/3



GNETS Web

Q Search    👤 Fiscal Agent    📰 Programs    🖥 Collection    🕘 Audit Trail    🔖 Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **611 - Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

≪

## Service Delivery – Severe Behavior Management & De-escalation

≫



**List the training provided to staff for the prevention and management of severe behaviors, including the use of restraint: (e.g., MindSet, CPI, LSCI).**

·What percent of your staff are trained in these strategies and how do GNETS administrators and supervisors ensure that these initiatives are implemented with fidelity?

·Number of Students restrained:

32

·Percentage of Students restrained:

11

·Number of Students de-escalated:

290

·Percentage of Students de-escalated:

100

| Normal | ⬍ | Sans Serif | ⬍ | **B** | *I* | U | A | A | ≣ | ≣ | ≣ | 🔗 | 🖼 | ⟨⟩ | $T_x$ |

100% of staff are trained in Mindset Curriculum

Elam 3.18.22 Supplement 3483    1/1

GNETS Web

Q Search     A Fiscal Agent     ⊿ Programs     ▦ Collection     ⟲ Audit Trail     ✎ Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 - Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

| Form Name | Status |
|---|---|
| GNETS Site Location | Complete |
| Projections by GNETS Site Location | Complete |
| Staffing Pattern | |
| Student Transition Form | Complete |
| Service Delivery – Behavioral Support & Therapeutic Services | Complete |
| Service Delivery – Severe Behavior Management & De-escalation | Complete |
| Service Delivery – Crisis Management | Complete |
| Service Delivery – Instructional & Academic Supports | Complete |
| Service Delivery – Supplemental Instruction | Complete |
| Service Delivery – Mental Health Collaboration | Complete |
| Service Delivery – Personnel List | Complete |
| Service Delivery – Integration of Services and Capacity Building | Complete |

Elam 3.18.22 Supplement 3484     1/1

15/03/2022, 08:43                                         GNETS Web

Q Search    🔒 Fiscal Agent    📄 Programs    📋 Collection    🕐 Audit Trail    🔖 Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

≪

### GNETS Site Location

≫

| Site Location Name | Address | Hours From | Hours To | System Served | |
|---|---|---|---|---|---|
| Elam Alexander Academy @ Burke Campus | 2051 Second Street Macon GA Georgia 31201 | 8:00AM | 4:30PM | 📋 | |
| Elam Alexander Academy @ Southwest | 1775 Williamson Road Macon GA 31206 | 7:00AM | 2:30PM | 📋 | |
| Miller Middle School | 751 Hendley Street Macon GA 31204 | 8:00AM | 4:30PM | 📋 | |
| LH Williams Elementary School | 325 Pursley Avenue Macon GA 31201 | 8:00AM | 4:30PM | 📋 | |
| Southwest High School | 1775 Williamson Road Macon GA 31206 | 7:00AM | 2:30PM | 📋 | |
| Turner Woods Elementary School | 144 Willie L. Fluellen Drive Gray GA 31032 | 8:00AM | 4:30PM | 📋 | |
| Peach County High School | 900 Campus Drive Fort Valley GA 31030 | 7:30AM | 3:00PM | 📋 | |



| | | | | | |
|---|---|---|---|---|---|
| Crawford County High School | 400 E Agency Street Roberta GA 31078 | 7:30AM | 3:30PM | | |
| Northeast High School | 1646 Upper River Road Macon GA 31211 | 7:30AM | 3:00PM | | |

|◄  ◄  1  ►  ►|                                          1 - 9 of 9 items

| Q Search | 👤 Fiscal Agent | 🖥 Programs | 🖥 Collection | 🕐 Audit Trail | ✎ Attachments |

Print

## Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

《

## Staffing Pattern

》

| ↓ Staff  ✕ | | | | | | |
|---|---|---|---|---|---|---|
| Staff | Staff Type | State Grant | Federal VI-B | Total | LEA Funded | Grand Total |
| ▾ Support Staff | | | | | | |
| Psychoeducational/GNETS School Secretary/Clerk | Existing Staff | 4 | 0 | 4 | 0 | 4 |
| ▾ Student Support Services | | | | | | |
| GNETS School Psychologist | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| GNETS Social Worker | Existing Staff | 3 | 0 | 3 | 0 | 3 |
| GNETS Special Education Specialist | Existing Staff | 6 | 0 | 6 | 0 | 6 |
| ▾ Instructional Staff | | | | | | |
| GNETS Teacher – Grant Funded | Existing Staff | 40 | 0 | 40 | 0 | 40 |
| GNETS Para-professional/Teacher Aide | Existing Staff | 27 | 0 | 27 | 0 | 27 |

