EXHIBIT 108

Rutland 002910

Q Search    🛱 Fiscal Agent    🗐 Programs    🖥 Collection    ↻ Audit Trail    ⚲ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

| Form Name | Status |
|---|---|
| GNETS Site Location | Complete |
| Projections by GNETS Site Location | Complete |
| Staffing Pattern | |
| Student Transition Form | Complete |
| Service Delivery – Behavioral Support & Therapeutic Services | Complete |
| Service Delivery – Severe Behavior Management & De-escalation | Complete |
| Service Delivery – Crisis Management | Complete |
| Service Delivery – Instructional & Academic Supports | Complete |
| Service Delivery – Supplemental Instruction | Complete |
| Service Delivery – Mental Health Collaboration | Complete |
| Service Delivery – Personnel List | Complete |
| Service Delivery – Integration of Services and Capacity Building | Complete |



PLAINTIFF'S
EXHIBIT
229
SMS 7/15/22

Rutland 002911

Q Search    🔒 Fiscal Agent    🗐 Programs    📇 Collection    🕘 Audit Trail    ✎ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

### Service Delivery – Mental Health Collaboration

»

*Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

Normal ⬍   Sans Serif ⬍   B  I  U  A  A̅  ☰  ≔  ≡  ≡  ✎  🖼  ⟨/⟩  T̶ₓ

The community agencies that worked with students to enhance students' social/emotional and/or behavioral development are: Pathways, Advantage Behavioral Health Systems, Social Empowerment Center, Viewpoint Health, Bethany Christian Services and the Department of Behavioral Health.

*Number of mental health or community agencies that visited your site:

6

*Number of students that received services from an external agency:

31

Number of students who were seen for:

*Counseling:

42

*Interview:

42

*Check-in:

Rutland 002911

Rutland 002912

*Other:

0

Q Search  🔒 Fiscal Agent   🗎 Programs   🖼 Collection   ↩ Audit Trail   🔗 Attachments

Rutland 002913

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

### Service Delivery – Mental Health Collaboration

»

\*Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

| Normal | ⇕ | Sans Serif | ⇕ | B | I | U | A | A̅ | ☰ | ☰ | ☰ | ☰ | 🔗 | 🖼 | ⟨⟩ | T̲ₓ |

The community agencies that worked with students to enhance students' social/emotional and/or behavioral development are: Pathways, Advantage Behavioral Health Systems, Social Empowerment Center, Viewpoint Health, Bethany Christian Services and the Department of Behavioral Health.

\*Number of mental health or community agencies that visited your site:

6

\*Number of students that received services from an external agency:

31

Number of students who were seen for:

\*Counseling:

42

\*Interview:

42

\*Check-in:

Rutland 002914

*Other:

0



Rutland 002915

🔍 Search    🔒 Fiscal Agent    📱 Programs    🖥 Collection    ↻ Audit Trail    ✎ Attachments

Print

**Grants Information**

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

**Program Information**

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

Service Delivery – Supplemental Instruction

»

List the evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.

*Reading interventions being used in our program:

| Normal ⇕ | Sans Serif ⇕ | B  I  U  A  🄰  ☰ ☰ ☰ ☰  🔗 🖼 </> 𝑇ₓ |

Reading intervention programs currently being implemented are:
Wilson Reading
Fundations
Easy CBM
Reading A-Z
Flocabulary
Edgenuity
Moby Max
i-Ready
Brain Pop

*Math interventions being used in our program:

| Normal ⇕ | Sans Serif ⇕ | B  I  U  A  🄰  ☰ ☰ ☰ ☰  🔗 🖼 </> 𝑇ₓ |

Math intervention programs currently being implemented are:
i-Ready
Moby Max
Envision
Edgenuity
Brain Pop

*Writing interventions being used in our program:

Rutland 002915

| Normal ⇕ | Sans Serif ⇕ | B  I  U  A  🄰  ☰ ☰ ☰ ☰  🔗 🖼 </> 𝑇ₓ |

Rutland 002916

Various education programs currently being implemented are:
Wilson Reading (writing components)
i-Ready
Write Source
Brain Pop

\*How are teachers supporting students when they are not making progress?

Normal ⇕ Sans Serif ⇕ B I U A Ⱥ ⊞ ≣ ≣ ≣ ⊗ ▣ ⟨⟩ Ix

Teachers are providing remediation (1:1 and small groups), enrichment opportunities via supplemental instruction (i-Ready, Moby Max, Brain Pop) and giving students opportunities for extra credit projects/activities as well as credit recovery opportunities.

\*How is academic data being used by leadership to support students, staff and parents?

