# EXHIBIT 109

Q Search    👤 Fiscal Agent    📄 Programs    📖 Collection    🕑 Audit Trail    📎 Attachments

Print

## Grants Information

**Fiscal Year: 2022**
**System Name: 886 - Coastal Plains RESA**
**Name: GNETS**
**Status: Program Manager Signed Off**

## Program Information

**Name: Horizon Academy**
**Director: Dr. Samuel Clemons**
**City: Valdosta, Ga.**
**Systems Served: 12**

| Form Name | Status |
|---|---|
| GNETS Site Location | Complete |
| Projections by GNETS Site Location | Complete |
| Staffing Pattern | |
| Student Transition Form | Complete |
| Service Delivery – Behavioral Support & Therapeutic Services | Complete |
| Service Delivery – Severe Behavior Management & De-escalation | Complete |
| Service Delivery – Crisis Management | Complete |
| Service Delivery – Instructional & Academic Supports | Complete |
| Service Delivery – Supplemental Instruction | Complete |
| Service Delivery – Mental Health Collaboration | Complete |
| Service Delivery – Personnel List | Complete |
| Service Delivery – Integration of Services and Capacity Building | Complete |



GOVERNMENT
EXHIBIT
727

Q Search    👤 Fiscal Agent    📋 Programs    📗 Collection    🕮 Audit Trail    📎 Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **886 - Coastal Plains RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **Horizon Academy**
Director: **Dr. Samuel Clemons**
City: **Valdosta, Ga.**
Systems Served: **12**

« **Projections by GNETS Site Location** »

▼

| Site Location Name, Address and Operating Hours | Location Type | Elementary School | | | Middle School | | | High School | | | Therapeutic Staff - Ft/Pt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. of Classes | No. of Teachers | No. of Para Professionals | No. of Classes | No. of Teachers | No. of Para Professionals | No. of Classes | No. of Teachers | No. of Para Professionals | |
| Berrien, 500 East Smith Avenue Nashville GA 31639, 7:30AM to 4:00PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | ■ |
| Cook, 1531 Patterson Street Adel Georgia 31620, 7:30AM to 4:00PM | School Based | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | ■ |
| Cook Middle School, 1601 N. Elm Street Sparks Georgia 31647, 7:30AM to 4:00PM | Middle School | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | ■ |
| Colquitt Program, 2510 Blvd Moultrie GA 31768, 7:30AM to 4:00PM | Center | 1 | 1 | 1 | 2 | 2 | 3 | 1 | 1 | 1 | ■ |
| 3103 North Forrest Street Valdosta Georgia 31605, 7:30AM to 4:00PM | | | | | | | | | | | |
| Tifton, 700 W. 8th Street Tifton GA 31794, 7:30AM to 4:00PM | Middle School | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | ■ |
| **Grand Total** | | 6 | 6 | 8 | 5 | 5 | 6 | 6 | 6 | 10 | |

1 - 6 of 6 items

⏮ ◀ 1 ▶ ⏭



Q Search    👤 Fiscal Agent    📋 Programs    📦 Collection    ⏱ Audit Trail    📎 Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **886 - Coastal Plains RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Horizon Academy**
Director: **Dr. Samuel Clemons**
City: **Valdosta, Ga.**
Systems Served: **12**

« **Staffing Pattern** »

↓ Staff ×

| Staff | Staff Type | State Grant | Federal VI-B | Total | LEA Funded | Grand Total |
|---|---|---|---|---|---|---|
| **▼ Support Staff** | | | | | | |
| Psychoeducational/GNETS School Secretary | Existing Staff | 0 | 0 | 0 | 1 | 1 |
| Psychoeducational/GNETS School Secretary/Clerk | Existing Staff | 1 | 0 | 1 | 2 | 3 |
| **▼ Student Support Services** | | | | | | |
| GNETS Social Worker | Existing Staff | 2 | 0 | 2 | 0 | 2 |
| GNETS Special Education Specialist | Existing Staff | 3 | 0 | 3 | 0 | 3 |
| **▼ Instructional Staff** | | | | | | |
| GNETS Teacher – Grant Funded | Existing Staff | 21 | 0 | 21 | 0 | 21 |
| GNETS Para-professional/Teacher Aide | Existing Staff | 0 | 0 | 0 | 0 | 18 |
| **▼ Administrators** | | | | | | |
| Director of GNETS program | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| **▼ Grand Total** | | | | | | |
| Total | | 28 | 0 | 28 | 3 | 49 |



