# EXHIBIT 110

Q Search    🔒 Fiscal Agent    📂 Programs    📠 Collection    🕘 Audit Trail    📎 Attachments

Print

## Grants Information

**Fiscal Year: 2021**
**System Name: 852 - North Georgia RESA**
**Name: GNETS**
**Status: Coordinator Signed Off**

## Program Information

**Name: Northstar Educational and Therapeutic Services**
**Director: Dr. Jacqie Neal**
**City: Jasper**
**Systems Served: 6**

≪

### GNETS Site Location

≫

🔻

| Site Location Name | Address | Hours From | Hours To | System Served |
|---|---|---|---|---|
| NorthStar Dalton Campus | 307 S. Fredrick St. Dalton GA 30721 | 7:45AM | 2:30PM | 🖥 |
| NorthStar Pickens Campus | 159 Stegall Dr. Jasper GA 30143 | 7:30AM | 2:15PM | 🖥 |
| NorthStar East Fannin Elementary School | 1 Elementary Circle Morganton GA 30560 | 7:30AM | 2:15PM | 🖥 |
| Fannin County Middle School | 4560 Old Hwy 76 Blue Ridge GA 30513 | 7:45AM | 2:30PM | 🖥 |
| Fannin County Comprehensive High School | 360 Rebel Cir Blue Ridge GA 30513 | 7:45AM | 2:30PM | 🖥 |

|◀  ◀  | 1 |  ▶  ▶|                    1 - 5 of 5 items


EXHIBIT
861

1/1

Q Search   🛡 Fiscal Agent   🗃 Programs   🖾 Collection   🕤 Audit Trail   🖉 Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

«

### Projections by GNETS Site Location

»

▼

| Site Location Name, Address and Operating Hours | Location Type | Elementary School | | | Middle School | | | High School | | | Therapeutic Staff - Ft/Pt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. of Classes | No. of Teachers | No. of Paraprofessionals | No. of Classes | No. of Teachers | No. of Paraprofessionals | No. of Classes | No. of Teachers | No. of Paraprofessionals | |
| NorthStar Dalton Campus, 307 S. Fredrick St. Dalton GA 30721, 7:45AM to 2:30PM | Center | 2 | 2 | 2 | 3 | 3 | 3 | 1 | 1 | 1 | 🖾 |
| Fannin County Comprehensive High School, 360 Rebel Cir Blue Ridge GA 30513, 7:45AM to 2:30PM | School Based | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 🖾 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fannin County Middle School, 4560 Old Hwy 76 Blue Ridge GA 30513, 7:45AM to 2:30PM | School Based | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 🖳 |
| NorthStar East Fannin Elementary School, 1 Elementary Circle Morganton GA 30560, 7:30AM to 2:15PM | School Based | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 🖳 |
| NorthStar Pickens Campus, 159 Stegall Dr. Jasper GA 30143, 7:30AM to 2:15PM | Center | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 🖳 |
| Grand Total | | 4 | 4 | 5 | 5 | 5 | 6 | 3 | 3 | 3 | |

ᴴ  ◀  | 1 |  ▶  ᴴ                                                          1 - 5 of 5 items

Q Search    &amp; Fiscal Agent    Programs    Collection    Audit Trail    Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

≪

## Staffing Pattern

≫

↓ Staff  ✕

| Staff | Staff Type | State Grant | Federal VI-B | Total | LEA Funded | Grand Total |
|---|---|---|---|---|---|---|
| ▼ Support Staff | | | | | | |
| Psychoeducational/GNETS School Secretary/Clerk | Existing Staff | 3 | 0 | 3 | 0 | 3 |
| ▼ Instructional Staff | | | | | | |
| GNETS Teacher – Grant Funded | Existing Staff | 5 | 0 | 5 | 0 | 5 |
| GNETS Teacher – Locally Funded | Existing Staff | 0 | 1 | 1 | 4 | 5 |
| GNETS Para-professional/Teacher Aide | Existing Staff | 0 | 5 | 5 | 4 | 9 |
| GNETS Teacher – Locally Funded | Existing Staff | 0 | 0 | 0 | 2 | 2 |
| GNETS Para-professional/Teacher Aide | Existing Staff | 0 | 1 | 1 | 3 | 4 |

