# EXHIBIT 111

Message
---

**From:** Amber McCollum [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=20CB351404094924A44522D64BE0165B-AMBER MCCOL]
**Sent:** 3/11/2016 3:17:53 PM
**To:** Stacey Benson [sbenson@pioneerresa.org]
**Subject:** RE: Draft FY17 GNETS Allocations

Hi Stacey,

That is the correct formula. Those are not the rolling averages I have in our big spreadsheet. Let me verify with paper copies and get back to you.

Amber

**From:** Stacey Benson [mailto:sbenson@pioneerresa.org]
**Sent:** Friday, March 11, 2016 10:02 AM
**To:** Amber McCollum
**Subject:** Re: Draft FY17 GNETS Allocations

Thanks so much Amber! I have one question. The formula that Harry gave me for the rolling average would equate to FY17 rolling average= ((FY13 rolling average + FY14 rolling average)/2 + FY15 actual student count)/2. So the numbers that I have based on the GaDOE reports would be ((174.5+173.91)/2 + 155)/2= 164.6

FY13 rolling average- 174.5
FY14 rolling average- 173.91
FY15 actual student count- 155

Did the formula change? or am I doing something wrong? Thanks so much for your help! I very much appreciate the time you have taken to help us with this!

*Dr. Stacey L. Benson*
Pioneer RESA
The FUTURES Program GNETS Director
PO Box 1789
1342 Highway 254 Cleveland, GA 30528
706-219-7532 or 706.865.2141 ext. 268
706-865-6748 (FAX)

### 2016 Summer Leadership Conference
### SAVE THE DATE
The Pioneer RESA Summer Leadership Conference will be held on **TUESDAY, JUNE 14, 2016 - FRIDAY, JUNE 17, 2016**. To register, please visit https://fcweb.pioneerresa.org/ and look for Course # 2126.

On Fri, Mar 11, 2016 at 9:52 AM, Amber McCollum <amccollum@doe.k12.ga.us> wrote:

Good Morning Directors,

EXHIBIT
588

GA03803300

Please see the attached *DRAFT* GNETS allocations for FY17, with the rolling average included. I do want to stress that these are draft allocations only, and are being sent to assist you in planning for the upcoming year.

Please let me know if you have any questions.

---

**Amber McCollum, Ed.S.**

**Budgets and Grants Program Specialist**

**Division for Special Education Services and Supports**

**Georgia Department of Education**

**1870 Twin Towers East**

**205 Jesse Hill Jr. Drive, SE**

**Atlanta, Georgia 30334**

**Office 404-463-0535**

**FAX 404-651-6457**

amccollum@doe.k12.ga.us

www.gadoe.org

*"Educating Georgia's Future"*