# EXHIBIT 112

Message

**From:** Amber McCollum [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=20CB351404094924A44522D64BE0165B-AMBER MCCOL]
**Sent:** 3/21/2016 12:22:14 PM
**To:** MARY ANN SEAY [mseay@crispschools.org]
**CC:** Sue Stephens [sstephens@crispschools.org]
**Subject:** RE: Draft FY17 GNETS Allocations

Good Morning,

Your rolling average went down which affects all of the operating costs that OPB gives. Additionally, you lost about $120,000 in T&E which means experienced teachers left. Finally, some other GNETS facilities went up. Even if nothing about your formula changes, if other facilities see an increase, it automatically takes funds from someone else because it is a finite amount of money.

I'm sorry you experienced a shortfall.

Amber McCollum, Ed.S.
Budgets and Grants Program Specialist
Division for Special Education Services and Supports
Georgia Department of Education
1870 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, Georgia 30334
**Office 404-463-0535**
FAX 404-651-6457
amccollum@doe.k12.ga.us
www.gadoe.org

*"Educating Georgia's Future"*

---

**From:** MARY ANN SEAY [mailto:mseay@crispschools.org]
**Sent:** Saturday, March 19, 2016 9:33 AM
**To:** Amber McCollum
**Cc:** Sue Stephens
**Subject:** Re: Draft FY17 GNETS Allocations

Good morning Amber,
Sorry to bother you this morning, but I have been out of the office but now my secretary and I are trying to determine how/why our budget is hit so hard. I know our numbers are down and has been for the last few years. Will you help us to understand this. With these numbers we are looking at an estimate of about 184,000.00 shortage. We on so small already and I don't know we will do. Thanks for your thoughts and help.
Thanks
Mary Ann Seay

EXHIBIT 593

GA03803423

Flint Area/GNETS

Sent from my iPad

On Mar 15, 2016, at 9:31 AM, Amber McCollum <amccollum@doe.k12.ga.us> wrote:

> Good Morning Directors,
>
> Many of you are asking questions about the funding formula, so I am attaching the guidance sheet that will provide more detail. Also, I am attaching the Draft Allocations for FY17 again. The initial file had correct state and federal FY17 draft allocations, but were not totaled correctly. Please keep in mind that these are draft allocations.
>
> Thank you,
>
> Amber
>
> ---
>
> **Amber McCollum, Ed.S.**
> **Budgets and Grants Program Specialist**
> **Division for Special Education Services and Supports**
> **Georgia Department of Education**
> **1870 Twin Towers East**
> **205 Jesse Hill Jr. Drive, SE**
> **Atlanta, Georgia 30334**
> **Office 404-463-0535**
> **FAX 404-651-6457**
> amccollum@doe.k12.ga.us
> www.gadoe.org
>
> *"Educating Georgia's Future"*
>
>
> **From:** Amber McCollum
> **Sent:** Friday, March 11, 2016 9:52 AM
> **To:** Aubrey Rossignol; Cassandra Holifield; Chriss Briggs; Derrick Gilchrist; Desiree Woods; Greg McElwee; Jacquie Neal; Jeanene Wier; Joanna Mock; Kathy Lewis-Hawkins; Kerrie Miller; Lisa Futch; Marilyn Dryden; Mary Ann Seay; McQueen Lachrista S; Najma Hunter; Pat Wolf; Sam Clemons; Shannon Svetlay; Stacey Benson; Steve Derr; Steve Rains; Whitney Braddock; 'Brooke.Cole@bcsdk12.net'; 'SAMUEL CLEMONS'; Najma Hunter
> **Cc:** Nakeba Rahming; Deborah Gay; Christopher Horton
> **Subject:** Draft FY17 GNETS Allocations
>
> Good Morning Directors,
>
> Please see the attached *DRAFT* GNETS allocations for FY17, with the rolling average included. I do want to stress that these are draft allocations only, and are being sent to assist you in planning for the upcoming year.
>
> Please let me know if you have any questions.

---

Amber McCollum, Ed.S.
Budgets and Grants Program Specialist
Division for Special Education Services and Supports
Georgia Department of Education
1870 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, Georgia 30334
Office 404-463-0535
FAX 404-651-6457
amccollum@doe.k12.ga.us
www.gadoe.org

*"Educating Georgia's Future"*

<GNETS Funding Formula.pdf>
<GNETS Draft FY17.pdf>

GA03803425