# EXHIBIT 113

PLAINTIFF'S EXHIBIT 657 PENGAD 800-631-6989

Message

**From:** Holifield, Cassandra [cassandra.holifield@mresa.org]
**Sent:** 7/6/2020 7:21:16 PM
**To:** Zelphine SmithDixon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd8dcf803db420f8d7529093ed93d79-Zelphine Sm]; Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**CC:** leighann.putman@mresa.org [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd5ca698f788450e993868d429dd6968-Guest_2347e]; McGaha, Blake [McGahaTB@fultonschools.org]
**Subject:** FW: FY21 Preliminary GNETS State and Federal Grant Allocations
**Attachments:** FY21 Preliminary GNETS State and Federal Allocations Memo.pdf; Preliminary FY21 GNETS State and Federal Grant Allocations.pdf; FY20 GNETS State and Federal Allocations 6-12-19.pdf

**Importance:** High
**Flag:** Follow up

CAUTION: This email originated from outside of the GaDOE Mail System. Use caution replying or supplying information, clicking links, or opening attachments. If you suspect the message is fraudulent, please utilize the **Report Phish** button.

Hi Zelphine and Vickie,
I hope all is well with you and you enjoyed your weekend. I'm emailing you to ask if the South Metro GNETS Fulton student budget allocations were added to the FY 21 North Metro GNETS Budget? Based on my rough calculations it does not appear to be. However, I could be wrong and if I am I apologize. As you know, North Metro GNETS will be the fiscal agent for all Fulton County students this year. Will you please let Leigh Ann, Blake, and me know. Thanks.

Cassandra Allen Holifield, PhD, RBT
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098
Website: https://nmgnets.org/

*This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

**From:** Zelphine SmithDixon <ZSmith@doe.k12.ga.us>
**Sent:** Monday, July 6, 2020 2:59 PM
**To:** Charles Webb <charleswebb@pickenscountyschools.org>; Dexter Mills <dmills@nwgaresa.com>; Greg Jacobs <gjacobs@okresa.org>; hchambers@cpresa.org; Hayward Cordy <hayward.cordy@oconeeresa.org>; Juli Alligood <jalligood@mgresa.us>; jold@pioneerresa.org; Keith Everson <keith.everson@negaresa.com>; Kenneth Bradshaw <bradske@boe.richmond.k12.ga.us>; kenneth.dyer@docoschools.org; Leigh Ann Putnam <leighann.putnam@mresa.org>; rspates@garesa.org; Richard McCorkle <rmccorkle@chatt-flint.org>; rsmith@fdresa.org; sgordy@griffinresa.net; supt@dekalbschoolsga.org; smiletto@hgresa.org
**Cc:** Vickie Cleveland <VCleveland@doe.k12.ga.us>; Shaun Owen <SOwen@doe.k12.ga.us>; Zelphine SmithDixon <ZSmith@doe.k12.ga.us>; Matt Cardoza <MCardoza@doe.k12.ga.us>; abeaver@crispschools.org; Andrea Riley <gmcelwee@nwgnets.org>; Brooke Cole <brooke.cole@bcsdk12.net>; Holifield, Cassandra <cassandra.holifield@mresa.org>; Celest Ngeve <celest.ngeve@rutlandacademy.org>; david.blevins@cowetaschools.net; Derrick Gilchrist <derrick.gilchrist@clayton.k12.ga.us>; Desiree Woods <desiree_d_woods@dekalbschoolsga.org>; haley livingston <hlivingston@okhlc.org>; Jacqie.neal@dalton.k12.ga.us;

Joanna Mock <joannam@hgresa.org>; Miller, Kerri <kerri.miller@docoschools.org>; kross@emanuel.k12.ga.us; Lachrista Mcqueen <mcqueen.lachrista.S@muscogee.k12.ga.us>; LISA FUTCH <lfutch@coastalacademygnets.com>; Pat Wolf <pat.wolf@gnetsofoconee.org>; Robin Baumgarten <Robin.Baumgarten@cobbk12.org>; samuel.clemons@gocats.org; stacey benson <sbenson@pioneerresa.org>; Steve Derr <Steven.Derr@sccpss.com>; Susan Weakland <sweakland@tcjackets.net>; Talithia Newsome <NewsoTa@BOE.Richmond.k12.ga.us>; thiago.aleixo@gscs.org; whitney braddock <wbraddock@cedarwoodgnets.org>
**Subject:** FY21 Preliminary GNETS State and Federal Grant Allocations
**Importance:** High

