# EXHIBIT 114

**PLAINTIFF'S EXHIBIT 73**

**Message**

| | |
|---|---|
| **From:** | Keith, Clara [clara.keith@dbhdd.ga.gov] |
| **Sent:** | 8/16/2017 8:01:25 PM |
| **To:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| **Subject:** | RE: SBOE templates |
| **Attachments:** | Supplemental Therrapeutic Services SBOE Item Template-Other CKeedits 8-16.docm; SBOE Item Template-Contract New GSU FBA-BIP contract CKe edits 8-16.dotm |

Nakeba,

I just made a couple of edits. Track changes did not work so you will have to reread to make sure your voice is accurately represented where I made minor edits.

Let me know if you need anything else.

Clara

*Clara J. Keith*
Director
*Department of Behavioral Health and Developmental Disabilities (DBHDD)*
2 Peachtree Street, NW
Suite 22.216
Atlanta, Georgia 30303
404.964.8007
Clara.Keith@dbhdd.ga.gov

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee. If you are not the intended recipient or authorized to receive this for the intended recipient, you are hereby notified that any reading, discussion, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.

**From:** Nakeba Rahming [mailto:NRahming@doe.k12.ga.us]
**Sent:** Wednesday, August 16, 2017 12:28 PM
**To:** Keith, Clara <clara.keith@dbhdd.ga.gov>
**Subject:** SBOE templates

Here is the one for supplemental support as well as the FBA training that I edited on Monday.

Please call if we need to talk trough any of this.

Nakeba

GA00792054



**Georgia Department of Education
Item for State Board of Education Approval
– Other –**

Richard Woods, Georgia's School Superintendent
"Educating Georgia's Future"

| Fast Track: No |
|---|

### Item Name
| FP – FY 18 State Allocation-Therapeutic Services Reimbursement for GNETS Fiscal Agents |
|---|

### Summary for Cabinet for eBOARD
| The purpose of this item is to reimburse GNETS fiscal agents for costs related to providing therapeutic services, include funding to cover the cost of providing GNETS with personnel to provide therapeutic counseling services to children with identified significant mental health and behavioral needs. |
|---|

### SBOE Approval Process Schedule

| 1<br>Policy Committee | 2<br>Cabinet Viewing 1 | 3*<br>Cabinet Viewing 2 | 4<br>Dry Run Item for Info | 5<br>State Board Item for Info |
|---|---|---|---|---|
| 09/01/2017, Friday | 09/08/2017, Friday | Click here to enter a date. | Click here to enter a date. | Click here to enter a date. |

| 6<br>Dry Run Action Item | 7<br>State Board Action Item |
|---|---|
| 09/20/2017, Wednesday | 09/28/2017, Thursday |

* If the text of the item has not changed since Cabinet Viewing 1, you will omit this step. Place "N/A" in the box if this step is omitted.

### Recommendation – Item for Information
| Click here to enter text |
|---|

### Recommendation – Action Item
| It is recommended that the State Board of Education authorize the State School Superintendent to reimburse GNETS fiscal agents by the amount of $575,000.00 in state funds for the purpose of covering the costs incurred by GNETS to provide therapeutic counseling services to children with identified significant mental health and behavioral needs. |
|---|

### Supports the Following Education Goal or Goals in the Agency Strategic Plan
| • Expand educational opportunities in order to maximize student engagement, meet a variety of student interests, and ensure the relevance of learning<br>Measurable Outcome and Deliverable: The number and percent of students provided with direct clinical therapeutic counseling and services. |
|---|

GA00792055

Measurable Outcome and Deliverable: Click or tap here to enter text.

### Rationale

The ratios for students to therapeutic staff were reviewed by GaDOE during annual onsite monitoring to determine how well each GNETS implemented the strategic plan. The onsite monitoring revealed that some GNETS had a high student to therapeutic staff ratio and/or could not afford to hire therapeutic staff because the 2017-2018 GNETS grant funds were not sufficient for some GNETS to cover the cost of hiring or contracting therapeutic services for each child, particularly those with significant needs. The results were a gap in therapeutic service delivery for some students. Reimbursing GNETS for additional therapeutic staff allows the GNETS to better meet the needs of students and it allows GaDOE to only reimburse those funds used to fill the gap identified during onsite monitoring.

### Details

Click here to enter text.

**Budget History** (minimum of three years): **NA**

### Performance, Criteria, and Results:

GNETS directors will monitor and report to GaDOE the number and percent of students receiving therapeutic services as well as monitor individual progress in each students' IEP/treatment plan. Providing students with direct clinical therapeutic counseling will increase the number of students who may demonstrate appropriate behaviors and exit GNETS services.

### Summary

The Georgia Department of Education has identified the need to fill therapeutic service gaps across GNETS to ensure all students receiving GNETS services have an equal opportunity to receive direct therapeutic supports from qualified professionals. The state funds will assist with effective planning and delivery of clinical therapeutic counseling services.

