# EXHIBIT 115



**Georgia Department of Education**
**Item for State Board of Education Approval**
**– Grant –**

### Item Name
FP – Grant – FY20 GNETS Grant for Supplemental Instruction

### Recommendation – Action Item
It is recommended that the State Board of Education authorize the State School Superintendent to award a grant to 24 Georgia Network for Educational and Therapeutic Support (GNETS) fiscal agents at a cost not to exceed $151,356.00 in State Funds for the purpose of providing teachers with diagnostic data and instructional materials that will be used to enhance and remediate identified academic strengths and weaknesses of students served by GNETS. Funding for the grant is based on a 3 year-rolling average of students enrolled in each GNETS.

### Supports the Following Education Goal or Goals in the Agency Strategic Plan
• Increase personalized learning by setting challenging goals, providing effective feedback and supports
Measurable Outcome and Deliverable: Increase the percentage of high school graduates who are college and/or career ready.
Measurable Outcome and Deliverable: Increase the number and percent of students served by GNETS demonstrating annual academic growth.

### Rationale
The Georgia General Assembly has appropriated funds to meet the educational and therapeutic needs of students served by GNETS. The state funds will be distributed to Georgia Network for Educational and Therapeutic Support (GNETS) fiscal agents to provide students with supplemental instructional tools and teachers with easy access to data for instructional planning. This data will also assist teachers with creating personalized learning goals and engage in strategic data chats for effective feedback to students and parents.

### Details
**Objective:** To provide opportunities for students receiving GNETS services to access evidence-based supplemental instruction that meets their individual needs
**Grant Recipient:** Fiscal Agent for 24 GNETS
**Grant Amount:** $151,356.00
**Funding Source:** State Funds
**Grant Period for Recipient:** 8/1/2019-8/31/2020
**Renewal:** N/A
**Budget History** (minimum of three years):
FY18 $131,376.00
FY19 $160,248.00

### Performance
**Describe how the grant will be monitored to ensure satisfactory performance:** GaDOE conducts annual monitoring of GNETS to assess the fidelity of implementation with the GNETS strategic plan. The supplemental instruction and diagnostic component is an item to be monitored for implementation fidelity on the strategic plan.

**Performance, criteria, and results:** The state level monitoring will ensure students are accessing the supplemental instruction by monitoring GNETS and student progress and instructional usage reports

**Performance Metrics:** GaDOE will monitor the expectations for supplemental instruction outlined in the strategic plan on an annual basis and review reports with growth, performance, and instructional usage quarterly.

## Summary

**Scope of Grant:**
The Georgia Department of Education has identified the need for GNETS to use consistent tools for immediate data collection and monitoring for academic and behavioral outcomes. These funds must be aligned with each program's plan for using a common tool that ensures data aggregation at the state level and are used for immediate action planning and monitoring academic growth at the student's level.

**Purpose of Grant:**
To provide opportunities for students receiving GNETS services to access evidence-based supplemental instruction that meet their individual needs as determined by their IEPs

**History:**

**How the Grant Recipient was Selected:**
☑ Formula Grant
☐ Competitive Grant (FOGA Number <u>Click here to enter text.</u> )

**Describe the grant process:**
Funding for the grant is based on a 3-year rolling average of students enrolled in each GNETS. The grant funds are awarded to the 24 GNETS fiscal agents.

## Contacts

Craig Geers, Associate Superintendent for Federal Programs
Zelphine Smith-Dixon, State Director Division for Special Education Services and Supports
Vickie Cleveland, GNETS Program Manager