# EXHIBIT 116



**Georgia Department of Education**
**Item for State Board of Education Approval**
**– Grant –**

**Item Name**

FP – Grant – FY20 State Allocation-Therapeutic Services Reimbursement for GNETS Fiscal Agents

**Recommendation – Action Item**

It is recommended that the State Board of Education authorize the State School Superintendent to reimburse GNETS fiscal agents at cost not to exceed $846,578.00 in State funds for covering the costs incurred by GNETS to provide therapeutic counseling services to children with identified significant mental health and behavioral needs.

**Supports the Following Education Goal or Goals in the Agency Strategic Plan**

• Expand educational opportunities in order to maximize student engagement, meet a variety of student interests, and ensure the relevance of learning
Measurable Outcome and Deliverable:   The number and percent of students provided with direct clinical therapeutic counseling and services.

**Rationale**

The ratio for students to therapeutic staff were reviewed by GaDOE during annual onsite monitoring to determine how well each GNETS implemented the strategic plan and state gaps analysis. The onsite monitoring and gap analysis continues to reflect that some GNETS had a high student to therapeutic staff ratio and/or could not afford to hire therapeutic staff because the 2018-19 GNETS grant funds were not sufficient for some GNETS to cover the cost of direct therapeutic services. Reimbursing GNETS fiscal agents for additional therapeutic staff allows GNETS to better meet the needs of students and it allows GaDOE to only reimburse those funds used to fill the gap identified during onsite monitoring and state gap analysis review.

**Details**

| | |
|---|---|
| **Objective:** | To provide therapeutic counseling services for students receiving GNETS services. |
| **Grant Recipient:** | Fiscal Agent for 11 GNETS |
| **Grant Amount:** | $846,578.00 |
| **Funding Source:** | State Funds |
| **Grant Period for Recipient:** | 8/1/2019-8/31/2020 |
| **Renewal:** | N/A |
| **Budget History** (minimum of three years): | FY19 $724,757.00 |
| | FY18 $670,740.00 |

**Performance**

**Describe how the grant will be monitored to ensure satisfactory performance:** GaDOE conducts annual monitoring of GNETS to assess the fidelity of implementation with the GNETS strategic plan. The behavior and therapeutic supports component is an item to be monitored for implementation fidelity on the strategic plan.

**EXHIBIT 617**

**Performance, criteria, and results:** The state level monitoring will ensure students are receiving therapeutic supports by monitoring GNETS and student progress reports.

**Performance Metrics:** GaDOE will monitor the expectations for delivery of clinical therapeutic counseling services outlined in the strategic plan on an annual basis and review quarterly the number and percent of students provided with direct clinical therapeutic counseling and services.

**Summary**

**Scope of Grant:**
The Georgia Department of Education has identified the need to fill therapeutic service gaps across GNETS to ensure all students receiving GNETS services have an equal opportunity to receive frequent and direct therapeutic counseling from qualified professionals. The state funds will assist with effective planning and delivery of clinical therapeutic counseling services.

**Purpose of Grant:**
To provide opportunities provide therapeutic counseling services to children with identified significant mental health and behavioral needs.

**History:**

**How the Grant Recipient was Selected:**
☑ Formula Grant
☐ Competitive Grant (FOGA Number Click here to enter text. )

**Describe the grant process:**
Funding for the grant is based on a 3-year rolling average of students enrolled in each GNETS. The grant funds are awarded to the 24 GNETS fiscal agents.

**Contacts**

Craig Geers, Associate Superintendent for Federal Programs
Zelphine Smith-Dixon, State Director Division for Special Education Services and Supports
Vickie Cleveland, GNETS Program Manager