# EXHIBIT 117

Message

| | |
|---|---|
| **From:** | Nakeba Rahming [NRahming@doe.k12.ga.us] |
| **Sent:** | 6/24/2016 2:35:32 PM |
| **To:** | Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith] |
| **Subject:** | Therapeutic Supports |
| **Attachments:** | Overview of Clincal Staff and Therapeutic Services for GNETS.pdf; Clinical Staff for Therapeutic Supports in GNETS.pdf |

Here are my docs. I will call to discuss feedback. I opened your document and will review it today.



PLAINTIFF'S EXHIBIT 71

**Nakeba N. Rahming, Ed.S.**
Program Manager
Georgia Network for Educational and Therapeutic Supports
(GNETS)
1870 Twin Towers
205 Jessie Hill Jr. Drive
Atlanta GA. 30303
**Office** 404-656-6244   **Fax:** 404-651-6457
**Email:** nrahming@doe.k12.ga.us

*"Educating Georgia's Future"*

GA00197223

**Reviews for clinical staff within a therapeutic setting to serve students**

In an effort to validate the decisions around GNETS provision of therapeutic services for students, a comprehensive review of other identified therapeutic schools were researched. These schools were researched to identify the staff needed to ensure opportunities for therapeutic supports would be provided for children as expected. The programs reviewed and the makeup of their clinical staff serve as a basis to compare the makeup of the clinical staff at each of the 24 GNETS programs. Based on this comparison, it was determined whether or not identified GNETS programs were staffed to provide therapeutic/behavioral services to students with significant Emotional/Behavioral needs like other therapeutic programs.

Information was triangulated from the GNETS Grant Applications, GNETS Directors Interviews and other Therapeutic programs.

### Site 1: Renton Academy, Renton School District (WA)

- Renton Academy has 42 students with **10 clinical staff members and 1 consultant** (ratio of 1:4) and serves students with emotional and behavioral difficulties.
    - 1 School Counselor
    - 1 School Psychologist (.4)
    - 2 Mental Health Specialists
    - 6 Behavior Technicians
    - 1 Consulting Psychiatrist (6 hours a month)

### Site 2: Safe Haven Schools, Therapeutic Day School (IL)

- Safe Haven, Northfield Campus has **6 clinical staff members** and serves students with emotional and learning disabilities as well as autism.
    - 4 Clinical Case Managers- Licensed Clinical Social Workers (LSCW)
    - 2 Art Therapist

**Site 3: Leeway School for Educational Therapy (CA).** This is private school but very similar to GNETS programs in regards to student placement, some aspects of funding, and student numbers.

- Leeway school has 75 students with **3 full time clinical staff**
    - 3 full-time school psychologist (ratio of 1:25)
    - 1 part-time
        - Speech/Language Therapist
        - Hearing Specialist

Please see the attached document with an overview of clinical staff serving each GNETS program for the 2015-2016 school year.

6/20/2016

Analysis of Clincal Staff avaliable to provide direct therapeutic/behavior supprt to students in GNETS Programs

| Fiscal Agent | Site | All Clincal Staff | LEA Funded clinical staff | Contracted Clinical Staff | Total Students Served | Ratio Staff:Student | Clinical Support | Directors Interviews 6/16/16 |
|---|---|---|---|---|---|---|---|---|
| RESA | Burwell | 3.5 (2 FT School Psychologist, 1 FT SSW, PT Psychologist | 0.5 | | 298 | 1 to 85 | Concerning | Contracting a part-time clinical psychologist |
| RESA | Cedarwood Program | 0 | 0 | 3 (1 BCBA Consultant and 2 teachers for ASD classes at Tucumb Count) | 141 | 1 to 141 | Very Concerning | Did not have the funding to provide additional clinical staff |
| RESA | Coastal Academy | 3 | 1 Nurse | 1 BCBA for ASD/ 1 Counselor/1 Therapist | 222 | 1 to 40 | Ok | |
| RESA | Coastal Georgia Comprehensive | 6 | 0 | 1 Psychiatrist | 240 | 1 to 40 | Ok | |
| LEA | Dekalb-Rockdale | 6 | 2 | | 294 | 1 to 49 | Ok | |
| LEA | Elam Alexander | 7.5 (1 FT and PT Psychologist, 5 SSW, 1 Nurse | 0 | 1 Psychiatrist/ 1 dance instructor | 587 | 1 to 65 | Concerning | Would like to add more clinical staff but feels that the staff |
| LEA | Flint Area Learning | 2 | 0 | | 71 | 1 to 36 | Ok | |
| RESA | Futures Program | 5 | 0 | | 156 | 1 to 31 | Ok | |
| RESA | Harrell Learning | 2 | 0 | | 114 | 1 to 57 | Ok | |
| | H.A.V.E.N | 6.5 | 0.88 | | 345 | 1 to 53 | Ok | |
| LEA | Heartland | 2 (1 SSW, 1 Behavior Specialist | 0 | | 164 | 1 to 82 | Concerning | Did not have the funding to provide |
| LEA | Horizon | 6.5 | 0 | 1 Art Therapist | 200 | 1 to 31 | Ok | |
| RESA | Mainstay | 7.5 | 1 | | 250 | 1 to 33 | Ok | |
| RESA | North Metro | 13 | 0 | 1 psychiatrist/ 1 BCBA | 472 | 1 to 36 | Ok | |
| RESA | Northstar | 2 | 2 | 2 trainers | 121 | 1 to 60 | Ok | |

