# EXHIBIT 118

PLAINTIFF'S EXHIBIT 74

Message

**From:** Nakeba Rahming [NRahming@doe.k12.ga.us]
**Sent:** 8/22/2017 11:25:30 PM
**To:** Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith]
**Subject:** Please provide feedback

GNETS staff must be qualified to meet the needs of its unique population of students requiring intensive individualized supports for both instruction and therapeutic services identified in the student's IEP.

- The GaDOE has identified gaps in clinical staff (i.e., certified or licensed social workers and psychologists) to provide intensive individualized therapeutic services to students served by GNETS.
- Based on this information, GaDOE has approved therapeutic staffing agencies to contract with GNETS fiscal agents to fill these identified gaps.
- If the fiscal agent decides to enter into an agreement with a GaDOE approved provider, It is important that the fiscal agent review the agreement from the provider and make any adjustments that they deemed to be necessary. Including statements related to the contractors liability for this service.

There are two options for fiscal agents to consider:
1. The fiscal agent may receive a reimbursement from GaDOE for the provision of clinical therapeutic related services only when entering into an agreement with a GaDOE approved provider **or**
2. The fiscal agent may determine how therapeutic services such as skills-based interventions would be provided by non-certified personnel as well as clinical therapeutic related services for intensive students by licensed/certified personnel without a reimbursement from GaDOE.

GA00198949