# EXHIBIT 119

PLAINTIFF'S EXHIBIT 380

**Message**

**From:** Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV]
**Sent:** 5/20/2019 4:41:17 PM
**To:** Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** RE:
**Attachments:** GNETS One Pager for SBOE Therapeutic Supports.docx

See final draft. Just made a few more changes.

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

**From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Sent:** Monday, May 20, 2019 12:09 PM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** RE:

See updates to document

LaKesha Stevenson, Ed.D
Program Specialist
Division for Special Education Services & Support
Georgia Department of Education
1870 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334-5010
Office: (404) 232-7991
Cell: (470)423-6990
Email: lstevenson@doe.k12.ga.us
www.gadoe.org

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Monday, May 20, 2019 11:22 AM
**To:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Subject:** RE:

GA00346118

Wow, This looks great. For the graph I would add 2018-19 school year.

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

**From:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Sent:** Monday, May 20, 2019 11:18 AM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:**

Take a look at this and let me know if this works and what changes should be made.

*LaKesha Stevenson, Ed.D*
Program Specialist
Division for Special Education Services & Support
Georgia Department of Education
1870 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334-5010
Office: (404) 232-7991
Cell: (470)423-6990
Email: lstevenson@doe.k12.ga.us
www.gadoe.org

GA00346119



# Georgia Network for Educational and Therapeutic Supports



**The Georgia Network for Educational and Therapeutic Support (GNETS)** is comprised of 24 programs which support the local school systems' continuum of services for students with disabilities, ages 5-21. The programs provide comprehensive educational and therapeutic support services to students who might otherwise require residential or other more restrictive placements due to the severity of one or more of the characteristics of the disability category of emotional and behavioral disorders (EBD).

## 24 GNETS Programs

**11 GNETS programs received grant reimbursement for Licensed Clinical Social Worker (LCSW) or Master of Social Work (MSW)**

**Types of Therapeutic Interventions Provided**
- Cognitive Behavior Therapy
- Dialectical Behavior Therapy
- Group Skills Streaming
- Mindfulness: Reduce stress and Anxiety
- Individual/Group Counseling
- Clinical Interviewing
- Engagement Therapy
- Psychoeducational Supports: Coping Skills, Anger Management, De-escalation

## School Year 2018-2019



Number of students receiving interventions



Georgia Department of Education
1820 Twin Towers East
205 Jesse Hill Jr. Dr. SE
Atlanta, GA 30334
www.gadoe.org


@georgiadeptofed

GA00346120

GA00346121