# EXHIBIT 120

PLAINTIFF'S EXHIBIT 384

Message

| | |
|---|---|
| **From:** | Jacqie Neal [jacqieneal@northstar-gnets.com] |
| **Sent:** | 12/14/2017 2:30:20 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **CC:** | Nakeba Rahming [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=879d33dd936548a39333444c70241d1f-Nakeba Rahm] |
| **Subject:** | FW: Assurance - RESA-NS-StaffRehab |
| **Attachments:** | Assurance - RESA-NorthStar-StaffRehab - Lindsey Radabaugh.pdf; GNETS Needs Statement for Support with Temporary Therapeutic Staff Services Form.pdf |

Attached are the DOE documents regarding the state funded social work position.

**From:** Kathy Bierce
**Sent:** Thursday, December 14, 2017 9:23 AM
**To:** Jacqie Neal <jacqieneal@northstar-gnets.com>
**Subject:** Assurance - RESA-NS-StaffRehab


Kathy Bierce,
Lead Secretary for Program Operations
NorthStar Jasper
(PH) 706-253-1790
(FAX) 706-253-1795

## FY18 GaDOE Approved GNETS Temporary Therapeutic Services Assurances
### GNETS: NorthStar Educational and Therapeutic Services

North GA RESA, fiscal agent for the NorthStar Georgia Network for Educational and Therapeutic Support (GNETS), has entered into a service agreement with Lindsey Radabaugh (contract employee of Staff Rehab) to provide counseling/therapy to students requiring targeted and intensive supports. I understand that funds granted to GNETS for this service will be sent to the fiscal agent. I further understand and agree that:

1. The fiscal agent will enter into a temporary staffing service agreement with a state approved therapeutic staffing service provider for the current school year.

2. The GNETS director will coordinate with the state approved therapeutic staffing service provider to ensure that a work space, supplies, and student records are made available for the contracted therapeutic professional to provide services for the students.

3. The GNETS director will provide general supervision and direct the therapeutic activities of the contracted therapeutic professional.

4. The GNETS director will ensure that all students in need of targeted and intensive therapeutic services are provided weekly/bi-weekly therapeutic sessions by a qualified contracted therapeutic professional.

5. Upon request, the GNETS director will provide data to GaDOE with caseloads, social-emotional progress monitoring data and fidelity of therapeutic sessions provided by the contracted therapeutic professional.

6. GaDOE will coordinate with service providers to ensure that there is an understanding of the type of services that will be required for GNETS and ensure that the contracted therapeutic professional meets the necessary qualifications to provide counseling/therapy for students.

Dr. Sam DePaul
Executive Director North Ga RESA    *Signature*    12/11/17
Fiscal Agent                                        Date

Dr. Jacqie Neal                       *Signature*    11-15-17
GNETS Director                                      Date



# GNETS Needs Statement for Support with Temporary Therapeutic Staff Services

*The Needs Statement should align with your current need for therapeutic support, tell a story that conveys your knowledge of the service delivery gap, why the service delivery gap exists and demonstrate that your program understands the need well enough to address the problem.*

What is the problem?

We are currently not meeting recommended therapeutic staffing guidelines provided by the GA Department Of Education. The guidelines recommend one full time social worker based on the number of students that we serve. This means that some areas of my program go without consistent therapeutic support for students.

Why does this problem exist? (provide as much hard evidence as possible to indicate the gap in your counseling/therapy services).

NorthStar serves a large region which includes three distinct areas which cannot be consolidated due to the length of the bus routes for students. For this reason, we have to have some duplication of services in the three areas that results in higher overall costs to staff our program. Resources have been available to provide on-site therapeutic supports in my larger areas. Unfortunately, in my smaller area there have been insufficient resources for these supports. We have relied on local supports for emergency's and then I as the director (and a social worker) would attempt to leave where I was to come on site and support. This is not always possible with my other obligations. This results in reactive crisis management versus consistent proactive, timely intervention.

What actions are/have been taken to fix the problem (i.e., to minimize the gap identified in your counseling/therapy services)?

During the two years where we had no staff in dedicated clinical positions, we attempted to work with external agencies to fill these gaps but have found that these arrangements are unreliable and sometimes lack the quality of staff necessary for intervention effectiveness. We have also tried to have staff wear two hats (administrative and counseling) but have found that the quality, consistency, and pro-activeness of interventions are difficult to maintain. We have worked with our LEA's this year to provide funding one 1/2 time psychologist and one 1/2 time counselor to provide 1-2 days of counseling (individual and group therapy) per week. Even with this allocation, one one of our areas still has no consistent on-site therapeutic support four days a week.

What percent of your students will receive this targeted and intensive counseling/therapy?

This staff will have some responsibilities program wide (approximately 100 students) as she will be assisting with our trauma informed initiative. She will also be piloting a group trauma intervention with a subset of our students. She will also be providing therapeutic coaching to about 30 students. This individual will work closely with our psychologist to ensure that strategies introduced in 1:1 or group counseling are reintroduced or reviewed with students as they seek to apply these skills during the week.

How will you implement and monitor the temporary therapeutic staff services to address the problem?

The goal for implementation is that this staff will be assigned to the Fannin County NorthStar site. She will have some release time to work with our Trauma Champion to ensure implementation in Fannin County. The remainder of her time will be spent delivering the S.E.L.F. group trauma curriculum to targeted students or supporting students attempting to apply skills learned in their therapy sessions (Dialectical Behavior Therapy, Individual Therapy goals, S.E.L.F. concepts) in the classroom setting. To monitor this service, the staff will provide lesson plans for her group activities to ensure integrity with the curriculum. She will also document classroom support activities. The Director will observe this staff in training and counseling sessions, as well as in her classroom interventions to further assess fidelity. The Director will also obtain feedback from our other consumers (students, staff, colleagues) that will interact with this staff consistently. The Director will work with the psychologist to ensure progress monitoring of students with targeted therapeutic needs to ensure we are monitoring the effectiveness of our combined therapeutic interventions.

GA00014293