# EXHIBIT 121

| | |
|---|---|
| **Message** | |
| From: | Lisa Futch [lfutch@coastalacademygnets.com] |
| Sent: | 2/26/2020 1:24:35 PM |
| To: | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| Subject: | Therapeutic Services Grant |

Vickie,

My therapeutic services providers will no longer be getting the grant that they have been receiving to off-set CAGNETS cost to provide therapeutic services to our students. We have been getting those services for $47,500 for the year. That is for four gnets sites with three of those sites receiving therapeutic counseling services from LPCs 2 days per week and my smallest site (McIntosh) receiving services 1 day per week. Since they will not be receiving the additional grant that has been assisting with the cost of these services, it will costs CA GNETS $70,000 to receive the services for school year 20-21. Can we receive an increase in the amount of money we currently receive from the therapeutic services grant to $70,000 for the 20-21 school year. I know that money is tight, but I can assure you it is being well utilized at Coastal Academy. Is there an application process? I would be glad to complete it and submit.

Please let me know

Lisa Futch

EXHIBIT 555

GA00097408