# EXHIBIT 122

Message

| | |
|---|---|
| **From:** | Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV] |
| **Sent:** | 8/19/2020 5:17:59 PM |
| **To:** | Shaun Owen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f149da819b3d4fcea346f9249fb0c55e-Sonia Owen]; Zelphine SmithDixon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffd8dcf803db420f8d7529093ed93d79-Zelphine Sm] |
| **Subject:** | Weekly agenda |
| **Attachments:** | GNETS Weekly meeting 8-19-2020.docx |

Good afternoon,
See attached agenda for our meeting today.
Vickie

EXHIBIT 702

GA05057496



## GNETS Weekly Meeting
### Wednesday, August 12, 2020 (Agenda moved to 8/19/2020 meeting)
### 1:30 pm -2:00 pm

| Topic(s) | Action Steps/Follow Up |
|---|---|
| **Legal Updates** | [redacted] |
| **Budget** | <ul><li>Met with Geronald- shared that the budget formula changes each year from OPB office</li><li>Will there be any consideration for additional funding for GNETS?</li><li>Stakeholders group to discuss GNETS funding and programming?</li></ul> |
| **LEA Collaborative** | <ul><li>LEA collaborative to discuss funding, etc for GNETS?</li><li>Last collaborative was 2018</li></ul> |
| **Supplemental Instruction (*iReady*)/Assessments** | <ul><li>Grants have been allocated for *iReady* licenses</li><li>Summary reports reviewed</li><li>Brandon will provide results of first diagnostic in September</li><li>BASC contract approved-directors can access the assessments as soon as I get the signed contracts from them</li></ul> |
| **Strategic Plan Reviews** | <ul><li>**Discuss strategic plan rating change with Zel and Shaun**</li><li>**Website-Strategic Plan-we've updated revisios**</li><li>**Planning to complete make-up reviews for 8 programs in September**</li><li>**Eight GNETS scheduled for reviews for FY21; do we need to consider putting them all back in the rotation??**</li><li>**Review production of documents with Zel**</li><li>**GNETS manual**</li><li>Strategic plan reviews are scheduled for September (make-up reviews)</li><li>Rating was updated/moved from numerical rating to rubric</li><li>FY21 reviews will take place in the spring</li><li>Lakesha will work with DL in RDA to complete the reviews</li></ul> |

GA05057497

GaDOE
Georgia Department of Education
Richard Woods, Georgia's School Superintendent
"Educating Georgia's Future"

|  |  |
|---|---|
|  | <ul><li>Only 8 sites will be monitored this year</li><li>Directors are uploading data in preparation for the reviews; info discarded after review</li><li>8/11/2020-Lakesha provided TA for new directors and</li></ul> |
| **GOIEP updates** | <ul><li>Meeting with Linda on Wednesday to discuss updates (TA scheduled for Monday 8/17/2020 with directors)</li><li>Updates have been piloted with a few sites and feedback is positive (reporting component added)</li></ul> |
| **Therapeutic supports data** | <ul><li>Data is collected on the 1st of month for each site regarding therapeutic supports that are being implemented for GNETS that receive the grant; we will continue to collect this data</li><li>Encouraged other sites that do not receive the grant to also establish a method to track this data</li><li>11 sites receive a grant to fund a LCSW/MSW</li><li>Grants have been allocated.</li></ul> |
| **GNETS monthly webinars** | <ul><li>Lakesha and I conduct a monthly webinar with GNETS directors on updates</li><li>Next webinar scheduled for August 25, 2020 at 1:00 ( AT and TKES/LKES, GNETS I updates will be on the agenda)</li><li>I have scheduled meetings for math, science and social studies content integration specialists to present</li><li>Other updates provided: budget, assurances, CC meetings, monitoring of student folders, etc</li></ul> |
| **Other** | <ul><li>Directors inquired about which calendars to follow for return to school (they are following calendar and return to school schedule of LEAs)</li><li>We are sending out a survey this week to get info on what model (remote, hybrid, in-person) the programs will be using for return to school (see survey; waiting on GNETS to send info)</li><li>Some programs had/having challenges with access to wi-fi</li><li>GEMA PPE equipment for GNETS centers (spoke with Greg on 8/12/2020 at GEMA office</li></ul> |

GA05057498



|  | regarding PPE. He's going to follow up with me)<br>• Approval needed for law book purchase |
|---|---|
|  |  |

GA05057499