# EXHIBIT 123

Message
_____

| | |
|---|---|
| **From:** | Jacqie Neal [jacqieneal@northstar-gnets.com] |
| **Sent:** | 12/12/2017 12:22:37 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **CC:** | Fran Whitfield [fran.whitfield@ngresa.org] |
| **Subject:** | DOE Therapeutic Position |

Hi Vickie

I hope all is well with you.  The state approved a part-time therapeutic position for my region which we just filled. We have the contracts signed but I wasn't sure what the reimbursement process was from the state. Do you happen to know? I have copied my RESA finance director. Thanks



EXHIBIT

847

GA00014174