# EXHIBIT 124

PLAINTIFF'S EXHIBIT 766

Message

| | |
|---|---|
| From: | Ted Beck [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0420A15FE7DC4752898156E95943F0B4-JAMES BECK] |
| Sent: | 9/28/2017 12:14:36 PM |
| To: | Larry Winter [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d786ca4e18aa4eada89c7deb9fd56fa4-Larry Winte] |
| Subject: | FW: Item Requested by Mr. Winter in Budget Committee Meeting |
| Attachments: | Reimbursement for Therapeutic Counseling Services for GNETS Fiscal Agent.pdf |

**From:** Nakeba Rahming
**Sent:** Wednesday, September 27, 2017 9:33 PM
**To:** Ted Beck <tbeck@doe.k12.ga.us>
**Cc:** Matt Jones <mattjones@doe.k12.ga.us>
**Subject:** Item Requested by Mr. Winter in Budget Committee Meeting

Hi Ted,

The attached document addresses Mr. Winters question related to the allocations for the therapeutic services board item. It outlines the amount to be reimbursed for each of the GNETS fiscal agents when a therapeutic provider is contracted to provide therapeutic services. His recommendation was for us to add this information as an attachment to the board item to ensure that the names of the fiscal agents, GNETS, and the reimbursable amounts are transparent.

Please let me know if I will need to do anything further to meet this request.

Nakeba

GA00284672

Georgia Department of Education
FY 18 - Therapeutic Services Reimbursement for GNETS Fiscal Agents

For the Provision of Indivdiual and Group Therapeutic Counseling

| Fiscal Agent | GNETS | Riebusrement up to: | Mental Health Therapist |
|---|---|---|---|
| First District RESA | Ceedarwood | $87,300.00 | 1 |
| Richmond County | Sand Hills | $62,000.00 | 1 |
| Heart of Georgia RESA | Heartland | $82,500.00 | 1 |
| Oconee RESA | Oconee GNETS* | $69,340.00 | 0.9 |
| Dekalb/Rockdale | Eaglewoods Academy* | $18,160.00 | 0.1 |
| Thomas County | Pathways | $62,500.00 | 1 |
| Northwest Georgia RESA | Northwest | $82,733.00 | 1 |
| Crsip County | Flint | $70,707.00 | 1 |
| Northeast Georgia RESA | Rutland | $87,500.00 | 1 |
| North Georgia RESA | North Star | $48,000.00 | 1 |
| Totals | 10 | $670,740.00 | 9 |

*Therapist will be shared between Oconee GNETS and Eaglewoods Academy*

GA00284673