EXHIBIT 125

EXHIBIT
750

Message

| | |
|---|---|
| **From:** | John Wight [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9A3A9C8B2D56427BB4D2E56F6A432E47-JOHN WIGHT] |
| **Sent:** | 4/5/2019 3:30:06 PM |
| **To:** | DOE Users [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c8a80310438b4b51a030d36f847ee9e9-DOE Users] |
| **CC:** | Matt Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=abd3077d60454d81b1bef049297710af-Matt Jones] |
| **Subject:** | RE: ALL DOE Update Webinar - Friday, April 5 |
| **Attachments:** | All DOE Updates 4.5.19.pdf |

Everyone,

Thank you for attending our webinar today.  The ppt is attached and the recording link is below.

https://attendee.gotowebinar.com/recording/8174039219181633283

If you need any assistance, please let me know.

John

John Wight
Director, Federal Programs
Georgia Department of Education
1854 Twin Towers East
205 Jesse Hill Jr. Drive
Atlanta, GA  30334
(404) 463-1857 - Office
(404) 821-9741 - Cell
(770) 408-4202 - Fax
jwight@doe.k12.ga.us

*"Educating Georgia's Future"*

**From:** John Wight
**Sent:** Wednesday, April 3, 2019 3:53 PM
**To:** DOE Users <DOEUsers@doe.k12.ga.us>
**Cc:** Matt Jones <mattjones@doe.k12.ga.us>
**Subject:** ALL DOE Update Webinar - Friday, April 5

Everyone,

This is a reminder of our "ALL DOE Updates" webinar scheduled for Friday, April 5 at 10:00 AM.  Plan to join us for updates from the current legislative session as well as highlights on the education related aspects of the state budget.

If you have not registered for our "All DOE Updates" series, you may do so here:
https://attendee.gotowebinar.com/register/1037026775029332994

If you need any assistance, please let me know.

John

John Wight
Director, Federal Programs
Georgia Department of Education
1854 Twin Towers East
205 Jesse Hill Jr. Drive
Atlanta, GA  30334
(404) 463-1857 - Office
(404) 821-9741 - Cell
(770) 408-4202 - Fax
jwight@doe.k12.ga.us

*"Educating Georgia's Future"*

GA00007218

GA00007219



# ALL DOE Updates

## April 5, 2019

Richard Woods, Georgia's School Superintendent | Georgia Department of Education | *Educating Georgia's Future*

GA00007220



# Legislative Updates

## Matt Cardoza, Assistant Director of Policy

### April 5, 2019

Richard Woods, Georgia's School Superintendent | Georgia Department of Education | *Educating Georgia's Future*



GA00007221

# 2019 Legislative Session Recap

- Legislative Day 40 (SINE DIE) – Monday, April 2

- 92 education-related bills were filed during the 2019 session.

- 24 education-related bills passed both chambers and will be sent to the Governor.

- The Governor has 40 days to veto bills.

GA00007222



# 2019 Legislative Session Recap

| Bills | Education-Related Bills Passed Both Chambers and Will be Sent to the Governor |
|---|---|
| HB12 | Mandates child abuse reporting posters in schools with DFCS phone number |
| HB 59 | Military-connected students may pre-enroll in school based on military orders to parent; charter school board voting, and charter school out-of-district enrollment |
| HB 68 | Restricts accrediting agencies from qualifying as a Student Scholarship Organization |
| HB 70 | Providing guardians of minors and developmentally disabled adults rights |
| HB 83 | Mandatory recess in K-5 schools for at least 30 minutes each day with provisions |
| HB 130 | Georgia Foundation for Public Education non-profit status |

GA00007223



# 2019 Legislative Session Recap

| Bills | Education-Related Bills Passed Both Chambers and Will be Sent to the Governor |
|---|---|
| HB 197 | Strategic Integrated Data System for state agencies |
| HB 315 | Consultants that assist in drafting bids have limitations for responding to RFPs |
| HB 322 | Revises the provisions relating to advertisement of certain bid or proposed opportunities for goods and/or services from $10,000 to $100,000 |
| HB 346 | "Healthy Housing" bill to protect tenants that report unhealthy living conditions |
| HB 459 | School bus driver verification of CDL license |
| HB 514 | Behavioral Health Reform and Innovation Commission |
| HB 527 | Updates QBE program weights to align with State Code |
| HB 530 | Protecting students withdrawn from school without enrolling in homeschool, private school, or another public school after 45 days; mandatory referral to DFCS |

