# EXHIBIT 126

Message

**From:** Nakeba Rahming [NRahming@doe.k12.ga.us]
**Sent:** 7/13/2017 10:34:19 PM
**To:** Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith]
**Subject:** FY18 Therapeutic Staff Assurance
**Attachments:** FY18 Thereapeutic Staff Assurances.docx

PLAINTIFF'S EXHIBIT 72

Please review and let me know your thoughts. We can work on edits tomorrow 😊

GA00198908

> **FY18 GaDOE Approved GNETS Temporary Therapeutic Services Assurances**
>
> GNETS:_____

_____ Georgia Network for Educational and Therapeutic Support (GNETS) Fiscal Agent, has entered into a service agreement with _____ to provide counseling/therapy to students requiring targeted and intensive supports. I understand that funds granted to the GNETS for this service will be sent to the designated fiscal agent. I further understand and agree that:

1. The fiscal agent will enter into a temporary staffing service agreement with a state approved therapeutic staffing service provider for the current school year.

2. The GNETS director will coordinate with the state approved therapeutic staffing service provider to ensure that a work space, supplies and student records are made available for the contracted therapeutic professional to meet with students.

3. The GNETS director will provide general supervision and direct the therapeutic activities of the contracted therapeutic professional.

4. The GNETS director will ensure that all students in need of targeted and intensive therapeutic services are provided with weekly/bi-weekly therapeutic sessions by a qualified contracted therapeutic professional.

5. Upon request, the GNETS director will provide data to GaDOE with caseloads, social-emotional progress monitoring data, and fidelity of therapeutic sessions provided by the contracted therapeutic professional.

6. GaDOE will coordinate with the service provider to ensure that there is an understanding of the type services that will be required for GNETS and ensure that the contracted therapeutic professional meets the necessary qualifications to provide counseling/therapy for students.

_____
Signature of Fiscal Agent

_____
Signature of GNETS Director                                           Date

GA00198909