# EXHIBIT 127

Message

**From:** Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV]
**Sent:** 6/13/2018 2:02:34 PM
**To:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**Subject:** RE: Social workers

We are allocating the dollars as a reimbursement. I don't see Oconee GNETS on the list for Staff Rehab. Allocation of $64, 340.00

See additional agenda items below. Brandon has confirmed his agenda time. Feel free to plug in the other items however you need to.

9:00 -9:15 Welcome New Directors (Des is doing an icebreaker)
9:15 -10:00 GaDOE Updates Vickie (list agenda items separately) I may have a few more items
- EOY Strategic Plan Reviews
- Budget
- Grant Application

10:00-11:30 iReady (Brandon Linden-webinar) we will have access to technology to connect with him correct?
Lunch 11:30-12:30
12:30-2:00 Lisa
- Data triangulation
- Individual Student Reintegration

**From:** Pat Wolf <pat.wolf@gnetsofoconee.org>
**Sent:** Wednesday, June 13, 2018 9:50 AM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Re: Social workers

Vickie,

We definitely need an extra therapeutic support person. Can we find our own people though, and not use Staff REHAB or another agency?

Pat


**Pat Wolf**
Director

GNETS of Oconee

P.O. Box 1830

Office Location: 155 Hwy 49 W

Milledgeville, GA 31061



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 478
MB 10 6622 ID

Office: (478) 414-2023

Mobile: (478) 247-9117

(478) 414-2025 FAX



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Monday, June 11, 2018 11:58 PM
**To:** Pat Wolf; Desiree Woods
**Cc:** Vickie Cleveland
**Subject:** Social workers

Pat and Des,
Did you all share a social worker for the FY18 school year? If so, did you receive reimbursement for the social worker?? Is this reimbursement needed for FY 19? I'm working on board items for the July board meeting.
Thanks

GA00326124

FY 18 info listed below.....

| | | | |
|---|---|---|---|
| Oconee RESA | Oconee GNETS* | $69,340.00 | 0.9 |
| Dekalb/Rockdale School District | Eaglewoods Academy* | $18,160.00 | 0.1 |

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

GA00326125