# EXHIBIT 128

Message

**From:** Vickie Cleveland [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1499044685E34A2AB66381C621A8E416-VICKIE CLEV]
**Sent:** 7/24/2018 7:17:59 PM
**To:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**Subject:** RE: Therapeutic Services Reimbursement for Social Workers
**Attachments:** GNETS Contracted Social Worker.docx

Hi Pat,
Please send me the resume for the candidate. I have also attached a draft of the social worker responsibilities that I'm working on with some of the expectations for services. I will share more at our August meeting.
Thanks

**From:** Pat Wolf <pat.wolf@gnetsofoconee.org>
**Sent:** Tuesday, July 24, 2018 12:23 PM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Re: Therapeutic Services Reimbursement for Social Workers


Vickie,

Are there any protocols about who we contract with? Can we contract directly with a licensed individual rather than using a hiring agency? The Licensed Professional Counselor that has contracted with us is the past has been excellent and CONSISTENT which is what I need.

Pat


**Pat Wolf**
Director

GNETS of Oconee

P.O. Box 1830

Office Location: 155 Hwy 49 W

Milledgeville, GA 31061

Office: (478) 414-2023

Mobile: (478) 247-9117

(478) 414-2025 FAX



PLAINTIFF'S DEPOSITION
EXHIBIT
Wolf 479
MB 10-622 1D

GA00329465



*"No matter what your ability is, effort is what ignites that ability and turns it into accomplishment."*
— Carol S. Dweck

Mindset: The New Psychology Of Success

## CONFIDENTIALITY NOTICE:

*This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of the message or it's attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail and delete this message and all copies and back ups.*

---

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Tuesday, July 24, 2018 10:11 AM
**To:** whitney braddock; Kathy Lewis Hawkins; Joanna Mock; Pat Wolf; Desiree Woods; srwilson@tcjackets.net; Andrea Riley; Audrey Walters (awalters@montgomery.k12.ga.us); Felecia McClain; Jacqueline Neal
**Cc:** Vickie Cleveland
**Subject:** Therapeutic Services Reimbursement for Social Workers

Good morning,
The SBOE approved the reimbursements for therapeutic services for social workers for FY19. See the attachment for reimbursement totals. I am working on data collection deliverables that the SWs will have to send to GaDOE quarterly regarding services this school year. Let me know if you have questions.
Thanks

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East

GA00329466

205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

GA00329467

# GNETS Contracted Social Worker

## GENERAL RESPONSIBILITIES

Provide comprehensive social work services to GNETS students and parents, addressing barriers that limit a student from receiving full benefit from their educational experience. Respond to referrals from school administration, parents, teachers, students, and others by providing direct services and by assisting families in accessing appropriate community resources.

The principle tasks of the GNETS contracted Social Worker are to help students and families make the best use of available opportunities and resources and to fully develop each student's individual potential. The contracted Social Worker focuses on the mental health development of children and the influences of family, community, and cultural differences as they interact with the educational process. Further, the Social Worker aligns their daily tasks with the identified needs outline in the GNETS needs assessment submitted to GaDOE. Daily assignments must focus on assisting students with problem solving, conflict resolution, and elevated mental health concerns. Finally, adhere to the National Association of Social Workers code of ethical behavior and professional practice.

## Duties and Assignments

### Direct Services with Students will include but are not limited to the following

- Conduct assessment of student needs
- Promote regular school attendance
- Conduct home visits
- Promote safe, caring, and drug free schools
- Empowerment of/advocacy for students
- Provide culturally competent services
- Provide individual counseling
- Facilitate group counseling
    - Self-esteem
    - Anger management
    - Impulse control
    - Social skills training
    - Substance abuse prevention
    - Etc.
- Provide crisis intervention services
- Complete social developmental case studies
- Participate in Individual Education Program (IEP) meetings when deemed necessary
- Participate in the development of behavioral modification plans
- Functional Behavioral Assessments (FBA), and Behavior Intervention Plans (BIP)
- Provide short/long-term case management services to individual students
- Referrals to community agencies
- Coordination of services with community agencies
- Coordination of services with other disciplines within the school
- Participate in transition planning for students
- Coordinate drop out prevention programs
- Report suspected child abuse/neglect

### Direct Support for Families/Communities

- Promote parental involvement in the schools
- Promote parental involvement in school conferences
- Promote parental responsibility for regular school attendance
- Conduct home visits

GA00329468

- Empowerment of/advocacy for families
- Refer to community agencies
- Collaborate with community agencies
- Serve as a liaison between the school/family/community
- Participate in referrals and case management of students/families involved in the court system
- Serve on the school Crisis Team to promote a safe school environment

<u>Consultative Services</u>

- Preventive interventions
- Classroom management
- Child abuse and neglect
- Mental health and emotional impairments
- Family and psychosocial functioning
- Parent involvement
- Maintenance of caring, safe and drug-free learning environments
- Identification of barriers to educational achievement

<u>Professional Practice and Case Management</u>

- Adhere to the values and ethics of the social work profession and follow the contractual guidelines established between all parties.
- Keep abreast of current community resources and determine how these resources may be beneficial to the student, her/his family, and the family's involvement in the academic process
- Understand, and practice in accordance with, federal, state, and local laws, statutes, and/or policies that relate to students and families; such as, child protection/child abuse, special education, attendance, education rights and privacy
- Consult with GNETS Director or designee to provide updates on professional practices and case management.
- Assume responsibility for her/his own continued professional development
- Manage time based on social worker-to-student ratios; advocate for worker-to-student ratios consistent with those developed by the National Council of State Consultants for School Social Work Services
- Maintain accurate and appropriate case records, documentation, and consultation logs
- Maintain a statistical, demographic breakdown of current caseload
- Maintain consultation logs
- Collect and monitor data relevant to students' skill development and behavior changes connected to the services provided.

GA00329469