# EXHIBIT 129

Message

**From:** Celest Ngeve [celest.ngeve@rutlandacademy.org]
**Sent:** 9/26/2018 5:41:06 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**CC:** Pat Wolf [pat.wolf@gnetsofoconee.org]; Desiree Woods [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user35ab585e]; Stephanie Wilson - (PW) [srwilson@tcjackets.net]; whitney braddock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4]; lfutch@costalacademygnets.com; Kathy Lewis Hawkins [lewiska@rcboe.org]; Joanna Mock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user0c088695]; Andrea Riley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=useraa29ac9d]; Ashley Beaver [abeaver@crispschools.org]; Jacqueline Neal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user928e70db]; Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** Re: Monthly Log for Therapeutic Services

Greetings Vickie,

Received, thank you.

Thanks,

On Wed, Sep 26, 2018 at 1:31 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

> Greetings All,
>
> I have attached the monthly log that must be submitted to GaDOE via portal email for therapeutic services provided by your social workers. Social workers should submit this information to you to upload in the portal on the 1st day of the month (i.e. October logs are due November 1st). LCSWs/LMSWs should provide the student name, type of intervention that was provided to students and the date of the intervention. **Please submit this information for the months of August and September by Monday, October 9th.** Let me know if you have questions.
>
> Thanks
>
> Vickie D. Cleveland, Ed.S
>
> Program Manager
>
> GNETS
>
> Georgia Department of Education
>
> Special Education Services and Supports
>
> 1862 Twin Towers East
>
> 205 Jesse Hill Jr. Drive, SE



PLAINTIFF'S EXHIBIT 245
SMS 7/15/22

GA00334101

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

--

Ms. Celest Ngeve, M.Ed.

Interim Director

Rutland Academy

1250 Oglethorpe Avenue

Athens, Georgia 30606

Tel (706) 549-3030 ext. 427

Fax (706) 613-7142

Motto: "Whatever It Takes, We Can & We Will!"……..Committed To Student Success, No Exceptions, No Excuses

"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706) 549-3030 ext. 427 or by electronic mail (celest.ngeve@rutlandacademy.org) and delete this message and all copies and backups.

GA00334103