# EXHIBIT 130

Message

**From:** Celest Ngeve [celest.ngeve@rutlandacademy.org]
**Sent:** 3/29/2019 4:59:45 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**CC:** Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** Re: LCSW log

Greetings Team,

No problem. Calling you now.

Thanks,

On Fri, Mar 29, 2019 at 12:42 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

> Celest
>
> We have concerns regarding the LCSW log that was submitted for Rutland. I don't see therapeutic interventions documented. Please call me.
>
> THanks
>
>
>
> Vickie D. Cleveland, Ed.S
>
> Program Manager
>
> GNETS
>
> Georgia Department of Education
>
> Special Education Services and Supports
>
> 1862 Twin Towers East
>
> 205 Jesse Hill Jr. Drive, SE
>
> Atlanta, GA 30334
>
> (404) 651-5390 Office
>
> (770) 344-4482 Fax
>
> vcleveland@doe.k12.ga.us



PLAINTIFF'S EXHIBIT 246 SMS 7/15/22

GA00343329

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

---

Ms. Celest Ngeve, M.Ed.

Director

Rutland Academy

1250 Oglethorpe Avenue

Athens, Georgia 30606

Tel (706) 549-3030 ext. 427

Fax (706) 613-7142

Motto: "Whatever It Takes, We Can & We Will!"……...Committed To Student Success, No Exceptions, No Excuses

"I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel." -Maya Angelou

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706) 549-3030 ext. 427 or by electronic mail (celest.ngeve@rutlandacademy.org) and delete this message and all copies and backups.