EXHIBIT 131

# Exhibit Placeholder

Files archived in Box.com
https://esquire.box.com/s/szln7ey0e4tlfdbybfg2shvrvq9od9z2

EXHIBIT

**431**

Message

| | |
|---|---|
| **From:** | Lakesha Stevenson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LAKESHA STEVENSON] |
| **Sent:** | 9/4/2019 3:22:28 PM |
| **To:** | abeaver@crispschools.org; Andrea Riley (gmcelwee@nwgnets.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=useraa29ac9d]; haley livingston [hlivingston@okhlc.org]; Celest Ngeve [celest.ngeve@rutlandacademy.org]; 'Kathy Lewis Hawkins' [lewiska@rcboe.org]; whitney braddock (wbraddock@cedarwoodgnets.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user720c9dc4]; LISA FUTCH (lfutch@coastalacademymygnets.com) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userc443e95c]; Joanna Mock (joannam@hgresa.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user0c088695]; Patricia Wolf (pat.wolf@gnetsofoconee.org) [pat.wolf@gnetsofoconee.org]; JMayhall [jmayhall@tcjackets.net]; 'Jacqie.neal' [Jacqie.neal@dalton.k12.ga.us] |
| **CC:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Social Worker Logs |
| **Attachments:** | Copy of 2019-20 Therapeutic Services Log.xlsx |

Greetings All,

I have attached the monthly log that must be submitted to GaDOE via portal email for therapeutic services provided by your social workers. Social workers should submit this information to you to upload in the portal on the 1st day of the month (i.e. October logs are due November 1st) . LCSWs/LMSWs should provide the student name, type of intervention that was provided to students and the date of the intervention. Please submit this information for the months of August and September by Monday, October 7th. Please email me directly if you have any questions.

Thanks,

*LaKesha Stevenson, Ed.D*
Program Specialist
Division for Special Education Services & Support
Georgia Department of Education
1870 Twin Towers East
205 Jesse Hill Jr. Drive SE
Atlanta, GA 30334-5010
Office: (404) 232-7991
Cell: (470)423-6990
Email: lstevenson@doe.k12.ga.us
www.gadoe.org

GA00951657

# Document Produced in Native Format

GA00951658

2019-20 Therapeutic Supports Log

**Social Worker:** _____

**Month:** _____

**Date Submitted:** _____

| First Name | Last Name | GNETS Program | Therapeutic Intervention(s) Provided | Date of Intervention |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10/18/2023

2019-20 Therapeutic Supports Log

**Social Worker:** _____

**Month:** _____

**Date Submitted:** _____

| First Name | Last Name | GNETS Program | Therapeutic Intervention(s) Provided | Date of Intervention |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10/18/2023