# EXHIBIT 132

Message

| | |
|---|---|
| **From:** | Whitney Braddock [wbraddock@cedarwoodgnets.org] |
| **Sent:** | 4/30/2018 8:07:44 PM |
| **To:** | Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev] |
| **Subject:** | Open Records Request Cedarwood |
| **Attachments:** | Cedarwood Interventions and Providers FY18.docx |

Attached is the document that you asked for.
Let me know if I need to make any changes.
Whitney

Whitney Braddock, Ed. S.
Cedarwood GNETS Program Director
400 Donnie Simmons Way
Statesboro, Georgia 30458
Office: 912-489-5077
Fax:    912-489-5079
Email:  wbraddock@cedarwoodgnets.org

Cedarwood... Empowering Children to Create their own Future

Confidentiality Statement - This email is confidential. The information herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, you must not disclose or use the information contained in the email. If you have received this email in error, please contact us immediately and delete (destroy) the document.

EXHIBIT
256

GA00320375

## CEDARWOOD GNETS

| Service/Intervention | Provider | Funds |
|---|---|---|
| IReady – Reading | Teacher | GNETS State Grant |
| IReady – Math | Teacher | GNETS State Grant |
| SRA Reading Mastery/Decoding | Teacher or Paraprofessional | Training provided in-kind SEGLRS, materials on hand |
| Individual Counseling | LCSW | GNETS State Grant |
| Why Try | Teacher or Paraprofessional | GNETS Federal Grant |
| Skill Streaming | Teacher | Materials on hand |
| Yoga/Meditation | Contracted Yoga Instructor | GNETS State Grant |
| ABA | Teacher & Contracted Coach | GNETS State Grant |
| Mind Set | Teachers, Paraprofessionals, other support staff - Certified | GNETS State Grant |
| Life Space Crisis Intervention | Teachers, Paraprofessionals, other support staff | GNETS State Grant |
| FBA/BIP | Varied Support Staff & Classroom Staff | GNETS State Grant |
| Check In Check Out | Varied Support Staff & Classroom Staff | Materials on hand |
| Check and Connect | Paraprofessional, Social Worker | In Kind from SEGLRS |

GA00320376