# EXHIBIT 133

Message
___

**From:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**Sent:** 9/12/2019 7:57:48 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]; Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** Fwd: Funding ratios
**Attachments:** FY20 GNETS of Oconee Funding Ratios as of 9-4-19.xlsx

Good afternoon, Vickie.
This was sent to you on 9/4/19. See below for the attachment.
Pat

---------- Forwarded message ---------
From: **Pat Wolf** <pat.wolf@gnetsofoconee.org>
Date: Wed, Sep 4, 2019 at 11:28 AM
Subject: Re: Funding ratios
To: Vickie Cleveland <VCleveland@doe.k12.ga.us>


Hello Vickie,
As requested!
Pat

On Thu, Aug 29, 2019 at 12:57 PM Vickie Cleveland <VCleveland@doe.k12.ga.us> wrote:

> Greetings,
>
> See the attached spreadsheet regarding funding ratios. The requested information should be submitted by September 6, 2019. I have attached a sample for you. The information should be submitted on the attached spreadsheet.
>
>   1. On line one please indicate the number of support staff that are paid for with the *GNETS state or federal grant* for your program. Do not include support staff that are paid for as in-kind services from LEAs.
>   2. Regarding the social workers, please indicate if the social worker is certified as a MSW/LCSW.
>   3. Please provide the number of teachers and paras at each site and list if they are paid for with the GNETS state or federal grant
>
> If you have staff providing therapeutic interventions other than BCBAs/Behavior Coaches (i.e. counselor, LPC) please provide that information in column J. For the highlighted areas no information is needed. Let us know if you have questions.
>
> Thanks!
>
>
>
> Vickie D. Cleveland, Ed.S
>
> Program ManagerG



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 469
MB 10 6-22 10

GNETS

Georgia Department of Education

Special Education Services and Supports

1862 Twin Towers East

205 Jesse Hill Jr. Drive, SE

Atlanta, GA 30334

(404) 651-5390 Office

(770) 344-4482 Fax

vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*

Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

--
**Pat Wolf, Ed.S., LCSW**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX

*"The limit of your present understanding is not the limit of your possibilities."  -Guy Finley*

--
**Pat Wolf, Ed.S., LCSW**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W

GA00952014

Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX

*"The limit of your present understanding is not the limit of your possibilities."* -Guy Finley

# Document Produced in Native Format

GA00952016

## GNETS Funding Ratios - GNETS of Oconee

| Program Name | School/Center | Location Name | # of Teachers at each site | # of Paras at each site | # of Coordinators for Program | # of Psychologists for Program | # of Social Workers(MSW/LCSW ) for Program | # of Behavior Coaches/BCBAS for Program | # of Administrative Assistants for Program |
|---|---|---|---|---|---|---|---|---|---|
| GNETS of Oconee | Support Staff-Grant Funded | | | | | 0 | 1 LCSW- State | 0 | 1-federal |
| GNETS of Oconee | School-Based | Lakeview Academy, Milledgeville, GA | 2-state | 2- Federal, | | | | 1 state (Masters Psychology ) | |
| GNETS of Oconee | School Based | Oak Hill Middle Schol, Milledgeville, GA | 2-State | 2- Federal | | | | | |
| GNETS of Oconee | School Based | Baldwin High School, Milledgeville, GA | 1-State | 2- Federal | | | | | |
| GNETS of Oconee | School Based | Putnam County Primary School, Eatonton, GA | 1-State | 1- Federal | | | | | |
| GNETS of Oconee | School Based | Putnam County Middle School, Eatonton, GA | 1-State | 1- Federal | | | | | |
| GNETS of Oconee | School Based | Wilkinson County Middle School, Irwinton, GA | 1-State | 1-State | | | | | |
| GNETS of Oconee | School Based | Johnson County Middle/High, Wrightsville, GA | 1-State | 1-State | | | | | |
| GNETS of Oconee | School Based | Hancock Central Middle, Sparta, GA | 1-State | 1- Federal, 1 State | | | | | |