# EXHIBIT 134

Q Search    Fiscal Agent    Programs    Collection    Audit Trail    Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

### GNETS Site Location

« »

| Site Location Name | Address | Hours From | Hours To | System Served |
|---|---|---|---|---|
| Baldwin High School | 155 Hwy 49 W Milledgeville GA 31061 | 7:30AM | 4:30PM | |
| Lakeview Academy | 220 ABC Drive N Mileldgevilel GA 31061 | 7:30AM | 3:30PM | |
| Oak Hill Middle School | 356 Blandy Road Milledgeville GA 31061 | 7:30AM | 3:30PM | |
| Wilkinson County Middle School | 207 W. Main Street Irwinton GA 31042 | 7:30AM | 3:30PM | |
| Johnson County Middle/High School | 150 Herschel Walker Way Wrightsville GA 31096 | 7:30AM | 3:30PM | |
| Hancock Central Middle/High School | 11311 GA-15 Sparta GA 31087 | 7:30AM | 3:30PM | |
| Putnam County Primary School | 162 Old Glenwood Springs Road Eatonton GA 31024 | 7:30AM | 3:30PM | |
| Putnam County Middle School | 140 Sparta Hwy Eatonton GA 31024 | 7:30AM | 3:30PM | |

1 - 8 of 8 items



PLAINTIFF'S DEPOSITION EXHIBIT
Wolf 470
ID 10-6-22 mB

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

### Projections by GNETS Site Location

| Site Location Name, Address and Operating Hours | Location Type | Elementary School | | | Middle School | | | High School | | | Therapeutic Staff - Ft/Pt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. of Classes | No. of Teachers | No. of Para Professionals | No. of Classes | No. of Teachers | No. of Para Professionals | No. of Classes | No. of Teachers | No. of Para Professionals | |
| Putnam County Middle School, 140 Sparta Hwy Eatonton GA 31024, 7:30AM to 3:30PM | Middle School | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 📧 |
| Baldwin High School, 155 Hwy 49 W Milledgeville GA 31061, 7:30AM to 4:30PM | High School | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 📧 |
| Lakeview Academy, 220 ABC Drive N Mileldgevilel GA 31061, 7:30AM to 3:30PM | Elementary School | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 📧 |

| Location | Type | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Putnam County Primary School, 162 Old Glenwood Springs Road Eatonton GA 31024, 7:30AM to 3:30PM | Elementary School | | | | | | | | | |
| Johnson County Middle/High School, 150 Herschel Walker Way Wrightsville GA 31096, 7:30AM to 3:30PM | Middle School | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | |
| Hancock Central Middle/High School, 11311 GA-15 Sparta GA 31087, 7:30AM to 3:30PM | Middle School | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | |
| Wilkinson County Middle School, 207 W. Main Street Irwinton GA 31042, 7:30AM to 3:30PM | Middle School | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | |
| Oak Hill Middle School, 356 Blandy Road Milledgeville GA 31061, 7:30AM to 3:30PM | Middle School | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | |
| Grand Total | | 3 | 3 | 3 | 5 | 5 | 4 | 1 | 1 | 1 | |

1 - 8 of 8 items

Print

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

« **Staffing Pattern** »

↓ Staff  ×

| Staff | Staff Type | State Grant | Federal VI-B | Total | LEA Funded | Grand Total |
|---|---|---|---|---|---|---|
| ▼ Support Staff | | | | | | |
| Psychoeducational/GNETS School Secretary/Clerk | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▼ Student Support Services | | | | | | |
| GNETS Social Worker | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▼ Instructional Staff | | | | | | |
| GNETS Teacher – Grant Funded | Existing Staff | 7 | 0 | 7 | 0 | 7 |
| GNETS Paraprofessional/Teacher Aide | Existing Staff | 4 | 4 | 8 | 0 | 8 |
| GNETS Teacher – Grant Funded | New Staff | 1 | 0 | 1 | 0 | 1 |
| ▼ Administrators | | | | | | |
| Director of GNETS program | Existing Staff | 1 | 0 | 1 | 0 | 1 |
| ▼ Grand Total | | | | | | |
| Total | | 15 | 4 | 19 | 0 | 19 |

