# EXHIBIT 135

Message
___

**From:** Holifield, Cassandra [cassandra.holifield@mresa.org]
**Sent:** 5/11/2018 3:21:44 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** RE: FY 18 Assurance
**Attachments:** FY8A18~1.PDF; Assurances FY18 GNETS Participating LEA_NM GNETS_BCSS.pdf; Assurances FY18 GNETS Participating LEA_NM GNETS_FCSS.pdf; Assurances FY18 GNETS Participating LEA_NM GNETS_GCPS.pdf; Assurances FY18 GNETS Participating LEA_NM GNETS_APS.pdf

Here you go.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

*This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

___

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Friday, May 11, 2018 11:13 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** RE: FY 18 Assurance

For all. Thanks

___

**From:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Sent:** Friday, May 11, 2018 11:09 AM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** RE: FY 18 Assurance

For which district?

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

*This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Friday, May 11, 2018 11:07 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Subject:** FY 18 Assurance
**Importance:** High

Can you send me a copy of your FY18 assurance??
Thanks

Vickie D. Cleveland, Ed.S
Program Manager
GNETS
Georgia Department of Education
Special Education Services and Supports
1862 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA 30334
(404) 651-5390 Office
(770) 344-4482 Fax
vcleveland@doe.k12.ga.us

*"Educating Georgia's Future"*
Connect with GaDOE: Facebook | Twitter | Instagram | State School Superintendent

FY18 RESA Fiscal Agent Assurances to the Georgia Department of Education
GNETS Program NORTH METRO GNETS

Comes now, the METRO _____ Regional Educational Services Agency (hereinafter "RESA"), designated fiscal agent by its member Local Education Agencies (hereinafter "LEAs") for the NORTH METRO _____ Georgia Network for Educational and Therapeutic Support Program (hereinafter "GNETS Program"). We agree to operate the program in accordance with Georgia Department of Education Rules 160-4-7-.15 and 160-5-1-.35, O.C.G.A. §§ 20-2-152, 20-2-240, 20-2-270, 20-2-270.1, 20-2-272, 20-2-274, and Individuals with Disabilities Education Act and to abide by the following specific assurances regarding the operation of the GNETS program:

1. As to the students that require services from a GNETS Program by the LEA, the GNETS Program will coordinate with the participating LEAs to comply with the Georgia Special Education and General Education Assurances.

2. As to the students that require services from a GNETS Program by the LEA, the GNETS Program will coordinate with the participating LEAs to maintain compliance with all Georgia Rules for Special Education including attendance at Individualized Education Program meetings and educating students in the Least Restrictive Environment.

3. As to the students that require services from a GNETS program by the LEA, and the GNETS Program will coordinate with the participating LEAs to ensure the provision of textbooks, Common Core Georgia Performance Standards curriculum materials and resources, technology and its support, and state and local testing materials. Anything provided through the use of Quality Basic Education funds will be the responsibility of the LEAs.

4. The GNETS Program will ensure that restraint is used pursuant to the rules and guidelines of the Georgia Department of Education Rule (hereinafter "GaDOE") that govern the use of restraint. The GNETS Program will have available for review by the GaDOE the most current version of its written procedures for the use of restraint.

5. The GNETS Program will coordinate with the participating LEAs to ensure that facilities will be provided and maintained. Each facility shall be covered by a Safe School Plan (hereinafter "SSP"). GNETS Programs located within another public school facility will be covered by that facility's SSP. GNETS Programs located in facilities not housing another public school will have a SPP available for review by the GaDOE. GaDOE staff will assist in the development of this plan if needed.

6. The RESA will ensure that all employees of the GNETS program or any person with unsupervised access to students are fingerprinted as required by O.C.G.A. § 20-2-211(e).

7. The GNETS Program will ensure that funds will be budgeted and utilized according to state and federal accounting procedures. Funds will not be spent for any purpose not included in the approved FY18 GNETS budget.

8. The GNETS Program budget amendments will be submitted when expenditures in a function category exceed 125% of the approved amount.

9. Prior to expending state or federal GNETS grant funds to purchase any equipment that (1) has a useful life of two or more years and (2) would be purchased with $1,000 or more of state grant funds or $5,000 or more in federal grant funds, the GNETS Program shall submit a purchase request to GaDOE for approval.

10. The GNETS Program may request to carry-over up to 100% of FY18 Federal funds. Such request shall be approved by the GaDOE.

11. RESA shall maintain written procedures governing the purchasing of goods and services when using state and federal GNETS grant funds. Such procedure shall include a competitive pricing

| FY18 RESA Fiscal Agent Assurances to the Georgia Department of Education |
| GNETS Program NORTH METRO |

requirement for any equipment costing $1,000 or more if the purchase is from state funds or $5,000 or more if the purchase is from federal funds, if the equipment has a useful life of two years or more.

12. The Executive Director of the RESA will be subject to all of the requirements and limitations placed upon the Board of Control members as stated in O.C.G.A. § 20-2-505.

