IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## NOTICE FOR LEAVE OF ABSENCE

COMES NOW Josh Belinfante, attorney for Defendants, and pursuant to Local Rule 83.1 respectfully notifies this Court, and counsel of record of the following Leave of Absence from the practice of law on the following dates:

1. Thursday, November 9, 2023 through Friday, November 10, 2023. The purpose of this leave is for a CLE conference out of town.

2. Monday, December 18, 2023 through Friday December 22, 2023. The purpose of this leave is for a family vacation.

3. Friday, March 1, 2024. The purpose of this leave is for a family vacation.

4. Monday, April 8, 2024 – Friday, April 12, 2024.  The purpose of this leave is for a family vacation.

5. Tuesday, June 11, 2024 – Thursday, June 20, 2024.  The purpose of this leave is for a family vacation

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to Object.  If no objections are filed, the leave shall be granted.

This 27th day of October, 2023.

| | |
|---|---|
| Christopher M. Carr<br>*Attorney General*<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>*Deputy Attorney General*<br>Georgia Bar No. 743580<br>Russell D. Willard<br>*Senior Assistant Attorney General*<br>Georgia Bar No. 760280<br>Susan R. Haynes<br>*Assistant Attorney General*<br>Georgia Bar No. 901269<br><br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>javier.picoprats@robbinsfirm.com<br>Anna Nicole Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>Robbins Alloy Belinfante Littlefield LLC<br>Atlanta, GA 30318 |

-3-

Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF LEAVE OF ABSENCE** by using the CM/ECF system, which will automatically send e-mail notification to counsel of record:

This 27th day of October, 2023.

*/s/ Josh Belinfante*
Josh Belinfante