In the Matter Of:

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

---

**BRIAN D. DOWD**

*June 23, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3

 4  UNITED STATES OF AMERICA,
                                )CIVIL ACTION
 5          Plaintiff,          )NO. 1:16-cv-03088-ELR
                                )
 6  vs.                         )
                                )
 7  STATE OF GEORGIA,           )
                                )
 8          Defendants.         )
                                )
 9  - - - - - - - - - - - - - - )

10

11              VIDEOTAPE DEPOSITION OF

12                   BRIAN D. DOWD

13

14      Thursday, June 23, 2022, 9:03 a.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23          ---------------------------------------------

24

25          WANDA L. ROBINSON, CRR, CCR, No. B-1973
            Certified Shorthand Reporter/Notary Public
```



```
1                    APPEARANCES OF COUNSEL

2

3    Appearing on Behalf of the Plaintiff:

4
          FRANCES COHEN, ESQUIRE
5         PATRICK HOLKINS, ESQUIRE
          U.S. Department of Justice
6         Civil Rights Division
          950 Pennsylvania Avenue, N.W.
7         Washington, D.C. 20579
          T:  202.305.6630   F:
8         E-mail:  fcohen@usdoj.gov
                   pholkins@usdoj.gov.
9

10

11   Appearing on Behalf of the Defendant:

12
          JAVIER PICO PRATS, ESQUIRE
13        Robbins Alloy Belinfante Littlefield LLC
          500 14th Street, N.W.
14        Atlanta, Georgia  30318
          T:  404.856.3261
15        E-mail:  jprats@robbinsfirm.com

16

17   ALSO PRESENT:

18   VIA ZOOM:

19          KELLY GARDNER, ESQUIRE

20          VICTORIA LILL, ESQUIRE

21          ANDREA HAMILTON, ESQUIRE

22          LAURA TAYLOE, ESQUIRE

23          ALISON EWERS, PARALEGAL

24          MEGAN ERICKSON, PARALEGAL

25
```



```
 1   ALSO PRESENT:

 2          PAUL NORMAN, ESQUIRE DCH General Counsel

 3          TARA DICKERSON, ESQUIRE (Via Zoom)
            DCH Deputy General Counsel
 4

 5          JASON SILLING, VIDEOGRAPHER

 6

 7

 8                 INDEX OF EXAMINATIONS

 9

10   BRIAN D. DOWD

11   By Mr. Holkins                              Page 7

12

13                  INDEX OF EXHIBITS

14   PLAINTIFF'S

15   NO.              DESCRIPTION                 PAGE

16   Exhibit 156   Notice of Deposition             8

17   Exhibit 157   11/6/2017 Email Chain From Linda   35
                   McCall To Brian Dowd
18                 GA00381679

19   Exhibit 158   2/24/2020 Email Chain From Catherine 53
                   Ivy To Rachel Kappel
20                 GA00462643-GA00462645

21   Exhibit 159   9/26/209 Email Chain From Brian    66
                   Dowd To Susan Goico With Attachment
22                 GA00390087-GA00390088.001-028

23   Exhibit 160   March 2020 Organization Chart     72
                   GA000005
24

25
```



```
 1              INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                  DESCRIPTION                PAGE

 4    Exhibit 161  Part II Policies and Procedures    96
                   For Children's Intervention School
 5                 Services (CISS)
                   Revised: April 1, 2022
 6
      Exhibit 162  9/8/2017 Email Chain From Brian    98
 7                 Dowd to Sandra Middlebrooks
                   GA00381603-GA00381606
 8
      Exhibit 163  2/3/2020 Email Chain From Rachel   101
 9                 Kappel to Catherine Ivy
                   GA00461590-GA00461593
10

11    Exhibit 164  Part II - Policies and Procedures  106
                   For Community Behavioral Health and
12                 Rehabilitation Services - DCH
                   Revised April 1, 2022
13
      Exhibit 165  Part II - Policies and Procedures  108
14                 For Early And Periodic Screening,
                   Diagnostic and Treatment Services
15                 Revised October 1, 2020
                   GA00396806-GA00396978
16
      Exhibit 166  Part II - Polices and Procedures   110
17                 For Autism Spectrum Disorder (ASD)
                   Services - DCH - Revised July 1, 2020
18                 GA0312140-GA04312210

19    Exhibit 167  Part II - Polices and Procedures   122
                   For Community Based Alternatives
20                 For Youth - DCH
                   Revised July 1, 2020
21                 GA01166102-01166147

22    Exhibit 168  Contract Between Georgia DCH And    127
                   Contractor For Provision of Services
23                 To Georgia Families
                   RFP/RFQC No.: DCH0000100
24

25
```



1                     INDEX OF EXHIBITS (Continued)
    PLAINTIFF'S
2   NO.                      DESCRIPTION                      PAGE

3   Exhibit 169   2/5/2018 Email From Brian Dowd        140
                  To Tiegreen, McCall, Carter
4                 With Attachment
                  GA00382036-GA00382043
5
    Exhibit 170   8/13/2018 Email Chain From Blake      145
6                 Fulenwider To Recipients
                  With Attachment
7                 GA01125480-GA01125489

8   Exhibit 171   Autism Spectrum Disorder Services     158
                  & Supports Informational Guide
9                 September 7, 2018
                  GA00387001-GA00387017
10
    Exhibit 172   10/22/2018 Email From Shardae         171
11                Bunche To Dante McKay
                  GA00756593
12
    Exhibit 173   9/11/2019 Email From Wendy Tiegreen 175
13                To Melissa Sperbeck
                  GA04276792
14

15  Exhibit 174   1/8/2020 Email Chain From Sandra      178
                  Middlebrooks To Catherine Ivy
16                With Attachments
                  GA00460601-GA00460622
17
    Exhibit 175   01/14/19 DBHDD Meeting Agenda and     182
18                Minutes - CYF/DCH Collaborative
                  Meeting
19                GA00384390-GA00384392

20

21           INDEX OF EXHIBITS (Previously Marked)

22  PLAINTIFF'S

23  NO.                      DESCRIPTION                      PAGE

24  Exhibit 8     February 12, 2021 Robbins Letter       91
                  Alexa Ross To Andrea Hamilton and
25                Victoria Lill



1              THE VIDEOGRAPHER:  This is the video

2        deposition of Brian Dowd, taken in the matter

3        of the United States of America versus the

4        State of Georgia.

5              Today's date is June 23rd, 2022.

6              The time on the record is 9:03.

7              My name is Jason Silling.  I'm the

8        videographer.  The court reporter is Wanda

9        Robinson.

10             Counsel, please introduce yourselves,

11       after which the court reporter will swear in

12       the witness.

13             MR. HOLKINS:  Patrick Holkins for the

14       United States.

15             MS. COHEN:  Fran Cohen for the United

16       States.

17             MR. PICO PRATS:  Javier Pico Prats for the

18       State of Georgia.

19             MR. NORMAN:  Paul Norman, DCH.

20                   - - - - - - -

21                   BRIAN D. DOWD,

22  being duly sworn, was examined and testified as

23  follows:

24                   - - - - - - -

25



 1   EXAMINATION

 2   BY MR. HOLKINS:

 3        Q    Good morning, Mr. Dowd.

 4        A    Good morning.

 5        Q    Could you please spell your name for the

 6   record, please.

 7        A    Sure.  Brian Dowd, B-R-I-A-N, D-O-W-D.

 8        Q    So I'm going to walk through some

 9   instructions before we get into questions.  We're

10   going to go about 90 minutes at a time, then we'll

11   take a break.  If you need to take a break before

12   that point, just let me know and we can.

13            The one request I have is that if a

14   question is pending that you answer the question

15   before we take a break.

16            MR. HOLKINS:  That goes for counsel as

17        well.  If you need to take a break at any

18        point, please let me know.

19   BY MR. HOLKINS:

20        Q    As you have observed, the deposition is

21   being recorded.  We have a stenographer.  We have a

22   videographer as well.  For clarity of the record, it

23   would be helpful if you let me finish my question

24   before you start your answer.

25            Also, please avoid uh-huh or uh-uh, and



1  say yes or no.

2          Is that all right?

3      A    Yes.

4      Q    I think we're now going to show the first

5  exhibit of the day

6          MR. HOLKINS:  I see someone else has

7      joined.

8          THE WITNESS:  Alison but she left.

9          MR. HOLKINS:  I'm sorry.

10          THE WITNESS:  It was Alison Granier but

11      she left.

12          MR. HOLKINS:  Who is that?

13          THE WITNESS:  I don't know.  Nobody I

14      know.

15          MR. HOLKINS:  We'll figure that out.

16          MS. COHEN:  Not yet.

17          MR. HOLKINS:  So give me one second and

18      I'll pull up the first exhibit of the day.

19          So, for the record, this is the notice of

20      deposition for Brian Dowd, served on the State

21      of Georgia in this matter.

22          (WHEREUPON, Plaintiff's Exhibit-156 was

23      marked for identification.)

24  BY MR. HOLKINS:

25      Q    I'm going to give you control of the



BRIAN D. DOWD                                              June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                    9

 1  document so you can review it.

 2       A    Okay.

 3       Q    Give me one second.

 4            You should have control.

 5       A    I have to click on it, right?  I may have

 6  control of it now.  No, I don't.

 7       Q    Let's try this again.

 8       A    Okay.

 9       Q    You should have control now if you click

10  on it.

11       A    Yeah, I do.

12       Q    Okay.  Just let me know when you've

13  finished reviewing it.

14            (Witness reviews exhibit.)

15       A    This is just the notice of deposition,

16  right?

17       Q    Have you seen this document before?

18       A    Yes.

19       Q    When did you see it?

20       A    A few days ago.  I don't remember of which

21  the days but a couple of days ago.

22       Q    And who showed you this document?

23       A    Paul sent it to me, I believe.  Yeah.

24       Q    Mr. Dowd, before today, had you heard

25  about this case?



BRIAN D. DOWD                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                          10

```
1        A    Yes.

2        Q    When did you first hear about this case?

3        A    I don't know an exact date.  A couple

4   years ago was the first time I heard about it, or --

5        Q    What's your understanding --

6        A    I want to say it was right before the

7   pandemic.

8        Q    Okay.  So that would have been in 2019,

9   early 2020?

10       A    Yes.

11       Q    What is your understanding of what this

12  case is about?

13       A    GNETS.  About the validity of the GNETS

14  schools.

15       Q    Anything else?

16       A    No.

17       Q    Mr. Dowd, are you aware that the United

18  States is taking depositions of other current or

19  former state officials --

20       A    Yes.

21       Q    -- in connection with this matter?

22       A    Yes.  I'm sorry.

23       Q    Did you review the transcripts of any of

24  those depositions in preparation for this

25  deposition?
```



1       A     No.

2       Q     Mr. Dowd, do you understand that your

3   testimony today is under oath?

4       A     Yes.

5       Q     Do you understand that being under oath

6   means that you have an obligation to tell the truth?

7       A     Yes.

8       Q     Is there any reason at all why you cannot

9   testify accurately and truthfully today?

10      A     No.

11      Q     Are you taking any medication or older

12  substance that would interfere with your ability to

13  answer all of my questions fully and truthfully

14  today?

15      A     No.

16      Q     Have you ever been deposed before?

17      A     Yes.

18      Q     How many times?

19      A     Oh, more than five, less than 10.

20      Q     In any of those depositions were you

21  appearing in your capacity as an employee of the

22  State of Georgia?

23      A     All of them.

24      Q     When was the most recent time that you

25  were deposed?



1        A      Probably seven or eight years ago.

2        Q      And what was the subject of the

3   deposition?

4        A      It was an independent care waiver program

5   member, and the services that member was going to

6   receive.

7        Q      Were all of the depositions that you have

8   participated in the past about a similar topic?

9        A      No.

10       Q      Could you describe the subject of other

11  depositions that you've participated in?

12       A      Medical necessity related to the Georgia

13  pediatric program, criminal cases having to do with

14  doctors, eligibility issues having to do with

15  pregnant woman Medicaid.

16              I can't remember all of them.  It's been

17  24 years.

18       Q      The deposition you described -- or perhaps

19  there were multiple depositions related to medical

20  necessity --

21              MR. HOLKINS:  Let me ask the question.

22       Q      Did you have more than one question

23  relating to the issue of medical necessity?

24       A      Hum, I think medical necessity came up in

25  more than one deposition.



 1      Q    Okay.  And were you assessing or were you
 2   asked to opine on medical necessity with respect to
 3   children's behavioral health services in any of
 4   these depositions?
 5      A    No.
 6      Q    Have you ever been a plaintiff or
 7   defendant in a lawsuit?
 8      A    No -- well, I mean I've been sued as a
 9   state employee.
10      Q    Okay.
11      A    In a personal capacity, that got dismissed
12   in federal court recently.
13      Q    Could you describe that matter?
14      A    Yes.  It was an ICWP case about two
15   applicants receiving services timely.
16      Q    What does ICWP stand for?
17      A    The independent care waiver program.  It's
18   one of our 191(c) home and community-based waivers
19   in the State of Georgia.
20      Q    What is the target population for that
21   waiver program?
22      A    21 to 64, severely medically fragile,
23   and/or traumatic brain injury.
24      Q    Is that the only time you have been
25   personally sued in your official capacity?



BRIAN D. DOWD                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            14

 1      A     That I remember, yes.

 2      Q     I'm going to be using some acronyms

 3  throughout the day.  I'm going to run through them

 4  now and explain what I understand them to mean to

 5  make sure we're on the same page.

 6            Is that all right?

 7      A     Yes.

 8      Q     When I refer to "DBHDD," will you

 9  understand I'm referring to the Georgia Department

10  of Behavioral Health and Developmental Disabilities?

11      A     Yes.

12      Q     When I refer to "DCH," will you understand

13  I'm referring to the Georgia Department of Community

14  Health?

15      A     Yes.

16      Q     When I refer to the "Georgia DOE," or

17  "DOE," will you understand that I am referring to

18  the Georgia Department of Education?

19      A     Yes.

20      Q     When I reference "CMO," will you

21  understand that I am referring to Care Management

22  Organizations?

23      A     Yes.

24      Q     When I say "SED," will you understand that

25  I'm referring to Serious Emotional Disturbances?



1        A    Yes.

2        Q    I may use the term "general education

3   setting" today.  If I do, I am referring to public

4   schools in Georgia where children with SED and other

5   behavioral health conditions receive instruction and

6   services alongside children who do not have

7   disabilities.  Do you understand?

8        A    Yes.

9        Q    When I refer to "GNETS," will you

10  understand that I am referring to the Georgia

11  Network for Educational and Therapeutic Support?

12       A    Yes.

13       Q    When I refer to "CYF," or "OCYF," do you

14  understand that I am referring to the Office of

15  Children, Young Adults and Families at DBHDD?

16       A    Yes.

17       Q    Will you understand that "COE" is in

18  reference to the Georgia State University Center of

19  Excellence?

20       A    Yes.

21       Q    And likewise, will you understand that

22  "CSB" is a reference to Community Service Boards in

23  Georgia?

24       A    Yes.

25       Q    Will you understand that "EPSDT" means



 1  early periodic screening diagnosis and treatment?

 2      A    Yes.

 3      Q    Will you understand that "CISS" is a

 4  reference to Children's Intervention School

 5  Services?

 6      A    Yes.

 7      Q    Will you understand that CIS is a

 8  reference to Children's Intervention Services?

 9      A    Yes.

10      Q    "CBAY" means community-based alternatives

11  for youth, correct?

12      A    Correct.

13      Q    "GAMMIS" is a reference to Georgia

14  Medicaid Management Information System, correct?

15      A    Correct.

16      Q    "CHIP" means Children's Health Insurance

17  Program, correct?

18      A    Correct.

19      Q    And "PeachCare" will be a shorthand for

20  PeachCare for Kids, of the CHIP's state program,

21  correct?

22      A    Correct.

23      Q    I will finally, if I refer to "CMS," will

24  you understand that means the Centers for Medicare

25  and Medicaid Services?



```
 1        A    Yes.

 2        Q    Mr. Dowd, do you have a college degree?

 3        A    Yes.

 4        Q    From where?

 5        A    Georgia State University.

 6        Q    In what field did you receive the degree?

 7        A    Anthropology.

 8        Q    Do you have a professional degree?

 9        A    No.

10        Q    Do you maintain any professional licenses?

11        A    No.

12        Q    What is your current job title?

13        A    Deputy Executive Director of Medical

14   Assistance Plans over Policy, Operations and

15   Compliance.

16        Q    I want to make sure I got that right for

17   the transcript.

18             Deputy Executive Director of Medical

19   Assistance Plans for -- Over Policy, Operations and

20   Compliance; is that correct?

21        A    Correct.

22        Q    When did you assume this position?

23        A    Well, we went through a reorg, and they

24   reclassified my title pre-pandemic?  I don't know.

25   2018 probably.
```



1          I'm sorry, I don't know that off the top

2    of my head.

3       Q    That's fine.

4          Who do you report to in your current

5    position?

6       A    Lynnette Rhodes.

7       Q    What is her title?

8       A    Executive director of Medical Assistance

9    Plans.

10      Q    And since you assumed this position in,

11   2018, whereabouts, have you always reported to

12   Lynnette Rhodes?

13      A    Yes.

14      Q    Do you supervise anyone in your current

15   position?

16      A    Yes.

17      Q    Who do you supervise?

18      A    I supervise Valerie Harrell, who is an

19   administrative assistant.  I supervise Lavina Luca,

20   who is our Medicaid coordinator.  I supervise

21   Melanie Wilson, who is over auditing and compliance.

22          There's a vacant position that is over

23   policy.  That is one that I directly supervise.

24          I supervise Maya Carter, who is over

25   system integration.



```
1      Q     Just for the record, I think one of the
2   individuals you identified, her name is Lavina; is
3   that right?
4      A     Lavina Luca, yeah.
5      Q     Okay.  We got it.
6            I want to ask you just a few questions
7   about the work of the individuals you supervise.
8      A     Sure.
9      Q     I believe you identified one individual
10  you supervise who -- whose role you described as
11  auditing compliance; is that correct?
12     A     Correct.
13     Q     What does that entail?
14     A     Her unit is responsible for state audits
15  that come in, coordinating any state audits we have,
16  which we have multiple state audits in a year on
17  different categories of service.
18           She's also responsible for the federal
19  payment error rate measurement audit, which we're
20  currently going through, which is the federal
21  paramount from CMS, and she's responsible for any
22  integration we have at HCSB settings rule to make
23  sure that the service we deliver in the community
24  are actually community based.  So her unit does that
25  auditing.
```



 1           She also oversees electronic visit

 2   verification, which is a federal mandate where we

 3   have certain services where folks have to clock-in

 4   and clock-out to ensure they're delivering services.

 5           So all those auditing functions.

 6           She also has the ownership for the autism

 7   spectrum disorder therapy manual.

 8       Q   Thank you very much.

 9           HCBS stands for home community-based

10   services, correct?

11       A   Correct.

12       Q   Could you describe in a little bit more

13   detail what the integration work entails with

14   respect to the HCBS rule?

15       A   Yes.  The HCBS rule says that related to

16   1915(c) home and community-based waivers, right,

17   that they have to be delivered in a community

18   setting because that's what they are, for those

19   waivers.

20           So there's certain aspects that you have

21   to ensure, like that the services are not delivered

22   on the grounds of an institution, adjacent to an

23   institution, or in a setting that would otherwise

24   appear to be an institution.

25           So we have to ensure that those -- where



1  we deliver the waiver services, they're not in any

2  of those settings.

3      Q    And what specific efforts does your office

4  undertake to ensure that?

5      A    If there is any report in our auditing or

6  our surveying of providers and members, this unit

7  would be the unit that would be responsible for

8  following up with those providers to ensure that

9  they are in compliance and taking action if they're

10  not.

11      Q    So is this surveying of providers and

12  members happening annually?

13      A    I'm not sure if it's annually or

14  bi-annually, but it's specific to the home and

15  community-based waivers.

16      Q    Okay.  You mentioned also state audits.

17  Could you describe what those are?

18      A    Yeah.  There's frequently -- we have a

19  Department of Audits, and they have us look at

20  different aspects.  It's an interstate agency that

21  will come in and look at a subject, or it may even

22  be the federal government that comes in and looks at

23  a subject, but it's mainly the State auditors.

24          They may look at adult day health, right.

25  They say we want to look at if adult day health is



1  being performed according to policy, and so they

2  come in and audit the providers, and that takes some

3  coordination from our office.

4       Q    Have there been any state audits of

5  Medicaid services for children with behavioral

6  health conditions in the last year?

7       A    Not that I'm aware of.

8       Q    In the last five years?

9       A    Not that I'm aware of.  Not that came

10  through my office, let me say that.

11      Q    Would they come through a different

12  office?

13      A    They could go through the Office of the

14  Inspector General.

15      Q    If there were an audit of community-based

16  Medicaid reimbursable behavioral health services

17  being performed by the State, would the individual

18  you supervise be aware of that?

19      A    Yes.

20      Q    And what was her name again?

21      A    Melanie Wilson.

22      Q    Maya Carter's role, you said, relates to

23  state integration; is that correct?

24      A    System integration.

25      Q    System integration.  I'm sorry, I can't



1  read my own writing.

2          Could you describe to me what that

3  entails?

4      A    Yes.  She works with GAMMIS and our IT

5  people and our policy people to make sure that

6  changes to the system happen appropriately.

7      Q    Would that include changes to HCSB

8  policies that are published through GAMMIS?

9      A    Yes.

10     Q    Before we dive more deeply into your

11 current role and responsibilities, I'd just like to

12 ask you about positions you held prior to this one

13 at DCH.

14         Did you have any other jobs at DCH beyond

15 the current one?

16     A    Yes.

17     Q    And I know it seems like this goes back --

18 is it 20 years you've been with --

19     A    I've worked for the state for 24 years.

20     Q    Has that all been with DCH?

21     A    Yes.

22     Q    What other state entities have you worked

23 with?

24     A    I think they are Department of Human

25 Services, specifically the Division of Family and



 1  Children Services, and the Department of Behavioral

 2  Health and Developmental Disabilities.

 3      Q    Could you identify first the roles that

 4  you had with DBHDD?

 5      A    Yes.  I was -- I can't remember my title.

 6  It was like Medicaid liaison maybe, something like

 7  that, with DBHDD, and then I was briefly, for about

 8  three months, the community mental health budget

 9  manager.

10      Q    What was your work --

11           MR. HOLKINS:  Let me try again.

12  BY MR. HOLKINS:

13      Q    What did your work entail as community

14  mental health manager at DBHDD?

15      A    Medicare coordination with DCH.

16      Q    Were you working directly with enrolled

17  Medicaid providers in that role?

18      A    Yes.

19      Q    And what did that entail?

20      A    Just answering questions, clarifying

21  policy related to the community behavioral health

22  package.

23      Q    Would that include questions about

24  reimbursement procedures?

25      A    It could.  If by -- I don't know what you



 1   mean by reimbursement procedures.  So if you could

 2   clarify that, that would be helpful.

 3       Q    Sure.  I'm referring to the process of

 4   receiving reimbursement for Medicaid claims for

 5   community behavioral health services for children.

 6       A    Yes.

 7       Q    You would receive questions about that

 8   from providers and respond to them?

 9       A    Yes.

10       Q    Do you know if anyone is currently in that

11   role at DBHDD, the role of community behavioral

12   health budget manager?

13       A    I don't know.

14       Q    Is it your understanding that Wendy

15   Tiegreen is currently in the role of DBHDD liaison

16   to DCH?

17       A    I, I don't know Wendy's title, but she

18   acts in that capacity.

19       Q    Is there anyone else at DBHDD who you

20   would consider a liaison to DCH currently?

21       A    Yes.  Ashleigh Caseman.

22       Q    Ashleigh Caseman?

23       A    Yes.

24       Q    Who's that?

25       A    She's the Medicaid liaison for the IDD



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                          26

 1   waivers now in comp.
 2        Q    I think you mentioned also that you worked
 3   for the Division of Family Services; is that
 4   correct?
 5        A    Division of Family and Children Services.
 6        Q    Thank you.
 7        A    Yes.
 8        Q    What was your role at the Division of
 9   Family and Children Services?
10        A    There were several.  Aged, blind, and
11   disabled case manager, county trainer for DeKalb
12   County.
13             Aged, blind and disabled case manager.
14   Aged, blind and disabled supervisor, so the county
15   trainer for DeKalb County, and I was also a record
16   reader for what was then food stamps, which is now
17   SNAP.
18        Q    Could you describe what your work as
19   county trainer for DeKalb County entailed?
20        A    Yes.  Trained on all aspects of Medicaid
21   eligibility, food stamp eligibility, TANF
22   eligibility.
23             Trained on customer service, trained on
24   county operations, trained on -- we had a utility
25   assistance program.  We had a food bank.



1            Trained on all the aspects of the Division

2     of Family and Children Services that related to

3     eligibility, not Child Welfare.

4         Q    Who were you providing this training to?

5         A    Staff.

6         Q    Of the County?

7         A    Yes.

8         Q    Did you provide any training in that

9     capacity to staff of any GNETS program?

10        A    No.

11        Q    When did you first join DCH?

12        A    I honestly don't remember the year.  I

13    went from DeKalb County DFCS to a policy writer at

14    the State office for DFCS.

15            Then I became the DFCS Medicaid unit

16    manager, and from there I became the director of

17    eligibility at DCH, and then that position was

18    reorganized to deputy Medicaid director over

19    eligibility.

20            Then I left DCH to go work for Health

21    Management Associates, a private consulting firm,

22    for a little more than a year.  Then I came back to

23    DBHDD in the two roles that I previously described.

24    Then I came back to DCH about 10 years ago.

25        Q    Let's just go back to the role that you



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                28

 1  had as director of eligibility.

 2         What did that role entail?

 3    A    At DCH?

 4    Q    Correct.

 5    A    I was over -- eligibility policy related

 6  to how individuals become eligible for Medicaid.  I

 7  was over the PeachCare for Kids program at the time,

 8  and I was over the third-party liability unit.

 9    Q    At that time --

10    A    And MEQC, which is Medicaid eligibility

11  quality control.

12    Q    So as part of your duties in that role,

13  director of eligibility at DCH, were you monitoring

14  enrollment in the PeachCare program?

15    A    Yes.

16    Q    Were you also monitoring enrollment in

17  Medicaid fraud, specific to kids?

18    A    Not that I remember.  I mean I'm sure

19  there were reports, but it wasn't a focus.  It was

20  with PeachCare for Kids because back then there was

21  a cap on enrollment, and it was a big issue.

22    Q    Why was it an issue?

23    A    Because people wanted more kids on the

24  program.

25    Q    And did DCH take any action to address



 1  that concern?

 2      A    It required legislative action.

 3      Q    Has that legislative action occurred?

 4      A    Yes.

 5      Q    Are there currently CAPs on enrollment --

 6      A    No.

 7      Q    -- on PeachCare for Kids?

 8      A    No.

 9      Q    In your capacity as director of

10  eligibility at DCH, did you lead any initiatives to

11  expand enrollment in PeachCare for Kids?

12      A    No.

13      Q    Did you lead any initiatives in that

14  capacity to expand enrollment in Medicaid

15  specifically for children?

16      A    I can't remember.  I feel like there was

17  -- I mean we're always working on improving system

18  operations and everything else, but I can't, I can't

19  remember.  It was 15 years ago.

20      Q    Could you briefly describe the work that

21  you did during the year or so when you were outside

22  of state service and working for health management

23  associates?

24      A    Oh, yeah.  It was a bunch of different

25  things.



1          There was -- I rewrote the targeted case

2   management program for the District of Columbia, for

3   foster children.

4          I worked on with Voices for Georgia's

5   Children on some express lane eligibility policy

6   papers.

7          Wow.  I did a nonemergency transportation

8   national survey.

9          I worked with the Kaiser Family Foundation

10  to gather data, along with Esther Reagan, who at the

11  time was over that.

12         I'm sure there's a bunch of other things.

13  That's all I remember off the top of my head.

14     Q   Thank you.  Let me follow up on a couple

15  of those items.

16         Could you describe what the express lane

17  eligibility policy paper was?

18     A   Yes.  So there's an option within Medicaid

19  to allow for express lane eligibility for members,

20  which is using other eligibility information, like

21  TANF and SNAP, in order to meet the qualifications

22  for Medicaid.

23         At the time we didn't do that and Voices

24  for Georgia's Children had hired me in my capacity

25  with HMA to look into what it would take for the



1   State of Georgia to do that and what the benefits

2   would be.

3        Q    HMA means?

4        A    Health Management Associates.  They're a

5   private consulting firm.

6        Q    Thank you.

7             You also referenced working on data

8   collection, I believe, with the Kaiser Foundation;

9   is that correct?

10       A    Correct.

11       Q    What data were you gathering?

12       A    So Kaiser Family Foundation has a website

13  where they have all aspects of information related

14  to every state's Medicaid eligibility rules.  So

15  that was the data we were collecting.  Like what the

16  eligibility rules were, how many people they had on,

17  if they had any changes, that sort of thing.

18       Q    Were you doing this for all states or just

19  --

20       A    Yes.

21       Q    Yes?

22       A    Yes.

23       Q    All states.

24            What position did you hold at DCH prior to

25  your current position?



BRIAN D. DOWD                                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                        32

 1      A    Deputy -- I think it was deputy -- I think
 2  back then we were deputy Medicaid directors.
 3      Q    Were your duties in that role different
 4  from your duties now?
 5      A    Yes.  So back then I had -- I did not have
 6  medical policy, which is the policy manuals over
 7  most of the medical services, and I didn't have the
 8  eligibility policy.
 9           I had the home- and community-based
10  waivers that were under me, the Georgia pediatric
11  program.
12           And I think that was it.
13      Q    So is it fair to say your duties have
14  expanded since you took on this new role?
15      A    It's expanded since the reorg, yes.
16      Q    And when was the reorg?
17      A    I don't remember.  Before the PHE.
18      Q    The Public Health Emergency?
19      A    Yeah, before the Public Health Emergency.
20      Q    Do you have any duties currently
21  specifically with respect to Care Management
22  Organizations?
23      A    No.  Care Management Organizations are not
24  under my umbrella.  They are under different deputy
25  executive directors.



1    Q    Which deputy executive directors would

2  that be?

3    A    It's vacant currently.  It was Catherine

4  Ivy.  She has since retired.

5    Q    When did Ms. Ivy retire?

6    A    Two months ago.  Maybe.  I can't remember.

7  Two months ago, probably.

8    Q    There's not an interim in her place --

9    A    No.

10   Q    -- currently?

11        Do you have any duties in your current

12  role with respect to Medicaid State Plan amendments?

13   A    Yes.  So Melanie Wilson, one of the things

14  she also does is keeps the library of state plan

15  amendments.

16        I may help draft state plan amendments if

17  they have to do with medical policy or any of the

18  services that I know and oversee.

19        I don't submit them, but I help draft

20  them.

21   Q    And what are the services that you oversee

22  where you would help draft related Medicaid State

23  Plan amendments?

24   A    Anything related to member eligibility;

25  anything related to medical policy, which is



1  physician services, hospital services.

2          There's so many.  X-ray, psychological

3  service, which is not community behavioral health.

4  There's a difference.

5          So psychological services.  X-ray

6  emergency transportation.

7          I can't remember them all but there's

8  quite a few.

9     Q    So if I'm understanding your testimony

10 correctly, you would not review state plan

11 amendments with respect to community behavioral

12 health services?

13    A    I may be asked to look at them but they're

14 not directly in my line.  That was in Catherine

15 Ivy's section.  There was a program specialist

16 there, who is Jamie Cremer, I believe, and she is

17 over the policy manual for community behavioral

18 health, and it was supervised by Catherine Ivy.

19    Q    Were you in fact ever asked to review a

20 draft Medicaid State Plan amendment related to

21 community-based health services?

22    A    When I worked at DBHDD, yes.

23    Q    Can you remind me in what capacity at

24 DBHDD you would have been asked to review state plan

25 amendments relating to community behavioral health



 1   services?

 2        A    Yes.  When they were -- when there was

 3   some work being done to add services related to the

 4   Department of Justice settlement.

 5        Q    And is that the settlement related to

 6   adults mental health services?

 7        A    Correct.

 8        Q    And what input specifically did you

 9   provide on that state plan amendment?

10        A    I can't remember what I specifically

11   provided.  It was a lot of years ago.

12        Q    Give me a second.  I'm going to pull up

13   the next exhibit.

14        A    Sure.

15             MR. HOLKINS:  So I've just published what

16        we're introducing as Exhibit 157.

17             For the record, this is GA00381679.

18             This exhibit will have multiple parts,

19        both the email and one of the attachments.

20             (WHEREUPON, Plaintiff's Exhibit-157 was

21         marked for identification.)

22   BY MR. HOLKINS:

23        Q    I'm going to give you control of this

24   document, Mr. Dowd.  Please let me know when you

25   finish reviewing it.



1              You should have control.

2              (Witness reviews exhibit.)

3       A    Okay, I reviewed it.

4       Q    I'm going to take control of the document

5   back.

6              So this is an email from Linda McCall,

7   dated November 6, 2017, to you.  The subject is:

8   "Forward Behavioral Health SPA."

9              Is that correct?

10      A    Correct.

11      Q    And SPA stands for state plan amendment?

12      A    Correct.

13      Q    Who is Linda McCall?

14      A    She was the former -- I don't know what

15  her title was, but she was the former person who was

16  over the behavioral health manual for DCH.

17      Q    Who is currently over the behavioral

18  health manual for DCH?

19      A    Jamie Cremer.

20      Q    So I'm now going to pivot over to the

21  attachment, one of the attachments to this email.

22             For the record, this is GA00381680.  It's

23  being introduced as Part 2 of this Exhibit 157.

24             This is a long document.  There's no need

25  for you to review it all, but I will give you a



1 chance to take a look at it.  Give me one second and

2 I'll give you control.

3       Do you have access?  Are you able to --

4   A   Yeah.  I think I just got it.  Yeah.

5       (Witness reviews exhibit.)

6   A   Yes.  Okay.  I've reviewed it.

7   Q   So this is an approved state plan

8 amendment relating to behavioral health services in

9 the State of Georgia, correct?

10   A   Correct.

11   Q   What was your role, if any, with respect

12 to the development of this waiver?

13   A   None that I remember.

14   Q   And why -- what's your understanding of

15 why Linda McCall was forwarding this to you?

16   A   I get three to 500 emails a day.  People

17 forward me all kinds of stuff, for my knowledge.

18   Q   Did you review this when you received it?

19   A   I don't remember.  It was 2018.  I don't

20 remember to what extent I reviewed it and looked at

21 it.

22   Q   Do you know sitting here today what's in

23 this waiver?

24   A   No.  I would have to review it and see

25 what the actual changes were.  I have no idea.



1   Q    I'm going to stop sharing this document.

2        What are your duties currently with

3   respect to Medicaid waivers?

4   A    1915(c) waivers?  1915 waivers?  What

5   language?

6   Q    It's a broad question intended to capture

7   all of that.  So let's start with 1915(c).

8   A    I would advise the individuals who are

9   doing amendments on 1915(c) waivers, whether it be

10  372 reports, which are accounting reports for those.

11  Lavina Luca has been working on those, which are our

12  fiscal reports we send in for waiver services.

13       Catherine Ivy, before she left, was

14  working with Lavina Luca on waiver renewal

15  documents.  They expire every five years.

16       So she would -- she's been helping to

17  draft those.  So I might answer questions or go over

18  what should be done or clarify information in the

19  1915(c) waivers.

20       I used to be over the 1915(c) waivers.  So

21  people come and ask me questions about the history

22  of the 1915(c) waivers and what certain things mean

23  and what past negotiation was with CMS.

24       I sometimes am the person who submits the

25  waivers because I am the person who has the super



 1  access to the CMS portal to submit those waivers.
 2  So I'm the person who takes people on, which is the
 3  long history, takes people on and takes people off,
 4  and I can also do everything in the portal to
 5  communicate with CMS.
 6      Q    Do you have a counterpart who you interact
 7  with with CMS?
 8      A    Yes.  Right now it's Shantae Shaw.  She's
 9  over the waivers.  She's out of San Francisco.
10      Q    The last name is Shaw?
11      A    Yes.
12      Q    What were the other waiver types that you
13  have duties with respect to?
14      A    So there's 1115 waivers, which are
15  demonstration waivers.
16          I'm trying to think of any other waivers
17  we have.  We don't have any B's.
18          So we did have an 1115 waiver that we have
19  since -- has -- is not moving forward, which was
20  Pathways to Coverage.  So people would ask me
21  questions related to that waiver, and I may
22  participate in those planning meetings as well.
23          Likewise, I helped develop, along with
24  Lynnette, we were the two point people for the 1115
25  waiver that expanded postpartum care for women to



1  six months recently, and now we're expanding it to a

2  year as part of a state plan operation, but we

3  previously before the state Plan option expanded it

4  to six months.

5      Q    Could you describe what the Pathways to

6  Coverage 1115 waiver was intended to achieve?

7      A    It was intended to -- intended to provide

8  a route for people doing community activities or

9  community engagement to Medicaid coverage, and then

10 eventually to the exchange for coverage.

11     Q    Does that include children and families?

12     A    No.

13     Q    What was the target population?

14     A    Working adults.

15     Q    Are you working on any 1115 waiver

16 applications currently?

17     A    Not currently, no.

18          MR. HOLKINS:  Just one second.

19          Renee, could you mute yourself, please.

20          Thank you.

21 BY MR. HOLKINS:

22     Q    Do you know whether DCH is currently

23 developing any waivers with respect to Children's

24 Behavioral Health services?

25     A    Not that I'm aware of.

