**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**BROOKE COLE**

*October 27, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF GEORGIA

 3
   United States of America,              No.
 4                                        1:16-CV-03088-ELR
        Plaintiff,
 5
   vs.
 6
   State of Georgia,
 7
        Defendant.
 8   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 9

10

11

12                VIDEOTAPED DEPOSITION OF

13                     BROOKE COLE

14                   OCTOBER 27, 2022

15                      9:20 a.m.

16               435 2nd Street, Suite 500

17                    Macon, Georgia

18

19

20

21

22

23          Marcella Daughtry, RPR, RMR

24     Georgia License No. 6595-1471-3597-5424

25            California CSR No. 14315
```



```
 1              APPEARANCES OF COUNSEL

 2    For the Plaintiff:

 3         U.S. DEPARTMENT OF JUSTICE
           MS. KELLY GARDNER WOMACK (VIA ZOOM)
 4         MS. RENEE WOHLENHAUS (VIA ZOOM)
           MS. FRANCES COHEN (VIA ZOOM)
 5         MS. MICHELLE TUCKER (IN PERSON)
           MS. CLAIRE CHEVRIER (IN PERSON)
 6         MS. VICTORIA LILL (VIA ZOOM)
           950 Pennsylvania Avenue, N.W.
 7         Washington, D.C. 20579
           202.305.6630
 8         kelly.gardner@usdoj.gov
           michelle.tucker@usdoj.gov
 9         claire.chevrier@usdoj.gov

10
      For the Defendant:
11
           ROBBINS FIRM
12         MR. JAVIER PICO-PRATS (VIA ZOOM)
           MS. ANNA EDMONDSON (VIA ZOOM)
13         MS. DANIELLE HERNANDEZ (VIA ZOOM)
           500 14th Street, NW
14         Atlanta, Georgia 30318
           404.856.3252
15         dhernandez@robbinsfirm.com
           jpicoprats@robbinsfirm.com
16
      For the Witness and Elam Alexander Academy:
17
           JONES CORK, LLP
18         MS. SYDNEY M. SOLOMON
           435 Second Street, Suite 500
19         Macon, Georgia 31208
           478.745.2821
20         sydney.solomon@jonescork.com

21
      Also Present:
22
           Sandra LeVert (via Zoom)
23         Maya Carter, videographer (in person)
           Stacey Suber-Drake (via Zoom)
24

25
```

INDEX OF EXAMINATION

WITNESS: BROOKE COLE

| EXAMINATION | PAGE |
|---|---|
| BY MS. TUCKER | 8 |
| BY MR. PICO-PRATS | 400 |

* * *



BROOKE COLE                                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                            4

```
 1                          INDEX TO EXHIBITS

 2    EXHIBITS                                                PAGE

 3    Exhibit 560        Certification of Service of            12
                         Discovery
 4
      Exhibit 561        Elam Alexander Academy                 39
 5                       Administration team

 6    Exhibit 562        E-mail from Victoria Lill to           57
                         Randy Howard dated 8/20/21
 7                       "Subject: Elam Alexander GNETS
                         Program - subpoena attached"
 8
      Exhibit 563        Grants information fiscal year         72
 9                       2022 - Bibb County
                         Elam-09-21-21-0005
10
      Exhibit 564        Grants information fiscal year         91
11                       2021 - Bibb County
                         Elam-09-21-21-0003 to 4
12
      Exhibit 565        Class Roster                           99
13                       Elam-09-20-21-0100 to 0108

14    Exhibit 566        E-mail chain from Brooke Cole to      108
                         Vickie Cleveland 5/16/18
15                       "Subject: Re: GAA Guidance"
                         GA00322208
16
      Exhibit 567        E-mail chain from Brooke Cole to      115
17                       Vickie Cleveland 1/15/19
                         "Subject: Re: ID enrollment info"
18                       GA00338963 to 964

19    Exhibit 568        E-mail from Brooke Cole to Nakeba     121
                         Rahming 10/30/17
20                       "Subject: Accepted: Save the Date"
                         GA00132578
21
      Exhibit 569        E-mail from Brooke Cole to Nakeba     165
22                       Rahming 7/6/17, "Subject: School
                         Psychologist"
23                       GA00790074

24    Exhibit 570        Grants information fiscal year 2022  174
                         Bibb County
25                       Elam 3.18.22 Supplement 3467 to 3491
```



1                          INDEX TO EXHIBITS, CONT'D

2     EXHIBITS                                              PAGE

3     Exhibit 571      E-mail from Brooke Cole to            185
                       Nakeba Rahming 8/25/17
4                      "Subject: Teacher Qualifications"
                       GA00792442
5
      Exhibit 572      GNETS Referral/Consult 2019/20        216
6                      Elam - 10-01-21 Supplement 1260
                       to 1275
7
      Exhibit 573      E-mail from Brooke Cole to Vickie     224
8                      Cleveland 1/9/19
                       "Subject: Question"
9                      GA00338582

10    Exhibit 574      2018-2019 PBIS Distinguished Schools  254
                       Elam-09-20-21-0223 to 0237
11
      Exhibit 575      E-mail chain from Brooke Cole to      269
12                     Sandra DeMuth 10/14/16
                       "Subject: Re: PBIS recognition"
13                     GA03007811

14    Exhibit 576      Table representing Elam Alexander      316
                       Academy's school-based GNETS
15                     locations outside of Bibb County
                       Elam - 10-01-21 Supplement 3414
16
      Exhibit 577      Grants information fiscal year         341
17                     2020 - Bibb County
                       Elam 3.18.22 Supplement 3415 to 3441
18
      Exhibit 578      E-mail chain from Brooke Cole to       365
19                     Vickie Cleveland 11/5/2020
                       "Subject: Re: Regional TA Meeting/
20                     Link"
                       GA00363717 to 718
21
      Exhibit 579      E-mail from Brooke Cole to             385
22                     Nakeba Rahming 3/8/17
                       "Subject: Facilities"
23                     GA00784347

24    Exhibit 580      Letter to Brooke Cole from Vickie      388
                       Cleveland 7/1/19
25



BROOKE COLE                                         October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                  6

```
 1    PREVIOUSLY MARKED AND REFERENCED EXHIBITS

 2                        82
                         460
 3

 4
                       *   *   *
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1              THE VIDEOGRAPHER:  Today's date is
 2   October 27th, 2022, and the time is 9:20 a.m.  This will
 3   be the videotaped deposition of Brooke Cole in the matter
 4   of the United States of America versus State of Georgia
 5   taken at 435 2nd Street, Suite 500, in Macon, Georgia.
 6              Will counsel please identify themselves for the
 7   record.
 8              MS. TUCKER:  Hi.  Michelle Tucker for the
 9   United States.
10              MS. SOLOMON:  Sydney Solomon for the Elam
11   Alexander GNETS program.
12              MS. CHEVRIER:  Claire Chevrier for the United
13   States.
14              THE VIDEOGRAPHER:  Would the court reporter
15   please swear in the witness.
16              MS. TUCKER:  Is that okay?  Would you want
17   folks to?
18              MS. SOLOMON:  Let's have everyone on Zoom
19   identify themselves --
20              MS. TUCKER:  Okay.  Yeah, no problem.
21              MS. SOLOMON:  -- as well, since they are
22   attending.
23              MS. EDMONDSON:  Anna Edmondson on behalf of the
24   State.
25              THE VIDEOGRAPHER:  Would the court reporter
```



BROOKE COLE                                            October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                    8

```
 1   please swear in the witness.

 2

 3                        BROOKE COLE,

 4   called as a witness herein, having been first duly sworn

 5   by the shorthand reporter to speak the truth and nothing

 6   but the truth, was examined and testified as follows:

 7

 8                        EXAMINATION

 9   BY MS. TUCKER:

10       Q   Good morning, Ms. Cole.

11       A   Good morning.

12       Q   Thank you for coming in today.

13           Again, this is the deposition of Brooke Cole in

14   the lawsuit United States versus Georgia, Case Number

15   1:16-CV-03088 in the US District Court for the Northern

16   District of Georgia.

17           And for the record, I'd like to reintroduce

18   myself again.  My name is Michelle Tucker, and I'm a

19   senior trial attorney at the U.S. Department of Justice,

20   Civil Rights Division, Educational Opportunity Section,

21   and I represent the United States in this lawsuit, and

22   I'm taking your deposition today.

23       A   Okay.

24       Q   Would you please state and spell your full name

25   for the record.
```



1      A    Uh-huh.  It's Brooke Cole, B-r-o-o-k-e C-o-l-e.

2      Q    Okay.  Great.

3           I'm sure your attorney has explained much of

4    this to you, but we're just going to have a conversation

5    today.  Basically, I'm going to ask you questions, and

6    then your job is to answer honestly and completely.

7    Okay?

8      A    Okay.

9      Q    You were just sworn to tell the truth by the

10   court reporter.  That oath you took is the same oath that

11   you would take if you were testifying in a court of law

12   and puts you under that same obligation to tell the truth

13   that you would be in court.

14     A    Okay.

15     Q    Do you understand that?

16     A    Yes.

17     Q    Okay.  My questions and your answers will be

18   recorded by the court reporter.  Please understand that

19   you will need to speak clearly and answer all questions

20   orally so the court reporter can capture your answers.

21   For example, she's not going to be able to record a head

22   nod or a -- a no, a head shake that way.

23     A    I understand.

24     Q    Okay.  The other thing that you and I will have

25   to work to do is to avoid talking over one another.  I



1 | will do my best to not interrupt you when you're

2 | answering, and I will ask that you let me -- try to let

3 | me finish my question even if you think you know the

4 | answer just so it's on -- on the record.

5 |     A   Okay.

6 |     Q   If at any point you don't know the answer -- or

7 | you don't understand a question, just feel free to stop

8 | me and let me know.

9 |     A   Okay.

10 |    Q   Okay.  Note that your attorney will

11 | occasionally -- may occasionally object to my questions.

12 | This is to put the objection and the issue on the record.

13 | It doesn't mean that you shouldn't answer the question.

14 | Unless your counsel tells you not to answer, you can go

15 | ahead and do so.

16 |        Do you understand?

17 |    A   Yes.

18 |        MS. TUCKER:  Okay.  And for the record, United

19 | States has come to an agreement with counsel to reserve

20 | all objections except as to form and privilege.

21 |        MS. SOLOMON:  Yes, that's agreeable.

22 |        MS. TUCKER:  Thank you.

23 |    Q   BY MS. TUCKER:  Okay.  Ms. Cole, if you want to

24 | take a break for any reason, that's fine.  Just --

25 |        THE WITNESS:  You have a restart to install



1    newest Windows features.

2         MS. SOLOMON:  I'm just going to say remind me

3    later.

4         THE WITNESS:  Okay.  Sorry.

5         MS. SOLOMON:  Thank you.  Is that okay?

6         MS. TUCKER:  Okay.  Great.

7    Q    BY MS. TUCKER:  Thank you for flagging that.

8    A    Yeah, of course.  I was like, ut-oh.

9    Q    Yeah, and that was your -- that was your first

10   break, yeah.  But if you do want to take a break for any

11   reason, that's fine.  I just ask if there is a question

12   pending or if you are in the middle of an answer, that

13   you finish answering, and we'll try to find the best time

14   to take a break.

15   A    Okay.

16   Q    Sometimes it happens that you will give an

17   answer as completely as you can at one moment, and then

18   five minutes later or an hour later you want to go back

19   and revisit it.  That's totally, completely fine.  Just

20   let me know.

21   A    Okay.

22   Q    How are you feeling today?

23   A    Good.

24   Q    Good.  Is there any reason that you would not

25   be able to answer my questions fully and truthfully



1   today?

2        A    No.

3        Q    For example, are you taking any medications

4   today that would inhibit your ability to answer my

5   questions?

6        A    No.

7        Q    Okay.  Good.  Do you have any questions for me

8   before we proceed?

9        A    I do not.

10       Q    Great.  Okay.

11            MS. TUCKER:  I'd like the court reporter to

12   mark this document as Plaintiff's Exhibit 560.

13            (Plaintiff's Exhibit 560 was marked for

14   identification.)

15       Q    BY MS. TUCKER:  Ms. Cole, this is a certificate

16   of service filed with the court that states the United

17   States served a subpoena on October 7th, 2022 for your

18   testimony at a deposition in connection with the lawsuit

19   against the State of Georgia related to the Georgia

20   Network for Educational and Therapeutic Support program,

21   or commonly referred to as the GNETS program.

22            Have you seen this attached subpoena to

23   testify?

24       A    Yes.

25       Q    Okay.  When did you see it?



1    A    It was e-mailed to me probably shortly after

2    you sent it to Sydney.

3    Q    And who e-mailed it to you?

4    A    Sydney or Canon.  I can't remember.  One of the

5    two.

6    Q    And you are referring to Sydney Solomon?

7    A    Yes.

8    Q    And Canon?

9    A    Hill.

10   Q    Hill.  Your attorneys?

11   A    Yes.

12   Q    Okay.  And what is your understanding of what

13   this lawsuit is about?

14   A    My understanding is that it's against the State

15   of Georgia regarding the services provided through GNETS

16   for segregation based on disability, and that's pretty

17   much what I understand.

18   Q    Okay.

19   A    Yeah.

20   Q    And how did you come to understand that?

21   A    Oh, this -- I think it started right at eight

22   years ago when I became director, and I believe that's

23   when it started, and came through the State Department.

24   DOE let us know, and then that's when the visits began.

25   Probably eight or nine years ago when I think about it



 1   now, yeah.

 2       Q   Do you -- who from the DOE -- by "DOE," do you

 3   mean the Georgia Department of Ed?

 4       A   Yes.

 5       Q   Okay.  And who advised you eight years ago?

 6       A   I believe at the time -- I don't know who the

 7   State director was.  So it was Lara Sims who was the

 8   director when this first began.  She retired.  I don't

 9   remember who the State director was, but then Nakeba

10   Rahming, I believe was her last name, was the State

11   director that kind of oversaw the GNETS program, and

12   she's the one that initially walked us through the

13   process.

14       Q   And by State director, you mean --

15       A   For G --

16       Q   -- for GNETS at the Georgia Department of --

17       A   Yes.

18       Q   -- Ed?

19       A   Yes.

20       Q   Thank you.

21           Have you read any court filings in connection

22   with this lawsuit?

23       A   Initially I did.

24       Q   When was the last time then, by "initially"?

25       A   When this first began, and I became director in



```
 1    the first round of people --
 2         Q    Okay.
 3         A    -- coming through.  And then I want to say
 4    right before you guys came last year, I think I did a
 5    little review of the documentation.
 6         Q    And when was that last year?
 7         A    You guys came in November of last year, I
 8    believe.
 9         Q    Okay.
10         A    Four days in November.
11         Q    So November of 2021?
12         A    Yes.
13         Q    What filings did you read?
14         A    The initial.  It was like nine years ago.
15         Q    Uh-huh.
16         A    I think that's the only thing I've reviewed.
17         Q    So a complaint?
18         A    Yes.  Yeah, there you go.  Uh-huh.
19         Q    And did you receive that complaint from whom?
20         A    Probably Nakeba.
21         Q    Okay.
22         A    Probably let us -- with the Georgia Department
23    of Education probably sent it all to us when this first
24    came out.
25         Q    Okay.  Thank you.
```



1          So you found it in your e-mail?

2      A   Yes.  I have little folders in my OneDrive.

3      Q   Thank you.

4          Do you have a folder connected to this lawsuit?

5      A   Yes, with all of the information I provided to

6  my attorneys to send to you guys when you requested

7  information in October of last year.

8      Q   Okay.  Thank you, Ms. Cole.

9          And I'm correct that you're being represented

10 by Ms. Sydney Solomon?

11     A   Yes.

12     Q   For the purposes of the deposition today?

13     A   Yes.

14     Q   Did you talk to anyone to prepare for the

15 deposition today?

16     A   I've talked with Sydney, and I believe you guys

17 deposed another GNETS director, Whitney Braddock.  She

18 let me know she was deposed.  And that's it.

19     Q   Okay.  When did you talk to Whitney Braddock?

20     A   Three weeks, four weeks ago.

21     Q   Okay.  About how long did you talk to Whitney?

22     A   Maybe a few minutes.  She just told me that she

23 was deposed, and I think it was like right at seven

24 hours, pretty basic information that you guys asked.

25     Q   Did she tell you any questions that to expect?



BROOKE COLE                                                 October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                         17

1        A    Just about she did tell me that you guys, I

2    think, asked her what FTE stood for, and she said I don't

3    know.  So it was just kind of that kind of conversation.

4        Q    Got it.

5        A    And I said, How do you not know.  Yeah, it was

6    that kind of thing.

7        Q    And which program does Whitney --

8        A    Cedarwood.

9        Q    Cedarwood.  And you said you spoke to

10   Ms. Solomon?

11       A    Uh-huh.

12       Q    When was that?

13       A    Last Friday.

14       Q    Okay.  And how long did you speak to

15   Ms. Solomon?

16       A    About an hour and a half, two hours, maybe.

17       Q    Okay.  And did you come to this office?

18       A    I did.

19       Q    Okay.  Did you do anything to prepare for

20   today?

21       A    I reviewed some of the documents that I

22   provided to you guys in October of last year.

23       Q    October 2021?

24       A    Yes.

25       Q    Okay.  Was anyone else present when you met



1  with Sydney, Ms. Solomon?

2       A   Not for that part, no, ma'am.  We were meeting

3  about some other issues prior to.

4       Q   Okay.

5       A   Uh-huh.

6       Q   And did you read any deposition transcripts in

7  this litigation prior to today?

8       A   No, ma'am.

9       Q   Okay.  And did you talk to anyone else about

10 the deposition?

11      A   Outside of my own leadership team, no, just

12 that -- you know, that I was being deposed.

13      Q   Okay.

14      A   That was it.

15      Q   Who is your leadership team?

16      A   So those are my coordinators, so that would

17 be -- do you want names?

18      Q   Yes.

19      A   So Shondonette Horton, who is my assistant

20 director; Tonesha Battle; SaraRose Porter Field --

21 Fields.

22          (Court reporter clarification.)

23          THE WITNESS:  Tonesha Battle, SaraRose Fields,

24 Steven Grant, Leah Watson, Angel Helms, and Doug Ward.  I

25 have six coordinators.



1    Q   BY MS. TUCKER:  Okay.  What did you tell your

2  coordinators?

3    A   That I was being deposed.

4    Q   Okay.

5    A   Uh-huh.

6    Q   Did they ask any questions?

7    A   No.  No.  Just said good luck.

8    Q   Did you speak with anyone at the Georgia

9  Department of Ed regarding this deposition?

10    A   No, ma'am.

11    Q   With the Bibb County School District?

12    A   Jamie Cassady knows that I am being deposed,

13  and he is my assistant superintendent.

14    Q   Thank you.

15    A   Uh-huh.

16    Q   And anyone with the Middle Georgia RESA?

17    A   No, ma'am.

18    Q   Okay.

19    A   I had to think on that one.

20    Q   Apart from documents that may have been shown

21  to you by counsel or the documents that you produced last

22  October, did you review any other documents prior to

23  today?

24    A   No, ma'am.

25    Q   Okay.  Did you bring any documents with you?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              20

```
1          A   No, ma'am.
2          Q   Did you ask anyone about documents that may be
3    relevant for today?
4          A   No, ma'am.
5          Q   Okay.  Anything else to prepare?
6          A   No, ma'am.
7          Q   Have you ever been deposed before, Ms. Cole?
8          A   I have not.
9          Q   Have you ever been a plaintiff in a lawsuit?
10         A   No.
11         Q   Have you ever been a defendant in a lawsuit?
12         A   No.
13         Q   Thank you.
14         A   Uh-huh.
15         Q   So there are a few acronyms and definitions
16   that I'd like to go over to confirm that we have the same
17   understanding --
18         A   Okay.
19         Q   -- for today.
20             When I refer to "GaDOE," you understand that I
21   mean the Georgia Department of Ed, correct?
22         A   Yes.
23         Q   When I refer to "GNETS" or "GNETS program," I'm
24   referring to the Georgia Network for Educational and
25   Therapeutic Support, correct?
```



1          A    Yes.

2          Q    When I refer to the "regional GNETS program,"

3    I'm referring to one of the 24 regional GNETS programs

4    across the state of Georgia, correct?

5          A    Yes.

6          Q    When I refer to "Elam Alexander Academy," I'm

7    referring to one of the regional GNETS programs that

8    serves students from Bibb, Crawford, Houston, Jasper,

9    Jones, Monroe, Peach, and Twiggs counties, either in GNET

10   centers or at GNETS school-based locations; correct?

11         A    Yes.

12         Q    When I refer to a "GNETS center" or "centers,"

13   I'm referring to a standalone GNETS location, correct?

14         A    Correct.

15         Q    When I refer to a "GNETS school-based

16   location," I am referring to a GNETS location that's

17   based in a general education setting, correct?

18         A    Correct.

19         Q    When I refer to "general education setting,"

20   I'm referring to a public school in Georgia where

21   students with emotional and behavior disorders and other

22   behavioral health conditions receive instruction and

23   services alongside services -- students who do not have

24   disabilities, correct?

25         A    Correct.



1      Q   When I refer to "EBD," I am referring to

2    emotional and behavior disorders, correct?

3      A   Correct.

4      Q   When I refer to "LEA," I am referring to a

5    local education agency or school district, correct?

6      A   Correct.

7      Q   When I refer to "SEA," I'm referring to the

8    State Education Agency, correct?

9      A   Correct.

10     Q   When I refer to a "RESA," I'm referring to the

11   Regional Education Service Agency, correct?

12     A   Correct.

13     Q   When I refer to an "IEP," I'm referring to an

14   individual education program, correct?

15     A   Correct.

16     Q   When I refer to a "BIP," I am referring to a

17   behavior intervention plan, correct?

18     A   Correct.

19     Q   And when I refer to an "FBA," I am referring to

20   a functional behavior assessment, correct?

21     A   Correct.

22     Q   Thank you, Ms. Cole.

23     A   Uh-huh.

24     Q   And that was a few to get through.

25         Okay.  What college did you graduate from?



1          A    For my undergraduate, I graduated from Georgia

2     College.

3          Q    Georgia College.  And where is that located?

4          A    Milledgeville.

5          Q    And what year did you graduate from undergrad?

6          A    2004.

7          Q    And in what field?

8          A    Psychology.

9          Q    Psychology.  Great.

10              And then do you have any other education after

11    that?

12         A    I do.  I have a master's in educational

13    leadership from Columbus State.

14         Q    Uh-huh.

15         A    In Columbus.  And a specialist in educational

16    leadership from Columbus State.

17         Q    What years were both of those?

18         A    I knew you were going to ask me that.  I want

19    to say -- it's approximate, because I can't remember too

20    much.  2011, I want to say, for my -- no.

21         Q    I don't know.

22         A    2009 for my master's.  Don't quote me on this,

23    but I'm totally being quoted, and like -- like 2013 or so

24    for specialist.

25         Q    Okay.  At Columbus State?



1         A    Yes.  Yeah.

2         Q    Do you hold any additional professional

3    certifications?

4         A    No, ma'am.

5         Q    Okay.  And Ms. Cole, are you currently

6    employed?

7         A    Yes.

8         Q    Yes.  And by who?

9         A    Bibb County School District.

10        Q    And what is your job title?

11        A    I am the GNETS director.

12        Q    For which program?

13        A    Elam Alexander Academy.

14        Q    And when did you assume this position?

15        A    I became the director -- this is my eighth

16   year.

17        Q    So let's do the math.

18        A    Yeah.  Somebody that's good at math.

19        Q    That would be six years.  2014?

20        A    Sure.  Sounds good.

21        Q    I think that -- I think that math checks.

22        A    Okay.

23        Q    2014 sounds right?

24        A    I think so.

25        Q    Okay.  And who held the position before you?



```
 1        A    Lara Sims.

 2        Q    Got it.

 3             Do you know how long Ms. Sims held --

 4        A    She was the director for eight or nine years.

 5        Q    Eight or nine years.  Okay.

 6             Who do you report to?

 7        A    Multiple people.  So for Bibb County, I report

 8   to Jamie Cassady.  He's my direct supervisor.  And then I

 9   also -- well, I don't report to other superintendents,

10   per se.  I work with -- alongside of those -- those LEAs.

11   And then I also -- I don't know if you would say report

12   to, but I do -- I guess you can -- Vickie Cleveland and

13   LaKesha Stevenson.

14        Q    Okay.

15        A    Not in an evaluatory kind of way, though.

16             THE REPORTER:  Not in a what way?

17             THE WITNESS:  Like an eval -- evaluatory way,

18   evaluative way.  They don't evaluate me.  There you go.

19        Q    BY MS. TUCKER:  They don't evaluate you, but

20   they -- you report to them?

21        A    Correct.

22        Q    Okay.  And, okay, earlier you said James

23   Cassady is the assistant superintendent?

24        A    Jamie.

25        Q    Jamie.
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              26

```
 1        A    Uh-huh.

 2        Q    Thank you.

 3        A    You're welcome.

 4        Q    Assistant superintendent for Bibb County?

 5        A    Correct.

 6        Q    And Jamie Cassady does evaluate you?

 7        A    Yes.

 8        Q    Okay.  But you report also to Vickie Cleveland

 9   and LaKesha Stevenson?

10        A    Correct.

11        Q    And who are Vickie Cleveland and LaKesha

12   Stevenson?

13        A    So Vickie is the program specialist.  I think

14   that's what the GaDOE, Georgia DOE calls them for GNETS,

15   and then LaKesha is her right-hand lady.

16        Q    So they are both at GaDOE?

17        A    Yes.

18        Q    Okay.  How often do you report to Vickie

19   Cleveland and LaKesha Stevenson?

20        A    We have GNETS directors meetings every month or

21   so.

22        Q    Uh-huh.

23        A    And so we do that.

24             And then if I have anything I need to talk to

25   them about, you know, I reach out to them or they reach
```



 1  out to me if there's some issue or clarifying kind of
 2  questions.
 3       Q    How often are you evaluated by Jamie Cassady?
 4       A    He evaluates me through LKES, so it's yearly,
 5  the evaluation process.
 6       Q    Anyone else that you report to?
 7       A    No, ma'am.
 8       Q    Earlier you mentioned six site coordinators,
 9  correct?
10       A    No.  I said I have six coordinators.
11       Q    Six coordinators?
12       A    Not all of them are site coordinators.
13       Q    Okay.  Six coordinators.  And --
14       A    Uh-huh.
15       Q    -- those individuals are who report to you?
16       A    Yes.
17       Q    Does anyone else report to you?
18       A    All the teaching staff.  I mean, there's a
19  trickle-up process.  Of course, they answer to their
20  coordinators, and then there is me.
21       Q    So can you explain the structure of you, the
22  coordinators, and --
23       A    Yes.
24       Q    -- the teaching staff?
25            Thank you.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              28

1       A    So I'm the director.  I oversee the entire

2   program.  Shondonette Horton is the assistant director.

3   She assists with that, but she also is housed at the

4   adolescent services where we were yesterday at Southwest.

5   So she oversees that site.

6            Tonesha Battle is a compliance coordinator.

7   She oversees all the IEP processes for the program.

8            Steven Grant is my satellite coordinator, so he

9   oversees those satellite classes, but he also manages the

10  entire intake process; kids moving in the program, out of

11  the program.

12      Q    Uh-huh.

13      A    Doug Ward is an IEP compliance coordinator as

14  well, and so he assists Ms. Battle with all compliance.

15           At the Burke Campus where we were yesterday, I

16  have two site coordinators.  I have Leah Watson that

17  oversees the GAA program, and then Angel Helms that

18  oversees the Milestones.

19      Q    Okay.

20      A    And then I have SaraRose Fields, who is my

21  coordinator for psychological services, and she does the

22  work with like school psychology.  She does all of my

23  reports and things of that nature.

24      Q    How often do you meet with your coordinators?

25      A    Weekly.



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                   29

1    Q    Weekly.  And do you evaluate each of those
2  coordinators?
3    A    I do.
4    Q    You mentioned the teaching staff earlier.  Do
5  you also evaluate the teaching staff or is that
6  delegated?
7    A    It's both.  So we have close to 30, 31, 32
8  teachers.  So the coordinators oversee and do that TKES
9  process, but Shondonette and I are both involved in that,
10  too.  So I may take over some of their observations.
11  I -- I kind of observe, you know, throughout the process
12  and the settings.
13    Q    Okay.  Thank you.
14        Earlier we spoke about the RESA.  Do you have a
15  work relationship with the RESA?
16    A    I do.
17    Q    Okay.  What is the name of the RESA you work
18  with?
19    A    Middle Georgia.
20    Q    Middle Georgia.  What -- can you describe your
21  working relationship?
22    A    It's collaborative.  They hold collaborative
23  communities where they bring us all together once a month
24  for training and information, things like that.  They
25  provide, you know, training resources, things to that



```
 1   nature.  It's a good working relationship.
 2         Q   Do you have a main point of contact?
 3         A   Uh-huh.  Dr. James.
 4         Q   Dr. James?
 5         A   Uh-huh.
 6         Q   Do you report to Dr. James?
 7         A   I do not.
 8         Q   Does Dr. James report to you?
 9         A   No.
10         Q   And you said your evaluation with the assistant
11   superintendent, Jamie Cassady, was yearly?
12         A   Yes.
13         Q   Okay.  And then how -- can you describe the
14   evaluation process?
15         A   So that's under Leader Keys.  So you have a
16   pre-evaluation conference.  You do your self-assessment.
17   You review it with him, establish your goals for the
18   upcoming school year.  There's an optional formative
19   process where they can actually do a formal evaluation on
20   you, where they do the ten standards -- or I think it's
21   eight.  And then we have meetings throughout the year.
22   And then at the very end, we review the documentation to
23   see if you met your goal.
24         Q   Okay.  And when?  Is it the end of the school
25   year or end of the calendar year?
```



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           31

1        A   So no.  It's probably in April, because

2   everything needs to be done by a certain date in May.

3   Because it's all uploaded --

4        Q   Okay.

5        A   -- through the TKES and LKES platform and

6   Infinite Campus and SLDS.

7        Q   And then does that, TKES and LKES, does that

8   then go to the State or?

9        A   Yes.

10        Q   Does anyone else provide feedback on your

11   evaluation?

12        A   Not on the LKES evaluation, no.  There's been

13   times that he may reach out to other special ed directors

14   or superintendents to see, you know, their take on it,

15   but that's -- that's up to him if he chooses to do that.

16        Q   Has he reached out to GaDOE?

17        A   I have no idea.

18        Q   Okay.  So you are the director of Elam

19   Alexander Academy?

20        A   Yes.

21        Q   And you have been for eight years?

22        A   Yes.

23        Q   What are your job responsibilities?

24        A   Everything.  I'm just kidding.

25        Q   Can you elaborate?



1      A    Yes, I can.  I oversee the grant process, how

2    we manage our money, hiring, firing, anything having to

3    do with personnel.  I take a close look -- I'm in

4    constant communication with Mr. Grant about where we look

5    at with our prospective student log.  I may participate

6    in IEP meetings, evaluate teachers, coordinators.  If

7    there is any major discipline issues, I get involved with

8    that.  Anything dealing with manifestation, discipline

9    reviews, evidentiary hearings.  I'm sure I'm forgetting

10   some, but anything to do with professional development

11   that we provide in-house.

12      Q    Okay.

13      A    Those type of things.

14      Q    Got it.  Thank you.

15           Do you serve on any committees or working

16   groups as part of your role as director?

17      A    Sure.  With Bibb County, I serve on the

18   district leadership team for PBIS.  I sit on the school

19   transformation climate team for Bibb County.  I think

20   that's it.

21      Q    Okay.  How often do those committees meet?

22      A    Probably once every three months or so.

23      Q    Okay.  Do you sit on any committees through the

24   RESA?

25      A    No.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            33

1      Q   Okay.  Do you sit on any committees with GaDOE?

2      A   No.

3      Q   Do you sit on any committees through local

4   community organizations?

5      A   No.

6      Q   Okay.  Earlier you mentioned that you report to

7   Vickie Cleveland and LaKesha Stevenson with GaDOE?

8      A   Uh-huh.

9      Q   And you said that you communicate with them

10   regularly, correct?

11      A   Correct.

12      Q   How frequently would that be?

13      A   It's kind of as needed.  If there is something

14   I'm working on and need them to be aware or need their

15   support with, I reach out.  We just met, had a GNETS

16   directors meeting last week -- or no, Monday.  They, you

17   know, reviewed the grant app with me, and we'd go

18   kickback back and forth a couple of times.  Anything

19   doing with the strategic plan.  So, I mean, probably once

20   or -- once a month or so.

21      Q   Once a month?

22      A   More if need be, or less if need be.

23      Q   And are your communications via e-mail or phone

24   call or?

25      A   All.  So we have our meeting -- our



 1   leadership -- I mean our GNETS meetings, you know,

 2   through Zoom.  And then if I need something, I just call

 3   or I e-mail.  Most of the time I just pick up the phone

 4   and call.

 5       Q    You had mentioned that you communicate them --

 6   with them as needed?

 7       A    Uh-huh.

 8       Q    When -- can you describe an instance where they

 9   would --

10       A    Yeah.

11       Q    It would be needed?

12       A    So a big push for our program really for the

13   last eight years is to move a certain population of

14   student back to the LEA, and so that's something that I

15   want them to be aware of if anything ever trickles and

16   say I've irritated, you know, a special ed director or

17   something like that, if I rub somebody the wrong way.

18       Q    What certain population are you referring to?

19       A    To the GAA students.

20       Q    And what does "GAA" refer to?

21       A    Georgia Alternate Assessment.

22       Q    Are there any other meetings that you attend

23   regularly as part of your job responsibilities?

24       A    Outside of conferences, no.

25       Q    Okay.  What type of conferences do you attend?



1       A    G-CASE, the Council for Administrators of

2   Special Education.  Either myself or I send someone to a

3   -- the PBIS conference.  Any legal conference that may be

4   held through GAEL.  Those are pretty typical for me.

5       Q    What does GAEL stand for?

6       A    Georgia Administrator -- something -- for

7   Educational Leadership.

8       Q    Thank you.

9       A    Uh-huh.

10      Q    And earlier you mentioned that you attend a

11  GNETS director meeting that was last -- that was just

12  this Monday?

13      A    I think it was Monday, yes.  Monday or Tuesday.

14      Q    How frequent are those meetings?

15      A    Probably once every two to three months.

16      Q    Has that always been the case?

17      A    They used to be more frequent, I would say.

18      Q    When did the change happen?

19      A    PreCOVID, so it was preCOVID.  We would try --

20  it was more face to face then.

21      Q    Uh-huh.  Since March 2020, have they been

22  virtual?

23      A    Mostly, yes.

24      Q    Was this past Monday's meeting virtual?

25      A    Yes.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              36

1      Q    Okay.  What is discussed at a GNETS director

2   meeting?

3      A    Usually any sort of PL we may need from the

4   Department of Education, be about prior written notice or

5   testing type things like the Alternate Assessment, GAA

6   2.0.  I think that was what Tuesday was.  Anything doing

7   with FTE coding, things like that.  We also talk about

8   strategic plan type items, like if we're implementing

9   restorative practices or MindSet or i-Ready.  Academic

10  interventions, things like that.

11     Q    Who leads those meetings?

12     A    Vickie and LaKesha, and then they will have

13  guest speakers come in.

14     Q    Who are the guest speakers?

15     A    Usually from the Department of Ed.  Like they

16  are specialists for whatever content that is.

17     Q    And from the Georgia Department of Ed?

18     A    Yes.

19     Q    Okay.  How long do these meetings last?

20     A    Usually an hour and a half.

21     Q    Is there a time to ask questions during these

22  meetings?

23     A    Yes.

24     Q    Okay.

25     A    Uh-huh.



1        Q    And everyone has the benefit of hearing the

2   responses and feedback from the Georgia Department of

3   Ed --

4        A    Yes.

5        Q    -- on it?

6        A    Yes.

7        Q    What type of training have you received as part

8   of -- as your director role?

9        A    For the actual position of director?

10       Q    Uh-huh.

11       A    It's kind of -- I mean, they provide support.

12   I wouldn't say training, per se.

13       Q    Who is "they"?

14       A    Department of Education, Georgia Department of

15   Education.  I wouldn't say training, per se.

16       Q    Uh-huh.  Earlier you described it as

17   professional learning?

18       A    Right.  Like they'll provide support if you're,

19   you know, first time learning how to do a grant

20   application, things of that nature.

21       Q    Okay.

22       A    Uh-huh.

23       Q    Have you received training from anyone else

24   about the role of director?

25       A    So I -- I -- I fall up under an LEA, so I



1  receive a lot of training through -- like we have monthly

2  principals meetings and directors meetings, and I'm in

3  that with Bibb County.  So that's where a lot of my

4  training comes from, like how you evaluate a teacher and

5  things like that, discipline processes.

6      Q    And that's through Bibb County?

7      A    Yes.

8      Q    Any trainings from the RESA?

9      A    If we sign up for it, yeah.

10     Q    Okay.

11     A    It's as needed.

12     Q    Can you give me an example of the type of

13 training --

14     A    Uh-huh.

15     Q    -- that the RESA would provide?

16     A    They do a lot of training on like mental

17 health, restorative practices.  Let me think back.

18 They -- I wouldn't say they facilitate it.  Like for

19 anything dealing with TKES or Teacher Keys.  I look to

20 them for a lot of the training professional learning.

21     Q    Okay.

22     A    Because we can just sign up and go from there.

23     Q    Is it in person or do they come to you?  How

24 does that work?

25     A    It depends on the training and what's going on.

BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              39

1  Sometimes it's virtual.  Sometimes it's in person.
2  Sometimes it's in a separate location, because it's not
3  just of Bibb County.  It's, you know, the entire RESA,
4  every one they cover, so it depends.
5      Q   Do you know how many counties they cover?
6      A   The same as me, I believe.
7      Q   Okay.
8      A   Uh-huh.
9      Q   The same eight counties?
10     A   Uh-huh.  I believe so.
11     Q   Okay.  And then what type of trainings or I
12  guess -- what type of trainings have you received from
13  GaDOE?
14     A   Ooh.  Probably a couple of years ago we were
15  working on trauma-informed care.  They -- they kind of
16  facilitated that training.  But I can't name of anything
17  right off the top of my head about anything else.
18     Q   Have you ever been asked to prepare reports or
19  consult with anyone on the governor's staff?
20     A   No.
21     Q   How about for the State legislature?
22     A   No.
23         MS. TUCKER:  Okay.  I'd like the court reporter
24  to mark this document as Plaintiff's Exhibit 561.
25             (Plaintiff's Exhibit 561 was marked for



1    identification.)

2         Q    BY MS. TUCKER:   Okay.   This is a web page

3    within the Bibb County School District's website, and the

4    top of the web page reads, "Elam Alexander Academy

5    Administrative Team."   And this was captured from --

6    captured on October -- Monday, October 3rd, 2022.

7              Ms. Cole, do you recognize this web page?

8         A    I do.

9         Q    Okay.   Do you see your biography at the top?

10        A    I do.

11        Q    Okay.   Can you review that for me, please?

12        A    Yes.   It's very small.

13        Q    I know.   If you need us to --

14        A    No, you are good.

15        Q    Okay.

16        A    I can squint.

17        Q    Okay.

18        A    Oh, it has the date.   See, I was good for the

19    degrees.   You didn't need me after all.

20        Q    Is there anything you would want to correct in

21    your biography?

22        A    Let's see.   No.

23        Q    Okay.   So it's -- I believe it says that you've

24    been with the Elam Alexander Academy for 18 years.   Would

25    that --



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              41

1        A    This hadn't been updated since last year.

2        Q    Yeah.  Okay.  So would it be 19 now?

3        A    This is my 19th year.

4        Q    Okay.

5        A    Yeah, because this has not been updated,

6   because these are not all -- some of these people have

7   moved on.

8        Q    Okay.

9        A    Yeah, this is not updated.

10       Q    How about, why don't we go into that point

11  before I ask these next questions.  Who -- let's look at

12  this document together.  Who has moved on?

13       A    Okay.

14       Q    And who -- and if someone has a different

15  position, let me know.

16       A    Sure.

17            So Shondonette is the same.

18            Janae Sams has moved on.  She works for Bibb

19  County PEC department.

20       Q    What is the PEC department?

21       A    Program for Exceptional Children.

22       Q    Okay.  Who is in her role now?

23       A    No one.

24       Q    Are you looking to fill it?

25       A    No, ma'am.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          42

```
1        Q   Did someone else take the responsibilities?
2        A   Right.  So some of the people that are not here
3   anymore we've kind of just flushed it all out.
4        Q   Okay.
5        A   Uh-huh.  Divide and conquer.
6        Q   I understand.
7            What about on the next page?
8        A   Okay.  So those are all the same.
9        Q   Okay.  Just to confirm, so Leah Watson is the
10  same?
11       A   No, she has had a change.  She is not just the
12  coordinator of the Burke Campus.  She is the coordinator
13  of only GAA part of the Burke Campus.
14       Q   Okay.  And then moving down, Steven Grant is
15  the same?
16       A   Uh-huh.
17       Q   Doug Ward is the same?
18       A   No.
19       Q   Okay.
20       A   He moved up under IEPs for compliance --
21       Q   Okay.
22       A   -- coordinator, working under Tonesha Battle.
23       Q   Okay.  So not only at the Burke Campus?
24       A   Correct.
25       Q   Okay.  And then you just mentioned Tonesha
```



BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            43

```
1   Battle?
2        A   Right, and her position has changed.
3        Q   Okay.
4        A   Compliance coordinator.
5        Q   Thank you.
6        A   Uh-huh.
7        Q   And then SaraRose Fields?
8        A   She's the same, coordinator for.
9        Q   Okay.  And then it looks like they printed some
10   of the pictures again.  You know sometimes when you --
11       A   Yeah.
12       Q   -- print a website?
13           And then Stacy Kramer?
14       A   She is no longer with us.
15       Q   And who holds that position?
16       A   No one.
17       Q   Is this one of the responsibilities that has
18   been flushed out like you said?
19       A   Yeah.  Yes.
20       Q   Thank you.
21       A   Uh-huh.
22       Q   So looking at your biography, it seems that you
23   worked at Elam Alexander Academy in several roles?
24       A   Yes.
25       Q   Yes.  Do you see where it reads that you have
```



```
 1    served as support therapist?

 2         A    Uh-huh.

 3         Q    Educational therapist?

 4         A    Yes.

 5         Q    Teacher with special duties?

 6         A    Correct.

 7         Q    Assistant coordinator?

 8         A    Yes.

 9         Q    And program coordinator?

10         A    Yes.

11         Q    And also director?

12         A    Yes.

13         Q    Okay.  I'd like to go through each of these

14    positions.

15         A    Okay.

16         Q    But I want to start with director and then work

17    our way backwards.

18         A    Okay.

19         Q    So when -- what year did you begin as director

20    again?

21         A    Eight years ago.

22         Q    Eight years ago.  Oh, right, we did that.

23         A    Yeah, we did the math.

24         Q    Okay.  And where are you located, your office

25    located?
```



1      A   My office is located on -- at the Burke Campus

2   on 2nd Street.

3      Q   And has it always been that way since you've

4   been director?

5      A   Yes.

6      Q   Okay.  Okay.  Then what position did you hold

7   right before director?

8      A   So I was the program coordinator.

9      Q   Okay.

10      A   But it was like what the work Steven's doing.

11   It was like I -- I oversaw the satellite classes.

12      Q   Okay.

13      A   Uh-huh.

14      Q   And what years did -- were you program

15   coordinator?

16      A   One year.

17      Q   One year?

18      A   Yeah.

19      Q   Okay.  And who was your employer at that time?

20      A   Bibb County.

21      Q   Okay.  And what were your job responsibilities

22   as --

23      A   So we had satellite classrooms, so I managed

24   those.  I did the IEP meetings with kids moving in and

25   out.  Evaluated the teachers.

BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            46

1         Q    And who did you report to?

2         A    Lara Sims.

3         Q    Lara Sims.  How many satellite programs did you

4    have when you served as program coordinator?

5         A    I have to think about that one.  I can

6    guesstimate.

7         Q    Satellite sites, I guess?

8         A    Yes.  Well, there was just a satellite

9    classroom, so I would be -- six or seven.

10        Q    Okay.  Who did you supervise?

11        A    The teachers.  Do you want their names?

12        Q    Uh-huh.

13        A    I'll do my best to remember.  We had Mandy

14   O'Connor.  Steven Grant was a satellite teacher at that

15   time.  Margie Talban, Barbara Webb, Rod Lowe, Nikki

16   Smith, Debbie Rankin.  I want to say there was one in

17   elementary, but I can't remember what that teacher's name

18   was.  I have a terrible memory.  I'd have to go back and

19   look.

20        Q    That's okay.

21        A    I'm sorry.

22        Q    No, it's okay.

23             And this was one year?

24        A    Uh-huh.

25        Q    And when you were program coordinator for the



1  year for Elam Alexander Academy, did you interact with

2  the Georgia Department of Ed?

3      A   No.

4      Q   So prior to being program coordinator, what

5  position did you hold?

6      A   So then I was the program coordinator of the

7  Burke Campus.  It's the same title.

8      Q   Okay.

9      A   So when Lara was the director, they were all

10  the same title.  We just had different job duties and

11  responsibilities.

12      Q   Okay.

13      A   So that was the one year I was program

14  coordinator, but it was I oversaw satellite.

15      Q   Okay.

16      A   And then prior to that, I was the program

17  coordinator for Burke Campus.

18      Q   So you were two different program coordinators?

19      A   Correct.

20      Q   Okay.  And what years did you hold the position

21  of program coordinator for Burke Campus?

22      A   I started that at 2012, I believe, I want to

23  say, because I was pregnant.

24      Q   Got it.

25          So then, okay, how many years would it have



 1   been, doing the math again?

 2        A   I know, you're killing me with that.  I'll have

 3   to -- I wish I had something in front of me.

 4        Q   Yeah, yeah.

 5        A   I was probably program coordinator of the Burke

 6   Campus three or four years.

 7        Q   Okay.

 8        A   Uh-huh.

 9        Q   And Bibb County was your employer?

10        A   Yes.

11        Q   Okay.  And what were your job responsibilities

12   as program coordinator for the Burke Campus?

13        A   So that's more site oriented.  So I oversaw all

14   teachers employed there, para pros, worked with all

15   students.  It's almost like a little miniature principal.

16        Q   Okay.

17        A   Okay.

18        Q   And you reported to Lara Sims --

19        A   Yes.

20        Q   -- in that position?

21            And -- okay.  Right before program coordinator

22   from Burke Campus, is that when you were an assistant

23   coordinator?

24        A   Prior to that I was an assistant coordinator.

25        Q   And would that be assistant coordinator to the



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           49

1  Burke Campus or somewhere else?

2      A   We were located on Ridge Avenue at that time,

3  so it's still the same program.  We just literally moved

4  from Ridge Avenue to Burke.

5      Q   Okay.

6      A   So it was still the same program, but I was the

7  assistant coordinator for two years, I want to say.

8      Q   Did you rename the program --

9      A   Yes.

10     Q   -- or the site location then?

11     A   Yes.

12     Q   Okay.  So I would be correct that you were the

13 assistant program coordinator for the Ridge Campus, which

14 is now the same as the Burke Campus?

15     A   Correct.

16     Q   Okay.

17     A   Yes.

18     Q   Thank you.

19     A   Uh-huh.

20     Q   Did you still report to Lara Sims at that time?

21     A   She was the director, but I reported to

22 Jeannette Griffin-Anderson.  She was the coordinator.

23     Q   And what were your responsibilities as

24 assistant coordinator?

25     A   So I worked more in the IEP realm there.  I



1   managed the IEP process.  I was also testing coordinator.

2   Worked with student discipline.

3        Q   Uh-huh.

4        A   Things of that nature.  Evaluated teachers

5   still.

6        Q   Okay.  So you still supervised teachers?

7        A   Yes.

8        Q   Okay.  When -- so when did you all leave the

9   Ridge Campus?

10       A   Lara was director for two or three years after

11   we moved from Ridge to Burke.

12       Q   Uh-huh.

13       A   That's my only point of reference.

14       Q   Okay.

15       A   So that's why I'm trying to talk through it.

16   Maybe 2009.

17       Q   Okay.  And what led to the move?

18       A   It's -- the Ridge Avenue Campus was a

19   historical building.  It was very dilapidated, and you

20   couldn't do certain things to it to update it.  So Bibb

21   County is our fiscal agent, and so they renovated the

22   Burke Campus, which used to be an elementary school.

23   Renovated it, and then we moved into that campus.

24       Q   Okay.  Thank you.

25       A   Uh-huh.



1       Q   And then before that, would you have been the
2   teacher with special duties?
3       A   Right.
4       Q   Okay.  And where -- what years approximately
5   was that?
6       A   Probably 2009, 2010-ish.
7       Q   Okay.  And how long were you a teacher with
8   special duties?
9       A   I want to say one to two years.
10      Q   Okay.  And Bibb County was your employer still?
11      A   Yes.
12      Q   Okay.  And who did you report to then?
13      A   Jeannette Griffin-Anderson.
14      Q   And were you a teacher with special duties at
15  the Ridge Campus?
16      A   Yes.
17      Q   And what is a teacher with special duties?
18      A   So that's kind of like a lead teacher.  So you
19  support teachers.  You support their instruction.  You
20  support students' behavior, whatever may be going on.
21  You also are very much in the IEP process, attending all
22  the IEP meetings, making sure, you know, we're in
23  compliance, things like that.  And I was still testing
24  coordinator.
25      Q   So you were busy?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              52

```
 1         A    Yes.
 2         Q    Do you still have this role in your program
 3    today?
 4         A    No.  Well, yes, but no.  We don't call it a
 5    teacher with special duties anymore.  We call it a lead
 6    teacher.
 7         Q    Okay.
 8         A    Uh-huh.
 9         Q    And then before that, you were an educational
10    therapist for Elam Alexander Academy?
11         A    Yes.
12         Q    In what years was that?
13         A    I became a teacher in 2004.
14         Q    Okay.
15         A    And I taught for five -- I was a classroom
16    teacher for five years.
17         Q    So you were a teacher with special duties in
18    2009, so then you were a teacher before you were --
19         A    Right.
20         Q    -- an educational therapist as well?
21         A    No.  An educational therapist is a teacher.
22         Q    Oh, okay.  So that's the same thing?
23         A    Yes.
24         Q    Thank you for that clarification.
25         A    Yeah, absolutely.
```



1      Q   So 2004.

2          And where were you the educational therapist

3   teacher?

4      A   At Elam Alexander Academy, Ridge Avenue.

5      Q   What year did you teach?

6      A   My first year I was kindergarten through 2nd.

7   My second year I had 4th and 5th.  My third year I had

8   8th graders, but we were housed at Adolescent Services at

9   the Northeast Campus then.  Came back from there, and I

10  taught 6th through 8th two years.

11     Q   And were these GAA classrooms or Milestones

12  classrooms?

13     A   Milestones.

14     Q   Milestones?

15     A   Milestones, yes.

16     Q   Okay.  Okay.  And then before that you were a

17  support therapist?

18     A   Right, and that's like a para pro.

19     Q   Para pro.  For Elam Alexander Academy?

20     A   Yes, for a very short time.

21     Q   How would -- how short?

22     A   Like -- like a month or so.  Teacher quit.

23     Q   Okay.

24     A   Yes.  And so I was working towards getting my

25  certification, and that's when I was quickly moved into a



 1   teaching position.

 2       Q    Were you moved in before you received the

 3   certification?

 4       A    Yes.  Well, I wouldn't say that.  I had to be

 5   accepted into a master's program which starts the

 6   certification process.

 7       Q    Okay.

 8       A    And so I was accepted into a master's program

 9   in January, and then that's when I began.

10       Q    Got it.

11       A    Uh-huh.

12       Q    And where -- for what classroom were you a para

13   pro for?

14       A    K through 2.

15       Q    K through 2.  So it was a class that you were

16   ultimately a teacher for?

17       A    Pretty much.

18       Q    Okay.  By "pretty much," what do you mean?

19       A    Well, because for the first like -- I want to

20   say the first week or two I was actually Lara Sims' para

21   pro, and she taught 4th and 5th.

22       Q    Okay.

23       A    Uh-huh.

24       Q    Got it.  So 19 years at Elam Alexander Academy?

25       A    Yes.



1       Q   Okay.  That's a long time.

2       A   It is.

3       Q   Yeah.  What changes have you seen?

4       A   A lot.  We've -- we've been through a lot.

5   Initially the program was heavily based with behavior,

6   not as much academic.  So we were very heavy behavior.

7   We've seen a lot of changes.  You know, back in the day

8   we had time-out rooms, you know.  We have far more of an

9   academic focus now as we've moved forward.  Of course, we

10  don't have any sort of seclusion room, time-out room,

11  nothing to that degree.  That kind of stuff.  Those are

12  the changes I would say.

13      Q   When did the time-out rooms end?

14      A   We were on Ridge Avenue, and we actually

15  started moving into the MindSet curriculum, which is our

16  de-escalation and restraint type of curriculum, early on.

17  And so we -- our program started closing time-out rooms

18  before the State pulled it.

19      Q   Okay.

20      A   Uh-huh.

21      Q   Do you know when?

22      A   No.  We were on Ridge.  Probably it was my

23  fourth or fifth year teaching.

24      Q   Uh-huh.

25      A   Starting moving away from that.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            56

```
1        Q   Okay.

2        A   Uh-huh.

3        Q   And when you said you -- you all ended time-out

4   rooms and seclusion rooms, is there a difference between

5   the two?

6        A   No.

7        Q   Okay.  You also mentioned that it was in --

8   that you've recently seen more academic focus; is that

9   correct?

10       A   I think we've continually made more of an

11  academic focus.

12       Q   So ever since you started continuously, or was

13  there a time where you think that?

14       A   No.  I think it's just been a continuous, yeah.

15       Q   Who do you think is driving that or what is

16  driving that?

17       A   Students -- student needs.

18       Q   Uh-huh.  Okay.  Have you worked in special

19  education outside of the GNETS program?

20       A   No.

21       Q   Have you worked in education outside of the

22  GNETS program?

23       A   No.

24       Q   Thank you.

25           MS. TUCKER:  I would like the court reporter to
```



1  mark this document as 562, Plaintiff's Exhibit 562.

2         (Plaintiff's Exhibit 562 was marked for

3  identification.)

4      Q   BY MS. TUCKER:  This is an August 20, 2021

5  e-mail to Randy Howard at an e-mail address from the Bibb

6  County School District, from Victoria Lill, an attorney

7  with the Civil Rights Division of the Department of

8  Justice.  The subject of this e-mail is, "Elam Alexander

9  GNETS Program - subpoena attached."  And there are four

10 attachments; a letter addressed to you, Ms. Cole; a

11 subpoena; a certification of student records; and a form

12 to upload documents into the Justice Enterprise file

13 sharing system.

14         Ms. Cole, do you recognize the documents that

15 make up this exhibit?

16     A   Yes.

17     Q   Okay.  I'll give you a second to flip through.

18         Let's start with the e-mail on top.  Who is

19 Randy Howard?

20     A   He was the attorney that worked for Bibb

21 County.

22     Q   Okay.  Did you speak with Randy Howard

23 regarding the subpoena?

24     A   No.

25     Q   Okay.  Who did you speak to regarding the



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              58

```
 1   subpoena?
 2        A    I believe it was Jamie Cassady, and that's when
 3   we kicked it over to Canon.
 4        Q    Okay.  And Canon with Jones Cork?
 5        A    Yes.
 6        Q    Okay.  Do you see the document that's attached
 7   that reads, "Subpoena to produce documents, information,
 8   or objects or to permit inspection of a premises in a
 9   civil action"?
10        A    Yes.
11        Q    Okay.  And you are familiar with the subpoena?
12        A    Yes.
13        Q    Did Elam Alexander Academy prepare a response
14   to this document by the date on the subpoena reading
15   September 20th, 2021?
16        A    I think we had an extension.
17        Q    Okay.
18        A    Didn't Sydney --
19        Q    It's okay.
20        A    Okay.  Yeah, I think we requested an extension,
21   and we submitted it in October.
22        Q    And who was primarily in charge of that effort?
23        A    I was.
24        Q    Okay.  And tell me about how you -- how you did
25   that.
```



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            59

1      A   Oh, yeah, sure.  So I went through every item,
2   and then based on what the information was that was being
3   requested, I may ask for information from different
4   coordinators.  And then I have two secretaries at that
5   time that helped put the information together.
6      Q   Okay.
7      A   Uh-huh.
8      Q   And did you review every response before it
9   went out?
10      A   Yes.
11      Q   Okay.  Got it.
12          Did personnel -- earlier you mentioned that
13   personnel from the Department of Justice visited your
14   program last November, correct?
15      A   Correct.
16      Q   Okay.  Did you enjoin for the entire visit?
17      A   I did.
18      Q   Can you generally describe the site visits?
19      A   Sure.  It was two days with two different
20   groups.  We went from different sites, being adolescent
21   services, the Burke Campus, and then several satellite
22   classes.
23      Q   Okay.  And what took place?
24      A   Just classroom observations, walking the halls,
25   spending 10 to 15 minutes in each classroom --



1       Q    Uh-huh.

2       A    -- answering questions that may come up.

3       Q    Okay.  Have there been any other visits?

4       A    Not since yesterday.

5       Q    And did you enjoin for the entire visit with

6    the Department of Justice yesterday?

7       A    Yes.

8       Q    Okay.  And can you generally describe that site

9    visit?

10      A    The same thing.  We walked through satellite

11   classes, any classes that the students may receive

12   services from, the main centers, adolescent services,

13   Burke Campus, and then we went to L.H. and Miller.

14           THE REPORTER:  We went to?

15           THE WITNESS:  L.H. Williams and Miller Middle

16   School.

17      Q    BY MS. TUCKER:  And did you do anything to

18   prepare for the site visits?

19      A    Just general walk-throughs.

20      Q    What does that mean?

21      A    Just walking through, making sure everything

22   looked clean.

23      Q    And did you do that the day of or day before?

24      A    No, I did that Monday.  I also -- any of the

25   satellite classrooms, I reached out to the principals to



1   let them know that you guys would be in the buildings.

2        Q    Thank you.

3             Did you have any conversations with anyone on

4   your staff about the Department of Justice visits?

5        A    Just my leadership team, just letting them know

6   that you guys were coming back through.

7        Q    And how about the first time?

8        A    The same.

9        Q    Okay.  Did you speak with anyone at the Georgia

10  Department of Ed before the visits?

11       A    Not for that purpose, no.  I made mention of it

12  in the GNETS directors meeting prior to it beginning.  I

13  think it was Tuesday that we had that meeting.

14       Q    And how about the visit in November 2021; did

15  you speak to anyone at Georgia Department of Ed prior to

16  that visit?

17       A    Not specifically, just that you guys were

18  coming down.

19       Q    Did you speak with anyone from the Robbins law

20  firm that represents the State in this litigation?

21       A    No.

22       Q    Before the visits?

23       A    No.

24       Q    Okay.  Did you put in any special maintenance

25  requests before the Department of Justice visit at either



1  time?

2       A   Not special, no.

3       Q   Or how about any maintenance request?

4       A   I was going to say, I'm constantly putting in

5  maintenance requests.

6       Q   Yeah.

7       A   Because like if we have like a fire

8  extinguisher case, things like that, I'm constantly

9  putting in maintenance requests.

10          I think the last maintenance requests I've put

11 in were for removing some equipment off the playground

12 that was dilapidated.

13      Q   At which campus?

14      A   Burke.

15      Q   At Burke?

16      A   Uh-huh.

17      Q   Okay.

18      A   I have requested fire extinguisher cases being

19 replaced, air conditioning --

20      Q   Uh-huh.

21      A   -- be turned on.  You know, things like that.

22      Q   Anything specifically prior --

23      A   Not for the purpose.

24      Q   -- when you did the walk-through?

25      A   No.  Not for that purpose, no.



```
 1        Q    Were any class schedules modified to
 2   accommodate the Department of Justice visits?
 3        A    No.
 4        Q    Were any student schedules modified?
 5        A    No.
 6        Q    Did you or anyone on your staff have
 7   conversations with students or their families about the
 8   visit?
 9        A    No.
10        Q    Okay.  Any other communication with families
11   about the site visit apart from our discussions?
12        A    No.  I don't know that parents were even aware.
13        Q    Okay.  After the visit last November, did you
14   have any conversations with GaDOE about the visits?
15        A    No.
16        Q    Okay.  About the lawsuit?
17        A    No.
18        Q    Okay.  After yesterday's visit, did you have
19   any conversation with GaDOE?
20        A    No.
21        Q    Anyone else from the State or representing the
22   State?
23        A    No.
24        Q    Thank you.
25        A    Uh-huh.
```



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            64

1        Q   So Ms. Cole, you said that you started at GNETS
2   19 years ago?
3        A   Yeah.
4        Q   Is that when you first became familiar with the
5   GNETS program?
6        A   No.  Actually, when I was in college, we used
7   to hold a summer camp -- Elam would hold a summer camp
8   every year, and I worked the summer camps.  So no, I've
9   been -- and my mom worked for GNETS for years.  She was
10  the administrative secretary since I was two.
11       Q   So she worked for Elam Alexander Academy?
12       A   She did.  Uh-huh.
13       Q   Since you were two?
14       A   Yes.
15       Q   And when did she retire?
16       A   She -- oh, I make a joke.  She retired when I
17  became the program coordinator that oversaw satellite,
18  the last program --
19       Q   Okay.
20       A   -- coordinator.
21       Q   Got it.
22       A   Right before I was GNETS.
23       Q   Got it.
24       A   For 30 years.
25       Q   30 years with GNETS?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              65

1        A    Uh-huh.

2        Q    And so you've been familiar with the GNETS

3    program for -- for a long time?

4        A    I have.

5        Q    Yeah.  And the -- you said that you

6    participated in a summer camp when you were in college?

7        A    Right.  I was a camp counselor.  We used to

8    take kids out for a week at a time --

9        Q    Uh-huh.

10       A    -- and take kids, our GNETS kids out.

11       Q    Where did you take them out?

12       A    Different places.  So usually we would be at

13   Camp Maheta Luputke -- just good luck with that.  And so

14   it would be like a five-day camp Monday through Friday.

15   It was an overnight camp.  There was cabins.  We would

16   have different things like canoeing, fishing.  We would

17   go on field trips, things like that.  It was always in

18   like June.

19       Q    And when did this camp -- or does this camp

20   still exist?

21       A    It does not.

22       Q    Okay.  When did it end?

23       A    It ended a little bit before I was director.

24   We just didn't have the funding for it to keep it going.

25       Q    Who funded it?

BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          66

```
 1        A    We did.

 2        Q    Okay.

 3        A    The GNETS program.

 4        Q    Through what funds?

 5        A    The grant.

 6        Q    By "grant," do you mean the state grant?

 7        A    Yes.  I would say it was either state or

 8   federal.  I don't know how they pulled money at that

 9   time.

10        Q    Okay.  Describe the GNETS program as a whole

11   for me.

12             MS. SOLOMON:  I am going to object to the form.

13             MS. TUCKER:  Okay.  Sure.

14             MS. SOLOMON:  Can you verify?

15             MS. TUCKER:  Yeah.  No problem.

16        Q    BY MS. TUCKER:  How would you describe -- what

17   is the GNETS program?

18        A    It's a program that serves students with

19   characteristics of emotional behavior disorders, ages 5

20   to 21.  I work with kids that are not necessarily

21   eligibility of EBD.  They have to have characteristics of

22   emotional behavior disorders.

23        Q    Characteristics of EBD?

24        A    Uh-huh.

25        Q    Okay.  Ages 5 to 21?
```

1        A   5 to 21.

2        Q   Okay.  Has it always been 5 to 21?

3        A   No.  It used to be 3 to 21.

4        Q   And when did that change?

5        A   When the new rule came out nine -- nine years

6   ago or so.

7        Q   Okay.  Are you referring to the State GNETS

8   rule?

9        A   Yes.

10       Q   That came out in 2017?

11       A   No.

12       Q   Okay.

13       A   It was prior to that.

14       Q   Okay.

15       A   It was prior to that.  They changed the ages

16   from 3 to 21 to 5 to 21.

17       Q   Okay.  Prior to that?

18       A   Uh-huh.

19       Q   Okay.

20       A   Yeah.

21       Q   When you first started working for -- for

22   GNETS, what were your views on the effectiveness of the

23   GNETS program for serving students with EBD or

24   characteristics of EBD?

25       A   I think we have always done a good job.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            68

1        Q    What about now?  Have you seen any changes?

2        A    Well, since I've been director, I can speak

3   to -- I mean, we have lower enrollment.  We have

4   increased, you know, transition out to, you know, the

5   GNET or through the process, the continuum.  We've --

6   we've had some kids that have a lot of success.  We do.

7        Q    How would you define success?

8        A    Graduate, have postsecondary goals.  You know,

9   some have gone to college.  Some have gone into the

10  military, work a full-time job, you know.

11       Q    Do you track those postsecondary outcomes?

12       A    I do not.

13       Q    How do you learn of them then?

14       A    Just through the other special ed directors

15  saying, hey, this student is doing so well, you know.  A

16  lot of students report back.  You know, they come back

17  and visit and want to show us how well they've done.

18       Q    Can you describe the structure of the GNETS

19  program across the state?  Did you say it was how many

20  programs?

21       A    So I think there's 24, but every program is a

22  little different of how they're structured.  Some may be

23  more school-based.  Some may be more site-based.  You

24  know, that falls up under their LEA or RESA.

25       Q    And Elam Alexander Academy is one of these



1  regional programs?

2       A    Yes.

3       Q    And earlier we -- we discussed that it serves

4  Bibb, Crawford, Houston, Jasper, Jones, Monroe, Peach,

5  and Twiggs counties?

6       A    Yes.

7       Q    Okay.  And that's eight counties?

8       A    Yes.

9       Q    How long has Elam Alexander Academy served

10 those eight school districts?

11      A    So we added Jasper on probably nine years ago,

12 eight or nine years ago.  So it used to be seven.  But

13 outside of that, it's always been that area, that catch

14 area.

15      Q    Okay.  What led to Jasper being added?

16      A    I'm not sure.  I think they -- they -- that

17 went through the RESA department, I want to say.  They --

18 because they were already a part of Middle Georgia RESA,

19 and so they wanted their GNETS to fall up under that as

20 well because they were being served under GNETS of

21 Oconee.

22      Q    Okay.

23      A    Uh-huh.  So it was like they had one leg in

24 Middle Georgia RESA, because that was their catch area,

25 and then -- but they were receiving services through a



 1   different GNETS.

 2        Q   With a different RESA?

 3        A   Right.  Because I think that GNETS, it may be

 4   under a RESA.  I don't know if it's LEA or RESA.

 5        Q   Okay.  I understand.

 6            Under your time with Elam Alexander, have there

 7   been any counties that were part of it but no longer

 8   participate?

 9        A   No.

10        Q   Okay.  Have you, under your time as director of

11   Elam Alexander Academy, served a student from a school

12   district that is not included in those eight counties?

13        A   Not that I'm aware of.

14        Q   Okay.

15        A   Not unless they were, you know, under

16   McKinney-Vento and they were served through a different

17   LEA, but --

18        Q   Okay.

19        A   -- not that I'm aware of, no.

20        Q   And Bibb County is Elam Alexander Academy's

21   fiscal agent?

22        A   Yes.

23        Q   Okay.  And what's your working relationship?  I

24   know you mentioned your relationship with the assistant

25   superintendent.  What -- how else would you describe your



1    working relationship with the Bibb County School

2    District?

3        A    Very good.  We are like any other school or

4    program.  They assist with everything.  They, you know,

5    manage the building.  They manage -- you know, they're

6    like my bank.  They manage all of my finances.  They

7    provide professional learning.  All of my teachers are

8    involved in Bibb County's professional development.  They

9    are all Bibb County teachers.

10       Q    So would a GNETS teacher at, you know,

11   Crawford, in Crawford County at that site, are they still

12   considered a Bibb County teacher?

13       A    They are.

14       Q    And then those -- how does that work with the

15   buildings in the counties that are in Bibb County?

16       A    What do you mean?

17       Q    So there is some sites that are outside Bibb

18   County, correct?

19       A    Right.

20       Q    Okay.  Does Bibb County still own those

21   buildings?

22       A    No.  So like if I have a Bibb County teacher --

23   because all of my teachers are Bibb County -- but they

24   teach in Crawford County or Jones County, they just

25   receive their salary from Bibb.  We provide the



1  oversight, any sort of training that is GNETS, but then

2  they are absorbed of that school environment.  So if they

3  are at Jones County, then they're considered -- you know,

4  they're treated just like a Jones County.

5      Q   Okay.

6      A   But we do their evaluation, and we pay their

7  salary.

8      Q   And their professional development?

9      A   And they also receive professional development

10 from that school, too.

11     Q   They get both?

12     A   Yes.

13         MS. TUCKER:  I'd like the court reporter to

14 mark the following document as Plaintiff's Exhibit 563.

15         (Plaintiff's Exhibit 563 was marked for

16 identification.)

17     Q   BY MS. TUCKER:  Ms. Cole, the Bates number on

18 the bottom of this document reads Elam-09-20-21-0005.

19 This document is a printout from 2/9/2021 from GNETS Web

20 for fiscal year '22.  It contains a table that reads,

21 "GNETS Site Location."

22         For the record, this document, like other

23 documents with Bates numbers beginning with the prefix

24 Elam, were produced by Elam Alexander Academy in response

25 to the United States subpoena and related follow-up



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           73

1   requests.
2            Ms. Cole, do you recognize this document?
3       A   Yes.
4       Q   Okay.  Thank you.  What is GNETS Web?  I see it
5   at the top.
6       A   That's just -- this is just the platform where
7   we upload our grant, and it's through the portal.
8       Q   Through the -- what portal?
9       A   The Department of Education portal.
10      Q   The Georgia Department of Ed portal?
11      A   Yes.
12      Q   So through the portal there is GNETS Web?
13      A   Yes.  So this is where I would update all of my
14  information.
15      Q   Okay.
16      A   And submit my grant yearly.
17      Q   Got it.  Thank you.
18           What does this document represent, Ms. Cole?
19      A   At this time, that is where our sites were,
20  classroom or sites, whatever.
21      Q   Okay.  So these would be the GNETS locations
22  for Elam Alexander Academy for fiscal year 2022?
23      A   Correct.
24      Q   Okay.  Can you define fiscal year 2022 for me?
25  Like when does it begin and when does it end?



1      A    So it begins in -- it's July 1 to June 30th.

2      Q    July 1 to June 30th.  Okay.  So school year?

3      A    Yes.

4      Q    Okay.  So for -- if this was fiscal year 2022,

5    would this be the '21 to '22 school year?

6      A    Correct.

7      Q    Okay.  Thank you.

8      A    Uh-huh.

9      Q    So we are currently in the fiscal year 2023?

10     A    Correct.

11     Q    Okay.  Thank you.

12          And that began like?

13     A    July 1.

14     Q    July 1 of 2022?

15     A    Correct.

16     Q    A lot of numbers?

17     A    Yes.

18     Q    So am I correct that there are nine GNETS sites

19   locations for Elam Alexander Academy identified for

20   fiscal year 2022?

21     A    On this page, yes.

22     Q    On this page.  Did that change at any point

23   during fiscal year 2022?

24     A    I'm looking at it.  No.

25     Q    How has it changed, if it has, for fiscal year



1   2023?

2      A   So we have closed the Crawford County High

3   School class, the L.H. Williams class.  And we have

4   changed -- we have two classes in Jones County; one at

5   the high school and a different elementary school.  Gray

6   Station, I believe.

7      Q   Okay.  So let's take a moment.  So you have

8   closed L.H. Williams Elementary School?

9      A   Correct.

10     Q   You have closed Crawford County High School?

11     A   Correct.

12     Q   But you have added which locations?

13     A   I have two classrooms in Turner -- not Turner.

14  In Jones County.

15     Q   Two classrooms in Jones County?

16     A   Right.  One elementary and one high school.

17     Q   Where are they located?

18     A   The Jones County High School, and I want to say

19  Gray Station.

20     Q   And are you saying Grace Station?

21     A   Gray Station.  Gray, like Gray.

22     Q   Okay.  Like the color?

23     A   Yeah, Gray Station.

24     Q   So I -- would I be correct that there is still

25  nine locations this year -- this fiscal year for Elam



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              76

 1   Alexander Academy, since you've got -- you've removed two
 2   but added two?
 3       A   Correct.
 4       Q   Let's start with L.H. Williams.  Why did you
 5   close L.H. Williams Elementary School sites?
 6       A   We didn't have enough students to support a
 7   class.  We had -- I think we ended the year, when we
 8   looked at the projections, we had three students that
 9   were going to be served in that class, but two out of the
10   three were already taking three to four classes out, so
11   there was no reason not to continue moving them on to
12   their home school.  So I closed that class.
13       Q   And where did the other student go?
14       A   Came back to the main center at Burke.
15       Q   Burke.  Was that student receiving classes out
16   prior to?
17       A   Not as many.  I think he was receiving one,
18   maybe.
19       Q   One?
20       A   Uh-huh.
21       Q   Okay.  And now he is at Burke Campus?
22       A   Correct.
23       Q   And at Burke Campus, there is no classes out or
24   are there classes out?
25       A   I would have to look at his schedule, because I



1  don't know if he's not a half-day student.

2       Q    Okay.

3       A    So we serve students on half day that may go

4  out, and I don't -- I can't recall on him.

5       Q    How does a half day work?

6       A    It depends on the IEP.  So it could be morning.

7  It could be afternoon.  You know, it's whatever we find

8  success with.  We have some students that are at their

9  home school in the morning and come to us in the

10 afternoon.  Sometimes we swap it.  It depends on the IEP.

11      Q    What's the longest distance a student would

12 have to travel to do a half day at Burke Campus?

13      A    It depends on their home school and what county

14 it is and transportation.

15      Q    Can you give me a range?

16      A    Which county are you talking about?

17      Q    Well, what would be the longest drive?

18      A    For any of -- from Burke to any of their home

19 schools, I don't -- and Bibb, maybe 20 minutes.

20      Q    Okay.

21      A    20, 30 minutes.

22      Q    And then what happens if that student is from

23 Jones County?

24      A    So we may look at the IEP.  It may still

25 continue to be a half day.  It may be that it be every



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              78

1    other day.

2        Q    Okay.

3        A    Or we phase out and maybe have one day a week.

4    You know, it depends on the IEP.

5        Q    Thank you.

6        A    Uh-huh.

7        Q    And then you mentioned you closed the Crawford

8    County High School site?

9        A    Correct.

10       Q    And when was that change made?

11       A    I made that call in July.

12       Q    Okay.  And why?

13       A    Because we didn't have any students in that

14   class.

15       Q    There were zero students?

16       A    Zero students.

17       Q    And then when did you add the Jones County

18   classes, one at the elementary school and one at the high

19   school?

20       A    In July.

21       Q    And why did you choose to add these?

22       A    So we had one teacher out there, and Jones

23   County felt like they needed more support in the high

24   school, so we moved her to the high school.

25       Q    Uh-huh.



1        A    But then she wanted to maintain an elementary

2   class, and I had a teacher that lived in Jones County.

3        Q    Uh-huh.

4        A    And we were able to make that -- make that

5   happen.

6        Q    So on this document that we are looking at,

7   Plaintiff's Exhibit 563 -- is that -- or 562?

8            MS. SOLOMON:  I think this is 563.

9        Q    BY MS. TUCKER:  563.  I apologize.

10       A    Yeah, that's correct.

11       Q    Okay.  Great.

12            Where was the Jones County location that

13   already existed?

14       A    It was Turner Woods Elementary, but we moved.

15   We took Windy Armona to the high school, at Jones County

16   High School.  So there is no class at Turner Woods

17   anymore.  I think they moved that class.  They moved

18   that -- Jones County moved that class.  I want to say it

19   was Gray Station.

20       Q    Okay.  So that means this year there are eight

21   sites?

22       A    I'd have to look at my grant.

23       Q    Okay.

24       A    Yeah.  So we have two classes in Jones County

25   where we had one.



1        Q    Uh-huh.  So you have two at Jones?

2        A    One in Crawford -- no, none in Crawford.  I'm

3   sorry.

4        Q    So one at the Burke Campus?

5        A    You are talking about this year right now?

6        Q    This year, yeah.

7        A    So we have Burke Campus.

8        Q    Uh-huh.

9        A    Adolescent Services.

10       Q    Uh-huh.

11       A    We have two at Southwest High School.

12       Q    Two classrooms?

13       A    Uh-huh.

14       Q    Okay.

15       A    I've got one at Northeast High School.

16       Q    Uh-huh.

17       A    I've got one at Miller Middle School.

18       Q    Uh-huh.

19       A    I've got one at Peach County High School.

20       Q    Okay.

21       A    And I have two in Jones County.  I think we

22   mentioned that.

23       Q    Yeah.  Okay.

24       A    Okay.

25       Q    Thank you.



1       A    Uh-huh.

2       Q    So I think it's eight locations.  Does that

3   sound right?

4       A    I'd have to look at it.

5       Q    You would have to look.  Okay.

6            Of these locations on the exhibit that you are

7   looking at --

8       A    Uh-huh.

9       Q    -- even though I know there's been some

10  changes, which would you classify as a GNETS center,

11  based on the definition we agreed to?

12      A    That's the stand-alone.

13      Q    Uh-huh.

14      A    That would be the Burke Campus.

15      Q    Okay.  Would you describe the Southwest

16  Adolescent Center as a center or no?

17      A    I would not, not as a stand-alone.

18      Q    Okay.

19      A    They are attached to a school.

20      Q    Are they in a separate wing or?

21      A    Yes, separate wing.

22      Q    With a separate entrance?

23      A    Yes.

24      Q    Are students able to move freely to the

25  attached school?



```
 1        A   Not freely.

 2        Q   Starting with Burke Campus, that is in Bibb

 3   County?

 4        A   Yes.

 5        Q   And the Adolescent Center is also in Bibb

 6   County?

 7        A   Yes.

 8        Q   Okay.  Do -- does the Burke Campus serve

 9   students from all eight counties?

10        A   Yes.

11        Q   And does the Southwest Adolescent Center serve

12   students?

13        A   Yes.

14        Q   From all eight counties?

15        A   Yes.

16        Q   How are students assigned between these two

17   locations, as they are fairly close in proximity,

18   correct?

19        A   Yes.

20        Q   Okay.

21        A   So the makeup at Burke is kindergarten through

22   8 for Milestones.  My Adolescent Services at Southwest

23   service 9 through 12th.  So that's how you make the shift

24   from Burke to Southwest.

25        Q   For Milestones?
```



BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            83

1        A   For Milestones.

2        Q   Okay.  And then Burke serves K through?

3        A   12.  Or ages 5 to 21 for GAA.

4        Q   Thank you.

5            How many students are at the Burke Campus this

6    year?

7        A   It can change daily, but I would say

8    approximately, probably 100 and -- anywhere between 120

9    and 130.  Okay.

10       Q   And how many classrooms?

11       A   There are 18, 19 classrooms.

12       Q   And how many students are at the Southwest

13   Campus Adolescent Center?

14       A   I want to say maybe 55.

15       Q   Okay.  And how many classrooms?

16       A   There are six.

17       Q   You said six?

18       A   Uh-huh.

19       Q   Okay.  And then on this page that you are

20   looking at, that exhibit, 563, would you describe the

21   other locations as school-based?

22       A   Yes.

23       Q   Okay.  And then earlier when you said that you

24   made the call to close L.H. Williams, as well as the

25   Crawford County sites --



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              84

1        A    Uh-huh.

2        Q    -- did you have to advise anyone of that?

3        A    Sure.  So I worked with the special ed

4   director, and if they're in Bibb County, I talked with

5   Mr. Cassady and Jennifer Donnelly.  For Crawford County,

6   I just work with Catherine Brown, who is the special ed

7   director out there.

8        Q    Did you speak with anyone at the State?

9        A    No, because I upload it all into the grant.

10       Q    Okay.

11       A    And then they did call with questions, hey, did

12  you shift this, did you do that, and we talked through

13  that.

14       Q    And they called with questions about the --

15       A    Uh-huh.

16       Q    -- closures?

17       A    Uh-huh.

18       Q    And what were their questions?

19       A    Pretty much the same as yours.  Why did you

20  close them?  Do you know where those students went?

21       Q    Okay.

22       A    Uh-huh.

23       Q    Thank you.

24            Okay.  Let's start looking down the row on this

25  exhibit.  We'll start with Miller Middle School.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              85

```
 1        A    Uh-huh.
 2        Q    What school district is Miller Middle School
 3   in?
 4        A    Bibb.
 5        Q    Okay.  And how many students are receiving
 6   GNETS services at Miller Middle School this year?
 7        A    I think he said six.
 8        Q    Six?
 9        A    I can't remember.  Six or seven.
10        Q    And how many classrooms?
11        A    One.
12        Q    One.  You said that.
13             And that's this school year, the 2022/'23
14   school year?
15        A    Yes.
16        Q    And does Miller Middle School serve students
17   from all participating school districts?
18        A    No.
19        Q    Which school districts?
20        A    Bibb.
21        Q    Only?
22        A    Bibb only.
23        Q    Does the school-based classroom at Miller
24   Middle School, the one, serve a specific student
25   population this school year?
```



1      A   Do you mean Milestones or GAA?

2      Q   Yes.

3      A   Milestones.

4      Q   Milestones.  Has that been the same in the

5   past?

6      A   Yes.

7      Q   Okay.  Going down the list, I know you just

8   mentioned that L.H. Williams does not exist this school

9   year, but last school year, did that serve a specific

10  population?

11     A   Milestones.

12     Q   Milestones.  And were students coming from

13  which counties to L.H. Williams?

14     A   Bibb only.

15     Q   Then next is Southwest High School --

16     A   Yes.

17     Q   -- on the list?

18         And what county is Southwest High School in?

19     A   Bibb.

20     Q   And this is the high school that the Southwest

21  Academy Adolescent Center is connected to?

22     A   Yes.

23     Q   And how many students receive GNETS services at

24  the high school?

25     A   At the satellite, the two classes?



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                   87

1        Q    Uh-huh.

2        A    So I have two classes over there.  I believe

3    the Milestones has five or six.  I'd have to look at my

4    class roster.  And then the GAA classroom has six to

5    seven.

6        Q    Okay.

7        A    Uh-huh.

8        Q    And does -- does this high school and these

9    classrooms serve students from all districts?

10       A    Only Bibb.

11       Q    Only Bibb.

12            And how is this location different from the

13   Southwest Adolescent Center?

14       A    So they require less support.

15       Q    Uh-huh.

16       A    They don't have social workers on hand.  They

17   don't have crisis interventionists on hand.  It's more --

18   it is a GNETS teacher, and if they have a Paris, a GNETS

19   Paris, they receive those trainings.  But they require

20   less intervention.

21       Q    Okay.  Do you know if they -- or do they work

22   together at all, given the shared area?

23       A    Do who work together?

24       Q    Do the GNETS teacher -- the two classroom GNETS

25   teachers, do they interact and work with the teachers,



1    the GNETS teachers at the adolescent center?

2         A    Sometimes, but they work more with the

3    Southwest teachers.

4         Q    Okay.

5         A    So they are included in their professional

6    development as well.

7         Q    Okay.

8         A    They have a foot in both worlds.

9         Q    Thank you.

10        A    Uh-huh.

11        Q    Next down the list is Turner Woods Elementary

12   School, which is now closed?

13        A    Right.

14        Q    But what county is it in?

15        A    Jones.

16        Q    Jones.  Okay.

17             And how many classrooms were at Turner County

18   -- Turner Woods last year?

19        A    One.

20        Q    And this classroom was then moved to the Jones?

21        A    So we have two classrooms now.  One is in the

22   high school, and one is in a different elementary school.

23        Q    Right.  The Gray Station?

24        A    Yes.

25        Q    Does this classroom at Gray Station have a



1  specific population?

2       A   Milestones.

3       Q   Milestones.  And does it serve students from

4  outside Jones County?

5       A   Only Jones.

6       Q   Okay.  Was that the same at Turner Woods?

7       A   Correct.

8       Q   Okay.  Peach County High School, is that in

9  Peach County?

10      A   Yes.

11      Q   How many students receive GNETS services at

12  Peach County High School?

13      A   I believe Margie has six or seven.  I'd have to

14  look at my class roster.

15      Q   Okay.  And you said one classroom?

16      A   Yes.

17      Q   Okay.  And are the six or seven students all

18  from Peach County?

19      A   Yes.

20      Q   And is this -- what type of population is this

21  classroom?

22      A   Milestones.

23      Q   Milestones.

24          And then next, Crawford County High School,

25  that would be in Crawford County?



1      A   Yes.

2      Q   And how many students -- oh, there are no

3   students this year?

4      A   None.  None this year, no.

5      Q   Okay.  And then do you recall how many last

6   year?

7      A   Six or seven.

8      Q   And they were all students from Crawford

9   County?

10      A   Yes.

11      Q   And what population did it serve?

12      A   Milestones.

13      Q   And then next would be Northeast High, High

14   School.  And what school district is Northeast High

15   School in?

16      A   Bibb County.

17      Q   Okay.  How many students receive GNETS services

18   at Bibb County this year?

19      A   In Bibb County?

20      Q   In this -- I apologize.

21          How many students receive GNETS services at the

22   Northeast High School this year?  And by "this year," I

23   mean this school year.

24      A   I believe five, five or six.

25      Q   And you said it was one classroom?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              91

1         A    One classroom.

2         Q    Okay.  And is that a specific population?

3         A    Milestones.

4         Q    So both Northeast High School and Southwest

5    High School are in Bibb County?

6         A    Yes.

7         Q    How would I be assigned if I was a student to

8    either Southwest High School or Northeast High School?

9         A    So it depends on where you live, too.  It's an

10   IEP decision.  But if the family is closer to Northeast,

11   then they would rather them, you know, be transported

12   over there, or even if they're driving, that's how it's

13   based on, just location.

14        Q    Just location?

15        A    Uh-huh.  Same services.

16        Q    Okay.

17        A    Uh-huh.

18        Q    Thank you.

19             MS. TUCKER:  I'm handing the court reporter a

20   document I'd like to be marked as Plaintiff's Exhibit

21   564.

22             (Plaintiff's Exhibit 564 was marked for

23   identification.)

24        Q    BY MS. TUCKER:  Ms. Cole, the Bates number on

25   the bottom of this document reads Elam-09-20-21-003.



1   This document is a printout from 2/9/2021 from GNETS Web

2   for fiscal year '21, and it contains a table that reads,

3   "GNETS Site Location."

4          Do you recognize this document?

5   A   I do.

6   Q   Okay.  And am I correct that this is a similar

7   document we just reviewed but identifies the sites for

8   Elam Alexander Academy for fiscal year 2021?

9   A   Yes.

10  Q   And that would be the 2020 to 2021 school year?

11  A   Yes.

12  Q   I'm getting the hang of it.

13         Okay.  Do you agree that there are 13 sites

14  identified for fiscal year 2021 for Elam Alexander

15  Academy here?

16  A   Yes.

17  Q   Okay.  So that's a bit more than the nine we

18  just went over for fiscal year 2022.  Which four sites

19  are no longer -- were no longer used?

20  A   Okay.  So which ones have I closed?

21  Q   Yeah.

22  A   Or we have closed --

23  Q   Thank you.

24  A   -- collaboratively?

25         Okay.  So we no longer have Elam Alexander -



1   Lindsey Elementary.

2        Q   Okay.

3        A   Perry High School.

4        Q   Okay.

5        A   We've talked about Turner Woods.

6        Q   Uh-huh.

7        A   L.H. Williams.  Oh, Northside High School.  Go

8   back up.  Sorry.

9        Q   Northside, okay.

10       A   Uh-huh.  Turner Woods we've talked about.  L.H.

11  we've talked about.

12       Q   Uh-huh.

13       A   And Thomson Middle School.

14       Q   Okay.  Would you have described these as

15  centers or school-based, the ones that you -- that have

16  been closed?

17       A   So the center -- center/school-based kind of

18  was the -- and I will explain the "kind of."

19       Q   Okay.

20       A   Was the Lindsey Elementary.  We used to have a

21  site in Houston that was called the Elberta Center.

22       Q   Uh-huh.

23       A   And that was self contained.  We moved it to

24  the Lindsey Elementary School.

25       Q   Okay.



1        A    So it was housed there, but it was like a

2    separate wing.

3        Q    Okay.  Similar to the Southwest High School?

4        A    Yes.

5        Q    Adolescent Center?

6        A    Yes.

7        Q    Okay.

8        A    The rest are -- the rest that we closed were

9    just satellite classrooms.

10       Q    And what led to these closures?

11       A    So those were predominantly Houston County.  It

12   was -- there was not a lot of students at the Lindsey

13   Elementary, so funding just -- if you are just looking at

14   money, it wasn't making sense to maintain it.

15            And then when we did that, then we closed some

16   of the satellite classes, because then they pushed them

17   back into the Houston County school system.  And they

18   took the majority of those teachers.  My -- my Bibb

19   teachers like that were at Thomson Middle and Northside

20   High.

21       Q    Uh-huh.

22       A    They were GNETS teachers.  They stayed on with

23   Houston.  They just shifted over and then absorbed some

24   of these students.  So they pushed it back in.

25       Q    So these students who were receiving GNETS

1    services at these locations are now receiving services in

2    the general education environment?

3        A   Some, not all.  Some came to the Burke Campus.

4        Q   Some came to the Burke Campus.

5        A   Uh-huh.  Or adolescent services, depending on

6    the age.

7        Q   Okay.  Were any of these closures for the

8    population Milestones or GAA?

9        A   All -- all Milestones.

10       Q   All Milestones?

11       A   Uh-huh.

12       Q   And when you made the decision to close, who

13   did you speak to?

14       A   That was collaborative between me and Houston

15   County, and it was Dr. Millward, who was the -- she was

16   the special ed director there.

17       Q   And did you advise GaDOE?

18       A   Once I submitted everything in my grant.

19       Q   Did they have questions?

20       A   The same.  Just why, you know.

21       Q   Have you spoken with folks in Houston County

22   regarding this change over the last few years?

23       A   We still serve their students --

24       Q   Yeah.

25       A   -- so we still have constant communication.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          96

1      Q   Are they finding it to work?

2      A   So the majority of the students that were

3  pushed back in and received services in the gen ed

4  setting still receive some -- most do -- some sort of

5  services like consultative.  So we may have a teacher

6  work with their teacher, or it may be indirect or direct

7  services --

8      Q   Okay.

9      A   -- where we have a teacher that goes out and

10 works directly with a student.  Maybe -- it's per IEP,

11 but maybe 15, 30 minutes a week or, you know.

12     Q   In a pullout-type setting?

13     A   It depends on what the IEP calls for.  Some are

14 just where you go and you touch base with the teacher,

15 talk about what's working and what's not.  Some where we

16 just go into the classroom and talk with the student, see

17 what's -- you know, touch base kind of thing.  More like

18 a check-in/check-out kind of setting.

19     Q   So they are receiving GNETS services in -- at

20 their home schools?

21     A   Correct.

22     Q   Okay.  And not in a segregated setting?

23     A   Correct.

24     Q   And you call that consultative?

25     A   Yes.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              97

1       Q   Okay.  As director of Elam Alexander Academy,

2   do you view the student population as increasing,

3   decreasing, staying the same?

4       A   We have steadily decreased.

5       Q   Steadily decreased?

6       A   Uh-huh.

7       Q   Why do you think that is?

8       A   Multiple -- well, I won't say multiple reasons.

9   When I first became director, we were at like 536 or so

10  kids.  There was a lot of kids, and it was a higher

11  number of GAA students, so we had closer to 120-plus GAA

12  students.

13      Q   Uh-huh.

14      A   And just I felt like that needed to start being

15  pushed further out, so we -- we started pushing that

16  eight years ago, and we have decreased that population.

17  And also, just we're doing more work on the front end.

18  So you can request consultation, where we go in and maybe

19  observe the classroom or observe a student or help

20  develop an FBA, whatever it may be.  So we do a lot of

21  work on the front end to decrease the amount of students

22  coming in.

23      Q   Okay.

24      A   So that helps, too.

25      Q   Why have you done that?  What has led to that



1   work happening?

2        A   So there was two packets created.  It's a

3   request for consultation, which is that kind of work, or

4   a consideration for services.  And so some things change

5   with the consideration of services packet.  You know,

6   it's recommended, highly recommended that you have an

7   updated FBA, BIP, psychological evaluation.

8            Prior to that packet rolling out -- and that

9   was from the Department of Ed -- you could call an IEP

10  meeting and consider services without those things in

11  place.  So that's fewer and far between.

12       Q   Okay.  So those documents you just referred to,

13  the packets, they were created by the Department of Ed?

14       A   Correct.

15       Q   And when was that?

16       A   Oh, seven, eight years ago.

17       Q   Okay.  Thank you.

18            And then you mentioned that you have had less

19  GAA students; is that correct?

20       A   Right.  So we've -- we decreased that.  We

21  started to reintegrate that population.  We've probably

22  cut that population in half.

23       Q   Okay.  Thank you.

24       A   Uh-huh.

25       Q   Maybe we take a quick break?



```
 1        A    Okay.

 2        Q    If that's okay?  Are you good?

 3        A    Yeah.

 4             MS. SOLOMON:  Do you want to take like a

 5   five-minute break?

 6             MS. TUCKER:  Can we take -- is 15 okay?

 7             MS. SOLOMON:  Yeah, that's fine.  Come back

 8   together at 11:05?

 9             MS. TUCKER:  Yeah.

10             THE VIDEOGRAPHER:  The time is 10:52 a.m., and

11   we are off the record.

12             (The deposition was a recess from 10:52 a.m. to

13   11:17 a.m.)

14             THE VIDEOGRAPHER:  The time is 11:17 a.m., and

15   we are on the record.

16             MS. TUCKER:  Thank you.  Welcome back,

17   Ms. Cole.

18             We are going to show a document electronically

19   that we'd like the court reporter to mark as Plaintiff's

20   Exhibit 565.

21             (Plaintiff's Exhibit 565 was marked for

22   identification.)

23        Q    BY MS. TUCKER:  So it's going to show up on

24   your screen in a moment.  Can you see it?

25        A    Yes.
```



BROOKE COLE                                       October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           100

1    Q   Okay.  This is a nine-page document with a
2  Bates number at the bottom of the first page starting
3  with Elam-09-20-21-0100.
4        This document was produced as an electronic
5  file from you all with the file name 93 -- 9.3.21-BS-0100
6  through 0108.PDF.
7        Ms. Cole, do you recognize this document?
8    A   Yes.
9    Q   Okay.  Thank you.
10       MS. TUCKER:  Are you able to give Ms. Cole
11 ability to access, like control the document?
12       MS. SOLOMON:  I think that Claire will have to
13 control it.
14   Q   BY MS. TUCKER:  Okay.  So Ms. Cole, when we are
15 asking questions, just let Claire know, and she can move
16 up and down, and we can move back and forth for you.
17   A   Okay.
18   Q   And if you want to move that computer closer to
19 you to see.
20   A   I can see.
21   Q   Okay.  So you said you recognize this document.
22 Did you create this document?
23   A   I believe my secretary created it.
24   Q   Okay.  And when -- for the purpose of
25 responding to the Department of Justice's subpoena?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              101

1      A    No.  This is -- this is something I keep on
2   file.  This is how we look at our class roster and manage
3   our numbers and see -- see where we are flushing out.
4      Q    How often do you have your secretary do this?
5      A    Oh, this is updated daily, weekly.  Uh-huh.
6   This is for our records.
7      Q    Okay.
8      A    Uh-huh.
9      Q    And that's the whole document, if you want
10  to --
11         MS. TUCKER:  Claire, can you flip through?
12     Q    BY MS. TUCKER:  And then we'll go page by page
13  soon, but just looking at this?
14     A    Yes.
15     Q    Okay.
16     A    Yes, that's how it's broke down.
17     Q    Okay.  I just want to make sure we get all the
18  way to the end for that first time.  Yep.
19     A    Uh-huh.
20     Q    Okay.  So this is the same document that your
21  secretary creates?
22     A    Yes.
23     Q    Where -- what's your secretary's name?
24     A    Well, are you talking about for this year or
25  last year?



1      Q    Let's go for last year that created this

2   document.

3      A    So this was created by Dixie Johnson, but now

4   it's maintained by Alicia Craft.

5      Q    Okay.  And where do they receive the data to

6   create this document?

7      A    From the program coordinators.

8      Q    And then do you share this document?  I know

9   you shared this with us, but is this data or documents

10   that you share with anyone else?

11      A    So, yes.  It's no longer housed in like a Word

12   or Excel document like that.  It's housed in Teams

13   platform for our leadership team.  So they can always log

14   in and see where we are at with our class roster, you

15   know, pull that information at any point in time.

16      Q    And that would be Microsoft Teams?

17      A    Yes.

18      Q    Okay.  And that's where it's updated every day,

19   every week?

20      A    Yes, ma'am.

21      Q    Okay.  And then given that this file name was

22   9.3.21, am I correct that this document represented the

23   student population on that date?

24      A    Yes.

25      Q    I'm going to go page by page.



```
 1        A    Okay.

 2        Q    But starting with page 1, with the Bates number

 3   on the bottom Elam-09-20-21-0100, am I correct that this

 4   chart identifies how many students were attending Elam

 5   Alexander Academy on September 3rd, 2021, disaggregated

 6   by sending county?

 7             MS. TUCKER:  One second.  Someone joined.  Is

 8   it muted?  Oh now it is.  Okay, Franny.

 9        Q    BY MS. TUCKER:  Sorry about that.

10        A    Uh-huh.

11        Q    Okay.  Let's take a step back.  This page that

12   you're looking at, am I correct that it identifies how

13   many students were attending Elam Alexander Academy on

14   September 3rd, 2021, disaggregated by sending county, as

15   well as whether the student was enrolled in Milestones or

16   GAA?

17        A    Correct.

18        Q    Okay.  So I'm correct, then, that there were

19   243 students attending Elam Alexander Academy on

20   September 3rd, 2021?

21        A    Correct.

22        Q    Okay.  With -- just making sure I understand.

23   154 students from Bibb County?

24        A    Correct.

25        Q    12 students from Crawford County?
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              104

```
 1       A   Correct.
 2       Q   35 students from Houston County?
 3       A   Yes.
 4       Q   Okay.  Just going down.
 5       A   Yes.
 6       Q   Great.  Thank you.
 7           Looking at these numbers, would you agree that
 8   there is a higher number of students from Bibb County
 9   compared to the other counties served?
10       A   Yes.
11       Q   Okay.  Why do you think that is?
12       A   They request more services.  They -- we have a
13   lot of students that are -- we have a lot of homes, like
14   a Methodist home, Georgia industrial home, pop-up homes,
15   things like that, and each county's continuum looks
16   different.  Like how they provide services looks
17   different.
18       Q   Okay.  And what do you mean by "continuum"?
19       A   So some counties may have more self-contained
20   classrooms for EBD or GAA, whatever it may be, however
21   they create their continuum, and some do not.
22       Q   Okay.  So are you saying Bibb County has less
23   classrooms in the continuum on their own to serve --
24       A   Correct.
25       Q   -- to serve students in -- it's okay -- with
```



1  the characteristics of an emotional behavioral disorder?

2      A   Yes.

3      Q   Okay.  So do you think -- so it's that Bibb

4  County has less of those classrooms?

5      A   Yes.

6      Q   Okay.  And then how would you describe the

7  characteristics associated with emotional behavior

8  disorders?

9      A   It could be internal or external.  It's -- it

10  could be externally physical aggression, verbal

11  aggression, threats to harm others, self.  Internal is

12  more suicidal, homicidal, self-injurious behaviors, how

13  their thought process, things of that nature.

14      Q   Okay.  Thank you.

15          And why do you think Bibb County has less of

16  these classrooms outside of the GNETS?

17      A   That has to do with how they do their

18  programming.  So that's completely separate from my role.

19      Q   Okay.

20      A   I can't answer that question, is what I'm

21  saying.

22      Q   Thank you.

23          Okay.  I know we've mentioned Milestones and

24  GAA throughout, but I would love to dive a little bit

25  deeper into those.  What does Milestones mean?



1    A    So Milestones are those that are working on the
2    traditional curriculum, those that gen ed kids would
3    access.  Those are the kids that are working for their
4    gen ed diploma.

5    Q    And is that the Georgia Milestones?

6    A    Yes.

7    Q    And that would lead to a general education high
8    school diploma?

9    A    Correct.

10    Q    Okay.  And then what does GAA mean?

11    A    Georgia Alternate Assessment.

12    Q    And can you -- what -- what is a Georgia
13    Alternate Assessment?

14    A    So that's a different type of test.  The actual
15    GAA is 2.0.  It's a test.  It's like the Milestones, but
16    it's a test, a standardized test that they give to
17    students that are on that curriculum.  But those are the
18    students that are more cognitively delayed.

19    Q    Okay.  The students on the GAA track that you
20    described as more cognitively delayed, do they also show
21    characteristics of emotional behavioral disorder?

22    A    Yes, they can.

23    Q    They can?

24    A    Uh-huh.

25    Q    Do they in the GNETS program?



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              107

1     A   Yes.

2     Q   Is that required?

3     A   It's through the -- it's through an IEP

4  process.  So if the IEP team thinks that they do, then

5  they do.

6     Q   Okay.  And earlier you mentioned there are less

7  GAA students --

8     A   Uh-huh.

9     Q   -- than there used to be, correct?

10     A   Yes.

11     Q   Okay.  And then has the numbers of Milestones

12  students changed over time?

13     A   We've had a decrease all together.

14     Q   Okay.

15     A   Yeah.

16     Q   Do you think there is a decrease of one

17  population more than the other?

18     A   For me, I would say off the top of my head,

19  probably GAA, just because that's been a big push for us.

20     Q   Uh-huh.  Okay.

21         And then are there other tracks not captured by

22  Milestones or GAA?

23     A   No.

24     Q   Okay.  All right.  We are going to come back to

25  this electronic exhibit, but I am going to show you a



1    paper exhibit as well.

2         A    Okay.

3              MS. TUCKER:  So I'd like the court reporter to

4    mark this document as Plaintiff's Exhibit 566.

5              (Plaintiff's Exhibit 566 was marked for

6    identification.)

7         Q    BY MS. TUCKER:  Okay.  The Bates number on the

8    first page of this document reads GA00322208.  This is an

9    e-mail thread between you and Vickie Cleveland, dated

10   May 16th, 2018, and the subject reads, "GAA Guidance."

11             Ms. Cole, do you recognize this e-mail thread?

12        A    Yes.

13        Q    Okay.  Let's go to the earliest e-mail in the

14   thread with a time stamp of 12:07 p.m. at the bottom.

15             Do you see it?

16        A    Yes.

17        Q    Okay.  Do you see where you wrote, quote -- and

18   this is to Vickie Cleveland with GaDOE:  "Can you give me

19   some guidance in regards to staffing in new students into

20   these types of classrooms?"

21             Oh, I apologize.  I -- scratch that.  Let's go

22   to the earliest e-mail with the time stamp of 12:07 p.m.

23   Do you see where you wrote, "I know that GNETS providing

24   main center services for students that are served through

25   the GAA has been an issue."



1              What do you mean by "has been an issue"?

2        A    So that came to my attention early on when I

3   became director.

4        Q    Uh-huh.

5        A    Because every GNETS program is different, and

6   so some -- well, most have a smaller number of students

7   that are GAA, and we are probably the largest program in

8   the state --

9        Q    Uh-huh.

10       A    -- for students of GAA, that are under GAA.

11  And so it became an issue that we really needed to

12  reintegrate those students back out because about

13  appropriateness of the setting.

14       Q    Okay.  How -- how did it become an issue how --

15       A    So it was brought to me early on, I believe,

16  and it was Nakeba that was the program specialist at DOE.

17  When she first came in and did a site visit, it was like,

18  yeah, I just don't think this is appropriate.

19       Q    And why was it not appropriate?

20       A    She didn't feel like those students should be

21  served in a GNETS setting, that they could be served at

22  their districts.

23       Q    Okay.  And this is Nakeba Rahming?

24       A    Yes.

25       Q    Who was with the Georgia Department of Ed?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        110

1        A   Yes.

2        Q   And she raised this to you in feedback?

3        A   Yes.

4        Q   Okay.  And then do you see where you wrote,

5   "Can you give me some guidance in regards to staffing in

6   new students into these type of classrooms?  Should I

7   just allow it be an IEP decision?"

8        A   Correct.

9        Q   What did you mean?

10       A   So an IEP team can make that decision.  It's

11  not a one-person decision.  So if I, you know, felt like

12  it was an inappropriate placement, but I'm just one

13  member of the committee.  I can't stop a placement.

14       Q   Uh-huh.

15       A   That's not my role.  So that's what I was

16  asking, should the IEP be able to convene and make that

17  decision.

18       Q   Uh-huh.

19       A   Even though, say, I didn't feel like that was

20  the best decision to be made or it was appropriate.  And

21  that's what I was asking.

22       Q   I understand.

23           What guidance did Vickie Cleveland provide to

24  you?

25       A   Take it through the IEP.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          111

1      Q   Take it through the IEP.  Okay.

2          And did you have additional follow-up with

3   Vickie Cleveland after this e-mail thread about the GAA

4   quote/unquote issue?

5      A   This is something we talk about quite often,

6   so --

7      Q   Okay.

8      A   -- yes.

9      Q   Okay.  Has Vickie Cleveland expressed the same

10  concerns that Nakeba Rahming expressed?

11     A   Yes.

12     Q   Okay.  Why did you write to Vickie Cleveland

13  with this question?

14     A   Because I wanted the answer in writing.

15     Q   Okay.  Do you write -- why?

16     A   Because I wanted to be able to have something

17  in writing when I -- when I'm talking with other

18  directors of why we can't take students of this nature.

19     Q   Have you had conversations with other directors

20  about the GAA student population?

21     A   Yes.  Oh, you mean special ed directors or

22  GNETS directors?

23     Q   What did you mean?

24     A   I meant special ed directors, yes.

25     Q   Okay.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            112

1       A    Yes.

2       Q    So you've had conversations with special

3   education directors?

4       A    Yes.

5       Q    In your eight counties?

6       A    Yes.

7       Q    Okay.  What did you tell them?

8       A    We need to look at the appropriateness and look

9   at reintegrating students back into their -- to their gen

10  ed setting.

11      Q    Did any special education directors express

12  concerns or have questions?

13      A    Absolutely.

14      Q    Can you talk more about that?

15      A    Sure.  So the -- the majority of these students

16  can be very physically aggressive.  They do have --

17  exhibit these type of behaviors of physical aggression or

18  whatnot, and they rely heavily on GNETS for assisting

19  with those services.  So that was a lot of the feedback,

20  is they were concerned about how they were going to

21  program these students when they get back.

22      Q    Okay.  Many have reintegrated; is that correct?

23      A    Substantially, I would say.  I mean, when I

24  first became director, we were at 120 or so GAA students,

25  and we're closer to 61, 62.



BROOKE COLE                                              October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                    113

1    Q   Okay.  And how is it working for them in their

2  home schools?

3    A   So far so good.

4    Q   And by "home schools," do we have the same

5  understanding that that's a neighborhood school, or is it

6  something different?

7    A   It depends on how they program.  So certain

8  districts may have a GAA classroom in each home school or

9  they may have a cluster.  They may have them in a certain

10  zone.  So it's not necessarily that there's a GAA

11  classroom in every school.

12    Q   Got it.  So if -- to make sure I understand

13  correctly, I -- if I was a GAA student who was

14  reintegrated back to a, quote/unquote, home school, it

15  may not be my neighborhood school?

16    A   Correct.

17    Q   Okay.  But it's a general education school?

18    A   Correct.

19    Q   Thank you.

20        And did you speak with any other GNETS

21  directors about this issue?

22    A   I mean, not really.  We have conversations

23  about how that's -- you know, I have the highest number

24  and how this is a continual push for me.

25    Q   Uh-huh.  When do you have those conversations



1    with the other GNETS directors?

2        A   Not often.

3        Q   Okay.  Do you -- are there other regional GNETS

4    programs that have also a high number of GAA students?

5        A   I don't believe so.  I think there is only

6    maybe -- I think maybe -- Haven may have 15 or 16.

7        Q   Okay.

8        A   I'm not sure.

9        Q   15 or 16 students?

10       A   Right.

11       Q   Okay.

12       A   Yeah, so nothing to the degree that we have.

13       Q   Okay.  Thank you, Ms. Cole.

14           And you mentioned that you wrote to Vickie

15   Cleveland because you wanted this in writing?

16       A   Yes.

17       Q   Yes.  Do you write to her other times asking

18   for guidance in writing?

19       A   If I want anything in guide, I will write it to

20   anyone.  I want any -- it's not just Vickie; it would be

21   anybody.

22       Q   Right.  It's your practice?

23       A   It is my practice.

24       Q   Okay.  What other topics have you written to

25   Vickie Cleveland about that you wanted in writing?

1        A    Maybe about when we were implementing

2    trauma-informed care.

3        Q    Uh-huh.

4        A    I think I put that in writing.  I'm not sure if

5    I did or not.  And I was kind of using -- instead of

6    using the trauma-informed care, I was using restorative

7    practices in place of that, just to make sure it met the

8    same standard of practice.  I can't -- but outside -- or

9    if I'm kicking back the grant back and forth of changing

10   locations, you know, I need you to send this back to me

11   so I can upgrade or update and move on.  Things like

12   that.

13       Q    Thank you.

14            MS. TUCKER:  I'm going to introduce another

15   exhibit that I'd like the court reporter to mark as

16   Plaintiff's Exhibit 567.  There you go.

17            (Plaintiff's Exhibit 567 was marked for

18   identification.)

19       Q    BY MS. TUCKER:  Ms. Cole, the Bates number on

20   the first page of this exhibit reads, GA00338963.  This

21   is an e-mail thread where we have redacted student

22   personal identifiable information, and the most recent

23   e-mail is dated January 15th, 2019, from you to Vickie

24   Cleveland, and LaKesha Stevenson is copied.  And the

25   subject reads, "ID Enrollment Information."



1           Ms. Cole, do you recognize this e-mail thread?

2      A    I do.

3      Q    Let's start with the earliest e-mail with the

4   time stamp of January 15th at 10:27 a.m.  And this is an

5   e-mail from Vickie Cleveland to you.  Do you see where

6   Vickie Cleveland writes, "I have reviewed the Au/MID/MOID

7   data that you submitted"?

8           What does Au/MID/MOID refer to?

9      A    So that's autism, mildly intellectually

10  disabled, and then moderately.

11     Q    Moderately?

12     A    Intellectually disabled.

13     Q    Thank you.

14          And what data is Vickie Cleveland referring to

15  that you submitted?

16     A    So I think in 2019 she was pulling numbers.

17     Q    Okay.

18     A    I can't -- I think it was, but we would -- from

19  time to time she would request numbers, you know, of

20  eligibility categories, things like that.  I'm thinking

21  that's what it was.

22     Q    So Vickie Cleveland requested eligibility --

23  student eligibility information related to your student

24  population?

25     A    Yes, but I think she requested it statewide.





1     Q    Statewide?

2     A    Yeah, for all of our -- all of the GNETS.

3     Q    For all regional GNETS --

4     A    Uh-huh.

5     Q    -- programs?

6          And this time it was focused on Au, MID, and

7   MOID?

8     A    Yes.

9     Q    Okay.  And does Vickie Cleveland -- how often

10  does she request this type of data?

11    A    Not often.

12    Q    Okay.  And by "not often," do you mean annually

13  or?

14    A    Not annually.

15    Q    Okay.

16    A    But sometimes it's -- I have to think.  No,

17  it's not.  I was going to say sometimes we submit it

18  through the grant, but we do not.

19    Q    Student eligibility information?

20    A    Right.

21    Q    Is not in the grant?

22    A    No.

23    Q    Okay.  And this was data that Vickie Cleveland

24  had requested of you?

25    A    Yes.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                             118

1        Q    In all the regional GNETS programs?

2        A    Yes.

3        Q    Okay.  Do you see that she continues, "I have

4    concerns regarding the enrollment numbers for these

5    disability categories," and that she wanted to discuss,

6    quote, the LRE of these students, end quote.

7             Do you see that?

8        A    Yes.

9        Q    Okay.  What concerns did Vickie Cleveland share

10   regarding the enrollment numbers for these disability

11   categories?

12       A    I can't -- probably the same as -- I'm gonna

13   say the same conversation; that they're not appropriately

14   placed.

15       Q    Okay.  Would these be GAA students?

16       A    Yes, these are GAA students.

17       Q    Okay.  And has she expressed those concerns in

18   writing or on the phone or in person?

19       A    Both.

20       Q    Okay.  And this is regular?

21       A    I think the -- I called her about this probably

22   two months ago.

23       Q    Okay.

24       A    Because I was revisiting this again.  It's

25   something I've been on for a while.



BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          119

```
 1        Q    Yes.

 2        A    But prior to that, I wouldn't say it's regular.

 3        Q    Okay.  This is consistent, though, with the

 4   conversations you were having with Nakeba Rahming as

 5   well?

 6        A    Yes.

 7        Q    Okay.  And what is meant by "LRE" here when

 8   Vickie uses it?

 9        A    That's least restrictive environment.

10        Q    Okay.  And what did she want to discuss with

11   regard to the least restrictive environment of those

12   students?

13        A    She's asking if we don't need to discuss a

14   transition back to their home school.

15        Q    Okay.

16        A    If they couldn't be served at their least

17   restrictive environment outside of GNETS.

18        Q    Okay.  Understood.

19        A    Uh-huh.

20        Q    Thank you.

21             And then let's look at the e-mail that you sent

22   in response, the one right above it, with the

23   5:06:56 p.m. time stamp.  Do you see where you wrote, "I

24   still have requests for placement for GAA students... do

25   I need to tell them no more?"
```



1        A    Correct.

2        Q    What did you mean here?

3        A    I meant do I not -- do I need to tell them I'm

4   not even going to honor an IEP meeting; you can't call --

5   call our team to an IEP meeting?  That's what I was

6   asking, do I need to tell them, no, we will not

7   participate in IEP meetings.

8        Q    And who is "them?"

9        A    Any county that -- any of my LEAs that request

10  services.

11       Q    Okay.  So you -- were you asking Vickie that

12  you would need to tell the districts that you would not

13  entertain a GNETS placement for these students?

14       A    Correct.

15       Q    Okay.  And what was Vickie Cleveland's response

16  to you?

17       A    I don't remember.  I remember I have received

18  guidance that you can't deny someone a meeting.  Like if

19  they request this of you, you have to come to the table.

20       Q    Okay.  Got it.

21            And then when Nakeba Rahming said that she did

22  not think GNETS was an appropriate placement for the GAA

23  students, why?  What did she say?  Why?

24       A    Because it's -- their behavior is more

25  characteristic of their disability.  So students that are



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              121

```
 1   maybe nonverbal, they may be hitting because that's their

 2   means of communication.

 3       Q    Okay.

 4       A    And it was not an emotional behavior.  It's not

 5   derived from an emotional behavior.

 6       Q    Understand.

 7            So GNETS program would be instead -- it's

 8   supposed to serve students with the emotional behavioral

 9   disorder characteristics?

10       A    Right.  Have some sort of an emotional

11   component to it.

12       Q    Thank you.

13            And did Vickie Cleveland share the same

14   thought?

15       A    She does share the same thought --

16       Q    Okay.

17       A    -- that they need to have some sort of

18   emotional component.

19       Q    Okay.  Thank you.

20            MS. TUCKER:  I'm going to introduce another

21   exhibit.  I'd like the court reporter to mark this

22   document as Plaintiff's Exhibit 568.

23            (Plaintiff's Exhibit 568 was marked for

24   identification.)

25       Q    BY MS. TUCKER:  Okay.  This is an invite for a
```





1   November 6th, 2017 event titled, "Save the Date:  GNETS

2   Guidance on Assessing Low Functioning and ASD Students."

3   This is from Nakeba Rahming with GaDOE.  The Bates number

4   on the bottom of the page reads, "GA00132578."

5           Ms. Cole, do you recognize this invite?

6       A   Yes.

7       Q   Okay.  And do you recognize -- do you remember

8   this training?

9       A   No.

10      Q   Okay.  Have -- do you -- have you received any

11  guidance on assessing low functioning in ASD students?

12      A   Assessing them?

13      Q   According to the invite subject.

14      A   No.

15      Q   Okay.

16      A   Do you mean assessment like testing?

17      Q   I -- I would ask you based on the invite?

18      A   I don't remember this training, so I'm not sure

19  what she meant by assessing.

20      Q   Okay.  Do you think you attended?

21      A   I'm sure I did.

22      Q   Okay.

23      A   If it was required, I -- I'll go.

24      Q   And what is meant by "ASD students"?

25      A   Those are the autism spectrum disorder.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              123

1        Q    Do you think this training would have related

2   to the GAA student population?

3        A    It could.  It could also be Milestones, because

4   you have some students that are -- have that eligibility

5   but they're Milestones.

6        Q    Okay.

7        A    So they're higher functioning.

8        Q    Okay.  Thank you.

9        A    Uh-huh.

10        Q    We're gonna turn back to the electronic exhibit

11   that we were looking at, the Exhibit 565.  We are going

12   to go to the second page.  Just one second.

13        A    Uh-huh.

14        Q    Let me know if you can see it.

15        A    I can, but it's really tiny.

16        Q    It is small, so we're gonna have to zoom in --

17        A    But I understand what it is, yeah.

18        Q    We'll -- we'll zoom in for you.

19        A    Okay.

20        Q    Okay.  Thank you.

21             And the bottom of page 2 reads, "Elam

22   09-20-21-0101."  And, again, this -- we decide -- we have

23   confirmed that this is the enrollment data from

24   September 3rd, 2021.

25             Before we -- yeah, I think where it is right



 1  now, would you agree that this page identifies the

 2  students at Elam Alexander Academy Burke Campus enrolled

 3  in the Georgia Milestones program?

 4       A    Yes.

 5       Q    And then this is disaggregated by classroom?

 6       A    Yes.

 7       Q    And then looking at the page as a whole, would

 8  you agree that there are nine Georgia Milestone

 9  classrooms at Elam Alexander Academy on September 3rd,

10  2021?

11       A    Yes.

12       Q    Okay.  So we'll zoom in on one -- one

13  classroom, because I'm going to ask a question about the

14  column headers.

15       A    Okay.

16       Q    Let me know when you can see.

17       A    I can see it.

18       Q    Okay.  Thank you.

19            So what does the third column represent?

20  There's no header, but students have responses of "SP" or

21  "OT" next to their names.

22       A    So that's related services.

23       Q    Okay.  Related services?

24       A    Uh-huh.

25       Q    And what do you mean by "related services"?



1      A    If they receive speech or occupational therapy.

2  That's what SP, speech, and OT is occupational therapy.

3      Q    Thank you.  Okay.

4           And then if they do not -- if it's blank, they

5  do not receive related services?

6      A    Correct, through the IEP.

7      Q    Through the IEP.  Would that be the only way a

8  student would receive those services in GNETS?

9      A    Yes.

10     Q    Thank you.

11          What does the fourth column represent with the

12  header "GR"?  So, for example, if you scroll down to

13  classroom 207, there are numbers 4 through 6.  Would that

14  be grade?

15     A    Yes.

16     Q    Okay.  For the current school year, what is the

17  largest range of grades in one classroom at the Burke

18  Campus in the Milestones classrooms?

19     A    In Milestones, it would be three.

20     Q    And what grades are those?

21     A    It could be K through 3.

22     Q    Uh-huh.

23     A    3 through 5.

24     Q    Uh-huh.

25     A    Or 6 through 8.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              126

 1      Q    Okay.  And then what about in the GAA
 2   classrooms?
 3      A    It would be four, because we have 9th through
 4   12th grade.  We have a class of 9th -- well, three
 5   classrooms, 9th through 12th.
 6      Q    Thank you.
 7      A    Uh-huh.
 8      Q    Looking at the fifth column, the header reads,
 9   "CO"?
10      A    Yes.
11      Q    And then I see responses of B, P, T, S, H, JA
12   and J.  What does, first, a CO mean?
13      A    County.
14      Q    County.  And then what does B mean?
15      A    Bibb.
16      Q    P?
17      A    Peach.
18      Q    T?
19      A    Twiggs.
20      Q    S?  Is there an S?
21      A    I don't see an S.
22      Q    Let me look.  Okay, maybe no S.  It is small to
23   read, so that might have been my -- my sight.
24           H?
25      A    Houston.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          127

1      Q   Okay.  JA?

2      A   Jasper.

3      Q   And J?

4      A   Jones.

5      Q   Thank you.

6          And then what does the sixth column represent

7   with the header "SEG"?  I see responses with various

8   numbers.

9      A   That's segments.

10     Q   And what does that mean?

11     A   How many IEP segments they receive of GNETS.

12     Q   Okay.  So if I was looking at the top

13  classroom, at student -- the first student, it says,

14  "29.5."

15     A   I'm not looking at what you're looking at.

16     Q   Okay.  I apologize.

17         MS. CHEVRIER:  Which is it?

18         MS. TUCKER:  The top classroom.

19     Q   BY MS. TUCKER:  Okay.  The first student, SEG

20  reads "29.5."  And then below that that reads "30", and

21  then "30."

22     A   Right.

23     Q   What -- what does that mean?

24     A   That's the GNETS segments.

25     Q   Right.  But what is that?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          128

1      A   So that's like their academics.  So they can
2  have five -- five segments of ELA, science, social
3  studies, social skills, so 29.5.  But I think he also --
4  that child receives speech, so .5 is speech.
5      Q   How many total segments should -- are there
6  total?
7      A   30.
8      Q   Okay.  So 30 is a whole day?
9      A   Correct.
10     Q   Okay.  How is that defined?  Is it by half hour
11 or --
12     A   So it's per county.  So like Houston County
13 goes by minutes.  Some go by hours.  So that's who --
14 whatever IEP platform we are working on.
15     Q   Okay.  But 30 is the total for Bibb County or
16 in general?
17     A   In general.
18     Q   Okay.  Thank you.
19         So for a student to - if segment is 30, they
20 spend their whole day within GNETS?
21     A   Correct.
22     Q   Okay.  Thank you.
23         And then the seventh column, if I read that, it
24 reads, "IEP end date"?
25     A   Yes.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            129

```
1         Q   What does that mean?
2         A   That is when the IEP ends.  So we need to --
3   this is for the teachers to know that you have an IEP
4   coming up; we're going to have to schedule an annual
5   review.  And we have a whole process for that.  So that's
6   just putting it on their radar, that you may have an IEP
7   coming up.
8         Q   Okay.  And then the eighth column is "ELIG."
9   And then what does that mean?
10        A   Eligibility.
11        Q   Okay.  And I see EBD, and we agreed to what
12  that meant.
13            Is AUT the same as AU?
14        A   Yes.
15        Q   Okay.  And that was?
16        A   Autism.
17        Q   And then OHI?
18        A   Is other health impairment.
19        Q   And what's SDD?
20        A   I knew you were about to ask me that.  It's
21  about to just completely go.  It's developmentally
22  delayed, but it's before you can -- it's by the age of
23  eight or nine.
24            What is the S?  You can't answer that.
25            MS. SOLOMON:  I can't answer.
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              130

```
 1             THE WITNESS:  I know.

 2       Q   BY MS. TUCKER:  So it's?

 3       A   It's developmentally delayed.

 4       Q   Developmentally delayed?

 5       A   Yes.  Yes.

 6       Q   Thank you, Ms. Cole.

 7       A   Okay.

 8       Q   I'm not trying to quiz you.

 9       A   No, you're fine.  It's going to come to me, and

10   I'm going to shout it out probably like in an hour.

11       Q   That would be great.  Yeah.

12       A   Or at 3 o'clock in the morning.

13       Q   Yeah.  You don't need to shout it then.

14           Would you agree that the majority of students

15   at the Burke Campus in Milestones have the eligibility of

16   EBD, looking at this if you want to?

17       A   At this one class?

18       Q   No, I would scroll down.

19       A   Okay.

20       Q   I will give you a minute to look at every

21   classroom.

22       A   Yes.

23       Q   We'll let you scroll all the way down.

24       A   Yes.

25       Q   Okay.  Is that the same for this current school
```



1  year, that is the 2022/'23 school year?

2      A   Yes.

3      Q   Okay.  And then earlier you mentioned that

4  there is some classrooms that are kindergarten through

5  3rd, and then some that are 3rd through 5th; is that

6  correct?

7      A   Yes.

8      Q   How would you decide which classroom a 3rd

9  grader would go into?

10     A   For Milestones, it would be functioning level.

11 So if they are higher functioning or academically higher

12 than the other, then it would go -- it would kick up.

13     Q   Okay.  And then what about in a GAA classroom?

14 Did it have that same breakdown or no?

15     A   Well, you have different type of GAA students.

16 You have some that might be nonverbal.  You may have some

17 that -- it depends on their grade level and

18 characteristics.

19     Q   Okay.  Thank you.

20     A   Uh-huh.

21     Q   Okay.  I want to -- I'm going to have Claire

22 scroll just a little bit more towards the bottom so you

23 can see those two bottom charts.

24         Do you see them?

25     A   Yes.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                         132

1        Q   Okay.  Thank you.

2            Am I correct at the bottom of this page, the

3   chart all the way at the bottom on the left, identifies

4   the sending school districts for Burke Campus, as well as

5   the total number of students?

6        A   Yes.

7        Q   Then am I correct the table identifies 73

8   students total?

9        A   Yes.

10       Q   Okay.  There's a table to the right of that, a

11  very little table.  Do you see it?

12       A   Yes.

13       Q   It identifies 75 students, correct?

14       A   I can't -- I think it may.  It may.

15       Q   If you can zoom in.

16       A   Yes.

17       Q   Okay.

18       A   I can see it.

19       Q   How -- what is -- where are the two students,

20  missing students?

21       A   That's a good question.  I don't if that's like

22  a typo.  I have no idea.

23       Q   Okay.

24       A   Yeah.

25       Q   Got it.



1            You would expect that these charts have the
2    same number?
3        A    Yes.
4        Q    Okay.  Thank you.
5            And how many students are at Burke Campus in
6    Milestones right now?
7        A    I think the last time I looked was 70, 71.
8        Q    Okay.  Thank you.
9            So earlier I know we -- we spoke about this a
10   little bit.  But Bibb County has a large amount of
11   Milestone students in your GNETS program, but there's
12   also -- at the Burke Campus?
13       A    Yes.
14       Q    But there's also school-based GNETS sites
15   within Bibb County that serve Milestone students,
16   correct?
17       A    Yes.
18       Q    How is that assignment determined then?
19       A    So that's based on -- that's -- that's part of
20   our continuum.
21       Q    Okay.
22       A    So if you have behavioral goals and for
23   physical aggression, whatever it may be, and you come
24   into the main center, then we are constantly monitoring
25   those.  If you are close to meeting those goals, say its



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              134

1   maintain, you know, or refrain from physical aggression

2   for 90 percent, whatever, you're at closer to 80, 85

3   percent.  Then we know that we need to start moving you

4   out.  And so those are the kids that start moving to the

5   satellite classrooms --

6       Q   Uh-huh.

7       A   -- that you saw, because it's still a GNETS

8   teacher.  Then we start pushing them out to one to two

9   classes.  They are successful there, then we move them

10  back to their home school.

11      Q   Do all students in Bibb County that are placed

12  in GNETS start in a center and then move to a satellite?

13      A   No.  It's an IEP team decision.

14      Q   Okay.  And do all students transition from a

15  center to a satellite before their home school?

16      A   No.  IEP decision.

17      Q   Okay.  Thank you.

18          Okay.  If you look back at the chart on the

19  left, there's one student from Crawford County, correct?

20      A   Yes, I think so.

21      Q   Okay.  How far is Crawford County from Bibb

22  County?

23      A   I have no sense of direction.  30, 35 minutes,

24  40.

25      Q   Okay.



1      A    It depends on how fast you drive.

2      Q    Would that student be arriving by bus?

3      A    Yes.

4      Q    Okay.

5      A    They're all -- every county provides

6    transportation.

7      Q    Okay.  So 35, 40 minutes, is that what you

8    said?

9      A    Yes.

10      Q    Okay.  And it looks like there's four students

11    from Houston.  How far is that from Bibb County?

12      A    Houston is a big county, so it depends on where

13    they are coming from.

14      Q    Okay.

15      A    I would say the same or if not more.  And so is

16    Crawford.  It depends on where you are located in the

17    county.

18      Q    Okay.  Of the sending school districts, looking

19    at the list, which is the furthest?

20      A    Jasper.

21      Q    Jasper.  And how far is Jasper?

22      A    Probably more 45 minutes.

23      Q    Do you think the longest ride to Bibb -- to the

24    Burke Campus is 45 minutes?

25      A    I have no idea.



1      Q    Okay.

2      A    It depends on their route, how many students

3  are on the bus.

4      Q    Okay.

5      A    So I don't know how long a student is on a bus.

6      Q    Is that information that you have tracked?

7      A    No.

8      Q    Okay.  Have you ever heard complaints about

9  long bus times?

10     A    Yes.

11     Q    What have you heard?

12     A    That they're on the bus too long.

13     Q    Okay.  And what has been a number that's been

14  thrown at you that's too long?

15     A    Like an hour and a half.

16     Q    Okay.  Do students who are on the bus for an

17  hour and a half each way, is some of their school day

18  cut?

19     A    No.

20     Q    Okay.

21     A    That's an IEP decision, if it's gonna be a

22  half-day student or a full-day student.

23     Q    Okay.  So would, let's say -- what time does

24  school start at Burke Campus?

25     A    8:00.



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           137

1     Q   So if I was an hour and a half away, I would be
2   picked up an hour and a half earlier, or would I
3   potentially be arriving to Burke Campus late?
4     A   No, you would still arrive on time.
5     Q   Okay.  And I would leave when it ends?
6     A   Yes.
7     Q   Okay.  And what time is that?
8     A   2:00, 2:30.
9     Q   Okay.
10    A   We start dismissal at 2:00.
11    Q   Okay.  Got it.  And then there is 30 minutes to
12  get kids out the door?
13    A   Well, sometimes the county buses or Bibb
14  County, it depends on the route.  So some buses may come
15  right at 2:00 and want to go in and pick up.  Some, you
16  know, get there at 2:30.
17    Q   Okay.
18    A   Uh-huh.
19    Q   Thank you.
20        Earlier we were -- when you were talking about
21  students transitioning to their neighborhood school or a
22  home school that has -- or a general education school
23  that has a program or a classroom within, you spoke about
24  goals that students have?
25    A   IEP goals?



BROOKE COLE                                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                           138

```
1          Q    IEP goals, is that what you are referring to?
2          A    Yes.
3          Q    Okay.  Do students have the same IEP goals to
4     leave GNETS?
5          A    As each other?
6          Q    Uh-huh.
7          A    No.
8          Q    Okay.  How is that determined?
9          A    The students' needs.
10         Q    Okay.  Are there any general requirements that
11    students have to meet to exit?
12         A    You mean their IEP goals?
13         Q    Uh-huh.
14         A    They have to meet their IEP goals.
15         Q    But there's -- is there a general IEP goal that
16    is included for your GNETS students to transition?
17         A    You mean like across the board like one?
18         Q    Yeah.
19         A    No.
20         Q    Okay.
21         A    No.
22         Q    Thank you.
23         A    You're welcome.
24         Q    Okay.  Let's go to the third page, if Claire
25    can scroll down.
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                139

1              Okay.  Scroll up a little.  To the top.  Okay.
2              Am I correct that this page identifies the
3    students at Elam Alexander Academy Burke Campus enrolled
4    by the -- enrolled in the GAA program?
5        A   Yes.
6        Q   Okay.  And this is also disaggregated by
7    classroom?
8        A   Yes.
9        Q   Okay.  So I would be correct -- if Claire zooms
10   out -- that there are nine -- there were nine GAA classes
11   at the Burke Campus at that time?
12       A   Yes.
13       Q   Okay.  And the columns represent the same as
14   the page prior?
15       A   Yes.
16       Q   Okay.  So could we look at Room 403.  Do you
17   see it?  It is -- it's on the right column, second down.
18   Do you see it?
19       A   Not yet.  She's still scrolling.
20       Q   Okay.  Got it.
21           Do you see it, Ms. Cole?
22       A   She's going to need to zoom back in.
23       Q   Okay.
24       A   Yes, I can see it.
25       Q   Okay.



```
 1        A    Thank you.

 2        Q    Thank you.

 3             It looks like -- I see there is one student

 4   here and on this page that is identified as EBD?

 5        A    Yes.

 6        Q    Okay.  And then how would this student be

 7   placed in GAA versus Milestones?

 8        A    If they moved them to the GAA track, if the IEP

 9   team --

10        Q    Okay.

11        A    -- moved them to the GAA track.

12        Q    Would it be -- is it less likely, though, for

13   GAA students to have EBD as their primary?

14        A    It should be.  I think that's the flag in FTE.

15        Q    A flag in?

16        A    So I don't think you can have an EBD

17   eligibility and be served under GAA.  That's a -- that's

18   typically a flag.

19        Q    So this would be a flag?

20        A    Yes.

21        Q    Okay.  Do you know if this year in your Burke

22   GAA classrooms if there is any student with an EBD?

23        A    I can't recall off the top of my head.  I'd

24   have to look, but I wouldn't say there's -- if there's --

25   not many, if there are.
```



1    Q    Okay.  And it would be a flag?

2    A    Yes.

3    Q    And what does it mean by a flag?

4    A    It just flags up in the -- up in DOE where they

5    have all their FTE stuff.

6    Q    It flags in the Georgia Department of

7    Education?

8    A    Yes.

9    Q    For FTE?

10   A    Yes.

11   Q    And why is that?

12   A    I have no idea.

13   Q    What is FTE?

14   A    Full-time equivalent.

15   Q    Does that have to do with funding?

16   A    Yes.

17   Q    Is there different funding for Milestone

18   students and a GAA student?

19   A    There is different funding for each eligibility

20   category.

21   Q    Okay.

22   A    They hold different weight.

23   Q    Got it.  Thank you.

24   A    Uh-huh.

25   Q    We can scroll down to the bottom tables in a



1    moment.  The -- okay.  Am I correct that this page

2    identifies also the sending -- the sending counties, that

3    last table?

4         A    Yes.

5         Q    It's the same?  Okay.

6              And then there is 70 students total?

7         A    Yes.

8         Q    Okay.  And again, there's a larger number from

9    Bibb County?

10        A    Yes.

11        Q    And that is because Bibb County has less

12   classrooms in the continuum?

13        A    I can't speak to that for their GAA.

14        Q    Okay.

15        A    I'm not sure about that.

16        Q    Okay.  You could speak to it for the

17   Milestones?

18        A    Yes.

19        Q    Okay.  Do you know how a student in GAA would

20   be placed in GNETS compared to a GAA in their general

21   education environment?

22        A    I don't think I understand the question.

23        Q    Yeah.  I -- I appreciate that.

24             So earlier you said -- and correct me if I'm

25   wrong -- that there were less classrooms in the continuum



1   in Bibb County to serve EBD students who are on the

2   Milestones track.  Am I correct?

3        A   Correct.

4        Q   And you're not sure if there's less classrooms,

5   you know, in the general education setting to serve GAA

6   students in Bibb?

7        A   I am not sure about that.

8        Q   That's what you're not sure about?

9        A   Yeah.

10       Q   Thank you.  We are on the same page now.

11       A   There you go.

12       Q   At the Burke Campus, are the GAA and Milestone

13   students, do they ever interact together?

14       A   Yes.

15       Q   In what ways?

16       A   Common areas.  You know, it's a -- it's a

17   building so they share, you know, the cafeteria together,

18   hallways.  They are going to PBIS room.  PBIS functions,

19   like when we have our monthly celebrations.  If we ever

20   have field trips.  Things of that nature.

21       Q   Okay.  Field trips are together?

22       A   Sometimes, yes, uh-huh.

23       Q   Are the hallways separate?

24       A   No -- well, I would say that the high school

25   hall is separate.  That's only GAA.  And then the middle



 1  school is separate, yes.

 2      Q   Okay.

 3      A   But then I have GAA on the K through 5 hall, so

 4  they are kind of intermingled there.

 5      Q   Okay.

 6      A   It's really more separated by K through 5, 6

 7  through 8.  And then I do have GAA 6 through 8 by the

 8  instructional coach.  And then 9th through 12th, because

 9  that's all we serve at Burke --

10      Q   Uh-huh.

11      A   -- is GAA for 9th through 12th.

12      Q   Thank you.

13      A   Uh-huh.

14      Q   Okay.  Let's turn to the fourth page.  Okay.

15          At the top, do you see that it says, "Southwest

16  Campus Adolescent Services"?

17      A   Yes.

18      Q   Okay.  And then if Claire can zoom out a little

19  bit.

20          Would I be correct -- I think a little bit

21  more -- that there are six classrooms?

22      A   Yes.

23      Q   Okay.  And then is this a combination of GAA

24  classes and Milestone classes?

25      A   No.



1    Q    It's just Milestone?

2    A    Just Milestones.

3    Q    Okay.  Do you see notations that some students

4  are half days?

5    A    Yes.

6    Q    Okay.  And then why is that?

7    A    It depends on the student.  It may be that

8  they're going back to their home school.  It may be that

9  they're going home.  It may be that they're on some sort

10  of work program.  It depends on the student.

11    Q    Do any of the half students -- half-day

12  students at the adolescent services at Southwest Campus

13  attend the rest -- the other half of the day at the

14  Southwest High School?

15    A    Some do.

16    Q    Okay.  Would students miss any school for

17  travel time?

18    A    For what travel time?

19    Q    If I was going to a different high school.

20    A    I mean, if they're on the bus, they're not in

21  school.

22    Q    Yeah.

23    A    So --

24    Q    Yes?

25    A    Yes.



BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          146

```
 1        Q    Okay.  Is that tracked?

 2        A    Not -- not by me.

 3        Q    Okay.  Would it be -- who would it be tracked

 4   by, if anyone?

 5        A    I have no idea.  Maybe a special ed director.

 6        Q    For their sending school?

 7        A    Yes.

 8        Q    Their home school?

 9        A    Or through, yeah, the county, LEA.

10        Q    Thank you.

11             Let's scroll to the bottom.  The box that you

12   see.  Claire will zoom in.

13        A    Yeah, please.

14        Q    Do you see that there are 55 students total --

15        A    Yes.

16        Q    -- in the column on the left?

17        A    Yeah.

18        Q    Okay.  On the table on the left.

19             And then if Claire could scroll to the table on

20   the right.  It says, "47"?

21        A    Yes.

22        Q    Do you know why that is?

23        A    Do you want my honest answer?

24        Q    Yes.

25        A    So Dixie --
```



1      Q   I want all of your honest answers today.

2      A   Yes, yes, yes.

3      Q   Okay.

4      A   So Dixie Johnson used to manage this through --

5   and so she just was not very careful with her numbers.

6   So Alicia Craft is managing this now.

7      Q   Okay.

8      A   Yes.

9      Q   Thank you.

10     A   Yes, you're welcome.

11     Q   Yes, all -- all honest answers during this

12  conversation.

13     A   Poor Dixie.

14     Q   Yeah, as candid as --

15     A   Yeah.  Sweet Dixie.

16     Q   Yeah, numbers aren't for everyone.

17     A   No.

18     Q   Let's look to the fifth page.  Okay.

19         And would I be correct that these are the

20  satellite classrooms for Elam Alexander within Bibb

21  County?

22     A   Yes.

23     Q   Of last year?

24     A   Yes.

25     Q   Okay.  I'd like to look at the second table in



1  the left column that says "Southwest" at the top.  Do you
2  see that?
3       A   Yes.
4       Q   Okay.  Thank you.
5           It looks at the bottom that there is three
6  students included in the count.  Do you agree with that,
7  in that classroom?
8       A   Yes.
9       Q   Can you help me understand?  It seems that
10 there is three other students I -- it seems like there is
11 three students that are counted, then number four, five,
12 and then one under "Consultative" are not counted.  Why
13 is that?
14      A   So I need to see -- can you scroll down?
15 Because I'm not sure if that's the Milestones or the GAA
16 classroom.  No, I mean scroll up.  I'm sorry.
17      Q   I think scroll down.
18      A   Okay.
19      Q   So there's --
20      A   So there's two at Southwest.
21      Q   Yeah, uh-huh.
22      A   So the one -- the one you were just referring
23 to --
24      Q   Uh-huh.
25      A   -- if you scroll back to it now.



1        Q    Uh-huh.

2        A    So those kids, some are consultative, so they

3    don't receive a lot of services.

4        Q    Uh-huh.

5        A    It's just to touch base.  And then if you look

6    at the segment, so I have two only received five segments

7    from that -- from our GNETS teacher.

8        Q    Uh-huh.

9        A    And one receives 14.5.  So they're not in the

10   GNETS class all day.  That's what that means.

11       Q    Okay.  So the number three is counting?

12       A    Just those top three, because they actually

13   receive segments.  Because the partial -- I can't -- I

14   don't know who the student is because it's blocked out.

15       Q    Yes.

16       A    So it's probably more in the consultative.

17       Q    Okay.

18       A    Yeah.

19       Q    And earlier we said segments were out of 30?

20       A    Yes.

21       Q    Okay.  So this is 5, 5, and 14.5?

22       A    Correct.

23       Q    So what would you equate 5 to?

24       A    One class.

25       Q    One class?



1    A    Yes.  And it's most likely like a social skills

2    kind of class.

3    Q    Okay.  So 5 segments is one class, and 5 times

4    6 equals 30; that's where we get the total of 30?

5    A    Correct.

6    Q    There's six classes?

7    A    Correct.

8    Q    Thank you.

9         Okay.  Okay.  And then you said consultative is

10   a touch base?

11   A    It depends if it's direct or indirect.  So it

12   could be that our teacher is talking with a teacher about

13   what's going on, just making sure everything is fine.  If

14   it's not, it's where they're actually going in and

15   working with a specific student on social skills.

16   Something to that nature.

17   Q    So you -- you would -- so this 5 consultative

18   is one class?

19   A    Correct.

20   Q    Okay.  And those students aren't counted in the

21   total count?

22   A    No.

23   Q    Okay.

24   A    No.  Because I don't receive a lot of funding

25   for those students.



1    Q   Okay.

2    A   Yes.

3    Q   Thank you.

4    A   Uh-huh.

5    Q   And why is that?

6    A   Because they are not receiving direct services

7  from GNETS like -- like a full-day service.

8    Q   Okay.

9    A   Because our -- well, go ahead.

10   Q   Please.

11   A   Okay.  So our funding formula is different.

12 It's a rolling average, so it's not based on -- it's not

13 an FTE pull.  It's a three-year rolling average.  And so

14 I can't count a student -- I don't count a student if I

15 only see them, you know, one class.

16   Q   And by "our funding formula," what do you mean?

17   A   That's like the GNETS funding formula right

18 now.

19   Q   The State --

20   A   It has been, yes, from the State.

21   Q   Okay.  And how do you know when to count

22 someone?

23   A   When they're with us a full day.

24   Q   Okay.  And when did you receive guidance on

25 this?



1      A    That's always -- it's always been.

2      Q    Okay.

3      A    It's just -- I just -- that's what I've been

4  taught.

5      Q    Okay.  This is how you were taught when you

6  started?

7      A    It's been, from what I understand, how it's

8  always been.

9      Q    Okay.  How -- how were you taught when you

10  started as director?

11      A    From experience.

12      Q    From experience?

13      A    I mean, like.

14      Q    Okay.

15      A    Yeah.

16      Q    Okay.  Did this happen when you became

17  director?  Is that when you started --

18      A    So I don't --

19      Q    -- doing this?

20      A    -- send up any data for my funding.  So I don't

21  claim anybody like that.  So if a county claims my --

22  claims students, they have to put a number 4 for GNETS,

23  and so that's pulled up from them.  So I don't send

24  anything to the State for funding.

25      Q    I understand.



1    A   Yeah, that's all from the LEA.

2    Q   Okay.

3    A   Uh-huh.

4    Q   So it's not necessarily you not counting the

5    student, the consultative student then?  I'm just trying

6    to understand.

7    A   So they wouldn't receive the services from us.

8    They receive through -- the majority of their services

9    from whatever their IEP is from the gen ed.  So their

10   department would receive those funds.

11   Q   Got it.

12   A   Yes.

13   Q   Okay.  Thank you.

14   A   Uh-huh.

15   Q   And then how is -- how are the segments

16   determined for each student?

17   A   From the IEP.

18   Q   From the IEP.

19       Can they be taken away without an IEP meeting?

20   A   No, ma'am.

21   Q   Could a student not attend a segment out for

22   disciplinary reasons?

23   A   I don't understand the question.

24   Q   So if a student was going to attend PE with a

25   gen ed -- general education class and they were in



1  trouble that day, is that something that could change, or

2  are they -- are they to attend PE?

3      A    They are to attend whatever classes they are,

4  unless the principal -- because they would fall up under

5  their discipline.  So let's say a fight happened.  They

6  would treat them just like -- and say they had ISS.

7  Well, that's -- that's not my decision.

8      Q    And that's in-school suspension?

9      A    Correct.

10     Q    Okay.  Let's go to the sixth page.  And then

11  would I be correct that these are the Crawford County

12  satellite classrooms?

13     A    Yes.

14     Q    Okay.  And does consultative mean the same

15  thing here as it did before?

16     A    Yes.

17     Q    Okay.  And this -- and it can mean various

18  things for different students, is that --

19     A    Correct.

20     Q    Okay.  And earlier you said social skills?

21     A    This could be social skills, yes.

22     Q    Okay.  This is .5 segment?

23     A    So that's probably up under their IEP platform,

24  so it depends on the platform.

25     Q    Okay.



BROOKE COLE                                            October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                   155

1          A    Uh-huh.  But it's very minimal --

2          Q    Okay.

3          A    -- GNETS services.

4          Q    Do you think this means one class or less?

5          A    Less.

6          Q    Okay.

7          A    Maybe 30 minutes in a month, it may be, yeah.

8          Q    And what -- what would that look like?

9          A    It could be indirect or direct.  It could be

10   that she's -- like that was Ms. Webb.  She could be

11   working with a teacher, you know, touching base.  It

12   could be that she's working with the student.  It depends

13   on what the IEP dictates.

14         Q    Okay.  Let's go to the next page.

15              Do you see where it reads, "Jones PEC

16   students"?

17         A    Yes.

18         Q    And what is PEC again?

19         A    Program for Exceptional Children.

20         Q    Okay.  Can you explain why this student is a

21   Jones PEC student and not identified at the top with the

22   other students?

23         A    Yes.  That's a split-funded class.  So Jones

24   County split funded our teacher.  So she may have some of

25   her PEC students in that class or it may be Jones County



BROOKE COLE                                         October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              156

 1  GNETS kids.  So it's split funded.  It's not -- it's not
 2  a fully-funded GNETS class.
 3       Q   So if I understand you correctly, this student
 4  is in a different class than the students identified
 5  above?
 6       A   No, the same class.
 7       Q   The same class?
 8       A   The same class, but it's a split-funded
 9  teacher.
10       Q   Okay.  So that student is not technically in
11  GNETS?
12       A   Correct.
13       Q   Thank you.
14           Are there other split-funded classes in Elam
15  Alexander Academy now?
16       A   I split fund with Jones County.
17       Q   Uh-huh.
18       A   Those two classes are split funded.
19       Q   And that would be the high school class we
20  spoke to about earlier, as well as the one at Gray
21  Station Elementary School?
22       A   Correct.
23       Q   Do you split fund with other counties?
24       A   I have in the past, but not currently.
25       Q   What are the benefits of split funding?



1        A    Well, it saves me money, clearly.  And then

2    they have the opportunity to have students in there that

3    may not require, you know, the full -- full GNETS

4    services.  They don't -- they wouldn't have to go through

5    me to place a student.

6        Q    Okay.  That would be a decision made how?

7        A    Through their special ed department.

8        Q    Okay.

9        A    They wouldn't have to submit the packet and all

10   of that.

11       Q    Okay.  Thank you.

12            Let's look at the -- the ninth page, which is

13   the last page.  Just go up a little bit.

14            The bottom of it reads, "Elam 09-20-21-0108."

15   Okay.  Do you see it?

16       A    Yes.

17       Q    I think there's -- there we go.

18       A    Uh-huh.

19       Q    Does Elam Alexander currently have any students

20   that are hospitalized?

21       A    In residential facilities?

22       Q    Is that what that means on this page?

23       A    No.  Hospital home based is when they are

24   receiving home -- services at home.  And that's through

25   hospital home base, so that's an LEA decision.  So if

1  they have some sort of medical disability that doesn't

2  allow them to actually come to school.

3       Q    So is this hospital home based, is there

4  hospitals modifying home based?  It's not a separate?  I

5  see a comma, so I thought that it was a separate.

6       A    So there's hospital home based.  There's

7  home-based services, and there's LEC.  So hospital home

8  based requires some sort of medical issue that -- that

9  keeps them from being able to physically come to school.

10      Q    Okay.  And then there's hospital home base,

11  home based and --

12      A    And then there's home based.  And then there's

13  students that are incarcerated.  That's what LEC, law

14  enforcement center.

15      Q    Thank you.

16      A    You're welcome.

17      Q    Currently, do you have any hospital home-based

18  students?

19      A    I'd have to look, but I don't believe so.

20      Q    How about last year?

21      A    I can't remember.  If I did, it's very few.

22      Q    Okay.  What about home based this school year?

23      A    This school year, I'd have to look back.  I may

24  have -- I have some that are receiving both.  Some that

25  are receiving home-based services and coming --

BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              159

```
 1        Q    Uh-huh.

 2        A    -- to school.  So it may be a split day.

 3        Q    Okay.  And why would a student receive

 4   home-based services?

 5        A    So this might be for various reasons, but it

 6   goes to the IEP.  It could be behavior, that the behavior

 7   is too intense.

 8        Q    Uh-huh.

 9        A    Even for us.

10        Q    Uh-huh.

11        A    It could be something going on with the family

12   that they request something to that nature.  It all comes

13   to the IEP on that.

14        Q    Okay.

15        A    Uh-huh.

16        Q    And then do you have any students this school

17   year receiving law enforcement center services?

18        A    Not that I'm aware of.  But that -- all that

19   kicks back to the LEA.

20        Q    Okay.

21        A    Yeah.

22        Q    Would you be made aware?

23        A    Sure.

24        Q    Okay.

25        A    Most times they'll -- they'll ask if I have any
```



1  teachers that are available to provide those services.

2      Q   Uh-huh.  When is the last time that you've had

3  that?

4      A   For LEC, it was probably a couple of years ago.

5  We've had students -- and I want to say it was during

6  COVID, too, because it was -- it was, how are we going to

7  provide those services while they're in like a -- like an

8  LEC.

9      Q   Uh-huh.  How did you all?

10     A   I have no idea.  That's an LE -- LEA decision.

11     Q   Okay.

12     A   So we don't -- we don't provide those services.

13  Now, they will contract with some of my teachers to do

14  that after hours.

15     Q   After hours?

16     A   Right.

17     Q   Okay.

18     A   Uh-huh.

19     Q   That's how it worked for the LEC?

20     A   Right.

21     Q   Okay.

22     A   The same for hospital home based and home

23  based.

24     Q   Okay.  It's all after hours?

25     A   Correct.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              161

1       Q    Thank you.

2       A    Uh-huh.

3       Q    Looping back a little bit, earlier you said

4   that both Nakeba Rahming and Vickie Cleveland did not

5   think it was largely acceptable to serve most GAA

6   students in GNETS; is that correct?

7       A    Correct.

8       Q    Under what circumstance would they think it's

9   acceptable?

10      A    If they had some sort of emotional undertow,

11  something emotional that was causing that behavior.

12      Q    Okay.  Do you -- have you looked into this for

13  your GAA student population?

14      A    I'm consistently looking into that.

15      Q    Okay.  And do you think that there was a large

16  population of your GAA students that do not meet that

17  criteria?

18      A    I think there is some students that we need to

19  have a conversation about.

20      Q    And how would that conversation start?

21      A    So it's already started.  So I reach out to the

22  special ed director.  I start saying, you know, I think

23  we need to start talking about reintegration for these

24  students.  This is their eligibility category.  This is

25  the behaviors we are seeing, and I think that we need to



1  start moving those kids out.

2       Q    Okay.

3       A    Uh-huh.

4       Q    How have those conversations gone?

5       A    They go well.

6       Q    Okay.  And have you received guidance from

7  either Vickie Cleveland or Nakeba Rahming identifying

8  this, like, you know, that it would be the emotional that

9  would be appropriate for a GNETS versus the other --

10      A    That's always --

11      Q    -- GAA students?

12      A    -- the conversation.

13      Q    Versus the other GAA students, it's always the

14  conversation?

15      A    Yeah.  I mean, that's always the nature of the

16  conversation.

17      Q    Okay.

18      A    You know, is this a -- is this an emotional

19  behavior issue.

20      Q    Okay.  Got it.  Thank you.

21      A    You're welcome.

22      Q    We'll try to get through the next section

23  before we --

24      A    Uh-huh.

25      Q    -- break.  Is that okay?



1        A    That's fine.

2        Q    Thank you.

3             Who determines staffing needs for your regional

4    GNETS program, the Elam Alexander Academy?

5        A    I do.

6        Q    Has this always been the case?

7        A    Yes.

8        Q    Has GaDOE been involved in recommending

9    staffing?

10       A    You mean actual personnel or what we might need

11   for services?

12       Q    Both.

13       A    Like social workers, things of that nature?

14            They recommend, you know, having social workers

15   or clinical type individuals working with you.  But no,

16   not directly.

17       Q    How do they recommend it?

18       A    Well, most recently, like, they have a -- a

19   grant that they've -- if certain programs didn't have

20   social workers that they provided -- I don't know where

21   they got the money; don't even ask me that -- that you

22   had -- different programs had access to this grant so

23   they can do contract work with social workers or

24   something to that nature.

25       Q    Okay.  Did you seek to get this grant for Elam



1   Alexander Academy?

2       A    No, I have social workers.

3       Q    Okay.  That are not through the grant?

4       A    Through contract type work, yes.

5       Q    Okay.  What is the process for hiring new

6   personnel?

7       A    So I post the position.  It's through the Bibb

8   County -- it's all through Bibb County.  And I pull

9   applicants.  I interview, make the recommendation, do the

10  background check.  All of those things.

11      Q    So it's posted on Bibb County's website?

12      A    Yes.

13      Q    Okay.  And does this process vary at all by

14  position, whether it's a teacher or an admin or other

15  staff?

16      A    The same.  Same process.

17      Q    Has GaDOE assisted with posting a position?

18      A    Not for me.

19      Q    Okay.  And when you say not for you?

20      A    I can't speak to -- I don't know if they ever

21  do it with any other program.

22      Q    Thank you.

23           MS. TUCKER:  I am going to introduce a new

24  exhibit.  I'd like the court reporter to mark the

25  following document as Plaintiff's Exhibit 569.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              165

```
 1              (Plaintiff's Exhibit 569 was marked for
 2      identification.)
 3          Q    BY MS. TUCKER:  This is an e-mail from you,
 4      Ms. Cole, to Nakeba Rahming with the subject, "School
 5      Psychologist."  The e-mail is dated July 6th, 2017.  The
 6      Bates number on the bottom of this document reads
 7      GA00790074.
 8              Ms. Cole, do you recognize this e-mail?
 9          A    I don't remember it, but clearly it's me.
10          Q    Yeah.
11          A    But it was years ago, yes.
12          Q    Do you have any reason to doubt --
13          A    No --
14          Q    -- this e-mail?
15          A    -- not at all.
16          Q    Okay.  And earlier we said Nakeba Rahming was
17      with the Georgia Department of Education as the manager
18      of the GNETS program?
19          A    Yes.
20          Q    Okay.  And this is the position that Vickie
21      Cleveland currently holds?
22          A    Correct.
23          Q    Okay.  Do you see where you wrote, "I was
24      chatting with T and he said you were open to staffing a
25      school psychologist for our program.  We are in desperate
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           166

```
 1   need"?
 2        A    Yes.
 3        Q    Who is "T"?
 4        A    Thiago Aleixo.  He was our -- one of our
 5   coordinators and then became assistant director, and then
 6   he moved to be a director of another GNETS program.
 7        Q    Which GNETS program?
 8        A    He was at Mainstay, and now he is actually
 9   working in Monroe County.
10        Q    And when did he leave Elam Alexander Academy?
11        A    Oh, he left and became the director at Mainstay
12   two and a half years ago.
13        Q    Okay.
14        A    So not too long ago.  Two and a half years ago,
15   I want to say.
16        Q    Okay.  Thank you.
17             And I'd like to learn a little bit more about
18   this e-mail.
19        A    Sure.
20        Q    Am I correct that you were seeking to secure a
21   school psychologist through GaDOE?
22        A    I don't know.  So I was trying to see -- I
23   think -- I think at that point what that means is that
24   they were willing to fund one.
25        Q    Uh-huh.
```



1        A    That's how I'm taking what I wrote.

2        Q    Okay.  And how -- did this happen?

3        A    No.

4        Q    It did not happen?

5        A    It did not.

6        Q    Okay.  Why?

7        A    I don't remember.

8        Q    Okay.  So you do not have a school

9   psychologist?

10       A    I do have a school psychologist.  I was

11  reaching out -- I've always had a school psychologist.  I

12  think I was looking for an additional one.

13       Q    Okay.

14       A    Yes.

15       Q    Got it.

16            It did not happen from this e-mail?

17       A    No.

18       Q    Okay.  You wrote you were in desperate need?

19       A    Yes.

20       Q    Can you elaborate?

21       A    Yes.  So we have a large number of students and

22  require a lot of testing with updated evaluations.  And

23  we do all the evaluations for our students.  Rarely does

24  the LEA do that, and so I was wanting an additional one

25  to help with the caseload of that.

BROOKE COLE                                            October 27, 2022
UNITED STATES vs STATE OF GEORGIA                               168

1       Q    And I'm correct that you did not receive one?

2       A    Correct.

3       Q    Are you still in desperate need?

4       A    No.

5       Q    Why is that?

6       A    I have a full-time school psychologist, and I

7   also have a diagnostician that helps with that.

8       Q    Okay.

9       A    Uh-huh.

10      Q    Thank you.

11      A    You're welcome.

12      Q    Have you reached out to GaDOE in a similar

13  manner about securing other GNETS personnel?

14      A    I don't remember, and -- I don't remember.

15  Maybe BCBA type individuals, but I can't remember.

16      Q    Have you received BCBA individuals?

17      A    No.

18      Q    Okay.  But you are seeking them?

19      A    Not currently.

20      Q    Okay.  Thank you.

21           MS. SOLOMON:  Just for clarification, sorry,

22  were you asking if she's received BCBAs from -- funded

23  through GaDOE?

24           MS. TUCKER:  That's correct.  Thank you,

25  Ms. Solomon.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                    169

1        Q    BY MS. TUCKER:   And the answer stays the same?

2        A    Correct.

3        Q    Thank you.

4             Okay.   For the current school year, so the

5    2022/'23 school year, how many total staff are under you?

6        A    Oh, Lord.   So I have six coordinators.

7        Q    Uh-huh.

8        A    I have approximately 31 teachers.

9        Q    Uh-huh.

10       A    Which means I probably have 32, 33 paras.

11       Q    Uh-huh.

12       A    I've got three social workers, two social

13   worker techs, a handful of secretaries.   Let's see, one,

14   two, three, four -- five -- five secretaries that work

15   program wide.   I have a staff allocation map.   I'm trying

16   to go through it in my brain.   So maybe 89, 90 people.

17   Does that add up, ish?   Custodians; two custodians, hall

18   monitors.

19       Q    Okay.

20       A    Crisis interventionist.   Okay, 90ish.

21       Q    Okay.   Thank you.

22       A    Okay.

23       Q    So we have coordinators, teachers, paras,

24   social workers?

25       A    Uh-huh.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              170

1        Q    Social worker techs?

2        A    Uh-huh.

3        Q    Secretaries?

4        A    Yes.

5        Q    Custodians, and crisis intervention workers?

6        A    Yes.

7        Q    Okay.  Any other positions I did not name?

8        A    I have a hall monitor.

9        Q    Okay.

10       A    Program evaluator, but that kind of falls up

11  under secretary.  Let's just throw it there.  I think

12  that's it.

13       Q    Okay.  Do any of these position categories

14  support multiple Elam Alexander Academy sites?

15       A    Yes.

16       Q    Which categories?

17       A    So my -- so my coordinators do, the compliance

18  coordinators.  I have a social worker who is housed at

19  Southwest, but she -- if we need any sort of services,

20  like out at satellite, she goes.  The program evaluator,

21  who is Alicia Craft who's like the secretary, she deals

22  with all the data program wide.  So a handful of people.

23  Five to six or so.

24       Q    Thank you.

25       A    And myself.



BROOKE COLE                                October 27, 2022
UNITED STATES vs STATE OF GEORGIA                       171

1    Q    How often are you traveling between sites?

2    A    Quite often.

3    Q    What does that mean?

4    A    Weekly.

5    Q    Weekly?

6    A    Uh-huh.

7    Q    Okay.  Do you visit every site within the week?

8    A    No.

9    Q    Okay.

10   A    No.

11   Q    How often do you visit every site?

12   A    So I visit Adolescent Services weekly --

13   Q    Uh-huh.

14   A    -- which is at Southwest; and if I'm over

15   there, I might as well see the rest.

16        And then Peach County, maybe -- maybe once or

17   twice a year because Steven manages that.

18        The same for all my satellites.  So they --

19   they lay eyes on me where I physically go there maybe

20   once or twice a year.

21   Q    Okay.

22   A    Unless there -- you know, something comes up,

23   which nothing ever does.

24   Q    Nothing ever comes up?

25   A    No, not really.  They're so easy to manage.



1  And Steven is the one that manages all that, so there is

2  no reason for me to go if he goes.

3      Q    So the satellite programs are easy to manage?

4      A    Absolutely.

5      Q    And can you elaborate on why --

6      A    Sure.

7      Q    -- that's so easy?

8      A    They're embedded in really great schools, and

9  so the school culture is great.  The principals have

10 really absorbed those -- those teachers.  The students

11 have very minimal behavior, so it doesn't really require,

12 you know, any heavy sort of like intensive support.  And

13 then Steven is fantastic because he goes out all the

14 time.

15     Q    Thank you, Ms. Cole.

16     A    Uh-huh.

17     Q    Have you noticed any trends in staffing,

18 whether it's gone up or down in recent years?

19     A    Are you talking about turnover?

20     Q    I am asking first about number of staff.  Has

21 it increased or decreased in recent years?

22     A    So we probably decreased, because we have less

23 numbers.  We have less students.  We've decreased the

24 number of social workers.  We've decreased the number of

25 coordinators.  We've decreased some in the number of



1    teachers, which would impact the number of para pros.

2         Q    Uh-huh.

3         A    So, yes.

4         Q    Okay.  And then I -- I want to ask about

5    turnover.  Is -- how often is turnover happening?

6         A    Not -- we don't have a high turnover.

7         Q    Uh-huh.

8         A    I have some new teachers this year because I

9    moved other teachers out to become instructional coaches,

10   and then I created that second Jones County class, which

11   put a vacancy at the Burke Campus.  So I don't -- I don't

12   have a high turnover.

13        Q    And how many instructional coaches do you have?

14        A    Three.

15        Q    Three.  And they are located at?

16        A    Two at Burke and one at Southwest Adolescent

17   Services.

18        Q    In the centers?

19        A    Yes.

20        Q    Okay.  Do instructional coaches go to the

21   school-based locations?

22        A    No.

23        Q    Why is that?

24        A    Because they have instructional coaches in

25   those schools, so they tap into all those resources that



1  are school-based.

2       Q   Okay.  And do you know that they are tapping

3  into those resources?

4       A   Yes.

5       Q   And how?

6       A   Because Steven tells me.

7           MS. TUCKER:  I'd like the court reporter to

8  mark the following document as Plaintiff's Exhibit 570.

9           (Plaintiff's Exhibit 570 was marked for

10  identification.)

11      Q   BY MS. TUCKER:  Ms. Cole, this is the Elam

12  Alexander Academy GNETS grant application for fiscal year

13  2022 that was printed off of the GNETS Web on March 15th,

14  2022.  The Bates number on the first page of this

15  document reads Elam-18-822 -- or let's start over.  It

16  reads Elam-3-18-22-Supplement-3467.

17          Ms. Cole, do you recognize this document as the

18  GNETS grant application for fiscal year 2022?

19      A   Yes.

20      Q   Okay.  And fiscal year 2022 represented the

21  2021 to '22 school year, correct?

22      A   Yes.

23      Q   What is the GNETS grant application?

24      A   That is all of this information that's

25  submitted to Department of Education.



1      Q    And what does this information that you submit
2   get?
3      A    It's --
4      Q    What do you get from submitting this
5   information?
6      A    Nothing.
7      Q    Do you get the grant?
8      A    Yes.  Sure.
9      Q    Okay.
10      A    Yeah.  Of course, yes.  But like a thumbs-up, a
11   sign-off.  How do I say that?
12      Q    A sign-off, right.  But this is how you receive
13   the GNETS State grant?
14      A    Yes.
15      Q    Okay.  It's --
16      A    Yes.
17      Q    Okay.  It's a prerequisite?
18      A    No, funding -- funding comes through.  This is
19   information that they request.
20      Q    Okay.
21      A    Yes.
22      Q    Got it.
23      A    And so it tells you the number of teachers and
24   like that.  It's a snapshot at that moment.
25      Q    Do you receive feedback on it?



1        A    Sometimes, yes.  We kick it back and forth, you

2   know.

3        Q    From who?

4        A    Vickie or LaKesha.

5        Q    What type of feedback?

6        A    Like she might ask -- like most recently

7   about -- because this is -- I submit this like in May,

8   but some staffing is created or some decisions were made

9   in July, so I may have to say, I need you to kick it back

10  to me so I can update.  Or she may say, hey, I think that

11  you closed this site, but it's not in here.  And I said,

12  yeah, I didn't close it until July.  Things like that.

13       Q    Okay.

14       A    Uh-huh.

15       Q    Thank you.

16       A    More operational, I guess you would say.

17       Q    Thank you.

18       A    Uh-huh.

19       Q    So I would like to turn to the staffing pattern

20  which begins on page 21.  The Bates number on the bottom

21  reads Elam-3-18-22-Supplement-3487.

22            Let me know when you get there.

23       A    What page are you looking at?

24       Q    It's 3487 on the bottom.

25       A    3487.  Okay.



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            177

```
 1              MS. SOLOMON:  It looks like this (indicating).
 2              THE WITNESS:  Yep, I got it.  Yeah, I gotcha.
 3      Q    BY MS. TUCKER:  I will let you take a look.
 4      A    Uh-huh.
 5      Q    So this page and the next page, this would
 6   be -- it's -- the header is "Staffing Pattern"?
 7      A    Uh-huh.
 8      Q    What does that mean?
 9      A    How many staff we have in each category.
10      Q    Okay.  And this would be how many staff you had
11   in that category from the 2021/'22 school year?
12      A    Yes.
13      Q    Okay.  And have these numbers changed from in
14   this school year?
15      A    Yes.
16      Q    Significantly?
17      A    Just shifts, like teacher retirements or
18   coordinators resigning, things like that.  I wouldn't say
19   too significantly.
20      Q    There are categories on the top that say State
21   Grant, Federal VI-B and LEA Funded.  Do you see those?
22      A    I do.
23      Q    Okay.  What do those mean?
24      A    What pot of money it comes from.
25      Q    Okay.  So what pot of money funds these
```



800.211.DEPO (3376)
EsquireSolutions.com

1    positions?

2         A   Yes.

3         Q   Thank you.

4             And with State grant, does that mean the GNETS

5    State grant?

6         A   Yes.

7         Q   Okay.  And then what -- the next category, the

8    Federal VI-B, what does that refer to?

9         A   The federal money we -- we receive.

10        Q   Okay.  Do you have any -- do you know more

11   about that federal money?

12        A   So the majority of our grant is State, and then

13   I don't know how -- I really don't know how that works

14   because a lot of this right here is pushed in to our

15   grant.

16        Q   Uh-huh.

17        A   So -- but every year we get like a projection

18   of how much we'll receive State and how much we'll

19   receive from federal.

20        Q   Okay.  And then when you say a lot of this

21   information is pushed in, are you saying that it's

22   prepopulated in the grant application?

23        A   Yeah, based on whatever information they pull

24   from like CPI, I think.  It's like the -- yes?

25        Q   Who is "they"?



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           179

```
 1        A    Department of Education.
 2        Q    And what is CPI?
 3        A    I think that's the certified personnel
 4   inventory.
 5        Q    Okay.
 6        A    I think.
 7        Q    Thank you.  I'm not quizzing you.
 8        A    No, you are fine.
 9        Q    Just what you remember and recall.
10        A    Yeah.
11        Q    Thank you.
12             And then LEA funded would be a position funded
13   by the school district?
14        A    Right.
15        Q    Okay.  Thank you.
16             Can GNETS staff positions be funded through any
17   other sources?
18        A    If we have in-kind services.  So no, outside of
19   LEA or Federal or State, no.
20        Q    Okay.  And then who determines the source of
21   funding for a particular position?
22        A    The grant manager.  So you -- for anybody
23   certified, it would have to come from State, because I
24   think that's when you get -- I'm going to throw out a
25   bunch of -- T&E.
```



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            180

1        Q    Okay.

2        A    And I believe they have to come from State.  So

3    we have a -- a budget manager that kind of manages all

4    that, and I will say, hey, I want to do this, this, this,

5    and they'll say, okay, I'm going to put it here, here,

6    here.

7        Q    When "we have a budget manager," who you are

8    you referring to?

9        A    Bibb County.

10       Q    Bibb County?

11       A    Yes.  And then they can answer; they report up

12   to DOE.

13       Q    The Georgia Department of Ed?

14       A    Yes.

15       Q    Into their budget manager?

16       A    Yes.

17       Q    Okay.

18       A    Yes.

19       Q    Thank you.

20            It looks like to me that the positions are

21   broken out by staff type, and the options include

22   existing staff and new staff.  Do you see that?

23       A    Yes.

24       Q    Okay.  What is the difference between existing

25   staff and new staff on this document?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            181

1        A    I'm thinking that means if I -- if there's a
2   new like position created.
3        Q    Okay.
4        A    That's what I am thinking this is.
5        Q    Okay.  And then looking at the totals, am I
6   reading correctly that for fiscal year 2022, you had 82
7   total staff, the Elam Alexander Academy did, and they
8   were all existing staff?
9        A    Probably, yes.
10       Q    I'll let you take a look.  It's just those two
11  pages.
12       A    Yes.  Yeah, that's what it says.
13       Q    Okay.  And then of these 82 positions, am I
14  correct that all 82 are State grant funded?
15       A    Yes.
16       Q    And this represents the staffing at all Elam
17  Alexander Academy sites, whether they are centers or
18  school-based?
19       A    Yes.
20       Q    For this school year, the 2022/'23 school year,
21  are all positions State grant funded as well?
22       A    I believe so, but I would have to look back at
23  my grant.
24       Q    Let's flip to page 5 of this document, the
25  grant application.



```
1        A    Uh-huh.

2        Q    The last four digits of the Bates stamp are

3   3471.

4        A    Okay.

5        Q    Let me know when you get there.

6        A    I'm here.

7        Q    Okay.  At the top, do you also see that it

8   says, "Service Delivery - Instructional & Academic

9   Supports"?

10       A    Yes.

11       Q    Great.  We're on the same page then.

12       A    Uh-huh.

13       Q    Do you see in the middle of the page where it

14  says that 42 staff members are trained to deliver GSE?

15       A    Uh-huh.

16       Q    What does GSE mean?

17       A    That's the Georgia Standards of Excellence.

18       Q    Okay.

19       A    That's like the curriculum.

20       Q    It's the State curriculum?

21       A    Yes.

22       Q    Okay.  So which 42 staff members of your 82

23  would be trained in GSE?

24       A    So those would be lead teachers, the

25  educational therapist or lead teachers.
```





BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           183

1      Q   What about your administrators?

2      A   Some of them, too, depending on -- like the

3   site coordinators, yes, they go to those trainings as

4   well.

5      Q   Do you also go to the training?

6      A   Sometimes.  It depends on my schedule.

7      Q   And who leads that training?

8      A   So for -- if they're housed in Bibb County,

9   then they would go Bibb County for those trainings, like

10  the core content type trainings.

11     Q   Okay.

12     A   If they are serving Crawford County, they would

13  go through Crawford County or whatever county they --

14  they are landing in.

15     Q   Okay.  How many staff members are trained to

16  deliver GSE this school year?

17     A   However many teachers I have.

18     Q   Okay.  So all teachers?

19     A   Yes, yes.  And instructional coaches.

20     Q   For the teachers employed in GNETS by Elam

21  Alexander Academy up in Bibb County, are there any

22  professional qualifications or certifications that are

23  required?

24     A   Say that one more time.

25     Q   For your teachers in Elam Alexander Academy,



 1  are there professionals, qualifications, or
 2  certifications that are required?
 3      A   Like teaching certifications?  Yes.  Then you
 4  have to either currently be certified or working through
 5  the certification process.  It would be the same as any
 6  Bibb or -- you know, we -- we follow it by the same
 7  guidelines.
 8      Q   I understand.  So a teacher could be working
 9  for the qualification?
10      A   Right.  They could be issued a provisional-type
11  certificate.
12      Q   Do you have -- how many teachers do you have
13  who have a provisional certificate?
14      A   This year I have more than I have.  So I have,
15  I want to say, five.
16      Q   Five?
17      A   Uh-huh.
18      Q   How long does it take?
19      A   Usually -- it depends on the program.  They
20  could go through Georgia TAP.  That could go through a
21  master's.  It depends on the program they go through.  So
22  it could be a year.  It could be two years.  It could be
23  three.
24      Q   Are there other qualifications that are
25  required to be a teacher at Elam Alexander Academy?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                185

1        A    Not required.

2        Q    Okay.  Are there others that are preferred?

3        A    For me, yes.  So when I interview someone, I'm

4    looking for someone that has some sort of background in

5    mental health or worked with, you know, students with

6    emotional disorders, something to that nature.  I need

7    someone that can -- that knows how to work with those

8    kind of kids.  That's what I look for.

9        Q    Are there different requirements for GNETS

10   teachers at the high school level, middle school level,

11   and elementary school level?

12       A    Not requirements.  I mean, you work towards

13   your certification, and you work towards passing certain

14   gates that allow you to teach certain subjects.

15       Q    Thank you.

16       A    You're welcome.

17            MS. TUCKER:  I'd like the court reporter to

18   mark this document as Plaintiff's Exhibit 571.

19            (Plaintiff's Exhibit 571 was marked for

20   identification.)

21       Q    BY MS. TUCKER:  This is an e-mail from you,

22   Ms. Cole --

23       A    Uh-huh.

24       Q    -- to Nakeba Rahming with the subject, "Teacher

25   Qualifications."



1        A    Yes.

2        Q    The e-mail is dated July 6th, 2017.  The Bates

3    number on the bottom of this document reads GA00792442.

4             Do you recognize this e-mail?

5        A    I do.

6        Q    Ms. Cole, do you see where you write, "This is

7    the certification of a teacher I have in Crawford County.

8    According to the ESSA PQ I was thinking she was qualified

9    to teach a GNETS class for high school.  Can you tell me

10   if I'm right or wrong?"

11       A    Correct.

12       Q    What is ESSA PQ?

13       A    So that's -- PQ is professionally qualified.

14   And I want to say this is around the time that they moved

15   from highly qualified to professionally qualified and

16   changed some of the requirements.  And she was a teacher

17   I currently had in there, and I wanted to make sure she

18   was still able, based on -- I think this was around the

19   change, that they changed it -- was still professionally

20   qualified to teach those students.

21       Q    And who is the "they" you are referring to,

22   "they changed it"?

23       A    The State.  You know how -- the State will

24   change qualifications for teachers.

25       Q    Was this specific to GNETS?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        187

1       A   No.

2       Q   Or all teachers?

3       A   No, all teachers.

4       Q   And did Nakeba Rahming reply to you?

5       A   I can't remember.

6       Q   Do you know the answer to your question now?

7       A   Yes.  I believe she was.  I went through --

8   they had multiple webinars about professional

9   qualifications and things like that.

10      Q   "They" being GaDOE?

11      A   Yes.

12      Q   Okay.

13      A   Yes.  A lot of training went on about that.

14      Q   Understood.

15          Any training that Nakeba Rahming provided?

16      A   She may have redelivered some or touched on it

17  in GNETS directors meetings, but the majority of it came

18  from the Department of Education.

19      Q   Thank you.

20          Have you reached out to GaDOE at other points

21  regarding qualifications for a position and whether you

22  should move forward with an applicant?

23      A   I don't believe so.

24      Q   Okay.  We will start this section, if that's

25  okay?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          188

1        A    Uh-huh.

2        Q    Okay.  I'm going to hand to you a document that

3   was previously marked as Plaintiff's Exhibit 82.

4        A    Okay.

5        Q    So you get to have it directly.

6        A    Okay.

7        Q    And it's Exhibit 82.

8             The top of this document is titled "160-4-7-.15

9   Georgia Network for Educational and Therapeutic Support

10  (GNETS)."

11            Do you recognize this document as the 2017

12  GNETS rule issued by GaDOE?

13       A    Yes.

14       Q    Are you familiar with this document?

15       A    Yes.

16       Q    How are -- how were you made familiar with it?

17       A    It was -- I mean, when it rolled out, it was

18  provided by the Department of Education.

19       Q    Okay.  What type of rollout did the Department

20  of Education provide?

21       A    I believe at that time, they actually had

22  listening sessions and things like that with community

23  members and families.  They met with us about, you know,

24  different components.  So it was collaborative.

25       Q    Okay.  And are you speaking about prior to the



1  rule rolling out it was collaborative?

2       A   Yes.

3       Q   How -- so let's talk about that process.  What

4  did it look like, the collaboration?

5       A   Just meetings.  You know, part of our GNETS

6  directors meetings.  We may talk about, you know, what's

7  clear, what's not clear, what seems pretty vague, things

8  to that nature.  Just -- you know, really just about

9  understanding.

10      Q   Uh-huh.

11      A   And if things are clear.

12      Q   Do you think your feedback was integrated into

13 the new rule?

14      A   Yes.

15      Q   Okay.  Do you find the new rule clear?

16      A   In some areas.

17      Q   Okay.  What areas are clear to you?

18      A   The definitions are clear.  How services could

19 be provided are clear.

20      Q   Uh-huh.

21      A   Who is responsible for what is clear.

22      Q   What is not clear?

23      A   For me, professionally speaking, would be the

24 type of student we serve, because it -- that's where

25 people get the most confused, is that they provide



1  services to students who exhibit intense social

2  emotional.  Some people understand that as -- or

3  understood it as we only serve students with emotional

4  behavior disorders as the eligibility categories, and

5  others understood it as what it reads, which is they have

6  to show -- exhibit, you know, features of emotional

7  behavior disorders.

8      Q   Ms. Cole, are you looking at a specific

9  paragraph?

10     A   Yeah.  I was looking at number -- on page 2,

11  (a).

12     Q   So under "GNETS Purposes and Services",

13  paragraph (a)?

14     A   Uh-huh.

15     Q   Okay.  And this is the paragraph that you still

16  have -- are you still -- desire to --

17     A   I just, I think it -- I mean, I think it's

18  written clearly.  That's not what I'm saying.  I'm saying

19  that people's interpretation of what they read is

20  different.

21     Q   I understand.  Are there other parts of the

22  rule that you find confusing?

23     A   No.

24     Q   Okay.  This would be the one?

25     A   Uh-huh.



1      Q   Have you had conversations with anyone about

2  the need for greater clarity here?

3      A   Sure.  I -- I say it all the time.  I'm vocal.

4  Yeah, I say, you know, that when we made that when that's

5  what it stated, it's up for interpretation of eligibility

6  categories.

7      Q   Okay.  Thank you.

8      A   Uh-huh.

9      Q   What have the responses been?

10     A   Okay.  They agree or don't agree or.

11     Q   And who are you raising these concerns with?

12     A   I've said it to special ed directors and GNETS

13  directors.

14     Q   Okay.  Have you shared it with GaDOE?

15     A   I think I probably did initially with -- I

16  think it was Nakeba at that time.

17     Q   Okay.

18     A   Uh-huh.

19     Q   When this was rolled out in 2017, do you -- did

20  you receive any training on the new rule?

21     A   We probably had -- they probably talked to us

22  in GNETS directors meetings just about the rule and

23  that -- I think this is about the same time that they

24  rolled out the packets, too, with consideration of

25  services and consideration -- or request for



1  consultation.  So that was really where the bulk -- bulk
2  of the conversation was.
3      Q   I understand.
4      A   Yeah.
5      Q   Do you -- did you receive any written guidance
6  related to the rule?
7      A   I can't recall.
8      Q   Okay.
9      A   Maybe.
10     Q   Okay.  And then as director, does the GNETS
11 rule provide you with the expectations regarding your
12 duties and responsibilities?
13     A   As director?
14     Q   Yeah.
15     A   It doesn't really speak to my role.
16     Q   Okay.  Do you refer to this rule often?
17     A   Not really.
18     Q   Okay.  I am going to hand you a document that
19 was previously introduced as Plaintiff's Exhibit 460.
20     A   Thank you.
21     Q   Yeah, of course.  This is an August 16th, 2018
22 e-mail from Vickie Cleveland to LaKesha Stevenson with
23 the subject line, "Items to copy for meeting."
24         And at this time, I'd like to focus on four of
25 the five attachments to this document.  Please skim, and



1  then we will walk through each one by one.

2      A   Yes.

3      Q   You are able to --

4      A   Yes, I know what this is.

5      Q   Thank you.

6          Let's turn to the third attachment.  That would

7  be the GNETS Services Flow Chart.

8      A   Yes.

9      Q   Well, you beat me to it.  Are you familiar with

10  this document?

11     A   Yes.

12     Q   Is this one of the documents that you were

13  referring to a moment ago that rolled out with the rule?

14     A   Yes.

15     Q   Okay.  What is the GNETS Services Flow Chart?

16     A   This is the various ways that we can provide

17  services.

18     Q   "We" being?

19     A   GNETS.

20     Q   The regional programs --

21     A   Yes.

22     Q   -- too?

23         And did you play any role in creating this

24  document?

25     A   We had -- did we have planning?  I think we had



1  planning teams, talking about the different type of work

2  that we could -- we could assist with.  So yes, kind of.

3      Q   We had planning teams?

4      A   So when she would pull -- when we had GNETS

5  directors meetings, we would have little break-out teams

6  of different directors that may sit on different teams to

7  talk about different items like this.

8      Q   And at that time, it was Nakeba Rahming?

9      A   Yes, but then Vickie came in.  I can't remember

10 when they transitioned.

11     Q   Do you have those break-out teams now?

12     A   No.

13     Q   When did that end?

14     A   When the documents were created.

15     Q   Okay.  Thank you.

16         Is -- do you recall if this was the team you

17 were on?

18     A   I don't remember what team I was on.

19     Q   Okay.

20     A   It was a long time ago.

21     Q   I understand.  And this was a document -- this

22 flow chart was issued by GaDOE?

23     A   Yes.

24     Q   Okay.  Does Elam Alexander Academy use this

25 flow chart?

BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            195

1        A    Yes.

2        Q    Are regional GNETS programs required to use

3   this flow chart?

4        A    I believe so.

5        Q    Am I correct that this flow chart sets three

6   routes by which a student is -- may be served through

7   GNETS?

8        A    Yes.

9        Q    And those three routes are consultation,

10  standard process, and move-in?

11       A    Correct.

12       Q    Okay.  Thank you.

13            I'd like to dive into each of these?

14       A    Uh-huh.

15       Q    Who requests -- under "Consultation", who

16  requests consultation?

17       A    So that would come from the LEA.

18       Q    Okay.  And what is the goal of consultation?

19       A    The goal of consultation is for us to come in

20  and provide whatever feedback they are requesting, FBA,

21  direct, whatever it may be, and to maintain the student

22  in their home school.  That's the goal.

23       Q    Maintain in home school?

24       A    Correct.

25       Q    How is that goal messaged?



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           196

```
 1        A    What do you mean?
 2        Q    I understand that's your understanding of the
 3   goal.  Is that clear to others?
 4        A    It should be.
 5        Q    Okay.  And why is it important to remain in
 6   your home school?
 7        A    Because that's FAPE.  That's how FAPE works.
 8        Q    And by FAPE you mean?
 9        A    Free appropriate public -- public education.
10        Q    Thank you.
11        A    You're welcome.
12        Q    And this consultation, it's different than the
13   consultation on the documents we've looked at earlier
14   with the student classroom breakdowns?
15        A    Yes.  So this is consultation.  That was
16   consultative.  Two different things.
17        Q    Close?
18        A    Very.
19        Q    Thank you.
20             So it looks as there's three different forms of
21   consultation:  the FBA coaching, direct consultation, and
22   indirect consultation, correct?
23        A    Uh-huh.
24        Q    Does Elam Alexander Academy utilize all three
25   forms?
```



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              197

1       A   Yes.

2       Q   Okay.  Which staff is involved?

3       A   It depends.  So it's -- could be one of my

4   coordinators.  It could be Steven.  It could be one of my

5   lead teachers who used to be a teacher with special

6   duties -- it's that same phrase -- that have been trained

7   in FBA and BIP.  It depends on what they are requesting

8   and what kind of student.  So if it's like a GAA student,

9   then I would send out maybe my instructional coach for

10  GAA.  If it's a Milestones, I would -- I would send

11  someone that was more in line with that track.

12      Q   Are you involved in consultation as director?

13      A   In the process?

14      Q   Uh-huh.

15      A   Yes.

16      Q   Okay.

17      A   And I've provided consultation as well.

18      Q   Okay.  So if you are not providing the

19  consultation but you are involved in the process, what

20  does that mean?

21      A   I help decide who goes and does what.  I decide

22  which staff member provides the actual consultation.

23      Q   Thank you.

24      A   Uh-huh.

25      Q   For last school year, so the 2021/2022 school



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           198

1   year, how many times did your program assist with FBA
2   coaching?
3        A   A lot.  I can't give you an exact number.  We
4   had a high number of requests last year, and I had a
5   staff member designated just for that purpose, and so
6   then -- but it was like a little team.  But a lot.
7        Q   What is a high number?
8        A   40 to 50.
9        Q   Okay.
10       A   Yeah.
11       Q   Were any of those students ultimately placed in
12   GNETS?
13       A   Some, but I wouldn't -- I don't know the exact
14   percentage.  I would have to go back and look.
15       Q   Do you think it was more than 50 percent?
16       A   I wouldn't say so.
17       Q   Okay.  And -- okay.  How about this school
18   year?  How many -- how many FBA consulting have you had?
19       A   Not many so far.
20       Q   Why do you think that is, the difference
21   between so many requests last year and this -- and not as
22   many this year?
23       A   I don't know.  And I'm wondering, though, with
24   last year coming off COVID, if kids coming back into
25   schools, if it was just not a lot going on and they were



1  just sending a lot of requests.

2       Q   Okay.

3       A   That's kind of what I think.

4       Q   For the last school year, so the 2021/'22

5  school year, how many times did your program assist with

6  the direct consultation?

7       A   Just as many as the FBA.  A lot of times

8  those can -- they come together, so it might not always

9  be separate.

10      Q   Okay.

11      A   So if we -- if they submit in requests for

12 consultation, we can look at it and say, okay, it sounds

13 like you may need more of this; and if we are even going

14 to look at coaching with an FBA, we are probably going to

15 go out and do some observations.  So that's why those two

16 kind of blend --

17      Q   Okay.

18      A   -- for me in the way we operate.

19      Q   That's helpful.

20          So would it be fair to say that the numbers of

21 direct consultation were higher last year than they

22 were -- are this year?

23      A   Yes.

24      Q   Okay.

25      A   Yes.



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           200

1      Q    Thank you.

2           Does the next route, the indirect consultation,

3    is that also likely combined with FBA coaching and

4    direct?

5      A    Not really.  To me this is more like looking at

6    a student's file and kind of coming up with some best

7    practices.  That's not something that really occurs too

8    often for us for our program.

9      Q    For last school year, ballpark how many?

10     A    Two or three.

11     Q    Okay.

12     A    Yeah, very few.

13     Q    Have you had any this school year?

14     A    To just review paperwork, no.

15     Q    Okay.

16     A    Not that I can recall.

17     Q    In the consultation -- in the main box, right

18   where it says "Consultation," do you see that?

19     A    Uh-huh.

20     Q    It reads, "'Request for GNETS Consultation'

21   form available only from the SPED office."

22     A    Yes.

23     Q    Okay.  Let's turn to the second attachment,

24   which starts with the Georgia -- GA00030542.

25     A    Uh-huh.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              201

1        Q    Is this the Request for GNETS Consultation --

2        A    Yes.

3        Q    -- form?

4             Were you on the team that worked on this form?

5        A    I can't remember.

6        Q    Okay.

7        A    I -- probably not or I would have remembered.

8        Q    Okay.  And the -- this form is issued from

9   GaDOE?

10       A    Yes.

11       Q    Okay.  Does Elam Alexander Academy use this

12  form?

13       A    Yes.

14       Q    Are the regional GNETS programs required to use

15  this form?

16       A    I believe so, yes.

17       Q    Let's turn back to the flow chart.

18            MS. TUCKER:  I think someone dropped is that

19  noise.

20            MS. SOLOMON:  Uh-huh.

21       Q    BY MS. TUCKER:  Okay.  The second route, the

22  "Standard Process."  Do you see that?

23       A    Yes.

24       Q    Okay.  Will you please walk me through the

25  standard process for placing a student in GNETS?



1    A    So this is where they would submit the student

2  information packet.  This is when they are requesting

3  services, GNETS services, so this would go through an IEP

4  team.

5    Q    Okay.  And then who makes the initial

6  determination whether a student should be considered for

7  GNETS?

8    A    That would be the special ed director or their

9  designee, so if they have a program specialist or

10  something to that degree.

11    Q    And you just mentioned a student information

12  packet?

13    A    Uh-huh.

14    Q    Is that the student information packet that it

15  starts on the next page?

16    A    Yes.

17    Q    Okay.  Was this document issued by GaDOE?

18    A    Yes.

19    Q    Okay.  Are all GNETS -- regional GNETS programs

20  required to use this?

21    A    Yes.

22    Q    Okay.  Back to the flow chart then.

23    A    Okay.

24    Q    It says that -- after the student information

25  packet is completed, the next step is that the GNETS



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          203

```
 1    coordinator and SpEd dir -- so director -- meet to
 2    discuss packet information.
 3            Do you see that?
 4        A   Yes.
 5        Q   Okay.  What is meant by "GNETS coordinator"
 6    there?
 7        A   So that could be like the Steven for me.
 8        Q   Uh-huh.
 9        A   That manages that process.  Meet to talk with
10    them about what's in the packet, does it make sense, do
11    we need additional information.  That kind of -- that
12    kind of information.
13        Q   Okay.  Thank you.
14            Do you participate in this as director?
15        A   Sometimes.  It depends on the type of student
16    or, you know, if their packet is complete, if it makes
17    sense or doesn't make sense.
18        Q   Can you give me an example of the type of
19    students where it would make sense for you to
20    participate?
21        A   Would or would not?
22        Q   Would.
23        A   Would.  Would participate in this discussion?
24        Q   Uh-huh.
25        A   So if it's a student that maybe has not been
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                204

1  served through special education very long or if it's a

2  student that doesn't have an updated psychological.

3  Something to this nature.  Something that doesn't make

4  the packet complete.

5        Q    Okay.

6        A    Or if it's a GAA student.

7        Q    Okay.  You are involved if it's a GAA student?

8        A    I am.

9        Q    Why is that?

10       A    Because I need to not have so many GAA

11  students.

12       Q    Based on what we discussed earlier?

13       A    Correct.

14       Q    Okay.  Is this a formal meeting, this

15  discussion between the GNETS coordinator and special

16  education director?

17       A    No.

18       Q    Okay.  And then what is generally discussed at

19  these meetings?

20       A    The packet, the type of information they

21  submitted, you know, if additional information is needed.

22       Q    What are you looking to learn, or what are you

23  or Steven or whoever attends on behalf of you?

24       A    We are looking to learn or to really look at

25  documentation to see if it even warrants an IEP meeting



1  to discuss services.

2      Q   And by that do you mean whether it would

3  warrant a conversation for the student to even be in

4  GNETS?

5      A   Right, if it even warrants kicking to an IEP

6  process.

7      Q   Okay.

8      A   Yeah, if we need to move that route or not.

9      Q   Okay.  How do you communicate back to a special

10  education director if you think the student is not

11  appropriate for GNETS?

12     A   Just like you just said.  I don't think this

13  is -- would be an appropriate student to be placed at a

14  GNETS program, but we can kick it back to a consultation,

15  and we can maybe do some more -- or we can do a

16  consultative type thing, where we do more, where we go to

17  you.  There is other routes that we can take.

18     Q   Does that involve you educating special

19  education directors about GNETS' purpose?

20     A   Sometimes, yes.

21     Q   Do you see confusion in certain counties

22  specifically?

23     A   I say across the board that we are a service,

24  not a placement.

25     Q   Can you expand?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              206

```
1        A    Sure.  So I can provide those services to -- to

2   you if there -- say a kid's not very intense, or, you

3   know, it's not that -- they don't have the criteria for

4   frequency or intensity duration, then I can still come in

5   and provide some services where we have a special ed --

6   one of our GNETS teachers come in and maybe do some

7   direct service or maybe professional development for the

8   teacher about better classroom management, something to

9   that nature.

10       Q    Okay.  Can you ultimately stop the process?

11       A    No.

12       Q    Okay.  So are there students placed in GNETS

13  that you have disagreed with the placement?

14       A    Yes.

15       Q    Is that a large amount of students?

16       A    No.

17       Q    Okay.  If you had to estimate a percentage?

18       A    This year?

19       Q    Uh-huh.

20       A    Currently or the ones that are on the

21  prospective student log?

22       Q    Let's start with prospective student log.

23       A    I've had some pushed up.  So I probably had 15,

24  17 kids' --

25       Q    Uh-huh.
```



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          207

1        A   -- packets come through.  I probably pushed
2    back seven to ten.
3        Q   Uh-huh.  Okay.  Are those largely GAA students?
4        A   Some, not all.
5        Q   Okay.
6        A   Uh-huh.
7        Q   And then what about in GNETS currently?
8        A   I have -- I wouldn't say -- I would say that I
9    have some that I feel like are ready to transition.
10       Q   Okay.
11       A   And then, of course, I have the GAA work that
12   I'm doing as well, trying to reintegrate.
13       Q   Understood.
14           The next step in -- on the flow chart reads
15   that, "A 'School History' is completed," and there's an
16   optional observation."
17           What is meant by "a School History"?
18       A   So this is -- move-in is also the same as a
19   GNETS transfer.  So if they are coming from another GNETS
20   program and they move to a different LEA, they request
21   the records; and if it's a GNETS student, we will meet
22   and decide if they need to continue to come with me, you
23   know, come to a GNETS classroom.  That could be
24   school-based or it could be center-based.  That's what
25   that means.



1       Q    On move-in.  So --

2       A    Right.

3       Q    -- I -- I was actually still on the standard

4   process.

5       A    Oh, I'm so sorry.

6       Q    It's okay.

7            So if you look, Ms. Cole, we were just talking

8   about --

9       A    Ah, yes.

10      Q    -- the GNETS --

11           THE REPORTER.  One at a time.

12           THE WITNESS:  I'm sorry.

13           MS. TUCKER:  Yeah, thank you.

14      Q    BY MS. TUCKER:  We were just looking at GNETS

15  coordinator and special education director meet, and the

16  step down from there, under the Standard Process is, "A

17  'School History' is completed with the student's

18  teachers.  An optional observation may be completed."

19      A    Yes.  Got that one.

20      Q    Okay.  Let's talk about that.

21      A    Okay.  So that may be that -- that it's not --

22  the packet is not complete.  There's some other things we

23  can do.  And so I might ask that I send in one of my

24  staff members to do an observation to see if we can't

25  give any feedback to the teacher or the school, whatever



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                  209

1    it may be, that they can do in the school setting.

2    That's what that is.

3         Q    Thank you.

4         A    Uh-huh.

5         Q    Are there certain factors that would trigger

6    this observation?

7         A    Sure.  If they don't have all the updated

8    information.

9         Q    Okay.

10        A    Uh-huh.

11        Q    And that's updated assessments?

12        A    Assessment, FBA, if the behavior intervention

13   plan doesn't make mention of the behaviors that are

14   actually being exhibited.

15        Q    Okay.  Thank you.

16             Now, we are going to go one box down in that

17   same column.  Do you see where it says, "School schedules

18   an IEP meeting and GNETS is considered as an option"?

19        A    Yes.

20        Q    Okay.  Does anyone from your staff participate

21   in that meeting?

22        A    Not in schedules, but yes, we are invited to

23   the meetings.  We do not schedule those meetings.

24        Q    Understood.  Do you participate in these IEP

25   meetings?



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           210

```
1        A   Sometimes.

2        Q   Sometimes.

3            Why -- what would lead to you participating in

4   an IEP meeting?

5        A   If it's a situation that may need my support.

6   It could go either way.  It could be that sometimes the

7   parents request that I'm there.

8        Q   Uh-huh.

9        A   Sometimes it could be that our team, like

10  Steven Grant has reviewed it, he doesn't feel like it

11  would be -- that we can serve them in a different

12  capacity, and he needs some support.  You know, it could

13  be something like that.

14       Q   Okay.  Thank you.

15           And then I -- I know a moment ago you were

16  speaking about students that you do not necessarily agree

17  with their GNETS placement, correct?

18       A   Correct.

19       Q   Has this ever been raised during an IEP

20  meeting?

21       A   Sure.

22       Q   Uh-huh.  And then how do those conversations

23  go?  Do you -- how do you explain that you do not think

24  it's appropriate?

25       A   Just like that, that I don't feel like it's an
```



1  appropriate placement at this time.  There is some other

2  work that we can do.  Maybe push in and provide support

3  to the student, the staff, things at, you know, the

4  school.

5       Q   And has that conversation ever led to a student

6  not being placed in GNETS?

7       A   Sometimes.

8       Q   Would you say -- could you ballpark like

9  whether that happens half, 50 percent of the time or?

10      A   Probably.  Probably it goes my way more 60

11  percent of the time.

12      Q   Okay.  Thank you.

13          Now let's go to the "Move In" column.

14      A   Yes.

15      Q   The one you were excited to talk about.  Can

16  we -- can you tell me more about it again?

17      A   Sure.  So --

18      Q   Yeah.

19      A   -- move-in is similar to a GNETS transfer.  So

20  that's if they move from one LEA to another, and it's in

21  a different GNETS program.

22      Q   Okay.  So if I was in North Georgia, and then I

23  was moving to Macon and I was in GNETS there, I would be

24  placed in GNETS at Elam Alexander?

25      A   Not necessarily.  So it depends on what type of



1    class they came from there.  If it was a satellite type

2    class, then we would look at a satellite type class here.

3    Sometimes the LEA is like, you know, I'm reviewing this

4    and I feel like, you know, we can handle this in the

5    school, so then we move that direction.  It's still an

6    IEP decision.

7         Q    Do the LEAs or do you as a GNETS program

8    communicate with another regional GNETS program about a

9    student if that -- if the move-in is happening?

10        A    Absolutely.

11        Q    Just to get information?

12        A    Get information, talk about, you know,

13   academics, i-Ready, shifting that over.

14        Q    It also says that if someone was in a similar

15   program in another State.  Has that happened for you?

16        A    Yes.

17        Q    What other State has a similar program?

18        A    So I don't know what they have, but they have

19   these self-contained centers, states do, and it's just

20   not called GNETS.  So we look at that and decide if they

21   need to receive services from us.

22        Q    Okay.  Thank you.

23             How about students moving from a charter school

24   in Georgia?

25        A    I haven't received a lot of students from



1   charter schools.

2         Q   Okay.  Have you received any?

3         A   I have gotten calls about a couple, but usually

4   if they're a charter school, they still have the option

5   to go back to their zoned school and then it follows

6   through that LEA.

7         Q   Okay.  And zoned school would be the

8   neighborhood school?

9         A   Right, the home school.

10        Q   The home school?

11        A   Yes.

12        Q   Making sure we're using the same terms.  We can

13  use zoned school.

14        A   Right.

15        Q   I just wanted to confirm.

16            Let's go to -- so on the flow chart, it says

17  at -- in that top box, in the last sentence, "A check

18  list of 'Guiding Questions' is completed to determine

19  whether more work is needed at the school level or to

20  proceed with GNETS involvement."

21            Do you see that?

22        A   Uh-huh.

23        Q   Okay, let's --

24        A   Yes.

25        Q   -- go to the fifth attachment, which it's



1    GA00030549.  Let me know when you are at that document.

2        A    I've got it.

3        Q    Is this the checklist of guiding questions?

4        A    Yes.

5        Q    And this -- was this issued by GaDOE?

6        A    Yes.

7        Q    Okay.  Did you play any role in creating it as

8    GNETS director?

9        A    Myself, I don't -- I think I may have.  I don't

10   remember.

11       Q    This wasn't your team?

12       A    No.

13       Q    Okay.  And does Elam Alexander Academy use this

14   form?

15       A    We do.

16       Q    Okay.  And are you required as a regional GNETS

17   program to use this form?

18       A    Maybe.  I don't know if they look at this quite

19   as much as the other two.

20       Q    Okay.  And by "they"?

21       A    But we use it.

22       Q    By "they" you mean other regional GNETS

23   programs?

24       A    Right.  I can't speak to them.

25       Q    Okay.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              215

```
1        A   Yeah.

2        Q   But Elam Alexander Academy uses this?

3        A   Yes.

4        Q   Okay.  Are these steps that are required of you

5   to follow before admitting a student into GNETS?

6        A   I think they are considered.

7        Q   Can you elaborate on that?

8        A   Sure.  So you -- you might have an IEP team

9   that a student may not have an updated FBA.

10       Q   Uh-huh.

11       A   But they still are placed or receive GNETS

12  services.  So but this guidance says that -- you know,

13  that that's the best practice, to have an FBA.

14       Q   Okay.

15       A   So I wouldn't say -- I don't know what term --

16  required I wouldn't say.

17       Q   So guiding questions?

18       A   Guiding questions, because it's still an IEP

19  decision.

20       Q   Okay.  So there -- are there consequences for

21  disregarding some of these requirements?

22       A   Not that I'm aware of.

23       Q   Okay.  Are these questions consistent with the

24  GNETS rule?

25       A   Yes.
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              216

```
 1        Q   Okay.
 2            MS. TUCKER:  Claire is going to show a new
 3   exhibit that I'd like to introduce, and it will be
 4   Plaintiff's Exhibit 572.
 5            (Plaintiff's Exhibit 572 was marked for
 6   identification.)
 7            MS. CHEVRIER:  We need to pause for just a
 8   minute for video.
 9            MS. TUCKER:  Oh, you need to pause?  Okay.
10   Sure.
11            THE VIDEOGRAPHER:  The time is 1:11 p.m., and
12   we are off the record.
13            (The deposition was at recess from 1:11 p.m. to
14   2:05 p.m.
15            THE VIDEOGRAPHER:  The time is 2:05 p.m., and
16   we are on the record.
17            MS. TUCKER:  Thank you.
18        Q   BY MS. TUCKER:  Welcome back, Ms. Cole.
19        A   Thank you.
20        Q   Yeah.  I hope you had a good lunch.
21            Just as a reminder, we're going to do our best
22   not to speak over one another.  So I will let you finish
23   your answers before I ask a question or a follow-up, and
24   if you -- you can try to do the same for me, if that
25   works.
```



```
 1        A    Yes.

 2        Q    Great.

 3             So right before we broke, I had just introduced

 4   Plaintiff's Exhibit 572, and this is a document that

 5   Claire is going to show you electronically.

 6        A    Okay.

 7        Q    I will wait until you can see it.  Okay.

 8             This is a 16-page document with various

 9   spreadsheets.  The top of the first page reads, "GNETS

10   Referral/Consult 2019/20."  And the Bates number on the

11   bottom of the first page reads

12   Elam-10-01-21-Supplement-1260.  And we have redacted

13   personally-identifiable information.

14             MS. SOLOMON:  And Michelle, just for

15   clarification, what is this exhibit number?

16             MS. TUCKER:  This is Exhibit No. 572.

17             MS. SOLOMON:  Okay.

18             MS. TUCKER:  And we introduced that right

19   before we ended, so I wanted to --

20             MS. SOLOMON:  Okay.

21             MS. TUCKER:  -- redo it.

22        Q    BY MS. TUCKER:  Great.  Ms. Cole, do you

23   recognize this document?

24        A    Yes.  That's from '19/'20 --

25        Q    Yeah.
```



1    A   -- school year, yes.

2    Q   Well, I'm gonna let Claire scroll through

3  because there is some different spreadsheets, and I want

4  to make sure -- if you want to maybe do it a little

5  slower for her to look.

6    A   Yeah, I know what this is.

7    Q   Okay.  Great.

8        So am I correct that this document identifies

9  GNETS referrals/consults for identified months in school

10  years 2019/'20, 2020/'21, and 2021/2022?

11    A   I -- yes, I think so, if that's what it says.

12  I see the '19/'20.  I think it scrolled --

13    Q   Here, we can --

14    A   -- too fast --

15    Q   -- scroll back --

16    A   -- for the other.

17    Q   -- so you can look at the others.  We can go

18  page by page for you to just take a quick look.

19    A   I see '19/'20.

20    Q   Keep scrolling.  Good.

21    A   Yes.

22    Q   Okay.  Great.

23        Can you tell me about the creation of this

24  document?

25    A   So Steven Grant creates this and shares it --



1  or it used to look like this -- with me and our

2  leadership team when we would meet.

3      Q   Okay.  When you say "used to look like this,"

4  what does it look like now?

5      A   It's under the team's platform, so it looks a

6  little different.

7      Q   Understood.  And this is something that

8  Mr. Grant does regularly?

9      A   Yes.

10     Q   Okay.  And what is meant by

11 "referrals/consults"?

12     A   So it's a request for placement or services and

13 then request for consultation.  So it's the two -- it's

14 the two routes.

15     Q   And just to make sure we're on the same page,

16 it's the two routes on the flow chart that --

17     A   Yes.

18     Q   -- we were looking at?

19     A   Yes.

20     Q   Okay.  And that's the flow chart that we were

21 just looking at.  And then we can flip back to it if

22 you'd like.  Claire can keep this on the page, but I just

23 want to flip back.

24         So that was in Exhibit 460 that we are flipping

25 back to, and the flow chart on page GA00030544.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              220

```
1        A   Yes.

2        Q   Okay.  Great.

3            So is this the consultation route or the

4    standard process route?

5        A   Both.

6        Q   What about the move-in route?

7        A   All three.

8        Q   All three.  Okay.  Looking at the document that

9    you see online, there's -- on the second page -- go to

10   page 2 -- thank you -- there's a column titled

11   "Referral", do you see that, at the bottom of page 2?

12       A   Yes.

13       Q   Okay.  And I see codes of R and C and T, if I

14   flip through.

15       A   Yes.

16       Q   What do R, C, and T mean?

17       A   So R is referral.

18       Q   Uh-huh.

19       A   C is consult.  And T is transfer.

20       Q   Oh.  Thank you.

21           So they match up exactly with the flow chart?

22       A   Yes.

23       Q   Okay.  Thank you.

24           And then how often does Mr. Grant track this --

25   track this information?
```



1      A    Then, not as often as he should.  Now, we do it

2   weekly.

3      Q    Okay.  Weekly?

4      A    Yes.

5      Q    About how often was he doing it in the past?

6      A    Monthly to every two months.

7      Q    Okay.

8      A    Yes.

9      Q    Why is it helpful for him to send this

10  information weekly?

11     A    Because I like to track our numbers.

12     Q    Uh-huh.  And you like to -- what do you mean by

13  "like to track our numbers"?

14     A    I like to know where we are currently, what

15  we're looking at, how many students are being considered

16  for services.  I like to stay on top of that information.

17     Q    Okay.  Do you track for trends?

18     A    No, not necessarily.  I track really for

19  capacity purposes.

20     Q    Okay.  Can you elaborate?

21     A    Sure.  So if I have -- like my Burke Campus,

22  if a lot of my -- my classrooms are reaching capacity, 8

23  to 12 students -- I like to maintain them at 8 to 10 --

24  and then I have a log like this that shows there is 5 or

25  6 students that they're wanting to meet on, then I need



1  to know, you know, if this is even something that we can

2  come to the table about.

3        So for capacity, whether or not I have capacity

4  to even have these -- serve these students.

5    Q   I understand.

6        If you are at capacity and there are students

7  that are in line, what happens?

8    A   So I communicate that quite often through

9  collaborative communities with all the special ed

10  directors.  I let them know where we are at with capacity

11  monthly.  You know, we are serving this many students

12  from your county.  We are serving this many GAA students.

13  We are serving this many Milestone students.  And I tell

14  them, you know, I -- I do not have any more room.

15    Q   Uh-huh.  And what happens to those students?

16    A   We try to provide as much service as we can

17  while they're in their schools and hope that it works;

18  and then if not, you know, we come back to an IEP.

19    Q   So those students are receiving services in

20  their zoned schools?

21    A   Some.

22    Q   Uh-huh.

23    A   Some.

24    Q   Okay.  You just mentioned a collaborative

25  community.



BROOKE COLE                                             October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                    223

1        A    Yes.

2        Q    What's that?

3        A    That's a special ed directors meeting once a

4    month.  They call it collaborative communities.

5        Q    Special education directors for all school

6    districts?

7        A    For our LEAs, all of -- in our catch area.

8        Q    So for your eight LEAs?

9        A    Yes.

10       Q    Okay.  Are -- do your eight LEAs meet regularly

11   not related then to GNETS?

12            I'll try to explain.  So it sounds like these

13   eight LEAs that you serve, the special education

14   directors are meeting regularly?

15       A    Once a month.

16       Q    Once a month.  And are they meeting because

17   they're all in the same RESA and GNETS zone or for other

18   reasons?

19       A    They're all in the same RESA.

20       Q    RESA, okay.  Thank you.

21       A    You're welcome.

22       Q    Let's see.  I am going to introduce another

23   exhibit.  You can drop that one if you'd like, the

24   document.  Okay.

25            MS. TUCKER:  I'd like the court reporter to



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              224

1    mark this document as Plaintiff's Exhibit 573.

2            (Plaintiff's Exhibit 573 was marked for

3    identification.)

4        Q    BY MS. TUCKER:  This is a January 9th, 2019

5    e-mail from you to Vickie Cleveland.  The subject reads,

6    "Question."  The Bates number on the bottom of the page

7    reads GA00338582.

8            Ms. Cole, do you recognize this e-mail?

9        A    Yes.

10       Q    Okay.  Do you see where you wrote, "This is

11   something that comes up quite often...  but if an IEP

12   team decides GNETS services are needed for a student, but

13   the student is on grade level and has no academic

14   goals... is that an appropriate placement?"

15       A    Correct.

16       Q    Okay.  Can you elaborate, please, on what you

17   meant?

18       A    Sure.  So typically if a student is being

19   served through special education, they have some sort of

20   academic impact.  And that was the question I was asking.

21       Q    Okay.  So are you -- are you asking Vickie

22   Cleveland whether GNETS placement is only appropriate if

23   the student has academic impact?

24       A    For this, I don't remember who the student was,

25   but I was -- I was asking if that was even -- should be a



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              225

```
 1   consideration for GNETS, if that was even appropriate.
 2        Q    Okay.  So GNETS aims to provide therapeutic and
 3   services supports, right?
 4        A    Uh-huh.
 5        Q    How is that related to academic goals?
 6        A    So for me it's more of a Tier I thing, so I'm
 7   asking the question if they don't have any academic
 8   deficits, how -- where are they in the continuum of
 9   special education?  So that was my question.
10             Now, are kids placed to us for -- is that what
11   you're asking me -- for academic reasons?  Absolutely
12   not.
13        Q    Okay.  Are the large majority of your students
14   behind academically?
15        A    Yes.
16        Q    Okay.  And this -- is this a factor in
17   placement, academics?
18        A    No.
19        Q    Being behind?
20        A    No.
21        Q    Did Vickie Cleveland reply to you?
22        A    I cannot remember.
23        Q    Okay.  Have you sent other questions to Vickie
24   Cleveland or others at GaDOE regarding student placement?
25        A    Maybe.
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                226

1    Q   Okay.  This is a question that you -- like a
2  type of e-mail that you would write if you had that
3  question?
4    A   But it would be not to anybody just in GaDOE.
5  It would probably be Vickie or LaKesha or Nakeba at the
6  time.
7    Q   Okay.
8    A   Yeah.
9    Q   Not GaDOE everyone?
10   A   No.  No.
11   Q   Thank you, Ms. Cole.
12       So what is Elam Alexander Academy's goal with
13  respect to exiting students out of the program?
14   A   That's -- that is the goal.  The goal is if
15  when they come in, we work on their behavior goals,
16  whatever they may be, and then start transitioning them
17  out when they start experiencing success.  And then, you
18  know, we have a whole process that we -- we go through.
19  If they go back to a satellite class, then we want to
20  continue the services but start pulling back and then
21  just continue that process.  So the goal is for them
22  always to return to their schools.
23   Q   Is there a magic number goal of how long
24  students typically stay in GNETS?
25   A   No.



1      Q   Do you conduct analysis about whether this goal

2  is met and how long students are staying?

3      A   You mean length of time?

4      Q   Yeah.

5      A   Average length of time?

6      Q   Uh-huh.

7      A   No.

8      Q   No.  Why not, if it's a goal?

9      A   Well, it's an individual goal.

10     Q   Uh-huh.

11     A   It's not a program-wide goal.

12     Q   Uh-huh.

13     A   Does that make sense?

14         So there's no way -- I have students coming in

15  all the time.  I can't -- if I took a -- there's no --

16  there's no way I could do that.  I don't -- I mean, I

17  don't have the time to do something like that.

18     Q   Do you look at any data as a whole for how long

19  students are staying in GNETS, the range?

20     A   No.

21     Q   Okay.  How can you ensure your goal of exiting

22  students is met if you're not looking at this?

23     A   Because I just go by IEP meetings.  You know,

24  it's an individual thing.

25     Q   Have you seen different length of time spent in



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            228

1  GNETS at different -- at your different GNETS locations?

2       A   Per site?

3       Q   Uh-huh.

4       A   I have some students that come and stay six,

5  seven weeks.  I have some students that stay years.

6       Q   Uh-huh.

7       A   The satellite programs are really successful, I

8  would say, because we -- you know, they're able to go

9  out.  We start that process there.  So we see a lot of

10 success in that environment.

11      Q   Uh-huh.  Are you saying you see more success in

12 the satellite programs with the students exiting?

13      A   Right, because the students already met their

14 behavior goals to even be there.

15      Q   Okay.  Are all of your students at satellite

16 classes taking some classes outside of the GNETS program?

17      A   I would say the majority.  I'd have to look at

18 their IEPs, but the majority are.

19      Q   Okay.  I know you -- you just said you don't

20 have an average length of time in GNETS.

21      A   Right.

22      Q   Do you know the shortest amount of time since

23 you've been director of a student saying in GNETS?

24      A   Six weeks.

25      Q   Six weeks.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              229

1            What about the longest?

2       A    Oh, we've had some before I was the GNETS

3    director, and it would be years.

4       Q    Are there some that spend their entire

5    educational career in GNETS?

6       A    No, not that I can recall.

7       Q    So no one starting in kindergarten and ending

8    in --

9       A    In 12th grade.  Not that I can recall, no.

10      Q    From what you can recall, what would you say

11   the highest years is, would be?

12      A    I would say -- I mean, I'd have to guess, but

13   we have some students that may be five years; five, six

14   years.

15      Q    Uh-huh.  Does that length of time concern you?

16      A    I think it's a topic of conversation, you know.

17   Sometimes it's because we are their least restrictive

18   environment.  Sometimes it's because -- there's multiple

19   factors.  Do you want me to go through what I thought?

20      Q    Yes, please.

21      A    Okay.  So sometimes the parents are more --

22   they are happy with the services that they're getting.

23   They are nervous about moving kids back out.  That's

24   always a factor.

25           Sometimes we are the LRE.  Sometimes we've



1    tried to move them out.  They haven't been successful.

2    They return.  So those are -- those are always topics of

3    conversation.

4        Q    Who are these topics of conversation with?

5        A    Special ed directors and then my coordinators

6    as well.

7        Q    Have you had this conversation with other GNETS

8    directors?

9        A    Sure.

10       Q    What about with LaKesha Stevenson or Vickie

11   Cleveland?

12       A    Not that I can recall.

13       Q    Is exit criteria and length of stay discussed

14   at any of your GNETS director meetings?

15       A    So we don't have exit criteria.  It's

16   individualized.  It's their behavior goals.  So we don't

17   discuss exit criteria.

18       Q    Okay.  What about length of time in GNETS?

19       A    Not -- not that I can remember.

20       Q    Okay.

21       A    Did you say talk to -- about in GNETS

22   directors?

23       Q    Uh-huh.

24       A    No, I don't believe so.

25       Q    Okay.  So you just said you do not have any



1    standard exit criteria?

2         A    Correct.

3         Q    Has there been standard exit criteria in the

4    past?

5         A    Yes.

6         Q    When did that change?

7         A    A few years back.  I believe that all kind of

8    rolled around at the same time.  I want to say four years

9    ago.  I can't -- I can't be specific.  A couple years

10   ago.

11        Q    When you say "the same time," are you referring

12   to the -- when the GNETS rule came out and those -- the

13   flow chart?

14        A    Right.

15        Q    Okay.  And the --

16        A    I believe it was around that time.

17        Q    Okay.  I understand.

18             What was the exit criteria at that time?

19        A    That was the goals that they had to meet prior

20   to us discussing them moving to a different environment.

21        Q    And what was it?

22        A    It's based on the student.

23        Q    Okay.

24        A    That was individualized.

25        Q    Okay.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              232

1       A    That was a part of the IEP.

2       Q    So how is it different now?

3       A    So it's not -- it doesn't -- so when you had a

4   hard core exit criteria, then we would have to look at

5   data and say, okay, now they've met it.  Now we can have

6   the discussion.

7            Now it's just part of the IEP.  Let's talk

8   about where they're at with their goals.  Are they at 70

9   percent, 80 percent?  What's their mastery level?

10  Whatever it may be.  But that's not a rule we have to go

11  by.  If they are only at 70 percent but we still want to

12  consider transition, then we consider transition.

13      Q    What about -- what brought about this change?

14      A    I have no idea.

15      Q    Okay.  Have you found it helpful?

16      A    To remove exit criteria?

17      Q    Uh-huh.

18      A    I believe so.  I think it needs to be

19  individualized.  It needs to be based on the student.

20      Q    What does transition look like for an Elam

21  Alexander Academy student?

22      A    Well, it's based on the IEPs.  It's their team,

23  so we -- I think we spoke about that before.  They can go

24  to a satellite class.  They can go back to their zoned

25  school.  It could be half day, full day, every other day.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        233

1      Q   And it's student dependent?

2      A   Uh-huh.

3      Q   Okay.  How does Elam Alexander Academy

4   coordinate with the zoned school they're moving back

5   into?

6      A   So they are part of the IEP team.  So if we are

7   considering services back, I oftentimes recommend that

8   they go beforehand and take a tour, meet the principal,

9   maybe meet the teacher, learn the environment, kind of

10  get a feel for it, the school culture, and then we start

11  making that move.

12     Q   Okay.  And how long does the typical move take?

13  Is it immediate?  What does it look like?

14     A   Right.  So if we have an IEP meeting and we say

15  that we need to look at transitioning and it's going to

16  start on this date, so it's just a couple of days,

17  usually.

18     Q   Okay.

19     A   Then we try to have that meeting where they can

20  go and actually see the building.  It brings the anxiety

21  down.

22     Q   Does Elam Alexander Academy check in with

23  students once they have moved to their zoned school?

24     A   If it is part of their IEP.  So we do do some

25  check-in/check-out or consultative work --



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        234

1     Q    Uh-huh.

2     A    -- if it's -- if it's decided in the IEP.

3     Q    Okay.  And this is the consultative work we

4   discussed earlier with the segments?

5     A    Yes.

6     Q    Okay.

7     A    It could be that way.  Or it could just be like

8   with a teacher, yes.

9     Q    More informal?

10    A    Yes.

11    Q    And then who arranges for the services at the

12  new placement, the new zoned school?  Is that just only

13  through the zoned school, or do you all help determine

14  what services are needed?

15    A    That's through the IEP team.

16    Q    How often are students assessed to determine

17  whether it's time to transition them to a less

18  restrictive setting?

19    A    So I wouldn't say that's an assessment type

20  thing.  That's something that we have PLC meetings, like

21  the learning communities inside our school, where they

22  meet weekly and review student data, and then we start

23  the process there.  And so the instructional coach may

24  say, okay, we need to start talking to this student about

25  moving, and the family, and let's get that whole process

1  started.  So they review data weekly.

2       Q   Okay.  The PLCs?

3       A   Yes.

4       Q   Is every teacher part of a PLC?

5       A   Yes.

6       Q   And they have their caseload?  Like their class

7  is their caseload?

8       A   Right.  They review their caseload.

9       Q   And that's weekly?

10      A   Yes.

11      Q   And then if the PLC determines that this

12  conversation is necessary, what -- what happens next?

13      A   Usually they will e-mail the coordinator and

14  say, I think that we need to start talking about

15  so-and-so transitioning out, and we set up an IEP

16  meeting.

17      Q   Okay.

18      A   And then we go from there.

19      Q   Okay.  And could this meeting be earlier than

20  the annual IEP meeting?

21      A   Absolutely.

22      Q   Okay.  And that happens often?

23      A   Yes.

24      Q   Okay.  So on what basis is the determination

25  made that a student is ready to transition to a less



1   restrictive setting?

2        A    You mean through the IEP process?

3        Q    Uh-huh.  Yes.  Through the IEP process,

4   what's -- what's discussed, what factors?

5        A    The data, the behavior data that we have

6   collected based on their goals, their IEP goals.

7        Q    What type of behavior data are you looking for

8   for students -- or what type of behavior data exists on a

9   student's IEP as a goal, as an example?

10       A    Physical aggression, verbal aggression,

11  self-injurious behaviors.

12       Q    And is it that the goal is that there is none

13  of this --

14       A    No.

15       Q    -- happening?

16       A    No.  It's usually 80, 80 to 90 percent.

17       Q    Are there disabilities considered when setting

18  these goals in the -- like that some of these actions may

19  be a manifestation of their disability?

20       A    Absolutely.  So if you have a GAA student

21  that's maybe autistic and has very little communication,

22  so their aggression might be a little bit higher.

23       Q    Uh-huh.

24       A    So that's going to look a little different than

25  it would an emotional behavior disorder kid that, you



1  know, fights or doesn't accept feedback well, and that's

2  their initial reaction is to fight or hit.

3       Q    From the goals that you've seen on IEPs, do you

4  see them as attainable for these students?

5       A    Mostly, yes.

6       Q    What do you mean by "mostly, yes"?

7       A    Sometimes there is times that they expect too

8  much, you know, that they expect them to be at the 90

9  plus.  You know, and that's just -- that's not

10  attainable.

11      Q    So what happens in those --

12      A    We -- I'm sorry, I talked over you.  I'm so

13  sorry.

14      Q    -- instances?

15           It's okay.  We're both doing it.  We will work

16  on it together.

17           What happens in those instances?

18      A    We amend the IEP.

19      Q    And how do you raise that?

20      A    I say it.

21      Q    Okay.  And you can be in the IEP meeting?

22      A    Yes.

23      Q    Okay.  Do you think there are several students

24  in your program that have unattainable goals right now?

25      A    I would hope not.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          238

1        Q    Okay.

2        A    But I don't -- I don't always know what their

3   goals are.

4        Q    Okay.  But it's something that you do see?

5        A    Yes.

6        Q    Is it something that your coordinators are told

7   to look out for?

8        A    Yes.

9        Q    Okay.  And do they raise those questions to you

10  when they see it?

11       A    Yes.

12       Q    Okay.  And do you see each of your coordinators

13  doing that?

14       A    Yes.

15       Q    Okay.  So for last school year, so that's the

16  2021/'22 school year, how many students transitioned back

17  to their zoned school?

18       A    I do not remember.

19       Q    Okay.  If you had to ballpark it?

20       A    I don't know that I could.

21       Q    Okay.  Understood.

22            Is this something that you include on the GNETS

23  grants application?

24       A    I don't know if I include it on that, but I do

25  gather that.  Like maybe two to three times a year, I



BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            239

1    look at that data.  So like when you ask a question like

2    that, I immediately go to a graph that's -- but I don't

3    know that number.

4         Q    And you look at this two to three times a year?

5         A    Yes.

6         Q    And why do you look at it?

7         A    Because I like to look at it and use it and see

8    where I'm at.

9         Q    And what are you looking for when you are

10   seeing where you are at?

11        A    I want to see an increase in transition to the

12   LRE.

13        Q    In the last few years, do you think there has

14   been an increase in transition to the LRE?

15        A    I would say there was until COVID, when

16   everything kind of went virtual.

17        Q    Uh-huh.

18        A    Because then when we returned to school, it's

19   hard to transition a kid when you don't know how they are

20   behaviorally.  So preCOVID, yes, we had -- we had some

21   success there.

22        Q    Okay.  How about if we just want to look at

23   last year and this school year?  What does it look like?

24        A    I think we're on track.

25        Q    On track?



1      A   Uh-huh.

2      Q   To continue going down?

3      A   Yes.

4      Q   Okay.  Have you had any students transition

5  back to GNETS after going to their zoned school?

6      A   Sure.

7      Q   And why would this happen?

8      A   I'm trying to think of specific cases.  It

9  could be a change in family setting.  It could be that

10  something traumatic has happened.  It could be -- you

11  would be surprised how many times parents request that

12  they come back.  Some behavioral incident.  Something

13  major has happened.

14      Q   Okay.  So would you say it's like a handful of

15  times or more?

16      A   Probably a handful.

17      Q   Okay.

18      A   Not -- less than more.

19      Q   Understood.  Thank you.

20          Ms. Cole, are you familiar with the IDEA?

21      A   Yes.

22      Q   Okay.  What is the IDEA?

23      A   You are gonna ask me all these questions and my

24  brain is dead.

25      Q   No, it's okay.  No pop quiz.



1     A    Okay.

2     Q    Would you agree that it is a federal law?

3     A    Yes.

4     Q    Okay.  What is a continuum services reference

5  in the IDEA?

6     A    So that's from -- all the way from regular, all

7  the way through -- are you just wanting special

8  education?

9     Q    Yes.

10    A    Okay.  So you can have --

11    Q    Well, let's start with regular education.

12    A    Okay.  So you go through that whole continuum.

13 You are identified as receiving special education

14 services.  You can have co-teach, pull-out.  You can have

15 self-contained --

16    Q    Education service, co-teach, pull-out?

17    A    Uh-huh.

18    Q    Okay.

19    A    You kind of work all the way through that

20 process.  Some sort of self-contained in the school

21 district, and then you start trickling down.  I'm the --

22 I should be the last resort.

23    Q    Okay.  Do you think that you are seen as the

24 last resort?

25    A    I should be seen as the last resort.  It



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              242

```
 1   depends on the LEA's continuum that they have in place.
 2   Every LEA looks different.
 3        Q   Which LEAs that you serve do a good job of
 4   seeing you as the last resort?
 5        A   Probably in the smaller counties.  Houston
 6   County does a fantastic job as well.
 7        Q   Okay.  And which counties do you think need
 8   some guidance on you being -- Elam Alexander Academy
 9   being the last resort?
10        A   That would be Bibb County.
11        Q   Okay.  So Elam Alexander is on the continuum of
12   services?
13        A   Yes.
14        Q   Okay.  Let's go back to -- it's one I
15   introduced already -- Plaintiff's Exhibit 563.  It was
16   towards the beginning of our conversation.
17        A   Okay.
18        Q   It's the document with the fiscal year '22 site
19   locations.  It looks like this --
20        A   Yes.
21        Q   -- without my scribbles.
22        A   Yes.
23        Q   Okay.
24        A   562.  Hold tight.
25        Q   It's not one of the attachments to that one, so
```



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                         243

1   it shouldn't be paper clipped.

2            MS. SOLOMON:  It's one page?

3            MS. TUCKER:  Yeah, one page, ending in 005.

4            THE WITNESS:  Did I skip it?  Did I throw it

5   away?

6            MS. SOLOMON:  Let me see if I can help you find

7   it.

8            THE WITNESS:  Well, this is --

9            MS. TUCKER:  If not, we can pull it up

10  electronically.

11           THE WITNESS:  Let's see if it's that one.  It

12  might be that one, because I'm at 562.  See if it's that

13  last one.

14           MS. SOLOMON:  No, that's your -- here it is.

15           THE WITNESS:  Okay.

16           MS. TUCKER:  Sorry to make you go through the

17  papers.

18           THE WITNESS:  No, you're fine.  You're good.

19           Thanks, Sydney.

20           MS. TUCKER:  Those all have to go back to the

21  court reporter.

22           THE WITNESS:  Oh, okay.  It's going to be

23  messy.

24       Q   BY MS. TUCKER:  We'll get it together.

25           So with the seven school-based GNETS site



1   locations identified on this document that we went

2   through earlier, I just -- it seems that they are in Bibb

3   County, in Jones County, in Peach County, and Crawford

4   County; is that correct?

5       A   My sites?

6       Q   Yeah, in that year.

7       A   Yes.

8       Q   So what lesser restrictive settings do students

9   receiving GNETS services get in Houston, Jasper, Monroe,

10  and Twiggs?

11      A   So they may have their own classes.

12      Q   Okay.  As in non-GNETS classes?

13      A   Correct.

14      Q   Do you know how those counties work with

15  students with characteristics of EBD?

16      A   You mean their programming?

17      Q   Uh-huh.

18      A   I do not know.

19      Q   Okay.  But it's in the county?

20      A   Yes.

21      Q   Uh-huh.  Okay.

22          Do students at the Burke Campus have

23  opportunities to interact with nondisabled peers during

24  the school day?

25      A   Not during the school day.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           245

1       Q    Okay.  Do you have any students at the Burke

2   Campus that you believe could interact with nondisabled

3   peers during the school day?

4       A    If I did, we'd have IEP meetings.

5       Q    Can you explain that?

6       A    So that's part of the process of moving kids

7   out.

8       Q    Okay.  So you're saying that if you had

9   students that you believe can interact with nondisabled

10  peers, you would convene IEP meetings?

11      A    Appropriately, yes.

12      Q    Okay.  And that's something that you are

13  working on?

14      A    Yes.

15      Q    Okay.  Do you think such opportunities to

16  interact with nondisabled peers is beneficial for

17  students?

18      A    Sure.

19      Q    Why?

20      A    Because it -- you know, it gives you a frame of

21  reference.

22      Q    A frame of reference for what?

23      A    What socialized, regular people look and act

24  like.

25      Q    And then what about the Southwest Campus?  Do



1  they have opportunities to interact with nondisabled

2  peers during the school day, the students that are in

3  the -- the wing at the center?

4      A   During like mealtime, like if they go to the

5  cafeteria or if they go to lunch or breakfast.

6      Q   Do they go to the cafeteria and lunch and

7  breakfast at the same time as the nondisabled peers at

8  the high school?

9      A   I believe so, but I don't know what their

10  schedule is.

11      Q   Okay.

12      A   I don't know who's in there at that time.

13      Q   So you're not sure?

14      A   I'm not sure.

15      Q   Okay.  Thank you.

16          Okay.  Ms. Cole, what are your views on

17  providing students with school-based therapeutic services

18  in schools?

19      A   For gen ed or just generally speaking?

20      Q   Let's start with general, and then we will go

21  to special ed.

22      A   I think -- I think probably it's a good idea to

23  have some sort of wraparound services provided to all

24  young people.

25      Q   And then what about for special education



1   specifically?

2        A    I think it's a good idea.

3        Q    Does Elam Alexander offer any therapeutic

4   services to its students in school?

5        A    Therapeutic services like access to a social

6   worker or social worker groups?  That's what I think of

7   when you say that.  So I have social workers.  We provide

8   Tier I groups, which would be like general topics.  So I

9   may have a social worker tech that goes in.  I do.  It's

10  not "may".  I do, go into every class and provide a

11  lesson on social skills, whatever the monthly topic is.

12        If you kind of rise to the level and you move

13  more to a Tier II, then you may have individualized or

14  smaller group -- groups.  You may have individual time

15  with a social worker or social worker tech.  We've got

16  crisis interventionists who go in and work with kids.

17       Q    Okay.  You referred to two tiers, Tier I and

18  Tier II.  What are you referring to?

19       A    So Tier I is the support that everyone

20  receives.  Tier II is when you may have more behavior

21  issues.  You may have three to five out-of-school

22  suspensions.  You may have social work referrals that,

23  you know, may make a lot of complaints or things like

24  that.  That's things that we track and we know, okay, we

25  need to provide them with more support.  And then we may

 1  do some check-in/check-out with that child with their
 2  preferred adult.  That kind of thing for a Tier II.
 3      Q   Okay.  So earlier when you were saying Tier I,
 4  you would have a social worker tech come in on a monthly
 5  lesson on social skills, that's for all of your students?
 6      A   Correct.
 7      Q   Okay.  And that's at your students at centers
 8  and school-based locations?
 9      A   Not school-based.
10      Q   Just centers?
11      A   Just centers.
12      Q   Okay.  And then when you are talking about Tier
13  II, you mentioned potentially individualized social work
14  meetings or crisis intervention, correct?
15      A   Correct.
16      Q   And is this also just for centers?
17      A   Correct.
18      Q   Okay.  So is the menu of services -- the menu
19  of therapeutic services that Elam Alexander Academy
20  offers only at centers?
21      A   To that degree, yes.  So if, say, we have a kid
22  in a satellite classroom that something could come up or
23  the teacher calls and says that he's had some thoughts or
24  drawn a picture or something like that, then I will send
25  a social worker out.



1    Q   Okay.

2    A   But it's not regularly scheduled.

3    Q   What type of therapeutic services do students

4  at the school-based locations receive then?

5    A   Outside of just GNETS, so all of my teachers

6  are trained in like MindSet curriculum or restorative

7  practices, student achievement model, and second step.

8  So those are some in-house things that we train on.  So

9  they receive those therapeutic services from our

10  teachers.  So those are the GNETS teachers and para pros,

11  so they are trained under us.

12    Q   Okay.  I'm looking at this to go by.  So it's

13  student achievement model, what's that?

14    A   Social skills.

15    Q   Okay.  Got it.

16        And then what is second step?

17    A   Second step is -- it falls under the same thing

18  as social skills.  It's just kind of like a scripted

19  teaching.

20    Q   Okay.

21    A   It's a program.

22    Q   And you also mentioned MindSet?

23    A   Yes.

24    Q   And what is MindSet?

25    A   MindSet curriculum is how you talk to kids in



 1  crisis.  It's de-escalation techniques.

 2       Q   And these are therapeutic services that are

 3  offered to students at the school-based locations

 4  regularly?

 5       A   Yes.

 6       Q   How are these integrated into their day?  For

 7  example, I'm thinking of a -- a middle schooler and they

 8  have just segments in GNETS.  How are they getting these

 9  therapeutic services?

10       A   So you remember the five?  If somebody said --

11       Q   Uh-huh.

12       A   That might be a social skills class.

13       Q   Okay.

14       A   So that's how they get that.  It's through the

15  IEP process.

16       Q   Okay.  And when you refer to the five, we are

17  referring back to the out of 30 segments?

18       A   Yes.

19       Q   So five is one class?

20       A   Yes.

21       Q   Okay.  And then at the elementary school level,

22  is that just integrated during the day, as those kids do

23  not switch classes?

24       A   At the main center?

25       Q   At a school-based.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              251

```
 1        A    At a school-based, no, it's separate.

 2        Q    Okay.

 3        A    Yeah.

 4        Q    Are any services -- are all services,

 5   therapeutic services that we've just went over, provided

 6   by program staff?

 7        A    My program staff?

 8        Q    Yes.

 9        A    Yes.

10        Q    Okay.  Are any done through contracted service

11   providers?

12        A    No.

13        Q    Okay.  Why not?

14        A    I don't contract with --

15        Q    Okay.

16        A    -- anyone.

17        Q    Is that just a choice that you've made?

18        A    Yes.

19        Q    Okay.  And then is Medicaid billed for any of

20   these services?

21        A    No.

22        Q    Okay.  And all services are provided on-site?

23        A    Yes.

24        Q    Okay.  And who decides that services will be

25   provided at all -- all of the different site locations
```



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          252

1    for Elam Alexander Academy?

2         A    The IEP team.

3         Q    IEP team.  So if an IEP team requests a

4    therapeutic service that you don't offer in your current

5    menu, do you get it?  Or what happens?

6         A    I don't think I understand the question.

7         Q    Yeah.

8         A    So therapeutic services, no one has requested

9    anything that I don't provide, I guess.

10        Q    Okay.

11        A    Maybe that's the answer.  Okay?

12        Q    Yeah.  So you never -- there has never been an

13   IEP team suggesting a service that you don't also have on

14   your menu?

15        A    Right.

16        Q    Okay.  Thank you.

17        A    You're welcome.

18        Q    What process would have to be followed if Elam

19   Alexander Academy wanted to offer a new therapeutic

20   service that you don't currently provide?

21        A    We would train on it.

22        Q    You would train on it?

23        A    Uh-huh.

24        Q    Are any approvals needed?  If you wanted to add

25   something in, do you need to talk to the LEA or GaDOE, or



1    is it something you do?

2         A    I don't think so.  I just do it.

3         Q    Okay.  Have you done that recently?

4         A    With restorative practices, I brought that in.

5    A lot of people started that, but I didn't seek approval.

6    I'm trying to think.  That's the most recent.

7         Q    All right.  When was that?

8         A    Probably about three years ago.

9         Q    Okay.  So prepandemic?  Yeah.

10        A    Maybe, yes, ish.  I think we started the

11   process.

12        Q    Okay.

13        A    Yes.

14        Q    How is it going so far?

15        A    Good.

16        Q    Okay.  And what does that look like?

17        A    It's about when there is conflict between two

18   students, how do you get them to have some sort of common

19   understanding, reenter into that setting, and move

20   forward copacetically.

21        Q    And then was your whole staff trained on it?

22        A    We are.

23        Q    Okay.  Are there any services that are provided

24   to a specific student, that is, like followed a student

25   that was new to your program?



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              254

1       A   Not that I can recall.

2           MS. TUCKER:  Okay.  I'd like to introduce

3   Plaintiff's Exhibit 574.

4           (Plaintiff's Exhibit 574 was marked for

5   identification.)

6       Q   BY MS. TUCKER:  Ms. Cole, do you recognize the

7   documents that make up -- oh, actually, wait one second.

8           This is a compilation of documents.  The first

9   page reads "2018-2019 PBIS Distinguished Schools."  And

10  the Bates number on the bottom of the first page reads

11  Elam-09-20-21-0223.

12          Ms. Cole, do you recognize this --

13      A   Yes.

14      Q   -- document?  Okay.

15          Let's go to page 5, which ends in 227.  Let me

16  know when you are there.

17      A   Yep.

18      Q   Let me get there, too.

19          Am I correct that this page and the next page

20  make up a brochure of sorts?

21      A   Yes.

22      Q   Okay.  Can you talk to me about this brochure?

23  What -- what is it?  What does it describe?

24      A   This is services that can be provided outside

25  the school setting that are local, that are within our



1    RESA for families that need additional services outside

2    of the educational environment.

3        Q   And so these are for outside the school

4    setting?

5        A   Yes.

6        Q   Okay.  Does Elam Alexander help facilitate any

7    of these services?

8        A   Sure, sometimes, if the parent requests us to

9    do so.

10       Q   Can you give me an example of what that would

11   look like?

12       A   So a parent may say, I really think I need

13   to -- my child to get involved with some IFI services,

14   and so we would provide them with this.  We don't tell

15   them which service to go with.  We tell them, you know,

16   which one -- you know, to give them this, and they can go

17   do their research.  And then sometimes they ask that we

18   help do the application for them or we invite them to --

19   if they already have these services, they can -- they can

20   be invited to the IEP meeting.

21       Q   And IFI refers to Intensive Family Intervention

22   services?

23       A   Yes.

24       Q   Thank you.

25           Looking at the -- the next page, so I would



1  think it would be the first page of the -- the brochure.
2  Would that be correct?
3      A   Yes.
4      Q   I see the Burke program identified and the
5  Southwest program identified -- or site, excuse me.  Is
6  that correct?
7      A   Yes.
8      Q   Okay.  Were these brochures only provided to
9  students/families at those two sites?
10     A   They are regularly provided there.  Now, if we
11 have situations out at satellite, then we can -- we
12 provide them then, too.
13     Q   Okay.  But this brochure wouldn't typically go
14 to --
15     A   No.
16     Q   -- a student at the satellite?
17     A   No.
18     Q   And why is that?
19     A   They're not -- these students don't require as
20 much.  They -- they don't require as many intensive
21 services.
22     Q   The ones at the satellite?
23     A   Correct.
24     Q   Okay.  Those students are in the program in the
25 segregated settings, though, correct?



 1      A   Which students?

 2      Q   The GNETS students at the satellite, they are

 3   in the separate classrooms?

 4      A   They are in separate classrooms.

 5      Q   Okay.  But there are services -- they don't

 6   need these services?

 7      A   Not most of them.

 8      Q   Looking, also, at this page, the one ending in

 9   228, are you familiar with your students receiving any of

10   these inpatient child/adolescent services or using any of

11   these child and adolescent psychiatrists?

12      A   Some do.

13      Q   And this is a brochure that you made?

14      A   No, my clinical coordinator did.

15      Q   Okay.  And how long has it been used for?

16      A   I think she made this a few years ago.

17      Q   Okay.  So, for example, with the psychiatrists,

18   just making sure I understand, you all do not -- you, as

19   in Elam Alexander Academy, do not contract with any of

20   these psychiatrists?

21      A   No.

22      Q   Okay.  Are you familiar with MTSS?

23      A   Yes, that's the process they use in the

24   schools.

25      Q   Process for?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                 258

1        A    I guess provide services.

2        Q    Okay.  Do you know what it stands for?

3        A    Multi-tiered of student supports.

4        Q    Thank you.

5             Is this in place at Elam Alexander Academy?

6        A    We are kind of beyond that.

7        Q    Can you explain?

8        A    Sure.  So this is -- that's like a Tier I,

9   moving through the tiers at the gen ed or the home school

10  process.  This has a lot to do with RTI, response to

11  intervention, yeah.

12       Q    And when you say you are beyond that, are you

13  including your centers and school-based?

14       A    Right.  So most of my students have -- should

15  have already moved through that process.

16       Q    Okay.  Has your staff received training on

17  MTSS, or no because it's beyond it?

18       A    No.

19       Q    Okay.  What about PBIS?

20       A    Yes.

21       Q    Okay.  And what's PBIS?

22       A    Positive Behavior Interventions and Supports.

23       Q    Okay.  So I'm looking at the first page of the

24  document we just introduced, Plaintiff's Exhibit 574.

25  The top reads "2018-'19 PBIS Distinguished Schools."  Do



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              259

1    you see that?

2         A    Yes.

3         Q    Okay.  Do you see that this page identifies

4    both the Burke Campus and Southwest Campus as 2018/'19

5    PBIS distinguished schools?

6         A    Yes.

7         Q    Okay.  What does that mean?

8         A    It means that we met the criteria to earn

9    distinguished criteria.  So we had more students served

10   at the Tier I --

11        Q    Uh-huh.

12        A    -- which means they had less office discipline

13   referrals, suspensions.  This is the type of data that

14   they track for that.

15        Q    Okay.  So it's student -- you are distinguished

16   after there is less disciplinary issues?

17        A    Correct.

18        Q    Okay.  And is this rubric the same for all

19   schools?

20        A    So GNETS has a different criteria to meet for

21   the State level.

22        Q    For the State level?

23        A    Than a regular school, because all of our

24   students are special ed.

25        Q    Okay.  And who decided this separate criteria?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          260

```
1        A   The Department of Education.

2        Q   The Georgia Department of Education?

3        A   Uh-huh.

4        Q   Okay.  What comes along with a title like

5   "distinguished"?  Like what do -- I mean, I see you were

6   recognized.  Is there additional funding or anything else

7   that comes along with it?

8        A   No.

9        Q   And is PBIS used at centers and school-based

10  locations for Elam Alexander Academy?

11       A   So it's used at centers and those schools that

12  implement.  If they are a satellite classroom, they

13  follow along with that school.

14       Q   Okay.

15       A   So if they're implementing, then yes.

16       Q   Do you know if your satellite classrooms are

17  housed in schools that have -- that implement PBIS?

18       A   I know Bibb does.

19       Q   Okay.  Are you not familiar with the other

20  seven school districts?

21       A   I am not.

22       Q   Okay.  Let's look at the next page.  The next

23  page reads, "Elam Alexander Pyramid of Interventions

24  Reading and Math."  Do you see that?

25       A   Yes.
```



1      Q    Did you create this?

2      A    No.

3      Q    Who created it?

4      A    That would be Hanna Kiser.  She was the

5    assistant director a couple of years back.

6      Q    Looking at this page, do you see it as current?

7      A    This was actually produced -- mostly current.

8    Some -- some not.

9      Q    Okay.  Well, let's take a step back then.  What

10   does this page represent?

11     A    So this is like tiers of intervention for

12   academics.  So this is what should take place in a Tier I

13   classroom, what should take place in Tier II, and Tier

14   III if necessary.

15     Q    Okay.  Which services are not current?

16     A    So I wouldn't say it's not current, but we have

17   additional.

18     Q    Oh, okay.

19     A    So we already use i-Ready and Unique, but we're

20   also using STAR Assessment this year.  So that would be

21   individualized online at the bottom.

22          The Formative Benchmark testing, some of that

23   has changed just because of district decisions.  It might

24   not be called School City anymore.  That's the kind of

25   things I'm talking about.



1      Q    Okay.

2      A    But overall, you know, differentiating

3   instruction, word wall, things like that.

4           (Court reporter clarification.)

5           THE WITNESS:  Overall, the majority of these

6   are in place, like differentiated instruction and visual

7   schedules.

8      Q    BY MS. TUCKER:  So looking at this document in

9   either -- any of the tiers, there is -- there is nothing

10  that's not included anymore?

11     A    Let me look through here.

12     Q    Yeah, take your time.

13     A    Uh-huh.  Like I said, the only thing that may

14  have changed is some of the Benchmark testing.

15     Q    Okay.  Thank you.  And that's due to Bibb

16  County?

17     A    Right.

18     Q    Let's look at the next page.  The one that

19  reads "Elam Alexander Academy Pyramid of Interventions

20  Behavior Support."  Did your same employee make this

21  pyramid?

22     A    Yes.

23     Q    Okay.  And does this page -- page guide all

24  Elam Alexander Academy centers?

25     A    There's actually one for Burke and there's a



1  separate one for Southwest.

2        Q    Oh.

3        A    Because high school interventions may look

4  different than K through 5.

5             Something popped up on the computer.

6        Q    Okay.  Thank you for letting us know.

7        A    Sure.

8        Q    We'll give that a second.

9             MS. SOLOMON:  I'm just going to close out.

10  It's wanting me to do a security scan.

11             THE VIDEOGRAPHER:  I'm sorry about that.

12             MS. SOLOMON:  It just says no threats found.

13  I'm just going to close out.

14             THE VIDEOGRAPHER:  Thank you.

15             MS. SOLOMON:  Yeah, you have no viruses.

16        Q    BY MS. TUCKER:  So Ms. Cole, you are saying

17  that you have a separate pyramid for Burke and a separate

18  pyramid for the Southwest Adolescent Center?

19        A    Correct.

20        Q    Okay.  I don't believe we received those.  Are

21  they new?

22        A    No.  So they're -- we have two different PBIS

23  teams.  We have one at the high school and one at the

24  Burke Campus.  I'm not sure if you guys did or not.

25        Q    Yeah.  This is --

BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                         264

```
1        A   So that's developed a lot through them.

2        Q   Okay.  That's something we can follow up with

3    with you all --

4        A   Absolutely.

5        Q   -- to receive.  Thank you.

6            And then is this pyramid, the one that we are

7    looking at then, is this used for the school-based or the

8    satellite locations or no?

9        A   No, school-based.

10       Q   Okay.  Say that again.

11       A   School-based.  I'm sorry, this is the Burke

12   Campus.

13       Q   This is Burke Campus?

14       A   Correct.

15       Q   Okay.  So let's start over.  So the document at

16   the bottom that ends in 0225, this is for Burke Campus?

17       A   Correct.

18       Q   But there is a separate pyramid for Southwest

19   Adolescent Center?

20       A   Correct.

21       Q   And there is no pyramid for the satellites

22   because it depends on what that school is doing?

23       A   Well, yes and no.  It depends on if they

24   already have PBIS in place, but then, you know, it

25   depends on the IEP.  If their IEP may require check-in/
```



1   check-out, that might be on there, and that's a Tier II

2   intervention.

3        Q    Uh-huh.

4        A    So they don't require a pyramid of services.

5        Q    Got it.  Okay.  Thank you.

6             Looking at this pyramid with only Burke in

7   mind, is this current?

8        A    Some things are not.

9        Q    Okay.

10       A    Do you want me to go through that?

11       Q    Yeah.  Let's start with Tier I, and then we'll

12  work our way up just so I can make sure I follow you.

13       A    Sure.  So the first column is correct.

14            The second column, we don't do dance therapy.

15  We had a -- when this was -- when this was developed, we

16  had a dance teacher, a music dance teacher.  We do not

17  have that anymore.

18            And then the third column is TeachTown, and we

19  do not use TeachTown anymore.

20       Q    Okay.  Before we move up to Tier II, why --

21       A    Oh.

22       Q    Go ahead.

23       A    One more.  I'm so sorry.  Trauma-informed care,

24  we talked about that earlier.

25       Q    Yeah.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              266

1        A    Instead of trauma-informed care, we use
2    restorative practices.
3        Q    Okay.  So back to dance therapy that you no
4    longer have, when did you stop having it?
5        A    We had it all the way up until we left for
6    COVID.
7        Q    Okay.  Is this something that you are
8    considering adding back?
9        A    Not really.
10       Q    Okay.  And why is that?
11       A    It's hard to find somebody that does that work.
12       Q    Okay.  And the person that was in this role no
13   longer is with Elam Alexander Academy?
14       A    She is not.
15       Q    Okay.  Did you find it helpful for students
16   prior?
17       A    They enjoyed it.
18       Q    What about TeachTown?  You no longer use
19   TeachTown?
20       A    No.
21       Q    And why is that?
22       A    That was actually provided -- I don't think it
23   was provided from the DOE level.  I think that was from
24   Bibb County level.  I can't recall.  But that was
25   training that we received then, and we don't -- we no



1   longer utilize that.

2        Q    And what is TeachTown training?

3        A    TeachTown did a lot of work with ABA type work.

4        Q    Okay.  And what is ABA?

5        A    Applied behavior analysis.

6        Q    Okay.  And do you still employ ABA in another

7   way?

8        A    I have an ABA, yes.

9        Q    Okay.  And then you no longer do

10  trauma-informed care but do restorative practices?

11       A    Correct.

12       Q    Let's go to Tier II.  What has changed?

13       A    The same; group, music, dance therapy.

14       Q    Okay.  Anything else?

15       A    No.

16       Q    Okay.  And what about in Tier III?

17       A    Let me look.  It's still the same.

18       Q    Okay.  Let's go to the next page.  That

19  reads -- starts with the PBIS Behavior Flow Chart.  Do

20  you see it?

21       A    Yes.

22       Q    Okay.  Is this the same for Elam Alexander

23  Academy as a whole or is this just the Burke Center?

24       A    Just the Burke.

25       Q    And is there a companion document for the



1  Adolescent Center at Southwest?

2       A    Yes.

3       Q    Okay.  And is this the same for -- that the

4  satellite locations would just follow the school that

5  they are in?

6       A    Yes.

7       Q    Okay.  And who was this created by?

8       A    The PBIS team.

9       Q    Okay.  At -- for Burke?

10      A    Correct.

11      Q    And is this current, from looking at it?

12      A    I believe this is from 2017, so I would say no.

13      Q    Okay.  Have there been significant changes?

14      A    I would not say too many significant.  It's

15 just looked at every year and then we, you know, make

16 changes as needed.

17      Q    Is a flow chart like this on PBIS behavior, is

18 that required by any entity?  Is it required by Bibb?  Is

19 it required by GaDOE?

20      A    No.

21      Q    Okay.  It's something that you all have opted

22 to do?

23      A    Right.  That's part of the PBIS framework.

24      Q    And being a distinguished school?

25      A    Yes.



1      Q   Ms. Cole, I'd like to introduce Plaintiff's
2  Exhibit 575.
3          (Plaintiff's Exhibit 575 was marked for
4  identification.)
5      Q   BY MS. TUCKER:  This is an e-mail thread
6  between you and Sandra DeMuth, with the most recent
7  e-mail being from October 14th, 2016.  The subject reads,
8  "PBIS recognition," and the Bates number on the bottom
9  reads GA03007811.
10         Ms. Cole, do you recognize this e-mail thread?
11     A   Yes.
12     Q   Who is Sandra DeMuth?
13     A   She was the program specialist for PBIS at the
14 Department of Education that supported GNETS.
15     Q   At the Georgia Department of Education?
16     A   Yes.
17     Q   Okay.  That supported GNETS?
18     A   Yes.
19     Q   Okay.  Who is in that position now?  It sounds
20 like Ms. DeMuth has left.
21     A   I think she's still kind -- I think she's part
22 time now.
23     Q   Okay.
24     A   Yes.
25     Q   So is she still your contact?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                               270

```
 1       A   She is.

 2       Q   Okay.  Sorry.  I thought you had meant she was.

 3       A   There -- I think there is multiple people,

 4   though.  That's why I'm -- she is still in there.

 5       Q   Okay.

 6       A   Yeah.

 7       Q   And how frequently do you have contact with

 8   GaDOE regarding PBIS?

 9       A   Not often.

10       Q   What would -- just ballpark, like estimate.

11   Like is it every six months or every year?

12       A   Maybe every year.

13       Q   Okay.  And then am I correct that Ms. DeMuth

14   was writing to you about whether Elam Alexander Academy

15   was to receive distinguished status?

16       A   I'm sorry, say that one more time.

17       Q   So am I correct that Ms. DeMuth is writing back

18   to you about whether Elam Alexander Academy was to

19   receive distinguished status?

20       A   Yes.

21       Q   And the answer was no in 2016, correct?

22       A   Correct.  I think it was operational status,

23   though.

24       Q   Okay.  Is that right below distinguished?

25       A   Yes.  I think that's actually before they
```



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              271

```
 1   created distinguished.
 2        Q   Okay.  And then it looks like in that e-mail
 3   Burke Campus is emerging, so that's below operational?
 4        A   Correct.
 5        Q   And then, Ms. Cole, do you see in your top
 6   e-mail where you write, "Are GNETS programs held to the
 7   same standard as the general ed schools"?
 8        A   Yes.
 9        Q   Okay.  Based on your answer a moment ago, it
10   sounds like the answer is no now?
11        A   And it was no then, too.
12        Q   It was no then, too?
13        A   Uh-huh.
14        Q   Okay.  Are there other schools within Georgia
15   that are held to a different criteria?
16        A   I'm not sure.
17        Q   But you know the G -- the GNETS?
18        A   We have a separate form, a separate criteria.
19        Q   Have you seen the general criteria?
20        A   I've seen it, but I -- I mean, I think I've
21   looked at it a couple of times, but nothing that I can
22   remember.
23        Q   And why is it that GNETS are held to a
24   different standard?
25        A   Well, for -- to be distinguished, or even back
```



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            272

1   then it was operational, you had to have 80 percent of

2   your population with zero to one ODRs and -- office

3   discipline referrals.  And our students come in with

4   discipline data already existing.  So when we would run a

5   report or I would have to report out, I may have a

6   handful of students that already have five to six

7   out-of-school suspensions that I'm held accountable for

8   in order to implement PBIS and to have my -- you know,

9   our end-of-year results.

10         So for me, my Tier I is always changing, and so

11  that's why I asked that question.

12      Q   Understood.  Thank you.  I appreciate the

13  clarification.

14         Ms. Cole, are you familiar with Apex?

15      A   A little bit.

16      Q   Can you tell me, from your understanding, what

17  it is?

18      A   So they provide therapeutic type services to

19  gen ed or even -- or all students in the gen ed setting.

20      Q   How did you learn about Apex?

21      A   Through sitting on the school transformation

22  team for Bibb, because Bibb has Apex in a couple of

23  schools.  And I think it's separate funded.  I think it's

24  contracted work.

25      Q   Do you know if you can access Apex counselors



1   at your facility?

2       A    We never have.

3       Q    You never have.  Do you know if you are able

4   to?

5       A    I'm sure we could.

6       Q    Okay.  Is this something that you've considered

7   looking into?

8       A    No.

9       Q    Okay.  And why is that?

10      A    Because they provide the same services we do.

11      Q    They provide the same services?

12      A    Right.  So we already have social workers that

13  do a lot of that work.

14      Q    Okay.  So it's similar services?

15      A    Correct.

16      Q    Okay.  Let's go back to the grant application

17  for '22, fiscal year '22.  And that was already

18  introduced as Plaintiff's Exhibit 570.  I know you may

19  need a moment to look at it -- for it.  And if we need

20  to, we can pull it up online.  I know paper is easier.

21      A    Let's see.  Which was it?  570?

22      Q    Plaintiff's Exhibit 570, yep.

23      A    Got it.

24      Q    The fiscal year '22 GNETS grant application.

25  Do you see it?



1        A    Yes.

2        Q    Okay.  Let's go to the eighth page.  The last

3    four Bates read 3474.

4        A    Uh-huh.

5        Q    And on the middle of the page it reads,

6    "Service Delivery - Mental Health Collaboration."

7             Do you see it?

8        A    Yes.

9        Q    Okay.  How many students are listed as having

10   received counseling on this page?

11       A    Zero.

12       Q    Okay.  And does that mean zero students

13   received counseling at Elam Alexander Schools, whether

14   it's a center or a site school-based location?

15       A    I am -- I answered that like outside services,

16   so this is --

17       Q    Okay.

18       A    This is one of those things that if they

19   receive outside services, that's something I can't track.

20       Q    Uh-huh.

21       A    So that's why I put zero for all three of

22   those.  You'll see I think I put zero for all of that.

23       Q    Uh-huh.  So does that mean that in school,

24   there wasn't a student receiving counseling services?

25       A    No.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              275

1    Q    Okay.

2    A    That's not what that means.

3    Q    Okay.  Then tell me what it means.

4    A    So to me that question is asking me what kind

5    of outside services they're receiving.

6    Q    Okay.  So -- okay.

7    A    Like if they have a -- a therapist that used to

8    come in and check in with a kid, that's what that means.

9    To me, that's what that means.

10   Q    Okay.

11   A    But I think in the notes I put, due to COVID,

12   there were no outside visitors allowed in.

13   Q    So this -- when you were marking zeroes, it was

14   for outside services?

15   A    Right.

16   Q    Okay.  And would you say that your students

17   received counseling services within the school?

18   A    Yes.

19   Q    Okay.  All students?

20   A    Yes.  As needed, yes.

21   Q    As needed.  Okay.

22   A    Yes.

23   Q    Have you seen a different number than zero in

24   the past on this page?

25   A    This is actually a new question.  I don't think



1  you will find this on all of our grants.

2       Q    Okay.

3       A    But yes, we used to have students have outside

4  services come in all the time.

5       Q    Okay.  And when did that change?

6       A    Well, twofold.  Bibb changed their policy,

7  where they didn't allow a lot of outside services to come

8  into the school setting, because they didn't want to

9  interrupt the educational environment.  And then second

10  was COVID, so we didn't allow any visitors to come in.

11       Q    Okay.  Was there any attempt to provide through

12  virtual sessions; do you know?

13       A    I would say that would have to be through their

14  counseling services, so I can't recall any.

15       Q    Okay.  Not through Elam?

16       A    Uh-huh.

17       Q    Okay.  Though, you have a social worker and

18  therapists and service providers on staff?

19       A    Correct.

20       Q    Okay.  And these are full-time staff members?

21       A    Yes.

22       Q    Okay.  Given, you know, your number of students

23  and, you know, a person is a person, are there students

24  that have to wait a bit or have delays in receiving

25  certain therapeutic services?



1      A   From us?

2      Q   Uh-huh.  From you.

3      A   No.

4      Q   Okay.  Do you know of any wait lists for your

5   students to receive certain services?

6      A   Like through our social workers?

7      Q   Uh-huh.

8      A   Like if there is a crisis in the classroom --

9      Q   Uh-huh.

10     A   -- or something?

11         No, there is no -- no delay.

12     Q   Okay.  Do you have any wishes for additional

13  therapeutic services and supports for your students?

14     A   I always have a wish list.  Yeah, I think it

15  would be nice if outside providers could come in.

16     Q   Uh-huh.

17     A   I think that would be great.  I think it builds

18  community and support.  I think it would be great if we

19  had a BCBA.  But we have -- we have a good number of

20  social workers and social worker techs.

21     Q   And then for outsiders coming in, that would be

22  a change needed at Bibb County level?

23     A   Yes.

24     Q   Okay.  From what you said earlier?

25     A   I believe so, yeah.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              278

1      Q   Okay.  Is that something that you have explored
2   with Bibb?
3      A   I think we've had conversations about it
4   through the IEP process.
5      Q   Uh-huh.
6      A   But not -- not often.
7      Q   Earlier we spoke a little bit about a grant
8   that GaDOE offers to receive funding for social worker
9   services.  Do you recall that?
10     A   Yes.
11     Q   Okay.  And have you considered applying for
12  such a grant?
13     A   So that grant changed.  So when that first
14  rolled out, it was for those programs that didn't have
15  social workers.  And now there's a pot of funds.  I think
16  it's for three -- it's for three years.  It started last
17  year.  And you can tap into that, and we can contract
18  with people there.  So I do have access to that now.
19     Q   So you are a recipient of that GaDOE grant for
20  social worker services?
21     A   It's not just social worker.  It's just
22  therapeutic services.
23     Q   Just therapeutic services?
24     A   Right.
25     Q   What's that grant called?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                279

```
1        A    I don't remember.
2        Q    But it's from GaDOE, and it's to receive
3   therapeutic services?
4        A    Correct.
5        Q    And do you submit that to Vickie Cleveland and
6   LaKesha Stevenson?
7        A    Right.  If I were to do contract work -- so I
8   did contract work with a social worker last year, and so
9   she would have a log that she would have to complete, and
10  I would send it to them.
11       Q    You would send your social workers' log to
12  Vickie and LaKesha?
13       A    Correct.
14       Q    How often?
15       A    Monthly.
16       Q    Monthly.
17            Do they ask questions about it or if they
18  didn't have it?
19       A    If they didn't have it or if they had questions
20  about services, they would.  But I didn't -- I didn't
21  have any questions.
22       Q    Okay.  And this is for three years?
23       A    It's three years.
24       Q    Okay.  And you used it to fund a social worker?
25       A    Correct.
```



1    Q   Is there enough money to fund other positions,

2  too, or?

3    A   No.  Well, no.  So now I think it's about -- I

4  think I have about $60,000, so I'm in the process of

5  meeting with a company.  They are called Team PBS, and so

6  they do BCBA type work, and so we have a meeting

7  scheduled so that I can contract with them for BCBA type

8  work.

9    Q   And this would be funded through this GaDOE

10  grant?

11    A   Correct.

12    Q   And if you were to contract with this BCBA,

13  would you then have to send a similar log to GaDOE?

14    A   Yes.

15    Q   Okay.  Thank you.

16        Okay.  Earlier you mentioned that the Burke

17  Campus moved when the Ridge campus closed; is that

18  correct?

19    A   Yes.

20    Q   Okay.  And what -- about when was that?  I

21  apologize.

22    A   You're fine.  Probably 13 years ago.

23    Q   Okay.  And what was -- you said Burke Campus

24  had been remodeled.  What was it before?

25    A   It was a -- Burke Elementary School.



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            281

1          Q    Burke Elementary?

2          A    Uh-huh.

3          Q    Okay.  And that was a general education

4     elementary school?

5          A    Yes.

6          Q    What is the nearest general education building

7     to the Burke Campus?

8          A    Oh, you're asking about directions again.

9     Probably Ingram-Pye --

10         Q    Okay.

11         A    -- was an elementary school.

12         Q    Ingram-Pye?

13         A    Ingram-Pye, P-y-e.

14         Q    P-y-e?

15         A    P-y-e.

16         Q    Okay.

17         A    We've got Ballard-Hudson that's right down from

18    us.  That's a middle school.  Of course, Southwest is

19    really close to us as well.

20         Q    Okay.  And is this -- are they 10 minutes away,

21    5 minutes away, 20?

22         A    Oh, 10 and under.

23         Q    Okay.  Can you see a school from Burke Campus?

24         A    No.

25         Q    Okay.  Is there any unused space at the Burke



1    Campus?

2         A    No.

3         Q    Okay.  Is the food prepared on-site?

4         A    Yes.

5         Q    Okay.  In the cafeteria?

6         A    Yes.

7         Q    Do students generally eat in the cafeteria?

8         A    Yes.

9         Q    Have there been times where the students have

10   to eat in the classroom?

11        A    Yes.

12        Q    When was that?

13        A    COVID protocols.

14        Q    Okay.

15        A    We had -- then they were eating in the

16   classroom.  If -- I'm trying to think if there is

17   anything else.  Oh, like if we're having a program or

18   something, because we use the stage, then we have to

19   close that down.  They have to eat in the classrooms.

20   Things to that nature.

21        Q    Okay.  Do you have dedicated PE time for all

22   students?

23        A    I do.

24        Q    Okay.  And do you have a certified PE

25   instructor?



1      A    So I have a PE teacher, but he's working on

2    certification.

3      Q    Okay.  And he works with all grade levels?

4      A    Yes.

5      Q    And Milestones and GAA?

6      A    Yes.

7      Q    Okay.  And do students attend gym with only

8    their class or do students attend gym or physical

9    education, excuse me, with multiple classes?

10     A    It's typically just their class.

11     Q    Okay.  How about the playground?  You have a

12   playground?

13     A    I do.

14     Q    Yeah.  Are students on the playground at the

15   same time as other classes or is it individual?

16     A    Sometimes they're together.  It's -- it's the

17   playground is more for K through 5.

18     Q    Uh-huh.

19     A    So you may have two classes going at the same

20   time.

21     Q    Okay.

22     A    Or they may be by themselves.

23     Q    Do you have a music room?

24     A    I used to.

25     Q    And that was when you had the music and dance



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              284

1   instructor?

2       A   Correct.

3       Q   Okay.  What is that room being used for now?

4       A   That -- we transformed that room into Leslie's

5   instructional coach room.  So the next room over was like

6   the chill space, you know, where we have some PBIS stuff

7   and some -- so it has some music items in there.

8       Q   Since this is no longer offered as a class, do

9   students have any designated music time during the week?

10      A   Maybe once a week, but that's on the teacher.

11  So it may be a part of their schedule, but that's on the

12  teacher to provide.

13      Q   Okay.  Is that something that you've

14  communicated that teachers should provide?

15      A   Yes.

16      Q   Do you know if teachers are doing it?

17      A   I would hope so.

18      Q   What about an art room?

19      A   We do not have an art room.

20      Q   No art room.

21          Do students have the opportunity to take art

22  classes at different grade levels?

23      A   With their schools or with us?

24      Q   With you at Burke Campus.

25      A   So like --



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            285

1        Q    We are focused on Burke Campus right now.

2        A    Okay.  So my K through 5 have -- they may have

3   a section of their day that they may use for music or art

4   or movement.  So they have art throughout the week.

5        Q    But no designated art instructor?

6        A    Correct.

7        Q    Or art classroom?

8        A    Correct.

9        Q    Are there metal detectors at Burke Campus?

10       A    Yes.

11       Q    Okay.  At all entrances?

12       A    Two.

13       Q    Two.  Which entrances?

14       A    The 100 hallway and the 200 hallway.

15       Q    And what do the 100 and 200 hallways house?

16       A    Students.

17       Q    If you were to describe the hallways, the

18   student population of 100 and 200?

19       A    So those are the entrance for the buses.

20       Q    Buses.  Okay.

21       A    So that's how my kids come in.  So everybody

22   that -- so from the 100 all the way to the 300 come in

23   that way.  200 to 400 come in that way.

24       Q    Okay.  So students aren't coming in the front

25   door?



```
 1        A    Some do.  We have carpool.
 2        Q    Okay.  There is no metal detector on the front
 3   door?
 4        A    No, there is not.
 5        Q    Okay.  Just for students coming off the bus?
 6        A    Correct.
 7        Q    Okay.  Do students in elementary, middle, and
 8   high school take the bus together to Burke Campus?
 9        A    Depends on the county and how they operate
10   their transportation.
11        Q    Uh-huh.
12        A    So I'm not sure.  It depends on the county.
13        Q    Do all grade levels at the Burke Campus run at
14   the same time, as in they start and end the school day at
15   the same time, or is there different times for the
16   different grade levels?
17        A    No, same time.
18        Q    Same time.  Okay.
19             Do you know of any school districts that do
20   have multi-grade levels on the same bus, as in
21   elementary, middle, and high schoolers on the same bus?
22        A    I don't know offhand.  I'm sure there are.  I
23   don't know offhand, though.
24        Q    Okay.  Have you heard any complaints about
25   that?
```



1      A    Not recently, no.  I don't know if ever,

2  really.

3      Q    Okay.  Do you have a science lab --

4      A    No.

5      Q    -- at Burke?  Okay.

6           And then a library?

7      A    Yes.

8      Q    And then are there other electives that, you

9  know, besides gym and art potentially during the week?

10 Is there any other electives that you offer?

11     A    Well, we have the sensory garden that's out on

12 the 300 hallway that students work in.  We have the

13 Bethesda Home Living Center that students access and work

14 in.  We provide CBI and CBVI, which is community-based

15 instruction and community-based vocational instruction.

16 I can't think of anything else.

17     Q    When you mentioned CBI and CBIV (sic), are

18 those for GAA students, Milestone students, or both?

19     A    Those are for GAA students.

20     Q    So those are electives for GAA students?

21     A    Yes.

22     Q    The Bethesda Home Living Center, is that for

23 GAA students or Milestone students?

24     A    Both.  Both can access that.

25     Q    What about the sensory garden?



1      A    Both can access that.

2      Q    Okay.  What about extracurricular activities

3  for students at Burke?

4      A    We don't have any extracurricular activities.

5      Q    Okay.  How many students participate in

6  extracurricular activities at their zoned schools?

7      A    I don't know that off the top of my head,

8  but -- you are talking Burke Campus only right now?

9      Q    Yes.

10     A    Okay.  So five or less.

11     Q    Okay.  And how many, again, students did you

12  have at Burke?

13     A    120 something.  120 to 130.

14     Q    So the five or less students, how are -- how

15  did they have the opportunity to receive extracurricular

16  activities?

17     A    So when I think extracurricular, I'm thinking

18  like sports as well.

19     Q    I am, too.

20     A    Okay, good.

21          So that comes through the IEP as well, the IEP

22  process.  So we may have a student that's interested in

23  playing basketball or football, whatever it may be, and

24  so they will provide transportation for them to go back.

25     Q    With the five, were you only thinking of



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                         289

1  sports?

2      A   Right then I was.

3      Q   Okay.  Are there any of your students that,

4  let's say, participate in drama or student government at

5  their zoned schools?

6      A   Not from Burke Campus.

7      Q   Okay.  Not from Burke Campus.

8          At Burke Campus do you have any space that is

9  designated for de-escalation?

10     A   No.

11     Q   And any seclusion rooms?

12     A   No.

13     Q   Do you have spaces that were previously used as

14  seclusion rooms?

15     A   No.

16     Q   Earlier we spoke about both Milestone classes

17  and GAA classes at Burke Campus, correct?

18     A   Yes.

19     Q   Is there a maximum number of students that you

20  would allow in a Milestones class?

21     A   Yes.  12.

22     Q   12.  Okay.  And then what about a GAA class?

23     A   Same.

24     Q   Okay.  12.

25         Do any of your classes this year have more than



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          290

1   12 students?

2        A    No.

3        Q    Okay.  Besides the bus, which we spoke about,

4   at Burke Campus, do elementary age students interact with

5   middle school students or high school students?

6        A    Only if they -- they have separate eating

7   times, like breakfast and lunch, so only if they pass in

8   the hallway.

9        Q    Okay.  Would they be at the playground

10  together?

11       A    No.

12       Q    At the elementary level, are the students in

13  the same classroom with the same teacher for the whole

14  day?

15       A    Yes.

16       Q    What about the middle school level?

17       A    So the middle school, the sixth and seventh

18  graders, they rotate between three teachers.

19       Q    Okay.

20       A    And then the two eighth grade teachers, they

21  rotate based on content as well.

22       Q    Okay.  And then what about high school?

23       A    They all rotate based on content.  Oh, wait.

24       Q    At Burke Center?

25       A    Burke Center, no, they are self-contained.



1       Q   Does online instruction play a role at the

2   Burke Campus Center for elementary students?

3       A   What do you mean by "online instruction"?

4       Q   Is there online instruction through a program

5   versus having a teacher instruct at the front of the

6   class?

7       A   No.

8       Q   No.

9       A   We have supplemental, like i-Ready, yes.

10      Q   But it's supplemental?

11      A   Right.

12      Q   Okay.  What about at the middle school level at

13  Burke Campus?

14      A   No.

15      Q   Supplemental?

16      A   Yes.

17      Q   Okay.  What about the high school level at

18  Burke Campus?

19      A   At the Burke Campus, no.  All from the teacher.

20      Q   Okay.  What type of supplemental online

21  programs do you have?

22      A   So we use i-Ready.

23      Q   Uh-huh.

24      A   We use STAR Reading and Math, STAR Assessment.

25  We use the Unique Learning System.  That's for GAA.



BROOKE COLE                                            October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                   292

1   News2you is GAA as well.

2        Q    Is i-Ready provided by GaDOE?

3        A    Yes.

4        Q    Is STAR Reading provided by GaDOE?

5        A    No.

6        Q    Is STAR Math provided by GaDOE?

7        A    No.

8        Q    Do all students use supplemental i-Ready?

9        A    Kindergarten through 8th.

10       Q    At Burke Campus?

11       A    Correct.

12       Q    What percentage of the day are students using

13  i-Ready?

14       A    So they should not exceed more than 45 minutes

15  in a week.

16       Q    45 minutes in a week?

17       A    In a week.

18       Q    How is that monitored?

19       A    We run reports.  So it's monitored through the

20  platform, and then my instructional coach provides us

21  with reports of where students are meeting, if they are

22  at the 45 percent.  We look at the usage and pass rate.

23       Q    Okay.  The 45 minutes or percent?  You said

24  minutes a moment ago, and then you just said percent?

25       A    So I meant 45 minutes per week, and then there



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        293

```
 1    is a pass rate.
 2         Q    Oh.
 3         A    So there is two different reports they run.
 4         Q    Got it.
 5         A    Yes.
 6         Q    And they are both looking at for 45?
 7         A    Right.
 8         Q    Okay.  Thank you.
 9         A    You're welcome.
10         Q    And are those reports also shared with GaDOE?
11         A    If they are requested.  I can't recall them
12    requesting much, but I think they have access to that.
13         Q    They have access?
14         A    Yeah.
15         Q    Do you recall in the past receiving i-Ready
16    reports from GaDOE?
17         A    Yes.  Many years ago when they first started
18    with i-Ready, they monitored pretty closely.
19         Q    Okay.  And that's changed?
20         A    Yes.
21         Q    Do you know why that is?
22         A    No.
23         Q    Okay.  Are there any students at the Burke
24    Campus who have been screened for gifted services?
25         A    Yes.
```



1      Q    Okay.  Are they -- any receiving gifted
2   services?
3      A    No.  We had one, but that was a few years ago.
4      Q    And where is that student now?
5      A    With us.
6      Q    Oh, with you all?
7      A    Uh-huh.
8      Q    So they were screened but did not receive?
9      A    No, he did receive, and then we also sent him
10  out to a satellite class.  He continued to receive, but
11  then he came back.  But I think at that time, I don't
12  know what happened out there, but the services were
13  dropped.
14     Q    Okay.
15     A    The gifted services.
16     Q    Understood.  Has he been rescreened?
17     A    I'm not sure.
18     Q    Okay.  Is that something that your -- that
19  Burke Campus and Elam Alexander could offer?
20     A    So that's from the LEA, and we fall up under
21  their testing calendar.  So we have a testing
22  coordinator, and so she does all of that work.
23     Q    Okay.  Thank you.
24          Is there a yearbook for the Burke Campus?
25     A    No.



1    Q    Is there a yearbook for all of the Elam

2    Alexander Academy?

3    A    No.

4    Q    Do students have their school photos taken?

5    A    We have in the past, and I do believe we're

6    doing it this year.

7    Q    Okay.  And would those photos go home to their

8    families versus into a yearbook?

9    A    Yes.

10    Q    Okay.  Do part-time students have their photos

11    taken at both, you know, the -- their zoned school and

12    Burke when you offered it?

13    A    I don't remember.

14    Q    Okay.

15    A    I'm sure they had the opportunity.

16    Q    A moment ago you mentioned that the GAA

17    students at Burke Campus have some field trips through

18    CBI, correct?

19    A    Yes.

20    Q    Do Milestone students have the ability to go on

21    field trips at Burke Campus?

22    A    Yes.

23    Q    What type of field trips?

24    A    Whatever the district offers.  Like they go to

25    The Grand Opera House or aquarium.  Whatever the district



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              296

1  is offering.

2       Q   Okay.  So these field trips are done in

3  conjunction with the district?

4       A   Correct.

5       Q   Last school year how many field trips were

6  offered for those at Burke Campus?

7       A   So we just started back field trips this year.

8       Q   Understood.

9           What is planned this year?

10      A   I don't know for Bibb part, but because I just

11 get the e-mails and look and send it on.  I think they

12 have them once every couple of months.  Like we have a

13 4th and 5th grade one coming up, and I think it's to The

14 Grand Opera House.

15          But like CBI and CBVI, we offer weekly.

16      Q   Okay.  And those are for the GAA students?

17      A   Correct.

18      Q   Okay.  How about school dances at Burke?

19      A   We haven't done that in a couple of years.

20      Q   Okay.  And by "couple years," the last five

21 years, three years?

22      A   Yeah.

23      Q   Okay.  When was the last time you think you did

24 it?

25      A   PreCOVID.



1    Q    PreCOVID.  Was that something you did annually?

2    A    Yes.

3    Q    Okay.  Was it for all grade levels?

4    A    Yes.

5    Q    Okay.  Is that something you're looking to

6  implement again?

7    A    I think the PBIS team, we're talking about

8  doing something like that.

9    Q    What about theater productions?

10   A    No.

11   Q    Okay.  Any athletic games, like through sports

12  teams at Burke?

13   A    So that would be a PBIS event.  We may have a

14  basketball game or a flag football game or a soccer game.

15  This all falls up under PBIS.

16   Q    Okay.  Understood.

17        Let's move to the Southwest Adolescent Campus.

18  And that -- how long has that been used as a GNETS

19  facility, that wing?

20   A    So we moved from Northeast High School over to

21  Southwest five -- five years ago, I want to say.  Around

22  five years ago.

23   Q    Okay.  What was that used for?  What was there

24  prior?

25   A    I have no idea.



1    Q    Okay.  And why did you move again from

2  Northeast High School?

3    A    So Northeast High School was under renovation,

4  and where we were located was also under renovation, so

5  they -- that's when we -- they renovated that hallway,

6  that wing for us, and then we moved in over there.

7    Q    Okay.  And this is adjacent -- this adolescent

8  campus is adjacent to the high school, correct?  It's

9  connected?

10    A    Yes.

11    Q    Okay.  What is the maximum number of students

12  you want in a classroom at Southwest Adolescent Campus?

13    A    The same.  It would be 12 --

14    Q    12?

15    A    -- is the max.

16    Q    Is that the same for all of your classrooms?

17    A    That's how I feel about all of them, yes.

18    Q    Okay.  And are any over this at this point?

19    A    No.

20    Q    Okay.  Is there any unused space that you have

21  available to you at the Southwest Adolescent Center?

22    A    We have that room for storage.

23    Q    Okay.  I understand there's a cafeteria at the

24  high school part of Southwest High.

25    A    Yes.



1    Q   Correct?

2        Do your students at the Southwest Adolescent

3  Center go to the cafeteria at the same time as other high

4  school students at the gen ed population at Southwest

5  High?

6    A   I believe so.  I don't know what time they go.

7  I don't know who's in there at what time.

8    Q   Okay.  So that's not something you're sure

9  about?

10   A   Correct.

11   Q   Okay.  Do students in the Southwest Adolescent

12 Center go to gym at the same time as Southwest High gen

13 ed students?

14   A   No.

15   Q   Do they access the gym at Southwest High?

16   A   Not on a regular basis.

17   Q   What are you -- can you elaborate?

18   A   So that's not one of our classes.  So they

19 rotate for content, and they don't typically go to the

20 gym.

21   Q   Okay.  What about, do they have music?

22   A   No.

23   Q   Art?

24   A   No.

25   Q   Okay.  Are -- what type of elective-type



1   classes would a student at Southwest High have available

2   to them?

3       A   So that would still be through whatever course

4   credits they need and then through the IEP process.  So

5   it might be an algebra support class or a -- depends on

6   what content they're needing for graduation.

7       Q   Just to make sure I understand, it sounds like

8   the students at Southwest Adolescent Center have access

9   to content classes but not to what one would think of as

10  elective, like an art, music, PE or a foreign language;

11  would that be correct?

12      A   Sure.  Yes.

13      Q   Okay.  Their electives are content-based?

14      A   Yes.

15      Q   Okay.  And they're based on need for

16  graduation?

17      A   Right.  So you have a transcript, and you have

18  to make sure that they are on track --

19      Q   Okay.

20      A   -- for graduation.

21      Q   Understood.

22          Do -- are there metal detectors at the

23  Southwest Adolescent Center?

24      A   Yes.

25      Q   At the entrances?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              301

1         A    Yes.

2         Q    Okay.  Is there a science lab?

3         A    No.

4         Q    Okay.  Is there a library for the Southwest

5    Adolescent Center?

6         A    Housed on our wing, no.

7         Q    Can the students access the library within

8    Southwest High?

9         A    Yes.

10        Q    Okay.  Do they?

11        A    Sometimes.

12        Q    Okay.  Is this a weekly thing or --

13        A    I would have to ask Shondonette.  I wouldn't

14   think it's a weekly thing.  I think it's as needed.

15        Q    Okay.  Then is there a science lab at Southwest

16   High, not within the Adolescent Center?

17        A    Is there a science lab at their school?

18        Q    Uh-huh.

19        A    I have no idea.

20        Q    I'm asking -- I was just curious if the

21   Southwest Adolescent students access the science lab.

22        A    No.

23        Q    Are there any spaces at Southwest Adolescent

24   Center that are utilized for de-escalation?

25        A    No.



1          Q    Anything that previously was a seclusion room?

2          A    No.

3          Q    Do students attending Southwest Adolescent

4     Center ride a bus, the same bus as students attending

5     Southwest High?

6          A    No.

7          Q    Okay.  What about your satellite --

8     satellite-based GNETS students at Southwest High?  Would

9     they ride the same bus as their gen ed peers at the high

10    school or as their peers at the Southwest Adolescent

11    Center?

12         A    So that's a transportation question, but the

13    students that are in satellite classes at Southwest

14    aren't necessarily zoned for Southwest.

15         Q    Uh-huh.

16         A    So I can't say that they would be on the bus --

17    the same bus as Southwest gen ed kids.

18         Q    Okay.

19         A    So that's a separate bus.

20         Q    Understood.

21         A    Different route.

22         Q    Okay.  The students at Southwest Adolescent

23    Center, they are in high school and it's Milestones

24    courses, correct?

25         A    Yes.



BROOKE COLE                                October 27, 2022
UNITED STATES vs STATE OF GEORGIA                       303

1      Q   Are they with the same teacher for the whole
2   school day?
3      A   No.
4      Q   Okay.  How do they switch?
5      A   They rotate based on content.
6      Q   Okay.  And how many teachers would they have a
7   day?
8      A   Six.
9      Q   Okay.  So all of their classes?
10     A   Yes.
11     Q   Okay.  And what type of online instruction is
12  used at Southwest Adolescent Center?
13     A   For supplemental?
14     Q   Is there any for primary?
15     A   No, no.  We use STAR.  They started using STAR
16  this year.  We use Edgenuity from time to time, if
17  necessary, like for a course that they may need for
18  graduation.  I think that's it.
19     Q   Okay.  And Edgenuity is a credit recovery
20  program?
21     A   Yes.
22     Q   Okay.  Do you track how many of your students
23  are using Edgenuity?
24     A   Shondonette does.
25     Q   Shondonette does.  Does she talk to you about



1  that tracking?

2      A   Not unless something specific is going on.

3      Q   You don't see a chart that -- or table or data

4  related to the amount of time students spend on Edgenuity

5  a day?

6      A   No.

7      Q   Are there students at the Southwest Adolescent

8  Center that have been screened for gifted services?

9      A   I have no idea.

10     Q   Okay.  Is there a yearbook for that center?

11     A   No.

12     Q   Okay.  And are you -- do you know if their

13  pictures are used in the Southwest High School yearbook?

14     A   Depends on if they were Southwest students or

15  not.  So not all of them are zoned for Southwest.

16     Q   Okay.  And that's only -- is that for the

17  school -- satellite classrooms or is that for also those

18  who are at the --

19     A   If we --

20     Q   -- Southwest Adolescent Center?

21     A   If we had a student that was a Southwest

22  student served at Adolescent, then they would be able to

23  do that.

24     Q   Has that happened recently?

25     A   I'm not sure.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                 305

1      Q    Okay.  How about field trips for the Southwest
2  Adolescent Center students, or do those happen?
3      A    Not frequently.
4      Q    Okay.  Is that something that happens more at
5  the younger grade levels?
6      A    I would say so.
7      Q    Okay.  How many in like the last five years,
8  field trips?
9      A    I couldn't name one.
10      Q    Okay.
11      A    Not for a whole school.  I mean, we've had
12  students that maybe go and take visits to Warm Spring or
13  something like that, but not a whole program-type field
14  trip.
15      Q    What's Warm Spring?
16      A    So that's like a facility type program up in
17  North Georgia that works with kids with disabilities.
18      Q    Okay.  Thank you.
19           You've had students go there?
20      A    Yes.
21      Q    Is it something they go to for more than one
22  day or?
23      A    No, it's like a postsecondary type thing.
24      Q    Okay.  So it's after school, not a field trip?
25      A    They would go to a field trip to see it and to



1  see if their family was interested and things like that.

2      Q   Understand.  To preview it as a potential for

3  later?

4      A   Yes.

5      Q   Thank you.

6          How about school dances at the Southwest

7  Adolescent Center?

8      A   We don't have any.

9      Q   No.  Okay.

10         Do you know if the Southwest Adolescent Center

11  students are able to attend the dances at Southwest High,

12  like homecoming and prom?

13     A   If they are zoned for that school.

14     Q   If they are zoned?

15     A   Uh-huh.

16     Q   Okay.  How -- are -- how many students at

17  Southwest Adolescent Center are zoned for Southwest High?

18     A   I would have to look.  I know of one or two

19  because I know they participated in prom last year.

20     Q   Uh-huh.

21     A   The other students, say they were zoned for

22  Westside, they would go to Westside prom.

23     Q   Are those students going to Westside prom, for

24  example?

25     A   If they want to go to those proms, yes, they



1  go.

2       Q   Are you aware of students attending dances?

3       A   Yes.

4       Q   Okay.

5       A   Yes.

6       Q   Would that be the large majority of your

7  student population or -- at the Southwest Adolescent

8  Center, or is this, you know, less than 40 percent?

9       A   It's really based on their interest level.  So

10  I would say less than 40 percent.  It's whether or not

11  they want to go.

12      Q   Okay.  How are they made aware of their school

13  dances if their zoned school is, you know, 40 minutes

14  away?

15      A   So that's only for Bibb County.

16      Q   Okay.

17      A   So that's -- that's the ones I am referring to.

18  I don't -- I don't know if they would attend Crawford

19  County or any of the others.

20      Q   Okay.

21      A   So, but because the high school principals all

22  talk, so we are all in a -- in a meeting once a -- a

23  month anyway.  So that information would be given to

24  Ms. Horton, and Ms. Horton would let the kids know, the

25  families know.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          308

```
 1        Q    Thank you.
 2             Let's speak about L.H. Williams but last year.
 3             (Court reporter clarification.)
 4        Q    BY MS. TUCKER:  I understand that it's no
 5   longer in use this school year.
 6        A    Correct.
 7        Q    Correct?
 8             Last school year, did any of your GNETS
 9   students have the opportunity to have segments of their
10   day with their nondisabled peers at L.H. Williams?
11        A    Yes.
12        Q    Okay.  How many?
13        A    Depends on the student.  They would start with
14   one, then move to two --
15        Q    Uh-huh.
16        A    -- classes out.  Some had up to three or four.
17        Q    Okay.  Is three or four the point where you
18   then reassess?
19        A    I start saying that we need to have
20   conversations at one or two.
21        Q    Okay.
22        A    I think if we are at two and they're doing
23   well, then we need to start moving that on.
24        Q    And that's something that the schools look for?
25        A    Yes.
```



BROOKE COLE                                                October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                       309

1        Q    Do the students who receive GNETS services last
2   year at L.H. Williams enter in the same entrance as their
3   nondisabled peers?
4        A    Yes.
5        Q    Is there a metal detector at L.H. Williams
6   that they -- the GNETS students went through?
7        A    I'm not sure.
8        Q    Okay.  Did the students at L.H. Williams who --
9   that were in the GNETS classroom, did they eat in the
10  cafeteria at the same time as their nondisabled peers?
11       A    Yes.
12       Q    Did they play on the playground at the same
13  time?
14       A    I'm not sure.
15       Q    Did they visit the library?
16       A    Yes.
17       Q    At the same time as their nondisabled peers?
18       A    I'm not sure.  I'm not sure about their
19  schedule.
20       Q    Okay.  Did students at L.H. Williams last year,
21  were they featured in the yearbook?
22       A    I believe so.  I'm not sure.  It depends -- I
23  think it still depends on if they were L.H. Williams
24  students.  I'm not sure.
25       Q    Okay.  So you're not sure, but you -- you're



1  thinking that it's whether it's their zone school; is

2  that correct?

3      A   That's what I am thinking, but I'm not -- I'm

4  not really sure.

5      Q   Okay.  I understand.

6          Let's -- let's talk about Miller Middle School.

7  How many classrooms again are there this year at Miller

8  Middle School?

9      A   One.

10     Q   One.  And it was a Milestones classroom?

11     A   Yes.

12     Q   Okay.  Are you familiar what hallway the Miller

13 Middle School GNETS classroom is on?

14     A   Yes.

15     Q   And what else is on that hallway?

16     A   I have no idea.

17     Q   Okay.  You know where it is, but you don't know

18 what the other classrooms are?

19     A   Correct.

20     Q   Okay.  Do your students at Miller Middle School

21 have the opportunity to attend segments of the day with

22 their nondisabled peers?

23     A   Yes.

24     Q   Do all students?

25     A   I believe so.  I have to look at their



1   schedules -- no, not this year.  I was thinking about

2   last -- is it last year or this year?

3        Q   I'm talking about this year.

4        A   I'm not sure.  I have to look at their

5   schedules.

6        Q   So are there students that could be in that

7   classroom all day?

8        A   Could be.

9        Q   Okay.  Is that more likely than not?

10       A   No.  Standard practice is really when they move

11   out there, we at least start with one, like one

12   connections class.  If they do well, we move to two.

13       Q   Uh-huh.

14       A   But I -- I can't speak on it because I really

15   don't have it in front of me to know what they -- what

16   their schedules are.

17       Q   So when you talk about standard practice, are

18   you speaking to all satellite schools?

19       A   Yes.

20       Q   So is that an Elam Alexander Academy standard

21   or a standard from -- for all of GNETS?

22       A   That's an Elam Alexander Academy standard.

23       Q   That's a Brooke Cole standard?

24       A   It is a Brooke Cole standard.

25       Q   Okay.  I understand.



1            So for students in the satellite program, at a

2    minimum, they should have one segment out?

3        A    At a minimum, minimum, yes.

4        Q    Is that always the case, can you say?

5        A    I think there has been cases where they first

6    came and we waited maybe three to four weeks, I want to

7    say.  Because I recall Steven talking to me about one

8    student.

9        Q    Uh-huh.

10       A    But typically that should be what's happening.

11       Q    Are you -- is Elam Alexander tracking segments

12   out?

13       A    So only through that class roster that you had,

14   it's now on Teams, so it's constantly updated.  I can log

15   in and look and see how many classes they have out.

16       Q    Is that something that you look to?

17       A    I look at the class roster weekly.

18       Q    Are you looking at how many segments students

19   have out?

20       A    For the satellite, yes.

21       Q    Okay.

22       A    Yes.

23       Q    And for what reason are you looking for this

24   information?

25       A    I just want to make sure that we're doing what



1   we're supposed to do.

2       Q   Meaning?

3       A   That they have those classes out.  So this year

4   is a little bit different than it was last year, because

5   we have more sixth graders.  And so that's a -- that's a

6   transition from elementary to middle in itself, and then

7   so we want them to transition slowly back out to a class.

8       Q   And this data you're looking at is not just for

9   Miller Middle School; it's for all of your site

10  locations?

11      A   Correct.

12      Q   And you are looking for the same thing at every

13  site for students to have the classes -- have the

14  opportunity for classes out?

15      A   Yes.

16      Q   Okay.  Just a few more, and then we can take a

17  break.  Unless -- are you okay right now?

18      A   I'm fine.

19      Q   Okay.  You're comfortable?

20      A   I'm hot, but I'm fine.

21      Q   It is a little warm.

22      A   It is a little sticky and humid in here.

23      Q   Are there students at Miller Middle School that

24  are receiving gifted services?

25      A   I'm not sure.



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           314

```
1        Q    Okay.  How about at any of your satellite
2   locations?
3        A    I don't think so.
4        Q    Okay.
5        A    But I'm not sure.  I don't think so, though.
6        Q    So earlier we spoke of -- when I asked about
7   gifted services, you recalled one student in particular.
8   Is that the only student you can think of?
9        A    That's the only one I can think of.
10       Q    Okay.  And is that during your time as director
11  or during your 18 -- 19 years at Elam?
12       A    That was during my time as director.
13       Q    Okay.  Do you recall any from your -- from the
14  past, like your whole Elam Alexander?
15       A    I can't recall any, no.
16       Q    Okay.  The students at Southwest High in the
17  GNETS classrooms, not in the Southwest Adolescent
18  Center --
19       A    Yes.
20       Q    -- do they participate in extracurricular
21  activities?
22       A    Some do, if they want to.
23       Q    If you were to ballpark to determine how many?
24       A    So in the Milestones class, like Nikki's class,
25  we have some students that are in band or ROTC.  We have
```



 1  some -- we're only talking about Southwest right now,

 2  though?

 3      Q    Correct.

 4      A    So yeah, band and ROTC.  I think we have one in

 5  art.  I think they talked about that yesterday.

 6      Q    And art is a class, not an extracurricular

 7  activity; is that correct?

 8      A    I think so, yeah.

 9      Q    So I'm wondering about, again, like a sports

10  team or student government or drama club.

11      A    We may have one or two that maybe participate

12  in sports.  I think we have one that plays football.

13      Q    Okay.

14      A    Uh-huh.

15      Q    One or two out of the two classes?

16      A    Correct.

17      Q    Okay.  Are the student -- are your students at

18  satellite classes made aware of their opportunities to

19  participate in extracurricular activities?

20      A    Yes.

21      Q    If it is not your zoned school, would you be

22  allowed to participate or do you need to participate at

23  your zoned school?

24      A    It -- they participate in those schools.  When

25  I'm thinking back on Miller, I've had students that were

1  zoned for other schools, but they still played football

2  for those teams, for those school teams.

3      Q   Okay.

4      A   So like if I -- if they were at a Miller site

5  but they were zoned for Ballard, they still played sports

6  for Miller.

7      Q   Okay.  And that has happened in the past?

8      A   Yes.

9      Q   Okay.  Is that happening right now?

10     A   I believe so.

11     Q   For one student, two students?

12     A   Like one or two students, depending on the

13  sport.

14     Q   Okay.

15     A   Uh-huh.

16         MS. TUCKER:  I am handing the court reporter

17  what is going to be introduced as Plaintiff's Exhibit

18  576.

19         (Plaintiff's Exhibit 576 was marked for

20  identification.)

21     Q   BY MS. TUCKER:  The Bates number on the bottom

22  of this document reads Elam-10-01-21-Supplement-3414.

23  This is a table that represents Elam Alexander Academy's

24  school-based GNETS locations outside of Bibb County,

25  correct?



```
 1        A    Yes.

 2        Q    Ms. Cole, do you recognize this document?

 3        A    Yes.

 4        Q    Did you create it?

 5        A    No.

 6        Q    Who created it?

 7        A    I believe this was Dixie for the first round of

 8   information you guys were requesting, maybe.

 9        Q    Okay.

10        A    Yeah.

11        Q    So this was created for the Department of

12   Justice?

13        A    I believe so.

14        Q    Okay.  So you see at the top, it's -- it

15   identifies Crawford County Middle School, Crawford County

16   High, Turner Woods Elementary, and Peach County High, and

17   it's looking at whether there is metal detectors,

18   cafeteria, gym, library, computer lab, science lab,

19   playground, specials or electives, and extracurricular

20   activities.

21             Was this data that you did not collect prior to

22   the United States Department of Justice requests?

23        A    Correct.  And I can't remember if it was you

24   guys or Department of Education.  Someone requested this

25   information.
```



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              318

1      Q   Okay.

2      A   And I provided it.

3      Q   Okay.  So by "Department of Education," you are

4   referring to the Georgia Department of Education?

5      A   Yes.

6      Q   Okay.  Since you've now created this table, or

7   Dixie created this table, is this data that you're

8   looking to collect?

9      A   No.

10      Q   Okay.  And of these schools, Turner Woods is no

11   longer used, correct?

12      A   Correct.

13      Q   And I would have to go back.  Is Peach County

14   High?

15      A   Peach County is, but Crawford County Middle or

16   High is not.

17      Q   Okay.  So only one of these is current?

18      A   Correct.

19      Q   Okay.  For these four locations, do you know

20   where the classrooms were at at the school?

21      A   When they were there, yes.

22      Q   Do you know what else was on those hallways?

23      A   No, ma'am.

24      Q   Okay.  Is that something that you've looked at

25   when you go to visit a school?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          319

1        A    Not really.

2        Q    Okay.

3             MS. TUCKER:   Okay.   Why don't we take a break

4    if that works for folks.

5             MS. SOLOMON:   I'm going to see if they can put

6    the air on.   I apologize.

7             MS. TUCKER:   Okay.   Thank you.

8             THE VIDEOGRAPHER:   The time is 3:50 p.m., and

9    we are off the record.

10            (The deposition was at recess from 3:50 p.m. to

11   4:18 p.m.)

12            THE VIDEOGRAPHER:   The time is 4:18 p.m., and

13   we are on the record.

14       Q    BY MS. TUCKER:   Welcome back, Ms. Cole.

15       A    Thank you.

16       Q    Thank you.

17            Earlier you mentioned that there were no

18   seclusion rooms at the Burke Campus or the Southwest

19   Adolescent Center, correct?

20       A    Correct?

21       Q    Have there ever been?

22       A    No.

23       Q    Have there been seclusion rooms used at any

24   Elam Alexander site with -- during your time?

25       A    Sure, when I first began.



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            320

```
 1        Q    Okay.  And when did that end?
 2        A    I think we talked about that.  I think that was
 3   the year I was a teacher with special duties.
 4        Q    Okay.
 5        A    That was probably my fifth or sixth year
 6   working.
 7        Q    Okay.
 8        A    So early on in -- in my years.
 9        Q    And was that at every site?
10        A    So we had the main center at Ridge Avenue.
11   They had them there.  I don't think they had them
12   anywhere else.
13        Q    Okay.  So just at the Center at Ridge Avenue,
14   which is -- that program is now at the Burke Campus?
15        A    Correct.
16        Q    Okay.  And then these changed from the
17   restriction rooms.  You -- I believe you said earlier
18   that was prior to the State requiring it?
19        A    Yes.
20        Q    Okay.  And then what about other like time-out
21   or cool-down rooms?
22        A    Now --
23        Q    Uh-huh.
24        A    -- present?
25             We don't have time-out rooms or cool-down
```



```
 1   rooms.
 2        Q   What about in between the seclusion rooms
 3   ending and like in that -- between then and now?
 4        A   So the process of closing those rooms --
 5        Q   Uh-huh.
 6        A   -- so initially before the State even did, we
 7   shut that kind of down.  Like there were doors and
 8   everything, so you would --
 9        Q   Right.
10        A   -- take the doors -- they took the doors down
11   and kind of made it like the beanbag and things like
12   that.  But then that just went away, too.  Like that's --
13        Q   Okay.
14        A   It wasn't necessary.
15        Q   Okay.  So it's been several years?
16        A   Oh, yes.
17        Q   Okay.  In what circumstances does Elam
18   Alexander Academy use restraints on students?
19        A   When students are about to harm themselves or
20   others.
21        Q   And are there any restrictions on the use of
22   restraints at Elam Alexander Academy?
23        A   For staff?
24        Q   Yes.
25        A   So if they have something that prohibits them
```



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          322

1    from being able to even go through the trainings, like

2    they have a bad knee or whatever medical documentation

3    they have that keeps them from even going through the

4    training.

5         Q   Are there any staff that are not trained to

6    restrain students?

7         A   For the physical portion, yes.

8         Q   Yes.  You say the physical portion, what are

9    you -- what other portions are you referring to?

10        A   So the first half of that training is verbal

11   de-escalation.

12        Q   Okay.  So it's verbal and then physical?

13        A   Correct.

14        Q   Okay.  But all of your staff is trained on

15   verbal?

16        A   Correct.

17        Q   Okay.  And what percentage of your staff is

18   trained on physical?

19        A   The majority.  I would say that I have seven to

20   ten staff members that aren't physically able to do that.

21        Q   Okay.  And what training program do you use?

22        A   MindSet curriculum.

23        Q   MindSet, okay.

24            Are there any restrictions on the use of

25   restraints for students as for different student



1  populations or different GNETS sites locations?

2       A   No, we use the same.

3       Q   The same?

4       A   The same training.

5       Q   Okay.  And then the MindSet curriculum, how

6  often are -- are folks trained?

7       A   Yearly.

8       Q   Yearly.  Is it a certification that you get

9  each year?

10      A   Yes.

11      Q   When do you all complete that?

12      A   It's throughout the year, so we have a MindSet

13 training at the beginning of the school year.  We have

14 research, like recertification throughout the year.  Then

15 if we have a new hire or if we have staff that's, you

16 know, new to us, then we have a group that we would send.

17 We would train that way as well.  So it's throughout.

18      Q   Okay.  Earlier you said it was the large -- I

19 would say like the very large percentage of your staff is

20 trained in MindSet except for the seven to ten

21 individuals; is that correct?

22      A   Yes.

23      Q   And this is all staff?

24      A   Yes.

25      Q   Okay.



1      A   With the exception of like custodians.  So my

2   custodians aren't trained.  Some of my secretaries are

3   not trained.

4      Q   Okay.  Would all teachers be trained?

5      A   Yes.

6      Q   Would all paraprofessionals be changed --

7      A   Yes.

8      Q   -- trained?

9          Would all social workers be trained?

10      A   Yes.

11      Q   Okay.  And what about all your coordinators?

12      A   Yes.

13      Q   So it would be the custodians and certain

14   secretaries?

15      A   Correct.

16      Q   Okay.  And other administrative type?

17      A   Right, if they are not facing students.

18      Q   Okay.  When did Elam Alexander Academy start

19   using the MindSet curriculum?

20      A   So it -- it changed names.  When I first began,

21   I believe it was called PMAB or CALM.  So it's changed

22   names.  It was either CALM and then PMAB, and -- but for

23   19 years we've had some program, and CALM/PMAB, and I

24   can't -- I think it was -- I can't remember the name of

25   it.



1           But at any rate, it's always been the same

2    person.  It was -- Steve McMahon is over it now, but it

3    was Marshall Siler, and so we trained under him 19 years

4    ago.

5        Q    Okay.  And how did you all find this

6    curriculum?  Was it recommended by the County or GaDOE

7    or --

8        A    I am not sure.

9        Q    Okay.  Do the other regional GNETS programs

10   also use MindSet?

11       A    Yes.

12       Q    Is it paid for by GaDOE?

13       A    No, that -- I pay for that out of my grant.

14       Q    You pay for that out of your State grant?

15       A    Correct.

16       Q    Okay.

17       A    Or Federal.  One of the pots.

18       Q    Okay.

19       A    Yeah.

20       Q    You pay for it, but you are not sure of the

21   pot?

22       A    Correct.

23       Q    Okay.  Have you always trained the large

24   percentage or population of your staff on MindSet?

25       A    Yes.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        326

1        Q   Okay.  Always student facing?

2        A   Yes.

3        Q   What does this training entail?  What does it

4   look like?  Is it a day, an hour, a week?

5        A   So the training, it could be one day to two

6   days.  If it's train the trainer, it could be three to

7   five days.  If it's an initial training and it's a small

8   group of people, we can do it in a day.  If it's a large

9   group of people, we do it in two days.  And then the

10  recertification takes an entire day usually.

11       Q   Does someone external always come in to train?

12       A   No.  So we have trainers on hand that have gone

13  through the actual training with Steve.

14       Q   Okay.

15       A   Right.

16       Q   And that would be the train the trainer

17  training?

18       A   Correct.

19       Q   Is the staff trained in any other crisis

20  management protocols in addition to MindSet?

21       A   I wouldn't say protocols, but we utilize Life

22  Space Crisis Intervention, but I don't -- I wouldn't call

23  that a protocol.

24       Q   Okay.  What is Life Space Crisis Intervention?

25       A   It's also how you de-escalate kids, talk to



1  them about what's going on.  You identify the trigger,

2  and then you come up with a plan of how we're gonna move

3  past that and reintegrate into your classroom setting.

4      Q   When would you employ Life Space Crisis

5  Intervention over MindSet?

6      A   MindSet's more of a Tier I, so the verbal

7  component.  Let me be specific about that.  So the verbal

8  component is like just talking to a kid in crisis, kind

9  of like a quick turnaround, maybe 10 or 15 minutes.

10         Life Space Crisis Intervention is a little bit

11  longer.  It's -- it's more in depth.  It may be something

12  that they have brought into the school setting.  It's

13  like a red flag.  That's what they call it in Life Space

14  Crisis Intervention.  So it may be something that

15  happened at home and they are carrying it with them, so

16  that takes a little bit longer.

17      Q   Okay.  Understood.  Thank you.

18         And who provides the Life Space Crisis

19  Intervention training?

20      A   We go through that company.  So --

21      Q   Okay.

22      A   -- it's like there's -- you can register

23  online.

24      Q   Understood.

25         Is Life Space Crisis Intervention utilized by



1    other regional GNETS programs?

2        A    Yes.

3        Q    All?

4        A    I wouldn't -- I don't know about that.

5        Q    Okay.  Was -- has it been mentioned at GNETS

6    director meetings?

7        A    Yes.

8        Q    Is that how you were made aware?

9        A    Yes.

10       Q    Does GaDOE provide funding for that training?

11       A    I don't believe so.

12       Q    Okay.  How does Elam Alexander Academy track

13   the use of restraints?

14       A    Oh, so I have a monthly restraint form that

15   every coordinator has to submit to me at the end of every

16   month.  That's separate from my weekly.  So I have a

17   weekly meeting with each leadership, like each

18   coordinator, and they have to provide me with certain

19   data, and the number of physical restraints is one.

20       Q    Okay.  So there's a monthly form focused on

21   restraints?

22       A    Correct.

23       Q    And there's a weekly form that's focused on

24   different data points, including restraints?

25       A    Correct.



BROOKE COLE                                              October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                    329

1          Q    So this is something -- information that you
2     look at often?
3          A    Correct.
4          Q    Who fills out the monthly form again?
5          A    The program coordinators.
6          Q    Okay.  And who fills out the weekly form?
7          A    So that is a conversation.  So that's when we
8     have our leadership meeting with the coordinator, and
9     there is a certain form, but -- so it's all online, or if
10    we are face to face, but Dixie, who is my secretary, is
11    taking note the entire time.  So we'll -- we'll go
12    through the list of questions.
13         Q    Okay.  What are the questions?
14         A    Do we have any new students being placed?  Are
15    we looking at any students exiting like an LRE meeting?
16    How many number of suspensions have you issued this week?
17    Are there any physical restraints that have occurred this
18    week?  Any issues that have come out of PLC meetings?
19    Any additional staffing needs?  Attention -- attendance
20    data, student, and staff.
21         Q    Okay.  And then what type of follow-up
22    questions would you have related to restraint data?
23         A    So I'm looking at an increase or decrease.  Are
24    we decreasing the use of physical restraint or
25    increasing?



1       Q    And are you looking at it at the student level

2   or the site level or the programmatic level?

3       A    So for each leadership meeting, the weekly

4   ones, I'm looking at student level for that program.  So

5   if I'm meeting with Angel, it's about Burke Milestones.

6   If I'm meeting with Leah, it's about Burke GAA.  If I'm

7   meeting with Steven, it's about satellite.

8       Q    But are you looking -- let's say, you know,

9   this -- Michelle, the student, was restrained twice last

10  week.  Are you looking at that student data the next week

11  to see restraints?

12      A    Not in that meeting.

13      Q    Okay.  What meeting would that be?

14      A    So that happens in our Tier II meetings.

15      Q    Okay.

16      A    And we meet monthly on that.

17      Q    Uh-huh.

18      A    So we have a Tier I meeting every month, and

19  then we have a Tier II meeting.  Tier I is kind of

20  program-wide data, and then we look at number of

21  suspensions, restraints.  And then if I have a student

22  that's had three to five suspensions or say Michelle has

23  had three restraints, that's when we start looking at

24  that as a team.

25      Q    At the Tier II meetings?



BROOKE COLE                                            October 27, 2022
UNITED STATES vs STATE OF GEORGIA                               331

1        A    Uh-huh.

2        Q    Okay.  Looking back to the Tier I meetings,

3    that's where you would look at the restraint data in a

4    more broad sense?

5        A    Correct.

6        Q    Have you seen any trends with restraint data?

7        A    It's actually decreased.

8        Q    It's decreased?

9        A    Uh-huh.

10       Q    Why do you think that is?

11       A    Well, I would like to think it's because we are

12   doing a good job.  We do a lot of training, but

13   throughout the years, it's decreased.  So I would -- I'm

14   going to say it's because we are doing a great job.

15       Q    And then at the Tier II meetings when it's

16   discussed, what type of follow-up happens after that?

17       A    So that's when we decide if we need to move and

18   schedule a treatment team meeting for a student, if we

19   need to put some more interventions in place.  Do we need

20   to get a social worker involved, see if there is any

21   issues going on that -- that we are not aware of.

22   Something to -- to cut back on that.

23       Q    When you earlier said that your restraint

24   numbers are -- are decreasing, is that for Elam Alexander

25   Academy as a whole?



1     A    Sure.  But the majority of restraints that take
2  place are at the Burke Campus.
3     Q    So what about the Southwest Adolescent Center?
4     A    Very few.
5     Q    Okay.
6     A    Maybe one a year.  That's kind of always how
7  it's been.
8     Q    And what about the satellite classrooms?
9     A    Rarely.
10     Q    Would you say one a year or less?
11     A    So for elementary last year at L.H., we had a
12  student that had probably three to five, and that was
13  kind of an anomaly.  That was kind of like, okay, let's
14  talk about this, because that's not the right setting for
15  a student like that, and we needed to know what was going
16  on.
17          So but at the middle school and high school,
18  no, we don't have a lot of physical restraint.  I would
19  say none.
20     Q    Okay.  And then a moment ago you said that the
21  large proportion of restraints are at Burke Campus?
22     A    Correct.
23     Q    Have you looked at that and compared Milestones
24  students and GAA students?
25     A    I do look at that.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          333

1      Q   And what does that look like?

2      A   Sometimes it teeters.  Sometimes we have more

3   Milestones, but when you really pull the data, it's

4   really student specific.  So I might have a Milestone

5   student like most recently had a change in medication and

6   had a lot more physical restraints, and so that upped it

7   for Milestones, but it really wasn't an overall

8   Milestones; it was student specific.

9          The same for GAA.  We have some students that

10  may -- the medicine is constantly being played with, and

11  so they have more restraints, so it appears like GAA has

12  more restraints when it's really more student specific.

13     Q   Okay.  So the counts are by the number of

14  restraints not by the number of students, so is that

15  correct?

16     A   Correct.

17     Q   Okay.  So if there is potentially like 40

18  restraints, let's just say 25 of those could be

19  potentially one student?

20     A   It could be.  So if I have a high number of

21  restraints, I'm gonna -- I'm gonna ask for additional

22  data and see who are the students that are having

23  restraints.

24     Q   Okay.  What would a high number of restraints

25  be for Burke Campus for a year?



1      A    A month?

2      Q    Sure, for a month.

3      A    We have had anywhere between 30 to 80.

4      Q    Okay.

5      A    Uh-huh.

6      Q    What's the lowest you have seen?

7      A    Probably 15 or so.

8      Q    Okay.

9      A    Uh-huh.

10      Q    Are there restraint forms that are to be

11    completed every time a student is restrained?

12      A    Yes.

13      Q    And what do those forms look like?

14      A    So it's a -- the form that -- it came from the

15    MindSet curriculum, and Bibb County has adopted it, but

16    it's the -- the name of the student, the time, where it

17    occurred, what happened before, what happened during,

18    what happened after.  If there was any injury, did they

19    see the nurse.  An administrator has to sign off on it,

20    the participate -- whoever was actually doing the

21    physical restraint.  And then at the bottom, it's when

22    you document that they were sent home or the parent was

23    notified.

24      Q    Okay.  Do you monitor these forms for

25    completeness?



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          335

1       A    So that's part of the monthly form that the
2   coordinator submits.  So I want to know, was there
3   anything that was off, if there was a restraint form that
4   wasn't completed correctly.  If -- that kind of thing.
5   If it's not completed correctly, I need to know.  And
6   then if it becomes a reoccurring issue, then I need to
7   address it.
8       Q    Have you seen that happen frequently?
9       A    Not frequently.
10      Q    Okay.  And have you had -- do you see
11  challenges during those monthly meetings with parents
12  being notified?
13      A    No.
14      Q    Okay.  Do parents reach out and ask about it
15  after a restraint, or have parents reached out?
16      A    Sure, if there is concerns, but we -- we tell
17  them.  We -- we call them and let them know that it's
18  occurred, and then we send the form home.
19      Q    Okay.  So is there always a call that
20  accompanies the form being sent home?
21      A    Correct, unless there's an agreement.  So like
22  sometimes the parents are like, don't call me every time
23  there is a physical restraint.  Or say they -- or this is
24  a common thing with their child and, like, don't call me;
25  just send the form home or just have the teacher e-mail



1   me, whatever is the agreed upon communication.

2        Q   Okay.  How often do parents question the use of

3   restraints?

4        A   Not very often.

5        Q   Okay.  Would it be a problem if one of the

6   restraint forms wasn't completed fully?

7        A   For me?

8        Q   Uh-huh.

9        A   Yes.

10        Q   And why is that?

11        A   Because you need to do your due diligence and

12   put down on paper what took place.

13        Q   Would it be a problem with any other entity?

14        A   What does that mean?

15        Q   Does this go to Bibb County?  Does this go to

16   GaDOE?  Does this --

17        A   No, no.  We don't report to -- we don't report

18   that to them.  We do enter physical restraints into

19   Infinite Campus, though.

20        Q   And what's Infinite Campus?

21        A   So that's our management system.  That's where

22   you take attendance, grades, any parent contact,

23   behavior, that's where all that is, and so all behavior

24   data like physical restraints entered.  Out of school

25   suspensions are entered.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        337

1     Q   Okay.

2     A   So they would have access that way.

3     Q   Understood.

4         Who is -- well, actually, who is "they"?

5     A   The LEAs.

6     Q   LEAs?

7     A   Uh-huh.

8     Q   Earlier you said that, you know, minimum

9   restraints at Burke Campus in a month could be 15 and

10   like the maximum would be 80, correct?

11    A   Sometimes.  I can think back on the past, it

12   may be more.

13    Q   Okay.  And I know that is based on the number

14   of restraints versus number of students?

15    A   Correct.

16    Q   If you were to give a percentage of how many

17   students are restrained on a monthly basis, what would it

18   be at Burke Campus?

19    A   That would be lower.  Maybe 30 percent, maybe.

20    Q   Okay.

21    A   I'm guessing, though.

22    Q   I understand.  Thank you.

23        Are -- is your staff trained on completing the

24   restraint forms?

25    A   Yes.  We do that during the actual MindSet



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              338

1  training.

2      Q   Okay.  Is that a big portion of the MindSet

3  training, or like is that like a segment of it?

4      A   It's towards the end.

5      Q   Okay.  How long should a restraint last?

6      A   No more than 15 minutes.

7      Q   No more than 15 minutes?

8      A   Uh-huh.

9      Q   On the restraint form, does it say how long the

10 restraint lasts?

11     A   It does.  It talks about duration, time it

12 started, time it ends.

13     Q   Okay.  So after 15 minutes it's too long for a

14 restraint?

15     A   The recommendation is that you release.

16     Q   Release.  Have you seen restraints in your

17 program that have lasted longer than 15 minutes?

18     A   Not -- well, yes, but we typically release and

19 then step back, hope for the best, hope that the talking

20 has worked, and sometimes we have to reengage.

21     Q   Okay.  Is that noted on the form, as well, if

22 there is reengagement?

23     A   Yes.

24     Q   Okay.  How -- what is the expected time in

25 between restraint and then a reengaged restraint?



1          A    Depends on the student.  I wouldn't say there
2     is an expected time.
3          Q    Okay.
4          A    Because if they are not harming themselves or
5     harming another person, then there is no reason to.  So I
6     wouldn't say an expected time.
7          Q    Okay.
8          A    It really is their behavior that would drive
9     that.
10         Q    Okay.  So a moment ago you said that a
11    restraint shouldn't last more than 15 minutes?
12         A    Correct.
13         Q    If you see a restraint lasting longer in the --
14    when would you see the minutes of the restraint?  In
15    what -- in what meeting, your Tier I meetings, your Tier
16    II meetings?
17         A    So that's not something I would look at.
18         Q    Oh, okay.
19         A    Right.
20         Q    How would you be made aware?
21         A    Usually a coordinator would come and tell me.
22    So I have -- like Leah Watson is the coordinator of GAA.
23    She's a MindSet trainer.  So is Angel Helms.  So is
24    Steven Grant.  So we have trainers in the building, so if
25    they see something like that and it's, you know, coming



1  up to the 15-minute mark, they are going to let people

2  know, and we get more help.  We get social workers.  We

3  get more people there.

4       Q   Okay.  So, for example, if Mr. Grant saw a

5  restraint lasting more than 15 minutes, he would seek

6  other folks, but would he ultimately tell you?

7       A   Yes.

8       Q   Okay.  But it's not part of a regular data

9  collection that you do?

10      A   No.

11      Q   Okay.  Would this be identified anywhere else

12  in a student record, like in any sort of behavioral

13  incident report?  Or where would it -- where would they

14  find that?

15      A   The duration, I wouldn't think so.

16      Q   Okay.  Are the restraint forms kept and

17  maintained for each student?

18      A   Yes.

19      Q   And are they maintained for as long as they are

20  with you, or what is -- how does that work?

21      A   So I believe we keep all of our records for

22  like seven years.

23      Q   Seven years?

24      A   Yes.

25      Q   Okay.  Thank you.



```
 1        A    Uh-huh.

 2             MS. TUCKER:  I'd like the court reporter to

 3   mark this document as Plaintiff's Exhibit 577.

 4             (Plaintiff's Exhibit 577 was marked for

 5   identification.)

 6        Q    BY MS. TUCKER:  This is the 2020 -- the fiscal

 7   year 2020 grant application for Elam Alexander Academy.

 8   The Bates number on the bottom of the first page of this

 9   document reads Elam-3-18-22-Supplement-3415, correct?

10        A    Yes.

11        Q    Is -- do you recognize this document?

12        A    Yes.

13        Q    Okay.  And then if this is the Elam Alexander

14   Academy's grant application for fiscal year 2020, it

15   would represent information from the 2019 to '20 school

16   year, correct?

17        A    Correct.

18        Q    Okay.  Let's look at page 17 which ends in the

19   Bates four digits of 3431.  Let me know when you have had

20   a moment -- turn to it and have a moment to look.

21        A    Yes.

22        Q    Okay.  How many students are documented as

23   being restrained at Elam Alexander Academy during this

24   reporting period?

25        A    It says 126.
```



1    Q   Uh-huh.  Do you recall how many students were

2   at Elam Alexander Academy in fiscal year '20?

3    A   Yeah.  I know what -- yes.  No, I don't recall

4   how many.

5    Q   Okay.

6    A   Say that one more time.  I'm sorry.

7    Q   Oh, I guess we can -- just, actually, let's go

8   to the next one.  It says --

9    A   Okay.

10    Q   -- 39 percent of students are restrained; is

11   that correct?

12    A   Correct.

13    Q   Okay.  You agree that it's -- that's the

14   number.

15        And so this number of students, the 126, this

16   does not indicate whether a student was restrained

17   multiple times, correct?

18    A   Correct.

19    Q   Okay.  And is that data captured through the

20   GNETS application?

21    A   Currently?

22    Q   Yes.

23    A   I don't think so.

24    Q   Okay.  Has it ever been?

25    A   I don't think so.



1      Q    Okay.  Is this data still included?

2      A    No, that's what -- I don't think it is anymore.

3      Q    Oh, even these numbers aren't included?

4      A    Correct.  I don't think so.  I will have to go

5   back and look.

6      Q    Okay.

7      A    Maybe.  I'm not sure.

8      Q    Okay.  Well, I guess, when would you be

9   completing the grant application for this school year?

10     A    In May.

11     Q    In May?

12     A    Yeah.  I usually start in April.

13     Q    Understand.

14          And when again did you say a student would --

15   when a restraint would be engaged?

16     A    If harm to self or others or imminent danger.

17     Q    Okay.  Thank you.

18          So let's go back to the exhibit that I

19   introduced earlier, the fiscal year 2022 grant

20   application.  I believe it was Plaintiff's Exhibit 570.

21   Let me know when you find it in your pile.

22     A    Uh-huh.  Hold on just a second.

23     Q    It starts at the bottom of 3467.

24     A    Yeah, I've got it.

25     Q    Okay.  Great.  Let's turn to page 16, which



BROOKE COLE                                         October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              344

 1  ends in 3483.  Let me know when you are there.

 2       A    Uh-huh.

 3       Q    Okay.  And then what percentage of students

 4  were restrained during this reporting period?

 5       A    Eleven.

 6       Q    And that's down from the 39 percent during the

 7  fiscal year 2020 grant report, correct?

 8       A    Correct.

 9       Q    Do you recall what it was for fiscal year 2021?

10       A    I don't remember.

11       Q    Do you think it fell in the middle?

12       A    I'm curious what time of this was COVID and we

13  weren't facing kids.

14       Q    So this is for fiscal year 2022.  So it was

15  school year '21 to '22.

16       A    Which was last year, correct?

17       Q    Correct.

18       A    Okay.

19       Q    Were you back in school?

20       A    Off and on, and then we started with like half

21  the population when they started phasing kids back in.

22       Q    Okay.  Do you know what percentage you are at

23  right now?

24       A    No.

25       Q    Okay.  And then during this -- in the fiscal



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           345

1   year '22 grant application, it says that 100 percent of
2   students were successfully de-escalated; is that correct?
3        A   Correct.
4        Q   Is it correct to say that every student who was
5   restrained at one point during the reporting period must
6   have also been successfully de-escalated?
7        A   I would say -- when I read that, I'm not even
8   just thinking about physical.  I'm thinking about verbal
9   as well.
10       Q   Okay.
11       A   So I don't read that as just physical.
12       Q   Okay.
13       A   I think about verbal.
14       Q   And this is you completing it?
15       A   Correct.
16       Q   Okay.  Are you provided training on what is
17  meant or are you -- this is just your understanding from
18  how you've completed it for --
19       A   This is --
20       Q   -- many years?
21       A   This is just my understanding.
22       Q   Okay.  And have you received questions about
23  your responses?
24       A   No.
25       Q   On this point?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          346

1        A    Correct.

2        Q    Okay.  Okay.  What is Elam Alexander's process

3    for collecting data relating to a student's progress on

4    their behavior goals?

5        A    So we have point sheets, daily point sheets,

6    and we have an Excel sheet for every student that is a

7    folder on OneDrive or SharePoint, and so their data is

8    put in daily and weekly and then reported out through the

9    IEP cycle or when we have report cards, and we send home

10   that kind of data or a parent meeting.

11       Q    Is this daily point sheet at -- for students at

12   every site or just the Burke Center?

13       A    It's at Burke and Adolescent.

14       Q    Okay.  Is it at the satellite classrooms?

15       A    No.

16       Q    Okay.  Do the point sheets look the same at

17   Burke and Adolescent?

18       A    I think there is some variation.

19       Q    Okay.

20       A    They have -- the PBIS team can -- can make

21   tweaks based on like if Adolescent has six classes and

22   they are rotating, so their point sheet might look

23   different.

24       Q    Uh-huh.

25       A    And then every point sheet, it may be the same



 1   type of sheet, but then they have their different goals,

 2   so every child may have different goals.

 3        Q   So students' sheets look the same, but there

 4   may be different goals?

 5        A   Right.  So they get a blank sheet every day,

 6   and then they write their goals in.

 7        Q   Oh, the students write the goals in?

 8        A   Right.  They have to have -- they need to take

 9   ownership of their goals.  That's our thought on that.

10        Q   Is that at every grade level?

11        A   No.  So K through 2, we will write it in, and

12   then we can -- you know, we coach them, hey, you've

13   earned two points for this, and so they will put either

14   stickers, and we assist with that.

15        Q   How many points are -- are students trying to

16   get in a day?

17        A   Well, it depends on the grade level.  With our

18   little bitties, they could maybe -- I think they are on

19   the 1-2 kind of system, so they could be looking at, I

20   don't know, 10 to 20.

21            The middle schoolers, they work on the

22   thousands.  So you still have to have -- you know, you've

23   earned 2,000 positive learning -- I mean positive points,

24   so 50- to 60,000, and then the same for high school.

25        Q   What do these points lead to?



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           348

1      A    So they have privilege menus.  Every student

2   can access a privilege menu, and they are part of

3   creating that.  So it could be additional computer time

4   or time in the gym or PBIS room, whatever their -- is on

5   their privilege menu.

6      Q    Are any of the daily point sheet elements, if

7   that's what you would call them, the -- the things that

8   are being assessed, are any the same for all students in

9   a class?

10      A    If they had the same behavior goal.

11      Q    Okay.  Are there certain -- are there certain

12   elements that you would expect to see for all students in

13   the Elam Alexander Academy?

14      A    Not necessarily.

15      Q    Okay.  It's individualized?

16      A    Right, because that's their tracking mechanism

17   for meeting their goals.  So then --

18      Q    Okay.

19      A    -- they look at the point sheet.  Then we put

20   it in, and then that's what --

21      Q    Okay.

22      A    -- produces the information we need.

23      Q    And that point sheet then goes into the folder

24   that you mentioned?

25      A    What folder?



1      Q    I think you just talked about a folder on
2   OneDrive.  Did I --
3      A    Not all those point sheets.  So like they have
4   a rainbow folder, is what they are called --
5      Q    Okay.
6      A    -- for every student, and it has their behavior
7   data, academic data, things like that.  The physical
8   point sheet doesn't go to the cloud.
9      Q    Okay.  And then this rainbow folder --
10     A    Yes.
11     Q    -- is this on the cloud or is this a physical
12  folder?
13     A    That's on the cloud.
14     Q    On the cloud, okay.  And who does a rainbow
15  folder go to?
16     A    So that's -- it's in the teacher's possession
17  on their SharePoint, and then the instructional coaches
18  and coordinators have access, and that's the information
19  we use in IEP meetings.
20     Q    And just to make sure I'm following, these
21  rainbow folders are for Adolescent Services Center and
22  the Burke Campus?
23     A    So that's program wide.
24     Q    That's program wide?
25     A    Yes.



BROOKE COLE                                           October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                  350

1      Q    Okay.  Okay.  And these are used then at IEP
2   meetings?
3      A    Correct.
4      Q    Okay.  And then are these behavior goals
5   similar to what we spoke about earlier with exit
6   criteria?  Are any of these unattainable in your opinion?
7      A    They should not be now.  That's something that,
8   you know, I train on quite often.
9      Q    Have you seen any recently that seem
10  unattainable?
11     A    Not that were created by us.  If it was an IEP,
12  say we were invited to a meeting and they want to set the
13  criteria at that meeting prior to placement, they may
14  want to set it pretty high, and we have to have a
15  conversation about that.
16     Q    Thank you.
17          So would these behavior points, if -- if a
18  student is always being successful, is that something
19  that would indicate that a student may need a -- a
20  different environment?
21     A    Correct.
22     Q    Okay.  And that when you look at these points,
23  that would be something that you would look at to
24  consider raising this with an IEP team?
25     A    Right.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              351

```
 1        Q    Okay.  Thank you.
 2             A moment ago you mentioned a program that
 3   contained, I think, attendance records.  And am I right,
 4   there was like some sort of program where you entered
 5   student attendance?
 6        A    So weekly I meet with my coordinators.  It's
 7   not a program.  It's a --
 8        Q    Oh, okay.
 9        A    It's a form that we use that's loaded in our
10   leadership teams, and it's a weekly leadership form, and
11   we talk about if -- if there is a student that has
12   attendance issues, and then I also monitor staff
13   attendance.
14        Q    Okay.  Have you seen any challenges with
15   student attendance issues this school year?
16        A    Oh, we have some students.
17        Q    Okay.  What percentage of students?
18        A    Very low.
19        Q    Okay.  And are these just for students at Burke
20   Campus and Adolescent Center or for all your students?
21        A    All students.
22        Q    Okay.  And what happens if you're seeing some
23   challenges related to attendance?
24        A    So we -- we follow the attendance policy that's
25   put out through Bibb.  And there is a policy like at --
```



1  the one and two day, we make a parent call.  Three day,

2  they get a letter.  Then we schedule -- like five days we

3  schedule a meeting to discuss, but because we have social

4  workers, we get them more involved.

5      Q   Okay.

6      A   So...

7      Q   And then for a student to be counted in

8  attendance, what portion of the day must they be

9  attending?

10     A   Like 80/90 percent.

11     Q   Okay.

12     A   Yeah.

13     Q   Is that an Elam Alexander Academy requirement?

14     A   I think so.

15     Q   Okay.  And then is this data that you regularly

16 review with staff then?

17     A   Attendance?

18     Q   Yeah.

19     A   Yes.

20     Q   Okay.  And then what about the staff data that

21 you were -- you just referred to?  Do you have attendance

22 challenges with any of your staff members?

23     A   Sure.

24     Q   Okay.  Is that something you have right now?

25     A   Let me think.  Not attendance, more tardy.  Not



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                           353

 1  wanting to come to work on time.

 2        Q    Okay.

 3        A    More of that than we have attendance.

 4        Q    Okay.

 5        A    But it's something I keep a close eye on.

 6        Q    Okay.  Would you say it's -- what percentage of

 7  your staff has that challenge?

 8        A    With tardiness?

 9        Q    Uh-huh.

10        A    Maybe 5 percent.

11        Q    Okay.

12        A    It's low.

13        Q    Okay.

14        A    It's just a pet peeve of mine.

15        Q    You are punctual?

16        A    Yes.

17        Q    What is your average daily attendance rate for

18  students?

19        A    Oh, we can pull that at any point in time.  So

20  I think we are in the 90s, high 90s.

21        Q    Okay.  If a student ever is asked -- are -- are

22  students ever asked to stay at home or sent home due to

23  behavior issues or something?  Yes?

24        A    Yes.

25        Q    Okay.  If you are sent home and you're a



```
 1   student, is this counted as being in attendance or not in
 2   attendance if you are given work to do at home?
 3        A   No.  You are usually suspended.  If we are
 4   sending you --
 5        Q   Okay.
 6        A   -- home, it's a suspension.
 7        Q   Okay.  What percentage of your students are
 8   suspended?
 9        A   It's pretty -- it's probably more of my
10   Milestones middle school kids that have the most
11   suspensions.
12        Q   Okay.  And do you use ISS and OSS?
13        A   I do not use ISS.
14        Q   Okay.  Only OSS?
15        A   Correct.
16        Q   And how long are suspensions generally?
17        A   Usually one day.  If it's something major like
18   a big fight, it would be two days.  If a staff member is
19   injured, it would be more two to three days, but we -- we
20   don't exceed the ten-day mark.
21        Q   Okay.
22        A   So it's something we monitor.
23        Q   And how often do you monitor that?
24        A   Weekly.
25        Q   Okay.  What process do you have in place for
```



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          355

 1  collecting data related to student scheduling and classes
 2  and academic records?
 3      A   I don't understand the question.
 4      Q   Yeah.  How do you maintain data related to
 5  student schedules and their academic records?  Is that in
 6  the rainbow folder?  Is that in a different database?
 7      A   So student records are held at their LEA.
 8      Q   Okay.
 9      A   But as far as scheduling, we do their
10  schedules.
11      Q   Okay.
12      A   We put their schedules in.
13      Q   And is that -- can you find someone's schedule
14  through an online portal?
15      A   Yes.
16      Q   Okay.  And what is that portal?
17      A   Infinite Campus.
18      Q   That's the Infinite Campus that you were
19  talking about?
20      A   Yes.
21      Q   Okay.  And what else is hosted in Infinite
22  Campus again?
23      A   A slew of things.  So you have behavior.  You
24  have attendance.  You have their grades.  You have their
25  core schedule, parent contacts, general contact log.  It



1    depends on your rights to that, what you see.

2        Q    Uh-huh.

3        A    Previous behavior, testing.  Sometimes their

4    assessments.  It really depends on what your access level

5    is.

6        Q    Okay.  And would you be able to see everything?

7        A    No, I wouldn't say so.  I don't know what other

8    people get to see, so I don't know if they see way more.

9    But I have access to the Burke Campus and Adolescent

10   Services.  I don't have access to the satellite classes.

11       Q    Who has access to the satellite classes?

12       A    Those home schools.

13       Q    Okay.  Do the -- does Mr. Grant, for example,

14   as the satellite coordinator, have access?

15       A    I am not sure.  I want to say -- I don't think

16   he does --

17       Q    Uh-huh.

18       A    -- because most everything goes through that

19   home school.

20       Q    Okay.

21       A    So like with Nikki's kids at Southwest High

22   School, Mr. Young really takes ownership of that class.

23       Q    Okay.

24       A    So they set their kids' schedule.  They look at

25   the transcript.  We work collaboratively to set



1    schedules.  If there's a behavior incident that requires

2    something like an out-of-school suspension, Mr. Young is

3    going to have to enter that.  He has ownership of those

4    classes.

5        Q   So let's just say again Mr. Grant because he's

6    the satellite coordinator, he is not made aware of

7    students' schedules for the satellite programs?

8        A   Yes, he is.  So every -- beginning of every

9    year, he sits with those school counselors and the

10   principal, and they determine the kids' -- the students'

11   schedule.

12       Q   Okay.

13       A   But their IC person, Southwest staff enters the

14   schedule.

15       Q   Understood.  And IC person is?

16       A   Like their data clerk.

17       Q   Oh, so that -- IC stands for Infinite Campus?

18       A   Yes.

19       Q   Okay.  I'm getting the lingo.

20           So Mr. Grant would know at the beginning of the

21   school year.  Are you also made aware of student

22   schedules at the satellite classrooms?

23       A   Not necessarily.

24       Q   Okay.  Is that something that he then would

25   maintain and be able to share with you if you had a



1  question?

2      A   Yes.

3      Q   Or would you have to go to a principal like

4  Mr. Young?

5      A   So I'm pretty sure Steven goes to Mr. Young.

6  But I say, hey, I need this, this, and this.  And he

7  says, okay, I will get it to you.

8      Q   Okay.  Understood.  Thank you.

9          And then Infinite Campus is a -- who is it run

10 by, Infinite Campus?  Is it Bibb County or is it --

11     A   So each LEA uses something different but most

12 use Infinite Campus.  Some use PowerSchool like...  But

13 so --

14     Q   Do your eight LEAs all use Infinite Campus?

15     A   No, but all of my students that I serve, if

16 they are at the Burke or Adolescent campus, are entered

17 into my IC, my Infinite Campus.

18     Q   Understood.  Even if they live in Houston?

19     A   Correct.

20     Q   Okay.  Thank you.

21         Is this database, Infinite Campus what's on

22 there, also used to ensure that a student is on track to

23 graduate?

24     A   You can review their transcripts there.

25     Q   Okay.  How else would that be done?



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              359

1      A   So we -- we don't review transcripts like that.
2   We send that back to their home schools, and their --
3   their counselors review it and say, okay, let's look and
4   see what this child needs.
5      Q   Okay.  Are IEPs also housed on Infinite Campus?
6      A   No.  The majority of our districts use GO-IEP,
7   and Houston County uses TIEnet.
8      Q   TIEnet?
9      A   TIEnet.
10     Q   How do you spell that?
11     A   T-I-E-n-e-t.
12     Q   Okay.  And GO-IEP is a State database?
13     A   Yes.
14     Q   Okay.
15     A   I think Peach or Crawford used Infinite -- I
16  think Peach used to use Infinite Campus, but I think they
17  have made the switch over to GO.
18     Q   Okay.  Understood.
19         Does -- is there any database to ensure or for
20  a student to -- is there any database that you would be
21  able to identify a student's post secondary goals on?  Is
22  that maintained anywhere?
23     A   That's in their IEP.
24     Q   In their IEP.
25     A   So that's in their transition plan.



1    Q   Okay.  And when is a transition plan made?

2    A   Eighth grade.

3    Q   Are those regularly -- the transition plans

4  regularly being monitored for your students?

5    A   Yes.

6    Q   Is that something that you do or a team does?

7    A   That's through the IEP process.

8    Q   Through the IEP process, okay.

9        Are any reports run through the Infinite --

10 there's a lot of data in Infinite Campus, so is there any

11 reports that you run?

12   A   I can run -- yeah, there is multiple reports

13 you can run, but I run like total days of OSS.  I can run

14 it per month.  I can set the date range.  I can run how

15 many physical restraints.  There's like the big five.

16 You can run, you know, a lot of information.  I will try

17 not to talk in circles.  But it's a lot like SWIS, which

18 you use for PBIS, and you can run a -- a slew of data.

19   Q   You mentioned the big five?

20   A   So, yeah.  That's like behavior by location,

21 time, what the behavior was.  I forgot the other two.

22   Q   Okay.  But that's what you could run?

23   A   Uh-huh.

24   Q   Okay.  Thank you.

25       Are -- do any of these reports that you run,



1   does the information go to the zone school or to the home

2   LEA or to GaDOE?

3        A   Not necessarily.  So the home LEA requests

4   grades, behavior, and attendance.

5        Q   Grades, behavior, attendance?

6        A   Uh-huh.

7        Q   How often?

8        A   We -- we send it monthly, I believe.

9        Q   Do you report the end of course Milestones to

10  the State?

11       A   No, because they are not -- I -- I don't have

12  access to that, so that information goes to their zone

13  school or home school, and then they can report it to me.

14       Q   Does the State reach out to you ever with

15  Milestones data?  Do the GaDOE folks like Vickie and

16  LaKesha?

17       A   I don't believe so.

18       Q   In the past have they?

19       A   I don't -- you mean providing me with data or

20  requesting the data?

21       Q   Either.

22       A   I can't recall.  Maybe.  Not often, if so.  Not

23  that -- not that I can remember.

24       Q   Is that information on the GNETS grant

25  application?



BROOKE COLE                                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                          362

1      A    I don't believe so.

2      Q    Okay.  I'm not trying to quiz you.

3      A    No, you are fine.  I'm trying to think.

4      Q    Yeah.

5           Are you familiar with the GNETS Facilities

6    Condition Assessment Reports?

7      A    I believe that's something that came out eight,

8    nine years ago because the --

9           THE WITNESS:  God bless you.

10          MS. SOLOMON:  Thank you.

11          THE WITNESS:  I believe that was like eight or

12   nine years ago.  I don't recall the reports, but it's

13   when they were going through the walk-through to make

14   sure that the facilities were not substandard.

15     Q    BY MS. TUCKER:  Okay.  Did you complete any of

16   these at that time?

17     A    Yes.  I think it was me or Lara Sims, but I

18   want to say I did some walk-throughs with Bibb County for

19   the Burke Campus.

20     Q    And this was eight or nine years ago for --

21     A    Yes.

22     Q    -- Burke?

23          And have you done that since?

24     A    I don't for that.  I do maintenance

25   walk-throughs, period.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              363

1        Q    The ones we spoke about earlier?

2        A    Correct.

3        Q    Okay.  But the GNETS Facilities Condition

4   Assessment was done eight or nine years ago?

5        A    Correct.

6        Q    Were any of the Elam Alexander Academy sites

7   closed after the Facilities Condition Assessment reports?

8        A    No.

9        Q    Okay.  How are dropouts reported?

10       A    That's something that's reported by the LEA.

11       Q    Okay.  Do you know if the dropouts from Elam

12  Alexander Academy are counted as an Elam Alexander

13  Academy dropout, or is it a Bibb County, like, dropout,

14  like their zone school?

15       A    That would fall in their zone school.

16       Q    Okay.  Is it something that you look at

17  otherwise?

18       A    I don't have access to that.

19       Q    Well, in general, if you know that a student

20  is -- like if students are dropping out of Burke Campus

21  or Southwest Adolescent Center, is that something that

22  you look at?

23       A    Not on a regular basis.

24       Q    Okay.  Have you had students drop out from Elam

25  Alexander Academy?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              364

 1       A    At the high school campus, I'm sure we've had
 2   students --
 3       Q    Yeah.
 4       A    -- drop out.
 5       Q    Okay.  But it's not a factor that you've
 6   assessed?
 7       A    No.
 8       Q    Who collects and analyzes and provides
 9   information for the State report card?
10       A    I don't even know what that is.
11       Q    Okay.  So it's not you?
12       A    Uh-huh.
13       Q    Okay.
14       A    It's not me.
15       Q    Who collects, analyze, and provides information
16   necessary to -- for the required right to know
17   notification?
18       A    Is --
19       Q    Are you familiar with the right to know
20   notification?
21       A    So is that what you are talking about, if they
22   don't have -- if they are not sending it from a content
23   teacher?
24       Q    Correct.
25       A    So that comes from the LEA.



1      Q    Okay.  And then all of your teachers are Bibb
2   County teachers?

3      A    Correct.

4      Q    Okay.  So it would be Bibb County?

5      A    Correct.

6      Q    Are you familiar with the GNETS annual
7   accountability report?

8      A    I believe that's really old, and I think it was
9   before my time.

10     Q    As director?

11     A    Correct.

12     Q    Okay.  What about the comprehensive needs
13  assessment report; are you familiar with that?

14     A    Can you put it in context?

15     Q    If you are not familiar -- okay.

16     A    I don't know off the top of my head.

17     Q    Yeah.

18          MS. TUCKER:  Okay.  I'm gonna -- I'd like the
19  court reporter to mark the following document as
20  Plaintiff's Exhibit 578.

21          (Plaintiff's Exhibit 578 was marked for
22  identification.)

23     Q    BY MS. TUCKER:  Okay.  This is an e-mail thread
24  with the most recent e-mail dated November 5th, 2020,
25  between you, Vickie Cleveland, and LaKesha Stevenson.



1  The subject reads, "Regional TA Meeting/Link."  The Bates

2  number on the bottom of the first page reads GA00363717.

3          Ms. Cole, do you recognize this e-mail thread?

4      A   Yes.

5      Q   Okay.  Let's start with the earliest e-mail.

6  This is the November 4th, 2020 e-mail from LaKesha

7  Stevenson to you, and Vickie Cleveland is copied.

8          Do you see that?

9      A   Yes.

10     Q   Okay.  So in the first sentence, LaKesha

11 Stevenson wrote, "The presentation from the regional

12 meeting is attached."

13         What regional meeting is she referencing?

14     A   I believe this is the TA meeting where she met

15 with me and the special ed directors that I serve, those

16 LEAs.

17     Q   Uh-huh.

18     A   It was virtual.

19     Q   Uh-huh.

20     A   Because I was at a conference, and it was

21 regarding numbers, students participating in GNETS.

22     Q   In general?

23     A   Correct.

24     Q   At Elam Alexander Academy?

25     A   Correct.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              367

1        Q    Okay.

2        A    I think she even broke the presentation down by

3   eligibility.

4        Q    Okay.  And it was a presentation that LaKesha

5   Stevenson did -- did for you and the special education

6   directors in the LEA?

7        A    She did -- they held these meetings with every

8   GNETS director.

9        Q    Okay.

10       A    With every single program and their

11  participants, their special --

12       Q    Right.

13       A    -- ed directors.

14       Q    But it was separate -- you had one for you and

15  your participants?

16       A    Correct.

17       Q    Okay.  And then North Metro had one for them in

18  those?

19       A    Correct.

20       Q    Okay.  Understood.

21            Has she done a meeting like that since then?

22       A    No.

23       Q    Okay.  This was the only one?

24       A    Yes.

25       Q    Was it something that had been done prior by



1    someone else besides LaKesha Stevenson?

2        A    Not that I can recall.

3        Q    Okay.  Do you see where the second sentence she

4    writes, "Please use the link below to complete the GNETS

5    Duties and Responsibilities Checklist"?

6             Do you see that?

7        A    I do.

8        Q    What is the GNETS Duties and Responsibilities

9    Checklist?

10       A    I have no idea.

11       Q    Okay.

12       A    I don't know if it was the form like what we do

13   as opposed to like, you know, what the SEA does, the LEA

14   does, what we do.  I have no idea.  I can't recall that.

15       Q    Okay.  Has it -- so have you seen a checklist

16   like this since?

17       A    Not that's not on the rule.

18       Q    Okay.

19       A    You know, the GNETS board rule.

20       Q    Uh-huh.  Okay.  Let's look to the next e-mail

21   which is your e-mail.

22       A    Yes.

23       Q    Okay.  Do you see where you ask whether you can

24   complete file reviews by the end of the month?

25       A    Yes.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              369

```
1        Q   Okay.  What are file reviews?
2        A   So she -- we were asked to complete file
3    reviews for every student that was receiving services
4    through GNETS, and that would be like from their gtiD to
5    their eligibility category.  It's a lot of the
6    information that was on like the guiding questions.  Like
7    it was pretty much that kind of information --
8        Q   Uh-huh.
9        A   -- for every student that was receiving
10   services.
11       Q   And by "guiding questions," do you mean the
12   GaDOE guiding questions document we looked at earlier?
13       A   Correct.  So it asked questions like that, when
14   were they placed, when did they exit, that type of thing.
15   It was -- it's pretty extensive.
16       Q   Okay.  And you completed this for -- you had to
17   complete this for all your students?
18       A   Yes.
19       Q   At centers and school-based locations?
20       A   Correct.
21       Q   Okay.  And did -- was -- and this was requested
22   by Vickie Cleveland and LaKesha Stevenson?
23       A   Correct.
24       Q   Did they share the purpose for the file review?
25       A   No.
```



1      Q    Okay.  Have you had to do this again since
2    2020?
3      A    No, I don't think so.  I've done it twice, but
4    I can't remember.  I think this was the first time.  I
5    think I've done this twice.
6      Q    Okay.  So this was 2020.  When do you think you
7    did it the second time?
8      A    It may have been beforehand because -- because
9    I think this was my second time having to do it.
10     Q    Okay.  And by "beforehand," do you mean like in
11   the five years before 2020 or was it like 2019?
12     A    I think it was like 2017/'18ish.  I think it
13   was really right close when I became director.
14     Q    Okay.  Thank you.
15          Have you heard that you need to do this again
16   soon?
17     A    No.
18     Q    Okay.  It sounds like you are not looking to do
19   that; is that correct?
20     A    Girl.
21     Q    Yeah.  So this took a long time, Ms. Cole?
22     A    Yes.
23     Q    Okay.
24     A    Yes.
25     Q    Okay.  I understand.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        371

1          A    Okay.

2          Q    Did you find the review helpful in any way?

3          A    It's a lot of information.

4          Q    Uh-huh.  Did you use any of the information to

5     look at overall trends or did you learn anything?

6          A    So it was in a Jotform, and my thought of -- my

7     process was a little bit different.  So I created a form

8     that mimicked their Jotform because this was my second

9     time having to do it.  So I created my own form.  So it

10    was really hard to push out the data and separate it out

11    the way that -- in the Jotform.

12         Q    Okay.

13         A    So were there some things that I could pull

14    out?  Yes.  Like length of stay, I could look at that and

15    be like, whoa.  Or, okay.  But it was hard to

16    disaggregate --

17         Q    Okay.

18         A    -- disaggregate that kind of data.

19         Q    I understand.

20         A    Yeah.

21         Q    You did it like Jotform?

22         A    So they had it in a Jotform.  Like literally

23    you stick it in, and then it would go to them.  So I

24    mimicked that form myself in a separate way so that I can

25    maintain that.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          372

1        Q    In a different document like --

2        A    Yes.

3        Q    -- Excel or something?

4        A    Yes.

5        Q    Okay.  I understand.  Thank you.

6             If you receive complaints from families, do you

7    share those with the LEA?

8        A    Yes.

9        Q    Okay.  What about with GaDOE?

10       A    If it rises to that level.  I can't name of any

11   that has --

12       Q    Okay.

13       A    -- gone that way.

14       Q    Do you receive -- share every complaint with

15   LEA?

16       A    If -- if it's -- if it's about -- I mean, a

17   lot, yes.  I would say yes.

18       Q    Who do you share due process complaints with?

19       A    So those are actually shared with me because

20   they are filed with the LEA.

21       Q    Okay.  Understood.

22            Have you had a lot of due process complaints

23   this past school year?

24       A    It depends on what you call "a lot."  I've

25   had -- and they really haven't been against me, per se.



1   I've just been involved because we provide services.

2        Q   I understand.

3        A   So maybe this year, I think I've had -- I know

4   of one.

5        Q   Uh-huh.

6        A   I know of one.

7        Q   Okay.  What about last school year?

8        A   I can't recall any.  Maybe one.

9        Q   Okay.

10       A   I can't recall them off the top of my head,

11  though.  Not a -- not a lot.

12       Q   Okay.  Are there any school years that you can

13  recall where there was more than five?

14       A   No.

15       Q   Okay.  Earlier we spoke about GNETS director

16  meetings.  I think you said they were monthly in the past

17  but no longer monthly?

18       A   I believe so.  I think when I first began as a

19  GNETS director we had them monthly.

20       Q   Okay.

21       A   And I think -- I want to say we had them

22  monthly.  I would say now there are probably more, like

23  once every two to three months, I believe.

24       Q   Okay.  And these were held in person before?

25       A   Some were, not all.



1        Q    Okay.  So you were using Zoom before we all
2   did?
3        A    Yes.
4        Q    Okay.  Who leads the meetings?
5        A    DOE.
6        Q    Okay.  So it's -- again, it's Vickie and
7   LaKesha?
8        A    Uh-huh.
9        Q    Okay.  Do you ever play a role in the meetings?
10       A    I served on the executive board for a couple of
11  years, and so initially with GNETS directors' meetings,
12  it would -- we would meet with Vickie and LaKesha or
13  Nakeba, whoever it was, and talk about -- you know, they
14  had an agenda, and then anything that we felt like needed
15  to be discussed.
16       Q    That was the role of the executive board?
17       A    Correct.
18       Q    Okay.  Are you still on the executive board?
19       A    Technically.
20       Q    What does that mean?
21       A    I mean, I think that -- I believe I am.  We
22  just don't ever -- I don't really serve a purpose.
23       Q    Okay.  When was the last time that you think
24  that that executive board served a purpose?
25       A    Probably last year.



1        Q    So last school year?

2        A    Yes.

3        Q    Okay.  Who else is on the executive board with

4    you?

5        A    So it's Joanna Mock, Whitney Braddock, and

6    Carrie Miller.

7        Q    Okay.  And have you been on the executive board

8    the whole time you were a director?

9        A    No.

10        Q    Okay.  So when did you join the executive board

11    again?

12        A    I think three or four years ago.

13        Q    Okay.  Were you asked or did you volunteer?

14        A    I was asked.

15        Q    And then would LaKesha Stevenson and Vickie

16    Cleveland also be part of the executive board?

17        A    They would consult with us, yes.

18        Q    They would consult with you.  Okay.

19             So what did it do in the past?

20        A    So in the past, it would -- we would meet with

21    the Department of Education or Vickie and LaKesha or

22    Nakeba prior to any GNETS meeting, and participate in

23    like the planning of the conversation, what -- what's the

24    purpose of the meeting.  What are areas that we need to

25    cover.  We would also plan if we had any like statewide



1  for GNETS folks, professional development.

2       Q    Okay.  Who would lead -- lead the executive

3  board meetings?

4       A    Joanna.

5       Q    Joanna.  And that's Joanna Mock?

6       A    Yes.

7       Q    Okay.  I want to turn back to Plaintiff's

8  Exhibit 460 which was introduced earlier.  This was the

9  document with the various consultation forms and flow

10  chart.  Do you recall that?

11       A    Yes.

12       Q    Okay.  There was a sticker that was -- wasn't

13  from today.  It was from before.

14       A    Okay.

15       Q    This is 460.

16       A    All right.  Let's see.

17       Q    And at the top of the page it starts with an

18  e-mail from Vickie to LaKesha.

19            MS. SOLOMON:  This is what the first page looks

20  like (indicating).

21            THE WITNESS:  Okay.  Is it the request and all

22  of this?

23            MS. SOLOMON:  Yes.

24            THE WITNESS:  The request for -- yes.  I think

25  I mixed it all up.



1            MS. SOLOMON:  Yeah.  This is all part of it.

2    Okay.  So this is where it starts, Brooke (indicating).

3            THE WITNESS:  Okay.  Thank you.

4            MS. TUCKER:  Thank you, Ms. Solomon.

5       Q    BY MS. TUCKER:  I'm going to turn to the -- the

6    second page, which it has the Bates of GA00030539 at the

7    bottom.

8       A    Yes.

9       Q    Do you see it?

10           Okay.  And am I correct that this is a director

11   meeting agenda for August 21st, 2018?

12      A    Yes.

13      Q    Okay.  Is this a -- just taking a look, is this

14   a typical GNETS director meeting agenda?

15      A    Yes.

16      Q    Okay.  And who creates the agenda?

17      A    That would be Vickie and LaKesha.

18      Q    Okay.  And who sends it out?

19      A    Usually -- sometimes they would.  Sometimes it

20   would be Joanna.

21      Q    Okay.  As executive direct- -- or --

22      A    As like she was like the president of the

23   executive --

24      Q    Of the executive board.

25           Okay.  And so looking at the presenter list for



1    August 21st, 2018, am I correct that Joanna Mock is the

2    only presenter who is not a GaDOE employee?

3         A    Correct.

4         Q    Okay.  Do you still receive agendas like this

5    for the statewide director meetings?

6         A    I don't believe so.

7         Q    Okay.  When do you think that stopped?

8         A    Probably a year or two ago.

9         Q    Okay.  So I believe you said there was a

10   director meeting on Monday, correct?

11        A    Correct.

12        Q    Was there any agenda shared in advance?

13        A    No, I do not believe so.

14        Q    Okay.  So there -- there wasn't an attachment

15   like this?

16        A    No.  So it's all virtual, so it was a part of

17   the PowerPoint.  So it probably was in the very beginning

18   of the agenda just like the topics in the PowerPoint.

19        Q    Like bullet one, two --

20        A    Yes.

21        Q    -- three, four?

22             Understand.  So there was a PowerPoint during

23   Monday's meeting?

24        A    Correct.

25        Q    What was discussed on Monday?



1    A   Oh, man.  She -- I think they talked about GAA

2  2.0.

3    Q   Okay.  You mentioned that earlier.  That is the

4  new Georgia Alternative Assessment?

5    A   That's the assessment.  That's their --

6    Q   Okay.

7    A   It's like their Milestones.

8    Q   Uh-huh.

9    A   But see, I had two meetings that day, so I had

10  VIP (phonetic) that morning, which is a Bibb County

11  meeting, and so that's the only part I think I was a part

12  of.  I think it was GAA.

13    Q   Okay.

14    A   That was it.

15    Q   So GAA 2.0 is only for GAA students, right?

16    A   Correct.

17    Q   And you are the regional GNETS program with the

18  large majority of GAA students?

19    A   Correct.

20    Q   Okay.  Are there any regional GNETS programs

21  with no GAA students?

22    A   I have no idea.

23    Q   Okay.  But this was a training portion of the

24  meeting on Monday?

25    A   Correct.



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              380

1      Q   Okay.  And this was the only part of the
2   meeting that you were able to attend?
3      A   Correct.
4      Q   Do you recall or did you see the agenda on the
5   PowerPoint?
6      A   No, but I do have the PowerPoint.  They e-mail
7   it afterwards.
8      Q   Okay.  Thank you.
9          MS. TUCKER:  We'd like to follow up about a
10  copy of the PowerPoint, Sydney, if we can follow up with
11  you.
12         MS. SOLOMON:  Okay.
13     Q   BY MS. TUCKER:  Earlier we looked at GNETS
14  grant applications, correct?
15     A   Yes.
16     Q   Okay.  And I want to just talk about the
17  process.  I know you said you completed it in May.  You
18  started in April and completed it in May.  But just can
19  you talk about the process of gathering the information?
20     A   Sure.  So depending on the questions, that's
21  when I start asking for the information from different
22  coordinators, whatever it may be.  Like the Tier I, Tier
23  II kind of stuff, I ask for my PBIS people because that's
24  in SWIS.  And then I start filling it in.
25     Q   Okay.  Do you receive training or guidance from



1    GaDOE about the application each year?

2         A    Not necessarily.

3         Q    Is it discussed at a directors meeting on this

4    is what's going to be required this year?

5         A    So we used to have a separate strategic plan

6    that we would upload documents to, and that's kind of

7    funneled into the grant, so they did talk about that when

8    that took place, when that change took place.

9         Q    Okay.  And the -- does the strategic plan still

10   exist?

11        A    Only within the grant.  So some of that

12   information is embedded in the grant.

13        Q    Okay.  We'll -- we'll follow up with the

14   strategic plan.

15             Related to the grant application, it's

16   projecting for the next year, correct?  You are using

17   last year's data to project for the next year?

18        A    For staffing, yes.  It's requesting some of the

19   data from last year, and then in May you have some idea

20   of what you are looking at, and so you put that in the

21   grant and you sign off.

22        Q    Are there any on-site visits from someone at

23   GaDOE in connection with the grant process?

24        A    Not that I'm aware of.

25        Q    Okay.  And then I think earlier you said that



 1  you would be provided feedback if there was something

 2  missing; is that correct?  Or what other type of

 3  questions would be asked of the grant?

 4      A   So typically it's that.  It's if something is

 5  missing or if there has been a change from May -- May to

 6  July, you know, they have to push it back.  It's that

 7  kind of information.

 8      Q   Okay.

 9      A   If I have closed a class, they call and say,

10  hey, I see that you have closed two classes.

11          She is burning up.  I know.  I am, too.  I'm

12  sorry.  It's okay.

13      Q   We can -- in a moment, maybe we can take a

14  break so folks can just get outside and get some air for

15  a second.

16      A   You are fine.

17          (Off-the-record discussion.)

18      Q   BY MS. TUCKER:  Do you -- does GaDOE approve

19  the grant application?

20      A   Yes.

21      Q   Okay.  Are you able to check that status

22  somewhere?

23      A   Yes.  So there's a sign-off portion, and I sign

24  off, and then it kicks it to them, and then I can see if

25  they have signed off.



1        Q    Okay.  Does the GNET grant application

2   prescribed what funds may -- or does the GNETS grant,

3   excuse me, prescribe what funds may be used for what?

4        A    No.

5        Q    Okay.  You just -- you get the grant money, and

6   you are able to use it how you wish?

7        A    Well, no.  So all of staffing, like salaries

8   and benefits, come out of State.

9        Q    Uh-huh.

10        A    So there's just some budgeting rules that you

11   have to abide by.

12        Q    Uh-huh.  Okay.  Are there program expenses that

13   are not covered by the GNETS grant?

14        A    Like in-kind services?

15        Q    Okay.

16        A    Is that what you are referring to?

17        Q    What would in-kind services include?

18        A    So that might be personnel.  So it may be that

19   a County provides me with an additional para pro or

20   direct support or like a custodian or a hall monitor.

21   They may pay for -- like Bibb County pays for STAR

22   Assessment.

23        Q    Okay.

24        A    Things to that nature.

25        Q    Okay.  And has Elam Alexander Academy applied



1   for a GNETS grant for every year it's been in operation?

2       A   Yes.

3       Q   Okay.  And does this grant provide the bulk of

4   funding for the program?

5       A   Yes.

6       Q   I know earlier you mentioned there was a grant

7   you received from the State to receive therapeutic

8   services?

9       A   Correct.

10      Q   Are there any other grants you've received from

11  the State?

12      A   Not that I'm aware of.

13      Q   Okay.  Has Elam Alexander Academy also applied

14  for a GNETS facility grant?

15      A   No.

16      Q   Okay.  Is that something that you think happens

17  in the past and hasn't happened recently, or you just

18  know?

19      A   I don't think we did because our facilities

20  were just updated.

21      Q   Okay.

22      A   When that all kind of rolled out, ours were

23  just updated.

24      Q   Okay.

25          MS. TUCKER:  Okay.  I'd like the court reporter



 1   to mark the following document as Plaintiff's Exhibit

 2   579.

 3          (Plaintiff's Exhibit 579 was marked for

 4   identification.)

 5      Q   BY MS. TUCKER:  This is a March 8th, 2017

 6   e-mail from you to Nakeba Rahming.  The subject reads

 7   "Facilities," and the Bates number on the bottom of the

 8   page reads GA00784347.

 9          Ms. Cole, do you recognize this e-mail?

10      A   I do.

11      Q   Okay.  You are smiling.

12      A   Yes, because I remember putting a smiley

13   face --

14      Q   Okay.

15      A   -- on the e-mail.

16      Q   Yes, there is.

17          Am I correct that you were asking whether GaDOE

18   will follow up with Elam Alexander Academy regarding

19   requested facility repairs?

20      A   Correct.

21      Q   Okay.  Well, what was the impetus of these

22   repair requests?

23      A   So when all of that came, it was eight or nine

24   years ago when they were doing the facility checks.  We

25   had -- just recently they renovated Burke, and there were

1    some areas like small things, like the awning in the

2    front that's covering the sidewalk or painting the front

3    parking.

4         Q    Uh-huh.

5         A    I think those were the two major ones.  It was

6    very minimal.  And so my question was, is anybody going

7    to come back and make sure this happened.

8         Q    Uh-huh.  And what was the response?

9         A    I have no idea.  I don't remember.

10        Q    Okay.

11        A    I don't think anybody came back to check.

12        Q    Okay.

13        A    I think we went on the honor system.

14        Q    Okay.

15        A    Yeah.

16        Q    With your smiley face?

17        A    Yes, with my smiley face.

18        Q    Okay.  Are you aware of any changes being made

19   to the grant process for this current school year for the

20   2022/'23 school year when you complete it in May?

21        A    I have not heard of any.

22        Q    Okay.  Great.

23             MS. TUCKER:  Why don't we take a little break

24   so we can all get some air.  Does that work?

25             MS. SOLOMON:  Yes.

BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                                387

```
 1              THE VIDEOGRAPHER:  The time is 5:27 p.m., and
 2   we are off the record.
 3              (The deposition was at recess from 5:27 p.m. to
 4   5:44 p.m.)
 5              THE VIDEOGRAPHER:  The time is 5:44 p.m., and
 6   we are on the record.
 7              MS. TUCKER:  Thank you.
 8        Q   BY MS. TUCKER:  Ms. Cole, earlier you mentioned
 9   the GNETS strategic plan?
10        A   Yes.
11        Q   And you said that this year it's being wrapped
12   into the GNETS grant application, correct?
13        A   So that started last year.
14        Q   Last year?
15        A   They pushed some of that information into the
16   grant.
17        Q   Okay.  Let's take the strategic plan prior to
18   last year.  What -- what was the strategic plan then?
19        A   So actually we were on a three-year rolling.
20   It was -- it was based on -- so you have information from
21   my last that I did?
22        Q   Uh-huh.
23        A   Because I was at 100 percent.  So then once I
24   reached 100 percent, then they would not monitor me again
25   for three years.  So it was artifacts regarding
```

1  instructional -- instructional practices, behavioral

2  practices, fiscal management, things to that nature.

3      Q   Okay.  So when did you last receive 100

4  percent?

5      A   Three or four years ago.

6      Q   Okay.  Would it be in 2019?  Does that sound

7  right?

8      A   It does sound right.

9      Q   Okay.

10     A   I think I provided that --

11     Q   Yeah.

12     A   -- outcome.

13     Q   I'm happy to share that really fast.

14         Okay, I have my folder somewhere.

15         MS. TUCKER:  Okay.  I'd like for the court

16  reporter to mark this document as Plaintiff's Exhibit

17  580.

18         (Plaintiff's Exhibit 580 was marked for

19  identification.)

20     Q   BY MS. TUCKER:  Ms. Cole, this is a July 1st,

21  2019 letter to you from Vickie Cleveland.  The GaDOE logo

22  is on the top.  The Bates number on the bottom reads

23  Elam-3-18-22-Supplement-3492.

24         Do you recognize this letter?

25     A   Yes.



BROOKE COLE                                        October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              389

1       Q    Is this what you are referring to a moment ago?

2       A    Yes.

3       Q    Okay.  So this is a 2019 letter, and it

4   reflects GaDOE providing a 100 percent score to Elam

5   Alexander Academy on the strategic plan, correct?

6       A    Correct.

7       Q    Okay.  And then are you saying that when you

8   receive 100 percent you are then not monitored for how

9   long?

10      A    I believe it was like three years.

11      Q    Three years.  So if this was in 2019 -- so

12  that's for 2018 to 2019 school year?

13      A    Correct.

14      Q    Okay.  So then when would you have been up to

15  be re-reviewed?

16      A    I believe it was last year.

17      Q    Okay.

18      A    Or the year before.  I can't recall.

19      Q    Okay.  So either school year 2021 or school

20  year '21/'22?

21      A    Correct.

22      Q    Were you reviewed through the strategic plan at

23  any of those times?

24      A    Not through that process because they pushed a

25  lot of like the artifacts that they wanted into the grant



BROOKE COLE                                         October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              390

```
 1   process.
 2       Q    Okay.  So do the artifacts, were those
 3   artifacts part of the grant process at any point before
 4   then?
 5       A    No.
 6       Q    So the grant process became longer?
 7       A    Last year, yes.
 8       Q    Okay.  So is -- as it -- would you just say
 9   that they have like merged these two documents?
10       A    I would say so, yes.
11       Q    Okay.  Were they on different timelines before?
12       A    The strategic plan and the -- yes.
13       Q    What were the timelines?
14       A    So with the strategic plan, you -- they would
15   monitor programs at different dates.  So if -- mine was
16   like in March, but I would just continuously upload --
17       Q    Uh-huh.
18       A    -- throughout the year.
19       Q    Okay.
20       A    And then it's much like the grant where you
21   would sign off, and then they can review.
22       Q    Okay.  Let's speak to this year where you
23   received the 100 percent.
24       A    Okay.
25       Q    What did that look like, that process look
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            391

1  like?

2        A    On my end?

3        Q    Uh-huh.

4        A    It was just gathering all of the artifacts I

5  have to demonstrate or show that I have met that

6  criteria.

7        Q    Okay.  And this is criteria set specifically by

8  GaDOE?

9        A    Yes.

10       Q    Okay.  Did it involve any meeting with GaDOE?

11       A    They did some training on it about what kind of

12  information they were looking for because it was, you

13  know, the different parts of the strategic plan, and then

14  how many artifacts they wanted for each.

15       Q    And then for that year, was there a review

16  meeting where you discussed your artifacts or any of your

17  data with GaDOE?

18       A    Yes.

19       Q    Okay.  What does that meeting look like?

20       A    We would go through each section.  We would

21  look at what I have uploaded and how that met the

22  criteria, any additional information they may want to

23  see, that kind of thing.

24       Q    Okay.  And how long would those meetings last?

25       A    A couple of hours.



1      Q   A couple of hours.  Were they in person?

2      A   The first time that I was -- I was, yes, it was

3  in person.  The second time was not.  It was virtual.

4      Q   Okay.  And would that second time be this

5  2018/'19 where you received 100 percent?

6      A   Correct.

7      Q   Okay.  If you had received lower than 100

8  percent, would you have been re-reviewed the next year?

9      A   Correct.

10     Q   Is that if you receive a 99, or was there a

11  different cutoff?

12     A   I forgot where they were, but I think it was

13  below a certain percentage.  I can't remember if it was

14  90 percent, 85 percent.  I can't remember what the cutoff

15  was, but if you did not meet a certain level of practice,

16  then you would be reviewed more frequently, monitored

17  more frequently.

18     Q   I understand.

19         And then prior to this 2019 100 percent rating,

20  how often were you reviewed under the strategic plan?

21     A   Yearly.

22     Q   Yearly.  Was -- had you reached 100 percent

23  before?

24     A   No, but I was close.  I think I was in the 80s

25  the time prior, like 88.  I can't recall.



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          393

1      Q    Okay.  Is this -- was this 100 percent rule
2   that you would only be reviewed every three years new, or
3   was that always in existence since you have been
4   director?
5      A    I think it was new that year.
6      Q    Okay.  So prior to 2018/'19, it was an annual
7   artifact requirement plan review?
8      A    Correct.
9      Q    And there was a meeting associated with it?
10     A    Correct.
11     Q    Do you know the reason for changing or have
12   you -- scratch that.
13          Have you been advised on the reason for
14   changing the strategic plan?
15     A    No, nothing more than they can include that
16   into the grant because that's -- we can upload artifacts
17   there as well.
18     Q    Okay.  And I see that you received 100 percent
19   last time, so that's -- that's obviously a great score.
20     A    Yes.
21     Q    And before that you said you received an 88
22   percent?
23     A    I believe it was in the high 80s, low 90s.
24     Q    Okay.  What type of consequence was there for
25   not receiving 100 percent?



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              394

1        A   I don't know if there's a consequence, per se.
2   I mean, you were just closely monitored if you scored
3   below a certain level, I think.  I want to say there
4   was -- like you were monitored more frequently.
5        Q   Did that happen for you at that 88 or 90
6   percent mark?
7        A   No.
8        Q   Okay.  So it was lower than that?
9        A   Yes.
10        Q   Do you know, have you been advised on any
11   consequences if there was, you know, a rating under 75
12   percent?  Was that discussed with you and the directors?
13        A   Not that I can remember.
14        Q   Okay.  Have you been a member of the strategic
15   plan committee?
16        A   I don't think I was.
17        Q   Okay.
18        A   But I don't remember.
19        Q   Okay.
20        A   I think we've had conversations about what kind
21   of artifacts meet.
22        Q   Uh-huh.
23        A   What kind of artifacts are necessary to meet
24   that, but I don't -- I don't know if I was a part of a
25   committee.



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                       395

1       Q   Okay.  You don't recall a committee?

2       A   I don't.

3       Q   Okay.

4       A   Maybe.  I don't know.

5       Q   It's okay.

6           So after 2019, you were not to be reviewed for

7    three years, and then that is now passed, correct?

8       A   Correct.

9       Q   And they are no longer doing the separate

10   strategic -- "they" being GaDOE, are no longer doing the

11   strategic plan in the same fashion?

12      A   Correct.

13      Q   Okay.  So it's all a part of the grant

14   application?

15      A   Yes.

16      Q   Thank you.

17          What are your thoughts on the merging of the

18   two documents?

19      A   I think it's fine.

20      Q   Okay.

21      A   I mean, there was a -- you upload a lot of the

22   same information, so...

23      Q   Is there anything that was maintained in the

24   strategic plan that you had to collect that's not

25   included in the grant app?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          396

1      A    Sure.  So like I would have evidence of

2    trainings.

3      Q    Uh-huh.

4      A    Things to that nature.  But now I upload it

5    through the grant app, since they have merged.

6      Q    Okay.  So the artifacts that you were uploading

7    are now uploaded through the grant app?

8      A    Correct.

9      Q    Thank you.

10     A    Yes.

11     Q    Earlier you had mentioned that you are working

12   toward decreasing your GAA student population; is that

13   correct?

14     A    Yes.

15     Q    Is that still something you are looking to do?

16     A    Yes.

17     Q    Okay.  What is your vision for the GAA students

18   in the Elam Alexander Academy in the future?

19     A    How I would see us pushing out --

20     Q    Yes.

21     A    -- or reintegrating?

22          So I have started the conversations with

23   special ed directors regarding specific students that we

24   need to talk about reintegrating.  I would like to see

25   classes much like what I have, I think housed in -- in



1  the gen ed setting.  We certainly could continue to

2  support with training and things of that nature if -- if

3  they would -- if they would like that, but that's what I

4  would like to see.

5      Q   And you are referring to GAA classes that are

6  housed in the satellite programs?

7      A   No.  I'm talking about the ones that are housed

8  at Burke.

9      Q   At Burke?

10     A   Need to be pushed out to the schools.

11     Q   Understood.

12     A   Yes.

13     Q   So the classrooms housed at Burke, you would

14  like them at -- as if they were a satellite classroom?

15     A   Sure.  They could either be satellite

16  classrooms under our supervision or under theirs.  I

17  mean, we could -- we could do that collaboratively and

18  provide training and talk about best practices.

19     Q   "Theirs" being the school district?

20     A   Yes.

21     Q   Okay.  And that's your thought for the future

22  of the GAA classrooms?

23     A   Yes.

24     Q   Thank you.

25         What is your timeline?



1    A    So I started this a few years back and we've

2    had, you know, a substantial decrease.  I reached out to

3    special ed directors in August, provided them with

4    specific names of students --

5    Q    Uh-huh.

6    A    -- and told them we need to start having the

7    conversation, have meetings by January so that we can

8    start the reintegration, because my heart really goes out

9    for the kids on that because they are so accustomed to a

10   certain setting, and I feel like it needs to be a very

11   slow transition, because that's going to be a difficult

12   thing for these kids and their families.  So I feel like

13   we need to have meetings by spring and start them having

14   services in their zone school in spring.

15   Q    This spring?

16   A    Yes.

17   Q    Okay.  And then by next school year?

18   A    Be completely integrated in their school

19   setting.

20   Q    Okay.  Has that been communicated to the

21   districts?

22   A    Yes.

23   Q    Okay.

24   A    Yes.

25   Q    What about your Milestones program?  What is



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          399

1    your vision for that in the future?

2         A    So I would like to see more classes out and

3    less in.

4         Q    Uh-huh.

5         A    But I would also like to see in certain

6    districts, so if I have -- I would like to see like two

7    of my classes at elementary -- say I have two elementary

8    and BIP, then they should have two elementary as well.  I

9    would like to see them where they can collaborate and

10   grow together, so push more classes out into their zone

11   schools and less in.

12        Q    So increased amount of classes for these

13   students who are Milestone students in Elam Alexander in

14   their zone schools?

15        A    Correct.

16        Q    Okay.  Do you have any other visions for Elam

17   Alexander Academy or goals in the next few years?

18        A    Sure.  So I think that we can -- like I said I

19   think seven hours ago, that we are a -- a service, not a

20   placement.  I feel like we could provide more

21   professional development, guidance, more hands on in the

22   actual schools with those teachers, with the principals,

23   whomever it may be, work with families, really be more in

24   the schools.

25        Q    Okay.  And has that been communicated?



```
1        A    Yes.

2        Q    Okay.  To who?

3        A    My assistant superintendent.

4             MS. TUCKER:  Okay.  I believe that's all the

5    questions I have right now, Ms. Cole.

6             THE WITNESS:  Okay.

7             MS. TUCKER:  Thank you.

8             THE WITNESS:  Thank you.

9             MS. TUCKER:  I believe the State is on and

10   they...

11

12                      EXAMINATION

13   BY MR. PICO-PRATS:

14       Q    Hi, Ms. Cole.  How are you?

15       A    I'm good.  How are you?

16       Q    Good.

17            Sorry I surprised you from the computer.

18       A    That's okay.  I thought you-all were just

19   silent partners over there.  I didn't know.

20       Q    I don't have very many questions.  I will be --

21   I will be very brief.  I should take maybe ten minutes.

22       A    Okay.

23       Q    I know it's been a long day.

24            Are you all ready to continue right now or do

25   you want a short break?
```



1        A    Please continue.

2        Q    You talked a little bit about IEPs today.  Who

3   all comprises -- what all -- who all are the members of

4   an IEP team?

5        A    So the LEA, one of our coordinators, the

6   teacher, the student, the parent, if the parent invites

7   any outside services.

8        Q    Is the Georgia DOE ever a part of an IEP team?

9        A    No.

10       Q    Is anyone from the State ever part of an IEP

11  team?

12       A    Only if it's a State-facilitated IEP, but

13  that's a --

14       Q    What are those?

15       A    That's a neutral party.

16            So they're -- that's not like a member of the

17  IEP team.

18       Q    Okay.  Could you explain what that is?

19       A    So if they -- if they think there is going to

20  be some contention between anyone, they may -- the LEA

21  may request the State-facilitated IEP.  And that's when

22  someone that's from or contracted with DOE -- I don't

23  know how that works, but I know they come down.  They set

24  the parameters, and they facilitate the IEP and make sure

25  everyone is kind of following the rules and using their



```
 1  best behavior.
 2       Q   And the County is the one that requests that?
 3       A   Correct.
 4       Q   You talked a little bit about bus rides, and
 5  you said students -- some of your students, they ride the
 6  buses, right?  Is that correct?
 7       A   They do.
 8       Q   And who coordinates the bus schedules?
 9       A   Transportation departments.
10       Q   And the transportation departments are from the
11  County?
12       A   Correct.  That falls under the LEA.
13       Q   Are they also paid by the LEAs?
14       A   Yes.
15       Q   There was some discussion over an e-mail where
16  you requested an additional psychologist.  Do you
17  remember this?
18       A   Yes.
19       Q   And you said it ended up not happening.  And
20  the question is, have there ever been any other requests
21  for additional GNETS service personnel that you have had?
22       A   No.
23       Q   What ended up happening with that psychologist
24  that you had requested?
25       A   It didn't happen.
```



1      Q   If you need additional support staff, who do

2   you turn to to ask for it?

3      A   My LEAs.

4          MR. PICO-PRATS:  All right.  That's all the

5   questions that I have.

6          THE WITNESS:  All right.  Thank you.

7          MR. PICO-PRATS:  Thank you very much.

8          MS. TUCKER:  Thank you so much, Ms. Cole.

9          THE WITNESS:  Thank you.

10          THE VIDEOGRAPHER:  This concludes this video

11   deposition.  The time is 6:01 p.m., and we are off the

12   record.

13          (The deposition concluded at 6:01 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              404

```
1                    CERTIFICATE OF REPORTER

2    STATE OF GEORGIA      )
                           )
3    COUNTY OF DEKALB      )

4

5            I, Marcella Daughtry, a Certified Reporter in
     the State of Georgia and State of California, do hereby
6    certify that the foregoing deposition was taken before me
     in the County of DeKalb, State of Georgia; that an oath
7    or affirmation was duly administered to the witness,
     BROOKE COLE; that the questions propounded to the witness
8    and the answers of the witness thereto were taken down by
     me in shorthand and thereafter reduced to typewriting;
9    that the transcript is a full, true and accurate record
     of the proceeding, all done to the best of my skill and
10   ability;

11           The witness herein, BROOKE COLE, has requested
     signature.
12
             I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15           IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   8th day of November, 2022.

17

18

19                      _____
20                      Marcella Daughtry, RPR, RMR
                        GA License No. 6595-1471-3597-5424
21                      California CSR No. 14315

22

23

24

25
```



```
 1   United States of America v. State of Georgia
     J8733922
 2

 3              DECLARATION UNDER PENALTY OF PERJURY

 4

 5              I declare under penalty of perjury that I
 6   have read the entire transcript of my deposition taken in
 7   the above-captioned matter or the same has been read to
 8   me, and the same is true and accurate, save and except
 9   for changes and/or corrections, if any, as indicated by
10   me on the DEPOSITION ERRATA SHEET hereof, with the
11   understanding that I offer these changes as if still
12   under oath.

13

14   Signed on the_____day
15   of _____20__.

16

17

18

19   _____
     BROOKE COLE
20

21

22

23

24

25
```



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              406

```
 1                DEPOSITION ERRATA SHEET
                         J8733922
 2

 3    Page No.____Line No.____Change to:_____

 4    _____

 5    Page No.____Line No.____Change to:_____

 6    _____

 7    Page No.____Line No.____Change to:_____

 8    _____

 9    Page No.____Line No.____Change to:_____

10    _____

11    Page No.____Line No.____Change to:_____

12    _____

13    Page No.____Line No.____Change to:_____

14    _____

15    Page No.____Line No.____Change to:_____

16    _____

17    Page No.____Line No.____Change to:_____

18    _____

19    Page No.____Line No.____Change to:_____

20    _____

21    Page No.____Line No.____Change to:_____

22    _____

23    Page No.____Line No.____Change to:_____

24    BROOKE COLE

25    Signature:_____
```



1                    DEPOSITION ERRATA SHEET

2                          J8733922

3    Page No.___Line No.___Change to:_____

4    _____

5    Page No.___Line No.___Change to:_____

6    _____

7    Page No.___Line No.___Change to:_____

8    _____

9    Page No.___Line No.___Change to:_____

10   _____

11   Page No.___Line No.___Change to:_____

12   _____

13   Page No.___Line No.___Change to:_____

14   _____

15   Page No.___Line No.___Change to:_____

16   _____

17   Page No.___Line No.___Change to:_____

18   _____

19   Page No.___Line No.___Change to:_____

20   _____

21   Page No.___Line No.___Change to:_____

22   _____

23   Page No.___Line No.___Change to:_____

24   BROOKE COLE

25   Signature:_____



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: $60,000..10

___Exhibits___

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT82
  188:3,7

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT460
  192:19
  219:24
  376:8

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT560
  4:3
  12:12,13

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT561
  4:4
  39:24,25

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT562
  4:6 57:1,
2

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT563
  4:8

72:14,15
79:7
242:15

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT564
  4:10
  91:20,21,
22

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT565
  4:12
  99:20,21
  123:11

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT566
  4:14
  108:4,5

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT567
  4:16
  115:16,17

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT568
  4:19
  121:22,23

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT569
  4:21
  164:25
  165:1

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT570
  4:24
  174:8,9
  273:18,22
  343:20

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT571
  5:3
  185:18,19

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT572
  5:5
  216:4,5
  217:4,16

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT573
  5:7
  224:1,2

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT574

5:10
254:3,4
258:24

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT575
  5:11
  269:2,3

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT576
  5:14
  316:17,
18,19

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT577
  5:16
  341:3,4

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT578
  5:18
  365:20,21

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT579
  5:21
  385:1,2,3

8733922 Bro
oke.
Cole PLAINT
IFF.
EXHIBIT580

5:24
388:16,
17,18

_____

$

$60,000
  280:4

_____

(

(a)
  190:11,13

_____

0

005
  243:3

0108.PDF
  100:6

0225
  264:16

09-20-21-
0101
  123:22

09-20-21-
0108
  157:14

_____

1

1
  74:1,2,
13,14
  103:2

1-2
  347:19

10
  59:25
  221:23



281:20,22
327:9
347:20

**100**
83:8
285:14,
15,18,22
345:1
387:23,24
388:3
389:4,8
390:23
392:5,7,
19,22
393:1,18,
25

**10:27**
116:4

**10:52**
99:10,12

**11:05**
99:8

**11:17**
99:13,14

**12**
83:3
103:25
221:23
289:21,
22,24
290:1
298:13,14

**120**
83:8
112:24
288:13

**120-plus**
97:11

**126**
341:25
342:15

**12:07**

108:14,22

**12th**
82:23
126:4,5
144:8,11
229:9

**13**
92:13
280:22

**130**
83:9
288:13

**14.5**
149:9,21

**14th**
269:7

**15**
59:25
96:11
99:6
114:6,9
206:23
327:9
334:7
337:9
338:6,7,
13,17
339:11
340:5

**15-minute**
340:1

**154**
103:23

**15th**
115:23
116:4
174:13

**16**
114:6,9
343:25

**16-page**
217:8

**160-4-7-.15**
188:8

**16th**
108:10
192:21

**17**
206:24
341:18

**18**
40:24
83:11
314:11

**19**
41:2
54:24
64:2
83:11
314:11
324:23
325:3

**19/'20**
217:24
218:12,19

**19th**
41:3

**1:11**
216:11,13

**1:16-CV-
03088**
8:15

**1st**
388:20

---
---

**2**

**2**
54:14,15
123:21
190:10
220:10,11
347:11

**2,000**
347:23

**2.0**
36:6
106:15
379:2,15

**2/9/2021**
72:19
92:1

**20**
57:4
77:19,21
281:21
341:15
342:2
347:20

**200**
285:14,
15,18,23

**2004**
23:6
52:13
53:1

**2009**
23:22
50:16
51:6
52:18

**2010-ish**
51:6

**2011**
23:20

**2012**
47:22

**2013**
23:23

**2014**
24:19,23

**2016**
269:7
270:21

**2017**
67:10
122:1
165:5
186:2
188:11
191:19
268:12
385:5

**2017/'18ish**
370:12

**2018**
108:10
192:21
377:11
378:1
389:12

**2018-'19**
258:25

**2018-2019**
254:9

**2018/'19**
259:4
392:5
393:6

**2019**
115:23
116:16
224:4
341:15
370:11
388:6,21
389:3,11,
12 392:19
395:6

**2019/'20**
218:10

**2019/20**
217:10

**2020**
35:21
92:10
341:6,7,



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: 2020/'21..5

14 344:7
365:24
366:6
370:2,6,
11

**2020/'21**
218:10

**2021**
15:11
17:23
57:4
58:15
61:14
92:8,10,
14 103:5,
14,20
123:24
124:10
174:21
344:9
389:19

**2021/'22**
177:11
199:4
238:16

**2021/2022**
197:25
218:10

**2022**
7:2 12:17
40:6
73:22,24
74:4,14,
20,23
92:18
174:13,
14,18,20
181:6
343:19
344:14

**2022/'23**
85:13
131:1
169:5

181:20
386:20

**2023**
74:9 75:1

**207**
125:13

**20th**
58:15

**21**
66:20,25
67:1,2,3,
16 74:5
83:3 92:2
176:20
344:15

**21/'22**
389:20

**21st**
377:11
378:1

**22**
72:20
74:5
174:21
242:18
273:17,24
344:15
345:1

**227**
254:15

**228**
257:9

**24**
21:3
68:21

**243**
103:19

**25**
333:18

**27th**
7:2

**29.5**
127:14,20
128:3

**2:00**
137:8,10,
15

**2:05**
216:14,15

**2:30**
137:8,16

**2nd**
7:5 45:2
53:6

――――――

**3**

――――――

**3**
67:3,16
125:21,23
130:12

**30**
29:7
64:24,25
77:21
96:11
127:20,21
128:7,8,
15,19
134:23
137:11
149:19
150:4
155:7
250:17
334:3
337:19

**300**
285:22
287:12

**30th**
74:1,2

**31**

29:7
169:8

**32**
29:7
169:10

**33**
169:10

**3431**
341:19

**3467**
343:23

**3471**
182:3

**3474**
274:3

**3483**
344:1

**3487**
176:24,25

**35**
104:2
134:23
135:7

**39**
342:10
344:6

**3:50**
319:8,10

**3rd**
40:6
103:5,14,
20 123:24
124:9
131:5,8

――――――

**4**

――――――

**4**
125:13
152:22

**40**
134:24
135:7
198:8
307:8,10,
13 333:17

**400**
285:23

**403**
139:16

**42**
182:14,22

**435**
7:5

**45**
135:22,24
292:14,
16,22,23,
25 293:6

**460**
192:19
219:24
376:8,15

**47**
146:20

**4:18**
319:11,12

**4th**
53:7
54:21
296:13
366:6

――――――

**5**

――――――

**5**
66:19,25
67:1,2,16
83:3
125:23
128:4
144:3,6



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: 50..a.m.

149:21,23
150:3,17
154:22
181:24
221:24
254:15
263:4
281:21
283:17
285:2
353:10

**50**
198:8,15
211:9

**50-**
347:24

**500**
7:5

**536**
97:9

**55**
83:14
146:14

**560**
12:12,13

**561**
39:24,25

**562**
57:1,2
79:7
242:24
243:12

**563**
72:14,15
79:7,8,9
83:20
242:15

**564**
91:21,22

**565**
99:20,21
123:11

**566**
108:4,5

**567**
115:16,17

**568**
121:22,23

**569**
164:25
165:1

**570**
174:8,9
273:18,
21,22
343:20

**571**
185:18,19

**572**
216:4,5
217:4,16

**573**
224:1,2

**574**
254:3,4
258:24

**575**
269:2,3

**576**
316:18,19

**577**
341:3,4

**578**
365:20,21

**579**
385:2,3

**580**
388:17,18

**5:06:56**
119:23

**5:27**
387:1,3

**5:44**
387:4,5

**5th**
53:7
54:21
131:5
296:13
365:24

---

**6**

**6**
125:13,25
144:6,7
150:4
221:25

**60**
211:10

**60,000**
347:24

**61**
112:25

**62**
112:25

**6:01**
403:11,13

**6th**
53:10
122:1
165:5
186:2

---

**7**

**70**
133:7
142:6
232:8,11

**71**
133:7

**73**
132:7

**75**
132:13
394:11

**7th**
12:17

---

**8**

**8**
82:22
125:25
144:7
221:22,23

**80**
134:2
232:9
236:16
272:1
334:3
337:10

**80/90**
352:10

**80s**
392:24
393:23

**82**
181:6,13,
14 182:22
188:3,7

**85**
134:2
392:14

**88**
392:25
393:21
394:5

**89**
169:16

**8:00**

136:25

**8th**
53:8,10
292:9
385:5

---

**9**

**9**
82:23

**9.3.21**
102:22

**9.3.21-BS-
0100**
100:5

**90**
134:2
169:16
236:16
237:8
392:14
394:5

**90ish**
169:20

**90s**
353:20
393:23

**93**
100:5

**99**
392:10

**9:20**
7:2

**9th**
126:3,4,5
144:8,11
224:4

---

**A**

a.m.



7:2
99:10,12,
13,14
116:4

ABA
  267:3,4,
  6,8

abide
  383:11

ability
  12:4
  100:11
  295:20

absolutely
  52:25
  112:13
  172:4
  212:10
  225:11
  235:21
  236:20
  264:4

absorbed
  72:2
  94:23
  172:10

academic
  36:9
  55:6,9
  56:8,11
  182:8
  224:13,
  20,23
  225:5,7,
  11 349:7
  355:2,5

academically
  131:11
  225:14

academics
  128:1
  212:13

225:17
261:12

Academy
  21:6
  24:13
  31:19
  40:4,24
  43:23
  47:1
  52:10
  53:4,19
  54:24
  58:13
  64:11
  68:25
  69:9
  70:11
  72:24
  73:22
  74:19
  76:1
  86:21
  92:8,15
  97:1
  103:5,13,
  19 124:2,
  9 139:3
  156:15
  163:4
  164:1
  166:10
  170:14
  174:12
  181:7,17
  183:21,25
  184:25
  194:24
  196:24
  201:11
  214:13
  215:2
  232:21
  233:3,22
  242:8
  248:19
  252:1,19

257:19
258:5
260:10
262:19,24
266:13
267:23
270:14,18
295:2
311:20,22
321:18,22
324:18
328:12
331:25
341:7,23
342:2
348:13
352:13
363:6,12,
13,25
366:24
383:25
384:13
385:18
389:5
396:18
399:17

Academy's
  70:20
  226:12
  316:23
  341:14

accept
  237:1

acceptable
  161:5,9

accepted
  54:5,8

access
  100:11
  106:3
  163:22
  247:5
  272:25
  278:18

287:13,24
288:1
293:12,13
299:15
300:8
301:7,21
337:2
348:2
349:18
356:4,9,
10,11,14
361:12
363:18

accommodate
  63:2

accompanies
  335:20

accountability
  365:7

accountable
  272:7

accustomed
  398:9

achievement
  249:7,13

acronyms
  20:15

act
  245:23

action
  58:9

actions
  236:18

activities
  288:2,4,
  6,16
  314:21
  315:19
  317:20

activity

315:7

actual
  37:9
  106:14
  163:10
  197:22
  326:13
  337:25
  399:22

add
  78:17,21
  169:17
  252:24

added
  69:11,15
  75:12
  76:2

adding
  266:8

addition
  326:20

additional
  24:2
  111:2
  167:12,24
  203:11
  204:21
  255:1
  260:6
  261:17
  277:12
  329:19
  333:21
  348:3
  383:19
  391:22
  402:16,21
  403:1

address
  57:5
  335:7

addressed
  57:10



adjacent
    298:7,8

admin
    164:14

administrat
ive
    40:5
    64:10
    324:16

administrat
or
    35:6
    334:19

administrat
ors
    35:1
    183:1

admitting
    215:5

adolescent
    28:4 53:8
    59:20
    60:12
    80:9
    81:16
    82:5,11,
    22 83:13
    86:21
    87:13
    88:1 94:5
    95:5
    144:16
    145:12
    171:12
    173:16
    257:11
    263:18
    264:19
    268:1
    297:17
    298:7,12,
    21 299:2,
    11 300:8,
    23 301:5,

16,21,23
302:3,10,
22 303:12
304:7,20,
22 305:2
306:7,10,
17 307:7
314:17
319:19
332:3
346:13,
17,21
349:21
351:20
356:9
358:16
363:21

adopted
    334:15

adult
    248:2

advance
    378:12

advise
    84:2
    95:17

advised
    14:5
    393:13
    394:10

afternoon
    77:7,10

age
    95:6
    129:22
    290:4

agency
    22:5,8,11

agenda
    374:14
    377:11,
    14,16
    378:12,18

380:4

agendas
    378:4

agent
    50:21
    70:21

ages
    66:19,25
    67:15
    83:3

aggression
    105:10,11
    112:17
    133:23
    134:1
    236:10,22

aggressive
    112:16

agree
    92:13
    104:7
    124:1,8
    130:14
    148:6
    191:10
    210:16
    241:2
    342:13

agreeable
    10:21

agreed
    81:11
    129:11
    336:1

agreement
    10:19
    335:21

ahead
    10:15
    151:9
    265:22

aims
    225:2

air
    62:19
    319:6
    382:14
    386:24

Aleixo
    166:4

Alexander
    7:11 21:6
    24:13
    31:19
    40:4,24
    43:23
    47:1
    52:10
    53:4,19
    54:24
    57:8
    58:13
    64:11
    68:25
    69:9
    70:6,11,
    20 72:24
    73:22
    74:19
    76:1
    92:8,14,
    25 97:1
    103:5,13,
    19 124:2,
    9 139:3
    147:20
    156:15
    157:19
    163:4
    164:1
    166:10
    170:14
    174:12
    181:7,17
    183:21,25
    184:25

194:24
196:24
201:11
211:24
214:13
215:2
226:12
232:21
233:3,22
242:8,11
247:3
248:19
252:1,19
255:6
257:19
258:5
260:10,23
262:19,24
266:13
267:22
270:14,18
274:13
294:19
295:2
311:20,22
312:11
314:14
316:23
319:24
321:18,22
324:18
328:12
331:24
341:7,13,
23 342:2
348:13
352:13
363:6,12,
25 366:24
383:25
384:13
385:18
389:5
396:18
399:13,17

Alexander's



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: algebra..assessment

346:2

algebra
300:5

Alicia
102:4
147:6
170:21

allocation
169:15

allowed
275:12
315:22

alongside
21:23
25:10

Alternate
34:21
36:5
106:11,13

Alternative
379:4

amend
237:18

America
7:4

amount
97:21
133:10
206:15
228:22
304:4
399:12

analysis
227:1
267:5

analyze
364:15

analyzes
364:8

Angel

18:24
28:17
330:5
339:23

Anna
7:23

annual
129:4
235:20
365:6
393:6

annually
117:12,14
297:1

anomaly
332:13

answering
10:2
11:13
60:2

answers
9:17,20
147:1,11
216:23

anxiety
233:20

anymore
42:3 52:5
79:17
261:24
262:10
265:17,19
343:2

Apex
272:14,
20,22,25

apologize
79:9
90:20
108:21
127:16
280:21

319:6

app
33:17
395:25
396:5,7

appears
333:11

applicant
187:22

applicants
164:9

application
37:20
174:12,
18,23
178:22
181:25
238:23
255:18
273:16,24
341:7,14
342:20
343:9,20
345:1
361:25
381:1,15
382:19
383:1
387:12
395:14

applications
380:14

applied
267:5
383:25
384:13

applying
278:11

appropriately
118:13
245:11

appropriateness
109:13
112:8

approval
253:5

approvals
252:24

approve
382:18

approximate
23:19

approximately
51:4 83:8
169:8

April
31:1
343:12
380:18

aquarium
295:25

area
69:13,14,
24 87:22
223:7

areas
143:16
189:16,17
375:24
386:1

Armona
79:15

arranges
234:11

arrive
137:4

arriving
135:2
137:3

art
284:18,
19,20,21
285:3,4,
5,7 287:9
299:23
300:10
315:5,6

artifact
393:7

artifacts
387:25
389:25
390:2,3
391:4,14,
16 393:16
394:21,23
396:6

ASD
122:2,11,
24

assessed
234:16
348:8
364:6

assessing
122:2,11,
12,19

assessment
22:20
34:21
36:5
106:11,13
122:16
209:12
234:19
261:20
291:24
362:6
363:4,7
365:13
379:4,5
383:22



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

assessments
  209:11
  356:4

assigned
  82:16
  91:7

assignment
  133:18

assist
  71:4
  194:2
  198:1
  199:5
  347:14

assistant
  18:19
  19:13
  25:23
  26:4 28:2
  30:10
  44:7
  48:22,24,
  25 49:7,
  13,24
  70:24
  166:5
  261:5
  400:3

assisted
  164:17

assisting
  112:18

assists
  28:3,14

assume
  24:14

athletic
  297:11

attached
  12:22
  57:9 58:6
  81:19,25

366:12

attachment
  193:6
  200:23
  213:25
  378:14

attachments
  57:10
  192:25
  242:25

attainable
  237:4,10

attempt
  276:11

attend
  34:22,25
  35:10
  145:13
  153:21,24
  154:2,3
  283:7,8
  306:11
  307:18
  310:21
  380:2

attendance
  329:19
  336:22
  351:3,5,
  12,13,15,
  23,24
  352:8,17,
  21,25
  353:3,17
  354:1,2
  355:24
  361:4,5

attended
  122:20

attending
  7:22
  51:21
  103:4,13,

19 302:3,
4 307:2
  352:9

attends
  204:23

attention
  109:2
  329:19

attorney
  8:19 9:3
  10:10
  57:6,20

attorneys
  13:10
  16:6

Au
  117:6
  129:13

Au/mid/moid
  116:6,8

August
  57:4
  192:21
  377:11
  378:1
  398:3

AUT
  129:13

autism
  116:9
  122:25
  129:16

autistic
  236:21

Avenue
  49:2,4
  50:18
  53:4
  55:14
  320:10,13

average

151:12,13
227:5
228:20
353:17

avoid
  9:25

aware
  33:14
  34:15
  63:12
  70:13,19
  159:18,22
  215:22
  307:2,12
  315:18
  328:8
  331:21
  339:20
  357:6,21
  381:24
  384:12
  386:18

awning
  386:1

_____

B

B-R-O-O-K-E
  9:1

back
  11:18
  33:18
  34:14
  38:17
  46:18
  53:9 55:7
  61:6
  68:16
  76:14
  93:8
  94:17,24
  96:3
  99:7,16
  100:16

103:11
107:24
109:12
112:9,21
113:14
115:9,10
119:14
123:10
134:10,18
139:22
145:8
148:25
158:23
159:19
161:3
176:1,9
181:22
198:14,24
201:17
202:22
205:9,14
207:2
213:5
216:18
218:15
219:21,
23,25
222:18
226:19,20
229:23
231:7
232:24
233:4,7
238:16
240:5,12
242:14
243:20
250:17
261:5,9
266:3,8
270:17
271:25
273:16
288:24
294:11
296:7
313:7



315:25
318:13
319:14
331:2,22
337:11
338:19
343:5,18
344:19,21
359:2
376:7
382:6
386:7,11
398:1

background
164:10
185:4

backwards
44:17

bad
322:2

Ballard
316:5

Ballard-
hudson
281:17

ballpark
200:9
211:8
238:19
270:10
314:23

band
314:25
315:4

bank
71:6

Barbara
46:15

base
96:14,17
149:5
150:10

155:11
157:25
158:10

based
13:16
21:17
55:5 59:2
81:11
91:13
122:17
133:19
151:12
157:23
158:3,4,
6,8,11,
12,22
160:22,23
178:23
186:18
204:12
231:22
232:19,22
236:6
271:9
290:21,23
300:15
303:5
307:9
337:13
346:21
387:20

basic
16:24

Basically
9:5

basis
235:24
299:16
337:17
363:23

basketball
288:23
297:14

Bates

72:17,23
91:24
100:2
103:2
108:7
115:19
122:3
165:6
174:14
176:20
182:2
186:2
217:10
224:6
254:10
269:8
274:3
316:21
341:8,19
366:1
377:6
385:7
388:22

Battle
18:20,23
28:6,14
42:22
43:1

BCBA
168:15,16
277:19
280:6,7,
12

BCBAS
168:22

beanbag
321:11

beat
193:9

began
13:24
14:8,25
54:9
74:12

319:25
324:20
373:18

begin
44:19
73:25

beginning
61:12
72:23
242:16
323:13
357:8,20
378:17

begins
74:1
176:20

behalf
7:23
204:23

behavior
21:21
22:2,17,
20 51:20
55:5,6
66:19,22
105:7
120:24
121:4,5
159:6
161:11
162:19
172:11
190:4,7
209:12
226:15
228:14
230:16
236:5,7,
8,25
247:20
258:22
262:20
267:5,19
268:17

336:23
339:8
346:4
348:10
349:6
350:4,17
353:23
355:23
356:3
357:1
360:20,21
361:4,5
402:1

behavioral
21:22
105:1
106:21
121:8
133:22
240:12
340:12
388:1

behaviorall
y
239:20

behaviors
105:12
112:17
161:25
209:13
236:11

Benchmark
261:22
262:14

beneficial
245:16

benefit
37:1

benefits
156:25
383:8

Bethesda
287:13,22



**Bibb**
19:11
21:8 24:9
25:7 26:4
32:17,19
38:3,6
39:3 40:3
41:18
45:20
48:9
50:20
51:10
57:5,20
69:4
70:20
71:1,8,9,
12,15,17,
20,22,23,
25 77:19
82:2,5
84:4
85:4,20,
22 86:14,
19 87:10,
11 90:16,
18,19
91:5
94:18
103:23
104:8,22
105:3,15
126:15
128:15
133:10,15
134:11,21
135:11,23
137:13
142:9,11
143:1,6
147:20
164:7,8,
11 180:9,
10 183:8,
9,21
184:6
242:10
244:2

260:18
262:15
266:24
268:18
272:22
276:6
277:22
278:2
296:10
307:15
316:24
334:15
336:15
351:25
358:10
362:18
363:13
365:1,4
379:10
383:21

**big**
34:12
107:19
135:12
338:2
354:18
360:15,19

**billed**
251:19

**biography**
40:9,21
43:22

**BIP**
22:16
98:7
197:7
399:8

**bit**
65:23
92:17
105:24
131:22
133:10
144:19,20

157:13
161:3
166:17
236:22
272:15
276:24
278:7
313:4
327:10,16
371:7
401:2
402:4

**bitties**
347:18

**blank**
125:4
347:5

**blend**
199:16

**bless**
362:9

**blocked**
149:14

**board**
138:17
205:23
368:19
374:10,
16,18,24
375:3,7,
10,16
376:3
377:24

**bottom**
72:18
91:25
100:2
103:3
108:14
122:4
123:21
131:22,23
132:2,3
141:25

146:11
148:5
157:14
165:6
176:20,24
186:3
217:11
220:11
224:6
254:10
261:21
264:16
269:8
316:21
334:21
341:8
343:23
366:2
377:7
385:7
388:22

**box**
146:11
200:17
209:16
213:17

**Braddock**
16:17,19
375:5

**brain**
169:16
240:24

**break**
10:24
11:10,14
98:25
99:5
162:25
313:17
319:3
382:14
386:23
400:25

**break-out**

194:5,11

**breakdown**
131:14

**breakdowns**
196:14

**breakfast**
246:5,7
290:7

**bring**
19:25
29:23

**brings**
233:20

**broad**
331:4

**brochure**
254:20,22
256:1,13
257:13

**brochures**
256:8

**broke**
101:16
217:3
367:2

**broken**
180:21

**Brooke**
7:3 8:3,
13 9:1
311:23,24
377:2

**brought**
109:15
232:13
253:4
327:12

**Brown**
84:6

**budget**



180:3,7,
15

budgeting
383:10

building
50:19
71:5
143:17
233:20
281:6
339:24

buildings
61:1
71:15,21

builds
277:17

bulk
192:1
384:3

bullet
378:19

bunch
179:25

Burke
28:15
42:12,13,
23 45:1
47:7,17,
21 48:5,
12,22
49:1,4,14
50:11,22
59:21
60:13
62:14,15
76:14,15,
21,23
77:12,18
80:4,7
81:14
82:2,8,
21,24
83:2,5

95:3,4
124:2
125:17
130:15
132:4
133:5,12
135:24
136:24
137:3
139:3,11
140:21
143:12
144:9
173:11,16
221:21
244:22
245:1
256:4
259:4
262:25
263:17,24
264:11,
13,16
265:6
267:23,24
268:9
271:3
280:16,
23,25
281:1,7,
23,25
284:24
285:1,9
286:8,13
287:5
288:3,8,
12 289:6,
7,8,17
290:4,24,
25 291:2,
13,18,19
292:10
293:23
294:19,24
295:12,
17,21
296:6,18

297:12
319:18
320:14
330:5,6
332:2,21
333:25
337:9,18
346:12,
13,17
349:22
351:19
356:9
358:16
362:19,22
363:20
385:25
397:8,9,
13

burning
382:11

bus
135:2
136:3,5,
9,12,16
145:20
286:5,8,
20,21
290:3
302:4,9,
16,17,19
402:4,8

buses
137:13,14
285:19,20
402:6

busy
51:25

_____

C

_____

C-O-L-E
9:1

cabins
65:15

cafeteria
143:17
246:5,6
282:5,7
298:23
299:3
309:10
317:18

calendar
30:25
294:21

call
33:24
34:2,4
52:4,5
78:11
83:24
84:11
96:24
98:9
120:4,5
223:4
326:22
327:13
335:17,
19,22,24
348:7
352:1
372:24
382:9

called
8:4 84:14
93:21
118:21
212:20
261:24
278:25
280:5
324:21
349:4

calls
26:14
96:13
213:3
248:23

CALM
324:21,22

CALM/PMAB
324:23

camp
64:7
65:6,7,
13,14,15,
19

camps
64:8

campus
28:15
31:6
42:12,13,
23 45:1
47:7,17,
21 48:6,
12,22
49:1,13,
14 50:9,
18,22,23
51:15
53:9
59:21
60:13
62:13
76:21,23
77:12
80:4,7
81:14
82:2,8
83:5,13
95:3,4
124:2
125:18
130:15
132:4
133:5,12
135:24
136:24
137:3
139:3,11
143:12
144:16



145:12
173:11
221:21
244:22
245:2,25
259:4
263:24
264:12,
13,16
271:3
280:17,23
281:7,23
282:1
284:24
285:1,9
286:8,13
288:8
289:6,7,
8,17
290:4
291:2,13,
18,19
292:10
293:24
294:19,24
295:17,21
296:6
297:17
298:8,12
319:18
320:14
332:2,21
333:25
336:19,20
337:9,18
349:22
351:20
355:17,
18,22
356:9
357:17
358:9,10,
12,14,16,
17,21
359:5,16
360:10
362:19

363:20
364:1

candid
147:14

canoeing
65:16

Canon
13:4,8
58:3,4

capacity
210:12
221:19,22
222:3,6,
10

capture
9:20

captured
40:5,6
107:21
342:19

card
364:9

cards
346:9

care
39:15
115:2,6
265:23
266:1
267:10

career
229:5

careful
147:5

carpool
286:1

Carrie
375:6

carrying
327:15

case
8:14
35:16
62:8
163:6
312:4

caseload
167:25
235:6,7,8

cases
62:18
240:8
312:5

Cassady
19:12
25:8,23
26:6 27:3
30:11
58:2 84:5

catch
69:13,24
223:7

categories
116:20
118:5,11
170:13,16
177:20
190:4
191:6

category
141:20
161:24
177:9,11
178:7
369:5

Catherine
84:6

causing
161:11

CBI
287:14,17
295:18
296:15

CBIV
287:17

CBVI
287:14
296:15

Cedarwood
17:8,9

celebration
s
143:19

center
21:12
76:14
81:10,16
82:5,11
83:13
86:21
87:13
88:1
93:17,21
94:5
108:24
133:24
134:12,15
158:14
159:17
246:3
250:24
263:18
264:19
267:23
268:1
274:14
287:13,22
290:24,25
291:2
298:21
299:3,12
300:8,23
301:5,16,
24 302:4,
11,23
303:12
304:8,10,
20 305:2

306:7,10,
17 307:8
314:18
319:19
320:10,13
332:3
346:12
349:21
351:20
363:21

center-
based
207:24

center/
school-
based
93:17

centers
21:10,12
60:12
93:15
173:18
181:17
212:19
248:7,10,
11,16,20
258:13
260:9,11
262:24
369:19

certificate
12:15
184:11,13

certificati
on
53:25
54:3,6
57:11
184:5
185:13
186:7
283:2
323:8



certificati
ons
    24:3
    183:22
    184:2,3

certified
    179:3,23
    184:4
    282:24

challenge
    353:7

challenges
    335:11
    351:14,23
    352:22

change
    35:18
    42:11
    67:4
    74:22
    78:10
    83:7
    95:22
    98:4
    154:1
    186:19,24
    231:6
    232:13
    240:9
    276:5
    277:22
    333:5
    381:8
    382:5

changed
    43:2
    67:15
    74:25
    75:4
    107:12
    177:13
    186:16,
    19,22
    261:23

262:14
267:12
276:6
278:13
293:19
320:16
324:6,20,
21

changing
    115:9
    272:10
    393:11,14

characteris
tic
    120:25

characteris
tics
    66:19,21,
    23 67:24
    105:1,7
    106:21
    121:9
    131:18
    244:15

charge
    58:22

chart
    103:4
    132:3
    134:18
    193:7,15
    194:22,25
    195:3,5
    201:17
    202:22
    207:14
    213:16
    219:16,
    20,25
    220:21
    231:13
    267:19
    268:17
    304:3

376:10

charter
    212:23
    213:1,4

charts
    131:23
    133:1

chatting
    165:24

check
    164:10
    213:17
    233:22
    275:8
    382:21
    386:11

check-in
    264:25

check-in/
check-out
    96:18
    233:25
    248:1

check-out
    265:1

checklist
    214:3
    368:5,9,
    15

checks
    24:21
    385:24

Chevrier
    7:12
    127:17
    216:7

child
    128:4
    248:1
    255:13
    257:11
    335:24

347:2
359:4

child/
adolescent
    257:10

Children
    41:21
    155:19

chill
    284:6

choice
    251:17

choose
    78:21

chooses
    31:15

circles
    360:17

circumstanc
e
    161:8

circumstanc
es
    321:17

City
    261:24

civil
    8:20 57:7
    58:9

claim
    152:21

claims
    152:21,22

Claire
    7:12
    100:12,15
    101:11
    131:21
    138:24
    139:9

144:18
146:12,19
216:2
217:5
218:2
219:22

clarificati
on
    18:22
    52:24
    168:21
    217:15
    262:4
    272:13
    308:3

clarifying
    27:1

clarity
    191:2

class
    54:15
    63:1 75:3
    76:7,9,12
    78:14
    79:2,16,
    17,18
    87:4
    89:14
    101:2
    102:14
    126:4
    130:17
    149:10,
    24,25
    150:2,3,
    18 151:15
    153:25
    155:4,23,
    25 156:2,
    4,6,7,8,
    19 173:10
    186:9
    212:1,2
    226:19
    232:24



235:6
247:10
250:12,19
283:8,10
284:8
289:20,22
291:6
294:10
300:5
311:12
312:13,17
313:7
314:24
315:6
348:9
356:22
382:9

**classes**
28:9
45:11
59:22
60:11
75:4
76:10,15,
23,24
78:18
79:24
86:25
87:2
94:16
134:9
139:10
144:24
150:6
154:3
156:14,18
228:16
244:11,12
250:23
283:9,15,
19  284:22
289:16,
17,25
299:18
300:1,9
302:13

303:9
308:16
312:15
313:3,13,
14
315:15,18
346:21
355:1
356:10,11
357:4
382:10
396:25
397:5
399:2,7,
10,12

**classify**
81:10

**classroom**
46:9
52:15
54:12
59:24,25
73:20
85:23
87:4,24
88:20,25
89:15,21
90:25
91:1
96:16
97:19
113:8,11
124:5,13
125:13,17
127:13,18
130:21
131:8,13
137:23
139:7
148:7,16
196:14
206:8
207:23
248:22
260:12
261:13

277:8
282:10,16
285:7
290:13
298:12
309:9
310:10,13
311:7
327:3
397:14

**classrooms**
45:23
53:11,12
60:25
75:13,15
80:12
83:10,11,
15  85:10
87:9
88:17,21
94:9
104:20,23
105:4,16
108:20
110:6
124:9
125:18
126:2,5
131:4
134:5
140:22
142:12,25
143:4
144:21
147:20
154:12
221:22
257:3,4
260:16
282:19
298:16
304:17
310:7,18
314:17
318:20
332:8

346:14
357:22
397:13,
16,22

**clean**
60:22

**clear**
189:7,11,
15,17,18,
19,21,22
196:3

**clerk**
357:16

**Cleveland**
25:12
26:8,11,
19  33:7
108:9,18
110:23
111:3,9,
12
114:15,25
115:24
116:5,6,
14,22
117:9,23
118:9
121:13
161:4
162:7
165:21
192:22
224:5,22
225:21,24
230:11
279:5
365:25
366:7
369:22
375:16
388:21

**Cleveland's**
120:15

**climate**

32:19

**clinical**
163:15
257:14

**clipped**
243:1

**close**
29:7 32:3
76:5
82:17
83:24
84:20
95:12
133:25
176:12
196:17
263:9,13
281:19
282:19
353:5
370:13
392:24

**closed**
75:2,8,10
76:12
78:7
88:12
92:20,22
93:16
94:8,15
176:11
280:17
363:7
382:9,10

**closely**
293:18
394:2

**closer**
91:10
97:11
100:18
112:25
134:2



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: closing..compilation

closing
    55:17
    321:4

closures
    84:16
    94:10
    95:7

cloud
    349:8,11,
    13,14

club
    315:10

cluster
    113:9

co-teach
    241:14,16

coach
    144:8
    197:9
    234:23
    284:5
    292:20
    347:12

coaches
    173:9,13,
    20,24
    183:19
    349:17

coaching
    196:21
    198:2
    199:14
    200:3

codes
    220:13

coding
    36:7

cognitively
    106:18,20

Cole
    7:3 8:3,

10,13 9:1
10:23
12:15
16:8 20:7
22:22
24:5 40:7
57:10,14
64:1
72:17
73:2,18
91:24
99:17
100:7,10,
14 108:11
114:13
115:19
116:1
122:5
130:6
139:21
165:4,8
172:15
174:11,17
185:22
186:6
190:8
208:7
216:18
217:22
224:8
226:11
240:20
246:16
254:6,12
263:16
269:1,10
271:5
272:14
311:23,24
317:2
319:14
366:3
370:21
385:9
387:8
388:20
400:5,14

403:8

collaborate
    399:9

collaboration
    189:4
    274:6

collaborative
    29:22
    95:14
    188:24
    189:1
    222:9,24
    223:4

collaboratively
    92:24
    356:25
    397:17

collect
    317:21
    318:8
    395:24

collected
    236:6

collecting
    346:3
    355:1

collection
    340:9

collects
    364:8,15

college
    22:25
    23:2,3
    64:6 65:6
    68:9

color
    75:22

Columbus

23:13,15,
16,25

column
    124:14,19
    125:11
    126:8
    127:6
    128:23
    129:8
    139:17
    146:16
    148:1
    209:17
    211:13
    220:10
    265:13,
    14,18

columns
    139:13

combination
    144:23

combined
    200:3

comfortable
    313:19

comma
    158:5

committee
    110:13
    394:15,25
    395:1

committees
    32:15,21,
    23 33:1,3

common
    143:16
    253:18
    335:24

commonly
    12:21

communicate
    33:9 34:5

205:9
212:8
222:8

communicated
    284:14
    398:20
    399:25

communication
    32:4
    63:10
    95:25
    121:2
    236:21
    336:1

communications
    33:23

communities
    29:23
    222:9
    223:4
    234:21

community
    33:4
    188:22
    222:25
    277:18

community-based
    287:14,15

companion
    267:25

company
    280:5
    327:20

compared
    104:9
    142:20
    332:23

compilation



254:8

**complaint**
15:17,19
372:14

**complaints**
136:8
247:23
286:24
372:6,18,
22

**complete**
203:16
204:4
208:22
279:9
323:11
362:15
368:4,24
369:2,17
386:20

**completed**
202:25
207:15
208:17,18
213:18
334:11
335:4,5
336:6
345:18
369:16
380:17,18

**completely**
9:6
11:17,19
105:18
129:21
398:18

**completeness**
334:25

**completing**
337:23
343:9
345:14

**compliance**
28:6,13,
14 42:20
43:4
51:23
170:17

**component**
121:11,18
327:7,8

**components**
188:24

**comprehensive**
365:12

**comprises**
401:3

**computer**
100:18
263:5
317:18
348:3
400:17

**concern**
229:15

**concerned**
112:20

**concerns**
111:10
112:12
118:4,9,
17 191:11
335:16

**concluded**
403:13

**concludes**
403:10

**Condition**
362:6
363:3,7

**conditioning**

62:19

**conditions**
21:22

**conduct**
227:1

**conference**
30:16
35:3
366:20

**conferences**
34:24,25

**confirm**
20:16
42:9
213:15

**confirmed**
123:23

**conflict**
253:17

**confused**
189:25

**confusing**
190:22

**confusion**
205:21

**conjunction**
296:3

**connected**
16:4
86:21
298:9

**connection**
12:18
14:21
381:23

**connections**
311:12

**conquer**
42:5

**consequence**
393:24
394:1

**consequences**
215:20
394:11

**consideration**
98:4,5
191:24,25
225:1

**considered**
71:12
72:3
202:6
209:18
215:6
221:15
236:17
273:6
278:11

**consistent**
119:3
215:23

**consistently**
161:14

**constant**
32:4
95:25

**constantly**
62:4,8
133:24
312:14
333:10

**consult**
39:19
220:19
375:17,18

**consultation**
97:18

98:3
192:1
195:9,15,
16,18,19
196:2,
13,15,21,
22
197:12,
17,19,22
199:6,12,
21 200:2,
17,18
201:1
205:14
219:13
220:3
376:9

**Consultation'**
200:20

**consultative**
96:5,24
148:12
149:2,16
150:9,17
153:5
154:14
196:16
205:16
233:25
234:3

**consulting**
198:18

**contact**
30:2
269:25
270:7
336:22
355:25

**contacts**
355:25

**contained**
93:23



351:3

**content**
36:16
183:10
290:21,23
299:19
300:6,9
303:5
364:22

**content-based**
300:13

**contention**
401:20

**context**
365:14

**continual**
113:24

**continually**
56:10

**continue**
76:11
77:25
207:22
226:20,21
240:2
397:1
400:24
401:1

**continued**
294:10

**continues**
118:3

**continuous**
56:14

**continuously**
56:12
390:16

**continuum**
68:5

104:15,
18,21,23
133:20
142:12,25
225:8
241:4,12
242:1,11

**contract**
160:13
163:23
164:4
251:14
257:19
278:17
279:7,8
280:7,12

**contracted**
251:10
272:24
401:22

**control**
100:11,13

**convene**
110:16
245:10

**conversation**
9:4 17:3
63:19
118:13
147:12
161:19,20
162:12,
14,16
192:2
205:3
211:5
229:16
230:3,4,7
235:12
242:16
329:7
350:15
375:23

398:7

**conversations**
61:3
63:7,14
111:19
112:2
113:22,25
119:4
162:4
191:1
210:22
278:3
308:20
394:20
396:22

**cool-down**
320:21,25

**coordinate**
233:4

**coordinates**
402:8

**coordinator**
28:6,8,
13,21
42:12,22
43:4,8
44:7,9
45:8,15
46:4,25
47:4,6,
14,17,21
48:5,12,
21,23,24,
25 49:7,
13,22,24
50:1
51:24
64:17,20
203:1,5
204:15
208:15
235:13
257:14

294:22
328:15,18
329:8
335:2
339:21,22
356:14
357:6

**coordinators**
18:16,25
19:2
27:8,10,
11,12,13,
20,22
28:16,24
29:2,8
32:6
47:18
59:4
102:7
166:5
169:6,23
170:17,18
172:25
177:18
183:3
197:4
230:5
238:6,12
324:11
329:5
349:18
351:6
380:22
401:5

**copacetically**
253:20

**copied**
115:24
366:7

**copy**
192:23
380:10

**core**
183:10
232:4
355:25

**Cork**
58:4

**correct**
16:9
20:21,25
21:4,10,
13,14,17,
18,24,25
22:2,3,5,
6,8,9,11,
12,14,15,
17,18,20,
21 25:21
26:5,10
27:9
33:10,11
40:20
42:24
44:6
47:19
49:12,15
56:9
59:14,15
71:18
73:23
74:6,10,
15,18
75:9,11,
24 76:3,
22 78:9
79:10
82:18
89:7 92:6
96:21,23
98:14,19
102:22
103:3,12,
17,18,21,
24 104:1,
24 106:9
107:9
110:8



112:22
113:16,18
120:1,14
125:6
128:9,21
131:6
132:2,7,
13 133:16
134:19
139:2,9
142:1,24
143:2,3
144:20
147:19
149:22
150:5,7,
19 154:9,
11,19
156:12,22
160:25
161:6,7
165:22
166:20
168:1,2,
24 169:2
174:21
181:14
186:11
195:5,11,
24 196:22
204:13
210:17,18
218:8
224:15
231:2
244:4,13
248:6,14,
15,17
254:19
256:2,6,
23,25
259:17
263:19
264:14,
17,20
265:13
267:11

268:10
270:13,
17,21,22
271:4
273:15
276:19
279:4,13,
25
280:11,18
284:2
285:6,8
286:6
289:17
292:11
295:18
296:4,17
298:8
299:1,10
300:11
302:24
308:6,7
310:2,19
313:11
315:3,7,
16 316:25
317:23
318:11,
12,18
319:19,20
320:15
322:13,16
323:21
324:15
325:15,22
326:18
328:22,25
329:3
331:5
332:22
333:15,16
335:21
337:10,15
339:12
341:9,16,
17
342:11,
12,17,18

343:4
344:7,8,
16,17
345:2,3,
4,15
346:1
350:3,21
354:15
358:19
363:2,5
364:24
365:3,5,
11
366:23,25
367:16,19
369:13,
20,23
370:19
374:17
377:10
378:1,3,
10,11,24
379:16,
19,25
380:3,14
381:16
382:2
384:9
385:17,20
387:12
389:5,6,
13,21
392:6,9
393:8,10
395:7,8,
12 396:8,
13 399:15
402:3,6,
12

**correctly**
113:13
156:3
181:6
335:4,5

**Council**
35:1

**counsel**
7:6
10:14,19
19:21

**counseling**
274:10,
13,24
275:17
276:14

**counselor**
65:7

**counselors**
272:25
357:9
359:3

**count**
148:6
150:21
151:14,21

**counted**
148:11,12
150:20
352:7
354:1
363:12

**counties**
21:9
39:5,9
69:5,7
70:7,12
71:15
82:9,14
86:13
104:9,19
112:5
142:2
156:23
205:21
242:5,7
244:14

**counting**
149:11
153:4

**counts**
333:13

**county**
19:11
24:9 25:7
26:4
32:17,19
38:3,6
39:3 40:3
41:19
45:20
48:9
50:21
51:10
57:6,21
70:20
71:1,9,
11,12,15,
18,20,22,
23,24
72:3,4
75:2,4,
10,14,15,
18 77:13,
16,23
78:8,17,
23 79:2,
12,15,18,
24 80:19,
21 82:3,6
83:25
84:4,5
86:18
88:14,17
89:4,8,9,
12,18,24,
25 90:9,
16,18,19
91:5
94:11,17
95:15,21
103:6,14,
23,25
104:2,8,
22 105:4,
15 120:9



| | | | |
|---|---|---|---|
| 126:13,14 | county's | 341:2 | 317:15 | 248:14 |
| 128:12,15 | 71:8 | 365:19 | 318:15 | 250:1 |
| 133:10,15 | 104:15 | 384:25 | 359:15 | 277:8 |
| 134:11, | 164:11 | 388:15 | | 326:19, |

126:13,14
128:12,15
133:10,15
134:11,
19,21,22
135:5,11,
12,17
137:13,14
142:9,11
143:1
146:9
147:21
152:21
154:11
155:24,25
156:16
164:8
166:9
171:16
173:10
180:9,10
183:8,9,
12,13,21
186:7
222:12
242:6,10
244:3,4,
19 262:16
266:24
277:22
286:9,12
307:15,19
316:24
317:15,16
318:13,15
325:6
334:15
336:15
358:10
359:7
362:18
363:13
365:2,4
379:10
383:19,21
402:2,11

county's
71:8
104:15
164:11

couple
33:18
39:14
160:4
213:3
231:9
233:16
261:5
271:21
272:22
296:12,
19,20
374:10
391:25
392:1

courses
302:24

court
7:14,25
8:15
9:10,11,
13,18,20
12:11,16
14:21
18:22
39:23
56:25
72:13
91:19
99:19
108:3
115:15
121:21
164:24
174:7
185:17
223:25
243:21
262:4
308:3
316:16

341:2
365:19
384:25
388:15

cover
39:4,5
375:25

covered
383:13

covering
386:2

COVID
160:6
198:24
239:15
266:6
275:11
276:10
282:13
344:12

CPI
178:24
179:2

Craft
102:4
147:6
170:21

Crawford
21:8 69:4
71:11,24
75:2,10
78:7 80:2
83:25
84:5
89:24,25
90:8
103:25
134:19,21
135:16
154:11
183:12,13
186:7
244:3
307:18

317:15
318:15
359:15

create
100:22
102:6
104:21
261:1
317:4

created
98:2,13
100:23
102:1,3
173:10
176:8
181:2
194:14
261:3
268:7
271:1
317:6,11
318:6,7
350:11
371:7,9

creates
101:21
218:25
377:16

creating
193:23
214:7
348:3

creation
218:23

credit
303:19

credits
300:4

crisis
87:17
169:20
170:5
247:16

248:14
250:1
277:8
326:19,
22,24
327:4,8,
10,14,18,
25

criteria
161:17
206:3
230:13,
15,17
231:1,3,
18 232:4,
16 259:8,
9,20,25
271:15,
18,19
350:6,13
391:6,7,
22

culture
172:9
233:10

curious
301:20
344:12

current
125:16
130:25
169:4
252:4
261:6,7,
15,16
265:7
268:11
318:17
386:19

curriculum
55:15,16
106:2,17
182:19,20
249:6,25



322:22
323:5
324:19
325:6
334:15

custodian
383:20

custodians
169:17
170:5
324:1,2,
13

cut
98:22
136:18
331:22

cutoff
392:11,14

cycle
346:9

———————
D
———————

daily
83:7
101:5
346:5,8,
11 348:6
353:17

dance
265:14,16
266:3
267:13
283:25

dances
296:18
306:6,11
307:2,13

danger
343:16

data
102:5,9

116:7,14
117:10,23
123:23
152:20
170:22
227:18
232:5
234:22
235:1
236:5,7,8
239:1
259:13
272:4
304:3
313:8
317:21
318:7
328:19,24
329:20,22
330:10,20
331:3,6
333:3,22
336:24
340:8
342:19
343:1
346:3,7,
10 349:7
352:15,20
355:1,4
357:16
360:10,18
361:15,
19,20
371:10,18
381:17,19
391:17

database
355:6
358:21
359:12,
19,20

date
7:1 31:2
40:18
58:14

102:23
122:1
128:24
233:16
360:14

dated
108:9
115:23
165:5
186:2
365:24

dates
390:15

day
55:7
60:23
77:3,5,
12,25
78:1,3
102:18
128:8,20
136:17
145:13
149:10
151:23
154:1
159:2
232:25
244:24,25
245:3
246:2
250:6,22
285:3
286:14
290:14
292:12
303:2,7
304:5
305:22
308:10
310:21
311:7
326:4,5,
8,10
347:5,16

352:1,8
354:17
379:9
400:23

days
15:10
59:19
145:4
233:16
326:6,7,9
352:2
354:18,19
360:13

de-escalate
326:25

de-
escalated
345:2,6

de-
escalation
55:16
250:1
289:9
301:24
322:11

dead
240:24

dealing
32:8
38:19

deals
170:21

Debbie
46:16

decide
123:22
131:8
197:21
207:22
212:20
331:17

decided

234:2
259:25

decides
224:12
251:24

decision
91:10
95:12
110:7,10,
11,17,20
134:13,16
136:21
154:7
157:6,25
160:10
212:6
215:19

decisions
176:8
261:23

decrease
97:21
107:13,16
329:23
398:2

decreased
97:4,5,16
98:20
172:21,
22,23,24,
25 331:7,
8,13

decreasing
97:3
329:24
331:24
396:12

dedicated
282:21

deeper
105:25

defendant
20:11



deficits
225:8

define
68:7
73:24

defined
128:10

definition
81:11

definitions
20:15
189:18

degree
55:11
114:12
202:10
248:21

degrees
40:19

delay
277:11

delayed
106:18,20
129:22
130:3,4

delays
276:24

delegated
29:6

deliver
182:14
183:16

Delivery
182:8
274:6

demonstrate
391:5

Demuth
269:6,12,
20

270:13,17

deny
120:18

department
8:19
13:23
14:3,16
15:22
19:9
20:21
36:4,15,
17 37:2,
14 41:19,
20 47:2
57:7
59:13
60:6
61:4,10,
15,25
63:2
69:17
73:9,10
98:9,13
100:25
109:25
141:6
153:10
157:7
165:17
174:25
179:1
180:13
187:18
188:18,19
260:1,2
269:14,15
317:11,
22,24
318:3,4
375:21

departments
402:9,10

dependent
233:1

depending
95:5
183:2
316:12
380:20

depends
38:25
39:4
77:6,10,
13 78:4
91:9
96:13
113:7
131:17
135:1,12,
16 136:2
137:14
145:7,10
150:11
154:24
155:12
183:6
184:19,21
197:3,7
203:15
211:25
242:1
264:22,
23,25
286:9,12
300:5
304:14
308:13
309:22,23
339:1
347:17
356:1,4
372:24

deposed
16:17,18,
23 18:12
19:3,12
20:7

deposition
7:3 8:13,

22 12:18
16:12,15
18:6,10
19:9
99:12
216:13
319:10
387:3
403:11,13

depth
327:11

derived
121:5

describe
29:20
30:13
34:8
59:18
60:8
66:10,16
68:18
70:25
81:15
83:20
105:6
254:23
285:17

designated
198:5
284:9
285:5
289:9

designee
202:9

desire
190:16

desperate
165:25
167:18
168:3

detector
286:2
309:5

detectors
285:9
300:22
317:17

determination
202:6
235:24

determine
213:18
234:13,16
314:23
357:10

determined
133:18
138:8
153:16

determines
163:3
179:20
235:11

develop
97:20

developed
264:1
265:15

development
32:10
71:8
72:8,9
88:6
206:7
376:1
399:21

developmentally
129:21
130:3,4

diagnostician
168:7

dictates



155:13

**difference**
56:4
180:24
198:20

**differentia**
**ted**
262:6

**differentia**
**ting**
262:2

**difficult**
398:11

**digits**
182:2
341:19

**dilapidated**
50:19
62:12

**diligence**
336:11

**diploma**
106:4,8

**dir**
203:1

**direct**
25:8  96:6
150:11
151:6
155:9
195:21
196:21
199:6,21
200:4
206:7
383:20

**direct-**
377:21

**direction**
134:23
212:5

**directions**
281:8

**directly**
96:10
163:16
188:5

**director**
13:22
14:7,8,9,
11,14,25
16:17
18:20
24:11,15
25:4
28:1,2
31:18
32:16
34:16
35:11
36:1
37:8,9,24
44:11,16,
19  45:4,7
47:9
49:21
50:10
65:23
68:2
70:10
84:4,7
95:16
97:1,9
109:3
112:24
146:5
152:10,17
161:22
166:5,6,
11
192:10,13
197:12
202:8
203:1,14
204:16
205:10
208:15

214:8
228:23
229:3
230:14
261:5
314:10,12
328:6
365:10
367:8
370:13
373:15,19
375:8
377:10,14
378:5,10
393:4

**directors**
26:20
31:13
33:16
38:2
61:12
68:14
111:18,
19,21,22,
24  112:3,
11  113:21
114:1
187:17
189:6
191:12,
13,22
194:5,6
205:19
222:10
223:3,5,
14  230:5,
8,22
366:15
367:6,13
381:3
394:12
396:23
398:3

**directors'**
374:11

**disabilitie**
**s**
21:24
236:17
305:17

**disability**
13:16
118:5,10
120:25
158:1
236:19

**disabled**
116:10,12

**disaggregat**
**e**
371:16,18

**disaggregat**
**ed**
103:5,14
124:5
139:6

**disagreed**
206:13

**disciplinar**
**y**
153:22
259:16

**discipline**
32:7,8
38:5  50:2
154:5
259:12
272:3,4

**discuss**
118:5
119:10,13
203:2
205:1
230:17
352:3

**discussed**
36:1  69:3
204:12,18

230:13
234:4
236:4
331:16
374:15
378:25
381:3
391:16
394:12

**discussing**
231:20

**discussion**
203:23
204:15
232:6
382:17
402:15

**discussions**
63:11

**dismissal**
137:10

**disorder**
105:1
106:21
121:9
122:25
236:25

**disorders**
21:21
22:2
66:19,22
105:8
185:6
190:4,7

**disregardin**
**g**
215:21

**distance**
77:11

**distinguish**
**ed**
254:9
258:25



259:5,9,
15 260:5
268:24
270:15,
19,24
271:1,25

**district**
8:15,16
19:11
22:5 24:9
32:18
57:6
70:12
71:2 85:2
90:14
179:13
241:21
261:23
295:24,25
296:3
397:19

**District's**
40:3

**districts**
69:10
85:17,19
87:9
109:22
113:8
120:12
132:4
135:18
223:6
260:20
286:19
359:6
398:21
399:6

**dive**
105:24
195:13

**Divide**
42:5

**Division**

8:20 57:7

**Dixie**
102:3
146:25
147:4,13,
15 317:7
318:7
329:10

**document**
12:12
39:24
41:12
57:1
58:6,14
72:14,18,
19,22
73:2,18
79:6
91:20,25
92:1,4,7
99:18
100:1,4,
7,11,21,
22 101:9,
20 102:2,
6,8,12,22
108:4,8
121:22
164:25
165:6
174:8,15,
17 180:25
181:24
185:18
186:3
188:2,8,
11,14
192:18,25
193:10,24
194:21
202:17
214:1
217:4,8,
23 218:8,
24 220:8
223:24

224:1
242:18
244:1
254:14
258:24
262:8
264:15
267:25
316:22
317:2
334:22
341:3,9,
11 365:19
369:12
372:1
376:9
385:1
388:16

**documentati
on**
15:5
30:22
204:25
322:2

**documented**
341:22

**documents**
17:21
19:20,21,
22,25
20:2
57:12,14
58:7
72:23
98:12
102:9
193:12
194:14
196:13
254:7,8
381:6
390:9
395:18

**DOE**
13:24

14:2
26:14
109:16
141:4
180:12
266:23
374:5
401:8,22

**Donnelly**
84:5

**door**
137:12
285:25
286:3

**doors**
321:7,10

**doubt**
165:12

**Doug**
18:24
28:13
42:17

**drama**
289:4
315:10

**drawn**
248:24

**drive**
77:17
135:1
339:8

**driving**
56:15,16
91:12

**drop**
223:23
363:24
364:4

**dropout**
363:13

**dropouts**

363:9,11

**dropped**
201:18
294:13

**dropping**
363:20

**due**
262:15
275:11
336:11
353:22
372:18,22

**duly**
8:4

**duration**
206:4
338:11
340:15

**duties**
44:5
47:10
51:2,8,
14,17
52:5,17
192:12
197:6
320:3
368:5,8

___

**E**

___

**e-mail**
16:1
33:23
34:3
57:5,8,18
108:9,11,
13,22
111:3
115:21,23
116:1,3,5
119:21
165:3,5,



8,14
166:18
167:16
185:21
186:2,4
192:22
224:5,8
226:2
235:13
269:5,7,
10 271:2,
6 335:25
365:23,24
366:3,5,6
368:20,21
376:18
380:6
385:6,9,
15 402:15

e-mailed
13:1,3

e-mails
296:11

earlier
25:22
27:8
29:4,14
33:6
35:10
37:16
59:12
69:3
83:23
107:6
131:3
133:9
137:2,20
142:24
149:19
154:20
156:20
161:3
165:16
196:13
204:12

234:4
235:19
244:2
248:3
265:24
277:24
278:7
280:16
289:16
314:6
319:17
320:17
323:18
331:23
337:8
343:19
350:5
363:1
369:12
373:15
376:8
379:3
380:13
381:25
384:6
387:8
396:11

earliest
108:13,22
116:3
366:5

early
55:16
109:2,15
320:8

earn
259:8

earned
347:13,23

easier
273:20

easy
171:25
172:3,7

eat
282:7,10,
19 309:9

eating
282:15
290:6

EBD
22:1
66:21,23
67:23,24
104:20
129:11
130:16
140:4,13,
16,22
143:1
244:15

ed
14:3,18
19:9
20:21
31:13
34:16
36:15,17
37:3 47:2
61:10,15
68:14
73:10
84:3,6
95:16
96:3
98:9,13
106:2,4
109:25
111:21,24
112:10
146:5
153:9,25
157:7
161:22
180:13
191:12
202:8
206:5
222:9

223:3
230:5
246:19,21
258:9
259:24
271:7
272:19
299:4,13
302:9,17
366:15
367:13
396:23
397:1
398:3

Edgenuity
303:16,
19,23
304:4

Edmondson
7:23

educating
205:18

education
15:23
21:17,19
22:5,8,
11,14
23:10
35:2 36:4
37:14,15
56:19,21
73:9 95:2
106:7
112:3,11
113:17
137:22
141:7
142:21
143:5
153:25
165:17
174:25
179:1
187:18
188:18,20

196:9
204:1,16
205:10,19
208:15
223:5,13
224:19
225:9
241:8,11,
13,16
246:25
260:1,2
269:14,15
281:3,6
283:9
317:24
318:3,4
367:5
375:21

educational
8:20
12:20
20:24
23:12,15
35:7 44:3
52:9,20,
21 53:2
182:25
188:9
229:5
255:2
276:9

effectivene
ss
67:22

effort
58:22

eighth
24:15
129:8
274:2
290:20
360:2

ELA
128:2



elaborate
  31:25
  167:20
  172:5
  215:7
  221:20
  224:16
  299:17

Elam
  7:10 21:6
  24:13
  31:18
  40:4,24
  43:23
  47:1
  52:10
  53:4,19
  54:24
  57:8
  58:13
  64:7,11
  68:25
  69:9
  70:6,11,
  20 72:24
  73:22
  74:19
  75:25
  92:8,14,
  25 97:1
  103:4,13,
  19 123:21
  124:2,9
  139:3
  147:20
  156:14
  157:14,19
  163:4,25
  166:10
  170:14
  174:11
  181:7,16
  183:20,25
  184:25
  194:24
  196:24

  201:11
  211:24
  214:13
  215:2
  226:12
  232:20
  233:3,22
  242:8,11
  247:3
  248:19
  252:1,18
  255:6
  257:19
  258:5
  260:10,23
  262:19,24
  266:13
  267:22
  270:14,18
  274:13
  276:15
  294:19
  295:1
  311:20,22
  312:11
  314:11,14
  316:23
  319:24
  321:17,22
  324:18
  328:12
  331:24
  341:7,13,
  23 342:2
  346:2
  348:13
  352:13
  363:6,11,
  12,24
  366:24
  383:25
  384:13
  385:18
  389:4
  396:18
  399:13,16

Elam-09-20-
21-0005
  72:18

Elam-09-20-
21-003
  91:25

Elam-09-20-
21-0100
  100:3
  103:3

Elam-09-20-
21-0223
  254:11

Elam-10-01-
21-
supplement-
1260
  217:12

Elam-10-01-
21-
supplement-
3414
  316:22

Elam-18-822
  174:15

Elam-3-18-
22-
supplement-
3415
  341:9

Elam-3-18-
22-
supplement-
3467
  174:16

Elam-3-18-
22-
supplement-
3487
  176:21

Elam-3-18-
22-
supplement-
3492
  388:23

Elberta
  93:21

elective
  300:10

elective-
type
  299:25

electives
  287:8,10,
  20 300:13
  317:19

electronic
  100:4
  107:25
  123:10

electronica
lly
  99:18
  217:5
  243:10

elementary
  46:17
  50:22
  75:5,8,16
  76:5
  78:18
  79:1,14
  88:11,22
  93:1,20,
  24 94:13
  156:21
  185:11
  250:21
  280:25
  281:1,4,
  11 286:7,
  21 290:4,
  12 291:2
  313:6

  317:16
  332:11
  399:7,8

elements
  348:6,12

Eleven
  344:5

ELIG
  129:8

eligibility
  66:21
  116:20,
  22,23
  117:19
  123:4
  129:10
  130:15
  140:17
  141:19
  161:24
  190:4
  191:5
  367:3
  369:5

embedded
  172:8
  381:12

emerging
  271:3

emotional
  21:21
  22:2
  66:19,22
  105:1,7
  106:21
  121:4,5,
  8,10,18
  161:10,11
  162:8,18
  185:6
  190:2,3,6
  236:25

employ



267:6
327:4

**employed**
24:6
48:14
183:20

**employee**
262:20
378:2

**employer**
45:19
48:9
51:10

**end**
30:22,24,
25 55:13
65:22
73:25
97:17,21
101:18
118:6
128:24
194:13
286:14
320:1
328:15
338:4
361:9
368:24
391:2

**end-of-year**
272:9

**ended**
56:3
65:23
76:7
217:19
402:19,23

**ending**
229:7
243:3
257:8
321:3

**ends**
129:2
137:5
254:15
264:16
338:12
341:18
344:1

**enforcement**
158:14
159:17

**engaged**
343:15

**enjoin**
59:16
60:5

**enjoyed**
266:17

**enrolled**
103:15
124:2
139:3,4

**enrollment**
68:3
115:25
118:4,10
123:23

**ensure**
227:21
358:22
359:19

**entail**
326:3

**enter**
309:2
336:18
357:3

**entered**
336:24,25
351:4
358:16

**Enterprise**
57:12

**enters**
357:13

**entertain**
120:13

**entire**
28:1,10
39:3
59:16
60:5
229:4
326:10
329:11

**entity**
268:18
336:13

**entrance**
81:22
285:19
309:2

**entrances**
285:11,13
300:25

**environment**
72:2 95:2
119:9,11,
17 142:21
228:10
229:18
231:20
233:9
255:2
276:9
350:20

**equals**
150:4

**equate**
149:23

**equipment**
62:11

**equivalent**
141:14

**ESSA**
186:8,12

**establish**
30:17

**estimate**
206:17
270:10

**eval**
25:17

**evaluate**
25:18,19
26:6
29:1,5
32:6 38:4

**evaluated**
27:3
45:25
50:4

**evaluates**
27:4

**evaluation**
27:5
30:10,14,
19 31:11,
12 72:6
98:7

**evaluations**
167:22,23

**evaluative**
25:18

**evaluator**
170:10,20

**evaluatory**
25:15,17

**event**
122:1
297:13

**evidence**

396:1

**evidentiary**
32:9

**exact**
198:3,13

**EXAMINATION**
8:8
400:12

**examined**
8:6

**exceed**
292:14
354:20

**Excel**
102:12
346:6
372:3

**Excellence**
182:17

**exception**
324:1

**Exceptional**
41:21
155:19

**excited**
211:15

**excuse**
256:5
283:9
383:3

**executive**
374:10,
16,18,24
375:3,7,
10,16
376:2
377:21,
23,24

**exhibit**
12:12,13
39:24,25



57:1,2,15
72:14,15
79:7 81:6
83:20
84:25
91:20,22
99:20,21
107:25
108:1,4,5
112:17
115:15,
16,17,20
121:21,
22,23
123:10,11
164:24,25
165:1
174:8,9
185:18,19
188:3,7
190:1,6
192:19
216:3,4,5
217:4,15,
16 219:24
223:23
224:1,2
242:15
254:3,4
258:24
269:2,3
273:18,22
316:17,19
341:3,4
343:18,20
365:20,21
376:8
385:1,3
388:16,18

exhibited
209:14

exist
65:20
86:8
381:10

existed
79:13

existence
393:3

existing
180:22,24
181:8
272:4

exists
236:8

exit
138:11
230:13,
15,17
231:1,3,
18 232:4,
16 350:5
369:14

exiting
226:13
227:21
228:12
329:15

expand
205:25

expect
16:25
133:1
237:7,8
348:12

expectation
s
192:11

expected
338:24
339:2,6

expenses
383:12

experience
152:11,12

experiencin
g
226:17

explain
27:21
93:18
155:20
210:23
223:12
245:5
258:7
401:18

explained
9:3

explored
278:1

express
112:11

expressed
111:9,10
118:17

extension
58:16,20

extensive
369:15

external
105:9
326:11

externally
105:10

extinguishe
r
62:8,18

extracurric
ular
288:2,4,
6,15,17
314:20
315:6,19
317:19

eye

353:5

eyes
171:19

_____

F
_____

face
35:20
329:10
385:13
386:16,17

facilitate
38:18
255:6
401:24

facilitated
39:16

facilities
157:21
362:5,14
363:3,7
384:19
385:7

facility
273:1
297:19
305:16
384:14
385:19,24

facing
324:17
326:1
344:13

factor
225:16
229:24
364:5

factors
209:5
229:19
236:4

fair
199:20

fairly
82:17

fall
37:25
69:19
154:4
294:20
363:15

falls
68:24
170:10
249:17
297:15
402:12

familiar
58:11
64:4 65:2
188:14,16
193:9
240:20
257:9,22
260:19
272:14
310:12
362:5
364:19
365:6,13,
15

families
63:7,10
188:23
255:1
295:8
307:25
372:6
398:12
399:23

family
91:10
159:11
234:25
240:9



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: fantastic..flow

255:21
306:1

**fantastic**
172:13
242:6

**FAPE**
196:7,8

**fashion**
395:11

**fast**
135:1
218:14
388:13

**FBA**
22:19
97:20
98:7
195:20
196:21
197:7
198:1,18
199:7,14
200:3
209:12
215:9,13

**featured**
309:21

**features**
11:1
190:6

**federal**
66:8
177:21
178:8,9,
11,19
179:19
241:2
325:17

**feedback**
31:10
37:2
110:2
112:19

175:25
176:5
189:12
195:20
208:25
237:1
382:1

**feel**
10:7
109:20
110:19
207:9
210:10,25
212:4
233:10
298:17
398:10,12
399:20

**feeling**
11:22

**fell**
344:11

**felt**
78:23
97:14
110:11
374:14

**fewer**
98:11

**field**
18:20
23:7
65:17
143:20,21
295:17,
21,23
296:2,5,7
305:1,8,
13,24,25

**Fields**
18:21,23
28:20
43:7

**fight**
154:5
237:2
354:18

**fights**
237:1

**file**
57:12
100:5
101:2
102:21
200:6
368:24
369:1,2,
24

**filed**
12:16
372:20

**filings**
14:21
15:13

**fill**
41:24

**filling**
380:24

**fills**
329:4,6

**finances**
71:6

**find**
11:13
77:7
189:15
190:22
243:6
266:11,15
276:1
325:5
340:14
343:21
355:13
371:2

**finding**
96:1

**fine**
10:24
11:11,19
99:7
130:9
150:13
163:1
179:8
243:18
280:22
313:18,20
362:3
382:16
395:19

**finish**
10:3
11:13
216:22

**fire**
62:7,18

**firing**
32:2

**firm**
61:20

**fiscal**
50:21
70:21
72:20
73:22,24
74:4,9,
20,23,25
75:25
92:2,8,
14,18
174:12,
18,20
181:6
242:18
273:17,24
341:6,14
342:2
343:19

344:7,9,
14,25
388:2

**fishing**
65:16

**five-day**
65:14

**five-minute**
99:5

**flag**
140:14,
15,18,19
141:1,3
297:14
327:13

**flagging**
11:7

**flags**
141:4,6

**flip**
57:17
101:11
181:24
219:21,23
220:14

**flipping**
219:24

**flow**
193:7,15
194:22,25
195:3,5
201:17
202:22
207:14
213:16
219:16,
20,25
220:21
231:13
267:19
268:17
376:9



flushed
  42:3
  43:18

flushing
  101:3

focus
  55:9
  56:8,11
  192:24

focused
  117:6
  285:1
  328:20,23

folder
  16:4
  346:7
  348:23,25
  349:1,4,
  9,12,15
  355:6
  388:14

folders
  16:2
  349:21

folks
  7:17
  95:21
  319:4
  323:6
  340:6
  361:15
  376:1
  382:14

follow
  184:6
  215:5
  260:13
  264:2
  265:12
  268:4
  351:24
  380:9,10
  381:13
  385:18

follow-up
  72:25
  111:2
  216:23
  329:21
  331:16

food
  282:3

foot
  88:8

football
  288:23
  297:14
  315:12
  316:1

foreign
  300:10

forgetting
  32:9

forgot
  360:21
  392:12

form
  10:20
  57:11
  66:12
  200:21
  201:3,4,
  8,12,15
  214:14,17
  271:18
  328:14,
  20,23
  329:4,6,9
  334:14
  335:1,3,
  18,20,25
  338:9,21
  351:9,10
  368:12
  371:7,9,
  24

formal

30:19
204:14

formative
  30:18
  261:22

forms
  196:20,25
  334:10,
  13,24
  336:6
  337:24
  340:16
  376:9

formula
  151:11,
  16,17

forward
  55:9
  187:22
  253:20

found
  16:1
  232:15
  263:12

fourth
  55:23
  125:11
  144:14

frame
  245:20,22

framework
  268:23

Franny
  103:8

free
  10:7
  196:9

freely
  81:24
  82:1

frequency

206:4

frequent
  35:14,17

frequently
  33:12
  270:7
  305:3
  335:8,9
  392:16,17
  394:4

Friday
  17:13
  65:14

front
  48:3
  97:17,21
  285:24
  286:2
  291:5
  311:15
  386:2

FTE
  17:2  36:7
  140:14
  141:5,9,
  13  151:13

full
  8:24
  151:23
  157:3
  232:25

full-day
  136:22
  151:7

full-time
  68:10
  141:14
  168:6
  276:20

fully
  11:25
  336:6

fully-
funded
  156:2

functional
  22:20

functioning
  122:2,11
  123:7
  131:10,11

functions
  143:18

fund
  156:16,23
  166:24
  279:24
  280:1

funded
  65:25
  155:24
  156:1,18
  168:22
  177:21
  179:12,16
  181:14,21
  272:23
  280:9

funding
  65:24
  94:13
  141:15,
  17,19
  150:24
  151:11,
  16,17
  152:20,24
  156:25
  175:18
  179:21
  260:6
  278:8
  328:10
  384:4

funds
  66:4



153:10
177:25
278:15
383:2,3

**funneled**
381:7

**furthest**
135:19

**future**
396:18
397:21
399:1

———————

G

**G-CASE**
35:1

**GA00030539**
377:6

**GA00030542**
200:24

**GA00030544**
219:25

**GA00030549**
214:1

**GA00132578**
122:4

**GA00322208**
108:8

**GA00338582**
224:7

**GA00338963**
115:20

**GA00363717**
366:2

**GA00784347**
385:8

**GA00790074**
165:7

**GA00792442**
186:3

**GA03007811**
269:9

**GAA**
28:17
34:19,20
36:5
42:13
53:11
83:3 86:1
87:4 95:8
97:11
98:19
103:16
104:20
105:24
106:10,
15,19
107:7,19,
22
108:10,25
109:7,10
111:3,20
112:24
113:8,10,
13 114:4
118:15,16
119:24
120:22
123:2
126:1
131:13,15
139:4,10
140:7,8,
11,13,17,
22 141:18
142:13,
19,20
143:5,12,
25 144:3,
7,11,23
148:15
161:5,13,
16
162:11,13

197:8,10
204:6,7,
10 207:3,
11 222:12
236:20
283:5
287:18,
19,20,23
289:17,22
291:25
292:1
295:16
296:16
330:6
332:24
333:9,11
339:22
379:1,12,
15,18,21
396:12,17
397:5,22

**Gadoe**
20:20
26:14,16
31:16
33:1,7
39:13
63:14,19
95:17
108:18
122:3
163:8
164:17
166:21
168:12,23
187:10,20
188:12
191:14
194:22
201:9
202:17
214:5
225:24
226:4,9
252:25
268:19

270:8
278:8,19
279:2
280:9,13
292:2,4,6
293:10,16
325:6,12
328:10
336:16
361:2,15
369:12
372:9
378:2
381:1,23
382:18
385:17
388:21
389:4
391:8,10,
17 395:10

**GAEL**
35:4,5

**game**
297:14

**games**
297:11

**garden**
287:11,25

**gates**
185:14

**gather**
238:25

**gathering**
380:19
391:4

**gen**
96:3
106:2,4
112:9
153:9,25
246:19
258:9
272:19

299:4,12
302:9,17
397:1

**general**
21:17,19
60:19
95:2
106:7
113:17
128:16,17
137:22
138:10,15
142:20
143:5
153:25
246:20
247:8
271:7,19
281:3,6
355:25
363:19
366:22

**generally**
59:18
60:8
204:18
246:19
282:7
354:16

**Georgia**
7:4,5
8:14,16
12:19
13:15
14:3,16
15:22
19:8,16
20:21,24
21:4,20
23:1,3
26:14
29:19,20
34:21
35:6
36:17



37:2,14
47:2
61:9,15
69:18,24
73:10
104:14
106:5,11,
12 109:25
124:3,8
141:6
165:17
180:13
182:17
184:20
188:9
200:24
211:22
212:24
260:2
269:15
271:14
305:17
318:4
379:4
401:8

**get all**
101:17

**gifted**
293:24
294:1,15
304:8
313:24
314:7

**Girl**
370:20

**give**
11:16
38:12
57:17
77:15
100:10
106:16
108:18
110:5
130:20

198:3
203:18
208:25
255:10,16
263:8
337:16

**GNET**
21:9 68:5
383:1

**GNETS**
7:11
12:21
13:15
14:11,16
16:17
20:23
21:2,3,7,
10,12,13,
15,16
24:11
26:14,20
33:15
34:1
35:11
36:1
56:19,22
57:9
61:12
64:1,5,9,
22,25
65:2,10
66:3,10,
17 67:7,
22,23
68:18
69:19,20
70:1,3
71:10
72:1,19,
21 73:4,
12,21
74:18
81:10
85:6
86:23
87:18,24

88:1
89:11
90:17,21
92:1,3
94:22,25
96:19
105:16
106:25
108:23
109:5,21
111:22
112:18
113:20
114:1,3
117:2,3
118:1
119:17
120:13,22
121:7
122:1
125:8
127:11,24
128:20
133:11,14
134:7,12
138:4,16
142:20
149:7,10
151:7,17
152:22
155:3
156:1,2,
11 157:3
161:6
162:9
163:4
165:18
166:6,7
168:13
174:12,
13,18,23
175:13
178:4
179:16
183:20
185:9
186:9,25

187:17
188:10,12
189:5
190:12
191:12,22
192:10
193:7,15,
19 194:4
195:2,7
198:12
200:20
201:1,14,
25 202:3,
7,19,25
203:5
204:15
205:4,11,
14 206:6,
12 207:7,
19,21,23
208:10,14
209:18
210:17
211:6,19,
21,23,24
212:7,8,
20 213:20
214:8,16,
22 215:5,
11,24
217:9
218:9
223:11,17
224:12,22
225:1,2
226:24
227:19
228:1,16,
20,23
229:2,5
230:7,14,
18,21
231:12
238:22
240:5
243:25
244:9

249:5,10
250:8
257:2
259:20
269:14,17
271:6,17,
23 273:24
297:18
302:8
308:8
309:1,6,9
310:13
311:21
314:17
316:24
323:1
325:9
328:1,5
342:20
361:24
362:5
363:3
365:6
366:21
367:8
368:4,8,
19 369:4
373:15,19
374:11
375:22
376:1
377:14
379:17,20
380:13
383:2,13
384:1,14
387:9,12
402:21

**GNETS'**
205:19

**GO-IEP**
359:6,12

**goal**
30:23
138:15



195:18,
19,22,25
196:3
226:12,
14,21,23
227:1,8,
9,11,21
236:9,12
348:10

**goals**
30:17
68:8
133:22,25
137:24,25
138:1,3,
12,14
224:14
225:5
226:15
228:14
230:16
231:19
232:8
236:6,18
237:3,24
238:3
346:4
347:1,2,
4,6,7,9
348:17
350:4
359:21
399:17

**God**
362:9

**good**
8:10,11
11:23,24
12:7 19:7
24:18,20
30:1
40:14,18
65:13
67:25
71:3 99:2

113:3
132:21
216:20
218:20
242:3
243:18
246:22
247:2
253:15
277:19
288:20
331:12
400:15,16

**gotcha**
177:2

**government**
289:4
315:10

**governor's**
39:19

**GR**
125:12

**Grace**
75:20

**grade**
125:14
126:4
131:17
224:13
229:9
283:3
284:22
286:13,16
290:20
296:13
297:3
305:5
347:10,17
360:2

**grader**
131:9

**graders**
53:8

290:18
313:5

**grades**
125:17,20
336:22
355:24
361:4,5

**graduate**
22:25
23:5 68:8
358:23

**graduated**
23:1

**graduation**
300:6,16,
20 303:18

**Grand**
295:25
296:14

**grant**
18:24
28:8
32:1,4
33:17
37:19
42:14
46:14
66:5,6
73:7,16
79:22
84:9
95:18
115:9
117:18,21
163:19,
22,25
164:3
174:12,
18,23
175:7,13
177:21
178:4,5,
12,15,22
179:22

181:14,
21,23,25
210:10
218:25
219:8
220:24
273:16,24
278:7,12,
13,19,25
280:10
325:13,14
339:24
340:4
341:7,14
343:9,19
344:7
345:1
356:13
357:5,20
361:24
380:14
381:7,11,
12,15,21,
23 382:3,
19 383:1,
2,5,13
384:1,3,
6,14
386:19
387:12,16
389:25
390:3,6,
20 393:16
395:13,25
396:5,7

**grants**
238:23
276:1
384:10

**graph**
239:2

**Gray**
75:5,19,
21,23
79:19

88:23,25
156:20

**great**
9:2 11:6
12:10
23:9
79:11
104:6
130:11
172:8,9
182:11
217:2,22
218:7,22
220:2
277:17,18
331:14
343:25
386:22
393:19

**greater**
191:2

**Griffin-anderson**
49:22
51:13

**group**
247:14
267:13
323:16
326:8,9

**groups**
32:16
59:20
247:6,8,
14

**grow**
399:10

**GSE**
182:14,
16,23
183:16

**gtid**
369:4



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: guess..Helms

**guess**
  25:12
  39:12
  46:7
  176:16
  229:12
  252:9
  258:1
  342:7
  343:8

**guessing**
  337:21

**guesstimate**
  46:6

**guest**
  36:13,14

**guidance**
  108:10,19
  110:5,23
  114:18
  120:18
  122:2,11
  151:24
  162:6
  192:5
  215:12
  242:8
  380:25
  399:21

**guide**
  114:19
  262:23

**guidelines**
  184:7

**guiding**
  213:18
  214:3
  215:17,18
  369:6,11,
  12

**guys**
  15:4,7
  16:6,16,
  24 17:1,
  22 61:1,
  6,17
  263:24
  317:8,24

**gym**
  283:7,8
  287:9
  299:12,
  15,20
  317:18
  348:4

─────────

**H**

─────────

**half**
  17:16
  36:20
  77:3,5,
  12,25
  98:22
  128:10
  136:15,17
  137:1,2
  145:4,11,
  13
  166:12,14
  211:9
  232:25
  322:10
  344:20

**half-day**
  77:1
  136:22
  145:11

**hall**
  143:25
  144:3
  169:17
  170:8
  383:20

**halls**
  59:24

**hallway**
  285:14
  287:12
  290:8
  298:5
  310:12,15

**hallways**
  143:18,23
  285:15,17
  318:22

**hand**
  87:16,17
  188:2
  192:18
  326:12

**handful**
  169:13
  170:22
  240:14,16
  272:6

**handing**
  91:19
  316:16

**handle**
  212:4

**hands**
  399:21

**hang**
  92:12

**Hanna**
  261:4

**happen**
  35:18
  79:5
  152:16
  167:2,4,
  16 240:7
  305:2
  335:8
  394:5
  402:25

**happened**
  154:5
  212:15
  240:10,13
  294:12
  304:24
  316:7
  327:15
  334:17,18
  384:17
  386:7

**happening**
  98:1
  173:5
  212:9
  236:15
  312:10
  316:9
  402:19,23

**happy**
  229:22
  388:13

**hard**
  232:4
  239:19
  266:11
  371:10,15

**harm**
  105:11
  321:19
  343:16

**harming**
  339:4,5

**Haven**
  114:6

**head**
  9:21,22
  39:17
  107:18
  140:23
  288:7
  365:16
  373:10

**header**
  124:20
  125:12
  126:8
  127:7
  177:6

**headers**
  124:14

**health**
  21:22
  38:17
  129:18
  185:5
  274:6

**heard**
  136:8,11
  286:24
  370:15
  386:21

**hearing**
  37:1

**hearings**
  32:9

**heart**
  398:8

**heavily**
  55:5
  112:18

**heavy**
  55:6
  172:12

**held**
  24:25
  25:3 35:4
  271:6,15,
  23 272:7
  355:7
  367:7
  373:24

**Helms**
  18:24
  28:17
  339:23



helped
    59:5

helpful
    199:19
    221:9
    232:15
    266:15
    371:2

helps
    97:24
    168:7

hey
    68:15
    84:11
    176:10
    180:4
    347:12
    358:6
    382:10

high
    75:2,5,
    10,16,18
    78:8,18,
    23,24
    79:15,16
    80:11,15,
    19 86:15,
    18,20,24
    87:8
    88:22
    89:8,12,
    24 90:13,
    14,22
    91:4,5,8
    93:3,7
    94:3,20
    106:7
    114:4
    143:24
    145:14,19
    156:19
    173:6,12
    185:10
    186:9
    198:4,7

246:8
263:3,23
286:8,21
290:5,22
291:17
297:20
298:2,3,
8,24
299:3,5,
12,15
300:1
301:8,16
302:5,8,
9,23
304:13
306:11,17
307:21
314:16
317:16
318:14,16
332:17
333:20,24
347:24
350:14
353:20
356:21
364:1
393:23

higher
    97:10
    104:8
    123:7
    131:11
    199:21
    236:22

highest
    113:23
    229:11

highly
    98:6
    186:15

Hill
    13:9,10

hire

323:15

hiring
    32:2
    164:5

historical
    50:19

History
    207:15,17
    208:17

hit
    237:2

hitting
    121:1

hold
    24:2
    29:22
    45:6
    47:5,20
    64:7
    141:22
    242:24
    343:22

holds
    43:15
    165:21

home
    76:12
    77:9,13,
    18 96:20
    104:14
    113:2,4,
    8,14
    119:14
    134:10,15
    137:22
    145:8,9
    146:8
    157:23,
    24,25
    158:3,4,
    6,7,10,
    11,12,22
    160:22

195:22,23
196:6
213:9,10
258:9
287:13,22
295:7
327:15
334:22
335:18,
20,25
346:9
353:22,25
354:2,6
356:12,19
359:2
361:1,3,
13

home-based
    158:7,17,
    25 159:4

homecoming
    306:12

homes
    104:13,14

homicidal
    105:12

honest
    146:23
    147:1,11

honestly
    9:6

honor
    120:4
    386:13

hope
    216:20
    222:17
    237:25
    284:17
    338:19

Horton
    18:19
    28:2

307:24

hospital
    157:23,25
    158:3,6,
    7,10,17
    160:22

hospitalize
d
    157:20

hospitals
    158:4

hosted
    355:21

hot
    313:20

hour
    11:18
    17:16
    36:20
    128:10
    130:10
    136:15,17
    137:1,2
    326:4

hours
    16:24
    17:16
    128:13
    160:14,
    15,24
    391:25
    392:1
    399:19

house
    285:15
    295:25
    296:14

housed
    28:3 53:8
    94:1
    102:11,12
    170:18
    183:8



260:17
301:6
359:5
396:25
397:6,7,
13

Houston
21:8 69:4
93:21
94:11,17,
23 95:14,
21 104:2
126:25
128:12
135:11,12
242:5
244:9
358:18
359:7

Howard
57:5,19,
22

humid
313:22

——————

I

i-ready
36:9
212:13
261:19
291:9,22
292:2,8,
13
293:15,18

IC
357:13,
15,17
358:17

ID
115:25

idea
31:17

132:22
135:25
141:12
146:5
160:10
232:14
240:20,22
241:5
246:22
247:2
297:25
301:19
304:9
310:16
368:10,14
379:22
381:19
386:9

identifiable
115:22

identification
12:14
40:1 57:3
72:16
91:23
99:22
108:6
115:18
121:24
165:2
174:10
185:20
216:6
224:3
254:5
269:4
316:20
341:5
365:22
385:4
388:19

identified
74:19

92:14
140:4
155:21
156:4
218:9
241:13
244:1
256:4,5
340:11

identifies
92:7
103:4,12
124:1
132:3,7,
13 139:2
142:2
218:8
259:3
317:15

identify
7:6,19
327:1
359:21

identifying
162:7

IEP
22:13
28:7,13
32:6
45:24
49:25
50:1
51:21,22
77:6,10,
24 78:4
91:10
96:10,13
98:9
107:3,4
110:7,10,
16,25
111:1
120:4,5,7
125:6,7
127:11

128:14,24
129:2,3,6
134:13,16
136:21
137:25
138:1,3,
12,14,15
140:8
153:9,17,
18,19
154:23
155:13
159:6,13
202:3
204:25
205:5
209:18,24
210:4,19
212:6
215:8,18
222:18
224:11
227:23
232:1,7
233:6,14,
24 234:2,
15
235:15,20
236:2,3,
6,9
237:18,21
245:4,10
250:15
252:2,3,
13 255:20
264:25
278:4
288:21
300:4
346:9
349:19
350:1,11,
24
359:23,24
360:7,8
401:4,8,
10,12,17,

21,24

IEPS
42:20
228:18
232:22
237:3
359:5
401:2

IFI
255:13,21

II
247:13,
18,20
248:2,13
261:13
265:1,20
267:12
330:14,
19,25
331:15
339:16
380:23

III
261:14
267:16

immediately
239:2

imminent
343:16

impact
173:1
224:20,23

impairment
129:18

impetus
385:21

implement
260:12,17
272:8
297:6

implementing



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: important..intensive

36:8
115:1
260:15

**important**
196:5

**in-house**
32:11
249:8

**in-kind**
179:18
383:14,17

**in-school**
154:8

**inappropriate**
110:12

**incarcerated**
158:13

**incident**
240:12
340:13
357:1

**include**
180:21
238:22,24
383:17
393:15

**included**
70:12
88:5
138:16
148:6
262:10
343:1,3
395:25

**including**
258:13
328:24

**increase**
239:11,14
329:23

**increased**
68:4
172:21
399:12

**increasing**
97:2
329:25

**indicating**
177:1
376:20
377:2

**indirect**
96:6
150:11
155:9
196:22
200:2

**individual**
22:14
227:9,24
247:14
283:15

**individualized**
230:16
231:24
232:19
247:13
248:13
261:21
348:15

**individuals**
27:15
163:15
168:15,16
323:21

**industrial**
104:14

**Infinite**
31:6
336:19,20
355:17,
18,21

357:17
358:9,10,
12,14,17,
21 359:5,
15,16
360:9,10

**informal**
234:9

**information**
16:5,7,24
29:24
58:7
59:2,3,5
73:14
102:15
115:22,25
116:23
117:19
136:6
174:24
175:1,5,
19
178:21,23
202:2,11,
14,24
203:2,11,
12
204:20,21
209:8
212:11,12
217:13
220:25
221:10,16
307:23
312:24
317:8,25
329:1
341:15
348:22
349:18
360:16
361:1,12,
24 364:9,
15 369:6,
7 371:3,4
380:19,21

381:12
382:7
387:15,20
391:12,22
395:22

**Ingram-pye**
281:9,12,
13

**inhibit**
12:4

**initial**
15:14
202:5
237:2
326:7

**initially**
14:12,23,
24 55:5
191:15
321:6
374:11

**injured**
354:19

**injury**
334:18

**inpatient**
257:10

**inside**
234:21

**inspection**
58:8

**install**
10:25

**instance**
34:8

**instances**
237:14,17

**instruct**
291:5

**instruction**

21:22
51:19
262:3,6
287:15
291:1,3,4
303:11

**instructional**
144:8
173:9,13,
20,24
182:8
183:19
197:9
234:23
284:5
292:20
349:17
388:1

**instructor**
282:25
284:1
285:5

**intake**
28:10

**integrated**
189:12
250:6,22
398:18

**intellectually**
116:9,12

**intense**
159:7
190:1
206:2

**intensity**
206:4

**intensive**
172:12
255:21
256:20



interact
  47:1
  87:25
  143:13
  244:23
  245:2,9,
  16 246:1
  290:4

interest
  307:9

interested
  288:22
  306:1

intermingle
d
  144:4

internal
  105:9,11

interpretat
ion
  190:19
  191:5

interrupt
  10:1
  276:9

interventio
n
  22:17
  87:20
  170:5
  209:12
  248:14
  255:21
  258:11
  261:11
  265:2
  326:22,24
  327:5,10,
  14,19,25

interventio
nist
  169:20

interventio
nists
  87:17
  247:16

interventio
ns
  36:10
  258:22
  260:23
  262:19
  263:3
  331:19

interview
  164:9
  185:3

introduce
  115:14
  121:20
  164:23
  216:3
  223:22
  254:2
  269:1

introduced
  192:19
  217:3,18
  242:15
  258:24
  273:18
  316:17
  343:19
  376:8

inventory
  179:4

invite
  121:25
  122:5,13,
  17 255:18

invited
  209:22
  255:20
  350:12

invites

401:6

involve
  205:18
  391:10

involved
  29:9 32:7
  71:8
  163:8
  197:2,12,
  19 204:7
  255:13
  331:20
  352:4
  373:1

involvement
  213:20

irritated
  34:16

ish
  169:17
  253:10

ISS
  154:6
  354:12,13

issue
  10:12
  27:1
  108:25
  109:1,11,
  14 111:4
  113:21
  158:8
  162:19
  335:6

issued
  184:10
  188:12
  194:22
  201:8
  202:17
  214:5
  329:16

issues
  18:3 32:7
  247:21
  259:16
  329:18
  331:21
  351:12,15
  353:23

item
  59:1

items
  36:8
  192:23
  194:7
  284:7

———————————

J

JA
  126:11
  127:1

James
  25:22
  30:3,4,6,
  8

Jamie
  19:12
  25:8,24,
  25 26:6
  27:3
  30:11
  58:2

Janae
  41:18

January
  54:9
  115:23
  116:4
  224:4
  398:7

Jasper
  21:8
  69:4,11,

15 127:2
  135:20,21
  244:9

Jeannette
  49:22
  51:13

Jennifer
  84:5

Joanna
  375:5
  376:4,5
  377:20
  378:1

job
  9:6 24:10
  31:23
  34:23
  45:21
  47:10
  48:11
  67:25
  68:10
  242:3,6
  331:12,14

Johnson
  102:3
  147:4

join
  375:10

joined
  103:7

joke
  64:16

Jones
  21:9 58:4
  69:4
  71:24
  72:3,4
  75:4,14,
  15,18
  77:23
  78:17,22
  79:2,12,



15,18,24
80:1,21
88:15,16,
20 89:4,5
127:4
155:15,
21,23,25
156:16
173:10
244:3

Jotform
371:6,8,
11,21,22

July
74:1,2,
13,14
78:11,20
165:5
176:9,12
186:2
382:6
388:20

June
65:18
74:1,2

Justice
8:19
57:8,12
59:13
60:6
61:4,25
63:2
317:12,22

Justice's
100:25

——————
K
——————

Keys
30:15
38:19

kick
131:12

176:1,9
205:14

kickback
33:18

kicked
58:3

kicking
115:9
205:5

kicks
159:19
382:24

kid
236:25
239:19
248:21
275:8
327:8

kid's
206:2

kidding
31:24

kids
28:10
45:24
65:8,10
66:20
68:6
97:10
106:2,3
134:4
137:12
149:2
156:1
162:1
185:8
198:24
225:10
229:23
245:6
247:16
249:25
250:22

285:21
302:17
305:17
307:24
326:25
344:13,21
354:10
356:21
398:9,12

kids'
206:24
356:24
357:10

killing
48:2

kind
14:11
17:3,6
25:15
27:1
29:11
33:13
37:11
39:15
42:3
51:18
55:11
93:17,18
96:17,18
98:3
115:5
144:4
150:2
170:10
180:3
185:8
194:2
197:8
199:3,16
200:6
203:11,12
231:7
233:9
239:16
241:19

247:12
248:2
249:18
258:6
261:24
269:21
275:4
321:7,11
327:8
330:19
332:6,13
335:4
346:10
347:19
369:7
371:18
380:23
381:6
382:7
384:22
391:11,23
394:20,23
401:25

kindergarte
n
53:6
82:21
131:4
229:7
292:9

Kiser
261:4

knee
322:2

knew
23:18
129:20

Kramer
43:13

——————
L
——————

L.H.
60:13,15

75:3,8
76:4,5
83:24
86:8,13
93:7,10
308:2,10
309:2,5,
8,20,23
332:11

lab
287:3
301:2,15,
17,21
317:18

lady
26:15

Lakesha
25:13
26:9,11,
15,19
33:7
36:12
115:24
176:4
192:22
226:5
230:10
279:6,12
361:16
365:25
366:6,10
367:4
368:1
369:22
374:7,12
375:15,21
376:18
377:17

landing
183:14

language
300:10

Lara
14:7 25:1



46:2,3
47:9
48:18
49:20
50:10
54:20
362:17

large
133:10
161:15
167:21
206:15
225:13
307:6
323:18,19
325:23
326:8
332:21
379:18

largely
161:5
207:3

larger
142:8

largest
109:7
125:17

lasted
338:17

lasting
339:13
340:5

lasts
338:10

late
137:3

law
9:11
61:19
158:13
159:17
241:2

lawsuit
8:14,21
12:18
13:13
14:22
16:4
20:9,11
63:16

lay
171:19

LE
160:10

LEA
22:4
34:14
37:25
68:24
70:4,17
146:9
153:1
157:25
159:19
160:10
167:24
177:21
179:12,19
195:17
207:20
211:20
212:3
213:6
242:2
252:25
294:20
355:7
358:11
361:2,3
363:10
364:25
367:6
368:13
372:7,15,
20 401:5,
20 402:12

LEA's
242:1

lead
51:18
52:5
106:7
182:24,25
197:5
210:3
347:25
376:2

Leader
30:15

leadership
18:11,15
23:13,16
32:18
34:1 35:7
61:5
102:13
219:2
328:17
329:8
330:3
351:10

leads
36:11
183:7
374:4

Leah
18:24
28:16
42:9
330:6
339:22

learn
68:13
166:17
204:22,24
233:9
272:20
371:5

learning
37:17,19

38:20
71:7
234:21
291:25
347:23

LEAS
25:10
120:9
212:7
223:7,8,
10,13
242:3
337:5,6
358:14
366:16
402:13
403:3

leave
50:8
137:5
138:4
166:10

LEC
158:7,13
160:4,8,
19

led
50:17
69:15
94:10
97:25
211:5

left
132:3
134:19
146:16,18
148:1
166:11
266:5
269:20

leg
69:23

legal
35:3

legislature
39:21

length
227:3,5,
25 228:20
229:15
230:13,18
371:14

Leslie's
284:4

lesser
244:8

lesson
247:11
248:5

letter
57:10
352:2
388:21,24
389:3

letting
61:5
263:6

level
131:10,17
185:10,11
213:19
224:13
232:9
247:12
250:21
259:21,22
266:23,24
277:22
290:12,16
291:12,17
307:9
330:1,2,4
347:10,17
356:4
372:10
392:15
394:3



levels
  283:3
  284:22
  286:13,
  16,20
  297:3
  305:5

library
  287:6
  301:4,7
  309:15
  317:18

Life
  326:21,24
  327:4,10,
  13,18,25

Lill
  57:6

Lindsey
  93:1,20,
  24 94:12

lingo
  357:19

link
  368:4

list
  86:7,17
  88:11
  135:19
  213:18
  277:14
  329:12
  377:25

listed
  274:9

listening
  188:22

lists
  277:4

literally
  49:3
  371:22

litigation
  18:7
  61:20

live
  91:9
  358:18

lived
  79:2

Living
  287:13,22

LKES
  27:4
  31:5,7,12

loaded
  351:9

local
  22:5 33:3
  254:25

located
  23:3
  44:24,25
  45:1 49:2
  75:17
  135:16
  173:15
  298:4

location
  21:13,16
  39:2
  49:10
  72:21
  79:12
  87:12
  91:13,14
  92:3
  274:14
  360:20

locations
  21:10
  73:21
  74:19
  75:12,25
  81:2,6

82:17
83:21
95:1
115:10
173:21
228:1
242:19
244:1
248:8
249:4
250:3
251:25
260:10
264:8
268:4
313:10
314:2
316:24
318:19
323:1
369:19

log
  32:5
  102:13
  206:21,22
  221:24
  279:9,11
  280:13
  312:14
  355:25

logo
  388:21

long
  16:21
  17:14
  25:3
  36:19
  51:7 55:1
  65:3 69:9
  136:5,9,
  12,14
  166:14
  184:18
  194:20
  204:1

226:23
227:2,18
233:12
257:15
297:18
338:5,9,
13 340:19
354:16
370:21
389:9
391:24
400:23

longer
  43:14
  70:7
  92:19,25
  102:11
  266:4,13,
  18 267:1,
  9 284:8
  308:5
  318:11
  327:11,16
  338:17
  339:13
  373:17
  390:6
  395:9,10

longest
  77:11,17
  135:23
  229:1

looked
  60:22
  76:8
  133:7
  161:12
  196:13
  268:15
  271:21
  318:24
  332:23
  369:12
  380:13

Looping
  161:3

Lord
  169:6

lot
  38:1,3,
  16,20
  55:4,7
  68:6,16
  74:16
  94:12
  97:10,20
  104:13
  112:19
  149:3
  150:24
  167:22
  178:14,20
  187:13
  198:3,6,
  25 199:1,
  7 212:25
  221:22
  228:9
  247:23
  253:5
  258:10
  264:1
  267:3
  273:13
  276:7
  331:12
  332:18
  333:6
  360:10,
  16,17
  369:5
  371:3
  372:17,
  22,24
  373:11
  389:25
  395:21

love
  105:24



    122:2,11
    351:18
    353:12
    393:23

Lowe
    46:15

lower
    68:3
    337:19
    392:7
    394:8

lowest
    334:6

LRE
    118:6
    119:7
    229:25
    239:12,14
    329:15

luck
    19:7
    65:13

lunch
    216:20
    246:5,6
    290:7

Luputke
    65:13

——————————

M

——————————

Macon
    7:5
    211:23

made
    56:10
    61:11
    78:10,11
    83:24
    95:12
    110:20

157:6
159:22
176:8
188:16
191:4
235:25
251:17
257:13,16
307:12
315:18
321:11
328:8
339:20
357:6,21
359:17
360:1
386:18

magic
    226:23

Maheta
    65:13

main
    30:2
    60:12
    76:14
    108:24
    133:24
    200:17
    250:24
    320:10

Mainstay
    166:8,11

maintain
    79:1
    94:14
    134:1
    195:21,23
    221:23
    355:4
    357:25
    371:25

maintained
    102:4
    340:17,19

359:22
395:23

maintenance
    61:24
    62:3,5,9,
    10 362:24

major
    32:7
    240:13
    354:17
    386:5

majority
    94:18
    96:2
    112:15
    130:14
    153:8
    178:12
    187:17
    225:13
    228:17,18
    262:5
    307:6
    322:19
    332:1
    359:6
    379:18

make
    57:15
    64:16
    79:4
    82:23
    101:17
    110:10,16
    113:12
    115:7
    164:9
    186:17
    203:10,
    17,19
    204:3
    209:13
    218:4
    219:15
    227:13

243:16
247:23
254:7,20
262:20
265:12
268:15
300:7,18
312:25
346:20
349:20
352:1
362:13
386:7
401:24

makes
    202:5
    203:16

makeup
    82:21

making
    51:22
    60:21
    94:14
    103:22
    150:13
    213:12
    233:11
    257:18

man
    379:1

manage
    32:2
    71:5,6
    101:2
    147:4
    171:25
    172:3

managed
    45:23
    50:1

management
    206:8
    326:20
    336:21

388:2

manager
    165:17
    179:22
    180:3,7,
    15

manages
    28:9
    171:17
    172:1
    180:3
    203:9

managing
    147:6

Mandy
    46:13

manifestati
on
    32:8
    236:19

manner
    168:13

map
    169:15

March
    35:21
    174:13
    385:5
    390:16

Margie
    46:15
    89:13

mark
    12:12
    39:24
    57:1
    72:14
    99:19
    108:4
    115:15
    121:21
    164:24



174:8
185:18
224:1
340:1
341:3
354:20
365:19
385:1
388:16
394:6

marked
12:13
39:25
57:2
72:15
91:20,22
99:21
108:5
115:17
121:23
165:1
174:9
185:19
188:3
216:5
224:2
254:4
269:3
316:19
341:4
365:21
385:3
388:18

marking
275:13

Marshall
325:3

master's
23:12,22
54:5,8
184:21

mastery
232:9

match

220:21

math
24:17,18,
21 44:23
48:1
260:24
291:24
292:6

matter
7:3

max
298:15

maximum
289:19
298:11
337:10

Mckinney-
vento
70:16

Mcmahon
325:2

mealtime
246:4

Meaning
313:2

means
79:20
121:2
149:10
155:4
157:22
166:23
169:10
181:1
207:25
259:8,12
275:2,3,
8,9

meant
111:24
119:7
120:3

122:19,24
129:12
203:5
207:17
219:10
224:17
270:2
292:25
345:17

mechanism
348:16

Medicaid
251:19

medical
158:1,8
322:2

medication
333:5

medications
12:3

medicine
333:10

meet
28:24
32:21
138:11,14
161:16
203:1,9
207:21
208:15
219:2
221:25
223:10
231:19
233:8,9
234:22
259:20
330:16
351:6
374:12
375:20
392:15
394:21,23

meeting
18:2
33:16,25
35:11,24
36:2
61:12,13
98:10
120:4,5,
18 133:25
153:19
192:23
204:14,25
209:18,21
210:4,20
223:3,14,
16
233:14,19
235:16,
19,20
237:21
255:20
280:5,6
292:21
307:22
328:17
329:8,15
330:3,5,
6,7,12,
13,18,19
331:18
339:15
346:10
348:17
350:12,13
352:3
366:12,
13,14
367:21
375:22,24
377:11,14
378:10,23
379:11,24
380:2
381:3
391:10,
16,19
393:9

Meeting/
link
366:1

meetings
26:20
30:21
32:6
34:1,22
35:14
36:11,19,
22 38:2
45:24
51:22
120:7
187:17
189:5,6
191:22
194:5
204:19
209:23,25
227:23
230:14
234:20
245:4,10
248:14
328:6
329:18
330:14,25
331:2,15
335:11
339:15,16
349:19
350:2
367:7
373:16
374:4,9,
11 376:3
378:5
379:9
391:24
398:7,13

member
110:13
197:22
198:5
354:18



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: members..Mindset

394:14
401:16

**members**
182:14,22
183:15
188:23
208:24
276:20
322:20
352:22
401:3

**memory**
46:18

**mental**
38:16
185:5
274:6

**mention**
61:11
209:13

**mentioned**
27:8 29:4
33:6 34:5
35:10
42:25
56:7
59:12
70:24
78:7
80:22
86:8
98:18
105:23
107:6
114:14
131:3
202:11
222:24
248:13
249:22
280:16
287:17
295:16
319:17

328:5
348:24
351:2
360:19
379:3
384:6
387:8
396:11

**menu**
248:18
252:5,14
348:2,5

**menus**
348:1

**merged**
390:9
396:5

**merging**
395:17

**messaged**
195:25

**messy**
243:23

**met**
17:25
30:23
33:15
115:7
188:23
227:2,22
228:13
232:5
259:8
366:14
391:5,21

**metal**
285:9
286:2
300:22
309:5
317:17

**Methodist**
104:14

**Metro**
367:17

**Michelle**
7:8 8:18
217:14
330:9,22

**Microsoft**
102:16

**MID**
117:6

**middle**
11:12
19:16
29:19,20
60:15
69:18,24
80:17
84:25
85:2,6,
16,24
93:13
94:19
143:25
182:13
185:10
250:7
274:5
281:18
286:7,21
290:5,16,
17 291:12
310:6,8,
13,20
313:6,9,
23 317:15
318:15
332:17
344:11
347:21
354:10

**mildly**
116:9

**Milestone**
124:8

133:11,15
141:17
143:12
144:24
145:1
222:13
287:18,23
289:16
295:20
333:4
399:13

**Milestones**
28:18
53:11,13,
14,15
82:22,25
83:1
86:1,3,4,
11,12
87:3
89:2,3,
22,23
90:12
91:3
95:8,9,10
103:15
105:23,25
106:1,5,
15
107:11,22
123:3,5
124:3
125:18,19
130:15
131:10
133:6
140:7
142:17
143:2
145:2
148:15
197:10
283:5
289:20
302:23
310:10

314:24
330:5
332:23
333:3,7,8
354:10
361:9,15
379:7
398:25

**military**
68:10

**Milledgevil
le**
23:4

**Miller**
60:13,15
80:17
84:25
85:2,6,
16,23
310:6,7,
12,20
313:9,23
315:25
316:4,6
375:6

**Millward**
95:15

**mimicked**
371:8,24

**mind**
265:7

**Mindset**
36:9
55:15
249:6,22,
24,25
322:22,23
323:5,12,
20 324:19
325:10,24
326:20
327:5
334:15
337:25



| | | | |
|---|---|---|---|
| 338:2 | mixed | 379:24 | 16 307:23 | 187:22 |

mixed
376:25

Monday's
35:24
378:23

money
32:2 66:8
94:14
157:1
163:21
177:24,25
178:9,11
280:1
383:5

monitor
170:8
334:24
351:12
354:22,23
383:20
387:24
390:15

monitored
292:18,19
293:18
360:4
389:8
392:16
394:2,4

monitoring
133:24

monitors
169:18

Monroe
21:9 69:4
166:9
244:9

month
26:20
29:23
33:20,21
53:22
155:7
223:4,15,

16 307:23
328:16
330:18
334:1,2
337:9
360:14
368:24

monthly
38:1
143:19
221:6
222:11
247:11
248:4
279:15,16
328:14,20
329:4
330:16
335:1,11
337:17
361:8
373:16,
17,19,22

months
32:22
35:15
118:22
218:9
221:6
270:11
296:12
373:23

morning
8:10,11
77:6,9
130:12
379:10

move
34:13
50:17
81:24
100:15,
16,18
115:11
134:9,12

187:22
205:8
207:20
211:13,20
212:5
230:1
233:11,12
247:12
253:19
265:20
297:17
298:1
308:14
311:10,12
327:2
331:17

move-in
195:10
207:18
208:1
211:19
212:9
220:6

moved
41:7,12,
18 42:20
49:3
50:11,23
53:25
54:2 55:9
78:24
79:14,17,
18 88:20
93:23
140:8,11
166:6
173:9
186:14
233:23
258:15
280:17
297:20
298:6

movement
285:4

338:2
339:23

Mindset's
327:6

mine
353:14
390:15

miniature
48:15

minimal
155:1
172:11
386:6

minimum
312:2,3
337:8

minute
130:20
216:8

minutes
11:18
16:22
59:25
77:19,21
96:11
128:13
134:23
135:7,22,
24 137:11
155:7
281:20,21
292:14,
16,23,24,
25 307:13
327:9
338:6,7,
13,17
339:11,14
340:5
400:21

missing
132:20
382:2,5

Mock
375:5
376:5
378:1

model
249:7,13

moderately
116:10,11

modified
63:1,4

modifying
158:4

MOID
117:7

mom
64:9

moment
11:17
75:7
99:24
142:1
175:24
193:13
210:15
271:9
273:19
292:24
295:16
332:20
339:10
341:20
351:2
382:13
389:1

Monday
33:16
35:12,13
40:6
60:24
65:14
378:10,25



moving
 28:10
 42:14
 45:24
 55:15,25
 76:11
 134:3,4
 162:1
 211:23
 212:23
 229:23
 231:20
 233:4
 234:25
 245:6
 258:9
 308:23

MTSS
 257:22
 258:17

multi-grade
 286:20

Multi-
tiered
 258:3

multiple
 25:7 97:8
 170:14
 187:8
 229:18
 270:3
 283:9
 342:17
 360:12

music
 265:16
 267:13
 283:23,25
 284:7,9
 285:3
 299:21
 300:10

muted
 103:8

N

Nakeba
 14:9
 15:20
 109:16,23
 111:10
 119:4
 120:21
 122:3
 161:4
 162:7
 165:4,16
 185:24
 187:4,15
 191:16
 194:8
 226:5
 374:13
 375:22
 385:6

names
 18:17
 46:11
 124:21
 324:20,22
 398:4

nature
 28:23
 30:1
 37:20
 50:4
 105:13
 111:18
 143:20
 150:16
 159:12
 162:15
 163:13,24
 185:6
 189:8
 204:3
 206:9
 282:20

383:24
388:2
396:4
397:2

nearest
 281:6

necessarily
 66:20
 113:10
 153:4
 210:16
 211:25
 221:18
 302:14
 348:14
 357:23
 361:3
 381:2

needed
 33:13
 34:6,11
 38:11
 78:23
 97:14
 109:11
 204:21
 213:19
 224:12
 234:14
 252:24
 268:16
 275:20,21
 277:22
 301:14
 332:15
 374:14

needing
 300:6

neighborhoo
d
 113:5,15
 137:21
 213:8

nervous

229:23

Network
 12:20
 20:24
 188:9

neutral
 401:15

newest
 11:1

News2you
 292:1

nice
 277:15

Nikki
 46:15

Nikki's
 314:24
 356:21

nine-page
 100:1

ninth
 157:12

nod
 9:22

noise
 201:19

non-gnets
 244:12

nondisabled
 244:23
 245:2,9,
 16 246:1,
 7 308:10
 309:3,10,
 17 310:22

nonverbal
 121:1
 131:16

North
 211:22

305:17
367:17

Northeast
 53:9
 80:15
 90:13,14,
 22 91:4,
 8,10
 297:20
 298:2,3

Northern
 8:15

Northside
 93:7,9
 94:19

notations
 145:3

note
 10:10
 329:11

noted
 338:21

notes
 275:11

notice
 36:4

noticed
 172:17

notificatio
n
 364:17,20

notified
 334:23
 335:12

November
 15:7,10,
 11 59:14
 61:14
 63:13
 122:1
 365:24



366:6

**number**
  8:14
  72:17
  91:24
  97:11
  100:2
  103:2
  104:8
  108:7
  109:6
  113:23
  114:4
  115:19
  122:3
  132:5
  133:2
  136:13
  142:8
  148:11
  149:11
  152:22
  165:6
  167:21
  172:20,
  24,25
  173:1
  174:14
  175:23
  176:20
  186:3
  190:10
  198:3,4,7
  217:10,15
  224:6
  226:23
  239:3
  254:10
  269:8
  275:23
  276:22
  277:19
  289:19
  298:11
  316:21
  328:19

329:16
330:20
333:13,
14,20,24
337:13,14
341:8
342:14,15
366:2
385:7
388:22

**numbers**
  72:23
  74:16
  101:3
  104:7
  107:11
  116:16,19
  118:4,10
  125:13
  127:8
  147:5,16
  172:23
  177:13
  199:20
  221:11,13
  331:24
  343:3
  366:21

**nurse**
  334:19

——————

            O
——————

**O'CONNOR**
  46:14

**oath**
  9:10

**object**
  10:11
  66:12

**objection**
  10:12

**objections**

10:20

**objects**
  58:8

**obligation**
  9:12

**observation**
  207:16
  208:18,24
  209:6

**observations**
  29:10
  59:24
  199:15

**observe**
  29:11
  97:19

**occasionally**
  10:11

**occupational**
  125:1,2

**occurred**
  329:17
  334:17
  335:18

**occurs**
  200:7

**Oconee**
  69:21

**October**
  7:2 12:17
  16:7
  17:22,23
  19:22
  40:6
  58:21
  269:7

**ODRS**
  272:2

**off-the-
record**
  382:17

**offer**
  247:3
  252:4,19
  287:10
  294:19
  296:15

**offered**
  250:3
  284:8
  295:12
  296:6

**offering**
  296:1

**offers**
  248:20
  278:8
  295:24

**offhand**
  286:22,23

**office**
  17:17
  44:24
  45:1
  200:21
  259:12
  272:2

**oftentimes**
  233:7

**OHI**
  129:17

**on-site**
  251:22
  282:3
  381:22

**one-person**
  110:11

**Onedrive**
  16:2
  346:7

349:2

**online**
  220:9
  261:21
  273:20
  291:1,3,
  4,20
  303:11
  327:23
  329:9
  355:14

**Ooh**
  39:14

**open**
  165:24

**Opera**
  295:25
  296:14

**operate**
  199:18
  286:9

**operation**
  384:1

**operational**
  176:16
  270:22
  271:3
  272:1

**opinion**
  350:6

**opportunities**
  244:23
  245:15
  246:1
  315:18

**opportunity**
  8:20
  157:2
  284:21
  288:15
  295:15



308:9
310:21
313:14

opposed
    368:13

opted
    268:21

option
    209:18
    213:4

optional
    30:18
    207:16
    208:18

options
    180:21

orally
    9:20

order
    272:8

organizations
    33:4

oriented
    48:13

OSS
    354:12,14
    360:13

OT
    124:21
    125:2

out-of-school
    247:21
    272:7
    357:2

outcome
    388:12

outcomes
    68:11

outsiders
    277:21

overnight
    65:15

oversaw
    14:11
    45:11
    47:14
    48:13
    64:17

oversee
    28:1 29:8
    32:1

oversees
    28:5,7,9,
    17,18

oversight
    72:1

ownership
    347:9
    356:22
    357:3

──────────

        P

──────────

P-Y-E
    281:13,
    14,15

p.m.
    108:14,22
    119:23
    216:11,
    13,14,15
    319:8,10,
    11,12
    387:1,3,
    4,5
    403:11,13

packet
    98:5,8
    157:9
    202:2,12,

14,25
203:2,10,
16 204:4,
20 208:22

packets
    98:2,13
    191:24
    207:1

pages
    181:11

paid
    325:12
    402:13

painting
    386:2

paper
    108:1
    243:1
    273:20
    336:12

papers
    243:17

paperwork
    200:14

para
    48:14
    53:18,19
    54:12,20
    173:1
    249:10
    383:19

paragraph
    190:9,13,
    15

parameters
    401:24

paraprofessionals
    324:6

paras
    169:10,23

parent
    255:8,12
    334:22
    336:22
    346:10
    352:1
    355:25
    401:6

parents
    63:12
    210:7
    229:21
    240:11
    335:11,
    14,15,22
    336:2

Paris
    87:18,19

parking
    386:3

part
    18:2
    32:16
    34:23
    37:7
    42:13
    69:18
    70:7
    133:19
    189:5
    232:1,7
    233:6,24
    235:4
    245:6
    268:23
    269:21
    284:11
    296:10
    298:24
    335:1
    340:8
    348:2
    375:16
    377:1
    378:16

379:11
380:1
390:3
394:24
395:13
401:8,10

part-time
    295:10

partial
    149:13

participants
    367:11,15

participate
    32:5 70:8
    120:7
    203:14,
    20,23
    209:20,24
    288:5
    289:4
    314:20
    315:11,
    19,22,24
    334:20
    375:22

participated
    65:6
    306:19

participating
    85:17
    210:3
    366:21

partners
    400:19

parts
    190:21
    391:13

party
    401:15



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: pass..physical

**pass**
290:7
292:22
293:1

**passed**
395:7

**passing**
185:13

**past**
35:24
86:5
156:24
221:5
231:4
275:24
293:15
295:5
314:14
316:7
327:3
337:11
361:18
372:23
373:16
375:19,20
384:17

**pattern**
176:19
177:6

**pause**
216:7,9

**pay**
72:6
325:13,
14,20
383:21

**pays**
383:21

**PBIS**
32:18
35:3
143:18
254:9

258:19,
21,25
259:5
260:9,17
263:22
264:24
267:19
268:8,17,
23 269:8,
13 270:8
272:8
284:6
297:7,13,
15 346:20
348:4
360:18
380:23

**PBS**
280:5

**PE**
153:24
154:2
282:21,24
283:1
300:10

**Peach**
21:9 69:4
80:19
89:8,9,
12,18
126:17
171:16
244:3
317:16
318:13,15
359:15,16

**PEC**
41:19,20
155:15,
18,21,25

**peers**
244:23
245:3,10,
16 246:2,

7 302:9,
10 308:10
309:3,10,
17 310:22

**peeve**
353:14

**pending**
11:12

**people**
15:1 25:7
41:6 42:2
169:16
170:22
189:25
190:2
245:23
246:24
253:5
270:3
278:18
326:8,9
340:1,3
356:8
380:23

**people's**
190:19

**percent**
134:2,3
198:15
211:9,11
232:9,11
236:16
272:1
292:22,
23,24
307:8,10
337:19
342:10
344:6
345:1
352:10
353:10
387:23,24
388:4

389:4,8
390:23
392:5,8,
14,19,22
393:1,18,
22,25
394:6,12

**percentage**
198:14
206:17
292:12
322:17
323:19
325:24
337:16
344:3,22
351:17
353:6
354:7
392:13

**period**
341:24
344:4
345:5
362:25

**permit**
58:8

**Perry**
93:3

**person**
38:23
39:1
118:18
266:12
276:23
325:2
339:5
357:13,15
373:24
392:1,3

**personal**
115:22

**personally-**
**identifiabl**
**e**
217:13

**personnel**
32:3
59:12,13
163:10
164:6
168:13
179:3
383:18
402:21

**pet**
353:14

**phase**
78:3

**phasing**
344:21

**phone**
33:23
34:3
118:18

**phonetic**
379:10

**photos**
295:4,7,
10

**phrase**
197:6

**physical**
105:10
112:17
133:23
134:1
236:10
283:8
322:7,8,
12,18
328:19
329:17,24
332:18
333:6



334:21
335:23
336:18,24
345:8,11
349:7,11
360:15

**physically**
112:16
158:9
171:19
322:20

**pick**
34:3
137:15

**picked**
137:2

**PICO-PRATS**
400:13
403:4,7

**picture**
248:24

**pictures**
43:10
304:13

**pile**
343:21

**PL**
36:3

**place**
59:23
98:11
115:7
157:5
242:1
258:5
261:12,13
262:6
264:24
331:19
332:2
336:12
354:25
381:8

**placement**
110:12,13
119:24
120:13,22
205:24
206:13
210:17
211:1
219:12
224:14,22
225:17,24
234:12
350:13
399:20

**places**
65:12

**placing**
201:25

**plaintiff**
20:9

**plaintiff's**
12:12,13
39:24,25
57:1,2
72:14,15
79:7
91:20,22
99:19,21
108:4,5
115:16,17
121:22,23
164:25
165:1
174:8,9
185:18,19
188:3
192:19
216:4,5
217:4
224:1,2
242:15
254:3,4
258:24
269:1,3
273:18,22

316:17,19
341:3,4
343:20
365:20,21
376:7
385:1,3
388:16,18

**plan**
22:17
33:19
36:8
209:13
327:2
359:25
360:1
375:25
381:5,9,
14 387:9,
17,18
389:5,22
390:12,14
391:13
392:20
393:7,14
394:15
395:11,24

**planned**
296:9

**planning**
193:25
194:1,3
375:23

**plans**
360:3

**platform**
31:5 73:6
102:13
128:14
154:23,24
219:5
292:20

**play**
193:23
214:7

291:1
309:12
374:9

**played**
316:1,5
333:10

**playground**
62:11
283:11,
12,14,17
290:9
309:12
317:19

**playing**
288:23

**plays**
315:12

**PLC**
234:20
235:4,11
329:18

**PLCS**
235:2

**PMAB**
324:21,22

**point**
10:6 30:2
41:10
50:13
74:22
102:15
166:23
298:18
308:17
345:5,25
346:5,11,
16,22,25
348:6,19,
23 349:3,
8 353:19
390:3

**points**
187:20

328:24
347:13,
15,23,25
350:17,22

**policy**
276:6
351:24,25

**Poor**
147:13

**pop**
240:25

**pop-up**
104:14

**popped**
263:5

**population**
34:13,18
85:25
86:10
89:1,20
90:11
91:2 95:8
97:2,16
98:21,22
102:23
107:17
111:20
116:24
123:2
161:13,16
272:2
285:18
299:4
307:7
325:24
344:21
396:12

**populations**
323:1

**portal**
73:7,8,9,
10,12
355:14,16



Porter
    18:20

portion
    322:7,8
    338:2
    352:8
    379:23
    382:23

portions
    322:9

position
    24:14,25
    37:9
    41:15
    43:2,15
    45:6
    47:5,20
    48:20
    54:1
    164:7,14,
    17 165:20
    170:13
    179:12,21
    181:2
    187:21
    269:19

positions
    44:14
    170:7
    178:1
    179:16
    180:20
    181:13,21
    280:1

positive
    258:22
    347:23

possession
    349:16

post
    164:7
    359:21

posted

164:11

posting
    164:17

postseconda
ry
    68:8,11
    305:23

pot
    177:24,25
    278:15
    325:21

potential
    306:2

potentially
    137:3
    248:13
    287:9
    333:17,19

pots
    325:17

Powerpoint
    378:17,
    18,22
    380:5,6,
    10

Powerschool
    358:12

PQ
    186:8,12,
    13

practice
    114:22,23
    115:8
    215:13
    311:10,17
    392:15

practices
    36:9
    38:17
    115:7
    200:7
    249:7

253:4
    266:2
    267:10
    388:1,2
    397:18

pre-
evaluation
    30:16

precovid
    35:19
    239:20
    296:25
    297:1

predominant
ly
    94:11

preferred
    185:2
    248:2

prefix
    72:23

pregnant
    47:23

premises
    58:8

prepandemic
    253:9

prepare
    16:14
    17:19
    20:5
    39:18
    58:13
    60:18

prepared
    282:3

prepopulate
d
    178:22

prerequisit
e

175:17

prescribe
    383:3

prescribed
    383:2

present
    17:25
    320:24

presentatio
n
    366:11
    367:2,4

presenter
    377:25
    378:2

president
    377:22

pretty
    13:16
    16:24
    35:4
    54:17,18
    84:19
    189:7
    293:18
    350:14
    354:9
    358:5
    369:7,15

preview
    306:2

Previous
    356:3

previously
    188:3
    192:19
    289:13
    302:1

primarily
    58:22

primary

140:13
    303:14

principal
    48:15
    154:4
    233:8
    357:10
    358:3

principals
    38:2
    60:25
    172:9
    307:21
    399:22

print
    43:12

printed
    43:9
    174:13

printout
    72:19
    92:1

prior
    18:3,7
    19:22
    36:4
    47:4,16
    48:24
    61:12,15
    62:22
    67:13,15,
    17 76:16
    98:8
    119:2
    139:14
    188:25
    231:19
    266:16
    297:24
    317:21
    320:18
    350:13
    367:25
    375:22



387:17
392:19,25
393:6

**privilege**
10:20
348:1,2,5

**pro**
53:18,19
54:13,21
383:19

**problem**
7:20
66:15
336:5,13

**proceed**
12:8
213:20

**process**
14:13
27:5,19
28:10
29:9,11
30:14,19
32:1 50:1
51:21
54:6 68:5
105:13
107:4
129:5
164:5,13,
16 184:5
189:3
195:10
197:13,19
201:22,25
203:9
205:6
206:10
208:4,16
220:4
226:18,21
228:9
234:23,25
236:2,3

241:20
245:6
250:15
252:18
253:11
257:23,25
258:10,15
278:4
280:4
288:22
300:4
321:4
346:2
354:25
360:7,8
371:7
372:18,22
380:17,19
381:23
386:19
389:24
390:1,3,
6,25

**processes**
28:7 38:5

**produce**
58:7

**produced**
19:21
72:24
100:4
261:7

**produces**
348:22

**productions**
297:9

**professional**
24:2
32:10
37:17
38:20
71:7,8
72:8,9

88:5
183:22
187:8
206:7
376:1
399:21

**professionally**
186:13,
15,19
189:23

**professionals**
184:1

**program**
7:11
12:20,21
14:11
17:7
20:23
21:2
22:14
24:12
26:13
28:2,7,
10,11,17
34:12
41:21
44:9
45:8,14
46:4,25
47:4,6,
13,16,18,
21 48:5,
12,21
49:3,6,8,
13 52:2
54:5,8
55:5,17
56:19,22
57:9
59:14
64:5,17,
18 65:3
66:3,10,

17,18
67:23
68:19,21
71:4
102:7
106:25
109:5,7,
16 112:21
113:7
121:7
124:3
133:11
137:23
139:4
145:10
155:19
163:4
164:21
165:18,25
166:6,7
169:15
170:10,
20,22
184:19,21
198:1
199:5
200:8
202:9
205:14
207:20
211:21
212:7,8,
15,17
214:17
226:13
228:16
237:24
249:21
251:6,7
253:25
256:4,5,
24 269:13
282:17
291:4
303:20
305:16
312:1

320:14
322:21
324:23
329:5
330:4
338:17
349:23,24
351:2,4,7
367:10
379:17
383:12
384:4
398:25

**program-type**
305:13

**program-wide**
227:11
330:20

**programmatic**
330:2

**programming**
105:18
244:16

**programs**
21:3,7
46:3
68:20
69:1
114:4
117:5
118:1
163:19,22
172:3
193:20
195:2
201:14
202:19
214:23
228:7,12
271:6
278:14



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: progress..puts

291:21
325:9
328:1
357:7
379:20
390:15
397:6

progress
346:3

prohibits
321:25

project
381:17

projecting
381:16

projection
178:17

projections
76:8

prom
306:12,
19,22,23

proms
306:25

proportion
332:21

pros
48:14
173:1
249:10

prospective
32:5
206:21,22

protocol
326:23

protocols
282:13
326:20,21

provide
29:25

31:10
32:11
37:11,18
38:15
71:7,25
104:16
110:23
160:1,7,
12 188:20
189:25
192:11
193:16
195:20
206:1,5
211:2
222:16
225:2
247:7,10,
25 252:9,
20 255:14
256:12
258:1
272:18
273:10,11
276:11
284:12,14
287:14
288:24
328:10,18
373:1
384:3
397:18
399:20

provided
13:15
16:5
17:22
163:20
187:15
188:18
189:19
197:17
246:23
251:5,22,
25 253:23
254:24

256:8,10
266:22,23
292:2,4,6
318:2
345:16
382:1
388:10
398:3

providers
251:11
276:18
277:15

providing
108:23
197:18
246:17
361:19
389:4

provisional
184:13

provisional
-type
184:10

proximity
82:17

psychiatris
ts
257:11,
17,20

psychologic
al
28:21
98:7
204:2

psychologis
t
165:5,25
166:21
167:9,10,
11 168:6
402:16,23

psychology
23:8,9

28:22

public
21:20
196:9

pull
102:15
151:13
164:8
178:23
194:4
243:9
273:20
333:3
353:19
371:13

pull-out
241:14,16

pulled
55:18
66:8
152:23

pulling
116:16
226:20

pullout-
type
96:12

punctual
353:15

purpose
61:11
62:23,25
100:24
198:5
205:19
369:24
374:22,24
375:24

purposes
16:12
190:12
221:19

push
34:12
107:19
113:24
211:2
371:10
382:6
399:10

pushed
94:16,24
96:3
97:15
178:14,21
206:23
207:1
387:15
389:24
397:10

pushing
97:15
134:8
396:19

put
10:12
59:5
61:24
62:10
115:4
152:22
173:11
180:5
274:21,22
275:11
319:5
331:19
336:12
346:8
347:13
348:19
351:25
355:12
365:14
381:20

puts
9:12



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: putting..reads

putting
  62:4,9
  129:6
  385:12

pyramid
  260:23
  262:19,21
  263:17,18
  264:6,18,
  21 265:4,
  6

— Q —

qualificati
on
  184:9

qualificati
ons
  183:22
  184:1,24
  185:25
  186:24
  187:9,21

qualified
  186:8,13,
  15,20

question
  10:3,7,13
  11:11
  105:20
  111:13
  124:13
  132:21
  142:22
  153:23
  187:6
  216:23
  224:6,20
  225:7,9
  226:1,3
  239:1
  252:6
  272:11

275:4,25
302:12
336:2
355:3
358:1
386:6
402:20

questions
  9:5,17,19
  10:11
  11:25
  12:5,7
  16:25
  19:6 27:2
  36:21
  41:11
  60:2
  84:11,14,
  18 95:19
  100:15
  112:12
  213:18
  214:3
  215:17,
  18,23
  225:23
  238:9
  240:23
  279:17,
  19,21
  329:12,
  13,22
  345:22
  369:6,11,
  12,13
  380:20
  382:3
  400:5,20
  403:5

quick
  98:25
  218:18
  327:9

quickly
  53:25

quit
  53:22

quiz
  130:8
  240:25
  362:2

quizzing
  179:7

quote
  23:22
  108:17
  118:6

quote/
unquote
  111:4
  113:14

quoted
  23:23

— R —

radar
  129:6

Rahming
  14:10
  109:23
  111:10
  119:4
  120:21
  122:3
  161:4
  162:7
  165:4,16
  185:24
  187:4,15
  194:8
  385:6

rainbow
  349:4,9,
  14,21
  355:6

raise

237:19
238:9

raised
  110:2
  210:19

raising
  191:11
  350:24

Randy
  57:5,19,
  22

range
  77:15
  125:17
  227:19
  360:14

Rankin
  46:16

Rarely
  167:23
  332:9

rate
  292:22
  293:1
  325:1
  353:17

rating
  392:19
  394:11

re-reviewed
  389:15
  392:8

reach
  26:25
  31:13
  33:15
  161:21
  335:14
  361:14

reached
  31:16
  60:25

168:12
187:20
335:15
387:24
392:22
398:2

reaching
  167:11
  221:22

reaction
  237:2

read
  14:21
  15:13
  18:6
  126:23
  128:23
  190:19
  274:3
  345:7,11

reading
  58:14
  181:6
  260:24
  291:24
  292:4

reads
  40:4
  43:25
  58:7
  72:18,20
  91:25
  92:2
  108:8,10
  115:20,25
  122:4
  123:21
  126:8
  127:20
  128:24
  155:15
  157:14
  165:6
  174:15,16



176:21
186:3
190:5
200:20
207:14
217:9,11
224:5,7
254:9,10
258:25
260:23
262:19
267:19
269:7,9
274:5
316:22
341:9
366:1,2
385:6,8
388:22

**ready**
207:9
235:25
400:24

**realm**
49:25

**reason**
10:24
11:11,24
76:11
165:12
172:2
312:23
339:5
393:11,13

**reasons**
97:8
153:22
159:5
223:18
225:11

**reassess**
308:18

**recall**
77:4 90:5

140:23
179:9
192:7
194:16
200:16
229:6,9,
10 230:12
254:1
266:24
276:14
278:9
293:11,15
312:7
314:13,15
342:1,3
344:9
361:22
362:12
368:2,14
373:8,10,
13 376:10
380:4
389:18
392:25
395:1

**recalled**
314:7

**receive**
15:19
21:22
38:1
60:11
71:25
72:9
86:23
87:19
89:11
90:17,21
96:4
102:5
125:1,5,8
127:11
149:3,13
150:24
151:24
153:7,8,

10 159:3
168:1
175:12,25
178:9,18,
19 191:20
192:5
212:21
215:11
249:4,9
264:5
270:15,19
274:19
277:5
278:8
279:2
288:15
294:8,9,
10 309:1
372:6,14
378:4
380:25
384:7
388:3
389:8
392:10

**received**
37:7,23
39:12
54:2 96:3
120:17
122:10
149:6
162:6
168:16,22
212:25
213:2
258:16
263:20
266:25
274:10,13
275:17
345:22
384:7,10
390:23
392:5,7
393:18,21

**receives**
128:4
149:9
247:20

**receiving**
69:25
76:15,17
85:5
94:25
95:1
96:19
151:6
157:24
158:24,25
159:17
222:19
241:13
244:9
257:9
274:24
275:5
276:24
293:15
294:1
313:24
369:3,9
393:25

**recent**
115:22
172:18,21
253:6
269:6
365:24

**recently**
56:8
163:18
176:6
253:3
287:1
304:24
333:5
350:9
384:17
385:25

**recertifica
tion**
323:14
326:10

**recess**
99:12
216:13
319:10
387:3

**recipient**
278:19

**recognition**
269:8

**recognize**
40:7
57:14
73:2 92:4
100:7,21
108:11
116:1
122:5,7
165:8
174:17
186:4
188:11
217:23
224:8
254:6,12
269:10
317:2
341:11
366:3
385:9
388:24

**recognized**
260:6

**recommend**
163:14,17
233:7

**recommendat
ion**
164:9
338:15



recommended
  98:6
  325:6

recommending
  163:8

record
  7:7 8:17,
  25 9:21
  10:4,12,
  18 72:22
  99:11,15
  216:12,16
  319:9,13
  340:12
  387:2,6
  403:12

recorded
  9:18

records
  57:11
  101:6
  207:21
  340:21
  351:3
  355:2,5,7

recovery
  303:19

red
  327:13

redacted
  115:21
  217:12

redelivered
  187:16

redo
  217:21

reengage
  338:20

reengaged
  338:25

reengagement
  338:22

reenter
  253:19

refer
  20:20,23
  21:2,6,
  12,15,19
  22:1,4,7,
  10,13,16,
  19 34:20
  116:8
  178:8
  192:16
  250:16

reference
  50:13
  241:4
  245:21,22

referencing
  366:13

referral
  220:11,17

Referral/
consult
  217:10

referrals
  247:22
  259:13
  272:3

referrals/
consults
  218:9
  219:11

referred
  12:21
  98:12
  247:17
  352:21

referring
  13:6

20:24
21:3,7,
13,16,20
22:1,4,7,
10,13,16,
19 34:18
67:7
116:14
138:1
148:22
180:8
186:21
193:13
231:11
247:18
250:17
307:17
318:4
322:9
383:16
389:1
397:5

refers
  255:21

reflects
  389:4

refrain
  134:1

regard
  119:11

regional
  21:2,3,7
  22:11
  69:1
  114:3
  117:3
  118:1
  163:3
  193:20
  195:2
  201:14
  202:19
  212:8
  214:16,22

325:9
328:1
366:1,11,
13
379:17,20

register
  327:22

regular
  118:20
  119:2
  241:6,11
  245:23
  259:23
  299:16
  340:8
  363:23

regularly
  33:10
  34:23
  219:8
  223:10,14
  249:2
  250:4
  256:10
  352:15
  360:3,4

reintegrate
  98:21
  109:12
  207:12
  327:3

reintegrated
  112:22
  113:14

reintegrating
  112:9
  396:21,24

reintegration
  161:23
  398:8

reintroduce
  8:17

related
  12:19
  72:25
  116:23
  123:1
  124:22,
  23,25
  125:5
  192:6
  223:11
  225:5
  304:4
  329:22
  351:23
  355:1,4
  381:15

relating
  346:3

relationship
  29:15,21
  30:1
  70:23,24
  71:1

release
  338:15,
  16,18

relevant
  20:3

rely
  112:18

remain
  196:5

remember
  13:4 14:9
  23:19
  46:13,17
  85:9
  120:17
  122:7,18
  158:21



165:9
167:7
168:14,15
179:9
187:5
194:9,18
201:5
214:10
224:24
225:22
230:19
238:18
250:10
271:22
279:1
295:13
317:23
324:24
344:10
361:23
370:4
385:12
386:9
392:13,14
394:13,18
402:17

**remembered**
201:7

**remind**
11:2

**reminder**
216:21

**remodeled**
280:24

**remove**
232:16

**removed**
76:1

**removing**
62:11

**rename**
49:8

**renovated**
50:21,23
298:5
385:25

**renovation**
298:3,4

**reoccurring**
335:6

**repair**
385:22

**repairs**
385:19

**replaced**
62:19

**reply**
187:4
225:21

**report**
25:6,7,9,
11,20
26:8,18
27:6,15,
17 30:6,8
33:6 46:1
49:20
51:12
68:16
180:11
272:5
336:17
340:13
344:7
346:9
361:9,13
364:9
365:7,13

**reported**
48:18
49:21
346:8
363:9,10

**reporter**
7:14,25

8:5 9:10,
18,20
12:11
18:22
25:16
39:23
56:25
60:14
72:13
91:19
99:19
108:3
115:15
121:21
164:24
174:7
185:17
208:11
223:25
243:21
262:4
308:3
316:16
341:2
365:19
384:25
388:16

**reporting**
341:24
344:4
345:5

**reports**
28:23
39:18
292:19,21
293:3,10,
16 360:9,
11,12,25
362:6,12
363:7

**represent**
8:21
73:18
124:19
125:11

127:6
139:13
261:10
341:15

**represented**
16:9
102:22
174:20

**representing**
63:21

**represents**
61:20
181:16
316:23

**request**
62:3
97:18
98:3
104:12
116:19
117:10
120:9,19
159:12
175:19
191:25
200:20
201:1
207:20
210:7
219:12,13
240:11
376:21,24
401:21

**requested**
16:6
58:20
59:3
62:18
116:22,25
117:24
252:8
293:11
317:24

369:21
385:19
402:16,24

**requesting**
195:20
197:7
202:2
293:12
317:8
361:20
381:18

**requests**
61:25
62:5,9,10
73:1
119:24
195:15,16
198:4,21
199:1,11
252:3
255:8
317:22
361:3
385:22
402:2,20

**require**
87:14,19
157:3
167:22
172:11
256:19,20
264:25
265:4

**required**
107:2
122:23
183:23
184:2,25
185:1
195:2
201:14
202:20
214:16
215:4,16
268:18,19



364:16
381:4

requirement
352:13
393:7

requirements
138:10
185:9,12
186:16
215:21

requires
158:8
357:1

requiring
320:18

RESA
19:16
22:10
29:14,15,
17 32:24
38:8,15
39:3
68:24
69:17,18,
24 70:2,4
223:17,
19,20
255:1

rescreened
294:16

research
255:17
323:14

reserve
10:19

residential
157:21

resigning
177:18

resort
241:22,

24,25
242:4,9

resources
29:25
173:25
174:3

respect
226:13

responding
100:25

response
58:13
59:8
72:24
119:22
120:15
258:10
386:8

responses
37:2
124:20
126:11
127:7
191:9
345:23

responsibil
ities
31:23
34:23
42:1
43:17
45:21
47:11
48:11
49:23
192:12
368:5,8

responsible
189:21

rest
94:8
145:13
171:15

restart
10:25

restorative
36:9
38:17
115:6
249:6
253:4
266:2
267:10

restrain
322:6

restrained
330:9
334:11
337:17
341:23
342:10,16
344:4
345:5

restraint
55:16
328:14
329:22,24
331:3,6,
23 332:18
334:10,21
335:3,15,
23 336:6
337:24
338:5,9,
10,14,25
339:11,
13,14
340:5,16
343:15

restraints
321:18,22
322:25
328:13,
19,21,24
329:17
330:11,
21,23

332:1,21
333:6,11,
12,14,18,
21,23,24
336:3,18,
24 337:9,
14 338:16
360:15

restriction
320:17

restriction
s
321:21
322:24

restrictive
119:9,11,
17 229:17
234:18
236:1
244:8

results
272:9

retire
64:15

retired
14:8
64:16

retirements
177:17

return
226:22
230:2

returned
239:18

review
15:5
19:22
30:17,22
40:11
59:8
129:5
200:14

234:22
235:1,8
352:16
358:24
359:1,3
369:24
371:2
390:21
391:15
393:7

reviewed
15:16
17:21
33:17
92:7
116:6
210:10
389:22
392:16,20
393:2
395:6

reviewing
212:3

reviews
32:9
368:24
369:1,3

revisit
11:19

revisiting
118:24

ride
135:23
302:4,9
402:5

rides
402:4

Ridge
49:2,4,13
50:9,11,
18 51:15
53:4
55:14,22



280:17
320:10,13

**right-hand**
26:15

**rights**
8:20 57:7
356:1

**rise**
247:12

**rises**
372:10

**Robbins**
61:19

**Rod**
46:15

**role**
32:16
37:8,24
41:22
52:2
105:18
110:15
192:15
193:23
214:7
266:12
291:1
374:9,16

**roles**
43:23

**rolled**
188:17
191:19,24
193:13
231:8
278:14
384:22

**rolling**
98:8
151:12,13
189:1
387:19

**rollout**
188:19

**room**
55:10
139:16
143:18
222:14
283:23
284:3,4,
5,18,19,
20 298:22
302:1
348:4

**rooms**
55:8,13,
17 56:4
289:11,14
319:18,23
320:17,
21,25
321:1,2,4

**roster**
87:4
89:14
101:2
102:14
312:13,17

**rotate**
290:18,
21,23
299:19
303:5

**rotating**
346:22

**ROTC**
314:25
315:4

**round**
15:1
317:7

**route**
136:2
137:14

200:2
201:21
205:8
220:3,4,6
302:21

**routes**
195:6,9
205:17
219:14,16

**row**
84:24

**RTI**
258:10

**rub**
34:17

**rubric**
259:18

**rule**
67:5,8
188:12
189:1,13,
15 190:22
191:20,22
192:6,11,
16 193:13
215:24
231:12
232:10
368:17,19
393:1

**rules**
383:10
401:25

**run**
272:4
286:13
292:19
293:3
358:9
360:9,11,
12,13,14,
16,18,22,
25

——————————

**S**

——————————

**salaries**
383:7

**salary**
71:25
72:7

**Sams**
41:18

**Sandra**
269:6,12

**Sararose**
18:20,23
28:20
43:7

**satellite**
28:8,9
45:11,23
46:3,7,8,
14 47:14
59:21
60:10,25
64:17
86:25
94:9,16
134:5,12,
15 147:20
154:12
170:20
172:3
212:1,2
226:19
228:7,12,
15 232:24
248:22
256:11,
16,22
257:2
260:12,16
264:8
268:4
294:10
302:7,13

304:17
311:18
312:1,20
314:1
315:18
330:7
332:8
346:14
356:10,
11,14
357:6,7,
22 397:6,
14,15

**satellite-based**
302:8

**satellites**
171:18
264:21

**Save**
122:1

**saves**
157:1

**scan**
263:10

**schedule**
76:25
129:4
183:6
209:23
246:10
284:11
309:19
331:18
352:2,3
355:13,25
356:24
357:11,14

**scheduled**
249:2
280:7

**schedules**
63:1,4



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: scheduling..schools

209:17,22
262:7
311:1,5,
16 355:5,
10,12
357:1,7,
22 402:8

**scheduling**
355:1,9

**school**
19:11
21:20
22:5 24:9
28:22
30:18,24
32:18
40:3
50:22
57:6
60:16
69:10
70:11
71:1,3
72:2,10
74:2,5
75:3,5,8,
10,16,18
76:5,12
77:9,13
78:8,18,
19,24
79:15,16
80:11,15,
17,19
81:19,25
84:25
85:2,6,
13,14,16,
17,19,24,
25 86:8,
9,15,18,
20,24
87:8
88:12,22
89:8,12,
24 90:14,

15,22,23
91:4,5,8
92:10
93:3,7,
13,24
94:3,17
106:8
113:5,8,
11,14,15,
17 119:14
125:16
130:25
131:1
132:4
134:10,15
135:18
136:17,24
137:21,22
143:24
144:1
145:8,14,
16,19,21
146:6,8
156:19,21
158:2,9,
22,23
159:2,16
165:4,25
166:21
167:8,10,
11 168:6
169:4,5
172:9
174:21
177:11,14
179:13
181:20
183:16
185:10,11
186:9
195:22,23
196:6
197:25
198:17
199:4,5
200:9,13
207:15,17

208:17,25
209:1,17
211:4
212:5,23
213:4,5,
7,8,9,10,
13,19
218:1,9
223:5
232:25
233:4,10,
23
234:12,
13,21
238:15,
16,17
239:18,23
240:5
241:20
244:24,25
245:3
246:2,8
247:4
250:21
254:25
255:3
258:9
259:23
260:13,20
261:24
263:3,23
264:22
268:4,24
272:21
274:23
275:17
276:8
280:25
281:4,11,
18,23
286:8,14,
19 290:5,
16,17,22
291:12,17
295:4,11
296:5,18
297:20

298:2,3,
8,24
299:4
301:17
302:10,23
303:2
304:13,17
305:11,24
306:6,13
307:12,
13,21
308:5,8
310:1,6,
8,13,20
313:9,23
315:21,23
316:2
317:15
318:20,25
323:13
327:12
332:17
336:24
341:15
343:9
344:15,19
347:24
351:15
354:10
356:19,22
357:9,21
361:1,13
363:14,15
364:1
372:23
373:7,12
375:1
386:19,20
389:12,19
397:19
398:14,
17,18

**school-based**
21:10,15
68:23

83:21
85:23
93:15
133:14
173:21
174:1
181:18
207:24
243:25
246:17
248:8,9
249:4
250:3,25
251:1
258:13
260:9
264:7,9,
11 274:14
316:24
369:19

**schooler**
250:7

**schoolers**
286:21
347:21

**schools**
77:19
96:20
113:2,4
172:8
173:25
198:25
213:1
222:17,20
226:22
246:18
254:9
257:24
258:25
259:5,19
260:11,17
271:7,14
272:23
274:13
284:23



288:6
289:5
308:24
311:18
315:24
316:1
318:10
356:12
359:2
397:10
399:11,
14,22,24

science
128:2
287:3
301:2,15,
17,21
317:18

score
389:4
393:19

scored
394:2

scratch
108:21
393:12

screen
99:24

screened
293:24
294:8
304:8

scribbles
242:21

scripted
249:18

scroll
125:12
130:18,23
131:22
138:25
139:1
141:25

146:11,19
148:14,
16,17,25
218:2,15

scrolled
218:12

scrolling
139:19
218:20

SDD
129:19

SEA
22:7
368:13

seclusion
55:10
56:4
289:11,14
302:1
319:18,23
321:2

secondary
359:21

secretaries
59:4
169:13,14
170:3
324:2,14

secretary
64:10
100:23
101:4,21
170:11,21
329:10

secretary's
101:23

section
8:20
162:22
187:24
285:3
391:20

secure
166:20

securing
168:13

security
263:10

seek
163:25
253:5
340:5

seeking
166:20
168:18

SEG
127:7,19

segment
128:19
149:6
153:21
154:22
312:2
338:3

segments
127:9,11,
24 128:2,
5 149:6,
13,19
150:3
153:15
234:4
250:8,17
308:9
310:21
312:11,18

segregated
96:22
256:25

segregation
13:16

self-
assessment
30:16

self-
contained
104:19
212:19
241:15,20
290:25

self-
injurious
105:12
236:11

send
16:6 35:2
115:10
152:20,23
197:9,10
208:23
221:9
248:24
279:10,11
280:13
296:11
323:16
335:18,25
346:9
359:2
361:8

sending
103:6,14
132:4
135:18
142:2
146:6
199:1
354:4
364:22

sends
377:18

senior
8:19

sense
94:14
134:23
203:10,
17,19

227:13
331:4

sensory
287:11,25

sentence
213:17
366:10
368:3

separate
39:2
81:20,21,
22 94:2
105:18
143:23,25
144:1
158:4,5
199:9
251:1
257:3,4
259:25
263:1,17
264:18
271:18
272:23
290:6
302:19
328:16
367:14
371:10,24
381:5
395:9

separated
144:6

September
58:15
103:5,14,
20 123:24
124:9

serve
32:15,17
77:3
82:8,11
85:16,24
86:9 87:9



89:3
90:11
95:23
104:23,25
121:8
133:15
143:1,5
144:9
161:5
189:24
190:3
210:11
222:4
223:13
242:3
358:15
366:15
374:22

**served**
12:17
44:1 46:4
69:9,20
70:11,16
76:9
104:9
108:24
109:21
119:16
140:17
195:6
204:1
224:19
259:9
304:22
374:10,24

**serves**
21:8
66:18
69:3 83:2

**service**
12:16
22:11
82:23
151:7
182:8

205:23
206:7
222:16
241:16
251:10
252:4,13,
20 255:15
274:6
276:18
399:19
402:21

**services**
13:15
21:23
28:4,21
53:8
59:21
60:12
69:25
80:9
82:22
85:6
86:23
89:11
90:17,21
91:15
95:1,5
96:3,5,7,
19 98:4,
5,10
104:12,16
108:24
112:19
120:10
124:22,
23,25
125:5,8
144:16
145:12
149:3
151:6
153:7,8
155:3
157:4,24
158:7,25
159:4,17

160:1,7,
12 163:11
170:19
171:12
173:17
179:18
189:18
190:1,12
191:25
193:7,15,
17 202:3
205:1
206:1,5
212:21
215:12
219:12
221:16
222:19
224:12
225:3
226:20
229:22
233:7
234:11,14
241:4,14
242:12
244:9
246:17,23
247:4,5
248:18,19
249:3,9
250:2,9
251:4,5,
20,22,24
252:8
253:23
254:24
255:1,7,
13,19,22
256:21
257:5,6,
10 258:1
261:15
265:4
272:18
273:10,
11,14

274:15,
19,24
275:5,14,
17 276:4,
7,14,25
277:5,13
278:9,20,
22,23
279:3,20
293:24
294:2,12,
15 304:8
309:1
313:24
314:7
349:21
356:10
369:3,10
373:1
383:14,17
384:8
398:14
401:7

**serving**
67:23
183:12
222:11,
12,13

**sessions**
188:22
276:12

**set**
235:15
350:12,14
356:24,25
360:14
391:7
401:23

**sets**
195:5

**setting**
21:17,19
96:4,12,
18,22

109:13,21
112:10
143:5
209:1
234:18
236:1,17
240:9
253:19
254:25
255:4
272:19
276:8
327:3,12
332:14
397:1
398:10,19

**settings**
29:12
244:8
256:25

**seventh**
128:23
290:17

**shake**
9:22

**share**
102:8,10
118:9
121:13,15
143:17
357:25
369:24
372:7,14,
18 388:13

**shared**
87:22
102:9
191:14
293:10
372:19
378:12

**Sharepoint**
346:7
349:17



shares
218:25

sharing
57:13

sheet
346:6,11,
22,25
347:1,5
348:6,19,
23 349:8

sheets
346:5,16
347:3
349:3

shift
82:23
84:12

shifted
94:23

shifting
212:13

shifts
177:17

Shondonette
18:19
28:2 29:9
41:17
301:13
303:24,25

short
53:20,21
400:25

shortest
228:22

shorthand
8:5

shortly
13:1

shout
130:10,13

show
68:17
99:18,23
106:20
107:25
190:6
216:2
217:5
391:5

shown
19:20

shows
221:24

shut
321:7

sic
287:17

sidewalk
386:2

sight
126:23

sign
38:9,22
334:19
381:21
382:23
390:21

sign-off
175:11,12
382:23

signed
382:25

significant
268:13,14

significant
ly
177:16,19

silent
400:19

Siler
325:3

similar
92:6 94:3
168:12
211:19
212:14,17
273:14
280:13
350:5

Sims
14:7
25:1,3
46:2,3
48:18
49:20
362:17

Sims'
54:20

single
367:10

sit
32:18,23
33:1,3
194:6

site
27:8,12
28:5,16
48:13
49:10
59:18
60:8,18
63:11
71:11
72:21
78:8 92:3
93:21
109:17
171:7,11
176:11
183:3
228:2
242:18
243:25
251:25
256:5

274:14
313:9,13
316:4
319:24
320:9
330:2
346:12

site-based
68:23

sites
46:7
59:20
71:17
73:19,20
74:18
76:5
79:21
83:25
92:7,13,
18 133:14
170:14
171:1
181:17
244:5
256:9
323:1
363:6

sits
357:9

sitting
272:21

situation
210:5

situations
256:11

sixth
127:6
154:10
290:17
313:5
320:5

skills
128:3

150:1,15
154:20,21
247:11
248:5
249:14,18
250:12

skim
192:25

skip
243:4

SLDS
31:6

slew
355:23
360:18

slow
398:11

slower
218:5

slowly
313:7

small
40:12
123:16
126:22
326:7
386:1

smaller
109:6
242:5
247:14

smiley
385:12
386:16,17

smiling
385:11

Smith
46:16

snapshot
175:24



so-and-so
    235:15

soccer
    297:14

social
    87:16
    128:2,3
    150:1,15
    154:20,21
    163:13,
    14,20,23
    164:2
    169:12,24
    170:1,18
    172:24
    190:1
    247:5,6,
    7,9,11,
    15,22
    248:4,5,
    13,25
    249:14,18
    250:12
    273:12
    276:17
    277:6,20
    278:8,15,
    20,21
    279:8,11,
    24 324:9
    331:20
    340:2
    352:3

socialized
    245:23

Solomon
    7:10,18,
    21 10:21
    11:2,5
    13:6
    16:10
    17:10,15
    18:1
    66:12,14
    79:8

99:4,7
100:12
129:25
168:21,25
177:1
201:20
217:14,
17,20
243:2,6,
14 263:9,
12,15
319:5
362:10
376:19,23
377:1,4
380:12
386:25

someone's
    355:13

sort
    36:3
    55:10
    72:1 96:4
    121:10,17
    145:9
    158:1,8
    161:10
    170:19
    172:12
    185:4
    224:19
    241:20
    246:23
    253:18
    340:12
    351:4

sorts
    254:20

sound
    81:3
    388:6,8

sounds
    24:20,23
    199:12

223:12
269:19
271:10
300:7
370:18

source
    179:20

sources
    179:17

Southwest
    28:4
    80:11
    81:15
    82:11,22,
    24 83:12
    86:15,18,
    20 87:13
    88:3
    91:4,8
    94:3
    144:15
    145:12,14
    148:1,20
    170:19
    171:14
    173:16
    245:25
    256:5
    259:4
    263:1,18
    264:18
    268:1
    281:18
    297:17,21
    298:12,
    21,24
    299:2,4,
    11,12,15
    300:1,8,
    23 301:4,
    8,15,21,
    23 302:3,
    5,8,10,
    13,14,17,
    22 303:12

304:7,13,
14,15,20,
21 305:1
306:6,10,
11,17
307:7
314:16,17
315:1
319:18
332:3
356:21
357:13
363:21

SP
    124:20
    125:2

space
    281:25
    284:6
    289:8
    298:20
    326:22,24
    327:4,10,
    13,18,25

spaces
    289:13
    301:23

speak
    8:5 9:19
    17:14
    19:8
    57:22,25
    61:9,15,
    19 68:2
    84:8
    95:13
    113:20
    142:13,16
    164:20
    192:15
    214:24
    216:22
    308:2
    311:14
    390:22

speakers
    36:13,14

speaking
    188:25
    189:23
    210:16
    246:19
    311:18

special
    31:13
    34:16
    35:2 44:5
    51:2,8,
    14,17
    52:5,17
    56:18
    61:24
    62:2
    68:14
    84:3,6
    95:16
    111:21,24
    112:2,11
    146:5
    157:7
    161:22
    191:12
    197:5
    202:8
    204:1,15
    205:9,18
    206:5
    208:15
    222:9
    223:3,5,
    13 224:19
    225:9
    230:5
    241:7,13
    246:21,25
    259:24
    320:3
    366:15
    367:5,11
    396:23
    398:3



specialist
23:15,24
26:13
109:16
202:9
269:13

specialists
36:16

specials
317:19

specific
85:24
86:9 89:1
91:2
150:15
186:25
190:8
231:9
240:8
253:24
304:2
327:7
333:4,8,
12 396:23
398:4

specifically
61:17
62:22
205:22
247:1
391:7

spectrum
122:25

Sped
200:21
203:1

speech
125:1,2
128:4

spell
8:24
359:10

spend
128:20
229:4
304:4

spending
59:25

spent
227:25

split
155:24
156:1,16,
18,23,25
159:2

split-
funded
155:23
156:8,14

spoke
17:9
29:14
133:9
137:23
156:20
232:23
278:7
289:16
290:3
314:6
350:5
363:1
373:15

spoken
95:21

sport
316:13

sports
288:18
289:1
297:11
315:9,12
316:5

spreadsheet
s
217:9
218:3

spring
305:12,15
398:13,
14,15

squint
40:16

Stacy
43:13

staff
27:18,24
29:4,5
39:19
61:4 63:6
164:15
169:5,15
172:20
177:9,10
179:16
180:21,
22,25
181:7,8
182:14,22
183:15
197:2,22
198:5
208:24
209:20
211:3
251:6,7
253:21
258:16
276:18,20
321:23
322:5,14,
17,20
323:15,
19,23
325:24
326:19
329:20
337:23

351:12
352:16,
20,22
353:7
354:18
357:13
403:1

staffing
108:19
110:5
163:3,9
165:24
172:17
176:8,19
177:6
181:16
329:19
381:18
383:7

stage
282:18

stamp
108:14,22
116:4
119:23
182:2

stand
35:5

stand-alone
81:12,17

standalone
21:13

standard
115:8
195:10
201:22,25
208:3,16
220:4
231:1,3
271:7,24
311:10,
17,20,21,
22,23,24

standardize
d
106:16

standards
30:20
182:17

stands
258:2
357:17

STAR
261:20
291:24
292:4,6
303:15
383:21

start
44:16
57:18
76:4
84:24,25
97:14
116:3
134:3,4,
8,12
136:24
137:10
161:20,
22,23
162:1
174:15
187:24
206:22
226:16,
17,20
228:9
233:10,16
234:22,24
235:14
241:11,21
246:20
264:15
265:11
286:14
308:13,
19,23



311:11
324:18
330:23
343:12
366:5
380:21,24
398:6,8,
13

**started**
13:21,23
47:22
55:15,17
56:12
64:1
67:21
97:15
98:21
152:6,10,
17 161:21
235:1
253:5,10
278:16
293:17
296:7
303:15
338:12
344:20,21
380:18
387:13
396:22
398:1

**starting**
55:25
82:2
100:2
103:2
229:7

**starts**
54:5
200:24
202:15
267:19
343:23
376:17
377:2

**state**
7:4,24
8:24
12:19
13:14,23
14:7,9,
10,14
21:4 22:8
23:13,16,
25 31:8
39:21
55:18
61:20
63:21,22
66:6,7
67:7
68:19
84:8
109:8
151:19,20
152:24
175:13
177:20
178:4,5,
12,18
179:19,23
180:2
181:14,21
182:20
186:23
212:15,17
259:21,22
320:18
321:6
325:14
359:12
361:10,14
364:9
383:8
384:7,11
400:9
401:10

**State-
facilitated**
401:12,21

**stated**
191:5

**states**
7:4,9,13
8:14,21
10:19
12:16,17
72:25
212:19
317:22

**statewide**
116:25
117:1
375:25
378:5

**Station**
75:6,19,
20,21,23
79:19
88:23,25
156:21

**status**
270:15,
19,22
382:21

**stay**
221:16
226:24
228:4,5
230:13
353:22
371:14

**stayed**
94:22

**staying**
97:3
227:2,19

**stays**
169:1

**steadily**
97:4,5

**step**

103:11
202:25
207:14
208:16
249:7,16,
17 261:9
338:19

**steps**
215:4

**Steve**
325:2
326:13

**Steven**
18:24
28:8
42:14
46:14
171:17
172:1,13
174:6
197:4
203:7
204:23
210:10
218:25
312:7
330:7
339:24
358:5

**Steven's**
45:10

**Stevenson**
25:13
26:9,12,
19 33:7
115:24
192:22
230:10
279:6
365:25
366:7,11
367:5
368:1
369:22

375:15

**stick**
371:23

**sticker**
376:12

**stickers**
347:14

**sticky**
313:22

**stood**
17:2

**stop**
10:7
110:13
206:10
266:4

**stopped**
378:7

**storage**
298:22

**strategic**
33:19
36:8
381:5,9,
14 387:9,
17,18
389:5,22
390:12,14
391:13
392:20
393:14
394:14
395:10,
11,24

**Street**
7:5 45:2

**structure**
27:21
68:18

**structured**
68:22



**student**
32:5
34:14
50:2
56:17
57:11
63:4
68:15
70:11
76:13,15
77:1,11,
22 85:24
91:7
96:10,16
97:2,19
102:23
103:15
111:20
113:13
115:21
116:23
117:19
123:2
125:8
127:13,19
128:19
134:19
135:2
136:5,22
140:3,6,
22 141:18
142:19
145:7,10
149:14
150:15
151:14
153:5,16,
21,24
155:12,
20,21
156:3,10
157:5
159:3
161:13
189:24
195:6,21
196:14

197:8
201:25
202:1,6,
11,14,24
203:15,25
204:2,6,7
205:3,10,
13
206:21,22
207:21
211:3,5
212:9
215:5,9
224:12,
13,18,23,
24 225:24
228:23
231:22
232:19,21
233:1
234:22,24
235:25
236:20
249:7,13
253:24
256:16
258:3
259:15
274:24
285:18
288:22
289:4
294:4
300:1
304:21,22
307:7
308:13
312:8
314:7,8
315:10,17
316:11
322:25
326:1
329:20
330:1,4,
9,10,21
331:18

332:12,15
333:4,5,
8,12,19
334:11,16
339:1
340:12,17
342:16
343:14
345:4
346:6
348:1
349:6
350:18,19
351:5,11,
15 352:7
353:21
354:1
355:1,5,7
357:21
358:22
359:20
363:19
369:3,9
396:12
401:6

**student's**
200:6
208:17
236:9
346:3
359:21

**students**
21:8,21,
23 34:19
48:15
56:17
60:11
63:7
66:18
67:23
68:16
76:6,8
77:3,8
78:13,15,
16 81:24
82:9,12,

16 83:5,
12 84:20
85:5,16
86:12,23
87:9
89:3,11,
17 90:2,
3,8,17,21
94:12,24,
25 95:23
96:2
97:11,12,
21 98:19
103:4,13,
19,23,25
104:2,8,
13,25
106:17,
18,19
107:7,12
108:19,24
109:6,10,
12,20
110:6
111:18
112:9,15,
21,24
114:4,9
118:6,15,
16
119:12,24
120:13,
23,25
121:8
122:2,11,
24 123:4
124:2,20
130:14
131:15
132:5,8,
13,19,20
133:5,11,
15
134:11,14
135:10
136:2,16
137:21,24

138:3,11,
16 139:3
140:13
141:18
142:6
143:1,6,
13 145:3,
11,12,16
146:14
148:6,10,
11
150:20,25
152:22
154:18
155:16,
22,25
156:4
157:2,19
158:13,18
159:16
160:5
161:6,16,
18,24
162:11,13
167:21,23
172:10,23
185:5
186:20
190:1,3
198:11
203:19
204:11
206:12,15
207:3
210:16
212:23,25
221:15,
23,25
222:4,6,
11,12,13,
15,19
225:13
226:13,24
227:2,14,
19,22
228:4,5,
12,13,15



229:13
233:23
234:16
236:8
237:4,23
238:16
240:4
244:8,15,
22 245:1,
9,17
246:2,17
247:4
248:5,7
249:3
250:3
253:18
256:19,24
257:1,2,9
258:14
259:9,24
266:15
272:3,6,
19 274:9,
12
275:16,19
276:3,22,
23 277:5,
13 282:7,
9,22
283:7,8,
14 284:9,
21
285:16,24
286:5,7
287:12,
13,18,19,
20,23
288:3,5,
11,14
289:3,19
290:1,4,
5,12
291:2
292:8,12,
21 293:23
295:4,10,
17,20

296:16
298:11
299:2,4,
11,13
300:8
301:7,21
302:3,4,
8,13,22
303:22
304:4,7,
14 305:2,
12,19
306:11,
16,21,23
307:2
308:9
309:1,6,
8,20,24
310:20,24
311:6
312:1,18
313:13,23
314:16,25
315:17,25
316:11,12
321:18,19
322:6,25
324:17
329:14,15
332:24
333:9,14,
22
337:14,17
341:22
342:1,10,
15 344:3
345:2
346:11
347:7,15
348:8,12
351:16,
17,19,20,
21
353:18,22
354:7
358:15
360:4

363:20,24
364:2
366:21
369:17
379:15,
18,21
396:17,23
398:4
399:13
402:5

**students'**
51:20
138:9
347:3
357:7,10

**students/
families**
256:9

**studies**
128:3

**stuff**
55:11
141:5
284:6
380:23

**subject**
57:8
108:10
115:25
122:13
165:4
185:24
192:23
224:5
269:7
366:1
385:6

**subjects**
185:14

**submit**
73:16
117:17
157:9
175:1

176:7
199:11
202:1
279:5
328:15

**submits**
335:2

**submitted**
58:21
95:18
116:7,15
174:25
204:21

**submitting**
175:4

**subpoena**
12:17,22
57:9,11,
23 58:1,
7,11,14
72:25
100:25

**substandard**
362:14

**substantial**
398:2

**Substantial
ly**
112:23

**success**
68:6,7
77:8
226:17
228:10,11
239:21

**successful**
134:9
228:7
230:1
350:18

**successfull
y**

345:2,6

**suggesting**
252:13

**suicidal**
105:12

**Suite**
7:5

**summer**
64:7,8
65:6

**superintend
ent**
19:13
25:23
26:4
30:11
70:25
400:3

**superintend
ents**
25:9
31:14

**supervise**
46:10

**supervised**
50:6

**supervision**
397:16

**supervisor**
25:8

**supplementa
l**
291:9,10,
15,20
292:8
303:13

**support**
12:20
20:25
33:15
37:11,18



44:1
51:19,20
53:17
76:6
78:23
87:14
170:14
172:12
188:9
210:5,12
211:2
247:19,25
262:20
277:18
300:5
383:20
397:2
403:1

**supported**
269:14,17

**supports**
182:9
225:3
258:3,22
277:13

**supposed**
121:8
313:1

**surprised**
240:11
400:17

**suspended**
354:3,8

**suspension**
154:8
354:6
357:2

**suspensions**
247:22
259:13
272:7
329:16
330:21,22
336:25

354:11,16

**swap**
77:10

**swear**
7:15  8:1

**Sweet**
147:15

**SWIS**
360:17
380:24

**switch**
250:23
303:4
359:17

**sworn**
8:4  9:9

**Sydney**
7:10
13:2,4,6
16:10,16
18:1
58:18
243:19
380:10

**system**
57:13
94:17
291:25
336:21
347:19
386:13

———————

**T**

———————

**T&e**
179:25

**T-I-E-N-E-T**
359:11

**TA**
366:1,14

**table**
72:20
92:2
120:19
132:7,10,
11  142:3
146:18,19
147:25
222:2
304:3
316:23
318:6,7

**tables**
141:25

**takes**
326:10
327:16
356:22

**taking**
8:22  12:3
76:10
167:1
228:16
329:11
377:13

**Talban**
46:15

**talk**
16:14,19,
21  18:9
26:24
36:7
50:15
96:15,16
111:5
112:14
189:3,6
194:7
203:9
208:20
211:15
212:12
230:21
232:7

249:25
252:25
254:22
303:25
307:22
310:6
311:17
326:25
332:14
351:11
360:17
374:13
380:16,19
381:7
396:24
397:18

**talked**
16:16
84:4,12
93:5,10,
11  191:21
237:12
265:24
315:5
320:2
349:1
379:1
401:2
402:4

**talking**
9:25
77:16
80:5
101:24
111:17
137:20
150:12
161:23
172:19
194:1
208:7
234:24
235:14
248:12
261:25
288:8

297:7
311:3
312:7
315:1
327:8
338:19
355:19
364:21
397:7

**talks**
338:11

**tap**
173:25
184:20
278:17

**tapping**
174:2

**tardiness**
353:8

**tardy**
352:25

**taught**
52:15
53:10
54:21
152:4,5,9

**teach**
53:5
71:24
185:14
186:9,20

**teacher**
38:4,19
44:5
46:14
51:2,7,
14,17,18
52:5,6,
13,16,17,
18,21
53:3,22
54:16
71:10,12,



22 78:22
79:2
87:18,24
96:5,6,9,
14 134:8
149:7
150:12
155:11,24
156:9
164:14
177:17
184:8,25
185:24
186:7,16
197:5
206:8
208:25
233:9
234:8
235:4
248:23
265:16
283:1
284:10,12
290:13
291:5,19
303:1
320:3
335:25
364:23
401:6

teacher's
46:17
349:16

teachers
29:8 32:6
45:25
46:11
48:14
50:4,6
51:19
71:7,9,23
87:25
88:1,3
94:18,19,
22 129:3

160:1,13
169:8,23
172:10
173:1,8,9
175:23
182:24,25
183:17,
18,20,25
184:12
185:10
186:24
187:2,3
197:5
206:6
208:18
249:5,10
284:14,16
290:18,20
303:6
324:4
365:1,2
399:22

teaching
27:18,24
29:4,5
54:1
55:23
184:3
249:19

Teachtown
265:18,19
266:18,19
267:2,3

team
18:11,15
32:18,19
40:5 61:5
102:13
107:4
110:10
120:5
134:13
140:9
194:16,18
198:6

201:4
202:4
210:9
214:11
215:8
219:2
224:12
232:22
233:6
234:15
252:2,3,
13 268:8
272:22
280:5
297:7
315:10
330:24
331:18
346:20
350:24
360:6
401:4,8,
11,17

team's
219:5

teams
102:12,16
194:1,3,
5,6,11
263:23
297:12
312:14
316:2
351:10

tech
247:9,15
248:4

technically
156:10
374:19

techniques
250:1

techs
169:13

170:1
277:20

teeters
333:2

tells
10:14
174:6
175:23

ten
30:20
207:2
322:20
323:20
400:21

ten-day
354:20

term
215:15

terms
213:12

terrible
46:18

test
106:14,
15,16

testified
8:6

testify
12:23

testifying
9:11

testimony
12:18

testing
36:5 50:1
51:23
122:16
167:22
261:22
262:14
294:21

356:3

theater
297:9

therapeutic
12:20
20:25
188:9
225:2
246:17
247:3,5
248:19
249:3,9
250:2,9
251:5
252:4,8,
19 272:18
276:25
277:13
278:22,23
279:3
384:7

therapist
44:1,3
52:10,20,
21 53:2,
17 182:25
275:7

therapists
276:18

therapy
125:1,2
265:14
266:3
267:13

Thiago
166:4

thing
9:24
15:16
17:6
52:22
60:10
96:17
154:15



205:16
225:6
227:24
234:20
248:2
249:17
262:13
301:12,14
305:23
313:12
335:4,24
369:14
391:23
398:12

**things**
28:23
29:24,25
32:13
36:5,7,10
37:20
38:5
50:4,20
51:23
62:8,21
65:16,17
98:4,10
104:15
105:13
115:11
116:20
143:20
154:18
163:13
164:10
176:12
177:18
187:9
188:22
189:7,11
196:16
208:22
211:3
247:23,24
249:8
261:25
262:3

265:8
274:18
282:20
306:1
321:11
348:7
349:7
355:23
371:13
383:24
386:1
388:2
396:4
397:2

**thinking**
116:20
181:1,4
186:8
250:7
288:17,25
310:1,3
311:1
315:25
345:8

**thinks**
107:4

**Thomson**
93:13
94:19

**thought**
105:13
121:14,15
158:5
229:19
270:2
347:9
371:6
397:21
400:18

**thoughts**
248:23
395:17

**thousands**
347:22

**thread**
108:9,11,
14 111:3
115:21
116:1
269:5,10
365:23
366:3

**threats**
105:11
263:12

**three-year**
151:13
387:19

**throw**
170:11
179:24
243:4

**thrown**
136:14

**thumbs-up**
175:10

**TIENET**
359:7,8,9

**Tier**
225:6
247:8,13,
17,18,19,
20 248:2,
3,12
258:8
259:10
261:12,13
265:1,11,
20
267:12,16
272:10
327:6
330:14,
18,19,25
331:2,15
339:15
380:22

**tiers**
247:17
258:9
261:11
262:9

**tight**
242:24

**time**
7:2 11:13
14:6,24
34:3
36:21
37:19
45:19
46:15
49:2,20
53:20
55:1
56:13
59:5 61:7
62:1
65:3,8
66:9
70:6,10
73:19
99:10,14
101:18
102:15
107:12
108:14,22
116:4,19
117:6
119:23
133:7
136:23
137:4,7
139:11
145:17,18
160:2
172:14
183:24
186:14
188:21
191:3,16,
23 192:24
194:8,20

208:11
211:1,9,
11
216:11,15
226:6
227:3,5,
15,17,25
228:20,22
229:15
230:18
231:8,11,
16,18
234:17
246:7,12
247:14
262:12
269:22
270:16
276:4
282:21
283:15,20
284:9
286:14,
15,17,18
294:11
296:23
299:3,6,
7,12
303:16
304:4
309:10,
13,17
314:10,12
319:8,12,
24 329:11
334:11,16
335:22
338:11,
12,24
339:2,6
342:6
344:12
348:3,4
353:1,19
360:21
362:16
365:9



370:4,7,
9,21
371:9
374:23
375:8
387:1,5
392:2,3,
4,25
393:19
403:11

time-out
55:8,10,
13,17
56:3
320:20,25

timeline
397:25

timelines
390:11,13

times
31:13
33:18
114:17
136:9
150:3
159:25
198:1
199:5,7
237:7
238:25
239:4
240:11,15
271:21
282:9
286:15
290:7
342:17
389:23

tiny
123:15

title
24:10
47:7,10
260:4

titled
122:1
188:8
220:10

TKES
29:8
31:5,7
38:19

today
8:12,22
9:5 11:22
12:1,4
16:12,15
17:20
18:7
19:23
20:3,19
52:3
147:1
376:13
401:2

Today's
7:1

told
16:22
238:6
398:6

Tonesha
18:20,23
28:6
42:22,25

top
39:17
40:4,9
57:18
73:5
107:18
127:12,18
139:1
140:23
144:15
148:1
149:12
155:21

177:20
182:7
188:8
213:17
217:9
221:16
258:25
271:5
288:7
317:14
365:16
373:10
376:17
388:22

topic
229:16
247:11

topics
114:24
230:2,4
247:8
378:18

total
128:5,6,
15 132:5,
8 142:6
146:14
150:4,21
169:5
181:7
360:13

totally
11:19
23:23

totals
181:5

touch
96:14,17
149:5
150:10

touched
187:16

touching

155:11

tour
233:8

track
68:11
106:19
140:8,11
143:2
197:11
220:24,25
221:11,
13,17,18
239:24,25
247:24
259:14
274:19
300:18
303:22
328:12
358:22

tracked
136:6
146:1,3

tracking
304:1
312:11
348:16

tracks
107:21

traditional
106:2

train
249:8
252:21,22
323:17
326:6,11,
16 350:8

trained
182:14,23
183:15
197:6
249:6,11
253:21

322:5,14,
18 323:6,
20 324:2,
3,4,8,9
325:3,23
326:19
337:23

trainer
326:6,16
339:23

trainers
326:12
339:24

training
29:24,25
37:7,12,
15,23
38:1,4,
13,16,20,
25 39:16
72:1
122:8,18
123:1
183:5,7
187:13,15
191:20
258:16
266:25
267:2
322:4,10,
21 323:4,
13 326:3,
5,7,13,17
327:19
328:10
331:12
338:1,3
345:16
379:23
380:25
391:11
397:2,18

trainings
38:8
39:11,12



87:19
183:3,9,
10 322:1
396:2

transcript
300:17
356:25

transcripts
18:6
358:24
359:1

transfer
207:19
211:19
220:19

transformat
ion
32:19
272:21

transformed
284:4

transition
68:4
119:14
134:14
138:16
207:9
232:12,20
234:17
235:25
239:11,
14,19
240:4
313:6,7
359:25
360:1,3
398:11

transitione
d
194:10
238:16

transitioni
ng

137:21
226:16
233:15
235:15

transportat
ion
77:14
135:6
286:10
288:24
302:12
402:9,10

transported
91:11

trauma-
informed
39:15
115:2,6
265:23
266:1
267:10

traumatic
240:10

travel
77:12
145:17,18

traveling
171:1

treat
154:6

treated
72:4

treatment
331:18

trends
172:17
221:17
331:6
371:5

trial
8:19

trickle-up
27:19

trickles
34:15

trickling
241:21

trigger
209:5
327:1

trip
305:14,
24,25

trips
65:17
143:20,21
295:17,
21,23
296:2,5,7
305:1,8

trouble
154:1

truth
8:5,6
9:9,12

truthfully
11:25

Tucker
7:8,16,20
8:9,18
10:18,22,
23 11:6,7
12:11,15
19:1
25:19
39:23
40:2
56:25
57:4
60:17
66:13,15,
16 72:13,
17 79:9
91:19,24

99:6,9,
16,23
100:10,14
101:11,12
103:7,9
108:3,7
115:14,19
121:20,25
127:18,19
130:2
164:23
165:3
168:24
169:1
174:7,11
177:3
185:17,21
201:18,21
208:13,14
216:2,9,
17,18
217:16,
18,21,22
223:25
224:4
243:3,9,
16,20,24
254:2,6
262:8
263:16
269:5
308:4
316:16,21
319:3,7,
14 341:2,
6 362:15
365:18,23
377:4,5
380:9,13
382:18
384:25
385:5
386:23
387:7,8
388:15,20
400:4,7,9
403:8

Tuesday
35:13
36:6
61:13

turn
123:10
144:14
176:19
193:6
200:23
201:17
341:20
343:25
376:7
377:5
403:2

turnaround
327:9

turned
62:21

Turner
75:13
79:14,16
88:11,17,
18 89:6
93:5,10
317:16
318:10

turnover
172:19
173:5,6,
12

tweaks
346:21

Twiggs
21:9 69:5
126:19
244:10

twofold
276:6

type
32:13
34:25



36:5,8
37:7
38:12
39:11,12
55:16
89:20
106:14
110:6
112:17
117:10
131:15
163:15
164:4
168:15
176:5
180:21
183:10
188:19
189:24
194:1
203:15,18
204:20
205:16
211:25
212:1,2
226:2
234:19
236:7,8
249:3
259:13
267:3
272:18
280:6,7
291:20
295:23
299:25
303:11
305:16,23
324:16
329:21
331:16
347:1
369:14
382:2
393:24

types

108:20

typical
35:4
233:12
377:14

typically
140:18
224:18
226:24
256:13
283:10
299:19
312:10
338:18
382:4

typo
132:22

─────────

U

─────────

U.S.
8:19

uh-huh
9:1
15:15,18
17:11
18:5
19:5,15
20:14
22:23
23:14
26:1,22
27:14
28:12
30:3,5
33:8 34:7
35:9,21
36:25
37:10,16,
22 38:14
39:8,10
42:5,16
43:6,21
44:2

45:13
46:12,24
48:8
49:19
50:3,12,
25 52:8
54:11,23
55:20,24
56:2,18
59:7 60:1
62:16,20
63:25
64:12
65:1,9
66:24
67:18
69:23
74:8
76:20
78:6,25
79:3
80:1,8,
10,13,16,
18 81:1,
8,13
83:18
84:1,15,
17,22
85:1
87:1,7,15
88:10
91:15,17
93:6,10,
12,22
94:21
95:5,11
97:6,13
98:24
101:5,8,
19 103:10
106:24
107:8,20
109:4,9
110:14,18
113:25
115:3
117:4

119:19
123:9,13
124:24
125:22,24
126:7
131:20
134:6
137:18
138:6,13
141:24
143:22
144:10,13
148:21,24
149:1,4,8
151:4
153:3,14
155:1
156:17
157:18
159:1,8,
10,15
160:2,9,
18 161:2
162:3,24
166:25
168:9
169:7,9,
11,25
170:2
171:6,13
172:16
173:2,7
176:14,18
177:4,7
178:16
182:1,12,
15 184:17
185:23
188:1
189:10,20
190:14,25
191:8,18
195:14
196:23
197:14,24
200:19,25
201:20

202:13
203:8,24
206:19,25
207:3,6
209:4,10
210:8,22
213:22
215:10
220:18
221:12
222:15,22
225:4
227:6,10,
12 228:3,
6,11
229:15
230:23
232:17
233:2
234:1
236:3,23
239:17
240:1
241:17
244:17,21
250:11
252:23
259:11
260:3
262:13
265:3
271:13
274:4,20,
23 276:16
277:2,7,
9,16
278:5
281:2
283:18
286:11
291:23
294:7
301:18
302:15
306:15,20
308:15
311:13



312:9
315:14
316:15
320:23
321:5
330:17
331:1,9
334:5,9
336:8
337:7
338:8
341:1
342:1
343:22
344:2
346:24
353:9
356:2,17
360:23
361:6
364:12
366:17,19
368:20
369:8
371:4
373:5
374:8
379:8
383:9,12
386:4,8
387:22
390:17
391:3
394:22
396:3
398:5
399:4

**ultimately**
54:16
198:11
206:10
340:6

**unattainabl
e**
237:24
350:6,10

**undergrad**
23:5

**undergradua
te**
23:1

**understand**
9:15,18,
23 10:7,
16 13:17,
20 20:20
42:6 70:5
103:22
110:22
113:12
121:6
123:17
142:22
148:9
152:7,25
153:6,23
156:3
184:8
190:2,21
192:3
194:21
196:2
222:5
231:17
252:6
257:18
298:23
300:7
306:2
308:4
310:5
311:25
337:22
343:13
355:3
370:25
371:19
372:5
373:2
378:22
392:18

**understandi
ng**
13:12,14
20:17
113:5
189:9
196:2
253:19
272:16
345:17,21

**understood**
119:18
187:14
190:3,5
207:13
209:24
219:7
238:21
240:19
272:12
294:16
296:8
297:16
300:21
302:20
327:17,24
337:3
357:15
358:8,18
359:18
367:20
372:21
397:11

**undertow**
161:10

**Unique**
261:19
291:25

**United**
7:4,9,12
8:14,21
10:18
12:16
72:25
317:22

**unused**
281:25
298:20

**upcoming**
30:18

**update**
50:20
73:13
115:11
176:10

**updated**
41:1,5,9
98:7
101:5
102:18
167:22
204:2
209:7,11
215:9
312:14
384:20,23

**upgrade**
115:11

**upload**
57:12
73:7 84:9
381:6
390:16
393:16
395:21
396:4

**uploaded**
31:3
391:21
396:7

**uploading**
396:6

**upped**
333:6

**usage**
292:22

**ut-oh**

11:8

**utilize**
196:24
267:1
326:21

**utilized**
301:24
327:25

---

**V**

---

**vacancy**
173:11

**vague**
189:7

**variation**
346:18

**vary**
164:13

**verbal**
105:10
236:10
322:10,
12,15
327:6,7
345:8,13

**verify**
66:14

**versus**
7:4 8:14
140:7
162:9,13
291:5
295:8
337:14

**VI-B**
177:21
178:8

**Vickie**
25:12
26:8,11,



13,18
33:7
36:12
108:9,18
110:23
111:3,9,
12
114:14,
20,25
115:23
116:5,6,
14,22
117:9,23
118:9
119:8
120:11,15
121:13
161:4
162:7
165:20
176:4
192:22
194:9
224:5,21
225:21,23
226:5
230:10
279:5,12
361:15
365:25
366:7
369:22
374:6,12
375:15,21
376:18
377:17
388:21

Victoria
57:6

video
216:8
403:10

view
97:2

views
67:22
246:16

VIP
379:10

virtual
35:22,24
39:1
239:16
276:12
366:18
378:16
392:3

viruses
263:15

vision
396:17
399:1

visions
399:16

visit
59:16
60:5,9
61:14,16,
25 63:8,
11,13,18
68:17
109:17
171:7,11,
12 309:15
318:25

visited
59:13

visitors
275:12
276:10

visits
13:24
59:18
60:3,18
61:4,10,
22 63:2,
14 305:12

381:22

visual
262:6

vocal
191:3

vocational
287:15

volunteer
375:13

─────────────

          W

─────────────

wait
217:7
254:7
276:24
277:4
290:23

waited
312:6

walk
193:1
201:24

walk-
through
62:24
362:13

walk-
throughs
60:19
362:18,25

walked
14:12
60:10

walking
59:24
60:21

wall
262:3

wanted

69:19
79:1
111:14,16
114:15,25
118:5
186:17
213:15
217:19
252:19,24
389:25
391:14

wanting
167:24
221:25
241:7
263:10
353:1

Ward
18:24
28:13
42:17

warm
305:12,15
313:21

warrant
205:3

warrants
204:5
205:5

Watson
18:24
28:16
42:9
339:22

ways
143:15
193:16

web
40:2,4,7
72:19
73:4,12
92:1
174:13

Webb
46:15
155:10

webinars
187:8

website
40:3
43:12
164:11

week
33:16
54:20
65:8 78:3
96:11
102:19
171:7
284:9,10
285:4
287:9
292:15,
16,17,25
326:4
329:16,18
330:10

weekly
28:25
29:1
105:1
171:4,5,
12 221:2,
3,10
234:22
235:1,9
296:15
301:12,14
312:17
328:16,
17,23
329:6
330:3
346:8
351:6,10
354:24

weeks



16:20
228:5,24,
25 312:6

weight
141:22

Westside
306:22,23

whatnot
112:18

Whitney
16:17,19,
21 17:7
375:5

whoa
371:15

whomever
399:23

wide
169:15
170:22
349:23,24

Williams
60:15
75:3,8
76:4,5
83:24
86:8,13
93:7
308:2,10
309:2,5,
8,20,23

Windows
11:1

Windy
79:15

wing
81:20,21
94:2
246:3
297:19
298:6
301:6

wishes
277:12

wondering
198:23
315:9

Woods
79:14,16
88:11,18
89:6
93:5,10
317:16
318:10

word
102:11
262:3

work
9:25
25:10
28:22
29:15,17
38:24
44:16
45:10
66:20
68:10
71:14
77:5 84:6
87:21,23,
25 88:2
96:1,6
97:17,21
98:1,3
145:10
163:23
164:4
169:14
185:7,12,
13 194:1
207:11
211:2
213:19
226:15
233:25
234:3
237:15

241:19
244:14
247:16,22
248:13
265:12
266:11
267:3
272:24
273:13
279:7,8
280:6,8
287:12,13
294:22
340:20
347:21
353:1
354:2
356:25
386:24
399:23

worked
43:23
48:14
49:25
50:2
56:18,21
57:20
64:8,9,11
84:3
160:19
185:5
201:4
338:20

worker
169:13
170:1,18
247:6,9,
15 248:4,
25 276:17
277:20
278:8,20,
21 279:8,
24 331:20

workers
87:16

163:13,
14,20,23
164:2
169:12,24
170:5
172:24
247:7
273:12
277:6,20
278:15
324:9
340:2
352:4

workers'
279:11

working
29:21
30:1
32:15
33:14
39:15
42:22
53:24
67:21
70:23
71:1
96:15
106:1,3
113:1
128:14
150:15
155:11,12
163:15
166:9
184:4,8
245:13
283:1
320:6
396:11

works
41:18
96:10
178:13
196:7
216:25

222:17
283:3
305:17
319:4
401:23

worlds
88:8

wraparound
246:23

wrapped
387:11

write
111:12,15
114:17,19
186:6
226:2
271:6
347:6,7,
11

writes
116:6
368:4

writing
111:14,17
114:15,
18,25
115:4
118:18
270:14,17

written
36:4
114:24
190:18
192:5

wrong
34:17
142:25
186:10

wrote
108:17,23
110:4
114:14
119:23



BROOKE COLE
UNITED STATES vs STATE OF GEORGIA

October 27, 2022
Index: year..zone

165:23
167:1,18
224:10
366:11

─────────────

**Y**

**year**
15:4,6,7
16:7
17:22
23:5
24:16
30:18,21,
25 41:1,3
44:19
45:16,17
46:23
47:1,13
53:5,6,7
55:23
64:8
72:20
73:22,24
74:2,4,5,
9,20,23,
25 75:25
76:7
79:20
80:5,6
83:6
85:6,13,
14,25
86:9
88:18
90:3,4,6,
18,22,23
92:2,8,
10,14,18
101:24,25
102:1
125:16
131:1
140:21
147:23
158:20,

22,23
159:17
169:4,5
171:17,20
173:8
174:12,
18,20,21
177:11,14
178:17
181:6,20
183:16
184:14,22
197:25
198:1,4,
18,21,22,
24 199:4,
5,21,22
200:9,13
206:18
218:1
238:15,
16,25
239:4,23
242:18
244:6
261:20
268:15
270:11,12
273:17,24
278:17
279:8
289:25
295:6
296:5,7,9
303:16
306:19
308:2,5,8
309:2,20
310:7
311:1,2,3
313:3,4
320:3,5
323:9,12,
13,14
332:6,10,
11 333:25
341:7,14,

16 342:2
343:9,19
344:7,9,
14,15,16
345:1
351:15
357:9,21
372:23
373:3,7
374:25
375:1
378:8
381:1,4,
16,17,19
384:1
386:19,20
387:11,
13,14,18
389:12,
16,18,19,
20 390:7,
18,22
391:15
392:8
393:5
398:17

**year's**
381:17

**yearbook**
294:24
295:1,8
304:10,13
309:21

**yearly**
27:4
30:11
73:16
323:7,8
392:21,22

**years**
13:22,25
14:5
15:14
23:17
24:19

25:4,5
31:21
34:13
39:14
40:24
44:21,22
45:14
47:20,25
48:6 49:7
50:10
51:4,9
52:12,16
53:10
54:24
64:2,9,
24,25
67:5
69:11,12
95:22
97:16
98:16
160:4
165:11
166:12,14
172:18,21
184:22
218:10
228:5
229:3,11,
13,14
231:7,8,9
239:13
253:8
257:16
261:5
278:16
279:22,23
280:22
293:17
294:3
296:19,
20,21
297:21,22
305:7
314:11
320:8
321:15

324:23
325:3
331:13
340:22,23
345:20
362:8,12,
20 363:4
370:11
373:12
374:11
375:12
385:24
387:25
388:5
389:10,11
393:2
395:7
398:1
399:17

**yesterday**
28:4,15
60:4,6
315:5

**yesterday's**
63:18

**you-all**
400:18

**young**
246:24
356:22
357:2
358:4,5

**younger**
305:5

─────────────

**Z**

**zeroes**
275:13

**zone**
113:10
223:17
310:1



      361:1,12
      363:14,15
      398:14
      399:10,14

 **zoned**
      213:5,7,
      13 222:20
      232:24
      233:4,23
      234:12,13
      238:17
      240:5
      288:6
      289:5
      295:11
      302:14
      304:15
      306:13,
      14,17,21
      307:13
      315:21,23
      316:1,5

 **zoom**
      7:18 34:2
      123:16,18
      124:12
      132:15
      139:22
      144:18
      146:12
      374:1

 **zooms**
      139:9

