In the Matter Of:

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

---

# CASSANDRA HOLIFIELD, PH.D.

*December 01, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1                IN THE UNITED STATES DISRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                    )CIVIL ACTION
5            Plaintiff,             )NO. 1:16-cv-03088-ELR
                                    )
6   vs.                             )
                                    )
7   STATE OF GEORGIA,               )
                                    )
8            Defendants.            )
                                    )
9   - - - - - - - - - - - - - - -   )

10

11                 VIDEOTAPE DEPOSITION OF

12                 CASSANDRA HOLIFIELD, Ph.D.

13

14       Thursday, December 1, 2022, 9:14 a.m., EST

15

16

17

18

19           HELD AT:

20           Parker Poe
             1075 Peachtree Street, N.E., Suite 1500
21           Atlanta, Georgia  30309

22       ---------------------------------------------

23

24           WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public

25



1                        APPEARANCES  OF  COUNSEL

2

3    Appearing  on  Behalf  of  the  Plaintiff:

4
        KELLY  GARDNER,  ESQUIRE
5        CLAIRE  CHEVRIER,  ESQUIRE
        U.S.  Department  of  Justice
6        Civil  Rights  Division
        950  Pennsylvania  Avenue,  N.W.
7        Washington,  D.C.  20579
        T:   202.305.6630
8        E-mail:   kelly.gardner@usdoj.gov
                  claire.cherier@usdoj.gov
9

10

11   Appearing  on  Behalf  of  the  Defendant:

12
        MELANIE  JOHNSON,  ESQUIRE
13       DANIELLE  HERNANDEZ,  ESQUIRE
        ANNA  EDMONDSON,  ESQUIRE  (ZOOM)
14       Robbins  Alloy  Belinfante  Littlefield  LLC
        500  14th  Street,  N.W.
15       Atlanta,  Georgia   30318
        T:   404.856.3261
16       E-mail:   mjohnson@robbinsfirm.com
                  dhernandez@robbinsfirm.com
17                aedmondson@robbinsfirm.com

18

19   Appearing  on  Behalf  of  the  Witness:

20
        BETH  F.  MORRIS,  ESQUIRE
21       Parker  Poe
        1075  Peachtree  Street,  N.E.,  Suite  1500
22       Atlanta,  Georgia   30309
        T:   470.240.3466   F:   404.869.6972
23       E-mail:   bethmorris@parkerpoe.com

24

25



1

2    ALSO PRESENT VIA ZOOM:

3       U.S. Attorney's Office:

4             FRANCES COHEN, ESQUIRE

5             RENEE WOHLENHAUSE, ESQUIRE

6             VICTORIA LILL, ESQUIRE

7             ANDREA HAMILTON, ESQUIRE

8             LAURA CASSIDY TAYLOE, ESQUIRE

9             CRYSTAL ADAMS, ESQUIRE

10

11

12             STACEY SUBER-DRAKE, ESQUIRE

13             CHANTEL MULLEN, ESQUIRE

14             Georgia Department of Education

15

16

17

18

19

20

21   ALSO PRESENT:

22        MAYA CARTER, Videographer

23

24

25



```
 1                    INDEX OF EXAMINATIONS

 2

 3    CASSANDRA HOLIFIELD, Ph.D.

 4    By Ms. Gardner                             Page 9

 5

 6

 7                      INDEX OF EXHIBITS

 8    PLAINTIFF'S

 9    NO.                  DESCRIPTION              PAGE

10    Exhibit 626   Subpoena To Testify At A Deposition   15
                    Cassandra Holifield
11
      Exhibit 627   Cassandra Allen Holifield, Ph.D.    23
12                  Resume

13    Exhibit 628   North Metro GNEGS Program Brochure   62
                    Updated August 2020
14
      Exhibit 629   4/9/2016 Email Thread from Cassandra 82
15                  Holifield To Nakeba Rahming
                    GA00041282 - GA00041284
16
      Exhibit 630   7/22/2016 Email Thread From          93
17                  Cassandra Holifield To Nakeba Rahming
                    With Electronic Attachment
18                  GA00041656 - GA00041657

19    Exhibit 631   North Metro GNETS FY22 Grant         104
                    Application
20
      Exhibit 632   3/29/2019 Email Thread From          123
21                  Cassandra Holifield To Vickie
                    Cleveland
22                  GA00343281 - GA00343282

23    Exhibit 633   FY 22 GNETS Employment Status        139

24

25
```



1                    INDEX OF EXHIBITS (Continued)

2        PLAINTIFF'S

3        NO.                  DESCRIPTION              PAGE

4        Exhibit 634   5/9/2018 Email Thread From          148
                       Cassandra Holifield To Vickie
5                      Cleveland With Attached Word Document
                       GA00321183 - GA00321187
6

7        Exhibit 635   10/7/2016 Email Thread From         158
                       Cassandra Holifield To Nakeba Rahming
8                      GA00065489

9        Exhibit 636   8/2/2017 Email Thread From          160
                       Cassandra Holifield To Nakeba Rahming
10                     With Attached Word Document
                       GA00791440 - GA00791442
11
         Exhibit 637   9/18/2017 Email From Nakeba          164
12                     Rahming To Cassandra Holifield
                       With Attached Word Document
13                     GA00793645 - GA00793646

14       Exhibit 638   9/19/2017 Email Thread From         171
                       Cassandra Holifield To Nakeba Rahming
15                     GA00793696

16       Exhibit 639   12/1/2016 Email Thread From         175
                       Cassandra Holifield To Nakeba Rahming
17                     GA00042647

18       Exhibit 640   12/8/2016 Email Thread From         182
                       Cassandra Holifield To Nakeba Rahming
19                     With Attached Word Document
                       GA00042977 - GA00042987
20
         Exhibit 641   North Metro GNETS Student Tiers of   192
21                     Support in the Least Restrictive
                       Environment (LRE)
22                     North Metro_Temp_005047

23       Exhibit 642   2/9/2016 Email Thread From           202
                       Cassandra Holifield to Nakeba
24                     Rahming and Recipients
                       With Attached Strategic Plan
25                     GA00040621 - GA00040626



1                    INDEX OF EXHIBITS (Continued)

2     PLAINTIFF'S

3     NO.                    DESCRIPTION                    PAGE

4     Exhibit 643   2/5/2016 Email From Cassandra          207
                    Holifield To Nakeba Rahming
5                   With Attachment
                    GA00062065 - GA00062070
6
      Exhibit 644   GNETS North Metro GNETS BOY            208
7                   Strategic Plan Rating Rubric
                    08-17-21
8                   North Metro_Temp_005656

9     Exhibit 645   4/26/2018 Email Thread From            224
                    Cassandra Holifield To Vickie
10                  Cleveland
                    GA00319999 - GA00320000
11
      Exhibit 646   2/19/2019 Email Thread From            227
12                  Cassandra Holifield To Vickie
                    Cleveland
13                  GA00094762 - GA00094765

14    Exhibit 647   8/9/2016 Email Thread From             236
                    Cassandra Holifield To Nakeba Rahming
15                  GA00063361 - GA00063362

16    Exhibit 648   7/26/2016 Email Thread From            238
                    Cassandra Holifield To Recipients
17                  GA00063211 - GA00063213

18    Exhibit 649   5/17/2016 Email Thread From            243
                    Cassandra Holifield To Vickie
19                  Cleveland
                    GA00345934
20
      Exhibit 650   3/4/2016 Email Thread From             244
21                  Cassandra Holifield To Vickie
                    Cleveland
22                  GA00040927 - GA00040928

23    Exhibit 651   3/16/2016 Email Thread From            247
                    Cassandra Holifield To Nakeba
24                  Rahming
                    GA00041055 - GA00041057
25



1              INDEX OF EXHIBITS (Continued)

2     PLAINTIFF'S

3     NO.                 DESCRIPTION                PAGE

4     Exhibit 652  3/30/2016 Email From Cassandra      250
                   Holifield To Nakeba Rahming
5                  GA00041160 - GA00041161

6     Exhibit 653  3/31/2016 Email Thread From         255
                   Cassandra Holifield To Recipients
7                  GA00041177 - GA00041178

8     Exhibit 654  1/14/2018 Email Thread From         256
                   Cassandra Holifield To Lisa Futch
9                  and Recipients
                   GA00015236
10

      Exhibit 655  1/31/2018 Email Thread From         261
11                 Cassandra Holifield To Nakeba
                   Rahming and Recipients
12                 With Attachment
                   GA00015983 - GA00016052
13

      Exhibit 656  10/27/2017 Email Thread From        263
14                 Cassandra Holifield To Nakeba
                   Rahming With Attachments
15                 GA00132302 - GA00132322

16    Exhibit 657  7/6/2020 Email Thread From          270
                   Cassandra Holifield To Zelphine
17                 Smith-Dixon and Recipients
                   With Attachments
18                 GA02326483 - GA02326486

19    Exhibit 658  3/12/2017 Email Thread From         273
                   Cassandra Holifield To Nakeba Rahming
20                 GA00784542

21    Exhibit 659  6/7/2019 Email Thread From          276
                   Cassandra Holifield To Vickie
22                 Cleveland
                   GA00347596 - GA00347600
23

      Exhibit 660  2/14/2018 Email Thread From         281
24                 Cassandra Holifield To Rahming,
                   Cleveland
25                 GA00201024 - GA00201026



1                    INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                     DESCRIPTION                    PAGE

4    Exhibit 661  6/7/2019 Email Thread From                287
                  Cassandra Holifield To Vickie
5                 Cleveland
                  GA00319313 - GA00319314
6

7    Exhibit 662  12/11/2019 Email Thread From              290
                  Cassandra Holifield To Vickie
8                 Cleveland
                  GA00356478 - GA00356481
9

     Exhibit 663  5/24/2018 Email Thread From                293
10                Cassanddra Holifield To Keller
                  and Recipients
11                GA00322900 - GA00322902

12   Exhibit 664  GNETS Documentation of Services            298
                  FY 22 North Metro GNETS Program
13

     Exhibit 665  Spreadsheets                               301
14                North Metro_Temp_002628

15   Exhibit 666  9/26/2018 Email From Cassandra             305
                  Holifield To Vickie Cleveland
16                With Attached Spreadsheet
                  GA00333801 - GA00333802
17

     Exhibit 667  2/16/2016 Email Thread From                312
18                Cassandra Holifield To Nakeba Rahming
                  GA05058857 - GA05058858
19

     Exhibit 668  4/8/2016 Email Thread From                 312
20                Cassandra Holifield To Nakeba Rahming
                  GA05058891
21

     Exhibit 669  2/3/2016 Email Thread From                 312
22                Cassandra Holifield To Lisa Futch
                  and Recipients
23                GA05087765

     Exhibit 670  11/14/2018 Email From Vickie               327
24       Cleveland To Recipients
                  With Attached Spreadsheets
25                GA00336618



1           THE VIDEOGRAPHER:  Today's date is

2       December 1st, 2022, and the time is 9:14 a.m.

3           This will be the videotape deposition of

4       Dr. Cassandra Holifield in the matter of the

5       United States of America versus the State of

6       Georgia, taken at 1705 Peachtree Street,

7       Northeast, Suite 1500, in Atlanta, Georgia.

8           Would counsel please identify themselves

9       for the record.

10          MS. GARDNER:  Kelly Gardner for the United

11      States.

12          MS. COHEN:  Claire Chevrier for the United

13      States.

14          MS. MORRIS:  Beth Morris on behalf of

15      North Metro RESA.

16          MS. JOHNSON:  Melanie Johnson for the

17      State of Georgia.

18              - - - - - - -

19          CASSANDRA HOLIFIELD, Ph.D.,

20  being duly sworn, was examined and testified as

21  follows:

22              - - - - - - -

23  EXAMINATION

24  BY MS. GARDNER:

25      Q    Good morning, Dr. Holifield.



1     A     Good morning.

2     Q     Him are you?

3     A     Good.

4     Q     My name is Kelly Gardner and I represent

5  the United States.  I'm going to be taking your

6  deposition today.

7           Would you please state your full name for

8  the record.

9     A     Dr. Cassandra Allen Holifield.

10    Q     Dr. Holifield, have you ever been deposed

11 before?

12    A     Yes.

13    Q     How many times have you been deposed?

14    A     Too many.  I don't know.  Three, four.  I

15 don't know.

16    Q     When was your most recent deposition?

17    A     I think a couple of months ago.

18    Q     Okay.  And what was that deposition taken

19 in connection with?

20    A     The State of Georgia lawsuit against

21 GNETS.

22    Q     The GNETS litigation?

23    A     The GNETS.

24    Q     And to be clear, that deposition was not

25 taken by the United States; is that right?



```
 1        A    No.  I think it was the State of Georgia,
 2   GAO.
 3        Q    Do you understand GAO to be the Georgia
 4   Advocacy Office?
 5        A    Yes.
 6        Q    So that deposition was taken by GAO?
 7        A    Yes.
 8        Q    The other depositions that you have been a
 9   part of, generally what's been the nature or subject
10   matter of those litigations?
11        A    GNETS.
12        Q    GNETS.  Am I correct that you are being
13   represented today by Ms. Morris, for purposes of
14   your deposition?
15        A    Yes.
16        Q    I'm sure that Ms. Morris has explained
17   much of this to you, but today you and I are
18   basically going to have a conversation.  I'm going
19   to ask the questions and your only job is to answer
20   them honestly and completely.
21             Do you understand that?
22        A    Yes.
23        Q    The court reporter has sworn you in.  That
24   means that everything you say here today is under
25   oath and must be truthful.  Do you understand that?
```



1      A    Yes.

2      Q    The court reporter is going to write down

3   what you and I say in order to create a transcript

4   of our conversation.  She can't record a nod or a

5   shake of your head.  So in order to make her job

6   easier, I'm going to ask that you speak clearly and

7   that you give oral answers.

8           Can we agree on that?

9      A    Yes.

10     Q    The other thing that you and I are going

11  to need to do is try to avoid talking over one

12  another.  I'm going to do my best not to interrupt

13  you when you're answering, and I'm going to ask you

14  to do your best to let me finish my question before

15  you start to answer.  Okay?

16     A    Yes.

17     Q    If at any point you don't understand a

18  question that I ask, you should feel free to stop me

19  and ask me to clarify.  I'm happy to try to reframe

20  the question.  Okay?

21     A    Yes.

22     Q    If you need a break at any time, just let

23  me know or tell your attorney.  If you're in the

24  middle of answering a question, I'll ask that you

25  finish that question and then we'll see what we can



```
 1   do about a break.  Okay?

 2        A    Yes.

 3        Q    Sometimes it may happen that you give an

 4   answer as completely as you can, and then later on,

 5   maybe five minutes, an hour later, you may remember

 6   some additional information in response to that

 7   question.  If that happens, just let me know that

 8   you would like to add something to an earlier

 9   question and we'll give you an opportunity to do

10   that.  Okay?

11        A    Okay.

12        Q    Is there any reason you can think of why

13   you will not be able to answer my questions

14   completely and truthfully today?

15        A    No.

16        Q    Do you have any questions for me before we

17   proceed?

18        A    No.

19        Q    Okay.

20        MS. GARDNER:  Beth, we have typically

21        agreed with the State of Georgia in these

22        depositions that all objections except as to

23        form and privilege are reserved until trial.

24        Is that okay with you?

25        MS. MORRIS:  That's agreeable.
```



```
 1            MS. GARDNER:  Okay.
 2   BY MS. GARDNER:
 3        Q    Dr. Holifield, did you do anything to
 4   prepare for today's deposition?
 5        A    I just do my job.
 6        Q    Okay.  Did you meet with counsel?
 7        A    Yes.
 8        Q    How long did you meet with counsel for?
 9        A    15 minutes.
10        Q    Did you meet with anyone other than
11   counsel in preparation for today's deposition?
12        A    No.
13        Q    Have you talked to anyone other than
14   counsel about today's deposition?
15        A    No.
16        Q    Did you review any documents in
17   preparation for today's deposition?
18        A    No.
19        Q    Have you talked with any other GNETS
20   depositions -- GNETS directors about your deposition
21   or theirs?
22        A    No.
23        Q    Have you reviewed any other deposition
24   transcripts in this matter?
25        A    No.
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           15

```
1              (WHEREUPON, Plaintiff's Exhibit-626 was
2         marked for identification.)
3    BY MS. GARDNER:
4         Q    Dr. Holifield, I'm going to hand to you
5    what has been marked as Plaintiff's Exhibit 626.
6              This is a subpoena to testify at a
7    deposition in a civil action, and the subpoena is
8    directed to Cassandra Holifield.
9              That's you, correct?
10        A    Yes.
11        Q    Have you seen this document before?
12        A    Yes.
13        Q    And when were you provided with this
14   document?
15        A    It says December 1st.
16        Q    That's today's date?
17        A    I don't recall.
18        Q    But you have seen this document before?
19        A    Yes.
20        Q    The top of the document has the case name
21   United States versus Georgia.  Do you see that?
22        A    Yes.
23        Q    Do you understand that this deposition is
24   being taken in connection with litigation against
25   the State of Georgia?
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                            16

```
 1        A    Yes.

 2        Q    And do you understand that the litigation

 3   relates to the Georgia Network for Educational and

 4   Therapeutic Supports program?

 5        A    Yes.

 6        Q    Are you aware that that program is more

 7   commonly referred to as the GNETS program?

 8        A    Yes.

 9        Q    So if I use the term "GNETS," you will

10   understand that to mean the Georgia Network for

11   Education and Therapeutic Support program?

12        A    Yes.

13        Q    When did you first learn of this

14   litigation?

15        A    I started the job in 2012 and it was six

16   months after that, so.

17        Q    Okay.

18        A    Yeah.

19        Q    And how did you learn of this litigation?

20        A    I think we had a meeting with the DOE and

21   they shared the information with us.

22        Q    And when you say "we had a meeting," who

23   is "we"?

24        A    The Georgia network -- the directors for

25   GNETS.
```



```
 1        Q    So all of the GNETS directors had a

 2   meeting with the Georgia Department of Education

 3   about this litigation?

 4        A    Yes.

 5        Q    Who from the Georgia Department of

 6   Education was present at that meeting?

 7        A    I don't recall.  That's 10 years ago.  I

 8   don't recall.

 9        Q    Okay.  Was -- would Nakeba Rahming have

10   been at that meeting?

11        A    I don't think she had started at that

12   time.

13        Q    And what was -- what was discussed at that

14   meeting?

15        A    Just the lawsuit and they shared the

16   document that I guess was shared with the DOE.  So

17   they gave us an overview of what the letter said.

18        Q    Okay.  And in terms of your understanding

19   after that meeting, what did you understand the

20   litigation to be about?

21        A    GNETS and equity issues.

22        Q    And when you say "equity issues," what do

23   you mean by that?

24        A    I think based on the paperwork, there were

25   some concerns that GNETS kids didn't have access.
```



1      Q     And when you say "access," access to what?

2      A     Some of the same things as typical peers.

3      Q     Okay.  Is there anything else that you

4  understand about the nature of this lawsuit that you

5  haven't told me about yet?

6      A     Not -- no, not that I can think of right

7  now.

8      Q     In the course of this lawsuit did the

9  North Metro GNETS program receive a subpoena from

10 the United States requesting that it provide certain

11 documents about its regional GNETS program?

12     A     Yes.

13     Q     Were you involved in responding to that

14 subpoena?

15     A     Yes.

16     Q     What role did you play?

17     A     Gathering the documents.

18     Q     So I take it that you're familiar with the

19 documents that were collected and produced in

20 response to that subpoena?

21     A     Yes.

22     Q     When did you first become acquainted with

23 the GNETS program?

24     A     Again, I think I started in 2012.  So I

25 worked at the DOE before that as a state consultant,



1   so I knew of GNETS, but my role in the GNETS

2   specifically was in 2012.

3       Q    So in 2012, you first became sort of

4   personally involved with GNETS?

5       A    Yes.

6       Q    But it sounds like you worked at the

7   Georgia Department of Education previously, so you

8   were generally familiar with GNETS as a program?

9       A    Yes.

10      Q    What is the GNETS program?

11      A    Georgia Network for Educational and

12  Therapeutic Supports is a part of the full continuum

13  of services with students with disability, part of

14  IDEA, where we provide academic behavior on

15  therapeutic support services to kids who aren't able

16  to get everything that they need in a traditional

17  program.

18      Q    When you say kids who aren't able to get

19  everything they need in a traditional program, is

20  there a particular target population of students for

21  GNETS?

22      A    There's no target, it's a referral process

23  from the IEP team.

24      Q    How is the overall network structured?

25      A    Can you clarify what you are asking?



1    Q    I'm just trying to understand like from a

2    statewide prospective, it's called the Georgia

3    Network for Educational and Therapeutic Supports

4    program, so I'm just wondering what is the network

5    and what does that look like, how is it structured?

6    A    There are 24 programs across the State of

7    Georgia.  My understanding is they're all about 50

8    miles away from each other.  So we all serve

9    students within the State of Georgia who need more

10   therapeutic and mental health and behavioral

11   supports.

12   Q    Okay.  And those 24 programs, are those

13   referred to as regional GNETS programs?

14   A    I'm not really sure.

15   Q    Okay.

16   A    Okay.  Sorry.

17   Q    The 24 programs, do they, in terms of the

18   students that they serve, is it sort of organized by

19   geography?

20   A    Yes.

21   Q    Okay.

22   A    Yes.

23   Q    I may be using some acronyms today for

24   brevity, so I want to go through a few of them to

25   make sure you and I are on the same page.  Okay?



```
 1        A    Okay.
 2        Q    If I use the term "Georgia DOE," will you
 3   understand that to be the Georgia Department of
 4   Education?
 5        A    Yes.
 6        Q    If I use the term "LEA," will you
 7   understand that to be local education agency?
 8        A    Yes.
 9        Q    If I use the term "RESA," will you
10   understand that to be Regional Educational Service
11   Agency?
12        A    Yes.
13        Q    If I use the term "GNETS centers," will
14   you understand that to mean standalone GNETS
15   locations?
16        A    Yes.
17        Q    If I use the term "GNETS school-based
18   locations," will you understand that to mean GNETS
19   locations that are based in general education
20   settings?
21        A    Yes.
22        Q    If I use the term "PBIS," will you
23   understand that to be positive behavioral
24   interventions and supports?
25        A    Yes.
```



CASSANDRA HOLIFIELD, PH.D.                        December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              22

 1        Q    If I use the term "EBD," will you
 2   understand that to mean emotional and behavioral
 3   disabilities?
 4        A    Yes.
 5        Q    And if I use the term "general education
 6   settings," will you understand that to mean public
 7   schools in Georgia where children with EBD and other
 8   behavioral health conditions receive instruction and
 9   services alongside children who do not have
10   disabilities?
11        A    Can you repeat that again because I heard
12   part of it?
13        Q    Why don't you tell -- why don't you tell
14   me this, what do you understand to be a general
15   education setting?
16        A    A general education setting is a
17   traditional K-12 school setting where both students
18   with disabilities and students without disabilities
19   receive academic supports.
20        Q    Okay.  So if I use the term "general
21   education settings," we will understand that to be
22   what you have just said.
23        A    Okay.
24        Q    Okay.
25             MS. GARDNER:  I'm going to ask the court



```
 1          reporter to please mark this document as

 2          Plaintiff's Exhibit 627.

 3               (WHEREUPON, Plaintiff's Exhibit-627 was

 4           marked for identification.)

 5    BY MS. GARDNER:

 6          Q    Dr. Holifield, you have been handed what's

 7    been marked as Plaintiff's Exhibit 627.  Do you

 8    recognize this document?

 9          A    Yes.

10          Q    And what is this?

11          A    My resume.

12          Q    This is a current version of your resume?

13          A    Yes.

14          Q    And you are currently the director of the

15    North Metro GNETS program, correct?

16          A    Yes.

17          Q    How long have you been director at North

18    Metro GNETS?

19          A    10 years.

20          Q    And am I correct that you began your

21    tenure as director in 2012?

22          A    Yes.

23          Q    Do you hold any educational degrees?

24          A    Yes.

25          Q    And what are those degrees?
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          24

1        A    I have my doctorate in special education,

2   autism, behavioral disorders, specific learning

3   disabilities, and also my master's in the same.

4             I also have -- my bachelor's is in

5   psychology.

6             I have also a leadership degree as well,

7   and other certifications.

8        Q    Okay.  Where did you obtain your

9   bachelor's degree?

10       A    University of Tennessee Chattanooga.

11       Q    I'm sorry, did you say Chattanooga?

12       A    Yes.

13       Q    Okay.  And what about the master's degree?

14       A    Georgia State University.

15       Q    And your doctorate degree?

16       A    Georgia State University.

17       Q    I believe you said you had a leadership

18   endorsement as well?

19       A    Yes.

20       Q    Where?

21       A    West Georgia.

22       Q    West Georgia, okay.

23            Do you hold any other professional

24   licenses apart from your educational degrees?

25       A    I have a registered behavioral technician



1  certification, which is under the BACB, the

2  Behavioral Certification Board.

3      Q    Okay.  When did you -- and is that

4  referred to sometimes as RBT?

5      A    Yes.

6      Q    When did you obtain that?

7      A    Maybe about three or four years ago.  I

8  can look on here and see but...

9      Q    Okay.  Three or four years ago.

10         Do you hold any other credentials that are

11  relevant to your work as a director of a regional

12  GNETS program?

13     A    I have a certification in all of the

14  content areas, ELA, math, science, reading, and I

15  also have online teaching endorsement degree.

16     Q    Anything else?

17     A    Not that I can recall.

18     Q    To whom do you report directly as director

19  of the North Metro GNETS program?

20     A    Dr. Leigh Ann Putman is my RESA director.

21     Q    And you said -- is it Ms. Putman?

22     A    Putman, yes.

23     Q    Is her -- her title is director of RESA?

24     A    Executive director of Metro RESA.

25     Q    Executive Director of Metro RESA.



1                Does anyone report to you?

2        A    Yes.

3        Q    How many people report to you?

4        A    Leadership or teachers?  My direct

5   reports, I have eight coordinators that report to

6   me, and then the teachers and the paras also fall

7   under my leadership, but my coordinators provide the

8   direct supervision for them as well.

9        Q    So you have eight direct reports?

10       A    Yes.

11       Q    And those are your coordinators of North

12  Metro GNETS site locations?

13       A    Yes.

14       Q    And then there would be additional

15  teachers and paraprofessionals who report to each of

16  those eight coordinators?

17       A    Yes, along with me, and I have school

18  psychologists, social workers as well.

19       Q    The school psychologists and the social

20  workers, do they report to your coordinators or do

21  they report directly to you?

22       A    Both.  They have direct contact with the

23  coordinators and the schools they serve, and then I

24  oversee that.

25       Q    Okay.  And how many social workers is



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                            27

1  that?

2        A    Right now I have five.

3        Q    And how many psychologists?

4        A    Right now I have three.

5        Q    Does anyone report to you who is not a

6  part of the staff of North Metro GNETS program?

7        A    No.

8        Q    What are your duties as the director of

9  the North Metro GNETS program?

10        A    To oversee the program, to make sure that

11  all students that are in our -- receiving services

12  in our program get the services that are in their

13  IEP, and to make sure that they're implemented with

14  fidelity.

15        Q    And when you say to make sure they're

16  implemented with fidelity, how do you do that?

17        A    I inspect what I expect.  We go through

18  IEP meetings.

19             I'm sorry.

20             I go to IEP meetings and we monitor IEPs.

21  We look at progress data and we just make sure that

22  if there are any adjustments or different

23  interventions that need to be implemented, we as a

24  team go in and make those adjustments as necessary.

25        Q    When you say "we monitor IEPs," how do you



1    monitor IEPs?

2        A    Well, data is collected, first of all, for

3    academic and behavioral goals, and then we collect

4    progress monitoring data on that throughout the year

5    to make sure kids are making progress.

6        Q    And what kind of data is collected on

7    academic and behavioral goals?

8        A    It depends on the actual goal.

9        Q    Okay.  Is there some system or form on

10   which you collect that data?

11       A    A form?

12       Q    I'm just wondering, I understand that the

13   data for any particular student may be different,

14   but is there some common system or set of forms or

15   way that you collect that data for students

16   generally?

17       A    Well, I mean we use Catalyst as one of the

18   programs that we use with our students with autism.

19   But we also use ABA data collection, applied

20   behavior analysis, using spreadsheets.

21       Q    Okay.  And when you say you also look at

22   progress data, would that progress data fall into

23   the same categories as what you've just listed,

24   Catalyst, ABA, data collection?  Are those the sorts

25   of things that you would look at along the way for



1  progress --

2      A    Yes.

3      Q    -- monitoring?

4      A    Yes.  And that's mostly behavioral.  We

5  look at different academic data.

6      Q    Okay.  And in terms of the academic data

7  you look at, what kind of data is that?

8      A    We work with the school system, since

9  we're part of the school.  So our different school

10  systems, whatever they use academically, that's what

11  we also use.

12     Q    Okay.  I'd like to direct your attention

13  to Page 2 of your resume.  I just had a couple of

14  questions about the contents in terms of the

15  description of your role as GNETS director.

16          You mention at the end of that section, on

17  Page 2, that you "steered company through

18  complicated re-organization, resulting in annual 20%

19  reduction in operational costs."

20          Do you see that?

21     A    Yes.

22     Q    What is the reorganization that you

23  reference here?

24     A    Basically what happens is we look at the

25  needs of our students and our staff population.  We



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          30

1   restructure based on the needs of that.  So I now

2   have behavioral specialists that are -- they oversee

3   the supports in each of my respective school

4   districts.

5            So instead of -- they are also itinerate

6   for the different districts, but it helps us to

7   target the needs of the students directly.

8        Q    So the reorganization had to do with

9   deploying behavioral specialists as sort of in the

10  management model --

11       A    Right -- and also the curriculum

12  specialists as well.

13       Q    We're talking over each other.  We're

14  going to make the court reporter mad.

15           So that is clear on the record, the

16  reorganization had to do both with deploying

17  behavioral specialists in the management model that

18  North Metro GNETS employs, and you added also

19  curriculum specialists as well?

20       A    Yes.  And also my social workers and

21  school psychologists.  So everybody has more than

22  one school that they serve, but I try to restructure

23  so all of my staff that's in Atlanta Public Schools,

24  we follow their curriculum and their guidance but

25  they understand the expectations of the school



1   district.

2          So that model where I have behavioral

3   specialists that serve Atlanta Public Schools only,

4   Fulton County Schools only, Atlanta Public Schools

5   only.  And so the school social worker, school

6   psychologists, all of that are aligned with the

7   expectations of the school districts as well.

8      Q    So it sounds like what you did was to

9   centralize your behavioral specialists and

10  curriculum specialists so they are focused in a

11  single school district and they can master --

12     A    Yes.

13     Q    -- that particular school district's

14  personality, for lack of better words, but the

15  things that that particular school system does and

16  is aiming to do?

17     A    Yes.

18     Q    How did you achieve 20 percent reduction

19  in operational costs?

20     A    By better utilizing my staff and their

21  expertise and everything.  And so using that model,

22  we were able to really save on costs but we were

23  also able to better target the needs of our

24  students.

25     Q    You also mention in the same section, and



CASSANDRA HOLIFIELD, PH.D.                      December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           32

1   this is at the top of Page 2, that you increased

2   "employee effectiveness by 25%."

3           Do you see that?

4       A   Yes.

5       Q   And how, how have you measured that?

6       A   Staff evaluations and also we have a GNETS

7   Strategic Plan that I monitor data of how the

8   progress of our program is doing annually.  It's

9   actually more than annually.  We look at it over --

10  at least three times a year.

11      Q   Okay.  So part of how you are assessing

12  employee effectiveness is based on the GNETS

13  Strategic Plan?

14      A   Yes.

15      Q   And then you also said you assess employee

16  effectiveness through staff evaluations?

17      A   Yes.

18      Q   And are those evaluations that are

19  conducted of staff performing work in the North

20  Metro GNETS program?

21      A   Yes.

22      Q   Who conducts those evaluations?

23      A   I conduct the evaluations on all my

24  leadership levels, so coordinator level.  My

25  coordinators are all evaluators as well that have



1   been certified in TKES and LKES, and they evaluate
2   the teachers and the parapros directly under them.
3       Q    And you mentioned TKES and LKES.  That's
4   TKES, T-K-E-S, and LKES, L-K-E-S?
5       A    Yes.
6       Q    What is TKES?
7       A    Teacher evaluation system.  And leader
8   evaluation system is the...
9       Q    How does that evaluation system -- is that
10  some sort of universal evaluation system?  Where
11  does the system come from?
12      A    The State of Georgia.  Georgia Department
13  of Education.
14      Q    Okay.  Do you ever evaluate any teachers?
15      A    I only evaluate teachers if there's a
16  problem.  So if a teacher is underperforming, the
17  coordinators and I will bring -- I will come in on
18  that level, help conduct the direct observations and
19  provide support, coaching and support.
20      Q    Okay.  We may come back to evaluations
21  later.
22           Before serving as director of the North
23  Metro GNETS program, where did you work?
24      A    I was the director of Northwest Georgia
25  Learning Resources System, GRLS.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          34

```
 1        Q    Okay.  Am I correct according to your
 2   resume you were the director of the Northwest
 3   Georgia Learning Resources System from 2003 to 2011?
 4        A    Yes.
 5        Q    Who was your actual employer when you were
 6   with the GLRS?
 7        A    On -- Northwest Georgia RESA.
 8        Q    In your capacity as director of the
 9   Northwest GLRS, did you work at all with the
10   Northwest Georgia GNETS program?
11        A    Yes.
12        Q    And in what ways did you work with that
13   program?
14        A    While GRLS provides professional learning
15   and ongoing coaching and support.  So whenever the
16   directors or the coordinators are requested
17   assistance with academic and/or behavioral support,
18   I would go out, monitor what their needs were and do
19   a needs assessment and then to go in and develop
20   professional development to assist them with that.
21        Q    Okay.  So it's largely providing
22   professional development to the Northwest Georgia
23   GNETS program?
24        A    Yes.
25        Q    Okay.  In providing professional
```



1  development, did you develop any impressions about

2  how well the Northwest GNETS program was operating?

3      A    No.

4      Q    When you provided professional

5  development, was there any process by which after

6  delivering professional development you went in for

7  coaching or to assess how well that professional

8  development was being implemented?

9      A    Yes.

10     Q    Okay.  And how did that work?

11     A    Well, again, it depends on what the

12 professional development was about, but basically

13 you provide the training, you go in and then you

14 develop the training module, you assess the

15 situation.  You go back, you provide the results of

16 it, and you go back in and you do coaching and

17 support individualizing what the needs are based on

18 the observations, and then you follow up with that.

19         But we also Train The Trainer model.  So

20 the expectation wasn't that I was the person that

21 was going to be the keeper of the knowledge.  So I

22 trained other people to be mastery of whatever their

23 needs were.

24     Q    And what kinds of -- can you give me a few

25 examples of the kinds of training professional



1    development you provided to the Northwest Georgia

2    GNETS program?

3        A    I'm sure I -- you know, it's been a long

4    time, but one of the things that I was constantly

5    providing training on was PBIS, Positive Behavior

6    Interventions and Supports; writing behavior

7    intervention plans; knowing how to collect data on

8    FPAs and BIPs as well.

9        Q    When you say knowing how to collect data

10   on FBAs and BIPs, what is an FBA?

11       A    Functional behavior assessment.

12       Q    How is that relevant in the GNETS context?

13       A    Basically all students that have

14   behavioral issues based on the research, you go in

15   and you collect data based on the challenging

16   behaviors.  So you'll be able to set a goal and

17   expectation and an intervention plan knowing what

18   the functions of the behaviors are so you can set up

19   an intervention that addresses the challenging

20   behaviors, but you also have to know what the

21   function of the behavior is because even though

22   behavior may look the same, the reason why a child

23   is acting a certain way may have a different reason

24   for that.

25               So that's why you do the Functional



1  Behavior Assessment first and then you develop the
2  Behavior Intervention Plan.
3      Q    And what is the Behavioral Intervention
4  Plan?
5      A    It depends on what the behavior is.
6      Q    Broadly what is an --
7      A    A Behavioral Intervention Plan is a plan
8  that helps a teacher or the parapro work with the
9  student to know exactly why the child is acting a
10  certain way, and you develop an intervention based
11  on the child's needs and desires to, you know, get
12  rid of that challenging behavior, or at least lessen
13  that behavior, so it becomes more, you know,
14  normalized and as a general population.
15      Q    Your resume says you also worked as a
16  school improvement specialist within Metro RESA?
17      A    Yes.
18      Q    And when was that?
19      A    It was a very short period of time, but it
20  was around 2011 to 2012, for about a year.  I guess.
21      Q    And what did your role as a school
22  improvement specialist entail?
23      A    As a school improvement specialist, we are
24  assigned the different schools across the metro
25  Atlanta area that were under Metro RESA.  So I was a



1  special ed -- special education school improvement

2  specialist, where schools that were on the list that

3  needed extra support, I would go in and again I

4  would do a needs assessment, observations, meet with

5  the team to determine what their thoughts were on

6  some of the challenging behaviors and help them

7  develop and implement plans to address those

8  behaviors.

9      Q    And when you say you would go in and do a

10  needs assessment, what kinds of needs were you

11  assessing?

12     A    All kind -- again, it depends on the

13  school.  Some of the schools would contact us

14  because they had academic and behavioral challenges.

15  That was of course my area of expertise, so in

16  general those were the types of supports that I was

17  providing on SDI, specially designed instruction,

18  and more behavioral related things for populations

19  of the schools who needed me most.

20     Q    Okay.  And you mentioned that you were a

21  special education school improvement specialist.  So

22  I take it that there are also school improvement

23  specialists that do not specifically address special

24  education?

25     A    Yes.



```
 1        Q    And how are those two specialists
 2   different?  Like what's the distinction?
 3        A    I think the schools have the same issues,
 4   but the person who can address those specific issues
 5   has a targeted area of specialty.  So even though we
 6   all were school improvement specialists, I was
 7   called into the schools who really had needs based
 8   on their data and them going in doing to a data dig
 9   that their problems at the school were related to
10   needs they have for special education.
11        Q    Okay.  Where did the funding to do that
12   school improvement work come from?
13        A    Georgia Department of Education.
14        Q    Your resume says you also worked as a
15   special education and English language learning
16   product manager for Western Governors University?
17        A    Yes.
18        Q    And what was -- what were your roles and
19   responsibilities in that position?
20        A    They were revamping their Special
21   Education Department, and they needed someone with
22   my expertise to help develop the special ed
23   curriculum for Western Governors University.
24        Q    So this is a special ed curriculum for
25   students who are studying to become special
```



1    education teachers?

2        A    Yes.

3        Q    Going further back it says that you are

4    also an education program specialist,

5    emotional/behavioral disorders, at the Georgia

6    Department of Education?

7        A    Yes.

8        Q    And what were your responsibilities in

9    that role?

10       A    In that role I oversaw the whole State of

11   Georgia.  They had program specialists at that point

12   where, you know, school districts or individual

13   schools would call and say, hey, we really see,

14   looking at our data, that we have a personal need

15   in -- you know, I keep going back to FBAs and BIPs,

16   or behavioral issues, and that was my area of

17   expertise.

18           They would look at their discipline data

19   and they would say, hey, I really need your help in

20   helping me to determine what we need to do, how to

21   dig in deeper to make sure that we address these

22   concerns that we have.

23           But where in GNETS I have different school

24   districts, I have four; at the DOE any school

25   district that needed my help would be able to call



1   in and say, hey, we really need you to come in and

2   assist us with these behavioral related issues.

3       Q    So is it fair to say that that role was

4   sort of you were providing technical assistance --

5       A    Yes.

6       Q    -- to the entire --

7       A    State.

8       Q    -- State at the request of school

9   districts?

10      A    Yes.

11      Q    You mentioned when you were working at the

12  GLRS that a lot of what you were doing was

13  professional development?

14      A    Yes.

15      Q    Is that true of this position as well or

16  --

17      A    Yes.

18      Q    While you were an education program

19  specialist for emotional and behavioral disorders at

20  the Georgia Department of Education, did you work

21  with any GNETS programs in that role?

22      A    Yes.

23      Q    And what ways did you work with GNETS

24  programs in that role?

25      A    Again, the school districts -- and GRLS



1   and GNETS are all part of the special ed umbrella.

2   So anyone that would call to say, hey, we really

3   need your help and your eyes to look at whatever the

4   situation is, I would go in and basically do the

5   same type of technical assistance.  Kind of evaluate

6   and assess and kind do interviews and all of that

7   sort of thing to develop a plan of implementation of

8   how to address that behavior-related issue.

9        Q    How long you were in that role?

10       A    Which role?

11       Q    The education program specialist for

12   emotional and behavioral disorders at GaDOE?

13       A    I think about three years.

14       Q    And then finally your resume says that you

15   also previously taught students with EBD and autism

16   in Atlanta Public Schools?

17       A    Yes.

18       Q    And how long did you do that?

19       A    About eight years.  Seven or eight years.

20       Q    What schools in APS did you teach at?

21       A    Walter White Elementary.

22       Q    Walter White?

23       A    Yes.

24       Q    So the entire time that --

25       A    The entire time I taught at Walter White



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          43

```
 1   Elementary but I also implemented -- helped the
 2   middle school and high school implement programs as
 3   well as a chair person.
 4        Q    When you say the middle school and high
 5   school, you're talking about the middle school and
 6   high school that Walter White fit into?
 7        A    Just the Atlanta Public School District,
 8   period.
 9        Q    All middle schools and high schools?
10        A    Right.  I worked as a chairman on one of
11   the committees there to address behavior
12   district-wide.  I didn't work at the other schools,
13   though, no.
14        Q    So you were on an Atlanta Public Schools
15   district-wide committee --
16        A    Yes.
17        Q    -- to address behavior issues at the
18   middle school and high school level?
19        A    Yes.
20        Q    Are there particular initiatives you
21   worked on when you were on that committee?
22        A    Working with students that were
23   transitioning from GNETS programs.  They were called
24   Psycho Ed programs then.
25        Q    And you say you were working with students
```



1  that were transitioning from GNETS programs.  How

2  were you working with students who were

3  transitioning?  What were you doing in particular?

4      A    Helping to develop school-based programs

5  for kids that the IEP team thought were ready.

6      Q    So you were helping to develop programs

7  that would help support students who had been in

8  GNETS come back into the general education setting

9  and be successful?

10      A    Yes.

11      Q    What kinds of supports did you propose or

12  work on introducing in that role?

13      A    It's very similar to the school-based

14  GNETS programs we have right now.  So to help them

15  have academic behavior and therapeutic support

16  services, but they also have like a home base where

17  they can go and get more individualized supports

18  than the typical classroom teacher could provide

19  from a special ed teacher that had the expertise and

20  the training.

21      Q    So were you creating basically transition

22  classrooms in particular middle schools and high

23  schools to receive those GNETS students?

24      A    Yes.

25      Q    And were those classrooms staffed by GNETS



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          45

1    staff or building level staff?
2         A    I don't recall then how they were staffed,
3    but I'm sure that they're very similar to the way
4    they are now, but I don't recall.
5         Q    Okay.  What grade levels did you teach
6    when you were at Walter White?
7         A    K-3 -- no.  K-5.
8         Q    And was that like a self-contained special
9    education classroom?
10        A    Yes.
11        Q    Does the North Metro GNETS program serve
12   students from multiple school systems?
13        A    Yes.
14        Q    How many school systems does North Metro
15   serve?
16        A    I serve four, but Buford City schools has
17   a collaborative agreement with Gwinnett County
18   schools, so they are served within the Gwinnett
19   program.
20        Q    Okay.  And what are the other school
21   systems that North Metro GNETS serves?
22        A    Atlanta Public Schools, Fulton County
23   Schools, Gwinnett County Schools, and Buford City
24   Schools.
25        Q    Has a group of school systems that North



1   Metro GNETS serves changed since 2015 at all?

2        A    Can you clarify that question?

3        Q    Sure.  Sometimes, you know, a school

4   system may not be served by a GNETS program or they

5   may move to another regional GNETS program.  So I'm

6   just wondering if from 2015 to the present, has

7   North Metro GNETS always served only the school

8   systems that you just listed, APS, Gwinnett, Fulton,

9   and Buford City?

10       A    Yes.

11       Q    Does North Metro GNETS program serve

12  students across multiple sites?

13       A    Yes.

14       Q    And how many sites do you have within the

15  North Metro GNETS program?

16       A    Twenty-one.

17       Q    Has the number of sites remained

18  consistent, from 2015 to the present?

19       A    Um, a couple of years ago -- Atlanta

20  Public Schools used to be divided into North

21  Atlanta, South Atlanta.  Fulton County Schools used

22  to be divided North Fulton, South Fulton.  And over

23  the course of the years the school district asked me

24  if I could take over all of Atlanta Public Schools

25  and all of Fulton County Schools.



1          So in that respect the division changed,

2    but the school districts did not.

3          Q    Okay.  So just to clarify, when Atlanta

4    Public Schools had South Atlanta, and Fulton County

5    Schools had South Fulton County, were those portions

6    of those school systems served by the South Metro

7    GNETS program?

8          A    Yes.

9          Q    And now North Metro GNETS program serves

10   all of Fulton County and all of Atlanta Public

11   Schools?

12         A    Yes.

13         Q    Including those areas that were previously

14   served by South Metro GNETS?

15         A    Yes.

16         Q    When did that change take place?

17         A    Hum.  My guess, I think it was about three

18   years for, for Fulton.  I think it was in my third

19   year, taking over South Fulton, and it's probably

20   been between three to five years with Atlanta.

21         Q    So that change with South Fulton maybe

22   occurred somewhere around 2019?

23         A    Yes.

24         Q    And Atlanta Public Schools change was

25   prior to that?



1       A    Yes.

2       Q    When you mentioned that you have 21 sites

3  right now, has that number fluctuated between 2015

4  and today?

5       A    Yes.

6       Q    What's the largest number of sites you've

7  had in that time period?

8       A    Right now is the largest, 21.  And then

9  when I took over the South Fulton and South

10 Atlanta -- so South Atlanta had -- one, two, three

11 -- they had five sites, in Atlanta, that used to be

12 South Fulton.  And then six sites that used to be in

13 South Fulton that I now have.

14           So it was an addition of 11 different

15 locations.

16      Q    Okay.  So there were five sites that used

17 to be in South Atlanta, and six sites that used to

18 be in South Fulton that are now part of North Metro

19 GNETS?

20      A    Yes.

21      Q    How many sites were there in the North

22 Metro GNETS program when you took over in 2012?

23      A    Could you repeat that?

24      Q    Sure.  I'm just trying to get a sense for

25 the change in terms of the number of sites --



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           49

1        A     Right.

2        Q     -- where your serving students.

3              So you became director of the North Metro

4    GNETS program in 2012?

5        A     Uh-hum.  (Affirmative.)

6        Q     And I'm wondering if you recall how many

7    sites there were in the North Metro program at the

8    time you took over as director?

9        A     Okay, let me count.

10             There are five in Gwinnett, one in

11   Atlanta.  That's six.  And six in North Fulton.

12             Twelve.

13       Q     Okay.  Does the North Metro GNETS program

14   has what is known as a fiscal agent?

15       A     Yes.

16       Q     Who is North Metro GNETS' fiscal agent?

17       A     Metro RESA.

18       Q     So we're on the same page, what is the

19   role of North Metro's, North Metro's fiscal agent?

20       A     They oversee all of our funding that flows

21   from the State and the federal level.

22       Q     And when you say they oversee the funding,

23   what does that mean?

24       A     We have a CFO, chief financial officer,

25   and a budgeting and an HR Department there that we



 1   collaborate and we work with.

 2          So they help me maintain all of the

 3   funding and make sure that it's spent the way it's

 4   supposed to be spent, in the right areas.

 5      Q    Okay.  And so I believe you mentioned that

 6   there's both state funding and federal funding?

 7      A    Yes.

 8      Q    And that's specifically for the North

 9   Metro GNETS program?

10      A    Yes.

11      Q    That funding flows to Metro RESA?

12      A    Yes.

13      Q    And so Metro RESA kind of holds those

14   funds for use by the North Metro GNETS program?

15      A    Yes.

16      Q    What's the process by which you obtain

17   access to that, those funds, to pay staff or to buy

18   supplies, whatever it is you need?  How does that

19   work?

20      A    Again, we have line items.  We have items

21   that are approved by the State based on those

22   guidelines.  So we draw down money based on the

23   need.

24          So it's just like any other school

25   district would do.  There are approved federal and



1  state funds.  So our CFO, we work together to make

2  sure that, you know, supplies, materials, computers,

3  that sort of thing, are, you know, dispensed based

4  on the needs of the program.

5       Q    Do you have to submit something like a

6  purchase order?

7       A    Yes.

8       Q    Or some sort of actual request to Metro

9  RESA for those things?

10      A    Yes.

11      Q    And then Metro RESA approves it and pays

12  it out?

13      A    Yes.

14      Q    Do you have regular meetings with Metro

15  RESA regarding the North Metro GNETS program?

16      A    Yes.

17      Q    And how often are those meetings?

18      A    They're anywhere between a month to two

19  months.  Every other month or so.

20      Q    Okay.  And with whom at Metro RESA do you

21  meet?

22      A    Typically with Dr. Leigh Ann Putman, my

23  RESA executive director, and Vanessa Haigler.  She's

24  our CFO, and sometimes -- I'm sorry.

25            Vanessa Haigler, and sometimes with



1   Deborah Tabron, our HR person.

2       Q    You said Deborah Tabron is the HR person?

3       A    Yes.

4       Q    When you meet with these folks from Metro

5   RESA, what is the purpose of those meetings?

6       A    We're usually going over a budget and

7   HR-related issues to just make sure that I keep them

8   abreast of all of our needs and also the funding.

9       Q    Do you meet with them to discuss anything

10  on the programmatic side?

11      A    I speak with Leigh Ann about it.  If

12  there's an issue that's going on, I will definitely

13  keep her in the loop and we collaborate if it's

14  anything I need her to help me intervene on.

15      Q    Okay.  Does North Metro GNETS have an

16  Advisory Board?

17      A    Yes.  The special ed directors.

18      Q    And when you say the special ed directors,

19  the special ed directors for the districts that

20  North Metro GNETS program serves?

21      A    Yes.

22      Q    And is that like -- are they constituted

23  as an official Advisory Board?

24      A    Yes.

25      Q    How long has that Advisory Board been in



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           53

```
 1   place?

 2       A    It's a part of the State Board Rule, and

 3   it's always been set up that way.  So our

 4   collaborative community meetings is when all the

 5   special ed directors, GNETS directors, everybody

 6   comes to the table once a month.

 7       Q    You said that the Advisory Board is a part

 8   of the State Board Rule.  What is the State Board

 9   rule that you're referencing?

10       A    GNETS.

11       Q    The GNETS State Board Rule?

12       A    Yes.

13       Q    You mentioned collaborative community

14   meetings, and I believe you said those happen once a

15   me?

16       A    Yes.

17       Q    Who in particular participates in those

18   collaborative committee meetings?

19       A    GLRS sets the meetings but the special ed

20   directors from all of the metro Atlanta areas that

21   fall under our RESA come to those monthly meetings.

22       Q    Do you also attend those monthly meetings?

23       A    Yes.

24       Q    Does anyone else from your North Metro

25   GNETS staff attend those meetings?
```



1    A    No.

2    Q    So the meetings are attended by the

3    special ed directors for the school systems that

4    North Metro serves, GLRS and you?

5    A    Yes.  And it's also all the special ed

6    directors that fall under the RESA, which is more

7    than just my four school districts.

8         So RESAs serve more school districts as a

9    whole than each of the GNETS does, so we're all at

10   the table.

11   Q    These collaborative community meetings are

12   different from Advisory Board meetings?

13   A    No.  We collaborate them.  We do that --

14   we consider them all the same.

15   Q    Okay.  So Advisory Board meetings also

16   happen once a month?

17   A    Yes.

18   Q    How many people were on staff at the North

19   Metro GNETS program in the 2021-22 school year?

20   A    I can't answer.

21   Q    Can you give me a ballpark?

22   A    Um, a hundred.

23   Q    Okay.

24   A    That were actually on my payroll, because,

25   again, we have staff that the districts actually



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          55

1    fund.

2         Q    Okay.  And for the current 2022-23 school

3    year, approximately how many staff are on your

4    payroll for the North Metro GNETS program?

5         A    Probably about 90.

6         Q    Approximately how many additional staff

7    are there that are provided by LEAs?

8         A    The LEAs provide a lot of the teachers and

9    the paras as well that they fund.  So I would say

10   probably another -- across the districts, probably

11   around a hundred, 150.

12        Q    Okay.  Are there any contracted positions

13   at North Metro GNETS that you have not considered,

14   quote unquote, on staff in your numbers?

15        A    Yes.  I do have some contracted staff.

16        Q    And how many contracted staff do you

17   currently have?

18        A    I use a company, Comprehensive Behavior

19   Change, and they have their own staff, but it is one

20   company.

21             And then I contract with Morehouse School

22   of Medicine, the psychiatric program, as my child

23   psychiatric support.

24        Q    Between those two sources, how many

25   contracted staff are there currently?



1     A     Dr. Maddox is one school psychiatrist, but

2     she has psychiatric interns that support our program

3     that are a part of the Morehouse School of Medicine,

4     but the contract is only with her.  So I do have

5     interns that are going through internship.  So I

6     don't know how you want to count that.

7     Q     Okay.

8     A     And then Comprehensive Behavior Change is

9     owned by two people, two BCBAs, but I also have

10    contracted this year with several of their RBTs.  So

11    it's probably between six and eight of them as well.

12    Q     Does North Metro GNETS currently have any

13    vacancies?

14    A     Yes.

15    Q     How many vacancies do you have?

16    A     Um, if you want exact numbers, I can't

17    give you an exact number but I can give you a

18    guesstimate.

19          I think I am down two school

20    psychologists, two social workers, I think two

21    teachers, and four parapros, approximately.

22    Q     The two school psychologists that you're

23    down, are those school psychologists who would have

24    been at a particular site?  Or how does that work?

25    A     My Gwinnett sites are my largest, and so I



1  had a school psychologist that worked there

2  full-time.  So I am using a part-time person there.

3  So that's one of the vacancies.

4           And then Fulton County Schools is about

5  100 miles apart from north to south, and so I have

6  one school psychologist that is currently doing the

7  whole district.  So I would have had the other

8  school psychologist working in the north and the

9  other in the south.

10      Q    And then the two social worker vacancies,

11  likewise are those site specific?

12      A    Well, they're not -- they're district

13  specific because our social workers and school

14  psychologists, all except for one, serve the

15  district.  So multiple schools.  So their itinerate.

16           So I am down one school social worker in

17  North Fulton and one in Gwinnett.

18      Q    How many social workers do you have

19  serving -- do you have any social workers serving

20  North Fulton right now?

21      A    Yes.

22      Q    How many do you have serving North Fulton?

23      A    Two.

24      Q    And how many do you have serving South

25  Fulton?



1        A     One.

2        Q     How many social workers do you have

3    serving Gwinnett?

4        A     Three.

5        Q     And ordinarily you would have had four?

6        A     Yes.

7        Q     Where are the teacher vacancies?

8        A     I have one in South Fulton.  I have one in

9    Gwinnett at the BRIDGE.

10       Q     And how have you compensated for those

11   vacancies?

12       A     I have -- I used to have lead teachers.  I

13   have one or two of those left.  So our lead teachers

14   go into the classrooms to provide those supports,

15   so.  And substitutes as well.

16       Q     So, for example, at the BRIDGE, do you

17   have a lead teacher who's taking over the vacant

18   teacher position?

19       A     Yes.  But it's every now and then.  If I

20   can get a substitute to go in, I hire a sub to go

21   in.  If not, the lead teacher leaves her duties and

22   responsibilities and goes in and teaches those

23   classes.

24       Q     Today, at the BRIDGE, is there a

25   substitute or is the lead teacher?



1    A    It's -- I don't know today.  I did not

2  call to see.

3    Q    Does that change on a day-to-day basis, or

4  do you have a long-term substitute for some period

5  of time?

6    A    We have long-term subs that we try to get

7  to come every day, but it just depends.

8    Q    So that's something that could change from

9  day-to-day?

10    A    Yes.

11    Q    And the teacher vacancy in South Fulton,

12  is that the same, that it changes from day-to-day

13  whether it's a substitute --

14    A    I have a lead teacher that's serving in

15  that classroom right now, indefinitely.

16    Q    How do you compensate for the four parapro

17  vacancies?

18    A    We do the best we can.  I have behavior

19  specialists that are all BCBAs or RBTs.  So we go in

20  and support those teachers.  Or we've sometimes

21  considered having our paras float from one classroom

22  to the next.  The teachers remain the same but the

23  parapros go into the classrooms where the most needs

24  are.

25    Q    When you have vacancies in particular, I'm



1   thinking particularly about teacher vacancies, do

2   you ever combine classrooms?

3        A    Depends on the behaviors and the cognitive

4   level of the students.

5        Q    Have you done that in the past?

6        A    I have done it in the past for like two

7   EBD classes but it's really challenging if you have

8   a low incidence autism class and an EBD class in the

9   same building to be combined.  So it's a challenge.

10       Q    Approximately how many students were

11   served in the North Metro GNETS program in the

12   2021-22 school year?

13       A    I think it was about 320, approximately.

14       Q    And approximately how many students are

15   currently being served in the North Metro GNETS

16   program in the 2022-23 school year?

17       A    I think about 275, and it fluctuates

18   daily.  That's why it's hard to give an exact

19   number.

20       Q    Okay.  It sounds like there has been a

21   decrease from last year?

22       A    Yes.

23       Q    What do you attribute that to?

24       A    When our kids are ready to transition back

25   to the LRE, we transition them.



1      Q    Are there a number of students that have
2   been served last year and this year in North Metro
3   GNETS program relatively consistent with the numbers
4   you've seen over the last five to seven years, or
5   have they changed significantly?
6      A    They've changed.
7      Q    In what way have they changed?
8      A    We serve fewer students but they have more
9   significant issues.
10     Q    And why do you think that is?
11     A    I think because we're doing a better job
12  of meeting our students' needs behaviorally and
13  academically, so those kids transition.  But the
14  kids that are with us really have some severe
15  behavioral and mental health issues.
16          So requires more staff than typically
17  we're funded for.
18     Q    And when you say it requires more staff
19  than what you're typically funded for, what to you
20  mean by that?
21     A    Well, when you have to provide one-on-one
22  support to a student, it really requires a lot more
23  services.
24     Q    So in your experience you found the
25  funding to be insufficient to meet that higher level



1   of need that you're seeing in your student

2   population?

3        A    In some situations, yes.

4             MS. GARDNER:  I'm going to ask the court

5        reporter to please mark this exhibit as 628.

6             (WHEREUPON, Plaintiff's Exhibit-628 was

7         marked for identification.)

8   BY MS. GARDNER:

9        Q    Dr. Holifield, you have been handed what's

10   been marked as Plaintiff's Exhibit 628.

11            Do you recognize this document?

12       A    Yes.

13       Q    And what is this?

14       A    Our North Metro GNETS brochure.

15       Q    Who created this document?

16       A    I did.

17       Q    And what is the purpose of this brochure?

18       A    To share an overview of our program with

19   the parents.

20       Q    And this is a document that the North

21   Metro GNETS program provided in response to the

22   United States subpoena for documents; is that

23   correct?

24       A    Yes.

25       Q    Turning to Page 2 of this brochure, am I



1   correct this gives an overview of what North Metro

2   GNETS actually is?

3        A    Yes.

4        Q    And it identifies it, as we've discussed,

5   as one of the 24 GNETS programs across the State of

6   Georgia?

7        A    Yes.

8        Q    Am I correct it goes on to say that GNETS

9   "programs provide comprehensive educational and

10  therapeutic support services to students who might

11  otherwise require residential or other more

12  restrictive placements due to the severity of one or

13  more of the characteristics of the disability

14  category of emotional and behavioral disorders

15  (EBD)"?

16       A    Yes.

17       Q    Is that accurate?

18       A    Yes.

19       Q    Does North Metro GNETS program collect any

20  data regarding the extent to which its services have

21  prevented or impacted student's needs for

22  residential or other more restrictive placements?

23       A    No.

24       Q    Does North Metro GNETS program track when

25  any of its students are placed in a residential



1   facility?

2        A    Yes and no.  And the reason why I say yes

3   and no, once a child goes to a residential facility,

4   it's no longer a GNETS student.  It still -- it goes

5   back to the LEA.  So we don't track that.

6        Q    So then do you, do you have any records or

7   way of knowing historically which of your GNET

8   students have gone on to residential treatment?

9        A    Not -- no, not really.  That would be the

10  LEA.

11       Q    Okay.  This mentions other more

12  restrictive placements.  What would be examples of

13  other more restrictive placements apart from

14  residential treatment facilities?

15       A    A day treatment facility.

16       Q    Anything else?

17       A    That's all I can think of right now.

18       Q    Do -- does North Metro GNETS program track

19  which students go to day treatment facilities?

20       A    Not really.  Again, it's an LEA decision

21  at an IEP meeting.  So we know which students were

22  referred and were accepted for a residential or day

23  treatment, but we don't track them.  They just

24  become unenrolled students with GNETS and they go

25  back onto the enrollment with the LEA.



1      Q    Okay.  So there's no like record or report

2    you could pull that would show that?

3      A    No.

4      Q    There's a section on Page 2 that says:

5    "Example of Services Offered."

6           Do you see that?

7      A    Yes.

8      Q    I want to just talk about a few of these.

9    The first one says:  "Educational Services &

10   Supports by Certified Teachers and Curriculum

11   Specialists."

12     A    Yes.

13     Q    Do you see that?

14     A    Uh-hum.  (Affirmative.)

15     Q    And what are the services and supports

16   that would be included in this category?

17     A    The traditional teaching behavior,

18   therapeutic groups.  Those types of things.

19     Q    I believe you said you have a curriculum

20   specialist on staff at North Metro?

21     A    Yes.

22     Q    How many do you have?

23     A    Two.

24     Q    And how are those two curriculum

25   specialists deployed across the --



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          66

1    A    I have three.  Excuse me.

2    Q    Three?

3    A    Uh-hum.  (Affirmative.)

4    Q    How are they deployed across the --

5    A    I have one.  Kelley Wright serves all of

6  North Fulton.  I have one that serves South Fulton.

7  I have one that serves Atlanta and she's shared with

8  Gwinnett.  So she has two different school

9  districts.

10    Q    Okay.  This section also includes a bullet

11  that says "Social Skills Training."

12         Do you see that?

13    A    Uh-hum.  (Affirmative.)

14    Q    What kind of social skills training does

15  North Metro GNETS program offer?

16    A    We, we -- our school social workers and

17  our school psychologists, we use different curricula

18  to meet their social skills, but they have small

19  groups, individual groups, that sort of thing.

20         Aspire is one of the things that we

21  utilize that we got from the State, but he also use

22  WhyTry as our main social skills curriculum.

23    Q    What is Aspire?

24    A    Aspire is just a framework that you teach

25  kids to self-advocate for themselves, in an



```
 1   appropriate way.
 2        Q    And Aspire is something that your social
 3   workers and school psychologists deploy?
 4        A    Also teachers.
 5        Q    Is there a training that occurs for staff
 6   to equip them to sort of implement the principals of
 7   Aspire?
 8        A    Yes.  We do booster trainings every year
 9   for all of our new teachers.
10        Q    And you said Aspire is something you got
11   from the State?
12        A    Yes.
13        Q    And how did that transpire?
14        A    It was an initiative from the State a few
15   years ago where everyone across the State was
16   offered to participate in this self-advocacy
17   training program for students with disabilities.
18        Q    You also mentioned WhyTry?
19        A    Yes.
20        Q    And is that a social skills curriculum?
21        A    Yes.  It's a social skills and a
22   trauma-informed care program built all together.
23        Q    And is that something that North Metro
24   GNETS program is using across all of its sites?
25        A    Yes.
```



CASSANDRA HOLIFIELD, PH.D.                December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        68

1        Q     And who, who is responsible for delivering

2     that curriculum?

3        A     Mostly our social workers.

4        Q     And how do they do that?

5        A     They have individual and small group

6     therapy sessions where we go through the curriculum

7     and teach them expectations.

8        Q     Do those individual and small group

9     therapy sessions touch every single student in North

10    Metro GNETS?

11       A     Yes.

12       Q     How frequently do the small group sessions

13    occur?

14       A     At least three times a month.

15       Q     How frequently do the individual sessions

16    occur?

17       A     It depends on the individual student based

18    on their needs.

19       Q     Anything else that falls into the category

20    of social skills training that we haven't talked

21    about?

22       A     I don't think so.

23       Q     Moving down to the fourth bullet, it says:

24    "Behavioral Interventions & Therapeutic Support

25    Services."



```
 1              Do you see that?
 2      A    Yes.
 3      Q    What are the behavior interventions and
 4   therapeutic support services provided by your school
 5   psychologists?
 6      A    Again, we, we have -- we have their FBAs,
 7   their BIPs.  They have the social skills training.
 8   But the individual behavioral interventions depends
 9   on what's written in the IEP for the student.
10      Q    And so -- but your school psychologists
11   play a role in implementing that?
12      A    Yes.
13      Q    And what about your social workers, how
14   are they involved with providing behavior
15   interventions and therapeutic support services?
16      A    Well, as a GNETS program, we're all
17   trained to meet the needs of our kids based on their
18   IEPs.  So everybody plays a different role, but it's
19   all based on the behavioral goals of the individual
20   student.
21              So, again, the school psychologist plays a
22   particular role maybe with CBT, cognitive behavior
23   therapy; where our social worker may provide a
24   different role but it's all based on the individual
25   needs of the students.
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          70

1       Q    I'm just wondering if there are like

2   categories of things your social workers can

3   provide.  Perhaps maybe they can't provide some of

4   your school psychologists can provide.  So are there

5   things categorically that the social workers tend to

6   focus on or be responsible for?

7       A    Not categorically.  I mean typically it is

8   just teaching them the appropriate skills from a

9   clinical and therapeutic aspect of how to be

10  successful out in the environment, in the classroom,

11  but when they also go home.

12      Q    What kind of licensure do your social

13  workers who are currently on staff have?

14      A    They're all social worker certified from

15  the Georgia PSC, or licensed clinical social

16  workers.

17      Q    And I believe you mentioned before BCBAs?

18      A    Yes.

19      Q    And I believe -- do you have any BCBAs who

20  are fully like on payroll at North Metro GNETS?

21      A    Yes.

22      Q    How many?

23      A    Two.

24      Q    And then I believe you also said that --

25      A    RBTs.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                         71

1        Q    Well, that you're contracting with an
2    organization for additional BCBAs?
3        A    Yes.
4        Q    So how many additional BCBAs come through
5    that contracting company?
6        A    Of course, there are three that are BCBAs
7    and they also provide RBT support as well.
8        Q    Okay.  And do you separately have RBTs on
9    staff at North Metro GNETS?
10       A    Yes.
11       Q    I know you are an RBT?
12       A    Yes.
13       Q    How many apart from yourself?
14       A    Um, let me count.
15            There are two in Atlanta.  There are --
16   I'm trying to think, in North Fulton.  I think
17   there's two in North Fulton.
18            And then there's one in Gwinnett.
19            So five.
20       Q    And that's five not including you?
21       A    Yes.
22       Q    In this section of Example of Services
23   Offered, the Local Interagency Planning Team also
24   appears.  Do you see that?
25       A    Yes.



1      Q     Is that also referred sometimes as the

2   LIPT?

3      A     Yes.

4      Q     What services does the LIPT offer?

5      A     Well, LIPT basically offers services that

6   are more extensive to the families.  So it is a

7   referral process with parental consent, where we sit

8   down and we look to see what a student's needs are

9   and the family needs are and the different agencies,

10   explain what services that they have available that

11   could assist the family.

12      Q     Are all students enrolled in North Metro

13   GNETS program involved in the LIPT?

14      A     No.

15      Q     How does a student sort of get integrated

16   into the LIPT for those more extensive services?

17      A     A parent has to make a request, or we

18   could make the referral to a parent suggesting that

19   we think there are some other services they may

20   benefit from.

21      Q     And so just using last school year 2021-22

22   as an example, about how many North Metro GNETS

23   students would you say were a part of the LIPT?

24      A     Probably less than 10 percent.

25      Q     This brochure also notes that there are



 1   services offered through other interagency linkages.
 2   Do you see that?
 3        A    Yes.
 4        Q    What services come from other interagency
 5   linkages?
 6        A    Those are the people that actually sit at
 7   the LIPT table.  So that's like the overall name,
 8   but then there are different agencies that are the
 9   linkages within that program.
10             So Hope House and some of the other big
11   ones, Youth Villages -- not Youth Villages.  What is
12   the name?
13             There are several different agencies that
14   again come to the table, hear the profile of the
15   student and the family's needs, and then they
16   connect together at those LIPT meetings, but they
17   are all different agencies.
18        Q    So the meetings involve multiple agencies
19   where there is some sort of a presentation of
20   profiles of various --
21        A    Students.
22        Q    -- students?
23        A    Uh-hum.  (Affirmative.)
24        Q    And then there's kind of a discussion
25   among the group as to what are the resources that



1   could support the student?

2        A    Yes.

3        Q    Understood.

4             Are there other state agencies at the

5   table for the LIPT?

6        A    Not that I'm aware of, no.

7        Q    Anyone from the Georgia Department of

8   Education?

9        A    No.

10       Q    What about the Georgia Department of

11  Community Health?

12       A    Yes.  Yes, they are there.

13       Q    And what about the Georgia Department of

14  Behavioral Health and Developmental Disabilities,

15  DBHDD?

16       A    Yes, they usually have a representative

17  there.  So I guess there are state agencies there.

18       Q    Is there any representation from any

19  Community Service Board?

20       A    There could be, but I don't recall the

21  last couple that I attended that there were.

22       Q    Towards the bottom it says "District and

23  Home School Collaboration."

24             Do you see that?

25       A    Yes.



1      Q    What does this refer to?

2      A    Well, we all sit at the table for students

3    that are referred in for GNETS services and we also

4    have progress meetings.  So we constantly meet on

5    the students because the students are still students

6    of the district.

7      Q    How often do you have progress meetings on

8    students with the districts you serve?

9      A    There's always an LEA from the district at

10   all of our IEP meetings.

11     Q    And is there a particular frequency with

12   which IEP progress meetings occur?

13     A    It depends on the student.

14     Q    Is there any minimum sort of frequency?

15   Do they have to occur at least every X period of

16   time?

17     A    Well, IEPs are done at least annually but

18   they can be done more frequently.

19          MS. GARDNER:  I don't know exactly how

20       long we have been going, but would you like to

21       take a short break?

22     A    Sure.

23          THE VIDEOGRAPHER:  The time is 10:32 a.m.,

24       and we are off the record.

25          (A recess was taken.)



 1              THE VIDEOGRAPHER:  The time is 10:45 a.m.,
 2      and we are on the record.
 3    BY MS. GARDNER:
 4      Q    So I want to switch gears a little bit and
 5    talk a little bit about data and more so data
 6    collection and management and sort of like how you
 7    do that.
 8              I'm wondering whether there is any sort of
 9    database or data portal where you at North Metro
10    GNETS access information about the students that you
11    serve?
12      A    Well, all of our students, IEPs and their
13    data, is placed in their IEP.  So we are -- all the
14    information is housed within -- like Infinite Campus
15    is what Atlanta and Fulton use.  And then Gwinnett
16    uses Synergy.
17      Q    And those are like student data management
18    like databases, basically?
19      A    It's basically where they keep all their
20    documents for IEPs and data and that sort of thing.
21      Q    And you said Fulton and APS uses Infinite
22    Campus, and Gwinnett uses Synergy?
23      A    Yes.
24      Q    Do you have access to Fulton and APS'
25    Infinite Campus database?



1       A     Yes.

2       Q     And do you have access to Synergy?

3       A     No.

4       Q     Why is that?

5       A     Because Gwinnett hasn't ever given me

6   access.

7       Q     Have you asked for access?

8       A     Every year.

9       Q     And every year they say no?

10      A     Yep.

11      Q     Do they -- has Gwinnett provided you with

12  a reason why you cannot have access?

13      A     I'm considered a contractor since I don't

14  work for them.

15      Q     Okay.  You don't work for Fulton or APS

16  either, though, correct?

17      A     Correct.

18      Q     Does your lack of access to Synergy

19  present challenges in terms of your ability to see

20  information about your students at North Metro?

21      A     Yes.

22      Q     What are those challenges?

23      A     I can't monitor what I need to see.  I

24  physically have to go into the buildings to look in

25  permanent folders to find information.



1      Q    So if you want to have historical

2   information about students that you're serving at

3   North Metro GNETS, you have to physically go to a

4   school within Gwinnett County and look at like a

5   hard copy file?

6      A    Yes.

7      Q    Are there hard copy files for all of the

8   information that you would need to access?

9      A    Sometimes.

10     Q    Are there times where there's not a hard

11  copy file containing the information that you need?

12     A    Yes.

13     Q    And what kinds of information generally

14  like would you be looking for?

15     A    Again, it depends on the situation with

16  the student, but if I'm trying to, you know, get to

17  understand like an historical perspective of what is

18  occurring with a child to be able to intervene, I

19  may or may not have access to that information in

20  Gwinnett.

21     Q    What has been Gwinnett's response when you

22  explain this to them?

23     A    That I'm a contractor and they will only

24  give access to secure information to people who have

25  an ID and work for Gwinnett County Public Schools



1   directly.

2        Q    Has there been any response to those

3   instances where you're looking for information and

4   information is not contained in paper records, so

5   you can't get it at all?

6        A    Could you rephrase that?

7        Q    Yeah.  I'm just wondering if you've had

8   any conversations about the challenges in particular

9   where there is no work-around.  So I think you said

10  earlier that one of the things you can do is you can

11  go and look at hard copy files within Gwinnett but

12  that sometimes there's information you're looking

13  for that might not be contained in those hard copy

14  files.  Is that accurate?

15       A    Yes.

16       Q    So I'm just wondering if you've had any

17  conversations with Gwinnett about those

18  circumstances where information you're looking for

19  would not be contained in hard copy files but where

20  it's information that you need in order to

21  effectively serve a student?

22       A    Yes, I've had those conversations.

23       Q    And has there been any response to those

24  particular kinds of situations?

25       A    We do the best we can with the information



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           80

```
 1   I have access to.
 2        Q    And what has been Gwinnett's response?
 3        A    I don't work for Gwinnett County Public
 4   Schools.
 5        Q    No, but presumably you have conversations
 6   with them about the challenges that are presented?
 7        A    Right.
 8        Q    Where you can't get the information from a
 9   hard copy record?
10        A    Right.  That's their response.
11        Q    Oh, it's just you don't work for us?
12        A    Yes.  I mean they're not -- you know, it's
13   not combative, but because I'm not employed with
14   Gwinnett, their perspective is I'm a contractor.  So
15   even though I'm the director of the program in
16   Gwinnett, I still don't have access to students'
17   IEPs and databases.
18        Q    Are you familiar with the GNETS dashboard?
19        A    Yes.
20        Q    And what is the GNETS dashboard?
21        A    Are you referring to the DOE dashboard
22   within the portal, where we submit our budget?  Is
23   that the dashboard you're referring to?
24        Q    I'm actually not sure.  I know it's the
25   GNETS dashboard.  So I guess are you telling me that
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           81

 1    there is a GNETS dashboard within some sort of

 2    portal that you have that connects you to the

 3    Georgia Department of Education?

 4         A    Well, there's a -- there's a GNETS -- and

 5    I guess that's why I'm trying to clarify what you

 6    mean, but there is a tab within the GNETS -- within

 7    the DOE portal where we have to submit our budget

 8    and our documents every year.  So that's the

 9    dashboard I assume you're referring to.

10         Q    Okay.  So the Georgia Department of

11    Education has a portal that you log into in order to

12    submit your budget every year?

13         A    Yes.

14         Q    And are you saying there is a tab within

15    that portal that is called -- like it's a GNETS tab?

16         A    Yes.

17         Q    Do you submit any other information to the

18    Georgia DOE via that portal?

19         A    Usually just the budget, and we have an

20    email address that we translate -- transmit

21    confidential information, but that's it.

22         Q    Okay.  When you say you have an email

23    where you transmit confidential information, what

24    kind of confidential information would you transmit

25    by that email?



1        A    I mean only if they ask me for

2   information, like a student list or a class list.

3   So nothing more than information like that.

4        Q    Okay.  And do you get periodic requests

5   for information from the Georgia Department of

6   Education?

7        A    No.

8             MS. GARDNER:  I'd like to ask the court

9        reporter to mark this document as Plaintiff's

10       Exhibit 629.

11            (WHEREUPON, Plaintiff's Exhibit-629 was

12        marked for identification.)

13   BY MS. GARDNER:

14       Q    You've been handed what's been marked as

15   Plaintiff's Exhibit 629.  This is an email from you

16   to Nakeba Rahming, dated April 9, 2016, with the

17   subject "Re: GNETS Dashboard Updates."

18            And the first page of this document is

19   Bates-stamped GA00041282.

20            Do you recognize this?

21       A    Yes.

22       Q    Am I correct that in your email to Ms.

23   Rahming you write:  "I'm excited about the GNETS

24   Dashboard and I'm sure everyone else will be excited

25   about it as well.  I'll keep this to myself until



1   you're ready for us to share this information with

2   our fiscal agents."

3        Do you see that?

4   A    Yes.

5   Q    And then am I correct that you go on to

6   say:  "In response to your questions, my North Metro

7   GNETS Central Office is located within Atlanta

8   Public Schools and I'd like them to serve as my NM

9   GNETS Dashboard location."

10  A    Yes.

11  Q    "However, I have the most students served

12  within Gwinnett County Public Schools but Gwinnett

13  County Schools will not give me access to IEP

14  online, Infinite Campus, nor any other database that

15  my other districts give me access to.  Gwinnett

16  considers me a contractor and I've asked for the

17  past 4 years to have access to my students' data,

18  IEPs, etc. and the answer has always been no."

19  A    Yes.

20  Q    And is this what we have just been

21  discussing, the challenges that you've been having

22  with Gwinnett county?

23  A    Yes.  And looking at this email, the

24  dashboard is SLDS.

25  Q    SLDS, okay.  What does SLDS stand for?



1        A     Student Longitudinal -- Longitudinal Data

2    System.

3        Q     And what is the Student Longitudinal Data

4    System?

5        A     Basically, it's a portal where you can go

6    in and look at individual student data that -- like

7    absences and that sort of thing, that the rest of

8    the State uses.  They created that dashboard for

9    GNETS as well.

10       Q     Okay.  And when you say "they created that

11   dashboard for GNETS as well," who is "they"?

12       A     DOE.  Georgia DOE.

13       Q     When you say "they created the dashboard

14   for GNETS as well," was there a time GNETS did not

15   have access to SLDS?

16       A     I think it was during the time when -- I

17   can't be sure, but I think SLDS was new to the State

18   of Georgia, and then they created access for GNETS,

19   because we serve more than one school district.  So

20   we had to have one school district to serve for all

21   of our other districts.

22       Q     So there was some maneuvering required --

23       A     Yes.

24       Q     -- because GNETS is unique in that it

25   covers multiple school systems?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          85

 1        A    Yes.

 2        Q    And so the Georgia Department of Education

 3   took the lead on sort of figuring out how to get the

 4   GNETS programs access --

 5        A    Yes.

 6        Q    -- to the SLDS?

 7        A    Yes.

 8        Q    You note in this email that at the time

 9   you sent this, most of the students served at North

10   Metro GNETS came from Gwinnett County schools?

11        A    Yes.

12        Q    Is that still true today?

13        A    Yes.

14        Q    You discuss something here called IEP

15   online?

16        A    Yes.

17        Q    What is IEP online?

18        A    It's an IEP system that Atlanta Public

19   Schools uses.  So even though they use Infinite

20   Campus as their school information system, IEP

21   online is where the IEPs are written and they're

22   connected together.

23        Q    Does Gwinnett County also use IEP online?

24        A    They use Synergy.

25        Q    So Synergy contains --



1        A    Yes.

2        Q    -- IEPs?

3             And Synergy is the database that you were

4   saying you don't have access to?

5        A    Correct.

6        Q    What does having access to IEP online

7   allow you to do?

8        A    It allows me to help meet the needs of my

9   students, you know, because all of their goals and

10  objectives are determined by an IEP team.  And in

11  order to monitor progress and see how they're doing,

12  you know, you have to look at the IEP because it's

13  written specifically for a specific student.

14       Q    So for students who are coming from

15  Gwinnett County, where you don't have access to

16  Synergy, you're looking at a hard copy IEP?

17       A    Yes.

18       Q    Am I correct that your email to Ms.

19  Rahming responds to prior emails that Ms. Rahming

20  had sent that you received?

21       A    Yes.

22       Q    I want to turn to the earliest of those

23  emails, which appears on the second page of this

24  document.

25            Am I correct that Ms. Rahming wrote to all



1   of GNETS directors on April 8th, 2016 to discuss the

2   GNETS Dashboard?

3        A    Yes.

4        Q    And in that email, and this is in the

5   second paragraph, Ms. Rahming says that "Directors

6   will be provided with administrative access for the

7   Georgia SLDS via a link in a district's Student

8   Information System, Infinite Campus, Power School,

9   and SchoolMax.  An ID and password will be provided

10  for each GNETS staff to access the 'GNETS' dashboard

11  to disaggregate GNETS teachers and students from

12  teachers and students in school districts."

13           Do you see that?

14       A    Yes.

15       Q    And you've already explained to me what

16  SLDS is, correct?

17       A    Yes.

18       Q    What kind of information can be obtained

19  from SLDS?

20       A    Information about the student's

21  background, their picture, the age, their grades,

22  absences, behavior, that sort of thing.

23       Q    Does SLDS include discipline records?

24       A    I think it includes attendance but not

25  discipline, if I recall.



1      Q    And when you say that there's information
2    about a student's behavior in SLDS, where would that
3    appear?
4      A    It depends on whether or not the school
5    district has connected the information.  So, again,
6    I'm trying to remember the last time I looked in
7    SLDS, it's more attendance data than discipline
8    data.
9      Q    Okay.  Is there also academic data in
10   SLDS?
11     A    Yes.
12     Q    What kind of academic data appears?
13     A    Their testing data.  You know, if they
14   have GAA, or, you know, if they've taken the
15   curriculum assessments, it's all in there.
16     Q    When you say if they have GAA, that's the
17   Georgia Alternative Assessment?
18     A    Yes.
19     Q    Would it also indicate whether the student
20   is a milestone student?
21     A    Yes.
22     Q    I take it at the time Ms. Rahming sent
23   this email the GNETS directors did not have access
24   to SLDS?
25     A    Correct.



1      Q    And she was working to change that?

2      A    Yes.

3      Q    Does North Metro GNETS have access to SLDS

4   data now?

5      A    Yes.

6      Q    Ms. Rahming goes on to say in this email,

7   towards the bottom of the second paragraph, and it

8   says "The GNETS Dashboard will."

9          Do you see that?

10     A    Bottom of the second paragraph.  If an

11   LEA -- where?

12     Q    It says "The GNETS Dashboard will," and

13   there's a list of six things that it will do.

14     A    Oh, yes.  Okay.

15     Q    Do you see that?

16     A    Yes.

17     Q    And the first thing it says the GNETS

18   Dashboard will do is:  "Eliminate the limited access

19   that GNETS staff have to student data/records

20   because they are from other districts."

21          Do you see that?

22     A    Yes.

23     Q    And that's similar to the challenge that

24   you were discussing with not having access to

25   student data and records from Gwinnett County



 1   because you're not from Gwinnett County?

 2        A    Yes.

 3        Q    And just so I'm clear, when this says that

 4   GNETS staff are from other districts, does that mean

 5   other districts than the one that might serve as a

 6   GNETS program's fiscal agent, or what does that

 7   mean?

 8        A    I think it means that GNETS is a program

 9   that serves multiple districts.  And so in SLDS,

10   under the one partner you can pull this type of data

11   from that SLDS but it's still not IEP data.

12             So we had to have multiple accesses for

13   all of our school districts to get any other data

14   prior to SLDS.

15        Q    Okay.  The other thing this says the GNETS

16   Dashboard will do, under No. 2:  "Provide

17   opportunities for GNETS staff to have access to

18   depend education resources."

19        A    Yes.

20        Q    What did you understand this to mean?

21        A    What I understand it to mean now is, is

22   that professional development is listed as one of

23   the tabs in there as well that we have access to.

24        Q    Professional development is listed as a

25   tab in the SLDS?



1      A    Yes.

2      Q    Okay.  Moving town to the No. 4, it says
3   "The GNETS Dashboard will:  Provide common and
4   comparable data for students across GNETS programs,
5   sites, classes, and grade levels."

6           Do you see that?

7      A    Yes.

8      Q    Did your lack of access to data and
9   information for students coming from Gwinnett County
10  prevent you from viewing common and comparable data
11  for North Metro students across sites?

12     A    I can see SLDS data but I cannot see IEP
13  data, so.

14     Q    But before having access to the SLDS, you
15  would not have even been able to review SLDS data
16  across all of your GNETS students?

17     A    Correct.

18     Q    I take it then what you're saying now is
19  you can view SLDS data across all of your students
20  but you still cannot view the same sort of extent of
21  IEP data?

22     A    Correct.

23     Q    Because you don't have access to the IEP
24  data for Gwinnett County?

25     A    Correct.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          92

1      Q    And then the last thing in No. 6 here that

2   this says the GNETS Dashboard will do is:  "Make

3   historical 'longitudinal' and operational 'real

4   time' data available for all programs."

5           What do you understand that to mean?

6      A    Once a student has enrolled in a school

7   district, since the creation of SLDS, it's housed

8   there.  So if a student receives services, whether

9   those are general ed or special ed student, the

10   historical data with testing or whatever is in that

11   one location, that you can see old test scores up to

12   current time.

13      Q    Okay.  So if you wanted to see where one

14   of your GNETS students who is a sixth grader was

15   when they were in third grade in terms of their

16   scores, you could go to SLDS and see that?

17      A    Yes.

18      Q    But before access to SLDS, if you didn't

19   have access to the database for the district where

20   that student came from, then you would not be able

21   to access that information?

22      A    Correct.

23      Q    Okay.  Is there any sort of data

24   management tool that North Metro GNETS program uses

25   for each fiscal year to record and report out



 1  information to the Georgia Department of Education?

 2      A    Can you be more specific so I -- I'm not

 3  really sure what you mean.

 4      Q    Sure.

 5          MS. GARDNER:  I'm going to ask the court

 6      reporter to mark this document as Plaintiff's

 7      Exhibit 630.

 8          (WHEREUPON, Plaintiff's Exhibit-630 was

 9       marked for identification.)

10  BY MS. GARDNER:

11      Q    Dr. Holifield, have you been handed what

12  has been marked as Plaintiff's Exhibit 630.  This is

13  an email from you to Nakeba Rahming, dated July

14  22nd, 2016.  The subject is "Re: FY 17 GNETS Data

15  Management Tool."

16      A    Yes.

17      Q    And this contains one attachment, which is

18  an Excel spreadsheet with the file name "FY 16 GNETS

19  Annual Verification Report" --

20      A    Yes.

21      Q    -- "_Data Management Tool"?

22      A    Yes.

23      Q    The Bates-stamp on this document is

24  GA00041656.

25          Do you recognize this?



1        A    Yes.

2        Q    I'd like to ask you to just take a look at

3   this email, which references a data management tool,

4   which is what I want to ask you about.

5        A    Okay.

6        Q    So I'm hoping this will help refresh your

7   recollection.

8             The attachment to this document was

9   produced as an Excel document, so I'm also going to

10  publish electronically the Excel version of this.

11       A    Okay.

12       Q    Can you see this document?

13       A    Yes.

14       Q    You see that the top is captioned -- the

15  attachment is captioned "GNETS Data Management

16  Document"?

17       A    Yes, I'm familiar with the document.

18       Q    Okay.  What is this data management tool?

19       A    Basically, it's a spreadsheet that they've

20  asked us to document all the students that receive

21  services in our program, and it tells us how many

22  segments they're with us and when they come into the

23  program and when they leave.

24       Q    And when you say "this is a spreadsheet

25  that they've asked us to document all the students



1  that receive services in our program," who is

2  "they"?

3       A     The DOE.

4       Q     Okay.  So you receive this spreadsheet

5  from the Georgia Department of Education?

6       A     Yes.

7       Q     Do you receive a new spreadsheet like this

8  every fiscal year?

9       A     We update the same spreadsheet.

10       Q     Okay.  But every year you submit new data

11  to the Georgia Department of Education in this

12  format?

13       A     We now -- before we had the GNETS tab in

14  there, we submitted this spreadsheet.  Now that we

15  have the tab, we still collect the data but we enter

16  just the numbers into the electronic platform.

17       Q     Okay.  So at some point before there was a

18  GNETS tab in the Georgia Department of Education

19  portal, you would submit this actual spreadsheet to

20  the Georgia Department of Education?

21       A     Yes.

22       Q     And what you're saying is that now that

23  you have a GNETS tab in the portal, you simply enter

24  all of the data that would appear in the spreadsheet

25  directly into the portal?



1      A    Yes.

2      Q    But you're still transmitting effectively

3  the same data?

4      A    Yes.

5      Q    I want to just go over some of the

6  information that is included on the spreadsheet, or

7  that you would now report through the portal.

8           The spreadsheet includes students' first

9  and last names, correct?

10     A    Uh-hum.  Yes.

11     Q    On the far left-hand side there is a

12  column for System ID?

13     A    Yes.

14     Q    What does that mean?

15     A    The school district the student is

16  actually located in.

17     Q    So that's the student's home school

18  district?

19     A    Yes.

20     Q    And is this system name just the name of

21  the student's home school district?

22     A    It's a -- there's two -- they're basically

23  the same thing.  The PGM004 A and B is an actual

24  report that can be pulled by the school district,

25  but then that's the system name.



```
 1              So it's an identifier for each of the
 2      different schools within the district.
 3          Q    So, for example, for Fulton County School
 4      District, which North Metro GNETS serves, there
 5      might be a number that identifies Fulton County
 6      School District and then the system name would be
 7      Fulton County?
 8          A    Yes.
 9          Q    And what is the -- there's a field on this
10      form that says Entry Date.
11              Do you see that?
12          A    It's the date that the student was -- the
13      first day the child received GNETS services for that
14      year.
15          Q    Okay.  So not the first day that the
16      student was ever enrolled in GNETS, but the first
17      date that the student attended GNETS for that
18      particular fiscal year?
19          A    Yes.
20          Q    And correct that you also report exit
21      dates?
22          A    Yes.
23          Q    And that would apply if a student left
24      GNETS some time before the end of the fiscal year?
25          A    Yes.
```



1       Q     What is Program Type code mean?

2       A     I think Program Type is whether it's a

3   school base or a center base, if I recall.

4       Q     This particular spreadsheet has the No. 2

5   populated already in the Program Type code.  What

6   does the 2 mean?

7       A     I don't know.  I have to look at the

8   cheat-sheet.  It's in the manual.

9       Q     But there is one code that's for

10  center-based and one code that's for school-based?

11      A     Yes.

12      Q     And for each student that would be served

13  by North Metro GNETS you would report whether that

14  student was in a center or was in a school-based

15  location?

16      A     Correct.

17      Q     What about Program Type Auxiliary code,

18  what does that mean?

19      A     I would have to look -- my secretary

20  actually fills this spreadsheet out, so.

21            But it's basically the same kind of

22  information.  Again, whether it's school-based or

23  whether it's a center-based program and the number

24  of segments is pretty much everything they're asking

25  in the spreadsheet.



1    Q    Okay.  You said there's a cheat-sheet for

2    filling this out?

3    A    Yes.  In the old GNETS manual.

4    Q    Okay.  And where did you obtain that GNETS

5    manual?

6    A    They gave it to us years ago.  In this

7    particular case, 2015, 2016.

8    Q    And "they" being the Georgia Department of

9    Education?

10   A    Yes.

11        It's also listed the -- in the QBE page of

12   the DOE.  It's a question and answer page on their

13   website.

14   Q    Okay.  This also includes information

15   about the Number of Daily Segments, correct?

16   A    Yes.

17   Q    And what is that field asking for?

18   A    How many periods of the day do they

19   receive services in the GNETS classroom.

20   Q    Okay.  And what is the total number of

21   segments in a school day?

22   A    It depends on whether they're a blocked

23   schedule or whether they are traditional six segment

24   day.

25   Q    So traditional schedule would have six



1   segments?

2        A    A traditional would have six.

3        Q    And a block would have how many?

4        A    Four.

5        Q    This spreadsheet also asks for information

6   about mental health services provided at school?

7        A    Yes.

8        Q    What kind of information would you provide

9   in that field?

10       A    If a student's parents -- for example, if

11  they go to LIPT, the Local Interaction Planning

12  Team, and an outside service provider was given

13  permission to come to the schools to provide those

14  services at school, that would go in that field.

15       Q    And then this also includes a field that

16  says Mental Health Services Outside of School?

17       A    Yes.

18       Q    What kind of information would you report

19  in that field?

20       A    The same kind of information but a family

21  sometimes will receive services for the entire

22  family rather than just the student.

23       Q    Okay.  The next field says Move to Less

24  Restrictive Services.

25       A    Yes.



1    Q    What does that mean?

2    A    They follow the continuum.  If an IEP team

3    determines that the child exited a school-based

4    program and went to maybe, say, an IRR class,

5    interrelated class, or back to their general ed

6    classroom, we would document it there.

7    Q    And is this kind of like a -- like a

8    checkbox, like they did or they didn't?  Or is this

9    more qualitative information that you would enter

10   here?

11   A    Qualitative information so we could make

12   sure that the services we're providing, how --

13   basically whether or not the kids are exiting GNETS

14   and going back into their LRE.

15   Q    So in a field like this would you explain

16   like what the student is doing if it's one class

17   period out, or if it's IRR, they return fully to

18   their --

19   A    No.  That would be in the actual student's

20   IEP.

21   Q    Okay.  So what would the entry here look

22   like, do you know?

23   A    Move to a lesser restrictive?

24   Q    Uh-hum.  (Affirmative.)

25   A    For example, if a child was in a



1    center-based program and then they moved into a

2    school-based program, and from a school-based

3    program back into an IRR classes.  So it's kind of

4    like the backwards model of most restrictive to

5    least restrictive, or least restrictive to most

6    restrictive, depending on how their behavior goes.

7         Q    Okay.  And then the last column here says

8    Basis of GNETS Dismissal.

9         A    Uh-hum.  (Affirmative.)

10        Q    What does that mean?

11        A    Basically, did they meet their goals.  Did

12   they meet their goals and they were exited from the

13   program based on the IEP, or whether or not they

14   went to a more restrictive program, a residential or

15   day treatment.

16        Q    Okay.

17        A    Or back to a general ed classroom.  It

18   goes both sides of the spectrum.

19        Q    And the fields that appear on the

20   spreadsheet are still the fields that you would

21   enter through the Georgia Department of Education

22   portal?

23        A    Yes.

24        Q    Do parents of North Metro GNETS students

25   have to sign any sort of records release for their



1    students to receive GNETS services?

2         A    Are you saying do they sign a consent for

3    placement?  What are you asking?

4         Q    A records release.

5         A    Oh, yes.

6         Q    And how does that work?

7         A    We just follow whatever the school

8    district requirements are.

9              So if some confidential records are

10   requested by an agency, it goes through like the

11   legal office typically, and the LEA provides the

12   information based on whatever the request is.

13             So it kind of goes through their legal

14   department to approve or deny.

15        Q    For a student who is referred to --

16   referred for consideration of GNETS services, and

17   then a determination is made they should in fact

18   receive GNETS services, does that student have to

19   sign a records release to move from their --

20        A    Yes.  It's in the IEP meeting.

21        Q    And what is the reason for the student

22   having to sign that records release?

23        A    So we can get the information on how to

24   best serve the student.

25        Q    And when you say get the information,



1    you're getting that information from the student's

2    home school system?

3           A    Yes.

4               MS. GARDNER:  I want to ask the court

5           reporter to mark this document as Plaintiff's

6           Exhibit 631.

7               (WHEREUPON, Plaintiff's Exhibit-631 was

8            marked for identification.)

9    BY MS. GARDNER:

10          Q    You've been handed what's been marked as

11   Plaintiff's Exhibit 631.  This is a document on

12   Georgia Department of Education letterhead, I

13   suppose, and the title at the top is "George Network

14   for Educational and Therapeutic Support GNETS FY 22

15   Grant Application."

16              Do you recognize this document?

17          A    Yes.

18          Q    Is this North Metro GNETS FY 22 Grant

19   Application?

20          A    Yes.

21          Q    And is this a document that North Metro

22   GNETS produced to the United States in response to a

23   document subpoena?

24          A    Yes.

25          Q    I want to talk a little bit about the



1    timing of this grant application.

2            First of all, who puts this grant

3    application together for North Metro?

4        A    You mean that completes it?  I do.

5        Q    Okay, you complete the application.

6            Are you the person who actually submits

7    the application?

8        A    I submit it to the portal, yes.

9        Q    So you use the Georgia Department of

10   Education portal that you were talking about earlier

11   to submit this?

12       A    Yes.  So years ago they only had paper.

13   Now we have portal.  So I just copy and paste right

14   into the portal this information.

15       Q    At the top of this first page it says:

16   "This FY 22 Grant Application and required

17   attachments must be submitted by the fiscal agent

18   through the Consolidated Application no later than

19   June 30th, 2021.  Budgets will be reviewed for

20   approval after all required documentation is

21   submitted through the Consolidated Application ."

22           Do you see that?

23       A    Yes.

24       Q    Who reviews the budgets for approval as

25   it's stated here?



1        A    So I -- my RESA director and my budget
2   person review internally through North Metro and
3   Metro RESA, and then it goes to the DOE, and Vickie
4   Cleveland and Lakesha Stevenson are the DOE GNETS
5   program manager and program specialists that review
6   and approve the document.
7        Q    Okay.  So just so I'm clear, Vickie
8   Cleveland is the Georgia Department of Education
9   GNETS program manager?
10        A    Yes.
11        Q    And Lakesha Stevenson is the GNETS program
12   specialist at the Department of Education?
13        A    Yes.
14        Q    So you're saying that in terms of the
15   review of budgets, once they're submitted through
16   the consolidated application, that it's Ms.
17   Cleveland and Ms. Stevenson who do that review?
18        A    Yes.
19        Q    So this says that this needs to be
20   submitted no later than June 30, 2021, right?
21        A    Yes.  But that's a typo.
22        Q    Okay.  What's the typo?
23        A    Because the 2021 is an FY 22 grant
24   application.
25             Is that what you're asking?



1      Q    Yeah.  So you're saying that this, this is
2   a typo in terms of when it was supposed to be
3   submitted?
4      A    No.  Actually, I'm thinking of the wrong
5   year.  Nevermind.  It's correct.
6           We submit it every June prior to the
7   following year.  So the 2021 is correct.  I'm sorry.
8      Q    Okay.  This is very confusing to me, too.
9   So maybe you can help me understand.
10      A    So the grant application is -- we have to
11   submit it by June of the previous school year
12   because our calendar years for schools go from July
13   to June.
14      Q    Okay.
15      A    And then -- so I have to submit it at the
16   end of the previous year for the July 1st, is the
17   beginning of the new school year of 2022.
18      Q    Okay.  So when you submit this on June 30,
19   2021, is this for your budget that applies for the
20   fall of 2021 and the spring of 2022, or for your
21   budget that applies for a full year leader?
22      A    So this is my data from the ending of the
23   previous school year, but the grant application is
24   for funding for the upcoming school year.
25      Q    Okay.  So in this particular application



1    the data that would be included would be from the

2    2020-2021 school year?

3         A    Yes.

4         Q    And this would be reviewed for your budget

5    that would apply in the 2021-2022 school year?

6         A    Correct.

7         Q    So after you submit this application,

8    which it says has to be submitted no later than June

9    30 of 2021, what is the relative time frame when you

10   would then hear something about this application?

11        A    It depends.  I mean it varied from a

12   couple of months to -- a couple months.

13        Q    A couple months?

14        A    Yes.

15        Q    Would you hear prior to the start of the

16   school year?

17        A    Um, not typically, but our budgets

18   actually extend through September 30th.  So even

19   though the fiscal year ends June 30th, the funding

20   doesn't end until like September, so it carries into

21   the next year.

22        Q    Okay.  And after you submit this, what

23   typically would be the next step in terms of your

24   notification of something about the outcome of this

25   application?



1       A    I would get a call from Vickie saying,

2    hey, you know, can you explain this or can you

3    explain that, I just want to clarify.

4            So we kind of go through each section, if

5    she had question, and then it would be approved.

6    Then we would get -- my CFO would get an approval

7    from grants accounting.  I think that's the name of

8    the letter approving the budget amount.

9       Q    How does the approval of the budget amount

10   intersect with what I think is often referred to as

11   like your preliminary and/or final allocation?

12      A    Can you rephrase that or clarify?

13      Q    Sure.  I guess my question is, do you ever

14   receive notification of just like your allocation

15   for North Metro GNETS programs in terms of how much

16   money you're receiving for the state grant and the

17   federal grant?

18      A    Yes.  So after the Governor approves the

19   overall state budget, they send us a -- basically a

20   notification of the different programs, what the

21   award amount is for each GNETS program.

22      Q    Okay.  And is that process separate from

23   your submitting this grant application?

24      A    I think they're all tied together.

25      Q    Okay.  Do know when you submit a grant



1  application already what your preliminary allocation

2  is?

3        A    No.  Not unless the Governor -- once the

4  last day of the legislative session is over, we know

5  what amount overall is approved for the GNETS grant,

6  but we do not know what our individual allocations

7  are until after that.

8        Q    Okay.  So how do you come up with and

9  submit a budget if you don't actually know how much

10 money you have to work with?

11       A    Well, this is a grant application that

12 doesn't include figures for money.

13       Q    Let me turn to Page 2 of this grant

14 application.

15            Am I correct that this chart that's

16 included as part of your grant application shows the

17 number of students transitioning to less or more

18 restrictive settings for the upcoming school year FY

19 22?

20       A    Yes.

21       Q    And for North Metro this chart shows that

22 there were nine students returning to their home

23 school or home district?

24       A    Yes.

25       Q    And that's out of 323 North Metro GNETS



1    students total?

2        A    Yes.

3        Q    And then there were 146 students who were

4    in a GNETS self-contained facility?

5        A    Yes.

6        Q    And 168 students who were in a

7    school-based GNETS classroom or wing?

8        A    Correct.

9        Q    And just so I'm clear, these are figures

10   for the upcoming school year?  So when this was

11   submitted, this would have been figures that you

12   were anticipating for the 2021-22 school year?

13       A    This was the -- this would have been the

14   2021 to 2022 school year.  So last school year.

15            So that was representative of what I

16   served last year.

17       Q    Okay, but this document was submitted by

18   the end of June of 2021.  So I'm just trying to

19   figure out whether these numbers are sort of

20   prospective in what you're anticipating or what they

21   are actually recording what happened?

22       A    So they are recording what happened for

23   the school year I served the students, which is used

24   I guess by the DOE to determine my allocations for

25   the upcoming school year, because these are the



1   numbers I ended with over the course of the school

2   year.

3        Q    So these are the numbers you ended with

4   from the 2020-21 school year?

5        A    Yes.

6        Q    And this chart also shows how these

7   categories break down by the school district over

8   the North Metro --

9        A    Yes.

10       Q    Am I correct the pages that follow this

11   grant application show a number of classrooms at

12   each North Metro GNETS site along with the number of

13   teachers and paraprofessionals at each site?

14       A    Yes.

15       Q    And for each site it breaks down the

16   number of classrooms and the number of teachers and

17   paraprofessionals to show how many serve at the

18   elementary and middle school and high school levels?

19       A    Yes.

20       Q    The information specific to each site also

21   explains the therapeutic staff available for that

22   site?

23       A    Yes.

24       Q    So, for example, it would show whether a

25   site has a psychologist, and if so whether that



1  psychologist is full-time or part-time?

2       A    Yes.

3       Q    And it repeats that for other therapeutic

4  staff as well?

5       A    Yes.

6       Q    Turning to Page 24, am I correct that this

7  begins information about the North Metro GNETS

8  staffing pattern?

9       A    Yes.

10      Q    And am I correct in understanding from

11 this that the time you submitted this grant

12 application North Metro GNETS had a total staff of

13 212.5?

14      A    Yes.

15      Q    And that's, that's -- all 212.5 are not on

16 your payroll, though, right?

17      A    Correct.

18      Q    So of the ones who would be on your

19 payroll, that would be the 79.5?

20      A    Yes.

21      Q    And then there were 133 staff provided by

22 LEA?

23      A    Yes.

24      Q    I want to walk through a couple of these

25 positions.



```
 1              Beginning at the top, there's just one
 2     director at North Metro, and that's you, correct?
 3          A    Correct.
 4          Q    And your position is funded by the State
 5     grant?
 6          A    Yes.
 7          Q    You also have 20 classroom teachers that
 8     are funded by the State grant?
 9          A    Yes.
10          Q    Do you know where those 20 classroom
11     teachers are located?
12          A    Yes.
13          Q    Where are they located -- is there like a
14     particular kind of -- are all those 20 teachers at
15     centers or how does that work?
16          A    They're all over.  Literally, we have
17     grant funded teachers in every school building and
18     we also have LEA funded teachers in every school
19     building.
20          Q    So they're mixed together?
21          A    Yes.
22          Q    This chart shows that at the time you
23     submitted this grant application you had four
24     psychologists?
25          A    Yes.
```



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              115

```
1          Q     And all four of those psychologists were
2     also funded by the State grant?
3          A     Yes.
4          Q     What are the credentials of the
5     psychologists that you have on staff?
6          A     They all have a school psychologist
7     degree, and they're either licensed school
8     psychologists, or just school certified school
9     psychologists.
10         Q     So they all have certifications or
11    licenses?
12         A     Yes.
13         Q     On the second page of the staffing pattern
14    chart, it shows that you had eight social workers at
15    the time of this grant application?
16         A     Yes.
17         Q     And all of those were also funded by the
18    State grant?
19         A     Yes.
20         Q     And then there are five behavior
21    specialists listed in your staffing pattern?
22         A     At that time it was.
23         Q     At that time?
24         A     Uh-hum.   (Affirmative.)
25         Q     And those were all funded by the State
```



1   grant?

2       A    Yes.

3       Q    You also had two curriculum instruction

4   specialists at the time?

5       A    Yes.

6       Q    And those were funded by the State grant?

7       A    Yes.

8       Q    This says on the staffing pattern that you

9   had 21 nurses.  Do you see that?

10      A    That is LEA funded, not grant funded.

11  Yes.

12      Q    It says -- there's an asterisk and it says

13  "our nurses are shared nurses"?

14      A    Yes.

15      Q    And what does that mean?

16      A    Basically, so in some of our schools --

17  most of our schools the nurses are the school

18  district's nurses and our students see those same

19  nurses.

20           But in our center-based program, we have a

21  nurse that's dedicated just to our one program.

22      Q    Which, which location is that?

23      A    Our Oglethorpe and Atlanta Public Schools.

24      Q    And where does that -- where would that

25  nurse show up on this chart?  In the same category?



1        A    Yes.

2        Q    Other Personnel, this lists curriculum and

3   behavioral specialists, and it says two.  That's

4   separate from the curriculum specialists listed

5   above?

6        A    It's the same.

7        Q    The same, okay.

8             And then moving down there's a list of

9   Contracted Positions?

10       A    Yes.

11       Q    And Dr. Gail Mattox, this is the

12  psychiatrist at the Morehouse School of Medicine

13  that you were referencing earlier?

14       A    Yes.

15       Q    Then Comprehensive Behavior Change is the

16  organization that you mentioned you contract with

17  for BCBAs?

18       A    Yes.

19       Q    Here you had a contracted school

20  psychologist.  Do you still have a contracted school

21  psychologist this current school year?

22       A    Yes.  She's actually one of my retired

23  school psychologists and I haven't been able to find

24  another one, so she's still contracting with me

25  part-time.



1      Q     And those three contracted positions, it

2    looks like, come out of federal funds?

3      A     Yes.

4      Q     I'm going to turn to Page 26.

5            I'm hoping that you can sort of give a

6    brief explanation for how these Tiers I, II and III

7    work functionally in your self-contained centers,

8    and then in school-based classrooms within North

9    Metro GNETS?

10     A     Okay.  Well, GNETS is already

11   automatically a special ed program, so all of our

12   kids are Tier III.  So within the Tier III model we

13   have a Tier I.  So we divide up, so at least all of

14   our programs get at minimum the services that are

15   listed in Tier I, which means they have small group

16   services.  And depending on the severity, we also

17   provide a small group by specialized certified

18   clinical folks in the Tier II, and then even more

19   supports at the Tier III level.

20           So at the bear minimum, our kids get at

21   least three different therapeutic sessions a month;

22   and in addition to that, after looking at their

23   data, they get additional support services from the

24   other experts.

25     Q     And are those three sessions a month -- I



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          119

1  know earlier we were talking about the social skills
2  curriculum and your social workers and psychologists
3  delivering those, and I think you said those
4  happened three times a month before.  Is that what
5  you're talking about with respect to all of your
6  North Metro GNETS students receiving that?
7       A    Yes.
8       Q    And then at Tier 2 and Tier III, there
9  would be additional perhaps group or individual --
10      A    Yes.
11      Q    -- sessions?
12      A    Yes.
13      Q    Does that model look different at all in
14 school-based classrooms?
15      A    No.
16      Q    Moving to Page 30, am I correct that this
17 page identifies the trainings that North Metro GNETS
18 staff have received?
19      A    Yes.
20      Q    Is what's listed here, particularly in the
21 top box, Nos. 1 through 5, is this all still
22 accurate?
23      A    Yes.
24      Q    Why does it say staff will be trained in
25 Trauma Informed Care?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        120

1        A     Because as the research has come about

2    about the importance of Trauma Informed Care, it's

3    really important for us to really know even on a

4    deeper level the root cause of what our kids'

5    behaviors -- where it's manifesting from because,

6    you know, overt behaviors look the same but the

7    reason why the kid is exhibiting that behavior is

8    because of a trauma in their life.

9              So we need to make sure we understand

10   those traumas so we don't re-traumatize a child and

11   we can actively provide preventions and

12   interventions that support the child.

13       Q     So I guess just to clarify, like this

14   says, you know, all North Metro GNETS schools social

15   workers are trained in Mindset, LSCI, and WhyTry,

16   and then it says "and will be trained in Trauma

17   Informed Care."  So I'm just wondering were they --

18       A     They are trained now.

19       Q     They were not trained at the time you

20   submitted this?

21       A     They were being trained.  So we felt like

22   we needed to go back through the trauma informed

23   training.  We did -- we now have an effective

24   curriculum.

25              So when the Trauma Informed Care



1  initiative initially started, there was a contracted

2  person from the DOE that was going around the State

3  training everyone, and we did not feel that it was

4  effective enough, so I dug deeper and got a new

5  curriculum and training materials for them.

6          So we were trained but not to proficiency,

7  basically.

8      Q    And when Trauma Informed Care initiative

9  was initially launched, who was the contracted

10  person for the DOE who started that training?

11     A    I don't remember her name but I want to

12  say she was a professor at Georgia State University.

13     Q    And how long ago was the Trauma Informed

14  Care initiative launched?

15     A    It's probably been three or more years ago

16  now.  I mean COVID kind of makes you foggy of -- I

17  want to say it was right before COVID.

18     Q    Okay.  And what is the new Trauma Informed

19  Care curriculum that you've --

20     A    I'm using 321 Insights, a Trauma Informed

21  Care program curriculum.

22     Q    And when did your staff receive training

23  on that?

24     A    We got initial training last year, and we

25  tweaked it based on feedback.  So we're in the



1  second year of implementation this year.

2       Q     And that was delivered to everyone on your

3  staff?

4       A     Yes.  We have monthly meetings and

5  trainings on that as part of our ongoing

6  professional development.

7       Q     Moving to Page 32, this page discusses

8  observations and evaluations, correct?

9       A     Yes.

10      Q     And you started to talk a little bit about

11  this earlier, and you briefly explained what TKES

12  is, and TKES is used to evaluate North Metro GNETS

13  teachers; is that right?

14      A     Yes.

15      Q     And that's for all North Metro GNETS

16  teachers?

17      A     Yes.  It's also statewide.

18      Q     Does -- do you or your leadership staff

19  only evaluate the North Metro GNETS teachers who are

20  on your payroll?

21      A     No.

22      Q     You evaluate --

23      A     All of them.

24      Q     And this here discusses that your site

25  coordinators complete all TKES walk-throughs,



1  formatives and summative evaluations.  Right?

2      A    Correct.

3      Q    I believe you said earlier that you do

4  conduct TKES evaluations for teachers who are

5  struggling?

6      A    Yes.

7      Q    Do you do walk-throughs of those teachers

8  as well?

9      A    Yes.

10         MS. GARDNER:  I want to ask the court

11     reporter to please mark this document as

12     Plaintiff's Exhibit 632.

13         (WHEREUPON, Plaintiff's Exhibit-632 was

14      marked for identification.)

15  BY MS. GARDNER:

16     Q    Dr. Holifield, you've been handed what has

17  been marked Plaintiff's Exhibit 632?

18     A    Uh-hum.  (Affirmative.)

19     Q    This is an email from you to Vickie

20  Cleveland with a cc: to Deanie Fincher?

21     A    Yes.

22     Q    Dated March 29, 2019, with a subject "Re:

23  GNETS Setup."

24     A    Uh-hum.  (Affirmative.)

25     Q    This document is Bates-stamped GA00343281.



1          Do you recognize this?

2     A    Yes.

3     Q    Who is Deanie Fincher?

4     A    She is the DOE person that was assigned to

5  us that was over the TKES and LKES system at the DOE

6  level.

7     Q    So she works specifically with TKES and

8  LKES?

9     A    Yes.

10    Q    And am I correct that in this email thread

11 Vickie Cleveland sends you an email on March 29,

12 2019, saying:  "Do your coordinators evaluate

13 teachers?"

14    A    Yes.

15    Q    And then you respond and say:  "Yes, I

16 only evaluate teachers who are struggling."

17 Correct?

18    A    Yes.

19    Q    When you say you only evaluate teachers

20 who are struggling, how do you determine which

21 teachers are struggling?

22    A    By performance.  I mean, you know,

23 teachers that are having a hard time making progress

24 with students academically and behaviorally, and

25 after we go in and provide them with ongoing



```
 1   professional development and they're still
 2   struggling, you know, we go in and we do more
 3   ongoing side-by-side coaching and support for them.
 4        Q     So when you're determining which teachers
 5   are struggling, do you look at data from the
 6   students in that teacher's classroom?
 7        A     Yes.
 8        Q     Whether those students are making progress
 9   academically and behaviorally?
10        A     Yes.  That's not the only thing but that
11   is inclusive of, yes.
12        Q     Is there any sort of rubric or guidelines
13   that you use to determine when the lack of progress
14   is problematic and indicates a teacher is
15   struggling?
16        A     Yes.  We do a classroom observation
17   walk-through.
18        Q     And is there a classroom observation tool
19   that you use when you do that?
20        A     Yes.
21        Q     Where does that classroom observation tool
22   come from?
23        A     It's a modified version of a classroom
24   walk-through observation the DOE and school
25   improvement use.
```



1    Q    When you say modified, you took the DOE

2    observation tool and made your own --

3    A    Yes.

4    Q    -- changes to it?

5         What things did you change about it?

6    A    It's been so long now, I don't really

7    recall, but basically it's divided up into each of

8    the standards, and so we go in and we look at no

9    less than two different areas off the evaluation

10   tool at a time, but it basically is just kind of

11   more of a snapshot.  So over the course of the year

12   we look at all eight standards for teachers but we

13   are able to provide them with immediate feedback on

14   that.

15   Q    For teachers who are struggling, is there

16   anything different about their TKES evaluation

17   process other than you being the one who conducts

18   the evaluation?

19   A    We go in more frequently.  So I don't

20   always have to go in to provide that specific

21   support to a teacher that's struggling, but I also

22   try to go in to do that.

23        So we basically will pump up more

24   observation and feedback, and then we do coaching

25   and modeling and ongoing support.  So our curriculum



1    specialists help with that as well.

2         Q    So for a teacher that's struggling, how

3    often would you go in?  Like on a -- in a given

4    semester?

5         A    Again, It depends on the severity of what

6    the issue is.  I mean sometimes it's a matter of a

7    teacher not understanding how to do specially

8    designed instruction.  So at a minimum four times a

9    year is what a traditional teacher gets that's not a

10   veteran.  They get two in the first semester, two in

11   the second semester, but we add more observations

12   and sessions with them.  And we also model lessons.

13        Q    When you say specially designed

14   instruction, what do you mean by that?

15        A    Basically differentiated instruction

16   that's more individualized for the student.

17        Q    Am I correct that if you look at the

18   earlier parts of this email thread, so the emails

19   that started the conversation, that this document

20   relates to GNETS directors' ability to access the

21   TKES and LKES tab from SLDS?

22        A    Uh-hum.  (Affirmative.)

23        Q    Was there some sort of change being made

24   for GNETS directors here?  Was this part of getting

25   GNETS directors up and running on SLDS?



1    A    It's up and running.  I mean sometimes it

2  would -- it worked fine and sometimes we would have

3  to go back the next year and tweak the system.

4    Q    So if you look on Page 2 of this document

5  -- and this is in the email that you sent to Deanie

6  Fincher on March 28, 2019 --

7    A    Uh-hum.  (Affirmative.)

8    Q    -- you say, and this is kind of midway

9  down on the first paragraph:  "I too am concerned."

10        Do you see that?

11   A    Yes.

12   Q    "I too am concerned that we/North Metro

13 GNETS may continue to have some access problems

14 since Gwinnett has their own evaluation system and

15 APS is moving in that direction as well."

16        What access problems were you concerned

17 about here?

18   A    Well, I think, if I recall from this

19 particular incident, our folks would have access

20 from one year to the next, and then at the end of

21 the year it was almost like some of the information

22 would fall out of the system and I would have to go

23 back through multiple times contacting the DOE with

24 assistance to get them added back in.

25        I have access to add them back in, but



1   sometimes, based on me adding them in I could see

2   them, but when my employees would log on to be able

3   to access the system, they couldn't actually see it.

4        So it was like some kind of internal

5   glitch that took some time to get worked out.

6        Q    And when you say "like adding them in I

7   could see them," are you talking about the teachers

8   that you were evaluating?  What are you talking

9   about?

10       A    I can add in everybody.  So if I get a new

11  employee or if somebody leaves, I am the -- I guess

12  they call it the super user.  So I enter in all of

13  my staff's information, but in order for them to be

14  evaluated within the system, they have to see it on

15  their end, too.

16       Sometimes I could see where they've been

17  entered and everything looks good, but on their end

18  they still couldn't -- they were getting an error

19  message.  So it's kind of a back and forth

20  conversation with Deanie Fincher and Hubert Bennett

21  working with the school information system people at

22  the LEA level.  They would to the background work to

23  get all that -- the systems talking to each other.

24       Q    Okay.  But in terms of the information

25  that you were entering, this was being entered in



1   SLDS?

2        A    Infinite Campus -- yes, SLDS and then

3   Infinite Campus, yes.

4        Q    So you note here that you were concerned

5   about access problems since Gwinnett has their own

6   evaluation system and APS is moving in that

7   direction as well.  What did it mean for Gwinnett to

8   have its own evaluation system?

9        A    Well, you know, at one point I could not

10  actually see the people in Gwinnett's access in SLDS

11  because they use -- their system is called like a GT

12  -- GTES or GLES.  And, again, because they used

13  their own system, it was very difficult to see them.

14  But over time they got the two systems to talk.  So

15  I can see them now.

16       Q    And just to be clear, even though Gwinnett

17  had its own evaluation system, you were still

18  evaluating North Metro GNETS teachers serving

19  Gwinnett County students using TKES?

20       A    Yes.  And I only typically evaluate my

21  coordinators, and my coordinators evaluate the

22  teachers.

23       Q    But your team was --

24       A    Yes.

25       Q    -- still evaluating those teachers using



1   TKES?

2          A     Yes.  Well, let me correct that.

3                They were not using TKES.  They were using

4   the Gwinnett system, which looks almost exactly like

5   TKES and LKES, but they call it something different.

6                So, in other words, the SLDS system and

7   the TKES and LKES kind of start talking to the

8   Gwinnett system.  So they were using the Gwinnett

9   platform.  I guess it's like a single sign-on

10  portal, but they were using the Gwinnett evaluation

11  system that was being accessed through SLDS.

12         Q     Okay.  And they were entering the data

13  there?

14         A     Yes.

15         Q     And in terms of what they were entering, I

16  guess the guidelines or standards, was that being

17  drawn from TKES?

18         A     Yes.

19         Q     The last school year, in the 2021-2022

20  school year, how many North Metro GNETS teachers did

21  you evaluate because they were struggling?

22         A     None.

23         Q     And what about this year?

24         A     I have one that I'm about to evaluate

25  that's struggling.



1      Q    I want to turn for a moment back to

2    Plaintiff's Exhibit 631, which is the North Metro

3    GNETS FY 22 Grant Application, and I have just a

4    couple of other questions for you.

5           On Page 33 of that document, and this is

6    connected to evaluations and walk-throughs.

7           At the top, the first dark bullet point

8    says:  "Observers will utilize the appropriate GNETS

9    Observation Checklist as a portion of all TKES

10   observations."

11          Do you see that?

12     A    Yes.

13     Q    What is the GNETS Observation Checklist?

14     A    Basically, like I said before, we go

15   through and there are the eight standards, and we

16   make sure that we evaluate and look at at least two

17   areas at a time in there, and we provide feedback on

18   that.

19     Q    So is this the observation tool that you

20   were saying --

21     A    Yes.

22     Q    -- you tweaked?

23     A    Uh-hum.  (Affirmative.)

24     Q    Okay.  Then I'd like to have you turn to

25   Page 40.  This page discusses iReady.



1          Do you see that?

2     A     Yes.

3     Q     What is iReady?

4     A     IReady is a diagnostic tool that we

5 progress monitor reading and math skills for our

6 students who aren't on grade level.

7     Q     Is that -- is iReady used at all of North

8 Metro's GNETS sites?

9     A     Yes, except for high school.  It wasn't

10 normed for high school.

11    Q     And when you say it wasn't normed for high

12 school, who made that decision?

13    A     The, the developer.  It's only a K-8

14 program.

15    Q     On this page this discusses Usage, Past

16 Rate, and Growth.  Do you see that?

17    A     Yes.

18    Q     And under Usage, it says, looking for

19 students to accomplish greater than or equal to 45

20 minutes per week per subject.

21    A     Uh-hum.  (Affirmative.)

22    Q     Do you see that?

23    A     Yes.

24    Q     Where does that guideline for usage come

25 from?



1    A    That came from iReady, and the goals that

2    were set across GNETS from the State when we began

3    using iReady.

4    Q    When did you begin using iReady?

5    A    When the GNETS Strategic Plan was put

6    together, which goes back to Nakeba.  So maybe 2015,

7    2016.

8         That's a guess.

9    Q    And you said that these were goals that

10   were set across all GNETS by the State --

11   A    Yes.

12   Q    -- at that time?

13        So all GNETS programs use iReady?

14   A    Yes.

15   Q    This goal that appears also in usage of 80

16   percent of students with greater than or equal to 45

17   minutes per week per subject, was that also a goal

18   set by the State when iReady was rolled out?

19   A    Yes.

20   Q    And then under Past Rate it says, "Look

21   for 70% and above."

22   A    Yes.

23   Q    Is that also a goal that was set by the

24   State when iReady was rolled out?

25   A    Yes.



1    Q    And then turn to Page 45.

2         At the bottom of this page there's a

3    discussion of the types of services GNETS staff are

4    providing to general education teachers and students

5    within the GNETS catchment area.

6         Do you see that?

7    A    Yes.

8    Q    And it says:  "North Metro GNETS is

9    offering ongoing training and support to general

10   education teachers in behavioral data collection,

11   reporting, and analysis, Function Based

12   Interventions and Supports, PBIS, and FBA/BIP

13   interventions and supports."

14   A    Yes.

15   Q    How often is North Metro GNETS providing

16   that sort of training and support to general

17   education teachers?

18   A    The most common time is when we have a

19   child that's being referred for GNETS services.  So

20   we actually go in and we ask for all of the data

21   that the general ed teacher has taken on the

22   students.  We look at that IEP, we look at their

23   data, we look at the interventions that they put in

24   the IEP that they're supposed to be implementing,

25   and we go in and do an observation and provide



1  feedback.  So it's kind of that BST model again,

2  behavioral skills training.

3        And we talk to them about whether or not

4  they are effectively implementing the goals and

5  objectives and the Behavior Intervention Plan.

6     Q    So most commonly this type of training and

7  support is in the feedback that you give when a

8  student is referred for consideration for GNETS

9  services?

10    A    Yes.  Sometimes building principals will

11 ask us to come do trainings with their staff as

12 well, but most frequently it's when there's a child

13 that's being referred for services.  Before we go

14 any further, we want to make sure that they're

15 actually doing what they're supposed to be doing.

16    Q    And so last school year, the 2021-2022

17 school year, how many times, if at all, did North

18 Metro provide training to like an entire building

19 staff?  As you just said, sometimes principals ask

20 for it.

21    A    I don't know the answer to that.  I would

22 have to ask each of my coordinators since they're in

23 the schools every day.

24    Q    So when that training is done, that's not

25 you personally, it's your site coordinators?



1        A    Typically, it's the site coordinators.  I

2    do trainings to like the district behavior

3    coordinators at -- you know, for the whole district.

4        Q    And how often do you personally do those

5    kind of whole district trainings?

6        A    I do it typically at least once a year for

7    each of my school districts, and sometimes more

8    frequently.

9        Q    And last year how many times did you do

10   them?

11       A    Approximately three to four.  Approximate.

12       Q    At the very bottom of this section, the

13   very last sentence says:  "There appears to be a

14   great training need statewide for more GNETS related

15   PL."

16            Do you see that?

17       A    Are you at the bottom paragraph?  In the

18   box or --

19       Q    The very last sentence at the very bottom

20   of Page 45.

21       A    Okay.

22       Q    Do you see that sentence?

23       A    Yes.

24       Q    And PL, meaning professional learning?

25       A    Yes.



1        Q    What, what does this mean?  What was the

2   basis for this sentence?

3        A    Again, basically, you know, we go in and

4   we provide that BST training, behavior skills

5   training.  A lot of teachers think they're

6   implementing with fidelity, and sometimes they are

7   and sometimes they are not.  So when we go in and

8   provide that ongoing coaching and support and

9   training, they're very appreciative of that.

10       Q    And including this sentence, was the

11  thrust of this that there is a great need in terms

12  of people actually understanding what implementing

13  with fidelity looks like?  Or what were you trying

14  to get at there?

15       A    Just that there's an ongoing training

16  need, period.

17       Q    And you're saying that that training need

18  is statewide?

19       A    Yes.

20       Q    And what was that based on?

21       A    Just my recollection -- recollection of

22  what I'm being asked to do to help support school

23  systems and the other GNETS directors.

24       Q    Just one other question on this document.

25  I just want to make sure I'm correct in



```
 1   understanding.

 2          The final pages of this application I

 3   believe contain charts with each of the GNETS staff

 4   members and their position, their certification,

 5   type and level.

 6       A    Uh-hum.  (Affirmative.)

 7       Q    Areas of their certification and their

 8   years of experience.

 9       A    Yes.

10       Q    Is that right?

11          MS. GARDNER:  I'm happy to go off the

12       record if you want to switch whatever it is you

13       need to switch.

14          THE VIDEOGRAPHER:  The time is 12:08 p.m.,

15       and we are off the record.

16          (Discussion ensued off the record.)

17          THE VIDEOGRAPHER:  The time is 12:09 p.m.

18       and we are on the record.

19          MS. GARDNER:  I'm going to ask the court

20       reporter to please mark this document as

21       Plaintiff's Exhibit 633.

22          (WHEREUPON, Plaintiff's Exhibit-633 was

23        marked for identification.)

24   BY MS. GARDNER:

25       Q    You have been handed what's been marked as
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          140

```
 1   Plaintiff's Exhibit 633.  This is a document
 2   produced to the United States by North Metro GNETS
 3   program in response to a document subpoena.  The
 4   file name as produced was "FY 22 GNETS Employment
 5   Status."
 6            Do you recognize this document?
 7        A    Yes.
 8        Q    And is this a document that you prepared
 9   and collected for response to the United States
10   subpoena?
11        A    Yes.
12        Q    Is this a list of North Metro GNETS staff?
13        A    It was at the time, yes.
14        Q    Okay.  And this is the FY 22 list?
15        A    Yes.
16        Q    Correct that this shows each staff
17   person's name and their position?
18        A    Yes.
19        Q    It also shows their certification and
20   total years of experience?
21        A    Yes.
22        Q    And then their years of experience in
23   GNETS in particular?
24        A    Years of experience, period, in education.
25        Q    Right.  Is there also a GNETS years of
```



 1 | experience over here?

 2 |      A    Yes.

 3 |      Q    Okay.  And then it contains each staff

 4 | person's gender and ethnicity as well?

 5 |      A    Yes.

 6 |      Q    And this says "Term Date."  Does that mean

 7 | termination date?

 8 |      A    Yes.

 9 |      Q    If there's a termination date listed here,

10 | does that termination mean involuntary termination,

11 | or does that -- could that be voluntary?

12 |      A    It could be voluntary.  Usually it's

13 | voluntary.

14 |      Q    On this first page, I believe the last

15 | name is Goff?

16 |      A    Yes.

17 |      Q    And there's a termination date there.  Was

18 | that a voluntary or involuntary termination?

19 |      A    So termination in the terms of this means

20 | they quit.  So they terminated employment with us.

21 | Not terminated as in being fired.

22 |      Q    Okay.  I'm curious, there are

23 | psychologists listed in your staffing list, some who

24 | have an entry for certification and others for whom

25 | the certification field is blank.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        142

1        A    Uh-hum.  (Affirmative.)

2        Q    Is there a reason the certification field

3   would be blank?

4        A    No.  All my school psychologists have

5   certifications.

6        Q    So just looking on this first page, the

7   last name is Flamming?  Crothers-Flamming, I guess.

8        A    Yes.

9        Q    Part-time psychologist.

10        A    Uh-hum.  (Affirmative.)

11        Q    And there's nothing listed for

12   certification.  Is there a reason for that?

13        A    We have a new CFO and I don't know how she

14   pulled this report, but Judith is my retired one

15   that has over 35 years of experience as a social --

16   as a school psychologist.  I'm not sure why that's

17   blank.

18        Q    Okay.

19        A    The same thing with Arlene Barrow, she has

20   about 20 years of certification with her Ph.D.  I'm

21   not sure why it's blank but she is definitely

22   certified as a school psychologist.

23        Q    Yeah.  So Barrow has -- under

24   certification it says SRS-7.

25        A    Uh-hum. (Affirmative.)



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          143

1        Q    There's something there?

2        A    Uh-hum.  (Affirmative.)

3        Q    I'm just curious about the other

4    psychologists.

5        A    Uh-hum.  (Affirmative.)

6        Q    The same thing on the second page, you

7    have a social worker last name McNeely?

8        A    She's no longer with us, yes.

9        Q    That certification was blank.  Was that

10   person certified?

11       A    Yes.  I think she had a provisional

12   certification.

13       Q    What does that mean to have a provisional

14   certification?

15       A    Meaning when she started with us, she had

16   graduated from a certified social work program and

17   she was attempting to take the school social worker

18   exam with the State of Georgia.

19       Q    Okay.  And when you -- you say she

20   graduated from a certified school social work

21   program.  Is that master's level program, a bachelor

22   --

23       A    Yeah.

24       Q    Master's level program?

25       A    Yes.



1    Q    On the last page you have another social
2  worker whose last name is Spivey, and it does not
3  have a certification.  Is that person also
4  provisionally certified?
5    A    She started with us with a provisional.
6  She had just graduated I think from UGA and started
7  and she took the exam after she started.
8    Q    Is she certified now?
9    A    Yes.  But she's no longer with us.  She's
10  a master's level but -- she's certified in master's
11  level but she's no longer with us.
12    Q    Okay.  What is the process at North Metro
13  GNETS for hiring new personnel when there's a
14  vacancy?
15    A    We post the position on our teacher
16  Georgia website and also on our Metro RESA website.
17  The job notice and announcement and the
18  expectations, the duties and responsibilities are
19  posted as well.
20    Q    And what happens after that?
21    A    They start submitting applications for
22  interest and an interview process is set up.
23    Q    And how does the interview process work?
24    A    Typically, I do what is called a fishbowl
25  interview, where I have -- like if I have three



1  applicants that are applying for a social worker's

2  position I have a panel of experts and we

3  round-robin questions.  I've already reviewed their

4  application and their certifications and all of

5  that.  And we score each of the applicant's

6  applications and I call references.  And if they

7  pass the background check and the references are

8  good, if the position is still available, they're

9  offered a position.

10      Q    And to be clear, when you do the fishbowl

11  interview process, you're not interviewing all the

12  applicants at the same time, right?

13      A    Yes.

14      Q    Oh, you are?

15      A    It's a school improvement thing that's

16  been going on for the last 10 years and it is

17  amazing.  They're like -- I tell them up front,

18  you're fighting for the same position.  Because a

19  resume can be perfect, but when you actually meet

20  somebody, they may not be what the resume says.

21  It's wonderful.

22      Q    Do -- is it your practice to interview

23  everyone who applies for a position?

24      A    No.

25      Q    So there's screening?



CASSANDRA HOLIFIELD, PH.D.                      December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           146

1        A    There's screening before and after the

2   interview.  But, yes.

3        Q    And do you do the screening before

4   interviews yourself, or are there others on your

5   team who participate?

6        A    I do it myself.  And then my HR digs

7   deeper after -- you know, when we get ready to

8   recommend someone for hire.  HR also.

9        Q    Do the other people who participate on

10  your interview panels, is it the sort of same group

11  of people or do you vary that?

12       A    I vary it.

13       Q    And what is that based on?

14       A    The position and the location.

15       Q    What happens after the interview is

16  conducted?

17       A    Again, as a team, the interview of the

18  experts, we score each of the questions the

19  applicants answered and we talk about whether or not

20  they actually answered the question with the

21  specificity and the depth that we needed.

22            We talk about their background.  We score

23  all of that, and then we rank order the top first,

24  second and third applicant, and then I start calling

25  the references because it may turn out your first



1    person you ranked as the highest order turns out

2    that their background is not good or the references

3    aren't good.

4            So I automatically lead with the three

5    recommendations that I would consider.

6    Q    And who makes the final decision about

7    hiring?

8    A    I do, unless the background check comes

9    back not clear, and then HR and I both agree it's

10   not a good fit.

11   Q    So you make a final decision, and once you

12   make a final decision, what happens after that?

13   A    We -- I submit the package to HR and

14   budget, and then they determine the salary

15   calculations and all of that and the start date.

16           And when I say I do, it's really the whole

17   team has scored the applicants and rank ordered

18   them.

19   Q    I'm going to talk a little bit more by

20   some of the therapeutic services North Metro GNETS

21   provides.

22           MS. GARDNER:  I'm going to ask the court

23       reporter to please mark this as Plaintiff's

24       Exhibit 634.

25           (WHEREUPON, Plaintiff's Exhibit-634 was



CASSANDRA HOLIFIELD, PH.D.                     December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          148

1          marked for identification.)

2     BY MS. GARDNER:

3          Q    You've been handed what's been marked as

4     Plaintiff's Exhibit 634.  This is an email thread

5     between you and Vickie Cleveland.  The most recent

6     email is from you to Vickie Cleveland on May 9,

7     2018.

8          A    Uh-hum.  (Affirmative.)

9          Q    With the subject "Re: Format for

10    interventions."

11         A    Uh-hum.  (Affirmative.)

12         Q    And there's one attachment that is a Word

13    document with the file name "FY 18 GA0 Open Records

14    Request_NM GNETS Template."

15              The Bates-stamp on this document is

16    GA00321183.

17              Do you recognize this?

18         A    Yes.

19         Q    Am I correct that you are providing the

20    attachment to this email to Ms. Cleveland in

21    response to a request from her for information she

22    needed to respond to an open records request?

23         A    Yes.

24         Q    And what does the attachment to this email

25    show?



1      A    The interventions that we provide, the

2    services and interventions, how it's funded, and who

3    provides those services.

4      Q    And there are five interventions on this

5    chart in-kind by LEAs; is that right?

6      A    Yes.

7      Q    And that's Read 180/Edmark Reading, Touch

8    Math, Reading A To Z, Fountas & Pinnell Intervention

9    Program, and Success Maker Reading & Math?

10      A    Yes.

11      Q    Are all of these academic interventions?

12      A    Yes.

13      Q    Are all of these used in all North Metro

14    GNETS sites, or are there some used in some sites

15    and some used in others?

16      A    They're district specific.  And so some of

17    these have been updated even since this report.

18      Q    Okay.  We talked earlier about iReady,

19    which appears on this list as well, correct?

20      A    Uh-hum.  (Affirmative.)

21      Q    And that's also an academic intervention?

22      A    Yes.

23      Q    Funded by the GNETS state grant?

24      A    Yes.

25      Q    Is Edgenuity an academic intervention?



1       A    It's an actual platform that has the

2    milestone curriculum.

3       Q    And is that used in all North Metro GNETS

4    sites?

5       A    Only in classrooms where the teachers are

6    not professionally qualified all the way.

7       Q    Okay.  So Edgenuity is an academic --

8       A    Standard space curriculum.

9       Q    And you use that when teachers don't have

10   the professional qualifications to deliver in-person

11   instruction?

12      A    Well, partially.  So it's actually aligned

13   with the State standards.  So the teachers have this

14   as a resource.  They also align it with the district

15   curriculum as well.

16      Q    When you have Edgenuity used in those

17   classrooms where the teachers are not professionally

18   qualified all the way, is Edgenuity the thing that

19   provides the grade to the student?

20      A    It depends on how it's set up.  So it's

21   really - we use the blended learning model.  So it's

22   33, 33, 33.

23           So basically 33 percent of the instruction

24   is provided by using the resources on Edgenuity, 33

25   percent of the instruction is provided by direct --



1   teaching from the teacher, and then 33 percent

2   project-based learning.

3       Q    And so where you have a teacher that's not

4   professionally qualified all the way, is there

5   something magical about the number 33 that allows

6   that teacher to deliver instruction in a way that's

7   broken down in that manner?

8       A    Well, we just want to make sure that all

9   the students are getting the individualized

10  instruction that they need from the various

11  resources that are available, that are already

12  aligned with the milestones.

13          So there's this thought that GNETS kids

14  are sitting on a computer all day, which is not

15  true.  So we do provide direct instruction using

16  Edgenuity as a resource for academics.

17      Q    What is KTEA-3?

18      A    That is the Kaufman test of educational

19  achievement, and it basically is an academic

20  evaluation that is -- we administer to all of our

21  kids once a year, reading, math, writing, and the

22  subcategories.

23      Q    That's funded by the GNETS state grant?

24      A    Yes.  Our school psychologists administer

25  that.



1    Q    And what about, moving down, the

2    Multi-tiered Systems of Support, both Academic and

3    Behavioral?

4    A    Yes.

5    Q    What is that?

6    A    Basically PBIS.  There's an academic and a

7    behavioral tier support services.  So MTSS.  And the

8    tiers are interventional, are very similar.

9    Q    That's funded by the GNETS state grant?

10    A    Yes.

11    Q    What is the BASC-3?

12    A    The basic skills -- it's a, it's a

13    behavioral intervention.  I'm trying to remember the

14    initials for it.  But it's a behavior normed test

15    that we administer to our students that will tease

16    out, based on the responses from the teachers, from

17    the parents, from the service providers, the areas

18    where our kids are either clinically significant, at

19    risk, or, you know, on par with where they should be

20    for their same age and grade level.

21    Q    And do you use that to assess where

22    students are behaviorally?

23    A    Yes.

24    Q    That's funded by the GNETS state grant?

25    A    Yes.



1      Q     This also lists the Strength &

2   Difficulties Questionnaire, or SDQ?

3      A     Yes.

4      Q     What is the SDQ?

5      A     That's a screening tool we use as part of

6   the GNETS Strategic Plan, that all GNETS statewide

7   were asked to use as a part of the new strategic

8   plan.  So we can get a quick screener on how the

9   kids are performing.

10     Q     And who asked all the GNETS programs to

11  use SDQ?

12     A     The DOE.

13     Q     The SDQ is funded by the GNETS state

14  grant?

15     A     Yes, it is.

16     Q     This also says Group & Individual

17  Therapeutic Support Services and Counseling?

18     A     Yes.

19     Q     That's funded by the GNETS state grant?

20     A     Yes.

21     Q     And is that because all of the positions

22  for the providers who deliver that intervention are

23  funded through the State grant?

24     A     Yes.

25     Q     There's several other interventions on



 1   this list, and we don't necessarily need to go

 2   through every single one of them, but I want to make

 3   sure I understand which of the interventions on this

 4   list are therapeutic interventions.

 5        A    Uh-hum.  (Affirmative.)

 6        Q    So if you could just sort of look down the

 7   list and tell me the ones that are therapeutic, that

 8   would be helpful.

 9        A    Okay.  So I'll start with the Multi-tiered

10   Systems of Supports.  Because it has academic and

11   behavioral interventions, that includes therapeutic

12   interventions.

13        The BASC-3, the results that come from

14   that, that shows us where the areas are clinically

15   and at risk of significance.  Then we take that

16   information and we provide therapeutic interventions

17   based on the results of that.

18        The Group & Individual Therapeutic

19   Supports, again we get that tiered information.

20   That's part of the therapeutic supports.

21        The WhyTry, is a part of the therapeutic

22   curriculum.

23        The ABA is a therapeutic piece that we

24   provide.

25        The Mindset verbal de-escalation piece is



1   therapeutic, where we talk our kids through

2   understanding what, what is going on with their

3   behaviors.

4         The LIPT is an outside service provider

5   that we talked about earlier.  They come in and they

6   provide therapeutic support services inside and

7   outside of the school with us.

8         Morehouse School of Medicine, our child

9   psychiatrists provides those psychological and

10  therapeutic support services.

11        And so same thing with LSCI.

12        On the next page, the last three on there,

13  Trauma Informed Care, FBA and BIP, and Check-In and

14  Check-Out.  And I already mentioned PBIS, which is

15  really a part of the Token Economy.  All of those

16  have a therapeutic component.

17    Q    What is Token Economy?

18    A    Basically, it's part of the PBIS system

19  where our kids, after they exhibit appropriate

20  behaviors, they can earn extra points to have

21  special privileges.

22    Q    You talked a little bit earlier about your

23  social workers and their involvement in group

24  individual therapy, and I believe you said that in

25  this sort of Tier I, Tier 2, Tier III structure that



 1  all North Metro GNETS students receive some sort of

 2  group therapy at least three times a month?

 3        A    Yes.

 4        Q    Those three times a month sessions, how

 5  long do those sessions typically last?

 6        A    It depends, because we -- of course,

 7  academics is what they're in school for.  So it

 8  depends on how their scheduled.

 9             So the length of time for a high school

10  student is going to be much different than for an

11  elementary student because they are required by law

12  to go have their academics piece.  So it just kind

13  of depends on how long they are.

14             They may be 15 minutes, they may be 30

15  minute sessions.  But it does vary.

16        Q    Is that the range, they would be somewhere

17  between 15 and 30 minutes?

18        A    Typically.  Sometimes longer depending on

19  the needs of the student.

20             But the Tier III students get a whole lot

21  more, but we do have to schedule it so they get

22  academics first.

23        Q    So for students who are on Tier 2 or Tier

24  III and are getting other sorts of therapy, is there

25  any sort of guideline for how long those sessions on



1    any given occasion would last?  Like what's the

2    shortest amount of time and what's the longest

3    amount of time?

4        A    No.  Again, because we have to schedule it

5    based on what is required by the State for academics

6    first.  So sometimes those sessions are lunch

7    bunches, where we will take the time during lunch.

8    We'll have lunch and we'll have a session during

9    lunch.  So lunches could be anywhere between 30

10   minutes to 40 minutes.

11            Sometimes they are on their -- their

12   homeroom day.  So it just depends on how the

13   student's schedule is.

14       Q    And then what about individual therapy

15   sessions, is there any sort of rule of thumb for --

16   what the range of time those would last on any given

17   occasion?

18       A    No.  Again, it depends on the child's

19   schedule or the crisis that a child might be

20   experiencing at the time.

21       Q    For the current school year, 2022-2023, do

22   you have a sense of how many of the students at

23   North Metro GNETS are in that Tier 2 level that

24   would be more than just the three times per month?

25       A    The majority.



1       Q    And what about how many are in Tier III?

2       A    Again, the majority.

3       Q    So does that mean the majority of students

4    at North Metro GNETS are getting sort of individual

5    therapy above and beyond that three times per month

6    --

7       A    Yes.

8       Q    -- sort of baseline?

9       A    Yes.

10          MS. GARDNER:  I'm going to ask the court

11       reporter to please mark this as Plaintiff's

12       Exhibit 635.

13          (WHEREUPON, Plaintiff's Exhibit-635 was

14       marked for identification.)

15   BY MS. GARDNER:

16       Q    You've been handed what's been marked as

17   Plaintiff's Exhibit 635.  This is an email thread

18   between you and Nakeba Rahming from October 2016.

19          The first page of this document is

20   Bates-stamped GA00065489?

21       A    Uh-hum.  (Affirmative.)

22       Q    Do you recognize this?

23       A    Yes.

24       Q    Beginning with the earliest in time email,

25   which appears at the bottom, am I correct that you



 1  emailed Ms. Rahming on October 6, 2016, and you
 2  said:  My Fulton County Social Workers are attending
 3  a 'WhyTry' social emotional learning workshop and
 4  they are raving about this curriculum.  Are you
 5  still considering purchasing a SEL curriculum for
 6  us?  If so, have you looked into this one?  Please
 7  let me know your thoughts.  Thanks."
 8          Do you see that?
 9      A   Yes.
10      Q   First of all, what is, what is an SEL
11  curriculum?
12      A   Social/emotional learning.
13      Q   And Ms. Rahming responds to you the next
14  day, and she says:  "I am familiar with Why Try.  I
15  will not be purchasing a curriculum.  I provided the
16  directors with an approved list of curriculums to
17  purchase.  It is on our approved list."
18          Correct?
19      A   Yes.
20      Q   You then reply to Ms. Rahming and ask:
21  "Is the approved list in the GNETS Directors online
22  notebook?"
23      A   Yes.
24      Q   What was the GNETS directors online
25  notebook?



1       A     At one point they had created like a share

2    drive to share GNETS resources in one location with

3    all GNETS directors.

4       Q     Okay.  When you say "they" --

5       A     The DOE.

6       Q     Okay.

7       A     Sorry.

8       Q     Just make sure the record is clear.

9             Did you receive a response to this

10   inquiry?

11      A     She said it was on the approved list, so I

12   purchased that curriculum.

13      Q     And was that curriculum purchased for

14   students in all North Metro GNETS sites?

15      A     Yes.

16      Q     And you are still using WhyTry today at

17   North Metro, correct?

18      A     Yes.

19            MS. GARDNER:  I'll ask the court reporter

20       to please mark this document as Plaintiff's

21       Exhibit 636.

22            (WHEREUPON, Plaintiff's Exhibit-636 was

23        marked for identification.)

24   BY MS. GARDNER:

25      Q     You've been handed what's been marked as



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          161

 1   Plaintiff's Exhibit 636.  This is an email from you

 2   to Nakeba Rahming dated August 2nd, 2017, with the

 3   subject "GNETS RBT MOU."

 4        A    Uh-hum.

 5        Q    And one attachment that is a Word document

 6   with the file name "GNETS RBT MOU."

 7             The document is Bates-stamped GA00791440.

 8             Do you recognize this?

 9        A    Yes.

10        Q    In this email to Ms. Rahming, am I correct

11   that you write attached is a copy of the GNETS RBT

12   MOU I drafted.  Please let me know what you think."

13        A    Yes.

14        Q    What prompted you to send this draft MOU

15   to Ms. Rahming?

16        A    Because they were talking about getting us

17   some more specialized training to be able to meet

18   the needs of our students through TeachTown.  And so

19   in order to get our teachers or our interested

20   parties and folks that are providing direct services

21   to our students RBT trained, I wanted to see if this

22   was permissible to share this information in this

23   format.

24        Q    Okay.  And when you said "they were

25   talking about getting us some more specialized



1  training to be able to meet the needs of students,"

2  is the "they" who were getting new training with

3  Georgia Department of Education?

4       A    Yes.

5       Q    When you say "getting us some more

6  specialized training," was that all GNETS directors

7  or just North Metro?

8       A    It was the whole state of GNETS, yes.

9       Q    Okay.  Got it.

10           Am I correct that the MOU that's attached

11  basically requires the GNETS RBT applicant to

12  complete RBT course work from an approved agency?

13       A    Yes.

14       Q    It also requires the RBT applicant to

15  complete all duties and responsibilities of the

16  GNETS Strategic Plan?

17       A    Yes.

18       Q    And the RBT applicant does that in

19  exchange for the Georgia DOE paying for the RBT

20  coursework, Competency Assessment and Exam?

21       A    Yes.

22       Q    And this MOU also says the Georgia DOE

23  would pay for the competency assessment renewal and

24  RBT supervision if the GNETS RBT agreed to reside as

25  a GNETS certified RBT with their fiscal agent for a



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                         163

```
 1   minimum of three years after they earn their initial
 2   RBT certification?
 3        A    Yes.
 4        Q    And that was pending funding?
 5        A    Yes.
 6        Q    What is a GNETS certified RBT?
 7        A    Basically, all of my folks that are
 8   providing direct services to students -- not all of
 9   them because I didn't have the money to do that --
10   if they were interested in getting the extra
11   credential to be behavioral experts under the BACB
12   Board, I paid for them to get trained to be able to
13   better meet the needs of our students.
14             So it's not something separate; it's an
15   RBT.
16        Q    Okay.
17        A    Yeah.
18        Q    So you did have some staff who became RBTs
19   under this --
20        A    Yes.
21        Q    -- sort of process?
22        A    Yes.
23        Q    And how many did you have?
24        A    At that time I trained all of my lead
25   teachers because they were itinerant.
```



1          I did have one or two coordinators who

2    also got the RBT training.  So less than 10, maybe

3    about six at the time.

4          Q    And did the Georgia Department of

5    Education pay for some or all of those to get RBT

6    status?

7          A    Um, no.  They paid for the TeachTown

8    curriculum for them to train us.  They were the

9    certified agency, but I reimbursed my staff for

10   taking the exam.  I don't think we ever got the

11   $45.00 for the exam.  So I don't recall that we got

12   that information.  They did pay for the actual

13   coursework for the RBT training.

14         Q    Okay.  And that coursework came through

15   TeachTown?

16         A    Yes.

17         MS. GARDNER:  I would like to please have

18         the court reporter mark this document as

19         Plaintiff's Exhibit 637.

20         (WHEREUPON, Plaintiff's Exhibit-637 was

21          marked for identification.)

22   BY MS. GARDNER:

23         Q    You've been handed what's been marked as

24   Plaintiff's Exhibit 637.  This is an email from

25   Nakeba Rahming to you, dated September 18, 2017,



1    with the subject line:  "RBT Notice."

2              And one attachment that is a Word document

3    with a file name "Introduction to RBT for GNETS."

4              The Bates-stamp on this document is

5    GA00793645.

6              Do you recognize this?

7        A    Yes.

8        Q    And I take it from the last communication

9    that we looked at that you and Ms. Rahming had been

10   having conversations about RBT for GNETS?

11       A    Yes.

12       Q    I want to take a look -- well, first of

13   all, Ms. Rahming writes to you in this email:

14   "Please look and this let me know was think."

15             I think that's a typo?

16       A    Yes.

17       Q    But she was asking you to take a look at

18   the attachment?

19       A    Uh-hum.

20       Q    So just turning to the attachment, this is

21   a communication directed to the GNETS directors,

22   correct?

23       A    Yes.

24       Q    And at the beginning it says:  "This

25   notice is to provide you with expectations for GNETS



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          166

1    Registered Behavior Technicians (RBT) trainings and

2    certification.  You should have selected two staff

3    members to complete the upcoming RBT trainings."

4              Do you see that?

5         A    Yes.

6         Q    And I take it from our conversation before

7    that the trainings that are referenced here did

8    actually occur?

9         A    Yes.

10        Q    And it sound like you selected the two

11   staff members and more to participate?

12        A    Yes.

13        Q    The attached notice goes on to say, in the

14   same paragraph:  "It is expected that staff

15   participation in these trainings will create

16   consistency in job titles, expertise and credentials

17   for personnel who are assigned as behavior experts

18   in GNETS.  After your staff have completed the RBT

19   training sessions and earn the certification, they

20   will be identified as GNETS Registered Behavior

21   Technicians rather than behavior coaches, behavior

22   specialists, behavior technicians, etc."

23             Do you see that?

24        A    Yes.

25        Q    Had you had any discussions with Ms.



1   Rahming prior to receiving this draft about the need
2   for consistency and job titles, expertise and
3   credentials for personnel assigned as behavior
4   experts in GNETS?
5        A    I don't recall but we talked a lot about
6   behavior and the program needs.
7        Q    Okay.  Did you have any behavior coaches,
8   specialists, or technicians at North Metro GNETS at
9   the time this was shared with you?
10       A    I for sure had one behavior specialist,
11  but I knew I needed more.  So that's what I recall
12  from the date.
13       Q    Moving down, and this is the beginning of
14  the third paragraph, it says:  "Although the
15  certification process is not required to complete
16  the RBT training, it is required for GNETS staff.
17  This will ensure that GNETS staff have a higher
18  level of credentialing and should be certified as
19  behavior experts when working with children
20  presenting severe and intense behavioral challenges.
21  They should also be credentialed beyond educators in
22  the general school setting to ensure that students
23  are receiving behavioral services beyond what could
24  be provided in the home schools ."
25            Do you see that?



1         A    Yes.

2         Q    Did you agree with this last statement,

3    that GNETS staff should be credentialed beyond

4    educators in the general school setting?

5         A    I know it is written in the State Board

6    Rule for GNETS that we will have extra

7    credentialing.

8         Q    And are the GNETS programs bound to adhere

9    to the GNETS state rule?

10        A    Yes.  But it doesn't say it's required.

11   It's recommended.

12        Q    Do you agree with that recommendation?

13        A    Yes.

14        Q    Going farther down, in the third paragraph

15   from the bottom, if you include the last sentence as

16   a paragraph, it says -- do you see where it says

17   "Upon receiving this credential"?

18        A    Um --

19        Q    It's a lot of words on this page.

20        A    It's inside a paragraph?

21        Q    Yeah.  It's the third sentence in that

22   third paragraph up from the bottom.  It starts --

23        A    Yes, I see it now.

24        Q    Okay.  It says:  "Upon receiving this

25   credential, it is expected that participants sign



1    the attached Memorandum of Understanding (MOU) and

2    commit to providing RBT services with GNETS for one

3    year.  Participants have the option to pay for their

4    certification if they decide not to sign the MOU

5    with their GNETS and fiscal agent."

6            Do you see that?

7        A    Yes.

8        Q    Was the it MOU referenced here in anyway

9    related to the draft MOU that you had previously

10   sent to Ms. Rahming?

11       A    Yes.

12       Q    What was the relationship?

13       A    This MOU that she submitted to us was for

14   one year without a stipend, and in my MOU I paid a

15   $1,500 stipend annually for the student -- for the

16   staff who wanted to get the extra RBT certification

17   if they wanted to remain with the program.

18       Q    Okay.  And am I remembering correctly that

19   your MOU had a commitment of three years?  Is that

20   right?

21       A    Yes.  So they got a three-year extra

22   stipend on top of their salary, $1,500 each year.

23       Q    Okay.  In the second-to-last paragraph,

24   and this is the -- begins with the language that's

25   in bold, it says:  "The RBT is primarily responsible



```
 1   for the direct implementation of skill-acquisition

 2   and behavior-reduction plans developed by the

 3   BCBA-D, BCBA or BCaBA."

 4        A    Yes.

 5        Q    "This supervision support will be

 6   available from TeachTown throughout the training.

 7   GaDOE will contract with TeachTown or collaborate

 8   with independent BCBAs or BCaBAs as well as GNETS

 9   and community agencies that employ BCBA-Ds, BCBAs or

10   BCaBAs to ensure ongoing supervision is available

11   for GNETS RBTs."

12        A    Yes.

13        Q    A lot of acronyms here.

14             You said earlier that North Metro did

15   ultimately participate in this RBT training?

16        A    Yes.

17        Q    And did North Metro receive the ongoing

18   supervision as described here?

19        A    I think the first year TeachTown -- they

20   provided the coursework for at least two years, but

21   I think in the second year they no longer provided

22   the BCBA supervision.  But I had my own BCBAs that

23   were qualified and certified to do the supervision

24   on my RBTs.

25        Q    Okay, understood.
```



1          MS. GARDNER:  I'd like to have this

2      document marked as Plaintiff's Exhibit 638.

3          (WHEREUPON, Plaintiff's Exhibit-638 was

4       marked for identification.)

5  BY MS. GARDNER:

6      Q    You have been handed what's been marked as

7  Plaintiff's Exhibit 638.  This is an email from you

8  to Ms. Rahming, dated September 19, 2017, with the

9  subject:  "RE: RBT Notice."

10          This is Bates-stamped GA00793696.

11      A    Yes.

12      Q    Do you recognize this?

13      A    Yes.

14      Q    And is this your response to Ms. Rahming's

15  draft RBT notice that we just looked at?

16      A    Yes.

17      Q    What was your response?

18      A    That I wanted more than two RBTs to be

19  able to be trained.

20      Q    Was your proposed addition made to the

21  notice?

22      A    Yes.

23      Q    Okay.  And you did in fact opt to pay for

24  more than two RBTs to be trained, correct?

25      A    Yes.



1          MS. GARDNER:  I think we're at a logical

2      stopping point, if it makes sense to take a

3      break for lunch.

4          MS. MORRIS:  Okay.

5          THE VIDEOGRAPHER:  The time is 12:53 p.m.

6      and we are off the record.

7          (A recess was taken.)

8          THE VIDEOGRAPHER:  The time is 1:50 p.m.,

9      and we are on the record.

10         MS. GARDNER:  I just want to make sure

11     before we get started that counsel for the

12     State is back as well.

13         MS. JOHNSON:  I'm back.  Thank you.  I

14     appreciate you checking.

15  BY MS. GARDNER:

16     Q    Welcome back.

17     A    Thank you.

18     Q    So we were talking earlier, and I believe

19  on several occasions the State Board of Education

20  GNETS rule has come up, right?

21     A    Yes.

22     Q    What is the State Board of Education GNETS

23  rule?

24     A    What is it?

25     Q    Uh-hum.  (Affirmative.)



1        A     Basically it gives you a definition of

2    what GNETS is, the services that were 24 programs

3    across the State of Georgia, and it talks about the

4    services and supports we provide and that the

5    students are referred for therapeutic services

6    through the IEP process.

7        Q     And I take it that that rule impacts your

8    work as a GNETS director?

9        A     Yes, it does.

10       Q     How do you use the rule in your work as a

11   GNETS director?

12       A     I basically use it as framework and a

13   guide for, you know, what are we to do and the

14   services we provide and how the students are

15   referred in and out for services.

16       Q     Am I correct that the rule was modified in

17   2017, and that a new State Board of Education GNETS

18   rule went into effect that year?

19       A     Yes.

20       Q     Did the North Metro GNETS program provide

21   feedback on the draft rule when the rule was in the

22   process of being revised?

23       A     Yes.

24       Q     What kind of feedback did North Metro

25   provide?



1    A    One particular thing I think I asked for

2    clarification on is the exit criteria, and I didn't

3    see that it was listed in the new revised State

4    Board Rule.  So how are we to, you know, deal with

5    that.

6    Q    And when you say the exit criteria wasn't

7    listed in the new revised State Board Rule, was that

8    something that had been in the previous State Board

9    Rule?

10    A    Yes.

11    Q    And so that's something that you raised in

12    the process of the rule being revised?

13    A    Yes.  I just wanted to know how we were

14    going -- if it was going to be a new name.  If there

15    was a rule change, how would, you know, we deal with

16    that.

17    Q    And who did you sort of present that

18    concern to?

19    A    It was probably Nakeba Rahming.  I think

20    she was our program manager at the time.

21    Q    And did you -- what, if anything, did you

22    learn when you presented that?

23    A    I don't recall, but I think she just said

24    we're not using that terminology anymore.

25    Q    Did Ms. Rahming provide an explanation for



CASSANDRA HOLIFIELD, PH.D.                     December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           175

1    why that was happening?

2         A    I think the exit criteria sounded too much

3    like a hospital kind of terminology.

4         Q    Okay.  One more question and then I'm

5    going to show you a document.

6              In terms of the feedback that North Metro

7    provided on the draft rule when it was in the

8    process of being revised, what was sort of the

9    process that North Metro undertook in order to

10   arrive at that feedback?  Like how did you come up

11   with feedback on the rule?

12        A    Again, that's a long time ago, but I think

13   there was public comment, a time frame for public

14   comment to be made.  And so when I was made aware of

15   the State Board Rule, just reading through it and

16   seeing if I had clarity or understood or wanted more

17   specificity or whatever based on my input.

18        Q    Okay.

19             MS. GARDNER:  I'm going to ask the court

20        reporter to please mark this as Plaintiff's

21        Exhibit 639.

22             (WHEREUPON, Plaintiff's Exhibit-639 was

23         marked for identification.)

24   BY MS. GARDNER:

25        Q    You've been handed what's been marked as



 1   Plaintiff's Exhibit 639, and this is an email thread
 2   between you and Nakeba Rahming containing two emails
 3   from November and December of 2016.
 4           The Bates-stamp on this document is
 5   GA00042647.
 6           Do you recognize this?
 7       A    Yes.
 8       Q    And am I correct that this thread includes
 9   an email that you sent to Ms. Rahming on November 30
10   of 2016, thanking her for all of her hard work on
11   developing the new proposed GNETS State Board Rule
12   and providing a combination of questions and
13   comments by way of feedback?
14       A    Yes.
15       Q    The first thing that you write to Ms.
16   Rahming is a question and it says:  "What are GNETS
17   supplemental aids and services?  Are you referring
18   to therapeutic supports we offer or are you
19   referring to the same supplemental supports that
20   other special education programs offer?"
21           Do you see that?
22       A    Yes.
23       Q    What were you trying to get at here?
24       A    I just wanted to clarify.  So, you know,
25   if we're moving to The State Board Rule, that the



1   services that we're supposed to be offering I had a

2   clear understanding whether they were above and

3   beyond or the same supplemental services that are

4   currently referenced in IDEA.

5        Q    And what did you learn in response to that

6   question, if anything?

7        A    I don't recall that I got a response.

8        Q    The second question says:  "Is it possible

9   to provide a brief description of how IEP placement

10  decisions are made so schools understand that it's

11  not a vote or a unilateral decision of a building

12  administrator?"

13           Do you see that?

14       A    Yes.

15       Q    What prompted this question?

16       A    Sometimes when students are being referred

17  for services, sometimes certain school districts

18  would stack the deck, per se, and have a lot of

19  people show up.  Like in -- basically you think it

20  was taking a vote on how you would decide whether or

21  not a kid was eligible for a GNETS services or not.

22       Q    And when you say "stack the deck," do you

23  mean bring multiple people in that school, a

24  classroom teacher, a special education teacher, an

25  administrator, all of whom would presumably have



1   some sort of --

2        A    Yes.

3        Q    -- critical vote in the final outcome?

4        A    Yes.

5        Q    Had you had experiences where there were

6   differences of opinion about students who were being

7   referred for GNETS services as between the GNETS

8   program and then the building staff?

9        A    The LEA?  Yes.

10       Q    Had you had experience where there were

11  differences of opinions and, you know, where the

12  deck was also stacked?

13       A    Yes.

14       Q    And how had you handled those situations

15  previously?

16       A    Just explained that, you know, determining

17  IEP services and placement is not a vote; it's based

18  on the data and the IEP team agreeing to what those

19  services are and the best need of the student.

20       Q    The third item here is feedback, and I

21  believe this is what you were just speaking about,

22  but you say:  "The previous 'Exit Criteria'

23  guidelines are missing from the proposed GNETS State

24  Board Rule and we recommended adding them back in."

25            Do you see that?



1      A     Uh-hum.   (Affirmative.)

2      Q     Why was North Metro GNETS recommending the

3   previous exit criteria guidelines be added back in?

4      A     Sometimes it's hard for kids, once the

5   team has decided that the child is really ready to

6   go back to the LRE, that sometimes there's pushback.

7      Q     Pushback from whom?

8      A     Some of the school districts.

9      Q     And so what, what would the exit criteria

10  guidelines provide in a circumstance where there was

11  pushback?

12     A     Basically, it gave you a little bit of an

13  explanation of the parameters of when kids are

14  considered to, you know, be ready to move back into

15  the LRE.  And so instead the reintegration plan was

16  the terminology that was substituted for the exit

17  criteria.

18     Q     Okay.  Just so I'm clear, when there was

19  exit criteria guidelines, are you saying that that's

20  something that you could point school systems to if

21  they were resistant to basically receiving GNETS

22  students back into the home school district?

23     A     Yes.

24     Q     You said the reintegration plan was what

25  ultimately replaced the exit criteria guidelines?



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                180

1      A    Yes.

2      Q    And what is the reintegration plan?

3      A    It basically is a plan that talks about,

4   you know, once the child has met their behavioral

5   criteria, what it looks like so we can train the

6   school districts that's receiving the child back

7   into the LRE, we train them on what we did for the

8   child to be successful.

9           So it's like reintegrating them back into

10  the LRE training, the receivers of those kids, to

11  implement the strategies that were effective for us.

12     Q    And you note in this third item, it says:

13  "Also the new proposed GNETS State Board Rule does

14  not reference the reintegration plan.  We

15  recommended adding that to the new GNETS rule."

16  Correct?

17     A    Yes.

18     Q    Was a reference to the reintegration plan

19  added to the rule?

20     A    I think so, yes.

21     Q    Just moving up to the later email you sent

22  to Ms. Rahming, the one dated December 1st, 2016,

23  you say:  "I'd like to request that as you build

24  your budget for next year that you consider adding

25  additional funding to GNETS budget so we can hire a



1    GNETS Reintegration/Transition Coach.  These people
2    will help us provide therapeutic supports to our
3    students who have exited our program and our
4    teachers so our students will be successful in their
5    LRE."
6              Do you see that?
7         A    Yes.
8         Q    Did Ms. Rahming agree to fulfill this
9    request?
10        A    No.
11        Q    Have you secured funding for reintegration
12   or a transition coach since that time?
13        A    No.
14        Q    Is that something that you are still
15   interested in having?
16        A    I think it would be helpful.
17        Q    And why do you think it will be helpful?
18        A    Well, the kids that are currently
19   receiving full GNETS services, all of our attention
20   is meeting their needs.  So at this point we do
21   provide some coaching and support to the teachers
22   when students are going back to the LRE, but it
23   lessens the support for the GNETS students who are
24   like our Tier III of Tier III students.  So it kind
25   of lessens the specific training and support for the



```
 1   kids that are most in need as well.
 2        Q    So is it fair to say that you don't have
 3   the bandwidth to both provide the supports to
 4   students who are transitioning back into their home
 5   systems and also meet the needs of sort of the
 6   students who are, you know, in the Tier III level --
 7        A    Yes.
 8        Q    -- of North Metro currently?
 9        A    Yes.
10             MS. GARDNER:  I'd like to ask the court
11        reporter to please mark this document as
12        Plaintiff's Exhibit 640.
13             (WHEREUPON, Plaintiff's Exhibit-640 was
14          marked for identification.)
15   BY MS. GARDNER:
16        Q    You've been handed what's been marked as
17   Plaintiff's Exhibit 640.  This is an email from you
18   to Nakeba Rahming, dated December 8, 2016, with the
19   subject:  "North Metro GNETS Reintegration Plan -
20   Draft."
21             It includes one attachment that is a Word
22   document with the file name "NM GNETS Reintegration
23   Plan_Draft_R."
24             And this document is Bates-stamped
25   GA00042977.
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          183

1              Do you recognize this document?

2       A     Yes.

3       Q     Is this North Metro's draft reintegration

4    plan that you are forwarding to Ms. Rahming?

5       A     Yes.

6       Q     And you tell Ms. Rahming that the

7    reintegration plan is not done but you want her to

8    see what you have so she can consider your request

9    for a GNETS reintegration coach or coordinator to

10   assist with implementation?

11      A     Yes.

12      Q     As a GNETS director, were you required to

13   develop a reintegration plan?

14      A     No.

15      Q     So I want to talk about this reintegration

16   plan.

17              In general, what is the purpose of this

18   plan?

19      A     Just to understand how we could make sure

20   our students are getting what they need, and if they

21   go back into the LRE, which is the last placement

22   that referred them on for services, that once

23   they've met their behavioral and academic goals,

24   that they could go back and be successful there,

25   because otherwise you have a high recidivism rate,



1   if the teachers in the LRE don't know how to meet

2   their needs.

3        Q    When you say you have a high recidivism

4   rate, you mean if the teachers in the LRE don't know

5   how to meet their needs, those students just end

6   back up at North Metro GNETS?

7        A    They could, yes.

8        Q    On the first page this includes a GNETS

9   Continuum of Service Delivery & Environments.

10            Do you see that?

11       A    Yes.

12       Q    And at the very top it says:  "GNETS

13   services Provided in the 'General Education' Setting

14   in Zoned or Public School."

15            Do you see that?

16       A    Yes.

17       Q    Does North Metro provide any GNETS

18   services in the general education setting currently?

19       A    It depends on if the child is in a

20   co-taught classroom.  Sometimes we will go in and do

21   observations and provide the teacher with, you know,

22   training and support that way.  So it's not direct

23   services to the student; it's to the staff.

24       Q    So in the general education setting North

25   Metro may provide services to staff, but not direct



1   services to students?

2        A    Yes.

3        Q    And then the next sort of step on this

4   Continuum of Service Delivery & Environments says:

5   "GNETS Services Provided in 'Pull-Out' from the

6   General Education Setting in Zoned or Public

7   School."

8             Do you see that?

9        A    Yes.

10       Q    Does North Metro provide any GNETS

11  services in a pull-out setting in general education?

12       A    It's typically the same as, as a

13  consultative model to the teachers in that

14  environment.

15       Q    So for this particular step on the

16  Continuum of Service Delivery & Environments the

17  North Metro GNETS program would be providing support

18  to the teacher but not necessarily direct support to

19  the student?

20       A    Yes.

21       Q    Where on this continuum does direct

22  support to students begin in terms of the services

23  provided by North Metro GNETS?

24       A    When a GNETS student is actually in a

25  GNETS classroom that is funded with GNETS staff.



1          But in this continuum, it's a consultative

2     -- the recommendation was for consultative services

3     to be provided so as the child transitions from most

4     restrictive to least restrictive that everybody has

5     the proper training they need to meet the student's

6     needs.

7          Q    Is it fair to say from this reintegration

8     plan that the idea behind the plan is that students

9     returning to the general education environment will

10    receive supports from the GNETS program while making

11    that transition and that the support the GNETS

12    program provides will gradually decrease as the

13    student accrues more weeks in that LRE environment?

14         A    Yes.  If the student was successful.

15         Q    So on this reintegration plan a student

16    would begin with three days of face-to-face or

17    virtual support from GNETS during their first and

18    second weeks of being back in their LRE?

19         A    Yes.

20         Q    And then over time that would decrease to

21    eventually one day per month during their 10th

22    through 18th weeks?

23         A    Yes.

24         Q    Turn to the second-to-last page.  This

25    contains a North Metro GNETS PBIS Level System.



1            Do you see that?

2      A     Yes.

3      Q     Can you explain the PBIS Level System

4   addressed here?

5      A     Basically PBIS is one overall system where

6   we have classroom and schoolwide expectations of

7   what the expected behaviors are, but as the student

8   progresses over time they earn more privileges, and

9   the reinforcements and the rewards are greater.

10      Q     And is this the level system that applies

11   in any North Metro GNETS classroom or center?

12      A     It varies a little bit because some of our

13   schools that are -- our programs are located, if

14   they have their own PBIS system in that school, we

15   follow that program, so our kids are following the

16   same thing the other kids are following in the

17   program -- in the school.  Excuse me.

18      Q     Would this be the PBIS Level System that

19   applies in any North Metro GNETS center?

20      A     Yes.  And some of our traditional schools

21   as well, because not all of the schools in our

22   districts are PBIS schools.

23      Q     Okay.  So am I correct in understanding

24   from this level system that to participate in all

25   school events and activities, a student has to keep



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        188

1   70 percent or more of their points for five

2   consecutive days?

3        A    Where are you seeing that?

4        Q    On the very last page of this document.

5   The definition for Level 1.

6        A    Yes.

7        Q    What happens if a student has 69 percent

8   of their points or less?

9        A    They still get earned reinforcements but

10  they don't get the added privileges added back on.

11       Q    Okay.  So would a student who is at Level

12  D would not be able to participate in all school

13  events and activities?

14       A    No.  Anything that all students get, they

15  get as well.  But sometimes our students will get

16  extra privileges on top of the schoolwide

17  privileges.  Because they are -- they had different

18  interests and things that they wanted to work for.

19       Q    Okay.  And then according to this scale,

20  above 70 percentage points for every additional 10

21  percentage points there is some new level with

22  privileges?

23       A    Yes.

24       Q    This chart references Automatic Level

25  Drops.  Do you see that on the first part of the



1    first page of the level system?

2          A    Level 3?

3          Q    Well, where it says Automatic Level Drops.

4          A    Uh-hum.  (Affirmative.)

5          Q    What is an automatic level drop?

6          A    Meaning that if you get into a fight --

7    because most of our kids, their behaviors really are

8    for mostly physical aggression, destruction,

9    elopement from building.  And so when we see those

10   types of behaviors, that shares -- that says to us

11   that this child isn't really ready to have the level

12   of independence to be able to go out into the

13   general population because they've had habitual

14   problems with these issues.

15          So the levels and the -- basically the

16   reinforcements and the rewards are lessened at that

17   point, because those are significant behaviors that

18   really get our kids into trouble, and so we focus a

19   lot on those behaviors.  Those are a lot of our

20   referring behaviors for most of our kids.

21          Q    So does that mean -- if you have a level

22   drop, does that mean that if were you at Level 3 and

23   you engage in one of these behaviors that's listed

24   here, you drop to Level 2 automatically?

25          A    Yeah.  We have a team meeting and we



1  discuss it, but it means that it is definitely on
2  the table for a level drop.
3      Q    And what are the points that are
4  referenced throughout this level system?
5      A    It depends.  Most of our schools use PBIS
6  bucks, and so the bucks look differently.  So
7  whatever the school mascot is, that's what the level
8  system really looks like.
9          So in exchange for, you know, a certain
10 behavior for a certain period of time, you can earn
11 -- it's like dollars that you could buy items,
12 reinforcers, you know, off a PBIS card or extra time
13 on a computer or, you know extra time doing some
14 kind of sensory activity.
15         So they get reinforced for things they
16 identify that they want to work for when they have
17 appropriate behaviors, until it becomes automatic
18 for them.
19     Q    And is there some point sheet or some
20 system by which you keep track of those points for
21 students?
22     A    Yes.  We use the Oregon PBIS Reinforcement
23 Sheets and SWIS data.
24     Q    In terms of those sheets and the SWIS
25 data, that's common across all of North Metro GNETS



1   sites?

2        A    It was until Gwinnett moved to Synergy.

3   So their reinforcement system is built within their

4   Synergy program, their platform.

5        Q    So if, if North Metro GNETS doesn't have

6   access to Synergy, how do you see the points?

7        A    I don't, unless it's paper/pencil.

8             My teachers have access that work in those

9   buildings and serve the kids directly, but as a

10  district level person I do not have access to that.

11       Q    Do all of your teachers serving GNETS --

12  sorry -- Gwinnett County students have access or

13  only those that are teachers provided by Gwinnett

14  County?

15       A    So if they work in Gwinnett County

16  schools, regardless of whether they are GNETS grant

17  funded or LEA funded, they have access.  But for my

18  itinerate staff, which includes me, because I go to

19  multiple sites, we don't have access.

20       Q    Okay, understood.

21            MS. GARDNER:  I'd like to ask the court

22       reporter to mark this document's Plaintiff's

23       Exhibit 641.

24            (WHEREUPON, Plaintiff's Exhibit-641 was

25        marked for identification.)



1    BY MS. GARDNER:

2        Q    You've been handed what's been marked as

3    Plaintiff's Exhibit 641.  This is a document

4    produced to the United States by North Metro GNETS

5    program in response to a document subpoena, and this

6    is not Bates-stamped but the temporary ID assigned

7    to this is North Metro_Temp_005047.

8             The title of this document is "North Metro

9    GNETS Students Tiers of Support in the Least

10   Restrictive Environment (LRE)."

11            Do you recognize this document?

12       A    Yes.

13       Q    And is this a document you provided to the

14   United States in response to its subpoena to North

15   Metro GNETS program?

16       A    Yes.

17       Q    What is this document?

18       A    This document is just an upgraded version

19   of information that we need to consider for

20   reintegration for a student.  And so the IEP team

21   and I, we sat down and we talked about what does

22   that really look like in layman's terms, some of the

23   things we need to consider.

24            It's still an IEP team decision as to when

25   a child is ready to go back into the LRE, but when



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              193

1   you think about when they've made some behavioral
2   progress to get them ready to go back to be educated
3   with their typical peers, you know, you might want
4   to consider in the subject area where the child is
5   the strongest first, that we consider moving them
6   back into like their, their ELA class.  And then
7   after they make progress with that, if they're
8   keeping up academically and behaviorally over a
9   period of time, we add another out class, is what we
10  sometimes refer them to.

11          But it basically is a class that's not run
12  by a GNETS teacher.

13      Q    And the subtitle here is "Protocol for
14  Earning Academics and Electives in Non-GNETS classes
15  in the LRE," right?

16      A    Yes.

17      Q    And that is basically the protocol for how
18  you earn out classes?

19      A    Yes.

20      Q    So at the bottom of this document, on the
21  first page, it says, "Student must meet IEP behavior
22  goal criteria for a minimum of 6 weeks to earn their
23  1st non-GNETS academic class."

24      A    Yes.

25      Q    Do you see that?



1          That's the standard for earning the first
2     out class?

3          A    Yes.

4          Q    And then after that first outclass, this
5     says:  "The time to earn remaining out classes will
6     be determined by the IEP team."

7          A    Yes.

8          Q    So it varies if you're talking about a
9     second out class or third out class?

10         A    But we don't even consider talking about
11    it until after the first six weeks, because a lot of
12    times our kids, when they go out into out classes,
13    which are general ed classes or less restrictive
14    environment, they self-sabotage because the classes
15    are so large and because of their mental health
16    issues, sometimes they have meltdowns.  So we want
17    to make sure when they go out into the out classes
18    they can handle it academically and behaviorally
19    before just putting them in all out classes because
20    they've earned the points or they have the grades.
21    We want them to be successful.

22         Q    On the first page in the second blue box
23    from the bottom, the end of that box it says:  "All
24    GNETS segments/academics are to be provided on
25    Tuesdays and Thursdays for FTE purposes."



CASSANDRA HOLIFIELD, PH.D.                                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                          195

1        A     Yes.

2        Q     What does that mean?

3        A     That means, just like every other special

4    ed classroom in the State of Georgia, that on FTE

5    count days, they have to be in those special ed

6    classes on the FTE count day.  That's statewide.

7        Q     And so what's the significance of the FTE

8    count day?

9        A     That's how funding is determined for the

10   traditional schools and also a GNETS program since

11   we serve kids as special ed that have IEPs.

12       Q     Does this mean the FTE count day is

13   Tuesdays and Thursdays?

14       A     Tuesdays and Thursdays.  One in October,

15   one in March.  That's it.  It's twice a year.

16       Q     You have mentioned on several occasions

17   today the GNETS Strategic Plan.

18       A     Yes.

19       Q     What is the GNETS Strategic Plan?

20       A     Basically it was a plan that was put

21   together by the DOE and then in collaboration with

22   all the GNETS directors to address the concerns

23   brought about by the DOJ.

24       Q     How did you first become aware of the

25   GNETS Strategic Plan?



1    A    Nakeba Rahming, you know, explained to us

2    what was going on from the lawsuit at the State

3    level down into the GNETS program.

4    Q    And when you say "explained to us," you're

5    talking about the GNETS directors?

6    A    Yes.

7    Q    When, roughly -- what was the time period

8    when you first became aware of the GNETS Strategic

9    Plan?

10   A    Um, I think it took a while.  I think I

11   became aware of the GNETS lawsuit, like I said,

12   around 2012-ish, but the strategic plan, Nakeba

13   Rahming was hired at the DOE to help us because of

14   her background, experiences.

15        So it may have been a year later, six

16   months later, that she came in and started working

17   on developing the plan because she had done similar

18   work in Florida.

19   Q    Okay.  Did Nakeba Rahming take the lead on

20   developing the GNETS Strategic Plan?

21   A    She did.

22   Q    Did she draft that plan?

23   A    Yes.

24   Q    Is North Metro GNETS obligated to comply

25   with the GNETS Strategic Plan?



1      A    Yes.

2      Q    How does North Metro go about complying

3   with the GNETS Strategic Plan?

4      A    Well, we have a rubric that we are

5   expected to monitor the progress of our program

6   throughout the year.  So we use the GNETS Strategic

7   Plan and the expectations to monitor for fidelity to

8   make sure we're addressing all the academic and

9   behavioral and therapeutic needs of our students so

10  at the end of it it has a self-assessment, where my

11  leadership team and I come together from all of our

12  different schools and school districts and we rate

13  the program overall at the individual locations, but

14  then we submit one plan as -- because we're one

15  program.

16     Q    Okay.  And so you mentioned the

17  self-assessment, the things that you're

18  self-assessing your program for, are the components

19  of the GNETS Strategic Plan?

20     A    Yes.

21     Q    How often does North Metro conduct that

22  self-assessment?

23     A    Three times a year.

24     Q    Is there standardized information that

25  needs to be provided in order to establish North



1 | Metro's compliance with the GNETS Strategic Plan?

2 |     A     Yes.

3 |     Q     And who establishes what that information

4 | is?

5 |     A     It's included in the rubric.  So we will

6 | know how to self-assess where we are with the

7 | language that explains whether or not we're emerging

8 | or operational in that particular area.

9 |           So we go through everything that we're

10 | doing in our program and we utilize that rubric and

11 | talk about where we are and where our needs are, and

12 | then we rank order everything at the end of the

13 | self-assessment and we prioritize where we need the

14 | most work on.

15 |           We submit that to the DOE at the end of

16 | each year, and they provide us feedback on where we

17 | are and ask us how we're planning to move forward

18 | with areas of weakness.

19 |     Q     As part of the GNETS Strategic Plan

20 | process, are there onsite visits from the Georgia

21 | Department of Education in connection with that

22 | assessment process?

23 |     A     There used to be.

24 |     Q     When was the last time that the North

25 | Metro GNETS program had an onsite visit from the



1  Georgia DOE?

2       A    It was definitely prior to COVID.

3       Q    Who conducted that onsite visit?

4       A    Vickie Cleveland -- I'm not really sure if

5  Lakesha was on board at the time.  So I know it was

6  at least Vickie Cleveland.

7       Q    And what did that onsite visit entail?

8       A    Basically, just our documents that are

9  listed in the rubric.  They would come through --

10  they would do observations of all of our classrooms,

11  walk through to see whether our standards were on

12  the board, whether or not PBIS was being

13  implemented, and then we would sit down and we would

14  have our data notebooks to go through and they would

15  talk about each of the items that were there.

16          Now all of this is submitted

17  electronically, in that GNETS tab on the portal.

18       Q    And when you say "we would sit down and we

19  would have our data notebooks to go through," who is

20  the "we"?

21       A    Vickie Cleveland, the GNETS director, and

22  any of the GNETS directors' designees, leadership

23  team that she would invite to come to the meeting.

24       Q    So when that, when that sort of meeting

25  happened at North Metro, were there other folks on



1   your leadership team who would participate in

2   addition to yourself?

3        A    Yes.

4        Q    Who are those other people?

5        A    Depending on which sites we were at,

6   sometimes it was my -- definitely my site

7   coordinator that ran the building on the day to day,

8   the behavior specialist that was on board in that

9   particular school and school district, and the

10  curriculum specialist.

11           The school psychologist or social worker

12  may come in and out of the meeting as needed, but

13  those were the -- that was the typical makeup of the

14  team.

15       Q    Okay.  And you noted before that as part

16  of this strategic plan and assessment process that

17  you would receive feedback from the Georgia DOE?

18       A    Yes.

19       Q    What kind of feedback do you -- have you

20  received?

21       A    Again, they go through -- now it's

22  electronic rather than, you know, onsite.  But they

23  basically go through, look at our artifact, look at

24  how we scored.  They all let us know if we're

25  missing information to justify or what-have-you, to



1   upload those documents so they could review them.

2          And the specific examples that they give

3   are listed within the rubric and the language.

4      Q    And when you say the specific examples

5   that they give are listed within the rubric, the

6   specific examples of what?

7      A    For example, one is behavioral and

8   therapeutic support services.  So it may ask things

9   like how many FBAs and BIPs that I review program

10  wide.  How many of them met operational status.  How

11  many team members did I have trained in, you know,

12  therapeutic services or SEL curriculum, like WhyTry

13  or LIPT, those sorts of things.

14         So it gives you specific examples under

15  each of the standards that we can submit.

16     Q    Okay.  And you're submitting them to sort

17  of support a rating of either not evident, emerging,

18  or operational?

19     A    Correct.

20     Q    Got it.

21         If there is like a deficiency or concern

22  in an area of the strategic plan that's being

23  assessed, what happens?

24     A    Typically, we just develop an action plan

25  to address the issue.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        202

1      Q    Is that an action plan that you submit to

2   the GaDOE?

3      A    Yes.  It's actually listed as a part of

4   the self-assessment rubric.

5           MS. GARDNER:  Let's have this document

6       marked as Plaintiff's Exhibit 642.

7           (WHEREUPON, Plaintiff's Exhibit-642 was

8        marked for identification.)

9   BY MS. GARDNER:

10     Q    You've been handed what's been marked as

11  Plaintiff's Exhibit 642.  This is an email from you

12  to Nakeba Rahming, Desiree Woods, Derrick Gilchrist,

13  Lisa Futch, Jacqie Neal, Kathy Lewis-Hawkins, and

14  Deborah Gay, dated February 9, 2016, with the

15  subject line "RE:  Draft Strategic Plan."

16          This document is Bates-stamped GA00040621.

17          Do you recognize this document?

18     A    Yes.

19     Q    Am I correct you write in this document:

20  "Nakeba and All - Good morning.  The strategic plan

21  looks great.  Below are my questions in red font"?

22     A    Yes.

23     Q    And your email was in response to an

24  earlier email sent by Nakeba Rahming, correct?

25     A    Yes.



 1      Q    And in that email she says:  "Please see
 2   the first draft of the plan that I began working
 3   on," correct?
 4      A    Yes.
 5      Q    And here she's referencing the GNETS
 6   Strategic Plan?
 7      A    Yes.
 8      Q    And that's a plan that you're commenting
 9   on in this email that you're sending back to Ms.
10   Rahming and the other members of the group?
11      A    Yes.
12      Q    In Ms. Rahming's initial email, which
13   appears on the second-to-last page of this document,
14   she says:  "I am attempting to make it an inclusive
15   document so that you will not need to have multiple
16   pieces of documents outlining the same work.  I also
17   incorporated the rating scale so we would not need
18   to develop a second document.  Debbie and I spoke on
19   Friday and she supports us with moving away from the
20   GCIMP and incorporating those items into the
21   strategic plan.  We also spoke about the core array
22   of services application for funding and she
23   indicated if we can show where the core array of
24   services would be addressed and incorporated into
25   the strategic plan with evidence of implementation



```
 1   to support the distribution of funding, she would be
 2   fine with dismissing that document as well."
 3            Do you see that?
 4        A    Yes.
 5        Q    In this text where it says "Debbie and I
 6   spoke on Friday," is that a reference to Deborah
 7   Gay?
 8        A    Yes.
 9        Q    And who is Deborah Gay?
10        A    She at the time was a state director of
11   special education.
12        Q    This also references the GCIMP.
13        A    Uh-hum.  (Affirmative.)
14        Q    What is the GCIMP?
15        A    Georgia Continuous Improvement Plan.
16        Q    And what role, if any, has the GCIMP
17   played prior to the development of the GNETS
18   Strategic Plan?
19        A    All special ed directors basically use
20   that instrument to develop their continuous
21   improvement plan, evaluating their roles of
22   responsibilities and all that sort of thing.
23        Q    Did the GNETS programs complete a GCIMP?
24        A    You know, I don't recall.  Maybe we did
25   but I don't recall that we did.
```



1      Q    Okay.  What is the core array of services
2   application for funding?
3      A    Basically, again, the special ed
4   directors -- and she may have been referring to, you
5   know, our old funding system with the paper/pencil,
6   you know, grant application.  So it asks very
7   similar questions, of the services that we provide
8   with the money that we were provided to meet the
9   needs of the students.
10     Q    Okay.  At the end of Ms. Rahming's email,
11  she says:  "Remember, that the strategic plan will
12  be your guiding document for practice and what you
13  would be responsible for overseeing at your site."
14          Or it says "sties," but do you understand
15  that to be sites?
16     A    Yeah.
17     Q    "A project management plan is being
18  develop as a guiding document for the state
19  responsibilities and what we will be doing to
20  support you and your work with the GNETS program."
21          Do you see that?
22     A    Yes.
23     Q    Had the group that's receiving this email,
24  which includes you, discussed the project management
25  plan prior to the time of your receiving this email?



1    A    I can't remember if it was before or

2    after, but I do know that at one of our GNETS

3    meetings we broke out into different groups and

4    looked at different sections and provided feedback.

5         Q    On the project management plan?

6         A    Yes, which is basically the strategic

7    plan.

8         Q    Okay.  Because here she says a project

9    management plan is being developed as a guiding

10   document for the state responsibilities and what we

11   will be doing to support you and your work with the

12   GNETS program.

13             Is that plan something that was provided

14   to you at some point?

15        A    I think it was just her tweaking like how

16   she meant in an earlier email that they were going

17   to combine everything into one document so we didn't

18   have several.

19             So my best understanding of what that

20   email is talking about is the revised GNETS

21   Strategic Plan that had everything in one document

22   instead of several separate ones.

23             Did I answer the question?

24        Q    Uh-hum.  (Affirmative.)

25        A    Okay.



1          MS. GARDNER:  I'm going to ask the court

2      reporter to please mark this document as

3      Plaintiff's Exhibit 643.

4          (WHEREUPON, Plaintiff's Exhibit-643 was

5       marked for identification.)

6  BY MS. GARDNER:

7      Q    Dr. Holifield, you've been handed what's

8  been marked as Plaintiff's Exhibit 643.

9          This is an email from you to Nakeba

10  Rahming, dated February 5th, 2016, with the subject

11  line:  "GNETS GCIMP Plan - Blank."

12          And it contains one attachment that is a

13  Word document with the file name "FY15 GCIMP Plan

14  Template."

15          The Bates number on this document is

16  GA00062065.

17          Do you recognize this email?

18      A    I do now.

19      Q    I just want to ask you one quick question.

20  We were talking about the GCIMP.

21      A    Uh-hum.  (Affirmative.)

22      Q    Did you provide this to Ms. Rahming?  And

23  this document is titled, "GNETS Program Improvement

24  Plan FY15."

25      A    Uh-hum.  (Affirmative.)



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                         208

1       Q     Did this give you any additional

2   information about whether GCIMP was something that

3   was used with the GNETS program?

4       A     Yes.  After looking at this, we did use

5   it, but it's been so long ago, yeah.

6       Q     Do you know, I'm just wondering, the sort

7   of structuring format of this identifies

8   Actions/Strategies and Interventions, and then the

9   person responsibility and the means of evaluation.

10            Were those kinds of elements taken from

11  here and incorporated into the GNETS Strategic Plan?

12      A     Um, I'm sure they were, but this is so

13  different than what we've been doing so long now.  I

14  remember seeing this.  So as I look at that actions

15  and strategies, when I think about the GNETS

16  Strategic Plan, there are actions and strategies for

17  each of the different sections.  So I would say that

18  part was.

19            The professional learning, the resources

20  -- yes, I guess.  It's just a totally different

21  format of looking at it, yes.

22      Q     Okay.

23            MS. GARDNER:  I'd like to have this

24      document marked as Plaintiff's Exhibit 644.

25            (WHEREUPON, Plaintiff's Exhibit-644 was



CASSANDRA HOLIFIELD, PH.D.                              December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                    209

```
 1        marked for identification.)

 2   BY MS. GARDNER:

 3        Q    You've been handed what's been marked as

 4   Plaintiff's Exhibit 644.

 5             This is the North Metro GNETS BOY

 6   Strategic Plan Rating Rubric, dated 8/17/21, and our

 7   internal temporary reference number is North Metro_

 8   Temp_005656.

 9             Do you recognize this document?

10        A    Yes.

11        Q    And what is this document?

12        A    The GNETS Strategic Plan.

13        Q    And is this -- does this strategic plan

14   contain North Metro's self-assessment ratings on

15   each component of the GNETS Strategic Plan?

16        A    Yes.

17        Q    And was this provided to the United States

18   in response to a document subpoena?

19        A    Yes.

20        Q    Am I correct, I think we've already been

21   discussing for any given strategic plan objective

22   North Metro can be rated either not evident,

23   emerging, or operational, correct?

24        A    Correct.

25        Q    And not evident is the weakest rating; is
```



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                210

1   that right?

2        A    Yes.

3        Q    And operational is the strongest?

4        A    Yes.

5        Q    I want to talk about a few of the areas

6   where North Metro rated itself emerging.

7        A    Okay.

8        Q    On Page 6 of this document, do you see

9   where it says "Implement Positive Behavior

10  Interventions Supports"?

11       A    Yes.

12       Q    North Metro rated itself as emerging on

13  this, correct?

14       A    Yes.

15       Q    And why was this rated emerging?

16       A    This was the year of COVID.  So we were at

17  home.  You can't implement behavioral strategies

18  while kids are at home.  So...

19       Q    What, in your -- in North Metro's

20  self-assessment this current school year, how is it

21  rated on this particular objective?

22       A    We're operational.

23       Q    Under B, on the same page, "Trauma

24  Informed Care Practices and Environment," that was

25  also rated emerging?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           211

1        A    It was the same reason, the kids were at
2   home, going through COVID, we couldn't...
3        Q    Okay.  Turning to Page 9, am I correct
4   that it says that North Metro rated itself emerging
5   on B, "Ensure teachers maintain a positive and
6   academically challenging learning environment in
7   accordance with TAPS standards"?
8        A    Yes.
9        Q    What is TAPS?
10       A    Teacher -- teacher assessment practices.
11            So it's part of the TKES system.  It's
12   just broken down into standards and also elements.
13       Q    And why was this rated emerging?
14       A    Again, the kids were at home.  The parents
15   were teaching them.  So we were -- we had online
16   classes that were taking place virtually, just like
17   the school district, but, you know, maintaining an
18   academically rigorous environment when some of the
19   kids were attending virtually and some of them were
20   not, some parents were there, some were not.  So
21   those were all things outside of our control to make
22   sure that they were getting -- they got everything
23   that they were supposed to get as much as we could
24   in a virtual environment.
25       Q    C. here was also rated emerging:  "Ensure



1   that students who demonstrate academic difficulties

2   are matched to tiered interventions, supplemental

3   instructional programs/materials that meet their

4   needs."

5        A    The same reason.  I mean we provided them

6   but we could not support the fidelity of

7   implementation when parents were the ones at home,

8   you know, really trying to help teach their kids in

9   a virtual environment.

10       Q    D. on this page was also rated emerging,

11  which says:  "GNETS certified and classified staff

12  will attend instructional related trainings provided

13  by GaDOE, RESA, LEAs, and conferences to ensure

14  GNETS staff are aware of changes in the field and

15  that instructional practices align with the state's

16  expectations and standard."

17       A    Our teachers participated in the trainings

18  that were offered, most of which were trying to

19  provide instruction on how to educate students with

20  disabilities in a virtual environment, but whether

21  or not, you know, it was the best training, that's

22  why we rated ourself as emerging because it was very

23  difficult just to utilize -- learn how to use the

24  technology in such a quick period of time and how to

25  break it out and do small groups and all of that



1  using instructional technologies.

2      Q    Moving to Page 12, North Metro rated

3  itself emerging here on the "transition from GNETS

4  Services:  Ensure LEA and GNETS staff

5  collaboratively establish attainable IEP goals to

6  include a process for reviewing progress monitoring

7  data for transition to the least restrictive

8  environment."

9          What was the reason for that emerging

10 rating?

11     A    The same reason, our kids were on virtual

12 and even though we provided those services and

13 collaborated with the LEAs, there were just so many

14 different moving pieces that just trying to make

15 sure we could even talk about transition when

16 everybody was home was very difficult.

17     Q    And then on the next page, Page 13, the

18 last area, North Metro rated itself emerging was D.,

19 Parent Engagement.

20         What was the reason for that emerging

21 rating?

22     A    The same reason.  Our parents at that time

23 didn't even know how to use technology, and at that

24 point, you know, we had a population of parents that

25 did -- they were very savvy and had access to





1   technology, but I think as a country, and even here

2   in Georgia in our GNETS program, we really learned

3   that many of our parents didn't even have access to

4   internet.  So engaging them and having them involved

5   in the IEP process was challenging and new for them

6   to be able to utilize their phones, many of which,

7   like I said, didn't even have a laptop or a computer

8   at all.

9        Q    Turning to Page 15, this page is titled,

10  "Self-Assessment Outcomes and Improvement Summary

11  Plan."

12           Do you see that?

13       A    Yes.  So this is just a visual of what we

14  just talked about, yes.

15       Q    This summarizes the overall ratings given

16  for each section of the strategic plan?

17       A    Yes.

18       Q    Okay.  And then am I correct that North

19  Metro is instructed to identify the top three

20  priorities for an action plan?

21       A    Yes.

22       Q    And presumably the areas that you identify

23  as priorities are those where you self-rated the

24  lowest?

25       A    Yes.



1    Q    And then this says that North Metro is to

2    indicate why its team rated the item low and what

3    it's going to do to improve its ratings --

4    A    Yes.

5    Q    -- correct?

6    A    Yes.

7    Q    And then this chart is basically North

8    Metro complying with those instructions?

9    A    Yes.

10   Q    So on Page 18, there seems to be another

11   version of this chart.  I'm just wondering what the

12   differences are.

13   A    It's basically the same.  They eliminated

14   when they updated the -- they updated it since we

15   did this.  So they only have one of these.

16   Q    Okay.

17   A    Yes.

18   Q    On Page 18 am I correct that North Metro

19   identified instructional and academic support as its

20   No. 1 priority?

21   A    Yes.

22   Q    In terms of why this was selected as a

23   priority, this says "some items in this section were

24   not rated as operational due to parapros covering

25   some of our classes and low TKES scores."



1            Do you see that?

2       A    Yes.

3       Q    When this says "para pros covering some of

4  our classes," is that parapros covering classes

5  without a certified teacher?

6       A    Well, we had teachers in classrooms, but

7  what we had to do, in order to meet the

8  individualized needs, when we had to put kids in

9  small groups the teacher could only be in one

10  virtual classroom at one time, where the parapro,

11  which is an instructional para, would be under the

12  supervision of the teacher carrying out the academic

13  interventions and the behavioral interventions as

14  well.

15            So -- does that make sense what I'm

16  saying?  They have breakout rooms.  So you have one

17  classroom with different breakouts that the parents

18  were helping to implement as the teacher rotated in

19  a virtual classroom.  So the teacher always had

20  access but she could not be in multiple small groups

21  at the same time.

22       Q    Okay.  And then this also says that this

23  was rated a priority due to low TKES scores.  TKES

24  scores apply to the teachers, not the parapros?

25       A    Yes.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          217

1     Q    Is that right?

2     A    Yes.  Again, they had not really had this

3   level of experience with teaching virtually.

4     Q    Then the second area that North Metro

5   identified as a priority was integration of services

6   and capacity building --

7     A    Yes.

8     Q    -- is that right?

9          And in the box where it asks why this was

10  selected as a priority, it says:  "None of our

11  students met IEP goals/criteria to transition from

12  the program as planned."

13    A    Right.  Because, again, in a virtual

14  environment there was no transitioning that was

15  occurring.  Everybody was at home.  So just having

16  conversations about moving to the LRE did not occur

17  because there was no LRE to go into.  The kids were

18  all struggling academically and behaviorally, and we

19  couldn't, you know, take behavioral data when they

20  were at home because the parents were the ones that

21  were implementing.

22    Q    In the actions necessary to improve this

23  area, it says:  "We will monitor our students' IEP

24  goals using available data more frequently to

25  identify student who at-risk for not transitioning



1  from the program as expected and begin working with

2  students on an individual level."

3        Do you see that?

4  A    Yes.

5  Q    Has North Metro taken any steps --

6  A    Yes.

7  Q    And when this says that "North Metro will

8  monitor students' IEP goals using available data

9  more frequently," what available data does that

10  refer to?

11  A    Well, it goes back to the academic and the

12  behavioral data that's written in each of their IEP

13  goals and also their reintegration plans that we

14  talked about.  And during COVID there was no real

15  reintegration that could take place.  So we knew at

16  that point there was nothing -- it was out of our

17  control, really, to be able to talk about

18  reintegration and transition when there was no

19  opportunity at that point.

20  Q    So given that you've implemented this, how

21  much more frequently does North Metro now monitor

22  student's IEP goals?

23  A    All the time.  I mean we have -- IEP

24  meetings are at least once a year, but we have

25  progress meetings with the parents.  We send home



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          219

 1    report cards along with the other school districts
 2    requirements, but we also have our teacher send home
 3    progress reports as well on IEP goals and
 4    objectives.  So, yes.
 5        Q    How many students has North Metro
 6    identified as being at risk for not transitioning
 7    from the program as expected under this protocol
 8    that is outlined here?
 9        A    I don't understand the question.  Could
10    you repeat?
11        Q    Sure.  This says that "we will monitor our
12    students' IEP goals... to identify students who are
13    at risk for not transitioning from the program as
14    expected."  So I'm just wondering how many students
15    have been identified being at risk for not
16    transitioning from the program as expected?
17        A    Well, it's based on each individual
18    student and, again, you know, it's on a case by
19    case.  It's not program wide.  It's based on each
20    individual student's behavioral or academic goals
21    whether or not they transition or not.
22             But I don't have a number or percentage
23    because it's for each individual student.
24        Q    Did you know if you've identified any
25    students who are at risk for not transitioning?



```
 1        A    I don't know how to answer that question.
 2   I'm sorry.
 3        Q    I'm just wondering if there's any students
 4   who have been identified as being at risk for not
 5   transitioning?
 6        A    Not to my knowledge, because the
 7   expectation is that all students will transition
 8   when they're ready.  So when we have all the
 9   students in our program, I think our common goal is
10   for them to transition back to the LRE, but I can't
11   say that you're going to transition tomorrow, you're
12   going to transition next week.  So that's why I'm
13   confused about how to answer that question.
14        Q    Okay.  I'm just reading what it says here,
15   and it says that you're going to identify students
16   who are at risk for not transitioning from the
17   program as expected.
18        A    And I think that's part of like when we do
19   the BASC-3 and we do those interventions in the
20   tiered system of -- at minimum they get three times
21   a month of the small group services, and as they
22   have more significant behavioral issues, we provide
23   more interventions based on that.
24        Q    Okay.
25        A    Okay.
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          221

1    Q    You've mentioned COVID and the impact of
2    COVID with respect to a number of these.  Is there a
3    reason why North Metro doesn't explicitly discuss
4    COVID in this document?

5    A    Not really.  I mean I think it was just
6    common practice.  We had to do COVID plans.  I don't
7    even remember what the name is but the State of
8    Georgia had everyone in the State of Georgia do like
9    these -- I don't remember the name of the plan.  So
10   we had to do individual plans for our students as
11   well.  So...

12   Q    Okay.  We talked -- or we have sort of
13   just generally talked about the students that North
14   Metro GNETS serves but I want to talk a little bit
15   about sort of how students find themselves at North
16   Metro GNETS.

17        So can you just walk me through an
18   overview of what the referral process is for a
19   student being considered for services at North
20   Metro?

21   A    Yes.  Typically, a school system will have
22   a situation with a student who is being very
23   aggressive and they're eloping and there's -- like
24   they will leave the building.  Sometimes we have
25   kids that are very aggressive or producing



1   self-interest behaviors.

2           So the school districts, the teachers and

3   the district level behavioral specialists, they have

4   a school behavior specialist, they provide

5   interventions for the student.  And if they are

6   still finding the interventions they are

7   implementing aren't working, then they will call on

8   support from GNETS to say, hey, this might be a kid

9   we may need your help with.

10          So we sit down and look at all the data

11  and the referral processes, determine whether they

12  need to be referred or the school district needs to

13  implement their behavior intervention plan with more

14  fidelity.

15      Q    And is there any sort of formal process or

16  paperwork or other things that a district will fill

17  out to get the process --

18      A    Yes.

19      Q    -- sort of formally started?

20      A    Yes.  We have a request for services,

21  referral packet, basically.

22          So the school district will say, you know,

23  we've done everything we can, we really need your

24  experts to come in and help us support the student.

25  And so they will complete a packet.  We will go over



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          223

1   it.

2          Then we will go out and, like I said, do

3   behavioral observation.  We'll go through -- look at

4   the IEP, the FBA and the BIP to see if they are

5   implemented with fidelity and give feedback of

6   things that they need to try more or change before

7   referring a student on to GNETS services.

8          And if it doesn't appear to be in order.

9      Q    And if everything, you know, does appear

10  to be, quote-unquote, in order, what's the next step

11  after you receive the packet?

12     A    The next step is, is that the district --

13  well, the referring school will contact the parents

14  for an IEP meeting and say, hey, we really need to

15  have, you know, someone from GNETS sit at the table

16  along with other agencies or placement options that

17  the school district is considering for that student

18  to have a conversation about how we can best meet

19  his or her needs.

20     Q    And does somebody from North Metro GNETS

21  participate in the IEP meeting when there is a

22  consideration of GNETS services?

23     A    Yes.

24     Q    And is that sort of an absolute, that

25  there always would be somebody from the North Metro



1  GNETS participating?

2      A    Yes, they're supposed to be.

3      Q    Who from your staff typically participates

4  in those IEP meetings?

5      A    If it is -- my site coordinators that work

6  in each of the districts, they're always invited to

7  attend those meetings.  The behavioral specialist,

8  school psychologist is also invited.

9          If it's a really contentious case, I'm

10 invited to attend as well.

11     Q    Do you ever have communications with the

12 Georgia Department of Education about students that

13 school districts want to refer to North Metro GNETS

14 program?

15     A    I'm sure I have.  I can't think of one

16 offhand but I'm sure I have.

17         MS. GARDNER:  Let me ask the court

18     reporter to please mark this document as

19     Plaintiff's Exhibit 645.

20         (WHEREUPON, Plaintiff's Exhibit-645 was

21      marked for identification.)

22 BY MS. GARDNER:

23     Q    You've been handed what's been marked

24 Plaintiff's Exhibit 645.

25         This is an email from you to Vickie



CASSANDRA HOLIFIELD, PH.D.                        December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              225

1   Cleveland, dated April 26, 2018, with the subject

2   "RE: State Charter Schools."

3       A    Uh-hum.

4       Q    The Bates-stamp on this document is

5   GA00319999.

6            Do you recognize this?

7       A    I do.

8       Q    And your email to Ms. Cleveland on August

9   26th, saying "Definitely," is the most recent email

10  in a longer thread related to GNETS and state

11  charter schools, correct?

12      A    Yes.

13      Q    And am I correct that if you begin from

14  the bottom of the email thread, which is the first

15  email in time, that Steve Rains reached out to

16  Vickie Cleveland on April 26, 2018 and asked:  "Can

17  state charter schools refer students directly to

18  GNETS without going through the LEA?"

19      A    Yes.

20      Q    Who is Steve Rains?

21      A    He is a GNETS director that has now

22  retired.

23      Q    And what program was he director of?

24      A    It was mid Georgia -- I think it was a

25  Burwell program.



```
 1        Q    Ms. Cleveland then forwards Steve Rains'
 2   email to you and says:  "See email from Steve below.
 3   Do we have a procedure for this?"
 4             Do you see that?
 5        A    Yes.
 6        Q    Who did you understand the "we" here to
 7   refer to when Ms. Cleveland said "Do we have a
 8   procedure for this?"
 9        A    I assume GNETS.
10        Q    Did you have any understanding as to why
11   Ms. Cleveland was reaching out to you to ask about
12   this issue?
13        A    No.
14        Q    What was your response to Ms. Cleveland?
15        A    Um, I think we can refer students but they
16   have to follow the continuum of services, if I
17   recall.
18        Q    And then am I correct Ms. Cleveland says
19   to you:  "Ok.  We've had a few questions come up
20   around this.  I need to get something in writing for
21   everyone."
22        A    Yes.
23        Q    You responded "Definitely"?
24        A    Yes.
25        Q    When Ms. Cleveland said I need to get
```



1   something in writing for everyone, who did you

2   understand everyone to refer to?

3        A    The GNETS directors.

4        Q    So it's fair to say that Ms. Cleveland was

5   indicating she needed to get the GNETS directors

6   written guidance on charter schools referring

7   students to GNETS?

8        A    Yes.

9        Q    Did you ever receive anything in writing

10  from Ms. Cleveland on this issue?

11       A    No.

12       Q    Is the state charter school issue and

13  GNETS one that you have confronted with respect to

14  North Metro in particular?

15       A    Yes.

16            MS. GARDNER:  I'd like to mark that as

17       Plaintiff's Exhibit 646.

18            (WHEREUPON, Plaintiff's Exhibit-646 was

19        marked for identification.)

20  BY MS. GARDNER:

21       Q    You've been handed what's been marked as

22  Plaintiff's Exhibit 646.  This is an email from you

23  to Vickie Cleveland and Zelphine Smith-Dixon, dated

24  February 19, 2019, with the subject "RE:  Assistance

25  Needed Fwd: GNETS Referral by ICSAtlanta."



1            This document is Bates-stamped GA00094762.

2            Do you recognize this?

3       A    Yes.

4       Q    What is ICS Atlanta?

5       A    It's one of the charter schools.

6       Q    And you write in your email to Ms.

7   Cleveland and Ms. Smith-Dixon, quote:  "Vickie's

8   timeline below is what I recall as well."

9            Do you see that?

10      A    Yes.

11      Q    Am I correct that your email and the

12  emails in the thread that preceded your email relate

13  to ICS Atlanta's attempts to determine how one of

14  the students enrolled in its charter school could be

15  considered for GNET services?

16      A    Yes.

17      Q    And just so we're clear, who is Zelphine

18  Smith-Dixon?

19      A    She was a state special ed director.

20      Q    Okay.  Would you explain generally what

21  the issue was with ICSAtlanta having a student

22  served in GNETS?

23      A    I'm trying to go through these notes

24  really quickly, but I think the issue was -- is that

25  there are state chart schools and there are private



1   charter schools.  And so the charter schools felt

2   like this student really needed GNETS services, but

3   just like a traditional school has different

4   placement options, most of the charter schools do

5   not.  And so the question was if it's -- I don't

6   remember if it was a state or a private -- do they

7   still have to unenroll the student to enroll them

8   into the district program, or since they're their

9   own school district, can they refer a kid to

10  GNETS -- for GNET services if they are their own

11  charter school district.

12       Q    Okay.  And am I correct that in this email

13  thread, and this is on the third page, that Michele

14  Neely of ICSAtlanta reached out to Zelphine

15  Smith-Dixon to provide an overview of ICSAtlanta's

16  efforts to determine how to get GNETS services for

17  an ICSAtlanta student?

18       A    Yes.

19       Q    At the bottom of that email from

20  Ms. Neely, and this is on the very last page, she

21  writes:  "We request that you advise North Metro

22  GNETS to proceed with this IEP team meeting, even

23  though the administrative logistics have not yet

24  been worked out.  We also appreciate your assistance

25  in determining once and for all how our students



1    should access GNETS services."

2             Do you see that?

3        A    Yes.

4        Q    What IEP meeting was Ms. Neely referring

5    to?

6        A    The student that was in question, that

7    they were trying to refer to GNETS.

8        Q    And was North Metro resisting moving

9    forward with that IEP meeting?

10       A    I went out and did an observation of the

11   student.  I personally went, along with my

12   behavioral specialist.

13       Q    Right.  And so here ICSAtlanta is

14   requesting to move forward with an IEP team meeting.

15   I'm just wondering if that IEP team meeting had been

16   on hold for some reason?

17       A    They never filled out a packet, a referral

18   packet.  So they didn't even -- they didn't know the

19   process and they didn't know how to move forward

20   with the process.  So they were trying to inquire

21   from the DOE to get guidance on whether or not,

22   since they are their own charter school district,

23   did they have to unenroll, because they owned the

24   student basically, and they didn't have the full

25   continuum of services.  So if the student needed



1   GNETS services, how do they proceed, and they were

2   just trying to get clarification on that.

3        Q    And they had reached out to the DOE, you

4   said, to get clarification on that?

5        A    Yes.

6        Q    As far as you know, was there any

7   determination as to how a state charter school like

8   ICSAtlanta should work with GNETS to have its

9   students served?

10       A    Well, again, it was -- it's still cloudy

11  territory because there seems to be a difference

12  between a state charter and a private charter and --

13  I don't recall ever getting any written guidance

14  because the referral process from a school district

15  I assume should be very similar to a charter

16  district, but the way that they are organized, there

17  was question about whether the child had to

18  unenroll, or if he stayed with the charter district

19  and the charter district just referred from their

20  program straight to GNETS.

21            I know there's like a lot but it was very

22  confusing.

23       Q    Was the particular student at issue in

24  this email exchange ever served at North Metro?

25       A    I think their -- I want to recall, and I



1   can't -- I did the observation but I don't recall if

2   the child actually was ever referred to GNETS

3   because, if I recall, and I could be wrong, I think

4   the parents refused to have GNETS at the table.  And

5   I think they pulled the child out of the services

6   and he enrolled on his own through the parents into

7   one of our district programs, and the referral went

8   through that -- through that process.

9            They didn't want -- some kind of way the

10  child -- I'm pretty sure the child moved into one of

11  my other districts and the referral took place then.

12  But I'm not sure.

13           It did not happen through the charter,

14  though.

15      Q    And when you say the parents refused to

16  have GNETS at the table, what table were you talking

17  about?

18      A    They didn't want GNETS to move forward

19  with the IEP meeting at the charter school.

20           MS. GARDNER:  We've been going for, I

21      don't know, an hour and 15 minutes.  Would you

22      like a break?

23           THE WITNESS:  I want to go home.

24           MS. GARDNER:  Then we'll keep going.  I

25      think the videographer is going to stop us in



1      about 15 minutes, to switch something out.

2           Okay.

3      Q    I think earlier you referenced a number of

4      assessments, including the SDQ and the BASC-3.

5           And those are -- am I correct in

6      remembering those are assessments given to determine

7      where students are behaviorally?

8      A    Yes.

9      Q    And iReady is an assessment used to

10     determine where students are academically?

11     A    Yes, in reading and math.

12     Q    Okay.  Is there a calendar on which you

13     administer iReady diagnostic tests?

14     A    Yes.  Usually the DOE will give us a

15     window, and they will say, you know, we need to do

16     our beginning of the year diagnostic time frame, and

17     our mid year and the end of the year.

18     Q    Okay.  And is that a window that's given

19     to all GNETS directors?

20     A    Yes.  We do have a little flexibility.

21     Like if we say our school district is going to be on

22     fall break or something like that, they may extend

23     the window.  But it's typically around the same time

24     frame.

25     Q    But the Department of Education prescribes



1   sort of what those windows are for all the GNETS

2   programs?

3        A    Yes.

4        Q    Is there a fee associated with using the

5   SDQ?

6        A    We -- there is a fee -- there wasn't a fee

7   initially, but it seems like there was a fee for

8   scoring, not actually for the instrument but for

9   scoring there is a fee if you use their electric

10  scoring platform.

11       Q    And who pays for the costs of scoring the

12  SDQ?

13       A    GNETS does now out of the state budget.

14       Q    Each individual program does out of the

15  state budget?

16       A    Yes.

17       Q    Has it always been that way?

18       A    I don't think it was.  I think initially

19  it seemed like the DOE paid the SDQ scoring invoice

20  for all GNETS programs.

21       Q    Okay.  Is there a fee associated with

22  using the BASC-3?

23       A    Yes.  There's a fee, but the DOE has paid

24  for the BASC because it's falling under their

25  window.  So even though we have individual programs,



1  the scores are reported back directly to the DOE.

2      Q    So you --

3      A    I mean we get them, too.

4      Q    Okay.  You don't have to manually report

5  them to the DOE, the DOE automatically gets them?

6      A    Right, because they have an account.

7  They're like the umbrella account and we fall

8  underneath that.

9      Q    And the DOE covers the costs for the

10  BASC-3 for all the GNETS programs?

11      A    I think so.  They used to.

12      Q    They cover the BASC-3 for North Metro

13  GNETS currently?

14      A    I actual have my own BASC-3 accounts

15  because they have other assessments that I utilize

16  as well.  So I have to different accounts.  I have

17  one that the DOE, and I'm pretty sure they still

18  fund that account, but I have extra BASC accounts

19  that the DOE does not fund.

20      Q    And that's for additional assessments?

21      A    Yes.

22      Q    Does North Metro report its SDQ scores to

23  the GaDOE?

24      A    No, because, again, they used to have the

25  electronic scoring.  So we use that information for



1   our triangulation data to identify at risk and

2   clinically significant behaviors.

3        Q    When you said they used to have the

4   electronic scoring and you did not report SDQ

5   results to the Georgia Department of Education, did

6   the Georgia Department of Education have access to

7   those scores automatically or you just never

8   reported that?

9        A    I'm trying to remember how -- because I

10  actually have -- I don't recall that we had to ever

11  report it.  I don't remember.  I don't remember.

12           I'm sure we did but I can't swear to it.

13  I don't remember.

14           MS. GARDNER:  Could I please have this

15      document marked as Plaintiff's Exhibit 647.

16           (WHEREUPON, Plaintiff's Exhibit-647 was

17       marked for identification.)

18  BY MS. GARDNER:

19       Q    You've have been handed what's been marked

20  as Plaintiff's Exhibit 647.

21           This is an email thread between you and

22  Nakeba Rahming from August 9, 2016.

23           This document is Bates-stamped GA00063361.

24           Do you recognize this?

25       A    Yes.



1        Q    In the earliest email in this thread,

2   which is at the bottom, you write to Nakeba Rahming

3   on August 9th, 2016, and you say:  "My curriculum

4   specialist and I have been meeting how we need to

5   collect and report out on all our required

6   assessments"?

7        A    Uh-hum.  (Affirmative.)

8        Q    "Are you going to provide us with

9   spreadsheets?   If so, will you provide us guidance

10  and a spreadsheet on how you'd like us to report the

11  following:  BASC-3, SDQ, iReady/iMath."

12            Do you see that?

13       A    Yes.

14       Q    The BASC-3, the SDQ, and the iReady/iMath

15  are the required assessments that you were referring

16  to in your email?

17       A    Yes.

18       Q    And then correct that Ms. Rahming replies

19  that "you will not be required to submit any data on

20  the BASC and i-Ready.  I will already have access to

21  the database for all programs."

22            And then farther down she says:  "The SDQ

23  is the only one that will require submission"?

24       A    Yes.

25       Q    Does this refresh your recollection at all



1   on whether you were required to submit SDQ scores to

2   the Georgia DOE?

3        A    Yes.

4        Q    And you were?

5        A    Yes.  It's part of the triangulation data.

6   So that's why it's not -- yes.

7             MS. GARDNER:  I'd like to ask the court

8        reporter to please mark this document as

9        Plaintiff's Exhibit 648.

10            (WHEREUPON, Plaintiff's Exhibit-648 was

11        marked for identification.)

12  BY MS. GARDNER:

13       Q    You have been handed what's been marked as

14  Plaintiff's Exhibit 648.  This is an email from you

15  to Nakeba Rahming and various GNETS directors, dated

16  July 26, 2016, with the subject line:  "RE: GaDOE's

17  Update to DOJ."

18       A    Uh-hum.  (Affirmative.)

19       Q    This document is Bates-stamped GA00063211.

20            Do you recognize this email?

21       A    Yes.

22       Q    And in this email you're commenting on an

23  update that the Georgia DOE provided to DOJ

24  regarding the work occurring in GNETS programs --

25       A    Yes.



1      Q    -- is that accurate?

2      A    Yes.

3      Q    And your email follows an earlier email

4    response from Kathy Lewis-Hawkins?

5      A    Yes.

6      Q    Who is Ms. Lewis-Hawkins?

7      A    She was a GNETS director that is now

8    retired.

9      Q    You write in your email:  "The past four

10   years have been tough and this letter represent as

11   positive public acknowledgment that we're all

12   working hard and doing the right work, good work for

13   our students.  Your dedication and commitment to

14   fighting for GNETS is evident in not only your moral

15   support, but also in the implementation of our new

16   GNETS Strategic Plan, SLDS Platform, the upcoming

17   new GNETS State Board Rule, and our unified

18   research-based assessment tools that we didn't have

19   to have a bake sale to be able to purchase."

20          Do you see that?

21     A    Uh-hum.  (Affirmative.)

22     Q    When you said "our unified research-based

23   assessment tools," what assessment tools were you

24   referring to?

25     A    The iReady reading and math, and also the



1  BASC-3, and the SDQ.

2      Q    When you say "unified," does that mean

3  that all of the GNETS programs were using those same

4  assessment tools?

5      A    Yes.

6      Q    It was something that Ms. Rahming had

7  implemented?

8      A    Yes.

9      Q    You say "we didn't have to have a bake

10 sale to purchase" the research base assessment tools

11 that you reference.  Who is the "we"?

12     A    GNETS directors.

13     Q    What did you mean by this comment?

14     A    Well, I mean, part of the feedback that we

15 got from all of the start of the DOJ report is, is

16 that all GNETS were using different assessments, and

17 so in order for us to have a common reporting

18 system, we had to purchase that.  Well, our funding

19 is tight as it is, and then to figure out how to do

20 this.

21          So when she came up with a plan and was

22 able to utilize funds for us to be on the same page,

23 it was very supportive.

24     Q    Had North Metro in particular struggled to

25 finance assessment tools in the past?



1        A    We utilized different assessment tools

2   based on what -- so, yes, but we also utilized what

3   our districts used.  So when you're not utilizing

4   the same assessments to be able to report on one

5   program in multiple locations and multiple school

6   districts, it's hard because you don't have any

7   common tools to report on.

8        Q    Okay.  And you can't assess students sort

9   of on some common -- across some common metric?

10       A    Right.

11       Q    IEPs have also come up on several

12  occasions.  Does the North Metro GNETS program

13  provide any reporting to the Georgia Department of

14  Education about the IEPs of students at North Metro

15  GNETS?

16       A    Only when they would come out or have a --

17  submit examples of IEPs as a part of our strategic

18  plan.

19       Q    So you were sometimes asked by the DOE to

20  submit examples of IEPs in connection with your

21  GNETS Strategic Plan and assessment process?

22       A    Yes.

23       Q    And how would that process work?

24       A    I think they were -- at the time what I

25  recall is making sure that our IEPs were based on



1   academic and behavioral needs and individual

2   supports and that the data that we were collecting

3   was really relevant to what the students' needs

4   were.

5             They also I think really had a laser focus

6   to see if we were utilizing the data from iReady

7   reading and math as part of our goals and objectives

8   and our progress monitoring so we could have those

9   common reporting pieces.

10            Also the BASC-3, we -- and the SDQs, we

11  also were expected to list the clinically

12  significant or at-risk behaviors as a part of our

13  present levels of performance and help use that

14  information for writing our behavioral goals as

15  well.

16       Q    So am I correct in understanding then that

17  you would submit sample IEPs to the Georgia

18  Department of Education and they would review them?

19       A    Yes.  They would tell us, you know, I need

20  you to submit one EBD high school students, you

21  know, whatever, one ASD middle school student's IEP,

22  and they would go through and basically evaluate it

23  for, you know, compliance.

24       Q    Did you ever get requests for IEPs that

25  would provide you with actual student names of files



1    that the Georgia DOE wanted to see?

2        A    Not that I recall.  I think we had to

3    de-identify it.

4        Q    When you submitted those student IEP files

5    and the Georgia DOE reviewed them, would they

6    provide feedback to you on those files?

7        A    Yes.

8        Q    And that was in connection with the GNETS

9    Strategic Plan process?

10       A    Yes.

11       Q    We were being compliance monitored prior

12   to the strategic plan.

13            THE VIDEOGRAPHER:  The time is 3:25 p.m.,

14       and we are off the record.

15            (A recess was taken.)

16            THE VIDEOGRAPHER:  The time is 3:36 p.m.,

17       and we are on the record.

18            (WHEREUPON, Plaintiff's Exhibit-649 was

19        marked for identification.)

20   BY MS. GARDNER:

21       Q    Dr. Holifield, I am going to hand you what

22   has been marked as Plaintiff's Exhibit 649.

23            This is an email from you to Vickie

24   Cleveland, dated May 17th, 2019.

25            And this document is Bates-stamped



1    GA00345934.

2          Do recognize this email?

3      A    Yes.

4      Q    And in this you say:  "I'm checking I to

5    see when you're going to email me my three student

6    file names.  My review is on May 22."

7          Do you see that?

8      A    Yes.

9      Q    This is relating to the kinds of requests

10   for student IEP files that we just discussed?

11     A    Yes.

12         MS. GARDNER:  I'm going to ask the court

13     reporter to mark this document as Plaintiff's

14     Exhibit 650.

15         (WHEREUPON, Plaintiff's Exhibit-650 was

16      marked for identification.)

17   BY MS. GARDNER:

18     Q    You've been handed what's been marked as

19   Plaintiff's Exhibit 650.  This is an email thread

20   between you and Nakeba Rahming from March of 2016.

21   The most recent email is one that you sent to Ms.

22   Rahming on March 4, 2016, with the subject "Re:

23   Agenda."

24         This document is Bates-stamped GA00040927.

25         Do you recognize this?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          245

1       A     Yes.

2       Q     You send in your email to Ms. Rahming just

3    the word "okay."  Correct?

4       A     Yes.

5       Q     And that is in response to an earlier

6    email from Ms. Rahming to you in which she says:  "I

7    was calling because I would like an opportunity to

8    sit on an IEP intake or exit session.  If you have

9    any coming up can you please let me know.  I would

10   only like to observe."

11            Do you see that?

12      A     Yes.

13      Q     Did you get back to Ms. Rahming about any

14   IEP intake or exit sessions?

15      A     I don't recall that I did.  I may have but

16   I don't remember.

17      Q     Looking further down in this email thread,

18   am I correct that you and Ms. Rahming also discussed

19   the contents of an agenda for some sort of meeting?

20      A     Yes.

21      Q     Was this a GNETS directors meeting agenda

22   you were discussing or something else?

23      A     Yes, a GNETS directors.

24      Q     And on Page 2 of this document Ms. Rahming

25   says:  "You can put me on the agenda for the morning



```
 1   of the 22nd.  I will need about two and a half

 2   hours.  The outline is below."

 3            Do you see that?

 4       A    Yes.

 5       Q    And some of the agenda items Ms. Rahming

 6   lists include the GNETS Strategic Plan and the

 7   related self-assessment?

 8       A    Yes.

 9       Q    She also identifies collaborative support?

10       A    Yes.

11       Q    And there she says:  "I will use this time

12   to solicit work groups to create the resources

13   needed for some of the strategic plan components"?

14       A    Yes.

15       Q    Did Ms. Rahming ultimately solicit the

16   work groups she references here?

17       A    Yes.

18       Q    And what was that process like?

19       A    Basically, the areas of the GNETS

20   Strategic Plan, all the GNETS directors were placed

21   on different committees to kind of do the research

22   and to look to see what she had developed, if we had

23   any input things that she needed to add or take away

24   from.

25       Q    And did she come up with the idea of
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          247

1   creating those work groups?

2        A    Yes.

3             MS. GARDNER:  I'd like to have this

4        document marked as Plaintiff's Exhibit 651.

5             (WHEREUPON, Plaintiff's Exhibit-651 was

6         marked for identification.)

7   BY MS. GARDNER:

8        Q    You've been handed what's been marked as

9   Plaintiff's Exhibit 651.  This is an email from you

10  to Nakeba Rahming dated March 16, 2016, with the

11  subject line:  "RE: Strategic plan meeting on March

12  17th."

13            The document is Bates-stamped GA00041055.

14            Do you recognize this?

15       A    Yes.

16       Q    And in this email you say:  "The GNETS

17  Executive Board and I met yesterday and we changed

18  the old region committees to reflect the work of the

19  new GNETS Strategic Plan.  We assigned each group to

20  a committee based on the knew strategic plan, but we

21  don't know what your vision is for the committee

22  work.  Do you mind updating your vision for the

23  committee work and then emailing it back to me so I

24  can update the agenda."

25            It continues on from there.  Do you see



1   that?

2          A    Yes.

3          Q    You mention that the GNETS Executive Board

4   and you met?

5          A    Yes.

6          Q    What is the GNETS Executive Board?

7          A    Basically, we have rotating presidents or,

8   you know, chairs of the GNETS, and I think during

9   this period I was the GNETS chair.  And so we would

10  have a leadership team that consisted of different

11  representatives that represented the whole entire

12  state, and we would come together and have meetings

13  on what we felt like the group needed PL on or

14  additional training or additional information.

15          And so during this one we were talking

16  about, you know, the development of the strategic

17  plan.

18          Q    Okay.  How long did you serve as the, I

19  guess, president of the GNETS Executive Board?

20          A    I think it was two years.

21          Q    And are you -- is there still a GNETS

22  Executive Board currently?

23          A    Sort of.  I mean we don't meet as

24  frequently, but we do have a person who's serving in

25  that role, yes.



1    Q    Are you still on the GNETS Executive Board

2  currently?

3    A    No.

4    Q    How long did you serve on the GNETS

5  Executive Board in total, whether president or not?

6    A    I think it was probably three years maybe.

7    Q    Who else were the members of the GNETS

8  Executive Board when you served?

9    A    I think Stacey Benson, Greg McElwee,

10  Kerrie Miller, Desiree Woods.  I'm sure there were

11  some people down South.

12         Steve -- I'm trying to remember Steve's

13  last name.  He was at the Coastal GNETS.  So I

14  remember his first name was Steve.  He retired too,

15  so.

16    Q    Was that Steve Rains or someone else?

17    A    It's a different Steve, yeah.

18    Q    On this chart it also looks like it

19  identifies some Executive Board members.  Would

20  these also have been board members you served with?

21    A    I think -- let's see.  Aubrey -- yes, it

22  looks like, yes.

23    Q    Was there rotation among the GNETS

24  Executive Board?

25    A    Yes.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           250

1      Q    Did Ms. Rahming update her vision for the

2  committee work, as you requested?

3      A    When we got together she did.  We talked

4  about it and then we broke out into our groups.

5           MS. GARDNER:  I'd like to mark this as

6      Plaintiff's Exhibit 652.

7           (WHEREUPON, Plaintiff's Exhibit-652 was

8        marked for identification.)

9  BY MS. GARDNER:

10     Q    You've been handed what's been marked as

11 Plaintiff's Exhibit 652.  This is an email from you

12 to Nakeba Rahming, dated March 30th, 2016, with the

13 subject "March 2016 GaDOE GNETS Directors Meeting in

14 Milledgeville."

15          This document is Bates-stamped GA00041160.

16          Do you recognize this?

17     A    Yes.

18     Q    And you write to Ms. Rahming:  "I sent out

19 a Survey Monkey link this meaning to all GNETS

20 directors asking them to sign up for at least one of

21 the GNETS Strategic Planning Committees."

22          Do you see that?

23     A    Yes.

24     Q    And these are the work groups that Ms.

25 Rahming had initially mentioned she wanted to roll



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                    251

```
 1   out?
 2        A    Yes.
 3        Q    This then says:  "Based on our
 4   conversations, here are the options they were
 5   provided," and it contains a list of committees,
 6   correct?
 7        A    Yes.
 8        Q    Section 5a, it says:  "Integration of
 9   Services and Capacity Building - Exit Criteria"?
10        A    Yes.
11        Q    What was the aim of that committee?
12        A    I think, again, just having the
13   conversations about how to reintegrate students back
14   into the LRE when they were ready to transition back
15   in.
16        Q    And what was the difference between that
17   committee and then Section 5b, which says:
18   "Integration of Services and Capacity Building -
19   Reintegration Plan"?
20        A    I think one focus was on -- and it may be
21   a typo, too, but I think one focus was on how to
22   actually do it with fidelity, but the other probably
23   was based on training, the teachers that were
24   receiving the students, but I don't recall what the
25   difference is right now.
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           252

1              I'm trying to see if there's any verbiage
2      that... looks like it was just a duplication.
3              Well, it does say exit criteria and
4      reintegration plan.  But exit criteria got
5      eliminated.
6          Q    This also has a committee that's called
7      GNETS Operation Manual?
8          A    Yes.
9          Q    What is GNETS Operation Manual?
10         A    It was basically a guidance document that
11     came from the DOE on how to fill out some of the
12     reports, like you pulled up today, about the data
13     management tool, The State Board Rule, and like how
14     to code different things in the different meetings.
15         Q    And what was the aim of this particular
16     committee working on the GNETS operation manual?
17         A    It had not been updated in a really long
18     time, and if they were moving to the strategic plan,
19     just to have a guidance document to know what the
20     expectations are.
21         Q    Okay.  Was that document ultimately
22     updated coming out of this committee?
23         A    I don't think so, no.
24         Q    And why was that?
25         A    I don't recall, but I think the last



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          253

1  operations manual I recall seeing was 2014.  We just

2  had the strategic plan in general, and then a lot of

3  the information that used to be in the operations

4  manual is now put on the -- I think it's the -- it's

5  on the FTE page of the DOE website.

6         So there's a GNETS FAQ that basically has

7  the information that used to be in the manual.

8     Q    And that's an online resource?

9     A    Yes.

10    Q    And then there's something called the

11 GNETS Research Committee.

12    A    Yes.

13    Q    What was the aim of that committee?

14    A    Just to look for the research-based

15 interventions.

16    Q    Moving down into your second paragraph,

17 you say:  "We all discussed the goals, activities,

18 possible artifacts, and resources needed under each

19 of the sections of the strategic plan and then

20 reported out.  Here's what the group stated that we

21 need from you."

22         Do you see that?

23    A    Yes.

24    Q    And when you say "here's what the group

25 stated that we need from you," you're saying from



 1   Ms. Rahming?

 2        A    Yes.

 3        Q    And so correct that under Section 2, which

 4   is Behavior Support and Therapeutic Services, the

 5   group needed from Ms. Rahming a list of

 6   psychometrically sound social-emotional measures for

 7   the committee to review and consider?

 8        A    Yes.

 9        Q    And in that section the group also needed

10   a list of evidenced-based social skills curricula to

11   review and consider?

12        A    Yes.

13        Q    Under Section 5a, it's says the group

14   needed "guidance on developing GNETS uniform service

15   criteria document"?

16        A    Yes.

17        Q    And also that the group needed "guidance

18   on developing a GNETS uniform exit criteria document

19   and data gathering and reporting tool"?

20        A    Yes.

21        Q    And then finally, towards the bottom,

22   under GNETS Operation Manual, it says the group

23   needed from Ms. Rahming "guidance on your vision for

24   the new GNETS Operation Manual"?

25        A    Yes.



1      Q    And under the Research Committee, the

2   group need from Ms. Rahming "guidance on your vision

3   for the GNETS Research Committee"?

4      A    Yes.

5      Q    Did the group receive these things?

6      A    Yes.

7           MS. GARDNER:  I'd like to have this

8       document marked as Plaintiff's Exhibit 653.

9           (WHEREUPON, Plaintiff's Exhibit-653 was

10       marked for identification.)

11   BY MS. GARDNER:

12      Q    You've been handed what's been marked as

13   Plaintiff's Exhibit 653.  This is an email from you

14   to Nakeba Rahming and others, dated March 31st,

15   2016.  The subject is "RE: GNETS Strategic planning

16   committee Sign Up."

17           This document is Bates-stamped GA00041177.

18           Do you recognize this?

19      A    Yes.

20      Q    Am I correct that the others on the

21   recipient list for this email, apart from Nakeba

22   Rahming, are GNETS directors?

23      A    Yes.

24      Q    And here you are providing an update on

25   the number of GNETS programs that have signed up for



1   the GNETS Strategic Planning Committees?

2        A    Yes.

3        Q    And so this shows which GNETS directors

4   from which programs would have been sitting on the

5   committees that were outlined in the prior email?

6        A    Yes.

7        Q    Apart from your role on the GNETS

8   Executive Committee, have you served on any other

9   network wide committees relating to GNETS during

10  your time as a GNETS director?

11       A    That are GNETS specific or just --

12       Q    Committees related specifically to GNETS.

13       A    No.

14       Q    Okay.

15            MS. GARDNER:  I'd like to have this

16       document marked as Plaintiff's Exhibit 654.

17            (WHEREUPON, Plaintiff's Exhibit-654 was

18        marked for identification.)

19  BY MS. GARDNER:

20       Q    You've been handed what's been marked as

21  Plaintiff's Exhibit 654.  This is an email from you

22  to Lisa Futch, Jacqueline Neal, Samuel Clemons,

23  Nakeba Rahming, and Vickie Cleveland, dated January

24  14, 2018, with the subject line "Re: GNETS

25  Reintegration Plan."



1              The document is Bates-stamped GA00015236.

2              Do you recognize this?

3      A     Yes.

4      Q     Am I correct that you sent this email in

5    response to an email from Lisa Futch, in which she

6    says:  "I have worked on the reintegration draft.

7    You all think it is ready?"

8      A     Uh-hum.

9      Q     What is the reintegration draft that Ms.

10   Futch is referring to?

11     A     She created basically a draft of a

12   resource that we can all consider using when we're

13   ready to address a student going back into the LRE.

14   So different components of training and to-do items

15   to be able to make sure the students are successful.

16     Q     And your response is:  "I like this plan

17   much better.  My only

18   question/concern/recommendation is that I think we

19   need to consider adding guidance to the form as to

20   how this is to be listed in the IEP ex.  As a

21   segment or as a supplemental services like OT or PT

22   so we can get funding and our services be coded with

23   the a 4 otherwise we're going to be pulling our

24   current therapeutic staff without accounting for

25   getting funding for these students in their new LRE



1  if it's somewhere else."

2          Do you see that?

3      A    Yes.

4      Q    What does it mean for to you get funding

5  and for your services to be coded with a four?

6      A    Well, just like with traditional, all

7  other special ed students, they have like -- you

8  know, GNETS students are coded a four.  EBD students

9  have a code, an autism kid has a code.  A student

10 with a specific learning disability, they have a

11 code.

12         So that when they submit the reports to

13 the DOE, there's certain funding formulas that are

14 tied into that specific eligibility category.

15     Q    And when you say -- when you use the word

16 "we" here, are you talking about "we" GNETS

17 directors?

18     A    I'm thinking State of Georgia all special

19 ed.  Like special ed programs in general.  All the

20 students with an IEP have a code that relates to the

21 funding that's tied into their, their eligibility

22 criteria.  So not just GNETS.

23     Q    Okay.

24     A    Statewide.

25     Q    So this was not about funding going to



1  GNETS, this was just about broader special education
2  funding?
3       A    No.  It was specific about GNETS funding
4  because we are Code 4, but all other special ed
5  categories have different codes for their students
6  based -- so it's just like -- like I side, like an
7  EBD student has a code, a student with specific
8  learning disabilities has a code.
9            So my suggestion here is, is if we are
10  still coded as a four based on the State Board Rule
11  but if we're going to provide services out in the
12  LRE, how are we going to be able to meet the needs
13  of the students that are a hundred percent in GNETS
14  program, but also be able to provide that support to
15  students that are going into the lesser restrictive
16  environment, because you're robbing from Peter to
17  pay Paul.  You can't do both.
18       Q    So was your question here how you can make
19  sure that students in the LRE receiving supplemental
20  services could be coded in a way that recognized
21  that they were receiving GNETS services so that you
22  would get funding for that?
23       A    So somebody is going to get funding.  If
24  they need the services, it has to be paid for.
25       Q    Right.



1        A    So, again, you know, the way that the

2    GNETS funding formula is put together, it's like a

3    combination of all these different pieces of money.

4    And so my question related to if we're going to do

5    this, should there be a code in the IEP that's

6    listing these services as a supplemental services.

7    Like OT, PT, speech, that sort of thing.  Like how

8    do we that.

9        Q    Okay.

10       A    And I was asking for, you know, do we need

11   guidance.  Is that a recommendation we need to

12   suggest to the DOE to consider funding wise.

13       Q    And what came out of your concerns that

14   you identify here?

15       A    Nothing.

16       Q    So this has not been addressed in any way?

17       A    No.  I mean we're still coded a four, but,

18   no, there's no additional finding.

19       Q    You also mention in the second paragraph

20   here, you say:  "I'd also like to request at our

21   next meeting that Lisa and the other persons leading

22   the charge developing all of our new common forms

23   present them to us at the meeting so they can get

24   everyone's feedback collaboratively when we're all

25   together."



1        A     Yes.

2        Q     Do you see that?

3        A     Yes.

4        Q     What were the new common forms that you

5    were referring to?

6        A     Well, just like each of the committees

7    were working on like the reintegration plan, or a

8    request for services plan, the goal of the DOE was

9    for us to have common referral packages or requests

10   for services throughout the State of Georgia if that

11   was possible.

12       Q     Okay.

13       A     And so the different committees were

14   developing those to present to the rest of the

15   network to see if we had any feedback or comments.

16       Q     Okay.

17           MS. GARDNER:  I'd like to have this marked

18       as Plaintiff's Exhibit 655.

19           (WHEREUPON, Plaintiff's Exhibit-655 was

20           marked for identification.)

21   BY MS. GARDNER:

22       Q     You've been handed what's been marked as

23   Plaintiff's Exhibit 655.  This is an email from you

24   to Nakeba Rahming, Vickie Cleveland, and Pat Wolf,

25   dated January 31st, 2018, with the subject line "RE:



1    Consideration of Services Pilot."

2              This contains one attachment that is a pdf

3    with a file name FY18 Winter GNETS LEA collaborative

4    ppt Final 12-8-2017."

5         A    Uh-hum.  (Affirmative.)

6         Q    The Bates-stamp on this document is

7    GA00015983.

8              Do you recognize this?

9         A    Yes.

10        Q    And you write and you say:  "I'm emailing

11   you because I just reviewed the GNETS Consideration

12   of Services Packet with my School Psychologists and

13   district leaders team.  We found a few areas that

14   conflict with the new GNETS State Board Rule."

15             Do you see that?

16        A    Yes.

17        Q    And is this GNETS Consideration of

18   Services Packet the packet that you discussed

19   earlier that districts fill out when they're

20   considering referring a student for GNETS services?

21        A    I think so.  I'm trying to see if it's

22   listed in the packet.

23             Yes, it is.

24        Q    Was the GNETS consideration of services

25   packet one of the new common forms that you



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          263

1    referenced in the email that we looked at most

2    recently?

3        A    Yes.

4        Q    What prompted you to flag that you found a

5    few areas that conflict with the new GNETS State

6    Board Rule?

7        A    Well, I try to be thorough, and so if I

8    see something that is unclear to me, I want to get

9    clarification.

10            So it looks like here -- it says

11   reevaluation timeline one year versus three years.

12            And so which is it?  Was it supposed to be

13   for a GNETS kid, every three years do they get a

14   comprehensive one or one year.

15            So in an area with some of the information

16   they send out there were two conflicting pieces of

17   information that I just wanted to get clarity.

18       Q    Did you understand that the Consideration

19   of Services Packet was supposed to align with the

20   GNETS State Board Rule?

21       A    Yes.

22            MS. GARDNER:  I'd like to have this marked

23       as Plaintiff's Exhibit 656.

24            (WHEREUPON, Plaintiff's Exhibit-656 was

25        marked for identification.)



1    BY MS. GARDNER:

2        Q    You've been handed what has been marked

3    Plaintiff's Exhibit 656.  This is an email from you

4    to Nakeba Rahming, dated October 27, 2017?

5        A    Uh-hum.  (Affirmative.)

6        Q    With the subject:  "FW: Reintegration

7    committee meeting."

8             And it contains two attachments, the first

9    of which is a document titled "North Metro GNETS

10   Consideration for Services_Revised_July 2017," and

11   the second of which is titled "North Metro GNETS

12   Reintegration Plan_July 2017."

13            The Bates-stamp on this document is

14   GA00132302.

15            Do you recognize this?

16       A    Yes.

17       Q    And you write in this email:  "Nakeba,

18   Good morning.  Although I like the new GNETS

19   consideration of services forms, I like the ones my

20   team and I developed for my program this summer as

21   well.  Are we going to be allowed to use our own new

22   forms or do we all need to use the same forms?"

23            Do you see that?

24       A    Yes.

25       Q    And then you attach your revised forms for



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          265

 1   Ms. Rahming's review and consideration, correct?
 2       A    Yes.
 3       Q    So you are aware that consideration of
 4   services forms have been developed for common use
 5   across GNETS programs?
 6       A    Yes.
 7       Q    And here you are asking Ms. Rahming
 8   whether North Metro would be allowed to use
 9   consideration of services forms that differed from
10   those common GNETS consideration of services forms?
11       A    Yes.
12       Q    Did you receive a response from Ms.
13   Rahming?
14       A    Yes.
15       Q    What was her response?
16       A    She said they were fine.  They took a lot
17   of the information off my forms for the statewide
18   forms.
19       Q    Okay.  And what was -- you also attach
20   your reintegration plan.  What was the purpose for
21   your attaching that?
22       A    Just to show her what we had worked on.  I
23   mean we had been working on the committees, and
24   sometimes it takes a long time to get information
25   back.



1            So we wanted to make sure that we were

2    able to move forward with the expectations of the

3    strategic plan based on The State Board Rule.

4        Q    What is North Metro GNETS' current fiscal

5    year operating budget?

6        A    I want to say it's probably around $6

7    million.

8        Q    Okay.  And what was the budget for the

9    2021-22 fiscal year, approximately?

10       A    It's about the same.  It goes down every

11   year by a couple hundred thousand, but it's in that

12   same range.  Five to six.

13       Q    And where do the funds that make up the

14   North Metro GNETS operating budget come from?

15       A    The State.

16       Q    Any --

17       A    Federal and state dollars.  I'm sorry.

18       Q    I'm sorry?

19       A    Federal and state dollars.

20       Q    Okay.  Is the majority of the budget state

21   dollars?

22       A    No.

23       Q    It's not?

24       A    No.  The majority is federal.

25       Q    The majority is federal?



1     A     Wait, let me -- no.  It's majority state.

2  Sorry.  I'm getting tired.  Sorry.

3     Q     Okay.  You mentioned earlier, I believe,

4  that there is a formula used to determine the level

5  of funding that GNETS programs get?

6     A     Yes.

7     Q     How does that funding formula work?

8     A     To the best of my knowledge, it's very

9  convoluted, but what I've been told is that there is

10  a pot of money that's kind of left over money that

11  the Governor has based on whatever pot, and then

12  based on the number of students that you serve,

13  there's a kind of a proportionate number that varies

14  from year to year that is allotted for each student

15  that you serve, but it's on a three-year rolling

16  average.

17     Q     So your funding for North Metro GNETS

18  would be influenced by the enrollment at North Metro

19  GNETS for the last three years?

20     A     Yes.

21     Q     What is T&E?

22     A     Training and experience.

23     Q     And how does that factor into the funding

24  that GNETS programs receive?

25     A     So based on the years of experience that



1  an employee has and their degree level, they get --

2  so a Ph.D. level employee gets more money than a

3  bachelor's level, to pay their salary.

4       Q    Does a level experience for an employee

5  that you've employed in the past in any way limit or

6  cap the amount of money you can receive for that

7  position moving forward?

8       A    Yes.

9       Q    And how does that work?

10      A    Well, we pay everyone based on the State's

11  salary schedule, but then there's a supplement

12  that's added to that amount.

13      Q    And when you say that the level of

14  experience for an employee that you've employed in

15  the past limits or caps the amount of money you can

16  receive for that position moving forward, how does

17  -- can you just explain that?

18      A    There's a salary schedule, and so the DOE

19  puts out a state salary schedule each year.  So

20  there's a base salary for every position and title,

21  and then the training and experience is an extra

22  supplement that the fiscal agent pays on top of that

23  based on your degree level and your years of

24  experience.

25           So the higher your education level, the



1  more years of experience, you get more money for

2  that.  But it typically caps out at 20 years of

3  experience, unless there's some kind of cost of

4  living raise.

5       Q    Okay.  But if you employed a teacher one

6  year who had three years of experience and then that

7  position was vacated and the following year you

8  wanted to employ a teacher that had 20 years of

9  experience, would you have any trouble paying the

10  teacher with 20 years of experience the T&E?

11      A    I would be able to pay the teacher but

12  that money would have to come out of some other line

13  item in my budget.

14      Q    Okay.  Is that something that you take

15  into consideration when you're filling positions?

16      A    Yes.

17      Q    And what kind of impact does that have on

18  your staffing?

19      A    Well, staffing is most important.  I mean

20  more than 80 percent of my budget, it goes towards

21  staffing, but I want the best and the brightest and

22  that have the right temperament to work with our

23  students.  So if it means I have to be short

24  somewhere else, like buying new equipment or other

25  supplies, I would prefer having a trained and



1   experienced person over flashy, new items for the

2   teachers.

3        Q    Are you familiar with Amber McCullum?

4        A    Yes.

5        Q    Who is Amber McCullum?

6        A    She's a budge person at the DOE.

7             I'm sorry.

8        Q    What is her role with respect -- well, let

9   me reframe that.

10            Does she play any role with respect to

11  funding for GNETS programs?

12       A    Yes.  I think she's the lead person at the

13  DOE level.  Once the governor approves the budget, I

14  think she assists with the allocations that go out

15  to each of the GNETS programs.

16       Q    Are you familiar with Jeronald Bell?

17       A    Geronimo?

18       Q    Jeronald.

19       A    Yes, I'm sorry.  Yes.

20            MS. GARDNER:  I'd like to mark this as

21       Plaintiff's Exhibit 657.

22            (WHEREUPON, Plaintiff's Exhibit-657 was

23        marked for identification.)

24  BY MS. GARDNER:

25       Q    You've been handed what's been marked as



1    Plaintiff's Exhibit 657.

2              This is an email from you to Zelphine

3    Smith-Dixon and Vickie Cleveland, with copies to

4    Leigh Ann Putman and Blake McGaha.

5              The subject is "FW:  FY21 Preliminary

6    GNETS State and Federal Grant Allocations."

7         A    Uh-hum.  (Affirmative.)

8         Q    This document contains three attachments,

9    and the first page is Bates-stamped GA02326483.

10             Do you recognize this?

11        A    Yes.

12        Q    Am I correct that the first of the

13   attachments to this email is the FY21 Preliminary

14   GNETS State and Federal Grant Allocations memo?

15        A    Yes.

16        Q    And that's from Zelphine Smith-Dixon to

17   the GNETS fiscal agents?

18        A    Yes.

19        Q    And then the second attachment is the

20   preliminary FY21 GNETS State and Federal Grant

21   Allocations?

22        A    Yes.

23        Q    I want to just look at that very quickly.

24   This is on the page Bates-stamped GA02326486.

25             Do you see the line for North Metro?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              272

1        A    Yes.

2        Q    And does this -- am I correct the FY21

3    GNETS recommended state allocation was approximately

4    $5.25 million?

5        A    Yes.

6        Q    And 415,000 of that was the FY21 GNETS

7    recommended federal allocation?

8        A    Yes.

9        Q    And then 5.67 million --

10       A    Correct.

11       Q    Sorry.  No.  5. --

12       A    670,868.

13       Q    I need to start over.  I think I messed

14   this up.

15            So the total FY21 GNETS recommended

16   allocation for North Metro was 5.67 million.  Is

17   that correct?

18       A    Yes.

19       Q    415,000 of that was the FY21 GNETS

20   recommended federal allocation?

21       A    Yes.

22       Q    And then 5.25 million was the FY21 GNETS

23   recommended state allocation?

24       A    Yes.

25       Q    I just wanted to clarify that the majority



 1   of North Metro's budget does come from the GNETS

 2   state grant, right?

 3        A     Correct.

 4              MS. GARDNER:  I'd like to mark this as

 5        Plaintiff's Exhibit 658.

 6              (WHEREUPON, Plaintiff's Exhibit-658 was

 7         marked for identification.)

 8   BY MS. GARDNER:

 9        Q     You've been handed what's been marked as

10   Plaintiff's Exhibit 658.  This is an email from you

11   to Nakeba Rahming with a copy to Stacey Benson,

12   Steve Rains, and Desiree Woods, and it bears the

13   subject "Re: GNETS Draft Funding Formula."

14        A     Uh-hum.

15        Q     The document is Bates-stamped GA00784542.

16              Do you recognize this?

17        A     Yes.

18        Q     And am I correct in this email you're

19   confirming that you are going to attend a meeting to

20   discuss a draft funding formula for GNETS?

21        A     Yes.

22        Q     In the email from Ms. Rahming discussing

23   this meeting she says that the meeting will be with

24   Denise Peterson, and then she goes on to say:

25   "Denise will share how she and Debbie came up with



 1   the formula and listen to alternative options so

 2   that we can begin the process for getting it to OPB

 3   and approved for the FY10 fiscal year."

 4        A    Yes.

 5        Q    What is OPB?

 6        A    Office of Planning and Budget.

 7        Q    And how is that relevant in the GNETS

 8   funding process?

 9        A    It comes -- I think it's the part of the

10   Governor's Office of accountability, where the

11   actual -- after the Governor approves the budgets,

12   OPB works to distribute it to the different state

13   agencies.

14        Q    And when -- well, first of all, did you

15   actually attend this meeting that's referenced here?

16        A    Yes.

17        Q    And what was the nature of the discussion?

18        A    Looking at some different ways to consider

19   funding GNETS.  And so they were starting a

20   committee to just hear what some of the ideas were

21   and some of the thoughts, because I think it's been

22   -- I know it's been over -- it seems like it's been

23   over 30 years, if not 40 years, since the funding

24   formula for GNETS has actually been looked at.

25        Q    And was there some goal in thinking about



1    alternative formulas for GNETS?

2        A    Yes.

3        Q    What was that?

4        A    The goal was to see how we could maximize

5    funding because, again, the more students that we

6    receive have more mental health issues than ever

7    before and so providing behavioral supports in the

8    classroom has become a lot more challenging.

9           So the more clinically and specialized

10   psychiatric supports we need, we can't -- we're not

11   able to provide that level of support.

12       Q    Are you aware of a recent -- recent news,

13   and I believe this was last spring, about a

14   potential change in the way that GNETS programs

15   might be funded?

16       A    Yes.

17       Q    What's your understanding of what that

18   proposed change was?

19       A    Is that the proposal -- my understanding

20   is that it may not be grant funded anymore, that it

21   may change over to a QBE funding formula, and that

22   we were going to have some update in November as to

23   what that might look like.

24       Q    And what would it mean for funding to move

25   from a grant formula to a QBE formula?



1        A    It depends on whether the -- the current

2   QBE funding formula, the way that it's currently set

3   up is at a lower rate than it is for GNETS right

4   now.  So it would mean reduce services rather than

5   appropriate services or more services, right now,

6   unless they really look at revising how that funding

7   formula is looked at.

8             So an even swap would not be an even swap.

9        Q    So your expectation is that moving from a

10  state grant formula to a QBE formula would result in

11  GNETS programs losing money?

12       A    Yeah, money -- equal services, yes.

13            And right now we need more services.

14            MS. GARDNER:  I would like to have this

15       document marked as Plaintiff's Exhibit 659.

16            (WHEREUPON, Plaintiff's Exhibit-659 was

17        marked for identification.)

18  BY MS. GARDNER:

19       Q    You've been handed what's been marked as

20  Plaintiff's Exhibit 659.  This is an email thread

21  between you and Vickie Cleveland and Lakesha

22  Stevenson, from June 2019, regarding GNETS Continuum

23  of Services, Student Level Record & Funding.

24       A    Uh-hum.  (Affirmative.)

25       Q    This document is Bates-stamped GA00347596.



1              Do you recognize this?

2        A    Yes.

3        Q    I want to start at the bottom of this

4   email thread, which is the first in time email.  So

5   direct your attention to the second-to-last page.

6              This is your email to Vickie and Lakesha

7   on June 6, 2019?

8        A    Uh-hum.  (Affirmative.)

9        Q    In that email, Ms. -- the third sentence

10  in, you say:  "As you know, it's the end of the year

11  and I'm in the process of making sure that all of my

12  NM GNETS students appear on each of my respective

13  district's student level record reports prior to our

14  superintendent signing off so we will receive the

15  correct amount of funding.  I'm emailing you now

16  because I inquired about one of my missing students

17  on one of my district's student level record

18  reports.  We've been providing consultative services

19  for this student and I was told since we only

20  provide 2 hours of consultative services to the

21  student a month, he will not be coded 4 and we will

22  not receive funding for him.  Will you please let me

23  know how many hours a month of GNETS consultative

24  supports earn funding?"

25       A    Uh-hum.  (Affirmative.)



1    Q    Is this another example of the funding

2  concern that we discussed earlier with GNETS sort of

3  difficulty with providing services in general

4  education environments because of the lack of

5  receiving funding for that?

6    A    Yes.

7    Q    Moving down, you say, and this is the

8  sentence that begins with "However."

9          You say:  "As we continue to provide more

10 intensive therapeutic support services, we have more

11 students returning to their LRE which is amazing and

12 is what we want to do.  However, our enrollment

13 drops and the most significantly mentally ill and

14 behaviorally challenged students remain, while our

15 budgets continue to shrink as we help students

16 transition to their new LRE."

17   A    Uh-hum.  (Affirmative.)

18   Q    This was an effect that you had been

19 seeing at the North Metro GNETS program?

20   A    Yes.

21   Q    And that's about your funding is tied to

22 enrollment?

23   A    It's tied to enrollment, but the students,

24 as we do a better job providing therapeutic

25 supports, our numbers shrink, but the mental health



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          279

1    issues of the students that remain are greater.  So

2    numbers don't equate to the individual needs that

3    the students have.  And that's currently the way I

4    perceive that the budget is set up.

5         Q    Ms. Cleveland responded to your email on

6    June 7, 2019, right?

7         A    Yes.

8         Q    And looking towards the bottom of her

9    response, where she says, "The GNETS continuation of

10   services flow chart."

11        A    Yes.

12        Q    She says:  "The GNETS continuation of

13   services flow chart provides guidance on consult

14   services.  There is a request for consultation form

15   in the packet.  NM should follow this protocol.

16   Several our sites have their current staff provide

17   support for students that are reintegrating or they

18   provide observations that are needed.

19             "NM has several support staff and the team

20   may need to take a look at how these staff might

21   better provide consult services.  We do have

22   programs that are providing these service with less

23   staff.  Consult services are mostly support for

24   teachers, not direct supports to students from my

25   observations."



1          What did you understand Ms. Cleveland to

2    be saying to you?

3          A     To figure it out.  I mean basically.  I

4    just felt like, you know, she was just saying I

5    needed to look to see how I could use the new GNETS

6    funding State Board Rule to provide those services

7    with the current staff that I have, which is pulling

8    from the staff that I have with the most mental

9    health needs.

10         So, again, from my perspective, you're

11   robbing Peter to pay Paul.  If you have the most

12   significant kids in the program because of their

13   mental health and behavioral challenges, but then

14   we're also wanting to provide those services to the

15   kids in the LRE so we won't have recidivism, them

16   coming back and getting those teachers trained, you

17   can't to both with the same person effectively.

18         Q     And to be clear, here you were talking

19   about providing direct services to students in the

20   LRE?

21         A     Yes.  So it was a combination of providing

22   direct services to the students and also the staff

23   because we're not going to be there, we being GNETS,

24   can't be in more than one place.  But if the child

25   is going to be successful in the LRE, we need to



 1  equip the teachers with the skill set that we have

 2  where the child was successful.

 3          So it's kind of a balance in training the

 4  student but also training the teachers as well to

 5  support them.

 6      Q    And you said the concerns that you raised

 7  in prior emails and in this one have not been

 8  addressed to your satisfaction?

 9      A    No.

10          MS. GARDNER:  I'm going to ask that this

11      document be marked as Plaintiff's Exhibit 660.

12          (WHEREUPON, Plaintiff's Exhibit-660 was

13       marked for identification.)

14  BY MS. GARDNER:

15      Q    You have been handed what's been marked as

16  Plaintiff's Exhibit 660.  This is an email from you

17  to Nakeba Rahming and Vickie Cleveland, dated

18  February 14, 2018, with the subject:  "FW:

19  Independence High School Location."

20          This is Bates-stamped GA00201024.

21          Do you recognize this?

22      A    Yes.

23      Q    In this email you say to Ms. Cleveland and

24  Ms. Rahming:  "I want to keep in the loop regarding

25  the facilities complaints I've been receiving our



1   new North Metro GNETS Fulton Independence High

2   School location."

3        A    Yes.

4        Q    What prompted you to share this

5   information with Ms. Rahming and Ms. Cleveland?

6        A    Well, as part of the GNETS Strategic Plan,

7   one of the sections on there is Facilities, and so

8   we were starting to get many complaints from some of

9   our parents just saying that the facility, even

10  though it was renovated, the kids did not have

11  access to some the other things that the traditional

12  students had access to.

13       Q    And this email that you sent to Ms.

14  Cleveland and Ms. Rahming, you forward to them

15  correspondence between yourself and Robert Abernathy

16  and Samad Knight?

17       A    Yes.

18       Q    And who is Robert Abernathy?

19       A    He's a GNETS LEA -- liaison coordinator

20  that's a Fulton County employee.

21       Q    Okay.  And so am I correct that Mr.

22  Abernathy went out to the GNETS location at

23  Independence High School to look at some of the

24  things that complaints have been received about?

25       A    Yes.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                           283

1     Q    And so this correspondence outlines some
2    of those concerns and then some of Mr. Abernathy's
3    thoughts about how to go about addressing some of
4    them?
5     A    Yes.
6     Q    I want to just look at a couple of the
7    concerns, which show up on the second page.
8         One of those was -- it says that the
9    buzzer rings at both the Independence High School
10   door and the GNETS door regardless of which door
11   needs to be answered?
12    A    Yes.
13    Q    GNETS had a door at Independence that was
14   separate from the regular Independence High School
15   door?
16    A    Yes.  They divided the building because it
17   was an alternative school on one side and the GNETS
18   program on the other side.
19    Q    So Independence High School itself is an
20   alternative school?
21    A    It was.  They have now closed it.  So
22   we're no longer in that building.
23    Q    Okay.  This also says the home living room
24   dishwasher and sink disposal weren't hooked up?
25    A    Correct.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          284

1     Q    Is it fair to say those couldn't be used

2    as part of home living without being hooked up?

3     A    That's fair.

4     Q    And this also says that "GNETS lunch is at

5    12:30 after Independence High School students go -

6    often there is only pizza left - parents are upset

7    about GNETS students not having a food choice"?

8     A    Correct.

9     Q    Further down it says, and this is in the

10   second paragraph from the bottom, that "students

11   have to walk outside of the building to go to

12   lunch/breakfast via side door"?

13    A    Yes.

14    Q    Why was that?

15    A    When they renovated the building and --

16   the classrooms for GNETS were not connected.  So

17   they then built like an overpass.  So when the kids,

18   if there's increment weather, they could actually

19   walk out of the building and go in and get lunch.

20   But it wasn't there initially.

21    Q    And there's no interior path for GNETS

22   students to travel to a lunchroom?

23    A    No.  But, again, they've closed the

24   building now.  We're no longer there.

25    Q    In the email that you send to Mr.



1    Abernathy you provide some comments and responses to

2    the concerns, and then Mr. Abernathy is -- sort of

3    thoughts about how to address that; is that right?

4        A    Correct.

5        Q    One of the things you say, and this is

6    about midway down in your email to Mr. Abernathy, it

7    says:  "When IEP meetings are being held, OT

8    services, Speech services, and Therapeutic groups

9    are supposed to be provided.  We don't have any

10   space to sufficiently provide these services.  The

11   GNETS staff has asked to reserve space in the Museum

12   and they are told no.  It would be a great help if

13   you all could assist us with them unlocking the door

14   on the GNETS side with the stairs that lead up to

15   the Museum for us to have easy access to the museum

16   and you all assist us with getting them to allow us

17   to reserve rooms on an ongoing basis so we can

18   provide these students these services."

19            Do you see that?

20       A    Yes.

21       Q    What is the museum?

22       A    The building where Independence --

23   Independence used to be in a totally separate

24   building, and then they -- Fulton County Schools,

25   they turned it into a STEM school, I think.  And so



1  they put the programs that were in the old building

2  that they were tearing down and rebuilding, they put

3  us in a renovated building that was connected to an

4  historic museum in Fulton County.  So we were on the

5  backside of the museum.

6        Q    So I take it from your email that GNETS

7  had asked to use space in the museum because the

8  GNETS program didn't have adequate space in their

9  part of the Independence High School location to

10  provide therapeutic services?

11        A    Correct.

12        Q    And Independence High School told GNETS

13  they could not use the museum space?

14        A    Yes.

15        Q    Do general education facilities where

16  North Metro GNETS houses classrooms have the final

17  say in what parts of the building North Metro GNETS

18  can use?

19        A    Well, the buildings are owned by the LEAs,

20  not by GNETS.  And so whenever we have a facilities

21  issue, I have to bring it up to the district

22  themselves.  So we don't own any of the buildings.

23  So I have to collaborate with them to get it

24  resolved.

25        Q    And so you said that there is no longer a



1    North Metro GNETS site at Independence High School?

2        A    Correct.

3        Q    Is that how this issue was resolved, was

4    just that you moved out of the space?

5        A    Yes.

6        Q    And how, how soon after this February 2018

7    correspondence did you move out of that space?

8        A    It was probably at the end of the school

9    year.

10           MS. GARDNER:  I'm going to ask that this

11       be marked as Plaintiff's Exhibit 661.

12           (WHEREUPON, Plaintiff's Exhibit-661 was

13        marked for identification.)

14   BY MS. GARDNER:

15       Q    You've been handed what's been marked as

16   Plaintiff's Exhibit 661.  This is an email from you

17   to Vickie Cleveland, dated April 12th, 2018, with

18   the subject "Re: Independence High School - Fulton

19   County."

20           This document is Bates-stamped GA00319313.

21           And in your email you say:  "Thanks for

22   the update," correct?

23       A    Yes.

24       Q    And that's responding to an email thread

25   that Ms. Cleveland forwarded to you earlier the same



1   day with an FYI?

2        A    Yes.

3        Q    The forwarded email is from Pat Schofill

4   to Vickie Cleveland and Nakeba Rahming, right?

5        A    Yes.

6        Q    And in that email Pat Schofill says:

7   "Nakeba, Mike spoke with the Facility Director from

8   Fulton County today.  Our concerns were expressed

9   and we asked him to provide us with a response.  I

10  expect to receive this in the next few days."

11           Do you see that?

12       A    Yes.

13       Q    And earlier in the thread am I correct

14  that Vickie Cleveland sent an email to Pat Schofill

15  in which she summarizes what she says "our

16  observations at the GNETS facility Independence High

17  School in Fulton County"?

18       A    Yes.

19       Q    So at some point, I take it, Ms. Cleveland

20  came out to actually tour Independence High School?

21       A    She did.

22       Q    And was that because of the volume of

23  complaints that were being lodged about the

24  facility?

25       A    Yes.



CASSANDRA HOLIFIELD, PH.D.                      December 01, 2022
UNITED STATES vs STATE OF GEORGIA                            289

1      Q    Did she come alone, or was she accompanied
2  by Ms. Rahming?
3      A    I think Ms. Rahming came, too, I think.  I
4  can't remember specifically but I think they both
5  were there.
6      Q    And this list of issues outlines some that
7  I don't believe appeared before.  For example, this
8  says there's no hot running water?
9      A    Uh-hum.  (Affirmative.)
10     Q    It also says there's no access to water
11 fountains?
12     A    Correct.
13     Q    And that there's one bathroom for 17
14 students?
15     A    Correct.
16     Q    This identifies concerns regarding
17 inequality when comparing alternative schools to
18 GNETS space.  Do you see that?
19     A    Yes.
20     Q    What were those concerns?
21     A    When we went to tour the building, the
22 side of the building where the alternative school
23 was housed, we asked to be placed in part of that
24 building, but when the final facilities decision was
25 made, we were not in that part of the building.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                         290

1      Q    And was that part of the building superior

2    in terms of its -- the quality of the facilities?

3      A    The facility had been renovated but it was

4    access to like appropriate bathrooms, water

5    fountains, sensory rooms.  So that sort of thing.

6      Q    Okay.

7           MS. GARDNER:  I'd like to have this marked

8      as Plaintiff's Exhibit 662.

9           (WHEREUPON, Plaintiff's Exhibit-662 was

10         marked for identification.)

11   BY MS. GARDNER:

12     Q    You have been handed what's been marked as

13   Plaintiff's Exhibit 662.  This is an email from you

14   to Vickie Cleveland, dated December 11, 2019.

15          The Bates-stamp on this document is

16   GA00356478.

17          Do you recognize this?

18     A    Yes.

19     Q    In this email you are forwarding

20   correspondence to Ms. Cleveland regarding teacher

21   vacancies at the Independence High School location

22   of the North Metro GNETS program?

23     A    Yes.

24     Q    So I take it this is December 2019, that

25   the Independence High School location was still



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              291

1  open?

2       A    Yes.

3       Q    And the prior correspondence that we

4  looked at was from the spring of 2018, correct?

5       A    Yes.  So it ended, I think, after the end

6  of this year.

7            We were there for a couple of years before

8  they closed the building and moved us over to

9  Centennial.

10      Q    So the end of this year, for Plaintiff's

11 Exhibit 662, would have been the spring of 2020,

12 correct?

13      A    I think so, yes.

14      Q    Okay.  This correspondence that you

15 forward to Ms. Cleveland includes a letter that a

16 parent submitted to a state senator about the

17 situation at Independence High School?

18      A    Yes.

19      Q    And that parent was concerned that there

20 were three teacher vacancies at Independence High

21 School at that time?

22      A    Yes.

23      Q    Those vacancies had existed since the

24 summer of 2019?

25      A    I don't recall.



1    Q    Okay.  The parent says that the students

2  at Independence High School and North Metro GNETS

3  program were all being served by a temporary

4  substitute.  Is that right?

5    A    Yes.

6    Q    Were there any paraprofessionals --

7    A    Yes.

8    Q    -- at that time at Independence High

9  School?

10    A    Yes.

11    Q    How many?

12    A    I don't recall, but because there were

13  some students that had categoricals, which is a

14  one-on-one.  But every classroom did have a para, at

15  least one.

16    Q    What happened after you received this

17  email and letter?

18    A    We continued to recruit for teachers.

19  Fulton County and also North Metro.

20    Q    Was North Metro able to address the

21  vacancies that the parent was complaining of?

22    A    Eventually.

23    Q    During the 2019-2020 school year?

24    A    I don't recall.  I'd have to look at the

25  list.



1      Q    And what prompted you to send this to Ms.

2   Cleveland?

3      A    I just wanted to keep her aware of the

4   issues that were being addressed regarding

5   facilities and also the staffing shortages.  It was

6   a critical teacher shortage everywhere and it's been

7   going on for a while.

8      Q    Does North Metro GNETS program currently

9   have a site at Long Middle School?

10     A    Yes.

11     Q    Is that a site that North Metro moved from

12  another facility?

13     A    Yes.  So all of the transition schools in

14  Atlanta used to be South Metro.

15     Q    Uh-hum.

16     A    And then we acquired them when Atlanta

17  wanted North Metro to be the only GNETS program.

18          MS. GARDNER:  I'd like to mark this as

19      Plaintiff's Exhibit 663.

20          (WHEREUPON, Plaintiff's Exhibit-663 was

21       marked for identification.)

22  BY MS. GARDNER:

23     Q    You've been handed what's been marked as

24  Plaintiff's Exhibit 663.  This is an email thread

25  between you and Troy Keller, Vickie Cleveland, and



1    Katika Lovett, among others, from May 2018,

2    regarding the GNETS classroom at Long Middle School.

3            This document is Bates-stamped GA00322900.

4            Do you recognize this?

5        A    Yes.

6        Q    I want to start at the bottom of this

7    email thread, which is the first-in-time email.

8            Do you see the May 22nd, 2018 email from

9    Michael Rowland to Vickie Cleveland with copies to

10   Pat Schofill?

11       A    Yes.

12       Q    Doug Suits and Anthony Cook?

13       A    Yes.

14       Q    And in that email Mr. Rowland says:  "As a

15   follow up to my previous email regarding the request

16   by APS to relocate a GNETS class at Long Middle

17   School Facility, this facility is currently included

18   in the local facility plan for APS and is eligible

19   to receive state capital outlay funds for

20   renovations and modifications.  Due to the fact that

21   two buildings at this facility are listed as first

22   occupied in 1959, our field consultant who serves

23   APS conducted a site visit at this location to view

24   the proposed classroom to be used for GNETS

25   students."



1            Do you see that?

2        A    Yes.

3        Q    And then he goes on to say:  "Absent any

4    specific program concerns identified by your office,

5    the Facility Services Unit considers this space

6    appropriate for its intended use."

7            Do you see that?

8        A    Yes.

9        Q    So correct that before North Metro GNETS

10   was able to move a classroom to Long Middle School

11   that that needed to be -- the facility needed to be

12   assessed by the Georgia Department of Education

13   Facilities Unit?

14       A    Correct.

15       Q    Did Ms. Cleveland also come to view the

16   facility prior to the classroom being relocated to

17   Long Middle School?

18       A    Yes.

19       Q    And so once both the Facilities Unit and

20   Ms. Cleveland had signed off, then North Metro GNETS

21   program was able to move that classroom to Long

22   Middle School?

23       A    Yes.

24            MS. GARDNER:  What's the time on the

25       record?



```
 1              THE VIDEOGRAPHER:  We're at 6:16.  So you
 2        have about 44 minutes left.
 3              MS. GARDNER:  Okay.  I think I'd like to
 4        take about a ten-minute break and then we'll
 5        come back and finish.
 6              THE VIDEOGRAPHER:  The time is 1:16 --
 7        excuse me.
 8              The time is 4:52 p.m. and we are off the
 9        record.
10              (A recess was taken.)
11              THE VIDEOGRAPHER:  The time is 5:04 p.m.,
12        and we are on the record.
13   BY MS. GARDNER:
14        Q    You have been the director at the North
15   Metro GNETS program for 10 years or so, correct?
16        A    Yes.
17        Q    What is the shortest length of stay for a
18   student at North Metro GNETS that you're familiar
19   with based on your experience?
20        A    I have to think.  I can't think of a
21   specific student offhand, but I to know that it's
22   based on progress and goals, but we have had
23   students to not stay an entire year.
24        Q    So less than a year?
25        A    Less than a year.
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          297

1       Q    And what's the longest length of stay for
2    a North Metro GNETS student that you can recall
3    based on your experience?
4       A    I mean it's all based on the IEP team
5    decision, but it varies based on the severity of
6    each student.
7       Q    Are there any students who are in North
8    Metro GNETS when you assumed the role of director
9    who are still in North Metro GNETS?
10      A    Not that I'm aware of, no.
11      Q    Are there any markers or timelines within
12   North Metro GNETS after which a student has been in
13   the program for a particular length of time where
14   there's any more extensive evaluation or assessment
15   that occurs to kind of consider, you know, what's
16   happening with the student, whether the student
17   needs to continue in kind of a more restrictive
18   environment like North Metro GNETS?
19      A    Yes.
20      Q    What are those markers or timelines?
21      A    Typically, when we see that the behavioral
22   and therapeutic interventions we are administering
23   aren't successful.  There are some kids that have
24   that critical of a need that the IEP team will meet
25   and determine that we need to consider more



```
 1   restrictive services.
 2        Q    And so I guess just to make sure that my
 3   question is clear, I'm asking about whether there's
 4   any sort of trigger point, like, for example, if a
 5   student was in North Metro GNETS for six years, is
 6   there any sort of --
 7        A    Oh, a timeline.
 8        Q    -- time period after which you start to
 9   say, okay, this needs to be looked at more closely
10   to figure out what's happening and why the length of
11   stay is so long?  Is what I'm saying.
12        A    So, no, there's nothing that I'm aware of
13   that is tied to a timeline.  It's more of success,
14   of lessening those really severe behaviors.  But not
15   a timeline that is required or -- no.
16        Q    Okay.
17             MS. GARDNER:  So I would like to have this
18        document marked as Plaintiff's Exhibit 664.
19             (WHEREUPON, Plaintiff's Exhibit-664 was
20         marked for identification.)
21   BY MS. GARDNER:
22        Q    You've been handed what's been marked as
23   Plaintiff's Exhibit 664.  This is the first tab of
24   an Excel file provided by North Metro GNETS to the
25   United States in response to a document subpoena?
```



1       A     Yes.

2       Q     Do you recognize this?

3       A     Yes.

4       Q     Did you prepare this chart?

5       A     Yes.

6       Q     And was the Excel file this chart was

7   included on submitted to the United States in

8   response to a subpoena?

9       A     Yes.

10      Q     Am I correct that this -- or these charts

11  show the total enrollment in North Metro GNETS

12  across all of the school districts served as of

13  August 31st, 2021?

14      A     Yes.

15      Q     And so as of that date you had 242

16  students --

17      A     Yes.

18      Q     -- served?

19            Just so that I'm correct in understanding,

20  do you see in the left-hand column it says four

21  students with autism served in class?

22      A     Yes.

23      Q     And then the total there is 59?

24      A     Yes.

25      Q     Does the 242 program total include the 59,



1  or the 59 in addition to that?

2      A    It includes the 2 -- 59.

3      Q    And this chart shows that as of August

4  31st, 2021, North Metro GNETS had served 48

5  elementary school students?

6      A    Looking for that.

7      Q    It's on the chart on the left, and it

8  breaks it down by --

9      A    Yes.

10      Q    So 48 elementary school students?

11      A    Yes.

12      Q    And that included three first graders,

13  which appears on the right-hand chart?

14      A    Yes.

15      Q    Two second graders?

16      A    Yes.

17      Q    Five third graders?

18      A    Yes.

19      Q    And of all the students served as of this

20  August 31st, 2021 date, it says that three were

21  served less than 10 days?

22      A    Yes.

23      Q    Does that -- the less than 10 days, does

24  that refer to students who have a high rate of

25  absenteeism or students who are withdrawn at some



 1  point?

 2      A    It could be -- we don't, we don't unenroll

 3  them for absenteeism, but it could be the child

 4  moved or something like that.

 5      Q    Okay.  I'd like to show you another

 6  document that will be marked as Plaintiff's Exhibit

 7  665, but this is an electronic document.

 8          (WHEREUPON, Plaintiff's Exhibit-665 was

 9       marked for identification.)

10  BY MS. GARDNER:

11      Q    I'm going to move this a little bit closer

12  so you can see.  I'll share.

13          Can you see that?

14      A    Yes, I can.

15      Q    This is a spreadsheet that was produced to

16  the United States by the North Metro GNETS program

17  in response to the United States subpoena for

18  documents?

19      A    Yes.

20      Q    The internal temporary reference that we

21  have as assigned to this is North Metro_Temp_002628.

22          I do want to represent to you that we have

23  redacted the fields showing each student's first and

24  last name, their student ID number, and their date

25  of birth to protect privacy.



1        A    Okay.

2        Q    But would you look at the spreadsheet and

3    let me know if you recognize it?

4        A    I do.

5        Q    And am I correct that this shows all of

6    the students enrolled in the North Metro GNETS

7    programs whose home school system is Gwinnett

8    County?

9        A    Yes.  That is the BRIDGE and Oakland

10   Meadows, yes.

11       Q    And then it contains tabs that show that

12   information for the 2019-20, the 2020-21, the

13   2021-22 school years?

14       A    Yes.

15       Q    This contains a number of fields.  I just

16   wanted to ask you in particular about one.

17            Do you see the field called "Duration"?

18       A    Yes.

19       Q    What does that signify?

20       A    The number of days I guess they were in

21   the program or in school.

22       Q    So is this the number of days they were in

23   school for a given school year?

24       A    Yes.

25       Q    And so, for example, on this spreadsheet,



1  which is the 2021-22 school year -- and this may be

2  a function of the date that this was produced.

3          Do you see the --

4      A    The date column?

5      Q    -- in 27?

6      A    What is the top of the -- what is it

7  titled?

8      Q    This field.

9      A    Duration.  I have no idea.  My secretary

10 fills this out.  I'm sorry.

11     Q    And correct that for these particular

12 tabs, it shows the date of enrollment for that

13 particular school year?

14     A    Yes.

15     Q    Okay.

16          Would you like me to go back up?

17     A    I'm looking at duration and I'm just

18 trying to recall what the -- I think that is the

19 number of weeks in school.  It looks like -- looking

20 at those numbers, it may be the number of weeks.

21     Q    Okay.

22     A    But I -- I'm not sure.

23     Q    Okay.  Does North Metro regularly track

24 which North Metro GNETS students graduate each year?

25     A    That is done by the LEA, because our



1   students, when they graduate from GNETS, they

2   actually are graduating from their school, since

3   we're part of the program.

4        Q    Does GNETS track whether students who end

5   up graduating pursue post-secondary education?

6        A    No.  That's tracked by the LEA.

7        Q    Does GNETS regularly track the number of

8   North Metro students who drop out?

9        A    No, we don't track that.  That again is

10  tracked by the LEA, since the students are students

11  of the district, not of GNETS.  If that makes sense.

12       Q    Does North Metro GNETS record the

13  attendance of each of its students on a daily basis?

14       A    Yes.

15       Q    And is that done using some sort of an

16  electronic database?

17       A    Yes.  The Infinite Campus in Atlanta and

18  Fulton, and then Synergy for Gwinnett.

19       Q    In order for a student to count as in

20  attendance, what percent or proportion of the

21  instructional day do they have to be physically

22  present?

23       A    It's based on each individual school

24  district.  I think for most of our school districts,

25  if they come to school at the beginning of the day



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          305

1   and they stay until 12 o'clock, I think they count

2   that as a full day.

3        Q    So it's --

4        A    But it depends on the school district's

5   rules for that.

6        Q    Are students ever asked to stay home or

7   sent home due to problem behavior?

8        A    No.

9        Q    Are students --

10       A    Not unless they're suspended.

11       Q    Are students ever asked to stay home or

12   sent home due to lack of staff onsite?

13       A    No.

14       Q    On average, what percentage of North Metro

15   GNETS students are present on any given day?

16       A    It depends on each location.  So that's --

17   would be a site coordinator question, because

18   they're like my building principals in 21 locations.

19       Q    Does North Metro GNETS attendance rates

20   affect any funding that you receive?

21       A    No.

22            MS. GARDNER:  I'd like to have this

23       document marked as Plaintiff's Exhibit 665.

24            I'm sorry, 666.  Thank you.

25            (WHEREUPON, Plaintiff's Exhibit-666 was



1        marked for identification.)

2   BY MS. GARDNER:

3        Q    You have been handed what has been marked

4   as Plaintiff's Exhibit 666.

5             This is an email from you to Vickie

6   Cleveland with a copy to Tasha Wiggins, dated

7   September 26, 2018, with a subject "North Metro

8   GNETS Requested Data," and it includes one

9   attachment that is an Excel file with the file name

10  "North Metro GNETS Data_9-20-18.

11            The Bates-stamp on this document is

12  GA00333801.

13            Do you recognize this?

14       A    Yes, but my data sheet is blank, so I'm

15  not really sure.

16       Q    Okay.  So the attachment was provided in

17  Excel, so I'm going to show the attachment to you

18  electronically.

19       A    Okay.

20       Q    I'll share that.

21            Can you see this document?

22       A    Yes.

23       Q    The information that you sent to Ms.

24  Cleveland, is that information that Ms. Cleveland

25  requested that North Metro GNETS provide?



1      A    Yes.

2      Q    And was the spreadsheet provided to North

3  Metro for North Metro to fill in the fields of that

4  spreadsheet?

5      A    Yes.

6      Q    And am I correct in understanding that all

7  of the other regional GNETS programs were also asked

8  to do that?

9      A    Yes.

10      Q    And in this email you're sending the

11  spreadsheet back with North Metro's data filled in?

12      A    Yes.

13      Q    And according to what you reported, and

14  this is FY18, nine students graduated from North

15  Metro?

16      A    Yes.

17      Q    That same fiscal school year, 39 students

18  transitioned back to their home school district?

19      A    Yes.

20      Q    When it says that that those students

21  transitioned back to their home school district,

22  does that mean that those students were fully in the

23  general education environment?

24      A    Yes.

25      Q    The data you reported also notes that --



1  and this says based on FY19, that 162 students were

2  enrolled in the North Metro GNETS center?

3        A    Yes.

4        Q    And then it says based on FY19, 74

5  students were enrolled in school-based locations

6  within North Metro GNETS?

7        A    Yes.

8        Q    There's a field in this spreadsheet for

9  the number of students participating in extra

10  curriculum activities --

11       A    Yes.

12       Q    -- in FY19.  Do you see that?

13       A    Yes.

14       Q    North Metro left this field blank when

15  sending this document back to Ms. Cleveland?

16       A    Yes.

17       Q    Why was that?

18       A    Well, because, again, we don't track this

19  information.  So I had to try to hunt it down by

20  asking parents and students and all of that, and I

21  just did not have access to the information.  So I

22  could not report accurately on how many of the

23  students were participating in extracurricular

24  activities.

25       Q    Are you familiar with the Apex program?



CASSANDRA HOLIFIELD, PH.D.                                December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                      309

1        A    Yes.

2        Q    What is the Apex program?

3        A    It's a program, to my understanding, where

4    they provide mental health services to students and

5    families that are a part of the program.

6        Q    And do you understand that those mental

7    health services are provided to students in schools?

8        A    Yes.

9        Q    Are there any North Metro GNETS students

10   who access Apex services?

11       A    I know that we try to get a collaborative

12   in our Gwinnett schools to have those services

13   provided but I don't think they were through Apex.

14   My understanding of Apex is when it came about, it

15   was to provide mental health services for general ed

16   students, not special ed students.  That's my

17   understanding of the Apex program.

18       Q    Okay.  So your understanding of the Apex

19   program is that special ed students are not eligible

20   for that particular program?

21       A    That's my understanding.  I'm not very

22   familiar with it, but that is what I understand.

23       Q    When you say you tried to get a

24   collaborative in Gwinnett schools to have those

25   services, are you referring to mental health



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        310

1   services in schools?

2        A    Yes.

3        Q    And you said that was not through Apex,

4   though?

5        A    They have two different agencies that they

6   were looking for, and the reason I got the idea was

7   because some of their other schools were using Apex

8   services and some other vendors to provide mental

9   health, and they were based in the schools.

10            So basically they didn't work for the

11  school, but the County provided them with office

12  space.  And so we started having those conversations

13  right before COVID.  COVID's gone on for a while, so

14  we are still trying to have those conversations.

15            So at this point those services still are

16  not being provided at a regular basis.  On a regular

17  basis.

18       Q    And these conversations you were having

19  about this collaboration, who were those

20  conversations with?

21       A    The special ed directors in Gwinnett.

22       Q    And when you say that there were -- there

23  was an outside agency that would come in and provide

24  the services but be housed at school facilities?

25       A    That was the hope, yes.



1       Q     What were those outside agencies that you

2   were potentially thinking of collaborating with?

3       A     Of course Gwinnett calls it something

4   different.  I don't recall right now, but I will try

5   to recall the names of those agencies and share them

6   with you.

7       Q     Were those government agencies?

8   Independent, private agencies?

9       A     Some of the similar agencies that like are

10  part of the LIPT, the Local Interaction Planning

11  Team.  But even though they have the CSBs that are

12  across the State, some of them serve different

13  districts.

14            So the agencies that Gwinnett was having

15  those conversations with served Gwinnett County

16  family, students and families.

17      Q     Were these CSBs, like covering the area of

18  Gwinnett?

19      A     I don't recall.

20      Q     So just to be clear, you mentioned that

21  it's your understanding that special education

22  students can't access Apex services.  So do you know

23  whether any North Metro GNETS students are currently

24  accessing Apex services?

25      A     Not to my knowledge.



1      Q    Okay.

2      A    Again, my very limited knowledge on Apex

3  is I thought that that program was developed for

4  students that were in a general ed program.  Now, if

5  the program is housed in a school with special ed

6  students, I would assume they have access, but,

7  again, I don't think it was created for students

8  with IEPs.

9      Q    Okay.

10          MS. GARDNER:  I'm going to ask the court

11      reporter to mark three documents at once.

12          The first one I'm going to ask be marked

13      as Plaintiff's Exhibit 667.

14          (WHEREUPON, Plaintiff's Exhibit-667 was

15       marked for identification.)

16          MS. GARDNER:  The second one I will ask to

17      be marked as Plaintiff's Exhibit 668.

18          (WHEREUPON, Plaintiff's Exhibit-668 was

19       marked for identification.)

20          MS. GARDNER:  And the third one I will ask

21      be marked as Plaintiff's Exhibit 669.

22          (WHEREUPON, Plaintiff's Exhibit-669 was

23       marked for identification.)

24          MS. GARDNER:  And, for the record,

25      Plaintiff's Exhibit 667 is Bates-stamped



```
 1        GA05058857.
 2              Plaintiff's Exhibit 668 is Bates-stamped
 3        GA0508776.
 4              Sorry.  Plaintiff's Exhibit 668 is
 5        Bates-stamped GA05058891.
 6              And Plaintiff's Exhibit 669 is
 7        Bates-stamped GA05087765.
 8   BY MS. GARDNER:
 9        Q    Starting with Plaintiff's Exhibit 667,
10   correct that this is an email thread between you and
11   Nakeba Rahming from February 2016, with the subject
12   "RE: Attorney-Client Privilege Document"?
13        A    Uh-hum.  (Affirmative.)
14             Yes.
15        Q    Do you recognize this email thread?
16        A    I don't recognize it, but I see my name
17   and time-stamped on it, yes.
18        Q    And if you look on the second page of this
19   document, the earliest email in the thread, am I
20   correct that that is an email that Nakeba Rahming
21   writes on February 1st, 2016, and begins the email
22   with "Hello GNETS Directors"?
23        A    Yes.
24        Q    Do you see that?
25        A    Uh-hum.  (Affirmative.)
```



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          314

1      Q    And the remaining body of the email is

2   blacked out, correct?

3      A    Correct.

4      Q    At the very bottom of the page, it does

5   show there was an attachment to that initial email

6   that was a Word document.  Do you see that?

7      A    Yes.

8      Q    And it says "GNETS Directors privileged

9   attorney-client form"?

10     A    Yes.

11     Q    You respond to Ms. Rahming on February 13,

12  2016, correct?

13     A    Yes.

14     Q    And the body of your email, apart from

15  your greeting "Hi Nakeba," is blacked out as well?

16     A    Yes.

17     Q    And am I correct that the bodies of the

18  three emails exchanged after that, in the thread

19  between you and Ms. Rahming, are also blacked out?

20     A    Correct.

21     Q    At the time of this email exchange, did

22  you consider North Metro GNETS to be legally

23  represented by Nakeba Rahming or lawyers at the

24  Georgia Department of Education?

25     A    Yes.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          315

1        Q    Are the lawyers for the Georgia Department

2    of Education representing you here today?

3        A    I assume so.  I guess.

4             I mean they're on the Zoom.  So I assume.

5    I don't know what their role is.

6        Q    Okay.

7        A    My main attorney is Beth Morris, but...

8             MS. GARDNER:  So I would like to put a

9        note on the record, the United States

10       disagreement with the assertion of any

11       privilege over the contents of this email.  The

12       email is between an employee of the Georgia

13       Department of Education and a director of a

14       GNETS program.  The State of Georgia has taken

15       the position in this litigation that it does

16       not represent the GNETS programs, any of their

17       fiscal agents or directors.

18            So we request that the State of Georgia

19       produce the unredacted version of this email

20       prior to the close of discovery.

21            We also request that the unredacted

22       version of Ms. Rahming's February 1, 2016 email

23       to the GNETS directors attaching the Word

24       document with the file name GNETS Directors

25       Privilege Attorney-Client Form be produced in

1          unredacted form with the included attachment

2          prior to the close of discovery.

3     BY MS. GARDNER:

4          Q     Moving on to Plaintiff's Exhibit 668, this

5     is an email thread between you and Nakeba Rahming

6     from April 2016 with the subject line "Re: North

7     Metro GNETS File Audit:  Week of March 28, 2016

8     through April 1, 2016, Attorney-Client Privilege?

9          A     Yes.

10         Q     Do you recognize this?

11         A     Yes.

12         Q     There are also attorneys of this email

13    that are blacked out; is that correct?

14         A     Yes.

15         Q     The only thing not blacked out is a

16    discussion about the beach?

17         A     Yes.

18         Q     You said earlier that Nakeba Rahming was

19    the director of the GNETS program at the Georgia

20    Department of Education?

21         A     Yes.

22         Q     To your knowledge, is Ms. Rahming an

23    attorney?

24         A     No.

25         Q     You generated the first email in this



1    thread, correct?

2        A    Yes.

3        Q    And so you created the subject line here

4    that includes "attorney-client privilege"?

5        A    Uh, I guess so.

6        Q    What prompted you to include

7    "attorney-client privilege" language in this subject

8    line?

9        A    I guess because she sent me a document

10   that said attorney -- was I not replying back to

11   that?  I'm trying to -- when I look at this email

12   from February 1st on document 667, it has a document

13   that it looks like it came from Nakeba Rahming,

14   correct?

15       Q    Yes.  So is it your understanding that

16   this April 2016 email is related to the February

17   2016 email?

18       A    Yes.  That's what it looks like to me.

19       Q    Okay.  Was there a file audit of the North

20   Metro GNETS program in 2016?

21       A    Probably, yes.

22       Q    Who performed that file audit?

23       A    I'm sure 2002 Nakeba Rahming and probably

24   Vickie Cleveland if she was there at that time.

25       Q    And what was the nature of the file audit?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          318

1        A    At that point they were going through

2    looking at all of the documents that were being

3    requested by the DOJ, or I don't recall specifically

4    unless it was a part of the compliance review

5    process.

6        Q    Have there been other file audits of the

7    North Metro GNETS program since 2016?

8        A    Probably.  I can't be sure, but...

9        Q    Have you been requested to conduct IEP

10   file reviews?

11       A    I think so.  I think the -- one of the

12   previous emails show that I was asking about the

13   three students that they wanted the IEP reviews.

14            MS. GARDNER:  I'd like to note on the

15       record, similar to Plaintiff's Exhibit 667,

16       that the United States disagrees with the

17       assertion of any privilege over the contents of

18       this email since the email is between an

19       employee of the Georgia Department of Education

20       and a director of a GNETS program, and the

21       State has taken the position in this litigation

22       it does not represent the GNETS programs, any

23       of their fiscal agents or directors.

24            We request that the unredacted version of

25       this email also be produced prior to the close



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          319

1           of discovery.

2                   And for the record sake, again, the

3           Bates-stamp on this document is GA05058891.

4    BY MS. GARDNER:

5           Q    Moving to Plaintiff's Exhibit 669, this is

6    an email from you to Lisa Futch, Nakeba Rahming,

7    Deborah Gay, and Pat Wolf, dated February 3rd, 2016.

8                   Do you recognize this?

9           A    Yes.

10          Q    And this document is Bates stamped

11   GA05087765.

12                  In this email you respond to an email from

13   Lisa Futch, in which she note that she will be

14   unable to make a meeting regarding the strategic

15   plan?

16          A    Yes.

17          Q    And is this reference to the strategic

18   plan in reference to the GNETS Strategic Plan?

19          A    Yes.

20          Q    In your response there is a specific

21   portion of the response that is blacked out,

22   correct?

23          A    Yes.

24                  MS. GARDNER:  For the same reasons that we

25          previously explained on the record, to the



1        extent that the redaction of this email is for
2        privilege, the United States disagrees with the
3        assertion of privilege in this instance, given
4        the presence of Georgia Department of Education
5        employees and GNETS directors on the same
6        communication, and we request that the State
7        produce the unredacted version of this email
8        prior to the close of discovery.
9   BY MS. GARDNER:
10       Q    Ms. Holifield -- Dr. Holifield, were you
11  present for site visits to the North Metro GNETS
12  program locations in which experts for the United
13  States toured facilities and observed classrooms in
14  May of 2022?
15       A    Yes.
16       Q    Were you present for a visit to the Buice
17  Center?
18       A    Yes.
19       Q    For a visit to Centennial High School?
20       A    Yes.
21       Q    For a visit to Tri Cities High School?
22       A    Yes.
23       Q    For a visit to Hamilton Homes Elementary
24  School?
25       A    Yes.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          321

1        Q    I believe there was also a visit to Haynes
2    Bridge Middle School.  Is that correct?
3        A    Yes.
4        Q    Who else was present from North Metro for
5    those site visits?
6        A    My RESA director, Dr. Leigh Ann Putman,
7    and my site coordinator.
8        Q    And who is your site coordinator?
9        A    It depends on the different locations you
10   just named.  I mean if you name them again, I can
11   tell you who's who.
12       Q    That's fine.
13       A    Okay.
14       Q    Was anyone present for those visits from
15   the county school systems that North Metro service?
16       A    Yes.  Their attorneys.
17       Q    And anybody besides the attorneys?
18       A    I think in a couple of the visits the
19   special ed director was present as well.
20       Q    How long before those May 2022 site visits
21   occurred did you learn that they would be happening?
22       A    Probably a couple of weeks to a month,
23   maybe.
24       Q    And how did you first learn about the
25   visits?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          322

 1        A    The information that was sent over from my

 2   attorney.

 3        Q    Did you do anything to prepare for those

 4   visits?

 5        A    Just do my job.

 6        Q    Did you have any conversations with anyone

 7   on your staff about the visits in advance of their

 8   occurrence?

 9        A    Maybe.

10        Q    Who would you have had conversations about

11   that?

12        A    Probably just another GNETS director

13   saying what in the world is happening, what's this

14   going to be like.

15        Q    Did you have any conversations with any of

16   your teachers about the visits that were

17   anticipated?

18        A    Yes.

19        Q    And what was the nature of those

20   conversations?

21        A    Generally, just to let them know we're

22   going to have visitors in the building and to do

23   their job and keep working.

24        Q    Did you put in any special maintenance

25   requests in advance of those visits?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        323

1       A    No.

2       Q    Were there any modifications to student

3   class schedules made in advance of those visits?

4       A    No.

5       Q    To students' schedules themselves?

6       A    No.

7       Q    Did you or anyone on your staff have any

8   conversations with students or their families about

9   the visits in advance --

10      A    No.

11      Q    -- of their occurrence?

12      A    Not other than students to let them know

13  we're going to have visitors in the building and

14  keep doing what they normally do, and that was just

15  sporadic.

16      Q    Were any students invited or requested to

17  stay home on the date that the United States site

18  visits occurred?

19      A    No.

20      Q    Prior to the United States and its expert

21  beginning the site visit at the Buice Center, did

22  you participate in a meeting on that day with your

23  counsel Regan Sauls; the principal of the Buice

24  Center, Kim Mankin; counsel for Gwinnett County,

25  Victoria Sweeney; the Gwinnett County special



```
 1  education director, Nicole White; Shaun Owen of the
 2  Georgia Department of Education; and the State's
 3  counsel Danielle Hernandez?
 4      A    We were all present that day for the
 5  visit.
 6      Q    And did you-all meet in advance of the
 7  visit?
 8      A    We all gathered in the same room prior to
 9  the, the attorneys arriving.
10      Q    And did you all discuss the site visit
11  during that time?
12      A    No.  Not really.
13      Q    So there wasn't a meeting ongoing at the
14  time that the United States and its expert arrived
15  for the tour?
16      A    I think we had a visit about the schedule,
17  how we were going to go and which way -- which
18  classrooms to go to based on the subpoena, what you
19  all asked that you wanted to see.  So it was a
20  meeting about just making sure that the building
21  principals took -- we went on the different
22  locations to everything that you all had mentioned
23  in the letter.
24      Q    Did the group that you were meeting with
25  request that the United States and its expert give
```



1   the group a few minutes to wrap up its meeting?

2       A    I don't recall.

3       Q    And did you have similar meetings prior to

4   the beginning of the site visit at Hamilton Homes

5   Elementary School?

6       A    Same conversations.  Just going over the

7   schedule based on the subpoena which areas you all

8   wanted to see.

9       Q    And was that meeting ongoing at the time

10  that the United States and its expert arrived for

11  the tour?

12      A    Probably.

13      Q    Did you request the United States and its

14  expert give the group you were meeting with a few

15  minutes to wrap up?

16      A    I don't recall.

17      Q    That meeting at Hamilton Homes, your

18  counsel Regan Sauls was present for that?

19      A    Yes.

20      Q    And the principal of Hamilton Homes,

21  Andrea Grainger?

22      A    Yes.

23      Q    Counsel for Fulton County schools, Jeff

24  Daniel?

25      A    Yes.



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              326

1    Q    Shaun Owen of the Georgia Department of

2   Education?

3    A    Yes.

4    Q    And Alexa Ross, counsel for the state?

5    A    Yes.

6    Q    Samad Knight was also present for that

7   meeting?

8    A    Yes, my site coordinator.

9    Q    You talked a lot about GNETS today.  I'm

10  wondering whether you have identified any ways that

11  you think access to educational and therapeutic

12  services for students served, if GNETS could be

13  improved?

14   A    Could you repeat that?

15   Q    Sure.  Are there any ways that you think

16  access to educational and therapeutic services for

17  GNETS students could be improved?

18   A    I think just having more of the

19  therapeutic support services available and to make

20  sure that we follow, you know, IDEA, because we are

21  part of the full continuum of services.

22   Q    What would it take to have more

23  therapeutic support services available?

24   A    It just depends on the needs of the

25  students and being able to provide more school



1   psychologists, social workers and behavioral

2   interventionists to do the same work that we're

3   doing now.

4        Q    What would North Metro in particular need

5   in order to be able to do that?

6        A    I think the same.  I think the staffing

7   pattern and the services that we provide are

8   effective.  I just think we need more of them.

9   Again, like I said before, even though our numbers

10  are less, the mental health needs of our students

11  are greater.

12       Q    Anything apart from that that would be on

13  a wish list you might have for North Metro GNETS?

14       A    Not that I could think of.

15            MS. GARDNER:  One more document and I

16       think we're pretty...

17            I'd like to have this marked as

18       Plaintiff's Exhibit 670.

19            (WHEREUPON, Plaintiff's Exhibit-670 was

20        marked for identification.)

21  BY MS. GARDNER:

22       Q    You've been handed what's been marked as

23  Plaintiff's Exhibit 670.  This is an email from

24  Vickie Cleveland to you and others dated November

25  14, 2018?



1      A    Yes.

2      Q    With the subject line "2017-18 Milestone

3   data."

4           This contains two Excel attachments.  The

5   first is an Excel file with file name "Copy of

6   fy2018_gnets_milestones-eoc."

7           And the second file name "Copy of

8   fy2018-gnets_milestones-eog."

9           And this document is Bates-stamped

10   GA00336618.

11           Do you recognize this?

12      A    Yes.

13      Q    In this email Ms. Cleveland says:  "See

14   the attached 2017-18 EOG and EOC milestones data.

15   We will discuss further.  I look forward to seeing

16   everyone in the morning."

17           Do you see that?

18      A    Yes.

19      Q    What is EOG milestones data?

20      A    End of grade, and end of course.

21      Q    What's the difference between end of grade

22   and end of course milestones?

23      A    The assessments are different.  So certain

24   grade levels are required by the State to have an

25   end of course, and others are end of grade.



```
 1        Q    I want to turn to the attachments, which
 2   are electronic, so I'm going to show the first
 3   attachment.
 4             This is the end of course milestones data.
 5             Do you see this document?
 6        A    Yes.
 7        Q    Am I correct that this shows all of the
 8   various GNETS programs?
 9        A    Yes.
10        Q    With end of course and subject area.
11             It shows the total number of students that
12   were tested and those test results, depending on
13   whether the student was proficient or better or not
14   quite proficient?
15        A    Yes.
16        Q    I also want to show you the second
17   attachment and get you to confirm that one as well.
18             Do you see this attachment?
19        A    Yes.
20        Q    And am I correct that this is the -- a
21   similar spreadsheet but showing end of grade
22   milestones data?
23        A    Correct.
24        Q    Do you see the assessment type here?
25        A    Yes.
```



CASSANDRA HOLIFIELD, PH.D.                         December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              330

1    Q    And then it would show for each GNETS

2    program the total number of students tested, what

3    the subject code is, what the grade level, and then

4    how many students tested proficient or less than

5    proficient or more than proficient?

6    A    Yes.

7    Q    Correct that North Metro's data is

8    included in here as well?

9    A    Yes.

10    Q    Did the discussion of this data that Ms.

11    Cleveland said would happen in her email occur?

12    A    Yes.

13    Q    Was that done at a GNETS directors

14    meeting?

15    A    Yes.

16         MS. GARDNER:  That means my time is up.

17    BY MS. GARDNER:

18    Q    Ms. Cleveland was present for that

19    conversation as well?

20    A    Yes.

21    Q    Was anyone else from the Georgia

22    Department of Education present?

23    A    Typically not unless she had someone from

24    the DOE come in and train us on something.

25    Sometimes she would invite guest speakers in to



 1   train us on something that the State was doing.

 2       Q    And do you remember just briefly what the

 3   nature of that discussion was about the milestones

 4   data with the GNETS directors?

 5       A    We were just to look at the data and

 6   analyze it to see where our students were and to try

 7   to make sure that we implemented more academic

 8   interventions so we could move kids into the

 9   proficient and above area.

10       Q    Okay.  I'll stop sharing that.

11           MS. GARDNER:  Well, thank you very much

12       for your time today.

13       A    Thank you.

14           MS. GARDNER:  You are done and free to go.

15           THE WITNESS:  Thank you.

16           THE VIDEOGRAPHER:  This concludes this

17       video deposition.

18           The time is 5:49 p.m., and we are off the

19       record.

20           MR. JOHNSON:  The State of Georgia had a

21       few questions that we would like to have an

22       opportunity to ask.

23           THE VIDEOGRAPHER:  The time is 5:49 p.m.,

24       and we are on the record.

25           MS. JOHNSON:  We are on the record?



1              THE VIDEOGRAPHER:  Yes.  Yes.

2              MR. JOHNSON:  Okay.  Thank you.

3    EXAMINATION

4    BY MS. JOHNSON:

5         Q    Ms. Holifield, my name is Melanie Johnson.

6    I represent the State of Georgia.  I promise I will

7    keep you here for less than five minutes.  I just

8    have a few follow-up questions.

9              And I apologize, I think I just called you

10   Ms. Holifield.  I meant to say doctor.

11        A    That's fine.

12        Q    I just have a few questions.  The first

13   one is, does the State participate in your program's

14   personnel decisions?

15        A    No.

16        Q    Okay.  And you mentioned earlier that you

17   report to Leigh Ann Putman, the executive director

18   of Metro RESA.  Is that right?

19        A    That's correct.

20        Q    Is she also the individual who hired you?

21        A    No.  She was working at -- in a different

22   position at Metro RESA.  At that time there was

23   another RESA executive director.  But she was a part

24   of the hiring process.

25        Q    Okay.  So it was the executive director of



```
 1   the Metro RESA who hired you, just a different one

 2   than Leigh Ann Putman?

 3        A    Yes.

 4        Q    And does the executive director also

 5   conduct your evaluations?

 6        A    Yes.

 7        Q    Okay.  Does the State of Georgia conduct

 8   any evaluations of you or your staff?

 9        A    Just the strategic plan.

10        Q    Okay.  What about through the TKES and

11   LKES process?

12        A    No.

13        Q    And are you aware of who makes up the

14   members of an IEP team?

15        A    Yes.

16        Q    Is the State of Georgia ever a member of

17   an IEP team?

18        A    No.

19        Q    To your knowledge?

20        A    No.

21             MS. JOHNSON:  All right, those are all my

22        questions.

23             Thank you very much.  I appreciate these

24        extra few minutes of your time.

25             THE WITNESS:  Thank you.
```



1      MS. JOHNSON:  Have a good evening.

2      THE WITNESS:  You too.

3      THE VIDEOGRAPHER:  This concludes this

4  video deposition.

5      The time is 5:52 p.m., and we are off the

6  record.

7      (Whereupon, the deposition concluded at

8  5:52 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6              I hereby certify that the foregoing

7    transcript of CASSANDRA HOLIFIELD, Ph.D. was taken

8    down, as stated in the caption, and the questions

9    and answers thereto were reduced by stenographic

10   means under my direction;

11             That the foregoing Pages 1 through

12   334 represent a true and correct transcript of

13   the evidence given upon said hearing;

14             And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20             IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 8th day of December, 2022.

22                        _Wanda L. Robinson_

23   _____

24        Wanda L. Robinson, CRR, CCR No. B-1973
              My Commission Expires 10/11/2023

25



CASSANDRA HOLIFIELD, PH.D.                          December 01, 2022
UNITED STATES vs STATE OF GEORGIA                              336

1                    D I S C L O S U R E

2    STATE OF GEORGIA   ) 12/01/22 VIDEOTAPE DEPOSITION OF
     FULTON COUNTY        CASSANDRA HOLIFIELD, Ph.D.
3                    Pursuant to Article 10.B of the Rules and

4    Regulations of the Board of Court Reporting

5    of the Judicial Council of Georgia, I make the

6    following disclosure:

7               I am a Georgia certified court reporter.

8    I am here as a representative of Esquire Deposition

9    Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Attorney's

11   Office to provide court reporter services for this

12   deposition.  Esquire Deposition Solutions, LLC will

13   not be taking this deposition under any contract

14   that is prohibited by O.C.G.A. 9-11-28 (c).

15              Esquire Deposition Solutions, LLC has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21              Esquire Deposition Solutions, LLC will

22   charge the usual and customary rates to all parties

23   in the case, and a financial discount will not be

24   given to any party to this litigation.

25



1       ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Deponent Name:  CASSANDRA HOLIFIELD, Ph.D.

3   Case Caption:   United States of America vs. State
                    of Georgia
4

5   Case No. :  1:16-cv-03088-ELR

6       I do hereby certify that I have read all
    questions propounded to me and all answers given by
7   me on the 1st day of December, 2022, taken before
    Wanda L. Robinson, and that:
8

9   _____1) There are no changes noted.

10  _____2) The following changes are noted:

11      Pursuant to state rules of Civil Procedure
    and/or the Official Code of Georgia Annotated
12  9-11-30(e), both of which read in part:  Any changes
    in form or substance which you desire to make shall
13  be entered upon the deposition with a statement of
    the reason given for making them.
14      Accordingly, to assist you in effecting
    corrections, please use the form below:
15

16  CORRECTIONS:

17  _____

18  Page     Line         Change        Reason For Change

19  _____

20  _____

21  _____

22  _____

23  _____

24

25



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                        338

```
 1                    CERTIFICATE  OF DEPONENT

 2

 3        I hereby certify that I have read and examined

 4    the foregoing transcript, and the same is a true and

 5    accurate record of the testimony given by me.  Any

 6    additions or corrections that I feel are necessary,

 7    I will attach on a separate sheet of paper to the

 8    original transcript.

 9

10                      _____

11                           Signature of Deponent

12

13        I hereby certify that the individual

14    representing himself/herself to be the above-named

15    individual, appeared before me this _____ day of

16    _____, 2022, and executed the above

17    certificate in my presence.

18

19

20                      _____

21                           NOTARY PUBLIC

22

23    MY COMMISSION EXPIRES:

24

25
```



CASSANDRA HOLIFIELD, PH.D.                                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA        Index: ..8828136 Cassandra.Ho

---

Exhibits

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT626
4:10
15:1,5

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT627
4:11
23:2,3,7

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT628
4:13
62:6,10

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT629
4:14
82:10,11,15

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT630
4:16
93:7,8,12

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT631
4:19
104:6,7,11 132:2

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT632
4:20
123:12,13,17

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT633
4:23
139:21,22
140:1

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT634
5:4
147:24,25
148:4

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT635
5:7
158:12,13,17

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT636
5:9
160:21,22
161:1

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT637
5:11
164:19,20,24

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT638
5:14
171:2,3,7

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT639
5:16
175:21,22
176:1

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT640
5:18
182:12,13,17

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT641
5:20
191:23,24
192:3

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT642
5:23
202:6,7,11

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT643
6:4
207:3,4,8

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT644
6:6
208:24,25
209:4

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT645
6:9
224:19,20,24

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT646
6:11
227:17,18,22

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT647
6:14
236:15,16,20

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT648
6:16
238:9,10,14

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT649
6:18
243:18,22

8828136 Cassandra.
Holifield,
Ph.D.
PLAINTIFF.
EXHIBIT650
6:20
244:14,15,19



8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT651
6:23
247:4,5,9

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT652
7:4
250:6,7,11

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT653
7:6
255:8,9,13

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT654
7:8
256:16,17,21

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT655
7:10
261:18,19,23

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT656
7:13
263:23,24
264:3

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT657
7:16
270:21,22
271:1

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT658
7:19
273:5,6,10

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT659
7:21
276:15,16,20

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT660
7:23
281:11,12,16

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT661
8:4
287:11,12,16

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT662
8:7
290:8,9,13 291:11

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT663
8:9
293:19,20,24

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT664
8:12
298:18,19,23

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT665
8:13
301:6,7,8
305:23

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT666
8:15
305:25
306:4

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT667
8:17
312:13,14,25
313:9
318:15

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT668
8:19
312:17,18
313:2,4
316:4

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT669
8:21
312:21,22
313:6
319:5

8828136 Cassandra. Holifield, Ph.D. PLAINTIFF. EXHIBIT670
8:23
327:18,19,23

---

**$**

$1,500
169:15,22

$45.00
164:11

$5.25
272:4

$6
266:6

---

**1**

1
119:21
188:5
215:20
315:22
316:8

10
17:7
23:19
72:24
145:16
164:2
188:20
296:15
300:21,23

100
57:5

10:32
75:23



**10:45**
  76:1

**10th**
  186:21

**11**
  48:14
  290:14

**12**
  213:2
  305:1

**12-8-2017**
  262:4

**12:08**
  139:14

**12:09**
  139:17

**12:30**
  284:5

**12:53**
  172:5

**12th**
  287:17

**13**
  213:17
  314:11

**133**
  113:21

**14**
  256:24
  281:18
  327:25

**146**
  111:3

**15**
  14:9
  156:14,17
  214:9
  232:21
  233:1

**150**

**55:11**

**1500**
  9:7

**16**
  93:18
  247:10

**162**
  308:1

**168**
  111:6

**17**
  93:14
  289:13

**1705**
  9:6

**17th**
  243:24
  247:12

**18**
  148:13
  164:25
  215:10,18

**180/edmark**
  149:7

**18th**
  186:22

**19**
  171:8
  227:24

**1959**
  294:22

**1:16**
  296:6

**1:50**
  172:8

**1st**
  9:2  15:15
  107:16
  180:22
  193:23

**313:21**
  317:12

_____

**2**
_____

**2**
  29:13,17
  32:1
  62:25
  65:4
  90:16
  98:4,6
  110:13
  119:8
  128:4
  155:25
  156:23
  157:23
  189:24
  245:24
  254:3
  277:20
  300:2

**20**
  31:18
  114:7,10,
  14 142:20
  269:2,8,
  10

**20%**
  29:18

**2002**
  317:23

**2003**
  34:3

**2011**
  34:3
  37:20

**2012**
  16:15
  18:24
  19:2,3
  23:21

**37:20**
  48:22
  49:4

**2012-ish**
  196:12

**2014**
  253:1

**2015**
  46:1,6,18
  48:3  99:7
  134:6

**2016**
  82:16
  87:1
  93:14
  99:7
  134:7
  158:18
  159:1
  176:3,10
  180:22
  182:18
  202:14
  207:10
  236:22
  237:3
  238:16
  244:20,22
  247:10
  250:12,13
  255:15
  313:11,21
  314:12
  315:22
  316:6,7,8
  317:16,
  17,20
  318:7
  319:7

**2017**
  161:2
  164:25
  171:8
  173:17

**264:4,10,**
  12

**2017-18**
  328:2,14

**2018**
  148:7
  225:1,16
  256:24
  261:25
  281:18
  287:6,17
  291:4
  294:1,8
  306:7
  327:25

**2019**
  47:22
  123:22
  124:12
  128:6
  227:24
  243:24
  276:22
  277:7
  279:6
  290:14,24
  291:24

**2019-20**
  302:12

**2019-2020**
  292:23

**2020**
  291:11

**2020-2021**
  108:2

**2020-21**
  112:4
  302:12

**2021**
  105:19
  106:20,23
  107:7,19,
  20  108:9



111:14,18
299:13
300:4,20

**2021-2022**
108:5
131:19
136:16

**2021-22**
54:19
60:12
72:21
111:12
266:9
302:13
303:1

**2022**
9:2
107:17,20
111:14
320:14
321:20

**2022-2023**
157:21

**2022-23**
55:2
60:16

**21**
48:2,8
116:9
305:18

**212.5**
113:13,15

**22**
104:14,18
105:16
106:23
110:19
132:3
140:4,14
244:6

**22nd**
93:14
246:1

294:8

**24**
20:6,12,
17 63:5
113:6
173:2

**242**
299:15,25

**25%**
32:2

**26**
118:4
225:1,16
238:16
306:7

**26th**
225:9

**27**
264:4
303:5

**275**
60:17

**28**
128:6
316:7

**29**
123:22
124:11

**2nd**
161:2

_____

**3**

**3**
189:2,22

**30**
106:20
107:18
108:9
119:16
156:14,17

157:9
176:9
274:23

**30th**
105:19
108:18,19
250:12

**31st**
255:14
261:25
299:13
300:4,20

**32**
122:7

**320**
60:13

**321**
121:20

**323**
110:25

**33**
132:5
150:22,
23,24
151:1,5

**35**
142:15

**39**
307:17

**3:25**
243:13

**3:36**
243:16

**3rd**
319:7

_____

**4**

**4**
83:17

91:2
244:22
257:23
259:4
277:21

**40**
132:25
157:10
274:23

**415,000**
272:6,19

**44**
296:2

**45**
133:19
134:16
135:1
137:20

**48**
300:4,10

**4:52**
296:8

_____

**5**

**5**
119:21
272:11

**5.25**
272:22

**5.67**
272:9,16

**50**
20:7

**59**
299:23,25
300:1,2

**5:04**
296:11

**5:49**

331:18,23

**5:52**
334:5,8

**5a**
251:8
254:13

**5b**
251:17

**5th**
207:10

_____

**6**

**6**
92:1
159:1
193:22
210:8
277:7

**626**
15:5

**627**
23:2,7

**628**
62:5,10

**629**
82:10,15

**630**
93:7,12

**631**
104:6,11
132:2

**632**
123:12,17

**633**
139:21
140:1

**634**
147:24
148:4



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: 635..academics

635
  158:12,17
636
  160:21
  161:1
637
  164:19,24
638
  171:2,7
639
  175:21
  176:1
640
  182:12,17
641
  191:23
  192:3
642
  202:6,11
643
  207:3,8
644
  208:24
  209:4
645
  224:19,24
646
  227:17,22
647
  236:15,20
648
  238:9,14
649
  243:22
650
  244:14,19
651
  247:4,9
652

250:6,11
653
  255:8,13
654
  256:16,21
655
  261:18,23
656
  263:23
  264:3
657
  270:21
  271:1
658
  273:5,10
659
  276:15,20
660
  281:11,16
661
  287:11,16
662
  290:8,13
  291:11
663
  293:19,24
664
  298:18,23
665
  301:7
  305:23
666
  305:24
  306:4
667
  312:13,25
  313:9
  317:12
  318:15

668
  312:17
  313:2,4
  316:4
669
  312:21
  313:6
  319:5
670
  327:18,23
670,868
  272:12
69
  188:7
6:16
  296:1

7
7
  279:6
70
  188:1,20
70%
  134:21
74
  308:4
79.5
  113:19

8
8
  182:18
8/17/21
  209:6
80
  134:15
  269:20

8th
  87:1

9
9
  82:16
  148:6
  202:14
  211:3
  236:22
90
  55:5
9:14
  9:2
9th
  237:3

A
a.m.
  9:2 75:23
  76:1
ABA
  28:19,24
  154:23
Abernathy
  282:15,
  18,22
  285:1,2,6
Abernathy's
  283:2
ability
  77:19
  127:20
abreast
  52:8
absences
  84:7
  87:22

Absent
  295:3
absenteeism
  300:25
  301:3
absolute
  223:24
academic
  19:14
  22:19
  28:3,7
  29:5,6
  34:17
  38:14
  44:15
  88:9,12
  149:11,
  21,25
  150:7
  151:19
  152:2,6
  154:10
  183:23
  193:23
  197:8
  212:1
  215:19
  216:12
  218:11
  219:20
  242:1
  331:7
academicall
y
  29:10
  61:13
  124:24
  125:9
  193:8
  194:18
  211:6,18
  217:18
  233:10
academics



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: accepted..advance

151:16
156:7,12,
22 157:5
193:14

accepted
64:22

access
17:25
18:1
50:17
76:10,24
77:2,6,7,
12,18
78:8,19,
24 80:1,
16 83:13,
15,17
84:15,18
85:4
86:4,6,15
87:6,10
88:23
89:3,18,
24 90:17,
23 91:8,
14,23
92:18,19,
21 127:20
128:13,
16,19,25
129:3
130:5,10
191:6,8,
10,12,17,
19 213:25
214:3
216:20
230:1
236:6
237:20
282:11,12
285:15
289:10
290:4
308:21
309:10

311:22
312:6
326:11,16

accessed
131:11

accesses
90:12

accessing
311:24

accompanied
289:1

accomplish
133:19

accordance
211:7

account
235:6,7,
18

accountabil
ity
274:10

accounting
109:7
257:24

accounts
235:14,
16,18

accrues
186:13

accurate
63:17
79:14
119:22
239:1

accurately
308:22

achieve
31:18

achievement
151:19

acknowledgm
ent
239:11

acquainted
18:22

acquired
293:16

acronyms
20:23
170:13

acting
36:23
37:9

action
15:7
201:24
202:1
214:20

actions
208:14,16
217:22

Actions/
strategies
208:8

actively
120:11

activities
187:25
188:13
253:17
308:10,24

activity
190:14

actual
28:8 34:5
51:8
95:19
96:23
101:19
150:1
164:12
235:14

242:25
274:11

add
13:8
127:11
128:25
129:10
193:9
246:23

added
30:18
128:24
179:3
180:19
188:10
268:12

adding
129:1,6
178:24
180:15,24
257:19

addition
48:14
118:22
171:20
200:2
300:1

additional
13:6
26:14
55:6
71:2,4
118:23
119:9
180:25
188:20
208:1
235:20
248:14
260:18

address
38:7,23
39:4
40:21

42:8
43:11,17
81:20
195:22
201:25
257:13
285:3
292:20

addressed
187:4
203:24
260:16
281:8
293:4

addresses
36:19

addressing
197:8
283:3

adequate
286:8

adhere
168:8

adjustments
27:22,24

administer
151:20,24
152:15
233:13

administeri
ng
297:22

administrat
ive
87:6
229:23

administrat
or
177:12,25

advance
322:7,25
323:3,9



324:6

advise
 229:21

Advisory
 52:16,23,
 25 53:7
 54:12,15

Advocacy
 11:4

affect
 305:20

Affirmative
 49:5
 65:14
 66:3,13
 73:23
 101:24
 102:9
 115:24
 123:18,24
 127:22
 128:7
 132:23
 133:21
 139:6
 142:1,10,
 25 143:2,
 5 148:8,
 11 149:20
 154:5
 158:21
 172:25
 179:1
 189:4
 204:13
 206:24
 207:21,25
 237:7
 238:18
 239:21
 262:5
 264:5
 271:7
 276:24

277:8,25
278:17
289:9
313:13,25

age
 87:21
 152:20

agencies
 72:9
 73:8,13,
 17,18
 74:4,17
 170:9
 223:16
 274:13
 310:5
 311:1,5,
 7,8,9,14

agency
 21:7,11
 103:10
 162:12
 164:9
 310:23

agenda
 244:23
 245:19,
 21,25
 246:5
 247:24

agent
 49:14,16,
 19 90:6
 105:17
 162:25
 169:5
 268:22

agents
 83:2
 271:17
 315:17
 318:23

aggression
 189:8

aggressive
 221:23,25

agree
 12:8
 147:9
 168:2,12
 181:8

agreeable
 13:25

agreed
 13:21
 162:24

agreeing
 178:18

agreement
 45:17

aids
 176:17

aim
 251:11
 252:15
 253:13

aiming
 31:16

Alexa
 326:4

align
 150:14
 212:15
 263:19

aligned
 31:6
 150:12
 151:12

Allen
 10:9

allocation
 109:11,14
 110:1
 272:3,7,
 16,20,23

allocations
 110:6
 111:24
 270:14
 271:6,14,
 21

allotted
 267:14

allowed
 264:21
 265:8

alongside
 22:9

alternative
 88:17
 274:1
 275:1
 283:17,20
 289:17,22

amazing
 145:17
 278:11

Amber
 270:3,5

America
 9:5

amount
 109:8,9,
 21 110:5
 157:2,3
 268:6,12,
 15 277:15

analysis
 28:20
 135:11

analyze
 331:6

and/or
 34:17
 109:11

Andrea

325:21

Ann
 25:20
 51:22
 52:11
 271:4
 321:6
 332:17
 333:2

announcemen
t
 144:17

annual
 29:18
 93:19

annually
 32:8,9
 75:17
 169:15

answering
 12:13,24

answers
 12:7

Anthony
 294:12

anticipated
 322:17

anticipatin
g
 111:12,20

anymore
 174:24
 275:20

Apex
 308:25
 309:2,10,
 13,14,17,
 18 310:3,
 7 311:22,
 24 312:2

apologize



332:9

**appeared**
289:7

**appears**
71:24
86:23
88:12
134:15
137:13
149:19
158:25
203:13
300:13

**applicant**
146:24
162:11,
14,18

**applicant's**
145:5

**applicants**
145:1,12
146:19
147:17

**application**
104:15,19
105:1,3,
5,7,16,
18,21
106:16,24
107:10,
23,25
108:7,10,
25 109:23
110:1,11,
14,16
112:11
113:12
114:23
115:15
132:3
139:2
145:4
203:22
205:2,6

**applications**
144:21
145:6

**applied**
28:19

**applies**
107:19,21
145:23
187:10,19

**apply**
97:23
108:5
216:24

**applying**
145:1

**appreciative**
138:9

**approval**
105:20,24
109:6,9

**approve**
103:14
106:6

**approved**
50:21,25
109:5
110:5
159:16,
17,21
160:11
162:12
274:3

**approves**
51:11
109:18
270:13
274:11

**approving**
109:8

**Approximate**
137:11

**approximately**
55:3,6
56:21
60:10,13,
14 137:11
266:9
272:3

**April**
82:16
87:1
225:1,16
287:17
316:6,8
317:16

**APS**
42:20
46:8
76:21
77:15
128:15
130:6
294:16,
18,23

**APS'**
76:24

**area**
37:25
38:15
39:5
40:16
135:5
193:4
198:8
201:22
213:18
217:4,23
263:15
311:17
329:10
331:9

**areas**

25:14
47:13
50:4
53:20
126:9
132:17
139:7
152:17
154:14
198:18
210:5
214:22
246:19
262:13
263:5
325:7

**Arlene**
142:19

**array**
203:21,23
205:1

**arrive**
175:10

**arrived**
324:14
325:10

**arriving**
324:9

**artifact**
200:23

**artifacts**
253:18

**ASD**
242:21

**asks**
100:5
205:6
217:9

**aspect**
70:9

**Aspire**
66:20,23,

24 67:2,
7,10

**assertion**
315:10
318:17
320:3

**assess**
32:15
35:7,14
42:6
152:21
241:8

**assessed**
201:23
295:12

**assessing**
32:11
38:11

**assessment**
34:19
36:11
37:1
38:4,10
88:17
162:20,23
198:22
200:16
211:10
233:9
239:18,23
240:4,10,
25 241:1,
21 297:14
329:24

**assessments**
88:15
233:4,6
235:15,20
237:6,15
240:16
241:4
328:23

**assigned**
37:24



CASSANDRA HOLIFIELD, PH.D.                                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                             Index: assist..back

124:4
166:17
167:3
192:6
247:19
301:21

assist
34:20
41:2
72:11
183:10
285:13,16

assistance
34:17
41:4 42:5
128:24
227:24
229:24

assists
270:14

assume
81:9
226:9
231:15
312:6
315:3,4

assumed
297:8

asterisk
116:12

at-risk
217:25
242:12

Atlanta
9:7 30:23
31:3,4
37:25
42:16
43:7,14
45:22
46:19,21,
24 47:3,
4,10,20,

24 48:10,
11,17
49:11
53:20
66:7
71:15
76:15
83:7
85:18
116:23
228:4
293:14,16
304:17

Atlanta's
228:13

attach
264:25
265:19

attached
161:11
162:10
166:13
169:1
328:14

attaching
265:21
315:23

attachment
93:17
94:8,15
148:12,
20,24
161:5
165:2,18,
20 182:21
207:12
262:2
271:19
306:9,16,
17 314:5
316:1
329:3,17,
18

attachments

105:17
264:8
271:8,13
328:4
329:1

attainable
213:5

attempting
143:17
203:14

attempts
228:13

attend
53:22,25
212:12
224:7,10
273:19
274:15

attendance
87:24
88:7
304:13,20
305:19

attended
54:2
74:21
97:17

attending
159:2
211:19

attention
29:12
181:19
277:5

attorney
12:23
315:7
316:23
317:10
322:2

attorney-
client

313:12
314:9
315:25
316:8
317:4,7

attorneys
316:12
321:16,17
324:9

attribute
60:23

Aubrey
249:21

audit
316:7
317:19,
22,25

audits
318:6

August
161:2
225:8
236:22
237:3
299:13
300:3,20

autism
24:2
28:18
42:15
60:8
258:9
299:21

automatic
188:24
189:3,5
190:17

automatical
ly
118:11
147:4
189:24
235:5

236:7

Auxiliary
98:17

average
267:16
305:14

avoid
12:11

award
109:21

aware
16:6 74:6
175:14
195:24
196:8,11
212:14
265:3
275:12
293:3
297:10
298:12
333:13

———————

B

———————

BACB
25:1
163:11

bachelor
143:21

bachelor's
24:4,9
268:3

back
33:20
35:15,16
40:3,15
44:8
60:24
64:5,25
101:5,14
102:3,17



120:22
128:3,23,
24,25
129:19
132:1
134:6
147:9
172:12,
13,16
178:24
179:3,6,
14,22
180:6,9
181:22
182:4
183:21,24
184:6
186:18
188:10
192:25
193:2,6
203:9
218:11
220:10
235:1
245:13
247:23
251:13,14
257:13
265:25
280:16
296:5
303:16
307:11,
18,21
308:15
317:10

**background**
87:21
129:22
145:7
146:22
147:2,8
196:14

**backside**
286:5

**backwards**
102:4

**bake**
239:19
240:9

**balance**
281:3

**ballpark**
54:21

**bandwidth**
182:3

**Barrow**
142:19,23

**BASC**
234:24
235:18
237:20

**BASC-3**
152:11
154:13
220:19
233:4
234:22
235:10,
12,14
237:11,14
240:1
242:10

**base**
44:16
98:3
240:10
268:20

**based**
17:24
21:19
30:1
32:12
35:17
36:14,15
37:10
39:7
50:21,22

51:3
68:17
69:17,19,
24 102:13
103:12
121:25
129:1
135:11
138:20
146:13
152:16
154:17
157:5
175:17
178:17
219:17,19
220:23
241:2,25
247:20
251:3,23
259:6,10
266:3
267:11,
12,25
268:10,23
296:19,22
297:3,4,5
304:23
308:1,4
310:9
324:18
325:7

**baseline**
158:8

**basic**
152:12

**basically**
11:18
29:24
35:12
36:13
42:4
44:21
72:5
76:18,19

84:5
94:19
96:22
98:21
101:13
102:11
109:19
116:16
121:7
126:7,10,
23 127:15
132:14
138:3
150:23
151:19
152:6
155:18
162:11
163:7
173:1,12
177:19
179:12,21
180:3
187:5
189:15
193:11,17
195:20
199:8
200:23
204:19
205:3
206:6
215:7,13
222:21
230:24
242:22
246:19
248:7
252:10
253:6
257:11
280:3
310:10

**basis**
59:3
102:8

138:2
285:17
304:13
310:16,17

**Bates**
207:15
319:10

**Bates-stamp**
93:23
148:15
165:4
176:4
225:4
262:6
264:13
290:15
306:11
319:3

**Bates-
stamped**
82:19
123:25
158:20
161:7
171:10
182:24
192:6
202:16
228:1
236:23
238:19
243:25
244:24
247:13
250:15
255:17
257:1
271:9,24
273:15
276:25
281:20
287:20
294:3
312:25
313:2,5,7



328:9

**bathroom**
289:13

**bathrooms**
290:4

**BCABA**
170:3

**BCABAS**
170:8,10

**BCBA**
170:3,22

**BCBA-D**
170:3

**BCBA-DS**
170:9

**BCBAS**
56:9
59:19
70:17,19
71:2,4,6
117:17
170:8,9,
22

**beach**
316:16

**bear**
118:20

**bears**
273:12

**began**
23:20
134:2
203:2

**begin**
134:4
185:22
186:16
218:1
225:13
274:2

**beginning**
107:17
114:1
158:24
165:24
167:13
233:16
304:25
323:21
325:4

**begins**
113:7
169:24
278:8
313:21

**behalf**
9:14

**behavior**
19:14
28:20
36:5,6,
11,21,22
37:1,2,5,
12,13
43:11,17
44:15
55:18
56:8
59:18
65:17
69:3,14,
22 87:22
88:2
102:6
115:20
117:15
120:7
136:5
137:2
138:4
152:14
166:1,17,
20,21,22
167:3,6,
7,10,19

190:10
193:21
200:8
210:9
222:4,13
254:4
305:7

**behavior-
reduction**
170:2

**behavior-
related**
42:8

**behavioral**
20:10
21:23
22:2,8
24:2,25
25:2
28:3,7
29:4
30:2,9,17
31:2,9
34:17
36:14
37:3,7
38:14,18
40:16
41:2,19
42:12
61:15
63:14
68:24
69:8,19
74:14
117:3
135:10
136:2
152:3,7,
13 154:11
163:11
167:20,23
180:4
183:23
193:1

197:9
201:7
210:17
216:13
217:19
218:12
219:20
220:22
222:3
223:3
224:7
230:12
242:1,14
275:7
280:13
297:21
327:1

**behaviorall
y**
61:12
124:24
125:9
152:22
193:8
194:18
217:18
233:7
278:14

**behaviors**
36:16,18,
20 38:6,8
60:3
120:5,6
155:3,20
187:7
189:7,10,
17,19,20,
23 190:17
222:1
236:2
242:12
298:14

**Bell**
270:16

**benefit**
72:20

**Bennett**
129:20

**Benson**
249:9
273:11

**Beth**
9:14
13:20
315:7

**big**
73:10

**BIP**
155:13
223:4

**BIPS**
36:8,10
40:15
69:7
201:9

**birth**
301:25

**bit**
76:4,5
104:25
122:10
147:19
155:22
179:12
187:12
221:14
301:11

**blacked**
314:2,15,
19
316:13,15
319:21

**Blake**
271:4

**blank**
141:25



CASSANDRA HOLIFIELD, PH.D.                                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                             Index: blended..buy

142:3,17,
21 143:9
207:11
306:14
308:14

**blended**
150:21

**block**
100:3

**blocked**
99:22

**blue**
194:22

**board**
25:2
52:16,23,
25 53:2,
7,8,11
54:12,15
74:19
163:12
168:5
172:19,22
173:17
174:4,7,8
175:15
176:11,25
178:24
180:13
199:5,12
200:8
239:17
247:17
248:3,6,
19,22
249:1,5,
8,19,20,
24 252:13
259:10
262:14
263:6,20
266:3
280:6

**bodies**

314:17

**body**
314:1,14

**bold**
169:25

**booster**
67:8

**bottom**
74:22
89:7,10
135:2
137:12,
17,19
158:25
168:15,22
193:20
194:23
225:14
229:19
237:2
254:21
277:3
279:8
284:10
294:6
314:4

**bound**
168:8

**box**
119:21
137:18
194:22,23
217:9

**BOY**
209:5

**break**
12:22
13:1
75:21
112:7
172:3
212:25
232:22

233:22
296:4

**breakout**
216:16

**breakouts**
216:17

**breaks**
112:15
300:8

**brevity**
20:24

**Bridge**
58:9,16,
24 302:9
321:2

**briefly**
122:11
331:2

**brightest**
269:21

**bring**
33:17
177:23
286:21

**broader**
259:1

**Broadly**
37:6

**brochure**
62:14,17,
25 72:25

**broke**
206:3
250:4

**broken**
151:7
211:12

**brought**
195:23

**BST**

136:1
138:4

**bucks**
190:6

**budge**
270:6

**budget**
52:6
80:22
81:7,12,
19 106:1
107:19,21
108:4
109:8,9,
19 110:9
147:14
180:24,25
234:13,15
266:5,8,
14,20
269:13,20
270:13
273:1
274:6
279:4

**budgeting**
49:25

**budgets**
105:19,24
106:15
108:17
274:11
278:15

**Buford**
45:16,23
46:9

**Buice**
320:16
323:21,23

**build**
180:23

**building**
45:1 60:9

114:17,19
136:10,18
177:11
178:8
189:9
200:7
217:6
221:24
251:9,18
283:16,22
284:11,
15,19,24
285:22,24
286:1,3,
17
289:21,
22,24,25
290:1
291:8
305:18
322:22
323:13
324:20

**buildings**
77:24
191:9
286:19,22
294:21

**built**
67:22
191:3
284:17

**bullet**
66:10
68:23
132:7

**bunches**
157:7

**Burwell**
225:25

**buy**
50:17
190:11



buying
    269:24

buzzer
    283:9

—————————

        C

—————————

calculation
s
    147:15

calendar
    107:12
    233:12

call
    40:13,25
    42:2 59:2
    109:1
    129:12
    131:5
    145:6
    222:7

called
    20:2 39:7
    43:23
    81:15
    85:14
    130:11
    144:24
    252:6
    253:10
    302:17
    332:9

calling
    146:24
    245:7

calls
    311:3

Campus
    76:14,22,
    25 83:14
    85:20
    87:8
    130:2,3

    304:17

cap
    268:6

capacity
    34:8
    217:6
    251:9,18

capital
    294:19

caps
    268:15
    269:2

captioned
    94:14,15

card
    190:12

cards
    219:1

care
    67:22
    119:25
    120:2,17,
    25 121:8,
    14,19,21
    155:13
    210:24

carries
    108:20

carrying
    216:12

case
    15:20
    99:7
    219:18,19
    224:9

Cassandra
    9:4,19
    10:9 15:8

Catalyst
    28:17,24

catchment
    135:5

categorical
ly
    70:5,7

categorical
s
    292:13

categories
    28:23
    70:2
    112:7
    259:5

category
    63:14
    65:16
    68:19
    116:25
    258:14

CBT
    69:22

Centennial
    291:9
    320:19

center
    98:3,14
    187:11,19
    308:2
    320:17
    323:21,24

center-
based
    98:10,23
    102:1
    116:20

centers
    21:13
    114:15
    118:7

Central
    83:7

centralize
    31:9

certificati
on
    25:1,2,13
    139:4,7
    140:19
    141:24,25
    142:2,12,
    20,24
    143:9,12,
    14 144:3
    163:2
    166:2,19
    167:15
    169:4,16

certificati
ons
    24:7
    115:10
    142:5
    145:4

certified
    33:1
    65:10
    70:14
    115:8
    118:17
    142:22
    143:10,
    16,20
    144:4,8,
    10 162:25
    163:6
    164:9
    167:18
    170:23
    212:11
    216:5

CFO
    49:24
    51:1,24
    109:6
    142:13

chair
    43:3
    248:9

chairman
    43:10

chairs
    248:8

challenge
    60:9
    89:23

challenged
    278:14

challenges
    38:14
    77:19,22
    79:8 80:6
    83:21
    167:20
    280:13

challenging
    36:15,19
    37:12
    38:6 60:7
    211:6
    214:5
    275:8

change
    47:16,21,
    24 48:25
    55:19
    56:8
    59:3,8
    89:1
    117:15
    126:5
    127:23
    174:15
    223:6
    275:14,
    18,21

changed
    46:1 47:1
    61:5,6,7



247:17

**characteristics**
63:13

**charge**
260:22

**chart**
110:15,21
112:6
114:22
115:14
116:25
149:5
188:24
215:7,11
228:25
249:18
279:10,13
299:4,6
300:3,7,
13

**charter**
225:2,11,
17 227:6,
12 228:5,
14 229:1,
4,11
230:22
231:7,12,
15,18,19
232:13,19

**charts**
139:3
299:10

**Chattanooga**
24:10,11

**cheat-sheet**
98:8 99:1

**check**
145:7
147:8

**Check-in**
155:13

**Check-out**
155:14

**checkbox**
101:8

**checking**
172:14
244:4

**Checklist**
132:9,13

**Chevrier**
9:12

**chief**
49:24

**child**
36:22
37:9
55:22
64:3
78:18
97:13
101:3,25
120:10,12
135:19
136:12
155:8
157:19
179:5
180:4,6,8
184:19
186:3
189:11
192:25
193:4
231:17
232:2,5,
10 280:24
281:2
301:3

**child's**
37:11
157:18

**children**
22:7,9

167:19

**choice**
284:7

**circumstance**
179:10

**circumstances**
79:18

**Cities**
320:21

**City**
45:16,23
46:9

**civil**
15:7

**Claire**
9:12

**clarification**
174:2
231:2,4
263:9

**clarify**
12:19
19:25
46:2 47:3
81:5
109:3,12
120:13
176:24
272:25

**clarity**
175:16
263:17

**class**
60:8 82:2
101:4,5,
16 193:6,
9,11,23
194:2,9
294:16

299:21
323:3

**classes**
58:23
60:7 91:5
102:3
193:14,18
194:5,12,
13,14,17,
19 195:6
211:16
215:25
216:4

**classified**
212:11

**classroom**
44:18
45:9
59:15,21
70:10
99:19
101:6
102:17
111:7
114:7,10
125:6,16,
18,21,23
177:24
184:20
185:25
187:6,11
195:4
216:10,
17,19
275:8
292:14
294:2,24
295:10,
16,21

**classrooms**
44:22,25
58:14
59:23
60:2
112:11,16

118:8
119:14
150:5,17
199:10
216:6
284:16
286:16
320:13
324:18

**clear**
10:24
30:15
90:3
106:7
111:9
130:16
145:10
147:9
160:8
177:2
179:18
228:17
280:18
298:3
311:20

**Clemons**
256:22

**Cleveland**
106:4,8,
17 123:20
124:11
148:5,6,
20 199:4,
6,21
225:1,8,
16 226:1,
7,11,14,
18,25
227:4,10,
23 228:7
243:24
256:23
261:24
271:3
276:21



279:5
280:1
281:17,23
282:5,14
287:17,25
288:4,14,
19
290:14,20
291:15
293:2,25
294:9
295:15,20
306:6,24
308:15
317:24
327:24
328:13
330:11,18

**clinical**
70:9,15
118:18

**clinically**
152:18
154:14
236:2
242:11
275:9

**close**
315:20
316:2
318:25
320:8

**closed**
283:21
284:23
291:8

**closely**
298:9

**closer**
301:11

**cloudy**
231:10

**co-taught**

184:20

**coach**
181:1,12
183:9

**coaches**
166:21
167:7

**coaching**
33:19
34:15
35:7,16
125:3
126:24
138:8
181:21

**Coastal**
249:13

**code**
98:1,5,9,
10,17
252:14
258:9,11,
20 259:4,
7,8 260:5
330:3

**coded**
257:22
258:5,8
259:10,20
260:17
277:21

**codes**
259:5

**cognitive**
60:3
69:22

**COHEN**
9:12

**collaborate**
50:1
52:13
54:13

170:7
286:23

**collaborate
d**
213:13

**collaborati
ng**
311:2

**collaborati
on**
74:23
195:21
310:19

**collaborati
ve**
45:17
53:4,13,
18 54:11
246:9
262:3
309:11,24

**collaborati
vely**
213:5
260:24

**collect**
28:3,10,
15 36:7,
9,15
63:19
95:15
237:5

**collected**
18:19
28:2,6
140:9

**collecting**
242:2

**collection**
28:19,24
76:6
135:10

**column**
96:12
102:7
299:20
303:4

**combative**
80:13

**combination**
176:12
260:3
280:21

**combine**
60:2
206:17

**combined**
60:9

**comment**
175:13,14
240:13

**commenting**
203:8
238:22

**comments**
176:13
261:15
285:1

**commit**
169:2

**commitment**
169:19
239:13

**committee**
43:15,21
53:18
247:20,
21,23
250:2
251:11,17
252:6,16,
22
253:11,13
254:7

255:1,3,
16 256:8
264:7
274:20

**committees**
43:11
246:21
247:18
250:21
251:5
256:1,5,
9,12
261:6,13
265:23

**common**
28:14
91:3,10
135:18
190:25
220:9
221:6
240:17
241:7,9
242:9
260:22
261:4,9
262:25
265:4,10

**commonly**
16:7
136:6

**communicati
on**
165:8,21
320:6

**communicati
ons**
224:11

**community**
53:4,13
54:11
74:11,19
170:9



company
 29:17
 55:18,20
 71:5

comparable
 91:4,10

comparing
 289:17

compensate
 59:16

compensated
 58:10

competency
 162:20,23

complaining
 292:21

complaints
 281:25
 282:8,24
 288:23

complete
 105:5
 122:25
 162:12,15
 166:3
 167:15
 204:23
 222:25

completed
 166:18

completely
 11:20
 13:4,14

completes
 105:4

compliance
 198:1
 242:23
 243:11
 318:4

complicated

 29:18

comply
 196:24

complying
 197:2
 215:8

component
 155:16
 209:15

components
 197:18
 246:13
 257:14

comprehensi
ve
 55:18
 56:8 63:9
 117:15
 263:14

computer
 151:14
 190:13
 214:7

computers
 51:2

concern
 174:18
 201:21
 278:2

concerned
 128:9,12,
 16 130:4
 291:19

concerns
 17:25
 40:22
 195:22
 260:13
 281:6
 283:2,7
 285:2
 288:8

289:16,20
 295:4

concluded
 334:7

concludes
 331:16
 334:3

conditions
 22:8

conduct
 32:23
 33:18
 123:4
 197:21
 318:9
 333:5,7

conducted
 32:19
 146:16
 199:3
 294:23

conducts
 32:22
 126:17

conferences
 212:13

confidentia
l
 81:21,23,
 24 103:9

confirm
 329:17

confirming
 273:19

conflict
 262:14
 263:5

conflicting
 263:16

confronted
 227:13

confused
 220:13

confusing
 107:8
 231:22

connect
 73:16

connected
 85:22
 88:5
 132:6
 284:16
 286:3

connection
 10:19
 15:24
 198:21
 241:20
 243:8

connects
 81:2

consecutive
 188:2

consent
 72:7
 103:2

considerati
on
 103:16
 136:8
 223:22
 262:1,11,
 17,24
 263:18
 264:10,19
 265:1,3,
 9,10
 269:15

considered
 55:13
 59:21
 77:13
 179:14

221:19
 228:15

considers
 83:16
 295:5

consisted
 248:10

consistency
 166:16
 167:2

consistent
 46:18
 61:3

consolidate
d
 105:18,21
 106:16

constantly
 36:4 75:4

constituted
 52:22

consult
 279:13,
 21,23

consultant
 18:25
 294:22

consultatio
n
 279:14

consultativ
e
 185:13
 186:1,2
 277:18,
 20,23

contact
 26:22
 38:13
 223:13

contacting



128:23

contained
    79:4,13,
    19

content
    25:14

contentious
    224:9

contents
    29:14
    245:19
    315:11
    318:17

context
    36:12

continuatio
n
    279:9,12

continue
    128:13
    278:9,15
    297:17

continued
    292:18

continues
    247:25

continuous
    204:15,20

continuum
    19:12
    101:2
    184:9
    185:4,16,
    21 186:1
    226:16
    230:25
    276:22
    326:21

contract
    55:21
    56:4

117:16
170:7

contracted
    55:12,15,
    16,25
    56:10
    117:9,19,
    20 118:1
    121:1,9

contracting
    71:1,5
    117:24

contractor
    77:13
    78:23
    80:14
    83:16

control
    211:21
    218:17

conversatio
n
    11:18
    12:4
    127:19
    129:20
    166:6
    223:18
    330:19

conversatio
ns
    79:8,17,
    22 80:5
    165:10
    217:16
    251:4,13
    310:12,
    14,18,20
    311:15
    322:6,10,
    15,20
    323:8
    325:6

convoluted
    267:9

Cook
    294:12

coordinator
    32:24
    183:9
    200:7
    282:19
    305:17
    321:7,8
    326:8

coordinator
s
    26:5,7,
    11,16,20,
    23 32:25
    33:17
    34:16
    122:25
    124:12
    130:21
    136:22,25
    137:1,3
    164:1
    224:5

copies
    271:3
    294:9

copy
    78:5,7,11
    79:11,13,
    19 80:9
    86:16
    105:13
    161:11
    273:11
    306:6
    328:5,7

core
    203:21,23
    205:1

correct
    11:12

15:9
23:15,20
34:1
62:23
63:1,8
77:16,17
82:22
83:5
86:5,18,
25 87:16
88:25
91:17,22,
25 92:22
96:9
97:20
98:16
99:15
107:5,7
108:6
110:15
111:8
112:10
113:6,10,
17 114:2,
3 119:16
122:8
123:2
124:10,17
127:17
131:2
138:25
140:16
148:19
149:19
158:25
159:18
160:17
161:10
162:10
165:22
171:24
173:16
176:8
180:16
187:23
201:19
202:19,24

203:3
209:20,
23,24
210:13
211:3
214:18
215:5,18
225:11,13
226:18
228:11
229:12
233:5
237:18
242:16
245:3,18
251:6
254:3
255:20
257:4
265:1
271:12
272:2,10,
17 273:3,
18 277:15
282:21
283:25
284:8
285:4
286:11
287:2,22
288:13
289:12,15
291:4,12
295:9,14
296:15
299:10,19
302:5
303:11
307:6
313:10,20
314:2,3,
12,17,20
316:13
317:1,14
319:22
321:2
329:7,20,



23 330:7
332:19

correctly
169:18

corresponde
nce
282:15
283:1
287:7
290:20
291:3,14

cost
269:3

costs
29:19
31:19,22
234:11
235:9

counsel
9:8 14:6,
8,11,14
172:11
323:23,24
324:3
325:18,23
326:4

Counseling
153:17

count
49:9 56:6
71:14
195:5,6,
8,12
304:19
305:1

country
214:1

county
31:4
45:17,22,
23 46:21,
25 47:4,
5,10 57:4

78:4,25
80:3
83:12,13,
22 85:10,
23 86:15
89:25
90:1
91:9,24
97:3,5,7
130:19
159:2
191:12,
14,15
282:20
285:24
286:4
287:19
288:8,17
292:19
302:8
310:11
311:15
321:15
323:24,25
325:23

couple
10:17
29:13
46:19
74:21
108:12,13
113:24
132:4
266:11
283:6
291:7
321:18,22

coursework
162:20
164:13,14
170:20

court
11:23
12:2
22:25

30:14
62:4 82:8
93:5
104:4
123:10
139:19
147:22
158:10
160:19
164:18
175:19
182:10
191:21
207:1
224:17
238:7
244:12
312:10

cover
235:12

covering
215:24
216:3,4
311:17

covers
84:25
235:9

COVID
121:16,17
199:2
210:16
211:2
218:14
221:1,2,
4,6
310:13

COVID's
310:13

create
12:3
166:15
246:12

created
62:15

84:8,10,
13,18
160:1
257:11
312:7
317:3

creating
44:21
247:1

creation
92:7

credential
163:11
168:17,25

credentiale
d
167:21
168:3

credentiali
ng
167:18
168:7

credentials
25:10
115:4
166:16
167:3

crisis
157:19

criteria
174:2,6
175:2
178:22
179:3,9,
17,19,25
180:5
193:22
251:9
252:3,4
254:15,18
258:22

critical
178:3

293:6
297:24

Crothers-
flamming
142:7

CSBS
311:11,17

curious
141:22
143:3

current
23:12
55:2
92:12
117:21
157:21
210:20
257:24
266:4
276:1
279:16
280:7

curricula
66:17
254:10

curriculum
30:11,19,
24 31:10
39:23,24
65:10,19,
24 66:22
67:20
68:2,6
88:15
116:3
117:2,4
119:2
120:24
121:5,19,
21 126:25
150:2,8,
15 154:22
159:4,5,
11,15



160:12,13
164:8
200:10
201:12
237:3
308:10

**curriculums**
159:16

———————————
          **D**
———————————

**daily**
60:18
99:15
304:13

**Daniel**
325:24

**Danielle**
324:3

**dark**
132:7

**dashboard**
80:18,20,
21,23,25
81:1,9
82:17,24
83:9,24
84:8,11,
13 87:2,
10 89:8,
12,18
90:16
91:3 92:2

**data**
27:21
28:2,4,6,
10,13,15,
19,22,24
29:5,6,7
32:7
36:7,9,15
39:8
40:14,18

63:20
76:5,9,
13,17,20
83:17
84:1,3,6
88:7,8,9,
12,13
89:4,25
90:10,11,
13 91:4,
8,10,12,
13,15,19,
21,24
92:4,10,
23 93:14,
21 94:3,
15,18
95:10,15,
24 96:3
107:22
108:1
118:23
125:5
131:12
135:10,
20,23
178:18
190:23,25
199:14,19
213:7
217:19,24
218:8,9,
12 222:10
236:1
237:19
238:5
242:2,6
252:12
254:19
306:8,14
307:11,25
328:3,14,
19 329:4,
22 330:7,
10 331:4,
5

**data/
records**
89:19

**Data_9-20-
18**
306:10

**database**
76:9,25
83:14
86:3
92:19
237:21
304:16

**databases**
76:18
80:17

**date**
9:1 15:16
97:10,12,
17 141:6,
7,9,17
147:15
167:12
299:15
300:20
301:24
303:2,4,
12 323:17

**dated**
82:16
93:13
123:22
161:2
164:25
171:8
180:22
182:18
202:14
207:10
209:6
225:1
227:23
238:15
243:24

247:10
250:12
255:14
256:23
261:25
264:4
281:17
287:17
290:14
306:6
319:7
327:24

**dates**
97:21

**day**
59:7
64:15,19,
22 97:13,
15 99:18,
21,24
102:15
110:4
136:23
151:14
157:12
159:14
186:21
195:6,8,
12 200:7
288:1
304:21,25
305:2,15
323:22
324:4

**day-to-day**
59:3,9,12

**days**
186:16
188:2
195:5
288:10
300:21,23
302:20,22

**DBHDD**

74:15

**de-
escalation**
154:25

**de-identify**
243:3

**deal**
174:4,15

**Deanie**
123:20
124:3
128:5
129:20

**Debbie**
203:18
204:5
273:25

**Deborah**
52:1,2
202:14
204:6,9
319:7

**December**
9:2 15:15
176:3
180:22
182:18
290:14,24

**decide**
169:4
177:20

**decided**
179:5

**decision**
64:20
133:12
147:6,11,
12 177:11
192:24
289:24
297:5



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: decisions..developing

decisions
  177:10
  332:14

deck
  177:18,22
  178:12

decrease
  60:21
  186:12,20

dedicated
  116:21

dedication
  239:13

deeper
  40:21
  120:4
  121:4
  146:7

deficiency
  201:21

definition
  173:1
  188:5

degree
  24:6,9,
  13,15
  25:15
  115:7
  268:1,23

degrees
  23:23,25
  24:24

deliver
  150:10
  151:6
  153:22

delivered
  122:2

delivering
  35:6 68:1
  119:3

Delivery
  184:9
  185:4,16

demonstrate
  212:1

Denise
  273:24,25

deny
  103:14

department
  17:2,5
  19:7 21:3
  33:12
  39:13,21
  40:6
  41:20
  49:25
  74:7,10,
  13 81:3,
  10 82:5
  85:2 93:1
  95:5,11,
  18,20
  99:8
  102:21
  103:14
  104:12
  105:9
  106:8,12
  162:3
  164:4
  198:21
  224:12
  233:25
  236:5,6
  241:13
  242:18
  295:12
  314:24
  315:1,13
  316:20
  318:19
  320:4
  324:2
  326:1

330:22

depend
  90:18

depending
  102:6
  118:16
  156:18
  200:5
  329:12

depends
  28:8
  35:11
  37:5
  38:12
  59:7 60:3
  68:17
  69:8
  75:13
  78:15
  88:4
  99:22
  108:11
  127:5
  150:20
  156:6,8,
  13
  157:12,18
  184:19
  190:5
  276:1
  305:4,16
  321:9
  326:24

deploy
  67:3

deployed
  65:25
  66:4

deploying
  30:9,16

deposed
  10:10,13

deposition

9:3 10:6,
16,18,24
11:6,14
14:4,11,
14,17,20,
23 15:7,
23 331:17
334:4,7

depositions
  11:8
  13:22
  14:20

depth
  146:21

Derrick
  202:12

description
  29:15
  177:9

designed
  38:17
  127:8,13

designees
  199:22

Desiree
  202:12
  249:10
  273:12

desires
  37:11

destruction
  189:8

determinati
on
  103:17
  231:7

determine
  38:5
  40:20
  111:24
  124:20
  125:13

147:14
222:11
228:13
229:16
233:6,10
267:4
297:25

determined
  86:10
  194:6
  195:9

determines
  101:3

determining
  125:4
  178:16
  229:25

develop
  34:19
  35:1,14
  37:1,10
  38:7
  39:22
  42:7
  44:4,6
  183:13
  201:24
  203:18
  204:20
  205:18

developed
  170:2
  206:9
  246:22
  264:20
  265:4
  312:3

developer
  133:13

developing
  176:11
  196:17,20
  254:14,18
  260:22



261:14

**development**
34:20,22
35:1,5,6,
8,12 36:1
41:13
90:22,24
122:6
125:1
204:17
248:16

**Developmental**
74:14

**diagnostic**
133:4
233:13,16

**differed**
265:9

**difference**
231:11
251:16,25
328:21

**differences**
178:6,11
215:12

**differentiated**
127:15

**differently**
190:6

**difficult**
130:13
212:23
213:16

**difficulties**
153:2
212:1

**difficulty**
278:3

**dig**
39:8
40:21

**digs**
146:6

**direct**
26:4,8,9,
22 29:12
33:18
150:25
151:15
161:20
163:8
170:1
184:22,25
185:18,21
277:5
279:24
280:19,22

**directed**
15:8
165:21

**direction**
128:15
130:7

**directly**
25:18
26:21
30:7 33:2
79:1
95:25
191:9
225:17
235:1

**director**
23:14,17,
21 25:11,
18,20,23,
24,25
27:8
29:15
33:22,24
34:2,8
49:3,8

51:23
80:15
106:1
114:2
173:8,11
183:12
199:21
204:10
225:21,23
228:19
239:7
256:10
288:7
296:14
297:8
315:13
316:19
318:20
321:6,19
322:12
324:1
332:17,
23,25
333:4

**directors**
14:20
16:24
17:1
34:16
52:17,18,
19 53:5,
20 54:3,6
87:1,5
88:23
127:24,25
138:23
159:16,
21,24
160:3
162:6
165:21
195:22
196:5
204:19
205:4
227:3,5

233:19
238:15
240:12
245:21,23
246:20
250:13,20
255:22
256:3
258:17
310:21
313:22
314:8
315:17,
23,24
318:23
320:5
330:13
331:4

**directors'**
127:20
199:22

**disabilities**
22:3,10,
18 24:3
67:17
74:14
212:20
259:8

**disability**
19:13
63:13
258:10

**disaggregate**
87:11

**disagreement**
315:10

**disagrees**
318:16
320:2

**discipline**
40:18

87:23,25
88:7

**discovery**
315:20
316:2
319:1
320:8

**discuss**
52:9
85:14
87:1
190:1
221:3
273:20
324:10
328:15

**discussed**
17:13
63:4
205:24
244:10
245:18
253:17
262:18
278:2

**discusses**
122:7,24
132:25
133:15

**discussing**
83:21
89:24
209:21
245:22
273:22

**discussion**
73:24
135:3
139:16
274:17
316:16
330:10
331:3



CASSANDRA HOLIFIELD, PH.D.                                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                 Index: discussions..documents

discussions
  166:25

dishwasher
  283:24

Dismissal
  102:8

dismissing
  204:2

disorders
  24:2 40:5
  41:19
  42:12
  63:14

dispensed
  51:3

disposal
  283:24

distinction
  39:2

distribute
  274:12

distributio
n
  204:1

district
  31:1,11
  40:25
  43:7
  46:23
  50:25
  57:7,12,
  15 74:22
  75:6,9
  84:19,20
  88:5
  92:7,19
  96:15,18,
  21,24
  97:2,4,6
  103:8
  110:23
  112:7

137:2,3,5
149:16
150:14
179:22
191:10
200:9
211:17
222:3,12,
16,22
223:12,17
229:8,9,
11 230:22
231:14,
16,18,19
232:7
233:21
262:13
286:21
304:11,24
307:18,21

district's
  31:13
  87:7
  116:18
  277:13,17
  305:4

district-
wide
  43:12,15

districts
  30:4,6
  31:7
  40:12,24
  41:9,25
  47:2
  52:19
  54:7,8,25
  55:10
  66:9 75:8
  83:15
  84:21
  87:12
  89:20
  90:4,5,9,
  13 137:7

177:17
179:8
180:6
187:22
197:12
219:1
222:2
224:6,13
232:11
241:3,6
262:19
299:12
304:24
311:13

divide
  118:13

divided
  46:20,22
  126:7
  283:16

division
  47:1

doctor
  332:10

doctorate
  24:1,15

document
  15:11,14,
  18,20
  17:16
  23:1,8
  62:11,15,
  20 82:9,
  18 86:24
  93:6,23
  94:8,9,
  12,16,17,
  20,25
  101:6
  104:5,11,
  16,21,23
  106:6
  111:17
  123:11,25

127:19
128:4
132:5
138:24
139:20
140:1,3,
6,8
148:13,15
158:19
160:20
161:5,7
164:18
165:2,4
171:2
175:5
176:4
182:11,
22,24
183:1
188:4
192:3,5,
8,11,13,
17,18
193:20
202:5,16,
17,19
203:13,
15,18
204:2
205:12,18
206:10,
17,21
207:2,13,
15,23
208:24
209:9,11,
18 210:8
221:4
224:18
225:4
228:1
236:15,23
238:8,19
243:25
244:13,24
245:24
247:4,13

250:15
252:10,
19,21
254:15,18
255:8,17
256:16
257:1
262:6
264:9,13
271:8
273:15
276:15,25
281:11
287:20
290:15
294:3
298:18,25
301:6,7
305:23
306:11,21
308:15
313:12,19
314:6
315:24
317:9,12
319:3,10
327:15
328:9
329:5

document's
  191:22

documentati
on
  105:20

documents
  14:16
  18:11,17,
  19 62:22
  76:20
  81:8
  199:8
  201:1
  203:16
  301:18
  312:11



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: DOE..education

318:2

DOE
16:20
17:16
18:25
21:2
40:24
80:21
81:7,18
84:12
95:3
99:12
106:3,4
111:24
121:2,10
124:4,5
125:24
126:1
128:23
153:12
160:5
162:19,22
195:21
196:13
198:15
199:1
200:17
230:21
231:3
233:14
234:19,23
235:1,5,
9,17,19
238:2,23
241:19
243:1,5
252:11
253:5
258:13
260:12
261:8
268:18
270:6,13
330:24

DOJ
195:23

238:17,23
240:15
318:3

dollars
190:11
266:17,
19,21

door
283:10,
13,15
284:12
285:13

Doug
294:12

draft
161:14
167:1
169:9
171:15
173:21
175:7
182:20
183:3
196:22
202:15
203:2
257:6,9,
11
273:13,20

drafted
161:12

draw
50:22

drawn
131:17

drive
160:2

drop
189:5,22,
24 190:2
304:8

drops

188:25
189:3
278:13

due
63:12
215:24
216:23
294:20
305:7,12

dug
121:4

duly
9:20

duplication
252:2

duration
302:17
303:9,17

duties
27:8
58:21
144:18
162:15

_____

E
_____

earlier
13:8
79:10
105:10
117:13
119:1
122:11
123:3
127:18
149:18
155:5,22
170:14
172:18
202:24
206:16
233:3
239:3

245:5
262:19
267:3
278:2
287:25
288:13
316:18
332:16

earliest
86:22
158:24
237:1
313:19

earn
155:20
163:1
166:19
187:8
190:10
193:18,22
194:5
277:24

earned
188:9
194:20

earning
193:14
194:1

easier
12:6

easy
285:15

EBD
22:1,7
42:15
60:7,8
63:15
242:20
258:8
259:7

Economy
155:15,17

ed
38:1
39:22,24
42:1
43:24
44:19
52:17,18,
19 53:5,
19 54:3,5
92:9
101:5
102:17
118:11
135:21
194:13
195:4,5,
11 204:19
205:3
228:19
258:7,19
259:4
309:15,
16,19
310:21
312:4,5
321:19

Edgenuity
149:25
150:7,16,
18,24
151:16

educate
212:19

educated
193:2

education
16:11
17:2,6
19:7
21:4,7,19
22:5,15,
16,21
24:1
33:13
38:1,21,



24 39:10,
13,15,21
40:1,4,6
41:18,20
42:11
44:8 45:9
74:8
81:3,11
82:6 85:2
90:18
93:1
95:5,11,
18,20
99:9
102:21
104:12
105:10
106:8,12
135:4,10,
17 140:24
162:3
164:5
172:19,22
173:17
176:20
177:24
184:13,
18,24
185:6,11
186:9
198:21
204:11
224:12
233:25
236:5,6
241:14
242:18
259:1
268:25
278:4
286:15
295:12
304:5
307:23
311:21
314:24
315:2,13

316:20
318:19
320:4
324:1,2
326:2
330:22

educational
16:3
19:11
20:3
21:10
23:23
24:24
63:9 65:9
104:14
151:18
326:11,16

educators
167:21
168:4

effect
173:18
278:18

effective
120:23
121:4
180:11
327:8

effectively
79:21
96:2
136:4
280:17

effectivene
ss
32:2,12,
16

efforts
229:16

ELA
25:14
193:6

Electives
193:14

electric
234:9

electronic
95:16
200:22
235:25
236:4
301:7
304:16
329:2

electronica
lly
94:10
199:17
306:18

elementary
42:21
43:1
112:18
156:11
300:5,10
320:23
325:5

elements
208:10
211:12

eligibility
258:14,21

eligible
177:21
294:18
309:19

Eliminate
89:18

eliminated
215:13
252:5

elopement
189:9

eloping
221:23

email
81:20,22,
25 82:15,
22 83:23
85:8
86:18
87:4
88:23
89:6
93:13
94:3
123:19
124:10,11
127:18
128:5
148:4,6,
20,24
158:17,24
161:1,10
164:24
165:13
171:7
176:1,9
180:21
182:17
202:11,
23,24
203:1,9,
12
205:10,
23,25
206:16,20
207:9,17
224:25
225:8,9,
14,15
226:2
227:22
228:6,11,
12
229:12,19
231:24
236:21
237:1,16

238:14,
20,22
239:3,9
243:23
244:2,5,
19,21
245:2,6,
17 247:9,
16 250:11
255:13,21
256:5,21
257:4,5
261:23
263:1
264:3,17
271:2,13
273:10,
18,22
276:20
277:4,6,9
279:5
281:16,23
282:13
284:25
285:6
286:6
287:16,
21,24
288:3,6,
14
290:13,19
292:17
293:24
294:7,8,
14,15
306:5
307:10
313:10,
15,19,20,
21 314:1,
5,14,21
315:11,
12,19,22
316:5,12,
25
317:11,
16,17



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: emailed..evaluated

318:18,25
319:6,12
320:1,7
327:23
328:13
330:11

**emailed**
159:1

**emailing**
247:23
262:10
277:15

**emails**
86:19,23
127:18
176:2
228:12
281:7
314:18
318:12

**emerging**
198:7
201:17
209:23
210:6,12,
15,25
211:4,13,
25
212:10,22
213:3,9,
18,20

**emotional**
22:2
41:19
42:12
63:14
159:3

**emotional/
behavioral**
40:5

**employ**
170:9
269:8

**employed**
80:13
268:5,14
269:5

**employee**
32:2,12,
15 129:11
268:1,2,
4,14
282:20
315:12
318:19

**employees**
129:2
320:5

**employer**
34:5

**employment**
140:4
141:20

**employs**
30:18

**end**
29:16
97:24
107:16
108:20
111:18
128:20
129:15,17
184:5
194:23
197:10
198:12,15
205:10
233:17
277:10
287:8
291:5,10
304:4
328:20,
21,22,25
329:4,10,
21

**ended**
112:1,3
291:5

**ending**
107:22

**endorsement**
24:18
25:15

**ends**
108:19

**engage**
189:23

**Engagement**
213:19

**engaging**
214:4

**English**
39:15

**enroll**
229:7

**enrolled**
72:12
92:6
97:16
228:14
232:6
302:6
308:2,5

**enrollment**
64:25
267:18
278:12,
22,23
299:11
303:12

**ensued**
139:16

**ensure**
167:17,22
170:10
211:5,25

212:13
213:4

**entail**
37:22
199:7

**enter**
95:15,23
101:9
102:21
129:12

**entered**
129:17,25

**entering**
129:25
131:12,15

**entire**
41:6
42:24,25
100:21
136:18
248:11
296:23

**entry**
97:10
101:21
141:24

**environment**
70:10
185:14
186:9,13
192:10
194:14
210:24
211:6,18,
24 212:9,
20 213:8
217:14
259:16
297:18
307:23

**environment
s**
184:9

185:4,16
278:4

**EOC**
328:14

**EOG**
328:14,19

**equal**
133:19
134:16
276:12

**equate**
279:2

**equip**
67:6
281:1

**equipment**
269:24

**equity**
17:21,22

**error**
129:18

**establish**
197:25
213:5

**establishes**
198:3

**ethnicity**
141:4

**evaluate**
33:1,14,
15 42:5
122:12,
19,22
124:12,
16,19
130:20,21
131:21,24
132:16
242:22

**evaluated**
129:14



evaluating
  129:8
  130:18,25
  204:21

evaluation
  33:7,8,9,
  10 126:9,
  16,18
  128:14
  130:6,8,
  17 131:10
  151:20
  208:9
  297:14

evaluations
  32:6,16,
  18,22,23
  33:20
  122:8
  123:1,4
  132:6
  333:5,8

evaluators
  32:25

evening
  334:1

events
  187:25
  188:13

eventually
  186:21
  292:22

everyone's
  260:24

evidence
  203:25

evidenced-
based
  254:10

evident
  201:17
  209:22,25

239:14

exact
  56:16,17
  60:18

exam
  143:18
  144:7
  162:20
  164:10,11

EXAMINATION
  9:23
  332:3

examined
  9:20

examples
  35:25
  64:12
  201:2,4,
  6,14
  241:17,20

Excel
  93:18
  94:9,10
  298:24
  299:6
  306:9,17
  328:4,5

exchange
  162:19
  190:9
  231:24
  314:21

exchanged
  314:18

excited
  82:23,24

excuse
  66:1
  187:17
  296:7

executive
  25:24,25

51:23
247:17
248:3,6,
19,22
249:1,5,
8,19,24
256:8
332:17,
23,25
333:4

exhibit
  15:5
  23:2,7
  62:5,10
  82:10,15
  93:7,12
  104:6,11
  123:12,17
  132:2
  139:21
  140:1
  147:24
  148:4
  155:19
  158:12,17
  160:21
  161:1
  164:19,24
  171:2,7
  175:21
  176:1
  182:12,17
  191:23
  192:3
  202:6,11
  207:3,8
  208:24
  209:4
  224:19,24
  227:17,22
  236:15,20
  238:9,14
  243:22
  244:14,19
  247:4,9
  250:6,11

255:8,13
256:16,21
261:18,23
263:23
264:3
270:21
271:1
273:5,10
276:15,20
281:11,16
287:11,16
290:8,13
291:11
293:19,24
298:18,23
301:6
305:23
306:4
312:13,
17,21,25
313:2,4,
6,9 316:4
318:15
319:5
327:18,23

Exhibit-626
  15:1

Exhibit-627
  23:3

Exhibit-628
  62:6

Exhibit-629
  82:11

Exhibit-630
  93:8

Exhibit-631
  104:7

Exhibit-632
  123:13

Exhibit-633
  139:22

Exhibit-634
  147:25

Exhibit-635
  158:13

Exhibit-636
  160:22

Exhibit-637
  164:20

Exhibit-638
  171:3

Exhibit-639
  175:22

Exhibit-640
  182:13

Exhibit-641
  191:24

Exhibit-642
  202:7

Exhibit-643
  207:4

Exhibit-644
  208:25

Exhibit-645
  224:20

Exhibit-646
  227:18

Exhibit-647
  236:16

Exhibit-648
  238:10

Exhibit-649
  243:18

Exhibit-650
  244:15

Exhibit-651
  247:5

Exhibit-652
  250:7

Exhibit-653
  255:9



Exhibit-654
   256:17

Exhibit-655
   261:19

Exhibit-656
   263:24

Exhibit-657
   270:22

Exhibit-658
   273:6

Exhibit-659
   276:16

Exhibit-660
   281:12

Exhibit-661
   287:12

Exhibit-662
   290:9

Exhibit-663
   293:20

Exhibit-664
   298:19

Exhibit-665
   301:8

Exhibit-666
   305:25

Exhibit-667
   312:14

Exhibit-668
   312:18

Exhibit-669
   312:22

Exhibit-670
   327:19

exhibiting
   120:7

existed
   291:23

exit
   97:20
   174:2,6
   175:2
   178:22
   179:3,9,
   16,19,25
   245:8,14
   251:9
   252:3,4
   254:18

exited
   101:3
   102:12
   181:3

exiting
   101:13

expect
   27:17
   288:10

expectation
   35:20
   36:17
   220:7
   276:9

expectations
   30:25
   31:7 68:7
   144:18
   165:25
   187:6
   197:7
   212:16
   252:20
   266:2

expected
   166:14
   168:25
   187:7
   197:5
   218:1
   219:7,14,
   16 220:17

242:11

experience
   61:24
   139:8
   140:20,
   22,24
   141:1
   142:15
   178:10
   217:3
   267:22,25
   268:4,14,
   21,24
   269:1,3,
   6,9,10
   296:19
   297:3

experienced
   270:1

experiences
   178:5
   196:14

experiencing
   157:20

expert
   323:20
   324:14,25
   325:10,14

expertise
   31:21
   38:15
   39:22
   40:17
   44:19
   166:16
   167:2

experts
   118:24
   145:2
   146:18
   163:11
   166:17
   167:4,19

222:24
   320:12

explain
   72:10
   78:22
   101:15
   109:2,3
   187:3
   228:20
   268:17

explained
   11:16
   87:15
   122:11
   178:16
   196:1,4
   319:25

explains
   112:21
   198:7

explanation
   118:6
   174:25
   179:13

explicitly
   221:3

expressed
   288:8

extend
   108:18
   233:22

extensive
   72:6,16
   297:14

extent
   63:20
   91:20
   320:1

extra
   38:3
   155:20
   163:10

168:6
   169:16,21
   188:16
   190:12,13
   235:18
   268:21
   308:9
   333:24

extracurricular
   308:23

eyes
   42:3

─────────

F

─────────

face-to-face
   186:16

facilities
   64:14,19
   281:25
   282:7
   286:15,20
   289:24
   290:2
   293:5
   295:13,19
   310:24
   320:13

facility
   64:1,3,15
   111:4
   282:9
   288:7,16,
   24 290:3
   293:12
   294:17,
   18,21
   295:5,11,
   16

fact
   103:17
   171:23



294:20

**factor**
267:23

**fair**
41:3
182:2
186:7
227:4
284:1,3

**fall**
26:6
28:22
53:21
54:6
107:20
128:22
233:22
235:7

**falling**
234:24

**falls**
68:19

**familiar**
18:18
19:8
80:18
94:17
159:14
270:3,16
296:18
308:25
309:22

**families**
72:6
309:5
311:16
323:8

**family**
72:9,11
100:20,22
311:16

**family's**
73:15

**FAQ**
253:6

**farther**
168:14
237:22

**FBA**
36:10
155:13
223:4

**FBA/BIP**
135:12

**FBAS**
36:10
40:15
69:6
201:9

**February**
202:14
207:10
227:24
281:18
287:6
313:11,21
314:11
315:22
317:12,16
319:7

**federal**
49:21
50:6,25
109:17
118:2
266:17,
19,24,25
271:6,14,
20 272:7,
20

**fee**
234:4,6,
7,9,21,23

**feedback**
121:25
126:13,24

132:17
136:1,7
173:21,24
175:6,10,
11 176:13
178:20
198:16
200:17,19
206:4
223:5
240:14
243:6
260:24
261:15

**feel**
12:18
121:3

**felt**
120:21
229:1
248:13
280:4

**fewer**
61:8

**fidelity**
27:14,16
138:6,13
197:7
212:6
222:14
223:5
251:22

**field**
97:9
99:17
100:9,14,
15,19,23
101:15
141:25
142:2
212:14
294:22
302:17
303:8

308:8,14

**fields**
102:19,20
301:23
302:15
307:3

**fight**
189:6

**fighting**
145:18
239:14

**figure**
111:19
240:19
280:3
298:10

**figures**
110:12
111:9,11

**figuring**
85:3

**file**
78:5,11
93:18
140:4
148:13
161:6
165:3
182:22
207:13
244:6
262:3
298:24
299:6
306:9
315:24
316:7
317:19,
22,25
318:6,10
328:5,7

**files**
78:7

79:11,14,
19 242:25
243:4,6
244:10

**fill**
222:16
252:11
262:19
307:3

**filled**
230:17
307:11

**filling**
99:2
269:15

**fills**
98:20
303:10

**final**
109:11
139:2
147:6,11,
12 178:3
262:4
286:16
289:24

**finally**
42:14
254:21

**finance**
240:25

**financial**
49:24

**Fincher**
123:20
124:3
128:6
129:20

**find**
77:25
117:23
221:15



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: finding..full-time

finding
  222:6
  260:18

fine
  128:2
  204:2
  265:16
  321:12
  332:11

finish
  12:14,25
  296:5

fired
  141:21

first-in-
time
  294:7

fiscal
  49:14,16,
  19 83:2
  90:6
  92:25
  95:8
  97:18,24
  105:17
  108:19
  162:25
  169:5
  266:4,9
  268:22
  271:17
  274:3
  307:17
  315:17
  318:23

fishbowl
  144:24
  145:10

fit
  43:6
  147:10

flag
  263:4

Flamming
  142:7

flashy
  270:1

flexibility
  233:20

float
  59:21

Florida
  196:18

flow
  279:10,13

flows
  49:20
  50:11

fluctuated
  48:3

fluctuates
  60:17

focus
  70:6
  189:18
  242:5
  251:20,21

focused
  31:10

foggy
  121:16

folders
  77:25

folks
  52:4
  118:18
  128:19
  161:20
  163:7
  199:25

follow
  30:24
  35:18

101:2
103:7
112:10
187:15
226:16
279:15
294:15
326:20

follow-up
  332:8

font
  202:21

food
  284:7

form
  13:23
  28:9,11
  97:10
  257:19
  279:14
  314:9
  315:25
  316:1

formal
  222:15

formally
  222:19

format
  95:12
  148:9
  161:23
  208:7,21

formatives
  123:1

forms
  28:14
  260:22
  261:4
  262:25
  264:19,
  22,25
  265:4,9,
  10,17,18

formula
  260:2
  267:4,7
  273:13,20
  274:1,24
  275:21,25
  276:2,7,
  10

formulas
  258:13
  275:1

forward
  198:17
  230:9,14,
  19 232:18
  266:2
  268:7,16
  282:14
  291:15
  328:15

forwarded
  287:25
  288:3

forwarding
  183:4
  290:19

forwards
  226:1

found
  61:24
  262:13
  263:4

fountains
  289:11
  290:5

Fountas
  149:8

fourth
  68:23

FPAS
  36:8

frame
  108:9
  175:13
  233:16,24

framework
  66:24
  173:12

free
  12:18
  331:14

frequency
  75:11,14

frequently
  68:12,15
  75:18
  126:19
  136:12
  137:8
  217:24
  218:9,21
  248:24

Friday
  203:19
  204:6

front
  145:17

FTE
  194:25
  195:4,6,
  7,12
  253:5

fulfill
  181:8

full
  10:7
  19:12
  107:21
  181:19
  230:24
  305:2
  326:21

full-time



57:2
113:1

**fully**
70:20
101:17
307:22

**Fulton**
31:4
45:22
46:8,21,
22,25
47:4,5,
10,18,19,
21 48:9,
12,13,18
49:11
57:4,17,
20,22,25
58:8
59:11
66:6
71:16,17
76:15,21,
24 77:15
97:3,5,7
159:2
282:1,20
285:24
286:4
287:18
288:8,17
292:19
304:18
325:23

**function**
36:21
135:11
303:2

**Functional**
36:11,25

**functionall
y**
118:7

**functions**

36:18

**fund**
55:1,9
235:18,19

**funded**
61:17,19
114:4,8,
17,18
115:2,17,
25 116:6,
10 149:2,
23 151:23
152:9,24
153:13,
19,23
185:25
191:17
275:15,20

**funding**
39:11
49:20,22
50:3,6,11
52:8
61:25
107:24
108:19
163:4
180:25
181:11
195:9
203:22
204:1
205:2,5
240:18
257:22,25
258:4,13,
21,25
259:2,3,
22,23
260:2,12
267:5,7,
17,23
270:11
273:13,20
274:8,19,

23 275:5,
21,24
276:2,6,
23
277:15,
22,24
278:1,5,
21 280:6
305:20

**funds**
50:14,17
51:1
118:2
240:22
266:13
294:19

**Futch**
202:13
256:22
257:5,10
319:6,13

**FW**
264:6
271:5
281:18

**Fwd**
227:25

**FY**
93:14,18
104:14,18
105:16
106:23
110:18
132:3
140:4,14
148:13

**FY10**
274:3

**FY15**
207:13,24

**FY18**
262:3
307:14

**FY19**
308:1,4,
12

**fy2018-
gnets_
milestones-
eog**
328:8

**fy2018_
gnets_
milestones-
eoc**
328:6

**FY21**
271:5,13,
20 272:2,
6,15,19,
22

**FYI**
288:1

———————

G

———————

**GA0**
148:13

**GA00015236**
257:1

**GA00015983**
262:7

**GA00040621**
202:16

**GA00040927**
244:24

**GA00041055**
247:13

**GA00041160**
250:15

**GA00041177**
255:17

**GA00041282**

82:19

**GA00041656**
93:24

**GA00042647**
176:5

**GA00042977**
182:25

**GA00062065**
207:16

**GA00063211**
238:19

**GA00063361**
236:23

**GA00065489**
158:20

**GA00094762**
228:1

**GA00132302**
264:14

**GA00201024**
281:20

**GA00319313**
287:20

**GA00319999**
225:5

**GA00321183**
148:16

**GA00322900**
294:3

**GA00333801**
306:12

**GA00336618**
328:10

**GA00343281**
123:25

**GA00345934**
244:1

**GA00347596**



276:25

**GA00356478**
290:16

**GA00784542**
273:15

**GA00791440**
161:7

**GA00793645**
165:5

**GA00793696**
171:10

**GA02326483**
271:9

**GA02326486**
271:24

**GA05058857**
313:1

**GA05058891**
313:5
319:3

**GA0508776**
313:3

**GA05087765**
313:7
319:11

**GAA**
88:14,16

**Gadoe**
42:12
170:7
202:2
212:13
235:23
250:13

**Gadoe's**
238:16

**Gail**
117:11

**GAO**
11:2,3,6

**Gardner**
9:10,24
10:4
13:20
14:1,2
15:3
22:25
23:5
62:4,8
75:19
76:3
82:8,13
93:5,10
104:4,9
123:10,15
139:11,
19,24
147:22
148:2
158:10,15
160:19,24
164:17,22
171:1,5
172:1,10,
15
175:19,24
182:10,15
191:21
192:1
202:5,9
207:1,6
208:23
209:2
224:17,22
227:16,20
232:20,24
236:14,18
238:7,12
243:20
244:12,17
247:3,7
250:5,9
255:7,11
256:15,19
261:17,21
263:22
264:1

270:20,24
273:4,8
276:14,18
281:10,14
287:10,14
290:7,11
293:18,22
295:24
296:3,13
298:17,21
301:10
305:22
306:2
312:10,
16,20,24
313:8
315:8
316:3
318:14
319:4,24
320:9
327:15,21
330:16,17
331:11,14

**gathered**
324:8

**gathering**
18:17
254:19

**gave**
17:17
99:6
179:12

**Gay**
202:14
204:7,9
319:7

**GCIMP**
203:20
204:12,
14,16,23
207:11,
13,20
208:2

**gears**
76:4

**gender**
141:4

**general**
21:19
22:5,14,
16,20
37:14
38:16
44:8  92:9
101:5
102:17
135:4,9,
16,21
167:22
168:4
183:17
184:13,
18,24
185:6,11
186:9
189:13
194:13
253:2
258:19
278:3
286:15
307:23
309:15
312:4

**generally**
11:9  19:8
28:16
78:13
221:13
228:20
322:21

**generated**
316:25

**geography**
20:19

**George**
104:13

**Georgia**
9:6,7,17
10:20
11:1,3
13:21
15:21,25
16:3,10,
24  17:2,5
19:7,11
20:2,7,9
21:2,3
22:7
24:14,16,
21,22
33:12,24
34:3,7,
10,22
36:1
39:13
40:5,11
41:20
63:6
70:15
74:7,10,
13  81:3,
10,18
82:5
84:12,18
85:2  87:7
88:17
93:1
95:5,11,
18,20
99:8
102:21
104:12
105:9
106:8
121:12
143:18
144:16
162:13,19,
22  164:4
173:3
195:4
198:20
199:1



200:17        223:5         42:1          90:4,6,8,      144:13
204:15        233:14        43:23         15,17          147:20
214:2         324:25        44:1,8,       91:3,4,16      148:14
221:8         325:14        14,23,25      92:2,14,       149:14,23
224:12                      45:11,21      24 93:14,      150:3
225:24        GLES          46:1,4,5,     18 94:15       151:13,23
236:5,6        130:12       7,11,15       95:13,18,      152:9,24
238:2,23                    47:7,9,14     23 97:4,       153:6,10,
241:13        glitch        48:19,22      13,16,17,      13,19
242:17         129:5        49:4,13       24 98:13       156:1
243:1,5                     50:9,14       99:3,4,19      157:23
258:18        GLRS          51:15         101:13         158:4
261:10         34:6,9       52:15,20      102:8,24       159:21,24
295:12         41:12        53:5,10,      103:1,16,      160:2,3,
314:24         53:19        11,25         18             14 161:3,
315:1,12,      54:4         54:9,19       104:14,        6,11
14,18                       55:4,13       18,22          162:6,8,
316:19        GNET          56:12         106:4,9,       11,16,24,
318:19         64:7         60:11,15      11             25 163:6
320:4          228:15       61:3          109:15,21      165:3,10,
324:2          229:10       62:14,21      110:5,25       21,25
326:1                       63:2,5,8,     111:4,7        166:18,20
330:21        GNETS         19,24         112:12         167:4,8,
331:20         10:21,22,    64:4,18,      113:7,12       16,17
332:6          23 11:11,    24 66:15      118:9,10       168:3,6,
333:7,16       12 14:19,    67:24         119:6,17       8,9
               20 16:7,     68:10         120:14         169:2,5
Geronimo       9,25         69:16         122:12,        170:8,11
 270:17        17:1,21,     70:20         15,19          172:20,22
               25 18:9,     71:9          123:23         173:2,8,
get all        11,23        72:13,22      127:20,        11,17,20
 129:23        19:1,4,8,    75:3          24,25          176:11,16
               10,21        76:10         128:13         177:21
Gilchrist      20:13        78:3          130:18         178:7,23
 202:12        21:13,14,    80:18,20,     131:20         179:2,21
               17,18        25 81:1,      132:3,8,       180:13,
give           23:15,18     4,6,15        13 133:8       15,25
 12:7          25:12,19     82:17,23      134:2,5,       181:1,19,
 13:3,9        26:12        83:7,9        10,13          23
 35:24         27:6,9       84:9,11,      135:3,5,       182:19,22
 54:21         29:15        14,18,24      8,15,19        183:9,12
 56:17         30:18        85:4,10       136:8          184:6,8,
 60:18         32:6,12,     87:1,2,       137:14         12,17
 78:24         20 33:23     10,11         138:23         185:5,10,
 83:13,15      34:10,23     88:23         139:3          17,23,24,
 118:5         35:2         89:3,8,       140:2,4,       25
 136:7         36:2,12      12,17,19      12,23,25       186:10,
 201:2,5       40:23
 208:1         41:21,23



11,17,25
187:11,19
190:25
191:5,11,
16 192:4,
9,15
193:12
194:24
195:10,
17,19,22,
25 196:3,
5,8,11,
20,24,25
197:3,6,
19 198:1,
19,25
199:17,
21,22
203:5
204:17,23
205:20
206:2,12,
20
207:11,23
208:3,11,
15 209:5,
12,15
212:11,14
213:3,4
214:2
221:14,16
222:8
223:7,15,
20,22
224:1,13
225:10,
18,21
226:9
227:3,5,
7,13,25
228:22
229:2,10,
16,22
230:1,7
231:1,8,
20 232:2,
4,16,18

233:19
234:1,13,
20
235:10,13
238:15,24
239:7,14,
16,17
240:3,12,
16
241:12,
15,21
243:8
245:21,23
246:6,19,
20
247:16,19
248:3,6,
8,9,19,21
249:1,4,
7,13,23
250:13,
19,21
252:7,9,
16 253:6,
11
254:14,
18,22,24
255:3,15,
22,25
256:1,3,
7,9,10,
11,12,24
258:8,16,
22 259:1,
3,13,21
260:2
262:3,11,
14,17,20,
24 263:5,
13,20
264:9,11,
18 265:5,
10 266:14
267:5,17,
19,24
270:11,15
271:6,14,

17,20
272:3,6,
15,19,22
273:1,13,
20 274:7,
19,24
275:1,14
276:3,11,
22
277:12,23
278:2,19
279:9,12
280:5,23
282:1,6,
19,22
283:10,
13,17
284:4,7,
16,21
285:11,14
286:6,8,
12,16,17,
20 287:1
288:16
289:18
290:22
292:2
293:8,17
294:2,16,
24 295:9,
20
296:15,18
297:2,8,
9,12,18
298:5,24
299:11
300:4
301:16
302:6
303:24
304:1,4,
7,11,12
305:15,19
306:8,10,
25 307:7
308:2,6
309:9

311:23
313:22
314:8,22
315:14,
16,23,24
316:7,19
317:20
318:7,20,
22 319:18
320:5,11
322:12
326:9,12,
17 327:13
329:8
330:1,13
331:4

GNETS'
49:16
266:4

goal
28:8
36:16
134:15,
17,23
193:22
220:9
261:8
274:25
275:4

goals
28:3,7
69:19
86:9
102:11,12
134:1,9
136:4
183:23
213:5
217:24
218:8,13,
22 219:3,
12,20
242:7,14
253:17
296:22

goals/
criteria
217:11

Goff
141:15

good
9:25
10:1,3
129:17
145:8
147:2,3,
10 202:20
239:12
264:18
334:1

government
311:7

governor
109:18
110:3
267:11
270:13
274:11

Governor's
274:10

Governors
39:16,23

grade
45:5 91:5
92:15
133:6
150:19
152:20
328:20,
21,24,25
329:21
330:3

grader
92:14

graders
300:12,
15,17



**grades**
  87:21
  194:20

**gradually**
  186:12

**graduate**
  303:24
  304:1

**graduated**
  143:16,20
  144:6
  307:14

**graduating**
  304:2,5

**Grainger**
  325:21

**grant**
  104:15,18
  105:1,2,
  16 106:23
  107:10,23
  109:16,
  17,23,25
  110:5,11,
  13,16
  112:11
  113:11
  114:5,8,
  17,23
  115:2,15,
  18 116:1,
  6,10
  132:3
  149:23
  151:23
  152:9,24
  153:14,
  19,23
  191:16
  205:6
  271:6,14,
  20 273:2
  275:20,25
  276:10

**grants**
  109:7

**great**
  137:14
  138:11
  202:21
  285:12

**greater**
  133:19
  134:16
  187:9
  279:1
  327:11

**greeting**
  314:15

**Greg**
  249:9

**GRLS**
  33:25
  34:14
  41:25

**group**
  45:25
  68:5,8,12
  73:25
  118:15,17
  119:9
  146:10
  153:16
  154:18
  155:23
  156:2
  203:10
  205:23
  220:21
  247:19
  248:13
  253:20,24
  254:5,9,
  13,17,22
  255:2,5
  324:24
  325:1,14

**groups**
  65:18
  66:19
  206:3
  212:25
  216:9,20
  246:12,16
  247:1
  250:4,24
  285:8

**Growth**
  133:16

**GT**
  130:11

**GTES**
  130:12

**guess**
  17:16
  37:20
  47:17
  74:17
  80:25
  81:5
  109:13
  111:24
  120:13
  129:11
  131:9,16
  134:8
  142:7
  208:20
  248:19
  298:2
  302:20
  315:3
  317:5,9

**guesstimate**
  56:18

**guest**
  330:25

**guidance**
  30:24
  227:6
  230:21

**guide**
  173:13

**guideline**
  133:24
  156:25

**guidelines**
  50:22
  125:12
  131:16
  178:23
  179:3,10,
  19,25

**guiding**
  205:12,18
  206:9

**Gwinnett**
  45:17,18,
  23 46:8
  49:10
  56:25
  57:17
  58:3,9
  66:8
  71:18
  76:15,22
  77:5,11
  78:4,20,
  25 79:11,
  17 80:3,
  14,16
  83:12,15,
  22 85:10,
  23 86:15
  89:25
  90:1

**231:13**
  237:9
  252:10,19
  254:14,
  17,23
  255:2
  257:19
  260:11
  279:13

**guide**
  173:13

**guideline**
  133:24
  156:25

**guidelines**
  50:22
  125:12
  131:16
  178:23
  179:3,10,
  19,25

**91:9,24**
  128:14
  130:5,7,
  16,19
  131:4,8,
  10 191:2,
  12,13,15
  302:7
  304:18
  309:12,24
  310:21
  311:3,14,
  15,18
  323:24,25

**Gwinnett's**
  78:21
  80:2
  130:10

---

**H**

**habitual**
  189:13

**Haigler**
  51:23,25

**half**
  246:1

**Hamilton**
  320:23
  325:4,17,
  20

**hand**
  15:4
  243:21

**handed**
  23:6 62:9
  82:14
  93:11
  104:10
  123:16
  139:25
  148:3
  158:16



160:25
164:23
171:6
175:25
182:16
192:2
202:10
207:7
209:3
224:23
227:21
236:19
238:13
244:18
247:8
250:10
255:12
256:20
261:22
264:2
270:25
273:9
276:19
281:15
287:15
290:12
293:23
298:22
306:3
327:22

**handle**
194:18

**handled**
178:14

**happen**
13:3
53:14
54:16
232:13
330:11

**happened**
111:21,22
119:4
199:25
292:16

**happening**
175:1
297:16
298:10
321:21
322:13

**happy**
12:19
139:11

**hard**
60:18
78:5,7,10
79:11,13,
19 80:9
86:16
124:23
176:10
179:4
239:12
241:6

**Haynes**
321:1

**head**
12:5

**health**
20:10
22:8
61:15
74:11,14
100:6,16
194:15
275:6
278:25
280:9,13
309:4,7,
15,25
310:9
327:10

**hear**
73:14
108:10,15
274:20

**heard**
22:11

**held**
285:7

**helped**
43:1

**helpful**
154:8
181:16,17

**helping**
40:20
44:4,6
216:18

**helps**
30:6 37:8

**Hernandez**
324:3

**hey**
40:13,19
41:1 42:2
109:2
222:8
223:14

**high**
43:2,4,6,
9,18
44:22
112:18
133:9,10,
11 156:9
183:25
184:3
242:20
281:19
282:1,23
283:9,14,
19 284:5
286:9,12
287:1,18
288:16,20
290:21,25
291:17,20
292:2,8
300:24
320:19,21

**higher**
61:25
167:17
268:25

**highest**
147:1

**hire**
58:20
146:8
180:25

**hired**
196:13
332:20
333:1

**hiring**
144:13
147:7
332:24

**historic**
286:4

**historical**
78:1,17
92:3,10

**historicall
y**
64:7

**hold**
23:23
24:23
25:10
230:16

**holds**
50:13

**Holifield**
9:4,19,25
10:9,10
14:3
15:4,8
23:6 62:9
93:11
123:16
207:7

243:21
320:10
332:5,10

**home**
44:16
70:11
74:23
96:17,21
104:2
110:22,23
167:24
179:22
182:4
210:17,18
211:2,14
212:7
213:16
217:15,20
218:25
219:2
232:23
283:23
284:2
302:7
305:6,7,
11,12
307:18,21
323:17

**homeroom**
157:12

**Homes**
320:23
325:4,17,
20

**honestly**
11:20

**hooked**
283:24
284:2

**hope**
73:10
310:25

**hoping**
94:6



118:5

**hospital**
175:3

**hot**
289:8

**hour**
13:5
232:21

**hours**
246:2
277:20,23

**House**
73:10

**housed**
76:14
92:7
289:23
310:24
312:5

**houses**
286:16

**HR**
49:25
52:1,2
146:6,8
147:9,13

**HR-RELATED**
52:7

**Hubert**
129:20

**hundred**
54:22
55:11
259:13
266:11

**hunt**
308:19

_____

**I**

_____

**i-ready**

237:20

**ICS**
228:4,13

**ICSATLANTA**
227:25
228:21
229:14,17
230:13
231:8

**ICSAtlanta'
s**
229:15

**ID**
78:25
87:9
96:12
192:6
301:24

**idea**
19:14
177:4
186:8
246:25
303:9
310:6
326:20

**ideas**
274:20

**identificat
ion**
15:2 23:4
62:7
82:12
93:9
104:8
123:14
139:23
148:1
158:14
160:23
164:21
171:4
175:23
182:14

191:25
202:8
207:5
209:1
224:21
227:19
236:17
238:11
243:19
244:16
247:6
250:8
255:10
256:18
261:20
263:25
270:23
273:7
276:17
281:13
287:13
290:10
293:21
298:20
301:9
306:1
312:15,
19,23
327:20

**identified**
166:20
215:19
217:5
219:6,15,
24 220:4
295:4
326:10

**identifier**
97:1

**identifies**
63:4 97:5
119:17
208:7
246:9
249:19

289:16

**identify**
9:8
190:16
214:19,22
217:25
219:12
220:15
236:1
260:14

**IEP**
19:23
27:13,18,
20 44:5
64:21
69:9
75:10,12
76:13
83:13
85:14,17,
18,20,23
86:6,10,
12,16
90:11
91:12,21,
23 101:2,
20 102:13
103:20
135:22,24
173:6
177:9
178:17,18
192:20,24
193:21
194:6
213:5
214:5
217:11,23
218:8,12,
22,23
219:3,12
223:4,14,
21 224:4
229:22
230:4,9,
14,15

232:19
242:21
243:4
244:10
245:8,14
257:20
258:20
260:5
285:7
297:4,24
318:9,13
333:14,17

**IEPS**
27:20,25
28:1
69:18
75:17
76:12,20
80:17
83:18
85:21
86:2
195:11
241:11,
14,17,20,
25
242:17,24
312:8

**II**
118:6,18

**III**
118:6,12,
19 119:8
155:25
156:20,24
158:1
181:24
182:6

**ill**
278:13

**impact**
221:1
269:17

**impacted**



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: impacts..information

63:21

**impacts**
173:7

**implement**
38:7 43:2
67:6
180:11
210:9,17
216:18
222:13

**implementation**
42:7
122:1
170:1
183:10
203:25
212:7
239:15

**implemented**
27:13,16,
23 35:8
43:1
199:13
218:20
223:5
240:7
331:7

**implementing**
69:11
135:24
136:4
138:6,12
217:21
222:7

**importance**
120:2

**important**
120:3
269:19

**impressions**
35:1

**improve**
215:3
217:22

**improved**
326:13,17

**improvement**
37:16,22,
23 38:1,
21,22
39:6,12
125:25
145:15
204:15,21
207:23
214:10

**in-kind**
149:5

**in-person**
150:10

**incidence**
60:8

**incident**
128:19

**include**
87:23
110:12
168:15
213:6
246:6
299:25
317:6

**included**
65:16
96:6
108:1
110:16
198:5
294:17
299:7
300:12
316:1
330:8

**includes**
66:10
87:24
96:8
99:14
100:15
154:11
176:8
182:21
184:8
191:18
205:24
291:15
300:2
306:8
317:4

**including**
47:13
71:20
138:10
233:4

**inclusive**
125:11
203:14

**incorporated**
203:17,24
208:11

**incorporating**
203:20

**increased**
32:1

**increment**
284:18

**indefinitely**
59:15

**independence**
189:12
281:19
282:1,23

283:9,13,
14,19
284:5
285:22,23
286:9,12
287:1,18
288:16,20
290:21,25
291:17,20
292:2,8

**independent**
170:8
311:8

**indicating**
227:5

**individual**
40:12
66:19
68:5,8,
15,17
69:8,19,
24 84:6
110:6
119:9
153:16
154:18
155:24
157:14
158:4
197:13
218:2
219:17,
20,23
221:10
234:14,25
242:1
279:2
304:23
332:20

**individualized**
44:17
127:16
151:9
216:8

**individualizing**
35:17

**inequality**
289:17

**Infinite**
76:14,21,
25 83:14
85:19
87:8
130:2,3
304:17

**influenced**
267:18

**information**
13:6
16:21
76:10,14
77:20,25
78:2,8,
11,13,19,
24 79:3,
4,12,18,
20,25
80:8
81:17,21,
23,24
82:2,3,5
83:1
85:20
87:8,18,
20 88:1,5
91:9
92:21
93:1 96:6
98:22
99:14
100:5,8,
18,20
101:9,11
103:12,
23,25
104:1
105:14
112:20



113:7
128:21
129:13,
21,24
148:21
154:16,19
161:22
164:12
192:19
197:24
198:3
200:25
208:2
235:25
242:14
248:14
253:3,7
263:15,17
265:17,24
282:5
302:12
306:23,24
308:19,21
322:1

informed
119:25
120:2,17,
22,25
121:8,13,
18,20
155:13
210:24

initial
121:24
163:1
203:12
314:5

initially
121:1,9
234:7,18
250:25
284:20

initials
152:14

initiative
67:14
121:1,8,
14

initiatives
43:20

input
175:17
246:23

inquire
230:20

inquired
277:16

inquiry
160:10

inside
155:6
168:20

Insights
121:20

inspect
27:17

instance
320:3

instances
79:3

instructed
214:19

instruction
22:8
38:17
116:3
127:8,14,
15
150:11,
23,25
151:6,10,
15 212:19

instructional
212:3,12,

15 213:1
215:19
216:11
304:21

instructions
215:8

instrument
204:20
234:8

insufficient
61:25

intake
245:8,14

integrated
72:15

integration
217:5
251:8,18

intended
295:6

intense
167:20

intensive
278:10

Interaction
100:11
311:10

interagency
71:23
73:1,4

interest
144:22

interested
161:19
163:10
181:15

interests
188:18

interior
284:21

internal
129:4
209:7
301:20

internally
106:2

internet
214:4

interns
56:2,5

internship
56:5

interrelated
101:5

interrupt
12:12

intersect
109:10

intervene
52:14
78:18

intervention
36:7,17,
19 37:2,
3,7,10
136:5
149:8,21,
25 152:13
153:22
222:13

interventional
152:8

interventionists
327:2

interventions
21:24
27:23
36:6
68:24
69:3,8,15
120:12
135:12,
13,23
148:10
149:1,2,
4,11
153:25
154:3,4,
11,12,16
208:8
210:10
212:2
216:13
220:19,23
222:5,6
253:15
297:22
331:8

interview
144:22,
23,25
145:11,22
146:2,10,
15,17

interviewing
145:11

interviews
42:6
146:4

introducing
44:12

Introduction
165:3

invite
199:23



330:25

invited
  224:6,8,
  10 323:16

invoice
  234:19

involuntary
  141:10,18

involve
  73:18

involved
  18:13
  19:4
  69:14
  72:13
  214:4

involvement
  155:23

iready
  132:25
  133:3,4,7
  134:1,3,
  4,13,18,
  24 149:18
  233:9,13
  239:25
  242:6

iready/
imath
  237:11,14

IRR
  101:4,17
  102:3

issue
  42:8
  52:12
  127:6
  201:25
  226:12
  227:10,12
  228:21,24
  231:23

286:21
287:3

issues
  17:21,22
  36:14
  39:3,4
  40:16
  41:2
  43:17
  52:7
  61:9,15
  189:14
  194:16
  220:22
  275:6
  279:1
  289:6
  293:4

item
  178:20
  180:12
  215:2
  269:13

items
  50:20
  190:11
  199:15
  203:20
  215:23
  246:5
  257:14
  270:1

itinerant
  163:25

itinerate
  30:5
  57:15
  191:18

_____

J

_____

Jacqie
  202:13

Jacqueline
  256:22

January
  256:23
  261:25

Jeff
  325:23

Jeronald
  270:16,18

job
  11:19
  12:5 14:5
  16:15
  61:11
  144:17
  166:16
  167:2
  278:24
  322:5,23

Johnson
  9:16
  172:13
  331:20,25
  332:2,4,5
  333:21
  334:1

Judith
  142:14

July
  93:13
  107:12,16
  238:16

June
  105:19
  106:20
  107:6,11,
  13,18
  108:8,19
  111:18
  276:22
  277:7
  279:6

justify
  200:25

_____

K

_____

K-12
  22:17

K-3
  45:7

K-5
  45:7

K-8
  133:13

Kathy
  202:13
  239:4

Katika
  294:1

Kaufman
  151:18

keeper
  35:21

keeping
  193:8

Keller
  293:25

Kelley
  66:5

Kelly
  9:10 10:4

Kerrie
  249:10

kid
  120:7
  177:21
  222:8
  229:9
  258:9
  263:13

kids
  17:25
  19:15,18
  28:5 44:5
  60:24
  61:13,14
  66:25
  69:17
  101:13
  118:12,20
  151:13,21
  152:18
  153:9
  155:1,19
  179:4,13
  180:10
  181:18
  182:1
  187:15,16
  189:7,18,
  20 191:9
  194:12
  195:11
  210:18
  211:1,14,
  19 212:8
  213:11
  216:8
  217:17
  221:25
  280:12,15
  282:10
  284:17
  297:23
  331:8

kids'
  120:4

Kim
  323:24

kind
  28:6 29:7
  38:12
  42:5,6
  50:13
  66:14



70:12
73:24
81:24
87:18
88:12
98:21
100:8,18,
20 101:7
102:3
103:13
109:4
114:14
121:16
126:10
128:8
129:4,19
131:7
136:1
137:5
156:12
173:24
175:3
181:24
190:14
200:19
232:9
246:21
267:10,13
269:3,17
281:3
297:15,17

kinds
35:24,25
38:10
44:11
78:13
79:24
208:10
244:9

knew
19:1
167:11
218:15
247:20

Knight

282:16
326:6

knowing
36:7,9,17
64:7

knowledge
35:21
220:6
267:8
311:25
312:2
316:22
333:19

KTEA-3
151:17

———————

L

———————

L-K-E-S
33:4

lack
31:14
77:18
91:8
125:13
278:4
305:12

Lakesha
106:4,11
199:5
276:21
277:6

language
39:15
169:24
198:7
201:3
317:7

laptop
214:7

large
194:15

largely
34:21

largest
48:6,8
56:25

laser
242:5

launched
121:9,14

law
156:11

lawsuit
10:20
17:15
18:4,8
196:2,11

lawyers
314:23
315:1

layman's
192:22

LEA
21:6
64:5,10,
20,25
75:9
89:11
103:11
113:22
114:18
116:10
129:22
178:9
191:17
213:4
225:18
262:3
282:19
303:25
304:6,10

lead
58:12,13,
17,21,25

59:14
85:3
147:4
163:24
196:19
270:12
285:14

leader
33:7
107:21

leaders
262:13

leadership
24:6,17
26:4,7
32:24
122:18
197:11
199:22
200:1
248:10

leading
260:21

learn
16:13,19
174:22
177:5
212:23
321:21,24

learned
214:2

learning
24:2
33:25
34:3,14
39:15
137:24
150:21
151:2
159:3,12
208:19
211:6
258:10
259:8

LEAS
55:7,8
149:5
212:13
213:13
286:19

leave
94:23
221:24

leaves
58:21
129:11

left
58:13
97:23
267:10
284:6
296:2
300:7
308:14

left-hand
96:11
299:20

legal
103:11,13

legally
314:22

legislative
110:4

Leigh
25:20
51:22
52:11
271:4
321:6
332:17
333:2

length
156:9
296:17
297:1,13
298:10



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: lessen..locations

lessen
  37:12

lessened
  189:16

lessening
  298:14

lessens
  181:23,25

lesser
  101:23
  259:15

lessons
  127:12

letter
  17:17
  109:8
  239:10
  291:15
  292:17
  324:23

letterhead
  104:12

level
  32:24
  33:18
  43:18
  45:1
  49:21
  60:4
  61:25
  118:19
  120:4
  124:6
  129:22
  133:6
  139:5
  143:21,24
  144:10,11
  152:20
  157:23
  167:18
  182:6
  186:25

187:3,10,
18,24
188:5,11,
21,24
189:1,2,
3,5,11,
21,22,24
190:2,4,7
191:10
196:3
217:3
218:2
222:3
267:4
268:1,2,
3,4,13,
23,25
270:13
275:11
276:23
277:13,17
330:3

levels
  32:24
  45:5  91:5
  112:18
  189:15
  242:13
  328:24

Lewis-
hawkins
  202:13
  239:4,6

liaison
  282:19

licensed
  70:15
  115:7

licenses
  24:24
  115:11

licensure
  70:12

life
  120:8

likewise
  57:11

limit
  268:5

limited
  89:18
  312:2

limits
  268:15

link
  87:7
  250:19

linkages
  73:1,5,9

LIPT
  72:2,4,5,
  13,16,23
  73:7,16
  74:5
  100:11
  155:4
  201:13
  311:10

Lisa
  202:13
  256:22
  257:5
  260:21
  319:6,13

list
  38:2  82:2
  89:13
  117:8
  140:12,14
  141:23
  149:19
  154:1,4,7
  159:16,
  17,21
  160:11
  242:11

251:5
254:5,10
255:21
289:6
292:25
327:13

listed
  28:23
  46:8
  90:22,24
  99:11
  115:21
  117:4
  118:15
  119:20
  141:9,23
  142:11
  174:3,7
  189:23
  199:9
  201:3,5
  202:3
  257:20
  262:22
  294:21

listen
  274:1

listing
  260:6

lists
  117:2
  153:1
  246:6

Literally
  114:16

litigation
  10:22
  15:24
  16:2,14,
  19  17:3,
  20  315:15
  318:21

litigations
  11:10

living
  269:4
  283:23
  284:2

LKES
  33:1,3,4
  124:5,8
  127:21
  131:5,7
  333:11

local
  21:7
  71:23
  100:11
  294:18
  311:10

located
  83:7
  96:16
  114:11,13
  187:13

location
  83:9
  92:11
  98:15
  116:22
  146:14
  160:2
  281:19
  282:2,22
  286:9
  290:21,25
  294:23
  305:16

locations
  21:15,18,
  19  26:12
  48:15
  197:13
  241:5
  305:18
  308:5
  320:12
  321:9



324:22

**lodged**
288:23

**log**
81:11
129:2

**logical**
172:1

**logistics**
229:23

**long**
14:8
23:17
36:3
42:9,18
52:25
75:20
121:13
126:6
156:5,13,
25 175:12
208:5,13
248:18
249:4
252:17
265:24
293:9
294:2,16
295:10,
17,21
298:11
321:20

**long-term**
59:4,6

**longer**
64:4
143:8
144:9,11
156:18
170:21
225:10
283:22
284:24
286:25

**longest**
157:2
297:1

**longitudinal**
84:1,3
92:3

**looked**
88:6
159:6
165:9
171:15
206:4
263:1
274:24
276:7
291:4
298:9

**loop**
52:13
281:24

**losing**
276:11

**lot**
41:12
55:8
61:22
138:5
156:20
167:5
168:19
170:13
177:18
189:19
194:11
231:21
253:2
265:16
275:8
326:9

**Lovett**
294:1

**low**
60:8

215:2,25
216:23

**lower**
276:3

**lowest**
214:24

**LRE**
60:25
101:14
179:6,15
180:7,10
181:5,22
183:21
184:1,4
186:13,18
192:10,25
193:15
217:16,17
220:10
251:14
257:13,25
259:12,19
278:11,16
280:15,
20,25

**LSCI**
120:15
155:11

**lunch**
157:6,7,
8,9 172:3
284:4,19

**lunch/
breakfast**
284:12

**lunches**
157:9

**lunchroom**
284:22

—————————

**M**

—————————

**mad**

30:14

**Maddox**
56:1

**made**
103:17
126:2
127:23
133:12
171:20
175:14
177:10
193:1
289:25
323:3

**magical**
151:5

**main**
66:22
315:7

**maintain**
50:2
211:5

**maintaining**
211:17

**maintenance**
322:24

**majority**
157:25
158:2,3
266:20,
24,25
267:1
272:25

**make**
12:5
20:25
27:10,13,
15,21,24
28:5
30:14
40:21
50:3 51:1
52:7

72:17,18
92:2
101:11
120:9
132:16
136:14
138:25
147:11,12
151:8
154:2
160:8
172:10
183:19
193:7
194:17
197:8
203:14
211:21
213:14
216:15
257:15
259:18
266:1,13
298:2
319:14
326:19
331:7

**Maker**
149:9

**makes**
121:16
147:6
172:2
304:11
333:13

**makeup**
200:13

**making**
28:5
124:23
125:8
186:10
241:25
277:11
324:20



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: management..meet

management
  30:10,17
  76:6,17
  92:24
  93:15,21
  94:3,15,
  18
  205:17,24
  206:5,9
  252:13

manager
  39:16
  106:5,9
  174:20

maneuvering
  84:22

manifesting
  120:5

Mankin
  323:24

manner
  151:7

manual
  98:8
  99:3,5
  252:7,9,
  16 253:1,
  4,7
  254:22,24

manually
  235:4

March
  123:22
  124:11
  128:6
  195:15
  244:20,22
  247:10,11
  250:12,13
  255:14
  316:7

mark
  23:1 62:5

82:9 93:6
104:5
123:11
139:20
147:23
158:11
160:20
164:18
175:20
182:11
191:22
207:2
224:18
227:16
238:8
244:13
250:5
270:20
273:4
293:18
312:11

marked
  15:2,5
  23:4,7
  62:7,10
  82:12,14
  93:9,12
  104:8,10
  123:14,17
  139:23,25
  148:1,3
  158:14,16
  160:23,25
  164:21,23
  171:2,4,6
  175:23,25
  182:14,16
  191:25
  192:2
  202:6,8,
  10 207:5,
  8 208:24
  209:1,3
  224:21,23
  227:19,21
  236:15,

17,19
238:11,13
243:19,22
244:16,18
247:4,6,8
250:8,10
255:8,10,
12
256:16,
18,20
261:17,
20,22
263:22,25
264:2
270:23,25
273:7,9
276:15,
17,19
281:11,
13,15
287:11,
13,15
290:7,10,
12
293:21,23
298:18,
20,22
301:6,9
305:23
306:1,3
312:12,
15,17,19,
21,23
327:17,
20,22

markers
  297:11,20

mascot
  190:7

master
  31:11

master's
  24:3,13
  143:21,24
  144:10

mastery
  35:22

matched
  212:2

materials
  51:2
  121:5

math
  25:14
  133:5
  149:8,9
  151:21
  233:11
  239:25
  242:7

matter
  9:4 11:10
  14:24
  127:6

Mattox
  117:11

maximize
  275:4

Mccullum
  270:3,5

Mcelwee
  249:9

Mcgaha
  271:4

Mcneely
  143:7

Meadows
  302:10

meaning
  137:24
  143:15
  189:6
  250:19

means
  11:24
  90:8

118:15
141:19
190:1
195:3
208:9
269:23
330:16

meant
  206:16
  332:10

measured
  32:5

measures
  254:6

Medicine
  55:22
  56:3
  117:12
  155:8

meet
  14:6,8,10
  38:4
  51:21
  52:4,9
  61:25
  66:18
  69:17
  75:4 86:8
  102:11,12
  145:19
  161:17
  162:1
  163:13
  182:5
  184:1,5
  186:5
  193:21
  205:8
  212:3
  216:7
  223:18
  248:23
  259:12
  297:24



324:6

**meeting**
16:20,22
17:2,6,
10,14,19
61:12
64:21
103:20
181:20
189:25
199:23,24
200:12
223:14,21
229:22
230:4,9,
14,15
232:19
237:4
245:19,21
247:11
250:13
260:21,23
264:7
273:19,23
274:15
319:14
323:22
324:13,
20,24
325:1,9,
14,17
326:7
330:14

**meetings**
27:18,20
51:14,17
52:5
53:4,14,
18,19,21,
22,25
54:2,11,
12,15
73:16,18
75:4,7,
10,12
122:4

206:3
218:24,25
224:4,7
248:12
252:14
285:7
325:3

**Melanie**
9:16
332:5

**meltdowns**
194:16

**member**
333:16

**members**
139:4
166:3,11
201:11
203:10
249:7,19,
20 333:14

**memo**
271:14

**Memorandum**
169:1

**mental**
20:10
61:15
100:6,16
194:15
275:6
278:25
280:8,13
309:4,6,
15,25
310:8
327:10

**mentally**
278:13

**mention**
29:16
31:25
248:3

260:19

**mentioned**
33:3
38:20
41:11
48:2 50:5
53:13
67:18
70:17
117:16
155:14
195:16
197:16
221:1
250:25
267:3
311:20
324:22
332:16

**mentions**
64:11

**message**
129:19

**messed**
272:13

**met**
180:4
183:23
201:10
217:11
247:17
248:4

**metric**
241:9

**metro**
9:15 18:9
23:15,18
25:19,24,
25 26:12
27:6,9
30:18
32:20
33:23
37:16,24,

25 45:11,
14,21
46:1,7,
11,15
47:6,9,14
48:18,22
49:3,7,
13,16,17
50:9,11,
13,14
51:8,11,
14,15,20
52:4,15,
20 53:20,
24 54:4,
19 55:4,
13 56:12
60:11,15
61:2
62:14,21
63:1,19,
24 64:18
65:20
66:15
67:23
68:10
70:20
71:9
72:12,22
76:9
77:20
78:3 83:6
85:10
89:3
91:11
92:24
97:4
98:13
102:24
104:18,21
105:3
106:2,3
109:15
110:21,25
112:8,12
113:7,12
114:2

118:9
119:6,17
120:14
122:12,
15,19
128:12
130:18
131:20
132:2
135:8,15
136:18
140:2,12
144:12,16
147:20
149:13
150:3
156:1
157:23
158:4
160:14,17
162:7
167:8
170:14,17
173:20,24
175:6,9
179:2
182:8,19
184:6,17,
25
185:10,
17,23
186:25
187:11,19
190:25
191:5
192:4,8,
15 196:24
197:2,21
198:25
199:25
209:5,7,
22 210:6,
12 211:4
213:2,18
214:19
215:1,8,
18 217:4



218:5,7,
21 219:5
221:3,14,
16,20
223:20,25
224:13
227:14
229:21
230:8
231:24
235:12,22
240:24
241:12,14
264:9,11
265:8
266:4,14
267:17,18
271:25
272:16
278:19
282:1
286:16,17
287:1
290:22
292:2,19,
20 293:8,
11,14,17
295:9,20
296:15,18
297:2,8,
9,12,18
298:5,24
299:11
300:4
301:16
302:6
303:23,24
304:8,12
305:14,19
306:7,10,
25 307:3,
15 308:2,
6,14
309:9
311:23
314:22
316:7

317:20
318:7
320:11
321:4,15
327:4,13
332:18,22
333:1

Metro's
49:19
133:8
183:3
198:1
209:14
210:19
273:1
307:11
330:7

Metro_temp_
002628
301:21

Metro_temp_
005047
192:7

Michael
294:9

Michele
229:13

mid
225:24
233:17

middle
12:24
43:2,4,5,
9,18
44:22
112:18
242:21
293:9
294:2,16
295:10,
17,22
321:2

midway

128:8
285:6

Mike
288:7

miles
20:8 57:5

milestone
88:20
150:2
328:2

milestones
151:12
328:14,
19,22
329:4,22
331:3

Milledgevil
le
250:14

Miller
249:10

million
266:7
272:4,9,
16,22

mind
247:22

Mindset
120:15
154:25

minimum
75:14
118:14,20
127:8
163:1
193:22
220:20

minute
156:15

minutes
13:5 14:9

133:20
134:17
156:14,17
157:10
232:21
233:1
296:2
325:1,15
332:7
333:24

missing
178:23
200:25
277:16

mixed
114:20

model
30:10,17
31:2,21
35:19
102:4
118:12
119:13
127:12
136:1
150:21
185:13

modeling
126:25

modificatio
ns
294:20
323:2

modified
125:23
126:1
173:16

module
35:14

moment
132:1

money
50:22

109:16
110:10,12
163:9
205:8
260:3
267:10
268:2,6,
15 269:1,
12
276:11,12

monitor
27:20,25
28:1 32:7
34:18
77:23
86:11
133:5
197:5,7
217:23
218:8,21
219:11

monitored
243:11

monitoring
28:4 29:3
213:6
242:8

Monkey
250:19

month
51:18,19
53:6
54:16
68:14
118:21,25
119:4
156:2,4
157:24
158:5
186:21
220:21
277:21,23
321:22

monthly



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: months..north

53:21,22
122:4

months
  10:17
  16:16
  51:19
  108:12,13
  196:16

moral
  239:14

Morehouse
  55:21
  56:3
  117:12
  155:8

morning
  9:25 10:1
  202:20
  245:25
  264:18
  328:16

Morris
  9:14
  11:13,16
  13:25
  172:4
  315:7

MOU
  161:3,6,
  12,14
  162:10,22
  169:1,4,
  8,9,13,
  14,19

move
  46:5
  100:23
  101:23
  103:19
  179:14
  198:17
  230:14,19
  232:18
  266:2

275:24
287:7
295:10,21
301:11
331:8

moved
  102:1
  191:2
  232:10
  287:4
  291:8
  293:11
  301:4

moving
  68:23
  91:2
  117:8
  119:16
  122:7
  128:15
  130:6
  152:1
  167:13
  176:25
  180:21
  193:5
  203:19
  213:2,14
  217:16
  230:8
  252:18
  253:16
  268:7,16
  276:9
  278:7
  316:4
  319:5

MTSS
  152:7

Multi-
tiered
  152:2
  154:9

multiple

45:12
46:12
57:15
73:18
84:25
90:9,12
128:23
177:23
191:19
203:15
216:20
241:5

museum
  285:11,
  15,21
  286:4,5,
  7,13

_____

N

Nakeba
  17:9
  82:16
  93:13
  134:6
  158:18
  161:2
  164:25
  174:19
  176:2
  182:18
  196:1,12,
  19
  202:12,
  20,24
  207:9
  236:22
  237:2
  238:15
  244:20
  247:10
  250:12
  255:14,21
  256:23
  261:24

264:4,17
273:11
281:17
288:4,7
313:11,20
314:15,23
316:5,18
317:13,23
319:6

named
  321:10

names
  96:9
  242:25
  244:6
  311:5

nature
  11:9 18:4
  274:17
  317:25
  322:19
  331:3

Neal
  202:13
  256:22

necessarily
  154:1
  185:18

needed
  38:3,19
  39:21
  40:25
  120:22
  146:21
  148:22
  167:11
  200:12
  227:5,25
  229:2
  230:25
  246:13,23
  248:13
  253:18
  254:5,9,

14,17,23
279:18
280:5
295:11

Neely
  229:14,20
  230:4

network
  16:3,10,
  24 19:11,
  24 20:3,4
  104:13
  256:9
  261:15

Nevermind
  107:5

news
  275:12

Nicole
  324:1

NM
  83:8
  182:22
  277:12
  279:15,19

nod
  12:4

non-gnets
  193:14,23

normalized
  37:14

normed
  133:10,11
  152:14

north
  9:15 18:9
  23:15,17
  25:19
  26:11
  27:6,9
  30:18
  32:19



33:22
45:11,14,
21,25
46:7,11,
15,20,22
47:9
48:18,21
49:3,7,
11,13,16,
19 50:8,
14 51:15
52:15,20
53:24
54:4,18
55:4,13
56:12
57:5,8,
17,20,22
60:11,15
61:2
62:14,20
63:1,19,
24 64:18
65:20
66:6,15
67:23
68:9
70:20
71:9,16,
17 72:12,
22 76:9
77:20
78:3 83:6
85:9 89:3
91:11
92:24
97:4
98:13
102:24
104:18,21
105:3
106:2
109:15
110:21,25
112:8,12
113:7,12
114:2

118:8
119:6,17
120:14
122:12,
15,19
130:18
131:20
132:2
133:7
135:8,15
136:17
140:2,12
144:12
147:20
149:13
150:3
156:1
157:23
158:4
160:14,17
162:7
167:8
170:14,17
173:20,24
175:6,9
179:2
182:8,19
183:3
184:6,17,
24
185:10,
17,23
186:25
187:11,19
190:25
191:5
192:4,7,
8,14
196:24
197:2,21,
25 198:24
199:25
209:5,7,
14,22
210:6,12,
19 211:4
213:2,18

214:18
215:1,7,
18 217:4
218:5,7,
21 219:5
221:3,13,
15,19
223:20,25
224:13
227:14
229:21
230:8
231:24
235:12,22
240:24
241:12,14
264:9,11
265:8
266:4,14
267:17,18
271:25
272:16
273:1
278:19
282:1
286:16,17
287:1
290:22
292:2,19,
20 293:8,
11,17
295:9,20
296:14,18
297:2,7,
9,12,18
298:5,24
299:11
300:4
301:16,21
302:6
303:23,24
304:8,12
305:14,19
306:7,10,
25 307:2,
3,11,14
308:2,6,

14 309:9
311:23
314:22
316:6
317:19
318:7
320:11
321:4,15
327:4,13
330:7

**Northeast**
9:7

**Northwest**
33:24
34:2,7,9,
10,22
35:2 36:1

**Nos**
119:21

**note**
85:8
130:4
180:12
315:9
318:14
319:13

**notebook**
159:22,25

**notebooks**
199:14,19

**noted**
200:15

**notes**
72:25
228:23
307:25

**notice**
144:17
165:1,25
166:13
171:9,15,
21

**notificatio
n**
108:24
109:14,20

**November**
176:3,9
275:22
327:24

**number**
46:17
48:3,6,25
56:17
60:19
61:1 97:5
98:23
99:15,20
110:17
112:11,
12,16
151:5
207:15
209:7
219:22
221:2
233:3
255:25
267:12,13
301:24
302:15,
20,22
303:19,20
304:7
308:9
329:11
330:2

**numbers**
55:14
56:16
61:3
95:16
111:19
112:1,3
278:25
279:2
303:20



327:9

nurse
  116:21,25

nurses
  116:9,13,
  17,18,19

―――――――――――

―――― O ――――

Oakland
  302:9

oath
  11:25

objections
  13:22

objective
  209:21
  210:21

objectives
  86:10
  136:5
  219:4
  242:7

obligated
  196:24

observation
  125:16,
  18,21,24
  126:2,24
  132:9,13,
  19 135:25
  223:3
  230:10
  232:1

observations
  33:18
  35:18
  38:4
  122:8
  127:11
  132:10

184:21
199:10
279:18,25
288:16

observe
  245:10

observed
  320:13

Observers
  132:8

obtain
  24:8 25:6
  50:16
  99:4

obtained
  87:18

occasion
  157:1,17

occasions
  172:19
  195:16
  241:12

occupied
  294:22

occur
  68:13,16
  75:12,15
  166:8
  217:16
  330:11

occurred
  47:22
  321:21
  323:18

occurrence
  322:8
  323:11

occurring
  78:18
  217:15
  238:24

occurs
  67:5
  297:15

October
  158:18
  159:1
  195:14
  264:4

offer
  66:15
  72:4
  176:18,20

offered
  65:5
  67:16
  71:23
  73:1
  145:9
  212:18

offering
  135:9
  177:1

offers
  72:5

offhand
  224:16
  296:21

office
  11:4 83:7
  103:11
  274:6,10
  295:4
  310:11

officer
  49:24

official
  52:23

Oglethorpe
  116:23

one-on-one
  61:21
  292:14

ongoing
  34:15
  122:5
  124:25
  125:3
  126:25
  135:9
  138:8,15
  170:10,17
  285:17
  324:13
  325:9

online
  25:15
  83:14
  85:15,17,
  21,23
  86:6
  159:21,24
  211:15
  253:8

onsite
  198:20,25
  199:3,7
  200:22
  305:12

OPB
  274:2,5,
  12

open
  148:13,22
  291:1

operating
  35:2
  266:5,14

operation
  252:7,9,
  16
  254:22,24

operational
  29:19
  31:19
  92:3
  198:8

201:10,18
209:23
210:3,22
215:24

operations
  253:1,3

opinion
  178:6

opinions
  178:11

opportuniti
es
  90:17

opportunity
  13:9
  218:19
  245:7
  331:22

opt
  171:23

option
  169:3

options
  223:16
  229:4
  251:4
  274:1

oral
  12:7

order
  12:3,5
  51:6
  79:20
  81:11
  86:11
  129:13
  146:23
  147:1
  161:19
  175:9
  197:25
  198:12



216:7
223:8,10
240:17
304:19
327:5

ordered
147:17

ordinarily
58:5

Oregon
190:22

organizatio
n
71:2
117:16

organized
20:18
231:16

OT
257:21
260:7
285:7

ourself
212:22

outclass
194:4

outcome
108:24
178:3

Outcomes
214:10

outlay
294:19

outline
246:2

outlined
219:8
256:5

outlines
283:1

289:6

outlining
203:16

overpass
284:17

oversaw
40:10

oversee
26:24
27:10
30:2
49:20,22

overseeing
205:13

overt
120:6

overview
17:17
62:18
63:1
221:18
229:15

Owen
324:1
326:1

owned
56:9
230:23
286:19

———————
      P
———————

p.m.
139:14,17
172:5,8
243:13,16
296:8,11
331:18,23
334:5,8

package
147:13

packages
261:9

packet
222:21,25
223:11
230:17,18
262:12,
18,22,25
263:19
279:15

pages
112:10
139:2

paid
163:12
164:7
169:14
234:19,23
259:24

panel
145:2

panels
146:10

paper
79:4
105:12

paper/
pencil
191:7
205:5

paperwork
17:24
222:16

par
152:19

para
216:3,11
292:14

paragraph
87:5
89:7,10
128:9

137:17
166:14
167:14
168:14,
16,20,22
169:23
253:16
260:19
284:10

parameters
179:13

parapro
37:8
59:16
216:10

paraprofess
ionals
26:15
112:13,17
292:6

parapros
33:2
56:21
59:23
215:24
216:4,24

paras
26:6 55:9
59:21

parent
72:17,18
213:19
291:16,19
292:1,21

parental
72:7

parents
62:19
100:10
102:24
152:17
211:14,20
212:7

213:22,24
214:3
216:17
217:20
218:25
223:13
232:4,6,
15 282:9
284:6
308:20

part
11:9
19:12,13
22:12
27:6 29:9
32:11
42:1
48:18
53:2,7
56:3
72:23
110:16
122:5
127:24
153:5,7
154:20,21
155:15,18
188:25
198:19
200:15
202:3
208:18
211:11
220:18
238:5
240:14
241:17
242:7,12
274:9
282:6
284:2
286:9
289:23,25
290:1
304:3
309:5



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: part-time..personally

311:10
318:4
326:21
332:23

**part-time**
57:2
113:1
117:25
142:9

**partially**
150:12

**participants**
168:25
169:3

**participate**
67:16
146:5,9
166:11
170:15
187:24
188:12
200:1
223:21
323:22
332:13

**participated**
212:17

**participates**
53:17
224:3

**participating**
224:1
308:9,23

**participation**
166:15

**parties**
161:20

**partner**
90:10

**parts**
127:18
286:17

**pass**
145:7

**password**
87:9

**past**
60:5,6
83:17
133:15
134:20
239:9
240:25
268:5,15

**paste**
105:13

**Pat**
261:24
288:3,6,
14 294:10
319:7

**path**
284:21

**pattern**
113:8
115:13,21
116:8
327:7

**Paul**
259:17
280:11

**pay**
50:17
162:23
164:5,12
169:3
171:23
259:17
268:3,10

269:11
280:11

**paying**
162:19
269:9

**payroll**
54:24
55:4
70:20
113:16,19
122:20

**pays**
51:11
234:11
268:22

**PBIS**
21:22
36:5
135:12
152:6
155:14,18
186:25
187:3,5,
14,18,22
190:5,12,
22 199:12

**pdf**
262:2

**Peachtree**
9:6

**peers**
18:2
193:3

**pending**
163:4

**people**
26:3
35:22
54:18
56:9 73:6
78:24
129:21
130:10

138:12
146:9,11
177:19,23
181:1
200:4
249:11

**perceive**
279:4

**percent**
31:18
72:24
134:16
150:23,25
151:1
188:1,7
259:13
269:20
304:20

**percentage**
188:20,21
219:22
305:14

**perfect**
145:19

**performance**
124:22
242:13

**performed**
317:22

**performing**
32:19
153:9

**period**
37:19
43:8 48:7
59:4
75:15
101:17
138:16
140:24
190:10
193:9
196:7

212:24
248:9
298:8

**periodic**
82:4

**periods**
99:18

**permanent**
77:25

**permissible**
161:22

**permission**
100:13

**person**
35:20
39:4 43:3
52:1,2
57:2
105:6
106:2
121:2,10
124:4
143:10
144:3
147:1
191:10
208:9
248:24
270:1,6,
12 280:17

**person's**
140:17
141:4

**personal**
40:14

**personality**
31:14

**personally**
19:4
136:25
137:4
230:11



personnel
  117:2
  144:13
  166:17
  167:3
  332:14

persons
  260:21

perspective
  78:17
  80:14
  280:10

Peter
  259:16
  280:11

Peterson
  273:24

PGM004
  96:23

Ph.d.
  9:19
  142:20
  268:2

phones
  214:6

physical
  189:8

physically
  77:24
  78:3
  304:21

picture
  87:21

piece
  154:23,25
  156:12

pieces
  203:16
  213:14
  242:9
  260:3

263:16

Pilot
  262:1

Pinnell
  149:8

pizza
  284:6

PL
  137:15,24
  248:13

place
  47:16
  53:1
  211:16
  218:15
  232:11
  280:24

placement
  103:3
  177:9
  178:17
  183:21
  223:16
  229:4

placements
  63:12,22
  64:12,13

Plaintiff's
  15:1,5
  23:2,3,7
  62:6,10
  82:9,11,
  15 93:6,
  8,12
  104:5,7,
  11
  123:12,
  13,17
  132:2
  139:21,22
  140:1
  147:23,25
  148:4

158:11,
13,17
160:20,22
161:1
164:19,
20,24
171:2,3,7
175:20,22
176:1
182:12,
13,17
191:22,24
192:3
202:6,7,
11 207:3,
4,8
208:24,25
209:4
224:19,
20,24
227:17,
18,22
236:15,
16,20
238:9,10,
14
243:18,22
244:13,
15,19
247:4,5,9
250:6,7,
11 255:8,
9,13
256:16,
17,21
261:18,
19,23
263:23,24
264:3
270:21,22
271:1
273:5,6,
10
276:15,
16,20
281:11,
12,16

287:11,
12,16
290:8,9,
13 291:10
293:19,
20,24
298:18,
19,23
301:6,8
305:23,25
306:4
312:13,
14,17,18,
21,22,25
313:2,4,
6,9 316:4
318:15
319:5
327:18,
19,23

plan
  32:7,13
  36:17
  37:2,4,7
  42:7
  134:5
  136:5
  153:6,8
  162:16
  179:15,24
  180:2,3,
  14,18
  182:19
  183:4,7,
  13,16,18
  186:8,15
  195:17,
  19,20,25
  196:9,12,
  17,20,22,
  25 197:3,
  7,14,19
  198:1,19
  200:16
  201:22,24
  202:1,15,

20 203:2,
6,8,21,25
204:15,
18,21
205:11,
17,25
206:5,7,
9,13,21
207:11,
13,24
208:11,16
209:6,12,
13,15,21
214:11,
16,20
221:9
222:13
239:16
240:21
241:18,21
243:9,12
246:6,13,
20
247:11,
19,20
248:17
251:19
252:4,18
253:2,19
256:25
257:16
261:7,8
265:20
266:3
282:6
294:18
319:15,18
333:9

Plan_draft_
r
  182:23

Plan_july
  264:12

planned
  217:12



planning
  71:23
  100:11
  198:17
  250:21
  255:15
  256:1
  274:6
  311:10

plans
  36:7 38:7
  170:2
  218:13
  221:6,10

platform
  95:16
  131:9
  150:1
  191:4
  234:10
  239:16

play
  18:16
  69:11
  270:10

played
  204:17

plays
  69:18,21

point
  12:17
  40:11
  95:17
  130:9
  132:7
  160:1
  172:2
  179:20
  181:20
  189:17
  190:19
  206:14
  213:24
  218:16,19

  288:19
  298:4
  301:1
  310:15
  318:1

points
  155:20
  188:1,8,
  20,21
  190:3,20
  191:6
  194:20

populated
  98:5

population
  19:20
  29:25
  37:14
  62:2
  189:13
  213:24

populations
  38:18

portal
  76:9
  80:22
  81:2,7,
  11,15,18
  84:5
  95:19,23,
  25 96:7
  102:22
  105:8,10,
  13,14
  131:10
  199:17

portion
  132:9
  319:21

portions
  47:5

position
  39:19

  41:15
  58:18
  114:4
  139:4
  140:17
  144:15
  145:2,8,
  9,18,23
  146:14
  268:7,16,
  20 269:7
  315:15
  318:21
  332:22

positions
  55:12
  113:25
  117:9
  118:1
  153:21
  269:15

positive
  21:23
  36:5
  210:9
  211:5
  239:11

post
  144:15

post-
secondary
  304:5

posted
  144:19

pot
  267:10,11

potential
  275:14

potentially
  311:2

Power
  87:8

ppt
  262:4

practice
  145:22
  205:12
  221:6

practices
  210:24
  211:10
  212:15

preceded
  228:12

prefer
  269:25

preliminary
  109:11
  110:1
  271:5,13,
  20

preparation
  14:11,17

prepare
  14:4
  299:4
  322:3

prepared
  140:8

prescribes
  233:25

presence
  320:4

present
  17:6
  46:6,18
  77:19
  174:17
  242:13
  260:23
  261:14
  304:22
  305:15
  320:11,16

  321:4,14,
  19 324:4
  325:18
  326:6
  330:18,22

presentatio
n
  73:19

presented
  80:6
  174:22

presenting
  167:20

president
  248:19
  249:5

presidents
  248:7

pretty
  98:24
  232:10
  235:17
  327:16

prevent
  91:10

prevented
  63:21

preventions
  120:11

previous
  107:11,
  16,23
  174:8
  178:22
  179:3
  294:15
  318:12

previously
  19:7
  42:15
  47:13
  169:9



178:15
319:25

**primarily**
169:25

**principal**
323:23
325:20

**principals**
67:6
136:10,19
305:18
324:21

**prior**
47:25
86:19
90:14
107:6
108:15
167:1
199:2
204:17
205:25
243:11
256:5
277:13
281:7
291:3
295:16
315:20
316:2
318:25
320:8
323:20
324:8
325:3

**priorities**
214:20,23

**prioritize**
198:13

**priority**
215:20,23
216:23
217:5,10

**privacy**
301:25

**private**
228:25
229:6
231:12
311:8

**privilege**
13:23
313:12
315:11,25
316:8
317:4,7
318:17
320:2,3

**privileged**
314:8

**privileges**
155:21
187:8
188:10,
16,17,22

**problem**
33:16
305:7

**problematic**
125:14

**problems**
39:9
128:13,16
130:5
189:14

**procedure**
226:3,8

**proceed**
13:17
229:22
231:1

**process**
19:22
35:5
50:16

72:7
109:22
126:17
144:12,
22,23
145:11
163:21
167:15
173:6,22
174:12
175:8,9
198:20,22
200:16
213:6
214:5
221:18
222:15,17
230:19,20
231:14
232:8
241:21,23
243:9
246:18
274:2,8
277:11
318:5
332:24
333:11

**processes**
222:11

**produce**
315:19
320:7

**produced**
18:19
94:9
104:22
140:2,4
192:4
301:15
303:2
315:25
318:25

**producing**
221:25

**product**
39:16

**professiona
l**
24:23
34:14,20,
22,25
35:4,6,7,
12,25
41:13
90:22,24
122:6
125:1
137:24
150:10
208:19

**professiona
lly**
150:6,17
151:4

**professor**
121:12

**proficiency**
121:6

**proficient**
329:13,14
330:4,5
331:9

**profile**
73:14

**profiles**
73:20

**program**
16:4,6,7,
11 18:9,
11,23
19:8,10,
17,19
20:4
23:15
25:12,19
27:6,9,
10,12

32:8,20
33:23
34:10,13,
23 35:2
36:2
40:4,11
41:18
42:11
45:11,19
46:4,5,
11,15
47:7,9
48:22
49:4,7,13
50:9,14
51:4,15
52:20
54:19
55:4,22
56:2
60:11,16
61:3
62:18,21
63:19,24
64:18
66:15
67:17,22,
24 69:16
72:13
73:9
80:15
90:8
92:24
94:21,23
95:1
98:1,2,5,
17,23
101:4
102:1,2,
3,13,14
106:5,9,
11 109:21
116:20,21
118:11
121:21
133:14
140:3



143:16,
21,24
149:9
167:6
169:17
173:20
174:20
178:8
181:3
185:17
186:10,12
187:15,17
191:4
192:5,15
195:10
196:3
197:5,13,
15,18
198:10,25
201:9
205:20
206:12
207:23
208:3
214:2
217:12
218:1
219:7,13,
16,19
220:9,17
224:14
225:23,25
229:8
231:20
234:14
241:5,12
259:14
264:20
278:19
280:12
283:18
286:8
290:22
292:3
293:8,17
295:4,21
296:15

297:13
299:25
301:16
302:21
304:3
308:25
309:2,3,
5,17,19,
20 312:3,
4,5
315:14
316:19
317:20
318:7,20
320:12
330:2

program's
90:6
332:13

programmati
c
52:10

programs
20:6,12,
13,17
28:18
41:21,24
43:2,23,
24 44:1,
4,6,14
63:5,9
85:4 91:4
92:4
109:15,20
118:14
134:13
153:10
168:8
173:2
176:20
187:13
204:23
232:7
234:2,20,
25 235:10

237:21
238:24
240:3
255:25
256:4
258:19
265:5
267:5,24
270:11,15
275:14
276:11
279:22
286:1
302:7
307:7
315:16
318:22
329:8

programs/
materials
212:3

progress
27:21
28:4,5,22
29:1 32:8
75:4,7,12
86:11
124:23
125:8,13
133:5
193:2,7
197:5
213:6
218:25
219:3
242:8
296:22

progresses
187:8

project
205:17,24
206:5,8

project-
based

151:2

promise
332:6

prompted
161:14
177:15
263:4
282:4
293:1
317:6

proper
186:5

proportion
304:20

proportiona
te
267:13

proposal
275:19

propose
44:11

proposed
171:20
176:11
178:23
180:13
275:18
294:24

pros
216:3

prospective
20:2
111:20

protect
301:25

protocol
193:13,17
219:7
279:15

provide
18:10

19:14
26:7
33:19
35:13,15
44:18
55:8
58:14
61:21
63:9
69:23
70:3,4
71:7
90:16
91:3
100:8,13
118:17
120:11
124:25
126:13,20
132:17
135:25
136:18
138:4,8
149:1
151:15
154:16,24
155:6
165:25
173:4,14,
20,25
174:25
177:9
179:10
181:2,21
182:3
184:17,
21,25
185:10
198:16
205:7
207:22
212:19
220:22
222:4
229:15
237:8,9
241:13



242:25
243:6
259:11,14
275:11
277:20
278:9
279:16,
18,21
280:6,14
285:1,10,
18 286:10
288:9
306:25
309:4,15
310:8,23
326:25
327:7

**provided**
15:13
35:4 36:1
55:7
62:21
69:4
77:11
87:6,9
100:6
113:21
150:24,25
159:15
167:24
170:20,21
175:7
184:13
185:5,23
186:3
191:13
192:13
194:24
197:25
205:8
206:4,13
209:17
212:5,12
213:12
238:23
251:5

285:9
298:24
306:16
307:2
309:7,13
310:11,16

**provider**
100:12
155:4

**providers**
152:17
153:22

**providing**
34:21,25
36:5
38:17
41:4
69:14
101:12
135:4,15
148:19
161:20
163:8
169:2
176:12
185:17
255:24
275:7
277:18
278:3,24
279:22
280:19,21

**provisional**
143:11,13
144:5

**provisional
ly**
144:4

**PSC**
70:15

**psychiatric**
55:22,23
56:2
275:10

**psychiatris
t**
56:1
117:12

**psychiatris
ts**
155:9

**Psycho**
43:24

**psychologic
al**
155:9

**psychologis
t**
57:1,6,8
69:21
112:25
113:1
115:6
117:20,21
142:9,16,
22 200:11
224:8

**psychologis
ts**
26:18,19
27:3
30:21
31:6
56:20,22,
23 57:14
66:17
67:3
69:5,10
70:4
114:24
115:1,5,
8,9
117:23
119:2
141:23
142:4
143:4
151:24

262:12
327:1

**psychology**
24:5

**psychometri
cally**
254:6

**PT**
257:21
260:7

**public**
22:6
30:23
31:3,4
42:16
43:7,14
45:22
46:20,24
47:4,10,
24 78:25
80:3
83:8,12
85:18
116:23
175:13
184:14
185:6
239:11

**publish**
94:10

**pull**
65:2
90:10

**pull-out**
185:5,11

**pulled**
96:24
142:14
232:5
252:12

**pulling**
257:23
280:7

**pump**
126:23

**purchase**
51:6
159:17
239:19
240:10,18

**purchased**
160:12,13

**purchasing**
159:5,15

**purpose**
52:5
62:17
183:17
265:20

**purposes**
11:13
194:25

**pursue**
304:5

**pushback**
179:6,7,
11

**put**
134:5
135:23
195:20
216:8
245:25
253:4
260:2
286:1,2
315:8
322:24

**Putman**
25:20,21,
22 51:22
271:4
321:6
332:17
333:2



**puts**
  105:2
  268:19

**putting**
  194:19

———————————

    **Q**

———————————

**QBE**
  99:11
  275:21,25
  276:2,10

**qualificati**
**ons**
  150:10

**qualified**
  150:6,18
  151:4
  170:23

**qualitative**
  101:9,11

**quality**
  290:2

**question**
  12:14,18,
  20,24,25
  13:7,9
  46:2
  99:12
  109:5,13
  138:24
  146:20
  175:4
  176:16
  177:6,8,
  15 206:23
  207:19
  219:9
  220:1,13
  229:5
  230:6
  231:17
  259:18

  260:4
  298:3
  305:17

**question/**
**concern/**
**recommendat**
**ion**
  257:18

**Questionnai**
**re**
  153:2

**questions**
  11:19
  13:13,16
  29:14
  83:6
  132:4
  145:3
  146:18
  176:12
  202:21
  205:7
  226:19
  331:21
  332:8,12
  333:22

**quick**
  153:8
  207:19
  212:24

**quickly**
  228:24
  271:23

**quit**
  141:20

**quote**
  55:14
  228:7

**quote-**
**unquote**
  223:10

———————————

    **R**

———————————

**Rahming**
  17:9
  82:16,23
  86:19,25
  87:5
  88:22
  89:6
  93:13
  158:18
  159:1,13,
  20 161:2,
  10,15
  164:25
  165:9,13
  167:1
  169:10
  171:8
  174:19,25
  176:2,9,
  16 180:22
  181:8
  182:18
  183:4,6
  196:1,13,
  19
  202:12,24
  203:10
  207:10,22
  236:22
  237:2,18
  238:15
  240:6
  244:20,22
  245:2,6,
  13,18,24
  246:5,15
  247:10
  250:1,12,
  18,25
  254:1,5,
  23 255:2,
  14,22
  256:23

  261:24
  264:4
  265:7,13
  273:11,22
  281:17,24
  282:5,14
  288:4
  289:2,3
  313:11,20
  314:11,
  19,23
  316:5,18,
  22
  317:13,23
  319:6

**Rahming's**
  171:14
  203:12
  205:10
  265:1
  315:22

**Rains**
  225:15,20
  249:16
  273:12

**Rains'**
  226:1

**raise**
  269:4

**raised**
  174:11
  281:6

**ran**
  200:7

**range**
  156:16
  157:16
  266:12

**rank**
  146:23
  147:17
  198:12

**ranked**
  147:1

**rate**
  133:16
  134:20
  183:25
  184:4
  197:12
  276:3
  300:24

**rated**
  209:22
  210:6,12,
  15,21,25
  211:4,13,
  25
  212:10,22
  213:2,18
  215:2,24
  216:23

**rates**
  305:19

**rating**
  201:17
  203:17
  209:6,25
  213:10,21

**ratings**
  209:14
  214:15
  215:3

**raving**
  159:4

**RBT**
  25:4
  71:7,11
  161:3,6,
  11,21
  162:11,
  12,14,18,
  19,24,25
  163:2,6,
  15 164:2,
  5,13



165:1,3,
10 166:1,
3,18
167:16
169:2,16,
25 170:15
171:9,15

RBTS
  56:10
  59:19
  70:25
  71:8
  163:18
  170:11,24
  171:18,24

re-
organizatio
n
  29:18

re-
traumatize
  120:10

reached
  225:15
  229:14
  231:3

reaching
  226:11

Read
  149:7

reading
  25:14
  133:5
  149:7,8,9
  151:21
  175:15
  220:14
  233:11
  239:25
  242:7

ready
  44:5
  60:24

83:1
146:7
179:5,14
189:11
192:25
193:2
220:8
251:14
257:7,13

real
  92:3
  218:14

reason
  13:12
  36:22,23
  64:2
  77:12
  103:21
  120:7
  142:2,12
  211:1
  212:5
  213:9,11,
  20,22
  221:3
  230:16
  310:6

reasons
  319:24

rebuilding
  286:2

recall
  15:17
  17:7,8
  25:17
  45:2,4
  49:6
  74:20
  87:25
  98:3
  126:7
  128:18
  164:11
  167:5,11

174:23
177:7
204:24,25
226:17
228:8
231:13,25
232:1,3
236:10
241:25
243:2
245:15
251:24
252:25
253:1
291:25
292:12,24
297:2
303:18
311:4,5,
19 318:3
325:2,16

receive
  18:9
  22:8,19
  44:23
  94:20
  95:1,4,7
  99:19
  100:21
  103:1,18
  109:14
  121:22
  156:1
  160:9
  170:17
  186:10
  200:17
  223:11
  227:9
  255:5
  265:12
  267:24
  268:6,16
  275:6
  277:14,22
  288:10

294:19
305:20

received
  86:20
  97:13
  119:18
  200:20
  282:24
  292:16

receivers
  180:10

receives
  92:8

receiving
  27:11
  109:16
  119:6
  167:1,23
  168:17,24
  179:21
  180:6
  181:19
  205:23,25
  251:24
  259:19,21
  278:5
  281:25

recent
  10:16
  148:5
  225:9
  244:21
  275:12

recently
  263:2

recess
  75:25
  172:7
  243:15
  296:10

recidivism
  183:25
  184:3

280:15

recipient
  255:21

recognize
  23:8
  62:11
  82:20
  93:25
  104:16
  124:1
  140:6
  148:17
  158:22
  161:8
  165:6
  171:12
  176:6
  183:1
  192:11
  202:17
  207:17
  209:9
  225:6
  228:2
  236:24
  238:20
  244:2,25
  247:14
  250:16
  255:18
  257:2
  262:8
  264:15
  271:10
  273:16
  277:1
  281:21
  290:17
  294:4
  299:2
  302:3
  306:13
  313:15,16
  316:10
  319:8
  328:11



recognized
   259:20

recollectio
n
   94:7
   138:21
   237:25

recommend
   146:8

recommendat
ion
   168:12
   186:2
   260:11

recommendat
ions
   147:5

recommended
   168:11
   178:24
   180:15
   272:3,7,
   15,20,23

recommendin
g
   179:2

record
   9:9  10:8
   12:4
   30:15
   65:1
   75:24
   76:2  80:9
   92:25
   139:12,
   15,16,18
   160:8
   172:6,9
   243:14,17
   276:23
   277:13,17
   295:25
   296:9,12
   304:12

312:24
315:9
318:15
319:2,25
331:19,
24,25
334:6

recording
   111:21,22

records
   64:6  79:4
   87:23
   89:25
   102:25
   103:4,9,
   19,22
   148:13,22

recruit
   292:18

red
   202:21

redacted
   301:23

redaction
   320:1

reduce
   276:4

reduction
   29:19
   31:18

reevaluatio
n
   263:11

refer
   75:1
   193:10
   218:10
   224:13
   225:17
   226:7,15
   227:2
   229:9

230:7
300:24

reference
   29:23
   180:14,18
   204:6
   209:7
   240:11
   301:20
   319:17,18

referenced
   166:7
   169:8
   177:4
   190:4
   233:3
   263:1
   274:15

references
   94:3
   145:6,7
   146:25
   147:2
   188:24
   204:12
   246:16

referencing
   53:9
   117:13
   203:5

referral
   19:22
   72:7,18
   221:18
   222:11,21
   227:25
   230:17
   231:14
   232:7,11
   261:9

referred
   16:7
   20:13
   25:4

64:22
72:1  75:3
103:15,16
109:10
135:19
136:8,13
173:5,15
177:16
178:7
183:22
222:12
231:19
232:2

referring
   80:21,23
   81:9
   176:17,19
   189:20
   205:4
   223:7,13
   227:6
   230:4
   237:15
   239:24
   257:10
   261:5
   262:20
   309:25

reflect
   247:18

reframe
   12:19
   270:9

refresh
   94:6
   237:25

refused
   232:4,15

Regan
   323:23
   325:18

region
   247:18

regional
   18:11
   20:13
   21:10
   25:11
   46:5
   307:7

registered
   24:25
   166:1,20

regular
   51:14
   283:14
   310:16

regularly
   303:23
   304:7

reimbursed
   164:9

reinforced
   190:15

reinforceme
nt
   190:22
   191:3

reinforceme
nts
   187:9
   188:9
   189:16

reinforcers
   190:12

reintegrate
   251:13

reintegrati
ng
   180:9
   279:17

reintegrati
on
   179:15,24
   180:2,14,



18 181:11
182:19,22
183:3,7,
9,13,15
186:7,15
192:20
218:13,
15,18
251:19
252:4
256:25
257:6,9
261:7
264:6,12
265:20

**Reintegrati
on/
transition**
181:1

**relate**
228:12

**related**
38:18
39:9 41:2
137:14
169:9
212:12
225:10
246:7
256:12
260:4
317:16

**relates**
16:3
127:20
258:20

**relating**
244:9
256:9

**relationshi
p**
169:12

**relative**
108:9

**release**
102:25
103:4,19,
22

**relevant**
25:11
36:12
242:3
274:7

**relocate**
294:16

**relocated**
295:16

**remain**
59:22
169:17
278:14
279:1

**remained**
46:17

**remaining**
194:5
314:1

**remember**
13:5 88:6
121:11
152:13
205:11
206:1
208:14
221:7,9
229:6
236:9,11,
13 245:16
249:12,14
289:4
331:2

**remembering**
169:18
233:6

**renewal**
162:23

**renovated**
282:10
284:15
286:3
290:3

**renovations**
294:20

**reorganizat
ion**
29:22
30:8,16

**repeat**
22:11
48:23
219:10
326:14

**repeats**
113:3

**rephrase**
79:6
109:12

**replaced**
179:25

**replies**
237:18

**reply**
159:20

**replying**
317:10

**report**
25:18
26:1,3,5,
15,20,21
27:5 65:1
92:25
93:19
96:7,24
97:20
98:13
100:18
142:14
149:17

219:1
235:4,22
236:4,11
237:5,10
240:15
241:4,7
308:22
332:17

**reported**
235:1
236:8
253:20
307:13,25

**reporter**
11:23
12:2 23:1
30:14
62:5 82:9
93:6
104:5
123:11
139:20
147:23
158:11
160:19
164:18
175:20
182:11
191:22
207:2
224:18
238:8
244:13
312:11

**reporting**
135:11
240:17
241:13
242:9
254:19

**reports**
26:5,9
219:3
252:12
258:12

277:13,18

**represent**
10:4
239:10
301:22
315:16
318:22
332:6

**representat
ion**
74:18

**representat
ive**
74:16
111:15

**representat
ives**
248:11

**represented**
11:13
248:11
314:23

**representin
g**
315:2

**request**
41:8 51:8
72:17
103:12
148:21,22
180:23
181:9
183:8
222:20
229:21
260:20
261:8
279:14
294:15
315:18,21
318:24
320:6
324:25
325:13



Request_nm
  148:14

requested
  34:16
  103:10
  250:2
  306:8,25
  318:3,9
  323:16

requesting
  18:10
  230:14

requests
  82:4
  242:24
  244:9
  261:9
  322:25

require
  63:11
  237:23

required
  84:22
  105:16,20
  156:11
  157:5
  167:15,16
  168:10
  183:12
  237:5,15,
  19 238:1
  298:15
  328:24

requirement
s
  103:8
  219:2

requires
  61:16,18,
  22
  162:11,14

RESA
  9:15 21:9

25:20,23,
24,25
34:7
37:16,25
49:17
50:11,13
51:9,11,
15,20,23
52:5
53:21
54:6
106:1,3
144:16
212:13
321:6
332:18,
22,23
333:1

RESAS
  54:8

research
  36:14
  120:1
  240:10
  246:21
  253:11
  255:1,3

research-
based
  239:18,22
  253:14

reserve
  285:11,17

reserved
  13:23

reside
  162:24

residential
  63:11,22,
  25 64:3,
  8,14,22
  102:14

resistant

179:21

resisting
  230:8

resolved
  286:24
  287:3

resource
  150:14
  151:16
  253:8
  257:12

resources
  33:25
  34:3
  73:25
  90:18
  150:24
  151:11
  160:2
  208:19
  246:12
  253:18

respect
  47:1
  119:5
  221:2
  227:13
  270:8,10

respective
  30:3
  277:12

respond
  124:15
  148:22
  314:11
  319:12

responded
  226:23
  279:5

responding
  18:13
  287:24

responds
  86:19
  159:13

response
  13:6
  18:20
  62:21
  78:21
  79:2,23
  80:2,10
  83:6
  104:22
  140:3,9
  148:21
  160:9
  171:14,17
  177:5,7
  192:5,14
  202:23
  209:18
  226:14
  239:4
  245:5
  257:5,16
  265:12,15
  279:9
  288:9
  298:25
  299:8
  301:17
  319:20,21

responses
  152:16
  285:1

responsibil
ities
  39:19
  40:8
  58:22
  144:18
  162:15
  204:22
  205:19
  206:10

responsibil
ity
  208:9

responsible
  68:1 70:6
  169:25
  205:13

rest
  84:7
  261:14

restrictive
  63:12,22
  64:12,13
  100:24
  101:23
  102:4,5,
  6,14
  110:18
  186:4
  192:10
  194:13
  213:7
  259:15
  297:17
  298:1

restructure
  30:1,22

result
  276:10

resulting
  29:18

results
  35:15
  154:13,17
  236:5
  329:12

resume
  23:11,12
  29:13
  34:2
  37:15
  39:14
  42:14



145:19,20

**retired**
117:22
142:14
225:22
239:8
249:14

**return**
101:17

**returning**
110:22
186:9
278:11

**revamping**
39:24

**review**
14:16
91:15
106:2,5,
15,17
201:1,9
242:18
244:6
254:7,11
265:1
318:4

**reviewed**
14:23
105:19
108:4
145:3
243:5
262:11

**reviewing**
213:6

**reviews**
105:24
318:10,13

**revised**
173:22
174:3,7,
12 175:8
206:20

264:25

**revising**
276:6

**rewards**
187:9
189:16

**rid**
37:12

**right-hand**
300:13

**rigorous**
211:18

**rings**
283:9

**risk**
152:19
154:15
219:6,13,
15,25
220:4,16
236:1

**robbing**
259:16
280:11

**Robert**
282:15,18

**role**
18:16
19:1
29:15
37:21
40:9,10
41:3,21,
24 42:9,
10 44:12
49:19
69:11,18,
22,24
204:16
248:25
256:7
270:8,10

297:8
315:5

**roles**
39:18
204:21

**roll**
250:25

**rolled**
134:18,24

**rolling**
267:15

**room**
283:23
324:8

**rooms**
216:16
285:17
290:5

**root**
120:4

**Ross**
326:4

**rotated**
216:18

**rotating**
248:7

**rotation**
249:23

**roughly**
196:7

**round-robin**
145:3

**Rowland**
294:9,14

**rubric**
125:12
197:4
198:5,10
199:9
201:3,5

202:4
209:6

**rule**
53:2,8,9,
11 157:15
168:6,9
172:20,23
173:7,10,
16,18,21
174:4,7,
9,12,15
175:7,11,
15
176:11,25
178:24
180:13,
15,19
239:17
252:13
259:10
262:14
263:6,20
266:3
280:6

**rules**
305:5

**run**
193:11

**running**
127:25
128:1
289:8

———————

S

———————

**sake**
319:2

**salary**
147:14
169:22
268:3,11,
18,19,20

**sale**

239:19
240:10

**Samad**
282:16
326:6

**sample**
242:17

**Samuel**
256:22

**sat**
192:21

**satisfaction**
281:8

**Sauls**
323:23
325:18

**save**
31:22

**savvy**
213:25

**scale**
188:19
203:17

**schedule**
99:23,25
156:21
157:4,13,
19
268:11,
18,19
324:16
325:7

**scheduled**
156:8

**schedules**
323:3,5

**Schofill**
288:3,6,
14 294:10



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA             Index: school..scoring

**school**
22:17
26:17,19
29:8,9
30:3,21,
22,25
31:5,7,
11,13,15
37:16,21,
23 38:1,
13,21,22
39:6,9,12
40:12,23,
24 41:8,
25 43:2,
4,5,6,7,
18 45:12,
14,20,25
46:3,7,23
47:2,6
50:24
54:3,7,8,
19 55:2,
21 56:1,
3,19,22,
23 57:1,
6,8,13,16
60:12,16
66:8,16,
17 67:3
69:4,10,
21 70:4
72:21
74:23
78:4
84:19,20,
25 85:20
87:8,12
88:4
90:13
92:6
96:15,17,
21,24
97:3,6
98:3
99:21
100:6,14,

16 103:7
104:2
107:11,
17,23,24
108:2,5,
16
110:18,23
111:10,
12,14,23,
25 112:1,
4,7,18
114:17,18
115:6,7,8
116:17
117:12,
19,20,21,
23 125:24
129:21
131:19,20
133:9,10,
12
136:16,17
137:7
138:22
142:4,16,
22
143:17,20
145:15
151:24
155:7,8
156:7,9
157:21
167:22
168:4
177:17,23
179:8,20,
22 180:6
184:14
185:7
187:14,
17,25
188:12
190:7
197:12
200:9,11
210:20
211:17

219:1
221:21
222:2,4,
12,22
223:13,17
224:8,13
227:12
228:14
229:3,9,
11 230:22
231:7,14
232:19
233:21
241:5
242:20,21
262:12
281:19
282:2,23
283:9,14,
17,19,20
284:5
285:25
286:9,12
287:1,8,
18
288:17,20
289:22
290:21,25
291:17,21
292:2,9,
23 293:9
294:2,17
295:10,
17,22
299:12
300:5,10
302:7,13,
21,23
303:1,13,
19 304:2,
23,24,25
305:4
307:17,
18,21
310:11,24
312:5
320:19,

21,24
321:2,15
325:5
326:25

**school-
based**
21:17
44:4,13
98:10,14,
22 101:3
102:2
111:7
118:8
119:14
308:5

**Schoolmax**
87:9

**schools**
22:7
26:23
30:23
31:3,4
37:24
38:2,13,
19 39:3,7
40:13
42:16,20
43:9,12,
14 44:22,
23 45:16,
18,22,23,
24 46:20,
21,24,25
47:4,5,
11,24
57:4,15
78:25
80:4
83:8,12,
13 85:10,
19 97:2
100:13
107:12
116:16,
17,23

120:14
136:23
167:24
177:10
187:13,
20,21,22
190:5
191:16
195:10
197:12
225:2,11,
17 227:6
228:5,25
229:1,4
285:24
289:17
293:13
309:7,12,
24 310:1,
7,9
325:23

**schoolwide**
187:6
188:16

**science**
25:14

**score**
145:5
146:18,22

**scored**
147:17
200:24

**scores**
92:11,16
215:25
216:23,24
235:1,22
236:7
238:1

**scoring**
234:8,9,
10,11,19
235:25
236:4



screener
  153:8

screening
  145:25
  146:1,3
  153:5

SDI
  38:17

SDQ
  153:2,4,
  11,13
  233:4
  234:5,12,
  19 235:22
  236:4
  237:11,
  14,22
  238:1
  240:1

SDQS
  242:10

second-to-
last
  169:23
  186:24
  203:13
  277:5

secretary
  98:19
  303:9

section
  29:16
  31:25
  65:4
  66:10
  71:22
  109:4
  137:12
  214:16
  215:23
  251:8,17
  254:3,9,
  13

sections
  206:4
  208:17
  253:19
  282:7

secure
  78:24

secured
  181:11

segment
  99:23
  257:21

segments
  94:22
  98:24
  99:15,21
  100:1

segments/
academics
  194:24

SEL
  159:5,10
  201:12

selected
  166:2,10
  215:22
  217:10

self-
advocacy
  67:16

self-
advocate
  66:25

self-assess
  198:6

self-
assessing
  197:18

self-
assessment
  197:10,

17,22
198:13
202:4
209:14
210:20
214:10
246:7

self-
contained
  45:8
  111:4
  118:7

self-
interest
  222:1

self-rated
  214:23

self-
sabotage
  194:14

semester
  127:4,10,
  11

senator
  291:16

send
  109:19
  161:14
  218:25
  219:2
  245:2
  263:16
  284:25
  293:1

sending
  203:9
  307:10
  308:15

sends
  124:11

sense
  48:24

157:22
172:2
216:15
304:11

sensory
  190:14
  290:5

sentence
  137:13,
  19,22
  138:2,10
  168:15,21
  277:9
  278:8

separate
  109:22
  117:4
  163:14
  206:22
  283:14
  285:23

separately
  71:8

September
  108:18,20
  164:25
  171:8
  306:7

serve
  20:8,18
  26:23
  30:22
  31:3
  45:11,15,
  16 46:11
  54:8
  57:14
  61:8 75:8
  76:11
  79:21
  83:8
  84:19,20
  90:5
  103:24

112:17
191:9
195:11
248:18
249:4
267:12,15
311:12

served
  45:18
  46:4,7
  47:6,14
  60:11,15
  61:2
  83:11
  85:9
  98:12
  111:16,23
  228:22
  231:9,24
  249:8,20
  256:8
  292:3
  299:12,
  18,21
  300:4,19,
  21 311:15
  326:12

serves
  45:21
  46:1 47:9
  52:20
  54:4
  66:5,6,7
  90:9 97:4
  221:14
  294:22

service
  21:10
  74:19
  100:12
  152:17
  155:4
  184:9
  185:4,16
  254:14



279:22
321:15

**services**
19:13,15
22:9
27:11,12
44:16
61:23
63:10,20
65:5,9,15
68:25
69:4,15
71:22
72:4,5,
10,16,19
73:1,4
75:3 92:8
94:21
95:1
97:13
99:19
100:6,14,
16,21,24
101:12
103:1,16,
18
118:14,
16,23
135:3,19
136:9,13
147:20
149:2,3
152:7
153:17
155:6,10
161:20
163:8
167:23
169:2
173:2,4,
5,14,15
176:17
177:1,3,
17,21
178:7,17,
19 181:19

183:22
184:13,
18,23,25
185:1,5,
11,22
186:2
201:8,12
203:22,24
205:1,7
213:4,12
217:5
220:21
221:19
222:20
223:7,22
226:16
228:15
229:2,10,
16 230:1,
25 231:1
232:5
251:9,18
254:4
257:21,22
258:5
259:11,
20,21,24
260:6
261:8,10
262:1,12,
18,20,24
263:19
264:19
265:4,9,
10 276:4,
5,12,13,
23
277:18,20
278:3,10
279:10,
13,14,21,
23 280:6,
14,19,22
285:8,10,
18 286:10
295:5
298:1

309:4,7,
10,12,15,
25 310:1,
8,15,24
311:22,24
326:12,
16,19,21,
23 327:7

**Services_
revised_
july**
264:10

**serving**
33:22
49:2
57:19,22,
24 58:3
59:14
78:2
130:18
191:11
248:24

**session**
110:4
157:8
245:8

**sessions**
68:6,9,
12,15
118:21,25
119:11
127:12
156:4,5,
15,25
157:6,15
166:19
245:14

**set**
28:14
36:16,18
53:3
134:2,10,
18,23
144:22

150:20
276:2
279:4
281:1

**sets**
53:19

**setting**
22:15,16,
17 44:8
167:22
168:4
184:13,
18,24
185:6,11

**settings**
21:20
22:6,21
110:18

**Setup**
123:23

**severe**
61:14
167:20
298:14

**severity**
63:12
118:16
127:5
297:5

**shake**
12:5

**share**
62:18
83:1
160:1,2
161:22
273:25
282:4
301:12
306:20
311:5

**shared**
16:21

17:15,16
66:7
116:13
167:9

**shares**
189:10

**sharing**
331:10

**Shaun**
324:1
326:1

**sheet**
190:19
306:14

**sheets**
190:23,24

**short**
37:19
75:21
269:23

**shortage**
293:6

**shortages**
293:5

**shortest**
157:2
296:17

**show**
65:2
112:11,
17,24
116:25
148:25
175:5
177:19
203:23
265:22
283:7
299:11
301:5
302:11
306:17



314:5
318:12
329:2,16
330:1

**showing**
301:23
329:21

**shows**
110:16,21
112:6
114:22
115:14
140:16,19
154:14
256:3
300:3
302:5
303:12
329:7,11

**shrink**
278:15,25

**side**
52:10
96:11
259:6
283:17,18
284:12
285:14
289:22

**side-by-side**
125:3

**sides**
102:18

**sign**
102:25
103:2,19,
22 168:25
169:4
250:20
255:16

**sign-on**
131:9

**signed**
255:25
295:20

**significance**
154:15
195:7

**significant**
61:9
152:18
189:17
220:22
236:2
242:12
280:12

**significantly**
61:5
278:13

**signify**
302:19

**signing**
277:14

**similar**
44:13
45:3
89:23
152:8
196:17
205:7
231:15
311:9
318:15
325:3
329:21

**simply**
95:23

**single**
31:11
68:9
131:9
154:2

**sink**
283:24

**sit**
72:7 73:6
75:2
199:13,18
222:10
223:15
245:8

**site**
26:12
56:24
57:11
112:12,
13,15,20,
22,25
122:24
136:25
137:1
200:6
205:13
224:5
287:1
293:9,11
294:23
305:17
320:11
321:5,7,
8,20
323:17,21
324:10
325:4
326:8

**sites**
46:12,14,
17 48:2,
6,11,12,
16,17,21,
25 49:7
56:25
67:24
91:5,11
133:8
149:14
150:4

**160**:14
191:1,19
200:5
205:15
279:16

**sitting**
151:14
256:4

**situation**
35:15
42:4
78:15
221:22
291:17

**situations**
62:3
79:24
178:14

**sixth**
92:14

**skill**
281:1

**skill-acquisition**
170:1

**skills**
66:11,14,
18,22
67:20,21
68:20
69:7 70:8
119:1
133:5
136:2
138:4
152:12
254:10

**SLDS**
83:24,25
84:15,17
85:6
87:7,16,
19,23

**88**:2,7,
10,24
89:3
90:9,11,
14,25
91:12,14,
15,19
92:7,16,
18
127:21,25
130:1,2,
10 131:6,
11 239:16

**small**
66:18
68:5,8,12
118:15,17
212:25
216:9,20
220:21

**Smith-dixon**
227:23
228:7,18
229:15
271:3,16

**snapshot**
126:11

**social**
26:18,19,
25 30:20
31:5
56:20
57:10,13,
16,18,19
58:2
66:11,14,
16,18,22
67:2,20,
21 68:3,
20 69:7,
13,23
70:2,5,
12,14,15
115:14
119:1,2



120:14
142:15
143:7,16,
17,20
144:1
145:1
155:23
159:2,3
200:11
254:10
327:1

**social-
emotional**
254:6

**Social/
emotional**
159:12

**solicit**
246:12,15

**sort**
19:3
20:18
30:9
33:10
41:4 42:7
51:3,8
66:19
67:6
72:15
73:19
75:14
76:6,8,20
81:1 84:7
85:3
87:22
91:20
92:23
102:25
111:19
118:5
125:12
127:23
135:16
146:10
154:6

155:25
156:1,25
157:15
158:4,8
163:21
174:17
175:8
178:1
182:5
185:3
199:24
201:16
204:22
208:6
221:12,15
222:15,19
223:24
234:1
241:8
245:19
248:23
260:7
278:2
285:2
290:5
298:4,6
304:15

**sorts**
28:24
156:24
201:13

**sound**
166:10
254:6

**sounded**
175:2

**sounds**
19:6 31:8
60:20

**sources**
55:24

**south**
46:21,22
47:4,5,6,

14,19,21
48:9,10,
12,13,17,
18 57:5,
9,24 58:8
59:11
66:6
249:11
293:14

**space**
150:8
285:10,11
286:7,8,
13 287:4,
7 289:18
295:5
310:12

**speak**
12:6
52:11

**speakers**
330:25

**speaking**
178:21

**special**
24:1
38:1,21,
23 39:10,
15,20,22,
24,25
42:1
44:19
45:8
52:17,18,
19 53:5,
19 54:3,5
92:9
118:11
155:21
176:20
177:24
195:3,5,
11
204:11,19

205:3
228:19
258:7,18,
19 259:1,
4 309:16,
19 310:21
311:21
312:5
321:19
322:24
323:25

**specialist**
37:16,22,
23 38:2,
21 40:4
41:19
42:11
65:20
106:12
167:10
200:8,10
222:4
224:7
230:12
237:4

**specialists**
30:2,9,
12,17,19
31:3,9,10
38:23
39:1,6
40:11
59:19
65:11,25
106:5
115:21
116:4
117:3,4
127:1
166:22
167:8
222:3

**specialized**
118:17
161:17,25

162:6
275:9

**specially**
38:17
127:7,13

**specialty**
39:5

**specific**
24:2 39:4
57:11,13
86:13
93:2
112:20
126:20
149:16
181:25
201:2,4,
6,14
256:11
258:10,14
259:3,7
295:4
296:21
319:20

**specificall
y**
19:2
38:23
50:8
86:13
124:7
256:12
289:4
318:3

**specificity**
146:21
175:17

**spectrum**
102:18

**speech**
260:7
285:8

**spent**



50:3,4

**Spivey**
  144:2

**spoke**
  203:18,21
  204:6
  288:7

**sporadic**
  323:15

**spreadsheet**
  93:18
  94:19,24
  95:4,7,9,
  14,19,24
  96:6,8
  98:4,20,
  25 102:20
  237:10
  301:15
  302:2,25
  307:2,4,
  11 308:8
  329:21

**spreadsheet
also**
  100:5

**spreadsheet
s**
  28:20
  237:9

**spring**
  107:20
  275:13
  291:4,11

**SRS-7**
  142:24

**Stacey**
  249:9
  273:11

**stack**
  177:18,22

**stacked**
  178:12

**staff**
  27:6
  29:25
  30:23
  31:20
  32:6,16,
  19 45:1
  50:17
  53:25
  54:18,25
  55:3,6,
  14,15,16,
  19,25
  61:16,18
  65:20
  67:5
  70:13
  71:9
  87:10
  89:19
  90:4,17
  112:21
  113:4,12,
  21 115:5
  119:18,24
  121:22
  122:3,18
  135:3
  136:11,19
  139:3
  140:12,16
  141:3
  163:18
  164:9
  166:2,11,
  14,18
  167:16,17
  168:3
  169:16
  178:8
  184:23,25
  185:25
  191:18
  212:11,14

213:4
224:3
257:24
279:16,
19,20,23
280:7,8,
22 285:11
305:12
322:7
323:7
333:8

**staff's**
  129:13

**staffed**
  44:25
  45:2

**staffing**
  113:8
  115:13,21
  116:8
  141:23
  269:18,
  19,21
  293:5
  327:6

**stairs**
  285:14

**stamped**
  319:10

**stand**
  83:25

**standalone**
  21:14

**standard**
  150:8
  194:1
  212:16

**standardize
d**
  197:24

**standards**
  126:8,12

131:16
132:15
150:13
199:11
201:15
211:7,12

**start**
  12:15
  108:15
  131:7
  144:21
  146:24
  147:15
  154:9
  240:15
  272:13
  277:3
  294:6
  298:8

**started**
  16:15
  17:11
  18:24
  121:1,10
  122:10
  127:19
  143:15
  144:5,6,7
  172:11
  196:16
  222:19
  310:12

**starting**
  274:19
  282:8
  313:9

**starts**
  168:22

**state**
  9:5,17
  10:7,20
  11:1
  13:21
  15:25

18:25
20:6,9
24:14,16
33:12
40:10
41:7,8
49:21
50:6,21
51:1
53:2,8,11
63:5
66:21
67:11,14,
15 74:4,
17 84:8,
17
109:16,19
114:4,8
115:2,18,
25 116:6
121:2,12
134:2,10,
18,24
143:18
149:23
150:13
151:23
152:9,24
153:13,
19,23
157:5
162:8
168:5,9
172:12,
19,22
173:3,17
174:3,7,8
175:15
176:11,25
178:23
180:13
195:4
196:2
204:10
205:18
206:10
221:7,8



CASSANDRA HOLIFIELD, PH.D.                              December 01, 2022
UNITED STATES vs STATE OF GEORGIA                  Index: state's..student

225:2,10,
17 227:12
228:19,25
229:6
231:7,12
234:13,15
239:17
248:12
252:13
258:18
259:10
261:10
262:14
263:5,20
266:3,15,
17,19,20
267:1
268:19
271:6,14,
20 272:3,
23 273:2
274:12
276:10
280:6
291:16
294:19
311:12
315:14,18
318:21
320:6
326:4
328:24
331:1,20
332:6,13
333:7,16

**state's**
212:15
268:10
324:2

**stated**
105:25
253:20,25

**statement**
168:2

**States**
9:5,11,13
10:5,25
15:21
18:10
62:22
104:22
140:2,9
192:4,14
209:17
298:25
299:7
301:16,17
315:9
318:16
320:2,13
323:17,20
324:14,25
325:10,13

**statewide**
20:2
122:17
137:14
138:18
153:6
195:6
258:24
265:17

**status**
140:5
164:6
201:10

**stay**
296:17,23
297:1
298:11
305:1,6,
11 323:17

**stayed**
231:18

**steered**
29:17

**STEM**
285:25

**step**
108:23
185:3,15
223:10,12

**steps**
218:5

**Steve**
225:15,20
226:1,2
249:12,
14,16,17
273:12

**Steve's**
249:12

**Stevenson**
106:4,11,
17 276:22

**sties**
205:14

**stipend**
169:14,
15,22

**stop**
12:18
232:25
331:10

**stopping**
172:2

**straight**
231:20

**strategic**
32:7,13
134:5
153:6,7
162:16
195:17,
19,25
196:8,12,
20,25
197:3,6,
19 198:1,
19 200:16

201:22
202:15,20
203:6,21,
25 204:18
205:11
206:6,21
208:11,16
209:6,12,
13,15,21
214:16
239:16
241:17,21
243:9,12
246:6,13,
20
247:11,
19,20
248:16
250:21
252:18
253:2,19
255:15
256:1
266:3
282:6
319:14,
17,18
333:9

**strategies**
180:11
208:15,16
210:17

**Street**
9:6

**Strength**
153:1

**strongest**
193:5
210:3

**structure**
155:25

**structured**
19:24
20:5

**structuring**
208:7

**struggled**
240:24

**struggling**
123:5
124:16,
20,21
125:2,5,
15
126:15,21
127:2
131:21,25
217:18

**student**
28:13
37:9
61:22
62:1 64:4
68:9,17
69:9,20
72:15
73:15
74:1
75:13
76:17
78:16
79:21
82:2
84:1,3,6
86:13
87:7
88:19,20
89:19,25
92:6,8,9,
20 96:15
97:12,16,
17,23
98:12,14
100:22
101:16
103:15,
18,21,24
127:16
136:8



150:19
156:10,
11,19
169:15
178:19
184:23
185:19,24
186:13,
14,15
187:7,25
188:7,11
192:20
193:21
217:25
219:18,23
221:19,22
222:5,24
223:7,17
228:21
229:2,7,
17 230:6,
11,24,25
231:23
242:25
243:4
244:5,10
257:13
258:9
259:7
262:20
267:14
276:23
277:13,
17,19,21
281:4
296:18,21
297:2,6,
12,16
298:5
301:24
304:19
323:2
329:13

**student's**
63:21
72:8

87:20
88:2
96:17,21
100:10
101:19
104:1
157:13
186:5
218:22
219:20
242:21
301:23

**students**
19:13,20
20:9,18
22:17,18
27:11
28:15,18
29:25
30:7
31:24
36:13
39:25
42:15
43:22,25
44:2,7,23
45:12
46:12
49:2
60:4,10,
14 61:1,8
63:10,25
64:8,19,
21,24
67:17
69:25
72:12,23
73:21,22
75:2,5,8
76:10,12
77:20
78:2
83:11
85:9
86:9,14
87:11,12

91:4,9,
11,16,19
92:14
94:20,25
102:24
103:1
110:17,22
111:1,3,
6,23
116:18
119:6
124:24
125:6,8
130:19
133:6,19
134:16
135:4,22
151:9
152:15,22
156:1,20,
23 157:22
158:3
160:14
161:18,21
162:1
163:8,13
167:22
173:5,14
177:16
178:6
179:22
181:3,4,
22,23,24
182:4,6
183:20
184:5
185:1,22
186:8
188:14,15
190:21
191:12
192:9
197:9
205:9
212:1,19
217:11
218:2

219:5,12,
14,25
220:3,7,
9,15
221:10,
13,15
224:12
225:17
226:15
227:7
228:14
229:25
231:9
233:7,10
239:13
241:8,14
242:20
251:13,24
257:15,25
258:7,8,
20 259:5,
13,15,19
267:12
269:23
275:5
277:12,16
278:11,
14,15,23
279:1,3,
17,24
280:19,22
282:12
284:5,7,
10,22
285:18
289:14
292:1,13
294:25
296:23
297:7
299:16,21
300:5,10,
19,24,25
302:6
303:24
304:1,4,
8,10,13

305:6,9,
11,15
307:14,
17,20,22
308:1,5,
9,20,23
309:4,7,
9,16,19
311:16,
22,23
312:4,6,7
318:13
323:8,12,
16
326:12,
17,25
327:10
329:11
330:2,4
331:6

**students'**
61:12
80:16
83:17
96:8
217:23
218:8
219:12
242:3
323:5

**studying**
39:25

**subcategori
es**
151:22

**subject**
11:9
82:17
93:14
123:22
133:20
134:17
148:9
161:3
165:1



171:9
182:19
193:4
202:15
207:10
225:1
227:24
238:16
244:22
247:11
250:13
255:15
256:24
261:25
264:6
271:5
273:13
281:18
287:18
306:7
313:11
316:6
317:3,7
328:2
329:10
330:3

**submission**
237:23

**submit**
51:5
80:22
81:7,12,
17 95:10,
19 105:8,
11 107:6,
11,15,18
108:7,22
109:25
110:9
147:13
197:14
198:15
201:15
202:1
237:19
238:1

241:17,20
242:17,20
258:12

**submits**
105:6

**submitted**
95:14
105:17,21
106:15,20
107:3
108:8
111:11,17
113:11
114:23
120:20
169:13
199:16
243:4
291:16
299:7

**submitting**
109:23
144:21
201:16

**subpoena**
15:6,7
18:9,14,
20 62:22
104:23
140:3,10
192:5,14
209:18
298:25
299:8
301:17
324:18
325:7

**subs**
59:6

**substitute**
58:20,25
59:4,13
292:4

**substituted**
179:16

**substitutes**
58:15

**subtitle**
193:13

**success**
149:9
298:13

**successful**
44:9
70:10
180:8
181:4
183:24
186:14
194:21
257:15
280:25
281:2
297:23

**sufficiently**
285:10

**suggest**
260:12

**suggesting**
72:18

**suggestion**
259:9

**Suite**
9:7

**Suits**
294:12

**summarizes**
214:15
288:15

**Summary**
214:10

**summative**
123:1

**summer**
264:20
291:24

**super**
129:12

**superintendent**
277:14

**superior**
290:1

**supervision**
26:8
162:24
170:5,10,
18,22,23
216:12

**supplement**
268:11,22

**supplemental**
176:17,19
177:3
212:2
257:21
259:19
260:6

**supplies**
50:18
51:2
269:25

**support**
16:11
19:15
33:19
34:15,17
35:17
38:3
44:7,15
55:23
56:2
59:20
61:22
63:10

68:24
69:4,15
71:7 74:1
104:14
118:23
120:12
125:3
126:21,25
135:9,16
136:7
138:8,22
152:2,7
153:17
155:6,10
170:5
181:21,
23,25
184:22
185:17,
18,22
186:11,17
192:9
201:8,17
204:1
205:20
206:11
212:6
215:19
222:8,24
239:15
246:9
254:4
259:14
275:11
278:10
279:17,
19,23
281:5
326:19,23

**supportive**
240:23

**supports**
16:4
19:12
20:3,11
21:24



22:19
30:3 36:6
38:16
44:11,17
58:14
65:10,15
118:19
135:12,13
154:10,
19,20
173:4
176:18,19
181:2
182:3
186:10
203:19
210:10
242:2
275:7,10
277:24
278:25
279:24

suppose
104:13

supposed
50:4
107:2
135:24
136:15
177:1
211:23
224:2
263:12,19
285:9

Survey
250:19

suspended
305:10

swap
276:8

swear
236:12

Sweeney
323:25

SWIS
190:23,24

switch
76:4
139:12,13
233:1

sworn
9:20
11:23

Synergy
76:16,22
77:2,18
85:24,25
86:3,16
191:2,4,6
304:18

system
28:9,14
29:8
31:15
33:7,8,9,
10,11,25
34:3 46:4
84:2,4
85:18,20
87:8
96:12,20,
25 97:6
104:2
124:5
128:3,14,
22 129:3,
14,21
130:6,8,
11,13,17
131:4,6,
8,11
155:18
186:25
187:3,5,
10,14,18,
24 189:1
190:4,8,
20 191:3
205:5

211:11
220:20
221:21
240:18
302:7

systems
29:10
45:12,14,
21,25
46:8 47:6
54:3
84:25
129:23
130:14
138:23
152:2
154:10
179:20
182:5
321:15

——————————

T

——————————

T&e
267:21
269:10

T-K-E-S
33:4

tab
81:6,14,
15 90:25
95:13,15,
18,23
127:21
199:17
298:23

table
53:6
54:10
73:7,14
74:5 75:2
190:2
223:15
232:4,16

Tabron
52:1,2

tabs
90:23
302:11
303:12

takes
265:24

taking
10:5
47:19
58:17
164:10
177:20
211:16

talk
65:8 76:5
104:25
122:10
130:14
136:3
146:19,22
147:19
155:1
183:15
198:11
199:15
210:5
213:15
218:17
221:14

talked
14:13,19
68:20
149:18
155:5,22
167:5
192:21
214:14
218:14
221:12,13
250:3
326:9

talking

12:11
30:13
43:5
105:10
119:1,5
129:7,8,
23 131:7
161:16,25
172:18
194:8,10
196:5
206:20
207:20
232:16
248:15
258:16
280:18

talks
173:3
180:3

TAPS
211:7,9

target
19:20,22
30:7
31:23

targeted
39:5

Tasha
306:6

taught
42:15,25

teach
42:20
45:5
66:24
68:7
212:8

teacher
33:7,16
37:8
44:18,19
58:7,17,



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA        Index: teacher's..thanking

18,21,25
59:11,14
60:1
125:14
126:21
127:2,7,9
135:21
144:15
151:1,3,6
177:24
184:21
185:18
193:12
211:10
216:5,9,
12,18,19
219:2
269:5,8,
10,11
290:20
291:20
293:6

**teacher's**
125:6

**teachers**
26:4,6,15
33:2,14,
15 40:1
55:8
56:21
58:12,13
59:20,22
65:10
67:4,9
87:11,12
112:13,16
114:7,11,
14,17,18
122:13,
16,19
123:4,7
124:13,
16,19,21,
23 125:4
126:12,15
129:7

130:18,
22,25
131:20
135:4,10,
17 138:5
150:5,9,
13,17
152:16
161:19
163:25
181:4,21
184:1,4
185:13
191:8,11,
13 211:5
212:17
216:6,24
222:2
251:23
270:2
279:24
280:16
281:1,4
292:18
322:16

**teaches**
58:22

**teaching**
25:15
65:17
70:8
151:1
211:15
217:3

**Teachtown**
161:18
164:7,15
170:6,7,
19

**team**
19:23
27:24
38:5 44:5
71:23
86:10

100:12
101:2
130:23
146:5,17
147:17
178:18
179:5
189:25
192:20,24
194:6
197:11
199:23
200:1,14
201:11
215:2
229:22
230:14,15
248:10
262:13
264:20
279:19
297:4,24
311:11
333:14,17

**tearing**
286:2

**tease**
152:15

**technical**
41:4 42:5

**technician**
24:25

**technicians**
166:1,21,
22 167:8

**technologie
s**
213:1

**technology**
212:24
213:23
214:1

**telling**

80:25

**tells**
94:21

**Temp_005656**
209:8

**temperament**
269:22

**Template**
148:14
207:14

**temporary**
192:6
209:7
292:3
301:20

**ten-minute**
296:4

**tend**
70:5

**Tennessee**
24:10

**tenure**
23:21

**term**
16:9
21:2,6,9,
13,17,22
22:1,5,20
141:6

**terminated**
141:20,21

**termination**
141:7,9,
10,17,18,
19

**terminology**
174:24
175:3
179:16

**terms**

17:18
20:17
29:6,14
48:25
77:19
92:15
106:14
107:2
108:23
109:15
129:24
131:15
138:11
141:19
175:6
185:22
190:24
192:22
215:22
290:2

**territory**
231:11

**test**
92:11
151:18
152:14
329:12

**tested**
329:12
330:2,4

**testified**
9:20

**testify**
15:6

**testing**
88:13
92:10

**tests**
233:13

**text**
204:5

**thanking**
176:10



CASSANDRA HOLIFIELD, PH.D.                                                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                    Index: therapeutic..time

**therapeutic**
16:4,11
19:12,15
20:3,10
44:15
63:10
65:18
68:24
69:4,15
70:9
104:14
112:21
113:3
118:21
147:20
153:17
154:4,7,
11,16,18,
20,21,23
155:1,6,
10,16
173:5
176:18
181:2
197:9
201:8,12
254:4
257:24
278:10,24
285:8
286:10
297:22
326:11,
16,19,23

**therapy**
68:6,9
69:23
155:24
156:2,24
157:14
158:5

**thing**
12:10
42:7 51:3
66:19
76:20

84:7
87:22
89:17
90:15
92:1
96:23
125:10
142:19
143:6
145:15
150:18
155:11
174:1
176:15
187:16
204:22
260:7
290:5
316:15

**things**
18:2
28:25
31:15
36:4
38:18
51:9
65:18
66:20
70:2,5
79:10
89:13
126:5
188:18
190:15
192:23
197:17
201:8,13
211:21
222:16
223:6
246:23
252:14
255:5
282:11,24
285:5

**thinking**
60:1
107:4
258:18
274:25
311:2

**thought**
44:5
151:13
312:3

**thoughts**
38:5
159:7
274:21
283:3
285:3

**thousand**
266:11

**thread**
124:10
127:18
148:4
158:17
176:1,8
225:10,14
228:12
229:13
236:21
237:1
244:19
245:17
276:20
277:4
287:24
288:13
293:24
294:7
313:10,
15,19
314:18
316:5
317:1

**three-year**
169:21

267:15

**thrust**
138:11

**thumb**
157:15

**Thursdays**
194:25
195:13,14

**tied**
109:24
258:14,21
278:21,23
298:13

**tier**
118:12,
13,15,18,
19 119:8
152:7
155:25
156:20,23
157:23
158:1
181:24
182:6

**tiered**
154:19
212:2
220:20

**tiers**
118:6
152:8
192:9

**tight**
240:19

**time**
9:2 12:22
17:12
36:4
37:19
42:24,25
48:7 49:8
59:5
75:16,23

76:1
84:14,16
85:8
88:6,22
92:12
97:24
108:9
113:11
114:22
115:15,
22,23
116:4
120:19
124:23
126:10
129:5
130:14
132:17
134:12
135:18
139:14,17
140:13
145:12
156:9
157:2,3,
7,16,20
158:24
163:24
164:3
167:9
172:5,8
174:20
175:12,13
181:12
186:20
187:8
190:10,
12,13
193:9
194:5
196:7
198:24
199:5
204:10
205:25
212:24
213:22



216:10,21
218:23
225:15
233:16,23
241:24
243:13,16
246:11
252:18
256:10
265:24
277:4
291:21
292:8
295:24
296:6,8,
11 297:13
298:8
314:21
317:24
324:11,14
325:9
330:16
331:12,
18,23
332:22
333:24
334:5

**time'**
92:4

**time-
stamped**
313:17

**timeline**
228:8
263:11
298:7,13,
15

**timelines**
297:11,20

**times**
10:13
32:10
68:14
78:10

119:4
127:8
128:23
136:17
137:9
156:2,4
157:24
158:5
194:12
197:23
220:20

**timing**
105:1

**tired**
267:2

**title**
25:23
104:13
192:8
268:20

**titled**
207:23
214:9
264:9,11
303:7

**titles**
166:16
167:2

**TKES**
33:1,3,4,
6 122:11,
12,25
123:4
124:5,7
126:16
127:21
130:19
131:1,3,
5,7,17
132:9
211:11
215:25
216:23
333:10

**to-do**
257:14

**today**
10:6
11:13,17,
24 13:14
20:23
48:4
58:24
59:1
85:12
160:16
195:17
252:12
288:8
315:2
326:9
331:12

**today's**
9:1 14:4,
11,14,17
15:16

**Token**
155:15,17

**told**
18:5
267:9
277:19
285:12
286:12

**tomorrow**
220:11

**tool**
92:24
93:15,21
94:3,18
125:18,21
126:2,10
132:19
133:4
153:5
252:13
254:19

**tools**
239:18,23
240:4,10,
25 241:1,
7

**top**
15:20
32:1
94:14
104:13
105:15
114:1
119:21
132:7
146:23
169:22
184:12
188:16
214:19
268:22
303:6

**total**
99:20
111:1
113:12
140:20
249:5
272:15
299:11,
23,25
329:11
330:2

**totally**
208:20
285:23

**touch**
68:9
149:7

**tough**
239:10

**tour**
288:20
289:21
324:15

325:11

**toured**
320:13

**town**
91:2

**track**
63:24
64:5,18,
23 190:20
303:23
304:4,7,9
308:18

**tracked**
304:6,10

**traditional**
19:16,19
22:17
65:17
99:23,25
100:2
127:9
187:20
195:10
229:3
258:6
282:11

**train**
35:19
164:8
180:5,7
330:24
331:1

**trained**
35:22
69:17
119:24
120:15,
16,18,19,
21 121:6
161:21
163:12,24
171:19,24
201:11
269:25



280:16

**Trainer**
35:19

**training**
35:13,14,
25 36:5
44:20
66:11,14
67:5,17
68:20
69:7
120:23
121:3,5,
10,22,24
135:9,16
136:2,6,
18,24
137:14
138:4,5,
9,15,17
161:17
162:1,2,6
164:2,13
166:19
167:16
170:6,15
180:10
181:25
184:22
186:5
212:21
248:14
251:23
257:14
267:22
268:21
281:3,4

**trainings**
67:8
119:17
122:5
136:11
137:2,5
166:1,3,
7,15

**transpire**
67:13

**trauma**
119:25
120:2,8,
16,22,25
121:8,13,
18,20
155:13
210:23

**trauma-
informed**
67:22

**traumas**
120:10

**travel**
284:22

**treatment**
64:8,14,
15,19,23
102:15

**Tri**
320:21

**trial**
13:23

**triangulati
on**
236:1
238:5

**trigger**
298:4

**trouble**
189:18
269:9

**Troy**
293:25

**true**
41:15
85:12
151:15

**truthful**

212:12,17

**transcript**
12:3

**transcripts**
14:24

**transition**
44:21
60:24,25
61:13
181:12
186:11
213:3,7,
15 217:11
218:18
219:21
220:7,10,
11,12
251:14
278:16
293:13

**transitione
d**
307:18,21

**transitioni
ng**
43:23
44:1,3
110:17
182:4
217:14,25
219:6,13,
16,25
220:5,16

**transitions**
186:3

**translate**
81:20

**transmit**
81:20,23,
24

**transmittin
g**
96:2

11:25

**truthfully**
13:14

**Tuesdays**
194:25
195:13,14

**turn**
86:22
110:13
118:4
132:1,24
135:1
146:25
186:24
329:1

**turned**
285:25

**turning**
62:25
113:6
165:20
211:3
214:9

**turns**
147:1

**tweak**
128:3

**tweaked**
121:25
132:22

**tweaking**
206:15

**Twelve**
49:12

**Twenty-one**
46:16

**type**
42:5
90:10
98:1,2,5,
17 136:6

139:5
329:24

**types**
38:16
65:18
135:3
189:10

**typical**
18:2
44:18
193:3
200:13

**typically**
13:20
51:22
61:16,19
70:7
103:11
108:17,23
130:20
137:1,6
144:24
156:5,18
185:12
201:24
221:21
224:3
233:23
269:2
297:21
330:23

**typo**
106:21,22
107:2
165:15
251:21

---

U

---

**UGA**
144:6

**Uh-hum**
49:5
65:14



66:3,13
73:23
96:10
101:24
102:9
115:24
123:18,24
127:22
128:7
132:23
133:21
139:6
142:1,10,
25 143:2,
5 148:8,
11 149:20
154:5
158:21
161:4
165:19
172:25
179:1
189:4
204:13
206:24
207:21,25
225:3
237:7
238:18
239:21
257:8
262:5
264:5
271:7
273:14
276:24
277:8,25
278:17
289:9
293:15
313:13,25

**ultimately**
170:15
179:25
246:15
252:21

**umbrella**
42:1
235:7

**unable**
319:14

**unclear**
263:8

**underneath**
235:8

**underperfor
ming**
33:16

**understand**
11:3,21,
25 12:17
15:23
16:2,10
17:19
18:4 20:1
21:3,7,
10,14,18,
23 22:2,
6,14,21
28:12
30:25
78:17
90:20,21
92:5
107:9
120:9
154:3
177:10
183:19
205:14
219:9
226:6
227:2
263:18
280:1
309:6,22

**understandi
ng**
17:18
20:7

113:10
127:7
138:12
139:1
155:2
169:1
177:2
187:23
206:19
226:10
242:16
275:17,19
299:19
307:6
309:3,14,
17,18,21
311:21
317:15

**understood**
74:3
170:25
175:16
191:20

**undertook**
175:9

**unenroll**
229:7
230:23
231:18
301:2

**unenrolled**
64:24

**unified**
239:17,22
240:2

**uniform**
254:14,18

**unilateral**
177:11

**unique**
84:24

**Unit**
295:5,13,

19

**United**
9:5,10,12
10:5,25
15:21
18:10
62:22
104:22
140:2,9
192:4,14
209:17
298:25
299:7
301:16,17
315:9
318:16
320:2,12
323:17,20
324:14,25
325:10,13

**universal**
33:10

**University**
24:10,14,
16 39:16,
23 121:12

**unlocking**
285:13

**unquote**
55:14

**unredacted**
315:19,21
316:1
318:24
320:7

**upcoming**
107:24
110:18
111:10,25
166:3
239:16

**update**
95:9

238:17,23
247:24
250:1
255:24
275:22
287:22

**updated**
149:17
215:14
252:17,22

**Updates**
82:17

**updating**
247:22

**upgraded**
192:18

**upload**
201:1

**upset**
284:6

**usage**
133:15,
18,24
134:15

**user**
129:12

**utilize**
66:21
132:8
198:10
212:23
214:6
235:15
240:22

**utilized**
241:1,2

**utilizing**
31:20
241:3
242:6



**V**

**vacancies**
56:13,15
57:3,10
58:7,11
59:17,25
60:1
290:21
291:20,23
292:21

**vacancy**
59:11
144:14

**vacant**
58:17

**vacated**
269:7

**Vanessa**
51:23,25

**varied**
108:11

**varies**
187:12
194:8
267:13
297:5

**vary**
146:11,12
156:15

**vendors**
310:8

**verbal**
154:25

**verbiage**
252:1

**Verificatio
n**
93:19

**version**
23:12
94:10
125:23
192:18
215:11
315:19,22
318:24
320:7

**versus**
9:5  15:21
263:11

**veteran**
127:10

**Vickie**
106:3,7
109:1
123:19
124:11
148:5,6
199:4,6,
21  224:25
225:16
227:23
243:23
256:23
261:24
271:3
276:21
277:6
281:17
287:17
288:4,14
290:14
293:25
294:9
306:5
317:24
327:24

**Vickie's**
228:7

**Victoria**
323:25

**video**

331:17
334:4

**videotape**
9:3

**view**
91:19,20
294:23
295:15

**viewing**
91:10

**Villages**
73:11

**virtual**
186:17
211:24
212:9,20
213:11
216:10,19
217:13

**virtually**
211:16,19
217:3

**vision**
247:21,22
250:1
254:23
255:2

**visit**
198:25
199:3,7
294:23
320:16,
19,21,23
321:1
323:21
324:5,7,
10,16
325:4

**visitors**
322:22
323:13

**visits**

198:20
320:11
321:5,14,
18,20,25
322:4,7,
16,25
323:3,9,
18

**visual**
214:13

**volume**
288:22

**voluntary**
141:11,
12,13,18

**vote**
177:11,20
178:3,17

**W**

**Wait**
267:1

**walk**
113:24
199:11
221:17
284:11,19

**walk-
through**
125:17,24

**walk-
throughs**
122:25
123:7
132:6

**Walter**
42:21,22,
25  43:6
45:6

**wanted**
92:13

161:21
169:16,17
171:18
174:13
175:16
176:24
188:18
243:1
250:25
263:17
266:1
269:8
272:25
293:3,17
302:16
318:13
324:19
325:8

**wanting**
280:14

**water**
289:8,10
290:4

**ways**
34:12
41:23
274:18
326:10,15

**we/north**
128:12

**weakest**
209:25

**weakness**
198:18

**weather**
284:18

**website**
99:13
144:16
253:5

**week**
133:20
134:17



220:12
316:7

**weeks**
186:13,
18,22
193:22
194:11
303:19,20
321:22

**West**
24:21,22

**Western**
39:16,23

**what-have-you**
200:25

**White**
42:21,22,
25 43:6
45:6
324:1

**Whytry**
66:22
67:18
120:15
154:21
159:3
160:16
201:12

**wide**
201:10
219:19
256:9

**Wiggins**
306:6

**window**
233:15,
18,23
234:25

**windows**
234:1

**wing**
111:7

**Winter**
262:3

**wise**
260:12

**withdrawn**
300:25

**Wolf**
261:24
319:7

**wonderful**
145:21

**wondering**
20:4
28:12
46:6 49:6
70:1 76:8
79:7,16
120:17
208:6
215:11
219:14
220:3
230:15
326:10

**Woods**
202:12
249:10
273:12

**word**
148:12
161:5
165:2
182:21
207:13
245:3
258:15
314:6
315:23

**words**
31:14
131:6

168:19

**work**
25:11
29:8
32:19
33:23
34:9,12
35:10
37:8
39:12
41:20,23
43:12
44:12
50:1,19
51:1
56:24
77:14,15
78:25
80:3,11
103:6
110:10
114:15
118:7
129:22
143:16,20
144:23
162:12
173:8,10
176:10
188:18
190:16
191:8,15
196:18
198:14
203:16
205:20
206:11
224:5
231:8
238:24
239:12
241:23
246:12,16
247:1,18,
22,23
250:2,24

267:7
268:9
269:22
310:10
327:2

**work-around**
79:9

**worked**
18:25
19:6
37:15
39:14
43:10,21
57:1
128:2
129:5
229:24
257:6
265:22

**worker**
31:5
57:10,16
69:23
70:14
143:7,17
144:2
200:11

**worker's**
145:1

**workers**
26:18,20,
25 30:20
56:20
57:13,18,
19 58:2
66:16
67:3 68:3
69:13
70:2,5,
13,16
115:14
119:2
120:15
155:23

159:2
327:1

**working**
41:11
43:22,25
44:2 57:8
89:1
129:21
167:19
196:16
203:2
218:1
222:7
239:12
252:16
261:7
265:23
322:23
332:21

**works**
124:7
274:12

**workshop**
159:3

**world**
322:13

**wrap**
325:1,15

**Wright**
66:5

**write**
12:2
82:23
161:11
176:15
202:19
228:6
237:2
239:9
250:18
262:10
264:17

**writes**



CASSANDRA HOLIFIELD, PH.D.
UNITED STATES vs STATE OF GEORGIA

December 01, 2022
Index: writing..Zoom

165:13
229:21
313:21

**writing**
36:6
151:21
226:20
227:1,9
242:14

**written**
69:9
85:21
86:13
168:5
218:12
227:6
231:13

**wrong**
107:4
232:3

**wrote**
86:25

─────────

**Y**

─────────

**year**
28:4
32:10
37:20
47:19
54:19
55:3
56:10
60:12,16,
21 61:2
67:8
72:21
77:8,9
81:8,12
92:25
95:8,10
97:14,18,
24 107:5,
7,11,16,

17,21,23,
24 108:2,
5,16,19,
21 110:18
111:10,
12,14,16,
23,25
112:2,4
117:21
121:24
122:1
126:11
127:9
128:3,20,
21
131:19,
20,23
136:16,17
137:6,9
151:21
157:21
169:3,14,
22
170:19,21
173:18
180:24
195:15
196:15
197:6,23
198:16
210:16,20
218:24
233:16,17
263:11,14
266:5,9,
11 267:14
268:19
269:6,7
274:3
277:10
287:9
291:6,10
292:23
296:23,
24,25
302:23
303:1,13,

24 307:17

**years**
17:7
23:19
25:7,9
42:13,19
46:19,23
47:18,20
61:4
67:15
83:17
99:6
105:12
107:12
121:15
139:8
140:20,
22,24,25
142:15,20
145:16
163:1
169:19
170:20
239:10
248:20
249:6
263:11,13
267:19,25
268:23
269:1,2,
6,8,10
274:23
291:7
296:15
298:5
302:13

**yesterday**
247:17

**you-all**
324:6

**Youth**
73:11

─────────

**Z**

─────────

**Zelphine**
227:23
228:17
229:14
271:2,16

**Zoned**
184:14
185:6

**Zoom**
315:4