Elam 3.18.22 Supplement 3487



Elam 3.18.22 Supplement 3488    2/2



15/03/2022, 08:43                                          GNETS Web

Q Search    🔒 Fiscal Agent    📂 Programs    🖥 Collection    �“ Audit Trail    🔗 Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **611 – Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

«



### Student Transition Form

»

| Name of District Served | Returned to Home School/District | School-based GNETS Classroom/wing | GNETS Center Base | Residential Placement (all short-term stabilization) | Total | |
|---|---|---|---|---|---|---|
| 611 – Bibb County | 3 | 24 | 163 | 6 | 196 | |
| 639 – Crawford County | 1 | 6 | 6 | 0 | 13 | |
| 676 – Houston County | 2 | 22 | 68 | 2 | 94 | |
| 679 – Jasper County | 0 | 0 | 1 | 0 | 1 | |
| 684 – Jones County | 0 | 7 | 16 | 0 | 23 | |
| 702 – Monroe County | 1 | 0 | 6 | 1 | 8 | |
| 711 – Peach County | 0 | 4 | 13 | 1 | 18 | |
| 743 – Twiggs County | 0 | 0 | 5 | 0 | 5 | |
| Grand Total | 7 | 63 | 278 | 10 | | |

|◄  ◄  [1]  ►  ►|                                          1 – 8 of 8 items

Q Search    🔒 Fiscal Agent    📄 Programs    📋 Collection    🕐 Audit Trail    ✎ Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **611 - Bibb County**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Elam Alexander Academy**
Director: **Brooke Cole**
City: **Macon**
Systems Served: **8**

«

### Service Delivery – Supplemental Instruction

»

**List the evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.**

*Reading interventions being used in our program:

| Normal ▾ | Sans Serif ▾ | B | I | U | A | 🅰 | ≣ | ≣ | ≣ | ❧ | 🖼 | ⟨⟩ | $T_x$ |

Journeys and Collections strategic intervention, diagnostic-based i-Ready online instruction. i-Ready individualized teacher intervention

*Math interventions being used in our program:

| Normal ▾ | Sans Serif ▾ | B | I | U | A | 🅰 | ≣ | ≣ | ≣ | ❧ | 🖼 | ⟨⟩ | $T_x$ |

Go-Math strategic intervention, diagnostic-based i-Ready online instruction. i-Ready individualized teacher intervention

*Writing interventions being used in our program:

| Normal ▾ | Sans Serif ▾ | B | I | U | A | 🅰 | ≣ | ≣ | ≣ | ❧ | 🖼 | ⟨⟩ | $T_x$ |

Elam 3.18.22 Supplement 3490

Journeys and Collections strategic writing intervention, Unique Learning System. Visual Aids, small group instruction and support, teacher modeling, writing templates and starters, visual supports, and assistive technology.

\*How are teachers supporting students when they are not making progress?

Normal    ⬧ Sans Serif  ⬧    B  I  U    A  🖊    ≔ ≡ ≡    🔗 🖼 ⟨⟩    $T_x$

Data collected from School City formative assessments, i-Ready Diagnostics, and individual progress monitoring inform student specific intervention plans and are referenced when making programmatic intervention adjustments.

\*How is academic data being used by leadership to support students, staff and parents?

Normal    ⬧ Sans Serif  ⬧    B  I  U    A  🖊    ≔ ≡ ≡    🔗 🖼 ⟨⟩    $T_x$

Academic data is reviewed monthly in leadership team meeting. Decisions are based on what tier of support is needed for each students based on these data points. Also, data triangulation is updated quarterly.

\*Describe the procedures used to ensure supplemental academic interventions are implemented with fidelity.

Normal    ⬧ Sans Serif  ⬧    B  I  U    A  🖊    ≔ ≡ ≡    🔗 🖼 ⟨⟩    $T_x$

Informal coaching walkthroughs, formal TKES walkthroughs, individual student progress monitoring reviews as well as PLC data reviews are used to ensure that supplemental academic interventions are implemented fidelity.

Elam 3.18.22 Supplement 3491