Normal ⇕ Sans Serif ⇕ B I U A Ⱥ ⊞ ≣ ≣ ≣ ⊗ ▣ ⟨⟩ Ix

Academic data is being utilized by leadership to drive how instruction is implemented and the development of individual students' instructional diets, tiering students and determine which interventions are needed to support students growth, determine which professional learning topics are focused on for teachers/staff as well as the areas to focus on during parent workshops. The academic data is also utilized to meet with parents and LEA's about the additional academic supports needed such as math rubrics.

\*Describe the procedures used to ensure supplemental academic interventions are implemented with fidelity.

Normal ⇕ Sans Serif ⇕ B I U A Ⱥ ⊞ ≣ ≣ ≣ ⊗ ▣ ⟨⟩ Ix

Providing students with supplemental virtual learning opportunities and ensuring parents have login credentials in order for students to work on supplemental activities at home, progress monitoring via i-Ready reports (diagnostic), analyzing student data each quarter to identify growth areas, ongoing growth monitoring reviews weekly via Teacher-as-Advisor with the caseload manager and the students and ongoing academic professional learning for teachers.

Rutland 002917

Search    Fiscal Agent    Programs    Collection    Audit Trail    Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**



## Service Delivery – Instructional & Academic Supports

**Instruction in Georgia Standards of Excellence (GSE)**

*What strategies/steps are implemented to ensure that all students have/will have access to Georgia Standards of Excellence (GSE)?

| Normal | Sans Serif | B | I | U | A | A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Professional learning is provided during pre-planning and throughout the school year on writing successful lesson plans for students with emotional behavioral disorders, lesson plans are reviewed by administration biweekly, formal and informal observations are done by administration to ensure that standards-based lessons and standards-based feedback is being provided to students consistently. Teachers and staff are also provided with small group and 1:1 support, as needed, to help with writing effective lesson plans that are in alignment with the Georgia Standards of Excellence.

·Describe the professional learning that will be provided for staff to deliver and monitor grade level GSE.

*How many staff members are trained to deliver GSE?

28

| Normal | Sans Serif | B | I | U | A | A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Each staff member that works directly with students receive professional learning on the Georgia Standards of Excellence for each grade level and how to unpack the standards during pre-planning and throughout the school year. Teachers, paraprofessionals, the school social worker, the intensive interventionist and coordinator all participate in professional learning provided to the staff. Grade level chairs conduct informal observations of their grade levels to provide additional support to their teaching teams. Administration conducts formal and informal observations monthly to ensure that each grade level is monitored on delivering the Georgia Standards of Excellence.

Rutland 002917

Rutland 002918

Describe the procedures for monitoring the delivery of classroom instruction and student outcomes.

Normal ⇕ Sans Serif ⇕ **B** *I* U **A** 🅰 ⁝Ξ ⬝Ξ ≡ 🔗 🖼 </> T̲ₓ

Formal and informal observations, reviewing student data with the caseload managers and students, observing Teacher-As-Advisor weekly conferences as the teacher and student review their progress academically and socially/emotionally/behaviorally and students develop mini goals for themselves to accomplish within the following week. Teachers with specific areas for growth are provided with 1:1 support from administration and are also given opportunities to observe other model teachers instructional delivery in order to identify new strategies they can implement in the classroom. Formal and informal conferences with the caseload managers also happen as often as needed to best support the teachers/paraprofessionals to make sure they're adequately supporting students.



Rutland 002919

🔍 Search  🔒 Fiscal Agent  📂 Programs  ▭ Collection  🕒 Audit Trail  ✎ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**



Service Delivery – Crisis Management



**Briefly describe the procedures used for the safety of staff and students. Describe how new staff are provided with initial training about GNETS crisis management procedures.**

*How often are updates in crisis management provided for all staff?

| Normal ＄ | Sans Serif ＄ | **B** *I* <u>U</u> | **A** 🅰 | ≣ ≣ ≣ ≣ | 🔗 🖼 </> | *I*ₓ |

Crisis management professional learning is provided to staff during pre-planning as the director re-certifies existing teachers and staff and certifies new staff in Mindset and the Student Achievement Model. Refreshers for both Mindset and the Student Achievement Model are also provided for the staff bi-monthly and more frequently, if needed, to ensure that all teachers and staff implement therapeutic strategies and interventions for crisis de-escalation with fidelity. The Director also assists staff during crisis, when needed, to model the appropriate procedures for crisis management.

*How many new staff members are trained in crisis management?