≪    Student Transition Form    ≫

Print

## Grants Information

Fiscal Year: 2022
System Name: 886 - Coastal Plains RESA
Name: GNETS
Status: Program Manager Signed Off

## Program Information

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

| Name of District Served | Returned to Home School/District | School-based GNETS Classroom/wing | GNETS Center Base | Residential Placement (all short-term stabilization) | Total |
|---|---|---|---|---|---|
| 609 - Ben Hill County | 1 | 8 | 0 | 0 | 9 |
| 610 - Berrien County | 0 | 10 | 0 | 0 | 10 |
| 614 - Brooks County | 0 | 0 | 1 | 0 | 1 |
| 635 - Colquitt County | 3 | 0 | 26 | 0 | 29 |
| 637 - Cook County | 0 | 14 | 0 | 0 | 14 |
| 650 - Echols County | 0 | 0 | 0 | 0 | 0 |
| 677 - Irwin County | 0 | 3 | 0 | 0 | 3 |
| 686 - Lanier County | 2 | 0 | 7 | 0 | 9 |
| 692 - Lowndes County | 5 | 0 | 35 | 0 | 40 |
| 737 - Tift County | 0 | 15 | 0 | 0 | 15 |
| 742 - Turner County | 1 | 2 | 0 | 0 | 3 |
| 792 - Valdosta City | 3 | 0 | 47 | 0 | 50 |
| Grand Total | 15 | 52 | 116 | 0 | |

1 - 12 of 12 items

Q Search      🔒 Fiscal Agent      🖨 Programs      📖 Collection      🕘 Audit Trail      ✎ Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **886 - Coastal Plains RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Horizon Academy**
Director: **Dr. Samuel Clemons**
City: **Valdosta, Ga.**
Systems Served: **12**

«      Service Delivery – Behavioral Support & Therapeutic Services      »

**List the Behavioral Supports and Therapeutic Services available for students across each tier.**

**Tier 1 - All Students** Tier 1 supports and services are provided daily for 100% of students.

**Number of Students in Tier 1:**

173

**Percentage of Students in Tier 1:**

100

| Normal ≑ Sans Serif ≑   **B** *I* <u>U</u>   A 🅰   ≔ ≡ ≡   % 🖾 </>   *Iₓ* |
|---|

Horizon Academy is operational in all site with PBIS. PBIS walk-throughs are done frequently, monthly meeting are held to review progress and data. A PBIS action Plan is developed to establish PBIS expectations and rules. These expectations are the same throughout the building ( classroom, bathroom, hallways, lunchroom and outside). Each site has a School-Wide System ( SWIS) program. Data is collected to determine the behavior, frequency of the behavior, location and time of the behavior. Each morning PBIS goals are reviewed by watching a video, playing a game or through songs. Students receive positive reinforcement for the appropriate behavior along with student bucks that can be redeemed on Fridays. Data is collected through a Functional Behavior Assessment to determined a Behavior Intervention Plan ( BIP). This plan is implemented and monitored by all stakeholder involved. Social and emotional assessments are used to support behaviors and emotional needs such as: SDQ, BASC3. This data is documented in the student's IEP goals. Students are diagnosed with ASD will be assessed using CARS ABLLS, Brigance and Vineland Checklist. Each program ensure that all students participate in universal, small group and individual social-emotional skills activities by using TeachTown and Second Steps. We also address therapeutic needs through an Art Therapist that served students weekly. Progress monitoring is also used to assess students academic