1/2

▼ Administrators

| | | | | | |
|---|---|---|---|---|---|
| Director of GNETS program | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| Supervisors/Co ordinators | Existing Staff | 2 | 0 | 2 | 0 | 2 |

▼ Grand Total

| | | | | | |
|---|---|---|---|---|---|
| Total | | 11 | 7 | 18 | 13 | 31 |

Q Search      A Fiscal Agent      Programs      Collection      Audit Trail      Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

《

### Student Transition Form

》

▼

| Name of District Served | Returned to Home School/District | School-based GNETS Classroom/wing | GNETS Center Base | Residential Placement (all short-term stabilization) | Total |
|---|---|---|---|---|---|
| 655 - Fannin County | 2 | 13 | 0 | 0 | 15 |
| 661 - Gilmer County | 0 | 13 | 0 | 2 | 15 |
| 705 - Murray County | 3 | 0 | 10 | 1 | 14 |
| 712 - Pickens County | 3 | 0 | 19 | 0 | 22 |
| 755 - Whitfield County | 3 | 0 | 34 | 1 | 38 |
| 772 - Dalton Public Schools | 1 | 0 | 11 | 0 | 12 |
| Grand Total | 12 | 26 | 74 | 4 | |

|◀  ◀  | 1 |  ▶  ▶|

1 - 6 of 6 items

Q Search | 8 Fiscal Agent | 🗗 Programs | 🖽 Collection | 🕘 Audit Trail | 🗞 Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

《

### Service Delivery – Behavioral Support & Therapeutic Services

》

**List the Behavioral Supports and Therapeutic Services available for students across each tier.**

·**Tier 1 - All Students** Tier 1 supports and services are provided daily for 100% of students.

\*Number of Students in Tier 1:

20

\*Percentage of Students in Tier 1:

65

---

| Normal | ◆ | Sans Serif | ◆ | **B** | *I* | <u>U</u> | A | 𝔸 | �==| ≡ | ≡ | 🗞 | 🖾 | </> | 𝐼ₓ |

All students in Tier I receive the following behavioral and therapeutic supports:
FBA Assessment with development or refinement of an Individualized Behavior Intervention Plan
Daily Skill Instruction (Rotation: Social Skills, Mind-Up/Mindfulness, Balanced Thinking/CBT/ANT Therapy)
Bi-Weekly Therapeutic Groups (Dialectical Behavior Therapy/Zones of Regulation, SELF Trauma Curriculum)
An Individualized Goal Setting / Self Image Mastery session
Behavioral de-escalation and crisis support (Life-Space Crisis Intervention Drain-off/skill reteaching, problem solving counseling)
Relational Support

---

·**Tier 2 - Small groups of Students** How often are Tier 2 services provided and for what percent of students?

\*Number of Students in Tier 2:

19

\*Percentage of Students in Tier 2:

20

Normal    ⬦ Sans Serif    ⬦    B  I  U    A  🅰    ≣  ≣  ≣    ✎  🖻  ⟨⟩    𝐼ₓ

Students in Tier 2 are eligible to receive additional behavioral and therapeutic supports such as:
Treatment Team Case Reviews with modification to the Behavior Intervention Plan
LSCI Insight Interviews
Group and/or individual counseling more then 2 times a month but less then weekly
Check in / Check out or Staff Mentoring

'**Tier 3 - Very few or Individual Students** How often are Tier 3 services provided and for what percent of students? How will students' responses to these intervention supports and services be monitored? How will the fidelity of intervention implementation be monitored?