**TO:** Georgia Network for Educational and Therapeutic Support (GNETS) Fiscal Agents

**CC:** GNETS Directors

**FROM:** Zelphine Smith Dixon, Ed.D., State Director
Division for Special Education Services and Supports

**SUBJECT:** FY21 Preliminary GNETS State and Federal Grant Allocations

**Date:** July 6, 2020

This memorandum is to notify GNETS fiscal agents and directors of the preliminary state and federal GNETS allocations for the FY21 school year. The preliminary grant allocations are provided for planning purposes. Final grant award notifications (GANs) will be issued after State Board of Education (SBOE) approval of funding. If you have questions, please contact Vickie Cleveland: Email (vcleveland@doe.k12.ga.us).

Zelphine Smith-Dixon, Ed.D.
State Director
Division for Special Education Services and Supports/Suite 1870
Cell: 404-987-1568
Email: zsmith@doe.k12.ga.us
www.gadoe.org



GaDOE
Georgia Department of Education

*Educating Georgia's Future*

**TO:** Georgia Network for Educational and Therapeutic Support (GNETS) Fiscal Agents

**CC:** GNETS Directors

**FROM:** Zelphine Smith-Dixon, Ed.D., State Director
Division for Special Education Services and Supports

**SUBJECT:** FY21 Preliminary GNETS State and Federal Grant Allocations

**Date:** July 6, 2020

This memorandum is to notify GNETS fiscal agents and directors of the preliminary state and federal GNETS grant allocations for the FY21 school year. The preliminary grant allocations are provided for planning purposes. Final grant award notifications (GANs) will be issued after State Board of Education (SBOE) approval of funding. If you have questions, please contact Vickie Cleveland: Email (vcleveland@doe.k12.ga.us).

1870 Twin Towers East • 205 Jesse Hill Jr. Drive • Atlanta, GA 30334 • www.gadoe.org

Richard Woods, *Georgia's School Superintendent*

An Equal Opportunity Employer

GA02326485

FY21 Georgia Network for Educational and Therapeutic Support (GNETS)
State and Federal Grant Recommended Allocations
7/6/2020

| | GNETS | Fiscal Agent | FY21 GNETS Recommended State Allocations | FY21 GNETS Recommended Federal Allocations | FY21 GNETS Recommended Total Allocations |
|---|---|---|---|---|---|
| 611 | Elam Academy | Bibb County | $5,958,709 | $465,000 | $6,423,709 |
| 625 | Coastal Ga Comprehensive Academy | Chatham County | $2,760,990 | $365,000 | $3,125,990 |
| 631 | South Metro | Clayton County | $2,972,509 | $365,000 | $3,337,509 |
| 633 | H.A.V.E.N. | Cobb County | $3,809,170 | $365,000 | $4,174,170 |
| 640 | Flint Area Learning Program | Crisp County | $515,485 | $265,000 | $780,485 |
| 644 | Dekalb-Rockdale | DeKalb County | $2,639,741 | $365,000 | $3,004,741 |
| 647 | Oaktree | Dougherty County | $1,169,886 | $265,000 | $1,434,886 |
| 886 | Horizon Academy | Coastal Plains RESA | $2,098,056 | $315,000 | $2,413,056 |
| 706 | Woodall | Muscogee County | $486,389 | $265,000 | $751,389 |
| 721 | Sand Hills | Richmond County | $1,082,650 | $265,000 | $1,347,650 |
| 726 | Mainstay Academy | Spalding County | $2,170,047 | $315,000 | $2,485,047 |
| 736 | Pathways | Thomas County | $705,060 | $265,000 | $970,060 |
| 868 | Riverquest | Central Savannah River RESA | $556,960 | $265,000 | $821,960 |
| 880 | Cedarwood | First District RESA (cedarwood) | $1,292,841 | $315,000 | $1,607,841 |
| 880 | Coastal Academy | First District RESA (coastal) | $1,825,964 | $315,000 | $2,140,964 |
| 876 | Heartland Academy | Heart of Georgia RESA | $1,518,223 | $315,000 | $1,833,223 |
| 856 | North Metro | Metro RESA | $5,255,868 | $415,000 | $5,670,868 |
| 852 | Northstar | North Georgia RESA | $1,300,573 | $265,000 | $1,565,573 |
| 858 | Rutland | Northeast Georgia RESA | $1,549,997 | $315,000 | $1,864,997 |
| 850 | Northwest GA | Northwest Georgia RESA | $3,709,479 | $365,000 | $4,074,479 |
| 866 | GNETS of Oconee | Oconee RESA | $1,177,596 | $265,000 | $1,442,596 |
| 888 | Harrell Learning Center | Okefenokee RESA | $1,091,346 | $265,000 | $1,356,346 |
| 854 | Futures | Pioneer RESA | $2,798,674 | $315,000 | $3,113,674 |
| 860 | Burwell | West Georgia RESA | $3,096,839 | $365,000 | $3,461,839 |
| | | | **$51,543,052** | **$7,660,000** | **$59,203,052** |