### Contacts

Nakeba Rahming, State Director for GNETS

### Attachments (Include the name of the attachments that will be included on eBOARD)

SBOE Item
Powerpoint
Budget Template

GA00792056



**Georgia Department of Education**
**Item for State Board of Education Approval**
**– New Contract –**

Richard Woods, Georgia's School Superintendent
"Educating Georgia's Future"

| | Fast Track: No |
|---|---|

### Item Name

FP – Contract – Contract with GSU to provide Functional Behavioral Assessment/Behavior Intervention Plan (FBA/BIP) Trainer of Trainers

### Summary for Cabinet for eBOARD

The purpose of the FBA/BIP Train of Trainers sessions is two-fold: (1) to increase the capacity of Georgia teachers and student services personnel to implement the functional behavioral assessment/behavior intervention plan (FBA/BIP) process in their schools and (2) to increase the capacity of teachers and student services personnel to train district colleagues on the FBA/BIP process.

### SBOE Approval Process Schedule

| 1<br>Cabinet<br>Viewing 1 | 2*<br>Cabinet<br>Viewing 2 | 3<br>FBO Dry Run<br>Item for Info | 4<br>Dry Run<br>Item for Info | 5<br>State Board<br>Item for Info |
|---|---|---|---|---|
| 08/24/2017,<br>Thursday | Click here to enter a date. | Click here to enter a date. | Click here to enter a date. | Click here to enter a date. |
| 6<br>FBO Dry Run<br>Action Item | 7<br>Dry Run<br>Action Item | 8<br>State Board<br>Action Item | | |
| 09/15/2017,<br>Friday | 09/20/2017,<br>Wednesday | 09/28/2017,<br>Thursday | | |

* If the contract has not changed since Cabinet Viewing 1, you will omit this step. Place "N/A" in the box if this step is omitted.

### Recommendation – Item for Information

At its Click here to enter a date Board meeting, the State Board of Education will be asked to authorize the State School Superintendent to enter into a contract with Click here to enter text at a cost not to exceed  Click here to enter text in Choose an item forClick here to enter text.

### Recommendation – Action Item

It is recommended that the State Board of Education authorize the State School Superintendent to enter into a contract with Georgia State University, Center for Leadership in Disability  at a cost not to exceed $150,000.00 in State Funds  for training school district teachers and student services personnel on how to implement quality FBAs and BIPs.

### Supports the Following Education Goal or Goals in the Agency Strategic Plan

- Increase personalized learning by setting challenging goals, providing effective feedback and supports

Measurable Outcome and Deliverable: Teachers and student services personnel increase in knowledge to write accurate BIPs and train colleagues on the FBA/BIP process.

Measurable Outcome and Deliverable: Discipline data in the Comprehensive Needs Assessment (CNA) tool inform schools of students who may be at high risk for frequent school suspensions or in need of a FBA/BIP as part of their tiered intervention support.

### Rationale

A review of FBAs/BIPs written by teachers and student service personnel suggests that most Behavior Intervention Plans are not written accurately and many times not conducted according to IDEA regulations. BIPs that are written and implemented with fidelity are ineffective at reducing challenging behaviors for students. Of the BIPs that were submitted as a prerequisite for the Trainer of Trainer sessions, 72% did not include enough information to be scored against a nationally-recognized FBA/BIP Scoring Form. Evidence from GNETS file reviews also indicated that some students considered for more restrictive settings did not have completed and/or quality FBAs or BIPs. This suggest that there is a high need for FBA/BIP professional learning for teachers and student support staff across the state.

### Details

| | |
|---|---|
| Contractor: | Georgia State University, Department of Leadership in Disability |
| Amount: | $150,000 |
| Funding Source: | State Funds |
| Objective: | To build capacity for Georgia teachers and student support personnel to write and implement BIPs according to IDEA regulations and with a higher level of fidelity. |
| Renewal Options: | N/A |
| Contract Term: | 10/1/2017 to 6/30/2018 |
| Budget History (up to three years): | N/A |

### Performance

Describe how the contract will be monitored to ensure goods and services are provided in a satisfactory manner: The GNETS state director will monitor the following deliverables: quality of training, participation rates, and quality of redelivery. Payment will only be made after the quality of each training and redelivery session has been verified by the state director.

Performance, criteria, and results: Rated rubrics of each participant's redelivery of FBA/BIP content and increased accuracy of written BIPs. Increased content knowledge of FBA/BIP can assist systems and schools with intervention selection for their District/School improvement plans and decrease the removal of students from their classrooms and schools.

Performance Metrics: GSU, Center for Leadership in Disability staff will meet all deliverables and invoice expectations in a timely manner and provide all data needed to monitor the performance measures.

GA00792058

## Summary

**Date Presented as an Item for Information:** N/A

**Project Scope:**
The contract is to obtain face-to-face trainer of trainers modules and curriculums related to Functional Behavior Assessments/Behavior Intervention Plans (FBA/BIP) for Georgia teachers and student services personnel during the 2018 fiscal year.

**Non-bid process:**\*\*
- ☐ Sole Source justification
    - Provide sole source justification here.
- ☑ Intergovernmental contract
- ☐ Statewide contract
- ☐ Exempt (Please select from the list below)
    - Choose an item.
- ☐ Other (Please describe below.)
    - Click here to enter text.

**Bid process:**\*\*
- ☐ Request for Quote (RFQ)
- ☐ Request for Proposal (RFP)

*\*\* Board item can include only the section that is applicable to the contract.*

## Contacts

Nakeba Rahming, State Director for GNETS

## Attachments (Include the name of the attachments that will be included on eBOARD)

SBOE Item
Budget Template
FBA/BIP Webinar Data
Presentation
Scope of work

GA00792059