GA00197225

Analysis of Clinical Staff avaliable to provide direct therapeutic/behavior supprt to students in GNETS Programs

| LEA | | Northwest | | | | | | Very Concerning | |
|---|---|---|---|---|---|---|---|---|---|
| RESA | Oak Tree | 3 | 0 | | | 125 | 1 to 42 | Ok | |
| RESA | Oconee | 2.5 | 0 | | | 114 | 1 to 47 | Ok | |
| LEA | Pathways | 4 | 0 | | | 133 | 1 to 33 | Ok | |
| RESA | River Quest | 2.25 | 2.25 | | | 66 | 1 to 29 | Great | Mirrors other therapeutic models |
| RESA | Bullard | 1 (Therapy team) | 0 | | | 187 | 1 to 187 | Very Concerning | Did not have the funding to provide additional clinical staff |
| LEA | Sand Hills | 1 (1SSW 1 teacher) | 0 | | | 112 | 1 to 112 | Very Concerning | Did not have the funds to provide additional clinical staff |
| LEA | South Metro | 12 | 12 | 1 SEL Trainer | | 284 | 1 to 24 | Great | Mirrors other therapeutic models |
| LEA | Woodall | 4 | 1 | 2 BCBA/1 SSW | | 72 | 1 to 18 | Great | Mirrors other therapeutic models |
| ALL | Programs | 87.25 | 25.63 | | 15 | 5080 | 1 to 43 | Ok | Not good enough |
| | | | 4% | | | | | | In general discussion with the group, |

***National Requirements for Staff:Student Ratios***
*National Associaiton of School Psychologist: 1 to 500 - 700*
*National Association of School Social Workers: 1 to 250 and 1:50 when providing services for students with intensive needs.*
*American School Counselor Associaiton: 1 to 250*
*American Association of School Nurses: 1 to 750*

**GNETS Programs:**
with 1: 86 and above ratios were marked as very concerning.
with 1: 61 to 85 ratios were marked as concerning.
with 1: 30 to 60 Ratio or lower was marked okay.
with 1: 1 to 29 ratios were marked as great.

GA00197226

## Analysis of Clincal Staff available to provide direct therapeutic/behavior supprt to students in GNETS Programs

### Reviewed Therapeutic Programs Staff:Student Ratios
Renton Academy 1:4
Leeway Schools 1:22

Compared to other therapeutic models, many of the GNETS programs are operating below the expected student clinical staff ratio for therapeutic services. Some of the programs are therefore challenged in providing the reccommended amount of therapeutic supports to facilitiate optimal turn around in students' behaviors.

### Education Departments, Mental Health Angcies and Private Therapist Caseloads
Maine Department of Education Requirements are 50 students per FTE of a therapist

Gerogia Department of Education Requirments for SLP - 55 students
Ohio Department of Education recommendations for School Psychologist - 75 students
Reccomendations in the literature for private therapist were between 28-35 patients

Digging deeper some of the expected clinical services are being provided by non-credentialed personnel trained by GNETS and/or credentialed in another without formal training or certification to deliver counseling services.

Additionally, they want to provide therapeutic services, but by pass the quality of services provided. The major reason for using non-credentialed and under qualified staff are that it is most cost effective or it is all the program can afford due to budget limitations. During the discussion with the large group, it was evident that quantity over quality is a concern that will continue for GNETS as well as some LEAs.

GA00197227