GA00007224



# 2019 Legislative Session Recap

| Bills | Education-Related Bills Passed Both Chambers and Will be Sent to the Governor |
|---|---|
| SB 2 | Allows EMCs to offer broadband in their service areas |
| SB 9 | Penalties for sexual assault of students by school staff member |
| SB 15 | School safety; requires site risk assessment; safe school plans; and other provisions |
| SB 25 | School Bus Passing (Governor Signed) |
| SB 48 | Mandatory dyslexia screening of kindergarten students after three-year pilot based on state funding; screen for dyslexia when referred to RTI |
| SB 52 | Code revisions from recommendations of the Code Revision Commission; repeal portions of Code, or Acts which have become obsolete, have been declared to be unconstitutional, or have been preempted or superseded by subsequent laws; to codify principles of law derived from decisions of the state Supreme Court |

GA00007225

# 2019 Legislative Session Recap

| Bills | Education-Related Bills Passed Both Chambers and Will be Sent to the Governor |
|---|---|
| SB 60 | Mandatory cardiac arrest education for interscholastic participants in grades 6-12 |
| SB 67 | Provides for eligibility for regular funding, advance funding, and low-wealth capital outlay funding for educational facilities that are extensively destroyed or damaged by a fire or natural disaster |
| SB 83 | Develop additional Bible history classes and codified the REACH program |
| SB 108 | Mandatory computer science requirements for middle and high schools |
| SR 452 | Senate Study Committee on the Financial Efficiency Star Rating (FESR) |



Richard Woods, Georgia's School Superintendent ⫶ Georgia Department of Education ⫶ Educating Georgia's Future

GA00007226



# HB 31 FY20 Education Appropriations

**All DOE Webinar
Jon Cooper Budget Director
April 5, 2019**



GA00007227

# 10-Year Georgia Department of Education Appropriations

| Fiscal Year Appropriation Bill | Georgia Department of Education Appropriations |
|---|---|
| FY11 HB 948 | $6,989,931,274 |
| FY12 HB 78 | $6,969,195,136 |
| FY13 HB 742 | $7,168,032,040 |
| FY14 HB 106 | $7,409,293,094 |
| FY15 HB 744 | $7,944,481,675 |
| FY16 HB 76 | $8,502,129,564 |
| FY17 HB 751 | $8,911,091,964 |
| FY18 HB44 | $9,427,358,368 |
| FY19 HB684 | $9,937,438,469 |
| FY20 HB31 | $10,644,827,624 |



Georgia Department of Education Appropriations

GA00007228



Richard Woods, Georgia's School Superintendent | Georgia Department of Education | *Educating Georgia's Future*

GA00007229



# FY20 HB 31 Funding by Type



0.79%
0.33%
8.35%
90.53%

■ Program ■ State Schools ■ Grants ■ QBE

*Richard Woods, Georgia's School Superintendent | Georgia Department of Education | Educating Georgia's Future*



GA00007230

# FY20 HB 31 Funding by Change



0.14% — 0.77%

72.89%

23.69%

2.51%

▓ Statewide  ▓ Program Operations  ▓ Teacher Salary Increase  ▓ TRS  ▓ Enrollment Growth

*Richard Woods, Georgia's School Superintendent | Georgia Department of Education | Educating Georgia's Future*

HB 31 Details

# Agricultural Education

- **$461,951 for the $3,000 increase in the state base salary.**

- **$299,216 for camp personnel and operations.**

- **$83,462 for local law enforcement security at camps.**

- **$205,000 to fully fund Extended Day and Extended Year.**



Richard Woods, Georgia's School Superintendent | Georgia Department of Education | *Educating Georgia's Future*

GA00007231



GA00007232

## HB 31 Details

## Charter Schools

- **$2,000,000 for facilities grants for charter schools per HB 430.**

## Communities in Schools

- **$200,000 increase to expand the comprehensive Communities in Schools model of wraparound supports to new schools.**

HB 31 Details

# Curriculum Development

- **$750,000 to provide grants for professional development programs for teachers providing instruction in computer science courses and content per SB 108.**

- **$100,000 for a two-year pilot program to demonstrate and evaluate the effectiveness of early reading assistance programs for students with risk factors for dyslexia per SB 48.**



GA00007233

HB 31 Details

# Georgia Network for Educational and Therapeutic Support

- ($3,500,426) reduction (($4,786,001) reduction based on enrollment decline and $1,285,575 redirected for existing behavioral and therapeutic services contracts).