◂ ◂ [ ] ▸ ▸|                                                  1 - 7 of 7 items

Print

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

«                              **Student Transition Form**                              »

| Name of District Served | Returned to Home School/District | School-based GNETS Classroom/wing | GNETS Center Base | Residential Placement (all short-term stabilization) | Total |
|---|---|---|---|---|---|
| 605 - Baldwin County | 2 | 0 | 0 | 0 | 2 |
| 670 - Hancock County | 0 | 0 | 0 | 0 | 0 |
| 683 - Johnson County | 0 | 0 | 0 | 0 | 0 |
| 717 - Putnam County | 1 | 0 | 0 | 0 | 1 |
| 750 - Washington County | 0 | 0 | 0 | 0 | 0 |
| 758 - Wilkinson County | 0 | 0 | 0 | 0 | 0 |
| Grand Total | 3 | 0 | 0 | 0 | |

|◄  ◄  | 1 |  ►  ►|                                                         1 - 6 of 6 items

Q Search    Case 1:16-cv-03088-ELR    Document 395-169    Filed 10/21/23    Page 7 of 17
🔒 Fiscal Agent    📋 Programs    📇 Collection    🕑 Audit Trail    📎 Attachments

Print

**Grants Information**

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

**Program Information**

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

« **Service Delivery – Behavioral Support & Therapeutic Services** »

**List the Behavioral Supports and Therapeutic Services available for students across each tier.**

**Tier 1 - All Students** Tier 1 supports and services are provided daily for 100% of students.

*Number of Students in Tier 1:

64

*Percentage of Students in Tier 1:

84

GNETS of Oconee is a Trauma-Informed Care program using Positive Behavior Supports and Interventions under the GADOE PBIS Framework. (Teaching, modeling and reinforcing expected behaviors that all students should be demonstrating in the GNETS of Oconee Classroom). Reinforcers occur throughout the day, posters are hung with visual reminders of expectations, emotional regulation skills, and social skills. Classroom DOJO is used as a computerized behavior management system as well as a communication tool to parents. Students are awarded points every 15 minutes through individual or group acknowledgement. Positive or needs work points are earned. This helps track student behaviors as well as challenges that need to be addressed. If students earn an 80% or above for the day, they are considered "green level." If they receive a 65-79%, they are considered "yellow level," and anything below a 65 is considered "red level." Behavioral incentives are tied into the Class Dojo reward system and incentives are posted in each class for this.

**Tier 2 - Small groups of Students** How often are Tier 2 services provided and for what percent of students?

*Number of Students in Tier 2.

7

*Percentage of Students in Tier 2:

9

At the Tier 2 level, in addition to the Tier 1 interventions, these students received specialized groups and/or individual therapy depending on the needs of the students. In these sessions; our students supports (LCSW, soon to be LPC and LMSW) work with students on behavioral contracting, check-in/check out, and peer or adult mentoring, and dialectical behavior therapy. Additional social skills instruction is provided for students with skill deficits (we use Ross Greene's Collaborative Proactive Solutions (CPS) Model ALSUP form to identify lagging skills. Life Space Crisis Intervention is frequently used with Tier-2 students to help them calm themselves so they can return to the classroom setting. Students are easily triggered due to past trauma and behavioral issues. Close

Tier 3 – Very few or individual students How often are Tier 3 services provided and for what percent of students? How will students' responses to these intervention supports and services be monitored? How will the fidelity of intervention implementation be monitored?

'Number of Students in Tier 3:

5

'Percentage of Students in Tier 3.