13. The GNETS Program shall not knowingly employ, contract with or make payment to an employee of the GaDOE or a family member of an employee of the GaDOE. For purposes of this provision, "family member of an employee" shall mean a GaDOE employee's father, mother, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, half-sister, spouse of an in-law, or a member of the employee's household. This provision shall not be applicable to employees hired before September 1, 2008. Notwithstanding the foregoing, the GNETS Program may employ, contract or make payment to an employee or family member of an employee of the GaDOE upon receipt of prior written approval from the GaDOE's Human Resources office and the State Superintendent of Schools or his designee. No employee assigned to the GNETS Program shall supervise or be supervised by his or her family member.

14. The RESA shall not pay out of state or federal GNETS grant funds another GNETS program director or full-time staff member for consulting services, including but not limited to professional learning and technical assistance services, unless the GaDOE previously approved in writing the employee's request to perform such consulting services.

15. The RESA shall maintain written procedures governing the employment of family members of RESA employees and have available for review by the GaDOE. This procedure shall include a provision allowing for its waiver by vote of the Board of Control.

16. The GaDOE reserves the right to withhold GNETS funding if the RESA fails to provide, by request in a timely manner to the GaDOE, the written procedures it is required to develop in Paragraphs 4, 5, 11, and 15. The GaDOE reserves the right to withhold GNETS funding if the RESA fails to provide to document any subsequent amendments made to the aforementioned written procedures.

17. All employees assigned to the GNETS program or those paid by grant funds will comply with the Georgia Professional Standards Commission's Code of Ethics for Educators.

18. Pursuant to Georgia Rule 160-4-8-.04, the GNETS Program shall have Written Procedures for Reporting Suspected Child Abuse or Mistreatment and all staff will be trained in reporting procedures. Such procedures will be on file and available for review at the request of GaDOE.

_____   _____
Signature                                                             Date
Chair, RESA Board of Control

_____   4/24/17
Signature                                                             Date
RESA Executive Director

_____ All-H Gibald   4/24/17
Signature, GNETS Director                              Date

GA00321624

## FY18 Participating LEA Assurances to the Georgia Department of Education

GNETS Program: NORTH METRO GNETS

In accordance with State Board of Education Rule 160-4-7-.15, *Georgia Network for Educational and Therapeutic Support (GNETS)*, BUFORD CITY SCHOOLS School District (LEA) has designated METRO RESA as the fiscal agent for the GNETS program that serves students from the LEA. Pursuant to this designation, I understand that funds granted to the LEA for this program will be sent to the designated fiscal agent. I further understand and agree that:

1. The LEA is responsible for the implementation and oversight of the Individualized Education Programs (IEPs) for all students receiving services through the GNETS program.

2. The LEA will coordinate with the GNETS director to ensure that all student data is accurately entered into the Student Record and Student Information Systems and reported in accordance with State Board of Education Rule 160-5-1-.07, *Student Data Collection*.

3. The LEA will coordinate with the GNETS director to ensure the necessary provision of textbooks, Common Core Georgia Performance Standards curriculum materials and resources, technology and its support, and state and local testing materials. Any materials or services provided through the use of QBE funds will be responsibility of the LEA.

4. The LEA will coordinate with the GNETS director and the GNETS fiscal agent to ensure that appropriate facilities will be provided and maintained in accordance with all applicable laws and regulations.

5. The LEA will coordinate with the GNETS director to ensure that transportation is provided for students participating in the GNETS program. The LEA, however, has the ultimate responsibility to ensure that a student receives necessary transportation.

6. The LEA will coordinate with the GNETS director to ensure that related services including, but not limited to, speech-language therapy, occupational therapy, and physical therapy are provided to students when these services are determined to be educationally necessary by the students' IEP teams. The LEA, however, has the ultimate responsibility to ensure that a student receives all services necessary under the law and the student's IEP.

7. The LEA will coordinate with the GNETS director to provide necessary access to student records and longitudinal data.

_____

Name of Participating School District

_____

Signature of Participating School District Superintendent                                                    Date

GA00321625

**FY18 Participating LEA Assurances to the Georgia Department of Education**

GNETS Program: NORTH METRO GNETS

In accordance with State Board of Education Rule 160-4-7-.15, *Georgia Network for Educational and Therapeutic Support (GNETS)*, FULTON COUNTY PUBLIC SCHOOLS School District (LEA) has designated METRO RESA as the fiscal agent for the GNETS program that serves students from the LEA. Pursuant to this designation, I understand that funds granted to the LEA for this program will be sent to the designated fiscal agent. I further understand and agree that:

1. The LEA is responsible for the implementation and oversight of the Individualized Education Programs (IEPs) for all students receiving services through the GNETS program.

2. The LEA will coordinate with the GNETS director to ensure that all student data is accurately entered into the Student Record and Student Information Systems and reported in accordance with State Board of Education Rule 160-5-1-.07, *Student Data Collection*.