```
 1      Q    Do you have any responsibilities with
 2  respect to designing or developing new Medicaid
 3  services?
 4      A    Yes.
 5      Q    Could you describe those responsibilities?
 6      A    It depends on if the legislature passes
 7  something or there's a -- leadership passes
 8  something, and I will work in the development of, if
 9  it's a state plan amendment, in developing the
10  policy manual or whatever else.
11           Currently we are developing -- and it has
12  not been approved by CMS yet -- did you ask
13  Children's Behavioral Health services?
14      Q    I'm asking broadly to Medicaid services.
15      A    Yeah.  So, yes, I do.
16      Q    And what is the service -- I believe you
17  were about to describe that you're working on.
18      A    Behavioral support services.
19      Q    Intended for?
20      A    Children that have behavioral issues to
21  have in-home services or community-based services,
22  to help with skill building, activities, daily
23  support, that sort of thing.
24      Q    Is this a state plan amendment?
25      A    Yes.
```



1    Q    If I'm understanding correctly, DCH has

2    submitted the application for the state plan

3    amendment to CMS?

4    A    No, that's not correct.

5    Q    What is the current status?

6    A    It's pending with our DCH Board.

7    Q    Could you just walk me through the

8    process, from genesis of a draft state plan

9    amendment to approval of the amendment?

10   A    Sure.  So at first you have to seek public

11   comment.  The Department of Community Health does

12   that via the Board process.  So you have an initial

13   introduction to the DCH Board.  It is published.  It

14   is made publicly available.  You have a public

15   hearing.

16        Members can also submit comments via fax

17   or email to the Department during the open public

18   comment time.

19        We gather all that information.  We make

20   any changes that we should make based on that public

21   comment.  It then goes to the Board for final

22   adoption.

23        Once it is finally adopted by the Board

24   and we have satisfied the public comment

25   responsibility, we then submit our state plan



1  amendment to CMS.  CMS has 90 days to review the

2  state plan amendment.  They can give us an informal

3  request for additional information that keeps it on

4  the clock, but just asks us questions.  They may ask

5  to meet with us.

6           Frequently now they ask to meet with us to

7  discuss the SPA immediately.  They could take the

8  SPA off of the clock and give us a request for

9  additional information, which is an RAI, which are

10  official questions that have to be responded to.

11          And when we return those questions, it

12  goes on the clock.  There's no limit to the number

13  of RAIs that CMS can do.  So even though there's a

14  90-day clock, it may take a lot longer than 90 days

15  to have all the questions approved.  But at the end

16  of that 90-day clock, a decision has to be made

17  whether CMS is going to approve the state plan or

18  reject the state plan.

19     Q    Thank you.

20          Does the DCH Board have final authority

21  over whether a state plan amendment is submitted to

22  CMS?

23     A    I don't know.

24     Q    What is the role of the DCH Board?

25     A    They approve our motions to go forward.



1      Q     Are you aware of another level of approval

2  before the proposal is submitted to CMS?

3      A     No.

4      Q     Who is on the DCH Board, do you know?

5      A     Do I know all their names?

6      Q     How many it is -- how many members are

7  there on the DCH Board?

8      A     I don't know how many members there are.

9      Q     Do you know whether the members of the DCH

10  Board are appointed by the Governor?

11      A     I don't know.  I believe so but I don't

12  know for sure.

13      Q     Have you ever participated in discussions

14  correctly with the DCH Board?

15      A     Yes.  I've presented things to the DCH

16  Board.  I've had questions asked back and forth from

17  the DCH board about what I've presented, yes.

18      Q     Did you present to the DCH Board

19  specifically in connection with the state plan

20  amendment you were just describing?

21      A     Behavioral supports?  Yes.

22      Q     When did that occur?

23      A     Last month.

24      Q     Is there a public record of the

25  presentation or --



1    A    It's publicly available online on our

2   website.   Just Google DCH Board and it's right

3   there.

4    Q    Would that include the -- any presentation

5   materials you used?

6    A    And the presentation.   It's video.

7    Q    I just want to make sure that I understand

8   the services that would be added through the state

9   plan amendment.

10        Could you expand on what would be included

11  within behavioral supports?

12   A    Sure.   It's in-home or community supports,

13  and this is outlined in the state plan document that

14  you can review online.

15        It's in-home or community behavioral

16  supports for individuals with identified behavioral

17  support means.   So there may be a behavioral support

18  aid that goes into the home and helps an individual

19  who has a child with, let's say, autism, and that

20  child has elopement behavior, or that child has

21  aggressive behavior, or that child is resistant to

22  bathing and is 16 and 200 pounds.

23        That's, you know, a stressor on families.

24  So we're hoping to introduce that service to help

25  mitigate those issues with families.



1      Q    What led DCH to create this proposed state

2  plan amendment?

3      A    Need.

4      Q    And how did you -- excuse me.

5           How did DCH identify that need?

6      A    Well, we, we talk to hundreds of families

7  a month and hundreds of providers a month.

8      Q    Can you describe the ways in which DCH

9  interacts with, as you say, hundreds of families and

10  providers a month?

11      A    They email, they call.  We do tons of

12  community engagement work.  I appear at lots of

13  association meetings.

14           We have different avenues for families to

15  talk to us and then just emails, phone calls and

16  everything else.

17      Q    So those contacts with community providers

18  identified a need for the specific category of

19  service; is that correct?

20      A    No.  I would say that we have -- we were

21  aware of members' needs, and it's just been part of

22  the overall work we do at DCH, looking at system

23  improvement.

24      Q    And what other ways were you aware of

25  members' needs beyond these regular communications?



BRIAN D. DOWD                                              June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                     47

1      A     We may have other agencies, whether it be

2   the Division of Family and Children Services or

3   DBHDD, express identified needs, too.

4      Q     Did DBHDD express to DCH a need for this

5   state plan amendment relating to behavioral

6   supports?

7      A     Not specific that I remember.

8      Q     Did you consult at all with anyone at

9   DBHDD in the development of this proposed state plan

10  amendment?

11     A     They were certainly involved in

12  conversations about it, absolutely.

13     Q     Who at DBHDD was involved?

14     A     Wendy Tiegreen, Melissa Sperbeck.  I

15  remember Frank Berry before he became our

16  commissioner and was their commissioner.

17           Judy Fitzgerald, their current

18  commissioner.  Monica Patel, one of their attorneys.

19           Lots of people are involved in those

20  communications.  They've got 300 or so employees.

21     Q     Did Dante McKay have any involvement in

22  the development of --

23     A     Sure, yes, absolutely.

24     Q     And what was Dante McKay's involvement?

25     A     He would just have been aware and provided



1  any input.

2      Q    Is there a timeline for the Board to

3  decide on whether to approve the proposed state plan

4  amendment?

5      A    Yes.  For this state plan amendment are

6  you asking?

7      Q    I am.

8      A    Yes.  It will be -- the final adoption is

9  Monday.

10     Q    This coming Monday?

11     A    Yes.

12     Q    Just so it's clear on the record, that's

13 June 27, 2022?

14     A    Correct.

15     Q    Do you have any duties currently with

16 respect to setting rates for Medicaid reimbursable

17 services in Georgia?

18     A    No.  That's a fiscal setting.  They may

19 ask me policy questions but I don't set rates.

20     Q    Do you receive feedback from members or

21 provider organizations with respect to rates for

22 Medicaid reimbursable services?

23     A    Yes.

24     Q    Could you describe broadly the feedback

25 that you receive with respect to rates from enrolled



 1  providers?

 2      A    They want a rate increase.

 3      Q    Are there specific Children's Behavioral

 4  Health services reimbursed by Medicaid that

 5  providers have identified a need for rate increases?

 6      A    Not to me of recent, no.

 7      Q    And what specific services have you

 8  received requests for rate increases with respect

 9  to?

10      A    The Georgia Pediatric Program, all of the

11  waivered services, dental reimbursement rates,

12  physician services.  The rates for air, ambulance,

13  the rates for ground transportation.

14          I'm thinking of the ones this month.

15      Q    Would you expect requests relating to rate

16  increases specific to children's behavioral health

17  services to go to the office previously supervised

18  by Catherine Ivy?

19      A    Perhaps.  I don't know.  They haven't come

20  to me.  I don't know.

21      Q    And what do you do with this information

22  regarding concerns about rates for Medicaid

23  reimbursable services once you receive the

24  information?

25      A    We make note of it.  We discuss it with



 1  our fiscal people.

 2      Q    How often are you meeting with fiscal

 3  staff at DCH to discuss rate issues?

 4      A    As they come up, and then we have periodic

 5  meetings as well.

 6      Q    Do you have any duties currently with

 7  respect to EPSDT?

 8      A    I'm not -- we have a specific person who's

 9  over EPSDT, and I don't supervise that individual

10  directly.  Again, I may get asked questions related

11  to EPSDT from my historical knowledge but I don't

12  directly supervise the EPSDT director.

13      Q    Who is the EPSDT director at DCH

14  currently?

15      A    Melinda Ford Williams.

16      Q    Have you ever had duties at DCH --

17          MR. HOLKINS:  Let me rephrase.

18      Q    Have you ever had responsibility at DCH

19  over EPSDT compliance?

20      A    No.

21      Q    I'm now going to ask you a series of

22  questions about your coordination with other

23  entities, including other state agencies.  We'll run

24  through a list.

25      A    Okay.



1        Q    Could you describe your ongoing

2   coordination with DBHDD?

3        A    Yes.  So we have a monthly CYA meeting,

4   children youth and adolescent meeting.

5             I receive numerous calls and emails from

6   them on a daily basis about all things related to

7   Medicaid.

8        Q    Could you give some recent examples of

9   things that DBHDD is emailing you about with respect

10  to Medicaid?

11       A    Everything from individual members who are

12  trying to find perhaps services or placement.  Since

13  Catherine has left, I may get emails that say, hey,

14  can you send this to the appropriate people within

15  the CMOs, to broader questions about what we cover

16  in the state plan as it relates to PRTFs.  There's a

17  pending PRTF rate adjustments -- sorry.  Which is

18  Psychiatric Residential Treatment Facilities are

19  PRTFs.

20            And we have a rate -- we have a pending

21  SPA to increase their rates based on the 2020 cost

22  reports.  So I've recently got a bunch of questions

23  about where are we with that with CMS.

24            So it's just a variety of things.

25       Q    Have you received any -- have you received



BRIAN D. DOWD                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            52

 1   any emails from DBHDD recently with respect to the

 2   Intensive Customized Care Coordination services?

 3        A    Again, I get three to 500 emails a day.

 4   That's on oath and you're welcome to check.

 5             I can't remember what my emails are every

 6   day.  I may have gotten one and you would have to

 7   define what recent means.

 8        Q    Have you in the last year had discussions

 9   with DBHDD relating to the Intensive Customized

10   Coordination Service, also known as IC3?

11        A    I'm sure we have, yeah.

12        Q    And what's been the focus of those

13   discussions about IC3?

14        A    The only thing I can remember off the top

15   of my head is Wendy asking if there was a way we

16   could work to clarify how much IC3 services were

17   being administered by the CMOs.  That's the only

18   thing I can remember off the top of my head.

19        Q    And what, what action did you take in

20   response to that inquiry?

21        A    To get her with the data people, who would

22   have the ability to do that, which is not me.

23        Q    And who are the data people that would

24   have the ability to do that?

25        A    Daphne Keit, in her unit.

BRIAN D. DOWD                                           June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            53

1      Q    And what, what unit is Daphne in?

2      A    Decisions Support Solution, I believe.

3  Our DSS unit they may have changed names but that's

4  what I remember them to be.

5      Q    So it's that unit that would have access

6  to CMO data on IC3 utilization?

7      A    They have access to all of our data, yes.

8      Q    Including data that's reported to DCH by

9  the CMOs.

10     A    Correct.

11     Q    Thank you.

12          Do you interact at all with Layla

13  Fitzgerald?

14     A    No.  I don't know who that is.

15     Q    Could you describe your ongoing

16  coordination, if any, with the Georgia Department of

17  Education?

18     A    I don't have any.

19     Q    Could you describe your coordination, if

20  any, with local education agencies, or LEAs?

21     A    I don't have any.

22     Q    I'd like to show you another exhibit

23  briefly.

24     A    Sure.

25          (WHEREUPON, Plaintiff's Exhibit-158 was



1        marked for identification.)

2    A    I still have -- there you go.  I notice

3  the little hand is still there.

4    Q    Sir, I've just published a document that

5  I'm introducing as Exhibit 158.  I note for the

6  record the Bates No. is GA00462643.

7        This is an email sent by Catherine Ivy to

8  someone named Rachel Kappel, on February 24, 2020.

9        I know you were not a recipient of this

10 email, Mr. Dowd.  I'd just like to ask you some

11 questions about it, and I'll let you review the

12 chain.  I'll give you control in a second.

13        You have control.

14        (Witness reviews exhibit.)

15   A    I have reviewed it.

16   Q    Thank you very much.

17        I want to direct you to Ms. Ivy's

18 responses to questions posed by Rachel Kappel, who

19 appears to be at the time affiliated with the Emory

20 University.

21        There are some questions on Pages 1 and 2

22 relating to coordination between DCH and local

23 education authorities.

24        Do you see where I am?

25   A    Under what circumstances?



1      Q     Exactly.

2      A     That one?

3      Q     Yeah.

4      A     Got it.

5      Q     In her response, Ms. Ivy indicates that

6  she is "in contact with LEAs, school districts and

7  schools around the school nursing expansion, but

8  most interaction is with the Department of

9  Education."

10            Do you see that text?

11     A     Yes.

12     Q     Do you have any understanding of what Ms.

13  Ivy's coordination with LEAs was at the time?

14     A     No.  I mean I broadly knew she was working

15  on school nursing.  I don't know any specifics of

16  what they were doing.

17     Q     Further up in the document, the question

18  is posed:  "When you talk to departments of mental

19  health about finance, who do you talk to most

20  often?"

21            Ms. Ivy answered:  "Wendy Tiegreen or Mary

22  Price."

23            Do you see that text?

24     A     Yes.

25     Q     Who is Mary Price?



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              56

1      A    Mary Price is -- there's -- CFO.  I don't
2   know if that's actually her title.  That may be --
3   if it's not CFO, it's deputy CFO or something along
4   those lines.
5      Q    Thank you.  A few lines down, the question
6   is posed:  "Which issues related to financing SBMH
7   are these individuals less informed about?"
8          Do you understand SBMH to be school-based
9   mental health?
10     A    Yes.
11     Q    Catherine Ivy answered:  "Perhaps the DCH
12  relationship with LEAs generally."
13         Do you see that text?
14     A    Yes.
15     Q    How would you describe the relationship
16  between DCH and LEAs generally?
17     A    I don't have a relationship with LEAs
18  myself.
19     Q    How would you describe the relationship
20  between DCH and LEAs?
21     A    I can only speak to what I do.  I don't
22  know what -- she very well may have had a relation
23  with the LEAs.  I do not.
24     Q    Are you aware of whether any DCH staff who
25  you supervise coordinate on an ongoing basis with



```
 1  LEAs?
 2       A    None of the staff that I supervise that
 3  I'm aware of coordinate with LEAs on a regular
 4  basis.
 5       Q    Are you familiar with Regional Education
 6  Service Agencies in Georgia?
 7       A    No.
 8       Q    You've never heard of the term "RESA"?
 9       A    No.
10       Q    Is it accurate that you're not
11  coordinating on an ongoing basis with RESAs in
12  Georgia?
13       A    Correct.
14       Q    Let's put aside this document.
15            MS. COHEN:  What was the exhibit number on
16       that?  158?
17            MR. HOLKINS:  That was 158.
18  BY MR. HOLKINS:
19       Q    We're going to go about another 10 minutes
20  and then we'll take a break.
21       A    Okay.
22       Q    Do you have any coordination
23  responsibilities in your current role with respect
24  to the Georgia Administrative Services Organization
25  Collaborative?
```



1      A    The Georgia Administrative Services

2   Organization Collaborative?  I don't know what that

3   is.

4      Q    Okay.  Do you have any coordination

5   responsibilities with respect to the Georgia State

6   University Center of Excellence, or COE?

7      A    I, I know of them.  I have had a history

8   with them.  They're located in the same building we

9   are.  They may contact me if they have a question,

10  but I have no ongoing work with them on a regular

11  basis.

12     Q    Do you have any ongoing coordination with

13  the Carter Center?

14     A    No.

15     Q    Do you have any ongoing coordination with

16  the Georgia Ombudsperson for Children?

17     A    No.

18     Q    You referenced Voices for Children --

19  Georgia's children, earlier in your testimony in

20  connection with the role that you had outside of

21  state service, correct?

22     A    Correct.

23     Q    Do you have any ongoing coordination with

24  Voices for Georgia's Children in your current

25  capacity?



1       A     Nothing regularly scheduled or planned.

2   Again, that doesn't mean people like -- if I go to

3   McDonald's, somebody is going to ask me a question

4   about Medicaid.  That's my life.

5           So I can't say emphatically that the

6   answer is, you know, absolutely not.  Voices may

7   have sent me an email or made a call to me, but I

8   have no regular ongoing coordination with Voices for

9   Georgia's Children.

10      Q     Do you recall receiving any requests from

11  Voices for Georgia's Children in the last year?

12      A     No, not specifically.

13      Q     Do you have any ongoing coordination with

14  the Georgia Advocacy Office, otherwise known as GAO?

15      A     Again, related to specific questions,

16  sure.  They may call me or write me about individual

17  families, individual members trying to seek

18  services.  We may get something from Atlanta Legal

19  Aid or GAO where they're writing me and asking about

20  certain things.

21          I have for the last several years gone and

22  done an evening class for lawyers related to GAO on

23  the basics of Medicaid and what Medicaid means and

24  educate some group of law students that are coming

25  up that are working -- planning on working in the



 1  healthcare field, and I believe that's coordinated

 2  -- may be coordinated by Atlanta Legal Aid, now that

 3  I think about it.  One of those advocacy groups.

 4          No, I don't have like a regular scheduled

 5  meeting.

 6      Q    Do you have any coordination with GAO with

 7  respect to the GNETS program in Georgia?

 8      A    No.

 9      Q    Have you received any requests from GAO

10  with respect to the GNETS program?

11      A    No.

12      Q    Do you coordinate at all with counterparts

13  at other states' Medicaid agencies?

14      A    Yes.

15      Q    About what?

16      A    Depends on the topic.  Like I'm on the

17  National Board for EVV, Electronic Visit

18  Verification.  So there's a lot of different states

19  that are on that and I regularly talk to Florida and

20  Kentucky and Oklahoma about their EVV program,

21  because we have the same vendor.

22          When I did the PRTF Board presentation, I

23  had -- I can't remember.  A couple of states called

24  me and asked about how we administer PRTFs in our

25  state.

BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              61

1          I've recently talked to -- I can't

2    remember the State, about how we administer hospice

3    services in the State and hospice lock-ins as well.

4          So it really just depends on, you know --

5    but, yeah, it's not unusual for states to contact

6    each other.

7      Q    Did you consult with counterparts at other

8    states' Medicaid agencies specifically with respect

9    to the state plan amendment concerning behavioral

10   supports?

11     A    No.

12     Q    Have you consulted with your counterparts

13   at other states' Medicaid agencies with respect to

14   children's behavioral health services at all?

15     A    Probably at some point in my history, but

16   nothing recently that I'm aware of, no.

17     Q    Just so it's defined, has that happened in

18   the last year?

19     A    No.

20     Q    In the last five years, that you can

21   recall?

22     A    Not that I can recall, unless it was

23   related to PRTF, unless it was related to

24   psychiatric residential treatment facilities, which

25   isn't community behavioral health, but it is



1  definitely related, right.  I definitely have spoken

2  to other states about how they administer and

3  operate that program.

4      Q    What ongoing coordination do you have with

5  the Community Service Boards in Georgia?

6      A    Nothing regularly with the CSBs.  They may

7  call and ask me a question or Miss Garrett Ganoe,

8  who is over their association, may write and ask me

9  a question, a specific question.  I don't have a

10  regular scheduled coordination with the CSBs.

11      Q    Are you referring to Robin Garrett?

12      A    Robin Garrett.  Thank you.

13      Q    And what kind of questions have you

14  received from Robin Garrett at the Georgia Community

15  Service Boards substation?

16      A    Questions about rates, questions about --

17  there were a lot of questions when we built the ASD

18  therapy back in 2018.  There were quite a few

19  questions from Robin about the CSBs taking on that

20  service.

21      Q    Can we just go back.  I want to revisit

22  something that you mentioned earlier in the morning.

23          You drew a distinction between

24  psychological service and community-based community

25  service.  Is that accurate?



 1      A    Yes.  Correct.

 2      Q    Can you explain for the record what the

 3  distinction is?

 4      A    Right.  There's two different programs.

 5  There's community-based mental health service, which

 6  we call the category service 440, right.  It's the

 7  broad universe of services that we have in our

 8  community-based -- I mean community-based behavioral

 9  health services that cover everything from

10  psychosocial rehab to act, to Intensive Family

11  Intervention, to peer supports.  So there's a whole

12  host of services in there.

13          In addition to that, the Department of

14  Community Health is administered, and the State

15  funds for that go to the Department of Behavioral

16  Health and Developmental Disabilities.  There are

17  lead state agency in the state for behavioral health

18  things.  We're the single state Medicaid agency, but

19  we work in collaboration with them.

20          In addition to that, there is a service

21  called Psychological Services, in which we enroll

22  psychologists, psychiatrists, LMFTs, LCSWs, and

23  LPCs, to provide a very distinct set of services

24  that are for assessment and counseling for children

25  21 and under.



1          So that is another benefit that is

2    available, and, again, that's a -- those services

3    are available on our GAMMIS website.  You can pull

4    the psychological services manual, it will give you

5    the practitioners that I just named and also the

6    list of services we cover.

7          It's a very distinct set of codes we

8    cover, as opposed to all these different treatment

9    modalities, which are in community behavioral

10   health.

11        Q    Thank you for that explanation.

12             I just want to clarify for the record, LPC

13   means licensed professional counselors, correct?

14        A    Correct.

15        Q    I think you also referenced LCSW?

16        A    Licensed clinical social workers.

17        Q    And LMFT?

18        A    Licensed family -- licensed family --

19        Q    Management?

20        A    Counselor.  I don't know what the "T" is.

21        Q    We can revisit that.  That's fine.

22        A    I think it's therapy counselor.  I don't

23   know.  But it's definitely the LMFTs.

24        Q    Thank you.

25             Could you describe broadly the



1  relationship between DCH and Community Service

2  Boards?

3       A    They're an enrolled provider.

4       Q    So that means that CSBs are enrolled to

5  bill for Medicaid services to DCH administers?

6       A    Correct.  They are what -- what we call in

7  the community behavioral health package.  They are a

8  core provider.

9       Q    Does psychological services relate to

10 learning issues, such as dyslexia?

11      A    I mean I don't know if it does or it

12 doesn't.  I would have to look at the service

13 definition.

14           It's assessment and counseling for

15 treatment.

16      Q    You referenced earlier a presentation that

17 you occasionally lead, I think intended for Atlanta

18 Legal Aid about Medicaid?

19      A    Correct.

20      Q    I'd like to show you an exhibit that I

21 think may be related.

22           Give me one second and I'll pull it up.

23      A    Okay.

24           MR. HOLKINS:  I've just published what I'm

25      introducing as 159.  We'll have two parts, the



1          first is an email, and an attachment.

2               For the record, this is GA00390087, is the

3          first part of Exhibit 159.

4               (WHEREUPON, Plaintiff's Exhibit-159 was

5          marked for identification.)

6    BY MR. HOLKINS:

7         Q    This appears to be an email from you dated

8    September 26, 2019, to someone named Susan Goico.

9    Is that correct?

10        A    Correct.

11        Q    Your email attaches a document entitled,

12   "GSU Presentation 9-12/19."  Correct?

13        A    Correct.

14        Q    Do you need to review this document or can

15   I --

16        A    No.  I know it.

17        Q    Thank you.  I'm going to go ahead and move

18   on to the attachment.

19        A    Okay.

20        Q    Just give me one second.

21             This is the second document in Exhibit

22   159.  For the record, the Bates number is

23   GA00390088.001.

24             This is the attachment to the email that

25   we just saw, correct, Mr. Dowd?



BRIAN D. DOWD                                           June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              67

1      A    Correct.  I mean I -- I assume it is.

2      Q    I'll just note for the record that this

3  version is pulled from the native file produced by

4  the State of Georgia.  It includes your speaker's

5  notes.

6           I'll scroll down to show you an example.

7           Do you see that on Page 6?

8      A    Yes.

9      Q    These are your notes for the presentation?

10     A    Yes.

11     Q    Let me first ask, is this similar to the

12 presentation you were describing and providing an

13 introduction to Medicaid?

14     A    It is the presentation I was describing.

15 One of them.  I've done them for several years.

16     Q    And the purpose of these presentations is

17 to introduce Medicaid, correct?

18     A    It's basically a Medicaid 101 for these

19 students related -- I believe this one is related

20 specifically to Olmstead and how Olmstead would

21 interact with Medicaid.

22     Q    Could you expand on that, your

23 understanding of how Olmstead would interact with

24 Medicaid?

25     A    Just serving individuals in the least



1  restrictive setting as possible.

2      Q    And what specific concepts relating to

3  Olmstead were you conveying through this

4  presentation?

5      A    We were discussing the home- and

6  community-based waivers, the 1915(c) waivers, and we

7  may have -- I don't remember, I'd have to review the

8  actual presentation.  We were probably talking about

9  all kind of things, like Georgia Pediatric Program

10 and -- without doing the -- I do a lot of

11 presentations, too, and I do a lot of 101's for

12 people.  So they are usually tailored a little

13 specifically for the population and what they've

14 asked for.

15     Q    Have you ever delivered a presentation

16 like this one to an audience of LEAs?

17     A    No.

18     Q    Have you ever delivered a presentation

19 like this one to an audience of school districts?

20     A    No.

21     Q    Have you ever delivered a presentation

22 like this one to an audience of GNETS program staff?

23     A    No.

24     Q    Has it ever been requested of you?

25     A    No.



BRIAN D. DOWD                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                           69

1      Q    Have you ever delivered a presentation

2   like this one targeting staff at the Georgia

3   Department of Education?

4      A    No.  I don't know if somebody from the

5   Department of Education has been in a presentation

6   that I've done, because I've done lots of

7   presentations for people.  And often they're just --

8   I just did one six months ago that was a Facebook

9   online thing, and I do presentations where sometimes

10  there's three, 400 people on.  I don't know who they

11  are.

12     Q    What was that Facebook live presentation

13  about?

14     A    EVV.

15     Q    Which stands for?

16     A    Electronic Visit Verification.

17     Q    Have you ever done a presentation on

18  Medicaid for the DBHDD regional offices?

19     A    When I worked with DBHDD I did one -- I

20  know I did them on eligibility, what are the

21  eligibility rules associated with Medicaid.

22          And I know I did that for the regional

23  offices.  I don't think I did a presentation like

24  this one.

25     Q    Have you presented on Medicaid to the



BRIAN D. DOWD                                            June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              70

 1  regional offices of DBHDD since joining DCH?

 2      A    No.  Not that I'm aware of.  Again, I do a

 3  lot of presentations, but I can't remember one off

 4  the top of my head in the last 10 years that I've

 5  done.

 6      Q    Do you have current duties with respect to

 7  providing training to DCH staff?

 8      A    No.  I mean I don't do regular trainings

 9  to DCH staff and it's not part of my job

10  description.

11      Q    As part of your job duties, do you provide

12  technical assistance to Community Service Boards?

13      A    If requested, sure.

14      Q    It's ad hoc and not regular?

15      A    Correct.

16      Q    Do you provide technical assistance to the

17  CMOs as part of your job?

18      A    Yes.  If they ask, absolutely.

19      Q    And what have they asked for in terms of

20  technical assistance or training?

21      A    They may ask -- a recent example, we are

22  -- the legislature increased the rates for certain

23  codes for dental codes.  So they asked me what those

24  codes were and asked me whether it was primary tooth

25  or secondary teeth, in the -- your teeth are



1  actually categorized for billing purposes for

2  different quadrants.  So they were asking me if that

3  was the primary tooth or the secondary tooth.

4          They asked questions like that.  When we

5  were building the ASD therapy program, because I was

6  the person who built that and wrote the policy

7  manual and everything, there were a lot of questions

8  about what that was.

9          So just those kind of general questions.

10     Q    We'll talk about this more a bit later but

11 I just want to clarify, ASD stands for autism

12 spectrum disorder?

13     A    Uh-hum.  (Affirmative.)

14     Q    Is that yes?

15     A    Yes.

16     Q    And you wrote DCH's manual for autism

17 spectrum disorder service; is that accurate?

18     A    Therapy, yes.  In collaboration with a lot

19 of people, but yes.

20     Q    We will circle back to that a bit later.

21          MR. HOLKINS:  I think now will be a good

22     time to take a break.

23          We can take maybe 15 minutes and try to

24     order lunch as well, if that makes sense, so we

25     can pick up where we left off and then continue



BRIAN D. DOWD                                            June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              72

```
 1         to the lunch break.
 2                Is that okay?
 3                MR. PICO PRATS:  Okay.  What time do you
 4         want to have lunch at?
 5                MR. HOLKINS:  Let's say maybe 12:15.
 6                THE VIDEOGRAPHER:  Off record at 10:30.
 7                (A recess was taken.)
 8                THE VIDEOGRAPHER:  Back on record at
 9         10:47.
10   BY MR. HOLKINS:
11         Q   Mr. Dowd, I'd like to show you another
12   document.  It's going to be Exhibit 160.  Give me
13   one second and I'll pull it up.
14                (WHEREUPON, Plaintiff's Exhibit-160 was
15          marked for identification.)
16   BY MR. HOLKINS:
17         Q   For the record, this is Georgia 000005.
18   It was produced by the State of Georgia to the
19   United States in this matter.
20                Is or appears to be an organization chart
21   for the Department of Community Health as of March
22   2020
23                Please take a moment, Mr. Dowd, to review
24         the document and let me know when you finish
25                (Witness reviews exhibit.)
```



1      Q    I'll give you control so you can zoom in

2   if you need to?

3      A    I'm good. I see it.  Yeah, I've reviewed

4   it.

5      Q    This an org chart for DCH as of March

6   2020?

7      A    It is.

8      Q    So let me first ask about changes since

9   that date to this organization chart that you're

10  aware of.

11     A    Uh-hum.  (Affirmative.)

12     Q    One I'm imagining will be the Commissioner

13  is no longer Frank Berry, correct?

14     A    Correct.

15     Q    Who is the commissioner of DCH currently?

16     A    Cayle Noggel.

17     Q    Moving to the next line of positions in

18  the org chart, under Commissioner Berry, are you

19  aware of any changes?

20     A    Yeah.  This is, this is not going to be

21  easy for me.

22         Here's an easy one for me.  Paul is now

23  Rachel.  Right?

24         I can't do that but Paul Norman is now

25  general counsel.



```
 1              Blake Fulenwider was replaced by Ryan
 2    Loke, who has left since.
 3              So that's a vacant position as of today.
 4       Q    And just to jump in quickly, you're
 5    referring to the chief health policy officer role?
 6       A    Correct.
 7       Q    That's vacant currently?
 8       A    It is currently vacant.  It was replaced
 9    from Blake to Ryan Loke and is now vacant.
10       Q    What about the chief compliance and
11    technology officer?
12       A    I believe that is now Chad Purcell.
13              Joe Hood is -- Joseph Hood is still with
14    the agency but in a senior consultant role.
15              Lisa Walker is no longer with the agency
16    either.  And I'm not sure who our CFO is at the
17    moment.
18       Q    Thank you.
19              Could you now turn under the chief policy
20    officer and let me know whether those individuals
21    are still in their roles?
22       A    Lynnette is.  Lynnette, her title is
23    changed.  She's the executive director of Medical
24    Assistance Plans -- oh, it still says executive
25    director.  I apologize.  So that is correct.
```



1              I don't know.  I believe Jeff -- I don't
2    know.  I don't want to speak on the other ones
3    because I don't really interact with them that much
4    directly, the director, executive directors, of
5    SHBP.
6         Q    Just to be clear for the record, are you
7    referring to the state health plan -- excuse me --
8    State Health Benefit Plan, correct?
9         A    Correct.  And Jamie, Jamie has left, I
10   believe.
11        Q    Are you referring to James Halget?
12        A    Yeah.  Yes.
13        Q    And who is currently director of
14   healthcare analytics and reporting?
15        A    I'm not sure.  It may be Daphne but I'm
16   not sure.
17        Q    Daphne's last name is --
18        A    K-E-I-T.
19        Q    Thank you.
20             You in this org chart would be under this
21   line, the chief health policy officer reporting to
22   Lynnette Rhodes, correct?
23        A    Correct.
24        Q    Are you aware of any changes under the
25   chief of staff position?



BRIAN D. DOWD                                         June 23, 2022
UNITED STATES vs STATE OF GEORGIA                          76

```
 1        A    No.   They are all -- remain with the
 2   department in those capacities.
 3        Q    And what about changes under the chief
 4   compliance and technology officer position?
 5        A    Melanie Simon is no longer with the
 6   agency, and neither is Wayne Germon.  They have both
 7   left, and I'm not sure who replaced either of those
 8   positions.
 9        Q    Okay.
10        A    Sonyia still is our Inspector General.
11             MR. HOLKINS:  So I'll just note for the
12        record that this is the most recent, recent
13        version of the DCH organization chart that was
14        produced to us by the State.  We may follow up
15        to request an updated version that reflects the
16        changes that were described by Mr. Dowd.
17   BY MR. HOLKINS:
18        Q    I'd like to ask you about the areas of
19   responsibility for some of the offices that are
20   identified on this org chart, to the extent that you
21   know.
22        A    Yes.
23        Q    The first is the Office of Continuous
24   Program Improvement, which based on this org chart
25   is under the Chief Health Policy Officer.  Correct?
```



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                          77

1       A    Correct.

2       Q    What is the work of the Office of

3  Continuous Program Improvement?

4       A    They look at quality metrics, talk to

5  community providers, members and associations for

6  suggestions that suggest improvements to the

7  Medicaid program.

8       Q    Who leads the Office of Continuous Program

9  Improvement?

10      A    I am not sure at this point.

11      Q    Do you interact with anyone who works in

12  that office?

13      A    Yes.  If -- there may be -- I'm not sure

14  if they are in that office or not, to be honest with

15  you, but there are people who would ask me questions

16  about data or policy points.

17           Historically, out of that office, that has

18  happened.

19      Q    And does your office have any formal

20  coordination with the Office of Continuous Program

21  Improvement?

22      A    No formal set meetings or anything.

23      Q    Could you next describe the work of the

24  Healthcare Analytics and Reporting office?

25      A    Sure.  So that group looks at Medicaid



BRIAN D. DOWD                                        June 23, 2022
UNITED STATES vs STATE OF GEORGIA                             78

1   data and provides data.

2          We have a way on our website that anybody

3   can request data out of Medicaid.  They also run

4   regular reports for different sections within

5   Medicaid to understand metrics associated with

6   member counts and how many people are receiving what

7   services and that sort of stuff.

8      Q    If you had a question about Medicaid

9   service utilization for a specific service, would

10  you pose a request for that data to this office?

11     A    I would fill out the form that's online.

12     Q    So this is the same form that's available

13  to the public?

14     A    Yes.  It just delineates -- there's a

15  section that delineates on DCH, so they know it's

16  internal.

17     Q    And what is the process for receiving that

18  data from Healthcare Analytics and Reporting?

19     A    They email it back to the individual who

20  requests.

21     Q    Within what time frame?

22     A    Depends on what the request is and it

23  depends on whether or not they have to clarify

24  questions.  There's a lot of translation that

25  happens.



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                         79

1      Q     When's the last time you made a request to
2   Health Care and Analytics Reporting?
3      A     Last week.
4      Q     What was the subject of that request?
5      A     Total number of -- it was PRTF related.
6   It was total number of fee for service members
7   within the last calendar year, that it received
8   service, unique members.
9      Q     Could you describe the distinction between
10  fee for service and non-fee for service members?
11     A     Sure.  So there is either fee for service
12  members, or what some people will call traditional
13  Medicaid members, and then there's Care Management
14  Organization members, or managed care members.
15          It is a hundred percent dependent which
16  bucket you're in on what your category of
17  eligibility is.  So if you are in the family
18  Medicaid categories of assistance, low income
19  Medicaid, right from the start Medicaid, PeachCare
20  for Kids Medicaid, or any of the affiliated classes
21  of assistance that exist in those broad categories,
22  you go in to managed care.  It's family Medicaid.
23          If you are aged, blind and disabled,
24  including recipients of supplemental security
25  income, or nursing home members, waiver members,



1  home community-based waiver members, or the Katie

2  Beckett Children, which is a specialized category

3  that Georgia covers that most states don't for

4  disabled children, then you go to -- you are in fee

5  for service Medicaid.

6          And the distinction is that we don't have

7  managed care companies that pay for claims and

8  enroll providers for fee for service.  We just have

9  a list of providers and a list of covered services.

10      Q    And for fee for service beneficiaries,

11 does DCH directly administer those claims?

12      A    Yes.

13      Q    Are you aware of the breakdown in

14 enrollment for Medicaid beneficiaries in Georgia

15 between managed care and fee for service?

16      A    I don't know the current percentage rate.

17 There's always way more family Medicaid members than

18 there are aged, blind and disabled members.

19      Q    So more enrolled in Medicaid for managed

20 care than fee for service?

21      A    Correct.  I don't know if way more is

22 correct, but it's definitely more.

23      Q    Would it be fair to say that more than 50

24 percent of Medicaid beneficiaries are enrolled in

25 managed care?



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            81

1        A     Always, yeah.  Yes.

2        Q     And that includes children?

3        A     It includes children who are not Katie

4   Beckett children or children receiving SSI, yes.

5        Q     And could you describe who would qualify

6   for benefits under Katie Beckett?

7        A     Absolutely.  So Katie Beckett is a program

8   that was introduced by the Reagan administration

9   through the TEFRA Act, and it was actually because

10  Katie Beckett's parents had private insurance and

11  the private insurance ran out, hit the million

12  dollar cap and they couldn't get any coverage.  They

13  petitioned Reagan, and Reagan included in the TEFRA

14  Act the ability for states to have an option in the

15  eligibility component for children who meet an

16  institutional level of care, but it would be cheaper

17  to serve those children in the community.

18        So you have to be so disabled -- it's not

19  diagnosed based, it's level of care based -- that

20  you would have to go into a nursing facility or

21  hospital, but it's cheaper to serve you at home.

22        If that is the case, then you get -- you

23  can become eligible for Medicaid through the Katie

24  Beckett program, assuming you're not eligible for

25  supplemental security income or Medicaid otherwise.



BRIAN D. DOWD                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            82