11

| Normal ＄ | Sans Serif ＄ | **B** *I* <u>U</u> | **A** 🅰 | ≣ ≣ ≣ ≣ | 🔗 🖼 </> | *I*ₓ |

This year we had 11 new staff members that received Mindset and the Student Achievement Model training. For all new teachers and staff, this professional learning is part of their orientation to ensure that everyone understands how to de-escalate crisis prior to them beginning to work with students. This also helps to avoid new teachers/staff unintentionally escalating crisis, especially as it relates to Mindset's 4 Step Counseling Model (such as avoiding asking WHY, rather how, what, when and where when a student is in crisis) as well as the appropriate way to provide powerful praise via the Student Achievement Model (such as not just giving general praise–"Good job," rather instead indicating, "You did a great job practicing self-control when someone got into your personal space and because you did such a great job practicing self-control, you've earned 1,000 positive points." Powerful praise can often stop a crisis before it begins and it's important for new staff to understand this in order to best support the academic and therapeutic needs of our students.



Q Search   🔒 Fiscal Agent   🗐 Programs   🗄 Collection   🔁 Audit Trail   🔗 Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 – Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**



## Service Delivery – Severe Behavior Management & De-escalation

»

**List the training provided to staff for the prevention and management of severe behaviors, including the use of restraint: (e.g., MindSet, CPI, LSCI).**

What percent of your staff are trained in these strategies and how do GNETS administrators and supervisors ensure that these initiatives are implemented with fidelity?

\*Number of Students restrained:

15

\*Percentage of Students restrained:

17

\*Number of Students de-escalated:

15

\*Percentage of Students de-escalated:

100

Normal   ≑  Sans Serif   ≑   B  I  U  A  🅰   ☰ ☰ ☰   🔗 🖼 </> Ｆ×

The entire staff (100%) is trained in Mindset at the beginning of the year and provided with ongoing refresher trainings throughout the year. Administration and other leadership team members provide ongoing support to team members and students before, during and after crisis situations arise. The 4-step counseling model is reviewed during staff meetings and grade level debriefings in order to help students verbally de-escalate to avoid physical contact. Administration provides feedback to teachers and staff regarding safe and consistent implementation of the Mindset curriculum.

Q Search 008 2023scal Agent    📖 Programs    ▤ Collection    ↻ Audit Trail    ✎ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

### Service Delivery – Behavioral Support & Therapeutic Services

»

**List the Behavioral Supports and Therapeutic Services available for students across each tier.**

**Tier 1 - All Students** Tier 1 supports and services are provided daily for 100% of students.

*Number of Students in Tier 1:

3

*Percentage of Students in Tier 1:

3

| Normal | ⇕ Sans Serif | ⇕ | **B** | *I* | U | A | A | ≣ ≣ ≣ | ⬕ 🖾 </> | *Iₓ* |

Tier 1 (PBIS incentives(Fun Friday, Student of Month, school store, classroom store, Fox P.R.I.D.E bucks, fitness run opportunities, movie gallery, lunch with peer, teacher, admin), positives points through the Student Achievement Model, homework pass, part of committees(salon, fitness, programs), leadership opportunities, positive recognition referral, intergration back to home school.

**Tier 2 - Small groups of Students** How often are Tier 2 services provided and for what percent of students?

*Number of Students in Tier 2:

7

*Percentage of Students in Tier 2:

8

Rutland 002922 Sans Serif ≑ **B** *I* U A A≡ ≣ ≣ ≣ 🔗 🖾 ‹/› Tₓ

Tier 2 services are provided daily for 8% of our students. Tier 2 (PBIS incentives(Fun Friday, Student of Month, school store, Fox P.R.I.D.E bucks, fitness run opportunities, movie gallery), homework pass, positives points through the Student Achievement Model, and positive recognition referral, check in/out, daily verbal praises, and behavior contract.

**Tier 3 - Very few or Individual Students** How often are Tier 3 services provided and for what percent of students? How will students' responses to these intervention supports and services be monitored? How will the fidelity of intervention implementation be monitored?

*Number of Students in Tier 3:

78

*Percentage of Students in Tier 3:

88

Normal ≑ Sans Serif ≑ **B** *I* U A A≡ ≣ ≣ ≣ 🔗 🖾 ‹/› Tₓ

Tier 3 services are provided for 88% of our students. Students respond well to the intervention supports and services through tier 3 and services are monitored our Student Achievement Model. Tier 3 is implemented with fidelity and monitored by all staff members through the Student Achievement Model. Tier 3 (PBIS incentives(Fun Friday, Student of Month, school store, Fox P.R.I.D.E bucks, fitness run opportunities, movie gallery), positives points through the Student Achievement Model, and positive recognition referral, therapeutic walks, calming room, verbal/non-verbal redirection, learning points through the Student Achievement Model, removal from group, removal from class, time with the intensive interventionist, loss of PBIS incentives/privileges, physical restraint, parental contact,behavior contract, collect new FBA data, revise BIP, collaboration with counselor and/or social worker.