**Tier 2 - Small groups of Students** How often are Tier 2 services provided and for what percent of students?

**Number of Students in Tier 2:**

71

**Percentage of Students in Tier 2:**

42

| Normal ≑ Sans Serif ≑   **B** *I* <u>U</u>   A 🅰   ≔ ≡ ≡   % 🖾 </>   *Iₓ* |
|---|

Students in Tier II receive all services received in Tier I along with Conflict resolution instructions, anger management instructions, Second Steps and behavior skills training. Apex serve students on campus to address Mental health and behavior needs. Counseling is performed by the local systems for students that need the support. The program Check and Connect is also used to help track students and start their day knowing that they have a go to person. Students in tier two receive one on one academic support when needed, benchmark are monitored closer, mini self assessment are given more frequently.

•Tier 3 - Very few or Individual Students How often are Tier 3 services provided and for what percent of students? How will students' responses to these intervention supports and services be monitored? How will the fidelity of intervention implementation be monitored?

•Number of Students in Tier 3:

24

•Percentage of Students in Tier 3:

13

| Normal | ⬍ | Sans Serif | ⬍ | B | I | U | A | 🖍 | ☰ | ☰ | ☰ | 👁 | 🖼 | ⟨/⟩ | Tₓ |
|--------|---|------------|---|---|---|---|---|---|---|---|---|---|---|-----|-----|

These students receive support from Tier I and Tier II for Behavior and Academic. They also receive support form the Lowndes Interagency Planning Team (LIPT). , frequent progress monitoring, counseling, specific parental involvement, therapeutic groups, Mental Health support, collaboration with Mental Health Professional, Behavior stat training and one on one support when needed. Classroom schedule changes are made to accommodate best learning times. In some cases a ABA therapist is observing students for support.

Q Search   ▲ Fiscal Agent   ▶ Programs   ▦ Collection   ⤴ Audit Trail   ✎ Attachments

Print

## Grants Information

Fiscal Year: 2022
System Name: 886 - Coastal Plains
RESA
Name: GNETS
Status: Program Manager Signed Off

## Program Information

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

« **Service Delivery – Severe Behavior Management & De-escalation** »

**List the training provided to staff for the prevention and management of severe behaviors, including the use of restraint: (e.g., MindSet, CPI, LSCI).**

*What percent of your staff are trained in these strategies and how do GNETS administrators and supervisors ensure that these initiatives are implemented with fidelity?

*Number of Students restrained:

67

*Percentage of Students restrained:

39

*Number of Students de-escalated:

56

*Percentage of Students de-escalated:

33

---

Normal  ⋮  Sans Serif  ⋮  B  I  U  A̲  🖍  ☰ ☰ ☰ ☰  🔗 🖼 </>  Ιₓ

All staff are trained in behavioral management and the use of mindset. A refresher course is conducted annually. All certified staff and 75% of all paraprofessional are trained in LSCI. The paraprofessional staff percentage is due to a high turnover rate this school year. An ongoing roster is kept to ensure that staff continues to be certified and recertified. Training is provided on site for Mindset by mindset trainers. LSCI is coordinated and provided through another GNETS program during the school year and during professional learning in the summer. To ensure that restraint is done with fidelity, a team approach is used along with ongoing learning and debriefing during the school year. After each restraint, the advisory team reviews the incident and discuss strategies used and other information that pertain to the restraint.

Q Search    🔒 Fiscal Agent    🗐 Programs    📋 Collection    📅 Audit Trail    📎 Attachments

Print

**Grants Information**

**Program Information**

Fiscal Year: 2022
System Name: 886 - Coastal Plains
RESA
Name: GNETS
Status: Program Manager Signed Off

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

« **Service Delivery – Crisis Management** »

Briefly describe the procedures used for the safety of staff and students. Describe how new staff are provided with initial training about GNETS crisis management procedures.