*Number of Students in Tier 3:

14

*Percentage of Students in Tier 3:

15

Normal    ⬦ Sans Serif    ⬦    B  I  U    A  🅰    ≣  ≣  ≣    ✎  🖻  ⟨⟩    𝐼ₓ

Students in Tier 3 receive behavioral and therapeutic supports such as:
Intensive Case Reviews (with outside experts/service providers)
Additional Psychological/Psychiatric or Specialized Assessments
Individual and/or Group Therapy (weekly)
Local Inter-agency Planning Team Case Review (with the agreement of the family)



Q Search    & Fiscal Agent    Programs    Collection    Audit Trail    Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

《

### Service Delivery – Severe Behavior Management & De-escalation

》

**List the training provided to staff for the prevention and management of severe behaviors, including the use of restraint: (e.g., MindSet, CPI, LSCI).**

'What percent of your staff are trained in these strategies and how do GNETS administrators and supervisors ensure that these initiatives are implemented with fidelity?

\*Number of Students restrained:

23

\*Percentage of Students restrained:

24

\*Number of Students de-escalated:

95

\*Percentage of Students de-escalated:

100

Normal    ◆    Sans Serif    ◆    B  I  U    A  🅰    ≣ ≣ ≣    🔗 🖼 ⟨⟩    Tₓ

All Staff are trained annually in general de-escalation techniques. Classroom staff within the first year of service are also trained in Level I Life Space Crisis Intervention (the de-escalation component). Staff previously trained in Life Space Crisis Intervention receive a refresher. Staff within the first two years are also trained on the neurobiology of different disorders so they can better understand the impact of these disorders on thinking and behaviors during crisis situations. New direct care and support are trained within the upon hire in Day 1 of Mindset training and within the first 3 months in Day 2 of Mindset. All direct care, support staff, and administrative staff receive refresher training in Mindset annually.

Fidelity is monitored through direct observation by trained Mindset instructors and administrative staff. Administrators also monitor documentation and participate in staff debriefings throughout the year. Trained Mindset trainers review incidents and provide additional refreshers during staff meetings throughout the year.

Q Search    🅰 Fiscal Agent    🖨 Programs    📖 Collection    🕘 Audit Trail    ✎ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

«

### Service Delivery – Crisis Management

»

**Briefly describe the procedures used for the safety of staff and students. Describe how new staff are provided with initial training about GNETS crisis management procedures.**

*How often are updates in crisis management provided for all staff?

| Normal    ⬍    Sans Serif    ⬍    B  I  U    A  🅰    ☰ ☰ ☰    ❖ 🖼 </>    Iₓ |

All staff are trained each year in safety and security protocols related to the building and school area. Drills are conducted two times a year to practice implementing these procedures. Students are scanned by either metal detectors or wands upon arrival and book bags are checked for non-allowable items. Students also participate in inclement weather drills in compliance with State of GA requirements.

All Staff are trained annually in general de-escalation techniques. Classroom staff within the first year of service are also trained in Level I Life Space Crisis Intervention (the de-escalation component). Staff previously trained in Life Space Crisis Intervention receive a refresher. Staff within the first two years are also trained on the neurobiology of different disorders so they can better understand the impact of these disorders on thinking and behaviors during crisis situations. New direct care and support are trained within the upon hire in Day 1 of Mindset training and within the first 3 months in Day 2 of Mindset. All direct care, support staff, and administrative staff receive refresher training in Mindset annually.



*How many new staff members are trained in crisis management?

5

| Normal    ⬍    Sans Serif    ⬍    B  I  U    A  🅰    ☰ ☰ ☰    ❖ 🖼 </>    Iₓ |

All administrators, teachers, paraprofessionals, and therapeutic support staff are trained in the crisis management strategies listed above. 5 is the number of new staff that were trained this year. Previously trained staff were provided with refresher training as previously described.