FY20 GNETS State and Federal Grant Allocations
6-17-19

| | GNETS Program Name | Fiscal Agent | FY20 GNETS State Allocations | FY20 GNETS Federal Allocations |
|---|---|---|---|---|
| 611 | Elam Academy | Bibb County | $6,971,382.00 | 515,000.00 |
| 625 | Coastal Ga Comprehensive Academy | Chatham County | $3,167,585.00 | 365,000.00 |
| 631 | South Metro | Clayton County | $3,966,258.00 | 365,000.00 |
| 633 | H.A.V.E.N. | Cobb County | $4,828,997.00 | 415,000.00 |
| 640 | Flint Area Learning Program | Crisp County | $684,297.00 | 265,000.00 |
| 644 | Dekalb-Rockdale | DeKalb County | $3,001,412.00 | 365,000.00 |
| 647 | Oaktree | Dougherty County | $1,729,051.00 | 315,000.00 |
| 886 | Horizon Academy | Coastal Plains RESA | $2,605,318.00 | 315,000.00 |
| 706 | Woodall | Muscogee County | $571,938.00 | 265,000.00 |
| 721 | Sand Hills | Richmond County | $1,381,677.00 | 315,000.00 |
| 726 | Mainstay Academy | Spalding County | $3,079,376.00 | 315,000.00 |
| 736 | Pathways | Thomas County | $1,507,535.00 | 265,000.00 |
| 868 | Riverquest | Central Savannah River RESA | $560,147.00 | 265,000.00 |
| 880 | Cedarwood | First District RESA (cedarwood) | $1,633,353.00 | 315,000.00 |
| 880 | Coastal Academy | First District RESA (coastal) | $2,379,477.00 | 315,000.00 |
| 876 | Heartland Academy | Heart of Georgia RESA | $1,861,380.00 | 315,000.00 |
| 856 | North Metro | Metro RESA | $5,948,059.00 | 415,000.00 |
| 852 | Rutland | North Georgia RESA | $1,335,539.00 | 265,000.00 |
| 858 | Northstar | Northeast Georgia RESA | $1,907,095.00 | 315,000.00 |
| 850 | Northwest GA | Northwest Georgia RESA | $4,087,118.00 | 365,000.00 |
| 866 | GNETS of Oconee | Oconee RESA | $1,196,846.00 | 265,000.00 |
| 888 | Harrell Learning Center | Okefenokee RESA | $1,272,022.00 | 315,000.00 |
| 854 | Futures | Pioneer RESA | $2,842,780.00 | 315,000.00 |
| 860 | Burwell | West Georgia RESA | $3,766,601.00 | 365,000.00 |
| | | | | |
| | | | **$62,285,243.00** | **7,910,000.00** |