- $3,319,987 for the $3,000 increase in the state base salary.



GA00007234

HB 31 Details

# Non Quality Basic Education Formula Grants (Sparsity and Residential Treatment Facilities Grants)

- $1,117,174 increase to the Sparsity Grant for the TRS increase,$3,000 increase in the state base salary, and study for updating the formula calculation.

- $629,832 increase to the Residential Treatment Facilities Grant for the TRS, $3,000 increase in the state base salary, and enrollment growth.

- $1,000,000 for feminine hygiene grant for low-income students.

GA00007235

## HB 31 Details

### Nutrition

- **$451,260 increase to the Nutrition grant for a 2% salary increase.**

### Preschool Disabilities Services

- **$3,818,325 increase for enrollment growth and training and experience.**

- **$2,068,062 increase in the state base salary.**



GA00007237



## HB 31 Details

### Pupil Transportation

- $2,550,830 increase for enrollment and 2% salary increase.

### Quality Basic Education Equalization

- $78,644,980 increase for Equalization grants:
  - Net Equalization Digest increased by $50,748,745,599.
  - This contributed in increasing the statewide average per weighted FTE from $144,821 to $151,229.

### Quality Basic Education Local Five Mill Share

- ($115,253,499) adjustment for Local Five Mill Share.

Richard Woods, Georgia's School Superintendent | Georgia Department of Education | Educating Georgia's Future



GA00007238

## HB 31 Details

# Quality Basic Education

- **$18,235,604 for the increase in TRS from 20.90% to 21.14%.**

- **$133,652,437 for FTE enrollment and T&E growth.**

- **($1,473,790) reduction in HB 280.**

- **$979,919 increase for the charter system grant.**

- **$46,882,920 increase for the State Commission Charter School Supplement.**

- **$522,122,265 for the increase of the base teacher salary.**

GA00007239

HB 31 Details

# Regional Education Service Agencies (RESAs)
- **$599,917 increase to the RESA formula calculation**

## School Improvement
- **$1,000,000 increase for additional high school counselors and enriching counseling programs for Title I schools.**

## State Schools
- **$813,977 increase for training and experience and base teacher salary.**



GA00007240



HB 31 Details

## Technology/Career Education

- **$775,362 increase for the base teacher salary.**

- **$220,000 increase to reach and maintain industry certification in the field of construction in collaboration with the Construction Education Foundation of Georgia.**

- **$323,000 increase for life science industry certification to rural school districts in collaboration with Georgia Youth Science and Technology Centers.**

- **$250,000 for cyber security initiatives in high schools.**



GA00007241

## HB 31 Details

## Testing

- **$3,452,650 increase to provide one Advanced Placement (AP) exam for low-income students and one AP STEM exam for all students.**

- **Utilize $175,000 in existing funds to support the innovative assessment pilot program established by SB 362.**



GA00007242

# Budget Services Division

www.gadoe.org

Finance and
Business
Operations

Budget Services

**Contact Information**

Jon Cooper (Budget Director) 404-463-6785
Geronald Bell (Assistant Budget Director) 404-651-7582
Carmen Freemire (Federal Budgets Manager 404-463-5060
Amber Todd (Budget Analyst II) 404-656-5770
Konica Goodson (Budget Analyst II) 404-657-5754
Shernita Howard (Budget Analyst II) 404-463-2722

GA00007243

# Preparing students for life.

**mcardoza@doe.k12.ga.us**

**www.gadoe.org**

 @georgiadeptofed

 

 youtube.com/georgiadeptofed



Georgia Department of Education