7

Subheadings  Sans Serif    **B**  *I*  U   A  A̅   ≔  ≡  ≣    ●  ▣  </>   $I_x$

At the Tier 3 level, all of the previous aforementioned supports are in place (Tier 1 and Tier 2) but at this level, we begin to involve community mental health to consider medication management and/or therapeutic intervention at the community level. Mental health partners may assign a CSI worker (intensive community based support) or licensed counselor. In some cases for children with severe emotional and behavioral needs, the system will contract with an Applied Behavior Analyst to assist with service delivery and consultation. We currently have 2 students being served in the school through an ABA. We also begin to consider involving the interagency planning team to consider other available community supports and plan for implementation. Some students in Tier 3 have needed

Q Search  Case 1:16-cv-03088-ELR  Document 395-169  Filed 10/21/23  Page 9 of 17
🔒 Fiscal Agent   📁 Programs   📋 Collection   🕒 Audit Trail   📎 Attachments

Print

**Grants Information**

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

**Program Information**

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

« **Service Delivery – Severe Behavior Management & De-escalation** »

**List the training provided to staff for the prevention and management of severe behaviors, including the use of restraint: (e.g., MindSet, CPI, LSCI).**

What percent of your staff are trained in these strategies and how do GNETS administrators and supervisors ensure that these initiatives are implemented with fidelity?

*Number of Students restrained:

1

*Percentage of Students restrained:

1

*Number of Students de-escalated:

32

*Percentage of Students de-escalated:

42

Subheading▾  Sans Serif ▾   B  I  U   A  🖍  ≡ ≡ ≡  🔗 🖼 </>  $I_x$

All staff receive MindSet Safety Management Training for both verbal de-escalation and physical restraint techniques. We have 7 MindSet instructors with current certification. These instructors are situated in several of our satellite classrooms and supervision occurs weekly with all teams. Teams review crisis situations and restraints, discuss de-escalation and restraint procedures followed, and debrief so that future restraints are prevented. Teams write up minutes for each review. All staff are retrained/re-certified at least once a year, with brief reviews occurring every 6 months. All new staff receive initial MindSet training within 2 weeks of hire. Regular substitutes are provided MindSet training but are encouraged to get the other students out of harms way and allow veteran staff to



**Grants Information**

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

**Program Information**

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

« Service Delivery – Crisis Management »

**Briefly describe the procedures used for the safety of staff and students. Describe how new staff are provided with initial training about GNETS crisis management procedures.**

*How often are updates in crisis management provided for all staff?

Staff are recertified in MindSet yearly and an update is given half-way during the year to refine procedures and practice interventions. Staff also have de-escalation training and PesonBrain model training (trauma-informed care approach which helps staff understand the brain's functioning during a crisis. 13 staff trained in Life Space Crisis Intervention which is over half of our staff. Each year we encourage 2-5 staff to get certified in LSCI with the eventual goal of 100% of our staff receiving full LSCI Certification. (Please see documents for a list of staff and the required trainings this year).

*How many new staff members are trained in crisis management?

3

We had 3 new staff this year trained in MindSet. Total, we have 13 staff trained in Life Space Crisis Intervention which is over half of our staff. Each year we encourage 2-5 staff to get certified in LSCI with the eventual goal of 100% of our staff receiving full LSCI Certification. We have 7 trained MindSet instructions responsible for training and coaching new staff.

Q Search  🔒 Fiscal Agent  📚 Programs  📋 Collection  🕓 Audit Trail  📎 Attachments   Case 1:16-cv-03088-ELR   Document 395-169   Filed 10/21/23   Page 11 of 17

Print

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

« **Service Delivery – Instructional & Academic Supports** »

### Instruction in Georgia Standards of Excellence (GSE)

*What strategies/steps are implemented to ensure that all students have/will have access to Georgia Standards of Excellence (GSE)?

All teachers utilize online programs that deliver instruction based on the Georgia Standards of Excellence. Students K-5 utilize Moby Max. 6-12 uses GradPoint, OdysseyWare or Edgenuity based on the home system's preference. All students use i-Ready for 15 minutes per day.

Describe the professional learning that will be provided for staff to deliver and monitor grade level GSE.

*How many staff members are trained to deliver GSE?

10

All teachers are trained in formative instructional practices with the requirement that they complete the following modules:
- Introducing Formative Instructional Practices (FIP001)
- Creating and Using Clear Learning Targets (FIP002)
- Collecting and Documenting Evidence of Student Learning (FIP 003)
- Using Evidence and Feedback to Increase Learning (FIP004)
- Leading Formative Instructional Practices (FIP006)
- ELA (Elementary, Middle, High School) (1 Hr) (FP1008=Elem, FP1009-MS, FP1010=HS)

*Describe the procedures for monitoring the delivery of classroom instruction and student outcomes.