3. The LEA will coordinate with the GNETS director to ensure the necessary provision of textbooks, Common Core Georgia Performance Standards curriculum materials and resources, technology and its support, and state and local testing materials. Any materials or services provided through the use of QBE funds will be responsibility of the LEA.

4. The LEA will coordinate with the GNETS director and the GNETS fiscal agent to ensure that appropriate facilities will be provided and maintained in accordance with all applicable laws and regulations.

5. The LEA will coordinate with the GNETS director to ensure that transportation is provided for students participating in the GNETS program. The LEA, however, has the ultimate responsibility to ensure that a student receives necessary transportation.

6. The LEA will coordinate with the GNETS director to ensure that related services including, but not limited to, speech-language therapy, occupational therapy, and physical therapy are provided to students when these services are determined to be educationally necessary by the students' IEP teams. The LEA, however, has the ultimate responsibility to ensure that a student receives all services necessary under the law and the student's IEP.

7. The LEA will coordinate with the GNETS director to provide necessary access to student records and longitudinal data.

_____
Name of Participating School District

_____
Signature of Participating School District Superintendent                                                   Date

GA00321626

**FY18 Participating LEA Assurances to the Georgia Department of Education**

GNETS Program: NORTH METRO GNETS

In accordance with State Board of Education Rule 160-4-7-.15, *Georgia Network for Educational and Therapeutic Support (GNETS)*, GWINNETT COUNTY PUBLIC SCHOOLS School District (LEA) has designated METRO RESA as the fiscal agent for the GNETS program that serves students from the LEA. Pursuant to this designation, I understand that funds granted to the LEA for this program will be sent to the designated fiscal agent. I further understand and agree that:

1. The LEA is responsible for the implementation and oversight of the Individualized Education Programs (IEPs) for all students receiving services through the GNETS program.

2. The LEA will coordinate with the GNETS director to ensure that all student data is accurately entered into the Student Record and Student Information Systems and reported in accordance with State Board of Education Rule 160-5-1-.07, *Student Data Collection*.

3. The LEA will coordinate with the GNETS director to ensure the necessary provision of textbooks, Common Core Georgia Performance Standards curriculum materials and resources, technology and its support, and state and local testing materials. Any materials or services provided through the use of QBE funds will be responsibility of the LEA.

4. The LEA will coordinate with the GNETS director and the GNETS fiscal agent to ensure that appropriate facilities will be provided and maintained in accordance with all applicable laws and regulations.

5. The LEA will coordinate with the GNETS director to ensure that transportation is provided for students participating in the GNETS program. The LEA, however, has the ultimate responsibility to ensure that a student receives necessary transportation.

6. The LEA will coordinate with the GNETS director to ensure that related services including, but not limited to, speech-language therapy, occupational therapy, and physical therapy are provided to students when these services are determined to be educationally necessary by the students' IEP teams. The LEA, however, has the ultimate responsibility to ensure that a student receives all services necessary under the law and the student's IEP.

7. The LEA will coordinate with the GNETS director to provide necessary access to student records and longitudinal data.

_____
Name of Participating School District

_____
Signature of Participating School District Superintendent                                        Date

GA00321627

**FY18 Participating LEA Assurances to the Georgia Department of Education**

GNETS Program: NORTH METRO GNETS

In accordance with State Board of Education Rule 160-4-7-.15, *Georgia Network for Educational and Therapeutic Support (GNETS)*, Atlanta Independent School District (APS) School District (LEA) has designated METRO RESA as the fiscal agent for the GNETS program that serves students from the LEA. Pursuant to this designation, I understand that funds granted to the LEA for this program will be sent to the designated fiscal agent. I further understand and agree that:

1. The LEA is responsible for the implementation and oversight of the Individualized Education Programs (IEPs) for all students receiving services through the GNETS program.

2. The LEA will coordinate with the GNETS director to ensure that all student data is accurately entered into the Student Record and Student Information Systems and reported in accordance with State Board of Education Rule 160-5-1-.07, *Student Data Collection*.

3. The LEA will coordinate with the GNETS director to ensure the necessary provision of textbooks, Common Core Georgia Performance Standards curriculum materials and resources, technology and its support, and state and local testing materials. Any materials or services provided through the use of QBE funds will be responsibility of the LEA.

4. The LEA will coordinate with the GNETS director and the GNETS fiscal agent to ensure that appropriate facilities will be provided and maintained in accordance with all applicable laws and regulations.

5. The LEA will coordinate with the GNETS director to ensure that transportation is provided for students participating in the GNETS program. The LEA, however, has the ultimate responsibility to ensure that a student receives necessary transportation.

6. The LEA will coordinate with the GNETS director to ensure that related services including, but not limited to, speech-language therapy, occupational therapy, and physical therapy are provided to students when these services are determined to be educationally necessary by the students' IEP teams. The LEA, however, has the ultimate responsibility to ensure that a student receives all services necessary under the law and the student's IEP.

7. The LEA will coordinate with the GNETS director to provide necessary access to student records and longitudinal data.

_____
Name of Participating School District

_____
Signature of Participating School District Superintendent                                Date

GA00321628