```
 1      Q    Who within DCH is responsible for
 2  assessing whether eligibility criteria are met
 3  through Katie Beckett?
 4      A    The Alliant Health Solutions, our External
 5  Review Organization.
 6      Q    Alliant Health Solutions; is that
 7  accurate?
 8      A    Correct.
 9      Q    And what responsibilities as an External
10  Review Organization for DCH does Alliant Health
11  Solutions have beyond Katie Beckett eligibility?
12      A    They review our prior authorizations for
13  most of the services we administer.
14      Q    Does that include a Care Management
15  Organization -- reimbursed service?
16      A    I apologize.
17           The Care Management Organizations review
18  their own service.
19      Q    So this would just be for the DCH
20  administered services?
21      A    Correct.
22      Q    Let me just make sure I understand.  Is
23  this external review organization actually approving
24  or denying the authorization request in connection
25  with DCH administered services?
```



1    A    Correct.  There is an External Review

2  Organization.

3    Q    And what oversight does DCH have over that

4  process?

5    A    We have a contractual oversight over the

6  agency with tons of stipulations and -- it's a

7  contract.  It's a big contract.

8    Q    Could you point or just indicate through

9  your testimony which office within DCH's org chart

10  would be responsible for oversight of the External

11  Review Organization contract?

12         Yours?

13    A    Uh-hum.  (Affirmative.)

14    Q    Which staff member under your supervision

15  is working on that directly?

16    A    Me.

17    Q    You?

18    A    I mean I may utilize other people within

19  my team, but I'm the business owner for the Alliant

20  contract.

21    Q    Could you describe what your work entails

22  with respect to the External Review Organization

23  contract?

24    A    Sure.  Quarterly I review a set of

25  exhaustive measures to ensure that they are in



 1  compliance with what is in the contract.

 2          I'm also the point person if they have

 3  questions or concerns about administration of the --

 4  their responsibilities.

 5          And I -- every five years or so, we work

 6  to whether or not we're going to keep them and

 7  rewrite the contract.

 8      Q    Okay.  Are the measures that you're

 9  assessing compliance with set forth in the contract

10  with the External Review Organization?

11      A    Yes.

12      Q    Could you describe the categories of

13  measures that are included in that contract?

14      A    Sure.  There's everything from timeliness

15  of level of care reviews for the independent care

16  waiver program to responsive turn-around for prior

17  authorizations for services, for the services they

18  deliver, to -- they review out of state prior

19  authorizations.

20          So just any prior authorization metrics.

21  They also have contact us, call -- they're not call

22  centers.  We don't have a call center, but they do

23  have a contact desk system if providers have

24  questions about their PAs.

25          So there's metrics that are associated



1   with their responsiveness around that.

2       Q    Are there any measures captured in this

3   review that relate to outcomes for recipients of

4   services?

5       A    They do not -- no, not in this contract

6   they do not.  No, no.

7       Q    And in your review of their compliance

8   with the requirements of the contract, have you

9   identified any problems in the last year?

10      A    No.  They've, they've met expectations and

11  all of this year's contract, quarterly contract

12  reviews.

13      Q    Has there ever been a time since you were

14  performing this responsibility that the External

15  Review Organization has not met expectations?

16      A    Once that I can think of, yes.

17      Q    What was the nature of the concern?

18      A    We have a hundred percent compliance rate

19  for around the time when somebody contacts them to

20  be included -- they have three days -- if you

21  contact them saying I need to be on the independent

22  care waiver program, they have three days to do a

23  screening.  It's just a telephone screening.  But

24  they have three days to do a screening.

25           One time they missed one day.  They were



1  five days out for one member on a screening.  So we

2  said they didn't meet for that month because the

3  contract compliance was a hundred percent.  Even

4  though it was 99.96 percent when you did it, they

5  still got does not meets.

6       Q    Does the External Review Organization have

7  any responsibilities beyond the prior authorizations

8  you were just describing?

9       A    They do some reviews for the Office of the

10  Inspector General, for like fraud, waste and abuse.

11  But that's not my contract.  But they do that work

12  as well.  It's a different contract.

13            They also maintain -- now that I think

14  about it, they also maintain the certified nursing

15  assistant registry in the state.

16       Q    Is there a separate contract for that as

17  well?

18       A    Yeah, and it's co-owned by me and the

19  Healthcare Facility Regulations section.  It's a --

20  we're both joint business owners for that one.

21       Q    Do you know how long, I believe it's

22  Alliant, has been the External Review Organization

23  performing these functions for DCH?

24       A    At least 10 years.  At least since I've

25  been back.  Before that, though.



BRIAN D. DOWD                                         June 23, 2022
UNITED STATES vs STATE OF GEORGIA                           87

1      Q    I'd like to move on -- well, first, let me
2  just ask, we were talking about the Healthcare
3  Analytics and Reporting office.  Have you made
4  requests to that office in the last year
5  specifically relating to children's behavioral
6  health services?
7      A    No.  Other than that PRTF request that I
8  previously said, which is behavioral health related.
9      Q    No requests relating to community-based
10 behavioral health services?
11     A    Not -- no.
12     Q    Are you aware of any other requests made
13 by DCH staff relating to community-based behavioral
14 health services for children to this Healthcare and
15 Analytics and Reporting office?
16     A    No.
17     Q    I'd like to skip to another office, the
18 State Office of Rural Health.
19          Do you see that in the org chart?
20     A    Yeah.
21     Q    What is the work of the State Office of
22 Rural Health?
23     A    I am not familiar with the State Office of
24 Rural Health.  I don't know what they do.  Know
25 where they are but that's as much as I know.



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                88

1        Q    You know where they are in the building?

2        A    They're in Cordele.  They're in a

3   different city.

4        Q    Oh.  Thank you.

5             Do you know if Stephen Register is still

6   the executive director of that office?

7        A    I am not sure.

8        Q    So let's talk a little bit more about the

9   Medical Assistance Plans section, which I believe

10  your office is located in, correct?

11       A    Correct.

12       Q    What are the other offices under Lynnette

13  Rhodes' role as the director of Medical Assistance

14  Plans?

15       A    There is a quality section that is headed

16  by Dr. Holloway, Calvin Holloway.

17            There is -- I'm not good with -- service

18  administration, and I think -- service

19  administration -- the service administration one was

20  the one headed by Catherine Ivy, and she retired.

21            And then there is an Eligibility and

22  Enrollment.

23            I don't have the titles right but there is

24  a fourth one that is now the interim deputy

25  executive director is Rebecca Dugger, and they do



1  eligibility stuff.

2      Q    Make sure I understand.  Rebecca Dugger is

3  over Eligibility and Enrollment, correct?

4      A    From an operational standpoint, not the

5  policy manuals.  Those stay with me.  But like

6  working with DFCS, working on the Gateway

7  Eligibility System.  She also has the unit that

8  looks at who is in managed care and who's not in

9  managed care and that enrollment.

10         She also does provider enrollment as well.

11     Q    Are you aware of any efforts to expand

12  Medicaid provider enrollment that are currently

13  being led through that office?

14     A    No.

15     Q    How many staff do you know are in the

16  service administration office?

17     A    Catherine's old office?

18     Q    Correct.

19     A    I don't know.  30 or so, off the top of my

20  head.

21     Q    I know Ms. Ivy has retired recently.  Are

22  you taking on any of her responsibilities since her

23  retirement?

24     A    I have not been formally assigned any of

25  her sections.



1        Q    And have you --

2        A    I mean I answer questions as they come in.

3        Q    So informally do you find yourself

4   answering questions that otherwise would have been

5   directed to Ms. Ivy?

6        A    Sure, absolutely.

7        Q    Could you describe the work of the quality

8   section that's led by Dr. Holloway?

9        A    Yes.  They look at quality across the CMOs

10  and fee for service Medicaid.  They look at stuff

11  like HEDIS measures, and just a host of other -- the

12  waivers have, the 1915(c) waivers have a list of

13  quality metrics that are in them.  So they gather

14  data for that and review that information as well.

15       Q    Are there quality metrics relating to

16  behavioral health services on Georgia's state

17  Medicaid plan that this office monitors?

18       A    Not that I'm aware of.

19       Q    It's only with respect to the waiver

20  services?

21       A    There are distinct waiver measures we have

22  to report to CMS for the 1915(c) waivers, that is

23  correct.

24       Q    I want to put this aside for a moment and

25  show you another document, just to dive into this



1  question a little bit more deeply.

2          Give me one second and I'll pull it up.

3          I just showed you -- I just showed you

4  what's been marked previously as Exhibit 8, and I

5  will represent for the record that this is a letter

6  that the United States received from counsel for the

7  State of Georgia on February 12, 2021.  It contains

8  on Pages 2 and 3 supplemental information responsive

9  to the United States Interrogatory No. 17.

10         Specifically, the letter identifies

11 Medicaid billable community health behavioral health

12 services available to children in schools in

13 Georgia.

14         I'm going to give you control of the

15 document, Mr. Dowd, to review the State's

16 supplemental response Interrogatory No. 17, which

17 starts on Page 2 and continues onto Page 3.

18         Give me one second and I'll give you

19 control.

20         You should have control.

21         (Witness reviews exhibit.)

22    A    You just want me to review from 13 -- 17

23 down?

24    Q    Exactly.  It's the State's response to

25 Interrogatory No. 17.



1      A     Yes, I have reviewed.

2      Q     Are you familiar with the services

3  identified in the State's supplemental response to

4  Interrogatory No. 17?

5      A     Yes.  You're talking about behavioral

6  health assessment, the services that are listed

7  down?  Yes, I am familiar with them.

8      Q     Are you aware whether the quality section

9  within DCH is assessing quality with respect to any

10  of these services?

11      A     I am not aware of that.

12      Q     Who would be aware?

13      A     Dr. Holloway.

14      Q     Do you know whether there are quality

15  measures that DCH uses to assess the effectiveness

16  of any of these services?

17      A     I am not aware of them.

18      Q     Does DCH define these services anywhere?

19      A     Yes.  They're in the community behavioral

20  health budget -- I mean community behavioral health

21  manual, and they are also in the state plan.

22      Q     And do those documents set forth the

23  requirements for reimbursing the service?

24      A     Yes.

25      Q     Which office within DCH is responsible for



BRIAN D. DOWD                                        June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            93

1   assessing whether those requirements are met?

2       A    Requirements related to?

3       Q    Reimbursement of the services identified

4   on this list.

5       A    It would be the Office of the Inspector

6   General to audit all of our providers to ensure

7   compliance with policy or reimbursement.

8       Q    Are you aware of any audits of the

9   services identified in this list by the Inspector

10  General of DCH?

11      A    I am not, but that doesn't mean they

12  haven't.

13      Q    I want to put aside this document for a

14  second and then pivot back to the org chart that we

15  were discussing previously, which is Exhibit 160.

16          Give me a second and I'll pull it up on

17  your screen again.

18          I want to ask you about another office

19  that's identified on this org chart as the Office of

20  Health Planning on the right side of the org chart.

21          Do you see that?

22      A    Yes.

23      Q    What does that office do?

24      A    I'm not sure.  I think that -- I don't

25  want to say if I don't know.  I'm not sure what that



 1 | office does.

 2 |     Q    And then under the CFO title in the org

 3 | chart, which is toward the left side of this

 4 | document, I want to direct your attention to

 5 | Reimbursement Services?

 6 |     A    Correct.

 7 |     Q    And I apologize if you've already answered

 8 | this, but is Kim Morris still the director of

 9 | Reimbursement Services?

10 |     A    Yes.

11 |     Q    Could you describe what the work of

12 | reimbursement services entails?

13 |     A    Sure.  They do rate modeling and

14 | methodology, depending on what the service is.

15 |     Q    Which office -- and this is really for my

16 | understanding.

17 |          Which office, if it's identified on this

18 | org chart, is most directly responsible for

19 | oversight of the Care Management Organizations?

20 |     A    Oversight of the Care Management

21 | Organizations lies within Lynnette's purview,

22 | through Catherine Ivy's old position.

23 |     Q    And which office is most directly

24 | responsible for coordinating with Community Service

25 | Boards?



1      A     That's -- I mean it would be the policy

2    person.  It could be Lavina Luca on my team who does

3    Medicaid coordination.

4           If it's a direct policy question, it will

5    likely go to Jamie Cremer, who is now over the

6    behavioral health policy manual.

7           So either my office or Catherine's office

8    within MAP.

9      Q     So I'd like to put aside this document for

10   now.  What I'm going to do at this point is to show

11   you some policy manuals that either have been

12   produced by the State in this litigation, or we have

13   downloaded from the State's GAMMIS website.

14     A     Okay.

15     Q     Let me first ask, we've established that

16   GAMMIS stands for Georgia Medicaid Management

17   Information System, correct?

18     A     Correct.

19     Q     What is the GAMMIS system used for?

20     A     It pays claims.  It does provider

21   enrollment, so it assigns a provider ID number.  It

22   houses all the information associated with members

23   and their eligibility, but its main function is to

24   pay claims for services.

25     Q     So it is -- I'm just trying to make sure I



1  understand -- the system the DCH uses to pay claims?

2     A    Correct.

3     Q    Who is at DCH for administering GAMMIS?

4     A    The Office of Information Technology.

5     Q    I think we discussed earlier that GAMMIS

6  is also where current versions of DCH policy manuals

7  are available to the public, correct?

8     A    Correct.

9     Q    I'm going to show you the next exhibit,

10 which will be 161.

11          Give me one second and I'll pull it up.

12          (WHEREUPON, Plaintiff's Exhibit-161 was

13     marked for identification.)

14 BY MR. HOLKINS:

15     Q    This is a document which is identified on

16 the front page as "Policies and Procedures for

17 Children's Intervention School Services," or CISS,

18 Georgia Department of Community Health, Division of

19 Medicaid, revised April 1, 2022."

20          I will note for the record that this

21 document was downloaded from the State's GAMMIS

22 website yesterday.

23          Mr. Dowd, have you seen this document

24 before?

25     A    Yes.  I mean I've seen the manual for CISS



 1  before, yes.

 2      Q    Have you seen this revised version as of

 3  April 1, 2022?

 4      A    I don't think I've reviewed the April 1st

 5  update of CISS.

 6      Q    And when did you last have occasion to

 7  review the CISS policy manual?

 8      A    CISS does not -- is not in medical policy,

 9  so it's not mine.  It's one of Catherine Ivy's

10  policy manuals, but I know probably five or six

11  years ago Tamara Wilson, who was the person who

12  administered -- who is directly over this policy

13  manual, asked me some questions related to OTPT

14  speech related to CISS.

15      Q    OTP -- can you define that?

16      A    Occupational therapy, speech therapy and

17  physical therapy.

18      Q    Thank you.

19           And is Tamara Wilson still the individual

20  at DCH who has direct responsibility for the CISS

21  policy?

22      A    Yes.

23      Q    I'd like to show you just a couple of

24  documents that relate to the CISS policy before we

25  move on to the next policy.



```
 1              Give me one second and I'll pull it up.
 2              MR. HOLKINS:  I've just produced another
 3         document, which I'm introducing as Exhibit 162.
 4              (WHEREUPON, Plaintiff's Exhibit-162 was
 5          marked for identification.)
 6    BY MR. HOLKINS:
 7         Q    I'll note for the record this is
 8    GA00381603.  It's an email chain from 2017, which
 9    you are both a sender and recipient.
10              I will give you control of the document so
11    you can review the chain.  Let me know when you've
12    finished.
13         A    I got it now.
14              (Witness reviews exhibit.)
15         A    Yeah, I've reviewed it.
16         Q    Thank you.
17              So I first want to direct you to the
18    beginning of the chain.
19         A    Okay.
20         Q    This is an email from Angela Snyder to
21    you, Wendy Tiegreen and Rebecca Blanton, dated
22    August 21, 2017.
23              Do you see the second sentence, which
24    poses the question of whether a child receiving
25    Children's Intervention School Services could have
```



 1  claims paid by their CMO?

 2          Do you see that question?

 3      A   Yes.

 4      Q   Wendy, in her response, Wendy Tiegreen, in

 5  her response, attempts to answer that question and

 6  then refers it ultimately to you and Sandra

 7  Middlebrooks.  Correct?

 8      A   Yeah.  Wendy wouldn't know anything about

 9  Children's Intervention School Services or CIS.

10      Q   First off, who is Sandra Middlebrooks?

11      A   She was one of the CMO compliance workers

12  for DCH.  She no longer works for the agency.

13      Q   Did Sandra Middlebrooks report to you when

14  she was in that role?

15      A   No.

16      Q   Did she report to Catherine Ivy?

17      A   Yes.

18      Q   Sandra Middlebrooks responds to Wendy

19  Tiegreen's email with an email to you dated August

20  22, 2017, where she writes:  "Am I correct in that

21  CIS services are not covered by the CMO's?"

22          Do you see that question?

23      A   Yes.

24      Q   And you respond on 9/8/2017, "I'm not sure

25  of the answer."



 1          Correct?

 2     A    Yeah.  I'm responding that she's written

 3  me twice, which is not unusual, and I said, yeah, I

 4  got it but I'm not sure of the answer.

 5     Q    And sitting here today, are you aware of

 6  whether CISS services are reimbursable by Care

 7  Management Organizations?

 8     A    CISS?  I don't know.  You would have to

 9  check with the CMO section.

10     Q    Which is under the direction of the office

11  that Catherine Ivy used to run?

12     A    Correct.

13     Q    Do you have any knowledge of the services

14  that are available through CISS?

15     A    I, I -- I don't have anything to do with

16  CISS, so I'm not aware.

17     Q    I'm going to stop showing you this

18  document and show you another one very quickly.

19          MR. HOLKINS:  So I've just published

20      another document, Exhibit 163.

21          For the record, this document is

22      Bates-stamped GA00461590.  It's an email chain

23      from 2020 that includes Rachel Kappel, the

24      individual we identified earlier and Katherine

25      Ivy, cc'ing another individual from Emory



1    University.

2         (WHEREUPON, Plaintiff's Exhibit-163 was

3      marked for identification.)

4  BY MR. HOLKINS:

5    Q    I'll give you a moment, Mr. Dowd, to

6  review the chain.  Just one moment, I'll give you

7  control.

8         You have control of the document.

9         (Witness reviews exhibit.)

10    A    Okay, I've reviewed the document.

11    Q    Thank you.  I'm going to take control

12  back.

13         I'd like to go to the bottom of this

14  chain, which starts with a request from Rachel

15  Kappel to Catherine Ivy, relating to financing for

16  school-based mental health.

17         In her response dated January 22nd, 2020,

18  Catherine Ivy writes:  "Georgia Medicaid funds

19  several school-based services for children with

20  medical and developmental needs through the

21  Children's Intervention School Services program but

22  mental health services, with the exception of

23  counseling which is not widely used, are in the

24  specifically covered."

25         Do you see that language?



1      A    Yes.

2      Q    Do you have any reason to question the

3  accuracy of that statement?

4      A    I don't know the context in which

5  Catherine was saying this and what her discussion

6  was, but mental health -- we deliver mental health

7  services in clinic, out of clinic, and via

8  telehealth.

9          So whether they're delivered in a school

10  setting or not is not a prohibition.

11     Q    Is not a prohibition?  I'm sorry?

12     A    Correct.

13     Q    Just to make sure I understand, there is

14  no restriction on providing the Medicaid

15  reimbursable services that we identified in Exhibit

16  8, the State's supplemental response to

17  Interrogatory No. 17, in a school setting?

18     A    As long as it doesn't violate the Idea

19  Act.

20     Q    The what act?  I'm sorry?

21     A    The Idea Act.

22     Q    I-D-E-A?

23     A    Uh-hum.  (Affirmative.)

24     Q    What does that stand for?

25     A    I don't know but I know the regulations



1  about having to do -- I mean from our perspective,

2  we have defined services for behavioral health.

3  They can be delivered in clinic, out of clinic, or

4  they can be delivered right now via telehealth, via

5  the Public Health Emergency.

6        So I am not aware of anyplace where it

7  says that services can't be delivered in a school

8  setting, as long as you're delivering the service as

9  defined by Medicaid in accordance with the policy

10 manual of Medicaid.  Correct?

11       So that's what I'm saying.

12  Q    Okay.  And just to go back to this

13 statement by Ms. Ivy, is it your understanding --

14       MR. HOLKINS:  He let me rephrase this

15    differently.

16  Q    Do you have any reason to question the

17 accuracy of her statement that mental health

18 services, with the exception of counseling which is

19 not widely used, are not specifically covered under

20 Children's Intervention School Services?

21       MR. PICO PRATS:  And I'll object to form

22    as far as he doesn't have context for where

23    this is coming from or it's causing him to

24    speculate on this.

25



1           MR. HOLKINS:  Well, if it would be

2      helpful, he has the full email chain.

3      Q     You're welcome to spend more time

4  reviewing the full context of the request, which was

5  received by Ms. Ivy from Rachel Kappel in 2020.

6           Would you like to take another look at the

7  document?

8      A     I don't need to.

9      Q     So I'll pose the question again.  Do you

10  have any reason to question the accuracy of Ms.

11  Ivy's statement, which I just read, and I'll read

12  again:  "Georgia Medicaid funds several school-based

13  services for children with medical and developmental

14  needs through the Children's Intervention School

15  Services program but mental health services, with

16  the exception of counseling which is not widely

17  used, are not specifically covered"

18      A     Correct.  Mental health services are not

19  in Children's Intervention School Services.  They

20  are in community-based behavioral health services

21  they are in psychological services, as we have

22  discussed previously.  They are not part of CISS.

23  That is what she's saying.

24      Q     Is it also your understanding per Ms.

25  Ivy's statement that counseling, which is available



1  under Children's Intervention School Services, is

2  not widely used?

3      A    I don't know if it's widely used or not

4  widely used.

5      Q    Who would know the answer to that question

6  at DCH?

7      A    You would have to run data on it.

8      Q    And where would you receive --

9           MR. HOLKINS:  Let me rephrase.

10 BY MR. HOLKINS:

11     Q    To whom would you put a request for that

12 data?

13     A    The data section.

14     Q    Is that the Healthcare Analytics and

15 Reporting section we discussed earlier?

16     A    Correct.

17     Q    Have you ever made a request for that data

18 to the Healthcare Analytics and Reporting section?

19     A    No.

20     Q    Are aware of any request from the DCH

21 staff for data relating to utilization of counseling

22 under the Children's Intervention School Services

23 program?

24     A    No.

25     Q    Let's put this aside.



1         I'd like to show you another policy.

2         (WHEREUPON, Plaintiff's Exhibit-164 was

3     marked for identification.)

4         MR. HOLKINS:  I've just published what I'm

5     introducing as Exhibit 164.  The first page of

6     this document identifies it as Policies and

7     Procedures For Community Behavioral Health and

8     Rehabilitation Services, Georgia Department of

9     Community Health, Division of Medicaid, revised

10    April 1, 2022.

11        I'll note for the record this document was

12    downloaded from the State's GAMMIS website

13    yesterday.

14 BY MR. HOLKINS:

15    Q    Mr. Dowd, was this the Community

16 Behavioral Health and Rehabilitation Services Policy

17 that you referenced earlier?

18    A    Yes.

19    Q    Have you reviewed this policy or any

20 version of it before?

21    A    Yes.

22    Q    Have you reviewed this specific version

23 revised April 1, 2022?

24    A    No.  I would have been informed of any

25 significant changes, which we document in the front



 1  part of the manual, but no, I have not reviewed the

 2  whole policy manual.

 3       Q    And if I'm not mistaken, the individual at

 4  DCH who is responsible directly for this policy is

 5  Jamie Cremer, correct?

 6       A    Correct.

 7       Q    What's your understanding of Ms. Cremer's

 8  responsibilities with respect to this policy?

 9       A    She manages the policy manual in

10  collaboration with the Department of Behavorial

11  Health and Developmental Disabilities.

12       Q    Is she the principal author of changes to

13  the policy?

14       A    She would be the one who makes the changes

15  to the policy, yes.

16       Q    And based in part on consultation with

17  DBHDD, correct?

18       A    Correct.

19       Q    How often does DCH update this policy?

20       A    Every quarter.  All the policy manuals are

21  updated quarterly.

22       Q    Thank you.

23            We can put this aside.

24            THE WITNESS:  Victoria, you're not on

25       mute.  Thank you.



1           MR. HOLKINS:  Bear with me.  Thank for

2     your patience.

3           THE WITNESS:  No worries.

4  BY MR. HOLKINS:

5     Q    I'm going to now show you another

6  document, which will be 165.

7           If you give me one second, I can help

8  Frannie.

9     A    Sure.

10          (WHEREUPON, Plaintiff's Exhibit-165 was

11     marked for identification.)

12          MR. HOLKINS:  I've just published what I'm

13     marking as Exhibit 165.  For the record, this

14     document was produced by the State of Georgia

15     to the United States.  It's GA 00396806.

16          It's identified on the front page as

17     "Policies and Procedures for Early and Periodic

18     Screening, Diagnostic and Treatment, or (EPSDT)

19     Services.

20          The date is October 1, 2020.  It's

21     identified as a policy of the Georgia

22     Department of Community Health, Division of

23     Medicaid.

24  BY MR. HOLKINS:

25     Q    Mr. Dowd, have you seen this document



1  before?

2       A    Yes.

3       Q    Are you aware of whether the EPSDT policy

4  for DCH has been updated since October 1, 2020?

5       A    It should be updated quarterly.

6            MR. HOLKINS:  I'll note for the record

7       that I was not able to download the updated,

8       the most recent version of the DCH EPSDT policy

9       from GAMMIS and would request a copy from

10      counsel.

11           We can follow up separately about that.

12  BY MR. HOLKINS:

13      Q    For what purpose did you review this EPSDT

14  policy?

15      A    This specific one?  All policy manuals are

16  -- you know, they will -- I lead a group where

17  everybody tells everybody else what changes were in

18  their policy manual.  So as part of that I would

19  have reviewed changes to the policy manual.

20      Q    Can you talk about that group?  What is

21  the name of the group that is reviewing policy

22  manual changes?

23      A    It doesn't have a name.  It's just a --

24  it's a quarterly policy manual review committee, and

25  we all -- it's really just to inform within MAP what



1  changes are in a policy because a change in respite

2  -- not respite.  Respite isn't a policy manual.

3       But a change in hospice could somehow end

4  up affecting one of the waiver programs or nursing

5  home, right.  So we bring all the policy manual

6  holders together on a quarterly basis and they talk

7  about what changes, if any, have happened.

8       And Melinda Ford Williams, who is over

9  this policy manual, attends those meetings.  So I

10  would have reviewed it in the normal course of that

11  function, any changes.

12       And I've reviewed it over the years just

13  in the normal course of business where people have

14  asked me a question.  I always go to the policy

15  manuals to review what's in the policy manuals.

16       Q    Understood.  Let's set this aside.

17       I'd like to show you another policy.  This

18  document is very large and cumbersome to work with

19  on the computer, so bear with me.  I will show you

20  the front screen and you're welcome to look at the

21  document further if you like.  But just note that it

22  is somewhat challenging to scroll through.

23       MR. HOLKINS:  This is Exhibit 166.

24       (WHEREUPON, Plaintiff's Exhibit-166 was

25       marked for identification.)



1           MR. HOLKINS:  I'll note for the record it

2       was produced by the State of Georgia to the

3       United States as GA04312140.  It's identified

4       as Policies and Procedures for Autism Spectrum

5       Disorder, or ASD, Services, Georgia Department

6       of Community Health, Division of Medicaid,

7       revised July 1, 2020.

8   BY MR. HOLKINS:

9       Q    Mr. Dowd, have you seen any version of

10  this policy?

11      A    Yes.

12      Q    Did you have a role in drafting this

13  policy?

14      A    Yes.

15      Q    Are you the principal drafter of this

16  policy?

17      A    Yes.

18      Q    Do you also author revisions to this

19  policy postdating July 1, 2020?

20      A    I don't know if I did it at July 1, 2020,

21  or if I passed it off to Melanie Wilson at that

22  point.

23          I believe July 1st, 2020 I was still the

24  owner of this policy manual and making any revisions

25  to it.



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                        112

1          If you could scroll down to changes being
2     made, I can tell you whether it was me or not.
3          Q    I will give you control, so you can jump
4     right in.
5          A    Okay.
6               (Discussion ensued off the record.)
7          A    I believe this was -- Melanie had taken
8     over the policy manual by this time.
9          Q    Melanie Wilson still has control over this
10    policy today?
11         A    Correct.
12         Q    Do you approve -- do you have any role in
13    approving changes made to the Office of Autism
14    Spectrum Disorder Services policy currently?
15         A    She reviews policy changes with me, so
16    yes.  I don't know if it would be approval, but she
17    reviews any, any significant policy change with me
18    that's not just cosmetic.
19         Q    When this --
20              MR. HOLKINS:  Let me ask this differently.
21         Q    When did this policy first get drafted?
22              When was the first version of the autism
23    --
24         A    January 1st, 2018.
25         Q    And did you author that policy?



1       A    Yes.  In collaboration with -- it was a

2  multi-agency collaboration, along with advocates and

3  providers and members.  But, yes, I was the

4  principal writer of the policy.

5       Q    I'd like to talk a bit about the

6  coordination you did outside of DCH as part of

7  drafting that policy.

8            Let me first ask, with which providers

9  were you consulting in developing the initial Autism

10 Spectrum Disorder Service policy in January of 2018?

11      A    National advocates and providers like

12 Florida Autism Center; Kadiant; Anna Bullard, who is

13 a huge advocate in the state and now is the head of

14 the ADA certification body for BCBA; the Department

15 of Public Health; the Department of Behavioral

16 Health; Texas.

17      Q    The State of Texas?

18      A    Yes.  Their medical director, because they

19 were building their autism program at a similar

20 time.

21           CMS, certainly Centers for Medicare and

22 Medicaid services.

23           Family members to assess what their needs

24 were.

25           I'm also a member of the Georgia Council



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                        114

1  on Developmental Disabilities.  I'm a standing

2  member of that.  So I have interaction with a lot of

3  individuals with intellectual or developmental

4  disabilities.  So their input was put in during this

5  time as well.

6      Q    Did you get input when developing this

7  policy from any staff for GNETS?

8      A    No.

9      Q    Did you seek it?

10     A    No.

11     Q    Do you see that as -- do you see their

12  input as relevant?

13     A    I didn't know GNETS, who they were in

14  2018.  I don't have kids, don't know anything about

15  GNETS.  Nor did anyone else bring it up.

16     Q    And nor did -- I'm sorry.  Can you say it

17  again?

18     A    Nor did anyone else that I consulted with

19  bring it up.

20     Q    Could you describe -- let me first ask,

21  does this policy include outpatient services for

22  children who have autism spectrum disorder?

23     A    This policy is therapy.

24     Q    Therapy?

25     A    It's autism spectrum disorder therapy.



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            115

1      Q    Okay.

2      A    Just like occupational therapy, speech

3  therapy, or physical therapy, there's a discipline

4  that is autism spectrum disorder therapy, most often

5  thought of as ABA therapy, right, applied behavioral

6  analytics therapy.

7           So what this does is, it is therapy.  It

8  is somebody comes in and they work on a specific

9  task to correct or ameliorate the child's condition

10 just like you would teach a child how to speak

11 appropriately, you would teach a child here how to

12 react to their environment appropriately, how to

13 adjust maladaptive behaviors, right.

14          So that's what this service is.  It is a

15 therapy service.

16     Q    Understood.  Thank you.

17          Is that therapy service available in a

18 school setting under DCH's Medicaid rules?

19     A    It's available inpatient, outpatient, and

20 via telehealth.  There's no restrictions as to

21 whether or not it's applied in school if it's

22 applied in accordance with the definitions of the

23 service as outlined in the manual.

24     Q    Did you perform any assessment of need for

25 this ASD therapy service when developing the policy?



1      A    Yes.

2      Q    And what was that assessment of need?

3      A    I can't -- I can't remember.  There was a

4  PowerPoint presentation.  It was X number of

5  children in the State.  It was allowed in the State

6  that had a diagnosis, and that's how the fis -- the

7  initial fiscal analysis was done for developing

8  autism therapy in the state.

9      Q    Was this a presentation that you gave?

10      A    Yeah.  I gave it to several people,

11  including at the Governor's mansion, to the

12  Governor's wife and a whole bunch of people at one

13  point.

14      Q    What was the data that you relied on to

15  inform that assessment of need, as described in the

16  presentation?

17      A    It came from a lot of public health data,

18  and, you know, Medicaid data, and we went out to the

19  licensing board to see how many ABA therapists we

20  currently had in the State.  It had a lot of

21  different data on it.

22      Q    How many ABA therapists were operating in

23  Georgia at the time you developed this policy, do

24  you remember?

25      A    I don't remember off the top of my head.



 1  It was not a lot.

 2      Q    Do you know what the number is now?

 3      A    It's huge.  We're one of the biggest

 4  states in the nation in ABA therapists at this

 5  point.

 6      Q    Do you know how many of therapists are

 7  providing ASD therapy in school settings?

 8      A    We wouldn't know that.  Again, place of

 9  service is in clinic, out of clinic, and via

10  telehealth.

11      Q    Is there any way under the current claims

12  reporting for DCH to determine setting of service

13  with more granularity than in clinic, out of clinic,

14  telehealth?

15      A    No.

16      Q    Have there been any discussions within DCH

17  about developing that capability?

18      A    No, not that I'm aware of.

19      Q    Have you surveyed ABA providers statewide

20  to assess where they're providing the service?

21      A    You mean in what setting they're providing

22  the service?

23      Q    Correct.

24      A    No.  Not other than what we currently

25  collect in the claims data.



1      Q    Have you ever done any training on this

2   policy for providers?

3      A    Yes.

4      Q    Which providers have benefited from your

5   training on this policy?

6      A    The therapy providers.  Not just the ABA

7   therapy providers, but also the OT/PT speech therapy

8   providers.

9           I've spoken at a national autism

10  conference on a panel with private and public

11  insurers on how we developed this policy.

12          CMS has asked me to speak to other states

13  and train them on how we developed this policy.

14  It's a national model.

15     Q    Have you provided training to Community

16  Service Boards in Georgia on this policy?

17     A    Initially, yes.

18     Q    Does that include all Community Service

19  Boards in the State?

20     A    It included those that were interested in

21  becoming enrolled providers.

22          I will tell you that I think most of them

23  were initially interested in becoming providers when

24  we introduced the policy.

25     Q    And are, are there enrolled ABA providers



BRIAN D. DOWD                                        June 23, 2022
UNITED STATES vs STATE OF GEORGIA                          119

1  at each of the Community Service Boards now?

2      A    I don't know.  I don't think all of them

3  are enrolled currently, but I don't know which are

4  and which aren't.

5      Q    Do you monitor or does anyone on your

6  staff monitor enrollment as an ABA provider

7  statewide?

8      A    You --

9      Q    Let me just try that again.

10         Do your staff track enrollment statewide

11  as ABA providers?

12     A    We periodic -- yes.  We periodically look

13  at the number of ABA therapy providers within the

14  state and different regions.  There are still areas

15  that could utilize more providers, but there are

16  areas of the state where we have a lack of providers

17  in every Medicaid category.

18     Q    What are those areas?

19     A    How familiar are you with the State?

20     Q    Assuming --

21     A    Cairo, Hahira.

22     Q    Assuming no familiarity.

23     A    Okay.  Tolliver, Cairo, Hahira.

24         So think of Southwest Georgia.  A lot of,

25  a lot of farmland, a lot of red clay farm land.



1          Very rural.  I mean a lot of people think

2    of Georgia as Atlanta.  A lot of Georgia is very

3    rural, or very mountainous -- well, depends.  If

4    you're from California, they are not considered

5    mountains.  Trust me, I have a friend here from

6    California, and he's like, these hills?  This is not

7    a mountain.

8          But what we think of as the mountains in

9    North Georgia, yeah.

10     Q    So North Georgia and Southwest Georgia you

11   identified as the regions where they are most in

12   needs of --

13     A    I would honestly just say we have plenty

14   of providers in the mountain regions.  Where we have

15   a lack of providers primarily is Southwest Georgia,

16   and somewhat along the Southeast corridor.  There's

17   -- there's just a lot of open area and it's quite a

18   bit of swamp down there.  Okefenokee's down there.

19          It's a lot of barren land.  There's cities

20   in there but there's -- frequently to get an ABA

21   therapist, you may have to do some travel or utilize

22   telehealth.

23     Q    So you testified, I believe, that you did

24   provide training on this policy to Community Service

25   Boards when it was first introduced; is that



1  correct?

2      A    That is correct.  It was made available

3  through Robin Garrett Ganoe.

4      Q    Did you provide or have you provided any

5  training on this policy to staff at GNETS programs?

6      A    No.

7      Q    Has it ever been requested of you?

8      A    No.

9      Q    So I'm going to stop sharing this policy.

10         On the GAMMIS system there are two

11  provider billing manuals identified.  Entertain me

12  here.

13         The first is CMS-1500.  Are you familiar

14  with that policy?

15     A    No.  That's a billing manual?

16     Q    Uh-hum.

17     A    No, uh-uh.  (Negative.)

18     Q    Do you have any familiarity with the

19  billing manual on the GAMMIS system identified as

20  UB-04?

21     A    No.  Those are how providers submit

22  claims.  I don't review those.

23     Q    Who is responsible for reviewing those

24  policies?

25         A    That comes out of the Financial



 1  Department, the Kim Morris section.

 2       Q    So I have two more documents I want to

 3  show you and then we'll take our lunch break.

 4            Give me one second.

 5            MR. HOLKINS:  I've just published what I'm

 6       introducing as Exhibit 167.

 7            (WHEREUPON, Plaintiff's Exhibit-167 was

 8        marked for identification.)

 9            MR. HOLKINS:  For the record, this is

10       GA01166102.  It's identified on the first page

11       as Policies and Procedures for Community Based

12       Alternatives for Youth, Georgia Department of

13       Community Health, Division of Medicaid, July 1,

14       2020.

15  BY MR. HOLKINS:

16       Q    Mr. Dowd, have you seen any version of

17  this document before?

18       A    Yes.

19       Q    Did you have any role in developing this

20  document at any time?

21       A    I don't believe so, no.

22       Q    Did you have any responsibility for

23  implementing community-based alternatives for youth

24  waiver?

25       A    I was involved when I was with DBHDD,



1  which was 12 years ago, with a demonstration project

2  for CBAY, which was part of a CHIPRA grant.

3           So I was involved with it but I did not --

4  was not involved with the development of this

5  policy, no.

6      Q    Could you describe the origins of that

7  demonstration project?

8      A    Yeah.  It was part of the CHIPRA grant,

9  and so we -- which was money to do demonstration

10  projects, and the wraparound services associated

11  with community-based alternatives for use.  Applied

12  for that grant, DBHDD and DCH in collaborations, to

13  do a demonstration project to develop this new

14  service.

15     Q    And that is the service that became IC3,

16  correct?

17     A    Correct.

18     Q    Were there any other service components

19  included in the CBAY waiver beyond IC3?

20     A    Yes.  There were specialized services that

21  were included within the initial CBAY grant that

22  were not allowed to be Medicaid covered.  They are

23  outside the scope of Medicaid, that were things like

24  paving someone's driveway.  We don't pave driveways.

25  We're an insurance plan.



1    Q    What's your understanding why DBHDD and

2  DCH worked together to create the IC3 service

3  through CBAY?

4    A    To provide additional services for what we

5  think of as the most intense children in the

6  spectrum of needing behavioral health services.

7  It's a very high-fidelity wraparound service.  It's

8  a constant in-home touch with family members.

9         So you have very high end support system

10  around them.

11    Q    Did DBHDD and DCH undertake any assessment

12  of need for the IC3 service as part of developing

13  the CBAY waiver?

14    A    As part of the CBAY grant they did, yes.

15    Q    And could you describe what that

16  assessment and need revealed?

17    A    I don't -- I mean I don't remember the

18  specifics of what our assessment was.  We obviously

19  continued with development of the service and

20  inclusion of it as IC3.

21    Q    So would the assessment of need for a

22  high-fidelity wraparound be reflected in the State's

23  initial application for this waiver?

24    A    Yes.  The old CHIPRA waiver, yes.

25    Q    Does this community-based alternatives for



1  youth policy manual still exist?  Is there a current

2  version?

3      A    I hope not because that's closed.  The

4  waiver is terminated.  So I hope it's still not out

5  there.

6      Q    The demonstration project expired?

7      A    Yeah.

8      Q    And it was not renewed, correct?

9      A    Uh-hum.  (Affirmative.)

10     Q    I'm going to stop sharing this document.

11     A    I mean the historical policy manuals are

12  always out there.  If you just go to the end of the

13  page, you can go back to like upteen years to get

14  the old policy manuals.

15         MR. HOLKINS:  So I actually think it makes

16     sense for us to take our break now and I'll get

17     the next document ready for after the break.

18         I think we can take an hour, if that's all

19     right with everyone.

20         So we'll break.

21         THE VIDEOGRAPHER:  We're off the record at

22     12:01.

23         (A recess was taken.)

24         THE VIDEOGRAPHER:  Video back on the

25     record at 1:00 p.m.



 1  BY MR. HOLKINS:

 2      Q    Welcome back, Mr. Dowd.

 3           I wanted to ask just a question or two

 4  revisiting some material we discussed before the

 5  break.

 6           Does your office maintain a list of all

 7  the state plan amendments that have been proposed or

 8  considered since you rejoined DCH 10 years ago?

 9      A    Yes.

10      Q    Where would you access that list?

11      A    There's a library.  So there's like a hard

12  copy of everything we've submitted.

13      Q    And where is that -- is this a physical

14  library?

15      A    Yes.

16      Q    Is there an electronic copy of those

17  records as well?

18      A    I believe so, on the Odrive.

19      Q    So that would capture state plan

20  amendments that were developed but not proposed?

21      A    No.  It only captures what -- my

22  understanding is it only captures what has been

23  submitted and any questions back and forth from CMS.

24      Q    What about draft state plan amendments

25  that ultimately were not sent to the DCH board, is



1  there a policy for those?

2      A    No.  Not that I'm aware of.

3      Q    I'd like to show you another document.

4          MR. HOLKINS:  This will be 168.

5          (WHEREUPON, Plaintiff's Exhibit-168 was

6       marked for identification.)

7          MR. HOLKINS:  For the record, this is a

8       document not produced by the State of Georgia,

9       the United States, but rather pulled from the

10      State's public website for Medicaid, and the

11      cover of the document reads State of Georgia

12      Contract Between the Georgia Department of

13      Community Health and, in parentheses,

14      Contractor for professional -- for Provision of

15      Services to Georgia Families.

16  BY MR. HOLKINS:

17     Q    Mr. Dowd, I'm happy to give you control of

18  this document.  My question to you is whether you've

19  seen this document or any version of it?

20     A    Not that I'm aware of.  This one is not

21  familiar to me.

22     Q    Have you ever seen a contract between DCH

23  and the managed care organizations?

24     A    No.  I don't, I don't have any part of the

25  contracts with the managed care corporations.



1    Q    Just to confirm for the record, that would

2  fall under the office previously led by Catherine

3  Ivy, correct?

4    A    Correct.  And Lynnette.

5    Q    And Lynnette Rhodes?

6    A    Yeah.  Yes.

7    Q    Which official within DCH is directly

8  responsible for drafting the contracts between DCH

9  and the CMOs?

10   A    Well, it's a collaboration by the business

11 owner.  Previously, that was Woody Dahmer.  He has

12 left.

13       There is somebody in that position now but

14 I'm not sure of what their name is, and then our

15 Contracts Department, which is led by Lindsey

16 Bredlove.

17   Q    And is there a representative from the

18 section led by Lynnette Rhodes who is participating

19 in the drafting?

20   A    Lynnette would participate herself.

21   Q    You can put this aside.

22       I believe you testified in the morning

23 that children enrolled in Medicaid are eligible to

24 receive Medicaid reimbursable services in schools,

25 correct?



1       A    Yes.   There's nothing that I know of that
2    prohibits them from receiving the services in a
3    school setting.
4       Q    Is that true for children enrolled in
5    Medicaid regardless of the entity that is
6    administering the claim?
7       A    Yeah, I know of no prohibition against it.
8       Q    So that includes children who are enrolled
9    in PeachCare for Kids?
10      A    Correct.
11      Q    And also children whose claims are being
12   administered directly by DCH in a fee for services?
13      A    Correct.
14      Q    And then finally also for children whose
15   claims are being administered by the Care Managed
16   Organizations?
17      A    Correct.
18      Q    Are schools eligible to enroll as Medicaid
19   providers in Georgia?
20      A    I don't know the answer to that.  As far
21   as -- because I don't do CISS.  I don't know if
22   they're enrolled providers or eligible to enroll.
23      Q    Is that the only way that schools could
24   enroll as a provider of CISS services?
25      A    I don't know the answer to that question.



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                           130

1        Q    Would you pose that question to --

2        A    Provider enrollment.

3        Q    And who leads that again?

4        A    I don't think I've said, but it's Nicole

5   Thompson.

6        Q    Nicole Thompson is an employee of DCH,

7   correct?

8        A    Correct.  She's over provider enrollment.

9             MS. COHEN:  Apparently, at least one

10       percent on the Zoom call has lost audio.

11            MR. HOLKINS:  I think that may be an issue

12       on their end.

13   BY MR. HOLKINS:

14       Q    And do you have any understanding of

15   whether LEAs can enroll as Medicaid providers in

16   Georgia?

17       A    I don't.  I don't know the rules behind

18   that.

19       Q    And, again, that's a question you would

20   pose to Nicole Thompson?

21       A    Yes.  Provider enrollment.

22       Q    Are you able to identify the Care

23   Management Organizations operating in Georgia

24   currently?

25       A    Who they are?  Yeah.  Sure, yes.



BRIAN D. DOWD                                           June 23, 2022
UNITED STATES vs STATE OF GEORGIA                           131

1      Q    And what are they?

2      A    Amerigroup, PeachState, and Care Source.

3    PeachState is -- Amerigroup, PeachState, which is

4    the Centene Corporation, and Care Source, are our

5    three.

6      Q    When did the State implement -- implement

7    managed care?

8      A    Oh, Nellie.

9           It was my first time at DCH.  I don't

10   remember.  A long time ago.  I don't remember.  More

11   than 10 years ago.

12     Q    Have the -- has it always been the three

13   Care Management Organizations that you just

14   identified that have contracted with the State?

15     A    No.

16     Q    What are -- do you recall the names of the

17   other Care Management Organizations that have

18   contracted with the State since the State

19   implemented managed care?

20     A    Wellcare, which was bought by Centene.

21     Q    Do all of the managed care organizations

22   currently operating in Georgia administer Medicaid

23   claims for children's behavioral health services?

24     A    Yes.

25     Q    What distinguishes which beneficiaries are



1  assigned to which Care Management Organization?

2      A    Category of eight.

3      Q    Category of eight?

4      A    Yeah.  How you become Medicaid eligible --

5  oh, you mean to what, what CMO?

6      Q    Correct.  Yes.

7      A    It's choice.  It's choice, and then it's

8  also -- there's some analytics, like if mom is in a

9  certain Care Management Organization and she's

10 pregnant and she has two kids that are also in that

11 Care Management Organization and she has a new-born,

12 that child will automatically be enrolled in that

13 same plan, unless she chooses to go into another

14 plan.

15     Q    And so if a family is newly enrolling in

16 Medicaid, they would have the option of choosing

17 which Care Management Organization have administered

18 their services?

19     A    Correct.

20     Q    What's your understanding of why Georgia

21 implemented managed care?

22     A    Like many states, we were looking at

23 rising health care costs and we were also looking at

24 the ability to CMOs -- for CMOs to do nontraditional

25 supports and services that you can't do under fee



1   for service.

2          And so like many states, we chose the

3   option for the family Medicaid populations to go

4   that route.

5          Q    Could you identify some of the

6   nontraditional supports and services that CMOs are

7   able to offer that can't be done fee for service?

8          A    Sure.  Classic one is Wal-Mart cards,

9   right.  If you're a pregnant woman and you make all

10  your prenatal visits, they may give you a $25

11  Wal-Mart card.  We can't do that in fee for service

12  Medicaid, but they have the flexibility to do it

13  within the CMOs.  They all have a set of value-added

14  services.

15         Q    Is it accurate to say that DCH

16  administers, through its fee for service system,

17  claims for all of the community-based behavioral

18  health services for children identified in Exhibit 8

19  that we were looking at earlier?

20         A    Yes, for the fee for service population.

21         Q    And that's -- and the CMOs are also

22  administering claims for that same set of services

23  for their enrolled population?

24         A    Correct.

25         Q    How would you describe the relationship



1   between service providers and the CMOs?

2        A    They're contracted entities.

3        Q    Could you elaborate?

4        A    Yeah.  They enroll for Medicaid and then

5   they obtain a contract with each of the three CMOs

6   to operate in those plans.

7        Q    Would you say there is at times a

8   disconnect between service providers and CMOs in

9   Georgia?

10       A    I mean I'm not sure -- a disconnect in

11  what way?

12       Q    Well, let's be specific.

13       A    Yeah.

14       Q    Would you say that there is a disconnect

15  --

16            MS. COHEN:  I'm sorry, before you ask your

17       question, is your mike on mute, Jason?

18            THE WITNESS:  Is my mike on mute?

19            THE VIDEOGRAPHER:  No.

20            MS. COHEN:  I'm just getting some feedback

21       from people who are watching on Zoom.

22            THE VIDEOGRAPHER:  Nothing has changed

23       since this morning.

24            (Discussion ensued off the record.)

25            MR. HOLKINS:  Frannie, let us know if we