Q Search    Rutland 002923 Fiscal Agent    📄 Programs    ▤ Collection    ⟳ Audit Trail    ⌗ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 – Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

### Student Transition Form

»

▼

| Name of District Served | Returned to Home School/District | School-based GNETS Classroom/wing | GNETS Center Base | Residential Placement (all short-term stabilization) | Total |
|---|---|---|---|---|---|
| 607 - Barrow County | 0 | 0 | 5 | 0 | 5 |
| 629 - Clarke County | 1 | 0 | 10 | 0 | 11 |
| 652 - Elbert County | 0 | 0 | 6 | 0 | 6 |
| 666 - Greene County | 0 | 0 | 4 | 0 | 4 |
| 678 - Jackson County | 1 | 0 | 10 | 0 | 11 |
| 695 - Madison County | 1 | 0 | 7 | 0 | 8 |
| 704 - Morgan County | 0 | 0 | 1 | 0 | 1 |
| 708 - Oconee County | 1 | 0 | 6 | 0 | 7 |
| 709 - Oglethorpe County | 0 | 0 | 2 | 0 | 2 |
| 747 - Walton County | 1 | 0 | 10 | 0 | 11 |
| 771 - Commerce City | 0 | 0 | 3 | 1 | 4 |
| 779 - Jefferson City | 0 | 0 | 3 | 1 | 4 |
| 786 - Social Circle City | 1 | 0 | 2 | 0 | 3 |

| Rutland 002924 | 1 | 0 | 2 | 0 | 3 |
|---|---|---|---|---|---|
| Grand Total | 6 | 0 | 69 | 2 | |

Rutland 002924

Rutland 002925

🔍 Search    🔒 Fiscal Agent    📖 Programs    🗄 Collection    🔁 Audit Trail    ✎ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

## Staffing Pattern

»

↓ Staff ✕

| Staff | Staff Type | State Grant | Federal VI-B | Total | LEA Funded | Grand Total |
|---|---|---|---|---|---|---|
| ▾ Support Staff | | | | | | ▴ |
| Psychoeducational/GNETS School Secretary/Clerk | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▾ Student Support Services | | | | | | |
| GNETS Social Worker | New Staff | 1 | 0 | 1 | 0 | 1 |
| GNETS Nurses | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▾ Other Personnel | | | | | | |
| Assistant Personnel | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▾ Instructional Staff | | | | | | |
| GNETS Teacher – Grant Funded | Existing Staff | 7 | 0 | 7 | 0 | 7 |
| GNETS Para-professional/Teacher Aide | Existing Staff | 5 | 0 | 5 | 0 | 5 |

Rutland 002925

Rutland 002926

| | | | | | | |
|---|---|---|---|---|---|---|
| GNETS Teacher – Grant Funded | | 1 | 0 | 1 | 0 | 1 |
| GNETS Teacher – Grant Funded | Existing Staff | 7 | 0 | 7 | 0 | 7 |
| GNETS Para-professional/Teacher Aide | New Staff | 3 | 0 | 3 | 0 | 3 |
| GNETS Para-professional/Teacher Aide | Existing Staff | 4 | 0 | 4 | 0 | 4 |
| ▾ Administrators | | | | | | |
| Director of GNETS program | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▾ Grand Total | | | | | | |
| Total | | 32 | 0 | 32 | 0 | 32 |

|◀  ◀  [1]  ▶  ▶|                                                    1 - 12 of 12 items

Rutland 002927

🔍 Search    🔒 Fiscal Agent    📋 Programs    📧 Collection    ↩ Audit Trail    🔗 Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **858 - Northeast Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Rutland Academy**
Director: **Celest Ngeve**
City: **Athens**
Systems Served: **13**

«

### Projections by GNETS Site Location

»

▼

| Site Location Name, Address and Operating Hours | Location Type | Elementary School | | | Middle School | | | High School | | | Therapeutic Staff - Ft/Pt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. of Classes | No. of Teachers | No. of Professionals | No. of Classes | No. of Teachers | No. of Professionals | No. of Classes | No. of Teachers | No. of Professionals | |
| Rutland Academy, 1250 Oglethorpe Ave Athens GA 30606, 8:00AM to 4:00PM | Center | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 |  |
| Grand Total | | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | |

|◄  ◄  | 1 |  ►  ►|                                     1 - 1 of 1 items

Rutland 002927