*How often are updates in crisis management provided for all staff?

| Normal | Sans Serif | B I U A ▦ ☰ ☰ ☰ ❧ 🖼 ⟨⟩ Iₓ |

All crisis management plans and school safety training is established by the LEA concerning guidelines and procedures which has to be turned into the Lea safety director. Each site ensures that all new staff are abreast of the Crisis Plan at the beginning of the year and a review is held during preplanning and drills are held monthly during the school year. Documentation is taken after each drill and reviewed with the staff. All staff are updated on procedures during preplanning and during the school year on the Crisis Management and safety plan.

*How many new staff members are trained in crisis management?

7

| Heading | Sans Serif | B I U A ▦ ☰ ☰ ☰ ❧ 🖼 ⟨⟩ Iₓ |

Next school year there will be 9 new staff members that will be trained in crisis management at the beginning of the school year. A review is held with all staff during preplanning and through the school year. New staff are assigned a mentor to help support crisis management training. Training is on-going to review and monitored for fidelity.

Q Search    & Fiscal Agent    ⊕ Programs    ▦ Collection    ⤶ Audit Trail    ⚲ Attachments

Print

### Grants Information

Fiscal Year: 2022
System Name: 886 - Coastal Plains RESA
Name: GNETS
Status: Program Manager Signed Off

### Program Information

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

«    Service Delivery – Instructional & Academic Supports    »

### Instruction in Georgia Standards of Excellence (GSE)

*What strategies/steps are implemented to ensure that all students have/will have access to Georgia Standards of Excellence (GSE)?

| Normal | ⁚ | Sans Serif | ⁚ | B | I | U | A | ⧉ | ≔ | ≡ | ≡ | ⬥ | ▣ | ⟨⟩ | 𝐼ₓ |

Professional learning is provided by the system which the programs are located. The school based classrooms are integrated into the regular curriculum along with the teachers in that school setting. GNETS teachers plan with other teachers in the same content area during curriculum mapping instructions on GSC to ensure standards are taught correctly and that standards are assessed the same for all students with some modifications for some GNETS students. Site based teachers meet on a regular basis with LEA teachers to ensure that GSE are taught correctly. They also meet to help plan the assessment of GSE. Curriculum mapping is important to ensure that GSE standards are taught staying on track with pacing guides with the regular setting. The academic coaches in the schools provide guidance and support during the school year to ensure that correct standards are taught. All teachers attend professional learning and other workshops throughout the school year to ensure strategies and steps are implemented in teaching GSE. Classroom teachers are monitored through TKES platform and evaluations. Each year learning goals are established for GNETS students. Lessons are monitored and checked by the Coordinators and Academic coach. Lessons are supported by videos, rubrics, webinars and etc. Students are taught and assessed on grade level standards with modification made to meet the needs of the students academic level of readiness. Support is given to students

·Describe the professional learning that will be provided for staff to deliver and monitor grade level GSE.

*How many staff members are trained to deliver GSE?

18

| Normal | ⁚ | Sans Serif | ⁚ | B | I | U | A | ⧉ | ≔ | ≡ | ≡ | ⬥ | ▣ | ⟨⟩ | 𝐼ₓ |

Professional learning is provided by the system which the programs are located. The school based classrooms are integrated into the regular curriculum along with the teachers in that school setting. GNETS teachers plan with other teachers in the same content area during curriculum mapping instructions on GSC to ensure standards are taught correctly and that standards are assessed the same for all students with some modifications for some GNETS students. Site based teachers also meet with LEA teachers to ensure that GSE are taught correctly. They also meet to help plan the assessment of GSE. Curriculum mapping is important to ensure that GSE standards are taught staying on track with pacing guides with the regular setting. The academic coaches in the schools provide guidance and support during the school year to ensure that correct standards are taught. All teachers attend professional learning and other workshops throughout the school year to ensure strategies and steps are implemented in teaching GSE. Classroom teachers are monitored through TKES platform and evaluations. Each year learning goals are established for GNETS students. Lessons are monitored and checked by the Coordinators and Academic coach. Lessons are supported by videos, rubrics, webinars and etc. Students are taught and assessed on grade level standards with modification made to meet the needs of the students academic level of readiness. Support is given to students by differentiated