Q Search    🅰 Fiscal Agent    🗗 Programs    🏢 Collection    ⏱ Audit Trail    🔗 Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**



### Service Delivery – Instructional & Academic Supports



**Instruction in Georgia Standards of Excellence (GSE)**

ᴬWhat strategies/steps are implemented to ensure that all students have/will have access to Georgia Standards of Excellence (GSE)?

| Normal ≎  Sans Serif ≎   B  I  U   A 🅰   ≣ ≣ ≣   🔗 🖼 ‹/›   𝐼ₓ |
|---|

Teachers meet in grade band collaborative learning teams 8 times a year (either face-to-face or virtually) to develop or refine common assessments based on GSE, review results of these assessments, and plan for instruction for the next 4-6 weeks. Administration then works with teachers to ensure implementation of GSE teaching plans in the classroom.

ᐧDescribe the professional learning that will be provided for staff to deliver and monitor grade level GSE.

ᴬHow many staff members are trained to deliver GSE?

11

| Normal ≎  Sans Serif ≎   B  I  U   A 🅰   ≣ ≣ ≣   🔗 🖼 ‹/›   𝐼ₓ |
|---|

As described above, teachers meet in collaborative learning teams to review the standards, develop common assessments, discuss assessment results and to develop learning plans and collaboratively plan and share ideas. They then come back together to discuss what worked and to evaluate any areas where new strategies are needed to increase effectiveness.

*Describe the procedures for monitoring the delivery of classroom instruction and student outcomes.

Normal     ⬍   Sans Serif   ⬍    **B**   *I*   U̲    A   Ⓐ    ☰  ☰  ☰    ✎  ▣  ⟨⟩    *I*ₓ

Teachers share within their collaborative learning teams their celebrations and struggles, as well as their outcome data. Data is shared from both common assessments but also from supplemental programs used within the program such as I-Ready (reading/math). Plans are made for improving instructional outcomes moving forward. Teachers also coach each other through presenting videos of instruction and coaching each other based on the SEEKS framework.

Administrators monitor implementation of lesson plans within the classroom both during TKES observations as well at other times throughout the year. The administrative team meets three times a year to academic data and discuss strategies for improvement. All summative and formative assessment data is used annually to develop plans for academic improvement for the following year.

Q Search    A Fiscal Agent    Programs    Collection    Audit Trail    Attachments

Print

**Grants Information**

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

**Program Information**

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**



**Service Delivery – Supplemental Instruction**



**List the evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.**

'Reading interventions being used in our program:

| Normal    ⬦ Sans Serif   ⬦   B  I  U    A  🅰    ⬛ ⬛ ⬛    ✎ 🖼 ⟨/⟩    Tₓ |

NorthStar uses the I-Ready diagnostic and instructional intervention program for students that are performing below grade level in reading. Teachers also use Moby Max as an additional tool to target gaps in learning and to address goals and objectives within each student's individual education plan.

'Math interventions being used in our program:

| Normal    ⬦  Sans Serif   ⬦   B  I  U    A  🅰    ⬛ ⬛ ⬛    ✎ 🖼 ⟨/⟩    Tₓ |

NorthStar uses the I-Ready diagnostic and instructional intervention program for students that are performing below grade level in math. Teachers also use Moby Max as an additional tool to target gaps in learning and to address goals and objectives within each student's individual education plan.

'Writing interventions being used in our program:

| Normal    ⬦  Sans Serif   ⬦   B  I  U    A  🅰    ⬛ ⬛ ⬛    ✎ 🖼 ⟨/⟩    Tₓ |

NorthStar uses the Step up to Writing program to help student's grow in their ability to become proficient writers.

'How are teachers supporting students when they are not making progress?

| Normal ⬦ Sans Serif ⬦ **B** *I* U̲ A A̲ ≣ ≣ ≣ 🔗 🖼 ⟨/⟩ *I*ₓ |
| --- |

All students are tested in reading and math using diagnostic assessments. In reading and math, NorthStar uses the i-Reading diagnostic assessment. Our local districts also often use benchmark assessments (MAP testing, SRI testing), as do our teachers (DIBELS testing, Easy CBM, etc.) to find evidence if a student is on grade level and if not, where the gaps in the particular content area are that need to be addressed. Students functioning below grade level are then placed in supplemental learning activities designed to address their learning gaps. Repeated diagnostic and benchmark assessments, along with classroom based formative assessments, help teachers and administrators to determine if students are making progress towards their learning goals. This information also helps in adapting instruction on a day by day basis. Teachers can reassign or reteach concepts, assign related foundational learning modules, or differentiate the supports available to the student based on this information. Teachers share evidence of student progress in collaborative learning sessions to also get additional feedback and ideas from their peers.