Instruction is monitored through the Teacher Keys Effectiveness System. Walkthroughs are conducted by certified TKES observers. Teachers are required to complete progress reports every 9 weeks but they complete weekly progress monitoring that gets posted in our google drive on all students. The progress monitoring is reviewed by the treatment coordinator and director.

Q Search    Case 1:16-cv-03088-ELR    Document 395-169    Filed 10/21/23    Page 12 of 17
🔒 Fiscal Agent    📚 Programs    📋 Collection    🕐 Audit Trail    📎 Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

  

### Service Delivery – Supplemental Instruction

**List the evidence-based academic interventions and supports provided to students to improve performance in reading, writing and mathematics.**

*Reading interventions being used in our program:

> i-Ready reading is used as s a comprehensive assessment and instruction program that empowers educators with the resources they need to help all students succeed. By connecting Diagnostic data and Personalized Instruction, *i-Ready* reduces complexity, saves educators time, and makes differentiated instruction achievable i-Ready reading is used as s a comprehensive assessment and instruction program that empowers educators with the resources they need to help all students succeed. By connecting Diagnostic data and Personalized Instruction, *i-Ready* reduces complexity, saves educators time, and makes differentiated instruction achievable in every classroom.
> Teacher Toolbox was also purchased so that teachers have access to academic interventions and

*Math interventions being used in our program:

> i-Ready math is used as s a comprehensive assessment and instruction program that empowers educators with the resources they need to help all students succeed. By connecting Diagnostic data and Personalized Instruction, *i-Ready* reduces complexity, saves educators time, and makes differentiated instruction achievable in every classroom. Teacher Toolbox was also purchased so that teachers have access to academic interventions and supports. i-Ready lessons are reviewed daily by teachers. Additional support is given where students struggle with content. Students use i-Ready math a minimum of 15 minutes per day. Other supplemental programs vary by LEA include Freckle, GoMath, Math Flipbooks, Math Talk Moves, STAR Math, ThinkCentral/Soar to Success, and IXL. In

*Writing interventions being used in our program:

> Write from the beginning is a developmental, vertically aligned K-12 writing curriculum utilized as a writing intervention. It helps students internalize the skills and strategies used by effective writers, so they can apply them in academic discourse wherever their paths take them. Other supplemental programs focusing on writing vary by LEA including Write Now, Cover-Copy-Compare, Sentence Combining, Self-Correction with Verbal Cues and Integrated Writing Instruction.

*How are teachers supporting students when they are not making progress?

When students are not making progress, teachers communicate with them during weekly interviews where they review data and help with skill deficits. Many of our students come to us several grade levels behind and school in general has been seen as a failure by the student. Students frequently act out before they will admit they are having academic challenges so teachers respond very positively, providing low risk, safe environments where mistakes are not criticized but embraced. Students need to feel safe to strive to learn. Another method use is having students self-evaluate and identify their own strengths and weaknesses which leads to self-improvement. Teachers highlight the students

*How is academic data being used by leadership to support students, staff and parents?

Typically the N count by grade is less than five so it is a challenge to analyze data on a programmatic level. Leadership is present at the IEP meeting and, along with the team, data is analyzed for progress on the IEP goals as well as progress in academic, grade-level standards. Instructional usage data is regularly provided to teachers with goals to improve data. Growth on i-ready standards are publicized for parents and students. In addition, diagnostic data is reviewed by all staff during professional learning at the mid year and end of year professional learning meetings. Staff problem-solve and share ideas to improve progress.

*Describe the procedures used to ensure supplemental academic interventions are implemented with fidelity.

The i-Ready Instructional Usage data is reviewed and shared at least every two weeks. Teachers are required to hold weekly meetings with students to insure instructional usage is met as well as well as passing scores of 80 or above. Students retake lessons where this criteria is not met. When domains are shut off, teachers utilize assignments in Teacher Toolbox to redeliver content to students and they attempt lessons again. Teaching teams are required to post weekly reports on the student's i-ready which includes lessons passed and # of minutes on the intervention. They also post the online delivery #of minutes / lessons passed. These go on the students online class dojo portfolio so the parent is made aware weekly. Other supplemental programs are reviewed by each satellite team

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

 

### Service Delivery – Mental Health Collaboration

*Describe any formal collaboration with community agencies to enhance students' social, emotional, and/or behavioral development.