```
 1        need to take a break to troubleshoot.

 2             MS. COHEN:  I will.

 3   BY MR. HOLKINS:

 4        Q    So, specifically within the context of

 5   prior authorization for services, have you ever

 6   witnessed a disconnect between service providers and

 7   CMOs?

 8        A    Yes.  They've had questions about the

 9   prior authorization process and/or complaints, as

10   they have with fee for service before.

11        Q    And what have those complaints been with

12   respect to the prior authorization process, specific

13   to the CMOs?

14        A    Denial -- having denials, getting not

15   enough units that they want.

16        Q    Do providers, to your knowledge, take

17   those complaints directly to the CMOs, or are they

18   coming to you?

19        A    There's an appeal process within the CMOs,

20   and then they also always have the ability to

21   escalate it to the Department of Community Health.

22        Q    And when those complaints are escalated to

23   DCH, what are the options that are available to DCH

24   to resolve the complaints?

25        A    Well, the -- DCH is the holder of a
```



1  contract with, with the CMOs.  They are responsible

2  for administering their whole program, their

3  programs, but DCH may, on behalf of the provider,

4  listen to the concern and then meet with the CMO to

5  act as an intermediary.  They may ask the CMO to go

6  back and revisit with the provider.

7          They can do a broad range of things like

8  that.

9     Q    Are you aware of any specific complaints

10 in the last year regarding authorization for

11 community-based behavioral health services through

12 the CMOs?

13    A    Not off the top of my head.  Again, those

14 complaints are very common across all of Medicaid.

15    Q    Would Nicole Thompson also be the person

16 responsible for addressing those complaints once

17 received by DCH?

18    A    No.  It would be Catherine Ivy's unit with

19 the CMO Compliance Unit.

20    Q    So just to guide this discussion, I'm

21 going to put back up on the screen Exhibit 8, which

22 is the State's supplemental response to the United

23 States Interrogatory No. 17, among others, but

24 specifically No. 17 is what we will be looking at.

25          Give me one second and I'll put this on



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                         137

 1  the screen.

 2          As part of your job duties do you review

 3  or assess information relating to the availability

 4  of these community behavioral health services in the

 5  State?

 6      A    No.

 7      Q    To your knowledge, does anyone in DCH

 8  review information relating to the availability of

 9  these community behavioral health services in the

10  state?

11      A    I don't know specifically but if it would,

12  it would be in the quality section.

13      Q    And that's under Dr. Holloway's

14  leadership, correct?

15      A    Correct.

16      Q    Is the availability of these

17  community-based behavioral health services something

18  you discuss at all as part of your duties?

19      A    I may be in discussions but it's not

20  within my purview.  It's not something I have the

21  oversight of.

22      Q    When would this come up?  In what context?

23      A    Well, I'm part of the CYA meeting that

24  covers everything that's behavioral health.  I may

25  be in an IDT meeting, which is an interagency



 1  behavioral health meeting.

 2          I could just have people call me and ask

 3  me, and then I would redirect them to the -- if it

 4  was CMO, I'd redirect them to the CMO Compliance

 5  Unit.  If it was related to fee for service, I would

 6  ask Jamie to look into it.

 7      Q    Are you familiar with the term "gap

 8  analysis"?

 9      A    Yes.

10      Q    Has DCH, to your knowledge, undertaken a

11  statewide gap analysis for the services identified

12  on this list?

13      A    I'm not -- I don't know.  I'm not aware of

14  that, if they have or haven't.

15      Q    Which office within DCH would you expect

16  to have knowledge or responsibility relating to gap

17  analysis in connection with these services?

18      A    If it was the CMO unit, the CMO unit does

19  look at provider network adequacy.  So I would

20  expect the -- part of the CMO compliance.  They

21  would look at that.

22          Otherwise, Dr. Holloway.

23      Q    Could you describe what you mean by

24  network adequacy?

25      A    Right.  As part of the CMO contracts, they



1  review provider network adequacy to make sure they

2  have enough providers within any area or a part of

3  the state within the CMOs.

4           MR. HOLKINS:  So let's take a two-minute

5       break to troubleshoot the volume issue.

6           Could we break.

7           THE VIDEOGRAPHER:  Off record at 1:18.

8           (Discussion ensued off the record.)

9           THE VIDEOGRAPHER:  Back on the record at

10      1:22.

11  BY MR. HOLKINS:

12      Q    Mr. Dowd, I was asking you to --

13           MR. HOLKINS:  Does everyone have their

14      computer on mute?

15           (Discussion ensued off the record.)

16  BY MR. HOLKINS:

17      Q    So, Mr. Dowd, I was asking what is your

18  understanding of the term "network adequacy"?

19      A    I don't know what the specific contractual

20  rules are, but they do look to monitor to see

21  there's enough providers in any given area or city

22  or region.

23      Q    To your understanding, are they doing that

24  monitoring for each Medicaid reimbursable service

25  covered under the state plan?



1      A     I don't know the specifics to that but I
2  believe they look at all services.
3      Q     I'd like to show you another document.
4            MR. HOLKINS:  This will be 169.
5            (WHEREUPON, Plaintiff's Exhibit-169 was
6      marked for identification.)
7            MR. HOLKINS:  Give me a second.  I've just
8      produced the first part of Exhibit 169.
9            For the record, this is GA00382036.
10 BY MR. HOLKINS:
11     Q     I'm going to give you a chance to review
12 the document, Mr. Dowd.  Give me one second.
13           You have control.
14           (Witness reviews exhibit.)
15     A     Yep, I've reviewed it.
16     Q     So this is an email from you dated
17 February 5, 2018, to Wendy Tiegreen, Linda McCall,
18 and Maya Carter, with the subject Behavioral Health
19 Services, correct?
20     A     Correct.
21     Q     In the body of the email you reference
22 "Georgians for a Health Future"?
23     A     Uh-hum.  Yes.
24     Q     What is that organization?
25     A     An advocacy organization.



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                        141

1       Q     I'm sorry?

2       A     An advocacy organization.

3       Q     What is the subject of their advocacy?

4       A     I think it's across many things.  Here it

5  was related to behavioral healthcare in the Savannah

6  area.

7       Q     That's Chatham County?

8       A     Correct.

9       Q     Your email references an environmental

10  scan of barriers to behavioral healthcare in Chatham

11  County, correct?

12      A     Yeah, that's what I said.

13      Q     And this is an environmental scan that was

14  conducted --

15      A     By Georgians --

16      Q     -- by Georgians for a Health Future?

17      A     Correct.

18      Q     And you know in your email the results of

19  that environmental scan are attached, correct?

20      A     Correct.

21      Q     You note at the end of the email that:  "I

22  think it has value for places for us to look for

23  process and improvement," correct?

24      A     Correct.

25      Q     And it is a reference to the environmental



1  scan results?

2      A    Correct.

3      Q    I'd like to now pivot over to the

4  attachment.  For the record, this is GA00382037.

5  It's Part 2 of Exhibit 169.

6          The title of the document is "Provider

7  identified Child, Adolescent & Young Adult

8  Behavioral Health & Addictive Disease Barriers and

9  Gaps in Chatham County."

10         Mr. Dowd, do you remember reviewing this

11  document?

12     A    Not, not really.  I mean it's familiar but

13  not really.

14     Q    Do you recall whether any process

15  improvements were implemented as a result of this

16  environmental scan?

17     A    I don't -- I don't remember.

18     Q    Who would have been responsible for

19  implementing process improvements at DCH in response

20  to this environmental scan?

21     A    This is an advocacy submitted provider

22  scan from word of mouth statements that they took

23  from providers.  It is not science.  It is noted

24  information that was done when they did a survey of

25  providers and members in the area.



1          So we would have looked at this as, as we

2    do very frequently when people come to us with

3    concerns and issues.  We would have considered it as

4    part of our process improvement process, whether it

5    be from that section that does continuous process

6    improvement or from individual policy owners, as to

7    whether or not there were some systemic changes we

8    could make in response to their concerns.

9          Q    And were any systemic changes made in

10   response to these concerns?

11         A    I don't remember.  It was 2018.  I just --

12   I don't remember if they were specifically related

13   to that.

14         Q    Skipping back to the email, which is 036,

15   Part I of Exhibit 169, you comment that Per GHF, the

16   environmental scan was very thorough and included

17   interviews with providers, Gateway Behavioral Health

18   Services, parents of children with behavioral health

19   needs and others who interact with the behavioral

20   health system.

21         Is that what you wrote?

22         A    Yes, and also what I just said.

23         Q    Are you reconsidering your evaluation that

24   the environmental scan was very thorough?

25         A    No, I'm not reconsidering that it's very



BRIAN D. DOWD                                         June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              144

1  thorough.  I mean it may be very thorough but that

2  doesn't mean that it's accurate necessarily.  We

3  would have to look at the actual things, like

4  provider network adequacy based on numbers.

5         My understanding from my recollection of

6  this in 2018, which was four years ago, was that

7  this was a survey that was done with parents,

8  members, providers, and advocates in the area.  It

9  was not an environmental scan.

10    Q    That's how you refer to it in this

11  document, though?

12    A    Okay.

13    Q    So is this or is this not an environmental

14  scan?

15    A    It's not.

16    Q    Because?

17    A    Because I don't see any metrics that are

18  associated with what we have as provider numbers or

19  anything like that.  That would have to be further

20  work that was done.

21    Q    Understood.  And has DCH, to your

22  knowledge, conducted any environmental scans, as you

23  would define it, specific to behavioral health

24  services in Chatham County?

25    A    I don't know.



1      Q    Have you seen any other surveys like this

2  one for different counties in Georgia?

3      A    Not that I remember.

4      Q    Do you know whether GHF performs analyses

5  like this one for counties other than Chatham?

6      A    I don't know.

7      Q    Do you have any basis to question the

8  adequacy of the representations made in this

9  document?

10     A    No.

11     Q    Is it fair to say that in your view it's

12 important to collect hard data based on metrics in

13 order to perform a rigorous analysis of barriers to

14 access to behavioral healthcare?

15     A    Yes.

16     Q    We can put this aside.

17          I'd like to pull up another document.

18 Give me a second and I will put it on the screen.

19          MR. HOLKINS:  I just published what I'm

20     introducing as Exhibit 170.

21          (WHEREUPON, Plaintiff's Exhibit-170 was

22      marked for identification.)

23 BY MR. HOLKINS:

24     Q    It has two parts, the email we're viewing

25 now and an attachment.



1          I'll note for the record this is

2    identified as GA01125480.

3          This is an email from Blake Fulenwider,

4    dated August 13, 2018.

5          Mr. Dowd, you're listed in the cc:

6    category.  Do you see that?

7     A    Yes.

8     Q    The subject of the email is:  "Response to

9    your request from Georgia Medicaid - BH Service

10   survey and CMO contract."

11         First off, do you recall receiving this

12   email?

13    A    No.

14    Q    I'd like to show you one of the documents

15   attached.  It's the first one titled LAC Medicaid

16   Survey of Children's Behavioral Health, Revised

17   8/10/18.

18         Give me a second and I'll pull up that

19   document.

20         I have just published Part 2 of Exhibit

21   170.  For the record, the Bates number is

22   GA01125481.  The title of the document is "South

23   Carolina Legislative Audit Council, LAC Survey of

24   Other State Medicaid Programs."

25         Mr. Dowd, I'd like to give you a moment to



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            147

1  take a look at this document, if that's all right.

2  I can give you control of the screen.

3           (Witness reviews exhibit.)

4     A    Okay, I've reviewed it.

5     Q    Taking back control of the document and

6  scrolling to the top.

7           So this appears to be responses by DCH to

8  questions posed by the South Carolina Legislative

9  Audit Council, correct?

10    A    That's what it appears to be, yes.

11    Q    Did you have any role in drafting the

12 responses in this document?

13    A    I don't remember if I was asked questions

14 at the time or not.

15    Q    Do you know or recall who at DCH was

16 involved in drafting responses?

17    A    No.

18    Q    Pivoting back to the email, Part I of

19 Exhibit 170, Blake Fulenwilder -- Fulenwider, excuse

20 me, is deputy commissioner at the time, correct?

21    A    At this time, Blake was -- well, it says

22 deputy -- he was the Medicaid chief at this time.

23    Q    Okay.

24    A    He was basically in Lynnette's position.

25 And we were organized a little differently, too.  He



 1  was also a deputy commissioner.

 2     Q    I want to focus your attention on Question

 3  No. 6:  "How does your agency monitor availability

 4  and access to care?"

 5          Do you see that question?

 6     A    Yes.

 7     Q    Do you have any changes or additions to

 8  the response in this document?

 9     A    My section, I don't monitor availability

10  and access to care, so I'm not somebody who would

11  answer this.  I don't have any changes because I

12  don't know this subject.

13     Q    You don't have -- you don't know any

14  additional information about this than what's

15  provided in this document?

16     A    Correct.  But also I can't verify whether

17  it's correct or incorrect.  So I want to be clear

18  about that.

19     Q    Understood.

20          I want to direct your attention now to No.

21  5, which reads:  "What is your state's Medicaid

22  agency's responsibility to determine if children are

23  receiving the services they need?"

24          Do you have any additions or corrections

25  to the response provided to that question?



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                        149

1        A    No.

2        Q    I'd like to direct you to the fourth

3    question posed, which reads:  "In what types of

4    behavioral health services does your state

5    experience a shortage of providers?"

6            Do you have any additions or corrections

7    to the response provided to this question?

8        A    This has dramatically changed in relation

9    to autism spectrum disorder, where we now have a

10   therapy program.  Probably one of the most robust

11   states in the nation of having ASD therapists now.

12       Q    Any other changes since this was drafted

13   --

14       A    No.

15       Q    -- to your knowledge?

16       A    No.

17       Q    I'd like to direct your attention to the

18   third question, which reads:  "How does your state

19   determine whether the provider network is sufficient

20   to meet your members' needs?  What metrics do you

21   use determine adequacy of the provider network?"

22           Mr. Dowd, do you have any additions or

23   corrections to the response provided to this query?

24       A    No.  Again, I don't, I don't know this

25   question.  So, no, I don't have anything different



1  to say.

2      Q    And who would you direct these questions

3  to at DCH now?

4      A    The quality unit.  Or the CMO portion

5  would have to go to CMO provider -- I mean CMO

6  oversight group in Catherine Ivy's old unit.

7      Q    The first page of the document references

8  the inner -- Interagency Directors Team, or IDT.

9          Are you familiar with IDT?

10     A    I am.

11     Q    Are you a member of IDT?

12     A    No.

13     Q    Have you ever been a member of IDT?

14     A    I've attended but I'm not a member.

15     Q    Are you a regular attendee of IDT

16  meetings?

17     A    No.

18     Q    How often are you attending IDT meetings?

19     A    I haven't been in several years.

20     Q    And for what reason were you joining IDT

21  meetings when you were?

22     A    There were some specific policy questions

23  they had for me related to ASD therapy, as I

24  remember.  So that would have been 2018.

25     Q    Are you familiar with Georgia's State



1  System of Care Plan?

2     A    I know it is a thing but I'm not familiar

3  with it.  I couldn't speak intelligently to it at

4  all.

5     Q    Are you aware of whether anyone at DCH has

6  ongoing involvement in implementing Georgia's System

7  of Care State Plan?

8     A    It would fall in Catherine's shop.  I

9  don't know who specifically there would spearhead

10 it, but it would be in Catherine's shop.  Most

11 likely Jamie Cremer.

12    Q    Most likely Jamie Cremer?

13    A    Uh-huh.  Yes.

14    Q    Thank you.

15        I'm going to stop sharing this document.

16        I'm going to now ask you a series of

17 questions about your review of data.  The first is

18 whether you received and reviewed any data from Care

19 Management Organizations relating to utilization of

20 children's behavioral health services?

21    A    No.

22    Q    Does anyone on your staff do that?

23    A    Not that I'm aware of, no.

24    Q    Would you expect individuals who work in

25 the section previously led by Catherine Ivy to



1  perform that function?

2      A    Yes.

3      Q    Do you review or receive data relating to

4  the number of youth who receive community behavioral

5  health services in Georgia?

6      A    No.

7      Q    Would you likewise expect staff in the

8  office previously led by Catherine Ivy to perform

9  that function?

10     A    If it was specific to CMO, they may or may

11 not review just raw numbers of how many kids get

12 services.

13     Q    I understand.  So their review would be

14 specific to --

15     A    Contract --

16     Q    -- CMO enrollment beneficiaries?

17     A    Correct.  Sorry.  I apologize for

18 interrupting you.

19         It would be according to contract

20 measurements.

21     Q    Based on the metrics established in the

22 contract between DCH and the CMOs; is that correct?

23     A    Correct.

24     Q    Are you aware of any review or analysis of

25 data relating to the number of youth receiving



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              153

1  community behavioral health services through the

2  CMOs outside of what's required by that contract?

3        A    No.

4        Q    Are you aware of any DCH staff receiving

5  or reviewing data relating to outcomes for youth who

6  receive community behavioral health services in

7  Georgia?

8        A    So let me say we have looked at PRTF data,

9  but I don't -- when you say community behavioral

10 health, I'm thinking of the community behavioral

11 health and rehab package, and I don't know of

12 anyone, no, who has been reviewing that data,

13 outside of the contractual measures.

14       Q    Is it fair to say that any analysis of the

15 number of Medicaid enrolled providers of community

16 behavioral health services for children would be

17 performed by the Enrollment and Eligibility section,

18 which you identified earlier?

19       A    I don't, I don't know who does that.

20 Quality -- it probably isn't provider enrollment.

21 It's probably quality or as it relates to the CMOs,

22 the CMO units -- I mean the CMO unit that used to be

23 under Catherine Ivy.

24       Q    Thank you.

25            Is there any analysis, to your knowledge,



1  by DCH staff of the number of direct care providers

2  trained in evidence-based practices in Georgia?

3      A    Not that I'm aware of.

4      Q    And if any unit within DCH would have

5  knowledge with respect to training of direct care

6  providers in evidence-based providers, who would you

7  expect that to be?

8      A    Catherine's unit.

9      Q    You mentioned some review of data relating

10  to PRTFs.  Does that include analysis of the number

11  of students admitted to PRTFs?

12      A    No.

13      Q    And let me rephrase.

14           Does that include data showing the number

15  of children admitted to PRTFs?

16      A    Well, only children can be submitted --

17  permitted to PRTFs.  It's a service under 21.

18      Q    Right.  But the question is whether

19  there's any analysis of how many individuals are

20  admitted, say, on an annual basis to PRTFs?

21      A    Yes.

22      Q    Who is doing that analysis?

23      A    Several of us within the unit.  The Data

24  and Analytics Unit, Daphane's unit, Catherine's

25  unit, myself.  Mario Ellis, the chief of staff.



 1  Shawn Walker.

 2        Several of us have been looking at that

 3  information, including the Commissioner.

 4     Q    For what -- I'm sorry.

 5        Including the Commissioner of DCH?

 6     A    Yes.

 7     Q    For what purpose have you all been looking

 8  at this data relating to PRTF utilization?

 9     A    Process improvement.

10     Q    What do you mean by process improvement?

11     A    I mean process improvement, where we can

12  make changes to better the service delivery for the

13  members and the providers.

14     Q    Can you give an example of a specific

15  change made toward the end of process improvement in

16  the arena of PRTFs?

17     A    Yes.  We looked at standardizing some

18  forms in the PA process.

19     Q    PA standards for?

20     A    Prior authorization.

21     Q    And have you in fact standardized those

22  forms?

23     A    Yes.  We've standardized some forms for

24  PRTF, introduction --

25     Q    Have you -- I'm sorry, I didn't mean to



 1  interrupt you.

 2      A    No worries.

 3      Q    Has DCH implemented any other process

 4  improvements with respect to PRTFs that you can

 5  recall?

 6      A    Well, we just did -- we have a pending

 7  rate -- a rather large rate increase associated to a

 8  cost report for the PRTFs.

 9           We've also done some -- we've done site

10  visits to all the PRTFs to look at their service

11  delivery and how they're doing, taking their

12  suggestions as well as part of review.

13      Q    What -- what informed this focus within

14  DCH on process improvement for the PRTFs?

15      A    General complaints from the PRTFs, from --

16  difficulty placing children who present at ERs and

17  other service areas, mainly.

18      Q    Does your review of data with respect to

19  the PRTFs include tracking how many youth were

20  enrolled in GNETS prior to their placement in a

21  PRTF?

22      A    No.

23      Q    So sitting here today, do you have any

24  knowledge regarding whether a child enrolled in

25  GNETS has been placed in a PRTF?



BRIAN D. DOWD                                           June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              157

```
1      A    No.

2      Q    To your knowledge, does anyone at DCH

3  review any data with respect to failure of providers

4  to bill Medicaid for Medicaid reimbursable services?

5           I can try again, if that would be helpful.

6      A    Are you saying that people who didn't bill

7  us, are we looking at whether or not they should

8  have billed us?

9      Q    Just to give you some context, what I'm

10 asking about is whether Medicaid reimbursable

11 services are being fully billed per DCH's rules

12 rather than relying on other types of funding, like

13 grants?  Is there any analysis being performed in

14 connection with that?

15     A    Not that I'm aware of, not out of my shop.

16     Q    And I want to try to make this as concrete

17 as possible.