·Describe the procedures for monitoring the delivery of classroom instruction and student outcomes.

| Normal | ⁚ | Sans Serif | ⁚ | B | I | U | A | ⧉ | ≔ | ≡ | ≡ | ⬥ | ▣ | ⟨⟩ | 𝐼ₓ |

Walk-throughs are performed at all programs by the Coordinator and Director frequently. Pacing guides are established by the LEA and are followed by the GNETS teachers. On going professional learning is provided to review standards. Project based assessments are performed in all classroom. New teachers are paired with a mentor for their first year. Site coordinator monitor grades and assessments for student progress. To ensure goals are met or need to be re-evaluated. Learning focused strategies such as pacing standards and the essential questions and essential vocabulary. LEA academic coaches provide guidance and support during the school year to ensure that correct standards are taught. All teachers attend professional learning and other workshops throughout the school year to ensure strategies and steps are implemented in teaching GSE. Classroom teachers are also evaluated through the use to TKES platform. Each year new learning goals are established. Lessons are supported by videos, rubrics, webinars and etc. Students



Q Search    & Fiscal Agent    & Programs    📖 Collection    🕘 Audit Trail    ✎ Attachments

Print

**Grants Information**

**Program Information**

Fiscal Year: 2022
System Name: 886 - Coastal Plains RESA
Name: GNETS
Status: Program Manager Signed Off

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

« 　　　Service Delivery – Supplemental Instruction　　　 »

List the evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.

*Reading interventions being used in our program:

Heading ‡ Sans Serif ‡   B  I  U   A ▤   ☰ ☰ ☰   ✎ 🖾 ↔   Iₓ

Iready is used as reading intervention program. This program allows the teacher to access the data for review. This data is pulled frequently to assess and plan future lessons from the tool box for remediation. Teachers attend professional learning with LEA's and RESA to address other research strategies for reading interventions. Other reading interventions are: Pre-Post tests

*Math interventions being used in our program:

Heading ‡ Sans Serif ‡   B  I  U   A ▤   ☰ ☰ ☰   ✎ 🖾 ↔   Iₓ

Iready is used as a math intervention program. This program allows the teacher to access the data for review. This data is reviewed frequently to assess and plan future lessons from the iready tool box for remediation. Teachers attend professional learning with LEA's and RESA to address other research strategies for math interventions. Other math interventions are:

*Writing interventions being used in our program:

Heading ‡ Sans Serif ‡   B  I  U   A ▤   ☰ ☰ ☰   ✎ 🖾 ↔   Iₓ

Writing intervention programs used are, writing across the curriculum in all content. Common writing benchmarks are assessments are used. Grade level meeting are held to review writing samples. Pre and post writing assignments are used to assess progress during the year. Project based assessments are incorporate in writing and in the curriculum. Teachers attend professional learning provided by the LEA's and RESA to help

are taught and assessed on grade level standards with modification made to meet the needs of the students academic level according to goals on their IEP. Support is given to students by differentiated instructions, remediation and one on one tutoring. Students have access to computer programs



Q Search    🔒 Fiscal Agent    🗂 Programs    📖 Collection    🕘 Audit Trail    🔖 Attachments

Print

**Grants Information**

Fiscal Year: 2022
System Name: 886 - Coastal Plains RESA
Name: GNETS
Status: Program Manager Signed Off

**Program Information**

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

« **Service Delivery – Supplemental Instruction** »

List the evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.

*Reading interventions being used in our program:

> Odysseyware
> 180 Days Reading program
> Teacher lead group lesson reading fluency practice
> Starfall.com
> abcmouse.com
> Webinars

*Math interventions being used in our program:

> Grade level meetings with LEA's on math
> Common Benchmark Assessments
> Pacing Guides
> Curriculum maps
> Mobymax
> Webinars
> Project Based Assessments

*Writing interventions being used in our program:

> Writing intervention programs used are, writing across the curriculum in all content. Common writing benchmarks are assessments are used. Grade level meeting are held to review writing samples. Pre and post writing assignments are used to assess progress during the year. Project based assessments are incorporate in writing and in the curriculum. Teachers attend professional learning provided by the LEA's and RESA to help

*How are teachers supporting students when they are not making progress?