'How is academic data being used by leadership to support students, staff and parents?

| Normal ⬦ Sans Serif ⬦ **B** *I* U̲ A A̲ ≣ ≣ ≣ 🔗 🖼 ⟨/⟩ *I*ₓ |
| --- |

Administrators monitor program data to ensure teachers and students are meeting implementation guidelines. This data is then used to give feedback and to determine if additional supports are needed by the student or the teacher. Administrators also participate in collaborative learning sessions to review student work, assessment data, and to hear feedback about what's working and where teachers are experiencing barriers to success. This allows teachers and administrators to collaorate on solutions for improving support to our students. The efficacy of instruction is monitored through classroom observations, both informal and formal (TKES evalution process).

'Describe the procedures used to ensure supplemental academic interventions are implemented with fidelity.

| Normal ⬦ Sans Serif ⬦ **B** *I* U̲ A A̲ ≣ ≣ ≣ 🔗 🖼 ⟨/⟩ *I*ₓ |
| --- |

Administrators review program usage and performance data on a weekly and monthly basis and give feedback to teachers to improve program performance. Teachers also have classroom incentive systems based on the students ability to meet performance targets for the week. Administrators for each site meet quarterly to review program usage data and to discuss interventions or support for improving the fidelity of program implementation.

Q Search    🔒 Fiscal Agent    📕 Programs    📖 Collection    ↺ Audit Trail    ✎ Attachments

Print

## Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

## Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

«

### Service Delivery – Mental Health Collaboration

»

*Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

Normal    ⬦ Sans Serif    ⬦    B  I  U    A  🄰    ≣ ≣ ≣    ✎ 🖾 ⟨/⟩    𝐼ₓ

NorthStar routinely collaborates with the service agencies that share service to our students and families. Lookout Mountain CME, Georgia Hope, Highland Rivers are all agencies that provide services across all of our regions. Other providers such as ProFamily and Family Members only service our systems in the Dalton area. Numerous private counselors and medical doctors provide counseling and medication management support throughout our service areas. All providers are welcome to visit the program to provide services or just check-in on the student and to collaborate with staff to ensure continuity of services and strategies across settings. NorthStar has also worked with external agencies and their staff that are providing BCBA support to students across settings. NorthStar and participating families, routinely participates in Local Interagency Planning Team Meetings to ensure students have the maximum access to resources available within the community.

*Number of mental health or community agencies that visited your site:

7

*Number of students that received services from an external agency:

48

'Number of students who were seen for:

*Counseling:

43

*Interview:

6

*Check-in:

15

\*Other:

11 Student receive medication managem

Q Search      & Fiscal Agent      Programs      Collection      Audit Trail      Attachments

Print

### Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

### Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

《

### Service Delivery -- Personnel List

》

▼

| Last Name, First Name | Position/Staff Title | Staff Group | Staff Type | Certificate Type and Level | Experience | Funding Source |
|---|---|---|---|---|---|---|
| SIMPSON, JANICE | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T5 | 38 | State or Local Funds |
| PONDERS, JOYCE | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 20 | State or Local Funds |
| MCDADE, FITZGERALD | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 10 | State or Local Funds |
| ABERCROMBIE, JILL | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T6 | 20 | State or Local Funds |
| PREVESK, DEBRA | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 4 | State or Local Funds |
| GRAHAM, TIMOTHY | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T4 | 25 | State or Local Funds |