Subheading ≑   Sans Serif ≑   **B**  *I*  U   A  🅰   ≔ ≡ ≐   % 🖾 </>   *Ix*

Formal collaboration with community agencies occurs on a monthly basis in each system and either the program director or treatment coordinator attend. The director meets with River Edge Behavior Health Center to review progress of each student on a monthly basis and to share critical information that may be needed for treatment planning purposes.

*Number of mental health or community agencies that visited your site:

5

*Number of students that received services from an external agency:

12

Number of students who were seen for:

*Counseling:

2

*Interview:

2

*Check-in:

10

*Other:

ABA Therapy

Q Search   🔒 Fiscal Agent   📋 Programs   🗂 Collection   🕒 Audit Trail   📎 Attachments

Print

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

«     Service Delivery – Personnel List     »



| Last Name, First Name | Position/Staff Title | Staff Group | Staff Type | Certificate Type and Level | Experience | Funding Source |
|---|---|---|---|---|---|---|
| Hightower, Cierra | GNETS Teacher – Grant Funded | Instructional Staff | New Staff | T-4 | 6 | GNETS State Grant |
| Patton, Amy | Psychoeducational/GNETS School Secretary/Clerk | Support Staff | Existing Staff | | | GNETS State Grant |
| Johnson, Jasmine | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | IDEA Individuals with Disabilities Education Act - GNETS |
| Rogers, Jennifer | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | IDEA Individuals with Disabilities Education Act - GNETS |
| Tucker, Denise | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | GNETS State Grant |
| Pullen, Felice | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | GNETS State Grant |

| Name | Role | Category | Staff Status | Pay | Years | Funding |
|---|---|---|---|---|---|---|
| Hardie, Deborah | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | IDEA Individuals with Disabilities Education Act - GNETS |
| Washington, Randell | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | IDEA Individuals with Disabilities Education Act - GNETS |
| Hodnett-Long, Lauren | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | GNETS State Grant |
| Hawkins, Stephanie | GNETS Para-professional/Teacher Aide | Instructional Staff | Existing Staff | | | GNETS State Grant |
| Clyde, Colin | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant |
| Ivey, Danielle | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T5 | 7 | GNETS State Grant |
| Brundage, Catreshia | GNETS Social Worker | Student Support Services | Existing Staff | T6 | 21 | GNETS State Grant |
| Wolf, Patricia | Director of GNETS program | Administrators | Existing Staff | T6 | 24 | GNETS State Grant |
| Washington, Rakyah | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | 15 | 2 | GNETS State Grant |
| Diagostino, Katie | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 6 | GNETS State Grant |
| Fowler, Daniel | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | B4 | 1 | GNETS State Grant |
| Leonard, Clifton | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 8 | GNETS State Grant |
| Coleman, Elizabeth | GNETS Teacher – Grant Funded | Instructional Staff | Existing Staff | T4 | 8 | GNETS State Grant |

1 - 19 of 19 items

## Grants Information

Fiscal Year: **2022**
System Name: **866 - Oconee RESA**
Name: **GNETS**
Status: **Program Manager Signed Off**

## Program Information

Name: **GNETS of Oconee**
Director: **Pat Wolf**
City: **Milledgeville**
Systems Served: **6**

« Service Delivery – Integration of Services and Capacity Building »

*How many requests have you had for extended services onsite consultation from LEAs?

4

*How many onsite consultations were provided to LEAs related to IEP development and/or revisions?

4

*How many onsite consultations were provided to LEAs related to extended services (e.g.: student observations, FBA, BIP, teacher support,etc.)?

3

*How many students transitioned to a LRE because they've met their IEP goals?

0

*How many students participated in extracurricular activities with the LEA?

19

*How many students participated in 2 or more segments with the LEA?

12