18          Are you familiar with the Apex program?

19     A    I was briefed on the Apex program after

20 this, after we heard about this lawsuit.  I think

21 Wendy sat down with me and went through a

22 presentation, may have been me and Catherine both,

23 but I have no knowledge of the Apex program.  I mean

24 I couldn't speak to any part of it at this point.

25 That was several years ago, too.
```



BRIAN D. DOWD                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                        158

1        Q    Okay.

2        A    And I didn't know about it before this

3    lawsuit.

4        Q    Understood.

5             So you learned about the Apex program as a

6    result of this lawsuit?

7        A    Correct.

8        Q    Do you have any understanding of how the

9    Apex program is financed?

10       A    None.

11       Q    Do you know whether providers enrolled in

12   Apex bill Medicaid for services that they deliver?

13       A    I don't know.

14       Q    Is there anyone at DCH who you would

15   expect to have more knowledge about the Apex

16   program?

17       A    If anyone, it would be Jamie Cremer.

18       Q    I'd like to ask you some questions

19   specific to the autism spectrum disorder therapy

20   service that we discussed earlier.

21            Give me one second and I'll pull up the

22   documents.

23       A    Okay.

24            (WHEREUPON, Plaintiff's Exhibit-171 was

25       marked for identification.)



BRIAN D. DOWD                                                  June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                      159

```
 1  BY MR. HOLKINS:
 2       Q    I've just published what I'm introducing
 3  as Exhibit 171.
 4            For the record this is GA00387001.
 5            The first page of this document identifies
 6  it as an informational guide relating to Autism
 7  Spectrum Disorder Services and Supports, identified
 8  Breanna Kelly of the Division of Developmental
 9  Disabilities at DBHDD.  It's dated September 7,
10  2018.
11            Mr. Dowd, do you know Breanna Kelly?
12       A    No.
13       Q    I'd like to give you a second to review
14  the document.  My next question for you will be
15  whether you've seen it before.
16            (Witness reviews exhibit.)
17       A    Okay, I've reviewed it.
18       Q    Thank you.  So I will take control back,
19  at the top of the document.
20            My question is, have you seen this before
21  today?
22       A    No, but many of the slides are just pulled
23  from slides that we've used before.  So I've seen
24  the slides but not this document put together as
25  such.
```



1      Q    Understood.

2           So this was drawn from presentations

3  developed by DCH?

4      A    DCH and DBHDD and DPH in collaboration,

5  yes.

6      Q    So Pages 5 through 9 of the document

7  describe the various roles of DPH, which is the

8  Department of Public Health, DBHDD, and DCH.

9           My question is whether the description of

10 the roles served by each of those entities is

11 accurate today?

12     A    The role for DCH is.

13          Scroll back to the Public Health one.

14          Yes, this is still something that they're

15 still trying to increase early screening and

16 identification.  So, yes, that would be accurate.

17     Q    And for DBHDD on Page 6, is this text

18 accurate?

19     A    It's evolved since then.  So they do have

20 at home crisis services available now.  For ASD

21 children, the crisis home is open.

22     Q    The crisis home is open?  Is that what you

23 said?

24     A    Yes.

25     Q    Can you describe what that is?



1     A    It's a home for children with ASD in
2  crisis for stabilization.
3     Q    Could you describe a bit the kinds of
4  services that are provided in that setting?
5     A    You have ASD therapy.  It's an inpatient
6  facility.  So it could be a comprehensive array of
7  services.
8     Q    Do you know how many beds there are in
9  this in-home facility?
10     A    No.  I don't know if it's 10 or not.
11     Q    Where is this located in Georgia?
12     A    Gwinnett.
13     Q    Do you have an understanding of what the
14  average length of stay is at this facility?
15     A    I do not.
16     Q    Is there anyone in DCH who has a
17  coordination role with respect to this crisis
18  facility, in-home crisis facility?
19     A    Well, this is a DBHDD monitored service,
20  not a DCH monitored service.
21     Q    I understand.
22     A    Okay.
23     Q    I'm asking whether --
24     A    We would, we would be informed of it as
25  part of our normal CYA meetings, like what's going



1  on with the crisis beds or if there was some crisis

2  bed issue related to COVID or otherwise.  It is a

3  standing agenda point on our CYA meetings, and

4  there's several people at DCH who attend those

5  meetings.

6           The rest of this is correct.  I don't

7  think any of it has changed.

8      Q    And that's specifically Pages 5 through 9

9  of this PowerPoint?

10     A    Correct.

11     Q    Okay.  Are you aware of an updated version

12 of a similar presentation developed by DCH?

13     A    I'm not.

14     Q    I want to go back, actually, and ask you

15 -- this is still Exhibit 171.  Bear with me.

16          Page 14 describes, from what I understand,

17 a method for finding an enrolled provider of Autism

18 Spectrum Disorder Services through the GAMMIS

19 system.  Is that accurate?

20     A    Correct.

21     Q    Is this still a feature available through

22 GAMMIS?

23     A    Yes.

24     Q    Is this the only way to identify enrolled

25 providers of Autism Spectrum Disorder Services?



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                    163

1      A    The CMOs may have their own search

2    criteria.  I don't know that.  But for fee for

3    service, yes.

4      Q    Who maintains this list of enrolled

5    providers on GAMMIS?

6      A    Gainwell Technologies.

7      Q    Is that a contractor?

8      A    Yes.

9      Q    Contractor of DCH?

10     A    Yes.

11     Q    And is their contract specifically to

12   maintain the GAMMIS system?

13     A    Yes.

14     Q    Thank you.  You can put this aside.

15         MR. HOLKINS:  So I have another line of

16     questioning.  I think it will be 20 minutes at

17     most and then we can take a break?

18         Is that all right or would you guys like

19     to take a break now?

20         THE WITNESS:  I'm fine.

21         MR. PICO PRATS:  Fine.

22   BY MR. HOLKINS:

23     Q    Mr. Dowd, when did you first become aware

24   of GNETS?

25     A    I don't know the specific date, but it was



BRIAN D. DOWD                                                      June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                          164

1  with the recent lawsuit, when you all re-engaged the

2  recent lawsuit.

3       Q    And how did you become aware of GNETS once

4  this litigation commenced?

5       A    There was a meeting within DCH to discuss

6  that we were a part of this lawsuit.

7       Q    What information was shared regarding how

8  DCH was a part of this lawsuit?

9       A    It was just basics of what GNETS was and

10 there were some questions around a request for data.

11      Q    Was there any other information shared

12 with respect to DCH's involvement in this

13 litigation?

14      A    Not that I remember, no.

15      Q    Do you currently have any duties with

16 respect to GNETS?

17      A    No.

18      Q    Have you ever had any duties with respect

19 to GNETS as an employee of DCH?

20      A    No.

21      Q    Have you ever had any duties with respect

22 to GNETS as an employee of DBHDD?

23      A    No.

24      Q    Have you ever had any duties with respect

25 to GNETS as an employee of DCFS?



1      A    No.  DFCS, but no.

2      Q    Thank you.

3      A    As a former DFCS worker, I can't allow you

4  to switch those.

5      Q    I appreciate that.  I want the record to

6  be clear.

7           I'll just reask.

8           Did you have any duties as an employee of

9  DFCS with respect to GNETS?

10     A    No.

11     Q    Do you ever discuss GNETS as part of your

12  CYA meetings?

13     A    No.

14     Q    Are you familiar with Nakeba Rahming?

15     A    No.

16     Q    Have you ever heard the name Debbie Gay?

17     A    No.

18     Q    Do you know Vickie Cleveland?

19     A    No.

20     Q    Do you know Zelphine Smith-Dixon?

21     A    No.

22     Q    Do you know Clara Keith?

23     A    No.

24     Q    Have you ever visited the GNETS program?

25     A    No.



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              166

1       Q    Have you ever corresponded with directors

2   of any individual GNETS program?

3       A    Not that I'm aware of.

4       Q    Does anyone in your office, to the best of

5   your knowledge, provide training or technical

6   assistance to GNETS staff?

7       A    Not that I'm aware of, no.

8       Q    Does anyone on your staff or at DCH

9   broadly do on-sight monitoring or observation of

10  GNETS facilities?

11      A    Not that I'm aware of.

12      Q    Have you ever received data or documents

13  showing referrals to and enrollment in GNETS,

14  including by school district or region?

15      A    No.

16      Q    Have you ever received data or documents

17  showing length of placement in GNETS by program or

18  facility?

19      A    No.

20      Q    Have you ever seen or received data or

21  documents showing availability of behavioral health

22  services through GNETS?

23      A    No.

24      Q    Have you ever seen data or documents

25  showing utilization of behavioral health services by



1  students in GNETS?

2      A    No.

3      Q    Have you ever seen data or documents

4  regarding staffing at GNETS?

5      A    No.

6      Q    Do you know whether GNETS facilities can

7  enroll as Medicaid providers?

8      A    I do not.

9      Q    What roll, to your knowledge, does DCH

10 play in monitoring coordination between community

11 service providers and GNETS facilities?

12     A    I don't overall.

13     Q    Do you know whether DCH monitors whether

14 children being considered for enrollment in GNETS

15 are referred to community services?

16     A    Can you say that one more time?  That was

17 a lot.

18     Q    I can.  Do you know whether DCH monitors

19 whether children being considered for enrollment in

20 GNETS are referred for community-based services?

21     A    We don't out of my unit, and I'm not aware

22 of it.

23     Q    In any other unit?

24     A    In any other unit, no.

25     Q    To your knowledge, has DCH conducted any



1  analysis of behavioral health service gaps that may

2  have contributed to unnecessary GNETS enrollments?

3      A    I'm not aware of any study or analysis of

4  that.

5           MR. HOLKINS:  Let's actually take just a

6      quick break if that will be all right.

7           I think 10 minutes would do the trick.

8      Just one more line.

9           THE VIDEOGRAPHER:  Off record at 2:09.

10          (A recess was taken.)

11          THE VIDEOGRAPHER:  Back on record at 2:17.

12 BY MR. HOLKINS:

13     Q    Mr. Dowd, I was just asking you about your

14 duties with respect to the GNETS program.

15          Finishing up that line, are you aware of

16 any staff at DCH currently who have duties or

17 responsibilities with respect to the GNETS program?

18     A    I am not aware of any staff that has

19 duties, including me or -- just I'm not aware of any

20 staff.

21     Q    I want to shift gears and ask you a few

22 more questions about the Apex program, which we

23 briefly discussed before the break.

24     A    Okay.

25     Q    Based on the presentation that I believe



1  you described receiving from Wendy Tiegreen, what is

2  your understanding of what the Apex program is?

3       A    I honestly don't remember anything about

4  it.  I remember I pulled up an email in relation to

5  this lawsuit when I heard I was being deposed and

6  was like, oh, Wendy did brief me on this, here's the

7  presentation, and there was a correspondence between

8  me and Catherine saying, I just had a long

9  presentation about this or something.

10           But I haven't revisited it.  So I have no

11  memories of what it was.

12       Q    So to the best of your understanding, what

13  is DCH's role with respect to the Apex program?

14       A    I don't -- I honestly don't know.  I don't

15  have any role myself with it, that I'm -- I don't

16  have any role with it.

17       Q    Understood.

18           I believe you indicated that Jamie Cremer

19  would be the person at DCH in the best position to

20  have information relating to Apex?

21       A    She's over the community behavioral health

22  program, so she is our lead in all things that's

23  behavioral health related.

24       Q    Do you know if DCH had any role in shaping

25  the program goals for the Apex program?



BRIAN D. DOWD                                       June 23, 2022
UNITED STATES vs STATE OF GEORGIA                         170

```
 1      A    I do not.
 2      Q    Do you know if DCH has had any role in
 3 shaping outcome measures for Apex?
 4      A    I do not.
 5      Q    To your knowledge, has DCH had any role in
 6 shaping data collection efforts in connection with
 7 Apex?
 8      A    I don't know.
 9      Q    To your knowledge, has DCH had any role in
10 assessing regional disparities in access to
11 school-based behavioral health services under Apex?
12      A    Not that I'm aware of, no.
13      Q    To the best of your knowledge, has DCH
14 played any role in assessing the cost of sustaining
15 the Apex program?
16      A    Not that I'm aware of.
17      Q    Has DCH, to your knowledge, had any role
18 in assessing the cost of expanding the Apex program?
19      A    Not that I'm aware of.
20      Q    The presentation that you described being
21 given by Wendy Tiegreen relating to the Apex
22 program, was that presentation presented in writing?
23      A    It was a PowerPoint.
24      Q    So there was a document for the
25 presentation?
```



BRIAN D. DOWD                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                            171

1      A    Yes.

2      Q    And you have that document in your email;

3  is that correct?

4      A    Yes.

5      Q    And you reviewed it in preparation for

6  this deposition?

7      A    No.  I saw it was an attachment to an

8  email.

9      Q    Understood.

10     A    Yeah.

11     Q    You saw that it was an attachment but you

12  didn't review the actual slides?

13     A    I didn't open it and go through it, no.

14     Q    To your knowledge, has DCH -- excuse me --

15  has DCH conducted any analysis of service

16  utilization data specific to the Apex program?

17     A    Not that I'm aware of.

18     Q    I'd like to show you another document.

19  Give me one second.

20          (WHEREUPON, Defendant's Exhibit-172 was

21     marked for identification.)

22  BY MR. HOLKINS:

23     Q    Mr. Dowd, I've just published what I'm

24  introducing as Exhibit 172.

25          For the record, this is GA00756593.



1          This is an email dated October 22, 2018,

2    from Shardae Bunche to Dante McKay.  The subject:

3    Apex Provider.

4          Mr. Dowd, I'd like to give you a chance to

5    review the document and let me know when you've

6    finished.

7          (Witness reviews exhibit.)

8    A    I've read it.

9    Q    So this document was not addressed -- this

10   email was not addressed to you.  It was addressed to

11   Dante McKay and a number of other employees of

12   DBHDD, specifically John Quesenberry and Wendy

13   Tiegreen.

14         First off, let me ask, are you familiar

15   with the individual named Shardae Bunche who sent

16   this email?

17   A    Yes.

18   Q    Am I pronouncing her name correctly?

19   A    I believe so, yes.

20   Q    I just wanted to make sure.

21   A    I know it's Shardae.

22   Q    Shardae?

23   A    Yeah.

24   Q    And what is your -- what is the extent of

25   your communication with Shardae Bunche?



BRIAN D. DOWD                                            June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              173

1      A    She used to be -- I don't remember her --
2  yes, I do.  She used to work for Wendy.  So she --
3  she was the Medicaid and Health Systems manager.  So
4  she was Wendy's kind of employee in the Medicaid
5  liaison coordination role.
6      Q    To the best of your knowledge, is Ms.
7  Bunche still employed or working for Wendy Tiegreen
8  at DBHDD?
9      A    She is not.
10     Q    Do you know who is currently in the role
11 previously occupied by Ms. Bunche at DBHDD?
12     A    I do not.
13     Q    Ms. Bunche's email dated October 22nd,
14 2018 indicates that:  "We met with DCH today to
15 discuss the APEX data, and the group decided to take
16 a sample of kids from one provider to research and
17 determine if there is a better way to pull this
18 information."
19          Do you see that text?
20     A    Yes.
21     Q    Do you have any knowledge with respect to
22 this sample review of kids receiving Apex services?
23     A    No.
24     Q    Do you know who from DCH participated in
25 this discussion?



BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                       174

1      A    I do not.

2      Q    Who would you pose that question to at

3  DCH?

4      A    Our DSS team.

5      Q    Can you remind be what DSS stands for?

6      A    Decision Support Solutions, Daphne's

7  section.  If we were trying to pull data on a

8  specific sample of kids or specific provider, then

9  Jamie Cremer would be the policy person.

10     Q    Why would that inquiry go to Decision

11 Support Solutions as opposed to Healthcare

12 Analytics?

13     A    I think they're in the same section.

14     Q    Okay.  Thank you.

15     A    Yeah.  They're the same group, really.

16     Q    Okay.

17     A    And I'm probably using an old name, to be

18 honest with you.  I'm probably using the name from

19 10 years ago.  They probably rebranded themselves at

20 some point.

21     Q    Okay.  We can put this aside.

22          I'd like to show you another document.

23 Give me one second.

24          MR. HOLKINS:  I've just published what I'm

25      introducing as Exhibit 173.



 1          (WHEREUPON, Plaintiff's Exhibit-173 was

 2      marked for identification.)

 3  BY MR. HOLKINS:

 4      Q    For the record, this is GA04276792.  It's

 5  an email from Wendy Tiegreen to Melissa Sperbeck,

 6  dated September 11, 2019.

 7          Mr. Dowd, you are not a recipient of this

 8  email.  I would like to give you a chance to review

 9  it before I ask you some questions.  Please let me

10  know when you're finished.

11      A    Okay.

12          (Witness reviews exhibit.)

13      A    I've reviewed it.

14      Q    The subject of the email is "Apex

15  Briefing."  Correct?

16      A    Correct.

17      Q    Ms. Tiegreen writes in the second sentence

18  of her email:  "While we feel like the CMOs and the

19  COE are quite engaged, it is difficult to know the

20  emerging roles of the DCH participants and

21  therefore, their interest level."

22          How would you describe the interest level

23  of DCH in the Apex program?

24          MR. PICO PRATS:  Object to form as far as

25      he stated what role DCH has with Apex, which I



1      believe he said was none.

2  BY MR. HOLKINS:

3      Q    Is that your testimony, that DCH has no

4  role with respect to the Apex program?

5      A    I can't speak to DCH as the whole.  I can

6  say it's not within my unit.

7           I don't know -- I'm not sure what your

8  question is around interest level.

9      Q    I'm asking you to respond to this

10  statement by Ms. Tiegreen about the difficulty

11  engaging DCH's interest level in Apex?

12     A    You're missing part of the sentence,

13  right.  You just skipped over the part where she

14  says, "to know the emerging roles of DCH

15  participants," and this was during a time when there

16  was shift and reorganization in the agency.

17           So I believe what she is saying is, given

18  who does what in agency, it's hard to know who we

19  should engage as far as their interest level.

20           That's my interpretation of that sentence.

21     Q    Understood.

22           Now that we are several years past the

23  organization of DCH -- is that accurate?

24     A    That is correct.

25     Q    -- would you say you have clarity now as



1  to the roles of DCH with respect to the Apex

2  program?

3      A    I have clarity with my role to what the

4  Apex program is, and I don't have involvement in it.

5      Q    And do you have any clarity as to DCH's

6  role as a whole with respect to the Apex program?

7      A    I, I can only -- I mean I don't know what

8  DCH as a whole's role is.  I know from my unit.

9          I don't know -- I don't have any knowledge

10 personally of another unit's role, and it would be

11 unfair for me to speak to that.

12     Q    I just want to clarify for the record, the

13 last line of the first paragraph of this email sent

14 by Ms. Tiegreen -- and I'll read the whole thing to

15 make sure it's clear.

16          "As part of that conversation, Dante was

17 reminded at the Carter Center's recent periodic

18 convening on School-Based mental health services,"

19 in parentheses, "which Commissioner generally

20 attends and in her absence Dante was there," end

21 parentheses.  "Blake and Dante had a side dialogue

22 in which Blake confessed to not knowing much about

23 the Apex initiative and therefore, Dante offered

24 time in the future to brief him."

25          My question to you is just, you understand



BRIAN D. DOWD                                        June 23, 2022
UNITED STATES vs STATE OF GEORGIA                        178

1   Blake to be a reference to the, I believe, deputy

2   commissioner --

3        A    Correct.

4        Q    -- at DCH at the time?

5        A    Yes, correct.

6        Q    And what is -- what is his full name for

7   the record?

8        A    Fulenwider.

9        Q    Okay.  We can put this aside.

10            Mr. Dowd, what is your role, if any, with

11   respect to strategic planning at DCH?

12       A    I'm a subject matter expert in policy.

13       Q    And as a subject matter in policy, what

14   are your contributions to the strategic plan for DCH

15   in that arena?

16       A    People would ask me specific policy

17   questions and I would answer those specific policy

18   questions.

19       Q    Are you aware of whether DCH has a formal

20   strategic plan for a set period of time describing

21   goals and initiatives?

22       A    I am not aware of that.

23       Q    Okay.  I'd like to show you another

24   document.  Give me a second.

25            (WHEREUPON, Defendant's Exhibit-174 was



1      marked for identification.)

2   BY MR. HOLKINS:

3      Q    Mr. Dowd, I've just published for your

4   review Part I of Exhibit 174.

5             For the record, this is GA00460601.

6             It's an email from Sandra Middlebrooks to

7   Catherine Ivy, dated January 8, 2020.  It includes

8   several attachments.  I will be showing you one of

9   the attachments.

10            We've already established Sandra

11  Middlebrooks' position.

12            I'd like to, unless you would like to

13  review this document, show you the attachment.

14            Would that be all right?

15     A    Yes.

16     Q    This is Part 2 of Exhibit 174.  It's

17  identified as GA00460605.  The cover page reads:

18  Georgia Department of Community Health, Strategic

19  Plan for Fiscal Years 2020-2023."

20            Mr. Dowd, have you ever seen this document

21  before?

22     A    Not that I remember.

23     Q    Do you know whether there are previous

24  versions of DCH's strategic plan?

25     A    Sorry.  I do not.



1      Q    To your recollection, have you ever made
2   contributions to the DCH strategic plan?

3      A    Again, it's very likely that I was asked
4   questions but not in reference to, Brian, we want
5   you to contribute to the strategic plan, it's
6   strategic plan time.

7           That doesn't happen in my reality.  It
8   just 300 to 500 questions a day about things.

9      Q    Right.  Just to make it clear for the
10   record, you weren't asked to contribute drafting in
11   connection with the strategic plan at DCH ever?

12      A    Correct.

13      Q    Do you know who at DCH does have
14   responsibility for drafting DCH's strategic plans?

15      A    I do not.

16      Q    Does it surprise you that DCH has a
17   strategic plan?

18      A    No.

19      Q    Why not?

20      A    I mean because we do have goals and things
21   we're working on.  I would expect our leadership to
22   have a strategic plan that then people under them
23   are directed by, like myself.

24      Q    Does it surprise you that you've never
25   reviewed the strategic plan for the current fiscal



1  years?

2      A    No.

3      Q    Why not?

4      A    I'm sure I've reviewed parts of it, just

5  not in the context of strategic plan.

6      Q    You -- just to make sure I understand your

7  testimony, you believe that you may have reviewed

8  specific pieces of the strategic plan but not the

9  strategic plan as a whole?

10     A    Correct.  Like from what I saw on the

11 second page, where it has an outline, there was our

12 mission statement.  I know what our mission

13 statement is broadly because I have to say it at the

14 start of every presentation.

15         So those different pieces I'm sure that

16 I'm aware of.

17         As far as sitting down with this is our

18 strategic plan, no.

19     Q    Sitting here today, do you know what the

20 strategic goals for Georgia are identified in the

21 strategic plan?

22     A    No, I wouldn't be able to list them out

23 for you for what's in this plan.  No.

24     Q    Do you know what the results of the DCH

25 environmental scan were as produced in this report?



BRIAN D. DOWD                                            June 23, 2022
UNITED STATES vs STATE OF GEORGIA                              182

1      A    No.

2      Q    I have just one more document to show you.

3  Give me one second and I'll pull it up.

4           MR. HOLKINS:  I'm actually going to need

5      to take a five-minute break to track this

6      document down.

7           I apologize.  We can go off the record,

8      please.

9           THE VIDEOGRAPHER:  Off the record at 2:38.

10          (A recess was taken.)

11          THE VIDEOGRAPHER:  Back on record at 2:40.

12          (WHEREUPON, Plaintiff's Exhibit-175 was

13     marked for identification.)

14  BY MR. HOLKINS:

15     Q    So I'd like to now show you Exhibit 175.

16          For the record, this is a document

17  produced by the State of Georgia, United States in

18  this matter.  The Bates number is GA00384390.

19          The title of the document identifies it as

20  meeting agenda and minutes for a meeting of the

21  Children, Young Adults and Families/DCH

22  Collaborative Meeting, dated January 14, 2019.

23          Mr. Dowd, I believe that this document

24  indicates -- first, let me ask, do you recall

25  participating in this meeting?



1          And you're welcome to take a look at the

2    document if you like.

3      A    I don't, but I usually attend this

4    meeting.  It's from 2019, but I usually -- this is

5    one I usually attend.

6          So it would be very common for me to be in

7    this meeting.

8      Q    Under Attendees, it indicates Brian Dowd

9    via phone, correct?

10     A    Correct.  But is this the agenda or the

11   summary of it?

12         Because it will always have my name there

13   and it will be checked when I attend.

14     Q    Understood.  So it's possible this could

15   have been an agenda --

16     A    Right.

17     Q    -- circulated prior to the meeting?

18     A    Correct.

19     Q    Okay.  But you to regularly attend these

20   CYF meetings, correct?

21     A    Yes.  If I am in office, I attend these

22   meetings.  Or even not in office.  If I'm -- if it's

23   blocked out on my calendar, yes.

24     Q    I want to direct you to something specific

25   in this document.



1              On Page 3 of Exhibit 175, in the row

2    identified as ACER -- first off, what is ACER, to

3    your understanding?

4        A    I don't attend ACER.  It's a, it's a

5    collaborative meeting.  It's another child specific

6    collaborative meeting.

7        Q    An interagency meeting?

8        A    Correct.

9        Q    Which you do not participate in?

10       A    Correct.

11       Q    Do you know who from DCH participates in

12   the ACER collaborative meeting?

13       A    In 2019, it would have been Catherine Ivy.

14       Q    Do you know who participates in them now

15   with Catherine Ivy's departure?

16       A    It will be Jamie Cremer.

17       Q    Do you know what this reference is in the

18   ACER column to CMO ED Project, School-Based Mental

19   Health Services Data -- or CMO data?  Excuse me.

20            Do you know what that reference is?

21       A    No.  That's two things I don't do.

22       Q    And what are the two?

23       A    ACER and CMO.

24       Q    So you would expect -- let me ask, who

25   would you expect to have knowledge within DCH with



1  respect to CMO data related to school-based mental

2  health services?

3      A    The CMO unit.

4      Q    Led previously by Catherine Ivy?

5      A    Yes.

6      Q    And would you ask questions about that

7  specifically to Jamie Cremer now?

8      A    No.  I would ask that to the CMO unit.  So

9  Sandra Middlebrooks' old unit, which is now Marvis

10 Butler.  Marvis Butler would have been in these

11 meetings, too, also from the CMO unit.

12     Q    Do you know Marvis Butler's title?

13     A    No idea.  She's part of the CMO unit,

14 though.

15     Q    Are you aware of any coordination between

16 DCH and the Georgia Department of Education with

17 respect to CMO data?

18     A    No.

19     Q    Mr. Dowd, what did you do to prepare for

20 this deposition?

21     A    Nothing, really.  I had a meeting with the

22 lawyers about general deposition principles.

23     Q    And without revealing what was discussed

24 with your attorneys, with whom did you meet

25 specifically?



1      A      Paul and Javier.

2      Q      Did you discuss --

3      A      There wasn't anybody else there, was

4   there?  Just them.  No.

5      Q      You can ask them but -- did you meet with

6   anyone else aside from your attorneys to discuss

7   your anticipated testimony in this deposition?

8      A      No.

9      Q      Did you discuss your anticipated testimony

10  with Lynnette Rhodes?

11     A      No.  Other than to say I'll be in a depo

12  on Thursday.  And I may or may not have said it was

13  on GNETS.  I'm not sure if I even said that.  I said

14  don't try and get me on that day, I'll be in a

15  deposition all day.

16     Q      To confirm, you did not review any

17  documents in preparation for this deposition either?

18     A      No.  I did one search, like I previously

19  said, of emails to just be like do I remember

20  anything about Apex or GNETS, and that Apex email

21  came up with the attachment.

22     Q      And what happened when you searched for

23  GNETS?

24     A      Nothing.  Other than recent conversation

25  related to this deposition.



```
1        Q    And was that conversation with anyone

2    other than your attorneys?

3        A    No.

4             MR. HOLKINS:  So I'd like to take just a

5        moment to confer with co-counsel, a couple

6        minute break.  We'll pop into the other room

7        and we can finish.

8             THE VIDEOGRAPHER:  Off record at 2:46.

9             (A recess was taken.)

10            THE VIDEOGRAPHER:  Back on record at 2:51.

11            MR. HOLKINS:  Mr. Dowd, we do not have any

12       further questions for you at this time.  Thank

13       you very much for your time and information you

14       provided.

15            Your counsel may have questions.

16            MR. PICO PRATS:  I do not.

17            MR. HOLKINS:  We're done.  Thank you.

18            THE VIDEOGRAPHER:  Off record at 2:51.

19            (Whereupon, the deposition concluded at

20       2:51 p.m.)

21

22

23

24

25
```



```
 1                    C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   FULTON COUNTY:

 5

 6           I hereby certify that the foregoing

 7   transcript of BRIAN D. DOWD was taken down, as

 8   stated in the caption, and the questions and answers

 9   thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   187 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 20th day of July, 2022.