Heading ‡ Sans Serif ‡    B  I  U  A  ■  ▤ ▤ ▤    ✎ ▣ ⟨⟩  Iₓ

Frequent assessments are completed in all content areas. The leadership
team reviews the assessments and make comments along with developing
strategies. Students that are not making progress are given some
remediation such as one on one , supplementary materials and some
computer based instructions, extended learning time, more parental
involvement. Advisory meeting are held monthly to discuss student

*How is academic data being used by leadership to support students, staff and parents?

Heading ‡ Sans Serif ‡    B  I  U  A  ■  ▤ ▤ ▤    ✎ ▣ ⟨⟩  Iₓ

Academic and Behavior data is collected Daily to assess progress. This
data is reviewed by the leadership team weekly for recommendation and
support. The team provides academic suggestions, resources along with
looking at academic gaps and teaching strategies. this information is shared
with the students and parents for parental support. Iready is used to help
support IEP goals in reading and math. Professional learning is provided by

*Describe the procedures used to ensure supplemental academic interventions are implemented with fidelity.

Heading ‡ Sans Serif ‡    B  I  U  A  ■  ▤ ▤ ▤    ✎ ▣ ⟨⟩  Iₓ

Site Coordinators and program director monitor classrooms on a regular
basis with walkthroughs to ensure that academic interventions are
implemented with fidelity. Iready reports are pulled frequently to ensure
students are spending quality time on the program. The report is reviewed
for progress with the teacher and then with each student. On going
professional learning is provided to review the assessments along with walk

Q Search    & Fiscal Agent    🖉 Programs    | 🖾 Collection    | ⊅ Audit Trail    ⚘ Attachments

Print

**Grants Information**

Fiscal Year: **2022**
System Name: **886 - Coastal Plains RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

**Program Information**

Name: **Horizon Academy**
Director: **Dr. Samuel Clemons**
City: **Valdosta, Ga.**
Systems Served: **12**

« **Service Delivery – Mental Health Collaboration** »

*Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

| Normal ⬦ Sans Serif ⬦ B I U A A ⫸ ⫸ ⫸ ⧉ 🔗 🖾 </> Tₓ |

5. Marcus Autism Services
6. Babies Can't Wait
7. Peaceway Counseling
8. Apex Services
9. Vocational rehabilitation Services
10. Local Interagency Planning Team (LIPT)
11. Child and Family Guidance
12. Georgia Intervention and Department of Judicial Justice Department
13. Bench Mark Services
14. Child Abuse Counselors

*Number of mental health or community agencies that visited your site.

14

*Number of students that received services from an external agency:

55

*Number of students who were seen for:

*Counseling:

55

*Interview:

17

*Check-in:

0

*Other:

0



Q Search    & Fiscal Agent    & Programs    ☐ Collection    🕁 Audit Trail    ✎ Attachments

Print

**Grants Information**

Fiscal Year: 2022
System Name: 886 - Coastal Plains RESA
Name: GNETS
Status: Program Manager Signed Off

**Program Information**

Name: Horizon Academy
Director: Dr. Samuel Clemons
City: Valdosta, Ga.
Systems Served: 12