| WEST, JUSTIN | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T5 | 16 | State or Local Funds |
|---|---|---|---|---|---|---|
| Kirsten, Cooper | GNETS Para-professional/Tea cher Aide | Instructional Staff | Existing Staff | Parapro | 1 | State or Local Funds |
| CHRISTIAN, BRENDA | GNETS Para-professional/Tea cher Aide | Instructional Staff | Existing Staff | Parapro | 13 | IDEA Individual s with Disabilitie s Education Act – LEA Federal Grant |
| NEAL, JACQUELINE | Director of GNETS program | Administrators | Existing Staff | S7 | 25 | GNETS State Grant |
| RICHARDS, JULIA | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T5 | 7 | IDEA Individual s with Disabilitie s Education Act – LEA Federal Grant |
| TEEMS, FRANCES | GNETS Para-professional/Tea cher Aide | Instructional Staff | Existing Staff | Parapro | 35 | IDEA Individual s with Disabilitie s Education Act – GNETS |
| ROBERTSON, CHARLON | Supervisors/Coo rdinators | Administrators | Existing Staff | T4 | 2 | GNETS State Grant |
| Rhonda, Smith | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T5 | 20 | State or Local Funds |
| Totherow, Jennifer | GNETS Para-professional/Tea cher Aide | Instructional Staff | Existing Staff | Parapro | 1 | IDEA Individual s with Disabilitie s Education Act – GNETS |
| Catherine, Czerneski | GNETS Teacher – Locally Funded | Instructional Staff | Existing Staff | T4 | 3 | State or Local Funds |

| | | | | | | |
|---|---|---|---|---|---|---|
| NICHOLS, MELISSA | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 5 | State or Local Funds |
| LECROY, BRITNEY | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 9 | IDEA Individuals with Disabilities Education Act - GNETS |
| MERRELL, LOUISE | Psychoeducational/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | 14 | GNETS State Grant |
| DUNCAN, CHRISTOPHER | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 5 | GNETS State Grant |
| John, Ely | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 2 | State or Local Funds |
| Moss, Rick | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 2 | State or Local Funds |
| LAPRAIRIE, DOMENICK | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 5 | GNETS State Grant |
| STEVENS, PAISLEY | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 16 | GNETS State Grant |
| NICHOLSON, DAVID | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 25 | GNETS State Grant |
| COOK, DEBBIE | Supervisors/Coordinators | Administrators | Existing Staff | S5 | 30 | GNETS State Grant |
| Burnette, Misty | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T6 | 16 | GNETS State Grant |
| COKER, NATALIE | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | Parapro | 2 | IDEA Individuals with Disabilities Education Act - GNETS |

| BIERCÉ, KATHY | Psychoeducatio nal/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | 30 | GNETS State Grant |
|---|---|---|---|---|---|---|
| PARKER, MYRA | Psychoeducatio nal/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | 18 | GNETS State Grant |
| NELSON, C DELL | GNETS Para-professional/Tea cher Aide | Instructional Staff | Existing Staff | Parapro | 15 | IDEA Individual s with Disabilitie s Education Act – GNETS |

1 - 31 of 31 items

Q Search    🔒 Fiscal Agent    🚗 Programs    📖 Collection    🕘 Audit Trail    ✎ Attachments

Print

### Grants Information

Fiscal Year: **2021**
System Name: **852 - North Georgia RESA**
Name: **GNETS**
Status: **Coordinator Signed Off**

### Program Information

Name: **Northstar Educational and Therapeutic Services**
Director: **Dr. Jacqie Neal**
City: **Jasper**
Systems Served: **6**

**«**

## Service Delivery – Integration of Services and Capacity Building

**»**

*How many requests have you had for extended services onsite consultation from LEAs?

15

*How many onsite consultations were provided to LEAs related to IEP development and/or revisions?

33

*How many onsite consultations were provided to LEAs related to extended services (e.g.: student observations, FBA, BIP, teacher support,etc.)?

15

*How many students transitioned to a LRE because they've met their IEP goals?

14

*How many students participated in extracurricular activities with the LEA?

0

*How many students participated in 2 or more segments with the LEA?

12