22

23   _____

24           Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023
25
```



1                    D I S C L O S U R E

2     STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
      FULTON COUNTY     ) BRIAN D. DOWD - 6/23/22
3                    Pursuant to Article 10.B of the Rules and

4     Regulations of the Board of Court Reporting

5     of the Judicial Council of Georgia, I make the

6     following disclosure:

7                    I am a Georgia certified court reporter.

8     I am here as a representative of Esquire Deposition

9     Solutions, LLC, and Esquire Deposition Solutions,

10    LLC was contacted by the offices of U.S. Attorney's

11    Office to provide court reporter services for this

12    deposition.  Esquire Deposition Solutions, LLC will

13    not be taking this deposition under any contract

14    that is prohibited by O.C.G.A. 9-11-28 (c).

15                    Esquire Deposition Solutions, LLC has no

16    contract/agreement to provide court reporter

17    services with any party to the case, or any counsel

18    in the case, or any reporter or reporting agency

19    from whom a referral might have been made to cover

20    this deposition.

21                    Esquire Deposition Solutions, LLC will

22    charge the usual and customary rates to all parties

23    in the case, and a financial discount will not be

24    given to any party to this litigation.

25



1                    ERRATA SHEET FOR THE TRANSCRIPT OF:

2     Deponent Name:  BRIAN D. DOWD

3     Case Caption:   United States of America vs. State
                      of Georgia
4

5     Case No. :  1:16-cv-03088-ELR

6          I do hereby certify that I have read all
      questions propounded to me and all answers given by
7     me on the 23rd day of June 2022, taken before Wanda
      L. Robinson, and that:
8

9     _____1) There are no changes noted.

10    _____2) The following changes are noted:

11         Pursuant to state rules of Civil Procedure
      and/or the Official Code of Georgia Annotated
12    9-11-30(e), both of which read in part:  Any changes
      in form or substance which you desire to make shall
13    be entered upon the deposition with a statement of
      the reason given for making them.
14         Accordingly, to assist you in effecting
      corrections, please use the form below:
15

16    CORRECTIONS:

17    _____

18    Page      Line          Change          Reason For Change

19    _____

20    _____

21    _____

22    _____

23    _____

24

25



BRIAN D. DOWD                                                          June 23, 2022
UNITED STATES vs STATE OF GEORGIA                                             191

1                    CERTIFICATE  OF DEPONENT

2

3      I hereby certify that I have read and examined

4   the foregoing transcript, and the same is a true and

5   accurate record of the testimony given by me.  Any

6   additions or corrections that I feel are necessary,

7   I will attach on a separate sheet of paper to the

8   original transcript.

9

10                    _____

11                         Signature of Deponent

12

13      I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                    _____

21                            NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25



BRIAN D. DOWD
UNITED STATES vs STATE OF GEORGIA

June 23, 2022
Index: $25..163

## Exhibits

8226711 Bri
an.D.
 Dowd PREVI
OUSLY MARKE
D.EXHIBIT8
    5:24 91:4
    102:15,16
    133:18
    136:21

8226711 Bri
an.D. Dowd.
EXHIBIT156
    3:16 8:22

8226711 Bri
an.D. Dowd.
EXHIBIT157
    3:17
    35:16,20
    36:23

8226711 Bri
an.D. Dowd.
EXHIBIT158
    3:19
    53:25
    54:5

8226711 Bri
an.D. Dowd.
EXHIBIT159
    3:21
    66:3,4,
    21,22

8226711 Bri
an.D. Dowd.
EXHIBIT160
    3:23
    72:12,14
    93:15

8226711 Bri
an.D. Dowd.
EXHIBIT161
    4:4 96:12

8226711 Bri
an.D. Dowd.
EXHIBIT162
    4:6 98:3,
    4

8226711 Bri
an.D. Dowd.
EXHIBIT163
    4:8
    100:20
    101:2

8226711 Bri
an.D. Dowd.
EXHIBIT164
    4:11
    106:2,5

8226711 Bri
an.D. Dowd.
EXHIBIT165
    4:13
    108:10,13

8226711 Bri
an.D. Dowd.
EXHIBIT166
    4:16
    110:23,24

8226711 Bri
an.D. Dowd.
EXHIBIT167
    4:19
    122:6,7

8226711 Bri
an.D. Dowd.
EXHIBIT168
    4:22
    127:5

8226711 Bri
an.D. Dowd.
EXHIBIT169
    5:3
    140:5,8
    142:5
    143:15

8226711 Bri
an.D. Dowd.
EXHIBIT170
    5:5
    145:20,21
    146:20,21
    147:19

8226711 Bri
an.D. Dowd.
EXHIBIT171
    5:8
    158:24
    159:3
    162:15

8226711 Bri
an.D. Dowd.
EXHIBIT172
    5:10
    171:20,24

8226711 Bri
an.D. Dowd.
EXHIBIT173
    5:12
    174:25
    175:1

8226711 Bri
an.D. Dowd.
EXHIBIT174
    5:15
    178:25
    179:4,16

8226711 Bri
an.D. Dowd.
EXHIBIT175
    5:17
    182:12,15
    184:1

## $

$25
    133:10

## 0

000005
    72:17

00396806
    108:15

036
    143:14

## 1

1
    54:21
    96:19
    97:3
    106:10,23
    108:20
    109:4
    111:7,19,
    20 122:13

10
    11:19
    27:24
    57:19
    70:4
    86:24
    126:8
    131:11
    161:10
    168:7
    174:19

101
    67:18

101's
    68:11

10:30
    72:6

10:47
    72:9

11
    175:6

1115
    39:14,18,
    24 40:6,
    15

12
    91:7
    123:1

12:01
    125:22

12:15
    72:5

13
    91:22
    146:4

14
    162:16
    182:22

15
    29:19
    71:23

157
    35:16
    36:23

158
    54:5
    57:16,17

159
    65:25
    66:3,22

16
    45:22

160
    72:12
    93:15

161
    96:10

162
    98:3

163
    100:20



BRIAN D. DOWD
UNITED STATES vs STATE OF GEORGIA

**164**
106:5

**165**
108:6,13

**166**
110:23

**167**
122:6

**168**
127:4

**169**
140:4,8
142:5
143:15

**17**
91:9,16,
22,25
92:4
102:17
136:23,24

**170**
145:20
146:21
147:19

**171**
159:3
162:15

**172**
171:24

**173**
174:25

**174**
179:4,16

**175**
182:15
184:1

**191(c)**
13:18

**1915**
38:4

**1915(c)**
20:16
38:4,7,9,
19,20,22
68:6
90:12,22

**1:00**
125:25

**1:18**
139:7

**1:22**
139:10

**1st**
97:4
111:23
112:24

---
**2**

**2**
36:23
54:21
91:8,17
142:5
146:20
179:16

**20**
23:18
163:16

**200**
45:22

**2017**
36:7
98:8,22
99:20

**2018**
17:25
18:11
37:19
62:18
112:24
113:10

**114:14**
140:17
143:11
144:6
146:4
150:24
159:10
172:1
173:14

**2019**
10:8 66:8
175:6
182:22
183:4
184:13

**2020**
10:9
51:21
54:8
72:22
73:6
100:23
101:17
104:5
108:20
109:4
111:7,19,
20,23
122:14
179:7

**2020-2023**
179:19

**2021**
91:7

**2022**
6:5 48:13
96:19
97:3
106:10,23

**21**
13:22
63:25
98:22
154:17

**22**
99:20
172:1

**22nd**
101:17
173:13

**23rd**
6:5

**24**
12:17
23:19
54:8

**26**
66:8

**27**
48:13

**2:09**
168:9

**2:17**
168:11

**2:38**
182:9

**2:40**
182:11

**2:46**
187:8

**2:51**
187:10,
18,20

---
**3**

**3**
91:8,17
184:1

**30**
89:19

**300**
47:20
180:8

**372**
38:10

---
**4**

**400**
69:10

**440**
63:6

---
**5**

**5**
140:17
148:21
160:6
162:8

**50**
80:23

**500**
37:16
52:3
180:8

---
**6**

**6**
36:7 67:7
148:3
160:17

**64**
13:22

---
**7**

**7**
159:9

---
**8**

**8**



91:4
102:16
133:18
136:21
179:7

**8/10/18**
146:17

---

**9**

**9**
160:6
162:8

**9-12/19**
66:12

**9/8/2017**
99:24

**90**
7:10
43:1,14

**90-day**
43:14,16

**99.96**
86:4

**9:03**
6:6

---

**A**

**ABA**
115:5
116:19,22
117:4,19
118:6,25
119:6,11,
13 120:20

**ability**
11:12
52:22,24
81:14
132:24

135:20

**absence**
177:20

**absolutely**
47:12,23
59:6
70:18
81:7 90:6

**abuse**
86:10

**access**
37:3 39:1
53:5,7
126:10
145:14
148:4,10
170:10

**accordance**
103:9
115:22

**accounting**
38:10

**accuracy**
102:3
103:17
104:10

**accurate**
57:10
62:25
71:17
82:7
133:15
144:2
160:11,
16,18
162:19
176:23

**accurately**
11:9

**ACER**
184:2,4,
12,18,23

**achieve**
40:6

**acronyms**
14:2

**act**
63:10
81:9,14
102:19,
20,21
136:5

**action**
21:9
28:25
29:2,3
52:19

**activities**
40:8
41:22

**acts**
25:18

**actual**
37:25
68:8
144:3
171:12

**ad**
70:14

**ADA**
113:14

**add**
35:3

**added**
45:8

**Addictive**
142:8

**addition**
63:13,20

**additional**
43:3,9
124:4
148:14

**additions**
148:7,24
149:6,22

**address**
28:25

**addressed**
172:9,10

**addressing**
136:16

**adequacy**
138:19,24
139:1,18
144:4
145:8
149:21

**adjacent**
20:22

**adjust**
115:13

**adjustments**
51:17

**administer**
60:24
61:2 62:2
80:11
82:13
131:22

**administered**
52:17
63:14
82:20,25
97:12
129:12,15
132:17

**administering**
96:3
129:6
133:22
136:2

**administers**
65:5
133:16

**administration**
81:8 84:3
88:18,19
89:16

**administrative**
18:19
57:24
58:1

**admitted**
154:11,
15,20

**adolescent**
51:4
142:7

**adopted**
42:23

**adoption**
42:22
48:8

**adult**
21:24,25
142:7

**adults**
15:15
35:6
40:14
182:21

**advise**
38:8

**advocacy**
59:14
60:3
140:25
141:2,3
142:21

**advocate**
113:13



advocates
  113:2,11
  144:8

affecting
  110:4

affiliated
  54:19
  79:20

Affirmative
  71:13
  73:11
  83:13
  102:23
  125:9

aged
  26:10,13,
  14 79:23
  80:18

agencies
  47:1
  50:23
  53:20
  57:6
  60:13
  61:8,13

agency
  21:20
  63:17,18
  74:14,15
  76:6 83:6
  99:12
  148:3
  176:16,18

agency's
  148:22

agenda
  162:3
  182:20
  183:10,15

aggressive
  45:21

ahead

  66:17

aid
  45:18
  59:19
  60:2
  65:18

air
  49:12

Alison
  8:8,10

Alliant
  82:4,6,10
  83:19
  86:22

allowed
  116:5
  123:22

alongside
  15:6

alternatives
  16:10
  122:12,23
  123:11
  124:25

ambulance
  49:12

ameliorate
  115:9

amendment
  34:20
  35:9
  36:11
  37:8
  41:9,24
  42:3,9
  43:1,2,21
  44:20
  45:9 46:2
  47:5,10
  48:4,5
  61:9

amendments
  33:12,15,
  16,23
  34:11,25
  38:9
  126:7,20,
  24

America
  6:3

Amerigroup
  131:2,3

analyses
  145:4

analysis
  116:7
  138:8,11,
  17 145:13
  152:24
  153:14,25
  154:10,
  19,22
  157:13
  168:1,3
  171:15

analytics
  75:14
  77:24
  78:18
  79:2
  87:3,15
  105:14,18
  115:6
  132:8
  154:24
  174:12

and/or
  13:23
  135:9

Angela
  98:20

Anna
  113:12

annual
  154:20

annually
  21:12,13

answering
  24:20
  90:4

Anthropology
  17:7

anticipated
  186:7,9

anyplace
  103:6

Apex
  157:18,
  19,23
  158:5,9,
  12,15
  168:22
  169:2,13,
  20,25
  170:3,7,
  11,15,18,
  21 171:16
  172:3
  173:15,22
  175:14,
  23,25
  176:4,11
  177:1,4,
  6,23
  186:20

apologize
  74:25
  82:16
  94:7
  152:17
  182:7

Apparently
  130:9

appeal
  135:19

appearing
  11:21

appears
  54:19
  66:7
  72:20
  147:7,10

applicants
  13:15

application
  42:2
  124:23

applications
  40:16

applied
  115:5,21,
  22 123:11

appointed
  44:10

appropriately
  23:6
  115:11,12

approval
  42:9 44:1
  112:16

approve
  43:17,25
  48:3
  112:12

approved
  37:7
  41:12
  43:15

approving
  82:23
  112:13

April
  96:19
  97:3,4



106:10,23

**area**
120:17
139:2,21
141:6
142:25
144:8

**areas**
76:18
119:14,
16,18
156:17

**arena**
155:16
178:15

**array**
161:6

**ASD**
62:17
71:5,11
111:5
115:25
117:7
149:11
150:23
160:20
161:1,5

**Ashleigh**
25:21,22

**asks**
43:4

**aspects**
20:20
21:20
26:20
27:1
31:13

**assess**
92:15
113:23
117:20
137:3

**assessing**
13:1 82:2
84:9 92:9
93:1
170:10,
14,18

**assessment**
63:24
65:14
92:6
115:24
116:2,15
124:11,
16,18,21

**assigned**
89:24
132:1

**assigns**
95:21

**assistance**
17:14,19
18:8
26:25
70:12,16,
20 74:24
79:18,21
88:9,13
166:6

**assistant**
18:19
86:15

**associates**
27:21
29:23
31:4

**association**
46:13
62:8

**associations**
77:5

**assume**
17:22

67:1

**assumed**
18:10

**assuming**
81:24
119:20,22

**Atlanta**
59:18
60:2
65:17
120:2

**attached**
141:19
146:15

**attaches**
66:11

**attachment**
36:21
66:1,18,
24 142:4
145:25
171:7,11
179:13
186:21

**attachments**
35:19
36:21
179:8,9

**attempts**
99:5

**attend**
162:4
183:3,5,
13,19,21
184:4

**attended**
150:14

**attendee**
150:15

**Attendees**
183:8

**attending**
150:18

**attends**
110:9
177:20

**attention**
94:4
148:2,20
149:17

**attorneys**
47:18
185:24
186:6
187:2

**audience**
68:16,19,
22

**audio**
130:10

**audit**
19:19
22:2,15
93:6
146:23
147:9

**auditing**
18:21
19:11,25
20:5 21:5

**auditors**
21:23

**audits**
19:14,15,
16 21:16,
19 22:4
93:8

**August**
98:22
99:19
146:4

**author**
107:12

111:18
112:25

**authorities**
54:23

**authority**
43:20

**authorization**
82:24
84:20
135:5,9,
12 136:10
155:20

**authorizations**
82:12
84:17,19
86:7

**autism**
20:6
45:19
71:11,16
111:4
112:13,22
113:9,12,
19
114:22,25
115:4
116:8
118:9
149:9
158:19
159:6
162:17,25

**automatically**
132:12

**availability**
137:3,8,
16 148:3,
9 166:21

**avenues**



46:14

**average**
161:14

**avoid**
7:25

**aware**
10:17
22:7,9,18
40:25
44:1
46:21,24
47:25
56:24
57:3
61:16
70:2
73:10,19
75:24
80:13
87:12
89:11
90:18
92:8,11,
12,17
93:8
100:5,16
103:6
105:20
109:3
117:18
127:2,20
136:9
138:13
151:5,23
152:24
153:4
154:3
157:15
162:11
163:23
164:3
166:3,7,
11 167:21
168:3,15,
18,19

170:12,
16,19
171:17
178:19,22
181:16
185:15

———————

**B**

———————

**B's**
39:17

**B-R-I-A-N**
7:7

**back**
23:17
27:22,24,
25 28:20
32:2,5
36:5
44:16
62:18,21
71:20
72:8
78:19
86:25
93:14
101:12
103:12
125:13,24
126:2,23
136:6,21
139:9
143:14
147:5,18
159:18
160:13
162:14
168:11
182:11
187:10

**bank**
26:25

**barren**
120:19

**barriers**
141:10
142:8
145:13

**based**
19:24
42:20
51:21
76:24
81:19
107:16
122:11
144:4
145:12
152:21
168:25

**basically**
67:18
147:24

**basics**
59:23
164:9

**basis**
51:6
56:25
57:4,11
58:11
110:6
145:7
154:20

**Bates**
54:6
66:22
146:21
182:18

**Bates-
stamped**
100:22

**bathing**
45:22

**BCBA**
113:14

**bear**
108:1
110:19
162:15

**Beckett**
80:2
81:4,6,7,
24 82:3,
11

**Beckett's**
81:10

**bed**
162:2

**beds**
161:8
162:1

**beginning**
98:18

**behalf**
136:3

**behavior**
45:20,21

**behavioral**
13:3
14:10
15:5
22:5,16
24:1,21
25:5,11
34:3,11,
17,25
36:8,16,
17 37:8
40:24
41:13,18,
20 44:21
45:11,15,
16,17
47:5
49:3,16
61:9,14,
25 63:8,
15,17

64:9 65:7
87:5,8,
10,13
90:16
91:11
92:5,19,
20 95:6
103:2
104:20
106:7,16
113:15
115:5
124:6
131:23
133:17
136:11
137:4,9,
17,24
138:1
140:18
141:5,10
142:8
143:17,
18,19
144:23
145:14
146:16
149:4
151:20
152:4
153:1,6,
9,10,16
166:21,25
168:1
169:21,23
170:11

**behaviors**
115:13

**Behavorial**
107:10

**beneficiaries**
80:10,14,
24 131:25
152:16



benefit
   64:1 75:8

benefited
   118:4

benefits
   31:1 81:6

Berry
   47:15
   73:13,18

BH
   146:9

bi-annually
   21:14

big
   28:21
   83:7

biggest
   117:3

bill
   65:5
   157:4,6
   158:12

billable
   91:11

billed
   157:8,11

billing
   71:1
   121:11,
   15,19

bit
   20:12
   71:10,20
   88:8 91:1
   113:5
   120:18
   161:3

Blake
   74:1,9
   146:3
   147:19,21

177:21,22
178:1

Blanton
   98:21

blind
   26:10,13,
   14 79:23
   80:18

blocked
   183:23

board
   42:6,12,
   13,21,23
   43:20,24
   44:4,7,
   10,14,16,
   17,18
   45:2 48:2
   60:17,22
   116:19
   126:25

Boards
   15:22
   62:5,15
   65:2
   70:12
   94:25
   118:16,19
   119:1
   120:25

body
   113:14
   140:21

bottom
   101:13

bought
   131:20

brain
   13:23

break
   7:11,15,
   17 57:20

71:22
72:1
122:3
125:16,
17,20
126:5
135:1
139:5,6
163:17,19
168:6,23
182:5
187:6

breakdown
   80:13

Breanna
   159:8,11

Bredlove
   128:16

Brian
   6:2,21
   7:7 8:20
   180:4
   183:8

briefed
   157:19

Briefing
   175:15

briefly
   24:7
   29:20
   53:23
   168:23

bring
   110:5
   114:15,19

broad
   38:6 63:7
   79:21
   136:7

broader
   51:15

broadly
   41:14
   48:24
   55:14
   64:25
   166:9
   181:13

bucket
   79:16

budget
   24:8
   25:12
   92:20

building
   41:22
   58:8 71:5
   88:1
   113:19

built
   62:17
   71:6

Bullard
   113:12

bunch
   29:24
   30:12
   51:22
   116:12

Bunche
   172:2,15,
   25 173:7,
   11

Bunche's
   173:13

business
   83:19
   86:20
   110:13
   128:10

Butler
   185:10

Butler's
   185:12

─────────

C

─────────

Cairo
   119:21,23

calendar
   79:7
   183:23

California
   120:4,6

call
   46:11
   59:7,16
   62:7 63:6
   65:6
   79:12
   84:21,22
   130:10
   138:2

called
   60:23
   63:21

calls
   46:15
   51:5

Calvin
   88:16

cap
   28:21
   81:12

capability
   117:17

capacities
   76:2

capacity
   11:21
   13:11,25
   25:18
   27:9



29:9,14
30:24
34:23
58:25

CAPS
29:5

capture
38:6
126:19

captured
85:2

captures
126:21,22

card
133:11

cards
133:8

care
12:4
13:17
14:21
32:21,23
39:25
52:2
79:2,13,
14,22
80:7,15,
20,25
81:16,19
82:14,17
84:15
85:22
89:8,9
94:19,20
100:6
127:23,25
129:15
130:22
131:2,4,
7,13,17,
19,21
132:1,9,
11,17,21,
23 148:4,

10 151:1,
7,18
154:1,5

Carolina
146:23
147:8

Carter
18:24
58:13
140:18
177:17

Carter's
22:22

case
9:25
10:2,12
13:14
26:11,13
30:1
81:22

Caseman
25:21,22

cases
12:13

categories
19:17
79:18,21
84:12

categorized
71:1

category
46:18
63:6
79:16
80:2
119:17
132:2,3
146:6

Catherine
33:3
34:14,18
38:13

49:18
51:13
54:7
56:11
88:20
94:22
97:9
99:16
100:11
101:15,18
102:5
128:2
136:18
150:6
151:25
152:8
153:23
157:22
169:8
179:7
184:13,15
185:4

Catherine's
89:17
95:7
151:8,10
154:8,24

causing
103:23

Cayle
73:16

CBAY
16:10
123:2,19,
21 124:3,
13,14

cc'ing
100:25

Centene
131:4,20

center
15:18
58:6,13
84:22

113:12

Center's
177:17

centers
16:24
84:22
113:21

certificati
on
113:14

certified
86:14

CFO
56:1,3
74:16
94:2

Chad
74:12

chain
54:12
98:8,11,
18 100:22
101:6,14
104:2

challenging
110:22

chance
37:1
140:11
172:4
175:8

change
110:1,3
112:17
155:15

changed
53:3
74:23
134:22
149:8
162:7

chart
72:20
73:5,9,18
75:20
76:13,20,
24 83:9
87:19
93:14,19,
20 94:3,
18

Chatham
141:7,10
142:9
144:24
145:5

cheaper
81:16,21

check
52:4
100:9

checked
183:13

chief
74:5,10,
19 75:21,
25 76:3,
25 147:22
154:25

child
27:3
45:19,20,
21 98:24
115:10,11
132:12
142:7
156:24
184:5

child's
115:9

children
15:4,6,15
22:5 24:1
25:5



26:5,9
27:2
29:15
30:3,5,24
40:11
41:20
47:2 51:4
58:16,18,
19,24
59:9,11
63:24
80:2,4
81:2,3,4,
15,17
87:14
91:12
101:19
104:13
114:22
116:5
124:5
128:23
129:4,8,
11,14
133:18
143:18
148:22
153:16
154:15,16
156:16
160:21
161:1
167:14,19
182:21

**children's**
13:3
16:4,8,16
40:23
41:13
49:3,16
61:14
87:5
96:17
98:25
99:9
101:21

103:20
104:14,19
105:1,22
131:23
146:16
151:20

**CHIP**
16:16

**CHIP's**
16:20

**CHIPRA**
123:2,8
124:24

**choice**
132:7

**chooses**
132:13

**choosing**
132:16

**chose**
133:2

**circle**
71:20

**circulated**
183:17

**circumstanc
es**
54:25

**CIS**
16:7
99:9,21

**CISS**
16:3
96:17,25
97:5,7,8,
14,20,24
100:6,8,
14,16
104:22
129:21,24

**cities**

120:19

**city**
88:3
139:21

**claim**
129:6

**claims**
25:4
80:7,11
95:20,24
96:1 99:1
117:11,25
121:22
129:11,15
131:23
133:17,22

**Clara**
165:22

**clarify**
25:2
38:18
52:16
64:12
71:11
78:23
177:12

**clarifying**
24:20

**clarity**
7:22
176:25
177:3,5

**class**
59:22

**classes**
79:20

**Classic**
133:8

**clay**
119:25

**clear**

48:12
75:6
148:17
165:6
177:15
180:9

**Cleveland**
165:18

**click**
9:5,9

**clinic**
102:7
103:3
117:9,13

**clinical**
64:16

**clock**
43:4,8,
12,14,16

**clock-in**
20:3

**clock-out**
20:4

**closed**
125:3

**CMO**
14:20
53:6
99:1,11
100:9
132:5
136:4,5,
19 138:4,
18,20,25
146:10
150:4,5
152:10,16
153:22
184:18,
19,23
185:1,3,
8,11,13,
17

**CMO's**
99:21

**CMOS**
51:15
52:17
53:9
70:17
90:9
128:9
132:24
133:6,13,
21 134:1,
5,8
135:7,13,
17,19
136:1,12
139:3
152:22
153:2,21
163:1
175:18

**CMS**
16:23
19:21
38:23
39:1,5,7
41:12
42:3
43:1,13,
17,22
44:2
51:23
90:22
113:21
118:12
126:23

**CMS-1500**
121:13

**co-counsel**
187:5

**co-owned**
86:18

**codes**
64:7



70:23,24

COE
  15:17
  58:6
  175:19

Cohen
  6:15 8:16
  57:15
  130:9
  134:16,20
  135:2

collaborati
on
  63:19
  71:18
  107:10
  113:1,2
  128:10
  160:4

collaborati
ons
  123:12

collaborati
ve
  57:25
  58:2
  182:22
  184:5,6,
  12

collect
  117:25
  145:12

collecting
  31:15

collection
  31:8
  170:6

college
  17:2

Columbia
  30:2

column
  184:18

commenced
  164:4

comment
  42:11,18,
  21,24
  143:15

comments
  42:16

commissione
r
  47:16,18
  73:12,15,
  18 147:20
  148:1
  155:3,5
  177:19
  178:2

committee
  109:24

common
  136:14
  183:6

communicate
  39:5

communicati
on
  172:25

communicati
ons
  46:25
  47:20

community
  14:13
  15:22
  19:23,24
  20:17
  24:8,13,
  21 25:5,
  11 34:3,
  11,17,25

40:8,9
42:11
45:12,15
46:12,17
61:25
62:5,14,
24 63:14
64:9
65:1,7
70:12
72:21
77:5
81:17
91:11
92:19,20
94:24
96:18
106:7,9,
15 108:22
111:6
118:15,18
119:1
120:24
122:11,13
127:13
135:21
137:4,9
152:4
153:1,6,
9,10,15
167:10,15
169:21
179:18

community-
based
  13:18
  16:10
  20:9,16
  21:15
  22:15
  32:9
  34:21
  41:21
  62:24
  63:5,8
  68:6 80:1

87:9,13
104:20
122:23
123:11
124:25
133:17
136:11
137:17
167:20

comp
  26:1

companies
  80:7

complaints
  135:9,11,
  17,22,24
  136:9,14,
  16 156:15

compliance
  17:15,20
  18:21
  19:11
  21:9
  50:19
  74:10
  76:4
  84:1,9
  85:7,18
  86:3 93:7
  99:11
  136:19
  138:4,20

component
  81:15

components
  123:18

comprehensi
ve
  161:6

computer
  110:19
  139:14

concepts
  68:2

concern
  29:1
  85:17
  136:4

concerns
  49:22
  84:3
  143:3,8,
  10

concluded
  187:19

concrete
  157:16

condition
  115:9

conditions
  15:5 22:6

conducted
  141:14
  144:22
  167:25
  171:15

confer
  187:5

conference
  118:10

confessed
  177:22

confirm
  128:1
  186:16

connection
  10:21
  44:19
  58:20
  82:24
  138:17
  157:14
  170:6



180:11

considered
  120:4
  126:8
  143:3
  167:14,19

constant
  124:8

consult
  47:8 61:7

consultant
  74:14

consultatio
n
  107:16

consulted
  61:12
  114:18

consulting
  27:21
  31:5
  113:9

contact
  55:6 58:9
  61:5
  84:21,23
  85:21

contacts
  46:17
  85:19

context
  102:4
  103:22
  104:4
  135:4
  137:22
  157:9
  181:5

continue
  71:25

continued

124:19

continues
  91:17

continuous
  76:23
  77:3,8,20
  143:5

contract
  83:7,11,
  20,23
  84:1,7,9,
  13 85:5,
  8,11
  86:3,11,
  12,16
  127:12,22
  134:5
  136:1
  146:10
  152:15,
  19,22
  153:2
  163:11

contracted
  131:14,18
  134:2

contractor
  127:14
  163:7,9

contracts
  127:25
  128:8,15
  138:25

contractual
  83:5
  139:19
  153:13

contribute
  180:5,10

contributed
  168:2

contributio
ns
  178:14
  180:2

control
  8:25 9:4,
  6,9 28:11
  35:23
  36:1,4
  37:2
  54:12,13
  73:1
  91:14,19,
  20 98:10
  101:7,8,
  11 112:3,
  9 127:17
  140:13
  147:2,5
  159:18

convening
  177:18

conversatio
n
  177:16
  186:24
  187:1

conversatio
ns
  47:12

conveying
  68:3

coordinate
  56:25
  57:3
  60:12

coordinated
  60:1,2

coordinatin
g
  19:15
  57:11
  94:24

coordinatio
n
  22:3
  24:15
  50:22
  51:2
  52:2,10
  53:16,19
  54:22
  55:13
  57:22
  58:4,12,
  15,23
  59:8,13
  60:6
  62:4,10
  77:20
  95:3
  113:6
  161:17
  167:10
  173:5
  185:15

coordinator
  18:20

copy
  109:9
  126:12,16

Cordele
  88:2

core
  65:8

Corporation
  131:4

corporation
s
  127:25

correct
  16:11,12,
  14,15,17,
  18,21,22
  17:20,21
  19:11,12
  20:10,11

22:23
  26:4 28:4
  31:9,10
  35:7
  36:9,10,
  12 37:9,
  10 42:4
  46:19
  48:14
  53:10
  57:13
  58:21,22
  63:1
  64:13,14
  65:6,19
  66:9,10,
  12,13,25
  67:1,17
  70:15
  73:13,14
  74:6,25
  75:8,9,
  22,23
  76:25
  77:1
  80:21,22
  82:8,21
  83:1
  88:10,11
  89:3,18
  90:23
  94:6
  95:17,18
  96:2,7,8
  99:7,20
  100:1,12
  102:12
  103:10
  104:18
  105:16
  107:5,6,
  17,18
  112:11
  115:9
  117:23
  121:1,2
  123:16,17



125:8
128:3,4,
25
129:10,
13,17
130:7,8
132:6,19
133:24
137:14,15
140:19,20
141:8,11,
17,19,20,
23,24
142:2
147:9,20
148:16,17
152:17,
22,23
158:7
162:6,10,
20 171:3
175:15,16
176:24
178:3,5
180:12
181:10
183:9,10,
18,20
184:8,10

**corrections**
148:24
149:6,23

**correctly**
34:10
42:1
44:14
172:18

**corresponde
d**
166:1

**corresponde
nce**
169:7

**corridor**

**120:16**

**cosmetic**
112:18

**cost**
51:21
156:8
170:14,18

**costs**
132:23

**Council**
113:25
146:23
147:9

**counsel**
6:10 7:16
73:25
91:6
109:10
187:15

**counseling**
63:24
65:14
101:23
103:18
104:16,25
105:21

**counselor**
64:20,22

**counselors**
64:13

**counterpart**
39:6

**counterpart
s**
60:12
61:7,12

**counties**
145:2,5

**counts**
78:6

**county**

26:11,12,
14,15,19,
24 27:6,
13 141:7,
11 142:9
144:24

**couple**
9:21 10:3
30:14
60:23
97:23
187:5

**court**
6:8,11
13:12

**cover**
51:15
63:9
64:6,8
127:11
179:17

**coverage**
39:20
40:6,9,10
81:12

**covered**
80:9
99:21
101:24
103:19
104:17
123:22
139:25

**covers**
80:3
137:24

**COVID**
162:2

**create**
46:1
124:2

**Cremer**
34:16

36:19
95:5
107:5
151:11,12
158:17
169:18
174:9
184:16
185:7

**Cremer's**
107:7

**criminal**
12:13

**crisis**
160:20,
21,22
161:2,17,
18 162:1

**criteria**
82:2
163:2

**CSB**
15:22

**CSBS**
62:6,10,
19 65:4

**cumbersome**
110:18

**current**
10:18
17:12
18:4,14
23:11,15
31:25
33:11
42:5
47:17
57:23
58:24
70:6
80:16
96:6
117:11

125:1
180:25

**customer**
26:23

**Customized**
52:2,9

**CYA**
51:3
137:23
161:25
162:3
165:12

**CYF**
15:13
183:20

_____

**D**

_____

**D-O-W-D**
7:7

**Dahmer**
128:11

**daily**
41:22
51:6

**Dante**
47:21,24
172:2,11
177:16,
20,21,23

**Daphane's**
154:24

**Daphne**
52:25
53:1
75:15

**Daphne's**
75:17
174:6

**data**
30:10



31:7,11,
15 52:21,
23 53:6,
7,8 77:16
78:1,3,
10,18
90:14
105:7,12,
13,17,21
116:14,
17,18,21
117:25
145:12
151:17,18
152:3,25
153:5,8,
12 154:9,
14,23
155:8
156:18
157:3
164:10
166:12,
16,20,24
167:3
170:6
171:16
173:15
174:7
184:19
185:1,17

date
  6:5 10:3
  73:9
  108:20
  163:25

dated
  36:7 66:7
  98:21
  99:19
  101:17
  140:16
  146:4
  159:9
  172:1
  173:13

175:6
179:7
182:22

day
  8:5,18
  14:3
  21:24,25
  37:16
  52:3,6
  85:25
  180:8
  186:14,15

days
  9:20,21
  43:1,14
  85:20,22,
  24 86:1

DBHDD
  14:8
  15:15
  24:4,7,14
  25:11,15,
  19 27:23
  34:22,24
  47:3,4,9,
  13 51:2,9
  52:1,9
  69:18,19
  70:1
  107:17
  122:25
  123:12
  124:1,11
  159:9
  160:4,8,
  17 161:19
  164:22
  172:12
  173:8,11

DCFS
  164:25

DCH
  6:19
  14:12

23:13,14,
20 24:15
25:16,20
27:11,17,
20,24
28:3,13,
25 29:10
31:24
36:16,18
40:22
42:1,6,13
43:20,24
44:4,7,9,
14,15,17,
18 45:2
46:1,5,8,
22 47:4
50:3,13,
16,18
53:8
54:22
56:11,16,
20,24
65:1,5
70:1,7,9
73:5,15
76:13
78:15
80:11
82:1,10,
19,25
83:3
86:23
87:13
92:9,15,
18,25
93:10
96:1,3,6
97:20
99:12
105:6,20
107:4,19
109:4,8
113:6
117:12,16
123:12
124:2,11

126:8,25
127:22
128:7,8
129:12
130:6
131:9
133:15
135:23,25
136:3,17
137:7
138:10,15
142:19
144:21
147:7,15
150:3
151:5
152:22
153:4
154:1,4
155:5
156:3,14
157:2
158:14
160:3,4,
8,12
161:16,20
162:4,12
163:9
164:5,8,
19 166:8
167:9,13,
18,25
168:16
169:19,24
170:2,5,
9,13,17
171:14,15
173:14,24
174:3
175:20,
23,25
176:3,5,
14,23
177:1,8
178:4,11,
14,19
180:2,11,

13,16
181:24
184:11,25
185:16

DCH's
  71:16
  83:9
  115:18
  157:11
  164:12
  169:13
  176:11
  177:5
  179:24
  180:14

Debbie
  165:16

decide
  48:3

decided
  173:15

decision
  43:16
  174:6,10

Decisions
  53:2

deeply
  23:10
  91:1

defendant
  13:7

Defendant's
  171:20
  178:25

define
  52:7
  92:18
  97:15
  144:23

defined
  61:17
  103:2,9



definition
  65:13

definitions
  115:22

degree
  17:2,6,8

Dekalb
  26:11,15,
  19 27:13

delineates
  78:14,15

deliver
  19:23
  21:1
  84:18
  102:6
  158:12

delivered
  20:17,21
  68:15,18,
  21 69:1
  102:9
  103:3,4,7

delivering
  20:4
  103:8

delivery
  155:12
  156:11

demonstrati
on
  39:15
  123:1,7,
  9,13
  125:6

Denial
  135:14

denials
  135:14

dental
  49:11

70:23

denying
  82:24

department
  14:9,13,
  18 21:19
  23:24
  24:1 35:4
  42:11,17
  53:16
  55:8
  63:13,15
  69:3,5
  72:21
  76:2
  96:18
  106:8
  107:10
  108:22
  111:5
  113:14,15
  122:1,12
  127:12
  128:15
  135:21
  160:8
  179:18
  185:16

departments
  55:18

departure
  184:15

dependent
  79:15

depending
  94:14

depends
  41:6
  60:16
  61:4
  78:22,23
  120:3

depo

186:11

deposed
  11:16,25
  169:5

deposition
  6:2 7:20
  8:20 9:15
  10:25
  12:3,18,
  25 171:6
  185:20,22
  186:7,15,
  17,25
  187:19

depositions
  10:18,24
  11:20
  12:7,11,
  19 13:4

deputy
  17:13,18
  27:18
  32:1,2,24
  33:1 56:3
  88:24
  147:20,22
  148:1
  178:1

describe
  12:10
  13:13
  20:12
  21:17
  23:2
  26:18
  29:20
  30:16
  40:5
  41:5,17
  46:8
  48:24
  51:1
  53:15,19
  56:15,19

64:25
  77:23
  79:9 81:5
  83:21
  84:12
  90:7
  94:11
  114:20
  123:6
  124:15
  133:25
  138:23
  160:7,25
  161:3
  175:22

describes
  162:16

describing
  44:20
  67:12,14
  86:8
  178:20

description
  70:10
  160:9

designing
  41:2

desk
  84:23

detail
  20:13

determine
  117:12
  148:22
  149:19,21
  173:17

develop
  39:23
  123:13

developed
  116:23
  118:11,13
  126:20

160:3
  162:12

developing
  40:23
  41:2,9,11
  113:9
  114:6
  115:25
  116:7
  117:17
  122:19
  124:12

development
  37:12
  41:8
  47:9,22
  123:4
  124:19

developmenta
l
  14:10
  24:2
  63:16
  101:20
  104:13
  107:11
  114:1,3
  159:8

DFCS
  27:13,14,
  15 89:6
  165:1,3,9

diagnosed
  81:19

diagnosis
  16:1
  116:6

Diagnostic
  108:18

dialogue
  177:21

difference
  34:4



differently
  103:15
  112:20
  147:25

difficult
  175:19

difficulty
  156:16
  176:10

direct
  54:17
  94:4 95:4
  97:20
  98:17
  148:20
  149:2,17
  150:2
  154:1,5
  183:24

directed
  90:5
  180:23

direction
  100:10

directly
  18:23
  24:16
  34:14
  50:10,12
  75:4
  80:11
  83:15
  94:18,23
  97:12
  107:4
  128:7
  129:12
  135:17

director
  17:13,18
  18:8
  27:16,18
  28:1,13
  29:9

50:12,13
  74:23,25
  75:4,13
  88:6,13,
  25 94:8
  113:18

directors
  32:2,25
  33:1 75:4
  150:8
  166:1