«        **Service Delivery – Personnel List**        »

| Last Name, First Name | Position/Staff Title | Staff Group | Staff Type | Certificate Type and Level | Experience | Funding Source |
|---|---|---|---|---|---|---|
| Donaldson, Pheacia | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B-4 | 0 | GNETS State Grant |
| Patterson, Melinda | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 11 | GNETS State Grant |
| Hand, Brook | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B5 | 7 | GNETS State Grant |
| Amanda, Hughes | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 15 | GNETS State Grant |
| Meyer, Timothy | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 13 | GNETS State Grant |
| Milton, Gloster | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 4 | GNETS State Grant |
| Vacant, Vacant | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Boston, Mary | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 26 | GNETS State Grant |
| Bailey, Tonya | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 12 | GNETS State Grant |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brooks, Loran | GNETS Special Education Specialist | Student Support Services | Existing Staff | T5 | 16 | GNETS State Grant |
| Thomas, Takeysha | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 14 | GNETS State Grant |
| Robinson, Candance | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant |
| Sirmans, Tracey | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 12 | GNETS State Grant |
| Gibson, Michael | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 17 | GNETS State Grant |
| Hires, Linda | GNETS Special Education Specialist | Student Support Services | Existing Staff | T7 | 33 | GNETS State Grant |
| Troy, Candice | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Falotico, Hope | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Davis, Adrienne | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Taylor, Gabrielle | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Jones, Naomi | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Tillman, Emily | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Baker, Steven | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Barkley, Darius | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Hullett, Lisa | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |

| Carroll, Frances | Psychoeducatio nal/GNETS School Secretary | Support Staff | Existing Staff | | | State or Local Funds |
|---|---|---|---|---|---|---|
| Durr, Sandra | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Harper, Dale | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Harris, Mandy | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Robinson, James | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Carter, William | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Hundley, Kendra | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | Paraprofes sional | 4 | Other Federally Funded |
| Vacant, Vacant | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Williams, Gale | GNETS Para- professional/Tea cher Aide | Instructional Staff | Existing Staff | | | Other Federally Funded |
| Riser, Latasha | Psychoeducatio nal/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | | State or Local Funds |
| Cox, Pamela | Psychoeducatio nal/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | | State or Local Funds |
| Robinson, Loretta | Psychoeducatio nal/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | | GNETS State Grant |
| White, Peggy | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 1 | GNETS State Grant |
| Shelton, Marcus | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 3 | GNETS State Grant |
| Williams, Cameron | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lazari, Sara | GNETS Special Education Specialist | Student Support Services | Existing Staff | T7 | 30 | GNETS State Grant | |
| Porter, Jennifer | GNETS Social Worker | Student Support Services | Existing Staff | T6 | 21 | GNETS State Grant | |
| Lattin, Kathy | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 15 | GNETS State Grant | |
| Clemons, Samuel | Director of GNETS program | Administrators | Existing Staff | T7 | 32 | GNETS State Grant | |
| Dukes, Clementina | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 18 | GNETS State Grant | |
| White, Peggy | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant | |
| Demott, Mary | GNETS Social Worker | Student Support Services | Existing Staff | T4 | 26 | GNETS State Grant | |
| Duggan, Rhonda | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 1 | GNETS State Grant | |
| Livingston, Nina | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 6 | GNETS State Grant | |
| Macnab, Ginger | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 3 | GNETS State Grant | |

⊮ ◂ 1 ▸ ⊧                                         1 – 49 of 49 items

Q Search      ▲ Fiscal Agent      ● Programs    ▥ Collection    ⟳ Audit Trail    ✎ Attachments

Print

### Grants Information

Fiscal Year: **2022**
System Name: **886 - Coastal Plains RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

### Program Information

Name: **Horizon Academy**
Director: **Dr. Samuel Clemons**
City: **Valdosta, Ga.**
Systems Served: **12**

«                  **Service Delivery – Integration of Services and Capacity Building**                  »

*How many requests have you had for extended services onsite consultation from LEAs?

36

*How many onsite consultations were provided to LEAs related to IEP development and/or revisions?

36

*How many onsite consultations were provided to LEAs related to extended services (e.g.: student observations, FBA, BIP, teacher support, etc.)?

36

*How many students transitioned to a LRE because they've met their IEP goals?

23

*How many students participated in extracurricular activities with the LEA?

10

*How many students participated in 2 or more segments with the LEA?

10