disabilitie
s
  14:10
  15:7 24:2
  63:16
  107:11
  114:1,4
  159:9

disabled
  26:11,13,
  14 79:23
  80:4,18
  81:18

discipline
  115:3

disconnect
  134:8,10,
  14 135:6

discuss
  43:7
  49:25
  50:3
  137:18
  164:5
  165:11
  173:15
  186:2,6,9

discussed
  96:5
  104:22
  105:15
  126:4
  158:20

168:23
  185:23

discussing
  68:5
  93:15

discussion
  102:5
  112:6
  134:24
  136:20
  139:8,15
  173:25

discussions
  44:13
  52:8,13
  117:16
  137:19

Disease
  142:8

dismissed
  13:11

disorder
  20:7
  71:12,17
  111:5
  112:14
  113:10
  114:22,25
  115:4
  149:9
  158:19
  159:7
  162:18,25

disparities
  170:10

distinct
  63:23
  64:7
  90:21

distinction
  62:23
  63:3 79:9
  80:6

distinguish
es
  131:25

district
  30:2
  166:14

districts
  55:6
  68:19

Disturbance
s
  14:25

dive
  23:10
  90:25

Division
  23:25
  26:3,5,8
  27:1 47:2
  96:18
  106:9
  108:22
  111:6
  122:13
  159:8

doctors
  12:14

document
  9:1,17,22
  35:24
  36:4,24
  38:1
  45:13
  54:4
  55:17
  57:14
  66:11,14,
  21 72:12,
  24 90:25
  91:15
  93:13
  94:4 95:9
  96:15,21,
  23 98:3,

10
  100:18,
  20,21
  101:8,10
  104:7
  106:6,11,
  25 108:6,
  14,25
  110:18,21
  122:17,20
  125:10,17
  127:3,8,
  11,18,19
  140:3,12
  142:6,11
  144:11
  145:9,17
  146:19,22
  147:1,5,
  12 148:8,
  15 150:7
  151:15
  159:5,14,
  19,24
  160:6
  170:24
  171:2,18
  172:5,9
  174:22
  178:24
  179:13,20
  182:2,6,
  16,19,23
  183:2,25

documents
  38:15
  92:22
  97:24
  122:2
  146:14
  158:22
  166:12,
  16,21,24
  167:3
  186:17



DOE
  14:16,17

dollar
  81:12

Dowd
  6:2,21
  7:3,7
  8:20  9:24
  10:17
  11:2  17:2
  35:24
  54:10
  66:25
  72:11,23
  76:16
  91:15
  96:23
  101:5
  106:15
  108:25
  111:9
  122:16
  126:2
  127:17
  139:12,17
  140:12
  142:10
  146:5,25
  149:22
  159:11
  163:23
  168:13
  171:23
  172:4
  175:7
  178:10
  179:3,20
  182:23
  183:8
  185:19
  187:11

download
  109:7

downloaded
  95:13

96:21
106:12

DPH
  160:4,7

draft
  33:16,19,
  22  34:20
  38:17
  42:8
  126:24

drafted
  112:21
  149:12

drafter
  111:15

drafting
  111:12
  113:7
  128:8,19
  147:11,16
  180:10,14

dramaticall
y
  149:8

drawn
  160:2

drew
  62:23

driveway
  123:24

driveways
  123:24

DSS
  53:3
  174:4,5

Dugger
  88:25
  89:2

duly
  6:22

duties
  28:12
  32:3,4,
  13,20
  33:11
  38:2
  39:13
  48:15
  50:6,16
  70:6,11
  137:2,18
  164:15,
  18,21,24
  165:8
  168:14,
  16,19

dyslexia
  65:10

_____

          E

earlier
  58:19
  62:22
  65:16
  96:5
  100:24
  105:15
  106:17
  133:19
  153:18
  158:20

early
  10:9  16:1
  108:17
  160:15

easy
  73:21,22

ED
  184:18

educate
  59:24

education

14:18
15:2
53:17,20
54:23
55:9 57:5
69:3,5
185:16

Educational
  15:11

effectivene
ss
  92:15

efforts
  21:3
  89:11
  170:6

elaborate
  134:3

electronic
  20:1
  60:17
  69:16
  126:16

eligibility
  12:14
  26:21,22
  27:3,17,
  19 28:1,
  5,10,13
  29:10
  30:5,17,
  19,20
  31:14,16
  32:8
  33:24
  69:20,21
  79:17
  81:15
  82:2,11
  88:21
  89:1,3,7
  95:23
  153:17

eligible
  28:6
  81:23,24
  128:23
  129:18,22
  132:4

Ellis
  154:25

elopement
  45:20

email
  35:19
  36:6,21
  42:17
  46:11
  54:7,10
  59:7
  66:1,7,
  11,24
  78:19
  98:8,20
  99:19
  100:22
  104:2
  140:16,21
  141:9,18,
  21 143:14
  145:24
  146:3,8,
  12 147:18
  169:4
  171:2,8
  172:1,10,
  16 173:13
  175:5,8,
  14,18
  177:13
  179:6
  186:20

emailing
  51:9

emails
  37:16
  46:15



51:5,13
52:1,3,5
186:19

emergency
32:18,19
34:6
103:5

emerging
175:20
176:14

Emory
54:19
100:25

Emotional
14:25

emphatically
59:5

employed
173:7

employee
11:21
13:9
130:6
164:19,
22,25
165:8
173:4

employees
47:20
172:11

end
43:15
110:3
124:9
125:12
130:12
141:21
155:15
177:20

engage
176:19

engaged
175:19

engagement
40:9
46:12

engaging
176:11

enroll
63:21
80:8
129:18,
22,24
130:15
134:4
167:7

enrolled
24:16
48:25
65:3,4
80:19,24
118:21,25
119:3
128:23
129:4,8,
22 132:12
133:23
153:15
156:20,24
158:11
162:17,24
163:4

enrolling
132:15

enrollment
28:14,16,
21 29:5,
11,14
80:14
88:22
89:3,9,
10,12
95:21
119:6,10
130:2,8,

21 152:16
153:17,20
166:13
167:14,19

enrollments
168:2

ensued
112:6
134:24
139:8,15

ensure
20:4,21,
25 21:4,8
83:25
93:6

entail
19:13
24:13,19
28:2

entailed
26:19

entails
20:13
23:3
83:21
94:12

Entertain
121:11

entities
23:22
50:23
134:2
160:10

entitled
66:11

entity
129:5

environment
115:12

environment
al

141:9,13,
19,25
142:16,20
143:16,24
144:9,13,
22 181:25

EPSDT
15:25
50:7,9,
11,12,13,
19 108:18
109:3,8,
13

error
19:19

ERS
156:16

escalate
135:21

escalated
135:22

established
95:15
152:21
179:10

Esther
30:10

evaluation
143:23

evening
59:22

eventually
40:10

evidence-
based
154:2,6

evolved
160:19

EVV
60:17,20
69:14

exact
10:3

EXAMINATION
7:1

examined
6:22

examples
51:8

Excellence
15:19
58:6

exception
101:22
103:18
104:16

exchange
40:10

excuse
46:4 75:7
147:19
171:14
184:19

executive
17:13,18
18:8
32:25
33:1
74:23,24
75:4
88:6,25

exhaustive
83:25

exhibit
8:5,18
9:14
35:13,16,
18 36:2,
23 37:5
53:22
54:5,14
57:15
65:20



66:3,21
72:12,25
91:4,21
93:15
96:9
98:3,14
100:20
101:9
102:15
106:5
108:13
110:23
122:6
133:18
136:21
140:8,14
142:5
143:15
145:20
146:20
147:3,19
159:3,16
162:15
171:24
172:7
174:25
175:12
179:4,16
182:15
184:1

Exhibit-156
  8:22

Exhibit-157
  35:20

Exhibit-158
  53:25

Exhibit-159
  66:4

Exhibit-160
  72:14

Exhibit-161
  96:12

Exhibit-162
  98:4

Exhibit-163
  101:2

Exhibit-164
  106:2

Exhibit-165
  108:10

Exhibit-166
  110:24

Exhibit-167
  122:7

Exhibit-168
  127:5

Exhibit-169
  140:5

Exhibit-170
  145:21

Exhibit-171
  158:24

Exhibit-172
  171:20

Exhibit-173
  175:1

Exhibit-174
  178:25

Exhibit-175
  182:12

exist
  79:21
  125:1

expand
  29:11,14
  45:10
  67:22
  89:11

expanded
  32:14,15
  39:25
  40:3

expanding
  40:1

170:18

expansion
  55:7

expect
  49:15
  138:15,20
  151:24
  152:7
  154:7
  158:15
  180:21
  184:24,25

expectation
s
  85:10,15

experience
  149:5

expert
  178:12

expire
  38:15

expired
  125:6

explain
  14:4 63:2

explanation
  64:11

express
  30:5,16,
  19 47:3,4

extent
  37:20
  76:20
  172:24

external
  82:4,9,23
  83:1,10,
  22 84:10
  85:14
  86:6,22

F

Facebook
  69:8,12

facilities
  51:18
  61:24
  166:10
  167:6,11

facility
  81:20
  86:19
  161:6,9,
  14,18
  166:18

fact
  34:19
  155:21

failure
  157:3

fair
  32:13
  80:23
  145:11
  153:14

fall
  128:2
  151:8

familiar
  57:5
  87:23
  92:2,7
  119:19
  121:13
  127:21
  138:7
  142:12
  150:9,25
  151:2
  157:18
  165:14
  172:14

familiarity
  119:22
  121:18

families
  15:15
  40:11
  45:23,25
  46:6,9,14
  59:17
  127:15

Families/
dch
  182:21

family
  23:25
  26:3,5,9
  27:2 30:9
  31:12
  47:2
  63:10
  64:18
  79:17,22
  80:17
  113:23
  124:8
  132:15
  133:3

farm
  119:25

farmland
  119:25

fax
  42:16

feature
  162:21

February
  54:8 91:7
  140:17

federal
  13:12
  19:18,20
  20:2
  21:22



fee
    79:6,10,
    11 80:4,
    8,10,15,
    20 90:10
    129:12
    132:25
    133:7,11,
    16,20
    135:10
    138:5
    163:2

feedback
    48:20,24
    134:20

feel
    29:16
    175:18

field
    17:6 60:1

figure
    8:15

file
    67:3

fill
    78:11

final
    42:21
    43:20
    48:8

finally
    16:23
    42:23
    129:14

finance
    55:19

financed
    158:9

Financial
    121:25

financing

56:6
101:15

find
    51:12
    90:3

finding
    162:17

fine
    18:3
    64:21
    163:20,21

finish
    7:23
    35:25
    72:24
    187:7

finished
    9:13
    98:12
    172:6
    175:10

Finishing
    168:15

firm
    27:21
    31:5

fis
    116:6

fiscal
    38:12
    48:18
    50:1,2
    116:7
    179:19
    180:25

Fitzgerald
    47:17
    53:13

five-minute
    182:5

flexibility

133:12

Florida
    60:19
    113:12

focus
    28:19
    52:12
    148:2
    156:13

folks
    20:3

follow
    30:14
    76:14
    109:11

food
    26:16,21,
    25

Ford
    50:15
    110:8

form
    78:11,12
    103:21
    175:24

formal
    77:19,22
    178:19

formally
    89:24

forms
    155:18,
    22,23

forward
    36:8
    37:17
    39:19
    43:25

forwarding
    37:15

foster

30:3

Foundation
    30:9
    31:8,12

fourth
    88:24
    149:2

fragile
    13:22

frame
    78:21

Fran
    6:15

Francisco
    39:9

Frank
    47:15
    73:13

Frannie
    108:8
    134:25

fraud
    28:17
    86:10

frequently
    21:18
    43:6
    120:20
    143:2

friend
    120:5

front
    96:16
    106:25
    108:16
    110:20

Fulenwider
    74:1
    146:3
    147:19
    178:8

Fulenwilder
    147:19

full
    104:2,4
    178:6

fully
    11:13
    157:11

function
    95:23
    110:11
    152:1,9

functions
    20:5
    86:23

funding
    157:12

funds
    63:15
    101:18
    104:12

future
    140:22
    141:16
    177:24

—————————

            G

GA
    108:15

GA00381603
    98:8

GA00381679
    35:17

GA00381680
    36:22

GA00382036
    140:9

GA00382037
    142:4



GA00384390
  182:18

GA00387001
  159:4

GA00390087
  66:2

GA00390088.
001.
  66:23

GA00460601
  179:5

GA00460605
  179:17

GA00461590
  100:22

GA00462643
  54:6

GA00756593
  171:25

GA01125480
  146:2

GA01125481
  146:22

GA01166102
  122:10

GA04276792
  175:4

GA04312140
  111:3

Gainwell
  163:6

GAMMIS
  16:13
  23:4,8
  64:3
  95:13,16,
  19 96:3,
  5,21
  106:12
  109:9

121:10,19
162:18,22
163:5,12

Ganoe
  62:7
  121:3

GAO
  59:14,19,
  22 60:6,9

gap
  138:7,11,
  16

gaps
  142:9
  168:1

Garrett
  62:7,11,
  12,14
  121:3

Gateway
  89:6
  143:17

gather
  30:10
  42:19
  90:13

gathering
  31:11

gave
  116:9,10

Gay
  165:16

gears
  168:21

general
  15:2
  22:14
  71:9
  73:25
  76:10
  86:10

93:6,10
156:15
185:22

generally
  56:12,16
  177:19

genesis
  42:8

Georgia
  6:4,18
  8:21
  11:22
  12:12
  13:19
  14:9,13,
  16,18
  15:4,10,
  18,23
  16:13
  17:5 31:1
  32:10
  37:9
  48:17
  49:10
  53:16
  57:6,12,
  24 58:1,
  5,16
  59:14
  60:7
  62:5,14
  67:4 68:9
  69:2
  72:17,18
  80:3,14
  91:7,13
  95:16
  96:18
  101:18
  104:12
  106:8
  108:14,21
  111:2,5
  113:25
  116:23

118:16
119:24
120:2,9,
10,15
122:12
127:8,11,
12,15
129:19
130:16,23
131:22
132:20
134:9
145:2
146:9
152:5
153:7
154:2
161:11
179:18
181:20
182:17
185:16

Georgia's
  30:4,24
  58:19,24
  59:9,11
  90:16
  150:25
  151:6

Georgians
  140:22
  141:15,16

Germon
  76:6

GHF
  143:15
  145:4

give
  8:17,25
  9:3
  35:12,23
  36:25
  37:1,2
  43:2,8

51:8
54:12
64:4
65:22
66:20
72:12
73:1
91:2,14,
18 93:16
96:11
98:1,10
101:5,6
108:7
112:3
122:4
127:17
133:10
136:25
140:7,11,
12 145:18
146:18,25
147:2
155:14
157:9
158:21
159:13
171:19
172:4
174:23
175:8
178:24
182:3

GNETS
  10:13
  15:9 27:9
  60:7,10
  68:22
  114:7,13,
  15 121:5
  156:20,25
  163:24
  164:3,9,
  16,19,22,
  25 165:9,
  11,24
  166:2,6,



10,13,17,
22 167:1,
4,6,11,
14,20
168:2,14,
17
186:13,
20,23

goals
169:25
178:21
180:20
181:20

Goico
66:8

good
7:3,4
71:21
73:3
88:17

Google
45:2

government
21:22

Governor
44:10

Governor's
116:11,12

Granier
8:10

grant
123:2,8,
12,21
124:14

grants
157:13

granularity
117:13

ground
49:13

grounds

20:22

group
59:24
77:25
109:16,
20,21
150:6
173:15
174:15

groups
60:3

GSU
66:12

guide
136:20
159:6

guys
163:18

Gwinnett
161:12

───────────

H

───────────

Hahira
119:21,23

Halget
75:11

hand
54:3

happen
23:6
180:7

happened
61:17
77:18
110:7
186:22

happening
21:12

happy

127:17

hard
126:11
145:12
176:18

Harrell
18:18

HCBS
20:9,14,
15

HCSB
19:22
23:7

head
18:2
30:13
52:15,18
70:4
89:20
113:13
116:25
136:13

headed
88:15,20

health
13:3
14:10,14
15:5
16:16
21:24,25
22:6,16
24:2,8,
14,21
25:5,12
27:20
29:22
31:4
32:18,19
34:3,12,
18,21,25
35:6
36:8,16,
18 37:8
40:24

41:13
42:11
49:4,16
55:19
56:9
61:14,25
63:5,9,
14,16,17
64:10
65:7
72:21
74:5
75:7,8,21
76:25
79:2
82:4,6,10
87:6,8,
10,14,18,
22,24
90:16
91:11
92:6,20
93:20
95:6
96:18
101:16,22
102:6
103:2,5,
17
104:15,
18,20
106:7,9,
16 107:11
108:22
111:6
113:15,16
116:17
122:13
124:6
127:13
131:23
132:23
133:18
135:21
136:11
137:4,9,
17,24

138:1
140:18,22
141:16
142:8
143:17,
18,20
144:23
146:16
149:4
151:20
152:5
153:1,6,
10,11,16
160:8,13
166:21,25
168:1
169:21,23
170:11
173:3
177:18
179:18
184:19
185:2

healthcare
60:1
75:14
77:24
78:18
86:19
87:2,14
105:14,18
141:5,10
145:14
174:11

hear
10:2

heard
9:24 10:4
57:8
157:20
165:16
169:5

hearing
42:15



HEDIS
    90:11

held
    23:12

helped
    39:23

helpful
    7:23 25:2
    104:2
    157:5

helping
    38:16

helps
    45:18

hey
    51:13

high
    124:9

high-
fidelity
    124:7,22

hills
    120:6

hired
    30:24

historical
    50:11
    125:11

Historicall
y
    77:17

history
    38:21
    39:3 58:7
    61:15

hit
    81:11

HMA
    30:25
    31:3

hoc
    70:14

hold
    31:24

holder
    135:25

holders
    110:6

Holkins
    6:13 7:2,
    16,19
    8:6,9,12,
    15,17,24
    12:21
    24:11,12
    35:15,22
    40:18,21
    50:17
    57:17,18
    65:24
    66:6
    71:21
    72:5,10,
    16 76:11,
    17 96:14
    98:2,6
    100:19
    101:4
    103:14
    104:1
    105:9,10
    106:4,14
    108:1,4,
    12,24
    109:6,12
    110:23
    111:1,8
    112:20
    122:5,9,
    15 125:15
    126:1
    127:4,7,
    16
    130:11,13
    134:25

135:3
139:4,11,
13,16
140:4,7,
10
145:19,23
159:1
163:15,22
168:5,12
171:22
174:24
175:3
176:2
179:2
182:4,14
187:4,11,
17

Holloway
    88:16
    90:8
    92:13
    138:22

Holloway's
    137:13

home
    13:18
    20:9,16
    21:14
    45:18
    79:25
    80:1
    81:21
    110:5
    160:20,
    21,22
    161:1

home-
    32:9 68:5

honest
    77:14
    174:18

honestly
    27:12
    120:13

169:3,14

Hood
    74:13

hope
    125:3,4

hoping
    45:24

hospice
    61:2,3
    110:3

hospital
    34:1
    81:21

host
    63:12
    90:11

hour
    125:18

houses
    95:22

huge
    113:13
    117:3

Human
    23:24

hundred
    79:15
    85:18
    86:3

hundreds
    46:6,7,9

—————————

I

—————————

I-D-E-A
    102:22

IC3
    52:10,13,
    16 53:6
    123:15,19

124:2,12,
20

ICWP
    13:14,16

ID
    95:21

IDD
    25:25

idea
    37:25
    102:18,21
    185:13

identificat
ion
    8:23
    35:21
    54:1 66:5
    72:15
    96:13
    98:5
    101:3
    106:3
    108:11
    110:25
    122:8
    127:6
    140:6
    145:22
    158:25
    160:16
    171:21
    175:2
    179:1
    182:13

identified
    19:2,9
    45:16
    46:18
    47:3 49:5
    76:20
    85:9 92:3
    93:3,9,19
    94:17
    96:15



100:24
102:15
108:16,21
111:3
120:11
121:11,19
122:10
131:14
133:18
138:11
142:7
146:2
153:18
159:7
179:17
181:20
184:2

**identifies**
91:10
106:6
159:5
182:19

**identify**
24:3 46:5
130:22
133:5
162:24

**IDT**
137:25
150:8,9,
11,13,15,
18,20

**imagining**
73:12

**immediately**
43:7

**implement**
131:6

**implemented**
131:19
132:21
142:15
156:3

**implementing**
122:23
142:19
151:6

**important**
145:12

**improvement**
46:23
76:24
77:3,9,21
141:23
143:4,6
155:9,10,
11,15
156:14

**improvements**
77:6
142:15,19
156:4

**improving**
29:17

**in-home**
41:21
45:12,15
124:8
161:9,18

**include**
23:7
24:23
40:11
45:4
82:14
114:21
118:18
154:10,14
156:19

**included**
45:10
81:13
84:13
85:20
118:20

123:19,21
143:16

**includes**
67:4
81:2,3
100:23
129:8
179:7

**including**
50:23
53:8
79:24
116:11
155:3,5
166:14
168:19

**inclusion**
124:20

**income**
79:18,25
81:25

**incorrect**
148:17

**increase**
49:2
51:21
156:7
160:15

**increased**
70:22

**increases**
49:5,8,16

**independent**
12:4
13:17
84:15
85:21

**individual**
19:9
22:17
45:18
50:9

51:11
59:16,17
78:19
97:19
100:24,25
107:3
143:6
166:2
172:15

**individuals**
19:2,7
28:6 38:8
45:16
56:7
67:25
74:20
114:3
151:24
154:19

**inform**
109:25
116:15

**informal**
43:2

**informally**
90:3

**information**
16:14
30:20
31:13
38:18
42:19
43:3,9
49:21,24
90:14
91:8
95:17,22
96:4
137:3,8
142:24
148:14
155:3
164:7,11
169:20

173:18
187:13

**informational**
159:6

**informed**
56:7
106:24
156:13
161:24

**initial**
42:12
113:9
116:7
123:21
124:23

**initially**
118:17,23

**initiative**
177:23

**initiatives**
29:10,13
178:21

**injury**
13:23

**inpatient**
115:19
161:5

**input**
35:8 48:1
114:4,6,
12

**inquiry**
52:20
174:10

**Inspector**
22:14
76:10
86:10
93:5,9

**institution**



20:22,23,
24

institutional
81:16

instruction
15:5

instructions
7:9

insurance
16:16
81:10,11
123:25

insurers
118:11

integration
18:25
19:22
20:13
22:23,24,
25

intellectual
114:3

intelligently
151:3

intended
38:6
40:6,7
41:19
65:17

intense
124:5

Intensive
52:2,9
63:10

interact
39:6
53:12

67:21,23
75:3
77:11
143:19

interaction
55:8
114:2

interacts
46:9

interagency
137:25
150:8
184:7

interest
175:21,22
176:8,11,
19

interested
118:20,23

interfere
11:12

interim
33:8
88:24

intermediary
136:5

internal
78:16

interpretation
176:20

Interrogatory
91:9,16,
25 92:4
102:17
136:23

interrupt
156:1

interrupting
152:18

interstate
21:20

Intervention
16:4,8
63:11
96:17
98:25
99:9
101:21
103:20
104:14,19
105:1,22

interviews
143:17

introduce
6:10
45:24
67:17

introduced
36:23
81:8
118:24
120:25

introducing
35:16
54:5
65:25
98:3
106:5
122:6
145:20
159:2
171:24
174:25

introduction
42:13
67:13
155:24

involved
47:11,13,
19 122:25
123:3,4
147:16

involvement
47:21,24
151:6
164:12
177:4

issue
12:23
28:21,22
130:11
139:5
162:2

issues
12:14
41:20
45:25
50:3 56:6
65:10
143:3

items
30:15

Ivy
33:4,5
34:18
38:13
49:18
54:7
55:5,21
56:11
88:20
89:21
90:5
99:16
100:11,25
101:15,18
103:13
104:5
128:3
151:25
152:8

153:23
179:7
184:13
185:4

Ivy's
34:15
54:17
55:13
94:22
97:9
104:11,25
136:18
150:6
184:15

_____

J

James
75:11

Jamie
34:16
36:19
75:9 95:5
107:5
138:6
151:11,12
158:17
169:18
174:9
184:16
185:7

January
101:17
112:24
113:10
179:7
182:22

Jason
6:7
134:17

Javier
6:17
186:1



Jeff
  75:1

job
  17:12
  70:9,11,
  17 137:2

jobs
  23:14

Joe
  74:13

John
  172:12

join
  27:11

joined
  8:7

joining
  70:1
  150:20

joint
  86:20

Joseph
  74:13

Judy
  47:17

July
  111:7,19,
  20,23
  122:13

jump
  74:4
  112:3

June
  6:5 48:13

Justice
  35:4

——————
K
——————

K-E-I-T

75:18

Kadiant
  113:12

Kaiser
  30:9
  31:8,12

Kappel
  54:8,18
  100:23
  101:15
  104:5

Katherine
  100:24

Katie
  80:1
  81:3,6,7,
  10,23
  82:3,11

Keit
  52:25

Keith
  165:22

Kelly
  159:8,11

Kentucky
  60:20

kids
  16:20
  28:7,17,
  20,23
  29:7,11
  79:20
  114:14
  129:9
  132:10
  152:11
  173:16,22
  174:8

Kim
  94:8
  122:1

kind
  62:13
  68:9 71:9
  173:4

kinds
  37:17
  161:3

knew
  55:14

knowing
  177:22

knowledge
  37:17
  50:11
  100:13
  135:16
  137:7
  138:10,16
  144:22
  149:15
  153:25
  154:5
  156:24
  157:2,23
  158:15
  166:5
  167:9,25
  170:5,9,
  13,17
  171:14
  173:6,21
  177:9
  184:25

——————
L
——————

LAC
  146:15,23

lack
  119:16
  120:15

land
  119:25

120:19

lane
  30:5,16,
  19

language
  38:5
  101:25

large
  110:18
  156:7

Lavina
  18:19
  19:2,4
  38:11,14
  95:2

law
  59:24

lawsuit
  13:7
  157:20
  158:3,6
  164:1,2,
  6,8 169:5

lawyers
  59:22
  185:22

Layla
  53:12

LCSW
  64:15

LCSWS
  63:22

lead
  29:10,13
  63:17
  65:17
  109:16
  169:22

leadership
  41:7
  137:14

180:21

leads
  77:8
  130:3

learned
  158:5

learning
  65:10

LEAS
  53:20
  55:6,13
  56:12,16,
  17,20,23
  57:1,3
  68:16
  130:15

led
  46:1
  89:13
  90:8
  128:2,15,
  18 151:25
  152:8
  185:4

left
  8:8,11
  27:20
  38:13
  51:13
  71:25
  74:2 75:9
  76:7 94:3
  128:12

Legal
  59:18
  60:2
  65:18

legislative
  29:2,3
  146:23
  147:8

legislature
  41:6



70:22

**length**
161:14
166:17

**letter**
91:5,10

**level**
44:1
81:16,19
84:15
175:21,22
176:8,11,
19

**liability**
28:8

**liaison**
24:6
25:15,20,
25 173:5

**library**
33:14
126:11,14

**licensed**
64:13,16,
18

**licenses**
17:10

**licensing**
116:19

**lies**
94:21

**life**
59:4

**likewise**
15:21
39:23
152:7

**limit**
43:12

**Linda**

36:6,13
37:15
140:17

**Lindsey**
128:15

**lines**
56:4,5

**Lisa**
74:15

**list**
50:24
64:6 80:9
90:12
93:4,9
126:6,10
138:12
163:4
181:22

**listed**
92:6
146:5

**listen**
136:4

**litigation**
95:12
164:4,13

**live**
69:12

**LMFT**
64:17

**LMFTS**
63:22
64:23

**local**
53:20
54:22

**located**
58:8
88:10
161:11

**lock-ins**

61:3

**Loke**
74:2,9

**long**
36:24
39:3
86:21
102:18
103:8
131:10
169:8

**longer**
43:14
73:13
74:15
76:5
99:12

**looked**
37:20
143:1
153:8
155:17

**lost**
130:10

**lot**
35:11
43:14
60:18
62:17
68:10,11
70:3
71:7,18
78:24
114:2
116:17,20
117:1
119:24,25
120:1,2,
17,19
167:17

**lots**
46:12
47:19
69:6

**low**
79:18

**LPC**
64:12

**LPCS**
63:23

**Luca**
18:19
19:4
38:11,14
95:2

**lunch**
71:24
72:1,4
122:3

**Lynnette**
18:6,12
39:24
74:22
75:22
88:12
128:4,5,
18,20
186:10

**Lynnette's**
94:21
147:24

—————————

**M**

—————————

**made**
42:14
43:16
59:7 79:1
87:3,12
105:17
112:2,13
121:2
143:9
145:8
155:15
180:1

**main**
95:23

**maintain**
17:10
86:13,14
126:6
163:12

**maintains**
163:4

**make**
14:5
17:16
19:22
23:5
42:19,20
45:7
49:25
82:22
89:2
95:25
102:13
133:9
139:1
143:8
155:12
157:16
172:20
177:15
180:9
181:6

**makes**
71:24
107:14
125:15

**making**
111:24

**maladaptive**
115:13

**managed**
79:14,22
80:7,15,
19,25
89:8,9
127:23,25



129:15
131:7,19,
21 132:21

management
14:21
16:14
27:21
29:22
30:2 31:4
32:21,23
64:19
79:13
82:14,17
94:19,20
95:16
100:7
130:23
131:13,17
132:1,9,
11,17
151:19

manager
24:9,14
25:12
26:11,13
27:16
173:3

manages
107:9

mandate
20:2

mansion
116:11

manual
20:7
34:17
36:16,18
41:10
64:4
71:7,16
92:21
95:6
96:25
97:7,13

103:10
107:1,2,9
109:18,
19,22,24
110:2,5,9
111:24
112:8
115:23
121:15,19
125:1

manuals
32:6 89:5
95:11
96:6
97:10
107:20
109:15
110:15
121:11
125:11,14

MAP
95:8
109:25

March
72:21
73:5

Mario
154:25

marked
8:23
35:21
54:1 66:5
72:15
91:4
96:13
98:5
101:3
106:3
108:11
110:25
122:8
127:6
140:6
145:22

158:25
171:21
175:2
179:1
182:13

marking
108:13

Marvis
185:9,10,
12

Mary
55:21,25
56:1

material
126:4

materials
45:5

matter
6:2 8:21
10:21
13:13
72:19
178:12,13
182:18

Maya
18:24
22:22
140:18

Mccall
36:6,13
37:15
140:17

Mcdonald's
59:3

Mckay
47:21
172:2,11

Mckay's
47:24

means
11:6

15:25
16:10,16,
24 31:3
45:17
52:7
59:23
64:13
65:4

measurement
19:19

measurement
s
152:20

measures
83:25
84:8,13
85:2
90:11,21
92:15
153:13
170:3

Medicaid
12:15
16:14,25
18:20
22:5,16
24:6,17
25:4,25
26:20
27:15,18
28:6,10,
17 29:14
30:18,22
31:14
32:2
33:12,22
34:20
38:3 40:9
41:2,14
48:16,22
49:4,22
51:7,10
59:4,23
60:13
61:8,13

63:18
65:5,18
67:13,17,
18,21,24
69:18,21,
25 77:7,
25 78:3,
5,8
79:13,18,
19,20,22
80:5,14,
17,19,24
81:23,25
89:12
90:10,17
91:11
95:3,16
96:19
101:18
102:14
103:9,10
104:12
106:9
108:23
111:6
113:22
115:18
116:18
119:17
122:13
123:22,23
127:10
128:23,24
129:5,18
130:15
131:22
132:4,16
133:3,12
134:4
136:14
139:24
146:9,15,
24 147:22
148:21
153:15
157:4,10
158:12



167:7
173:3,4

medical
  12:12,19,
  23,24
  13:2
  17:13,18
  18:8
  32:6,7
  33:17,25
  74:23
  88:9,13
  97:8
  101:20
  104:13
  113:18

medically
  13:22

Medicare
  16:24
  24:15
  113:21

medication
  11:11

meet
  30:21
  43:5,6
  81:15
  86:2
  136:4
  149:20
  185:24
  186:5

meeting
  50:2
  51:3,4
  60:5
  137:23,25
  138:1
  164:5
  182:20,
  22,25
  183:4,7,
  17 184:5,

6,7,12
185:21

meetings
  39:22
  46:13
  50:5
  77:22
  110:9
  150:16,
  18,21
  161:25
  162:3,5
  165:12
  183:20,22
  185:11

meets
  86:5

Melanie
  18:21
  22:21
  33:13
  76:5
  111:21
  112:7,9

Melinda
  50:15
  110:8

Melissa
  47:14
  175:5

member
  12:5
  33:24
  78:6
  83:14
  86:1
  113:25
  114:2
  150:11,
  13,14

members
  21:6,12
  30:19
  42:16

44:6,8,9
48:20
51:11
59:17
77:5
79:6,8,
10,12,13,
14,25
80:1,17,
18 95:22
113:3,23
124:8
142:25
144:8
155:13

members'
  46:21,25
  149:20

memories
  169:11

mental
  24:8,14
  35:6
  55:18
  56:9 63:5
  101:16,22
  102:6
  103:17
  104:15,18
  177:18
  184:18
  185:1

mentioned
  21:16
  26:2
  62:22
  154:9

MEQC
  28:10

met
  82:2
  85:10,15
  93:1
  173:14

method
  162:17

methodology
  94:14

metrics
  77:4 78:5
  84:20,25
  90:13,15
  144:17
  145:12
  149:20
  152:21

Middlebrooks
  99:7,10,
  13,18
  179:6

Middlebrooks'
  179:11
  185:9

mike
  134:17,18

million
  81:11

mine
  97:9

minute
  187:6

minutes
  7:10
  57:19
  71:23
  163:16
  168:7
  182:20

missed
  85:25

missing
  176:12

mission

181:12

mistaken
  107:3

mitigate
  45:25

modalities
  64:9

model
  118:14

modeling
  94:13

mom
  132:8

moment
  72:23
  74:17
  90:24
  101:5,6
  146:25
  187:5

Monday
  48:9,10

money
  123:9

Monica
  47:18

monitor
  119:5,6
  139:20
  148:3,9

monitored
  161:19,20

monitoring
  28:13,16
  139:24
  166:9
  167:10

monitors
  90:17
  167:13,18



month
    44:23
    46:7,10
    49:14
    86:2

monthly
    51:3

months
    24:8
    33:6,7
    40:1,4
    69:8

morning
    7:3,4
    62:22
    128:22
    134:23

Morris
    94:8
    122:1

motions
    43:25

mountain
    120:7,14

mountainous
    120:3

mountains
    120:5,8

mouth
    142:22

move
    66:17
    87:1
    97:25

moving
    39:19
    73:17

multi-
agency
    113:2

multiple

    12:19
    19:16
    35:18

mute
    40:19
    107:25
    134:17,18
    139:14

——————————

            N

——————————

Nakeba
    165:14

named
    54:8 64:5
    66:8
    172:15

names
    44:5 53:3
    131:16

nation
    117:4
    149:11

national
    30:8
    60:17
    113:11
    118:9,14

native
    67:3

nature
    85:17

necessarily
    144:2

necessity
    12:12,20,
    23,24
    13:2

needing
    124:6

Negative
    121:17

negotiation
    38:23

Nellie
    131:8

network
    15:11
    138:19,24
    139:1,18
    144:4
    149:19,21

new-born
    132:11

newly
    132:15

Nicole
    130:4,6,
    20 136:15

Noggel
    73:16

non-fee
    79:10

nonemergenc
y
    30:7

nontraditio
nal
    132:24
    133:6

normal
    110:10,13
    161:25

Norman
    6:19
    73:24

North
    120:9,10

note
    49:25

    54:5 67:2
    76:11
    96:20
    98:7
    106:11
    109:6
    110:21
    111:1
    141:21
    146:1

noted
    142:23

notes
    67:5,9

notice
    8:19 9:15
    54:2

November
    36:7

number
    43:12
    57:15
    66:22
    79:5,6
    95:21
    116:4
    117:2
    119:13
    146:21
    152:4,25
    153:15
    154:1,10,
    14 172:11
    182:18

numbers
    144:4,18
    152:11

numerous
    51:5

nursing
    55:7,15
    79:25
    81:20

    86:14
    110:4

——————————

            O

——————————

oath
    11:3,5
    52:4

object
    103:21
    175:24

obligation
    11:6

observation
    166:9

observed
    7:20

obtain
    134:5

occasion
    97:6

occasionall
y
    65:17

occupationa
l
    97:16
    115:2

occupied
    173:11

occur
    44:22

occurred
    29:3

October
    108:20
    109:4
    172:1
    173:13

OCYF



Case 1:16-cv-03088-ELR    Document 399    Filed 11/07/23    Page 222 of 239

BRIAN D. DOWD                                    June 23, 2022
UNITED STATES vs STATE OF GEORGIA                Index: Odrive..p.m.

15:13

**Odrive**
126:18

**offer**
133:7

**offered**
177:23

**office**
15:14
21:3
22:3,10,
12,13
27:14
49:17
59:14
76:23
77:2,8,
12,14,17,
19,20,24
78:10
83:9 86:9
87:3,4,
15,17,18,
21,23
88:6,10
89:13,16,
17 90:17
92:25
93:5,18,
19,23
94:1,15,
17,23
95:7 96:4
100:10
112:13
126:6
128:2
138:15
152:8
166:4
183:21,22

**officer**
74:5,11,
20 75:21

76:4,25

**offices**
69:18,23
70:1
76:19
88:12

**official**
13:25
43:10
128:7

**officials**
10:19

**Okefenokee'**
**s**
120:18

**Oklahoma**
60:20

**older**
11:11

**Olmstead**
67:20,23
68:3

**Ombudsperso**
**n**
58:16

**on-sight**
166:9

**ongoing**
51:1
53:15
56:25
57:11
58:10,12,
15,23
59:8,13
62:4
151:6

**online**
45:1,14
69:9
78:11

**open**
42:17
120:17
160:21,22
171:13

**operate**
62:3
134:6

**operating**
116:22
130:23
131:22

**operation**
40:2

**operational**
89:4

**operations**
17:14,19
26:24
29:18

**opine**
13:2

**opposed**
64:8
174:11

**option**
30:18
40:3
81:14
132:16
133:3

**options**
135:23

**order**
30:21
71:24
145:13

**org**
73:5,18
75:20
76:20,24
83:9

87:19
93:14,19,
20 94:2,
18

**organizatio**
**n**
57:24
58:2
72:20
73:9
76:13
79:14
82:5,10,
15,23
83:2,11,
22 84:10
85:15
86:6,22
132:1,9,
11,17
140:24,25
141:2
176:23

**organizatio**
**ns**
14:22
32:22,23
48:21
82:17
94:19,21
100:7
127:23
129:16
130:23
131:13,
17,21
151:19

**organized**
147:25

**origins**
123:6

**OT/PT**
118:7

**OTP**

97:15

**OTPT**
97:13

**outcome**
170:3

**outcomes**
85:3
153:5

**outline**
181:11

**outlined**
45:13
115:23

**outpatient**
114:21
115:19

**oversee**
33:18,21

**oversees**
20:1

**oversight**
83:3,5,10
94:19,20
137:21
150:6

**owner**
83:19
111:24
128:11

**owners**
86:20
143:6

**ownership**
20:6

_____

**P**

_____

**p.m.**
125:25
187:20



PA
  155:18,19

package
  24:22
  65:7
  153:11

Pages
  54:21
  91:8
  160:6
  162:8

paid
  99:1

pandemic
  10:7

panel
  118:10

paper
  30:17

papers
  30:6

paragraph
  177:13

paramount
  19:21

parentheses
  127:13
  177:19,21

parents
  81:10
  143:18
  144:7

part
  28:12
  36:23
  40:2
  46:21
  66:3
  70:9,11,
  17 104:22
  107:1,16

109:18
113:6
123:2,8
124:12,14
127:24
137:2,18,
23
138:20,25
139:2
140:8
142:5
143:4,15
146:20
147:18
156:12
157:24
161:25
164:6,8
165:11
176:12,13
177:16
179:4,16
185:13

participant
s
  175:20
  176:15

participate
  39:22
  128:20
  184:9

participate
d
  12:8,11
  44:13
  173:24

participate
s
  184:11,14

participati
ng
  128:18
  182:25

parts

35:18
65:25
145:24
181:4

PAS
  84:24

passed
  111:21

passes
  41:6,7

past
  12:8
  38:23
  176:22

Patel
  47:18

Pathways
  39:20
  40:5

patience
  108:2

Patrick
  6:13

Paul
  6:19 9:23
  73:22,24
  186:1

pave
  123:24

paving
  123:24

pay
  80:7
  95:24
  96:1

payment
  19:19

pays
  95:20

Peachcare

16:19,20
28:7,14,
20 29:7,
11 79:19
129:9

Peachstate
  131:2,3

pediatric
  12:13
  32:10
  49:10
  68:9

peer
  63:11

pending
  7:14 42:6
  51:17,20
  156:6

people
  23:5
  28:23
  31:16
  37:16
  38:21
  39:2,3,
  20,24
  40:8
  47:19
  50:1
  51:14
  52:21,23
  59:2
  68:12
  69:7,10
  71:19
  77:15
  78:6
  79:12
  83:18
  110:13
  116:10,12
  120:1
  134:21
  138:2

143:2
157:6
162:4
178:16
180:22

percent
  79:15
  80:24
  85:18
  86:3,4
  130:10

percentage
  80:16

perform
  115:24
  145:13
  152:1,8

performed
  22:1,17
  153:17
  157:13

performing
  85:14
  86:23

performs
  145:4

period
  178:20

periodic
  16:1 50:4
  108:17
  119:12
  177:17

periodicall
y
  119:12

permitted
  154:17

person
  36:15
  38:24,25
  39:2 50:8



71:6 84:2
95:2
97:11
136:15
169:19
174:9

**personal**
13:11

**personally**
13:25
177:10

**perspective**
103:1

**petitioned**
81:13

**PHE**
32:17

**phone**
46:15
183:9

**physical**
97:17
115:3
126:13

**physician**
34:1
49:12

**pick**
71:25

**Pico**
6:17 72:3
103:21
163:21
175:24
187:16

**pieces**
181:8,15

**pivot**
36:20
93:14
142:3

**Pivoting**
147:18

**place**
33:8
117:8

**placement**
51:12
156:20
166:17

**places**
141:22

**placing**
156:16

**plaintiff**
13:6

**Plaintiff's**
8:22
35:20
53:25
66:4
72:14
96:12
98:4
101:2
106:2
108:10
110:24
122:7
127:5
140:5
145:21
158:24
175:1
182:12

**plan**
33:12,14,
16,23
34:10,20,
24 35:9
36:11
37:7
40:2,3
41:9,24
42:2,8,25

43:2,17,
18,21
44:19
45:9,13
46:2
47:5,9
48:3,5
51:16
61:9
75:7,8
90:17
92:21
123:25
126:7,19,
24
132:13,14
139:25
151:1,7
178:14,20
179:19,24
180:2,5,
6,11,17,
22,25
181:5,8,
9,18,21,
23

**planned**
59:1

**planning**
39:22
59:25
93:20
178:11

**plans**
17:14,19
18:9
74:24
88:9,14
134:6
180:14

**play**
167:10

**played**
170:14

**plenty**
120:13

**point**
7:12,18
39:24
61:15
77:10
83:8 84:2
95:10
111:22
116:13
117:5
157:24
162:3
174:20

**points**
77:16

**policies**
23:8
96:16
106:6
108:17
111:4
121:24
122:11

**policy**
17:14,19
18:23
22:1 23:5
24:21
27:13
28:5
30:5,17
32:6,8
33:17,25
34:17
41:10
48:19
71:6
74:5,19
75:21
76:25
77:16
89:5 93:7
95:1,4,6,

11 96:6
97:7,8,
10,12,21,
24,25
103:9
106:1,16,
19 107:2,
4,8,9,13,
15,19,20
108:21
109:3,8,
14,15,18,
19,21,24
110:1,2,
5,9,14,
15,17
111:10,
13,16,19,
24 112:8,
10,14,15,
17,21,25
113:4,7,
10 114:7,
21,23
115:25
116:23
118:2,5,
11,13,16,
24 120:24
121:5,9,
14 123:5
125:1,11,
14 127:1
143:6
150:22
174:9
178:12,
13,16,17

**pop**
187:6

**population**
13:20
40:13
68:13
133:20,23



populations
133:3

portal
39:1,4

portion
150:4

pose
78:10
104:9
130:1,20
174:2

posed
54:18
55:18
56:6
147:8
149:3

poses
98:24

position
17:22
18:5,10,
15,22
27:17
31:24,25
74:3
75:25
76:4
94:12
128:13
147:24
169:19
179:11

positions
23:12
73:17
76:8

postdating
111:19

postpartum
39:25

pounds

45:22

Powerpoint
116:4
162:9
170:23

practices
154:2

practitione
rs
64:5

Prats
6:17 72:3
103:21
163:21
175:24
187:16

pre-
pandemic
17:24

pregnant
12:15
132:10
133:9

prenatal
133:10

preparation
10:24
171:5
186:17

prepare
185:19

present
44:18
156:16

presentatio
n
44:25
45:4,6
60:22
65:16
66:12
67:9,12,

14 68:4,
8,15,18,
21 69:1,
5,12,17,
23 116:4,
9,16
157:22
162:12
168:25
169:7,9
170:20,
22,25
181:14

presentatio
ns
67:16
68:11
69:7,9
70:3
160:2

presented
44:15,17
69:25
170:22

previous
179:23

previously
27:23
40:3
49:17
87:8 91:4
93:15
104:22
128:2,11
151:25
152:8
173:11
185:4
186:18

Price
55:22,25
56:1

primarily
120:15

primary
70:24
71:3

principal
107:12
111:15
113:4

principles
185:22

prior
23:12
31:24
82:12
84:16,18,
20 86:7
135:5,9,
12 155:20
156:20
183:17

private
27:21
31:5
81:10,11
118:10

problems
85:9

procedures
24:24
25:1
96:16
106:7
108:17
111:4
122:11

process
25:3
42:8,12
78:17
83:4
135:9,12,
19 141:23
142:14,19
143:4,5
155:9,10,

11,15,18
156:3,14

produced
67:3
72:18
76:14
95:12
98:2
108:14
111:2
127:8
140:8
181:25
182:17

professiona
l
17:8,10
64:13
127:14

program
12:4,13
13:17,21
16:17,20
26:25
27:9
28:7,14,
24 30:2
32:11
34:15
49:10
60:7,10,
20 62:3
68:9,22
71:5
76:24
77:3,7,8,
20 81:7,
24 84:16
85:22
101:21
104:15
105:23
113:19
136:2
149:10



157:18,
19,23
158:5,9,
16 165:24
166:2,17
168:14,
17,22
169:2,13,
22,25
170:15,
18,22
171:16
175:23
176:4
177:2,4,6

**programs**
63:4
110:4
121:5
136:3
146:24

**prohibition**
102:10,11
129:7

**prohibits**
129:2

**project**
123:1,7,
13 125:6
184:18

**projects**
123:10

**pronouncing**
172:18

**proposal**
44:2

**proposed**
46:1 47:9
48:3
126:7,20

**provide**
27:8 35:9
40:7

63:23
70:11,16
120:24
121:4
124:4
166:5

**provided**
35:11
47:25
118:15
121:4
148:15,25
149:7,23
161:4
187:14

**provider**
48:21
65:3,8
89:10,12
95:20,21
119:6
121:11
129:24
130:2,8,
21 136:3,
6 138:19
139:1
142:6,21
144:4,18
149:19,21
150:5
153:20
162:17
172:3
173:16
174:8

**providers**
21:6,8,11
22:2
24:17
25:8
46:7,10,
17 49:1,5
77:5
80:8,9

84:23
93:6
113:3,8,
11 117:19
118:2,4,
6,7,8,21,
23,25
119:11,
13,15,16
120:14,15
121:21
129:19,22
130:15
134:1,8
135:6,16
139:2,21
142:23,25
143:17
144:8
149:5
153:15
154:1,6
155:13
157:3
158:11
162:25
163:5
167:7,11

**providing**
27:4
67:12
70:7
102:14
117:7,20,
21

**Provision**
127:14

**PRTF**
51:17
60:22
61:23
79:5 87:7
153:8
155:8,24
156:21,25

**PRTFS**
51:16,19
60:24
154:10,
11,15,17,
20 155:16
156:4,8,
10,14,15,
19

**psychiatric**
51:18
61:24

**psychiatris
ts**
63:22

**psychologic
al**
34:2,5
62:24
63:21
64:4 65:9
104:21

**psychologis
ts**
63:22

**psychosocia
l**
63:10

**public**
15:3
32:18,19
42:10,14,
17,20,24
44:24
78:13
96:7
103:5
113:15
116:17
118:10
127:10
160:8,13

**publicly**
42:14

45:1

**published**
23:8
35:15
42:13
54:4
65:24
100:19
106:4
108:12
122:5
145:19
146:20
159:2
171:23
174:24
179:3

**pull**
8:18
35:12
64:3
65:22
72:13
91:2
93:16
96:11
98:1
145:17
146:18
158:21
173:17
174:7
182:3

**pulled**
67:3
127:9
159:22
169:4

**Purcell**
74:12

**purpose**
67:16
109:13
155:7



purposes
   71:1

purview
   94:21
   137:20

put
   57:14
   90:24
   93:13
   95:9
   105:11,25
   107:23
   114:4
   128:21
   136:21,25
   145:16,18
   159:24
   163:14
   174:21
   178:9

Q

quadrants
   71:2

qualificati
ons
   30:21

qualify
   81:5

quality
   28:11
   77:4
   88:15
   90:7,9,
   13,15
   92:8,9,14
   137:12
   150:4
   153:20,21

quarter
   107:20

quarterly
   83:24
   85:11
   107:21
   109:5,24
   110:6

query
   149:23

Quesenberry
   172:12

question
   7:14,23
   12:21,22
   38:6
   55:17
   56:5 58:9
   59:3
   62:7,9
   78:8 91:1
   95:4
   98:24
   99:2,5,22
   102:2
   103:16
   104:9,10
   105:5
   110:14
   126:3
   127:18
   129:25
   130:1,19
   134:17
   145:7
   148:2,5,
   25 149:3,
   7,18,25
   154:18
   159:14,20
   160:9
   174:2
   176:8
   177:25

questioning
   163:16

questions
   7:9 11:13
   19:6
   24:20,23
   25:7
   38:17,21
   39:21
   43:4,10,
   11,15
   44:16
   48:19
   50:10,22
   51:15,22
   54:11,18,
   21 59:15
   62:13,16,
   17,19
   71:4,7,9
   77:15
   78:24
   84:3,24
   90:2,4
   97:13
   126:23
   135:8
   147:8,13
   150:2,22
   151:17
   158:18
   164:10
   168:22
   175:9
   178:17,18
   180:4,8
   185:6
   187:12,15

quick
   168:6

quickly
   74:4
   100:18

R

Rachel

54:8,18
   73:23
   100:23
   101:14
   104:5

Rahming
   165:14

RAI
   43:9

RAIS
   43:13

ran
   81:11

range
   136:7

rate
   19:19
   49:2,5,8,
   15 50:3
   51:17,20
   80:16
   85:18
   94:13
   156:7

rates
   48:16,19,
   21,25
   49:11,12,
   13,22
   51:21
   62:16
   70:22

raw
   152:11

re-engaged
   164:1

react
   115:12

read
   23:1
   104:11
   172:8

177:14

reader
   26:16

reads
   127:11
   148:21
   149:3,18
   179:17

ready
   125:17

Reagan
   30:10
   81:8,13

reality
   180:7

reask
   165:7

reason
   11:8
   102:2
   103:16
   104:10
   150:20

Rebecca
   88:25
   89:2
   98:21

rebranded
   174:19

recall
   59:10
   61:21,22
   131:16
   142:14
   146:11
   147:15
   156:5
   182:24

receive
   12:6 15:5
   17:6 25:7
   48:20,25



49:23
51:5
105:8
128:24
152:3,4
153:6

**received**
37:18
49:8
51:25
60:9
62:14
79:7 91:6
104:5
136:17
151:18
166:12,
16,20

**receiving**
13:15
25:4
59:10
78:6,17
81:4
98:24
129:2
146:11
148:23
152:25
153:4
169:1
173:22

**recent**
11:24
49:6 51:8
52:7
70:21
76:12
109:8
164:1,2
177:17
186:24

**recently**
13:12
40:1

51:22
52:1
61:1,16
89:21

**recess**
72:7
125:23
168:10
182:10
187:9

**recipient**
54:9 98:9
175:7

**recipients**
79:24
85:3

**reclassifie
d**
17:24

**recollectio
n**
144:5
180:1

**reconsideri
ng**
143:23,25

**record**
6:6 7:6,
22 8:19
19:1
26:15
35:17
36:22
44:24
48:12
54:6 63:2
64:12
66:2,22
67:2
72:6,8,17
75:6
76:12
91:5
96:20

98:7
100:21
106:11
108:13
109:6
111:1
112:6
122:9
125:21,25
127:7
128:1
134:24
139:7,8,
9,15
140:9
142:4
146:1,21
159:4
165:5
168:9,11
171:25
175:4
177:12
178:7
179:5
180:10
182:7,9,
11,16
187:8,10,
18

**recorded**
7:21

**records**
126:17

**red**
119:25

**redirect**
138:3,4

**refer**
14:8,12,
16 15:9,
13 16:23
144:10

**reference**

14:20
15:18,22
16:4,8,13
140:21
141:25
178:1
180:4
184:17,20

**referenced**
31:7
58:18
64:15
65:16
106:17

**references**
141:9
150:7

**referrals**
166:13

**referred**
167:15,20

**referring**
14:9,13,
17,21,25
15:3,10,
14 25:3
62:11
74:5
75:7,11

**refers**
99:6

**reflected**
124:22

**reflects**
76:15

**region**
139:22
166:14

**regional**
57:5
69:18,22
70:1

170:10

**regions**
119:14
120:11,14

**Register**
88:5

**registry**
86:15

**regular**
46:25
57:3
58:10
59:8 60:4
62:10
70:8,14
78:4
150:15

**regularly**
59:1
60:19
62:6
183:19

**regulations**
86:19
102:25

**rehab**
63:10
153:11

**Rehabilitat
ion**
106:8,16

**reimbursabl
e**
22:16
48:16,22
49:23
100:6
102:15
128:24
139:24
157:4,10

**reimbursed**



49:4
82:15

reimbursement
24:24
25:1,4
49:11
93:3,7
94:5,9,12

reimbursing
92:23

reject
43:18

rejoined
126:8

relate
65:9 85:3
97:24

related
12:12,19
20:15
24:21
27:2 28:5
31:13
33:22,24,
25 34:20
35:3,5
39:21
50:10
51:6 56:6
59:15,22
61:23
62:1
65:21
67:19
79:5 87:8
93:2
97:13,14
138:5
141:5
143:12
150:23
162:2
169:23

relates
22:22
51:16
153:21

relating
12:23
34:25
37:8 47:5
49:15
52:9
54:22
68:2
87:5,9,13
90:15
101:15
105:21
137:3,8
138:16
151:19
152:3,25
153:5
154:9
155:8
159:6
169:20
170:21

relation
56:22
149:8
169:4

relationshi
p
56:12,15,
17,19
65:1
133:25

relevant
114:12

relied
116:14

relying
157:12

remain
76:1

remember
9:20
12:16
14:1 24:5
27:12
28:18
29:16,19
30:13
32:17
33:6 34:7
35:10
37:13,19,
20 47:7,
15 52:5,
14,18
53:4
60:23
61:2 68:7
70:3
116:3,24,
25 124:17
131:10
142:10,17
143:11,12
145:3
147:13
150:24
164:14
169:3,4
173:1
179:22
186:19

remind
34:23
174:5

reminded
177:17

Renee
40:19

renewal
38:14

renewed

125:8

reorg
17:23
32:15,16

reorganizat
ion
176:16

reorganized
27:18

rephrase
50:17
103:14
105:9
154:13

replaced
74:1,8
76:7

report
18:4 21:5
90:22
99:13,16
156:8
181:25

reported
18:11
53:8

reporter
6:8,11

reporting
75:14,21
77:24
78:18
79:2
87:3,15
105:15,18
117:12

reports
28:19
38:10,12
51:22
78:4

represent
91:5

representat
ions
145:8

representat
ive
128:17

request
7:13
43:3,8
76:15
78:3,10,
22 79:1,4
82:24
87:7
101:14
104:4
105:11,
17,20
109:9
146:9
164:10

requested
68:24
70:13
121:7

requests
49:8,15
59:10
60:9
78:20
87:4,9,12

required
29:2
153:2

requirement
s
85:8
92:23
93:1,2

RESA
57:8



**RESAS**
57:11

**research**
173:16

**residential**
51:18
61:24

**resistant**
45:21

**resolve**
135:24

**respect**
13:2
20:14
32:21
33:12
34:11
37:11
38:3
39:13
40:23
41:2
48:16,21,
25 49:8
50:7 51:9
52:1
57:23
58:5
60:7,10
61:8,13
70:6
83:22
90:19
92:9
107:8
135:12
154:5
156:4,18
157:3
161:17
164:12,
16,18,21,
24 165:9
168:14,17

169:13
173:21
176:4
177:1,6
178:11
185:1,17

**respite**
110:1,2

**respond**
25:8
99:24
176:9

**responded**
43:10

**responding**
100:2

**responds**
99:18

**response**
52:20
55:5
91:16,24
92:3
99:4,5
101:17
102:16
136:22
142:19
143:8,10
146:8
148:8,25
149:7,23

**responses**
54:18
147:7,12,
16

**responsibil
ities**
23:11
41:1,5
57:23
58:5 82:9
84:4 86:7

89:22
107:8
168:17

**responsibil
ity**
42:25
50:18
76:19
85:14
97:20
122:22
138:16
148:22
180:14

**responsible**
19:14,18,
21 21:7
82:1
83:10
92:25
94:18,24
107:4
121:23
128:8
136:1,16
142:18

**responsive**
84:16
91:8

**responsiven
ess**
85:1

**rest**
162:6

**restriction**
102:14

**restriction
s**
115:20

**restrictive**
68:1

**result**
142:15

158:6

**results**
141:18
142:1
181:24

**retire**
33:5

**retired**
33:4
88:20
89:21

**retirement**
89:23

**return**
43:11

**revealed**
124:16

**revealing**
185:23

**review**
9:1 10:23
34:10,19,
24 36:25
37:18,24
43:1
45:14
54:11
66:14
68:7
72:23
82:5,10,
12,17,23
83:1,11,
22,24
84:10,18
85:3,7,15
86:6,22
90:14
91:15,22
97:7
98:11
101:6
109:13,24

110:15
121:22
137:2,8
139:1
140:11
151:17
152:3,11,
13,24
154:9
156:12,18
157:3
159:13
171:12
172:5
173:22
175:8
179:4,13
186:16

**reviewed**
36:3
37:6,20
54:15
73:3 92:1
97:4
98:15
101:10
106:19,22
107:1
109:19
110:10,12
140:15
147:4
151:18
159:17
171:5
175:13
180:25
181:4,7

**reviewing**
9:13
35:25
104:4
109:21
121:23
142:10
153:5,12



reviews
    9:14 36:2
    37:5
    54:14
    72:25
    84:15
    85:12
    86:9
    91:21
    98:14
    101:9
    112:15,17
    140:14
    147:3
    159:16
    172:7
    175:12
revised
    96:19
    97:2
    106:9,23
    111:7
    146:16
revisions
    111:18,24
revisit
    62:21
    64:21
    136:6
revisited
    169:10
revisiting
    126:4
rewrite
    84:7
rewrote
    30:1
Rhodes
    18:6,12
    75:22
    128:5,18
    186:10

Rhodes'
    88:13
rigorous
    145:13
rising
    132:23
Robin
    62:11,12,
    14,19
    121:3
Robinson
    6:9
robust
    149:10
role
    19:10
    22:22
    23:11
    24:17
    25:11,15
    26:8
    27:25
    28:2,12
    32:3,14
    33:12
    37:11
    43:24
    57:23
    58:20
    74:5,14
    88:13
    99:14
    111:12
    112:12
    122:19
    147:11
    160:12
    161:17
    169:13,
    15,16,24
    170:2,5,
    9,14,17
    173:5,10
    175:25

176:4
177:3,6,
8,10
178:10
roles
    24:3
    27:23
    74:21
    160:7,10
    175:20
    176:14
    177:1
roll
    167:9
room
    187:6
route
    40:8
    133:4
row
    184:1
rule
    19:22
    20:14,15
rules
    31:14,16
    69:21
    115:18
    130:17
    139:20
    157:11
run
    14:3
    50:23
    78:3
    100:11
    105:7
rural
    87:18,22,
    24 120:1,
    3
Ryan

74:1,9

―――――

S

―――――

sample
    173:16,22
    174:8
San
    39:9
Sandra
    99:6,10,
    13,18
    179:6,10
    185:9
sat
    157:21
satisfied
    42:24
Savannah
    141:5
SBMH
    56:6,8
scan
    141:10,
    13,19
    142:1,16,
    20,22
    143:16,24
    144:9,14
    181:25
scans
    144:22
scheduled
    59:1 60:4
    62:10
school
    16:4
    55:6,7,15
    68:19
    96:17
    98:25

99:9
101:21
102:9,17
103:7,20
104:14,19
105:1,22
115:18,21
117:7
129:3
166:14
school-
based
    56:8
    101:16,19
    104:12
    170:11
    177:18
    184:18
    185:1
schools
    10:14
    15:4 55:7
    91:12
    128:24
    129:18,23
science
    142:23
scope
    123:23
screen
    93:17
    110:20
    136:21
    137:1
    145:18
    147:2
screening
    16:1
    85:23,24
    86:1
    108:18
    160:15
scroll
    67:6



110:22
112:1
160:13

**scrolling**
147:6

**search**
163:1
186:18

**searched**
186:22

**secondary**
70:25
71:3

**section**
34:15
78:15
86:19
88:9,15
90:8 92:8
100:9
105:13,
15,18
122:1
128:18
137:12
143:5
148:9
151:25
153:17
174:7,13

**sections**
78:4
89:25

**security**
79:24
81:25

**SED**
14:24
15:4

**seek**
42:10
59:17
114:9

**send**
38:12
51:14

**sender**
98:9

**senior**
74:14

**sense**
71:24
125:16

**sentence**
98:23
175:17
176:12,20

**separate**
86:16

**separately**
109:11

**September**
66:8
159:9
175:6

**series**
50:21
151:16

**serve**
81:17,21

**served**
8:20
160:10

**service**
15:22
19:17,23
26:23
29:22
34:3
41:16
45:24
46:19
52:10
57:6
58:21

62:5,15,
20,24,25
63:5,6,20
65:1,12
70:12
71:17
78:9
79:6,8,
10,11
80:5,8,
10,15,20
82:15,18
88:17,18,
19 89:16
90:10
92:23
94:14,24
103:8
113:10
115:14,
15,17,23,
25 117:9,
12,20,22
118:16,18
119:1
120:24
123:14,
15,18
124:2,7,
12,19
133:1,7,
11,16,20
134:1,8
135:6,10
138:5
139:24
146:9
154:17
155:12
156:10,17
158:20
161:19,20
163:3
167:11
168:1
171:15

**services**
12:5
13:3,15
15:6
16:5,8,25
20:3,4,
10,21
21:1
22:5,16
23:25
24:1 25:5
26:3,5,9
27:2 32:7
33:18,21
34:1,5,
12,21
35:1,3,6
37:8
38:12
40:24
41:3,13,
14,18,21
45:8 47:2
48:17,22
49:4,7,
11,12,17,
23 51:12
52:2,16
57:24
58:1
59:18
61:3,14
63:7,9,
12,21,23
64:2,4,6
65:5,9
78:7 80:9
82:13,20,
25 84:17
85:4
87:6,10,
14 90:16,
20 91:12
92:2,6,
10,16,18
93:3,9
94:5,9,12

95:24
96:17
98:25
99:9,21
100:6,13
101:19,
21,22
102:7,15
103:2,7,
18,20
104:13,
15,18,19,
20,21
105:1,22
106:8,16
108:19
111:5
112:14
113:22
114:21
123:10,20
124:4,6
127:15
128:24
129:2,12,
24 131:23
132:18,25
133:6,14,
18,22
135:5
136:11
137:4,9,
17
138:11,17
140:2,19
143:18
144:24
148:23
149:4
151:20
152:5,12
153:1,6,
16 157:4,
11 158:12
159:7
160:20
161:4,7



162:18,25
166:22,25
167:15,20
170:11
173:22
177:18
184:19
185:2

**serving**
67:25

**set**
48:19
63:23
64:7
77:22
83:24
84:9
92:22
110:16
133:13,22
178:20

**setting**
15:3
20:18,23
48:16,18
68:1
102:10,17
103:8
115:18
117:12,21
129:3
161:4

**settings**
19:22
21:2
117:7

**settlement**
35:4,5

**severely**
13:22

**Shantae**
39:8

**shaping**

169:24
170:3,6

**Shardae**
172:2,15,
21,22,25

**shared**
164:7,11

**sharing**
38:1
121:9
125:10
151:15

**Shaw**
39:8,10

**Shawn**
155:1

**SHBP**
75:5

**shift**
168:21
176:16

**shop**
151:8,10
157:15

**shortage**
149:5

**shorthand**
16:19

**show**
8:4 53:22
65:20
67:6
72:11
90:25
95:10
96:9
97:23
100:18
106:1
108:5
110:17,19
122:3

127:3
140:3
146:14
171:18
174:22
178:23
179:13
182:2,15

**showed**
9:22 91:3

**showing**
100:17
154:14
166:13,
17,21,25
179:8

**side**
93:20
94:3
177:21

**significant**
106:25
112:17

**Silling**
6:7

**similar**
12:8
67:11
113:19
162:12

**Simon**
76:5

**single**
63:18

**Sir**
54:4

**site**
156:9

**sitting**
37:22
100:5
156:23

181:17,19

**skill**
41:22

**skip**
87:17

**skipped**
176:13

**Skipping**
143:14

**slides**
159:22,
23,24
171:12

**Smith-dixon**
165:20

**SNAP**
26:17
30:21

**Snyder**
98:20

**social**
64:16

**Solution**
53:2

**Solutions**
82:4,6,11
174:6,11

**someone's**
123:24

**Sonyia**
76:10

**sort**
31:17
41:23
78:7

**Source**
131:2,4

**South**
146:22
147:8

**Southeast**
120:16

**Southwest**
119:24
120:10,15

**SPA**
36:8,11
43:7,8
51:21

**speak**
56:21
75:2
115:10
118:12
151:3
157:24
176:5
177:11

**speaker's**
67:4

**spearhead**
151:9

**specialist**
34:15

**specialized**
80:2
123:20

**specific**
21:3,14
28:17
46:18
47:7
49:3,7,16
50:8
59:15
62:9 68:2
78:9
106:22
109:15
115:8
134:12
135:12
136:9



139:19
144:23
150:22
152:10,14
155:14
158:19
163:25
171:16
174:8
178:16,17
181:8
183:24
184:5

**specificall
y**
23:25
29:15
32:21
35:8,10
44:19
59:12
61:8
67:20
68:13
87:5
91:10
101:24
103:19
104:17
135:4
136:24
137:11
143:12
151:9
162:8
163:11
172:12
185:7,25

**specifics**
55:15
124:18
140:1

**spectrum**
20:7
71:12,17

111:4
112:14
113:10
114:22,25
115:4
124:6
149:9
158:19
159:7
162:18,25

**speculate**
103:24

**speech**
97:14,16
115:2
118:7

**spell**
7:5

**spend**
104:3

**Sperbeck**
47:14
175:5

**spoken**
62:1
118:9

**SSI**
81:4

**stabilizati
on**
161:2

**staff**
27:5,9
50:3
56:24
57:2
68:22
69:2
70:7,9
75:25
83:14
87:13
89:15

105:21
114:7
119:6,10
121:5
151:22
152:7
153:4
154:1,25
166:6,8
168:16,
18,20

**staffing**
167:4

**stamp**
26:21

**stamps**
26:16

**stand**
13:16
102:24

**standardize
d**
155:21,23

**standardizi
ng**
155:17

**standards**
155:19

**standing**
114:1
162:3

**standpoint**
89:4

**stands**
20:9
36:11
69:15
71:11
95:16
174:5

**start**
7:24  38:7

79:19
181:14

**starts**
91:17
101:14

**state**
6:4,18
8:20
10:19
11:22
13:9,19
15:18
16:20
17:5
19:14,15,
16  21:16,
23  22:4,
17,23
23:19,22
27:14
29:22
31:1
33:12,14,
16,22
34:10,20,
24  35:9
36:11
37:7,9
40:2,3
41:9,24
42:2,8,25
43:2,17,
18,21
44:19
45:8,13
46:1
47:5,9
48:3,5
50:23
51:16
58:5,21
60:25
61:2,3,9
63:14,17,
18  67:4
72:18

75:7,8
76:14
84:18
86:15
87:18,21,
23  90:16
91:7
92:21
95:12
108:14
111:2
113:13,17
116:5,8,
20  118:19
119:14,
16,19
126:7,19,
24  127:8,
11  131:6,
14,18
137:5,10
139:3,25
146:24
149:4,18
150:25
151:7
182:17

**state's**
31:14
91:15,24
92:3
95:13
96:21
102:16
106:12
124:22
127:10
136:22
148:21

**stated**
175:25

**statement**
102:3
103:13,17
104:11,25



176:10
181:12,13

**statements**
142:22

**states**
6:3,14,16
10:18
31:18,23
60:18,23
61:5 62:2
72:19
80:3
81:14
91:6,9
108:15
111:3
117:4
118:12
127:9
132:22
133:2
136:23
149:11
182:17

**states'**
60:13
61:8,13

**statewide**
117:19
119:7,10
138:11

**status**
42:5

**stay**
89:5
161:14

**stenographe
r**
7:21

**Stephen**
88:5

**stipulation
s**
83:6

**stop**
38:1
100:17
121:9
125:10
151:15

**strategic**
178:11,
14,20
179:18,24
180:2,5,
6,11,14,
17,22,25
181:5,8,
9,18,20,
21

**stressor**
45:23

**students**
59:24
67:19
154:11
167:1

**study**
168:3

**stuff**
37:17
78:7 89:1
90:10

**subject**
12:2,10
21:21,23
36:7 79:4
140:18
141:3
146:8
148:12
172:2
175:14
178:12,13

**submit**
33:19
39:1
42:16,25
121:21

**submits**
38:24

**submitted**
42:2
43:21
44:2
126:12,23
142:21
154:16

**substance**
11:12

**substation**
62:15

**sued**
13:8,25

**sufficient**
149:19

**suggest**
77:6

**suggestions**
77:6
156:12

**summary**
183:11

**super**
38:25

**supervise**
18:14,17,
18,19,20,
23,24
19:7,10
22:18
50:9,12
56:25
57:2

**supervised**

34:18
49:17

**supervision**
83:14

**supervisor**
26:14

**supplementa
l**
79:24
81:25
91:8,16
92:3
102:16
136:22

**support**
15:11
41:18,23
45:17
53:2
124:9
174:6,11

**supports**
44:21
45:11,12,
16 47:6
61:10
63:11
132:25
133:6
159:7

**surprise**
180:16,24

**survey**
30:8
142:24
144:7
146:10,
16,23

**surveyed**
117:19

**surveying**
21:6,11

**surveys**
145:1

**Susan**
66:8

**sustaining**
170:14

**swamp**
120:18

**swear**
6:11

**switch**
165:4

**sworn**
6:22

**system**
16:14
18:25
22:24,25
23:6
29:17
46:22
84:23
89:7
95:17,19
96:1
121:10,19
124:9
133:16
143:20
151:1,6
162:19
163:12

**systemic**
143:7,9

**Systems**
173:3

_____

T

_____

**tailored**
68:12



takes
  22:2
  39:2,3

taking
  10:18
  11:11
  21:9
  62:19
  89:22
  147:5
  156:11

talk
  46:6,15
  55:18,19
  60:19
  71:10
  77:4 88:8
  109:20
  110:6
  113:5

talked
  61:1

talking
  68:8 87:2
  92:5

Tamara
  97:11,19

TANF
  26:21
  30:21

target
  13:20
  40:13

targeted
  30:1

targeting
  69:2

task
  115:9

teach
  115:10,11

team
  83:19
  95:2
  150:8
  174:4

technical
  70:12,16,
  20 166:5

Technologie
s
  163:6

technology
  74:11
  76:4 96:4

teeth
  70:25

TEFRA
  81:9,13

telehealth
  102:8
  103:4
  115:20
  117:10,14
  120:22

telephone
  85:23

tells
  109:17

term
  15:2 57:8
  138:7
  139:18

terminated
  125:4

terms
  70:19

testified
  6:22
  120:23
  128:22

testify

11:9

testimony
  11:3 34:9
  58:19
  83:9
  176:3
  181:7
  186:7,9

Texas
  113:16,17

text
  55:10,23
  56:13
  160:17
  173:19

Therapeutic
  15:11

therapist
  120:21

therapists
  116:19,22
  117:4,6
  149:11

therapy
  20:7
  62:18
  64:22
  71:5,18
  97:16,17
  114:23,
  24,25
  115:2,3,
  4,5,6,7,
  15,17,25
  116:8
  117:7
  118:6,7
  119:13
  149:10
  150:23
  158:19
  161:5

thing

31:17
  41:23
  52:14,18
  69:9
  151:2
  177:14

things
  29:25
  30:12
  33:13
  38:22
  44:15
  51:6,9,24
  59:20
  63:18
  68:9
  123:23
  136:7
  141:4
  144:3
  169:22
  180:8,20
  184:21

thinking
  49:14
  153:10

third-party
  28:8

Thompson
  130:5,6,
  20 136:15

thought
  115:5

Thursday
  186:12

Tiegreen
  25:15
  47:14
  55:21
  98:21
  99:4
  140:17
  169:1
  170:21

172:13
  173:7
  175:5,17
  176:10
  177:14

Tiegreen's
  99:19

time
  6:6 7:10
  10:4
  11:24
  13:24
  28:7,9
  30:11,23
  42:18
  54:19
  55:13
  71:22
  72:3
  78:21
  79:1
  85:13,19,
  25 104:3
  112:8
  113:20
  114:5
  116:23
  122:20
  131:9,10
  147:14,
  20,21,22
  167:16
  176:15
  177:24
  178:4,20
  180:6
  187:12,13

timeline
  48:2

timeliness
  84:14

timely
  13:15

times



11:18
134:7

**title**
17:12,24
18:7 24:5
25:17
36:15
56:2
74:22
94:2
142:6
146:22
182:19
185:12

**titled**
146:15

**titles**
88:23

**today**
9:24
11:3,9,14
15:3
37:22
74:3
100:5
112:10
156:21
159:21
160:11
173:14
181:19

**Today's**
6:5

**Tolliver**
119:23

**tons**
46:11
83:6

**tooth**
70:24
71:3

**top**
18:1

30:13
52:14,18
70:4
89:19
116:25
136:13
147:6
159:19

**topic**
12:8
60:16

**total**
79:5,6

**touch**
124:8

**track**
119:10
182:5

**tracking**
156:19

**traditional**
79:12

**train**
118:13

**trained**
26:20,23,
24 27:1
154:2

**trainer**
26:11,15,
19

**training**
27:4,8
70:7,20
118:1,5,
15 120:24
121:5
154:5
166:5

**trainings**
70:8

**transcript**
17:17

**transcripts**
10:23

**translation**
78:24

**transportat
ion**
30:7 34:6
49:13

**traumatic**
13:23

**travel**
120:21

**treatment**
16:1
51:18
61:24
64:8
65:15
108:18

**trick**
168:7

**troubleshoo
t**
135:1
139:5

**true**
129:4

**Trust**
120:5

**truth**
11:6

**truthfully**
11:9,13

**turn**
74:19

**turn-around**
84:16

**two-minute**

139:4

**types**
39:12
149:3
157:12

_____

U

_____

**UB-04**
121:20

**uh-huh**
7:25
151:13

**Uh-hum**
71:13
73:11
83:13
102:23
121:16
125:9
140:23

**uh-uh**
7:25
121:17

**ultimately**
99:6
126:25

**umbrella**
32:24

**understand**
11:2,5
14:4,9,
12,17,21,
24 15:7,
10,14,17,
21,25
16:3,7,24
45:7 56:8
78:5
82:22
89:2 96:1
102:13
152:13

161:21
162:16
177:25
181:6

**understandi
ng**
10:5,11
25:14
34:9
37:14
42:1
55:12
67:23
94:16
103:13
104:24
107:7
124:1
126:22
130:14
132:20
139:18,23
144:5
158:8
161:13
169:2,12
184:3

**Understood**
110:16
115:16
144:21
148:19
158:4
160:1
169:17
171:9
176:21
183:14

**undertake**
21:4
124:11

**undertaken**
138:10

**unfair**



177:11

**unique**
79:8

**unit**
19:14,24
21:6,7
27:15
28:8
52:25
53:1,3,5
89:7
136:18,19
138:5,18
150:4,6
153:22
154:4,8,
23,24,25
167:21,
23,24
176:6
177:8
185:3,8,
9,11,13

**unit's**
177:10

**United**
6:3,14,15
10:17
72:19
91:6,9
108:15
111:3
127:9
136:22
182:17

**units**
135:15
153:22

**universe**
63:7

**University**
15:18
17:5
54:20

58:6
101:1

**unnecessary**
168:2

**unusual**
61:5
100:3

**update**
97:5
107:19

**updated**
76:15
107:21
109:4,5,7
162:11

**upteen**
125:13

**utility**
26:24

**utilization**
53:6 78:9
105:21
151:19
155:8
166:25
171:16

**utilize**
83:18
119:15
120:21

———————

**V**

———————

**vacant**
18:22
33:3
74:3,7,8,
9

**Valerie**
18:18

**validity**

10:13

**value-added**
133:13

**variety**
51:24

**vendor**
60:21

**verificatio
n**
20:2
60:18
69:16

**verify**
148:16

**version**
67:3
76:13,15
97:2
106:20,22
109:8
111:9
112:22
122:16
125:2
127:19
162:11

**versions**
96:6
179:24

**versus**
6:3

**Vickie**
165:18

**Victoria**
107:24

**video**
6:1 45:6
125:24

**view**
145:11

**viewing**

145:24

**violate**
102:18

**visit**
20:1
60:17
69:16

**visited**
165:24

**visits**
133:10
156:10

**Voices**
30:4,23
58:18,24
59:6,8,11

**volume**
139:5

———————

**W**

———————

**waiver**
12:4
13:17,21
21:1
37:12,23
38:12,14
39:12,18,
21,25
40:6,15
79:25
80:1
84:16
85:22
90:19,21
110:4
122:24
123:19
124:13,
23,24
125:4

**waivered**
49:11

**waivers**
13:18
20:16,19
21:15
26:1
32:10
38:3,4,9,
19,20,22,
25 39:1,
9,14,15,
16 40:23
68:6
90:12,22

**Wal-mart**
133:8,11

**walk**
7:8 42:7

**Walker**
74:15
155:1

**Wanda**
6:8

**wanted**
28:23
126:3
172:20

**waste**
86:10

**watching**
134:21

**Wayne**
76:6

**ways**
46:8,24

**website**
31:12
45:2 64:3
78:2
95:13
96:22
106:12
127:10



BRIAN D. DOWD
UNITED STATES vs STATE OF GEORGIA

June 23, 2022
Index: week..zoom

**week**
79:3

**Welfare**
27:3

**Wellcare**
131:20

**Wendy**
25:14
47:14
52:15
55:21
98:21
99:4,8,18
140:17
157:21
169:1,6
170:21
172:12
173:2,7
175:5

**Wendy's**
25:17
173:4

**When's**
79:1

**whereabouts**
18:11

**whole's**
177:8

**widely**
101:23
103:19
104:16
105:2,3,4

**wife**
116:12

**Williams**
50:15
110:8

**Wilson**
18:21
22:21

33:13
97:11,19
111:21
112:9

**witnessed**
135:6

**woman**
12:15
133:9

**women**
39:25

**Woody**
128:11

**word**
142:22

**work**
19:7
20:13
24:10,13
26:18
27:20
29:20
35:3  41:8
46:12,22
52:16
58:10
63:19
77:2,23
83:21
84:5
86:11
87:21
90:7
94:11
110:18
115:8
144:20
151:24
173:2

**worked**
23:19,22
26:2
30:4,9
34:22

69:19
124:2

**worker**
165:3

**workers**
64:16
99:11

**working**
24:16
29:17,22
31:7
38:11,14
40:14,15
41:17
55:14
59:25
83:15
89:6
173:7
180:21

**works**
23:4
77:11
99:12

**worries**
108:3
156:2

**Wow**
30:7

**wraparound**
123:10
124:7,22

**write**
59:16
62:8

**writer**
27:13
113:4

**writes**
99:20
101:18
175:17

**writing**
23:1
59:19
170:22

**written**
100:2

**wrote**
71:6,16
143:21

_____

**X**

_____

**X-RAY**
34:2,5

_____

**Y**

_____

**year**
19:16
22:6
27:12,22
29:21
40:2  52:8
59:11
61:18
79:7  85:9
87:4
136:10

**year's**
85:11

**years**
10:4
12:1,17
22:8
23:18,19
27:24
29:19
35:11
38:15
59:21
61:20
67:15
70:4  84:5

86:24
97:11
110:12
123:1
125:13
126:8
131:11
144:6
150:19
157:25
174:19
176:22
179:19
181:1

**yesterday**
96:22
106:13

**Young**
15:15
142:7
182:21

**youth**
16:11
51:4
122:12,23
125:1
152:4,25
153:5
156:19

_____

**Z**

_____

**Zelphine**
165:20

**zoom**
73:1
130:10
134:21

