**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

---

**CELEST NGEVE**

*July 15, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
                IN THE UNITED STATES DISTRICT COURT
  2             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
  3
     UNITED STATES OF AMERICA,    )
  4                               )
          Plaintiff,              )   CIVIL ACTION FILE
  5                               )
             -vs-                 )   NO. 1:16-cv-03088-ELR
  6                               )
     STATE OF GEORGIA,            )
  7                               )
                Defendant.        )
  8
  9                          - - -
 10          Deposition of CELEST NGEVE, taken on
 11      behalf of the Plaintiff, pursuant to
 12      Notice and agreement of counsel, in
 13      accordance with the Federal Rules of Civil
 14      Procedure, before Susan M. Shaw, Certified
 15      Court Reporter, at 1250 Oglethorpe Avenue,
 16      Athens, Georgia, on the 15th day of July
 17      2022, commencing at the hour of 9:31 a.m.
 18      ----------------------------------------------------
 19
 20
 21
 22
 23
 24
 25
```



```
1                              INDEX

2                          EXAMINATIONS

3    Witness Name                                           Page
     Celest Ngeve
4
         Examination by Ms. Womack ........................ 7
5

6                            EXHIBITS

7    Plaintiff's Exhibit                                    Page

8    P-209       Subpoena to Celest Ngeve ................. 13

9    P-210       Celest Ngeve Curriculum Vitae ............ 20

10   P-211       Rutland Academy flyer .................... 54

11   P-212       List of teachers and coordinator ......... 131
                 info
12
     P-213       Current and previous staff members ....... 133
13
     P-214       Rutland enrollment roster '19-'20 ........ 154
14
     P-215       Rutland enrollment roster '20-'21 ........ 162
15
     P-216       Rutland Academy Graduation Data .......... 164
16
     P-217       Rutland Academy Drop-Out Data by ......... 172
17               District and Year

18   P-218       Email thread 12/14/18 .................... 179

19   P-219       Email thread 12/18/18 .................... 184

20   P-220       Email 1/3/19 ............................. 187

21   P-221       GNETS Request for GNETS Consultation ..... 192

22   P-222       GNETS Confidential Student ............... 202
                 Information Packet
23
     P-223       GNETS Services Flow Chart ................ 220
24
     P-224       Email thread 10/17/19-10/25/19 ........... 231
25
```



1                          INDEX (continued)

2                              EXHIBITS

3    Plaintiff's Exhibit                                        Page

4    P-199      GNETS Guiding Questions for .............. 235
                Consideration of GNETS Services
5
     P-225      Rutland Academy Initial Referral ......... 240
6               Tracking Form

7    P-226      Email 1/3/20 ............................ 248

8    P-227      Email thread 10/6/20 .................... 254

9    P-228      Email thread 12/2/20 .................... 259

10   P-229      Grants Information Fiscal Year: 2021 ...... 265

11   P-230      Email thread 7/6/20; attachments ......... 274

12   P-231      Email thread 6/14/19-6/17-19 ............. 278

13   P-232      Email 5/20/19; attachment ................ 279

14   P-233      Email thread 12/7/18-1/17/19 ............. 282

15   P-234      Letter dated 12/7/20 to Celest Ngeve ...... 293
                from Vickie Cleveland
16
     P-235      Rutland Academy 2020 Strategic Plan ....... 294
17              Results

18   P-236      GNETS Strategic Plan Implementation ....... 294
                Fidelity Checklist & Self-Assessment
19              Rubric

20   P-237      Email thread 7/25/18-8/3/18 .............. 299

21   P-238      Rutland Advisory Meeting 5/15/19 ......... 304

22   P-239      Rutland Academy Updates LSEAC ............ 307
                8/16/19
23
     P-240      Rutland Academy Updates LSEAC ............ 312
24              1/24/20

25



1                          INDEX (continued)

2                             EXHIBITS

3    Plaintiff's Exhibit                                   Page

4    P-241        Rutland Academy Updates Board of ......... 313
                  Control 8/24/20
5
     P-242        Rutland Academy Updates LSEAC ............ 317
6                 12/11/20

7    P-243        Rutland Academy Updates LSEAC ............ 327
                  1/15/21
8
     P-244        Rutland Academy Updates LSEAC 5/21/21 ..... 329
9
     P-245        Email thread 9/26/18 ..................... 332
10
     P-246        Email thread 3/29/19 ..................... 334
11
     P-247        Rutland Academy School Improvement ........ 336
12                Plan

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1   APPEARANCES OF COUNSEL:

 2   On behalf of the Plaintiff:

 3             KELLY GARDNER WOMACK, ESQ.
               United States Department of Justice
 4             Civil Rights Division
               950 Pennsylvania Avenue
 5             Washington, DC 20530
               T: 202-305-3753
 6             Email: kelly.gardner@usdoj.gov

 7   On behalf of the Defendant, via videoconference:

 8             ANNA EDMONDSON, ESQ.
               MELANIE JOHNSON, ESQ.
 9             DANIELLE HERNANDEZ, ESQ.
               Robbins Alloy Belinfante Littlefield LLC
10             500 14th Street, NW
               Atlanta, Georgia 30318
11             T: 404-856-3261
               Email: Aedmondson@robbinsfirm.com
12             Email: Mjohnson@robbinsfirm.com
               Email: Dhernandez@robbinsfirm.com
13
     On behalf of the Witness and Northeast Georgia RESA:
14
               DANIEL R. MURPHY, ESQ.
15             Daniel R. Murphy, P.C.
               P.O. Box 1048
16             Winder, Georgia 30680
               Email: danmurphy_1@msn.com
17
     Also Present:
18
               Eric George, Videographer
19
     Also Present via videoconference:
20
               Andrea Hamilton, Esq.
21             Laura Tayloe, Esq.
               Victoria Lill, Esq.
22             Chantel Mullen, Esq.
               Renee Wohlenhaus, Esq.
23             Sandra LeVert
               Amy McCart
24

25                                   - - -
```



 1          (Disclosure as required by the Georgia

 2     Board of Court Reporting is attached hereto.)

 3          THE VIDEOGRAPHER:  This is the video

 4     deposition of Celest Ngeve, taken in the matter

 5     of the United States of America versus State of

 6     Georgia.  Today's date is July 15th, 2022.  The

 7     time on record is 9:31.

 8          My name is Eric George.  I am the

 9     videographer.  The court reporter is Susan

10     Shaw.

11          Counsel, please introduce yourselves,

12     after which the court reporter will swear in

13     the witness.

14          MS. WOMACK:  Kelly Gardner Womack for the

15     United States.

16          MR. MURPHY:  Dan Murphy for Rutland

17     Academy.

18          THE VIDEOGRAPHER:  Co-counsel on the Zoom,

19     can you introduce yourself, please.

20          MS. EDMONDSON:  Anna Edmondson on behalf

21     of the State, as well as Melanie Johnson and

22     Danielle Hernandez.

23                    CELEST NGEVE,

24     being first duly sworn, was examined and

25     testified as follows:



```
 1                       EXAMINATION
 2   BY MS. WOMACK:
 3        Q     Good morning, Ms. Ngeve.
 4        A     Good morning.
 5        Q     My name is Kelly Gardner, and I represent
 6   the United States.  I'm going to be taking your
 7   deposition today.
 8        Would you please state your full name for the
 9   record.
10        A     Celestina Etonde Ngeve.
11        Q     Ms. Ngeve, have you ever been deposed
12   before?
13        A     Yes.
14        Q     How many times have you been deposed?
15        A     Once, a year ago.
16        Q     Okay.  And that deposition that you had a
17   year ago -- what was that deposition in connection
18   with?
19        A     A former employee.
20        Q     So it was a -- a court matter involving a
21   former employee of Rutland Academy?
22        A     Correct.
23        Q     Okay.  Am I correct that you are being
24   represented by Mr. Murphy for purposes of your
25   deposition today?
```



1        A    Yes.

2        Q    I'm sure that your attorney has explained

3   much of this.  You and I are going to have a

4   question today.  I am going to ask the questions,

5   and your only job is to answer them honestly and

6   completely.  Okay?

7        A    Okay.

8        Q    The court reporter has sworn you in.  That

9   means that everything you say here today is under

10  oath and must be truthful.  Do you understand that?

11       A    Yes.

12       Q    Because the court reporter is creating a

13  transcript, there are a couple of things that you

14  and I will need to do in order to make sure that

15  transcript is clear.

16       The first thing is that she can't record a

17  shake of your head or a nod; so I'm going to ask you

18  to give oral answers.  Okay?

19       A    Okay.

20       Q    And the other thing that we will need to

21  do is to avoid talking over one another.  Do you

22  understand that?

23       A    I do.

24       Q    If at any point you don't understand a

25  question, please let me know; and I will do my best



```
 1   to rephrase.  Okay?
 2        A    Okay.
 3        Q    Is there any reason you can think of today
 4   why you will not be able to answer my questions
 5   completely and truthfully?
 6        A    No.
 7        Q    Do you have any questions for me before we
 8   proceed?
 9        A    No.
10        Q    Ms. Ngeve, did you do anything to prepare
11   for today's deposition?
12        A    Yes.
13        Q    And what was that?
14        A    I prayed, meditated, thought about my
15   students, as well as talked to my counsel.
16        Q    So you met with counsel?
17        A    I did.
18        Q    When did you meet with counsel?
19        A    On Wednesday and on yesterday.
20        Q    And how long did you meet with counsel on
21   Wednesday?
22        A    Two hours.
23        Q    How long did you meet with counsel
24   yesterday?
25        A    Ten minutes.
```



1        Q      Did you talk to anyone other than your
2    counsel about today's deposition?
3        A      Yes.
4        Q      And who did you talk to about the
5    deposition?
6        A      I talked to another -- I talked to other
7    GNETS directors.
8        Q      And when did you talk to other GNETS
9    directors about your deposition?
10       A      Wednesday.
11       Q      Which GNETS directors did you talk to?
12       A      Talithia Newsome.
13       Q      Anyone else?
14       A      No.
15       Q      The conversation that you had with
16   Ms. Newsome -- was that just a conversation between
17   the two of you?
18       A      No.
19       Q      Who else was present for that
20   conversation?
21       A      My counsel.
22       Q      What did you and Ms. Newsome discuss?
23       A      How her deposition went and things of that
24   nature.  How it went and how long it went and things
25   of that nature.



1        Q     What did Ms. Newsome tell you?

2        A     That the full time was utilized and to be

3    prepared for the full time to be utilized and that,

4    you know -- things of that nature as far as the time

5    frame.

6        Q     Did you discuss the specific questions

7    that Ms. Newsome was asked in her deposition?

8        A     Some, yes.

9        Q     And tell me about that discussion.

10       A     Just questions as it related to, you know,

11   what kind of things to expect, not necessarily all

12   the details but necessarily just what to expect, you

13   know, as related to the things that might be --

14   might be brought up.  She couldn't speak to what

15   might be -- what might be discussed at my deposition

16   but just as far as, like, you know, the things that

17   we have been preparing for, such as the subpoena and

18   things of that nature, the documents.

19       Q     Mm-hmm.

20       A     But she couldn't give me real clear

21   specifics beyond just the basic of some of the

22   things that -- that came up.

23       Q     And after your conversation with

24   Ms. Newsome, what were your primary takeaways about

25   the things that had been asked during her



1   deposition?

2        A    Just to be prepared for the time frame and

3   just to be prepared to speak about all the good work

4   we do with the cool kiddos here, pretty much.

5        Q    Okay.  Did you review any documents in

6   preparation for today's deposition?

7        A    I did.

8        Q    Were those documents you reviewed

9   independently, or were those documents shown to you

10  by counsel?

11       A    I reviewed them -- I reviewed them with

12  counsel but not shown to me by counsel but reviewed

13  them with counsel.

14       Q    So you went through the documents during

15  your meeting with counsel?

16       A    Correct.

17       Q    Okay.  Anything else -- did you do

18  anything else to prepare for today's deposition that

19  we have not discussed yet?

20       A    No.

21       Q    Did you discuss today's deposition with

22  anyone other than your counsel and Ms. Newsome?

23       A    No.

24       Q    Okay.  Ms. Ngeve, I am going to hand you

25  what has been marked by the court reporter as



```
 1   Plaintiff's Exhibit 209.  Am I correct that this
 2   is a subpoena to testify at a deposition in a civil
 3   action?
 4        A    Yes.
 5        Q    And is this subpoena directed to Celest
 6   Ngeve?
 7        A    Yes.
 8        Q    That's you?
 9        A    Yes.
10        Q    Have you seen this document before?
11        A    Yes.
12        Q    And when did you see this document?
13        A    I don't recall exactly when I saw it.
14        Q    But you have seen it before?
15        A    Yes.
16        Q    The top of this document has the case name
17   United States v. Georgia.  Do you see that?
18        A    Yes.
19        Q    Do you understand that this deposition is
20   being taken in connection with litigation against
21   the State of Georgia?
22        A    Yes.
23        Q    And do you understand that the litigation
24   relates to the Georgia Network for Educational and
25   Therapeutic Support program?
```



1       A      Yes.

2       Q      Are you aware that that program is more

3    commonly referred to as the GNETS program?

4       A      Yes.

5       Q      So if I use the term "GNETS," you will

6    understand that to mean the Georgia Network for

7    Educational and Therapeutic Support program?

8       A      Yes.

9       Q      When did you first learn of this

10   litigation?

11      A      I don't recall when I first learned about

12   it.

13      Q      Do you have a rough time frame?  Was it

14   recently? years ago? months ago?

15      A      Years ago.

16      Q      Years ago?  How did you first learn about

17   the litigation?

18      A      I don't recall how I first learned about

19   it.

20      Q      What is your understanding of the nature

21   of the lawsuit?

22      A      That the lawsuit is -- is in reference to

23   concerns about the way students are served in

24   special education through GNETS.

25      Q      And do you have any understanding of what



1    those concerns about the way students are served

2    are?

3           A      Yes.

4           Q      What do you understand those concerns to

5    be?

6           A      That students are not with their general

7    education peers participating in activities and

8    things of that nature within the traditional school

9    setting and that students are basically just not

10   with the -- the general education population as a

11   whole.

12          Q      Any other concerns?

13          A      Also that students potentially are

14   possibly not getting the same type of academic --

15   well, extracurricular activities as well as academic

16   activities that GNETS students or students in

17   special education get in a traditional school

18   setting.

19          Q      Okay.  Any concerns apart from those?

20          A      No.  That's the general -- my general

21   understanding.

22          Q      Okay.  In the course of this lawsuit, did

23   the Rutland GNETS program receive a subpoena from

24   the United States requesting that Rutland provide

25   certain documents about its regional GNETS program?



CELEST NGEVE                                      July 15, 2022
UNITED STATES vs STATE OF GEORGIA                         16

1          A      Yes.

2          Q      Were you involved in responding to that

3    subpoena?

4          A      Yes.

5          Q      What role did you play?

6          A      Gathering the documents that were

7    requested.

8          Q      So I take it that you're familiar with the

9    documents that were collected and produced in

10   response to the subpoena, then?

11         A      Yes.

12         Q      Is it fair to say that you are also

13   familiar with GNETS?

14         A      Yes.

15         Q      When did you first become acquainted with

16   the GNETS program?

17         A      2007.

18         Q      And how did you become acquainted with the

19   GNETS program in 2007?

20         A      Initially as a therapist that was

21   providing supports, therapeutic services, to

22   students that were attending GNETS at Rutland

23   Academy.

24         Q      So you first became familiar with GNETS as

25   a therapist supporting students at Rutland Academy?



1          A      That's correct.

2          Q      What is the GNETS program?

3          A      The most amazing program in the universe

4     for the coolest kiddos, serving students that

5     have -- that are in special education that, even

6     after many interventions and strategies have been

7     exhausted and tried in a traditional school setting,

8     they just are not responding to those -- those --

9     those strategies and interventions, and they just

10    need additional support with coping skills and

11    learning social skills to make them successful in

12    all academic settings as well as nonacademic

13    settings.

14         And it helps students really be able to become

15    their own risk managers and transition back to a

16    traditional school setting.

17         Q      How is the GNETS program structured from a

18    state-wide perspective?

19         A      Can you clarify what you mean on how it's

20    structured?

21         Q      So you have discussed Rutland Academy

22    here.  Are there other GNETS programs in other parts

23    of the state?

24         A      There are.

25         Q      How many other -- or how many GNETS



 1   programs total are there across the state?

 2        A     Twenty-four.

 3        Q     Do those 24 GNETS programs serve differing

 4   geographic regions of the state?

 5        A     Yes.

 6        Q     And so Rutland is one of the 24 regional

 7   GNETS programs across the state of Georgia?

 8        A     Yes.

 9        Q     I may use some acronyms today for brevity

10   and to sort of move along our discussion.  I want to

11   run through a few of them now to make sure that you

12   and I are on the same page about those.  Okay?

13        A     Okay.

14        Q     If I use the term "Georgia DOE," do you

15   understand that to be the Georgia Department of

16   Education?

17        A     Yes.

18        Q     If I use the term "LEA," do you understand

19   that to be a local education agency?

20        A     Yes.

21        Q     If I use the term "RESA," do you

22   understand that to be a regional educational service

23   agency?

24        A     Yes.

25        Q     If I use the term "GNETS centers," do you



1   understand that to mean a stand-alone GNETS

2   location?

3         A      Yes.

4         Q      If I use the term "GNETS school-based

5   locations," do you understand that to mean a GNETS

6   location that is physically housed in a general

7   education building?

8         A      Yes.

9         Q      If I use the term "PBIS," do you

10  understand that to mean positive behavioral

11  interventions and supports?

12        A      Yes.

13        Q      If I use the term "EBD," do you understand

14  that to mean emotional and behavioral disabilities?

15        A      Yes.

16        Q      And if I use the term "general education

17  settings," do you understand that to mean public

18  schools in Georgia where children with EBD or other

19  behavioral health conditions receive instruction and

20  services alongside children who do not have

21  disabilities?

22        A      Yes.

23        Q      Ms. Ngeve, do you hold any educational

24  degrees?

25        A      Yes.



1    Q    What are they?

2    A    I have a master's degree in curriculum and

3    instruction.

4    Q    When did you receive that master's degree?

5    A    The year is escaping me right now.  I

6    don't recall right off.

7    Q    Okay.

8    A    Sorry.

9    Q    I am going to hand you what has been

10   marked by the court reporter as Plaintiff's Exhibit

11   210.  Ms. Ngeve, do you recognize this document?

12   A    Yes.

13   Q    What is this?

14   A    It's my curriculum vitae.

15   Q    Okay.  We were discussing the master's

16   that you hold in curriculum and instruction, and I

17   was asking you the year that you received that.

18   Does this document help refresh your recollection

19   about the year that you received that master's

20   degree?

21   A    Yes.

22   Q    When was that?

23   A    2006.

24   Q    Where did you receive that degree from?

25   A    American Intercontinental University.



CELEST NGEVE                                              July 15, 2022
UNITED STATES vs STATE OF GEORGIA                              21

1       Q      Do you hold any other degrees apart from
2   that master's degree?
3       A      Yes.
4       Q      And what are those other degrees?
5       A      A bachelor of science for psychology, and
6   I'm -- and I'm currently in the process of another
7   degree.
8       Q      The bachelor's degree -- when did you
9   receive that?
10      A      2004.
11      Q      And where did you receive that degree
12  from?
13      A      Albany State University.
14      Q      You mentioned that you're currently in the
15  process of obtaining a third degree; is that
16  correct?
17      A      That's correct.
18      Q      What degree is that?
19      A      Doctor -- educational leadership
20  doctorate.
21      Q      And where are you studying for your
22  educational leadership doctorate?
23      A      UGA, University of Georgia.
24      Q      Do you have an anticipated completion
25  date?



1    A    Yes.

2    Q    When is that?

3    A    May 2023.

4    Q    Ms. Ngeve, do you hold any other -- any

5    professional licenses apart from your educational

6    degrees?

7    A    License, no.  It's mainly for education.

8    Q    When you say it's mainly for education,

9    what do you mean?

10   A    Certifications like for education, yes.

11   Q    Okay.  Tell me about the certifications

12   for education you have.

13   A    I have Education Leadership, Tier 1.  I

14   have Special Education Science Cognitive Level, P-5,

15   4-8, 6-12.  I have Special Education Language Arts

16   Cognitive Level, P-5, 4-8.  I have Special Ed

17   General Curriculum, P-12, Consultative.  I have

18   Middle Grades 4 through 8, Language Arts; and Middle

19   Grades, 4 through 8.

20   Q    And am I correct in understanding those

21   are the areas in which you are certified?

22   A    That's correct.

23   Q    Okay.  Are you currently director of the

24   Rutland GNETS program?

25   A    Yes.



1       Q      And is that GNETS program also known as

2    the Rutland Academy?

3       A      Yes.

4       Q      How long have you been the GNETS director

5    at Rutland Academy?

6       A      2018, since 2018.

7       Q      Okay.  So approximately four years?

8       A      Correct.

9       Q      To whom do you report directly?

10      A      The executive director at Northeast

11   Georgia RESA.

12      Q      And what is that person's name?

13      A      Laurie Allison.

14      Q      How long has Ms. Allison been the

15   executive director at Northeast Georgia RESA?

16      A      Three months.

17      Q      Who preceded her as executive director of

18   that RESA?

19      A      Keith Everson.

20      Q      So I take it you reported to Mr. Everson

21   before Ms. Allison?

22      A      Correct.

23      Q      Does anyone report to you in your capacity

24   as director of Rutland Academy?

25      A      Yes.



```
 1          Q     How many people report to you?

 2          A     Twenty-six.

 3          Q     Is that generally all of the staff at

 4    Rutland Academy?

 5          A     Yes.

 6          Q     Does that include anyone not on staff at

 7    Rutland Academy?

 8          A     No.

 9          Q     What are your duties as GNETS director?

10          A     Supervision of students; supervision, of

11    course, support for staff; implementing,

12    coordinating, supervising GNETS services and staff;

13    administering programs, including preparation,

14    accountability, and budgets; staff recruitment;

15    selection and assignments and recommendations for

16    staff; supervising staff workloads; supporting

17    student educational programs; supporting student

18    growth; maintaining a system of program

19    accountability; developing and implementing plans

20    for continuous improvement; and assuring that

21    educational and therapeutic components of the

22    program are being implemented and that progress is

23    achieved; and overseeing and evaluating GNETS for

24    the curriculum and in the therapeutic setting; as

25    well as communicating with all 13 of our LEAs and
```



1  reporting to them and keeping them updated on

2  changes and trends that are happening within Rutland

3  Academy.

4       Q    Okay.  So am I correct in understanding

5  from what you just said that one of your

6  responsibilities is supervising and supporting

7  students?

8       A    Absolute -- yes.

9       Q    Do you supervise or support students

10  outside of the Rutland Academy environment?

11      A    I don't supervise students outside of

12  Rutland Academy, but I do support students outside

13  of Rutland Academy.

14      Q    In what way do you support students

15  outside of Rutland Academy?

16      A    GNETS directors provide consultative

17  services to the 13 -- to the school systems in which

18  they serve; so those include going out to observe

19  students in other -- in other schools and providing

20  recommendations, therapeutic recommendations in

21  order to make the classroom structure better or in

22  ways to support the teachers as they support the

23  students.  Behavior intervention planning,

24  functional behavior assessment planning, and just

25  different ways of just making sure that those



 1  students have better therapeutic services within the

 2  school settings.

 3      Q    Okay.  When you say behavioral

 4  intervention planning and functional behavioral

 5  assessment, do you complete those for students in

 6  environments outside of Rutland Academy?

 7      A    No, I don't complete them, but I assist.

 8      Q    You assist others in completing them?

 9      A    That's correct.

10      Q    Are the other people who you assist in

11  completing behavioral intervention plans and

12  functional behavioral assessments personnel

13  operating within other school systems?

14      A    Yes.

15      Q    And would those be the 13 LEAs that you

16  referenced earlier?

17      A    Yes.

18      Q    In terms of how you support students

19  within Rutland Academy, what does that involve?

20      A    Many things.  Some of those things include

21  therapeutic walks, talking to them about their

22  progress, helping them understand their goals and

23  objectives and how they're doing with mastering

24  their goals.

25      Sometimes helping with crisis de-escalation,



 1   helping them understand that that one particular

 2   moment doesn't have to define their entire day.

 3        Helping them through suicidal ideation as well

 4   as homicidal ideation when they're feeling like they

 5   have a plan that they want to carry through, as well

 6   as contacting, at times, crisis units that may have

 7   to support them beyond the school setting.

 8        But also talking to them, providing PBIS

 9   supports, going in and doing pop-up surprises just

10   to let them know that we see them doing great

11   things, just as a random moment to see that they're

12   mastering the skills and objectives, as well as just

13   to really -- just talking to them, greeting them on

14   an every-morning basis, talking to them about what

15   kind of things they're having difficulty with and

16   what kind of things they need more support with, but

17   also at times providing support with them after they

18   have met with their therapist.  Sometimes their

19   therapist does a great session, and sometimes

20   they're more challenging for them afterwards.

21        Q    Mm-hmm.  In terms of how your time as

22   director is divided, what percentage of your time

23   would you say is spent managing and supervising

24   Rutland Academy versus providing the support that

25   you discussed earlier to students that are still in



 1  general education settings in one of the 13 LEAs

 2  that you referenced?

 3       A    That varies.  It's not always exactly the

 4  same.  It's kind of month to month, based on what

 5  LEAs are needing additional support.  Mostly it's 85

 6  percent here in the building with the students, 15

 7  percent in the districts.  But there -- there are

 8  months where there may be additional supports needed

 9  in districts.  There may be a little more time, you

10  know, going out to them as well.

11       Q    And on months where it's more time going

12  out to local school districts, what would you say

13  that split looks like?

14       A    About 75 percent in the building and then

15  25 percent out in the district, supporting them.

16       Q    Okay.  As director of Rutland Academy, do

17  you participate in any regularly scheduled meetings

18  apart from IEPs, IEP meetings?

19       A    Yes.

20       Q    What are those regularly scheduled

21  meetings that you participate in as director?

22       A    Will you clarify on, like, the type of --

23  like, what you're asking me exactly?

24       Q    Sure.  I'm trying to understand if there

25  are individuals that you meet with regularly in the



1   course of executing your duties as director of

2   Rutland Academy; so that might be personnel from

3   LEAs, personnel from the state, personnel from the

4   RESA.  Just trying to get a sense of if there are

5   recurring meetings that you participate in in your

6   role as director.

7        A    Yes, absolutely.  Thank you for that

8   clarification.

9        Monthly we meet for LSEAC, which is a local

10  special education agency.  We meet with the

11  coordinators and directors of all the 13 districts,

12  and we meet and, you know, talk about different

13  things that are going on with each one of the

14  districts but also provide an update and report to

15  them about the number of students, the number of

16  staff, any additional supports that are needed.  So

17  that's provided on a monthly basis.  We have that

18  meeting every month.

19       There are also GNETS directors' meetings that I

20  attend and participate in, and those are -- it's

21  usually bimonthly -- well, that can vary.  It could

22  be monthly or bimonthly.  Just kind of depends on

23  different things that are happening, but it's

24  normally definitely bimonthly we're meeting with

25  GNETS directors.



1          Other meetings are not always as consistent,

2     so -- but there are -- I'm always participating in

3     different types of meetings, but those are the ones

4     that are the most consistent as far as a monthly or

5     a bimonthly meeting.

6          Q     Okay.  So the first of those, kind of,

7     regular meetings you said is the LSEAC?

8          A     LSEAC, L-S-E-A-C, local special -- special

9     education agency coordinators, I believe.

10         Q     Okay.  And you said that the coordinators

11    and directors of all 13 LEAs participate in that

12    meeting?

13         A     Yes.

14         Q     And when you say coordinators and

15    directors, are you talking about the coordinators

16    and directors of special education for those 13

17    LEAs?

18         A     Yes.

19         Q     And then you participate in those

20    meetings?

21         A     Yes.

22         Q     Does anyone else participate in those

23    meetings?

24         A     Beyond the -- the other participants from

25    the districts?  Also my -- our executive director,



1  Laurie Allison, participates in those and Northeast

2  Georgia RESA staff.

3       Q    Okay.  So the executive director and

4  Northeast Georgia RESA staff also participate in the

5  LSEAC?

6       A    Yes.

7       I need to also add something to that question,

8  if I may.

9       Q    Mm-hmm.

10      A    I also participate in weekly HR meetings

11  with human resources from different -- from the 13

12  districts.  Those are weekly meetings.  And I also

13  participate in curriculum directors' meetings that

14  are monthly as well.

15      Q    Okay.  So I believe the second set of

16  recurring meetings that you discussed are meetings

17  with other GNETS directors; is that right?

18      A    That is correct.

19      Q    And you said those meetings occur on a

20  bimonthly basis?

21      A    Yes.

22      Q    Have those meetings always occurred on a

23  bimonthly basis?

24      A    No.

25      Q    If there has been some change in the



1  frequency, how has that looked over time?

2       A    It used to be monthly.  However, now it's

3  been bimonthly since the pandemic.

4       Q    Okay.  So the GNETS directors' meetings

5  were monthly before the pandemic and bimonthly

6  during the pandemic we're in now?

7       A    Correct.

8       Q    Who attends the GNETS director meetings?

9       A    GNETS directors and the program manager

10  and coordinator for GNETS as well.

11       Q    When you say program manager and

12  coordinator for GNETS, are those two separate

13  people?

14       A    Yes.

15       Q    Who is the program manager for GNETS?

16       A    Vickie Cleveland.

17       Q    Okay.  And the second position that you

18  referenced was -- is that the program coordinator?

19       A    Yes.

20       Q    And who is that person?

21       A    LaKesha Stevenson.

22       Q    Are Ms. Cleveland and Ms. Stevenson with

23  the Georgia DOE?

24       A    Yes.

25       Q    Does anyone else attend the GNETS



1   director -- directors' meetings apart from the GNETS

2   directors and then Ms. Cleveland and Ms. Stevenson?

3        A    Not consistently.

4        Q    Okay.  In situations where there may be

5   other participants who are not consistent

6   participants, what are the sorts of -- who are the

7   sorts of folks that might show up at those meetings?

8        A    The i-Ready coordinator may come because

9   we all participate.  We all utilize i-Ready; so they

10  may be giving us updates on trends and different

11  things that are happening with i-Ready, which is a

12  supplemental curriculum that assists our -- our

13  students with their -- their educational goals and

14  things of that nature, so i-Ready.

15       There's -- there's been times also where

16  there's other -- they may have someone present to us

17  that are providing, like -- that may tell us about

18  different therapeutic models and different things

19  that we can implement within our program, as well as

20  they have done amazing work with having people from

21  trauma -- teach us more about trauma-informed care

22  and just other therapeutic strategies that help

23  support our students.

24       Q    Okay.  The i-Ready coordinator that you

25  mentioned -- who is that -- what company or entity



```
 1   is that person affiliated with?
 2        A     i-Ready.
 3        Q     i-Ready is its own company?
 4        A     I don't know what -- anything beyond that,
 5   but I know it's i-Ready.
 6        Q     Okay.  And then in terms of people who
 7   come in to share about therapeutic models, what
 8   kinds of people come in to share about therapeutic
 9   models?
10        A     Facilitators of those particular programs
11   or those that have created those particular
12   programs.
13        Q     And is the same true for trauma-informed
14   care?
15        A     That's correct.
16        Q     Is there somebody who coordinates bringing
17   in these sort of intermittent participants?
18        A     I'm not sure who or -- I'm sure someone
19   does.  I'm not sure beyond that, though.
20        Q     Okay.  Is there somebody who facilitates
21   the GNETS director meetings?
22        A     Yes.
23        Q     Who does that?
24        A     Vickie Cleveland as well as LaKesha
25   Stevenson.
```



1        Q     Do they organize in terms of setting the
2    dates for the meetings as well?
3        A     Yes.
4        Q     You said the meetings, since the pandemic
5    started, have been bimonthly; correct?
6        A     Yes.
7        Q     Do those meetings occur in person or
8    virtually?
9        A     We have had them virtual.  We have also
10   had them in person, so --
11       Q     So it's been a mix?
12       A     Yes.
13       Q     Prior to the pandemic, were the meetings
14   in person or virtual?
15       A     In person.
16       Q     And that was when they were monthly?
17       A     Yes.
18       Q     And those in-person meetings -- did they
19   occur in a consistent physical location?
20       A     No, it wouldn't always be the same
21   location.
22       Q     So location would move?
23       A     Correct.
24       Q     Were -- in terms of what those locations
25   were, were those locations spread out across the



1   state, or were they centralized in a particular

2   geographic region?

3       A     They were spread out.

4       Q     You added a couple additional regular

5   meetings.  You said you meet -- you participate in

6   HR meetings with local school districts?

7       A     Yes.

8       Q     And how often was that, again?

9       A     Weekly.

10      Q     And who attends those meetings?

11      A     HR directors from 13 -- all 13 school

12   systems.

13      Q     What do you all discuss during those

14   meetings?

15      A     Ongoing trends with human resources,

16   staffing, hiring.

17      Q     Do you report out as well?

18      A     No.

19      Q     So you're just in sort of listening mode

20   at those meetings?

21      A     Mostly.

22      Q     In terms of your participation in those

23   weekly HR meetings, what is your goal in attending

24   those meetings?

25      A     Having a good understanding of ongoing



1   trends that are -- and things that are changing in

2   HR, how other districts are -- are handling staffing

3   shortages, what agencies they may be using as far as

4   hiring needs and things of that nature, and to just

5   stay abreast on ongoing things that are changing

6   with human resources.

7        Q    Mm-hmm.  What do you do with that

8   information once you obtain it at those meetings?

9        A    At times I utilize some of the information

10  to help me with my staffing shortages or contact

11  different staffing agencies or at times talk to my

12  executive director or our HR about different things

13  that were discussed in the call and if that's

14  something that maybe we could pursue --

15       Q    Okay.

16       A    -- utilizing.

17       Q    All right.  Okay.  So it sounds like

18  there's some kind of cross-sharing of information

19  and you gather best practices that you might be able

20  to implement in your own hiring?

21       A    That's correct.

22       Q    Then the other regularly, sort of,

23  occurring meeting that you mentioned are

24  curricular -- curriculum director meetings?

25       A    Yes.



1    Q    And you said those occur monthly?

2    A    Yes.

3    Q    And tell me about those meetings.

4    A    Those meetings are curriculum directors

5    from all 13 districts, and they're talking about

6    different things they're utilizing as far as new

7    curriculum.  They also have different speakers or

8    presenters that share new information about new

9    curriculum trends and -- as well as when standards

10   are changing and how they're going to address those

11   standards changing and things of that nature; so

12   academic strategies and interventions are shared and

13   discussed.

14   Q    Okay.  And in attending those meetings,

15   sort of what is your goal in attending those

16   meetings?

17   A    To make education the best I can for my

18   students.  If there's something new that's happening

19   that districts are using or a new model that I'm --

20   I was going to -- go -- go research it myself and

21   find out how I can utilize it if we -- that's

22   something we want to utilize that can help our

23   students be more successful academically.

24   Q    So is this similar to the HR directors'

25   meetings in that it's an opportunity, you know, for



1  some cross-pollination and for you to identify best

2  practices or to get additional information that you

3  then can consider in your own work at Rutland

4  Academy?

5        A     Yes, that's correct.

6        Q     Were you already on staff at the Rutland

7  Academy GNETS program when you became director?

8        A     Yes.

9        Q     And I believe you said earlier that you

10  were first acquainted with the GNETS program by

11  becoming a therapist at Rutland in 2007; right?

12        A     I wasn't a therapist at Rutland.  I served

13  students that went to Rutland --

14        Q     Okay.

15        A     -- as a therapist.

16        Q     You were a therapist who served students

17  at Rutland?

18        A     Correct.

19        Q     You were not employed by Rutland?

20        A     That is correct.

21        Q     Okay.  How long had you been on staff at

22  Rutland Academy when you became the GNETS director

23  of Rutland?

24        A     Eleven years.

25        Q     And what other roles did you hold at



1   Rutland prior to becoming director?

2        A     Special education teacher in elementary,

3   special education as well as a coordinator here at

4   Rutland Academy, and I was in the elementary as well

5   as in the middle school as -- as a special education

6   teacher.

7        Q     Okay.  Roughly how long did you teach as a

8   special education teacher in elementary at Rutland?

9        A     I was in elementary from -- right at seven

10  years.

11       Q     And what about how long were you a special

12  education teacher of middle school at Rutland?

13       A     One year.

14       Q     And then you mentioned that you were also

15  a coordinator at Rutland?

16       A     Yes.

17       Q     What was the nature of that position?

18       A     Facilitating IEP meetings, providing

19  teacher support, being a teacher mentor, helping

20  teachers utilize best practices as it related to

21  therapeutic interventions and strategies, helping

22  them develop and utilize the curriculum that we were

23  using at the time, providing PBIS walk-throughs,

24  PBIS incentives for students, developing our PBIS

25  calendar, participating and facilitating



1   reevaluation meetings, redetermination meetings,

2   parent -- parent concern meetings, any meetings

3   that -- that parents needed or things they needed,

4   providing additional support as far as GNETS

5   consultations -- consultative support to districts.

6   Mainly those things -- and supporting students in

7   all ways that -- that they needed, crisis

8   de-escalation, assisting teachers when needed to,

9   you know, also have additional support in the

10  classroom at times as well.

11       Q     Okay.  So apart from special education

12  teacher of elementary, special education teacher of

13  middle school, and then the coordinator position,

14  did you hold any other positions at Rutland before

15  becoming director?

16       A     No.

17       Q     Did you hold any professional positions

18  outside of Rutland before you came on staff at

19  Rutland?

20       A     Yes.

21       Q     And what were those positions?

22       A     I was a therapist as well as a social

23  worker.

24       Q     When you say you were a therapist, what

25  kind of work did you do as a therapist?



1      A      Child and adolescent.  I worked with

2   students -- oh, well, sorry -- youth that were going

3   through different challenges.  Also did intensive

4   family intervention supports, which is when I was as

5   a therapist seeing clients and their families three

6   to five times a week, so in the more intense cases.

7          I also did some community support team meetings

8   where -- participation, where I participated where

9   there was groups of people coming together trying to

10  figure out ways to support that particular youth.

11         The family therapy, individual therapy, and

12  things of that nature.

13     Q      And approximately how long were you

14  working as a therapist?

15     A      Two years --

16     Q      Okay.

17     A      -- prior to being at Rutland Academy.

18     Q      Okay.  You mentioned that you were also a

19  social worker?

20     A      Yes.

21     Q      How long were you a social worker?

22     A      Within those two years, I worked for two

23  different agencies.

24     Q      Okay.  So the therapist work and the

25  social worker work occurred in that two-year block?



 1        A      Yes, prior to Rutland.

 2        Q      Okay.  I want to go back to one thing you

 3   said in terms of your responsibilities as director,

 4   and this is on your CV on page 2.  You mentioned

 5   that you're responsible for developing and

 6   implementing plans -- or sorry -- for maintaining a

 7   system of program accountability, producing reports

 8   and data.  Do you see that?

 9        A      Mm-hmm.

10        Q      What, sort of, are the -- the tasks or

11   functions that go into your maintaining that system

12   of program accountability?

13        A      Well, we have a strategic plan for GNETS

14   that we -- I have to make sure that we're addressing

15   each of -- doing what we're supposed to do for each

16   one of those six components as well as making sure

17   that I'm communicating with our LEAs about things

18   that are going on with our students here, sharing

19   that data as far as how things are going, like, how

20   students are progressing, students that are, you

21   know, ready to transition back to their traditional

22   school settings, and making sure that I'm meeting

23   with our staff before meeting with our LEA so our

24   staff is aware of, you know, what our data is

25   telling us and making changes as needed for

1   continuous improvement because there's always room

2   to grow, definitely.

3       Q    Mm-hmm.  Anything else related to program

4   accountability apart from the strategic plan work?

5       A    Yes.  Anything that -- really the --

6   continuing the communication with our L -- our 13

7   school districts.  There are times where there may

8   be some program accountability, things that they

9   want to know more about as far as how things are

10  functioning.

11      Also supporting them, like, if there are --

12  well, having them -- when they come here and they

13  want to take tours to find out more about how are

14  things really functioning day-in and day-out

15  interactions, I welcome them coming.  We sit down

16  and talk about, you know, maybe some things that

17  they feel like, hey, maybe you all could do these

18  things, you know, even better or maybe here are some

19  areas that we feel like are going really great.

20      So making sure I'm keeping a close

21  communication with the agencies, the -- the -- the

22  13 districts that we do serve and making sure that,

23  when they're coming here, they can actually see how

24  our program actually functions and actually talking

25  about ways to improve and actually making those



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                           45

 1  improvements.

 2      Q     Mm-hmm.  Okay.  Where is Rutland Academy

 3  located?

 4      A     1250 Oglethorpe Avenue, Athens, Georgia

 5  30606.

 6      Q     And is that where we are today?

 7      A     Yes.

 8      Q     Is the Rutland Academy GNETS program

 9  housed in a single facility?

10      A     Yes.

11      Q     So you don't have other sites in

12  individual schools; correct?

13      A     Correct.

14      Q     And you also don't have other sites that

15  are stand-alone buildings like the one we're in

16  right now; correct?

17      A     Correct.

18      Q     How long has Rutland been housed at the

19  facility on Oglethorpe Avenue?

20      A     Since 2008.

21      Q     Was the Oglethorpe facility a new building

22  when Rutland moved in in 2008?

23      A     Yes.

24      Q     Was the facility built specifically for

25  Rutland Academy?



CELEST NGEVE                                              July 15, 2022
UNITED STATES vs STATE OF GEORGIA                               46

```
 1        A      Yes.
 2        Q      Who built the facility for Rutland
 3   Academy?
 4        A      Are you asking about contractor
 5   specifically, or are you asking about --
 6        Q      Well, let me ask it this way.  How was the
 7   cost of the facility on Oglethorpe Avenue funded?
 8        A      By 13 school systems.
 9        Q      So those 13 school systems came together?
10        A      Correct.
11        Q      What is the capacity of the building that
12   houses Rutland Academy?
13        A      I don't remember.
14        Q      Do you have a rough approximation?
15        A      200 would be a rough approximation, but,
16   again --
17        Q      Okay.  And that's 200 students?
18        A      200 people.  But that's a rough
19   approximation.
20        Q      Okay.  How many classrooms does the
21   facility that houses Rutland Academy have?
22        A      That number is slipping my mind right now,
23   the exact number.
24        Q      Is it more than ten?
25        A      Yes.
```



1         Q      More than 20?

2         A      Yes.

3         Q      More than 30?

4         A      No.

5         Q      Okay.  Somewhere between 20 and 30

6    classrooms?

7         A      Yes.

8         Q      How many of those classrooms were actually

9    used as classrooms during the '21-'22 school year?

10        A      Eleven.

11        Q      How many of those classrooms do you expect

12   to use during the '22-'23 school year?

13        A      Fourteen.

14        Q      And so just going back to the 2021-'22

15   school year, when you say 11 classrooms were

16   actually used, were those 11 classrooms of students,

17   or are you saying that those 11 classrooms were kind

18   of actively in use for some purpose?

19        A      Eleven classrooms with students.

20        Q      Okay.  And so this coming school year you

21   expect to have an increase in the number of

22   classrooms you have of GNETS students?

23        A      I expect an increase in classrooms as

24   relates to specials but not necessarily, like, they

25   would be caseload classrooms.



1       Q       Okay.   How many of the 14 classrooms for
2   this upcoming school year, 2022-'23, do you expect
3   to be used for caseload?
4       A       Thirteen.
5       Q       Thirteen.   And then one classroom will be
6   used for specials?
7       A       In addition, yes, yes.   Well, I apologize.
8   Twelve for students, two for specials.
9       Q       Okay.   And of the 11 classrooms that were
10  in use for the 2021-'22 school year, how many of
11  those were used for caseloads?
12      A       Ten.
13      Q       And -- and one for specials?
14      A       Correct.
15      Q       When you use the term -- say a classroom
16  is used for caseload, is that a way of saying it's a
17  classroom that's sort of like the -- the home
18  classroom for the student, their base?
19      A       I mean -- I mean either the homeroom or
20  the -- yes, the homeroom or the room that they
21  transition to from different classes, but all of
22  them have a homeroom, yes.
23      Q       Okay.   Rutland Academy serves students for
24  more than one school system; right?
25      A       Correct.



1      Q     And I believe you mentioned that there are

2   13 school systems that have -- that can send

3   students to Rutland; is that right?

4      A     Yes.

5      Q     Which school systems are those?

6      A     Barrow, Clarke, Commerce, Elbert, Greene,

7   Jefferson City, Jackson, Morgan, Madison, Oconee.

8   Did I say Oglethorpe?  Oglethorpe.  I might have

9   said someone twice.  Oglethorpe as well as Walton

10   County and Social Circle Cities.

11      Q     Okay.

12      A     Yes.

13      Q     Has the list of school systems that can

14   refer students to Rutland Academy changed at all

15   since 2015?

16      A     No.

17      Q     When does the school day start and end at

18   Rutland Academy?

19      A     8:30 the school day starts.  2:30 the

20   school day concludes.

21      Q     Does Rutland Academy have what is known as

22   a fiscal agent?

23      A     Yes.

24      Q     Who is Rutland's fiscal agent?

25      A     Northeast Georgia RESA.



1      Q     And just so that we're on the same page,

2    what is the role of Rutland's fiscal agent?

3      A     To provide -- they are the -- they are the

4    source of -- that handles, like, the finances and

5    everything of that nature; human resources; our

6    executive director; additional support, such as

7    anything related to educational experts, such as

8    math experts, people that -- that provide math

9    training as well as science training and LEA reading

10   support.  They're kind of the hub of everything that

11   supports what our students need here at Rutland

12   Academy.

13     Q     And when you say that your fiscal agent is

14   the source of finances, do they originate the

15   finances that Rutland Academy receives?

16     A     They are the overseers of the finances --

17   I apologize -- the 13 districts, as well as what we

18   get from, you know, the state and everything as

19   well.  But they oversee; so I didn't mean to say

20   they were, like, the originators of the source.

21     Q     Okay.  So they oversee Rutland Academy's

22   finances?

23     A     Correct.

24     Q     And where do those finances that they

25   oversee come from?



 1          A      The 13 school districts as well as the
 2    State Department.
 3          Q      And when you say State Department, State
 4    Department of Education?
 5          A      Correct.
 6          Q      How many people total were on staff at
 7    Rutland Academy in the 2021-'22 school year?
 8          A      Twenty-seven total.
 9          Q      Okay.
10          A      But that number did fluctuate; so it
11    wasn't always the same.
12          Q      Was it higher at any points?
13          A      No.
14          Q      But it may have been lower at some points
15    during the year?
16          A      Yes.
17          Q      How many people will be on staff at
18    Rutland Academy in the 2022-'23 school year?
19          A      That's still in process; so I don't want
20    to say exact number, but I would say -- I don't have
21    an exact number because that -- we don't really have
22    all the positions filled yet.
23          Q      Okay.  So you currently have some
24    vacancies?
25          A      Correct.



1        Q     If you were to have all of your positions

2   filled, what would the number of staff be?

3        A     Twenty-seven.

4        Q     Okay.  And how many positions do you have

5   vacant right now?

6        A     Four.

7        Q     What are those positions that are vacant?

8        A     Elementary teacher, middle school teacher,

9   para -- and two paraprofessionals.

10       Q     Okay.  Are there any outside contracted

11  positions at Rutland that are not accounted for in

12  those staff members that you just gave me?

13       A     No.  However, we do have contracts with,

14  like, the nutrition department, but they're not our

15  staff members, in a sense, because we contract

16  through Clarke County.

17       Q     Okay.  Those nutrition workers -- are they

18  physically located at Rutland Academy?

19       A     During the time that they are serving

20  only.

21       Q     Okay.  So they may come over for breakfast

22  or for lunch?

23       A     That's correct.

24       Q     Okay.  But no one else apart from those

25  nutrition workers that are not included in those



1  staff numbers that you gave?

2       A    Correct.

3       Q    Okay.  How many students were served at

4  Rutland Academy in the 2021-'22 school year?

5       A    That number fluctuated as well.  Are

6  you -- would you like -- are you asking for a number

7  of the most or -- that number fluctuated, though.

8       Q    Sure.  Why don't you just tell the range,

9  kind of when it was at its lowest, what it was, and,

10  when it was at its highest, what it was.

11      A    68 to 73.

12      Q    How many students do you expect to be

13  served at Rutland Academy when school starts in this

14  coming 2022-'23 school year?

15      A    72.

16      Q    Are these numbers of students served

17  relatively consistent with the number of students

18  that have been served each year since about 2015, or

19  have there been fluctuations?

20      A    There have been fluctuations.

21      Q    Have those fluctuations been significant

22  fluctuations?

23      A    Not significant, no.

24      Q    Since 2015, what would you say is the

25  largest number of students that have been served at



1  Rutland in a given school year?

2       A     87.

3       Q     And what about the lowest?

4       A     67.

5       Q     Okay.

6             MS. WOMACK:  I'm going to hand the court

7       reporter what I would like to have marked as

8       Plaintiff's Exhibit 211.

9             (Plaintiff's Exhibit 211 was marked for

10      identification purposes.)

11      Q     (By Ms. Womack)  Ms. Ngeve, I am handing

12  you what has been marked as Plaintiff's Exhibit 211.

13  This document bears a Bates stamp of Rutland 000108.

14  Ms. Ngeve, are you familiar with this document?

15      A     Yes.

16      Q     What is this document?

17      A     This is our Rutland Academy flyer, like a

18  pamphlet.

19      Q     Who created this document?

20      A     Myself and my coordinator.

21      Q     What is the purpose of this document?

22      A     For new parents and for -- I'm sorry --

23  the parents of new students that may want to know

24  more information about Rutland Academy.  We provide

25  that at the meetings, when we have in-person



CELEST NGEVE                                           July 15, 2022
UNITED STATES vs STATE OF GEORGIA                              55

1   meetings, or if they request it.

2       Q    So this flyer provides some summary

3   information about the Rutland Academy GNETS program?

4       A    Correct.

5       Q    Am I correct that this is a document that

6   the Rutland GNETS program provided in response to

7   the United States subpoena for documents?

8       A    Yes.

9       Q    What is Rutland's mission statement,

10  according to this document?

11      A    "The mission of Rutland Academy is to

12  provide a therapeutic and educational environment

13  that empowers students to be academically,

14  behaviorally and socially successful through

15  collaboration with regional school systems, families

16  and community organizations," as a mission

17  statement.

18      And the vision statement indicates, "Rutland

19  Academy is an exemplary student-centered therapeutic

20  environment that provides a unique blend of

21  psychological, behavioral, academic and social

22  services that empower students to make a successful

23  transition to the least restrictive environment."

24      Q    Is the mission statement that appears here

25  an accurate statement of Rutland Academy's mission?



CELEST NGEVE                                                July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    56

1        A     Yes.

2        Q     So Rutland aims to provide, not just an

3   educational environment, but a therapeutic

4   environment for its students?

5        A     Yes.

6        Q     And it says here that the aim is for the

7   environment to empower students to be academically,

8   behaviorally, and socially successful through

9   collaboration with regional school systems,

10  families, and community organizations; right?

11       A     Correct.

12       Q     Are the regional school systems referenced

13  here the ones that you identified earlier as the 13

14  school systems that have the ability to refer

15  students to Rutland Academy?

16       A     Yes.

17       Q     Does this reference to regional school

18  systems include any other school systems apart from

19  those?

20       A     No.

21       Q     Which community organizations does Rutland

22  collaborate with to empower students to be

23  academically, behaviorally, and socially successful?

24       A     So for the therapeutic components, we

25  collaborate with Pathways Transition Systems --



 1  that's a counseling agency -- Social Empowerment

 2  Center, Advantage Behavior Health Systems, Bethany

 3  Christian Services.

 4       There are several wrap-around teams that are --

 5  that are for students that are coming out of -- that

 6  are in foster care as well, and their -- their names

 7  change based on the different locations that they're

 8  coming from.

 9       Also, of course, speech therapists,

10  occupational therapists as well that provide

11  supports to our students.

12       Q    Okay.

13       A    And then, of course, reading specialists,

14  math specialists from RESA as well.

15       Q    Okay.  You mentioned Pathways, which you

16  said provides counseling services?

17       A    Correct.

18       Q    And how, specifically, does Rutland

19  collaborate with Pathways?

20       A    Pathways comes to Rutland Academy to see

21  students that are on their caseload for therapy, and

22  they're provided with a -- a therapeutic setting, a

23  room, a counseling suite, a room to meet in with the

24  students.  So they provide individual therapy to the

25  students, and then some of them also provide family



1  therapy.

2        Q     The students that Pathways provides

3  counseling to -- are those students that Rutland

4  Academy has connected Pathways to, or are those

5  students that Pathways sort of had a preexisting

6  connection with?

7        A     They had a preexisting connection with.

8  Usually they -- the -- the parents have already

9  gotten services through Pathways.  Then that student

10  is on their caseload; so they -- they're able to

11  come here and meet with the students.

12        Q     Okay.  And then Rutland opens the doors

13  for Pathways to be able to do that during the school

14  day?

15        A     Correct.

16        Q     How many students at Rutland Academy were

17  served by Pathways in the 2021-'22 school year?

18        A     That number fluctuated.

19        Q     What's the sort of rough range?

20        A     For Pathways, about nine -- nine students.

21        Q     Okay.  You mentioned Social Empowerment --

22        A     Yes.

23        Q     -- Center?

24        A     Yes.

25        Q     And how does Rutland Academy collaborate



CELEST NGEVE                                      July 15, 2022
UNITED STATES vs STATE OF GEORGIA                          59

1  with Social Empowerment Center?

2         A     The same as with Pathways.  The students

3  are normally -- their families are already on their

4  caseload.  You know, they -- the parents come -- the

5  students -- the therapists come here, and they meet

6  the students in -- in this counseling suite.

7         Q     Okay.  And similar to Pathways, are these

8  students who have previously been connected with

9  Social Empowerment Center and Rutland is opening the

10  doors to make available time for them to come during

11  the day, or is Rutland connecting students to Social

12  Empowerment Center?

13         A     Some of both.

14         Q     And how many students were served by

15  Social Empowerment Center in the 2021-'22 school

16  year?

17         A     That number fluctuates.

18         Q     What was the range?

19         A     Three to four.

20         Q     And you mentioned Rutland Academy also

21  collaborates with Advantage Behavior Health Systems?

22         A     Yes.

23         Q     What is Advantage Behavior Health Systems?

24         A     They're a mental health organization.

25  They provide counseling to student -- to youth as



 1 | well as their families as well.  So they provide IFI
 2 | services, which is intensive family intervention
 3 | services; community support teams services; and
 4 | community support and individual service.
 5 |      So they may be seeing students once a week,
 6 | twice a week, more than those times a week with --
 7 | whether it's at school and at home, but they also
 8 | provide family therapy at home as well.
 9 |      Q    Okay.  How many Rutland Academy students
10 | were served by Advantage Behavior Health Systems in
11 | the 2021-'22 school year?
12 |      A    That number fluctuated.
13 |      Q    What was the range?
14 |      A    Three to six.
15 |      Q    I believe the next community organization
16 | you identified was Bethany Christian Services?
17 |      A    Yes.
18 |      Q    How does Rutland collaborate with Bethany
19 | Christian Services?
20 |      A    Much like the others, we -- we allow them
21 | to have, you know, counseling suites where they can
22 | meet with the students that -- that are on their --
23 | their caseload.  Usually it's students that are in
24 | foster care that may be coming from a different
25 | placement and they're now in a new placement.  So



1   Bethany comes and meets with those students and

2   checks in with them, as well as also sometimes asks,

3   you know, about ongoing -- how -- their -- their

4   progress from teachers as well.

5         Q     The students that Bethany Christian

6   Services serves -- are those students typically

7   already connected with Bethany before they come to

8   Rutland?

9         A     Yes.

10        Q     How many Rutland Academy students were

11  served by Bethany Christian Services in the 2021-'22

12  school year?

13        A     It fluctuates.

14        Q     What was the range?

15        A     One to four.

16        Q     Okay.  You also mentioned that there are

17  several wrap-around teams --

18        A     Yes.

19        Q     -- for students in foster care?

20        A     Yes.

21        Q     Explain what you mean by wrap-around

22  teams.

23        A     So some students that are -- usually

24  students that are affiliated with -- that are in

25  DFCS custody and they are currently in a foster



1  placement or they're back with a parent but they're

2  still under DFCS care -- they may have a therapist

3  from one agency, a social worker from another

4  agency, someone from a different agency.

5        Then they may want to come here and have a

6  meeting together with the parent here about how

7  things are going -- as well as the teacher -- about

8  how things are going with the student at school,

9  what other services that can be provided to support

10 that kiddo in being successful in the home setting.

11       And then students participate sometimes in part

12 of those meetings where they just kind of get to

13 hear from the student as far as how are things

14 going, what are you -- what are you enjoying?  What

15 are you having difficulty with?

16       And then those students exit, and they go back

17 to classroom, and then the adults continue to meet

18 and just find different ways to best support the

19 student.

20       Q    Okay.  So it sounds like these wrap-around

21 teams are teams that were already in place for DFCS

22 students?

23       A    Yes.

24       Q    And then when -- if and when that student

25 comes to Rutland Academy, again, Rutland Academy



1  opens the doors for them to come in and serve the

2  student here?

3          A       That's correct.

4          Q       How many Rutland Academy students had

5  services from wrap-around teams in the 2021-'22

6  school year?

7          A       That fluctuates.

8          Q       And what was the range?

9          A       One to six.

10          Q       Okay.  Then I believe you mentioned that

11  Rutland collaborates with speech therapists?

12          A       Correct.

13          Q       Are there any speech therapists on staff

14  at Rutland?

15          A       No.

16          Q       And what speech therapists does Rutland

17  collaborate with?

18          A       That fluctuates.  It's the speech

19  therapists from the districts per the student's IEPs

20  that have speech therapy in their IEPs.  So the

21  districts make sure that their speech therapist

22  comes here and meets with those students that have

23  those services.

24          Q       Okay.  And those are speech therapists

25  that also provide services in those local school



1   districts as well?

2        A     That is correct.

3        Q     Okay.  You mentioned occupational

4   therapists as well?

5        A     Yes.

6        Q     Is that set up similar to the setup for

7   the speech therapists in that they come from local

8   school districts?

9        A     Yes.

10       Q     And those are occupational therapists who

11  also provide services in those local school

12  districts?

13       A     That's correct.

14       Q     And then, finally, I believe you mentioned

15  reading and math specialists?

16       A     Yes.

17       Q     Did you say that those specialists are

18  affiliated with the RESA?

19       A     Yes.

20       Q     And how does Rutland collaborate with the

21  reading and the math specialists?

22       A     They provide professional learning for the

23  teachers, so -- and then they help monitor how

24  the -- what student -- what progress that the

25  students are making using those -- those different



1  strategies and interventions.

2      And the reading specialists actually helped us

3  set up our book room and have, like, all these

4  different reading interventions, specific books that

5  are tiered to students' specific learning abilities,

6  and so progress monitoring with the teachers to look

7  at how students are making progress and if any

8  additional supports are needing.

9      Q    Okay.  So the reading and math specialists

10  support the teachers --

11     A    Correct.

12     Q    -- at Rutland Academy?

13     A    Correct.

14     Q    Do they provide any direct services to

15  Rutland Academy students?

16     A    No.

17     Q    Do the reading and math specialists

18  support Rutland Academy, like, full time?  Does that

19  take up their entire --

20     A    No.

21     Q    Okay.  Do they support other school

22  systems as well?

23     A    Yes.

24     Q    And one other question, just so I

25  understand.  You mentioned Pathways, Social



1   Empowerment Center, Advantage Behavioral Health

2   System.  Are there ever Rutland Academy students who

3   receive overlapping services from these

4   organizations?

5        A    None of the three you just mentioned.

6        Q    Okay.  Are there -- setting the speech

7   therapists and occupational therapists aside, for

8   the other organizations, which then would also

9   include Bethany Christian Services and their

10  wrap-around teams for students in foster care, are

11  there students that receive overlapping services

12  from among those five?

13       A    Yes.

14       Q    Which -- which organizations might provide

15  overlapping services to a student?

16       A    It fluctuates.  It could be either of

17  those organizations, based on what services they

18  have in place.  If Bethany Christian has a -- has a

19  connection with Advantage, those kids may get

20  Advantage.  But someone else at Bethany Christian

21  may also get Social Empowerment Center.  It just

22  kind of depends on how they set up their therapy

23  prior to them coming to Rutland.

24       Q    Okay.  So for Bethany Christian Services,

25  is the counseling that they provide delivered



1    through a different entity, or is it actually

2    Bethany Christian Services providing the counseling?

3         A    Both.

4         Q    Okay.  Okay.  Going back to the mission

5    statement --

6         A    Mm-hmm.

7         Q    -- how do you assess whether students are

8    successful, as defined in the mission statement?

9         A    We're constantly meeting to look at the

10   data of their academic data to see -- we take

11   baseline data on all their academics: math,

12   reading -- primarily math and reading but also their

13   science and social studies.  We take the baseline

14   data at the beginning of the school year.  We do

15   progress monitoring throughout the school year.

16        i-Ready is a very great opportunity -- it's a

17   great resource because it allows us to get very

18   clear data on where the students were when they

19   first came during to the school -- at the beginning

20   of the school year, as well as throughout the school

21   year when they do those progress -- when we

22   progress-monitor through ongoing diagnostic

23   assessments.

24        And then we look at how -- how much growth they

25   have made in what areas, and we actually celebrate



1   them as far as any -- any -- even if they made mild

2   accomplishments, we want to make it a big deal

3   because they have actually shown some growth.

4          And so we use i-Ready.  We also use some of our

5   curriculums, such as enVision Math and some of the

6   other curriculums to just kind of see where were

7   they at the beginning of the school year.

8          And we look at their IEP goals, where were they

9   with their academics for their academic goals and

10  IEP -- for their IEP at the beginning of the school

11  year, throughout the school year, mid-check midway

12  through the school year, as well as throughout -- by

13  the end of the school year.  So we're constantly

14  looking at what gains they're making academically.

15         With their social, emotional, behavioral data,

16  we're always looking at what are their social,

17  emotional, and behavioral goals and objectives, how

18  well they're actually mastering them throughout the

19  school year.

20         They're getting data collection done on a daily

21  basis via a point sheet; so on a daily basis they're

22  getting powerful praise about how well they're doing

23  with their academic -- with their social, emotional,

24  and behavioral goals and objectives, as well as

25  doing -- teaching them replacement skills when



1  they're not doing as well and teaching them how to

2  cope through those particular behaviors or those

3  behavior outbursts and really helping them

4  understand what could they -- what they could do

5  differently.

6        We're doing role-play.  We're doing practicing.

7  We're setting clear expectations.  So we're

8  consistently looking at the data for just -- for

9  their IEP goals, with their social, emotional, and

10 behavioral goals, as well as their academic, but

11 also looking at using i-Ready and some of the other

12 progress monitoring forms that help us kind of to

13 see what gains they're making, and we celebrate

14 them.

15       Q     Okay.  You mentioned on the -- the sort of

16 social and behavioral side of things that you look

17 at data related to -- to a student's IEP goals?

18       A     Yes.

19       Q     And then you also mentioned that there is

20 a daily point sheet?

21       A     Yes.

22       Q     Is the daily point sheet part of that data

23 that you look at for the IEP goals?

24       A     Yes.

25       Q     What other data do you look at apart from



1   the point sheet?

2        A      We also look at -- we do a -- we do

3   teachers advisor every week, and that is a

4   one-on-one session for the students to meet with

5   their caseload manager to talk about how they're

6   feeling about what they're doing, the progress

7   they're making, because that makes a big difference,

8   not only what's shown on the point sheet, but also

9   what -- what they're recognizing as things they're

10  making growth with -- but also what things they're

11  having difficulty with.

12       We also have interviews with parents to find

13  out are they improving, are they making any changes.

14       We also communicate with the parents about

15  psychiatry appointments, psychological appointments,

16  and we provide data on how they have been doing

17  with their -- since they have been on different

18  medications and things of that nature so that the

19  parents can have real clear data taken into those

20  appointments to help those students be successful.

21  Because sometimes the doctors are changing

22  medication.  Sometimes they're just managing it and

23  keeping it at the same place.  But really talking to

24  those parents about those things and having them

25  prepared for those psychological appointments.



 1          Also the parents meet -- talk -- meet and talk
 2     regularly with our school nurse about any changes
 3     that are happening as it relates to their social,
 4     emotional, and behaviorals since different
 5     medication changes have occurred.
 6          And then aside from that, we also are
 7     consistently doing observations, going to
 8     classrooms, talking to students and -- and
 9     recognizing them when we notice they're doing
10     something really great.
11          There are pop-up opportunities that we do when
12     we're recognizing -- you know, I may say out of the
13     blue you're -- you know, all the kiddos that have
14     had this many, you know, learning points, you can
15     come to the office to get a -- get a treat.  So
16     kiddos are constantly being -- know that we're aware
17     of how they're doing with their -- with their
18     social, emotional, and behavioral goals and
19     objectives because we're constantly going around,
20     looking at their data, talking to them about their
21     data, but also incentivizing their data when they're
22     making progress and talking to them about what
23     barriers they're having and what support they need
24     when they're not making progress.
25          Q     Mm-hmm.  So for this daily point sheet,



1  how is the point sheet set up?

2       A    So the point sheet is set up in six

3  different periods.  So we have six periods

4  throughout the day.  And so each -- each area on the

5  point sheet -- there are two areas -- two

6  opportunities for them to actually be able to be

7  incentivized for that particular skill.

8       For example, a student having self-control.  So

9  they -- at some point during the -- during the

10 class period, the teacher is going to acknowledge --

11 the teacher or paraprofessional or any other staff

12 member that's in the room -- may acknowledge the

13 fact that they notice that that kiddo is doing a

14 really great job with self-control.

15      So it's, you know, you're doing a great job

16 practicing self-control.  I just noticed that you

17 haven't thrown anything off your desk.  You're

18 keeping your -- you're keeping your hands and feet

19 to yourself.  You're doing amazing; so because of

20 that you have earned 1,000 positive points.

21      So we're doing powerful praise; and powerful

22 praise is general praise plus specific praise plus a

23 contingent reward, which ends up being those

24 positive points.  And they're getting incentivized

25 for those things throughout the period -- throughout



1   the class periods.

2        Q      So you mentioned sort of earning points

3   for, you know, demonstrating something like

4   self-control.  Is there a total number of points

5   that each student is able to earn each day?

6        A      That change -- that fluctuates based on

7   the number of goals, the number of objectives, the

8   skills that they're working on.  So most students

9   have anywhere from three to six IEP objectives that

10  they're working on.  It may be self-control,

11  following directions, maintaining physical

12  boundaries, accepting feedback, using appropriate

13  conversation.

14       Some students only -- because of what --

15  because of the progress they have made, they only

16  need three.  So that number will change.

17       But if a student had five skills they're

18  working on, for example -- there's six periods --

19  there's two opportunities per period to earn

20  positive points on those.  There can be 10,000

21  positive points per period, six periods, so 60,000

22  positive points that they could potentially earn

23  throughout a day.  But, again, that fluctuates based

24  on the number of skills they have as well as their

25  mastery.

1      Q      Is there something that students get to do

2    with the points that they earn?

3      A      Yes.

4      Q      What's that?

5      A      Every Friday they get to utilize their

6    positive points to participate in Fun Friday during

7    fifth and sixth period.

8           And Fun Friday is a -- can be -- it's several

9    different activities that students normally get to

10   decide what they're wanting to do.  It could be

11   participating in a game with the teachers outside on

12   the basketball court.  It could be doing a movie

13   gallery where they're watching a movie with popcorn

14   and things of that nature.  It could also be going

15   and playing a particular sport with the PE teacher.

16   It could be also going to the fitness room, being

17   able to, you know, use the weights and learning

18   different ways of how to utilize the equipment in

19   the -- in the fitness room.  So they get to use them

20   for those things.

21          They also get to use them for at times -- like,

22   the classes have individual classrooms they use; so

23   sometimes they can use their positive points for an

24   opportunity to sit in the teacher's desk.

25          We constantly survey our students to find out



1    what exactly are you wanting to work towards because

2    that makes a difference, and every classroom won't

3    be the same.  Every student is not the same.  So in

4    some classes it's -- they just want to sit in class

5    for a period without their shoes on.  Okay.  You

6    purchase -- you use up -- you use some of your

7    points if you do that.  So we give them the

8    opportunity to tell us what they're wanting to work

9    towards.

10          Also during Fun Friday they get to go use their

11   PRIDE bucks, which are part of our PBIS inventive,

12   to go -- just as a school currency, to go to the

13   school store and purchase things with their PRIDE

14   bucks in the school store.  But they have to have

15   earned those appropriate points to participate in

16   Fun Friday to even be able to go to the school

17   store.  So their points are a big deal around here.

18          Q     And so the points are separate from PRIDE

19   bucks?

20          A     Correct.

21          Q     The point sheets that are kept on

22   students -- is there some method of -- of

23   record-keeping of all of those point sheets?

24          A     Yes.

25          Q     Who maintains those records?



1          A     The -- the caseload manager.

2          Q     And that's someone on the Rutland Academy

3     staff?

4          A     Yes.  Each homeroom teacher.

5          Q     Okay.  You mentioned also that one of the

6     data points that you use are observations of

7     students?

8          A     Yes.

9          Q     Who conducts those observations?

10         A     Myself as well as our -- my -- our

11    coordinator.

12         Q     Do you maintain records of those

13    observations?

14         A     Not always.  Sometimes, yes, but not

15    always.  Sometimes they're informal.

16         Q     When you do maintain records of the

17    observations, kind of how do you do that?

18         A     PBIS walk-through forms.

19         Q     Are those forms specific to students,

20    individual students?

21         A     No.

22         Q     Flipping over to -- it's the third page of

23    this flyer --

24         A     Mm-hmm.

25         Q     -- under the "Frequently Asked Questions,



CELEST NGEVE                                                  July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                      77

 1   continued."
 2        A     Yes.
 3        Q     And do you see the question that says,
 4   "How is GNETS different from a resource or
 5   self-contained setting?"
 6        A     Mm-hmm, yes.
 7        Q     And then it -- it says, "GNETS offers
 8   children the intense therapeutic support and social
 9   skills training to help them be successful in a
10   classroom setting."
11        A     Yes.
12        Q     What classroom setting is this a reference
13   to?
14        A     In each of our classroom settings here.
15        Q     The classroom settings at Rutland?
16        A     Correct.
17        Q     Okay.
18        A     And the preparation for them being
19   successful in their traditional classroom settings
20   when they transition back.
21        Q     Okay.  So in the immediate term, this is a
22   reference to Rutland Academy classroom settings, and
23   then you said that's tied to general education
24   settings as well?
25        A     Correct.



1      Q      This section also has some additional

2    information about the various types of classrooms --

3      A      Yes.

4      Q      -- at Rutland Academy?

5      A      Mm-hmm.

6      Q      So Rutland Academy has elementary

7    classrooms?

8      A      Yes.

9      Q      And is it correct, as it says here, that

10    those are self-contained?

11      A      Yes.

12      Q      What does that mean?

13      A      They stay with that homeroom teacher for

14    all content areas.

15      Q      How many self-contained elementary school

16    classrooms did Rutland have in the 2021-'22 school

17    year?

18      A      Three.

19      Q      How many self-contained elementary school

20    classrooms do you expect to have in the 2002-'23

21    school year?

22      A      Three.

23      Q      Are those numbers of classrooms consistent

24    with the numbers of self-contained elementary school

25    classrooms you have had at Rutland over the last



```
 1    five to seven years?
 2         A     No.
 3         Q     And how are they not consistent?
 4         A     We used to have more.
 5         Q     What was the highest number of
 6    self-contained elementary school classrooms you had?
 7         A     Five.
 8         Q     What year was that?
 9         A     I don't remember exactly.
10         Q     Was it after 2015?
11         A     I don't remember exactly.
12         Q     Okay.  This flyer says Rutland also has
13    middle school classrooms?
14         A     Yes.
15         Q     And it says here "Traditional Rotation."
16    Do you see that?
17         A     Yes.
18         Q     What does "Traditional Rotation" mean?
19         A     They go to different teachers for
20    different contents.
21         Q     Okay.  And which content areas do middle
22    school students go to different teachers for?
23         A     Science.  Science; ELA; math; and,
24    previously, social studies.
25         Q     When you say "previously," they no longer
```



1   rotate for social studies?

2       A    There wasn't a social studies teacher; so

3   in this year we -- we may not have that position.

4       Q    Okay.  So when you say there wasn't a

5   social studies teacher, are you referring to the

6   2021-'22 school year?

7       A    Sorry.  Can you say that again?

8       Q    Sure.  You said previously social studies

9   and -- and you said then there wasn't a social

10  studies teacher; so I'm trying to understand what

11  time frame you're talking about.

12      A    During the '21-'22 school year, we had a

13  social studies teacher, and then that -- that --

14  that teacher was no longer here during the '21-'22

15  school year.

16      Q    Okay.  So started the '21-'22 school year

17  with a social studies teacher?

18      A    Correct.

19      Q    That teacher did not finish out that

20  school year?

21      A    Correct.

22      Q    And then were you saying that you may not

23  have a social studies teacher for the '22-'23 school

24  year?

25      A    This school year, that's correct.  This



1   school year coming up, we will just have a -- we

2   will just have math, ELA, and science.

3        Q     Okay.  So those are the three areas that

4   middle school students rotate?

5        A     Yes.

6        Q     How many middle school classrooms with

7   this traditional rotation did Rutland have in the

8   2021-'22 school year?

9        A     Four.

10       Q     How many middle school classrooms --

11       A     Initially.  Because that number changed.

12       Q     Okay.  How did that number change?

13       A     Because one teacher left.  So it was four

14  teachers.

15       Q     So you started the 2021-'22 school year

16  with four teachers for middle school students?

17       A     Correct.

18       Q     How many teachers did you end the 2021-'22

19  school year with for middle school?

20       A     Three.

21       Q     And how did -- practically, how did you go

22  from those four classrooms to the three classrooms

23  in the middle of the school year?

24       A     It wasn't the middle of the school year.

25       Q     When was it?



1        A       It was earlier in the school year --

2        Q       Okay.

3        A       -- during the first semester.

4        Q       So in first semester when you lost that

5    fourth teacher, how did Rutland account for that?

6        A       We utilized Edgenuity, which is to ensure

7    that students continue to get social studies

8    instruction, which is Edgenuity to provide -- to

9    provide that additional support.

10       Q       Is Edgenuity an online, computer-based

11   program?

12       A       Yes.

13       Q       So after you lost the social studies

14   teacher, then students were receiving social studies

15   content through Edgenuity?

16       A       Correct.

17       Q       For this upcoming school year, do you

18   anticipate that students will continue to receive

19   social studies content through Edgenuity?

20       A       Correct.

21       Q       And so for the 2022-'23 school year, how

22   many middle school classrooms with traditional

23   rotation do you expect Rutland to have?

24       A       Three.

25       Q       Is the number three to four middle school



1  classrooms with traditional rotation consistent with

2  the numbers of middle school classrooms with

3  traditional rotation that you have had at Rutland

4  over the last five to seven years?

5       A    No.

6       Q    And how has -- how is that inconsistent?

7       A    We used to have more.

8       Q    And how many did you have previously?

9       A    Five.

10      Q    Do you recall when that was?

11      A    No, not exactly.

12      Q    Okay.  Rutland also has something called a

13 multi-age classroom?

14      A    Yes.

15      Q    And that is also referred to by the

16 acronym -- acronym "MAC," M-A-C?

17      A    Correct.

18      Q    It says here the multi-age classroom is

19 self-contained; is that correct?

20      A    Yes.

21      Q    How many self-contained multi-age

22 classrooms did Rutland have in the 2021-'22 school

23 year?

24      A    One.

25      Q    How many self-contained multi-age



1  classrooms do you expect Rutland to have in the

2  2022 -- 2022-'23 school year?

3      A    One.

4      Q    Are those numbers consistent with the

5  number of self-contained multi-age classrooms you

6  have had at Rutland in the last five to seven years?

7      A    Yes.

8      Q    And then, finally, here it says Rutland

9  has high school classrooms with traditional

10 rotation?

11     A    Yes.

12     Q    And is the meaning of traditional rotation

13 here the same as the meaning of traditional rotation

14 you gave with respect to the middle school

15 classrooms?

16     A    That's correct.

17     Q    Do high school students rotate for all of

18 the same content areas as middle school?

19     A    Yes.

20     Q    So that would be science, ELA, math, and

21 social studies?

22     A    Yes.  And both -- both middle school and

23 high school also rotate the specials.

24     Q    Okay.  How many high school classrooms

25 with traditional rotation did Rutland have in the



CELEST NGEVE                                              July 15, 2022
UNITED STATES vs STATE OF GEORGIA                              85

1    2021-'22 school year?

2          A      Three.

3          Q      How many high school classrooms with

4    traditional rotation do you expect Rutland to have

5    in the 2022-'23 school year?

6          A      Three.

7          Q      Have these numbers of high school

8    classrooms with traditional rotation changed over

9    the last five to seven years?

10         A      Yes.

11         Q      And how have they changed?

12         A      We used to have more.

13         Q      How many did you have previously?

14         A      Five.

15         Q      Do you recall when that was?

16         A      No, not exactly.

17         Q      You mentioned that middle school and high

18   school students also rotate to specials?

19         A      Yes.

20         Q      Is that correct?  What specials do middle

21   school students rotate to?

22         A      Elementary does as well.  Music -- well,

23   which ones did they rotate to during the 2021-'22

24   school year, or what are you asking specifically?  I

25   want to make sure I understand the question.

CELEST NGEVE                                                July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                      86

1        Q      Sure.   Let's start with the 2021-'22

2    school year, and let's start at the bottom.   What

3    specials did elementary school students rotate to?

4        A      PE.

5        Q      Anything else?

6        A      No.

7        Q      For middle school in the 2021-'22 school

8    year, what specials did middle school students

9    rotate to?

10       A      PE.

11       Q      Anything else?

12       A      No.

13       Q      And for high school for the 2021-'22

14   school year, what specials did students rotate to?

15       A      They rotated to PE.   But high school also

16   had the option of -- there are some students that

17   have had specials that had, like, art -- had art.

18   They were able to do that virtually, do it via

19   Edgenuity.

20       Q      Okay.   So high school students rotated to

21   PE, and that PE class is an in-person class?

22       A      Correct.

23       Q      And then you said they also had the

24   opportunity to rotate to art?

25       A      Yes.



1        Q      And the art was through Edgenuity?

2        A      That is correct.

3        Q      And Edgenuity was the online,

4   computer-based program we talked about before?

5        A      Correct.

6        Q      For high school students who rotated to

7   art, was there any sort of physical component to

8   that class despite it being on Edgenuity?

9        A      No.

10       Q      Did they produce any sort of physical art?

11       A      Yes.  Yes, they would produce -- produce

12   art.

13       Q      And did they use art supplies --

14       A      Yes.

15       Q      -- to do that?  Were there any other

16   specials that high school students rotated out to in

17   the 2021-'22 school year besides PE and art through

18   Edgenuity?

19       A      No.

20       Q      Do you expect any changes for the 2022-'23

21   school year in terms of what specials students at

22   Rutland will be able to rotate -- rotate out to?

23       A      Yes.

24       Q      What are those changes?

25       A      We will now have a music therapist.  And



1  students will be able to transition to the art

2  classroom.  They -- they rotated to the art

3  classroom last year, but there wasn't an art

4  teacher; so they did art still with art supplies in

5  the art classroom, but there won't be an art --

6  there wasn't an art therapist last year.  There

7  won't be one this coming school year.

8       Q     Okay.  So you said this coming school year

9  there's a music therapist?

10      A     Correct.

11      Q     Which students will rotate to the music

12 therapist?

13      A     All students.

14      Q     You said there is not an art therapist

15 this coming school year; correct?

16      A     Correct.

17      Q     But that students will be able to rotate

18 to the art room?

19      A     Correct.

20      Q     Who delivers instruction when the students

21 are in the art room?

22      A     The teachers and paraprofessionals.

23      Q     And does Rutland Academy offer any

24 category of classrooms other than those that we have

25 just reviewed?



1          A       No.

2          Q       Going back to the -- the flyer where it

3     says, "GNETS offers children the intense therapeutic

4     support and social skills training --"

5          A       Yes.

6          Q       "-- to help them be successful in the

7     classroom setting" --

8          A       Yes.

9          Q       -- what is the intense therapeutic support

10    that's referenced here?  And I know we have talked

11    some about some of the services; so you should feel

12    free to -- if we have talked about anything, let me

13    know that; but I just want to make sure I understand

14    all of the things that go into this intense

15    therapeutic support.

16         A       Yes, no problem.  So one of the things

17    that we do is we have a social skills and carriage

18    education calendar; so there's a -- there's a social

19    skill that's being focused on or carriage education

20    work being focused on on a weekly basis for all

21    students, where we talk about it through assemblies.

22    We do role-plays, and we do different activities as

23    relates to that particular social skill.

24         In addition to that, in each -- at each of

25    their six academic periods, they are getting



1  feedback on those social skills.  We're talking
2  about the steps to the social -- to the desired
3  social skill; we're modeling the desired social
4  skill; and we're giving them feedback on if they're
5  mastering it or if they're not.
6      If they're not mastering it, then they're
7  earning learning points, which means they're non --
8  not mastering those social skills, and then we're
9  going through those steps.  We're doing the
10 role-play, and then we're talking about what they
11 are going to do differently going forward.  Then
12 they have an opportunity to earn some of those --
13 half of those -- some of those points back because
14 they participated in the role-play.
15     So each time they're not mastering those
16 skills, they're -- we're pausing; we're stopping;
17 we're talking about those skills.  We're going
18 through the steps, and we're talking to them about
19 what they could do differently going forward.
20     And when they're mastering them, we praise them
21 for being able to master those social, emotional,
22 and behavioral goals and objectives and talking
23 about those skills consistently.
24     Also, as a whole -- or as a school-wide
25 initiative, what -- some of the things that we do is



1   we also talk to them about -- we do, like, random

2   quizzes.  We might do, like a -- when we're doing an

3   assembly, we will do a random quiz where students --

4   where we will ask them who can tell me the steps of

5   maintaining physical boundaries, and what does that

6   look like?

7        Really doing real -- really clear modeling and

8   making sure that they understand what they're

9   expected to do but also talking about when is that

10  an issue for you?  And so they will give us those

11  examples, such as in Walmart, and we talk about,

12  well, what kind of things could you do during that

13  time.

14       Also our students have group therapy every

15  single week with our social worker.

16       And I apologize.  If I can add this to the last

17  question that you asked about some of the -- where

18  they -- our kids transition to.

19       That is also one of the specials they have

20  every week.  Each class has group therapy once a

21  week, and that's from our social worker.  So she

22  provides group therapy to the students, and she also

23  provides individual therapy to students that are

24  having some additional challenges where they may

25  need some additional support.



1        When she's meeting with them as group therapy,

2   she's focusing on those social, emotional, and

3   behavioral -- those -- the social skills curriculum

4   calendar as far as what -- what focus we're doing

5   that week.  So if it's on accepting feedback, all of

6   her games and activities will be related to

7   accepting feedback, okay; how do you do that?

8        And sometimes it's through social stories;

9   sometimes it's through role-play; sometimes it's

10  through games and real-life experience, and so they

11  can kind of talk about what that looks like.

12       So it's just a heavy focus on, not only what

13  you're expected to do, but when are those things

14  difficult, who was it difficult to receive -- to

15  accept feedback from and things of that nature.

16       Q    Okay.

17       A    I apologize.  I missed that initially.

18       Q    Okay.  So just recapping what you said,

19  you said, with respect to social skills, that there

20  is the social skills calendar that you use?

21       A    Yes.

22       Q    And then you said there's also sort of

23  in-classroom and real-time feedback for students on

24  how they're practicing and implementing those social

25  skills?



```
 1          A     Yes.
 2          Q     And then you said that your social worker
 3    provides group therapy to each classroom one time
 4    per week?
 5          A     Yes.
 6          Q     And in those group therapy sessions, the
 7    social worker is using your social skills calendar
 8    to deliver lessons that align with that calendar?
 9          A     Correct.
10          Q     And what the calendar says the social
11    skill at that time that students are supposed to be
12    mastering is?
13          A     Yes.
14          Q     You mentioned that the social worker also
15    provides individual therapy to students?
16          A     Yes.
17          Q     Is there a particular frequency of any
18    individual therapy that she would provide in terms
19    of the number of times per week?
20          A     It fluctuates.
21          Q     In the 2021-'22 school year, approximately
22    how many students were receiving individual therapy
23    from your social worker?
24          A     That number fluctuated.
25          Q     What was the range?
```



1        A     Ten to fifteen.

2        Q     On average, how -- how many times per week

3   would you say that those students were receiving

4   individual sessions with the social worker?

5        A     One to two.

6        Q     Is there a standard length of time that

7   the social worker meets with individual students for

8   an individual session?

9        A     The max is 30 minutes.

10       Q     Okay.  So, on average, those students

11   would have been getting one to two times per week

12   with a social worker, and the maximum amount of each

13   of those sessions is 30 minutes?

14       A     Correct.

15       Q     Just turning back briefly to the first

16   page -- and you read earlier the Rutland Academy

17   vision statement.  Do you see where that is?

18       A     Yes.

19       Q     And the vision statement mentions -- it

20   says, "Rutland Academy is an exemplary

21   student-centered therapeutic environment that

22   provides a unique blend of psychological,

23   behavioral, academic, and social services that

24   empower students to make a successful transition to

25   the least restrictive environment."



1       A     Yes.

2       Q     Where it references psychological services

3   here, do you see that?

4       A     Yes.

5       Q     Are there any psychological services that

6   are provided to Rutland Academy students that we

7   have not already discussed?

8       A     Yes.

9       Q     What are those?

10      A     Psychological evaluations that the

11  districts provide for students as -- as needed when

12  it's time for a redetermination or a reevaluation

13  and a new psychological evaluation needs to be

14  completed.  The school systems make sure that their

15  school psychologists come over and provide those

16  psychological evaluations for the students.

17      Q     Okay.  So the -- so school psychologists

18  from local school districts perform psychological

19  evaluations for Rutland Academy students?

20      A     That is correct.

21      Q     Rutland doesn't have a psychologist on

22  staff?

23      A     That is correct.

24      Q     And those school psychologists also

25  provide services to students back in -- in their



 1  local school districts?

 2      A    Yes, that's correct.

 3      Q    Anything else included in this reference

 4  to psychological services apart from that?

 5      A    Not other than that and the group therapy

 6  and individual therapy --

 7      Q    Okay.

 8      A    -- that we provide as well as partnering

 9  with the agencies that come in and provide the

10  counseling as well.

11      Q    And the agencies you're referencing are

12  the ones that we discussed earlier that Rutland

13  collaborates with?

14      A    That is correct.

15      Q    Okay.  Moving back to the third page where

16  we were on the "Frequently Asked Questions,

17  continued" --

18      A    Mm-hmm.

19      Q    -- there's a question that reads -- and do

20  you see it's -- it's in a yellow box -- it says,

21  "What is the average length of stay for GNETS

22  students?"

23      A    Yes.

24      Q    How does this flyer answer that question?

25      A    It indicates that our students have



1   varying lengths of stay based on their academic --
2   behavioral, academic, and emotional needs.  Our goal
3   always begins with returning students to the regular
4   education setting.  And that we work with -- we work
5   closely with our school systems in transitioning
6   students back to their home schools when their home
7   school -- when students are ready -- sorry.  That's
8   a typo -- when students are ready.
9        Q    Do you agree that Rutland's goal always
10  begins with returning students to the regular
11  education setting?
12       A    Yes.
13       Q    So is it fair to say that the therapeutic
14  support and the social skills training that this
15  document states Rutland offers are provided with a
16  goal of returning students to their regular
17  education setting?
18       A    Yes.
19       Q    And does "regular education setting" mean
20  the general education school for which students are
21  zoned by their home school system?
22       A    That is correct.
23       Q    This goes on to say, as you read at the
24  end, that Rutland works closely with our school
25  systems in transitioning students back to their home



 1   schools?

 2        A     Yes.

 3        Q     How does Rutland work closely with school

 4   systems in transitioning students back?

 5        A     Through -- through the IEP process,

 6   through the IEP team meetings.  We meet with those

 7   special education districts as well as the parents

 8   to find out do we feel like, you know, has enough

 9   progress been made, you know, for students to

10   transition, what would that -- what would those

11   services look like when they transition back to

12   their traditional school setting.

13        We -- also school -- the LEAs -- they come

14   over, and they observe the students.  They talk to

15   the students on a regular basis, just kind of see

16   how things are going, how things are going for them

17   here, what kind of things are they -- are they

18   feeling like they're ready to transition back to

19   traditional school setting and things of that

20   nature.

21        So we progress-monitor as well, but we also

22   meet with the LEAs through the IEP process.

23   Everything is met -- all the changes as far as when

24   students are ready is done through the IEP process.

25        Q     When students transition back to their



1   home school systems from Rutland Academy, do those

2   students receive any ongoing support from the

3   Rutland Academy GNETS program --

4         A      Yes.

5         Q      -- while in their local schools?

6         A      Yes.

7         Q      What kind of support is that?

8         A      Well, it varies because some students

9   transition back partially or for part time, where

10  they're going back a couple days a week, and then

11  they eventually get up to three days, to where they

12  get up to eventually five days.

13        During that transition process, we are -- the

14  caseload manager here is in communication with the

15  caseload manager at their traditional school setting

16  to find out how are things going, to kind of -- to

17  check in as far as the data and progress monitoring

18  so that we can meet with the students when they come

19  back here, on the days that they're here, to talk

20  about what is -- you know, what kind of things went

21  well, what kind of things are you needing more

22  support with, to really gauge if they feel like

23  there's adequate support provided there.

24        And if it's not, we say, you know, the student

25  indicated that they're needing to -- to see their



1  check-in/check-out person more frequently, for

2  example.  And so then those schools -- you know,

3  those -- those teachers are making sure that those

4  check-in and check-out people are meeting with those

5  students more frequently because the students have

6  indicated that, hey, I'm having issues around third

7  period.

8      And so we really communicate a lot with the --

9  with the caseload managers at those school settings

10 to find out what -- what is working, how are things

11 going there.

12     And we also like to incentivize students, if

13 something went really awesome or they -- or that

14 caseload manager recognizes that a student went over

15 and beyond to do something great, we're, like, we

16 want to praise that as soon as they get back here.

17     And then also when they go back and they're --

18 they're back there for a full transition, we track

19 the student progress for a whole year afterwards by

20 communicating -- the caseload manager stays in

21 communication with the caseload manager at that

22 traditional school, even when they have made a full,

23 successful transition back.

24     And there have been times where, if the student

25 is doing really well or if the student would like us



1  to participate in a big event, they have a

2  teacher -- a teacher from here may go or myself or a

3  coordinator will go to that event so the students

4  can see that we're still rooting for you once you go

5  back and you're there full time.

6       Q    So you mentioned two kinds of transition.

7  One was a partial transition?

8       A    Correct.

9       Q    And so for a partial transition, a student

10 might go back to their home system for a certain

11 number of days per week?

12      A    Correct.

13      Q    And then for the remainder of the time,

14 they would come here to Rutland Academy?

15      A    Correct.

16      Q    And then you noted that there are also

17 full transitions, where a student spends a hundred

18 percent of their time at their local school system?

19      A    Yes.

20      Q    How many students transitioned back to

21 their home schools from Rutland Academy in the

22 2021-'22 school year?

23      A    Three.

24      Q    What was the breakdown of those

25 transitions in terms of whether they were full or



1  partial?

2      A    They all started on a partial because, you

3  know, based on the IEP team meeting and, you know,

4  what the parents felt might be the best fit for the

5  student, as well as what the student thought they

6  could handle.  So they all start on the -- on the

7  partial, and they -- they gradually got to a full

8  transition.  And the parents have a lot of input on

9  how many days they thought the student can really

10  handle, but also the student has input on that as

11  well.

12      But we work with those administrators from that

13  school to determine with -- along with the LEA, with

14  the special ed director or coordinator, to figure

15  out a plan for how that looks for that particular

16  student.

17      Q    Did all three students move to a full

18  transition during the 2021-'22 school year?

19      A    Yes.

20      Q    Are all three of those students going to

21  continue to be fully transitioned to their home

22  schools in the coming 2022-'23 school year?

23      A    Yes.

24      Q    Are there any students that you anticipate

25  will transition back to their home school during the



1    coming 2022-'23 school year?

2         A     Yes.

3         Q     How many?

4         A     Two, for certain, if data remains the

5    same.

6         Q     And at what point in the school year do

7    you expect them to transition?

8         A     We will be meeting in August, so for them

9    to start the transition by the end of August.

10        Q     And will that be a partial transition or a

11   full transition?

12        A     Partial to begin with.  We're hoping for

13   more students to transition, but it just kind of

14   depends on the data.

15        Q     When you say it depends on the data, what

16   data are you referring to?

17        A     The social, emotional, and behavioral data

18   as well as, you know, what the parents have shared

19   with us as far as how they feel like -- how ready

20   they feel the student is, as well as how the student

21   feels they're doing.  So we're looking at the data

22   from, really, how they're doing with coping with

23   those social, emotional, and behavioral challenges

24   that made it so difficult for them to be successful

25   in those school settings prior to coming to us.



1       Q       And then -- almost finished with this

2  document, and we will take a break after that.

3       But there's a section here on this same page of

4  the flyer that talks -- that -- that asks the

5  question, "What kind of training do GNETS staff

6  have?"  Do you see that?

7       A       Yeah, I do.

8       Q       And what -- what is the response to that

9  question?

10      A       "GNETS programs are committed to

11 continuous professional learning.  Our State

12 Professional Learning Academy has prioritized the

13 following training areas," which is, "Student

14 Achievement Model, Life Space Crisis Intervention,

15 Mindset, Developmental Therapy, Trauma Informed

16 Care."

17      Those are just a few, though.  You can't put

18 all of them on that flyer.

19      Q       What is the State Professional Learning

20 Academy?

21      A       That was what we previously -- this is

22 what we call that this coming year.  But it's kind

23 of what we call our professional learning calendar,

24 basically.  Some of the things that we're doing for

25 our professional learning.  It wasn't something that



1  was from the State.  We just kind of -- that used to

2  be the name of our trainings, our -- just our plan.

3        Q      That's a Rutland Academy calendar?

4        A      Correct, correct.

5        Q      Okay.  So for the Student Achievement

6  Model, what is the Student Achievement Model?

7        A      It is a behavior management system that

8  identifies those particular social skills.  It has

9  the steps to those social skills, and it also is in

10 alignment with those point sheets.

11       So it tells -- it's exactly what -- what are

12 the students expected to do, how are we going to --

13 how are we going to make sure that we're teaching

14 them to do it?  What are we saying?  How are we

15 providing proximity control?  I -- you know, making

16 sure that you're -- you're -- what you're saying is

17 accurate so the students understand what you're

18 expecting from them.

19       Q      Okay.  Have all Rutland Academy staff

20 received training on the Student Achievement Model?

21       A      Yes.

22       Q      Is it -- is that training mandatory?

23       A      Yes.

24       Q      Is the training redelivered at any sort of

25 regular frequency?



1      A      Yes.   Every year it's delivered during

2   preplanning, and then it's delivered bimonthly

3   throughout the school year as well.

4      Q      Who delivers that training?

5      A      I do and my -- as well as my coordinator.

6      Q      Okay.  Did you receive training on that

7   model someplace else?

8      A      Yes.

9      Q      Where did you receive training on that?

10     A      It was at another GNETS when I first --

11  earlier -- at -- at a different -- at another GNETS.

12  They had a trainer that trained us.

13     Q      Okay.  And how did you learn about that

14  training and come to take that training at another

15  GNETS program?

16     A      Our -- our then director asked who was

17  interested in being trainers at the time for the

18  model that we were implementing.

19     Q      Okay.  This mentions Life Space Crisis

20  Intervention?

21     A      Yes.

22     Q      What is that?

23     A      That is the behavior -- the problem -- the

24  problem-solving model that our intensive

25  interventionist utilizes to help students understand



1  exactly what's going on with their behavior, what

2  causes them to make certain decisions, and what kind

3  of specific things would they feel like they need to

4  put in place so they can be successful in -- in

5  different settings when those problems arise again.

6       For example, if they did something on the bus,

7  you know, well, you're going to be on the bus again.

8  How are you going -- what are you going to do

9  different?  What was the real problem leading into

10 you getting there?

11      So really it's a problem-solving model to help

12 them understand their behaviors and the decisions

13 that go into, like, their behaviors.

14      Q    Have all Rutland Academy staff received

15 training on Life Space Crisis Intervention?

16      A    No.

17      Q    Which staff have received that training?

18      A    Our intensive interventionist that

19 implements it.

20      Q    Anyone else?

21      A    No.

22      Q    Have you received that training?

23      A    I have participated in parts of the

24 training but not the full training.

25      Q    Okay.  Has your coordinator received that



1   training?

2        A      No, not full.  Not the full training.

3        Q      Where did your intensive interventionist

4   receive that training?

5        A      It was with one of our GNETS, another one

6   of our GNETS that -- well, they had a trainer that

7   was -- they came in and provided that training.

8        Q      And how did you learn that that GNETS

9   program was having a trainer to come in and provide

10  the training?

11       A      A different -- one of our former directors

12  knew of it and had that person trained.

13       Q      All right.  And that -- the former

14  director had the intensive interventionist trained

15  at that time?

16       A      Correct.

17       Q      That was before you were the director?

18       A      Correct.

19       Q      Is that training redelivered to your

20  intensive interventionist on any schedule?

21       A      Yes.  Every three years, I believe.

22       Q      Okay.  The next training area is Mindset?

23       A      Yes.

24       Q      What is that?

25       A      That's a verbal and physical de-escalation



1  of crisis management of crisis.  It's a curriculum.

2        Q     Does that relate to restraints in any way?

3        A     It does.

4        Q     And how so?

5        A     It teaches you the effective ways to

6  implement a physical restraint but also the

7  proactive strategies to do prior to getting there,

8  which is the four-step counseling model, which is

9  what do you say, what kind of things can you do to

10 help them not even get to the point where physical

11 restraint has to be the intervention that you have

12 to utilize, because that's the intervention of last

13 resort.

14       So it really teaches you about the proactive

15 strategies prior to restraint because that's the

16 last intervention, so -- that's the intervention of

17 last resort.

18       So, yes, it teaches you about how to

19 effectively do a restraint, how to safely do a

20 restraint, where not and where to do restraints, how

21 to be just mindful of the fact of, you know, all the

22 things that come along with what's going on with the

23 student during that time as well -- as well as

24 yourself.

25       Q     Have all Rutland Academy staff received



CELEST NGEVE                                        July 15, 2022
UNITED STATES vs STATE OF GEORGIA                        110

1    training on Mindset?

2         A     Yes.

3         Q     Is that training mandatory?

4         A     Yes.

5         Q     Who does your staff receive that training

6    from?

7         A     Me.

8         Q     How frequently do you deliver that

9    training to the staff?

10        A     Every year during preplanning and then

11   every -- and bimonthly as well.

12        Q     And I assume you were -- are also trained

13   on Mindset?

14        A     Correct.

15        Q     Where did you receive that training?

16        A     From the Mindset trainers.  Marshall Silas

17   with the -- sorry -- the name -- but from the

18   original trainer of the Mindset curriculum.  And I

19   have to go back for that recertification each --

20   each three years.

21        Q     Okay.  And how did you come to, sort of,

22   receive that initial training?

23        A     A previous director mentioned -- asked who

24   was interested in becoming a Mindset trainer for our

25   school, for our program, should I say.



1      Q      Do you know how that previous director
2   learned about that training?
3      A      Other GNETS as well as other school
4   systems.  A lot of our -- our school systems were
5   beginning to utilize Mindset.
6      Q      This next training area is Developmental
7   Therapy.  What is that?
8      A      So the Developmental Therapy training that
9   they receive is -- is via several different modes,
10  from us working on learning more about Youth --
11  Youth Mental Health First Aid as well as
12  understanding -- really looking at the develop --
13  developmental -- developmental cycles of students.
14  We learn about -- you know, we do the BASC -- BASC-3
15  trainings so that staff members know how to
16  administer the BASC-3, which is a behavior
17  assessment for students, as well as just really have
18  to look at the  develop -- different
19  developmental -- the levels of students when they
20  come in to school, period, but also how to recognize
21  the trends across time.
22     Q      Have all Rutland Academy staff received
23  this Developmental Therapy training?
24     A      Yes.
25     Q      You mentioned Youth Mental Health First



1   Aid?

2       A    Yes.

3       Q    Have all of your staff received that

4   training?

5       A    Yes.

6       Q    Who delivers that training to them?

7       A    I do.

8       Q    And are you yourself trained in that?

9       A    Yes.

10      Q    Where did you receive that training?

11      A    I received it -- it -- it was located --

12  the location was at one of our GNETS as well.

13      Q    And how did you learn about that training?

14      A    Through the GNETS directors' meetings.  I

15  would go to some of them, even as a coordinator.

16  And so we -- our previous director knew about it and

17  asked me if I was interested.

18      Q    Okay.  And so a training like the Youth

19  Mental Health First Aid is something that is

20  discussed at the GNETS directors' meetings?

21      A    Yes.

22      Q    And that's -- those are those monthly

23  meetings that we talked about earlier?

24      A    Correct.

25      Q    Is the training on Youth Mental Health



1    First Aid for your staff mandatory?

2         A    Yes.

3         Q    And who decided that that would be

4    mandatory?

5         A    I did.

6         Q    You also mentioned the B-A-S-C?

7         A    Yes, the BASC.

8         Q    The BASC.  Okay.

9         A    Yes, BASC-3.

10        Q    Is that a separate training?

11        A    Yes.

12        Q    Is all of your staff trained on that?

13        A    All the teachers and paraprofessionals are

14   trained on that.

15        Q    Okay.  And who delivers that training?

16        A    I do.

17        Q    And so you yourself are trained in BASC?

18        A    Yes.

19        Q    Where did you receive that training?

20        A    I do not remember.  It was much earlier.

21        Q    Okay.  Is that training mandatory for your

22   staff?

23        A    Yes.

24        Q    And who decided it would be mandatory?

25        A    Our previous director but also myself.



1        Q      You mentioned that BASC is an assessment?

2        A      Yes.

3        Q      Is that an assessment that you give at

4     Rutland Academy?

5        A      Yes.

6        Q      And how frequently?

7        A      Once a year at the minimum.

8        Q      Why once a year at the minimum?

9        A      We like to make sure that we have updated

10    BASC information as we are going in to prepare for

11    an IEP.  So an IEP meeting is -- is held annually;

12    so we want to make sure that there's updated

13    information for the -- for the IEP.

14       Q      And is that BASC training redelivered to

15    your staff members who receive it with any sort of

16    regular frequency?

17       A      Yes.

18       Q      How often?

19       A      During preplanning and then two additional

20    times throughout the school year.

21       Q      Okay.  And then the last training area

22    listed here is Trauma Informed Care.  What is that?

23       A      Trauma Informed Care is a -- it's really

24    learning how to be a trauma-informed school, which

25    is to really understand what trauma is and the



1  multiple ways it affects, not only children, but

2  also their parents, and how that -- what that

3  particular trauma could affect who you see when

4  they come in -- what they -- what they present with

5  when they come into school.

6       And understanding how to respond to the trauma

7  and to recognize your own trauma so that you don't

8  transfer that information and that trauma over to

9  any student or any other person that you're working

10  with.

11       Q     Have all Rutland Academy staff received

12  training on Trauma Informed Care?

13       A     Yes.

14       Q     Who provides that training to them?

15       A     I do.

16       Q     And so you're also trained in Trauma

17  Informed Care?

18       A     Yes.

19       Q     Where did you receive that training?

20       A     I received it at one of the GNETS

21  directors' meetings.  We had a trainer that came in

22  and trained us.

23       Q     And the GNETS directors' meetings --

24  that's one of those monthly meetings?

25       A     Correct.



1        Q     Do you know who the trainer was that came

2     in to train you?

3        A     I don't remember her name exactly.

4        Q     Okay.  Is the Trauma Informed Care

5     training redelivered to your staff with some regular

6     frequency?

7        A     Yes.

8        Q     And how often?

9        A     Three times a year, beginning in

10    preplanning.

11            MS. WOMACK:  Okay.  I think we can take a

12        break.

13            THE WITNESS:  Okay.

14            THE VIDEOGRAPHER:  And we are off the

15        record at 11:40.

16            (Recess taken.)

17            THE VIDEOGRAPHER:  And we are back on the

18        record at 11:53.

19        Q     (By Ms. Womack)  Ms. Ngeve, we have talked

20    a bit about Rutland's vision of providing a

21    therapeutic environment for students, and I want to

22    dig a little deeper into the staff that are charged

23    with doing that.

24        A     Okay.

25        Q     You said earlier that Rutland had a



1  maximum of 27 staff during the 2021-'22 school year.

2  Am I remembering that correctly?

3          A      Yes.

4          Q      How does that staff break down in terms of

5  the categories of positions that are covered by

6  those 27?

7          A      Elementary -- are you wanting to just know

8  about -- there's paraprofessionals; there's special

9  ed teachers; and there's nurse, social worker.  Also

10  intensive interventionists, coordinator, information

11  specialists, receptionist, myself.  And that's --

12  that's it.

13         Q      Okay.  You mentioned paraprofessionals?

14         A      Yes.

15         Q      How many paraprofessionals did you have in

16  the 2021-'22 school year?

17         A      Ten.

18         Q      You also mentioned special education

19  teachers?

20         A      Yes.

21         Q      How many special education teachers did

22  you have in the 2021-'22 school year?

23         A      Ten.

24         Q      And I note earlier you mentioned that

25  there was a change during the course of the year in



1    the number of teachers?

2         A    Correct.

3         Q    Did this number change during the 2021-'22

4    school year?

5         A    Yes.

6         Q    And what -- is ten the number that you

7    started with?

8         A    Correct.

9         Q    And what did you end the 2021-'22 school

10   year with in terms of special education teachers?

11        A    Nine.

12        Q    You also mentioned a nurse?

13        A    Yes.

14        Q    There is a nurse at Rutland Academy?

15        A    Yes.

16        Q    Just one?

17        A    Yes.

18        Q    And that nurse was present for the

19   2021-'22 school year?

20        A    Yes.

21        Q    You also mentioned a social worker?

22        A    Yes.

23        Q    How many social workers does Rutland

24   Academy have?

25        A    One.



1          Q      And that social worker was present for the

2     2021-'22 school year?

3          A      Yes.  However, that -- that position -- it

4     wasn't the same person; but, yes, we had a social

5     worker the whole school year.

6          Q      Okay.  So you had one social worker

7     position for the 2021-'22 school year?

8          A      Correct.

9          Q      That position was filled by more than one

10    person over the course of the year?

11         A      Correct.

12         Q      You said there was also an intensive

13    interventionist?

14         A      Yes.

15         Q      Just one?

16         A      Correct.

17         Q      And that person was on staff for the

18    2021-'22 school year?

19         A      Yes.

20         Q      You also mentioned a coordinator?

21         A      Yes.

22         Q      Is there a longer -- a longer official

23    title for that coordinator?

24         A      Yes.

25         Q      What is the coordinator's actual official



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                          120

```
 1   title?
 2        A     Coordinator of -- of instructional and
 3   therapeutic support.
 4        Q     Okay.  And is there just one coordinator
 5   of instructional therapeutic support at Rutland?
 6        A     Yes.
 7        Q     That person was on staff for the 2021-'22
 8   school year?
 9        A     Yes.
10        Q     You said Rutland has a receptionist?
11        A     Yes.
12        Q     Just one?
13        A     Yes.
14        Q     And that receptionist was on staff for the
15   '21-'22 school year?
16        A     Yes.
17        Q     And then you are the director?
18        A     Yes.
19        Q     And there's only one of you?
20        A     Yes.
21             MR. MURPHY:  Unfortunately.
22             THE WITNESS:  I know; right?
23        Information specialist as well.
24        Q     (By Ms. Womack)  Thank you.
25        A     Mm-hmm.
```



1      Q      Just one information specialist?

2      A      That's correct.

3      Q      And that person was on staff for the

4   2021-'22 school year?

5      A      Yes.

6      Q      Are there special credentials required for

7   the paraprofessionals that you hire?

8      A      Yes.

9      Q      Is there, like, an actual certification?

10     A      They have to be -- have to have a

11  paraprofessional certificate, but there's not

12  something separate.

13     Q      Okay.  So paraprofessionals just have to

14  have a paraprofessional certificate?

15     A      Correct.

16     Q      And did all of your paraprofessionals in

17  2021-'22 have that certificate?

18     A      Yes.

19     Q      What about the special education teachers?

20  Are there specific credentials or certifications

21  required for them?

22     A      Yes.

23     Q      What are those credentials or

24  certifications?

25     A      It varies by their position and the grade



1  levels in which they teach.  They have to have

2  definitely a teaching certificate, but their

3  teaching certificate -- the areas of specialty have

4  to be in alignment with what the area is which they

5  teach.

6        Q    Okay.  Did all of your teachers on staff

7  in the 2021-'22 school year have teaching

8  certificates?

9        A    Yes.

10       Q    Did any of your teachers have any sort of

11  alternative certification?

12       A    No.

13       Q    Are all ten of the teachers that you

14  started the 2021-'22 school year with certified in

15  special education?

16       A    Yes.

17       Q    What about for the social worker?  Are

18  there specific credentials or certifications

19  required for that position?

20       A    Yes.

21       Q    And what are those?

22       A    That they have a master's degree in social

23  work.

24       Q    What about the intensive interventionist?

25  Are there required credentials or certifications for



1    that position?

2         A    Not additional certifications, but they

3    definitely have to be L -- Life Space Crisis

4    Intervention-trained.

5         Q    Okay.  So they have to have Life Space

6    Crisis Intervention training.  No other specific

7    certifications or credentials required beyond that?

8         A    Also a paraprofessional certificate as

9    well.

10        Q    They have to have a paraprofessional

11   certificate?

12        A    Yes.

13        Q    For the coordinator of instructional and

14   therapeutic support, are there any required

15   credentials or certifications for that position?

16        A    They have to have a teaching certificate.

17        Q    Anything else?

18        A    Not a particular certification, additional

19   certification; but they have to be able -- be able

20   to, you know, provide professional and learning

21   based on what they're trained on here.  But no -- no

22   additional certifications.

23        Q    So they have to have a teaching

24   certificate?

25        A    Correct.



1      Q      Do they have to be certified in special

2    education?

3      A      Yes.

4      Q      And is your coordinator of instructional

5    and therapeutic support who was on staff for the

6    2021-'22 school year certified in special education?

7      A      Yes.

8      I would like to add something to one of the

9    questions regarding staffing.

10      Q      Mm-hmm.

11      A      I don't think the PE teacher was included,

12    and that would make one additional staff member that

13    I don't think was included in that number.

14      Q      Okay.  The information specialist that you

15    mentioned --

16      A      Yes.

17      Q      -- what are the responsibilities of

18    information specialist?

19      A      They fulfill -- they -- they provide

20    schedules.  They develop the schedules, make sure

21    the student information is accurate that is in

22    the -- in -- Infinite Campus, they make sure that

23    the grade reports are done, and they make sure that

24    they communicate with the LEAs from the different

25    districts regarding the grading process as well as



1   making sure that the grades have been submitted to

2   them.

3        That person also is responsible for making

4   sure, when a new student or when new staff is

5   enrolled, that they are entered into Infinite Campus

6   with a profile, and they also provide any additional

7   needed items for Social Security Administration,

8   any -- you know, when they request information

9   that's in relation to, like, student records as

10  well.

11       Q     What is Infinite Campus?

12       A     Infinite Campus is a management system

13  that holds the student information as well as -- as

14  far as their grades, schedules, their -- any

15  information about them: allergies, behavior reports,

16  discipline reports, progress reports, grades, things

17  of that nature.

18       Q     Okay.  The required credentials and

19  certifications that you just went over for the

20  various staff positions at Rutland Academy -- are

21  those documented somewhere in some way?

22       A     Yes.

23       Q     Where would they be documented?

24       A     In their -- in their personnel files as

25  well as in the human -- with the human resources



CELEST NGEVE                                               July 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    126

1    records.

2         Q    Okay.  And when I say the requirements, as

3    in the job requirements, are the generic job

4    requirements documented somewhere?

5         A    Yes.

6         Q    And where is that?

7         A    In the staff handbook.

8         Q    Okay.  Do any of the positions -- do any

9    of the staff positions for Rutland Academy require

10   experience in inclusive education settings?

11        A    It doesn't -- no, it doesn't require it.

12        Q    Do any of the staff positions at Rutland

13   Academy require experience helping students move

14   from segregated or self-contained settings to

15   general education settings?

16        A    It's not a requirement that they have

17   that.

18        Q    Do any of the staff positions at Rutland

19   Academy require prior experience with grade-level

20   content and standards for learning?

21        A    It doesn't require that it is prior,

22   because some teachers are first-year teachers.

23        Q    Okay.  In terms of the staff for Rutland

24   for the upcoming '22-'23 school year --

25        A    Yes.



1       Q       -- what changes from the numbers that we
2    just discussed from last year do you anticipate?
3       A       The numbers should be the same.  It's just
4    that we will have it hopefully consistently
5    throughout the school year.
6       Q       Okay.  And you did mention earlier that
7    you're going to have a music therapist this coming
8    school year?
9       A       That is correct.
10       Q       And that's a change from last year?
11       A       That is correct.  That -- the position was
12    a position last year.  It just wasn't filled.  It
13    was never filled last year.
14       Q       Okay.  And you mentioned earlier that you
15    do currently have some vacancies for -- for staff
16    positions; correct?
17       A       Correct.
18       Q       And am I recalling correctly that there
19    were two teacher vacancies and two paraprofessional
20    vacancies?
21       A       That is correct.
22       Q       What grade levels are the teacher
23    vacancies at?
24       A       One at elementary and one at middle.
25       Q       Is it common for you to have vacancies at



1    Rutland?

2         A      No.

3         Q      What is the process for hiring new staff

4    when an opening is created at Rutland?

5         A      They're -- they submit a application, or

6    they submit their resume.  Sometimes they don't

7    submit their application.  Depends on where they

8    found out about the job.  If they found out about it

9    through Teach Georgia, then they may send the resume

10   directly to me.  Sometimes if they find out it

11   through the RESA website, it directs them to send it

12   to me, but it also has the application on the RESA

13   website.  So they can actually go ahead and send

14   out -- do their application as well as a resume, and

15   they will send those to me.

16         Once I receive those, I go ahead and schedule

17   the interview.  Once we conduct the interview,

18   follow up with the references.  They also submit

19   written references, but I also follow up with them

20   by phone to make sure that I speak with them in

21   addition to receiving their written references.

22         Once we feel like that might be a -- a

23   candidate we're interested in going with, we submit

24   the -- the packet of information to our human

25   resources to make sure that there's nothing that we



1   haven't -- just make sure that that candidate would

2   be appropriate going forward to even extend

3   potential employment to.

4        Once HR reviews everything and they feel, you

5   know, confident with everything, then we go forward

6   with the steps of looking -- going to -- you know,

7   contacting that individual and letting them know

8   that they're tentatively being offered the position.

9   We always say tentative because we -- that's pending

10  background checks and fingerprinting.  Then that --

11  that process happens where we schedule

12  fingerprinting and background checks.

13       Once those come back appropriate, they go

14  straight to RESA.  They let me know that we have

15  gotten those back.  And then I contact the candidate

16  to let them know to they're officially, you know,

17  employed, that we're -- that we're moving forward

18  with employment.

19       Of course, all that is still pending board

20  approval because it still has to go through our 13

21  superintendents of the 13 districts that we serve

22  because they still have to approve it.  It's board

23  approval pending.

24       And so once we get full board -- board

25  approval, then we move forward with scheduling



1  new-hire orientation and getting started with

2  those -- with everything that comes next with that.

3       Q     Okay.  So just going back to the beginning

4  of the process, you mentioned that you personally

5  review the applications that come in for staff

6  vacancies?

7       A     Yes.

8       Q     Does anyone else review those

9  applications?

10      A     Yes.

11      Q     Who else reviews applications?

12      A     My coordinator as well.

13      Q     And then once you and the coordinator have

14  reviewed the applications, you schedule interviews?

15      A     Correct.

16      Q     Do you schedule interviews with everyone

17  who applies for a staff vacancy?

18      A     We do.

19      Q     Who participates in those interviews?

20      A     Myself, our coordinator, and sometimes the

21  grade-level chair from the grade level in which that

22  particular individual is applying for.

23      Q     Okay.  Anyone else?

24      A     No.

25      Q     And then who makes the decision after an



1  interview about whether you want to move forward

2  with submitting a hiring packet to -- to HR?

3       A     Ultimately, I do.

4       Q     When you said earlier that you submit the

5  packet to HR, that's HR for the RESA?

6       A     Correct.

7       Q     And you said that there is sort of a

8  formal process for what you called board approval?

9       A     Mm-hmm.  Yes.

10      Q     Is that approval by the RESA's board of

11 control?

12      A     Correct.

13      Q     And that's a governing body for the RESA?

14      A     Correct.

15      Q     Are there any positions on your staff for

16 which you require approval from anyone other than

17 the RESA board?

18      A     No.

19            MS. WOMACK:  Ask the court reporter to

20       mark this document as Plaintiff's Exhibit 212.

21            (Plaintiff's Exhibit 212 was marked for

22       identification purposes.)

23      Q     (By Ms. Womack)  Ms. Ngeve, I am handing

24 you a document that the court reporter has marked as

25 Plaintiff's Exhibit 212.  This is a document that



1  bears the Bates stamp Rutland 000281.  Do you

2  recognize this document?

3        A    Yes.

4        Q    Was this document produced by Rutland in

5  response to the United States document subpoena?

6        A    Yes.

7        Q    Were you involved in developing this

8  document?

9        A    I was involved, yes.

10        Q    What does this document show?

11        A    It shows the name of teachers as well as a

12  coordinator, their term, that term that they were --

13  the '21-'22 school year term, the offer date, the

14  certification type, years of experience, and salary

15  steps.

16        Q    Okay.  You mentioned that this list

17  contains the Rutland Academy teachers and the

18  Rutland Academy coordinator?

19        A    Correct.

20        Q    Which is the coordinator on this list?

21        A    LaToya Tillman.

22        Q    Okay.  And you mentioned that this also

23  has certification types?

24        A    Yes.

25        Q    Looking at Darcy Carter -- do you see that



CELEST NGEVE                                                July 15, 2022
UNITED STATES vs STATE OF GEORGIA                               133

1   entry?  It's towards the bottom of the list.

2       A    Yes.

3       Q    And then if you go over, the certification

4   type says "I5T-4"?

5       A    Yes.

6       Q    What does that mean?

7       A    I'm not exactly sure.  That's related to

8   how it's coded for HR.  I'm not exactly sure --

9       Q    Okay.

10      A    -- the certification.

11      Q    Which of the teachers on this list, if

12  any, are returning to Rutland this coming 2022-'23

13  school year?

14      A    All except one.

15      Q    Which is the teacher who is not returning?

16      A    Sabrina McAuliff.

17           MS. WOMACK:  I would like to have the

18           court reporter mark this document as

19           Plaintiff's Exhibit 213.

20           (Plaintiff's Exhibit 213 was marked for

21           identification purposes.)

22      Q    (By Ms. Womack)  Ms. Ngeve, I am handing

23  you what has been marked as Plaintiff's Exhibit 213.

24  This is a document that bears the Bates stamp

25  Rutland 000277.  Do you recognize this document?



1        A      I do.

2        Q      Was that document produced by Rutland in

3    response to the United States document subpoena?

4        A      Yes.

5        Q      Were you involved in developing this

6    document?

7        A      Yes, I was involved.

8        Q      What does this document show?

9        A      It shows previous -- current and previous

10   staff members, teachers and staff.

11       Q      This spreadsheet also contains a column

12   that says "Cert Type."  Do you see that?

13       A      Yes.

14       Q      And this lists the certifications for the

15   various staff members that appear on the

16   spreadsheet?

17       A      Yes.

18       Q      And then next to that, it says "Term

19   Date."  Do you see that?

20       A      Yes.

21       Q      What does "term date" -- what does "term

22   date" signify?

23       A      I'm not sure.

24       Q      Do you understand this date to be related

25   in any way to the certification type?



1        A     I don't.

2        Q     You don't know one way or the other?

3        A     Yeah, I'm not sure of that exactly.

4        Q     We started talking a bit earlier about the

5    number of students served by Rutland Academy, and I

6    want to turn back to the topic of the students that

7    your GNETS program serves.  You mentioned earlier

8    that there was a range of 68 to 73 students served

9    at Rutland Academy for 2021-'22 school year?

10       A     Yes.

11       Q     And I believe you said that you expect to

12   serve 72 students at Rutland Academy in the 2022-'23

13   school year; is that correct?

14       A     Yes, to begin with.

15       Q     Okay.  How do Rutland Academy GNETS

16   students physically get to the Rutland Academy

17   facility?

18       A     The IEP team makes -- it's an IEP

19   team-driven decision, but it starts off with

20   interventions and strategies that are being

21   implemented within the school system.  And typically

22   a school system has done significant -- a lot of

23   things to definitely support that student.

24             They move forward then with submitting a

25   consideration document where they're -- where



1   they're -- they want a student to be considered for

2   GNETS services.  And at that time several things can

3   be implemented or could be asked for.  They may be

4   asking for consultative support, which is us coming

5   out, observing the student and just providing

6   strategies.

7          Other times they may be asking for us to come

8   out and observe the student for potential

9   consideration that -- that a student they may feel

10  like down the line may need consideration for GNETS

11  services.

12         So it kind of depends on what additional

13  services they need when they're submitting.  Some

14  people only -- some districts only submit some

15  particular -- when they're submitting it, sometimes

16  it's only for consultative services, and that's a

17  separate document.  That student may or may not ever

18  come to a GNETS.  They just may -- may need support.

19         But then there's some students that they feel

20  like may at some point need that support; so they

21  would like to be proactive and get any strategies

22  and support they can get while that student is still

23  with them.  And so we go out.  We observe, provide

24  any strategies, any recommendations.  Sometimes

25  going out multiple times to provide things to see if

1  some of those strategies are working, if that's

2  something they would like, and assisting with any

3  BIP or FBA development and things of that nature.

4       And then if that's a student that after they

5  have tried multiple things over, you know, however

6  periods of time they -- they have done those things,

7  because it varies for each student, then they may

8  move forward with wanting just to submit the

9  consideration student information packet.  So

10  it's -- it's that request for -- for -- for

11  consideration.

12       So once they submit that, they submit it to us,

13  we review the -- the documents in it and make sure

14  that everything is there that's -- that's required.

15  And then we move forward with communicating with the

16  LEA to let them know that either, hey, we're missing

17  some additional things; could you provide those

18  additional documents; or we move forward with

19  scheduling a meeting to just consider GNETS as a --

20  as an option --

21       Q    Okay.

22       A    -- to serve that student.

23       Q    So I want to come back to the --

24            MR. MURPHY:  Can I ask a clarification?

25       You were referring to placement, right, not



1          transportation?

2                    MS. WOMACK:  No, I -- I'm going to clarify

3          right now.  It's fine.

4                    MR. MURPHY:  All right.

5          Q     (By Ms. Womack)  So I do want to talk

6     about the referral process --

7          A     Okay.  Sorry.  I missed --

8          Q     -- which is what it sounds like you're

9     starting to talk about.  I was initially just asking

10    literally how students physically get from their

11    homes to the Rutland Academy facility.

12         A     I -- I apologize.  Thanks for that

13    clarity.  They're transported by their school

14    systems.  They have a school -- a bus that comes

15    from each school system that transports them to

16    Rutland.

17         Q     Okay.

18         A     Sorry.

19         Q     Do any students come to Rutland as car

20    riders?

21         A     Some, yes.

22         Q     In terms of the breakdown, what percentage

23    of Rutland Academy GNETS students would you say ride

24    the bus versus ride cars?

25         A     98 percent ride the bus.  2 percent are



1    car riders.

2         Q    Okay.  And who provides that bus

3    transportation?

4         A    The LEAs, our school systems that we

5    serve.

6         Q    What time do buses drop off at Rutland in

7    the morning?

8         A    They begin dropping off at 8:00, so 8:00

9    o'clock -- between 8:00 o'clock and 8:25 normally

10   all buses are -- have dropped off students.

11        Q    What time do they pick up students in the

12   afternoon?

13        A    They begin at 2:30.  Usually by 2:45 all

14   buses have been -- have picked up students.

15        Q    What was the longest bus ride, in terms of

16   time, for a Rutland Academy GNETS student during the

17   2021-'22 school year?

18        A    That -- that varies, just because -- I

19   don't know the exact length of the -- the longest.

20        Q    Do you have any sense of how long GNETS

21   students who come to your program are on the bus?

22        A    Yes, anywhere from 30 -- 30 minutes -- 30

23   to 60 minutes.

24        Q    Are there any students who ride the bus

25   for longer than 60 minutes?



```
 1        A     Not that -- no, not that I'm aware of.
 2        Q     Do you anticipate that range being the
 3   same for the coming 2022-'23 school year?
 4        A     Not exactly.
 5        Q     And why is that?
 6        A     Some students are much closer; so some
 7   students will be on the bus as little as ten
 8   minutes.
 9        Q     Mm-hmm.  Do you expect that this coming
10   school year that there may be some students who have
11   that 30- to 60-minute bus ride?
12        A     Yes.
13        Q     Do any of the students who attend Rutland
14   Academy have to deal with any sort of a -- a busing
15   hub where they transfer buses someplace closer to
16   their local school district and get on a second bus
17   to come to Rutland?  Are you aware of that?
18        A     No.
19        Q     Okay.  As a general matter, do buses that
20   transport students to Rutland Academy pick those
21   students up at their homes or elsewhere?
22        A     At their homes.
23        Q     Are there any Rutland Academy students who
24   are released before the official end of the school
25   day to be transported back home?
```



1          A      Yes.

2          Q      And under what circumstances would that be

3    true?

4          A      Their schedule via the I -- based -- based

5    on their IEP.

6          Q      So when you say based on their IEP, are

7    those students who are receiving just partial-day

8    services?

9          A      Correct.

10         Q      And in terms of partial-day services, are

11   those students returned home after their partial

12   day, or is there anywhere -- anywhere else that they

13   might be going to?

14         A      They return home.

15         Q      Okay.

16         A      There's only one.  There was -- there

17   wasn't a -- yeah, home.

18         Q      Okay.  How many students in the 2021-'22

19   school year were on a partial-day schedule?

20         A      One.

21         Q      How long did that student attend school at

22   Rutland Academy on any given day?

23         A      8:30 to 1:30.

24         Q      So there was a bus that picked that

25   student up at 1:30 to transport them home?



1      A      Correct.

2      Q      Do you anticipate any students being on a

3  partial day this coming school year?

4      A      Yes.

5      Q      How many?

6      A      One.

7      Q      Is that the same student?

8      A      Correct, yes.

9      Q      Do you anticipate the schedule being the

10  same?

11      A      Yes.

12      Q      What's the grade level of that student?

13      A      They're a high school student.  Tenth

14  grade.

15      Q      Is that student in the multi-age

16  classroom?

17      A      Yes.

18      Q      You have been working at Rutland Academy

19  for -- for quite some time; is that fair?

20      A      Yes.

21      Q      During the time you have worked at

22  Rutland, what's been the shortest length of stay for

23  a GNETS student that you recall?

24      A      A month.

25      Q      So there was a student who came for a



1   month and then was transitioned back to their home

2   school after a month?

3          A      That's correct.

4          Q      How recently was that?

5          A      Two years ago.

6          Q      And during the time that you have worked

7   at Rutland Academy, what has been the longest length

8   of stay for a student?

9          A      Let me ask a clarifying question.  Are you

10  asking about the longest -- the longest period of

11  time that they stayed here without transitioning at

12  all throughout that time, or are you just asking

13  about the longest -- longest length of stay with the

14  potential of them transitioning in between that

15  time?

16         Q      Let's -- let's answer both questions.  So

17  first why don't you tell me what's the longest

18  length of stay you have experienced in your time at

19  Rutland with a student coming and remaining at

20  Rutland without being transitioned back to their

21  home school?

22         A      Six years.

23         Q      And what is the longest length of stay for

24  a student that has been placed at Rutland who may

25  have been transitioned back to their home school and



 1  wasn't successful and they came back to Rutland?
 2  How would that change that longest length of stay?
 3        A     A year and a half.
 4        Q     Can you explain that answer?
 5        A     Yes.  They're students that we work really
 6  hard to try to get them to be at the place of being
 7  ready to transition, you know, as soon as they have
 8  shown that they're ready.  And so usually we try to
 9  start that as soon as we can as far as, like,
10  looking at are they ready, have they met -- you
11  know, have they been -- made -- making adequate
12  data -- adequate progress, should I say.
13        And normally, once they have been here for a
14  year, we're trying to start thinking about, hey, are
15  we getting close to that place?  And normally,
16  like -- so a year and a half is normally when we at
17  least attempt one.  If -- like, that's been the
18  longest that I can remember.
19        Q     So just so I understand, are you saying
20  that the longest -- the longest in your experience a
21  student has been at Rutland without an attempt to
22  try to transition them back is a year and a half?
23        A     That I can recall, yes.
24        Q     Okay.  So there have not been students, in
25  your experience, who have gone longer than that



1  without being transitioned back?

2       A    There -- we talked about that initially.

3  The initial question that you asked was about how

4  long some students have been here without

5  transitioning back; correct?  I just want to make

6  sure I'm understanding that because I don't want

7  to --

8       Q    Yeah, you told me six years --

9       A    Correct.

10      Q    -- and then when I asked you --

11      A    Because that's without transitioning,

12  without --

13      Q    Right.  So six years without

14  transitioning --

15      A    Correct.

16      Q    -- six years at Rutland, you haven't gone

17  back to your home school; right?

18      A    Yeah, despite multiple attempts to try to

19  get to -- get to that point.

20      Q    Okay.  So then I think we're talking

21  backwards --

22      A    I want to make sure --

23           MR. MURPHY:  When you say "multiple

24      attempts," an attempted transition is what we

25      need to clarify.



1          THE WITNESS:  Okay.  So we -- we always
2    make attempts once we -- when we get to the
3    point where at IEP team meeting we start
4    talking about, okay, let's -- you know, we feel
5    like -- are we feeling like we're ready to try
6    this?
7          And what we notice, when we start talking
8    about it with a lot of our students is their
9    behavior starts declining drastically.  And the
10   parents are, like, no, no, no, no, we're not
11   doing this yet.  We're not -- we're not at that
12   point yet.
13         So we make those attempts as far as what
14   we're -- we're discussing it.  Throughout that
15   six years, that -- that has been attempted.  We
16   have discussed it.  Let me -- let me clarify
17   that.  We have discussed them going back, but
18   then we start seeing -- when students know --
19   when you start talking about that with some
20   students, their behavior start declining
21   drastically; so we didn't get to the point
22   where they were actually able to make the
23   transition during that time because, when you
24   start talking about it, the behavior start
25   escalating again.



CELEST NGEVE                                               July 15, 2022
UNITED STATES vs STATE OF GEORGIA                              147

```
 1              They're, like -- you know, they're -- so
 2        the parents and the team end up saying, okay,
 3        well, let's just wait before we start this
 4        process.
 5              MS. WOMACK:  Okay.
 6              MR. MURPHY:  But, now, when you talk about
 7        attempted transitions, you're talking about --
 8              THE WITNESS:  When they actually --
 9              MR. MURPHY:  -- trying to send them back
10        to their home schools?
11              THE WITNESS:  Yes.  So that would be a
12        year and a half.
13              MR. MURPHY:  Like, physically they
14        went there?
15              THE WITNESS:  Yes.  So that would be --
16              MR. MURPHY:  Am I right?  Am I
17        understanding the question?
18              THE WITNESS:  When they actually went.
19        Q    (By Ms. Womack)  So just to clarify, the
20   longest period of time, in your experience at
21   Rutland Academy, that a student has continuously
22   been at Rutland Academy without physically going
23   back to their home school system, six years?
24        A    Correct.
25        Q    Okay.  The question that I want you to
```



 1  answer next is what is the longest length of time
 2  you have been a -- you have been familiar with a
 3  student spending time at Rutland Academy where the
 4  student may have attempted to physically go back to
 5  their home school and it was unsuccessful and they
 6  came back to Rutland?  How many, sort of, years --
 7  across how many years of experience would you
 8  say they're -- what's the longest length of stay for
 9  that situation?
10            MR. MURPHY:  Are you following?
11            THE WITNESS:  Yeah.  Yes, I -- I do.
12            MR. MURPHY:  Okay.
13            THE WITNESS:  A year and a half when we --
14       when they actually go make an attempt.
15       Q    (By Ms. Womack)  Okay.  Okay.  Do you
16  track the average length of stay for a student in
17  your GNETS program in any way?
18       A    Yes.
19       Q    And how do you -- how do you do that?
20       A    We have had it -- we had it -- we have had
21  it on a spreadsheet for the student -- with the
22  student information, student information on a
23  spreadsheet -- well, let me answer that and say,
24  yes, we have.  However, when we had a cyber attack
25  in the fall, then we lost a lot of data that was in



 1  there.
 2      But there was a student information tracking
 3  form that showed how long students went back, how
 4  long they stayed, you know, what happened with them
 5  there as well.  We had a student information sheet
 6  that had that information on there.
 7      Q     Mm-hmm.
 8      A     We kept it updated.
 9      Q     Did you regularly review average length of
10  stay data?
11      A     Yes.
12      Q     How often did you review that data?
13      A     We review it definitely four times a year
14  each -- each year at that point because we were --
15  we would do it during leadership team meetings.  We
16  would, like, look at it and then sometimes talk
17  about it, sometimes more frequently with LEAs,
18  depending on the individual students.
19      Q     And when you were looking at that average
20  length of stay data, were you kind of looking at
21  aggregate data in terms of, like, overall across,
22  you know, all the students that we serve, this is
23  what the average length of stay looks like right
24  now, or was it more on an individual
25  student-by-student basis?



 1          A      It was more on a district-by-district
 2   basis.
 3          Q      Okay.  So groups of students according to
 4   what their home school system was?
 5          A      Correct.
 6          Q      And did you discuss any of that average
 7   length of stay data with anyone?
 8          A      Yes.
 9          Q      Who would you discuss that with?
10          A      Our leadership team as well as the -- the
11   district, the LEAs.
12          Q      When you say "leadership team," the
13   leadership team at Rutland Academy?
14          A      Correct.
15          Q      Who is on that leadership team?
16          A      Myself, the coordinator, our intensive
17   interventionist, as well as our specialist teacher,
18   PE teacher, social worker, and previous -- and we
19   have also had paraprofessionals on the -- on the
20   leadership team as well and grade-level chairs.
21          Q      Have you had students at the Rutland
22   Academy GNETS program who leave to transition back
23   to their home schools and then come back to Rutland
24   again?
25          A      Yes.



1      Q      How often does that occur?

2      A      I can't say exactly how often because it's

3  so different from year to year.  It's not always

4  exactly the same.

5      Q      Do you have an approximate percentage of

6  the students who attempt to transition back to their

7  home schools who then return to Rutland?

8      A      Not, not right off the top of my head, no.

9      Q      Are there any markers or time periods in

10  terms of the length of time a student has been at

11  Rutland Academy that trigger any sort of different

12  evaluation to look at the necessity of their being

13  kept at Rutland Academy?

14      A      Yes.

15      Q      What are those, like, markers or time

16  periods that trigger that?

17      A      Typically after a student has been here

18  for at least three years, we start talking about it

19  and -- with the LEAs about, like, if a new

20  evaluation might be needed, such as a new

21  psychological might be needed, and then we discuss

22  it, of course, with the parents as well and discuss

23  it during that -- the IEP meetings.

24      Q      For students who have been here longer

25  than three years, do you talk about anything other



1  than whether a new evaluation is needed?

2          A     Yes.

3          Q     What other things would you talk about?

4          A     Ongoing trauma, current triggers in the

5  home, change of placement, loss of -- loss of family

6  members, ongoing things that are happening that are

7  keeping the students from making the progress -- the

8  progress we would like for them to make.

9          Q     And when you say you start talking about a

10 new evaluation, whether that's needed, what would a

11 new evaluation show you relative to a student who

12 has been at Rutland for longer than three years?

13         A     Sometimes it shows that their severity

14 or -- or some of the things that they came in with

15 as far as maybe they were emotional -- they were a

16 served on emotional behavior disorder when they

17 first came, but maybe with a new evaluation, it may

18 be determined that there's something else going on

19 with the student at that time.  And we have to

20 decide as the IEP team what services may be the best

21 for that student at that time.

22         So it just gives us new information to kind of

23 look at all other areas other than just the data we

24 collect here.

25         Q     Okay.  Any other markers or time periods



1   other than that three-year mark that trigger any
2   sort of additional --
3        A    I mean, sometimes it's -- it just varies
4   based on the student.  Sometimes those discussions
5   are happening after it's been one year.  Just
6   depends on the district as well as the student.
7        Some LEAs will want to know, you know, do we --
8   do we feel like we might need to look at something
9   else?  Do we need -- you know, just kind or depends
10  on the individual basis.
11       But normally, for us, we're starting thinking
12  about like, you know, how much -- you know, do we
13  feel like we have enough information to continue
14  with the student being in our placement after three
15  years with us.
16       But LEAs often will kind of ask -- and they --
17  they come over and see the student and everything,
18  and they will ask, you know, do you think that maybe
19  we could be looking at transitioning in the next
20  school year?  So they're constantly discussing those
21  things too; so it's not only at the three-year mark.
22  Sometimes LEAs just, you know, ask those questions,
23  come over, start discussing it with parents, talking
24  about different placements that could be available
25  in those districts as well.

1     Q     Okay.  Are you aware that some of the

2   Rutland records indicate that there are Rutland

3   GNETS students who have had lengths of stay as long

4   as 12 years?

5     A     Not to my -- not that I remember.

6     Q     Does that surprise you?

7     A     Yes.

8     Q     What about lengths of stay as long as ten

9   years?  Does that surprise you?

10    A     Not -- not -- no.  No, not -- not if

11  their -- if their transition has been attempted

12  throughout the years, which is often the case with

13  some of those students that have had -- been here

14  longer --

15    Q     Mm-hmm.

16    A     -- so --

17        MS. WOMACK:  I'm going to ask the court

18     reporter to mark this document as Plaintiff's

19     Exhibit 214.

20        (Plaintiff's Exhibit 214 was marked for

21     identification purposes.)

22    Q     (By Ms. Womack)  Ms. Ngeve, I am handing

23  you what has been marked as Plaintiff's Exhibit 214.

24  This is a document that bears the Bates stamp

25  Rutland 002932.  Do you recognize this document?



1          While you're reviewing, let me also just say

2    for the record this is a document that was produced

3    by Rutland Academy in response to the United States

4    document subpoena.  I'm going to represent to you

5    that the file name for this document that was

6    provided electronically to the United States was

7    "19-20 Rutland Academy Enrollment Roster."  And as

8    you will see from the face of the document, we have

9    redacted students' first and last name as well as

10   their student ID numbers and dates of birth for

11   confidentiality reasons.

12        A     Yes.

13        Q     Does that assist you in --

14        A     Yes.  I just wanted to look over it

15   thoroughly.  Yes.

16        Q     Were you involved in preparing this

17   document for production in response to the United

18   States document subpoena?

19        A     Yes, I was involved.

20        Q     Is this an enrollment roster of Rutland

21   Academy GNETS students for the 2019-2020 school

22   year?

23        A     Yes, it appears to be.

24        Q     And this roster shows each student's grade

25   level; is that right?



1       A    Yes.

2       Q    And their race?

3       A    Yes.

4       Q    Their gender?

5       A    Yes.

6       Q    Their home school system?

7       A    Yes.

8       Q    It also includes the date that they were

9   initially enrolled in the GNETS program?

10      A    Yes.

11      Q    And then it does also have an exit date if

12  they --

13      A    Transition.

14      Q    -- had exited the program.  Do you see

15  that?

16      A    Yes, mm-hmm.  Yes.

17      Q    This spreadsheet also indicates whether

18  those students participate in any extracurricular

19  activities; correct?

20      A    Yes.

21      Q    And according to this spreadsheet, you had

22  one kindergartner at Rutland in the 2019-'20 school

23  year.  Is that accurate?

24      A    Yes.

25      Q    You also had a couple of second-graders,



CELEST NGEVE                                July 15, 2022
UNITED STATES vs STATE OF GEORGIA                      157

```
 1  two -- sorry.  You had two first-graders at some
 2  point during that school year?
 3         A    Yes.
 4         Q    And you had three second-graders?
 5         A    Yes.
 6         Q    If you turn to the second page, which
 7  lists students who are in higher grade levels, is it
 8  accurate that there were nine seniors at Rutland
 9  Academy for the 2019-'20 school year?
10         A    Yes.
11         Q    Is it fair to say that most of the
12  students on this Rutland Academy enrollment roster
13  have a primary disability of EBD?
14         A    Yes.
15         Q    And is that consistent with your
16  experience with Rutland Academy enrollment as the
17  GNETS director?
18         A    Yes.
19         Q    Looking on the second page, look at the --
20  I think it's the seventh entry up from the bottom --
21  there is a Rutland Academy student listed coming
22  from Elbert County in twelfth grade.  Do you see
23  that entry?
24         A    Yes.
25         Q    If you look over to the -- on the
```



1  right-hand column where it has the enrollment date

2  and the exit date --

3       A     Yes.

4       Q     -- it says that student was enrolled on

5  December 1st, 2009?

6       A     Yes.

7       Q     And they exited on May 19th, 2021?

8       A     That's correct.

9       Q     That would indicate that that student was

10 enrolled for roughly 12 years.  Am I doing the math

11 correctly?

12      A     Yes.

13      Q     So that -- that student spent the lion's

14 share of their education at Rutland?

15      A     Yes.

16      Q     And that's a student whose primary

17 disability was EBD?

18      A     Yes.

19      Q     Glancing at the other enrollment and exit

20 dates on this page, is it accurate that there are

21 several other students who have had stays at -- at

22 Rutland Academy that exceed eight years?

23      A     Yes.

24      Q     Some of them approach ten or twelve?

25      A     Yes.



1              MR. MURPHY:  Can you show me which ones
2        you're talking about?
3              MS. WOMACK:  Sure.  We can --
4              MR. MURPHY:  Tell me about them, just so
5        they're specific --
6              MS. WOMACK:  We can walk through them.
7              MR. MURPHY:  -- and we have the data.
8        Yeah.
9        Q     (By Ms. Womack)  Ms. Ngeve, if you -- sort
10   of moving up from the entry that we were just
11   looking at, if you look at the, sort of, nine
12   entries above that, there is a student at Rutland
13   Academy.  They're coming from Morgan County, an
14   eleventh-grader, whose primary disability is EBD,
15   and they were enrolled November 30 of 2011.  Do you
16   see that entry?
17        A     Yes.
18        Q     And that student -- it says their exit
19   date from the GNETS program was August 23rd, 2019?
20        A     Yes.
21        Q     That's a -- a stay of roughly eight years;
22   is that correct?
23        A     Yes.
24        Q     If you move three entries above that,
25   there's a student at Rutland Academy coming from



1    Clarke County, an eleventh-grader, whose primary

2    disability is also EBD.  There's an entry date into

3    GNETS of August 6th, 2009.  Do you see that?

4        A    I do.

5        Q    And that student exited GNETS, it says,

6    October 30th, 2019.  Do you see that?

7        A    I do.

8        Q    And that's a stay of approximately ten

9    years?

10       A    Yes.

11       Q    If you look up from that, four additional

12   entries up, do you see the student at Rutland

13   Academy coming from Walton County, who is a

14   twelfth-grader?  Student entered GNETS on December

15   7, 2009, and the exit date is December 13, 2019.  Do

16   you see that?

17       A    Yes.

18       Q    That's -- that's also a stay of

19   approximately ten years?

20       A    Yes.

21       Q    And if you look four entries up from that,

22   there's a Rutland -- Rutland Academy student coming

23   from Oconee County, a ninth-grader.  That student's

24   entry date for GNETS is identified as August 4,

25   2008.  Do you see that?



1          A      I do.

2          Q      And the exit date from GNETS is identified

3    as January 31st, 2020.  Do you see that?

4          A      I do.

5          Q      So that student was in GNETS for almost 12

6    years?

7          A      Yes.

8          Q      If you go up five more entries from that,

9    there's a Rutland Academy student from Jackson

10   County, an eleventh-grader.  The date that student

11   entered GNETS is identified here as August 6th,

12   2009.  Do you see that?

13         A      I do.

14         Q      And that student was enrolled until

15   January 28th, 2021.  Do you see that?

16         A      I do.

17         Q      So that student had a stay of almost 12

18   years; is that correct?

19         A      Yes.

20         Q      I want to show you one additional

21   document --

22              MR. MURPHY:  Thank you.

23              MS. WOMACK:  -- which I would like to have

24         the court reporter mark as Plaintiff's Exhibit

25         215.



1                (Plaintiff's Exhibit 215 was marked for

2           identification purposes.)

3                THE WITNESS:   Thank you.

4           Q     (By Ms. Womack)   This is -- Ms. Ngeve, you

5      have been handed Plaintiff's Exhibit 215.   This is a

6      document Bates-stamped Rutland 002934.   This is also

7      a document produced by Rutland Academy to the United

8      States in response to a document subpoena, and again

9      I am going to represent to you the file name for

10     this document that was provided electronically was

11     "20-21 Rutland Academy Enrollment Roster."   And as

12     with the previous spreadsheet, we have redacted the

13     students' first and last names as well as their

14     student ID numbers and dates of birth for

15     confidentiality reasons.

16          Do you recognize this document?

17          A     I do.

18          Q     Were you involved in preparing this

19     document for production in response to the United

20     States document subpoena?

21          A     Yes.

22          Q     Is this an enrollment roster of Rutland

23     Academy GNETS students for the 2020-2021 school

24     year?

25          A     Yes.



1      Q      Does this spreadsheet show the same basic

2    categories of information for each student as the

3    enrollment roster that we just reviewed for the

4    2019-2020 school year?

5      A      Yes.

6      Q      And am I correct, from looking at the

7    spreadsheet, that the kindergartner who was enrolled

8    at Rutland in the 2019-2020 school year remained at

9    Rutland for the 2020-2021 school year, showing up as

10   a first-grader on this roster?

11     A      Without the name, it's hard to say; but

12   there is another from the same district in the first

13   grade at that point.

14     Q      Okay.  And does that student also have the

15   same enrollment date in GNETS at the kindergartner

16   that appeared on the spreadsheet that we looked at

17   in Plaintiff's Exhibit 214?

18     A      Yes.

19     Q      And both of those students are coming from

20   Maysville Elementary School in Jackson County;

21   correct?

22     A      Yes.

23     Q      As with the roster for the 2019-2020

24   school year, is it fair to say that this roster for

25   the 2020-2021 school year shows that most Rutland



1    Academy GNETS students have a primary disability of

2    EBD?

3         A     Yes.

4              MS. WOMACK:  I would like to ask the court

5         reporter to mark this document as Plaintiff's

6         Exhibit 216.

7              (Plaintiff's Exhibit 216 was marked for

8         identification purposes.)

9         Q     (By Ms. Womack)  Ms. Ngeve, you have been

10   handed what has been marked as Plaintiff's Exhibit

11   216.  This document bears a Bates stamp that is

12   difficult to read, but it's Rutland 000609.  And do

13   you recognize this document?

14        A     Yes.

15        Q     What is this document?

16        A     The graduation data from '18-'19 through

17   '20-'21.

18        Q     And was that document provided by Rutland

19   in response to the United States subpoena for

20   documents?

21        A     Yes.

22        Q     Who prepared this document?

23        A     I did.

24        Q     You mentioned earlier that it shows the

25   Rutland Academy GNETS students who graduated in the



1   2018-'19, 2019-'20, and 2020-'21 school years;

2   correct?

3        A    Correct.

4        Q    This document also indicates the type of

5   diploma that each of those students graduated with?

6        A    Yes.

7        Q    So there was one student who graduated --

8   there was one Rutland Academy GNETS student who

9   graduated in 2018-'19; correct?

10       A    Correct.

11       Q    And what type of diploma did that student

12  receive?

13       A    A general education diploma.

14       Q    And then there were -- how many -- how

15  many Rutland Academy GNETS students graduated in

16  2019-'20?

17       A    Two.

18       Q    What kinds of diplomas did those students

19  graduate with?

20       A    A general ed diploma.

21       Q    Both of them?

22       A    Yes.

23       Q    How many -- how many Rutland Academy GNETS

24  students graduated in the 2020-'21 school year?

25       A    Two.



 1        Q    And what kind of diploma did those

 2   students graduate with?

 3        A    A general education diploma.

 4        Q    There is a third student listed on this

 5   document for the 2020-'21 school year.  Do you see

 6   that?

 7        A    Yes.

 8        Q    And it says under "Graduated or

 9   Completed," the column "Graduated or Completed,"

10   that the student "Completed (by age)"?

11        A    Yes.

12        Q    What does that mean?

13        A    That they aged out of being in special

14   education.  They were 22.

15        Q    Okay.

16        A    So they --

17        Q    So they ended their educational career

18   because they had exceeded the age range that you're

19   permitted to serve?

20        A    Under special education, yes.

21        Q    Okay.  And under special education, what

22   is the upper limit of that age range?

23        A    Twenty-two.  By -- by the time of their

24   22nd birthday.

25        Q    Okay.  This says that student received a



1  completion certificate?

2        A     Yes.

3        Q     What is a completion certificate?

4        A     It's just a certificate, just indicates

5  that they completed their years of being able to be

6  in school.  It's not a diploma.

7        Q     Okay.  Understood.  This document was

8  provided to us early in the 2021-'22 school year; so

9  that portion of this document is not completed.  But

10  how many Rutland Academy GNETS students graduated in

11  the 2021-'22 school year?

12        A     We had two graduates.

13        Q     Okay.  And what kind of diplomas did those

14  students graduate with?

15        A     A general education diploma.

16        Q     For both students?

17        A     Yes.

18        Q     Were there any students who completed with

19  a completion certificate in the 2021-'22 school

20  year?

21        A     No.

22        Q     Did the students who graduated in the

23  2021-'22 school year participate in any graduation

24  ceremony?

25        A     Yes, one did.



1      Q     And what graduation ceremony was that?

2      A     The ceremony at their school.

3      Q     Okay.  And the second student did not

4   participate in a graduation ceremony?

5      A     That is correct.

6      And can I -- I would like to go back to that

7   question.  One student graduated.  One student did

8   complete by age.

9      Q     Okay.

10     A     I apologize.  I needed to correct that.

11     Q     Okay.  No problem.  So for the 2021-'22

12  school year, there was one Rutland Academy GNETS

13  student who graduated with a general education

14  diploma?

15     A     Yes.

16     Q     And then there was a second Rutland

17  Academy GNETS student who completed with a

18  completion certificate?

19     A     Correct.

20     Q     Okay.  And am I correct in understanding

21  that the student who completed with a completion

22  certificate did not participate in any sort of

23  ceremony?

24     A     We -- we had a ceremony here for both of

25  our graduates, both of our twelfth-graders that were



 1 | leaving.

 2 |        Q     Okay.

 3 |        A     But they didn't go -- they did not go to

 4 | their -- their school.

 5 |        Q     And when you say "they," you're referring

 6 | to the student with the completion certificate?

 7 |        A     Correct.

 8 |        Q     The student who received the general

 9 | education diploma did participate in the graduation

10 | ceremony?

11 |        A     Yes.

12 |        Q     In their home school?

13 |        A     Yes.

14 |        Q     Do you regularly track which Rutland

15 | Academy students graduate each year?

16 |        A     Yes.

17 |        Q     What do you do with that information?

18 |        A     We previously stored it on our shared

19 | drive, but now we share it -- store it on our new

20 | shared drive as far as the students that graduate.

21 |        Q     And how do you use the information that

22 | you store about which Rutland Academy GNETS students

23 | graduate each year?

24 |        A     We use it as, you know -- for one, we use

25 | it to -- to share with other districts that, you



1   know, these -- that students are graduating, as well
2   as the stakeholders that might be interested in how
3   many students typically graduate from, you know --
4   you know, while they're in -- in GNETS; so we share
5   it with them as well.
6       But typically we use it, really, as a
7   motivation piece for our other students that are
8   rising twelfth-graders to let them know this number
9   of students transitioned -- well -- well, graduated,
10  and this number of students graduated and went to a
11  post-secondary school after; so it's, like, you can
12  still go to college.
13      So we use that information, really, to motivate
14  our students; but mainly we keep it in-house just so
15  we can make sure that we're kind of tracking, and we
16  follow back up with those students and find are they
17  working, are they -- did they get enrolled -- did
18  they stay with vocational rehab, did they -- are
19  they needing any additional services that maybe the
20  district or someone else could possibly provide
21  through vocational rehab or another agency like
22  that.
23      Q    Okay.  And do you also keep records of
24  what the students who graduated from -- what the
25  student -- what the Rutland Academy GNETS students



1   who graduated do after graduation?

2        A     Previously we had some -- we had that

3   information on our information sheet on our -- on

4   our shared server, yes, as far as, like, if they

5   went to college or if they're working, yes.

6        Q     When you say "previously," was that

7   information affected by the cyber attack?

8        A     It was, yes.

9        Q     Have you started recollecting that

10  information about what Rutland Academy GNETS

11  students are doing post-graduation?

12       A     Yes.

13       Q     For the student who graduated with the

14  general education diploma in the 2021-'22 school

15  year --

16       A     Yes.

17       Q     -- did that student go on to any sort of

18  post-secondary education?

19       A     Not as of yet that we're aware of, no.

20       Q     Okay.  What about for the other students

21  that are listed in Plaintiff's Exhibit 216?  Have

22  any of those students gone on to post-secondary

23  education?

24       A     Yes, one that we are aware of.

25       Q     And during which school year did that



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                            172

 1  student graduate?

 2      A    The '19-'20 school year.

 3      Q    Okay.  Do you report information about

 4  which -- or how many Rutland Academy GNETS students

 5  graduate to any other entities outside of having it

 6  here at Rutland Academy?

 7      A    Yes.  We share with -- monthly at LSEAC if

 8  there were any student graduates at the -- when we

 9  meet with all the special ed directors and

10  coordinators.

11      Q    Anyone else?

12      A    No.

13      Q    Do you share that information with the

14  State Department of Education?

15      A    Not that I can recall.

16          MS. WOMACK:  I would like to ask the court

17      reporter to mark this document as Plaintiff's

18      Exhibit 217.

19          (Plaintiff's Exhibit 217 was marked for

20      identification purposes.)

21      Q    (By Ms. Womack)  Ms. Ngeve, you have been

22  handed what has been marked as Plaintiff's Exhibit

23  217.

24      A    Yes.

25      Q    This document is Bates-stamped Rutland



1    000606.  Do you recognize this document?

2        A    Yes.

3        Q    What is it?

4        A    It's the Drop-Out Data by District and

5    Year.

6        Q    Was that document provided by Rutland in

7    response to the United States subpoena for

8    documents?

9        A    Yes.

10        Q    Who prepared this document?

11        A    Myself and my coordinator.

12        Q    And you mentioned that this document

13    identifies the Rutland Academy GNETS students who

14    have dropped out and the school year in which that

15    occurred?

16        A    Yes.

17        Q    This document also identifies for each

18    student the school system that they came from; is

19    that right?

20        A    That's correct.

21        Q    So is it accurate that in 2018-'19 -- in

22    the 2018-'19 school year, seven Rutland Academy

23    GNETS students dropped out?

24        A    Yes.

25        Q    This says six of those were confirmed and



1    one was unconfirmed.  Do you see that?

2         A     Correct.

3         Q     What does "unconfirmed" mean?

4         A     That once they stopped coming to school

5    and they eventually dropped out, we couldn't

6    really -- we couldn't reach the family.

7         Q     Okay.  And so where it says "Confirmed,"

8    are those situations where you have been in touch

9    with the family?

10        A     Ab -- yes.

11        Q     Okay.  And then is it accurate that in the

12   2019-2020 school year there were six Rutland Academy

13   GNETS students who dropped out?

14        A     Yes.

15        Q     And all of those were confirmed?

16        A     Correct, yes.

17        Q     Is it accurate that for the 2020-'21

18   school year there were three Rutland Academy GNETS

19   students who dropped out?

20        A     Yes.

21        Q     And all of those were confirmed?

22        A     Yes.

23        Q     This document was also produced at the

24   beginning of the 2021-'22 school year?

25        A     Yes.



1      Q      So the drop-out information for that
2   school year does not appear in this document.  That
3   school year has -- has now concluded; so I wanted to
4   ask how many Rutland Academy GNETS students dropped
5   out during the 2021-'22 school year?
6      A      Zero.
7      Q      Excellent.  Do you regularly track the
8   number of Rutland Academy GNETS students who drop
9   out?
10     A      Yes.
11     Q      And what do you do with that information
12   once you have tracked it?
13     A      I communicate with the LEAs.  Proactively
14   I communicate with them when we're starting to
15   notice a lot of absences, but we normally keep it
16   in-house but also share it with other LEAs and talk
17   about if there's any things that we could do to keep
18   them from dropping out, even if it's going to a
19   different type of setting or going to, you know,
20   alternate program of some sort.
21     Q      Do you report the numbers of Rutland
22   Academy GNETS students who drop out to anyone else
23   apart from -- or do you just -- do you report that
24   to anyone?
25     A      Not other than sharing it with the



1    districts themselves, no.

2          Q    Okay.  Does Rutland record the attendance

3    of each of its students on a daily basis?

4          A    Yes.

5          Q    How does Rutland keep those records?

6          A    It's stored in Infinite Campus.

7          Q    And that's the electronic student

8    management database you referenced earlier?

9          A    Yes.

10         Q    Who in particular inputs that information

11   into Infinite Campus for Rutland?

12         A    The caseload managers put in the

13   attendance every morning, and then the information

14   specialist makes sure that the attendance has been

15   recorded for the day.

16         Q    Okay.  In order for a student to count as

17   being in attendance, what proportion of the

18   instructional day must they be present?

19         A    They have to have been present for at

20   least the -- at least four hours of the day, if I'm

21   not mistaken.  I'm thinking about my chart in my

22   head.  I think it's four hours.

23         Q    Okay.

24         A    I don't want to say that wrong, but --

25         Q    Are students at Rutland ever sent home due



 1   to problem behavior?

 2        A    Very rarely.

 3        Q    Okay.  If a student is sent home due to

 4   problem behavior, is that counted as an absence?

 5        A    No.  Because if that were to ever happen,

 6   if that does ever happen, it's normally later in the

 7   day, which means that they can't get on the bus.

 8   They're not going to be able to safely ride the bus.

 9        Q    Okay.

10        A    So they have been here throughout the day.

11        Q    Okay.  If it were to happen early in the

12   day, how would that impact that student's attendance

13   count?

14        A    We don't send them home early in the day.

15   We just keep working with them to try to figure out

16   how they can de-escalate, because we just make sure

17   they stay at school as much as possible.  So we only

18   call parents if we know they're not going to be able

19   to safely ride the bus.

20        Q    Okay.  On average, what percentage of

21   Rutland Academy GNETS students are present on any

22   given day?

23        A    95 percent.

24        Q    Does Rutland report daily attendance out

25   to, like, any other entity?



 1        A     We -- not daily attendance, but we report

 2   weekly attendance to our districts.

 3        Q     Does Rutland provide any other attendance

 4   reports to anyone else, apart from those weekly

 5   attendance reports to districts?

 6        A     Yes.

 7        Q     And who else do you report to?

 8        A     The nutrition program manager.

 9        Q     And why is attendance reported to the

10   nutrition program manager?

11        A     Because they have to prepare enough

12   lunches, and they don't -- they're not cooking

13   on-site.  They're coming in for lunch and breakfast

14   and things of that nature, and they work from

15   next-door; so they need to know an exact -- kind of

16   a good estimate of how many student -- how many

17   meals they need to prepare for that coming week

18   based on what we have had.  They always prepare a

19   little bit more, but they always kind of need to

20   know the range of where -- how our students have

21   been attending.

22        Q     Okay.  And when you say they do it from

23   next-door, what's next-door?

24        A     That's another school.  It's a school

25   within Clarke County.



1    Q    What school is that?

2    A    Oglethorpe Avenue Elementary School.

3    Q    So Rutland Academy gets its meals from

4   Oglethorpe?

5    A    Yes.

6    Q    Okay.  Does Rutland provide any attendance

7   reports to the State Department of Education?

8    A    Not that I can recall.

9    Q    Do the attendance rates at Rutland affect

10   any funding that it receives?

11    A    I'm not aware.

12        MS. WOMACK:  I would like to ask that the

13        court reporter please mark this as Plaintiff's

14        Exhibit 218.

15        (Plaintiff's Exhibit 218 was marked for

16        identification purposes.)

17    Q    (By Ms. Womack)  Ms. Ngeve, you have been

18   handed a document that has been marked as

19   Plaintiff's Exhibit 218.  This is a document that

20   bears the Bates stamp GA00338047.  Do you recognize

21   this document?

22    A    Yes.

23    Q    Is this an email that you sent to Vickie

24   Cleveland on December 14th, 2018, with the subject

25   line "Re: Enrollment info"?



1    A    Yes.

2    Q    And in that email you were responding to

3  an earlier email that Ms. Cleveland sent to you that

4  same day; is that correct?

5    A    That's correct.

6    Q    In that email Ms. Cleveland says, "Data

7  reflects your current enrollment numbers reported by

8  you and the FY 18 FTE count.  Difference is 37

9  students.  I need to know who the students are that

10  transitioned back and what services they are

11  currently receiving and the (location).  See

12  attached spreadsheet.  Please send this information

13  via portal email to me and copy Lakesha by December

14  18th."  Do you see that?

15    A    Yes.

16    Q    And in this email Ms. Cleveland directs

17  you to a spreadsheet; correct?

18    A    Yes.

19    Q    And that spreadsheet follows beneath her

20  email?

21    A    Yes.

22    Q    That spreadsheet shows that Rutland's FY18

23  FTE count is 135, but the numbers it reported as of

24  December 14th, 2018, were 98 students; correct?

25    A    That's what it shows.



1       Q      What does "FTE count" mean?

2       A      That's when the count -- the counts are

3   happening each year for FTE -- the acronym I can't

4   remember at this exact moment -- but it's the counts

5   for the districts that the districts actually put in

6   for funding.

7       Q      Okay.  And do you know if FTE stands for a

8   "full-time equivalent"?

9       A      I don't know.

10       Q      Okay.

11       A      I can't remember.

12       Q      And so you said there is a connection

13   between FTE count and funding?

14       A      Yes, for the districts.

15       Q      And here it looks like the student count

16   for purposes of determining any such funding was

17   higher than the student count as of mid-December

18   2018?

19       A      Correct.

20       Q      Ms. Cleveland asks you to please send the

21   information that she's requesting about who the

22   students are that transitioned back and what

23   services they're currently receiving via portal

24   email; is that right?

25       A      Yes.



1    Q    What is portal email?

2    A    It's the -- the portal for the Georgia

3  Department of Education.  It's a protected -- it's

4  more of a protected-type email.

5    Q    Do you communicate with the Georgia

6  Department of Education through that portal?

7    A    Yes.  For -- with Vickie and LaKesha.

8    Q    Okay.  And then I take it you also

9  communicate with them by ordinary email as well?

10   A    Correct.

11   Q    Did you have any understanding of why

12 Ms. Cleveland needed to know who the students were

13 who transitioned back and what services they were

14 currently receiving and the location?

15   A    I don't recall.

16   Q    Do you have any understanding, sitting

17 here today, of why she would have needed that

18 information?

19   A    Likely was just because the numbers were

20 not in alignment as it relate -- related to state

21 reporting.

22   Q    And is that something that Ms. Cleveland

23 monitors?

24   A    I'm unsure if that's a consistent thing --

25 that's something she consistently monitors, but I



1  would -- I'm unsure.

2       Q    Okay.  But in this case, when there was a

3  misalignment, she reached out to you and asked you

4  to clarify?

5       A    Correct.

6       Q    In your email you say, "That's a big

7  discrepancy.  Our numbers have been lower this

8  school year and we haven't had 137 at one time since

9  the year started, yet I will get this to you ASAP

10 (prior to the deadline)."  Do you see that?

11      A    Yes.

12      Q    Did you provide the information that

13 Ms. Cleveland requested?

14      A    I don't remember.

15      Q    Would you expect that you would have

16 provided it?

17      A    Absolutely, yes.

18      Q    Have you received other sorts of requests

19 like this from Ms. Cleveland about enrollment at

20 Rutland Academy GNETS program?

21      A    Yes.

22      Q    And tell me about those.

23      A    If it was reported -- if there was a -- if

24 the reporting numbers were showing that it was

25 higher or a different number from what we had, she



1  would want us to -- want me to find out exactly why

2  there was a discrepancy.

3       Q      Mm-hmm.

4             MS. WOMACK:  I'm going to ask the court

5       reporter to mark this as Plaintiff's Exhibit

6       219.

7             (Plaintiff's Exhibit 219 was marked for

8       identification purposes.)

9       Q     (By Ms. Womack)  Ms. Ngeve, you have been

10  handed a document that is Bates-stamped GA00338196.

11      A      Yes.

12      Q      Do you recognize this document?

13      A      Yes.

14      Q      Is this an email from you to Vickie

15  Cleveland dated December 18th, 2018, with the

16  subject "Re: Clarification on enrollment info"?

17      A      Yes.

18      Q      Is it accurate that in this email you

19  follow up with Ms. Cleveland to let her know that

20  you are having difficulty getting into the portal?

21      A      Yes.

22      Q      And this email follows the earlier email

23  exchange between you and Ms. Cleveland that we

24  discussed in Plaintiff's Exhibit 218?

25      A      Yes.



1          Q     Is it accurate that Ms. Cleveland says to

2   you in her email to you in this chain, "The FY 18

3   FTE count is the number of students that received

4   GNETS services at your site during the 2017-18

5   school year"?

6          A     Yes.

7          Q     And then she asks you to provide some

8   information on an attached spreadsheet; is that

9   correct?

10         A     Yes.

11         Q     What's the information that she asks you

12   to provide on that spreadsheet?

13         A     "Student name; Date of transition IEP

14   meeting where it was recommended that the students

15   no longer receive GNETS services at your location;

16   List only the IEP services recommended at the

17   transition IEP meeting if the student returned to

18   the home school NOT the current services; Please

19   answer the question regarding WD, DJJ, residential

20   placement, graduated, drop out, etc."

21         Q     Okay.  And farther down she says, "If the

22   students are no longer receiving GNETS services at

23   your sites, the bottom line is we need to know where

24   did the students go.  I need this info for students

25   that were enrolled during the 2017-18 school year.



1  However, you need to start tracking this same data

2  for this school year (2018-19) if you are not

3  already doing so.  Please use this format.  It will

4  be required as part of your Strategic Plan Review

5  documentation in the spring."

6       Do you see that?

7       A    I do.

8       Q    Did you later provide the information to

9  Ms. Cleveland that she was requesting?

10      A    I don't remember.

11      Q    Do you expect that you would have provided

12  that information?

13      A    Yes.

14      Q    Did you begin tracking this same data that

15  she asks you for in this email?

16      A    I don't remember, since it was 2018.  I'm

17  not sure.

18      Q    Do you currently track any of this

19  information?

20      A    Yes.

21      Q    Is any of this information required as

22  part of your strategic plan review documentation?

23      A    It was -- it has been, yes.

24      Q    Okay.  And we will talk a bit more about

25  this strategic plan later.



```
1              MR. MURPHY:  We're right at 90 minutes
2         since we restarted.  Do you want to --
3              MS. WOMACK:  If you don't mind, I have one
4         more document on this section that we can maybe
5         quickly get through it.  It should be pretty
6         short, and then we can break for lunch.
7              MR. MURPHY:  Are you good?
8              THE WITNESS:  Yeah.
9              MS. WOMACK:  Okay.  I would like to have
10        the court reporter please mark this as
11        Plaintiff's Exhibit 220.
12             (Plaintiff's Exhibit 220 was marked for
13        identification purposes.)
14             THE WITNESS:  Thank you.
15        Q     (By Ms. Womack)  Ms. Ngeve, you have been
16   handed what is marked as Plaintiff's Exhibit 220.
17   This document is Bates-stamped GA00338315.  Do you
18   recognize this document?
19        A     Yes.
20        Q     Is this an email from you to Vickie
21   Cleveland dated January 3rd, 2019, with the subject
22   "Portal Access"?
23        A     Yes.
24        Q     In this email you write to Ms. Cleveland,
25   and you say, "Happy New Year!!!  This is what I
```



 1  currently have access to."  Do you see that?

 2       A     I do.

 3       Q     And above that, does it appear to you that

 4  this is a screenshot of what you have access to in

 5  the portal?

 6       A     At that time, yes.

 7       Q     Okay.  That was what you had access to at

 8  that time?

 9       A     Yes.

10       Q     Is this the Georgia Department of

11  Education portal that you previously said you use to

12  communicate with the State Department of Education?

13       A     Yes.

14       Q     So I just want to walk through the

15  sections of your screenshot.  Do you see sort of in

16  the second section of tabs there, there's one called

17  "Consolidated Application"?

18       A     Yes.

19       Q     What is that tab for?

20       A     That's not something I really use as much;

21  so I'm not as familiar.

22       Q     Okay.  So you don't use the Consolidated

23  Application tab?

24       A     I'm not saying I haven't.  It's just not

25  something I can remember exactly what all goes in



1  that Consolidated App tab.

2       Q     Okay.  Do you currently use that tab at

3  all?

4       A     Not that I can remember.  Things have

5  changed a little bit as far as how the information

6  is -- looks on my screen; so I'm trying to remember

7  the exact way it is.

8       Q     Okay.  What about the next tab, which says

9  "Special Education Annual Reports"?  Do you use that

10  tab, or did you use that tab?

11       A     I'm not sure.  Again, since it's been --

12  since the system has been updated and I see more, I

13  can't always -- I can't remember exactly what I see

14  when I -- when I use that, when I log in and

15  where -- what I click on.  I usually have to use my

16  notes.

17       Q     Is there anything in this screenshot that

18  you still currently see when you log in to the

19  portal?

20       A     Yes.

21       Q     What are the things in this screenshot

22  that you still currently see?

23       A     Again, this is just me going off memory

24  because I -- based on what I -- what I know that --

25  that I can see, it's definitely Northeast Georgia



1    RESA, Home, Logout.  I believe I still see

2    Consolidated App, Special Education Annual Reports.

3    And I'm not as -- a hundred percent sure on the

4    others.

5        Q    Okay.  So you see Consolidated Application

6    and Special Education Annual Reports, but you don't

7    use either of those tabs?

8        A    I don't want to say I don't use them.  I

9    need to kind of be in front of my computer to see

10   it.  And without looking at it directly, I'm not

11   sure.  I don't use this site as often.

12       Q    Okay.  Does anyone else on the Rutland

13   Academy GNETS staff use this portal?

14       A    No, not Rutland Academy.

15       Q    You're the only one?

16       A    Yes.

17       Q    Okay.  And what kind of -- what do you use

18   the portal for?

19       A    When we do our grant application, as well

20   as strategic plan.

21       Q    Anything else?

22       A    And email correspondence but not -- other

23   than that, that's the main thing.

24       Q    And when you say "email correspondence,"

25   with whom do you correspond by email through the



 1   portal?

 2        A    Testing coordinators from the districts if

 3   they need to send something regarding testing that's

 4   confidential.  Them as well as Vickie or LaKesha

 5   from the State Department.

 6        Q    Okay.  Anyone else?

 7        A    No.

 8             MS. WOMACK:  Okay.

 9             Okay.  I think we can break for lunch, if

10        that works for everyone.

11             THE WITNESS:  Okay.

12             MR. MURPHY:  Okay.

13             THE VIDEOGRAPHER:  We are off the record

14        at 1:28.

15             (Luncheon recess taken.)

16             THE VIDEOGRAPHER:  And we are back on the

17        record at 2:10 p.m.

18        Q    (By Ms. Womack)  Ms. Ngeve, before we

19   broke for lunch, we were talking a little bit about

20   the students at Rutland GNETS Academy.  Do you

21   recall that?

22        A    Yes.

23        Q    And sort of at the beginning of that

24   conversation, you started to tell me a little bit

25   about the referral process and how students come to



1  be at Rutland GNETS Academy.  Do you recall that?

2      A    Yes.

3      Q    And I believe when you were beginning to

4  explain that, it sounded like there are sort of two

5  separate types of forms or documents that you use:

6  one for students who are being considered for GNETS

7  services and the other that is more of a

8  consultative request.  Am I summarizing that

9  accurately?

10      A    That's correct.

11      Q    Okay.  So I want to talk first about that

12  request for consultative services.

13          MS. WOMACK:  I am going to ask the court

14      reporter to mark this as Plaintiff's Exhibit

15      221.

16          (Plaintiff's Exhibit 221 was marked for

17      identification purposes.)

18      Q    (By Ms. Womack)  Ms. Ngeve, you have been

19  handed what's been marked as Plaintiff's Exhibit

20  221.  It bears a Bates stamp of Rutland 000297.  Do

21  you recognize this document?

22      A    Yes.

23      Q    What is this document?

24      A    This is a document, GNETS Request for

25  Consultation.  It's a Request for GNETS Consultation



CELEST NGEVE                                         July 15, 2022
UNITED STATES vs STATE OF GEORGIA                    193

 1    form.

 2         Q      Did you create this document?

 3         A      No.

 4         Q      Who created this document?

 5         A      GNETS directors, along with the State

 6    Department for GNETS.

 7         Q      And do you know if this is a document

 8    that's used across various GNETS programs?

 9         A      Yes.

10         Q      How did you -- how did you first receive

11    copies of this document?

12         A      They were sent via email to our former

13    director, and she shared it with us -- with me.

14         Q      Okay.  So you first became familiar with

15    this form through your former director at Rutland

16    Academy?

17         A      Yes.

18         Q      And does Rutland Academy use this

19    document?

20         A      Yes.

21         Q      And what is the document used for?

22         A      It's for -- it's when districts would like

23    to request for consultative support from Rutland

24    Academy.

25         Q      When districts want to request



 1   consultative services from Rutland Academy, do they

 2   create this document -- or I'm sorry -- do they

 3   complete this document?

 4       A    Yes, they complete the document.

 5       Q    Okay.  What happens to the document after

 6   they complete the document?

 7       A    They send it to me.

 8       Q    Okay.  And what do you do once you receive

 9   this document?

10       A    I contact the special education director,

11   and I schedule a time for the consultation.

12       Q    And when you say you schedule a time for

13   the consultation, it's whatever consultation that

14   particular director has requested?

15       A    That's correct.

16       Q    Okay.  What happens after you schedule the

17   consultation?

18       A    Then I go out and I provide the

19   consultative services that they're requesting.

20       Q    Do you keep records in any way of the

21   consultative services that you go out and provide?

22       A    Yes.

23       Q    And how do you record those?

24       A    I document what I -- what -- what work I

25   did with them, if it's -- if it's an observation, I



1   document that information, what I saw in the

2   observation, any new recommendations, any

3   suggestions for the setting, or anything that might

4   be helpful for that student in that particular

5   setting or that classroom structure.  And then I

6   provide that the special ed director and the --

7   anyone else they designate to have that information,

8   such as the school administrators.

9        Q    Okay.  Do you keep -- do you maintain

10   records at Rutland Academy of each consultation?

11        A    Yes.

12        Q    Are those records maintained

13   electronically? in paper form?  How is that done?

14        A    Both.

15        Q    Both.  So it's a paper form, and then you

16   also retain it electronically?

17        A    Yes.

18        Q    Okay.  Are you personally responsible for

19   maintaining those records?

20        A    Myself, as well as our coordinator, yes.

21        Q    Okay.  On this form in the -- the text box

22   that appears in the middle, it says, "Please review

23   the Guiding Questions for Consideration of GNETS

24   Services as well as the GNETS Services Flow Chart to

25   assist in appropriate educational planning for the



1    student."  Do you see that?

2         A    Yes.

3         Q    What are the guiding questions for

4    consideration of GNETS services?

5         A    The guiding questions are in alignment

6    with the GNETS Board rule that all the GNETS

7    directors use, we provide to all the LEAs that we

8    serve when they're considering a student for GNETS

9    placement.

10        Q    So you said the guiding questions are

11   questions that all of the GNETS directors use?

12        A    Yes.  They're in alignment with the GNETS

13   Board rule.

14        Q    And when you they're in alignment with the

15   GNETS Board rule, what do you mean by that?

16        A    The GNETS Board rule -- there's questions

17   that -- that guide decision-making for students, and

18   it's in alignment with what the GNETS Board rule

19   indicates.

20        Q    And when you say the questions are in

21   alignment with what the GNETS Board rule indicates,

22   is it accurate to say that those questions help

23   ensure that that Board rule is being complied with?

24        A    Yes.

25        Q    This also references the GNETS services



1  flow chart.  Do you see that?

2      A    Yes.

3      Q    What is the GNETS services flow chart?

4      A    It tell -- it's a flow chart that shows

5  how students could potentially be -- be considered

6  for GNETS placement, some of the things that happen

7  first and some of the things -- different services

8  that are provided in the districts prior to.

9      Q    Okay.  And is that flow chart kind of a --

10  almost like a text road map where, if the answers to

11  some questions are yes or no, it takes you to

12  different pathways or conclusions?

13      A    Not exactly.

14      Q    Okay.  How is it set up?

15      A    It just kind of indicates, you know, if

16  the student is coming from this particular type of

17  setting and they have had some of these type of

18  services, they may or may not be eligible for --

19  be -- be someone that you might want to consider for

20  GNETS placement.  Just kind of gives you a guide, an

21  example.

22      Q    Okay.  Is the GNETS services flow chart

23  aligned to the State Board GNETS rule in the same

24  way that the guiding questions for consideration of

25  GNETS service are?



1      A      Yes.

2      Q      So that GNETS services flow chart also

3  helps ensure compliance with the State Board GNETS

4  rule?

5      A      Correct, yes.

6      Q      Turning to the second page of this

7  document, which is Bates-stamped Rutland 000298,

8  this has a section where it says, "Check the

9  Consultative Services you would like for GNETS to

10 provide (choose one)."  Do you see that?

11     A      Yes.

12     Q      Are these the only consultative services

13 that you provide in connection with your role as

14 director of the Rutland GNETS Academy?

15     A      Yes.

16     Q      Is there anything else that occurs in the

17 process by which the school systems that have the

18 ability to -- to refer students to Rutland

19 Academy -- is there anything else that occurs in the

20 process of Rutland Academy providing consultative

21 services to those school systems that we have not

22 discussed yet?

23     A      Yes, there is -- there -- there are.

24     Q      What are those things?

25     A      Sometimes a district may want a certain



1  group of special education teachers to get FBA

2  coaching as a full group instead of it just being

3  for one teacher for one classroom for one student;

4  so those things happen as well.

5       Sometimes it's, you know, help with having

6  behavioral intervention plan strategies that might

7  be successful for students that are being served in

8  emotional -- classrooms that serve students with

9  emotional and behavioral disorders or autism and

10  things of that nature as well; so it may be a group

11  of special education teachers or administrators as

12  well.

13       Q     Okay.  So the consultative services could

14  apply, not just as consultation for a particular

15  student, but consultation to provide support to

16  groups of staff within those school systems?

17       A     Correct.

18       Q     Okay.  Have you provided those sorts of

19  group consultative services to any school systems in

20  the past school year?

21       A     Yes.

22       Q     And what -- what group consultative

23  services did you provide in the -- in the 2021-'22

24  school year?

25       A     Writing a successful FBA, functional



1  behavior assessment; behavior intervention planning;
2  student achievement model training.
3       Q    So the -- the writing the FBA
4  consultation -- with what group of -- of staff or
5  individuals was that?
6       A    It's been with administrators as well as
7  with teachers.
8       Q    Within a particular school system or
9  across multiple school systems?
10      A    Within two school systems in this -- in
11  the '21-'22 school year, if I'm not mistaken, only
12  two.
13      Q    Which systems are those?
14      A    Madison County and Commerce City.
15      Q    And what about the behavior intervention
16  planning?  With what groups of individuals or staff
17  was that consultation?
18      A    Madison County with their administrators
19  and teachers.
20      Q    Any others?
21      A    Not that I can recall, no.
22      Q    And any group consultations apart from
23  writing FBAs and then the behavior intervention
24  planning for the 2021-'22 school year?
25      A    Just the student achievement model.



1      Q      Okay.  And to what group of staff or
2    individuals did you consult on the student
3    achievement model?
4      A      I provided one across districts; so they
5    came here.  So across multiple districts that we
6    serve, they were able to come for the training.  And
7    I also provided that training for administrators in
8    Madison County as well.
9      Q      Okay.  And the training that was provided
10   here that was for multiple districts -- how many
11   districts participated in that?
12     A      I can't remember the exact number of this
13   last one.
14     Q      Okay.  Do you have a rough estimate?
15     A      Three to six.
16     Q      Okay.  All right.  So now I want to talk a
17   little bit about the referral process as it relates
18   to students who are actually being referred for
19   consideration of services at Rutland Academy GNETS.
20   I believe you mentioned earlier that there were some
21   consideration documents; is that correct?
22     A      Yes.
23     Q      Tell me a little bit more about those.
24     A      There's a consideration student
25   information packet form that basically indicates,



1  like, what they're wanting as far as what's going on
2  with that -- with that student and why they might
3  feel like GNETS services might be -- might be
4  helpful for this student at that time.
5           MS. WOMACK:  Okay.  I'm going to ask the
6      court reporter to please mark this document as
7      Plaintiff's Exhibit 222.
8           (Plaintiff's Exhibit 222 was marked for
9      identification purposes.)
10      Q    (By Ms. Womack)  Ms. Ngeve, you have been
11 handed Plaintiff's Exhibit 222, which is a document
12 Bates-stamped Rutland 000291.  The, sort of, title
13 of this document appears to be "Georgia Network for
14 Educational and Therapeutic Support Confidential
15 Student Information Packet."  Is this the document
16 that you were just referring to?
17      A    Yes.
18      Q    Okay.  And so you mentioned that, for a
19 student who is being referred for consideration of
20 GNETS services at Rutland Academy, this form would
21 be completed?
22      A    Correct.
23      Q    Who would complete this form on behalf of
24 a student that was being referred for consideration
25 of GNETS services?



 1        A      It depends.  It could be -- it depends.

 2        Q      What are the -- what are the options for

 3   who might complete this packet on behalf of a

 4   student?

 5        A      It might be the special education director

 6   or the special education coordinator, the

 7   administrator in conjunction with the special

 8   education director or coordinator.  It could be the

 9   behavioral support person in conjunction with the

10   LEA, the -- sorry -- special ed director and the

11   caseload manager.  It could be multiple people on

12   the IEP team that are within the school and even

13   including with the parent that might be providing

14   some information for it.  So it just depends.

15        Q      So would it be fair to say that this

16   packet would be completed by someone affiliated with

17   the referring school system?

18        A      Yes.

19        Q      Okay.  This packet is not completed by

20   Rutland?

21        A      No.

22        Q      Once this packet is completed, what

23   happens next?

24        A      Once it's completed, they send the

25   information to me; and then I review the packet.



1      Q     Okay.  And when you review the packet,
2   what do you review the packet for?
3      A     To make sure that all the components of
4   the packet are -- are there, using the guiding
5   questions to make sure that everything that should
6   be there is there.
7      Q     Okay.  So the guiding questions are the
8   guiding questions for consideration of GNETS
9   services that we talked about already?
10      A     Correct.
11      Q     Okay.  And those guiding questions for
12   consideration of GNETS services tell you what the
13   required components are of the packet that should be
14   there?
15      A     Yes.
16      Q     Okay.  Once you have reviewed the packet
17   to determine whether all of the required components
18   are there, what do you do after that?
19      A     I communicate with the special education
20   director or coordinator to let them know either I
21   have everything that -- that we're -- that we're
22   supposed to have in the packet or we're missing some
23   additional documents, and I ask for those documents.
24      Q     Okay.  Once you have done that, what
25   happens after that?



1       A       Then we schedule an IEP meeting to discuss

2   consideration for GNETS placement.

3       Q       Okay.

4       A       Provided that they provide the documents

5   that are missing, if anything is missing.

6       Q       So you only would move to scheduling an

7   IEP meeting once you have all of the required

8   documents?

9       A       Correct.

10       Q       Okay.  How is that IEP meeting scheduled?

11       A       I provide dates to the district, the

12   special ed director or coordinator, and they

13   communicate with the parents as well as the school

14   and find out when -- which date and time might be

15   the most appropriate for the parent and the school.

16       Q       Okay.  Do you participate in those IEP

17   meetings once they're scheduled?

18       A       Yes.  For all consideration meetings, I

19   participate in those.

20       Q       You participate in all of the meetings?

21       A       All the consideration meetings for any

22   students, yes.

23       Q       Okay.  Are there any times when you don't

24   participate in an IEP meeting where a student is

25   being considered for GNETS services?



```
 1         A      Not when they're being considered, no.
 2         Q      Okay.  Does anyone else from your staff
 3   participate in IEP meetings when students are being
 4   considered for services at Rutland?
 5         A      Yes.
 6         Q      Who else participates?
 7         A      My coordinator as well as the potential
 8   caseload manager for that student.
 9         Q      And is it the same way with your
10   coordinator and the potential caseload manager that
11   they participate in all IEP meetings where
12   consideration of GNETS services is being discussed?
13         A      Yes.
14         Q      Just going back to the cover of the
15   confidential student information packet, this
16   contains text similar to the text we reviewed on the
17   request for consultation; and so I just want to be
18   clear.  The GNETS services flow chart that's
19   referenced on the confidential student information
20   packet is the same GNETS services flow chart that's
21   referenced on the request for consultation?
22         A      Yes.
23         Q      And the same thing for the guiding
24   questions for consideration of GNETS services?
25         A      Yes.
```



1      Q      Did you create this confidential student

2   information packet?

3      A      No.

4      Q      Who created it?

5      A      The State Department in conjunction with

6   some special -- some of the GNETS directors.

7      Q      And how did you come into possession of

8   copies of this confidential student information

9   packet?

10     A      Initially through my former director.

11     Q      Okay.  So you received this confidential

12  student information packet through your former

13  director, just like you received the request for

14  consultation document through your former director?

15     A      Correct.

16     Q      Tell me a bit more about what happens in

17  the IEP meeting where consideration of GNETS

18  services is discussed for a student.

19     A      Are you wanting to -- are you asking about

20  just the general consist of what happens in those

21  meetings, or are you asking about something specific

22  in the meetings?

23     Q      Just generally, how does the meeting

24  proceed?  Who else is in attendance?  What occurs?

25     A      Well, to begin with, introductions; and



1  then, of course, we always offer parental rights to
2  the parent and make sure they have -- they
3  understanding their parental rights and ask if they
4  would like a copy of their parental rights.  If they
5  say they do, then we make sure they have a copy of
6  it if it's in person.  If it's virtual, we will put
7  it on the screen as well as give them -- let them
8  know that we can send them a copy immediately during
9  that meeting.  And we ask them if they would like a
10 moment for us to pause for them to read through
11 their parental rights to make sure they understand
12 them before proceeding forward.
13       Once a parent says -- often they say, "I have
14 already got a million copies.  I don't need them."
15 We always say, well, if at some point during this
16 meeting there is something you don't understand, we
17 want to make sure they understand and they can ask
18 questions.
19       Shortly -- once we finish with that, we talk
20 about the purpose of the meeting, which is to
21 consider -- just to see if GNETS might be a possible
22 option for that particular student.
23       And so we often will hear from the parent first
24 on how things are going with this -- with this
25 particular student, how things are going at home,



1  | what kind of things they would like to see the
2  | student be able to improve on.
3  |      And then we talk to -- we hear from the school
4  | as far as what are some concerns that are going on
5  | in the school system and things of that nature.
6  |      And then we proceed with the meeting to talk
7  | about what barriers there are, what kind of mental
8  | health challenges there are, what current traumas
9  | there are, if there is any loss, if there is any --
10 | have they been -- have these behaviors been
11 | persistent over a period of time, is this a new
12 | behavior, what mental health support they have
13 | involved, because I like to find out all the things
14 | that was going on with that kiddo to find out -- to
15 | be able to really understand that student.
16 |      And so we talk about those things; and the
17 | parents, you know, normally are pretty open in
18 | sharing what their concerns are and the multiple
19 | things that have been attempted prior to.  So we
20 | always discuss that during the meeting, like what
21 | kind of things have been attempted or -- or -- or
22 | implemented with that student, whether it's in --
23 | with therapy, whether it's with the school, whether
24 | it's both, if there's been both, and kind of find
25 | out about those things.



1       We also discuss placement, if there's been any

2   changes in home placement, have they always been

3   with parents, have they been with other parents or

4   other relatives, and things of that nature.  And

5   depending on the severity, they may talk about any

6   DFCS inter -- involvement or DJJ involvement and

7   things of that nature.

8       After we have talked about, like, the general

9   things that are -- that are going on with the

10  student, I talk to them about what we do here at

11  Rutland Academy because I want to make sure parents

12  understand what exactly we're even considering

13  because that's important for them to know.  So we

14  discuss what we do at Rutland Academy and how we

15  support students.

16      And then I ask -- I ask the parents -- we ask

17  the parents if they have any questions, if there is

18  anything they want to know more about.  So whatever

19  questions they have, they ask about those.  And

20  depending on what happens with those questions

21  determines what happens next with the conversation.

22      And so if we get to the point where all team

23  members feel like this still may be a good option to

24  consider, we make sure the parent understands what

25  this looks like, what this can look like and that

1  they can call a meeting anytime they want to and

2  that they really have a lot of input in what happens

3  with -- with what's going on with the students and

4  come take a tour, even if they want to do that prior

5  to considering this as an option to make sure they

6  feel comfortable with where their student is going

7  to be served.

8        We talk about those things.  And if the parents

9  and the team are all -- if the whole team is in

10  agreement with the fact that this student may need

11  to come here, we discuss, okay, what does that look

12  like?  When do we feel like it might be a good time

13  for them to start?  And then we -- we set up that

14  time period.  The home school district schedules the

15  transportation if they're going to be -- if they're

16  going to be a bus rider, and things of that nature,

17  and then allow for any additional questions.

18        And if everyone is -- if everyone is in

19  agreement and we talk about -- you know, we have

20  already gone over the plan, and we talk about the

21  social skills that the student may need to work on

22  based on what's going on with the student currently.

23        If everyone is in agreement with those social

24  skills, those are the skills that we determine are

25  going to be the IEP goals and objectives for social,



 1   emotional, behavioral.  They may have some that --
 2   that are there, but the parent may say, well, we
 3   have got these other things that have been going on
 4   for the last three or four months that we -- I feel
 5   like need to be addressed, I feel like they need
 6   support with.
 7        So then we give -- we ask the parents are these
 8   the goals, are these the skills that you're
 9   saying -- and the school -- are these the skills
10   that you feel like are really -- what's really
11   causing the student to not be successful right now;
12   so would it be helpful for these skills, what we
13   work on.
14        If they're in agreement, then we -- we let them
15   know that, okay, so, with your consent, we will go
16   ahead and change -- we will amend the IEP goals and
17   objectives to indicate that they're going to be
18   working on these particular skills.  We explain the
19   student achievement model, the point sheet, and how
20   that works, as well as our PBIS incentive program
21   and make sure they feel comfortable with those
22   things.
23        And if everyone is still in agreement by the
24   end of all that discussion, we determine the start
25   date, and the student starts.



1       Q       Have you ever had an experience in an IEP

2  meeting where consideration of GNETS services was

3  being discussed where there was disagreement among

4  the IEP committee as to whether the student should

5  receive GNETS services?

6       A       Yes.

7       Q       What happens when there's disagreement on

8  the committee?

9       A       Several things can happen.  We offer to

10 table the meeting if the parent would like to get

11 more information or consider other options.

12 Sometimes we table the meeting because the parent

13 is, like, "I don't even know where this school is,"

14 and so they may want to schedule a tour.  So we

15 schedule the tour.  And then we let the parent know,

16 when you're ready for us to come back together and

17 meet again, we will come back and meet again.

18      At other times we table the meeting because

19 maybe there's different things going on within the

20 meeting.  Maybe the parent gets a little upset and

21 they just want to meet at a different time.

22      And so at that point, if we need to table it,

23 we pause the meeting; and I follow up with the LEA

24 and let them know, you know, let me know whenever

25 the parent lets you know they're ready to meet; and



1   then we schedule that meeting at a later time.

2       Q    Have you ever had experiences in these IEP

3   meetings for consideration of GNETS services where

4   there's been disagreement between various members

5   of -- of the education staff, whether that's staff

6   here at Rutland or staff from the school district as

7   to whether the student should receive GNETS

8   services?

9       A    Yes.

10      Q    And what happens in that situation where

11  there's disagreement between various staff members

12  as opposed to with the parent?

13      A    The only ones -- the ones that I remember

14  were mainly, like, a teacher that felt like they

15  could -- they either -- they felt like the

16  consideration was a direct attack at how well or

17  how -- how poorly they have done as a teacher with

18  that student.

19      And so in those -- in those points we, you

20  know, will table the meeting as well and just say,

21  you know -- give them the opportunity to talk with

22  their -- their staff to figure out what might be

23  going on there.

24      Because we're coming in to -- we don't know the

25  student, but, you know, if there's a concern, we



1  don't want the meeting to continue going on with

2  there being discourse or if a parent has a concern

3  or if the staff has a concern.

4       So normally they would meet with their LEA and

5  they would talk about it further.  And if we needed

6  to -- you know, once it's time to table it and come

7  back to the meeting, then we're all here waiting to

8  do that again.

9       Q     Have you ever had any experiences in IEP

10  meetings for consideration of GNETS services where

11  staff from the school district thought a student

12  should be served at Rutland but you and your staff

13  members from Rutland did not agree with that?

14       A     You're asking has it happened during an

15  IEP meeting, or has that happened at all?

16       Q     Well, first, has it ever happened in -- in

17  an IEP meeting where decisions were being made about

18  whether the student would be -- would actually come

19  to Rutland to receive services?

20       A     Yes.

21       Q     And tell me about those situations.  What

22  happened with that disagreement?

23       A     From what I recall, it was earlier in my

24  career here at Rutland, and I was a teacher.  And,

25  you know, the district -- well, the teacher from the



1  other school felt very strongly on the student

2  coming to GNETS.

3       However, there -- from what we were -- from

4  what I understood at that time as a teacher in the

5  meeting, there had been very little that had been

6  done at that point with that particular student that

7  warranted going to a GNETS placement.

8       And, you know, so the -- the administrators

9  at -- that were here at the time felt maybe they

10  weren't necessarily in agreement, but they supported

11  the -- considered the options from the -- the

12  recommendations from the entire team.

13       But there were -- there was a couple of

14  meetings I participated in where the teacher felt

15  like the student needs to come to GNETS, but there

16  were still additional things that needed to be done.

17  But that was many -- that was earlier when I was --

18  as a teacher.

19       Q    In that situation, was the student sent to

20  Rutland?

21       A    Not immediately.  I think that the

22  district decided to do a few more things with that

23  student prior to submitting referral.  But the

24  student eventually came, but it was after additional

25  supports the interventions were put in place for



1    that student.

2        Q    Okay.  Have there been any instances sort

3    of in more recent years?  You said this instance was

4    when you were a teacher, but have there been

5    instances in more recent years where you had a

6    disagreement with staff from a school district as to

7    whether a student should be served at Rutland

8    Academy?

9        A    No.  No.

10            MR. MURPHY:  This happened at an IEP

11       meeting?  Is that what you were asking?

12       Q    (By Ms. Womack)  I'm asking now

13   independent of any IEP meeting.

14            MR. MURPHY:  Oh, okay.

15       Q    (By Ms. Womack)  Have you had any --

16       A    So not involved in -- not during an IEP

17   meeting?

18       Q    Right.  So I guess I'm just asking more

19   broadly, in recent years have you had any situations

20   where, you know, a local school system thought a

21   student should be served at Rutland Academy, but you

22   disagreed with that?

23       A    Oh, yes.

24       Q    And in -- sort of what were the

25   circumstances in which that situation arose?



1        A        There was very little information, data

2    that had been submitted that said that they -- that

3    everything they could do to support the student, and

4    the student was very young.  And I went back to the

5    board rule and the -- and the guiding questions, and

6    there was a lot of things that still had yet to be

7    done to support that student.

8        And I offered to be able to come and provide

9    support to that student at that school on a

10   consultative basis to observe and make some

11   recommendations as far as the goals and objectives

12   as well as some things that they could try in the

13   school before the student actually -- before they

14   actually submitted the referral or be ready -- or

15   before we were ready to really consider that student

16   for GNETS services.

17       Q        In that situation when you -- when you --

18   when you had that view formed that the student, you

19   know, was not appropriately -- was not appropriate

20   to send to Rutland Academy at that time, had there

21   been a confidential student information packet for

22   consideration of services submitted to you for that

23   student?

24       A        Yes.

25       Q        Did you have an IEP meeting to consider



1   GNETS services for that student?

2        A    We did eventually -- we did have -- we did

3   end up having a meeting, yes.

4        Q    And at the time you had that IEP meeting,

5   had there been any significant change in terms of

6   the sorts of supports or interventions that the

7   local school system provided from the time when you

8   disagreed that the student should be served at

9   Rutland?

10       A    Not at that time.

11       Q    In that IEP meeting for consideration of

12  GNETS services, what decision was made as to what

13  would happen to that student?

14       A    That we would provide consultative

15  services at the beginning of the school year to

16  support that student and to support the teachers in

17  the classroom and then come back together and meet

18  again to determine if at that time there still was

19  sufficient -- there was -- there was a reason --

20  that we felt like there was enough information and

21  there was a reason for that student to -- for them

22  to consider GNETS services.

23       Q    Okay.  So at the conclusion of that

24  initial IEP meeting for consideration of GNETS

25  services, that student was not deemed appropriate



1   for Rutland Academy?

2       A     Correct.

3       Q     Did that student at some later time end up

4   coming to Rutland Academy?

5       A     No.

6             MS. WOMACK:  I am going to ask the court

7       reporter to please mark this document as

8       Plaintiff's Exhibit 223.

9             (Plaintiff's Exhibit 223 was marked for

10      identification purposes.)

11      Q     (By Ms. Womack)  Ms. Ngeve, you have been

12  handed what's been marked as Plaintiff's Exhibit

13  223.  This is a document Bates-stamped Rutland

14  000299.  It's titled "GNETS Services Flow Chart."

15  Do you recognize this document?

16      A     Yes.

17      Q     Is this the GNETS services flow chart that

18  we have been discussing today?

19      A     Yes.

20      Q     Did you create this flow chart?

21      A     No.

22      Q     Who created this flow chart?

23      A     Some -- some of the GNETS directors, in

24  addition to the State Department for GNETS.

25      Q     And did you first come into possession of



1    this GNETS services flow chart in the same way that

2    you came into possession of the confidential student

3    information packet and the request for consultation?

4        A    Yes.

5        Q    And that's from your former director?

6        A    Correct.

7        Q    Do you use this document?

8        A    Yes.

9        Q    And how do you use this document?

10       A    To ensure that whenever -- to make sure

11   that I'm looking -- I'm constantly, you know,

12   following the process in which it should be followed

13   and making sure -- and I also present it to our

14   special education directors and coordinators at the

15   beginning of the school year each year.  And

16   sometimes if there is a new -- there's new directors

17   that come on, I make sure they have a copy of it as

18   well as everyone else from, you know, all the 13

19   school districts, the LEAs.

20       Q    Okay.  And when you say you use this

21   document to follow the process as it should be

22   followed --

23       A    Yes.

24       Q    -- what is the basis for how the process

25   should be followed?  Where does that come from?



1        A     Where does the basis come from?

2        Q     Yeah.  When you say this is to ensure that

3    you're following the process as it should be

4    followed, I'm just wondering what is -- who sets the

5    standard for how the process should be followed?

6        A     The board rule from the State Department.

7        Q     Okay.  So this is aligned to the State

8    Board GNETS rule as well?

9        A     Correct.

10       Q     Okay.  So looking at the top of this

11   document, in the sort of top text box, it says, "A

12   student currently being served in SPED has behavior

13   problems at their school and it is believed GNETS

14   may be an option."  Do you see that?

15       A     Yes.

16       Q     And "served in SPED" -- does that mean

17   served in special education?

18       A     Yes.

19       Q     And then this goes on to say, "GNETS

20   services are only for students served in SPED."

21   And, again, SPED meaning special education?

22       A     Correct.

23       Q     What is the basis for this statement that

24   GNETS services are only for students served in

25   special education?



1      A      To ensure that it's clear that only

2   children in special education are eligible for GNETS

3   services.

4      Q      Where does that requirement come from?

5      A      The GNETS Board rule.

6      Q      And then this goes on to say, "School

7   personnel contacts Special Education Director or

8   designee with concerns (outlining frequency,

9   duration and intensity of behavior problems).  A

10  check list of 'Guiding Questions' is completed to

11  determine whether more work is needed at the school

12  level or to proceed with GNETS involvement."  Do you

13  see that?

14     A      Yes.

15     Q      This checklist of guiding questions -- is

16  this the same guiding questions that we referred to

17  earlier?

18     A      Yes.

19     Q      So this flow chart has kind of three

20  primary columns.  The -- one is called

21  "Consultation"; one is called "Standard Process";

22  and one is called "Move In"; is that accurate?

23     A      Yes.

24     Q      Does this consultation section refer to

25  requests for consultative services of the sort that



1    you indicated you may provide to -- to various

2    school systems?

3          A    Yes.

4          Q    What is the standard process?

5          A    SPED director determines behavior problem,

6    meets frequency, duration, and intensity

7    qualifications and all school steps have been taken.

8    And then a student information packet is completed,

9    available only from the special education office.

10   GNETS coordinator and SPED director meets with --

11   meets to discuss the -- the packet information.  And

12   the school schedules an IEP meeting, and GNETS is

13   considered as an option.

14         Q    And so does this track the referral

15   process for consideration of GNETS services that you

16   just told me you use in deciding whether students

17   will be served at Rutland Academy?

18         A    I don't decide who to serve -- who is

19   served.  The IEP team decides.

20         Q    So -- well, let me rephrase that.

21         A    Okay.

22         Q    Does this track the referral process that

23   you just described to me that is followed --

24         A    Yes.

25         Q    -- when a decision is made as to whether a



1  student will receive services at Rutland Academy?

2        A     Yes.

3        Q     And this -- in this second step in the

4  standard process where it says, "A 'Student

5  information Packet' is completed," that is the

6  confidential student information packet that we

7  reviewed earlier?

8        A     Yes.

9        Q     In the next section, it's titled "Move

10 In."  Do you see that?

11       A     Yes.

12       Q     What does this section pertain to?

13       A     It pertains to students that move in from

14 another GNETS or some program in another state or

15 was released from a long-term hospitalization or

16 residential treatment and then meet and amend IEP if

17 necessary.

18       Q     So if you have a student who has moved in

19 from another GNETS program or from a similar program

20 in another state or was released from a long-term

21 hospitalization or residential treatment, how do you

22 handle this sort of process for that student being

23 considered for services at Rutland?

24       A     They still -- they submit the information

25 packet, and they submit all the documents that come



 1 | along with that student.  That student automatically
 2 | is going to be given the opportunity to have the
 3 | same services that they were having in their
 4 | previous location.
 5 |      And so we meet, and we talk about where was
 6 | that student in that process?  Was that student in
 7 | the process of transitioning out?
 8 |      And so we always talk to that GNETS as well to
 9 | find out where was that student at with that
10 | process.  They may have been already starting to
11 | transition out.  And so we talk about, okay, so we
12 | need to have a similar plan for what that student
13 | was receiving when they were there previously.  We
14 | find out how close they were to a full transition
15 | because it doesn't make sense for them to come here
16 | and start that -- start, you know, that time -- that
17 | period all over.
18 |      So we make sure that they're getting the -- the
19 | same similar services that they were getting at
20 | their previous location.  And if they were doing a
21 | partial transition, then we schedule -- begin with
22 | that same -- that same thing unless a parent has --
23 | shares any additional information that says that
24 | something else has happened that -- where they feel
25 | like other -- other services might be necessary.



1          Q     So you said when the student is coming

2     from another GNETS program, you talk to that GNETS

3     program?

4          A     Yes.

5          Q     Do you talk to whatever program a student

6     is coming from if that program is in another state?

7          A     Yes.

8          Q     What about when a student is coming from

9     long-term hospitalization or residential treatment?

10         A     Yes, we schedule -- we meet with the --

11    with the -- with the residential team as well.  The

12    whole IEP meets together with the LEA with that team

13    from -- from the hospital to find out where they

14    were with their treatment, were they -- were they

15    about to transition out and go back to a regular --

16    back to school, or were they still -- or had they

17    not met their treatment goals and if they still

18    needed some intensive services; however, insurance

19    or something else might have caused them to be

20    discharged at that time.

21         Q     Okay.  When this says a "similar program

22    in another state," what is -- is there any criteria

23    for what's considered a similar program?

24         A     It often is where it may -- the IEP may

25    indicate that they were -- that they were in a



1   separate school, a separate therapeutic school, a

2   separate therapeutic.  It just depends on where

3   they're coming from.

4        And so we call -- well, the LEA always calls

5   that particular school to find out what did that

6   look like?  Were they in a traditional school and

7   they were just getting some -- certain types of

8   supports within the school?  Was that really a

9   separate school altogether, and what does that

10  school -- what was the make -- what was the model of

11  that school, and does that -- does that student

12  still need that at this time?

13       Just to kind of get information to find out for

14  sure because different states call them different

15  things as far as -- and their -- their separate

16  schools may not be what our -- anything near similar

17  to a GNETS; so that kiddo may or may not be

18  appropriate.

19       Q    So -- and just to clarify, when a student

20  moves to Georgia who has been in a similar program

21  to -- to GNETS --

22       A    Yes.

23       Q    -- or when a student is released from

24  residential treatment or long-term hospitalization,

25  where do they go immediately?



1        A    Well, if they're coming from residential,

2    we meet prior to discharge to determine where

3    they're going to go because there may be times where

4    they're coming from a residential setting but they

5    are not necessarily needing to come to a GNETS.

6        But we just kind of need to figure out if

7    we're -- if we're able to, if they're coming from a

8    residential, then the team, the residential team

9    usually, you know, tries to get the school records

10   and stuff started, the school plan started prior to

11   them being discharged.

12       If they're coming from a different state, it

13   depends on, like, if the parent has already enrolled

14   them.  Sometimes it takes a period of time for the

15   parent to have gotten the records or the school

16   system to have gotten the records.  So it may be

17   that, you know, for a couple of days while they're

18   trying to figure that out, it may be that that

19   student may not be in school immediately when they

20   first come.  Just depends on how long it takes them

21   to get enrolled in the district.

22       Q    And so when you say the student may not be

23   in school, if a student's records for a student who

24   comes from out of state who has been in another

25   similar program hasn't been transferred and the IEP



1  team hasn't had a meeting yet, does that student

2  have the ability to go and attend their local zoned

3  school?

4      A    Yes.

5      Q    Okay.  So when you say a student may not

6  be in school, under what circumstances would a

7  student not be in school at all?

8      A    If the student is recently getting out,

9  maybe have recently relocated but they recently had

10  a situation where they just -- they're going to the

11  hospital or they're about to come back from the

12  hospital.  Because sometimes parents move from a

13  different state, but then a crisis happens.  So

14  therefore the kiddo may go into inpatient somewhere

15  as soon as they get into the state.  So they may or

16  may not be in school right away.

17      Other times it may be that the parent relocates

18  but they're doing -- they're having a lot of

19  things -- they're having a lot of challenges

20  themselves as the parents with getting them even

21  enrolled or figuring out who's going to take them to

22  go get them enrolled.

23      So there may be that period of time for a

24  couple of days we're figuring out what -- you know,

25  if the parent is going to go enroll them.  Often



1  it's a phone call that starts it, where the parent

2  calls and says, hey, we're moving here and our kid

3  will be going to this school.

4       If they call us, we contact the district.  We

5  say, okay, "What district are you moving to?"  And

6  if they contact the district, then the district

7  tries to figure out, okay, what day are you going to

8  be here so we can go ahead and get that student

9  enrolled in school.

10      Q    Okay.

11           MS. WOMACK:  I am going to ask the court

12           reporter to please mark this document as

13           Plaintiff's Exhibit 224.

14           (Plaintiff's Exhibit 224 was marked for

15           identification purposes.)

16           THE WITNESS:  Thank you.

17      Q    (By Ms. Womack)  Ms. Ngeve, you have been

18  handed what is marked as Plaintiff's Exhibit 224.

19  This is a document, bears the Bates stamp

20  GA00354672.  It is an email from you to Vickie

21  Cleveland dated October 25th, 2019, with the subject

22  "Re: J. Brown."  Do you recognize this document?

23      A    Yes.

24      Q    This is an email thread between you and

25  Vickie Cleveland; is that correct?



1          A     Yes.

2          Q     I will just note for you that on the

3     second page of this document we have redacted the

4     student's first name, where it has appeared, for

5     confidentiality purposes.

6          A     Yes.

7          Q     If you look towards the bottom of the

8     first page, do you see the email that you sent to

9     Vickie Cleveland and LaKesha Stevenson on October

10    17, 2019?

11         A     Yes.

12         Q     And in this email you say, "Clarke has a

13    kiddo that is returning from YDC.  He previously

14    attended Rutland before going to YDC, though his

15    behaviors were more conduct in nature.  Either way,

16    I know he'd return here when coming back from YDC as

17    we were the last placement prior to YDC.  Mom

18    doesn't want him to return to Rutland.  I want to

19    double check just for my own clarity.  If mom

20    decides she doesn't want him to return here, won't

21    her parent rights override Clarke wanting him to

22    return here?  I noticed in the verbiage that one of

23    the Clarke coordinators sent (below) that she is

24    telling the DHS case manager that the student has to

25    return to Rutland, yet I was thinking that if mom

1  doesn't agree to placement, when we meet, the

2  district has to support him in another way.  Is this

3  correct?  Again, I'm seeking clarity to make sure I

4  am adequately prepared for the meeting."

5          Have I read your email to Ms. Cleveland and --

6  and Ms. Stevenson accurately?

7          A     Yes.

8          Q     What is YDC?

9          A     Youth detention center.

10         Q     Okay.  And Clarke County is one of the

11  school systems that Rutland Academy and GNETS

12  program serves; is that right?

13         A     Yes.

14         Q     And so am I correct in understanding from

15  this email that here you are reaching out to

16  Ms. Cleveland and Ms. Stevenson because you

17  understand that one of the Clarke County special

18  education coordinators is saying that the student at

19  issue here must be placed at Rutland despite the

20  student's mom not wanting him to be placed there?

21         A     Correct.

22         Q     Were you looking for Ms. Cleveland and

23  Ms. Stevenson to clarify whether the Clarke County

24  special education coordinator was correct?

25         A     Yes.



1      Q      And was your understanding at the time

2   that you wrote this that if the student's mother did

3   not agree to the student being placed at Rutland

4   that Clarke County would have to find another way to

5   serve that student within their school system?

6      A      Yes.

7      Q      Ms. Cleveland responds to your email by

8   asking if you're available for a conference call; is

9   that right?

10     A      Yes.

11     Q      Did you have that conference call with

12  Ms. Cleveland?

13     A      I don't recall at this time.

14     Q      Do you recall whether you ever reached a

15  conclusion or received an answer to your question?

16     A      I don't remember on this exact -- on this

17  exact one, honestly.

18     Q      Does the -- the initials J. Brown from

19  Clarke County mean anything to you?

20     A      Yes.

21     Q      Did that student -- or has that student

22  spent time recently at Rutland Academy?

23     A      No.

24     Q      Do you know if the student ever came to

25  Rutland Academy after being released from YDC?



1        A     Yes, I know.

2        Q     And what happened to the student after

3   they were released from YDC?

4        A     They didn't come to Rutland.  They didn't

5   go back to their home setting; so it ended up being

6   a DFCS situation.  But they went to another

7   location.  I'm not sure what happened.

8        Q     Okay.  So that student did not come to

9   Rutland, and the student also did not go back to

10  Clarke County?

11       A     As I recall, correct.

12       Q     Okay.

13             MS. WOMACK:  I would like to hand the

14        court reporter what I would like to have marked

15        as Plaintiff's Exhibit 225.

16             (Plaintiff's Exhibit 225 was marked for

17        identification purposes, later correctly marked

18        as Plaintiff's Exhibit 199.)

19             THE WITNESS:  Thank you.

20             MS. WOMACK:  Actually, I need to correct

21        the record.  I apologize.  This document has

22        previously been marked as Plaintiff's Exhibit

23        199.  That deposition occurred so close in time

24        to this that there is no stamped exhibit; so we

25        can correct the markings on that document.



1             THE WITNESS:  Do you want me to hand it

2       back?

3             Q     (By Ms. Womack)  No.  You can -- you can

4    hang on to it for now, and we will make sure that we

5    correct it at the end of the deposition.

6             That document bears a sort of unique numerical

7    identifier at the bottom that is 000361.  Ms. Ngeve,

8    are you familiar with this document?

9             A     Yes.

10            Q     Is this the Guiding Questions for

11   Considering of GNETS Services that has come up

12   multiple times in our conversation today?

13            A     Yes.

14            Q     Does Rutland Academy use these Guiding

15   Questions for Consideration of GNETS Services

16   document?

17            A     Yes.

18            Q     And tell me how Rutland uses this

19   document.

20            A     One way is I provide it to all the G --

21   all the special education directors and coordinators

22   to make sure they have all the information so they

23   can actually use this form prior to submitting a

24   packet to make sure they have all the information

25   together.



1        Then the second thing I do with it is I use it
2    whenever a packet is sent in to me, a student
3    information packet is sent in to me, and I actually
4    use it to -- to indicate if everything is there
5    according to the guiding questions.
6        Q    Okay.  And am I remembering correctly that
7    you told me earlier that this document is aligned to
8    the State Board of Education GNETS rule?
9        A    Correct.
10       Q    And so when you're using this document to
11   make sure that everything that's supposed to be in
12   the confidential student information packet is
13   there, you're doing that to ensure that you are
14   complying with the State Board of Education GNETS
15   rule?
16       A    Correct.
17       Q    Did you create this document?
18       A    No.
19       Q    Who created this document?
20       A    The State Department for GNETS as well as
21   some -- some of the GNETS directors.
22       Q    Is it your understanding that other GNETS
23   programs use this same document?
24       A    Yes.  All.
25       Q    All of them?



1      A      All use it, yes.

2      Q      Okay.  Does Rutland Academy keep records

3   of what students are referred to its GNETS program

4   and what the outcomes of those referrals are?

5      A      Yes.

6      Q      How does Rutland keep those records?

7      A      We have a referral tracking notebook where

8   we actually indicate whenever a file comes in, and

9   then we go back and indicate if the student was

10  placed or if they were not placed.

11     Q      Okay.  Do you maintain those record

12  logbooks, you know, kind of on a longer-term basis?

13     A      Yes.

14     Q      And how do you maintain them?

15     A      We keep them locked in our -- in our

16  intake office with all the documentation.

17     Q      Are those records maintained in paper

18  form?

19     A      Excuse me.  Yes.

20     Q      Do you maintain them in any form other

21  than paper?

22     A      Sometimes.  It depends on how it was

23  submitted.  If it was submitted to us

24  electronically, then we may save it on -- we

25  previously saved it on our shared server under



 1  that -- under that student's file name.

 2       Q    Okay.  If a referral is submitted to you

 3  electronically, does that get recorded in your paper

 4  log?

 5       A    Yes.

 6       Q    Do you provide reporting on the number of

 7  referrals to Rutland Academy or the outcomes of

 8  those referrals to any entities outside of Rutland

 9  Academy?

10       A    Yes, the -- the 13 school districts that

11  we serve.  During the monthly LSEAC meetings, I

12  update on, if we have any new student referrals, the

13  number of student referrals; if we have any

14  consultations, the number of consultations --

15       Q    Okay.

16       A    -- and which districts.

17       Q    Do you provide reports of referrals to

18  anyone else?

19       A    We -- we provide them in -- some of it has

20  to be included in our grant application information,

21  if I'm not mistaken, as far as number of students

22  and number of students, if I'm not mistaken.

23       Q    Okay.  And who receives your grant

24  application?

25       A    The Department of Ed.



1        Q      The State Department of Education?

2        A      Yes.

3        Q      So then that referral information would be

4   reported to the State Department of Education?

5        A      I'm trying to recollect what all documents

6   that they ask for in that.  But I believe new

7   student -- like, the number of students -- not

8   necessarily which students, but the number, I

9   believe, is in there --

10       Q      Okay.

11       A      -- if I'm not mistaken.

12              MS. WOMACK:  Okay.  I would like to ask

13         that the court reporter please mark this as

14         Plaintiff's Exhibit -- I'm going to ask the

15         court reporter to please mark this document as

16         Plaintiff's Exhibit 225, and we will correct

17         that -- that number on that document which has

18         previously been marked already as Plaintiff's

19         Exhibit 199.

20              (Plaintiff's Exhibit 225 was marked for

21         identification purposes.)

22       Q      (By Ms. Womack)  Ms. Ngeve, you have been

23   handed what has properly been marked as Plaintiff's

24   Exhibit 225.  This is a document with the Bates

25   stamp Rutland 000584, and at the top it says



1  "Rutland Academy Initial Referral Tracking Form"?

2       A       Yes.

3       Q       Do you recognize this document?

4       A       Yes.

5       Q       Is this the referral tracking form that

6  you were just discussing?

7       A       Yes.

8       Q       Or a copy of it?

9       A       Yes.

10      Q       Who created this completed tracking form?

11      A       Myself and my former director.

12      Q       Okay.  And just to be clear for the

13 record, this has been redacted so that student names

14 do not appear, for confidentiality reasons.

15      So this tracking form identifies students who

16 are referred to the Rutland Academy GNETS program

17 and the outcome of those referrals?

18      A       Yes.

19      Q       Is this particular tracking form for some

20 particular time span?

21      A       It was, I think, at that period for the

22 '19-'20 -- I'm not -- for the -- hold on.  I'm

23 sorry.  Let me just double-check how far back.  That

24 was for -- looks like the time frame from '19

25 through '21.



1        Q        Okay.  And so the first entry on this

2    tracking form is -- says the referral was received

3    March 20th, 2019; is that right?

4        A        Yes.

5        Q        And then the last entry says that the

6    referral for that entry was received on February

7    23rd, 2021?

8        A        Yes.

9        Q        And then it actually appears that there

10   may be some additional dates in March of 2021 also

11   on the log; is that right?

12       A        Yes.

13       Q        Okay.  Would there have been any referrals

14   to the Rutland Academy GNETS program between March

15   20th, 2019, and March of 2021 that would not have

16   been recorded in this log?

17       A        No.

18       Q        Okay.  Do you see the box on this form

19   that says, "Decision (Choose one)"?

20       A        Yes.

21       Q        And then there is 1, 2, 3, 4, and it has

22   an explanation of each of those.  For number 1 it

23   says, "Diagnostic including number of days."  What

24   does that decision mean?

25       A        Diagnostic, the way it was written when we



1    created the form, was how many days are -- are we

2    going to go out and provide consultative services.

3    Like, if it's the number of days that we're going to

4    go out for four or five different dates; so we

5    already put on the calendar maybe to provide

6    observations or any classroom support, things of

7    that nature.

8         Q     Okay.  When the decision is 2, it means

9    that the student was actually placed at Rutland

10   Academy?

11        A     Correct.

12        Q     Am I reading that correctly?

13        A     Yes.

14        Q     What does Decision 3 mean?

15        A     That they are transferring in from another

16   GNETS.

17        Q     Okay.

18        A     So they're automatic move in, according to

19   the flow chart.

20        Q     Okay.  And then what does 4, as the

21   decision, mean?

22        A     That the team determined that -- that it

23   wasn't appropriate, that at this time maybe they

24   wanted to do some additional interventions in the

25   school or maybe that there was just certain other



1   circumstances going on, maybe a recent

2   hospitalization or something that just deemed that

3   at that point it wasn't an appropriate fit.

4        Q    Okay.  When a student is deemed not an

5   appropriate fit for Rutland Academy, is there any

6   formal process by which additional support is

7   provided by Rutland to that student to ensure that

8   they can succeed in -- in their less restrictive

9   environment?

10       A    Yes.

11       Q    What does that process look like?

12       A    It's normally GNETS consultative services.

13  It may be us going out, like I said, to observe the

14  student or provide recommendations to the staff,

15  maybe even help train the staff on maybe certain

16  strategies that they could possibly implement, and

17  then going out to see the implementation of those

18  strategies being implemented within that school

19  setting.

20       Q    Is there some standard period of time for

21  which those consultative services are provided after

22  the student is referred but they're deemed not an

23  appropriate fit?

24       A    No.  It just depends on the individual

25  situation.  Some school systems may want to continue



1   with those strategies for -- in a standard period of

2   time because it's working and they don't need to

3   move forward with the -- with the -- with the --

4   with the consideration.

5        Q    Okay.  If you look at Entry 126 --

6        A    Yes.

7        Q    -- on this log, am I reading this

8   correctly that this is a situation where

9   consultation was provided for one day?

10       A    Yes.

11       Q    When it says "Time" in the column to the

12  left of that --

13       A    Yes.

14       Q    -- is that the amount of time that was

15  spent on the consultation during that day?

16       A    Yes.

17       Q    Okay.  Do you ever reach out to the State

18  Department of Education with questions about

19  students that school districts want to refer to the

20  Rutland Academy GNETS program?

21       A    Yes.

22       Q    And sort of what kinds of questions do you

23  reach out about?

24       A    Maybe if a -- if a district is concerned

25  that they have a student that has those specific



1  behaviors and they're wanting more -- more support

2  with that particular student within that setting,

3  but maybe the parent does not want us to come to the

4  school to do observations or things of that nature,

5  we kind of reach out and just ask, like, what do we

6  do in this situation.  We want to support that

7  district and support that kiddo, but if the parents

8  said we can't come, you know, other -- other things

9  that we can do.  So often it's, you know, providing

10  strategies and support to the teachers only and not

11  necessarily ever observing the student.

12        Other times there may just be general questions

13  about what's going on.  A student that is coming

14  from a residential facility to -- the residential

15  facility may feel like or the hospital facility may

16  feel like they need to go to a GNETS; the parent

17  does not want them to go to GNETS.  The district was

18  not planning to send them to a GNETS prior to them

19  going to hospitalization.  Just some general

20  questions about if there are any recommendations

21  that they could have, they can give us about how we

22  could potentially move forward.

23        Q    Okay.  And when you have those kinds of

24  questions about students that school districts want

25  to refer to Rutland Academy GNETS program and you



1  reach out to the State Department of Education, who

2  specifically do you reach out to?

3       A     Vickie Cleveland or LaKesha Stevenson.

4       Q     Okay.  It sounds like many of the kinds of

5  questions that you reach out to Ms. Cleveland or

6  Ms. Stevenson for are when you are unsure about

7  certain things and you're looking for clarification;

8  is that fair?

9       A     Yes, that's fair.

10      Q     And why do you reach out to

11 Ms. Cleveland -- Ms. Cleveland or Ms. Stevenson?

12 Why those two individuals?

13      A     Since they are the program, you know,

14 director and coordinator for GNETS and they -- they

15 often will -- you know, they just -- I just feel

16 like they have great wisdom, and I want to make sure

17 that is there any recommendations or something else

18 I can be doing differently to support our districts

19 because I want to make sure we're supporting them

20 and providing them with all that they need, so --

21      Q     Are Ms. Cleveland and Ms. Stevenson

22 generally responsive to your requests?

23      A     Oh, yes.

24            MS. WOMACK:  I would like to have this

25            document marked as Plaintiff's Exhibit 226.



 1              (Plaintiff's Exhibit 226 was marked for
 2       identification purposes.)
 3       Q     (By Ms. Womack)  Ms. Ngeve, you have been
 4  handed what has been marked as Plaintiff's Exhibit
 5  226.  This is a document Bates-stamped GA00356905.
 6  It's an email from you to Vickie Cleveland dated
 7  January 3rd, 2020.  The subject is "Chat?"  Do you
 8  recognize this document?
 9       A     Yes.
10       Q     Is this an email that you sent to Vickie
11  Cleveland?
12       A     Yes.
13       Q     And is this an example of what we were
14  just discussing, you reaching out to Ms. Cleveland
15  to discuss a student that a district wants to send
16  to Rutland?
17       A     Yes.
18       Q     Do you recall what this email -- the
19  situation that this email related to?
20       A     No.
21       Q     Okay.  Once a student arrives at Rutland
22  Academy, are they given any assessments to determine
23  where they are, either behavior -- behaviorally or
24  academically?
25       A     Yes.



1       Q     So starting with behaviorally, what

2   assessments are students given when they arrive at

3   Rutland?

4       A     We often will do a strength and

5   difficulties questionnaire to find out some of the

6   things that they may be having some -- some more

7   challenges -- some extreme challenges with versus

8   other things -- and that really looks at how they

9   feel about themselves, how they perceive where they

10  are -- to kind of get an understanding of where the

11  student is because just asking -- asking Q and A may

12  not be as easy for some of our students.  That's one

13  of the ones that we do.

14      Q     Do you give any other assessments to

15  determine where students are behaviorally when they

16  come to Rutland?

17      A     Often we will just mainly -- not

18  necessarily another assessment; but when it comes to

19  behaviorally, we -- we use the data that's coming

20  from the school district, but then also we will do

21  student interviews.  Often the social worker would

22  be the one that would do the interview because it's

23  not a person that's going to be giving them grades

24  or anything like that.  So they just kind of do a

25  student interview to kind of find out how they're

1  feeling, what kind of things they feel like they're

2  struggling with, just to get an understanding.

3        Q    Okay.  And does the social worker

4  interview every student who is new to Rutland in

5  that way?

6        A    Yes.

7        Q    Who determined that Rutland would give the

8  SDQ to assess where students are behaviorally?

9        A    We have been using that for quite some

10 time.  I'm not sure exactly who initially determined

11 that, but I definitely determined that we continue

12 using it.

13       Q    Okay.  But you don't know who initially

14 made that decision?

15       A    No.

16       Q    You mentioned earlier a -- I believe it's

17 an assessment called the BASC?

18       A    Yes.

19       Q    Is that something that's administered to

20 Rutland students?

21       A    Yes.

22       Q    Do you administer that when students

23 arrive, or is there some other sort of schedule for

24 how students are administered that assessment?

25       A    Usually they will do the BASC-3 if it's --



 1   it depends.  It depends if it's close to that -- to

 2   the IEP -- annual IEP date that's coming up, they

 3   may do that.  If the IEP is in November and the

 4   student starts in October, it's good to kind of get

 5   that updated information because it may be helpful

 6   as it comes to planning and helping support the

 7   student.  So it depends.

 8        Q    Is the typical practice to administer the

 9   BASC close to a student's annual IEP meeting?

10        A    We do them at the beginning of the school

11   year for all students, but then we also do it closer

12   to the actual IEP date.

13        Q    Okay.  Understood.  And who made the

14   decision that the BASC would be administered?

15        A    I -- I -- I -- I made the decision for it

16   to continue, but it was previously done here by

17   former directors.

18        Q    Who made the decision when it began to be

19   used?

20        A    A former director.

21        Q    A former director?

22        A    Yes.

23        Q    In terms of assessing students -- or

24   assessing where students are academically when they

25   arrive at Rutland Academy, are there any assessments



1   given?

2        A    Yes.

3        Q    And what are those?

4        A    Usually we use i-Ready to get the

5   baseline.  We get the diagnostic data.  And that's

6   going to let us know, math and reading, where they

7   are academically.  And we provide incentives for the

8   students so they actually try their best to do it,

9   and we can get a really good gauge of where they are

10  academically.

11       We also -- depending on the data that's

12  provided from the district, we may start with them

13  having, like, a Wilson reading assessment to really

14  understand where they are with their reading level

15  and assess them within that first week to find out

16  if they may need to be at a higher level of books

17  than what it was deemed prior to them coming here,

18  because sometimes students may or may not have put

19  in their best effort in previous settings; so it may

20  not be accurate information.

21       Q    Okay.  So students are assessed

22  academically as to where they are with i-Ready and

23  then also possibly the Wilson reading assessment?

24       A    Yes.  And for some students Fundations as

25  well with -- with reading.



1      Q      Okay.  And who made the decision that

2    students would be assessed academically using

3    i-Ready?

4      A      i-Ready is from the State Department.

5    We all -- all the GNETS use i-Ready, but then I, you

6    know, make sure that we're doing that as well.

7      Q      Okay.  And when you say it's from the

8    State Department that all the GNETS programs use

9    that, you're saying that i-Ready is something that

10   the State Department has indicated that -- that all

11   the GNETS programs should use?

12     A      Yes.

13     Q      Okay.  And then you reinforce that by

14   making sure that it's actually implemented?

15     A      Correct, yes.

16     Q      What about the Wilson reading assessment?

17   Who made the decision that that would be used as an

18   assessment?

19     A      Myself, along with our reading specialist

20   from RESA.  She provided that training to our

21   teachers, and she always provides it to any new

22   teachers that might be teaching reading.  So she

23   kind of helped us really increase our rigor with

24   making sure that reading was a primary focus after

25   looking at data across time and realizing that that



1    was a curriculum that was helpful for our students.

2    And our other districts were using it as well.

3        Q    Okay.  And then who made the decision

4    about using Fundations where that's used to assess

5    reading?

6        A    Again, myself, along with our reading

7    specialist from RESA.

8            MS. WOMACK:  I would like to have this

9        document marked as Plaintiff's Exhibit 227.

10           (Plaintiff's Exhibit 227 was marked for

11       identification purposes.)

12           THE WITNESS:  Thank you.

13       Q    (By Ms. Womack)  Ms. Ngeve, you have been

14   handed what's been marked as Plaintiff's Exhibit

15   227.  This is a document bearing the Bates number

16   GA00362585.  It is an email from you to Vickie

17   Cleveland dated October 6, 2020.  The subject is

18   "Re: SDQ/BASC," B-A-S-C, "Follow-up."  Do you

19   recognize this document?

20       A    Yes.

21       Q    And am I correct that this is an email

22   exchange between you and Vickie Cleveland regarding

23   SDQ and BASC?

24       A    Yes.

25       Q    Your email to Ms. Cleveland responds to an



1  earlier email from Ms. Cleveland that you received;

2  is that correct?

3       A    Yes.

4       Q    Does it appear that that email that you

5  received from Ms. Cleveland was sent to -- it's

6  addressed "Directors."  Do you see that?

7       A    I do.

8       Q    Was that email sent to all the GNETS

9  directors?

10      A    I don't know.

11      Q    But the email is directed to directors?

12      A    Correct.

13      Q    Okay.  And you received this email?

14      A    Yes.

15      Q    In Ms. Cleveland's email that you

16  received, she says, "This is" -- "This email is a

17  follow up to our directors on last week regarding

18  the SDQ and BASC assessments.  See the guidance

19  below."  Do you see that?

20      A    Yes.

21      Q    Is this referring to a GNETS directors'

22  meeting?

23      A    Yes.

24      Q    Had you met with Ms. Cleveland at a GNETS

25  directors' meeting prior to receiving this email?



1        A       I'm unsure of the exact date, but -- of

2    the meeting or if I -- if I was present at that

3    meeting.

4        Q       Mm-hmm.  In number 1 in Ms Cleveland's

5    email that you received, she says, "Please disregard

6    the previous testing calendar that was sent.  These

7    dates are not set in stone.  You have flexibility as

8    to when you administer the assessment."  Do you see

9    that?

10       A       Yes.

11       Q       What assessment is -- is this referring

12   to?

13       A       I'm not sure at this time.

14       Q       Is it -- do you understand from this email

15   that it's referring either to the SDQ or the BASC

16   assessment?

17       A       Potentially.

18       Q       You didn't -- sitting here today, you

19   don't have any understanding of what you understood

20   this email to mean?

21       A       Not that particular line as far as which

22   exact assessment that she was referring to, whether

23   it's SDQ or BASC or either of those, since it

24   mentioned a previous meeting.

25       Q       Further down, Ms. Cleveland says, "We have



1  found SDQ & BASC completion ONCE a year is adequate

2  to drive IEP development.  Each GNETS has the

3  flexibility to determine administering these

4  assessments more than once a year if you choose."

5  Do you see that?

6       A    Yes.

7       Q    Do you understand this to mean that the

8  SDQ and BASC need to be administered at least once a

9  year?

10      A    Yes.

11      Q    Ms. Cleveland notes that SDQ and BASC

12 completion drive IEP development.  Do you see that?

13      A    Yes.

14      Q    Do you agree with that?

15           MR. MURPHY:  Are you asking her about the

16      time line in terms of once a year or that it's

17      adequate to drive IEP development in general?

18      Q    (By Ms. Womack)  Yeah, so -- so here

19 Ms. Cleveland says, "We have found SDQ & BASC

20 completion ONCE a year is adequate to drive IEP

21 development," and I'm asking do you agree with that?

22      A    That it being done once a year is

23 adequate?

24      Q    To drive IEP development?

25      A    In some cases, yes, to help.



1       Q       And are there cases where you would say

2   that SDQ and BASC completion once a year is not

3   adequate to drive IEP development?

4       A       Yes.

5       Q       And in those cases, Ms. Cleveland is

6   indicating here that the GNETS programs have

7   flexibility to administer those assessments more

8   than once a year --

9       A       Yes.

10      Q       -- if they choose to do so?

11      A       Yes.

12      Q       But those assessments are to be

13  administered at least once a year?

14      A       Yes.

15      Q       IEPs have come up on several occasions in

16  our conversation today.  Does Rutland Academy

17  provide any reporting to the Georgia Department of

18  Education regarding the IEPs of students at Rutland

19  Academy?

20      A       When you say information regarding the

21  IEPs, what exactly are you asking?

22      Q       I am just asking broadly is there any

23  information regarding student IEPs or student files

24  that you provide to the Georgia Department of

25  Education?



1          A      No.

2                MR. MURPHY:  Before we move on from this

3          exhibit, can I can ask --

4                MS. WOMACK:  Mm-hmm.

5                MR. MURPHY:  Every time that y'all have

6          been referring to the "BASC," sometimes I

7          thought it sounded like "BAS," B-A-S, but you

8          have always been referring to the B -- the

9          B-A-S-C, the instrument referenced in Exhibit

10         227?

11               THE WITNESS:  Yes.

12               MR. MURPHY:  Is that right?  Have you got

13         that?

14               MS. WOMACK:  We can provide it.

15               MR. MURPHY:  Okay.

16               MS. WOMACK:  I am going to ask the court

17         reporter to please mark this document as

18         Plaintiff's Exhibit 228.

19               (Plaintiff's Exhibit 228 was marked for

20         identification purposes.)

21         Q      (By Ms. Womack)  Ms. Ngeve, you have been

22    handed what has been marked as Plaintiff's Exhibit

23    228.  This is a document bearing the Bates stamp

24    GA00055066.  At the top this is an email from you to

25    Vickie Cleveland dated December 2nd, 2020.  The



 1   subject is "Re: File review."  Do you recognize this

 2   document?

 3        A     Yes.

 4        Q     And am I correct that your email to

 5   Ms. Cleveland responds to an earlier email that

 6   Ms. Cleveland sent that you received?

 7        A     Yes.

 8        Q     And is Ms. Cleveland's email directed to

 9   the group directors?

10        A     Yes.  It says, "Greetings Directors."

11        Q     Okay.  And she goes on to say, "Just

12   updating everyone on the IEP file reviews.  The date

13   for completing the reviews has been extended to

14   January 15, 2021."  Do you see that?

15        A     I do.

16        Q     What are the IEP file reviews that are

17   referenced here?

18        A     There were -- I don't remember the full

19   expected of the file reviews.

20        Q     The file reviews -- were the IEP file

21   reviews something that the directors were required

22   to complete?

23        A     Yes.

24        Q     Who at Rutland was responsible for

25   completing those IEP file reviews?



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                          261

1         A     Myself.

2         Q     And sitting here today, you don't know

3    what those IEP file reviews entailed?

4         A     I don't remember all the details of

5    that -- of the file reviews.  I remember that

6    generally overall, but I don't remember exactly what

7    the purpose of them were, now looking back.

8         Q     So do you -- can you just tell me what you

9    do recall about those IEP file reviews, what the

10   goal of the review was?

11        A     I don't remember exactly.

12        Q     Okay.  But you were charged with

13   conducting IEP file reviews, the ones that are

14   referenced here?

15        A     Yes.

16        Q     And Ms. Cleveland is -- is emailing or

17   communicating that the date for completing those

18   reviews has been extended?

19        A     Correct.

20        Q     So there was a deadline for completion of

21   those reviews?

22        A     Yes.

23        Q     Are these IEP file reviews something that

24   Rutland Academy sort of has done repeatedly?

25        A     No.



1       Q       This was sort of an individual project?

2       A       That I recall, yes.

3       Q       What is Rutland Academy GNETS program's

4    annual operating budget?

5       A       I do not know that exact number right off

6    the top of my head, honestly.

7       Q       Do you have a ballpark?

8       A       No.  Because it's not the same each year;

9    so I'm not exactly sure.

10      Q       Is it in the millions?

11      A       I can't recall.

12      Q       Where do the funds that make up the

13   Rutland Academy operating budget come from?

14      A       The State Department as well as the

15   special -- the LEAs that we serve, the 13 districts.

16      Q       Does Rutland Academy receive any

17   per-people funds from the QBE?

18      A       I am not as familiar.  I can't remember

19   that exactly.

20      Q       Okay.  Is there a budget process by which

21   Rutland Academy requests funding?

22      A       Not that I'm -- not that I can recall

23   exactly the -- the process.

24      Q       Is there any process by which funding is

25   determined for Rutland Academy on a yearly basis?



 1        A      Yes.

 2        Q      And what is that process?

 3        A      It is determined by, of course, the number

 4  of enrollment as far as every so many years they

 5  look at the number of enrollment, but also the

 6  districts collaborate on the budget and how --

 7  what's in our -- how the budget is being used, how

 8  much is -- how many teacher allotments and staff

 9  allotments are needed and things of that nature,

10  along with human resources and our finance people

11  from RESA.

12        Q      And you have mentioned several times

13  during our conversation today a GNETS grant

14  application?

15        A      Yes.

16        Q      What is the GNETS grant application?

17        A      It's an application we have to submit

18  annually to the State Department regarding how our

19  program has ran and everything that's needed -- that

20  we did within the school year, should I say, as far

21  as how many staff, the staffing pattern, the number

22  of students receiving mental health support, number

23  of students that -- I think it includes the number

24  of students that transitioned.  There's several

25  different things that are included in that.  But



1  really how the program -- everything about the
2  program from that particular year.  That's for the
3  GNETS grant.
4        Q    And when you're providing that information
5  in connection with the GNETS grant, what is the
6  purpose of you providing that information?  What are
7  you looking for?
8        A    That's to -- for budget -- for budget
9  purpose for the -- from what I understand, from the
10 State Department to determine the amount of the
11 budget, the specifics -- the specific needs and what
12 have we -- have we done in -- in -- in alignment
13 with the -- the GNETS Board rule as far as what we
14 should be providing to students and supports and
15 making sure that everything is being done
16 appropriately, you know, for the students and the
17 school, whatever is related to the budget.
18       Q    And then once the State Department
19 receives that grant application with all of that
20 information, then decisions are made about the
21 amount of money that Rutland Academy will get from
22 the State Department?  Is that -- am I understanding
23 that correctly?
24       A    Yes.
25            THE VIDEOGRAPHER:  We're coming up on



1          about an hour and half, and I have got about

2          five or six more minutes on my card at this

3          point --

4                    MS. WOMACK:  Yeah, let's just take a

5          break.

6                    THE VIDEOGRAPHER:  And we are off the

7          record at 3:39.

8                    (Recess taken.)

9                    THE VIDEOGRAPHER:  And we are back on the

10         record at 3:51.

11         Q     (By Ms. Womack)  So before the break we

12    were discussing funding.

13                    MS. WOMACK:  And I would like to have the

14         court reporter please mark this as Plaintiff's

15         Exhibit 229.

16                    (Plaintiff's Exhibit 229 was marked for

17         identification purposes.)

18         Q     (By Ms. Womack)  Ms. Ngeve, you have been

19    handed a document that has been marked as

20    Plaintiff's Exhibit 229.  It bears the Bates stamp

21    Rutland 002910.  Do you recognize this document?

22         A     Yes.

23         Q     What is this?

24         A     This is the grant -- grant application

25    from 2021.  Says, "Fiscal year: 2021," so yes.



1       Q      This is Rutland Academy's grant

2    application for the fiscal year 2021?

3       A      Yes.

4       Q      If you flip through this document, this

5    looks like a printout of a computer-based document.

6    Is this something that's submitted electronically?

7       A      Yes.

8       Q      Is this submitted through the Georgia

9    Department of Education portal?

10      A      Yes.

11      Q      Does this document that has been marked as

12   Plaintiff's Exhibit 229 contain the information that

13   the Rutland GNETS program submitted to the Georgia

14   Department of Education in connection with its grant

15   application for fiscal year 2021?

16      A      Yes.

17      Q      Who at Rutland would have been in charge

18   of submitting this information?

19      A      I would.

20      Q      Anyone else?

21      A      Not submitting it.

22      Q      Okay.  Is anyone else involved in

23   compiling this information to prepare it for

24   submission?

25      A      Yes.



1        Q       Who else is involved?

2        A       The coordinator.

3        Q       Anyone besides her?

4        A       No.

5        Q       And what role does your coordinator play?

6        A       I apologize.  Let me answer -- can I add

7    to that?

8        Q       Sure.

9        A       Also human resources.  There -- there may

10   be -- there's additional information sometimes I

11   have to request from them to make sure it's accurate

12   for the grant application as well.

13       Q       Okay.  And what role does your coordinator

14   play in preparing information for submission as part

15   of this grant application?

16       A       Just pulling the documents as far as the

17   mental health agencies and different things that

18   we're going to have to put in.  Just pulling the

19   documents together so we can all go ahead and put

20   everything in.

21       Q       Okay.  Is it fair to say there is a large

22   amount of information that must be submitted in

23   connection with this grant application?

24       A       Yes.

25       Q       To whom is the information in this grant



1  application submitted?

2       A    It's submitted in the portal, and then

3  Vickie Cleveland and LaKesha Stevenson pretty much

4  sign -- well, they, I think, pull information from

5  there.

6       Q    Okay.  So this information then goes to

7  Vickie Cleveland and LaKesha Stevenson --

8       A    Yes.

9       Q    -- once it's submitted?

10      A    Yes.

11      Q    This grant application was for fiscal year

12  2021.  What is the relative time frame in which this

13  grant application would have been actually submitted

14  to the Georgia Department of Education?

15      A    The time frame would have been May --

16  between May -- May till the end of June, likely.

17      Q    Of what year?

18      A    It would have been for -- from last --

19  last year.

20      Q    So for -- I just -- fiscal years confuse

21  me a little bit; so I want to be clear.  This is for

22  fiscal year 2021.

23      A    So then --

24      Q    Is fiscal year 2021 the 2020 to 2021

25  school year?



1        A      If it was fiscal year 2021, it would have

2    been submitted in 2020 for the '21-'22 school year.

3    It would have been submitted in 2020 for the

4    following year.

5        Q      So it would have been submitted in --

6        A      I'm sorry.  I'm sorry.  No.  I'm getting a

7    little -- little confused a little bit.  We submit

8    it at the end of the school year with the

9    information from that current school year as we

10   prepare for the following school year.

11       Q      So is it correct, then, that if this grant

12   application is for fiscal year 2021, it would have

13   been submitted in May or June of 2020 for the

14   2020-2021 school year?

15       A      I don't want to say that accurate for

16   sure.  Because we do it at the end of the school

17   year from the -- with the information from that

18   particular school year in preparation for the next

19   one.  So when it says fiscal year 2021 --

20       Q      Okay.  But, in any event, the process is

21   that Rutland Academy submits its grant application

22   in May or June --

23       A      Yes.

24       Q      -- of each school year?

25       A      Correct.



1    Q    And the information that's contained in

2  that grant application is from all of the school

3  year leading to the time when it's submitted?

4    A    Correct.

5    Q    Okay.  And you said previously that this

6  grant application is what Rutland submits to obtain

7  state funds for its program; is that right?

8    A    Yes.

9    Q    Is Rutland obligated to complete all of

10  the sections of this grant application in order to

11  obtain those funds?

12    A    Yeah, all -- all -- all components have to

13  be completed, yes.

14    Q    And on this first page of the grant

15  application, is -- do you see the -- the text that

16  appears in blue?

17    A    Yes.

18    Q    Are these, kind of, categorical areas

19  summarized that then in the pages that follow

20  Rutland has provided more specific information

21  about?

22    A    Yes.

23    Q    I would like to direct your attention to

24  the page that bears the Bates number Rutland 002925.

25    A    Okay.



1    Q    What is the -- the, sort of, category of

2  this section of the grant application that Rutland

3  completed for fiscal year 2021?

4    A    The staffing pattern.

5    Q    So in this grant application, Rutland

6  provides information about its staffing pattern?

7    A    The staffing pattern is already in the

8  system; so we don't have to put that information in

9  there.  It's normally based on what we have already

10  had as far as existing staff.

11    Q    Okay.  So this information gets -- does

12  this information get auto-populated?

13    A    It does, based on what we had, I think

14  prior to that previously.  And then we can let them

15  know if there's any changes that need to be made or

16  there's something different --

17    Q    Okay.

18    A    -- if I'm not mistaken on this particular

19  part.

20    Q    So if there is something that's

21  inaccurate, would you notify the Georgia Department

22  of Education to let them know?

23    A    Yes, yes.

24    Q    Okay.  And so on this page and continuing

25  on to the next page, this portion of the grant



```
 1   application identifies each staff person at Rutland

 2   and the category of staff that they belong to; is

 3   that accurate?

 4        A    Yes.

 5        Q    So it shows, for example, you know, how

 6   many GNETS teachers you have?

 7        A    Yes.

 8        Q    And then it would also show how many

 9   paraprofessionals you have?

10        A    Yes.

11        Q    And does it do that for all of the other

12   categories of staff at Rutland Academy?

13        A    Yes.

14        Q    Does this section of the grant application

15   also show where the funding for those positions come

16   from -- comes from?

17        A    In some it does.

18        Q    So just so that I am understanding, if you

19   look at the GNETS social worker, do you see where

20   that appears?

21        A    Yes.

22        Q    And then if you look across, you see it

23   says "State Grant"?

24        A    Yes.

25        Q    And it has the number "1" there?
```



1        A       Yes.

2        Q       And so what does that mean?

3        A       That it's a state grant that provides our

4   social worker.

5        Q       Okay.  And moving down, if you look at --

6   there's a line for GNETS teacher on this very same

7   page.  Do you see that?

8        A       Yes.

9        Q       And then under "State Grant" for that

10  GNETS Teacher category, it says "7."  Do you see

11  that?

12       A       Yes.

13       Q       What does that mean?

14       A       That they're funded from the state grant.

15       Q       If you turn over to the very next page, do

16  you see at the very bottom, it says "Grant Total"?

17       A       Yes.

18       Q       So this identifies the total number of

19  Rutland staff?

20       A       According to this, yes.

21       Q       And does this indicate that all 32 of

22  those staff are funded by the state grant?

23       A       Yes, according to this document, yes.

24       Q       Do you have any reason to believe that

25  this document is inaccurate?



1      A      No.

2      Q      Do all of the staff members at Rutland

3   Academy continue to be funded through the state

4   grant?

5      A      I'm unsure of exactly how the funding

6   sources are exactly for each position.

7      Q      Okay.

8      A      Other than the contract employees.

9      Q      Okay.

10           MS. WOMACK:  I would like to have the

11           court reporter mark this document as

12           Plaintiff's Exhibit 230.

13           (Plaintiff's Exhibit 230 was marked for

14           identification purposes.)

15           THE WITNESS:  Thank you.

16      Q      (By Ms. Womack)  Ms. Ngeve, you have been

17   handed what has been marked as Plaintiff's Exhibit

18   230.  This is a document bearing the Bates stamp

19   GA01075799.  The top of this document is an email

20   from you to Vickie Cleveland.  The subject is

21   "Forward: FY21 Preliminary GNETS State and Federal

22   Grant Allocations."

23           And this document indicates that there are two

24   attachments, the first of which is a PDF titled

25   "FY21 Preliminary GNETS State and Federal



1  Allocations Memo," the second of which is a PDF

2  titled "Preliminary FY21 GNETS State and Federal

3  Grant Allocations."

4        Do you recognize this document?

5        A    Yes.

6        Q    You say in this email, "I just received

7  the preliminary allocations.  Does this include the

8  social worker or this still going to be funded by

9  the state department?"  Do you see that?

10       A    Yes.

11       Q    Is the reference to preliminary

12 allocations a reference to the attachments to this

13 email?

14       A    Yes.

15       Q    And for the record, the first attachment

16 to this email bears the Bates stamp GA01075802.  The

17 second attachment to this email bears the Bates

18 stamp GA01075803.

19       Turning to the page with the Bates -- it's

20 actually the very last page on the document.

21       A    Mm-hmm.

22       Q    It bears the Bates stamp GA01075803.  Do

23 you see that?

24       A    I do.

25       Q    Do you see the chart there?



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                          276

1        A      Yes.

2        Q      Are these the preliminary allocations that

3    you reference in your email to Ms. Cleveland?

4        A      Yes.

5        Q      What was the preliminary state allocation

6    amount for the Rutland Academy GNETS program as of

7    July 6th, 2020?

8        A      The state amount?

9        Q      Mm-hmm.

10       A      $1,549,997.

11       Q      And do I understand that in your email you

12   are asking Ms. Cleveland whether this amount

13   includes funds for a social worker or whether the

14   State is separately going to cover the cost of that

15   social worker over and above the 1.549 million?

16       A      Yes.

17       Q      Did Ms. Cleveland ever respond to your

18   email?

19       A      Yes.

20       Q      What did she say?

21       A      The -- the funding would still be there --

22   there's a different -- a -- a -- a therapeutic grant

23   for social worker that was still there that was not

24   included in that number.

25       Q      Okay.  So separate from this 1.549 million



1  number, Rutland was a recipient of a different state

2  grant that would cover the cost of a social worker?

3       A    Yes.

4       Q    Does Rutland continue to receive those

5  state funds to cover the cost of its social worker?

6       A    Yes.

7       Q    Was the amount of state funds that Rutland

8  was actually allocated for fiscal year 2021

9  consistent with the state allocation that appears in

10 this chart?

11      A    I'm not sure.

12      Q    How long has the State separately been

13 funding a social worker at Rutland?

14      A    I can't remember the exact number of

15 years.

16      Q    What led to the State separately funding

17 that social worker?

18      A    There was a need for more therapeutic

19 supports in the GNETS, and some -- several GNETS

20 didn't have one, didn't have certain positions, and

21 there was an effort for them to try to support us

22 further in making sure that we had those therapeutic

23 services.

24      Q    Okay.  And so prior to this date

25 separately funding the social worker for Rutland,



1    did Rutland have a social worker on staff?

2         A    No.  Not at that time.

3         Q    Okay.  For the social worker that the

4    State funds, does Rutland have to retain that social

5    worker from an approved provider?

6         A    They give -- no, not -- not -- we don't

7    have to from a -- from an approved provider.

8         Q    So you can retain that social worker from

9    anywhere you want?

10        A    Yes.

11        Q    What is EDUHealth?

12        A    EDUHealth is the company that staffed the

13   social worker.

14        Q    Are you familiar with Staff Rehab?

15        A    I'm vaguely familiar with it but not as

16   far as working with them.

17             MS. WOMACK:  I would like to have this

18        document marked as Plaintiff's Exhibit 231.

19             (Plaintiff's Exhibit 231 was marked for

20        identification purposes.)

21        Q    (By Ms. Womack)  Ms. Ngeve, you have been

22   handed what has been marked as Plaintiff's Exhibit

23   231.  This document bears the Bates stamp

24   GA00348031.  This is an email exchange, the most

25   recent of which is from you to Vickie Cleveland,



1   dated June 17th, 2019, with the subject "Re: Board

2   items."  Do you recognize this document?

3         A     Yes.

4         Q     In your email to Ms. Cleveland, you say,

5   "Has EDUHealth confirmed the same $87,500 rate with

6   you?  I wanted to check before I complete the forms

7   for the new social worker."  Do you see that?

8         A     Yes.

9         Q     Does this 87,500 rate refer to the salary

10  rate for the social worker that the State covers the

11  cost of?

12        A     Yes.

13        Q     Was it your expectation that EDUHealth

14  would have confirmed that salary rate for the new

15  social worker with Ms. Cleveland?

16        A     Yes.

17        Q     Did you receive a response to this email?

18        A     I don't recall.

19              MS. WOMACK:  I would like to have this

20        document marked as Plaintiff's Exhibit 232.

21              (Plaintiff's Exhibit 232 was marked for

22        identification purposes.)

23        Q     (By Ms. Womack)  Ms. Ngeve, you have been

24  handed what has been marked as Plaintiff's Exhibit

25  232.  This is a document bearing the Bates stamp



1    GA02427574.  This is an email from you to Vickie

2    Cleveland dated May 20th, 2019, with the subject

3    "School Social Worker Candidate."  Has an attachment

4    identified that is a Word document entitled

5    "Joslyns_resume_1_(2)."  Do you recognize this

6    document?

7         A    Yes.

8         Q    And am I correct that in this email you

9    write to Ms. Cleveland, and you say, "I've attached

10   the school social worker candidate I'm interested in

11   for Rutland Academy.  Please let me know if you have

12   any questions or concerns"?

13        A    Yes.

14        Q    At the time you sent this email in 2019,

15   was the State covering the cost of Rutland's social

16   worker?

17        A    Yes.

18        Q    And why were you sending this email and

19   resume to Ms. Cleveland?

20        A    Initially -- I was a new director that

21   year; so I didn't really understand, like, if I need

22   to let her know, if I need to let our HR people

23   know.  And, honestly, that was an error that I

24   realized later that I didn't have to let her know

25   exactly who and send them their credentials and



 1  everything.  So I ended up realizing it's just as

 2  long as we secure them and we felt comfortable with

 3  them with our HR, then that's all we have to do.

 4       So I was initially sending it because I was

 5  thinking that she needed that information.

 6       Q    Okay.  Apart from the State funds that we

 7  have already discussed, does the Rutland Academy

 8  GNETS program receive funding from any other source?

 9       A    The districts.

10       Q    How much funding does Rutland receive from

11  the districts?

12       A    I don't know the exact amount.

13       Q    Do you know a ballpark?

14       A    I don't.

15       Q    What is that funding used for?

16       A    Multiple things as relates to -- to the

17  school, from staffing -- I'm not sure exactly.  I

18  don't want to say the wrong thing.

19       Q    Does Rutland Academy receive any training

20  or support from the Georgia -- Georgia Center of

21  Excellence at Georgia State University?

22       A    Have we ever or do we -- what -- are you

23  asking is that consistent ongoing, or are you just

24  asking at all?

25       Q    Let's start currently.  Does Rutland



1  Academy currently receive any training or support

2  from the Georgia Center of Excellence at Georgia

3  State University?

4       A     Not currently.

5       Q     Has Rutland Academy ever received training

6  or support from the Georgia Center of Excellence at

7  Georgia State University?

8       A     Yes.

9       Q     And what training or support did Rutland

10  Academy receive from the Georgia Center of

11  Excellence?

12       A     Therapeutic trainings, BASC-3 training,

13  understanding, you know, more about BASC-3, FBA

14  support and training, and things of that nature.

15       Q     Any other categories of training?

16       A     Not that I can recall right off.  It was

17  mainly therapeutic supports and trainings.

18       Q     Did Rutland pay the Georgia Center of

19  Excellence for any of those trainings?

20       A     I am unsure.  It was prior to me being the

21  director.

22       Q     Okay.

23            MS. WOMACK:  I would like to have this

24       document marked as Plaintiff's Exhibit 233.

25            (Plaintiff's Exhibit 233 was marked for



1          identification purposes.)

2                THE WITNESS:  Thank you.

3          Q     (By Ms. Womack)  Ms. Ngeve, you have been

4    marked what's -- you have been handed what's been

5    marked as Plaintiff's Exhibit 233.  This is a

6    document bearing the Bates stamp GA00339166.  It is

7    an email thread, and the most recent email in the

8    email thread is an email from you to Shanta Rishi

9    Dube dated January 17th, 2019, with the subject "Re:

10   Site Visits with GNETS."

11         A     Yes.

12         Q     Do you recognize this document?

13         A     Yes.

14         Q     If you would, turn to the second page, and

15   do you see the email from Shanta Rishi Dube dated

16   Friday, December 7, 2018?

17         A     Yes.

18         Q     And this is an email from her to all of

19   the GNETS directors; is that correct?

20         A     Correct.

21         Q     And she says in her email, "I have been

22   directed by Vickie Cleveland to reach out about

23   setting up site visits with your Programs.  I'd like

24   to come to each of your programs once in February,

25   once in March, and once in April."  Do you see that?



1          A     Yes.

2          Q     What was the purpose of these visits that

3    are referenced here?

4          A     Trauma -- she was a trauma-informed care

5    trainer; so she trained the GNETS directors on

6    trauma-informed care.  She would have been coming to

7    see how we were implementing trauma-informed care

8    practices and if we needed additional support.

9          Q     Okay.  And did she ultimately come and

10   visit Rutland Academy?

11         A     No.

12         Q     Why was that?

13         A     I believe the partnership ended.  I'm not

14   sure exactly all the details regarding it, but she

15   no longer was doing the site visits.  She initially

16   was going to do them and started them, I think, but

17   didn't complete them.

18         Q     Did anyone else complete any related site

19   visits to observe how trauma-informed care was being

20   implemented at Rutland?

21         A     I don't remember for sure.

22         Q     You mentioned, or have mentioned during

23   our conversation today, the strategic plan.  Do you

24   recall that?

25         A     Yes.



1          Q      And is that the GNETS strategic plan?

2          A      Yes.

3          Q      Who drafted the GNETS strategic plan?

4          A      The State Department in addition to some

5     of the GNETS directors had input on it as well.

6          Q      And I believe you mentioned earlier that

7     there are six components of the GNETS strategic

8     plan; is that right?

9          A      Yes.

10         Q      Is there any part of the strategic plan

11    that contains goals for the reduction of segregated

12    placements?

13         A      That wording is not familiar to me.

14         Q      Okay.  Is the Rutland Academy GNETS

15    program obligated to comply with the GNETS strategic

16    plan?

17         A      Yes.

18         Q      And just sort of from a very big picture

19    level, how does Rutland comply with the strategic

20    plan?  What is that process?

21         A      We're ensuring that each of the components

22    are being implemented with fidelity, and we're also

23    keeping the data on those particular -- each -- each

24    of the six parts of the strategic plan.  And we're

25    meeting as a leadership team to discuss those.  We



1   discuss those components during staff meetings as

2   well.  And I also share that information with our

3   LEAs when I -- when I meet monthly for LSEAC.

4        Q    Does Rutland have to report information

5   about its implementation of those six components of

6   the GNETS strategic plan?

7        A    Yes.

8        Q    And who is that information reported to?

9        A    Vickie and LaKesha.  Vickie Cleveland and

10  LaKesha Stevenson.

11       Q    Are there standardized categories of

12  information within that that have to be reported?

13       A    Each of the categories have to be -- have

14  to be -- be reported or shared.

15       Q    Okay.  And who establishes what

16  information within those categories have to be

17  reported or shared?

18       A    LaKesha and Vickie -- LaKesha Stevenson

19  and Vickie Cleveland send the information out to us

20  as far as who is going to -- what information has to

21  be in each of those areas.

22            But it also goes back to the strategic plan

23  specifically based on what the input was from some

24  of the GNETS directors as well as them -- as far as

25  what goes in each category is filled out on there,



1  things that could be potential documents for those

2  sections.

3        Q    Okay.  Is there a self-assessment that

4  takes place as part of Rutland's compliance with the

5  strategic plan?

6        A    Yes.

7        Q    And how does that self-assessment process

8  work?

9        A    The self-assessment process -- we do it as

10  a leadership team.  And we discuss where we are

11  doing really well at and what areas we need to

12  improve on, and then we make plans for how to

13  improve those.  And we also share with the

14  staff meeting -- staff -- staff to see if there's

15  any additional input or anything that they think

16  might need to be rated differently as well.

17        Q    So when you say things that need to be

18  rated differently, are there ratings that go along

19  with this self-assessment process?

20        A    Yes.

21        Q    Who determines those ratings?

22        A    Who determines how we're rated or what the

23  ratings are as far as the categories of ratings?

24        Q    Who determines what the ratings are?

25        A    The leadership team, as well as the staff,



1   as far as how we -- like, we have done with each one

2   of those.

3        Q    Okay.  So the leadership team and the

4   staff -- you all rate yourselves initially?

5        A    Correct.  Based on the strategic plan.

6        Q    Okay.  Is there any process by which those

7   self-ratings are then reviewed by anyone else?

8        A    Yes.

9        Q    And what is that process?

10       A    If it's -- if it's our year to have a --

11  to do a strategic plan in person where they're

12  coming to monitor ours -- because it rotates as far

13  as, if you're a new director, you have certain --

14  certain number of years that you're -- you're

15  definitely going to be -- get the site visit where

16  they're going to come and actually review the

17  strategic plan with you; so they go through all the

18  documents at that time.

19       Q    When you say they are going to come and

20  they go through documents at that time, who is

21  "they"?

22       A    Vickie Cleveland and LaKesha Stevenson.

23  And sometimes it's one or the other.

24       Q    Okay.  And so there are some years where

25  Rutland will have an in-person visit --



CELEST NGEVE                                              July 15, 2022
UNITED STATES vs STATE OF GEORGIA                              289

1       A       Correct.

2       Q       -- from Ms. Cleveland or Ms. Stevenson --

3       A       Correct.

4       Q       -- to review your self-ratings on the

5   self-assessment?

6       A       Yes.  As well as the artifacts for the

7   strategic plan.

8       Q       And when you say the artifacts for the

9   strategic plan, is that documentation showing

10  whether you have complied with those six components

11  of the strategic plan?

12      A       Yes.

13      Q       And so Ms. Cleveland and Ms. Stevenson, if

14  they come on-site, then, will review those

15  artifacts?  Am I understanding that right?

16      A       Yes.

17      Q       Who participates in that on-site review

18  with Ms. Cleveland and Ms. Stevenson when they come

19  for Rutland?  Who from Rutland participates in that?

20      A       Members of the leadership team.

21      Q       And so if I -- if I remember correctly,

22  that's you and your coordinator; correct?

23      A       We're part of the leadership team, yes.

24      Q       And the leadership team also includes the

25  intensive interventionist?



1      A      Correct.

2      Q      I believe there is one more member of the

3  leadership team.  Am I missing someone?

4      A      There's grade-level chairs as well as the

5  social worker.

6      Q      Okay.  So all of those individuals would

7  participate in the on-site review with Ms. Cleveland

8  and Ms. Stevenson?

9      A      Not all.  It just depends on what time

10 period and if the teachers can be out of the

11 classroom.

12     Q      Okay.  Would you participate in that

13 on-site review --

14     A      Yes.

15     Q      -- with Ms. Cleveland and Ms. Stevenson?

16     A      Yes.

17     Q      In all aspects of that?

18     A      Yes.

19     Q      Do Ms. Cleveland and Ms. Stevenson ask

20 questions of you or your leadership team when they

21 are present for an on-site as part of the GNETS

22 strategic plan process?

23     A      Yes.

24     Q      Do they ever request that Rutland provide

25 additional artifacts beyond those that Rutland may



 1  have already collected?

 2       A    Yes.

 3       Q    Does Rutland collect that information and

 4  provide it when requested?

 5       A    Yes.

 6       Q    Does anything -- apart from what we have

 7  already discussed in terms of meetings and

 8  discussions and the review of artifacts when

 9  Ms. Cleveland or Ms. Stevenson come for an on-site

10  review, what else do Ms. Cleveland or Ms. Stevenson

11  do when they're here for an on-site review?

12       A    They take a tour of the school.  They

13  see the -- they see the classrooms.  They see how

14  students are responding to things that are -- that

15  are going on in the school.  They just take a tour

16  and, you know, get an idea, you know, of what's

17  really happening, the climate and culture of the

18  school, of -- of Rutland Academy.

19       Q    Do they sit in and -- and conduct

20  classroom observations?

21       A    No.

22       Q    They just tour the actual facility?

23       A    Correct.  During the site -- during the

24  strategic plan review, they will just tour --

25       Q    Okay.



1        A      -- first.

2        Q      How long are they on-site when they come

3   for a strategic plan review?

4        A      It varies.

5        Q      What is -- on the low end, how long are

6   they on-site?

7        A      Five hours.

8        Q      And on the high end, how long are they

9   on-site?

10        A      Seven hours.

11        Q      So a full day on the high end?

12        A      Yes.

13        Q      Okay.  Is there any goal-setting as part

14   of the on-site review with Ms. Cleveland or

15   Ms. Stevenson?

16        A      Were there -- are you asking are they

17   asking us to develop goals?

18        Q      Yeah, or if there's any conversation about

19   goals for Rutland during those on-site reviews.

20        A      Not particular -- no.

21        Q      Okay.  Do Ms. Cleveland or Ms. Stevenson

22   give Rutland feedback during the on-site review?

23        A      No.

24        Q      You mentioned that there are artifacts

25   that are provided to demonstrate compliance with



1  components of the strategic plan; correct?

2      A    Correct.

3      Q    In situations where there are not

4  artifacts to demonstrate compliance, what occurs in

5  those situations, or how is that handled?

6      A    They may request additional documentation

7  and ask us to send it to them.

8      Q    Okay.  So that's something that would be

9  kind of a follow-up item for Rutland that they would

10 request additional information.  You would go

11 collect it and then provide it to them?

12     A    Yes.

13     Q    And when you provide that information,

14 would you provide that through the Georgia

15 Department of Education portal?

16     A    Yes.

17         MS. WOMACK:  I am going to ask for three

18     documents to be marked.  Are we at 234?  I

19     would like to have this document marked as

20     Plaintiff's Exhibit -- 234, I believe, is where

21     we are.

22         (Plaintiff's Exhibit 234 was marked for

23     identification purposes.)

24         MS. WOMACK:  I would like to have this

25     document marked as Plaintiff's Exhibit 235.



1              (Plaintiff's Exhibit 235 was marked for

2         identification purposes.)

3              MS. WOMACK:  And then I would like to have

4         this document marked as Plaintiff's Exhibit

5         236.

6              (Plaintiff's Exhibit 236 was marked for

7         identification purposes.)

8         Q    (By Ms. Womack)  Ms. Ngeve, the court

9    reporter has handed you three documents marked

10   Plaintiff's Exhibit 234, 235, and 236.  Plaintiff's

11   Exhibit 234 is a document bearing the Bates stamp

12   Rutland 00610.  Plaintiff's Exhibit 235 is a

13   document bearing the Bates stamp Rutland 00611.

14   Plaintiff's Exhibit 236 is a document bearing the

15   Bates stamp Rutland 000614.

16        Starting first with Plaintiff's Exhibit 234, do

17   you recognize this document?

18        A    Yes.

19        Q    And this is a letter from Vickie Cleveland

20   to you dated December 7, 2020; is that correct?

21        A    That's correct.

22        Q    This letter references that GNETS

23   strategic plan that we have been discussing?

24        A    Yes.

25        Q    It notes, if you look in -- at the second



1  sentence in the first paragraph, it says, "GaDOE

2  developed and provided a rubric and guidance to

3  assess how well each component of the plan was

4  implemented in FY20."  Do you see that?

5       A    Yes.

6       Q    Did you receive the rubric and guidance

7  that's mentioned here?

8       A    Yes.

9       Q    Who did you get that rubric and guidance

10  from?

11       A    I believe it was from Vickie Cleveland.

12       Q    Did you use that rubric and guidance in

13  self-assessing how well each component of the GNETS

14  strategic plan was implemented at Rutland in FY20?

15       A    Yes.

16       Q    Okay.  Moving on to Plaintiff's Exhibit

17  235, do you recognize this document, Ms. Ngeve?

18       A    Yes.

19       Q    What is this document?

20       A    The results -- our strategic plan results

21  on the rubric in 2020.

22       Q    Okay.  Do these ratings reflect the final

23  ratings for the Rutland Academy GNETS program after

24  any strategic plan review with the State Department

25  of Education?



 1      A      Yes.

 2      Q      Am I correct that in the strategic plan

 3   results, Rutland was rated "Operational" in all

 4   areas except for one?

 5      A      Correct.

 6      Q      What was the area where Rutland was not

 7   rated "Operational"?

 8      A      In transitioning from GNETS services.

 9      Q      And what does "transitioning from GNETS

10   services" mean?

11      A      Being -- going back to traditional school

12   settings as far as in that particular setting,

13   just -- like, how students transition back to their

14   traditional school settings.

15      Q      Okay.  What was Rutland rated in that

16   area?

17      A      "Emerging."

18      Q      What was the basis for the "Emerging"

19   rating for transition from GNETS services?

20      A      It indicated that some of our activities

21   that were required were accomplished consistently

22   with sources of evidence to support implementation

23   for this action item.  However, the feedback that we

24   also got was that they're interested in us working

25   with the districts to see if there are going to be



 1  more -- like, any site locations in the districts so
 2  that, when students leave our setting, that they go
 3  back into potentially a GNETS-type classroom within
 4  the school systems.
 5       Q     Okay.  And when you say "they," who are
 6  you referring to?
 7       A     Ms. Cleveland and Ms. Stevenson.
 8       Q     Okay.  When did Rutland last receive
 9  strategic plan results?  What was the most recent
10  year?
11       A     I believe -- I believe this was our most
12  recent one, because COVID happened the next school
13  year.  I believe, if I'm not mistaken, that this was
14  the most recent.
15       Q     Okay.  When there is not an on-site review
16  with the Georgia Department of Education, is there
17  any sort of virtual meeting or review that you have
18  with Ms. Cleveland or Ms. Stevenson?
19       A     Some GNETS, yes.
20       Q     And what about Rutland?
21       A     We didn't have a virtual one for the
22  following year.
23       Q     Okay.  Did you -- for those years when you
24  didn't have a virtual review, did you still complete
25  the strategic plan self-assessment process?



1      A     Yes.

2      Q     Did you provide those self-assessment

3   ratings to the Georgia Department of Education?

4      A     Not that I recall.

5      Q     Okay.  Moving to Plaintiff's Exhibit 236,

6   do you recognize this document?

7      A     Yes.

8      Q     And what is this?

9      A     This is our GNETS strategic plan.

10      Q     Okay.  So this would outline those six

11   component areas that you referenced before?

12      A     Yes.

13      Q     If you turn to page 6 of this document,

14   does this page outline the directions for completing

15   the self-assessment rating scale?

16      A     Yes.

17      Q     Are these the directions that Rutland

18   followed in 2020 when completing the self-assessment

19   rating scale?

20      A     Yes.

21      Q     If you look in the very last paragraph on

22   this page --

23      A     Yes.

24      Q     And I believe it's the fourth sentence in.

25   Do you see it starts, "GNETS directors and team



 1  leaders will review the data for each section..."?

 2       A    Yes.

 3       Q    Then it goes on to say, "record the

 4  average outcome onto the Strategic Plan Improvement

 5  Summary Form, rate each area on the summary form as

 6  a priority based on the average score, and select

 7  the top 3 priorities to address for immediate

 8  improvement."

 9       A    Yes.

10       Q    Do you see that?  What were Rutland's

11  three priority areas to address for immediate

12  improvement in its 2020 self-assessment process?

13       A    I don't remember.

14       Q    Okay.  Did Rutland identify three priority

15  areas?

16       A    Yes.

17       Q    Okay.

18            MS. WOMACK:  I would like to have the

19       court reporter mark this document as

20       Plaintiff's Exhibit 237.

21            (Plaintiff's Exhibit 237 was marked for

22       identification purposes.)

23            THE WITNESS:  Thank you.

24       Q    (By Ms. Womack)  Ms. Ngeve, you have been

25  handed what's been marked as Plaintiff's Exhibit



1  237.  This is a document Bates-stamped GA00330515.

2  It's an email thread, the most recent of which is an

3  email from you to Keith Everson with a copy to

4  Vickie Cleveland and Suzanne Korngold, dated August

5  3rd, 2018.  And the subject is "Re: Updated

6  invitation: Meeting to Discuss Rutland Advisory

7  Board Processes @ Wednesday August 15, 2018 10am -

8  11am."  Do you recognize this document?

9       A     Yes.

10       Q     I believe you said earlier that Keith

11  Everson was the -- previously the director of the

12  Northeast Georgia RESA; is that correct?

13       A     Executive director, yes.

14       Q     Executive director of the Northeast

15  Georgia RESA.  Who is Suzanne Korngold?

16       A     She is the -- one of our LEAs in one of

17  our districts.

18       Q     And what role does she have in that LEA?

19       A     She's a special ed director.

20       Q     Okay.  And is she with Oconee?

21       A     Yes.

22       Q     If you turn to the second page, do you see

23  the meeting invite for a meeting to discuss Rutland

24  advisory board processes?

25       A     Yes.



1      Q      And am I correct that that meeting invite
2   was sent by Keith Everson?
3      A      Yes.
4      Q      It was sent to Vickie Cleveland, Suzanne
5   Korngold, and you?
6      A      Correct.
7      Q      When it says this is a meeting to discuss
8   Rutland advisory board processes, what specifically
9   was the purpose of this meeting?
10     A      To discuss the way the advisory board at
11  that time was functioning.
12     Q      And what about how the advisory board was
13  functioning?
14     A      How -- if -- if the advisory board needed
15  to continue as it was doing at the time as it
16  was meeting.  Basically that the advisory board was
17  no longer part or the GNETS Board rule, so that if a
18  group of LEAs were coming together to meet, it
19  should be provided -- to provide in kind -- so
20  additional support services for Rutland Academy, not
21  necessarily serve in the capacity of an advisory
22  board, as it was no longer part or the GNETS Board
23  rule.
24     Q      Okay.  And so were you trying to
25  understand what those advisory board meetings should



1  then continue to look like?

2       A    No.

3       Q    What were you trying to determine?

4       A    It wasn't me necessarily trying to

5  determine how they should function.  It was just --

6  Vickie wanted to make sure that -- that we were

7  meeting in a way that -- that were in -- that was in

8  alignment with what we should be doing for GNETS and

9  not necessarily having an advisory board because

10 we didn't need -- an advisory board was no longer a

11 part of the board rule.

12      Q    Okay.

13      A    So it was more to help the team understand

14 that, as we're meeting, those meetings should

15 function as support for Rutland, not necessarily as

16 an advisory board, because that was no longer part

17 of the board rule.

18      Q    Okay.  Did this meeting ever occur?

19      A    It did.

20      Q    And did everyone who was invited to the

21 meeting on this meeting invite participate?

22      A    Yes.

23      Q    Did the meeting have any impact on the

24 Rutland advisory board processes following the

25 meeting?



1       A    Yes.

2       Q    What was that impact?

3       A    The -- the meetings started -- the

4  meetings changed as far as the way they function,

5  and they were not -- it was no longer considered the

6  advisory board.  It was a collaborative council to

7  provide additional supports to Rutland and find out

8  what supports were needed for GNETS and not

9  necessarily as an advisory board.

10      Q    Okay.  Did Ms. Cleveland's participation

11  in the discussion of that meeting influence what

12  those processes look like after the meeting?

13      A    Yes.

14      Q    In what way?

15      A    The advisory board no longer met as an

16  advisory board, and the purpose and function was to

17  provide supports for the -- for Rutland Academy as

18  far as in kind and any additional supports that were

19  needed, and it no longer was considered an advisory

20  board.  It was considered a collaborative council

21  immediately following that meeting.

22      Q    Okay.  So this advisory board had

23  previously been called the "Rutland Advisory Board"?

24      A    Correct.

25      Q    And so after this meeting, that name was



1  changed to the "Rutland Collaborative Council"?

2       A    Correct.

3            MS. WOMACK:  I would like to have this

4       document marked as Plaintiff's Exhibit 238.

5            (Plaintiff's Exhibit 238 was marked for

6       identification purposes.)

7            THE WITNESS:  Thank you.

8       Q    (By Ms. Womack)  Ms. Ngeve, you have been

9  handed what's been marked as Plaintiff's Exhibit

10 238.  This is a document bearing the Bates stamp

11 Rutland 000090.  Do you recognize this document?

12      A    Yes.

13      Q    What is this?

14      A    It's a Rutland advisory meeting minutes.

15      Q    And these are -- well, what is the date of

16 the advisory meeting for which these are meeting

17 minutes?

18      A    5/15/19.

19      Q    And is this meeting a meeting of the same

20 advisory board that was the subject of the meeting

21 with Ms. Cleveland and Keith Everson and Suzanne

22 Korngold that we just discussed?

23      A    Yes.

24      Q    If you look a third to a half of the way

25 down this first page, do you see where it says,



1  "Strategic plan was a success - won't get scores

2  until June"?

3       A    Yes.

4       Q    It then says, "The audit is complete and

5  they chose files at random.  For the most part the

6  audit went well."  Do you see that?

7       A    Yes.

8       Q    What audit does this refer to?

9       A    It was the review.  It was the -- it was

10 the strategic plan review.

11      Q    And that's a review conducted by the

12 Georgia Department of Education?

13      A    Yes.

14      Q    This goes on to say, "The DOE found a

15 couple of situations that they had questions about

16 but for the most part we are following policy and

17 procedure."  Do you see that?

18      A    Yes.

19      Q    Was the State DOE looking for compliance

20 with policy and procedure in the audit that's

21 referenced here?

22      A    Yes.  That's in the strategic plan review.

23      Q    Moving down a couple more bullet points,

24 do you see where it says, "Districts must

25 communicate to our schools and teachers that when a



CELEST NGEVE                                          July 15, 2022
UNITED STATES vs STATE OF GEORGIA                         306

1    student isn't responding to the program at RA, we

2    need to make a plan to provide other service options

3    at other options within our districts because those

4    students aren't making progress"?

5           A    Yes.

6           Q    What does it mean when it says that a

7    student isn't responding to the program at RA?

8           A    If they have been here for a period of

9    time and they're not making the progress that we

10   would like to see them making, for the IEP teams to

11   come together and talk about other options that may

12   be appropriate for that student in their districts.

13          Q    And "RA" here is a shorthand here for

14   Rutland Academy?

15          A    Correct.

16          Q    The other options that are referenced

17   here -- are these specifically other service options

18   within the student's home school system?

19          A    That's correct.

20          Q    And then if you look on the second page,

21   the very last bullet point, do you see the bullet

22   point that says, "Rutland Collaborative Council

23   meeting dates for next year"?

24          A    Yes.

25          Q    And then it identifies the dates and says,



1   "dates are set prior to LSEAC intentionally so

2   information can be shared with the group"?

3        A    Yes.

4        Q    One, Rutland Collaborative Council is this

5   advisory group that is -- that these minutes are

6   for; correct?

7        A    Correct.

8        Q    And when this says that the dates for the

9   Rutland Collaborative Council are set prior to LSEAC

10  so information can be shared with the group, what

11  was the thinking behind that?

12       A    To make sure that the collaborative

13  council came together to provide any supports that

14  were necessary to -- because during the LSEAC

15  meeting, there is an agenda on LSEAC for me to share

16  out but also for the collaborative council chair,

17  Ms. Korngold, to share out so that they can -- she

18  can provide updated information.

19       Q    Okay.

20            MS. WOMACK:  I would like to have this

21       document marked as Plaintiff's Exhibit 239.

22            (Plaintiff's Exhibit 239 was marked for

23       identification purposes.)

24            THE WITNESS:  Thank you.

25       Q    (By Ms. Womack)  Ms. Ngeve, you have been



 1   handed what has been marked as Plaintiff's Exhibit

 2   239.  This is a document bearing the Bates number

 3   Rutland 000047.  Do you recognize this document?

 4        A    Yes.

 5        Q    What is this?

 6        A    This is the -- an LSEAC update for Rutland

 7   Academy.

 8        Q    And were these sorts of updates related to

 9   Rutland Academy prepared for LSEAC on a sort of

10   routine basis?

11        A    Yes, this is the report I share on a

12   monthly basis.

13        Q    Okay.  On a monthly basis.  Who created

14   this document?

15        A    I did.

16        Q    Do you see at the top of this document,

17   there's a reference that says "Strategic Plan 4d"?

18        A    Yes.

19        Q    What is the significance of this being on

20   this document?

21        A    To indicate that we are doing -- we're

22   following up -- when I set up my LSEAC updates, I

23   like to make sure it's in -- it's in alignment with

24   the strategic plan.  And Strategic Plan 4d

25   indicates, "Collaborate with LEAs to ensure the



1  allocation of supports and resources, which may

2  include in-kind services to GNETS is provided to

3  facilitate flexible models of service delivery and

4  best practices for equitable educational

5  opportunities."

6         That -- I want to make sure that the LSEAC team

7  always know that, as I share out, it's related --

8  everything that I'm doing is related, that things

9  that I'm sharing are related to our strategic plan.

10        Q     Okay.  And in the parentheses at the end

11 of the paragraph that you just read, it says

12 "160-4-7.15."  What is that a reference to?

13        A     The -- it's an -- it's -- how it's listed

14 directly in the strategic plans relates to the

15 requirements of the board rule.

16        Q     Okay.  Is this document an artifact that

17 shows compliance with Section 4d of the GNETS

18 strategic plan?

19        A     Yes.

20        Q     And do you use it as an artifact in the

21 strategic plan and self-assessment and review

22 process?

23        A     Yes.

24        Q     Does this update contain various

25 information about Rutland Academy as of the date of



1    the update?

2         A    Yes.

3         Q    I want to turn to the second page of this

4    document.  Do you see the section that's titled

5    "Supports Needed"?

6         A    Yes.

7         Q    And in this it says, "Rutland Academy

8    students have not taken a field trip in over six

9    years which doesn't aid in ensuring our students

10   receive the same opportunities as they would in

11   their traditional school settings."  Have I read

12   that correctly?

13        A    Yes.

14        Q    And then it's says, "We'd like to take 5

15   local field trips this year."  Do you see that?

16        A    Yes.

17        Q    Is it accurate that at the time of this

18   update, which was August 16, 2019, Rutland Academy

19   students had not taken a field trip in over six

20   years?

21        A    That's correct.

22        Q    And you were interested in taking five

23   field trips during the 2019-2020 school year?

24        A    Yes.

25        Q    Did Rutland take any field trips during



1   the 2019-2020 school year?

2       A    No.

3       Q    And why is that?

4       A    The districts -- we don't have a bus; so

5   the districts would have to provide that

6   transportation for us to be able to go on the field

7   trips.  And when we started doing the planning for

8   it, more so at the beginning of -- well,

9   throughout this -- right after, like, January or

10  February, when that planning started, well, we had

11  two districts that were definitely saying that they

12  were willing to do those things.

13      But when the districts -- as we got -- set up

14  the plans, everything was supposed to happen -- the

15  first field trip was supposed to happen the week

16  after we got out for COVID -- COVID; so it never

17  ended up happening.

18      Q    Okay.

19      A    So it was coordinating with the districts

20  and their transportation departments to see how we

21  can make that work because often the drivers go

22  drive for their districts as well after they bring

23  our students.

24      Q    Okay.  Have there been any field trips at

25  Rutland Academy since the date of this update?



1       A       No.

2       Q       On this second page and then also on the

3    third page, there are orange notations --

4       A       Yes.

5       Q       -- that have "Strategic Plan," and then a

6    number and a letter.  Do you see those?

7       A       Yes.

8       Q       What is the purpose of those markers?

9       A       To let the L -- the LSEAC team know that

10   that's in alignment with the strategic plan -- plan

11   for that particular number and that particular

12   letter.  So if they pull up the strategic plan, they

13   will see that it's in alignment as far as what I'm

14   sharing out.

15      Q       Okay.

16              MS. WOMACK:  I would like to have this

17           document marked as Plaintiff's Exhibit 240.

18              (Plaintiff's Exhibit 240 was marked for

19           identification purposes.)

20      Q       (By Ms. Womack)  You have been handed a

21   document that has been marked as Plaintiff's Exhibit

22   240.  This document bears the Bates stamp Rutland

23   000013.  Do you recognize this document?

24      A       Yes.

25      Q       What is this?



 1        A     This is a Rutland -- the Rutland Academy

 2    update for LSEAC for January 24th, 2020.

 3        Q     Okay.  Can you turn to the second page of

 4    this?

 5        A     Yes.

 6        Q     Under "Student Partial Transitions-

 7    Reintegration to Home District" -- do you see that

 8    section?

 9        A     Yes.

10        Q     And it says, "Currently there is 1 student

11    on a partial transition"?

12        A     Yes.

13        Q     Do you know if that student ever

14    transitioned fully back to their home school system?

15        A     Yes, the student did.

16        Q     Is this also an update that you prepared

17    yourself?

18        A     Yes.

19             MS. WOMACK:  Okay.  I would like to have

20        this document marked as Plaintiff's Exhibit

21        241.

22             (Plaintiff's Exhibit 241 was marked for

23        identification purposes.)

24             THE WITNESS:  Thank you.

25        Q     (By Ms. Womack)  Ms. Ngeve, you have been



1  handed what's been marked as Plaintiff's Exhibit

2  241.  This is a document Bates-stamped Rutland

3  000002.

4        A      Yes.

5        Q      Do you recognize this document?

6        A      Yes.

7        Q      What is this?

8        A      This is an update that was provided for

9  the Board of Control.

10        Q      And what is the Board of Control?

11        A      Those are the 13 superintendents that are

12  the Board of Control for the Northeast Georgia RESA.

13        Q      And is that the governing body for

14  Northeast Georgia RESA?

15        A      It is.

16        Q      Did you prepare this document?

17        A      I did.

18        Q      Did you routinely prepare Rutland Academy

19  updates for the Board of Control?

20        A      As requested.

21        Q      Okay.  So this would have been prepared in

22  response to a specific request by the Board of

23  Control?

24        A      A request from our former executive

25  director as he was preparing to meet with the Board



 1   of Control for the beginning of the school year.

 2        Q    Okay.  And this update provides, on the

 3   second page, a snapshot of Rutland staffing as of

 4   the time of the update; is that right?

 5        A    That's correct.

 6        Q    If you turn to the second-to-last page, do

 7   you see the section entitled "Referral Process"?

 8        A    Yes.

 9        Q    In this first bullet point, it says,

10   "Celest and Latoya vet the referrals with the

11   Guidance for GNETS Placement standardized questions

12   and provide districts with feedback before

13   scheduling an IEP meeting.  If the team at Rutland

14   feels the review needs to be expanded, the

15   Collaborative Council can assist as needed.  Set

16   criteria for referral packet must be followed."

17        Do you see that?

18        A    Yes.

19        Q    This initial vetting -- is this the

20   process that we discussed earlier that you go

21   through when students are referred to Rutland

22   Academy for consideration of GNETS services?

23        A    Yes.

24        Q    What does it mean when this says, "If the

25   team at Rutland feels the review needs to be



1   expanded, the Collaborative Counsel can assist as

2   needed"?

3        A    If we feel like there is additional --

4   additional supports that might be needed -- needed

5   for that particular student or that particular

6   teacher, that particular school, the Collaborative

7   Council may have some suggestions, if it's for that

8   particular district or even if it's for another

9   district, of ways that we can possibly provide

10  support or ways that may have been helpful for their

11  teachers to get support when there may not have been

12  all the pieces that are in the referral that were

13  there.

14       Q    And then this says, "Set criteria for

15  referral packet must be followed."  Do you see that?

16       A    Yes.

17       Q    What is that set criteria?

18       A    The criteria from the GNETS Board rule as

19  far as the consideration, the student information

20  packet, as well as a consultation.  Like, we have to

21  follow what's in alignment with the board rule for

22  those documents.

23       Q    Okay.

24            MS. WOMACK:  I would like to have this

25            document marked as Plaintiff's Exhibit 242.



1              (Plaintiff's Exhibit 242 was marked for

2         identification purposes.)

3              MR. MURPHY:  I will keep your time for

4         you.

5              MS. WOMACK:  How much do I have left?

6              MR. MURPHY:  Thirty-three.

7              MS. WOMACK:  Thirty-three minutes?

8              MR. MURPHY:  About.  Give or take.

9              MS. WOMACK:  All right.

10             MR. MURPHY:  Making me thirsty.

11        Q    (By Ms. Womack)  Ms. Ngeve, you have been

12   handed what's been marked as Plaintiff's Exhibit

13   242.

14        A    Yes.

15        Q    This is a document Bates-stamped Rutland

16   000071.

17        A    Yes.

18        Q    Do you recognize this document?

19        A    Yes.

20        Q    And what is this?

21        A    This is the Rutland Academy updates for

22   LSEAC for December 11, 2020.

23        Q    Okay.  And this update, again, like the

24   other updates, contains a snapshot of Rutland

25   Academy's staffing as of the date of this update?



1        A      That's correct.

2        Q      And at the time of this particular update,

3    there were two teachers vacancies and --

4        A      No.  There was -- oh, two -- okay.  Yes.

5    I thought you were just looking at elementary.  I

6    apologize.

7        Q      Well, why don't you tell me how many

8    vacancies were there as of the time of this update?

9        A      There were one -- one teacher el -- one

10   teacher vacancy, one middle school teacher vacancy,

11   one high school paraprofessional vacancy, and one

12   multi-age classroom paraprofessional vacancy.

13       Q      How did Rutland Academy account for the

14   elementary school classroom that had no teacher at

15   this point in the school year?

16       A      We had split up the classes pretty much

17   the way they were going to the other two classes.

18       Q      So you took what had previously been three

19   elementary school classes and divided them among two

20   elementary school classes?

21       A      Yes.  And allowed the paraprofessional for

22   that third class to go back and forth between both

23   classes to support.

24       Q      Okay.  And how did you handle the

25   multi-age classroom that had no paraprofessional?



1          A      We had substitutes at the time that we
2    would have in that classroom.  Some were considered
3    long-term substitutes; so they were able to come a
4    lot more frequently.  Otherwise, we also -- we
5    changed the specials schedule so that, when they
6    didn't have a class, we could rearrange the schedule
7    so that specials teachers could also come in and
8    provide additional support in the multi-age
9    classroom.
10         Q      Okay.  If you turn to the second-to-last
11   page of this update --
12         A      Yes.
13         Q      -- do you see the section titled
14   "Strategic Plan"?
15         A      Yes.
16         Q      Had Rutland's strategic plan review been
17   completed by the time of this update for this
18   particular year?
19         A      The -- we had -- we had received the
20   update that was from the previous year; so we had
21   received the results at that time.
22         Q      Okay.  You had received the results at
23   that time from the 2019-2020 school year?
24         A      Correct.
25         Q      Okay.  Do you see in this section there



 1  are four recommendations listed?

 2      A    Yes.

 3      Q    Who made those recommendations?

 4      A    Vickie Cleveland and LaKesha Stevenson.

 5      Q    Were those recommendations made in the

 6  context of the strategic plan review?

 7      A    Yes.  Just in the discussion that they

 8  were having with us during our review.

 9      Q    Okay.

10      A    Yes.

11      Q    What was the first of those

12  recommendations?

13      A    "Districts should request for GNETS

14  consultations so that GNETS staff can provide

15  suggestions, interventions/strategies and

16  recommendations prior to submitting referral to

17  ensure that all services/interventions/strategies

18  and settings have been tried for a significant

19  period of time with data to support consideration

20  for a GNETS placement."

21      Q    What was the second recommendation?

22      A    "Students that have been in a GNETS

23  placement for a long period of time should have been

24  given opportunities to return to their traditional

25  school settings with data collection to support what



1  worked and what did not."

2      Q    What was the third recommendation?

3      A    "Districts with bigger numbers of students

4  should consider having a GNETS classroom in their

5  schools for continuation of services."

6      Q    And what was the fourth recommendation?

7      A    "Students being served in GNETS should

8  have opportunities to participate in extra

9  curriculum activities/sports/activities in their

10 traditional school settings."

11     Q    Have any of these recommendations been

12 implemented?

13     A    Yes.

14     Q    Which ones?

15     A    Let's see.  Go back to each one.  More

16 districts have definitely -- on the first

17 recommendation, more districts have requested

18 consultations and consultative support, where we're

19 providing a lot more support prior to a district

20 submitting a referral.  That often leads to them not

21 submitting a referral at all because we can provide

22 that support to the school.

23         Also -- all of them have been implemented.

24         Students that have been in a GNETS placement

25 for a long period of time should be given



1  opportunities to transition to -- to return to their

2  traditional schools.  Those that have been

3  implemented more with fidelity of just really

4  looking at what students have been in GNETS for a

5  period of time and giving them those opportunities

6  to try to -- to try and transition.  So we have

7  meetings -- IEP meetings to discuss what that would

8  look like for them to transition back.

9        Unfortunately, that frequently yields our

10  students regressing, at home as well as at school,

11  and parents not wanting to -- to start that process,

12  but we do.  We have been more intentional on meeting

13  with those particular districts that have students

14  that have been here for longer periods of time.

15        As well as -- we have started the conversations

16  for the following recommendation on the districts

17  with bigger numbers of students should consider

18  having a GNETS classroom.

19        There's been several districts that were very

20  open to having satellite classes within their

21  districts, and we were starting that planning

22  process just before COVID happened.  And then once

23  COVID happened, everyone kind of paused everything

24  for a moment.  But districts have indicated that

25  they're very interested in starting those



1  | conversations back up.

2  |        Also the -- the final one was students being

3  | served in GNETS should have opportunities to

4  | participate in extracurricular -- curriculum

5  | activities, sports activities in their traditional

6  | school settings.

7  |        The IEP teams have -- with -- at Rutland have

8  | always talked about those trans -- like, what that

9  | would like for a student to participate in their

10 | traditional schools, but now we have been more

11 | intentional about putting it in the minutes to

12 | indicate that we did address -- like, we did

13 | discuss, like, what -- what sports the kiddo might

14 | be interested in, what the criteria is for those

15 | particular things, and if the student really would

16 | like to try to work towards that.

17 |        So we have had several students that have

18 | started working towards trying to get -- meet the

19 | criteria, but we haven't had any students that have

20 | yet gone back and actually get did of the couple

21 | that have mentioned that they were interested.

22 |        But we have been intentional about, you know,

23 | having meetings to discuss it in their IEP processes

24 | and also having the districts -- having their

25 | coaches and different people come over and talk to

1   students about what that would look like to play for
2   them and things of that nature.  So just getting our
3   students to be able to meet the criteria of just
4   some of the basics of just being
5   consistently present at school.
6        It's been mainly high school students that have
7   been interested, but they have to be at school, and
8   they have to have attendance, and they have to have
9   certain grades, so --
10       Q      Okay.
11       A      -- yes.
12       Q      So with respect to GNETS students
13  participating in extracurricular activities --
14       A      Yes.
15       Q      -- did you have any Rutland Academy GNETS
16  students who participated in extracurricular
17  activities in the 2021-'22 school year?
18       A      We did not.
19       Q      And you referenced on several occasions
20  the criteria to participate in extracurricular
21  activities, and so I just want to be clear that I
22  understand what those criteria are.
23       A      It's different for the districts based on
24  the different clubs and organizations.  Some are as
25  basic as having consistent attendance for periods of



1   time and being -- passing all their classes, and

2   that's where our students sometimes -- that's where

3   the issue is for the kiddos that have interest --

4   expressed interest in wanting to go and participate

5   in some of those activities or clubs is just

6   consistently being at school as well as passing

7   their classes.  Like, they didn't even tell them

8   they had to have a certain GPA.  They just needed to

9   be passing their classes.

10       Q      Mm-hmm.

11       A      So just getting them to be more consistent

12  with understanding that the ball is in their court

13  because the districts are very open to it.  They

14  have always been open to it and talking about it,

15  but now we have been more intentional about

16  documenting that in the minutes when we meet.

17       Q      Okay.  Are there any criteria, apart from

18  attendance and grades, that come to mind?

19       A      They also -- we also talked about the

20  social, emotional, and behavioral expectations that,

21  you know, they have a goal that they're working on

22  maintaining physical boundaries, and they have to be

23  mindful that they have to be mastering, or at least

24  meeting, the expectations for those as well so that,

25  when they go there, they can trust that they're

 1  going to exhibit the appropriate behavior with their

 2  peers.

 3      Q    Okay.  And then you mentioned that you

 4  were talking about one of the recommendations about

 5  consultations, and so I wanted to ask -- because we

 6  talked earlier about the consultations that you did

 7  in group settings in the 2021-'22 school year --

 8      A    Yes.

 9      Q    -- with staff.  In the 2021-'22 school

10  year, approximately how many consultations did you

11  go out to provide for individual students?

12      A    I don't know the exact number.

13      Q    Do you have a rough range?

14      A    Yes.  Because it definitely variates.  For

15  the -- for this year, six to twelve.  There were a

16  lot more this school year of individual student

17  observations and supports that were needed, yes.

18      Q    And so you said six to twelve for the

19  2021-'22 school year; is that correct?

20      A    Yes.

21      Q    Okay.  And you said there were more --

22  that number is higher than it typically is in a

23  given school year?

24      A    Yes.

25      Q    Okay.



1        A      Now, some of those were multiples, like it

2   may -- like, I'm only counting one, even if I went

3   back, like, four times for that same student.

4        Q      Right.

5        A      I'm not counting that as a separate one.

6   But yes.

7        Q      These are six to twelve unique students?

8        A      Correct.

9        Q      Okay.

10              MS. WOMACK:  I would like to have this

11         document marked as Plaintiff's Exhibit 243.  Is

12         that where we are?

13              THE WITNESS:  Yes.

14              (Plaintiff's Exhibit 243 was marked for

15         identification purposes.)

16        Q      (By Ms. Womack)  Ms. Ngeve, you have been

17   handed what has been marked as Plaintiff's Exhibit

18   243.

19        A      Yes.

20        Q      This is a document bearing the Bates stamp

21   Rutland 000007.  Do you recognize this document?

22        A      Yes.

23        Q      And what is this?

24        A      This is the Rutland Academy updates for

25   LSEAC from January 15, 2021.



1        Q      If you look in this "Successes" section on

2    the first page --

3        A      Yes.

4        Q      -- do you see where it says, "Physical

5    Restraints have decreased significantly.  We've only

6    had 5 physical restraints during the 2020-2021

7    school year so far"?

8        A      Yes.

9        Q      This update is dated January 15th, 2021;

10   so is it fair to say that this represents five

11   physical restraints primarily in the fall semester

12   of school?

13       A      Correct.

14       Q      And this says that that was a significant

15   decrease for Rutland; is that right?

16       A      Yes.

17       Q      How many restraints, on average, had there

18   been at this point in a school year in prior years?

19       A      I don't know the exact number, off the top

20   of my head.

21       Q      Do you have a range?

22       A      Yes.  Anywhere from 10 to 20.

23       Q      Okay.

24              MR. MURPHY:  It might be late in the day

25       to establish a ground rule; but whenever she



CELEST NGEVE                                    July 15, 2022
UNITED STATES vs STATE OF GEORGIA                        329

1        asks you for a number and you don't know the
2        exact number, you can just go ahead and provide
3        the range.
4              THE WITNESS:  Okay.  I will provide the
5        range.  Thank you.
6              MR. MURPHY:  Is that okay?
7              MS. WOMACK:  That's fine.
8              MR. MURPHY:  Should have done that six
9        hours ago.
10       Q     (By Ms. Womack)  Has Rutland maintained
11  the decreased rate of restraints that's referenced
12  here since January 15, 2021?
13       A     Yes.
14       Q     How many total restraints were there last
15  year at Rutland in the 2021-'22 school year?
16       A     Between four and seven for the whole
17  school year.
18             MS. WOMACK:  I would like to have this
19       document marked as Plaintiff's Exhibit 244.
20             (Plaintiff's Exhibit 244 was marked for
21       identification purposes.)
22       Q     (By Ms. Womack)  Ms. Ngeve, you have been
23  handed the document that has been marked Plaintiff's
24  Exhibit 244.  This document bears the Bates stamp
25  Rutland 000040.  Do you recognize this document?



1    A    Yes.

2    Q    I would like to direct your attention

3  again to the "Successes" section.  Do you see where

4  it says, "Physical Restraints have decreased

5  significantly.  We had less than 20 physical

6  restraints during the 2020-2021 school year so far"?

7    A    Yes.

8    Q    And this update is provided near the end

9  of the school year; is that right?

10    A    Yes.

11    Q    And this says that less than 20 for the

12  school year was a significant decrease.  How many

13  restraints had there been, on average, in prior

14  school years for the entire school year?

15    A    Anywhere from a range of 15 to 25.

16    Q    Do you have any opinion about what

17  prompted the decrease in physical restraints?

18    A    Yes.  Being very intentional about

19  proactive strategies, more therapeutic walks.  For

20  me, I'm always looking at data and sharing it with

21  the -- with the leadership team and talking about

22  ways we can decrease.  I start my goal every school

23  year with we want to have zero restraints this year.

24  As close to zero as we can get, that's the best I

25  want to have.



1        So really being very intentional on providing

2    as many proactive strategies to keep from a student

3    having to be placed in any kind of physical

4    restraint because that's an intervention of last

5    resort.

6        Q      What -- you mentioned a therapeutic walk.

7    What is a therapeutic walk?

8        A      So if a student becomes very frustrated

9    and overwhelmed and they are not de-escalating

10   within the classroom setting, either the teacher,

11   the paraprofessional, myself, or a social worker --

12   any staff member that walks by and notices that

13   student is revving up -- we take them on a

14   therapeutic walk.  And that's just really walking up

15   and down the hall.  Sometimes we may go to the

16   common room to just kind of de-escalate for a few

17   moments.  And other times it's just a walk.

18       And sometimes students don't want to talk about

19   anything.  Sometimes students talk about everything.

20   And we always give them the option -- we ask them,

21   "Would you like to talk during this walk?"  And

22   sometimes they say yes, and sometimes they say no.

23   But sometimes they -- even if they say -- they say

24   no, they still start talking about what they were

25   really frustrated about.



1      But it's just a moment to give them an

2   opportunity to get away from the setting and

3   de-escalate.

4          Q     Okay.

5                MS. WOMACK:   I would like to mark this

6          document as Plaintiff's Exhibit 235 [sic].

7                (Plaintiff's Exhibit 245 was marked for

8          identification purposes.)

9                THE WITNESS:   Thank you.

10         Q     (By Ms. Womack)   Ms. Ngeve, you have been

11  handed what's been marked as Plaintiff's Exhibit 235

12  [sic].

13         A     Yes.

14         Q     This is a document bearing the Bates stamp

15  GA00334101.

16         A     Yes.

17         Q     This is an email from you to Vickie

18  Cleveland dated September 26, 2018, with a copy to

19  several others.  Do you recognize this document?

20         A     Yes.

21         Q     Your email response to an earlier email

22  that Ms. Cleveland sent; is that correct?

23         A     That's correct.

24         Q     And in her email, she says, "I have

25  attached the monthly log that must be submitted to



1    GaDOE via portal email for therapeutic services

2    provided by your social workers.  Social workers

3    should submit this information to you to upload in

4    the portal on the 1st day of the month."

5         It then goes on to say, "LCSWs/LMSWs should

6    provide the student name, type of intervention that

7    was provided to students and the date of

8    intervention."  Do you see that?

9         A    Yes.

10        Q    Did Rutland Academy complete the log that

11   Ms. Cleveland provided after receiving this email?

12        A    Yes.

13        Q    Does Rutland continue to submit these logs

14   to the Georgia Department of Education via portal?

15        A    Yes.

16        Q    Are those submitted on a monthly basis?

17        A    Yes.

18        Q    Does anyone from the Georgia Department of

19   Education ever follow up with you regarding the

20   social worker logs that Rutland has submitted?

21        A    Yes.

22        Q    And in what instances would they follow up

23   with you?

24        A    They may follow up to let us know either

25   they haven't received it yet, or they may let us



 1  know -- follow up with us to let us -- ask us about,

 2  like, when we first -- the first time we did it, we

 3  were -- the social worker was being a little bit too

 4  in-depth, and they really wanted more of an

 5  overview.  They didn't want to know all the details

 6  of all the specific things that they talked about

 7  with the student; so they were providing too much

 8  information, basically.

 9        Q     Okay.

10        A     And, you know, they wanted -- out of

11  respect for confidentiality, they wanted to just

12  kind of know, you know, the general overview of what

13  they did in those sessions with the students, so --

14        Q     Okay.

15        A     -- yes.

16              MS. WOMACK:  And I would like to have this

17        marked as Plaintiff's Exhibit 236 [sic].

18              (Plaintiff's Exhibit 246 was marked for

19        identification purposes.)

20              THE WITNESS:  Thank you.

21        Q     (By Ms. Womack)  You have been handed what

22  has been marked as Plaintiff's Exhibit 236 [sic].

23  This is a document bearing the Bates stamp

24  GA00343329.

25        A     Yes.



1        Q      Do you recognize this document?

2        A      Yes.

3        Q      Is this an example of the Georgia

4   Department of Education following up with you

5   regarding the content of the social worker logs that

6   are being submitted on behalf of Rutland to the

7   Department of Education?

8        A      Yes.

9        Q      Okay.  And in this particular email, does

10  Ms. Cleveland convey concern that a particular

11  social worker log doesn't have the therapeutic

12  interventions documented?

13       A      Yes.

14       Q      Okay.  Did you call and have a

15  conversation with Ms. Cleveland about this?

16       A      Yes.

17       Q      And what was the outcome of that

18  conversation?

19       A      The social worker just had to indicate --

20  they were -- they were putting the interventions in

21  the wrong way.  They weren't putting them in the

22  interventions box.  And they were putting them in

23  the wrong location; so they had to revise it and

24  resubmit it to me.  And then I had to resubmit it to

25  them -- to Vickie Cleveland.



1        Q       Okay.

2        A       Through the portal.

3                MS. WOMACK:  I would like to have this

4        document marked as Plaintiff's Exhibit 237

5        [sic].

6                (Plaintiff's Exhibit 247 was marked for

7        identification purposes.)

8        Q       (By Ms. Womack)  Ms. Ngeve, you have been

9    handed what's been marked as Plaintiff's Exhibit 237

10   [sic].  This is a document that bears the Bates

11   stamp Rutland 000579.

12       A       Yes.

13       Q       Are you familiar with this document?

14       A       Yes.

15       Q       What is this document?

16       A       This is our school improvement plan for --

17       Q       Who --

18       A       -- for Rutland -- for Rutland Academy.

19       Q       Who generated this document?

20       A       Myself.  I did.

21       Q       Was this improvement plan developed in --

22               MR. MURPHY:  We're up to 247; right?  Is

23       that what we're on?  247?

24               THE WITNESS:  That's what I have, yeah.

25               MS. WOMACK:  Oh, 247.  I'm sorry.



1              MR. MURPHY:  Unofficially, we are at ten

2        minutes.

3              MS. WOMACK:  Okay.

4        Q      (By Ms. Womack)  Is -- was this school

5   improvement plan developed in conjunction with the

6   GNETS strategic plan process or independently of

7   that?

8        A      Utilize -- yes, it was utilizing the

9   strategic plan information, but it also was

10  utilizing just discussions we had been having as a

11  leadership team, as well as the staff, so not only

12  the strategic plan.

13       Q      Okay.  Did Rutland Academy meet the goals

14  that are specified in this document by the end of

15  the 2021-2022 school year?

16       A      No.

17             MS. WOMACK:  Okay.  I think I would like

18        to take a brief break.

19             MR. MURPHY:  Sure.  Make the final stretch

20        count.

21             MS. WOMACK:  Make sure that I have a nice

22        wrap-up.

23             THE VIDEOGRAPHER:  And we are off the

24        record at 5:29.

25             (Recess taken.)



1            MR. MURPHY:  I'm going to put a stopwatch
2       on you for eight minutes now.
3            THE VIDEOGRAPHER:  And we are back --
4            MS. WOMACK:  I have it going here.
5            THE VIDEOGRAPHER:  We are back on the
6       record at 5:37.
7            MS. WOMACK:  Great.
8       Q     (By Ms. Womack)  Ms. Ngeve, does Rutland
9   Academy have rooms that are used specifically for
10  student de-escalation?
11      A     Yes.
12      Q     Does Rutland Academy have rooms that are
13  used for therapeutic containment?
14      A     Yes.
15      Q     Does Rutland Academy have rooms that are
16  used for intensive intervention?
17      A     Yes.
18      Q     Is the use of rooms for student
19  de-escalation, therapeutic containment, or intensive
20  intervention documented in any way?
21      A     For intensive intervention, yes, because
22  they're meeting with intensive interventionists; and
23  so he's doing the form when they come into his
24  office.
25            And as far as the therapeutic -- one of the



1  therapeutic rooms, they -- that is our -- where we
2  do our group therapy as well as our calming and
3  de-escalation rooms; so there is not a consistent
4  because it's -- it just kind of depends on whatever
5  students are needing at that -- at that time.  And
6  that's not like a -- they don't have to sign in to
7  go into that room as long as the room is available.
8  A student may need it with a teacher.  They can go
9  into those rooms.
10       And with the intensive intervention -- well, in
11  the -- with the rooms where the intensive -- the II
12  rooms that are not the intensive intervention office
13  where students may have a physical restraint or they
14  may be physically aggressive or things of that
15  nature, there's not one location.
16       There's not a sign-in log there, but they
17  are -- if they have to get a physical restraint, it
18  is documented in there in Infinite Campus.
19       Q    Okay.  Does Rutland Academy use seclusion
20  rooms?
21       A    Seclusion rooms?  No.
22       Q    Has Rutland Academy, during the time that
23  you have worked here in whatever capacity, ever used
24  seclusion rooms?
25       A    Yes.



1       Q     And how long ago was that?

2       A     2007.  So --

3       Q     Was the last time you recall there being a

4  use of a seclusion room?

5       A     Yes.

6       Q     Have any students at Rutland Academy been

7  physically harmed by the use of restraint or

8  physical intervention by staff in the last two

9  years?

10       A     No.

11       Q     Have any Rutland Academy students sought

12  medical care following an incident of physical

13  restraint or physical interaction with staff in the

14  past two years?

15       A     Yes.

16       Q     And in what situations did that occur?

17       A     If a student mentioned that their arm was

18  hurt or their -- or their -- if they mention

19  anything about "I don't feel good" or anything they

20  mention at all, we always take them to go see the

21  nurse.  Even if it -- even if there was no

22  physical -- even if -- even if there was nothing

23  that should have led to their hand being hurt or

24  their head hurting.  But if they mention anything

25  about not feeling well after any kind of physical



1  incident, we take them to see the nurse immediately.

2       Q    Have any of those instances where that has

3  occurred led to the discovery of actual physical

4  harm or ailments?

5       A    No.

6       Q    Do you video-record any interior spaces of

7  the program at Rutland Academy?

8       A    Yes.

9       Q    What spaces are those?

10      A    The classrooms, the hallways -- classroom,

11  hall -- front office; the multi-purpose room, which

12  is a gym; the cafeteria; the garden level.  Every

13  area is recorded with the exception of work rooms

14  and restrooms.

15      Q    Do you review video of relevant spaces

16  after the reporting of incidents of physical

17  intervention or restraint?

18      A    Yes, when needed, when warranted.

19      Q    So you don't always review video, but

20  you -- you review video in select circumstances?

21      A    Correct.

22      Q    And what are the circumstances that would

23  lead you to review video?

24      A    If a student mentions that something

25  happened or, you know, "My arm is," you know,



1   "hurt," or something -- if they mention that there

2   was a concern that they had, then we always --

3   always investigate it and look into the -- to the

4   restraint and also communicate with the parent.

5       Q       Were you present for site visits to

6   Rutland Academy in March of 2022 in which experts

7   for the United States toured the facility and

8   observed classrooms?

9       A       Yes.

10      Q       Did you do anything to prepare for those

11  site visits?

12      A       Yes.

13      Q       Did you have any conversations with anyone

14  on your staff about the visits in advance of the

15  visits occurring?

16      A       Yes.

17      Q       Who on your staff did you talk to?

18      A       The whole staff.

19      Q       What did you tell them?

20      A       I let them know that the site visits would

21  be occurring and that we wanted to make sure that

22  all the students, you know, just -- just to -- to be

23  aware that we may have guests in the building and to

24  continue business as usual, not to do anything

25  special, just be yourselves.  And they were on that



1   day, for sure.

2        Q    Did you put any special maintenance

3   requests in advance of those site visits?

4        A    No, not maintenance requests, no.

5        Q    Were there any modifications of any class

6   schedules or student schedules in anticipation of

7   those site visits?

8        A    No.

9        Q    Did you or anyone on your staff have any

10  conversations with students or their families about

11  the site visits in advance of the visits occurring?

12       A    No.  Well, we told the students that there

13  would be guests coming, but we didn't specify a site

14  visit or what have you.  Just a -- just that guests

15  may come into the classroom and be yourselves.

16       Q    Were any students requested to stay home

17  on the date that the site visits occurred?

18       A    No.

19       Q    Did you or anyone on your staff have

20  conversations with anyone representing the State of

21  Georgia about the site visits before they occurred?

22       A    Representing the State of Georgia?  No.

23       Q    Did you have any conversations about the

24  site visits with anyone from the Georgia Department

25  of Education?



1          A      Yes.

2          Q      And who did you have a conversation with?

3          A      In the GNETS -- in the -- one of the

4    directors' meetings, we all just kind of talked

5    about who was having site visits, when, or if anyone

6    had got -- knew when they were going to have site

7    visits.  Just the fact -- the dates.

8          Q      Mm-hmm.  At the time you had those

9    conversations, had any of the GNETS programs already

10   had site visits?

11         A      Not that I can recall.

12         Q      Okay.  And that was at a GNETS directors'

13   meeting?

14         A      Yes.

15         Q      And were -- was Ms. Cleveland present at

16   that meeting?

17         A      From what I remember, it was just the

18   GNETS directors, just meeting to talk about, you

19   know, site visits that were coming up.

20         Q      Okay.

21         A      It wasn't -- it wasn't official GNETS

22   directors' meeting with -- with Vickie or LaKesha.

23         Q      Have you had any conversations about the

24   United States site visits with any attorneys

25   representing the State of Georgia, either before or



1    after the site visits?

2         A     No.

3         Q     Did you have any conversations after the

4    site visits with anyone from the Georgia Department

5    of Education or any of the other GNETS directors?

6         A     Not any of the -- any of the attorneys

7    representing Georgia.  But some of the GNETS

8    directors did talk about -- we talked about our --

9    like, that we had the site visits and how long they

10   lasted and things of that nature, so yes.

11        Q     Okay.  Are you familiar with the Apex

12   program?

13        A     I'm not.

14        Q     Okay.  And I think one final question.

15   You mentioned i-Ready earlier.  Is Rutland required

16   to use i-Ready for a specific number of minutes each

17   week?

18        A     Yes.

19              (Alarm sounding.)

20        Q     (By Ms. Womack)  How many minutes is that?

21        A     Ninety.

22        Q     Okay.  And where does that requirement

23   come from?

24        A     The State Department says 45 minutes, ELA;

25   45 minutes, math.



```
 1        Q     Okay.

 2              MS. WOMACK:  Can I ask one final question?

 3        Q     (By Ms. Womack)  I have one final

 4   question.  You talked about a point sheet earlier,

 5   and I just want to make sure I clarify.  Are there

 6   any modifications to the point sheets that you use

 7   for students who are nonverbal or may have

 8   intellectual difficulty understanding complex point

 9   systems?

10        A     Yes.

11        Q     What are those modifications?

12        A     We don't use points.  We use smiley faces

13   or frowny faces.

14        Q     Okay.

15        A     And sometimes we use chips also so they

16   can have a physical representation of when they're

17   doing well.

18              MS. WOMACK:  Okay.  All right.  I think

19        that concludes my questions.  Thank you so much

20        for your time today.

21              THE WITNESS:  You're welcome.

22              MS. WOMACK:  Very much appreciate it.

23              THE VIDEOGRAPHER:  And we are off the

24        record at 5:46.

25              (Deposition concluded at 5:46 p.m.)
```



1                    C E R T I F I C A T E

2    STATE OF GEORGIA:

3    COUNTY OF DEKALB:

4

5              I hereby certify that the foregoing

6         transcript was taken down, as stated in the

7         caption, and the questions and answers thereto

8         were reduced to typewriting under my direction;

9         that the foregoing pages 1 through 346

10        represent a true and correct transcript of the

11        evidence given upon said hearing, and I further

12        certify that I am not of kin or counsel to the

13        parties in the case; am not in the regular

14        employ of counsel for any of said parties; nor

15        am I in anywise interested in the result of

16        said case.  The witness did not reserve the

17        right to read and sign the transcript.

18              This, the 29th day of July 2022.

19

20

21    
      _____

22        Susan M. Shaw, CCR# B-1037

23

24

25

1                           DISCLOSURE

2    STATE OF GEORGIA:

3    COUNTY OF DEKALB:

4

5                Deposition of CELESTINA NGEVE

6                Date:  July 15, 2022

7         Pursuant to Article 10.B of the Rules and
     Regulations of the Board of Court Reporting of the
8    Judicial Council of Georgia, I make the following
     disclosure:
9
          I am a Georgia Certified Court Reporter.  I am
10   here as a representative of Regency-Brentano, Inc.

11        I am not disqualified for a relationship of
     interest under the provisions of O.C.G.A.
12   9-11-28(c).

13        Regency-Brentano, Inc., was contacted by the
     offices of Esquire Deposition Solutions to provide
14   court reporting services for this deposition.

15        Regency-Brentano, Inc., will not be taking this
     deposition under any contract that is prohibited by
16   O.C.G.A. 15-14-37 (a) and (b).

17        Regency-Brentano, Inc., has no exclusive
     contract to provide reporting services with any
18   party to the case, any counsel in the case, or any
     reporter or reporting agency from whom a referral
19   might have been made to cover this deposition.

20        Regency-Brentano, Inc., will charge its usual
     and customary rates to all parties in the case, and
21   a financial discount will not be given to any party
     to this litigation.

22

23

24                          Susan M. Shaw, CCR# B-1037

25



Exhibits

8383629 Cel
est.Ngeve.
EXHIBIT199
    235:18,
    22,23
    240:19

8383629 Cel
est.Ngeve.
EXHIBIT209
    13:1

8383629 Cel
est.Ngeve.
EXHIBIT210
    20:10,11

8383629 Cel
est.Ngeve.
EXHIBIT211
    54:8,9,12

8383629 Cel
est.Ngeve.
EXHIBIT212
    131:20,
    21,25

8383629 Cel
est.Ngeve.
EXHIBIT213
    133:19,
    20,23

8383629 Cel
est.Ngeve.
EXHIBIT214
    154:19,
    20,23
    163:17

8383629 Cel
est.Ngeve.
EXHIBIT215
    161:24,25
    162:1,5

8383629 Cel
est.Ngeve.
EXHIBIT216
    164:6,7,
    10,11
    171:21

8383629 Cel
est.Ngeve.
EXHIBIT217
    172:18,
    19,22,23

8383629 Cel
est.Ngeve.
EXHIBIT218
    179:14,
    15,19
    184:24

8383629 Cel
est.Ngeve.
EXHIBIT219
    184:5,6,7

8383629 Cel
est.Ngeve.
EXHIBIT220
    187:11,
    12,16

8383629 Cel
est.Ngeve.
EXHIBIT221
    192:14,
    15,16,19,
    20

8383629 Cel
est.Ngeve.
EXHIBIT222
    202:7,8,
    11

8383629 Cel
est.Ngeve.
EXHIBIT223
    220:8,9,
    12,13

8383629 Cel
est.Ngeve.
EXHIBIT224
    231:13,
    14,18

8383629 Cel
est.Ngeve.
EXHIBIT225
    235:15,16
    240:16,
    20,24

8383629 Cel
est.Ngeve.
EXHIBIT226
    247:25
    248:1,4,5

8383629 Cel
est.Ngeve.
EXHIBIT227
    254:9,10,
    14,15
    259:9,10

8383629 Cel
est.Ngeve.
EXHIBIT228
    259:18,
    19,22,23

8383629 Cel
est.Ngeve.
EXHIBIT229
    265:15,
    16,20
    266:12

8383629 Cel
est.Ngeve.
EXHIBIT230
    274:12,
    13,17,18

8383629 Cel
est.Ngeve.
EXHIBIT231
    278:18,
    19,22,23

8383629 Cel
est.Ngeve.
EXHIBIT232
    279:20,
    21,24,25

8383629 Cel
est.Ngeve.
EXHIBIT233
    282:24,25
    283:5

8383629 Cel
est.Ngeve.
EXHIBIT234
    293:22
    294:10,
    11,16

8383629 Cel
est.Ngeve.
EXHIBIT235
    293:25
    294:1,12
    295:16,17
    332:6,11

8383629 Cel
est.Ngeve.
EXHIBIT236
    294:4,5,
    6,14
    298:5
    334:17,22

8383629 Cel
est.Ngeve.
EXHIBIT237
    299:20,
    21,25
    300:1
    336:4,9

8383629 Cel
est.Ngeve.
EXHIBIT238
    304:4,5,
    9,10

8383629 Cel
est.Ngeve.
EXHIBIT239
    307:21,22
    308:1,2

8383629 Cel
est.Ngeve.
EXHIBIT240
    312:17,
    18,21,22

8383629 Cel
est.Ngeve.
EXHIBIT241
    313:20,
    21,22
    314:1,2

8383629 Cel
est.Ngeve.
EXHIBIT242
    316:25
    317:1,12,
    13

8383629 Cel
est.Ngeve.
EXHIBIT243
    327:11,
    14,17,18

8383629 Cel
est.Ngeve.
EXHIBIT244
    329:19,
    20,24

8383629 Cel
est.Ngeve.
EXHIBIT245
    332:7

8383629 Cel
est.Ngeve.
EXHIBIT246
    334:18

8383629 Cel
est.Ngeve.
EXHIBIT247



CELEST NGEVE
UNITED STATES vs STATE OF GEORGIA

July 15, 2022
Index: $1,549,997..2006

336:6

---

**$**

---

**$1,549,997**
276:10

**$87,500**
279:5

---

**0**

---

000002
314:3

000007
327:21

000013
312:23

000040
329:25

000047
308:3

000071
317:16

000090
304:11

000108
54:13

000277
133:25

000281
132:1

000291
202:12

000297
192:20

000298
198:7

000299
220:14

000361
236:7

000579
336:11

000584
240:25

000606
173:1

000609
164:12

000614
294:15

002910
265:21

002925
270:24

002932
154:25

002934
162:6

00610
294:12

00611
294:13

---

**1**

---

1
22:13
242:21,22
256:4
272:25
313:10

1,000
72:20

1.549
276:15,25

10
328:22

10,000
73:20

10am
300:7

11
47:15,16,
17 48:9
317:22

11:40
116:15

11:53
116:18

11am
300:8

12
154:4
158:10
161:5,17

1250
45:4

126
245:5

13
24:25
25:17
26:15
28:1
29:11
30:11,16
31:11
36:11
38:5
44:6,22
46:8,9
49:2
50:17
51:1
56:13
129:20,21
160:15
221:18
239:10
262:15

314:11

135
180:23

137
183:8

14
48:1

14th
179:24
180:24

15
28:6
260:14
300:7
327:25
329:12
330:15

15th
6:6 328:9

16
310:18

160-4-7.15
309:12

17
232:10

17th
279:1
283:9

18
180:8
185:2

18-'19
164:16

18th
180:14
184:15

19
241:24

19-'20
172:2

241:22

19-20
155:7

199
235:18,23
240:19

19th
158:7

1:28
191:14

1:30
141:23,25

1st
158:5
333:4

---

**2**

---

2
43:4
138:25
242:21
243:8

20
47:1,5
328:22
330:5,11

20-'21
164:17

20-21
162:11

200
46:15,17,
18

2002-'23
78:20

2004
21:10

2006
20:23



**2007**
16:17,19
39:11
340:2

**2008**
45:20,22
160:25

**2009**
158:5
160:3,15
161:12

**2011**
159:15

**2015**
49:15
53:18,24
79:10

**2017-18**
185:4,25

**2018**
23:6
179:24
180:24
181:18
184:15
186:16
283:16
300:5,7
332:18

**2018-'19**
165:1,9
173:21,22

**2018-19**
186:2

**2019**
159:19
160:6,15
187:21
231:21
232:10
242:3,15
279:1
280:2,14

283:9
310:18

**2019-'20**
156:22
157:9
165:1,16

**2019-2020**
155:21
163:4,8,
23 174:12
310:23
311:1
319:23

**2020**
161:3
248:7
254:17
259:25
268:24
269:2,3,
13 276:7
294:20
295:21
298:18
299:12
313:2
317:22

**2020-'21**
165:1,24
166:5
174:17

**2020-2021**
162:23
163:9,25
269:14
328:6
330:6

**2021**
158:7
161:15
242:7,10,
15 260:14
265:25
266:2,15

268:12,
22,24
269:1,12,
19 271:3
277:8
327:25
328:9
329:12

**2021-'22**
47:14
48:10
51:7 53:4
58:17
59:15
60:11
61:11
63:5
78:16
80:6
81:8,15,
18 83:22
85:1,23
86:1,7,13
87:17
93:21
101:22
102:18
117:1,16,
22 118:3,
9,19
119:2,7,
18 120:7
121:4,17
122:7,14
124:6
135:9
139:17
141:18
167:8,11,
19,23
168:11
171:14
174:24
175:5
199:23
200:24

324:17
326:7,9,
19 329:15

**2021-2022**
337:15

**2022**
6:6 84:2
342:6

**2022-'23**
48:2
51:18
53:14
82:21
84:2 85:5
87:20
102:22
103:1
133:12
135:12
140:3

**2023**
22:3

**209**
13:1

**20th**
242:3,15
280:2

**21**
241:25

**21-'22**
47:9
80:12,14,
16 120:15
132:13
200:11
269:2

**210**
20:11

**211**
54:8,9,12

**212**
131:20,

21,25

**213**
133:19,
20,23

**214**
154:19,
20,23
163:17

**215**
161:25
162:1,5

**216**
164:6,7,
11 171:21

**217**
172:18,
19,23

**218**
179:14,
15,19
184:24

**219**
184:6,7

**22**
166:14

**22-'23**
47:12
80:23
126:24

**220**
187:11,
12,16

**221**
192:15,
16,20

**222**
202:7,8,
11

**223**
220:8,9,
13



**224**
231:13,
14,18

**225**
235:15,16
240:16,
20,24

**226**
247:25
248:1,5

**227**
254:9,10,
15 259:10

**228**
259:18,
19,23

**229**
265:15,
16,20
266:12

**22nd**
166:24

**230**
274:12,
13,18

**231**
278:18,
19,23

**232**
279:20,
21,25

**233**
282:24,25
283:5

**234**
293:18,
20,22
294:10,
11,16

**235**
293:25

**294:1,10,**
12 295:17
332:6,11

**236**
294:5,6,
10,14
298:5
334:17,22

**237**
299:20,21
300:1
336:4,9

**238**
304:4,5,
10

**239**
307:21,22
308:2

**23rd**
159:19
242:7

**24**
18:3,6

**240**
312:17,
18,22

**241**
313:21,22
314:2

**242**
316:25
317:1,13

**243**
327:11,
14,18

**244**
329:19,
20,24

**245**
332:7

**246**

**334:18**

**247**
336:6,22,
23,25

**24th**
313:2

**25**
28:15
330:15

**25th**
231:21

**26**
332:18

**27**
117:1,6

**28th**
161:15

**2:10**
191:17

**2:30**
49:19
139:13

**2:45**
139:13

**2nd**
259:25

_____

**3**

**3**
242:21
243:14
299:7

**30**
47:3,5
94:9,13
139:22
159:15

**30-**
140:11

**30606**
45:5

**30th**
160:6

**31st**
161:3

**32**
273:21

**37**
180:8

**3:39**
265:7

**3:51**
265:10

**3rd**
187:21
248:7
300:5

_____

**4**

**4**
22:18,19
160:24
242:21
243:20

**4-8**
22:15,16

**45**
345:24,25

**4d**
308:17,24
309:17

_____

**5**

**5**
310:14
328:6

**5/15/19**

**304:18**

**5:29**
337:24

**5:37**
338:6

**5:46**
346:24,25

_____

**6**

**6**
254:17
298:13

**6-12**
22:15

**60**
139:23,25

**60,000**
73:21

**60-minute**
140:11

**67**
54:4

**68**
53:11
135:8

**6th**
160:3
161:11
276:7

_____

**7**

**7**
160:15
273:10
283:16
294:20

**72**
53:15



135:12

**73**
53:11
135:8

**75**
28:14

**8**

**8**
22:18,19

**85**
28:5

**87**
54:2

**87,500**
279:9

**8:00**
139:8,9

**8:25**
139:9

**8:30**
49:19
141:23

**9**

**90**
187:1

**95**
177:23

**98**
138:25
180:24

**9:31**
6:7

**A**

Ab

174:10

**abilities**
65:5

**ability**
56:14
198:18
230:2

**abreast**
37:5

**absence**
177:4

**absences**
175:15

**Absolute**
25:8

**absolutely**
29:7
183:17

**academic**
15:14,15
17:12
38:12
55:21
67:10
68:9,23
69:10
89:25
94:23
97:1,2

**academically**
38:23
55:13
56:7,23
68:14
248:24
251:24
252:7,10,
22 253:2

**academics**
67:11
68:9

**Academy**
6:17 7:21
16:23,25
17:21
23:2,5,24
24:4,7
25:3,10,
12,13,15
26:6,19
27:24
28:16
29:2
39:4,7,22
40:4
42:17
45:2,8,25
46:3,12,
21 48:23
49:14,18,
21 50:12,
15 51:7,
18 52:18
53:4,13
54:17,24
55:3,11,
19 56:15
57:20
58:4,16,
25 59:20
60:9
61:10
62:25
63:4
65:12,15,
18 66:2
76:2
77:22
78:4,6
88:23
94:16,20
95:6,19
99:1,3
101:14,21
104:12,20
105:3,19
107:14
109:25

111:22
114:4
115:11
118:14,24
125:20
126:9,13,
19
132:17,18
135:5,9,
12,15,16
138:11,23
139:16
140:14,
20,23
141:22
142:18
143:7
147:21,22
148:3
150:13,22
151:11,13
155:3,7,
21 157:9,
12,16,21
158:22
159:13,25
160:13,22
161:9
162:7,11,
23 164:1,
25 165:8,
15,23
167:10
168:12,17
169:15,22
170:25
171:10
172:4,6
173:13,22
174:12,18
175:4,8,
22 177:21
179:3
183:20
190:13,14
191:20
192:1

193:16,
18,24
194:1
195:10
198:14,
19,20
201:19
202:20
210:11,14
217:8,21
218:20
220:1,4
224:17
225:1
233:11
234:22,25
236:14
238:2
239:7,9
241:1,16
242:14
243:10
244:5
245:20
246:25
248:22
251:25
258:16,19
261:24
262:3,13,
16,21,25
264:21
269:21
272:12
274:3
276:6
280:11
281:7,19
282:1,5,
10 284:10
285:14
291:18
295:23
301:20
303:17
306:14
308:7,9



309:25
310:7,18
311:25
313:1
314:18
315:22
317:21
318:13
324:15
327:24
333:10
336:18
337:13
338:9,12,
15
339:19,22
340:6,11
341:7
342:6

Academy's
50:21
55:25
266:1
317:25

accept
92:15

accepting
73:12
92:5,7

access
187:22
188:1,4,7

accomplishe
d
296:21

accomplishm
ents
68:2

account
82:5
318:13

accountabil
ity

24:14,19
43:7,12
44:4,8

accounted
52:11

accurate
55:25
105:17
124:21
156:23
157:8
158:20
173:21
174:11,17
184:18
185:1
196:22
223:22
252:20
267:11
269:15
272:3
310:17

accurately
192:9
233:6

achieved
24:23

achievement
104:14
105:5,6,
20 200:2,
25 201:3
212:19

acknowledge
72:10,12

acquainted
16:15,18
39:10

acronym
83:16
181:3

acronyms
18:9

action
13:3
296:23

actively
47:18

activities
15:7,15,
16 74:9
89:22
92:6
156:19
296:20
323:5
324:13,
17,21
325:5

activities/
sports/
activities
321:9

actual
119:25
121:9
251:12
291:22
341:3

add
31:7
91:16
124:8
267:6

added
36:4

addition
48:7
89:24
128:21
220:24
285:4

additional
17:10

28:5,8
29:16
36:4 39:2
41:4,9
50:6 65:8
78:1 82:9
91:24,25
114:19
123:2,18,
22 124:12
125:6
136:12
137:17,18
153:2
160:11
161:20
170:19
204:23
211:17
216:16,24
226:23
242:10
243:24
244:6
267:10
284:8
287:15
290:25
293:6,10
301:20
303:7,18
316:3,4
319:8

address
38:10
299:7,11
323:12

addressed
212:5
255:6

addressing
43:14

adequate
99:23
144:11,12

257:1,17,
20,23
258:3

adequately
233:4

administer
111:16
250:22
251:8
256:8
258:7

administere
d
250:19,24
251:14
257:8
258:13

administeri
ng
24:13
257:3

Administrat
ion
125:7

administrat
or
203:7

administrat
ors
102:12
195:8
199:11
200:6,18
201:7
216:8

adolescent
42:1

adults
62:17

advance
342:14
343:3,11



**Advantage**
  57:2
  59:21,23
  60:10
  66:1,19,
  20

**advisor**
  70:3

**advisory**
  300:6,24
  301:8,10,
  12,14,16,
  21,25
  302:9,10,
  16,24
  303:6,9,
  15,16,19,
  22,23
  304:14,
  16,20
  307:5

**affect**
  115:3
  179:9

**affected**
  171:7

**affects**
  115:1

**affiliated**
  34:1
  61:24
  64:18
  203:16

**afternoon**
  139:12

**age**
  166:10,
  18,22
  168:8

**aged**
  166:13

**agencies**

37:3,11
42:23
44:21
96:9,11
267:17

**agency**
  18:19,23
  29:10
  30:9  57:1
  62:3,4
  170:21

**agenda**
  307:15

**agent**
  49:22,24
  50:2,13

**aggregate**
  149:21

**aggressive**
  339:14

**agree**
  97:9
  215:13
  233:1
  234:3
  257:14,21

**agreement**
  211:10,
  19,23
  212:14,23
  216:10

**ahead**
  128:13,16
  212:16
  231:8
  267:19
  329:2

**aid**
  111:11
  112:1,19
  113:1
  310:9

**ailments**
  341:4

**aim**
  56:6

**aims**
  56:2

**alarm**
  345:19

**Albany**
  21:13

**align**
  93:8

**aligned**
  197:23
  222:7
  237:7

**alignment**
  105:10
  122:4
  182:20
  196:5,12,
  14,18,21
  264:12
  302:8
  308:23
  312:10,13
  316:21

**allergies**
  125:15

**Allison**
  23:13,14,
  21  31:1

**allocated**
  277:8

**allocation**
  276:5
  277:9
  309:1

**allocations**
  274:22
  275:1,3,

7,12
276:2

**allotments**
  263:8,9

**allowed**
  318:21

**alongside**
  19:20

**alternate**
  175:20

**alternative**
  122:11

**altogether**
  228:9

**amazing**
  17:3
  33:20
  72:19

**amend**
  212:16
  225:16

**America**
  6:5

**American**
  20:25

**amount**
  94:12
  245:14
  264:10,21
  267:22
  276:6,8,
  12  277:7
  281:12

**Anna**
  6:20

**annual**
  189:9
  190:2,6
  251:2,9
  262:4

**annually**
  114:11
  263:18

**answers**
  8:18
  197:10

**anticipate**
  82:18
  102:24
  127:2
  140:2
  142:2,9

**anticipated**
  21:24

**anticipatio
n**
  343:6

**anytime**
  211:1

**Apex**
  345:11

**apologize**
  48:7
  50:17
  91:16
  92:17
  138:12
  168:10
  235:21
  267:6
  318:6

**App**
  189:1
  190:2

**appeared**
  163:16
  232:4

**appears**
  55:24
  155:23
  195:22
  202:13



242:9
270:16
272:20
277:9

application
128:5,7,
12,14
188:17,23
190:5,19
239:20,24
263:14,
16,17
264:19
265:24
266:2,15
267:12,
15,23
268:1,11,
13
269:12,21
270:2,6,
10,15
271:2,5
272:1,14

applications
130:5,9,
11,14

applies
130:17

apply
199:14

applying
130:22

appointments
70:15,20,
25

approach
158:24

appropriately
218:19

264:16

approval
129:20,
23,25
131:8,10,
16

approve
129:22

approved
278:5,7

approximate
151:5

approximately
23:7
42:13
93:21
160:8,19
326:10

approximation
46:14,15,
19

April
283:25

area
72:4
108:22
111:6
114:21
122:4
296:6,16
299:5
341:13

areas
22:21
44:19
67:25
72:5
78:14
79:21
81:3
84:18

104:13
122:3
152:23
270:18
286:21
287:11
296:4
298:11
299:11,15

arise
107:5

arm
340:17
341:25

arose
217:25

arrive
249:2
250:23
251:25

arrives
248:21

art
86:17,24
87:1,7,
10,12,13,
17 88:1,
2,3,4,5,
6,14,18,
21

artifact
309:16,20

artifacts
289:6,8,
15 290:25
291:8
292:24
293:4

Arts
22:15,18

ASAP
183:9

asks
61:2
104:4
181:20
185:7,11
186:15
329:1

aspects
290:17

assemblies
89:21

assembly
91:3

assess
67:7
250:8
252:15
254:4
295:3

assessed
252:21
253:2

assessing
251:23,24

assessment
25:24
26:5
111:17
114:1,3
200:1
249:18
250:17,24
252:13,23
253:16,18
256:8,11,
16,22

assessments
26:12
67:23
248:22
249:2,14
251:25
255:18

257:4
258:7,12

assignments
24:15

assist
26:7,8,10
155:13
195:25
315:15
316:1

assisting
41:8
137:2

assists
33:12

assume
110:12

assuring
24:20

Athens
45:4

attached
6:2
180:12
185:8
280:9
332:25

attachment
275:15,17
280:3

attachments
274:24
275:12

attack
148:24
171:7
214:16

attempt
144:17,21
148:14
151:6



**attempted**
    145:24
    146:15
    147:7
    148:4
    154:11
    209:19,21

**attempts**
    145:18,24
    146:2,13

**attend**
    29:20
    32:25
    140:13
    141:21
    230:2

**attendance**
    176:2,13,
    14,17
    177:12,24
    178:1,2,
    3,5,9
    179:6,9
    207:24
    324:8,25
    325:18

**attended**
    232:14

**attending**
    16:22
    36:23
    38:14,15
    178:21

**attends**
    32:8
    36:10

**attention**
    270:23
    330:2

**attorney**
    8:2

**attorneys**
    344:24

    345:6

**audit**
    305:4,6,
    8,20

**August**
    103:8,9
    159:19
    160:3,24
    161:11
    300:4,7
    310:18

**autism**
    199:9

**auto-
populated**
    271:12

**automatic**
    243:18

**automatical
ly**
    226:1

**Avenue**
    45:4,19
    46:7
    179:2

**average**
    94:2,10
    96:21
    148:16
    149:9,19,
    23 150:6
    177:20
    299:4,6
    328:17
    330:13

**avoid**
    8:21

**aware**
    14:2
    43:24
    71:16
    140:1,17

    154:1
    171:19,24
    179:11
    342:23

**awesome**
    100:13

———————

        **B**

**B-A-S**
    259:7

**B-A-S-C**
    113:6
    254:18
    259:9

**bachelor**
    21:5

**bachelor's**
    21:8

**back**
    17:15
    43:2,21
    47:14
    62:1,16
    67:4
    77:20
    89:2
    90:13
    94:15
    95:25
    96:15
    97:6,25
    98:4,11,
    18,25
    99:9,10,
    19
    100:16,
    17,18,23
    101:5,10,
    20 102:25
    110:19
    116:17
    129:13,15
    130:3

    135:6
    137:23
    140:25
    143:1,20,
    25 144:1,
    22 145:1,
    5,17
    146:17
    147:9,23
    148:4,6
    149:3
    150:22,23
    151:6
    168:6
    170:16
    180:10
    181:22
    182:13
    191:16
    206:14
    213:16,17
    215:7
    218:4
    219:17
    227:15,16
    230:11
    232:16
    235:5,9
    236:2
    238:9
    241:23
    261:7
    265:9
    286:22
    296:11,13
    297:3
    313:14
    318:22
    321:15
    322:8
    323:1,20
    327:3
    338:3,5

**background**
    129:10,12

**backwards**
    145:21

**ball**
    325:12

**ballpark**
    262:7
    281:13

**barriers**
    71:23
    209:7

**Barrow**
    49:6

**BAS**
    259:7

**BASC**
    111:14
    113:7,8,
    17 114:1,
    10,14
    250:17
    251:9,14
    254:23
    255:18
    256:15,23
    257:1,8,
    11,19
    258:2
    259:6

**BASC-3**
    111:14,16
    113:9
    250:25
    282:12,13

**base**
    48:18

**based**
    28:4 57:7
    66:17
    73:6,23
    97:1
    102:3
    123:21
    141:4,6



153:4
178:18
189:24
211:22
271:9,13
286:23
288:5
299:6
324:23

**baseline**
67:11,13
252:5

**basic**
11:21
163:1
324:25

**basically**
15:9
104:24
201:25
301:16
334:8

**basics**
324:4

**basis**
27:14
29:17
31:20,23
68:21
89:20
98:15
149:25
150:2
153:10
176:3
218:10
221:24
222:1,23
238:12
262:25
296:18
308:10,
12,13
333:16

**basketball**
74:12

**Bates**
54:13
132:1
133:24
154:24
164:11
179:20
192:20
231:19
240:24
254:15
259:23
265:20
270:24
274:18
275:16,
17,19,22
278:23
279:25
283:6
294:11,
13,15
304:10
308:2
312:22
327:20
329:24
332:14
334:23
336:10

**Bates-
stamped**
162:6
172:25
184:10
187:17
198:7
202:12
220:13
248:5
300:1
314:2
317:15

**bearing**
254:15
259:23
274:18
279:25
283:6
294:11,
13,14
304:10
308:2
327:20
332:14
334:23

**bears**
54:13
132:1
133:24
154:24
164:11
179:20
192:20
231:19
236:6
265:20
270:24
275:16,
17,22
278:23
312:22
329:24
336:10

**began**
251:18

**begin**
103:12
135:14
139:8,13
186:14
207:25
226:21

**beginning**
67:14,19
68:7,10
111:5
116:9

130:3
174:24
191:23
192:3
219:15
221:15
251:10
311:8
315:1

**begins**
97:3,10

**behalf**
6:20
202:23
203:3
335:6

**behavior**
25:23,24
57:2
59:21,23
60:10
69:3
105:7
106:23
107:1
111:16
125:15
146:9,20,
24 152:16
177:1,4
200:1,15,
23 209:12
222:12
223:9
224:5
248:23
326:1

**behavioral**
19:10,14,
19 26:3,
4,11,12
55:21
66:1
68:15,17,
24 69:10,

16 71:18
90:22
92:3
94:23
97:2
103:17,23
199:6,9
203:9
212:1
325:20

**behaviorall
y**
55:14
56:8,23
248:23
249:1,15,
19 250:8

**behaviorals**
71:4

**behaviors**
69:2
107:12,13
209:10
232:15
246:1

**believed**
222:13

**belong**
272:2

**beneath**
180:19

**Bethany**
57:2
60:16,18
61:1,5,7,
11 66:9,
18,20,24
67:2

**big**
68:2 70:7
75:17
101:1
183:6



285:18

**bigger**
321:3
322:17

**bimonthly**
29:21,22,
24 30:5
31:20,23
32:3,5
35:5
106:2
110:11

**BIP**
137:3

**birth**
155:10
162:14

**birthday**
166:24

**bit**
116:20
135:4
178:19
186:24
189:5
191:19,24
201:17,23
207:16
268:21
269:7
334:3

**blend**
55:20
94:22

**block**
42:25

**blue**
71:13
270:16

**board**
6:2
129:19,

22,24
131:8,10,
17 196:6,
13,15,16,
18,21,23
197:23
198:3
218:5
222:6,8
223:5
237:8,14
264:13
279:1
300:7,24
301:8,10,
12,14,16,
17,22,25
302:9,10,
11,16,17,
24 303:6,
9,15,16,
20,22,23
304:20
309:15
314:9,10,
12,19,22,
25
316:18,21

**body**
131:13
314:13

**book**
65:3

**books**
65:4
252:16

**bottom**
86:2
133:1
157:20
185:23
232:7
236:7
273:16

**boundaries**
73:12
91:5
325:22

**box**
96:20
195:21
222:11
242:18
335:22

**break**
104:2
116:12
117:4
187:6
191:9
265:5,11
337:18

**breakdown**
101:24
138:22

**breakfast**
52:21
178:13

**brevity**
18:9

**briefly**
94:15

**bring**
311:22

**bringing**
34:16

**broadly**
217:19
258:22

**broke**
191:19

**brought**
11:14

**Brown**
231:22

234:18

**bucks**
75:11,14,
19

**budget**
262:4,13,
20 263:6,
7 264:8,
11,17

**budgets**
24:14

**building**
19:7
28:6,14
45:21
46:11
342:23

**buildings**
45:15

**built**
45:24
46:2

**bullet**
305:23
306:21
315:9

**bus**
107:6,7
138:14,
24,25
139:2,15,
21,24
140:7,11,
16 141:24
177:7,8,
19 211:16
311:4

**buses**
139:6,10,
14
140:15,19

**business**

342:24

**busing**
140:14

---

C

**cafeteria**
341:12

**calendar**
40:25
89:18
92:4,20
93:7,8,10
104:23
105:3
243:5
256:6

**call**
37:13
104:22,23
177:18
211:1
228:4,14
231:1,4
234:8,11
335:14

**called**
83:12
131:8
188:16
223:20,
21,22
250:17
303:23

**calls**
228:4
231:2

**calming**
339:2

**Campus**
124:22
125:5,11,
12 176:6,



11 339:18

**candidate**
128:23
129:1,15
280:3,10

**capacity**
23:23
46:11
301:21
339:23

**car**
138:19
139:1

**card**
265:2

**care**
33:21
34:14
57:6
60:24
61:19
62:2
66:10
104:16
114:22,23
115:12,17
116:4
284:4,6,
7,19
340:12

**career**
166:17
215:24

**carriage**
89:17,19

**carry**
27:5

**cars**
138:24

**Carter**
132:25

**case**
13:16
154:12
183:2
232:24

**caseload**
47:25
48:3,16
57:21
58:10
59:4
60:23
70:5 76:1
99:14,15
100:9,14,
20,21
176:12
203:11
206:8,10

**caseloads**
48:11

**cases**
42:6
257:25
258:1,5

**categorical**
270:18

**categories**
117:5
163:2
272:12
282:15
286:11,
13,16
287:23

**category**
88:24
271:1
272:2
273:10
286:25

**caused**
227:19

**causing**
212:11

**celebrate**
67:25
69:13

**Celest**
6:4,23
13:5
315:10

**Celestina**
7:10

**center**
57:2
58:23
59:1,9,
12,15
66:1,21
233:9
281:20
282:2,6,
10,18

**centers**
18:25

**centralized**
36:1

**ceremony**
167:24
168:1,2,
4,23,24
169:10

**Cert**
134:12

**certificate**
121:11,
14,17
122:2,3
123:8,11,
16,24
167:1,3,
4,19
168:18,22
169:6

**certificates**
122:8

**certification**
121:9
122:11
123:18,19
132:14,23
133:3,10
134:25

**certifications**
22:10,11
121:20,24
122:18,25
123:2,7,
15,22
125:19
134:14

**certified**
22:21
122:14
124:1,6

**chain**
185:2

**chair**
130:21
307:16

**chairs**
150:20
290:4

**challenges**
42:3
91:24
103:23
209:8
230:19
249:7

**challenging**
27:20

**change**
31:25

57:7
73:6,16
81:12
117:25
118:3
127:10
144:2
152:5
212:16
219:5

**changed**
49:14
81:11
85:8,11
189:5
303:4
304:1
319:5

**changing**
37:1,5
38:10,11
70:21

**charge**
266:17

**charged**
116:22
261:12

**chart**
176:21
195:24
197:1,3,
4,9,22
198:2
206:18,20
220:14,
17,20,22
221:1
223:19
243:19
275:25
277:10

**Chat**
248:7



check
    99:17
    198:8
    223:10
    232:19
    279:6

check-in
    100:4

check-in/
check-out
    100:1

check-out
    100:4

checklist
    223:15

checks
    61:2
    129:10,12

Child
    42:1

children
    19:18,20
    77:8 89:3
    115:1
    223:2

chips
    346:15

choose
    198:10
    242:19
    257:4
    258:10

chose
    305:5

Christian
    57:3
    60:16,19
    61:5,11
    66:9,18,
    20,24
    67:2

Circle
    49:10

circumstanc
es
    141:2
    217:25
    230:6
    244:1
    341:20,22

Cities
    49:10

City
    49:7
    200:14

civil
    13:2

clarificati
on
    29:8
    137:24
    184:16
    247:7

clarify
    17:19
    28:22
    138:2
    145:25
    146:16
    147:19
    183:4
    228:19
    233:23
    346:5

clarifying
    143:9

clarity
    138:13
    232:19
    233:3

Clarke
    49:6
    52:16
    160:1

178:25
232:12,
21,23
233:10,
17,23
234:4,19
235:10

class
    72:10
    73:1 75:4
    86:21
    87:8
    91:20
    318:22
    319:6
    343:5

classes
    48:21
    74:22
    75:4
    318:16,
    17,19,20,
    23 322:20
    325:1,7,9

classroom
    25:21
    41:10
    48:5,15,
    17,18
    62:17
    75:2
    77:10,12,
    14,15,19,
    22 83:13,
    18 88:2,
    3,5 89:7
    93:3
    142:16
    195:5
    199:3
    219:17
    243:6
    290:11
    291:20
    297:3

318:12,
14,25
319:2,9
321:4
322:18
331:10
341:10
343:15

classrooms
    46:20
    47:6,8,9,
    11,15,16,
    17,19,22,
    23,25
    48:1,9
    71:8
    74:22
    78:2,7,
    16,20,23,
    25 79:6,
    13 81:6,
    10,22
    82:22
    83:1,2,22
    84:1,5,9,
    15,24
    85:3,8
    88:24
    199:8
    291:13
    341:10
    342:8

clear
    8:15
    11:20
    67:18
    69:7
    70:19
    91:7
    206:18
    223:1
    241:12
    268:21
    324:21

Cleveland

32:16,22
33:2
34:24
179:24
180:3,6,
16 181:20
182:12,22
183:13,19
184:15,
19,23
185:1
186:9
187:21,24
231:21,25
232:9
233:5,16,
22 234:7,
12 247:3,
5,11,21
248:6,11,
14
254:17,
22,25
255:1,5,
24 256:25
257:11,19
258:5
259:25
260:5,6
261:16
268:3,7
274:20
276:3,12,
17 278:25
279:4,15
280:2,9,
19 283:22
286:9,19
288:22
289:2,13,
18 290:7,
15,19
291:9,10
292:14,21
294:19
295:11
297:7,18



300:4
301:4
304:21
320:4
332:18,22
333:11
335:10,
15,25
344:15

Cleveland's
255:15
256:4
260:8
303:10

click
189:15

clients
42:5

climate
291:17

close
44:20
144:15
226:14
235:23
251:1,9
330:24

closely
97:5,24
98:3

closer
140:6,15
251:11

clubs
324:24
325:5

Co-counsel
6:18

coaches
323:25

coaching
199:2

coded
133:8

Cognitive
22:14,16

collaborate
56:22,25
57:19
58:25
60:18
63:17
64:20
263:6
308:25

collaborates
59:21
63:11
96:13

collaboration
55:15
56:9

collaborative
303:6,20
304:1
306:22
307:4,9,
12,16
315:15
316:1,6

collect
152:24
291:3
293:11

collected
16:9
291:1

collection
68:20
320:25

college
170:12

171:5

column
134:11
158:1
166:9
245:11

columns
223:20

comfortable
211:6
212:21
281:2

Commerce
49:6
200:14

committed
104:10

committee
213:4,8

common
127:25
331:16

commonly
14:3

communicate
70:14
100:8
124:24
175:13,14
182:5,9
188:12
204:19
205:13
305:25
342:4

communicating
24:25
43:17
100:20
137:15
261:17

communication
44:6,21
99:14
100:21

community
42:7
55:16
56:10,21
60:3,4,15

company
33:25
34:3
278:12

compiling
266:23

complete
26:5,7
168:8
194:3,4,6
202:23
203:3
260:22
270:9
279:6
284:17,18
297:24
305:4
333:10

completed
95:14
166:9,10
167:5,9,
18
168:17,21
202:21
203:16,
19,22,24
223:10
224:8
225:5
241:10
270:13
271:3

319:17

completely
8:6 9:5

completing
26:8,11
260:13,25
261:17
298:14,18

completion
21:24
167:1,3,
19
168:18,21
169:6
257:1,12,
20 258:2
261:20

complex
346:8

compliance
198:3
287:4
292:25
293:4
305:19
309:17

complied
196:23
289:10

comply
285:15,19

complying
237:14

component
87:7
295:3,13
298:11

components
24:21
43:16
56:24
204:3,13,



17 270:12
285:7,21
286:1,5
289:10
293:1

computer
190:9

computer-
based
82:10
87:4
266:5

concern
41:2
214:25
215:2,3
335:10
342:2

concerned
245:24

concerns
14:23
15:1,4,
12,19
209:4,18
223:8
280:12

concluded
175:3
346:25

concludes
49:20
346:19

conclusion
219:23
234:15

conclusions
197:12

conditions
19:19

conduct
128:17

232:15
291:19

conducted
305:11

conducting
261:13

conducts
76:9

conference
234:8,11

confident
129:5

confidentia
l
191:4
202:14
206:15,19
207:1,8,
11 218:21
221:2
225:6
237:12

confidentia
lity
155:11
162:15
232:5
241:14
334:11

confirmed
173:25
174:7,15,
21 279:5,
14

confuse
268:20

confused
269:7

conjunction
203:7,9
207:5
337:5

connected
58:4 59:8
61:7

connecting
59:11

connection
7:17
13:20
58:6,7
66:19
181:12
198:13
264:5
266:14
267:23

consent
212:15

considerati
on
135:25
136:9,10
137:9,11
195:23
196:4
197:24
201:19,
21,24
202:19,24
204:8,12
205:2,18,
21
206:12,24
207:17
213:2
214:3,16
215:10
218:22
219:11,24
224:15
236:15
245:4
315:22
316:19
320:19

considered
136:1
192:6
197:5
205:25
206:1,4
216:11
224:13
225:23
227:23
303:5,19,
20 319:2

consist
207:20

consistent
30:1,4
33:5
35:19
53:17
78:23
79:3 83:1
84:4
157:15
182:24
277:9
281:23
324:25
325:11
339:3

consistentl
y
33:3 69:8
71:7
90:23
127:4
182:25
296:21
324:5
325:6

Consolidate
d
188:17,22
189:1
190:2,5

constantly
67:9
68:13
71:16,19
74:25
153:20
221:11

consult
201:2

consultatio
n
192:25
194:11,
13,17
195:10
199:14,15
200:4,17
206:17,21
207:14
221:3
223:21,24
245:9,15
316:20

consultatio
ns
41:5
200:22
239:14
320:14
321:18
326:5,6,
10

consultativ
e
22:17
25:16
41:5
136:4,16
192:8,12
193:23
194:1,19,
21 198:9,
12,20
199:13,
19,22



218:10
219:14
223:25
243:2
244:12,21
321:18

contact
37:10
129:15
194:10
231:4,6

contacting
27:6
129:7

contacts
223:7

contained
270:1

containment
338:13,19

content
78:14
79:21
82:15,19
84:18
126:20
335:5

contents
79:20

context
320:6

contingent
72:23

continuation
321:5

continue
62:17
82:7,18
102:21
153:13
215:1

244:25
250:11
251:16
274:3
277:4
301:15
302:1
333:13
342:24

continued
77:1
96:17

continuing
44:6
271:24

continuous
24:20
44:1
104:11

continuously
147:21

contract
52:15
274:8

contracted
52:10

contractor
46:4

contracts
52:13

control
105:15
131:11
314:9,10,
12,19,23
315:1

conversation
10:15,16,
20 11:23
73:13

191:24
210:21
236:12
258:16
263:13
284:23
292:18
335:15,18
344:2

conversations
322:15
323:1
342:13
343:10,
20,23
344:9,23
345:3

convey
335:10

cooking
178:12

cool
12:4

coolest
17:4

coordinates
34:16

coordinating
24:12
311:19

coordinator
32:10,12,
18 33:8,
24 40:3,
15 41:13
54:20
76:11
101:3
102:14
106:5
107:25

112:15
117:10
119:20,23
120:2,4
123:13
124:4
130:12,
13,20
132:12,
18,20
150:16
173:11
195:20
203:6,8
204:20
205:12
206:7,10
224:10
233:24
247:14
267:2,5,
13 289:22

coordinator's
119:25

coordinators
29:11
30:9,10,
14,15
172:10
191:2
221:14
232:23
233:18
236:21

cope
69:2

copies
193:11
207:8
208:14

coping
17:10

103:22

copy
180:13
208:4,5,8
221:17
241:8
300:3
332:18

correct
7:22,23
12:16
13:1 17:1
21:16,17
22:20,22
23:8,22
25:4 26:9
31:18
32:7
34:15
35:5,23
37:21
39:5,18,
20 45:12,
13,16,17
46:10
48:14,25
50:23
51:5,25
52:23
53:2
55:4,5
56:11
57:17
58:15
63:3,12
64:2,13
65:11,13
75:20
77:16,25
78:9
80:18,21,
25 81:17
82:16,20
83:17,19
84:16
85:20



86:22
87:2,5
88:10,15,
16,19
93:9
94:14
95:20,23
96:2,14
97:22
101:8,12,
15 105:4
108:16,18
110:14
112:24
115:25
118:2,8
119:8,11,
16 121:2,
15 123:25
127:9,11,
16,17,21
130:15
131:6,12,
14 132:19
135:13
141:9
142:1,8
143:3
145:5,9,
15 147:24
150:5,14
156:19
158:8
159:22
161:18
163:6,21
165:2,3,
9,10
168:5,10,
19,20
169:7
173:20
174:2,16
180:4,5,
17,24
181:19
182:10

183:5
185:9
192:10
194:15
198:5
199:17
201:21
202:22
204:10
205:9
207:15
220:2
221:6
222:9,22
231:25
233:3,14,
21,24
235:11,
20,25
236:5
237:9,16
240:16
243:11
253:15
254:21
255:2,12
260:4
261:19
269:11,25
270:4
280:8
283:19,20
288:5
289:1,3,
22 290:1
291:23
293:1,2
294:20,21
296:2,5
300:12
301:1,6
303:24
304:2
306:15,19
307:6,7
310:21
315:5

318:1
319:24
326:19
327:8
328:13
332:22,23
341:21

**correctly**
117:2
127:18
158:11
235:17
237:6
243:12
245:8
264:23
289:21
310:12

**correspond**
190:25

**corresponde nce**
190:22,24

**cost**
46:7
276:14
277:2,5
279:11
280:15

**council**
303:6,20
304:1
306:22
307:4,9,
13,16
315:15
316:7

**counsel**
6:11
9:15,16,
18,20,23
10:2,21
12:10,12,
13,15,22
216:13

316:1

**counseling**
57:1,16,
23 58:3
59:6,25
60:21
66:25
67:2
96:10
109:8

**count**
176:16
177:13
180:8,23
181:1,2,
13,15,17
185:3
337:20

**counted**
177:4

**counting**
327:2,5

**counts**
181:2,4

**County**
49:10
52:16
157:22
159:13
160:1,13,
23 161:10
163:20
178:25
200:14,18
201:8
233:10,
17,23
234:4,19
235:10

**couple**
8:13 36:4
99:10
156:25
216:13

229:17
230:24
305:15,23
323:20

**court**
6:2,9,12
7:20 8:8,
12 12:25
20:10
54:6
74:12
131:19,24
133:18
154:17
161:24
164:4
172:16
179:13
184:4
187:10
192:13
202:6
220:6
231:11
235:14
240:13,15
259:16
265:14
274:11
294:8
299:19
325:12

**cover**
206:14
276:14
277:2,5

**covered**
117:5

**covering**
280:15

**covers**
279:10

**COVID**
297:12



311:16
322:22,23

**create**
193:2
194:2
207:1
220:20
237:17

**created**
34:11
54:19
128:4
193:4
207:4
220:22
237:19
241:10
243:1
308:13

**creating**
8:12

**credentials**
121:6,20,
23
122:18,25
123:7,15
125:18
280:25

**crisis**
26:25
27:6 41:7
104:14
106:19
107:15
109:1
123:3,6
230:13

**criteria**
227:22
315:16
316:14,
17,18
323:14,19
324:3,20,

22 325:17

**cross-pollination**
39:1

**cross-sharing**
37:18

**culture**
291:17

**currency**
75:12

**current**
134:9
152:4
180:7
185:18
209:8
269:9

**curricular**
37:24

**curriculum**
20:2,14,
16 22:17
24:24
31:13
33:12
37:24
38:4,7,9
40:22
92:3
109:1
110:18
254:1
321:9
323:4

**curriculums**
68:5,6

**custody**
61:25

**CV**
43:4

**cyber**
148:24
171:7

**cycles**
111:13

_____

D

_____

**daily**
68:20,21
69:20,22
71:25
176:3
177:24
178:1

**Dan**
6:16

**Danielle**
6:22

**Darcy**
132:25

**data**
43:8,19,
24 67:10,
11,14,18
68:15,20
69:8,17,
22,25
70:16,19
71:20,21
76:6
99:17
103:4,14,
15,16,17,
21 144:12
148:25
149:10,
12,20,21
150:7
152:23
159:7
164:16
173:4
180:6

186:1,14
218:1
249:19
252:5,11
253:25
285:23
299:1
320:19,25
330:20

**database**
176:8

**date**
6:6 21:25
132:13
134:19,
21,22,24
156:8,11
158:1,2
159:19
160:2,15,
24 161:2,
10 163:15
185:13
205:14
212:25
251:2,12
256:1
260:12
261:17
277:24
304:15
309:25
311:25
317:25
333:7
343:17

**dated**
184:15
187:21
231:21
248:6
254:17
259:25
279:1
280:2

283:9,15
294:20
300:4
328:9
332:18

**dates**
35:2
155:10
158:20
162:14
205:11
242:10
243:4
256:7
306:23,25
307:1,8
344:7

**day**
27:2
49:17,19,
20 58:14
59:11
72:4
73:5,23
140:25
141:12,22
142:3
176:15,
18,20
177:7,10,
12,14,22
180:4
231:7
245:9,15
292:11
328:24
333:4
343:1

**day-in**
44:14

**day-out**
44:14

**days**
99:10,11,



12,19
101:11
102:9
229:17
230:24
242:23
243:1,3

de-escalate
177:16
331:16
332:3

de-
escalating
331:9

de-
escalation
26:25
41:8
108:25
338:10,19
339:3

deadline
183:10
261:20

deal
68:2
75:17
140:14

December
158:5
160:14,15
179:24
180:13,24
184:15
259:25
283:16
294:20
317:22

decide
74:10
152:20
224:18

decided

113:3,24
216:22

decides
224:19
232:20

deciding
224:16

decision
130:25
135:19
219:12
224:25
242:19,24
243:8,14,
21 250:14
251:14,
15,18
253:1,17
254:3

decision-
making
196:17

decisions
107:2,12
215:17
264:20

declining
146:9,20

decrease
328:15
330:12,
17,22

decreased
328:5
329:11
330:4

deemed
219:25
244:2,4,
22 252:17

deeper
116:22

define
27:2

defined
67:8

degree
20:2,4,
20,24
21:2,7,8,
11,15,18
122:22

degrees
19:24
21:1,4
22:6

deliver
93:8
110:8

delivered
66:25
106:1,2

delivers
88:20
106:4
112:6
113:15

delivery
309:3

demonstrate
292:25
293:4

demonstrati
ng
73:3

department
18:15
51:2,3,4
52:14
172:14
179:7
182:3,6
188:10,12
191:5

193:6
207:5
220:24
222:6
237:20
239:25
240:1,4
245:18
247:1
253:4,8,
10
258:17,24
262:14
263:18
264:10,
18,22
266:9,14
268:14
271:21
275:9
285:4
293:15
295:24
297:16
298:3
305:12
333:14,18
335:4,7
343:24
345:4,24

departments
311:20

depending
149:18
210:5,20
252:11

depends
29:22
66:22
103:14,15
128:7
136:12
153:6,9
203:1,14
228:2

229:13,20
238:22
244:24
251:1,7
290:9
339:4

deposed
7:11,14

deposition
6:4 7:7,
16,17,25
9:11
10:2,5,9,
23 11:7,
15 12:1,
6,18,21
13:2,19
235:23
236:5
346:25

designate
195:7

designee
223:8

desired
90:2,3

desk
72:17
74:24

details
11:12
261:4
284:14
334:5

detention
233:9

determine
102:13
204:17
211:24
212:24
219:18
223:11



229:2
248:22
249:15
257:3
264:10
302:3,5

determined
152:18
243:22
250:7,10,
11 262:25
263:3

determines
210:21
224:5
287:21,
22,24

determining
181:16

develop
40:22
111:12,18
124:20
292:17

developed
295:2
336:21
337:5

developing
24:19
40:24
43:5
132:7
134:5

development
137:3
257:2,12,
17,21,24
258:3

development
al
104:15
111:6,8,

13,19,23

DFCS
61:25
62:2,21
210:6
235:6

DHS
232:24

diagnostic
67:22
242:23,25
252:5

difference
70:7 75:2
180:8

differently
69:5
90:11,19
247:18
287:16,18

differing
18:3

difficult
92:14
103:24
164:12

difficultie
s
249:5

difficulty
27:15
62:15
70:11
184:20
346:8

dig
116:22

diploma
165:5,11,
13,20
166:1,3
167:6,15

168:14
169:9
171:14

diplomas
165:18
167:13

direct
65:14
214:16
270:23
330:2

directed
13:5
255:11
260:8
283:22

directions
73:11
298:14,17

directly
23:9
128:10
190:10
309:14

director
22:23
23:4,10,
15,17,24
24:9
27:22
28:16,21
29:1,6
30:25
31:3 32:8
33:1
34:21
37:12,24
39:7,22
40:1
41:15
43:3 50:6
102:14
106:16
108:14,17

110:23
111:1
112:16
113:25
120:17
157:17
193:13,15
194:10,14
195:6
198:14
203:5,8,
10 204:20
205:12
207:10,
13,14
221:5
223:7
224:5,10
241:11
247:14
251:20,21
280:20
282:21
288:13
300:11,
13,14,19
314:25

directors
10:7,9,11
25:16
29:11,25
30:11,15,
16 31:17
32:9 33:2
36:11
38:4
108:11
172:9
193:5
196:7,11
207:6
220:23
221:14,16
236:21
237:21
251:17

255:6,9,
11,17
260:9,10,
21 283:19
284:5
285:5
286:24
298:25
344:18
345:5,8

directors'
29:19
31:13
32:4 33:1
38:24
112:14,20
115:21,23
255:21,25
344:4,12,
22

directs
128:11
180:16

disabilitie
s
19:14,21

disability
157:13
158:17
159:14
160:2
164:1

disagreed
217:22
219:8

disagreemen
t
213:3,7
214:4,11
215:22
217:6

discharge
229:2



CELEST NGEVE
UNITED STATES vs STATE OF GEORGIA

July 15, 2022
Index: discharged..document

discharged
  227:20
  229:11

discipline
  125:16

disclosure
  6:1

discourse
  215:2

discovery
  341:3

discrepancy
  183:7
  184:2

discuss
  10:22
  11:6
  12:21
  36:13
  150:6,9
  151:21,22
  205:1
  209:20
  210:1,14
  211:11
  224:11
  248:15
  285:25
  286:1
  287:10
  300:6,23
  301:7,10
  322:7
  323:13,23

discussed
  11:15
  12:19
  17:21
  27:25
  31:16
  37:13
  38:13
  95:7
  96:12

112:20
127:2
146:16,17
184:24
198:22
206:12
207:18
213:3
281:7
291:7
304:22
315:20

discussing
  20:15
  146:14
  153:20,23
  220:18
  241:6
  248:14
  265:12
  294:23

discussion
  11:9
  18:10
  212:24
  303:11
  320:7

discussions
  153:4
  291:8
  337:10

disorder
  152:16

disorders
  199:9

disregard
  256:5

district
  28:15
  140:16
  150:11
  153:6
  163:12
  170:20

173:4
198:25
205:11
211:14
214:6
215:11,25
216:22
217:6
229:21
231:4,5,6
233:2
245:24
246:7,17
248:15
249:20
252:12
313:7
316:8,9
321:19

district-
by-district
  150:1

districts
  28:7,9,12
  29:11,14
  30:25
  31:12
  36:6 37:2
  38:5,19
  41:5
  44:7,22
  50:17
  51:1
  63:19,21
  64:1,8,12
  95:11,18
  96:1 98:7
  124:25
  129:21
  136:14
  153:25
  169:25
  176:1
  178:2,5
  181:5,14
  191:2

193:22,25
197:8
201:4,5,
  10,11
221:19
239:10,16
245:19
246:24
247:18
254:2
262:15
263:6
281:9,11
296:25
297:1
300:17
305:24
306:3,12
311:4,5,
  11,13,19,
  22 315:12
320:13
321:3,16,
  17
322:13,
  16,19,21,
  24 323:24
324:23
325:13

divided
  27:22
  318:19

DJJ
  185:19
  210:6

Doctor
  21:19

doctorate
  21:20,22

doctors
  70:21

document
  13:10,12,
  16 20:11,

18 54:13,
  14,16,19,
  21 55:5,
  10 97:15
104:2
131:20,
  24,25
132:2,4,
  5,8,10
133:18,
  24,25
134:2,3,
  6,8
135:25
136:17
154:18,
  24,25
155:2,4,
  5,8,17,18
161:21
162:6,7,
  8,10,16,
  19,20
164:5,11,
  13,15,18,
  22 165:4
166:5
167:7,9
172:17,25
173:1,6,
  10,12,17
174:23
175:2
179:18,
  19,21
184:10,12
187:4,17,
  18
192:21,
  23,24
193:2,4,
  7,11,19,
  21 194:2,
  3,4,5,6,
  9,24
195:1
198:7



202:6,11,
13,15
207:14
220:7,13,
15 221:7,
9,21
222:11
231:12,
19,22
232:3
235:21,25
236:6,8,
16,19
237:7,10,
17,19,23
240:15,
17,24
241:3
247:25
248:5,8
254:9,15,
19
259:17,23
260:2
265:19,21
266:4,5,
11
273:23,25
274:11,
18,19,23
275:4,20
278:18,23
279:2,20,
25 280:4,
6 282:24
283:6,12
293:19,25
294:4,11,
13,14,17
295:17,19
298:6,13
299:19
300:1,8
304:4,10,
11 307:21
308:2,3,
14,16,20

309:16
310:4
312:17,
21,22,23
313:20
314:2,5,
16 316:25
317:15,18
327:11,
20,21
329:19,
23,24,25
332:6,14,
19 334:23
335:1
336:4,10,
13,15,19
337:14

documentati
on
186:5,22
238:16
289:9
293:6

documented
125:21,23
126:4
335:12
338:20
339:18

documenting
325:16

documents
11:18
12:5,8,9,
14 15:25
16:6,9
55:7
137:13,18
164:20
173:8
192:5
201:21
204:23
205:4,8

225:25
240:5
267:16,19
287:1
288:18,20
293:18
294:9
316:22

DOE
18:14
32:23
305:14,19

doors
58:12
59:10
63:1

double
232:19

double-
check
241:23

drafted
285:3

drastically
146:9,21

drive
169:19,20
257:2,12,
17,20,24
258:3
311:22

drivers
311:21

drop
139:6
175:8,22
185:20

drop-out
173:4
175:1

dropped
139:10

173:14,23
174:5,13,
19 175:4

dropping
139:8
175:18

Dube
283:9,15

due
176:25
177:3

duly
6:24

duration
223:9
224:6

duties
24:9 29:1

_____

_____

E

_____

earlier
26:16
27:25
39:9
56:13
82:1
94:16
96:12
106:11
112:23
113:20
116:25
117:24
127:6,14
131:4
135:4,7
164:24
176:8
180:3
184:22
201:20
215:23

216:17
223:17
225:7
237:7
250:16
255:1
260:5
285:6
300:10
315:20
326:6
332:21
345:15
346:4

early
167:8
177:11,14

earn
73:5,19,
22 74:2
90:12

earned
72:20
75:15

earning
73:2 90:7

easy
249:12

EBD
19:13,18
157:13
158:17
159:14
160:2
164:2

ed
22:16
102:14
117:9
165:20
172:9
195:6
203:10
205:12



239:25
300:19

Edgenuity
82:6,8,
10,15,19
86:19
87:1,3,8,
18

Edmondson
6:20

education
14:24
15:7,10,
17 17:5
18:16,19
19:7,16
22:7,8,
10,12,13,
14,15
28:1
29:10
30:9,16
38:17
40:2,3,5,
8,12
41:11,12
51:4
77:23
89:18,19
97:4,11,
17,19,20
98:7
117:18,21
118:10
121:19
122:15
124:2,6
126:10,15
158:14
165:13
166:3,14,
20,21
167:15
168:13
169:9

171:14,
18,23
172:14
179:7
182:3,6
188:11,12
189:9
190:2,6
194:10
199:1,11
203:5,6,8
204:19
214:5
221:14
222:17,
21,25
223:2,7
224:9
233:18,24
236:21
237:8,14
240:1,4
245:18
247:1
258:18,25
266:9,14
268:14
271:22
293:15
295:25
297:16
298:3
305:12
333:14,19
335:4,7
343:25
345:5

educational
13:24
14:7
18:22
19:23
21:19,22
22:5
24:17,21
33:13

50:7
55:12
56:3
166:17
195:25
202:14
309:4

EDUHEALTH
278:11,12
279:5,13

effective
109:5

effectively
109:19

effort
252:19
277:21

el
318:9

ELA
79:23
81:2
84:20
345:24

Elbert
49:6
157:22

electronic
176:7

electronica
lly
155:6
162:10
195:13,16
238:24
239:3
266:6

elementary
40:2,4,8,
9 41:12
52:8
78:6,15,

19,24
79:6
85:22
86:3
117:7
127:24
163:20
179:2
318:5,14,
19,20

Eleven
39:24
47:10,19

eleventh-
grader
159:14
160:1
161:10

eligible
197:18
223:2

email
179:23
180:2,3,
6,13,16,
20 181:24
182:1,4,9
183:6
184:14,
18,22
185:2
186:15
187:20,24
190:22,
24,25
193:12
231:20,24
232:8,12
233:5,15
234:7
248:6,10,
18,19
254:16,
21,25
255:1,4,

8,11,13,
15,16,25
256:5,14,
20 259:24
260:4,5,8
274:19
275:6,13,
16,17
276:3,11,
18 278:24
279:4,17
280:1,8,
14,18
283:7,8,
15,18,21
300:2,3
332:17,
21,24
333:1,11
335:9

emailing
261:16

Emerging
296:17,18

emotional
19:14
68:15,17,
23 69:9
71:4,18
90:21
92:2 97:2
103:17,23
152:15,16
199:8,9
212:1
325:20

employed
39:19
129:17

employee
7:19,21

employees
274:8



employment
  129:3,18

empower
  55:22
  56:7,22
  94:24

Empowerment
  57:1
  58:21
  59:1,9,
  12,15
  66:1,21

empowers
  55:13

end
  49:17
  68:13
  81:18
  97:24
  103:9
  118:9
  140:24
  147:2
  212:24
  219:3
  220:3
  236:5
  268:16
  269:8,16
  292:5,8,
  11 309:10
  330:8
  337:14

ended
  166:17
  235:5
  281:1
  284:13
  311:17

ends
  72:23

enjoying
  62:14

enroll
  230:25

enrolled
  125:5
  156:9
  158:4,10
  159:15
  161:14
  163:7
  170:17
  185:25
  229:13,21
  230:21,22
  231:9

enrollment
  155:7,20
  157:12,16
  158:1,19
  162:11,22
  163:3,15
  179:25
  180:7
  183:19
  184:16
  263:4,5

ensure
  82:6
  196:23
  198:3
  221:10
  222:2
  223:1
  237:13
  244:7
  308:25
  320:17

ensuring
  285:21
  310:9

entailed
  261:3

entered
  125:5
  160:14

161:11

entire
  27:2
  65:19
  216:12
  330:14

entities
  172:5
  239:8

entitled
  280:4
  315:7

entity
  33:25
  67:1
  177:25

entries
  159:12,24
  160:12,21
  161:8

entry
  133:1
  157:20,23
  159:10,16
  160:2,24
  242:1,5,6
  245:5

environment
  25:10
  55:12,20,
  23 56:3,
  4,7
  94:21,25
  116:21
  244:9

environments
  26:6

envision
  68:5

equipment
  74:18

equitable
  309:4

equivalent
  181:8

Eric
  6:8

error
  280:23

escalating
  146:25

escaping
  20:5

establish
  328:25

establishes
  286:15

estimate
  178:16
  201:14

Etonde
  7:10

evaluating
  24:23

evaluation
  95:13
  151:12,20
  152:1,10,
  11,17

evaluations
  95:10,16,
  19

event
  101:1,3
  269:20

eventually
  99:11,12
  174:5
  216:24
  219:2

Everson

23:19,20
  300:3,11
  301:2
  304:21

every-
morning
  27:14

evidence
  296:22

exact
  46:23
  51:20,21
  139:19
  178:15
  181:4
  189:7
  201:12
  234:16,17
  256:1,22
  262:5
  277:14
  281:12
  326:12
  328:19
  329:2

EXAMINATION
  7:1

examined
  6:24

examples
  91:11

exceed
  158:22

exceeded
  166:18

Excellence
  281:21
  282:2,6,
  11,19

Excellent
  175:7



exception
  341:13

exchange
  184:23
  254:22
  278:24

Excuse
  238:19

executing
  29:1

executive
  23:10,15,
  17 30:25
  31:3
  37:12
  50:6
  300:13,14
  314:24

exemplary
  55:19
  94:20

exhausted
  17:7

exhibit
  13:1
  20:10
  54:8,9,12
  131:20,
  21,25
  133:19,
  20,23
  154:19,
  20,23
  161:24
  162:1,5
  163:17
  164:6,7,
  10 171:21
  172:18,
  19,22
  179:14,
  15,19
  184:5,7,
  24

187:11,
12,16
192:14,
16,19
202:7,8,
11 220:8,
9,12
231:13,
14,18
235:15,
16,18,22,
24
240:14,
16,19,20,
24 247:25
248:1,4
254:9,10,
14 259:3,
9,18,19,
22
265:15,
16,20
266:12
274:12,
13,17
278:18,
19,22
279:20,
21,24
282:24,25
283:5
293:20,
22,25
294:1,4,
6,10,11,
12,14,16
295:16
298:5
299:20,
21,25
304:4,5,9
307:21,22
308:1
312:17,
18,21
313:20,22
314:1

316:25
317:1,12
326:1
327:11,
14,17
329:19,
20,24
332:6,7,
11
334:17,
18,22
336:4,6,9

existing
  271:10

exit
  62:16
  156:11
  158:2,19
  159:18
  160:15
  161:2

exited
  156:14
  158:7
  160:5

expanded
  315:14
  316:1

expect
  11:11,12
  47:11,21,
  23 48:2
  53:12
  78:20
  82:23
  84:1 85:4
  87:20
  103:7
  135:11
  140:9
  183:15
  186:11

expectation
  279:13

expectation
s
  69:7
  325:20,24

expected
  91:9
  92:13
  105:12
  260:19

expecting
  105:18

experience
  92:10
  126:10,
  13,19
  132:14
  144:20,25
  147:20
  148:7
  157:16
  213:1

experienced
  143:18

experiences
  214:2
  215:9

experts
  50:7,8
  342:6

explain
  61:21
  144:4
  192:4
  212:18

explained
  8:2

explanation
  242:22

expressed
  325:4

extend
  129:2

extended
  260:13
  261:18

extra
  321:8

extracurric
ular
  15:15
  156:18
  323:4
  324:13,
  16,20

extreme
  249:7

_____

        F

_____

face
  155:8

faces
  346:12,13

facilitate
  309:3

facilitates
  34:20

facilitatin
g
  40:18,25

Facilitator
s
  34:10

facility
  45:9,19,
  21,24
  46:2,7,21
  135:17
  138:11
  246:14,15
  291:22
  342:7

fact



72:13
109:21
211:10
344:7

**fair**
16:12
97:13
142:19
157:11
163:24
203:15
247:8,9
267:21
328:10

**fall**
148:25
328:11

**familiar**
16:8,13,
24 54:14
148:2
188:21
193:14
236:8
262:18
278:14,15
285:13
336:13
345:11

**families**
42:5
55:15
56:10
59:3 60:1
343:10

**family**
42:4,11
57:25
60:2,8
152:5
174:6,9

**farther**
185:21

**FBA**
137:3
199:1,25
200:3
282:13

**FBAS**
200:23

**February**
242:6
283:24
311:10

**Federal**
274:21,25
275:2

**feedback**
73:12
90:1,4
92:5,7,
15,23
292:22
296:23
315:12

**feel**
44:17,19
89:11
98:8
99:22
103:19,20
107:3
128:22
129:4
136:9,19
146:4
153:8,13
202:3
210:23
211:6,12
212:4,5,
10,21
226:24
246:15,16
247:15
249:9
250:1

316:3
340:19

**feeling**
27:4 70:6
98:18
146:5
250:1
340:25

**feels**
103:21
315:14,25

**feet**
72:18

**felt**
102:4
214:14,15
216:1,9,
14 219:20
281:2

**fidelity**
285:22
322:3

**field**
310:8,15,
19,23,25
311:6,15,
24

**fifteen**
94:1

**figure**
42:10
102:14
177:15
214:22
229:6,18
231:7

**figuring**
230:21,24

**file**
155:5
162:9
238:8

239:1
260:1,12,
16,19,20,
25 261:3,
5,9,13,23

**files**
125:24
258:23
305:5

**filled**
51:22
52:2
119:9
127:12,13
286:25

**final**
295:22
323:2
337:19
345:14
346:2,3

**finally**
64:14
84:8

**finance**
263:10

**finances**
50:4,14,
15,16,22,
24

**find**
38:21
44:13
62:18
70:12
74:25
98:8
99:16
100:10
128:10
170:16
184:1
205:14
209:13,

14,24
226:9,14
227:13
228:5,13
234:4
249:5,25
252:15
303:7

**fine**
138:3
329:7

**fingerprint
ing**
129:10,12

**finish**
80:19
208:19

**finished**
104:1

**first-
grader**
163:10

**first-
graders**
157:1

**first-year**
126:22

**fiscal**
49:22,24
50:2,13
265:25
266:2,15
268:11,
20,22,24
269:1,12,
19 271:3
277:8

**fit**
102:4
244:3,5,
23

**fitness**



74:16,19

**flexibility**
256:7
257:3
258:7

**flexible**
309:3

**flip**
266:4

**Flipping**
76:22

**flow**
195:24
197:1,3,
4,9,22
198:2
206:18,20
220:14,
17,20,22
221:1
223:19
243:19

**fluctuate**
51:10

**fluctuated**
53:5,7
58:18
60:12
93:24

**fluctuates**
59:17
61:13
63:7,18
66:16
73:6,23
93:20

**fluctuations**
53:19,20,
21,22

**flyer**
54:17

55:2
76:23
79:12
89:2
96:24
104:4,18

**focus**
92:4,12
253:24

**focused**
89:19,20

**focusing**
92:2

**folks**
33:7

**follow**
128:18,19
170:16
184:19
213:23
221:21
255:17
270:19
316:21
333:19,
22,24
334:1

**follow-up**
254:18
293:9

**form**
149:3
193:1,15
195:13,
15,21
201:25
202:20,23
236:23
238:18,20
241:1,5,
10,15,19
242:2,18
243:1
299:5

338:23

**formal**
131:8
244:6

**format**
186:3

**formed**
218:18

**forms**
69:12
76:18,19
192:5
279:6

**forward**
90:11,19
129:2,5,
17,25
131:1
135:24
137:8,15,
18 208:12
245:3
246:22
274:21

**foster**
57:6
60:24
61:19,25
66:10

**found**
128:8
257:1,19
305:14

**four-step**
109:8

**Fourteen**
47:13

**fourth**
82:5
298:24
321:6

**frame**
11:5 12:2
14:13
80:11
241:24
268:12,15

**free**
89:12

**frequency**
32:1
93:17
105:25
114:16
116:6
223:8
224:6

**frequently**
76:25
96:16
100:1,5
110:8
114:6
149:17
319:4
322:9

**Friday**
74:5,6,8
75:10,16
283:16

**front**
190:9
341:11

**frowny**
346:13

**frustrated**
331:8,25

**FTE**
180:8,23
181:1,3,
7,13
185:3

**fulfill**
124:19

**full**
7:8 11:2,
3 65:18
100:18,22
101:5,17,
25 102:7,
17 103:11
107:24
108:2
129:24
199:2
226:14
260:18
292:11

**full-time**
181:8

**fully**
102:21
313:14

**Fun**
74:6,8
75:10,16

**function**
302:5,15
303:4,16

**functional**
25:24
26:4,12
199:25

**functioning**
44:10,14
301:11,13

**functions**
43:11
44:24

**Fundations**
252:24
254:4

**funded**
46:7
273:14,22
274:3
275:8



funding
    179:10
    181:6,13,
    16
    262:21,24
    265:12
    272:15
    274:5
    276:21
    277:13,
    16,25
    281:8,10,
    15

funds
    262:12,17
    270:7,11
    276:13
    277:5,7
    278:4
    281:6

FY
    180:8
    185:2

FY18
    180:22

FY20
    295:4,14

FY21
    274:21,25
    275:2

―――――――――
        G
―――――――――

GA00055066
    259:24

GA00330515
    300:1

GA00334101
    332:15

GA00338047
    179:20

GA00338196
    184:10

GA00338315
    187:17

GA00339166
    283:6

GA00343329
    334:24

GA00348031
    278:24

GA00354672
    231:20

GA00356905
    248:5

GA00362585
    254:16

GA01075799
    274:19

GA01075802
    275:16

GA01075803
    275:18,22

GA02427574
    280:1

Gadoe
    295:1
    333:1

gains
    68:14
    69:13

gallery
    74:13

game
    74:11

games
    92:6,10

garden
    341:12

Gardner
    6:14  7:5

gather
    37:19

Gathering
    16:6

gauge
    99:22
    252:9

gave
    52:12
    53:1
    84:14

gender
    156:4

general
    15:6,10,
    20  19:6,
    16  22:17
    28:1
    72:22
    77:23
    97:20
    126:15
    140:19
    165:13,20
    166:3
    167:15
    168:13
    169:8
    171:14
    207:20
    210:8
    246:12,19
    257:17
    334:12

generally
    24:3
    207:23
    247:22
    261:6

generated
    336:19

generic
    126:3

geographic
    18:4  36:2

George
    6:8

Georgia
    6:1,6
    13:17,21,
    24  14:6
    18:7,14,
    15  19:18
    21:23
    23:11,15
    31:2,4
    32:23
    45:4
    49:25
    128:9
    182:2,5
    188:10
    189:25
    202:13
    228:20
    258:17,24
    266:8,13
    268:14
    271:21
    281:20,21
    282:2,6,
    7,10,18
    293:14
    297:16
    298:3
    300:12,15
    305:12
    314:12,14
    333:14,18
    335:3
    343:21,
    22,24
    344:25
    345:4,7

give
    8:18

11:20
    75:7
    91:10
    114:3
    208:7
    212:7
    214:21
    246:21
    249:14
    250:7
    278:6
    292:22
    317:8
    331:20
    332:1

giving
    33:10
    90:4
    249:23
    322:5

Glancing
    158:19

GNETS
    10:7,8,11
    14:3,5,24
    15:16,23,
    25  16:13,
    16,19,22,
    24  17:2,
    17,22,25
    18:3,7,25
    19:1,4,5
    22:24
    23:1,4
    24:9,12,
    23  25:16
    29:19,25
    31:17
    32:4,8,9,
    10,12,15,
    25  33:1
    34:21
    39:7,10,
    22  41:4
    43:13



45:8
47:22
55:3,6
77:4,7
89:3
96:21
99:3
104:5,10
106:10,
11,15
108:5,6,8
111:3
112:12,
14,20
115:20,23
135:7,15
136:2,10,
18 137:19
138:23
139:16,20
142:23
148:17
150:22
154:3
155:21
156:9
157:17
159:19
160:3,5,
14,24
161:2,5,
11 162:23
163:15
164:1,25
165:8,15,
23 167:10
168:12,17
169:22
170:4,25
171:10
172:4
173:13,23
174:13,18
175:4,8,
22 177:21
183:20
185:4,15,

22 190:13
191:20
192:1,6,
24,25
193:5,6,8
195:23,24
196:4,6,
8,11,12,
15,16,18,
21,25
197:3,6,
20,22,23,
25 198:2,
3,9,14
201:19
202:3,20,
25 204:8,
12 205:2,
25
206:12,
18,20,24
207:6,17
208:21
213:2,5
214:3,7
215:10
216:2,7,
15 218:16
219:1,12,
22,24
220:14,
17,23,24
221:1
222:8,13,
19,24
223:2,5,
12
224:10,
12,15
225:14,19
226:8
227:2
228:17,21
229:5
233:11
236:11,15
237:8,14,

20,21,22
238:3
241:16
242:14
243:16
244:12
245:20
246:16,
17,18,25
247:14
253:5,8,
11 255:8,
21,24
257:2
258:6
262:3
263:13,16
264:3,5,
13 266:13
272:6,19
273:6,10
274:21,25
275:2
276:6
277:19
281:8
283:10,19
284:5
285:1,3,
5,7,14,15
286:6,24
290:21
294:22
295:13,23
296:8,9,
19 297:19
298:9,25
301:17,22
302:8
303:8
309:2,17
315:11,22
316:18
320:13,
14,20,22
321:4,7,
24 322:4,

18 323:3
324:12,15
337:6
344:3,9,
12,18,21
345:5,7

GNETS-TYPE
297:3

goal
36:23
38:15
97:2,9,16
261:10
325:21
330:22

goal-
setting
292:13

goals
26:22,24
33:13
68:8,9,
17,24
69:9,10,
17,23
71:18
73:7
90:22
211:25
212:8,16
218:11
227:17
285:11
292:17,19
337:13

good
7:3,4
12:3
36:25
178:16
187:7
210:23
211:12
251:4

252:9
340:19

governing
131:13
314:13

GPA
325:8

grade
121:25
124:23
127:22
130:21
142:12,14
155:24
157:7,22
163:13

grade-level
126:19
130:21
150:20
290:4

grades
22:18,19
125:1,14,
16 249:23
324:9
325:18

grading
124:25

gradually
102:7

graduate
165:19
166:2
167:14
169:15,
20,23
170:3
172:1,5

graduated
164:25
165:5,7,
9,15,24



166:8,9
167:10,22
168:7,13
170:9,10,
24 171:1,
13 185:20

**graduates**
167:12
168:25
172:8

**graduating**
170:1

**graduation**
164:16
167:23
168:1,4
169:9
171:1

**grant**
190:19
239:20,23
263:13,16
264:3,5,
19 265:24
266:1,14
267:12,
15,23,25
268:11,13
269:11,21
270:2,6,
10,14
271:2,5,
25
272:14,23
273:3,9,
14,16,22
274:4,22
275:3
276:22
277:2

**great**
27:10,19
44:19
67:16,17

71:10
72:14,15
100:15
247:16
338:7

**Greene**
49:6

**greeting**
27:13

**ground**
328:25

**group**
91:14,20,
22 92:1
93:3,6
96:5
199:1,2,
10,19,22
200:4,22
201:1
260:9
301:18
307:2,5,
10 326:7
339:2

**groups**
42:9
150:3
199:16
200:16

**grow**
44:2

**growth**
24:18
67:24
68:3
70:10

**guess**
217:18

**guests**
342:23
343:13,14

**guidance**
255:18
295:2,6,
9,12
315:11

**guide**
196:17
197:20

**guiding**
195:23
196:3,5,
10 197:24
204:4,7,
8,11
206:23
218:5
223:10,
15,16
236:10,14
237:5

**gym**
341:12

─────────

**H**
─────────

**half**
90:13
144:3,16,
22 147:12
148:13
265:1
304:24

**hall**
331:15
341:11

**hallways**
341:10

**hand**
12:24
20:9 54:6
235:13
236:1
340:23

**handbook**
126:7

**handed**
162:5
164:10
172:22
179:18
184:10
187:16
192:19
202:11
220:12
231:18
240:23
248:4
254:14
259:22
265:19
274:17
278:22
279:24
283:4
294:9
299:25
304:9
308:1
312:20
314:1
317:12
327:17
329:23
332:11
334:21
336:9

**handing**
54:11
131:23
133:22
154:22

**handle**
102:6,10
225:22
318:24

**handled**
293:5

**handles**
50:4

**handling**
37:2

**hands**
72:18

**hang**
236:4

**happen**
177:5,6,
11 197:6
199:4
213:9
219:13
311:14,15

**happened**
149:4
215:14,
15,16,22
217:10
226:24
235:2,7
297:12
322:22,23
341:25

**happening**
25:2
29:23
33:11
38:18
71:3
152:6
153:5
181:3
291:17
311:17

**Happy**
187:25

**hard**
144:6
163:11

**harm**
341:4



**harmed**
340:7

**head**
8:17
151:8
176:22
262:6
328:20
340:24

**health**
19:19
57:2
59:21,23,
24 60:10
66:1
111:11,25
112:19,25
209:8,12
263:22
267:17

**hear**
62:13
208:23
209:3

**heavy**
92:12

**held**
114:11

**helped**
65:2
253:23

**helpful**
195:4
202:4
212:12
251:5
254:1
316:10

**helping**
26:22,25
27:1,3
40:19,21
69:3

126:13
251:6

**helps**
17:14
198:3

**hereto**
6:2

**Hernandez**
6:22

**hey**
44:17
100:6
137:16
144:14
231:2

**high**
84:9,17,
23,24
85:3,7,17
86:13,15,
20 87:6,
16 142:13
292:8,11
318:11
324:6

**higher**
51:12
157:7
181:17
183:25
252:16
326:22

**highest**
53:10
79:5

**hire**
121:7

**hiring**
36:16
37:4,20
128:3
131:2

**hold**
19:23
20:16
21:1 22:4
39:25
41:14,17
241:22

**holds**
125:13

**home**
48:17
60:7,8
62:10
97:6,21,
25 99:1
101:10,21
102:21,25
140:25
141:11,
14,17,25
143:1,21,
25 145:17
147:10,23
148:5
150:4,23
151:7
152:5
156:6
169:12
176:25
177:3,14
185:18
190:1
208:25
210:2
211:14
235:5
306:18
313:7,14
322:10
343:16

**homeroom**
48:19,20,
22 76:4
78:13

**homes**
138:11
140:21,22

**homicidal**
27:4

**honestly**
8:5
234:17
262:6
280:23

**hoping**
103:12

**hospital**
227:13
230:11,12
246:15

**hospitaliza
tion**
225:15,21
227:9
228:24
244:2
246:19

**hour**
265:1

**hours**
9:22
176:20,22
292:7,10
329:9

**housed**
19:6
45:9,18

**houses**
46:12,21

**HR**
31:10
36:6,11,
23 37:2,
12 38:24
129:4
131:2,5

133:8
280:22
281:3

**hub**
50:10
140:15

**human**
31:11
36:15
37:6 50:5
125:25
128:24
263:10
267:9

**hundred**
101:17
190:3

**hurt**
340:18,23
342:1

**hurting**
340:24

———————

I

———————

**i-ready**
33:8,9,
11,14,24
34:2,3,5
67:16
68:4
69:11
252:4,22
253:3,4,
5,9
345:15,16

**I5t-4**
133:4

**ID**
155:10
162:14

**idea**



291:16

ideation
  27:3,4

identificat
ion
  54:10
  131:22
  133:21
  154:21
  162:2
  164:8
  172:20
  179:16
  184:8
  187:13
  192:17
  202:9
  220:10
  231:15
  235:17
  240:21
  248:2
  254:11
  259:20
  265:17
  274:14
  278:20
  279:22
  283:1
  293:23
  294:2,7
  299:22
  304:6
  307:23
  312:19
  313:23
  317:2
  327:15
  329:21
  332:8
  334:19
  336:7

identified
  56:13
  60:16

160:24
161:2,11
280:4

identifier
  236:7

identifies
  105:8
  173:13,17
  241:15
  272:1
  273:18
  306:25

identify
  39:1
  299:14

IEP
  28:18
  40:18
  68:8,10
  69:9,17,
  23 73:9
  98:5,6,
  22,24
  102:3
  114:11,13
  135:18
  141:5,6
  146:3
  151:23
  152:20
  185:13,
  16,17
  203:12
  205:1,7,
  10,16,24
  206:3,11
  207:17
  211:25
  212:16
  213:1,4
  214:2
  215:9,15,
  17
  217:10,
  13,16

218:25
219:4,11,
24
224:12,19
225:16
227:12,24
229:25
251:2,3,
9,12
257:2,12,
17,20,24
258:3
260:12,
16,20,25
261:3,9,
13,23
306:10
315:13
322:7
323:7,23

IEPS
  28:18
  63:19,20
  258:15,
  18,21,23

IFI
  60:1

II
  339:11

immediately
  208:8
  216:21
  228:25
  229:19
  303:21
  341:1

impact
  177:12
  302:23
  303:2

implement
  33:19
  37:20
  109:6

244:16

implementat
ion
  244:17
  286:5
  296:22

implemented
  24:22
  135:21
  136:3
  209:22
  244:18
  253:14
  284:20
  285:22
  295:4,14
  321:12,23
  322:3

implementing
  24:11,19
  43:6
  92:24
  106:18
  284:7

implements
  107:19

important
  210:13

improve
  44:25
  209:2
  287:12,13

improvement
  24:20
  44:1
  299:4,8,
  12
  336:16,21
  337:5

improvement
s
  45:1

improving
  70:13

in-
classroom
  92:23

in-depth
  334:4

in-house
  170:14
  175:16

in-kind
  309:2

in-person
  35:18
  54:25
  86:21
  288:25

inaccurate
  271:21
  273:25

incentive
  212:20

incentives
  40:24
  252:7

incentivize
  100:12

incentivize
d
  72:7,24

incentivizi
ng
  71:21

incident
  340:12
  341:1

incidents
  341:16

include
  24:6



25:18
26:20
56:18
66:9
275:7
309:2

**included**
52:25
96:3
124:11,13
239:20
263:25
276:24

**includes**
156:8
263:23
276:13
289:24

**including**
24:13
203:13
242:23

**inclusive**
126:10

**inconsistent**
83:6

**increase**
47:21,23
253:23

**independent**
217:13

**independently**
12:9
337:6

**indicating**
258:6

**individual**
42:11
45:12
57:24

60:4
74:22
76:20
91:23
93:15,18,
22 94:4,
7,8 96:6
129:7
130:22
149:18,24
153:10
244:24
262:1
326:11,16

**individuals**
28:25
200:5,16
201:2
247:12
290:6

**Infinite**
124:22
125:5,11,
12 176:6,
11 339:18

**influence**
303:11

**info**
179:25
184:16
185:24

**informal**
76:15

**information**
37:8,9,18
38:8 39:2
54:24
55:3 78:2
114:10,13
115:8
117:10
120:23
121:1
124:14,

18,21
125:8,13,
15 128:24
137:9
148:22
149:2,5,6
152:22
153:13
163:2
169:17,21
170:13
171:3,7,
10 172:3,
13 175:1,
11
176:10,13
180:12
181:21
182:18
183:12
185:8,11
186:8,12,
19,21
189:5
195:1,7
201:25
202:15
203:14,25
206:15,19
207:2,8,
12 213:11
218:1,21
219:20
221:3
224:8,11
225:5,6,
24 226:23
228:13
236:22,24
237:3,12
239:20
240:3
251:5
252:20
258:20,23
264:4,6,
20

266:12,
18,23
267:10,
14,22,25
268:4,6
269:9,17
270:1,20
271:6,8,
11,12
281:5
286:2,4,
8,12,16,
19,20
291:3
293:10,13
307:2,10,
18 309:25
316:19
333:3
334:8
337:9

**Informed**
104:15
114:22,23
115:12,17
116:4

**initial**
110:22
145:3
219:24
241:1
315:19

**initially**
16:20
81:11
92:17
138:9
145:2
156:9
207:10
250:10,13
280:20
281:4
284:15
288:4

**initials**
234:18

**initiative**
90:25

**inpatient**
230:14

**input**
102:8,10
211:2
285:5
286:23
287:15

**inputs**
176:10

**instance**
217:3

**instances**
217:2,5
333:22
341:2

**instruction**
19:19
20:3,16
82:8
88:20

**instructional**
120:2,5
123:13
124:4
176:18

**instrument**
259:9

**insurance**
227:18

**intake**
238:16

**intellectual**
346:8

**intense**



42:6 77:8
89:3,9,14

**intensity**
223:9
224:6

**intensive**
42:3 60:2
106:24
107:18
108:3,14,
20 117:10
119:12
122:24
150:16
227:18
289:25
338:16,
19,21,22
339:10,
11,12

**intentional**
322:12
323:11,22
325:15
330:18
331:1

**intentional
ly**
307:1

**inter**
210:6

**interaction**
340:13

**interaction
s**
44:15

**Intercontin
ental**
20:25

**interest**
325:3,4

**interested**

106:17
110:24
112:17
128:23
170:2
280:10
296:24
310:22
322:25
323:14,21
324:7

**interior**
341:6

**intermitten
t**
34:17

**interventio
n**
25:23
26:4,11
42:4 60:2
104:14
106:20
107:15
109:11,
12,16
123:6
199:6
200:1,15,
23 331:4
333:6,8
338:16,
20,21
339:10,12
340:8
341:17

**Interventio
n-trained**
123:4

**interventio
nist**
106:25
107:18
108:3,14,

20 119:13
122:24
150:17
289:25

**interventio
nists**
117:10
338:22

**interventio
ns**
17:6,9
19:11
38:12
40:21
65:1,4
135:20
216:25
219:6
243:24
335:12,
20,22

**interventio
ns/
strategies**
320:15

**interview**
128:17
131:1
249:22,25
250:4

**interviews**
70:12
130:14,
16,19
249:21

**introduce**
6:11,19

**introductio
ns**
207:25

**inventive**
75:11

**investigate**
342:3

**invitation**
300:6

**invite**
300:23
301:1
302:21

**invited**
302:20

**involve**
26:19

**involved**
16:2
132:7,9
134:5,7
155:16,19
162:18
209:13
217:16
266:22
267:1

**involvement**
210:6
223:12

**involving**
7:20

**issue**
91:10
233:19
325:3

**issues**
100:6

**item**
293:9
296:23

**items**
125:7
279:2

—————————

**J**
—————————

**Jackson**
49:7
161:9
163:20

**January**
161:3,15
187:21
248:7
260:14
283:9
311:9
313:2
327:25
328:9
329:12

**Jefferson**
49:7

**job**
8:5
72:14,15
126:3
128:8

**Johnson**
6:21

**Joslyns_
resume_1_(
2)**
280:5

**July**
6:6 276:7

**June**
268:16
269:13,22
279:1
305:2

—————————

**K**
—————————

**keeping**



25:1
44:20
70:23
72:18
152:7
285:23

**Keith**
23:19
300:3,10
301:2
304:21

**Kelly**
6:14  7:5

**kid**
231:2

**kiddo**
62:10
72:13
209:14
228:17
230:14
232:13
246:7
323:13

**kiddos**
12:4  17:4
71:13,16
325:3

**kids**
66:19
91:18

**kind**
11:11
27:15,16
28:4
29:22
30:6
37:18
41:25
47:17
50:10
53:9
62:12
66:22

68:6
69:12
76:17
91:12
92:11
98:15,17
99:7,16,
20,21
103:13
104:5,22
105:1
107:2
109:9
136:12
149:20
152:22
153:9,16
166:1
167:13
170:15
178:15,19
190:9,17
197:9,15,
20 209:1,
7,21,24
223:19
228:13
229:6
238:12
246:5
249:10,
24,25
250:1
251:4
253:23
270:18
293:9
301:19
303:18
322:23
331:3,16
334:12
339:4
340:25
344:4

**kindergartn
er**
156:22
163:7,15

**kinds**
34:8
101:6
165:18
245:22
246:23
247:4

**knew**
108:12
112:16
344:6

**Korngold**
300:4,15
301:5
304:22
307:17

————————

**L**

**L-S-E-A-C**
30:8

**Lakesha**
32:21
34:24
180:13
182:7
191:4
232:9
247:3
268:3,7
286:9,10,
18 288:22
320:4
344:22

**Language**
22:15,18

**large**
267:21

**largest**
53:25

**lasted**
345:10

**late**
328:24

**Latoya**
132:21
315:10

**Laurie**
23:13
31:1

**lawsuit**
14:21,22
15:22

**LCSWS/LMSWS**
333:5

**LEA**
18:18
43:23
50:9
102:13
137:16
203:10
213:23
215:4
227:12
228:4
300:18

**lead**
341:23

**leaders**
299:1

**leadership**
21:19,22
22:13
149:15
150:10,
12,13,15,
20 285:25
287:10,25
288:3

289:20,
23,24
290:3,20
330:21
337:11

**leading**
107:9
270:3

**leads**
321:20

**learn**
14:9,16
106:13
108:8
111:14
112:13

**learned**
14:11,18
111:2

**learning**
17:11
64:22
65:5
71:14
74:17
90:7
104:11,
12,19,23,
25 111:10
114:24
123:20
126:20

**LEAS**
24:25
26:15
28:1,5
29:3
30:11,17
43:17
98:13,22
124:24
139:4
149:17
150:11



151:19
153:7,16,
22
175:13,16
196:7
221:19
262:15
286:3
300:16
301:18
308:25

leave
150:22
297:2

leaving
169:1

led
277:16
340:23
341:3

left
81:13
245:12
317:5

length
94:6
96:21
139:19
142:22
143:7,13,
18,23
144:2
148:1,8,
16 149:9,
20,23
150:7
151:10

lengths
97:1
154:3,8

lessons
93:8

lets

213:25

letter
294:19,22
312:6,12

letting
129:7

level
22:14,16
130:21
142:12
155:25
223:12
252:14,16
285:19
341:12

levels
111:19
122:1
127:22
157:7

License
22:7

licenses
22:5

Life
104:14
106:19
107:15
123:3,5

limit
166:22

lion's
158:13

list
49:13
132:16,20
133:1,11
185:16
223:10

listed
114:22
157:21

166:4
171:21
309:13
320:1

listening
36:19

lists
134:14
157:7

literally
138:10

litigation
13:20,23
14:10,17

local
18:19
28:12
29:9 30:8
36:6
63:25
64:7,11
95:18
96:1 99:5
101:18
140:16
217:20
219:7
230:2
310:15

located
45:3
52:18
112:11

location
19:2,6
35:19,21,
22 112:12
180:11
182:14
185:15
226:4,20
235:7
335:23
339:15

locations
19:5
35:24,25
57:7
297:1

locked
238:15

log
189:14,18
239:4
242:11,16
245:7
332:25
333:10
335:11
339:16

logbooks
238:12

Logout
190:1

logs
333:13,20
335:5

long
9:20,23
10:24
23:4,14
39:21
40:7,11
42:13,21
45:18
139:20
141:21
145:4
149:3,4
154:3,8
229:20
277:12
281:2
292:2,5,8
320:23
321:25
339:7
340:1

345:9

long-term
225:15,20
227:9
228:24
319:3

longer
79:25
80:14
119:22
139:25
144:25
151:24
152:12
154:14
185:15,22
284:15
301:17,22
302:10,16
303:5,15,
19 322:14

longer-term
238:12

longest
139:15,19
143:7,10,
13,17,23
144:2,18,
20 147:20
148:1,8

looked
32:1
163:16

loss
152:5
209:9

lost
82:4,13
148:25

lot
100:8
102:8
111:4



135:22
146:8
148:25
175:15
211:2
218:6
230:18,19
319:4
321:19
326:16

low
    292:5

lower
    51:14
    183:7

lowest
    53:9  54:3

LSEAC
    29:9
    30:7,8
    31:5
    172:7
    239:11
    286:3
    307:1,9,
    14,15
    308:6,9,
    22  309:6
    312:9
    313:2
    317:22
    327:25

lunch
    52:22
    178:13
    187:6
    191:9,19

luncheon
    191:15

lunches
    178:12

— — — — — — — —

        M

— — — — — — — —

M-A-C
    83:16

MAC
    83:16

made
    67:25
    68:1
    73:15
    98:9
    100:22
    103:24
    144:11
    215:17
    219:12
    224:25
    250:14
    251:13,
    15,18
    253:1,17
    254:3
    264:20
    271:15
    320:3,5

Madison
    49:7
    200:14,18
    201:8

main
    190:23

maintain
    76:12,16
    195:9
    238:11,
    14,20

maintained
    195:12
    238:17
    329:10

maintaining
    24:18

43:6,11
73:11
91:5
195:19
325:22

maintains
    75:25

maintenance
    343:2,4

make
    8:14
    17:11
    18:11
    25:21
    38:17
    43:14
    55:22
    59:10
    63:21
    68:2
    85:25
    89:13
    94:24
    95:14
    105:13
    107:2
    114:9,12
    124:12,
    20,22,23
    128:20,25
    129:1
    137:13
    145:5,22
    146:2,13,
    22  148:14
    152:8
    170:15
    177:16
    204:3,5
    208:2,5,
    11,17
    210:11,24
    211:5
    212:21
    218:10

221:10,17
226:15,18
228:10
233:3
236:4,22,
24  237:11
247:16,19
253:6
262:12
267:11
287:12
302:6
306:2
307:12
308:23
309:6
311:21
337:19,21
342:21
346:5

makes
    70:7  75:2
    130:25
    135:18
    176:14

making
    25:25
    43:16,22,
    25  44:20,
    22,25
    64:25
    65:7
    68:14
    69:13
    70:7,10,
    13  71:22,
    24  91:8
    100:3
    105:15
    125:1,3
    144:11
    152:7
    221:13
    253:14,24
    264:15
    277:22

306:4,9,
10  317:10

management
    105:7
    109:1
    125:12
    176:8

manager
    32:9,11,
    15  70:5
    76:1
    99:14,15
    100:14,
    20,21
    178:8,10
    203:11
    206:8,10
    232:24

managers
    17:15
    100:9
    176:12

managing
    27:23
    70:22

mandatory
    105:22
    110:3
    113:1,4,
    21,24

map
    197:10

March
    242:3,10,
    14,15
    283:25
    342:6

mark
    131:20
    133:18
    153:1,21
    154:18
    161:24



164:5
172:17
179:13
184:5
187:10
192:14
202:6
220:7
231:12
240:13,15
259:17
265:14
274:11
299:19
332:5

marked
12:25
20:10
54:7,9,12
131:21,24
133:20,23
154:20,23
162:1
164:7,10
172:19,22
179:15,18
184:7
187:12,16
192:16,19
202:8
220:9,12
231:14,18
235:14,
16,17,22
240:18,
20,23
247:25
248:1,4
254:9,10,
14
259:19,22
265:16,19
266:11
274:13,17
278:18,
19,22

279:20,
21,24
282:24,25
283:4,5
293:18,
19,22,25
294:1,4,
6,9
299:21,25
304:4,5,9
307:21,22
308:1
312:17,
18,21
313:20,22
314:1
316:25
317:1,12
327:11,
14,17
329:19,
20,23
332:7,11
334:17,
18,22
336:4,6,9

markers
151:9,15
152:25
312:8

markings
235:25

Marshall
110:16

master
90:21

master's
20:2,4,
15,19
21:2
122:22

mastering
26:23
27:12

68:18
90:5,6,8,
15,20
93:12
325:23

mastery
73:25

math
50:8
57:14
64:15,21
65:9,17
67:11,12
68:5
79:23
81:2
84:20
158:10
252:6
345:25

matter
6:4 7:20
140:19

max
94:9

maximum
94:12
117:1

Maysville
163:20

Mcauliff
133:16

meals
178:17
179:3

meaning
84:12,13
222:21

means
8:9 90:7
177:7
243:8

medical
340:12

medication
70:22
71:5

medications
70:18

meditated
9:14

meet
9:18,20,
23 28:25
29:9,10,
12 36:5
57:23
58:11
59:5
60:22
62:17
70:4 71:1
98:6,22
99:18
172:9
213:17,
21,25
215:4
219:17
225:16
226:5
227:10
229:2
233:1
286:3
301:18
314:25
323:18
324:3
325:16
337:13

meeting
12:15
29:18,24
30:5,12
37:23

43:22,23
62:6 67:9
92:1
100:4
102:3
103:8
114:11
137:19
146:3
185:14,17
205:1,7,
10,24
207:17,23
208:9,16,
20 209:6,
20 211:1
213:2,10,
12,18,20,
23 214:1,
20 215:1,
7,15,17
216:5
217:11,
13,17
218:25
219:3,4,
11,24
224:12
230:1
233:4
251:9
255:22,25
256:2,3,
24 285:25
287:14
297:17
300:6,23
301:1,7,
9,16
302:7,14,
18,21,23,
25
303:11,
12,21,25
304:14,
16,19,20
306:23



307:15
315:13
322:12
325:24
338:22
344:13,
16,18,22

**meetings**
28:17,18,
21 29:5,
19 30:1,
3,7,20,23
31:10,12,
13,16,19,
22 32:4,8
33:1,7
34:21
35:2,4,7,
13,18
36:5,6,
10,14,20,
23,24
37:8,24
38:3,4,
14,16,25
40:18
41:1,2
42:7
54:25
55:1
62:12
98:6
112:14,
20,23
115:21,
23,24
149:15
151:23
205:17,
18,20,21
206:3,11
207:21,22
214:3
215:10
216:14
239:11

286:1
291:7
301:25
302:14
303:3,4
322:7
323:23
344:4

**meets**
61:1
63:22
94:7
224:6,10,
11 227:12

**Melanie**
6:21

**member**
72:12
124:12
290:2
331:12

**members**
52:12,15
111:15
114:15
134:10,15
152:6
210:23
214:4,11
215:13
274:2
289:20

**Memo**
275:1

**memory**
189:23

**mental**
59:24
111:11,25
112:19,25
209:7,12
263:22
267:17

**mention**
127:6
340:18,
20,24
342:1

**mentioned**
21:14
33:25
37:23
40:14
42:18
43:4 49:1
57:15
58:21
59:20
61:16
63:10
64:3,14
65:25
66:5
69:15,19
73:2 76:5
85:17
93:14
101:6
110:23
111:25
113:6
114:1
117:13,
18,24
118:12,21
119:20
124:15
127:14
130:4
132:16,22
135:7
164:24
173:12
201:20
202:18
250:16
256:24
263:12
284:22

285:6
292:24
295:7
323:21
326:3
331:6
340:17
345:15

**mentions**
94:19
106:19
341:24

**mentor**
40:19

**met**
9:16
27:18
98:23
144:10
227:17
255:24
303:15

**method**
75:22

**mid-check**
68:11

**mid-december**
181:17

**middle**
22:18
40:5,12
41:13
52:8
79:13,21
81:4,6,
10,16,19,
23,24
82:22,25
83:2
84:14,18,
22 85:17,
20 86:7,8
127:24

195:22
318:10

**midway**
68:11

**mild**
68:1

**million**
208:14
276:15,25

**millions**
262:10

**mind**
46:22
187:3
325:18

**mindful**
109:21
325:23

**Mindset**
104:15
108:22
110:1,13,
16,18,24
111:5

**minimum**
114:7,8

**minutes**
9:25
94:9,13
139:22,
23,25
140:8
187:1
265:2
304:14,17
307:5
317:7
323:11
325:16
337:2
338:2
345:16,
20,24,25



**misalignmen
t**
  183:3

**missed**
  92:17
  138:7

**missing**
  137:16
  204:22
  205:5
  290:3

**mission**
  55:9,11,
  16,24,25
  67:4,8

**mistaken**
  176:21
  200:11
  239:21,22
  240:11
  271:18
  297:13

**mix**
  35:11

**mm-hmm**
  11:19
  27:21
  31:9 37:7
  43:9 44:3
  45:2 67:6
  71:25
  76:24
  77:6 78:5
  96:18
  120:25
  124:10
  131:9
  140:9
  149:7
  154:15
  156:16
  184:3
  256:4
  259:4

  275:21
  276:9
  325:10
  344:8

**mode**
  36:19

**model**
  38:19
  104:14
  105:6,20
  106:7,18,
  24 107:11
  109:8
  200:2,25
  201:3
  212:19
  228:10

**modeling**
  90:3 91:7

**models**
  33:18
  34:7,9
  309:3

**modes**
  111:9

**modificatio
ns**
  343:5
  346:6,11

**mom**
  232:17,
  19,25
  233:20

**moment**
  27:2,11
  181:4
  208:10
  322:24
  332:1

**moments**
  331:17

**money**

  264:21

**monitor**
  64:23
  288:12

**monitoring**
  65:6
  67:15
  69:12
  99:17

**monitors**
  182:23,25

**month**
  28:4
  29:18
  142:24
  143:1,2
  333:4

**monthly**
  29:9,17,
  22 30:4
  31:14
  32:2,5
  35:16
  38:1
  112:22
  115:24
  172:7
  239:11
  286:3
  308:12,13
  332:25
  333:16

**months**
  14:14
  23:16
  28:8,11
  212:4

**Morgan**
  49:7
  159:13

**morning**
  7:3,4
  139:7

  176:13

**mother**
  234:2

**motivate**
  170:13

**motivation**
  170:7

**move**
  18:10
  35:22
  102:17
  126:13
  129:25
  131:1
  135:24
  137:8,15,
  18 159:24
  205:6
  223:22
  225:9,13
  230:12
  243:18
  245:3
  246:22
  259:2

**moved**
  45:22
  225:18

**moves**
  228:20

**movie**
  74:12,13

**moving**
  96:15
  129:17
  159:10
  231:2,5
  273:5
  295:16
  298:5
  305:23

**multi-age**
  83:13,18,

  21,25
  84:5
  142:15
  318:12,25
  319:8

**multi-
purpose**
  341:11

**multiple**
  115:1
  136:25
  137:5
  145:18,23
  200:9
  201:5,10
  203:11
  209:18
  236:12
  281:16

**multiples**
  327:1

**Murphy**
  6:16 7:24
  120:21
  137:24
  138:4
  145:23
  147:6,9,
  13,16
  148:10,12
  159:1,4,7
  161:22
  187:1,7
  191:12
  217:10,14
  257:15
  259:2,5,
  12,15
  317:3,6,
  8,10
  328:24
  329:6,8
  336:22
  337:1,19
  338:1



music
  85:22
  87:25
  88:9,11
  127:7

_____

          N

_____

names
  57:6
  162:13
  241:13

nature
  10:24,25
  11:4,18
  14:20
  15:8
  33:14
  37:4
  38:11
  40:17
  42:12
  50:5
  70:18
  74:14
  92:15
  98:20
  125:17
  137:3
  178:14
  199:10
  209:5
  210:4,7
  211:16
  232:15
  243:7
  246:4
  263:9
  282:14
  324:2
  339:15
  345:10

necessarily
  11:11,12
  47:24

216:10
229:5
240:8
246:11
249:18
301:21
302:4,9,
15 303:9

necessity
  151:12

needed
  28:8
  29:16
  41:3,7,8
  43:25
  95:11
  125:7
  151:20,21
  152:1,10
  168:10
  182:12,17
  215:5
  216:16
  223:11
  227:18
  263:9,19
  281:5
  284:8
  301:14
  303:8,19
  310:5
  315:15
  316:2,4
  325:8
  326:17
  341:18

needing
  28:5 65:8
  99:21,25
  170:19
  229:5
  339:5

Network
  13:24
  14:6

202:13

new-hire
  130:1

Newsome
  10:12,16,
  22 11:1,
  7,24
  12:22

next-door
  178:15,23

Ngeve
  6:4,23
  7:3,10,11
  9:10
  12:24
  13:6
  19:23
  20:11
  22:4
  54:11,14
  116:19
  131:23
  133:22
  154:22
  159:9
  162:4
  164:9
  172:21
  179:17
  184:9
  187:15
  191:18
  192:18
  202:10
  220:11
  231:17
  236:7
  240:22
  248:3
  254:13
  259:21
  265:18
  274:16
  278:21
  279:23

283:3
294:8
295:17
299:24
304:8
307:25
313:25
317:11
327:16
329:22
332:10
336:8
338:8

nice
  337:21

Ninety
  345:21

ninth-
grader
  160:23

nod
  8:17

nonacademic
  17:12

nonverbal
  346:7

Northeast
  23:10,15
  31:1,4
  49:25
  189:25
  300:12,14
  314:12,14

notations
  312:3

note
  117:24
  232:2

notebook
  238:7

noted
  101:16

notes
  189:16
  257:11
  294:25

notice
  71:9
  72:13
  146:7
  175:15

noticed
  72:16
  232:22

notices
  331:12

notify
  271:21

November
  159:15
  251:3

number
  29:15
  46:22,23
  47:21
  51:10,20,
  21 52:2
  53:5,6,7,
  17,25
  58:18
  59:17
  60:12
  73:4,7,
  16,24
  79:5
  81:11,12
  82:25
  84:5
  93:19,24
  101:11
  118:1,3,6
  124:13
  135:5
  170:8,10
  175:8
  183:25



185:3
201:12
239:6,13,
14,21,22
240:7,8,
17
242:22,23
243:3
254:15
256:4
262:5
263:3,5,
21,22,23
270:24
272:25
273:18
276:24
277:1,14
288:14
308:2
312:6,11
326:12,22
328:19
329:1,2
345:16

numbers
53:1,16
78:23,24
83:2 84:4
85:7
127:1,3
155:10
162:14
175:21
180:7,23
182:19
183:7,24
321:3
322:17

numerical
236:6

nurse
71:2
117:9
118:12,

14,18
340:21
341:1

nutrition
52:14,17,
25 178:8,
10

———————

O

———————

oath
8:10

objectives
26:23
27:12
68:17,24
71:19
73:7,9
90:22
211:25
212:17
218:11

obligated
270:9
285:15

observation
194:25
195:2

observations
71:7
76:6,9,
13,17
243:6
246:4
291:20
326:17

observe
25:18
98:14
136:8,23
218:10
244:13

284:19

observed
342:8

observing
136:5
246:11

obtain
37:8
270:6,11

obtaining
21:15

occasions
258:15
324:19

occupational
57:10
64:3,10
66:7

occur
31:19
35:7,19
38:1
151:1
302:18
340:16

occurred
31:22
42:25
71:5
173:15
235:23
341:3
343:17,21

occurring
37:23
342:15,21
343:11

occurs
198:16,19
207:24
293:4

Oconee
49:7
160:23
300:20

October
160:6
231:21
232:9
251:4
254:17

offer
88:23
132:13
208:1
213:9

offered
129:8
218:8

offers
77:7 89:3
97:15

office
71:15
224:9
238:16
338:24
339:12
341:11

official
119:22,25
140:24
344:21

officially
129:16

Oglethorpe
45:4,19,
21 46:7
49:8,9
179:2,4

on-site
178:13
289:14,17
290:7,13,

21 291:9,
11 292:2,
6,9,14,
19,22
297:15

one-on-one
70:4

ongoing
36:15,25
37:5 61:3
67:22
99:2
152:4,6
281:23

online
82:10
87:3

open
209:17
322:20
325:13,14

opening
59:9
128:4

opens
58:12
63:1

operating
26:13
262:4,13

Operational
296:3,7

opinion
330:16

opportunities
71:11
72:6
73:19
309:5
310:10
320:24



321:8
322:1,5
323:3

opportunity
38:25
67:16
74:24
75:8
86:24
90:12
214:21
226:2
332:2

opposed
214:12

option
86:16
137:20
208:22
210:23
211:5
222:14
224:13
331:20

options
203:2
213:11
216:11
306:2,3,
11,16,17

oral
8:18

orange
312:3

order
8:14
25:21
176:16
270:10

ordinary
182:9

organizatio
n
59:24
60:15

organizatio
ns
55:16
56:10,21
66:4,8,
14,17
324:24

organize
35:1

orientation
130:1

original
110:18

originate
50:14

originators
50:20

outbursts
69:3

outcome
241:17
299:4
335:17

outcomes
238:4
239:7

outline
298:10,14

outlining
223:8

overlapping
66:3,11,
15

override
232:21

oversee

50:19,21,
25

overseeing
24:23

overseers
50:16

overview
334:5,12

overwhelmed
331:9

_____

P

P-12
22:17

P-5
22:14,16

p.m.
191:17
346:25

packet
128:24
131:2,5
137:9
201:25
202:15
203:3,16,
19,22,25
204:1,2,
4,13,16,
22
206:15,20
207:2,9,
12 218:21
221:3
224:8,11
225:6,25
236:24
237:2,3,
12 315:16
316:15,20

Packet'

225:5

pages
270:19

pamphlet
54:18

pandemic
32:3,5,6
35:4,13

paper
195:13,15
238:17,21
239:3

para
52:9

paragraph
295:1
298:21
309:11

paraprofess
ional
72:11
121:11,14
123:8,10
127:19
318:11,
12,21,25
331:11

paraprofess
ionals
52:9
88:22
113:13
117:8,13,
15 121:7,
13,16
150:19
272:9

parent
41:2
62:1,6
203:13
205:15
208:2,13,

23 210:24
212:2
213:10,
12,15,20,
25 214:12
215:2
226:22
229:13,15
230:17,25
231:1
232:21
246:3,16
342:4

parental
208:1,3,
4,11

parentheses
309:10

parents
41:3
54:22,23
58:8 59:4
70:12,14,
19,24
71:1 98:7
102:4,8
103:18
115:2
146:10
147:2
151:22
153:23
177:18
205:13
209:17
210:3,11,
16,17
211:8
212:7
230:12,20
246:7
322:11

part
62:11
69:22



75:11
99:9
186:4,22
267:14
271:19
285:10
287:4
289:23
290:21
292:13
301:17,22
302:11,16
305:5,16

**partial**
101:7,9
102:1,2,7
103:10,12
141:11
142:3
226:21
313:6,11

**partial-day**
141:7,10,
19

**partially**
99:9

**participants**
30:24
33:5,6
34:17

**participate**
28:17,21
29:5,20
30:11,19,
22 31:4,
10,13
33:9 36:5
62:11
74:6
75:15
101:1
156:18
167:23

168:4,22
169:9
205:16,
19,20,24
206:3,11
290:7,12
302:21
321:8
323:4,9
324:20
325:4

**participated**
42:8
90:14
107:23
201:11
216:14
324:16

**participates**
31:1
130:19
206:6
289:17,19

**participating**
15:7 30:2
40:25
74:11
324:13

**participation**
36:22
42:8
303:10

**partnering**
96:8

**partnership**
284:13

**parts**
17:22
107:23
285:24

**passing**
325:1,6,9

**past**
199:20
340:14

**pathways**
56:25
57:15,19,
20 58:2,
4,5,9,13,
17,20
59:2,7
65:25
197:12

**pattern**
263:21
271:4,6,7

**pause**
208:10
213:23

**paused**
322:23

**pausing**
90:16

**pay**
282:18

**PBIS**
19:9 27:8
40:23,24
75:11
76:18
212:20

**PDF**
274:24
275:1

**PE**
74:15
86:4,10,
15,21
87:17
124:11
150:18

**peers**
15:7
326:2

**pending**
129:9,19,
23

**people**
24:1
26:10
32:13
33:20
34:6,8
42:9
46:18
50:8
51:6,17
100:4
136:14
203:11
263:10
280:22
323:25

**per-people**
262:17

**perceive**
249:9

**percent**
28:6,7,
14,15
101:18
138:25
177:23
190:3

**percentage**
27:22
138:22
151:5
177:20

**perform**
95:18

**period**
72:10,25
73:19,21

74:7 75:5
100:7
111:20
143:10
147:20
209:11
211:14
226:17
229:14
230:23
241:21
244:20
245:1
290:10
306:8
320:19,23
321:25
322:5

**periods**
72:3
73:1,18,
21 89:25
137:6
151:9,16
152:25
322:14
324:25

**permitted**
166:19

**persistent**
209:11

**person**
32:20
34:1
35:7,10,
14,15
100:1
108:12
115:9
119:4,10,
17 120:7
121:3
125:3
203:9
208:6



249:23
272:1
288:11

person's
23:12

personally
130:4
195:18

personnel
26:12
29:2,3
125:24
223:7

perspective
17:18

pertain
225:12

pertains
225:13

phone
128:20
231:1

physical
35:19
73:11
87:7,10
91:5
108:25
109:6,10
325:22
328:4,6,
11 330:4,
5,17
331:3
339:13,17
340:8,12,
13,22,25
341:3,16
346:16

physically
19:6
52:18
135:16

138:10
147:13,22
148:4
339:14
340:7

pick
139:11
140:20

picked
139:14
141:24

picture
285:18

piece
170:7

pieces
316:12

place
62:21
66:18
70:23
107:4
144:6,15
216:25
287:4

placement
60:25
62:1
137:25
152:5
153:14
185:20
196:9
197:6,20
205:2
210:1,2
216:7
232:17
233:1
315:11
320:20,23
321:24

placements

153:24
285:12

plaintiff's
13:1
20:10
54:8,9,12
131:20,
21,25
133:19,
20,23
154:18,
20,23
161:24
162:1,5
163:17
164:5,7,
10 171:21
172:17,
19,22
179:13,
15,19
184:5,7,
24
187:11,
12,16
192:14,
16,19
202:7,8,
11 220:8,
9,12
231:13,
14,18
235:15,
16,18,22
240:14,
16,18,20,
23 247:25
248:1,4
254:9,10,
14
259:18,
19,22
265:14,
16,20
266:12
274:12,

13,17
278:18,
19,22
279:20,
21,24
282:24,25
283:5
293:20,
22,25
294:1,4,
6,10,12,
14,16
295:16
298:5
299:20,
21,25
304:4,5,9
307:21,22
308:1
312:17,
18,21
313:20,22
314:1
316:25
317:1,12
327:11,
14,17
329:19,
20,23
332:6,7,
11
334:17,
18,22
336:4,6,9

plan
27:5
43:13
44:4
102:15
105:2
186:4,22,
25 190:20
199:6
211:20
226:12
229:10

284:23
285:1,3,
8,10,16,
20,24
286:6,22
287:5
288:5,11,
17 289:7,
9,11
290:22
291:24
292:3
293:1
294:23
295:3,14,
20,24
296:2
297:9,25
298:9
299:4
305:1,10,
22 306:2
308:17,24
309:9,18,
21 312:5,
10,12
319:14,16
320:6
336:16,21
337:5,6,
9,12

planning
25:23,24
26:4
195:25
200:1,16,
24 246:18
251:6
311:7,10
322:21

plans
24:19
26:11
43:6
287:12
309:14



311:14

**play**
16:5
267:5,14
324:1

**playing**
74:15

**point**
8:24
68:21
69:20,22
70:1,8
71:25
72:1,2,5,
9 75:21,
23 103:6
105:10
109:10
136:20
145:19
146:3,12,
21 149:14
157:2
163:13
208:15
210:22
212:19
213:22
216:6
244:3
265:3
306:21,22
315:9
318:15
328:18
346:4,6,8

**points**
51:12,14
71:14
72:20,24
73:2,4,
20,21,22
74:2,6,23
75:7,15,
17,18

76:6
90:7,13
214:19
305:23
346:12

**policy**
305:16,20

**poorly**
214:17

**pop-up**
27:9
71:11

**popcorn**
74:13

**population**
15:10

**portal**
180:13
181:23
182:1,2,6
184:20
187:22
188:5,11
189:19
190:13,18
191:1
266:9
268:2
293:15
333:1,4,
14 336:2

**portion**
167:9
271:25

**position**
32:17
40:17
41:13
80:3
119:3,7,9
121:25
122:19
123:1,15

127:11,12
129:8
274:6

**positions**
41:14,17,
21 51:22
52:1,4,7,
11 117:5
125:20
126:8,9,
12,18
127:16
131:15
272:15
277:20

**positive**
19:10
72:20,24
73:20,21,
22 74:6,
23

**possession**
207:7
220:25
221:2

**possibly**
15:14
170:20
244:16
252:23
316:9

**post-graduation**
171:11

**post-secondary**
170:11
171:18,22

**potential**
129:3
136:8
143:14
206:7,10
287:1

**potentially**
15:13
73:22
197:5
246:22
256:17
297:3

**powerful**
68:22
72:21

**practically**
81:21

**practice**
251:8

**practices**
37:19
39:2
40:20
284:8
309:4

**practicing**
69:6
72:16
92:24

**praise**
68:22
72:21,22
90:20
100:16

**prayed**
9:14

**preceded**
23:17

**preexisting**
58:5,7

**preliminary**
274:21,25
275:2,7,
11 276:2,
5

**preparation**
12:6

24:13
77:18
269:18

**prepare**
9:10
12:18
114:10
178:11,
17,18
266:23
269:10
314:16,18
342:10

**prepared**
11:3
12:2,3
70:25
164:22
173:10
233:4
308:9
313:16
314:21

**preparing**
11:17
155:16
162:18
267:14
314:25

**preplanning**
106:2
110:10
114:19
116:10

**present**
10:19
33:16
115:4
118:18
119:1
176:18,19
177:21
221:13
256:2



290:21
324:5
342:5
344:15

**presenters**
38:8

**pretty**
12:4
187:5
209:17
268:3
318:16

**previous**
110:23
111:1
112:16
113:25
134:9
150:18
162:12
226:4,20
252:19
256:6,24
319:20

**previously**
59:8
79:24,25
80:8 83:8
85:13
104:21
169:18
171:2,6
188:11
226:13
232:13
235:22
238:25
240:18
251:16
270:5
271:14
300:11
303:23
318:18

**PRIDE**
75:11,13,
18

**primarily**
67:12
328:11

**primary**
11:24
157:13
158:16
159:14
160:1
164:1
223:20
253:24

**printout**
266:5

**prior**
35:13
40:1
42:17
43:1
66:23
103:25
109:7,15
126:19,21
183:10
197:8
209:19
211:4
216:23
229:2,10
232:17
236:23
246:18
252:17
255:25
271:14
277:24
282:20
307:1,9
320:16
321:19
328:18
330:13

**priorities**
299:7

**prioritized**
104:12

**priority**
299:6,11,
14

**proactive**
109:7,14
136:21
330:19
331:2

**Proactively**
175:13

**problem**
89:16
106:23
107:9
168:11
177:1,4
224:5

**problem-
solving**
106:24
107:11

**problems**
107:5
222:13
223:9

**procedure**
305:17,20

**proceed**
9:8
207:24
209:6
223:12

**proceeding**
208:12

**process**
21:6,15
51:19
98:5,22,

24 99:13
124:25
128:3
129:11
130:4
131:8
138:6
147:4
191:25
198:17,20
201:17
221:12,
21,24
222:3,5
223:21
224:4,15,
22 225:4,
22 226:6,
7,10
244:6,11
262:20,
23,24
263:2
269:20
285:20
287:7,9,
19 288:6,
9 290:22
297:25
299:12
309:22
315:7,20
322:11,22
337:6

**processes**
300:7,24
301:8
302:24
303:12
323:23

**produce**
87:10,11

**produced**
16:9
132:4

134:2
155:2
162:7
174:23

**producing**
43:7

**production**
155:17
162:19

**professiona
l**
22:5
41:17
64:22
104:11,
12,19,23,
25 123:20

**profile**
125:6

**program**
13:25
14:2,3,7
15:23,25
16:16,19
17:2,3,17
22:24
23:1
24:18,22
32:9,11,
15,18
33:19
39:7,10
43:7,12
44:3,8,24
45:8
55:3,6
82:11
87:4 99:3
106:15
108:9
110:25
135:7
139:21
148:17



150:22
156:9,14
159:19
175:20
178:8,10
183:20
212:20
225:14,19
227:2,3,
5,6,21,23
228:20
229:25
233:12
238:3
241:16
242:14
245:20
246:25
247:13
263:19
264:1,2
266:13
270:7
276:6
281:8
285:15
295:23
306:1,7
341:7
345:12

program's
262:3

programs
17:22
18:1,3,7
24:13,17
34:10,12
104:10
193:8
237:23
253:8,11
258:6
283:23,24
344:9

progress

24:22
26:22
61:4
64:24
65:6,7
67:15,21
69:12
70:6
71:22,24
73:15
98:9
99:17
100:19
125:16
144:12
152:7,8
306:4,9

progress-
monitor
67:22
98:21

progressing
43:20

project
262:1

prompted
330:17

properly
240:23

proportion
176:17

protected
182:3

protected-
type
182:4

provide
15:24
25:16
29:14
50:3,8
54:24
55:12

56:2
57:10,24,
25 59:25
60:1,8
63:25
64:11,22
65:14
66:14,25
70:16
82:8,9
93:18
95:11,15,
25 96:8,9
108:9
123:20
124:19
125:6
136:23,25
137:17
170:20
178:3
179:6
183:12
185:7,12
186:8
194:18,21
195:6
196:7
198:10,13
199:15,23
205:4,11
218:8
219:14
224:1
236:20
239:6,17,
19 243:2,
5 244:14
252:7
258:17,24
259:14
290:24
291:4
293:11,
13,14
298:2
301:19

303:7,17
306:2
307:13,18
311:5
315:12
316:9
319:8
320:14
321:21
326:11
329:2,4
333:6

provided
29:17
55:6
57:22
62:9 95:6
97:15
99:23
108:7
155:6
162:10
164:18
167:8
173:6
183:16
186:11
197:8
199:18
201:4,7,9
205:4
219:7
244:7,21
245:9
252:12
253:20
270:20
292:25
295:2
301:19
309:2
314:8
330:8
333:2,7,
11

provider
278:5,7

providing
16:21
25:19
27:8,17,
24 33:17
40:18,23
41:4 67:2
105:15
116:20
136:5
198:20
203:13
246:9
247:20
264:4,6,
14 321:19
331:1
334:7

proximity
105:15

psychiatry
70:15

psychologic
al
55:21
70:15,25
94:22
95:2,5,
10,13,16,
18 96:4
151:21

psychologis
t
95:21

psychologis
ts
95:15,17,
24

psychology
21:5

public

19:17

**pull**
268:4
312:12

**pulling**
267:16,18

**purchase**
75:6,13

**purpose**
47:18
54:21
208:20
261:7
264:6,9
284:2
301:9
303:16
312:8

**purposes**
7:24
54:10
131:22
133:21
154:21
162:2
164:8
172:20
179:16
181:16
184:8
187:13
192:17
202:9
220:10
231:15
232:5
235:17
240:21
248:2
254:11
259:20
265:17
274:14
278:20

279:22
283:1
293:23
294:2,7
299:22
304:6
307:23
312:19
313:23
317:2
327:15
329:21
332:8
334:19
336:7

**pursue**
37:14

**put**
104:17
107:4
176:12
181:5
208:6
216:25
243:5
252:18
267:18,19
271:8
338:1
343:2

**putting**
323:11
335:20,
21,22

---

**Q**

---

**QBE**
262:17

**qualificati
ons**
224:7

**question**
8:4,25

31:7
65:24
77:3
85:25
91:17
96:19,24
104:5,9
143:9
145:3
147:17,25
168:7
185:19
234:15
345:14
346:2,4

**questionnai
re**
249:5

**questions**
8:4 9:4,7
11:6,10
76:25
96:16
124:9
143:16
153:22
195:23
196:3,5,
10,11,16,
20,22
197:11,24
204:5,7,
8,11
206:24
208:18
210:17,
19,20
211:17
218:5
223:10,
15,16
236:10,15
237:5
245:18,22
246:12,
20,24

247:5
280:12
290:20
305:15
315:11
346:19

**quickly**
187:5

**quiz**
91:3

**quizzes**
91:2

---

**R**

---

**RA**
306:1,7,
13

**race**
156:2

**ran**
263:19

**random**
27:11
91:1,3
305:5

**range**
53:8
58:19
59:18
60:13
61:14
63:8
93:25
135:8
140:2
166:18,22
178:20
326:13
328:21
329:3,5
330:15

**rarely**
177:2

**rate**
279:5,9,
10,14
288:4
299:5
329:11

**rated**
287:16,
18,22
296:3,7,
15

**rates**
179:9

**rating**
296:19
298:15,19

**ratings**
287:18,
21,23,24
295:22,23
298:3

**reach**
174:6
245:17,23
246:5
247:1,2,
5,10
283:22

**reached**
183:3
234:14

**reaching**
233:15
248:14

**read**
94:16
97:23
164:12
208:10
233:5
309:11



310:11

reading
  50:9
  57:13
  64:15,21
  65:2,4,9,
  17 67:12
  243:12
  245:7
  252:6,13,
  14,23,25
  253:16,
  19,22,24
  254:5,6

reads
  96:19

ready
  43:21
  97:7,8
  98:18,24
  103:19
  144:7,8,
  10 146:5
  213:16,25
  218:14,15

real
  11:20
  70:19
  91:7
  107:9

real-life
  92:10

real-time
  92:23

realized
  280:24

realizing
  253:25
  281:1

rearrange
  319:6

reason

9:3
219:19,21
273:24

reasons
  155:11
  162:15
  241:14

recall
  13:13
  14:11,18
  20:6
  83:10
  85:15
  142:23
  144:23
  172:15
  179:8
  182:15
  191:21
  192:1
  200:21
  215:23
  234:13,14
  235:11
  248:18
  261:9
  262:2,11,
  22 279:18
  282:16
  284:24
  298:4
  340:3
  344:11

recalling
  127:18

recapping
  92:18

receive
  15:23
  19:19
  20:4,24
  21:9,11
  66:3,11
  82:18

92:14
99:2
106:6,9
108:4
110:5,15,
22 111:9
112:10
113:19
114:15
115:19
128:16
165:12
185:15
193:10
194:8
213:5
214:7
215:19
225:1
262:16
277:4
279:17
281:8,10,
19 282:1,
10 295:6
297:8
310:10

received
  20:17,19
  105:20
  107:14,
  17,22,25
  109:25
  111:22
  112:3,11
  115:11,20
  166:25
  169:8
  183:18
  185:3
  207:11,13
  234:15
  242:2,6
  255:1,5,
  13,16
  256:5

260:6
275:6
282:5
319:19,
21,22
333:25

receives
  50:15
  179:10
  239:23
  264:19

receiving
  82:14
  93:22
  94:3
  128:21
  141:7
  180:11
  181:23
  182:14
  185:22
  226:13
  255:25
  263:22
  333:11

recent
  217:3,5,
  19 244:1
  278:25
  283:7
  297:9,12,
  14 300:2

recently
  14:14
  143:4
  230:8,9
  234:22

receptionis
t
  117:11
  120:10,14

recertifica
tion
  110:19

recess
  116:16
  191:15
  265:8
  337:25

recipient
  277:1

recognize
  20:11
  111:20
  115:7
  132:2
  133:25
  154:25
  162:16
  164:13
  173:1
  179:20
  184:12
  187:18
  192:21
  220:15
  231:22
  241:3
  248:8
  254:19
  260:1
  265:21
  275:4
  279:2
  280:5
  283:12
  294:17
  295:17
  298:6
  300:8
  304:11
  308:3
  312:23
  314:5
  317:18
  327:21
  329:25
  332:19
  335:1



recognizes
  100:14

recognizing
  70:9
  71:9,12

recollect
  240:5

recollecting
  171:9

recollection
  20:18

recommendation
  320:21
  321:2,6,
  17 322:16

recommendations
  24:15
  25:20
  136:24
  195:2
  216:12
  218:11
  244:14
  246:20
  247:17
  320:1,3,
  5,12,16
  321:11
  326:4

recommended
  185:14,16

record
  6:7 7:9
  8:16
  116:15,18
  155:2
  176:2
  191:13,17
  194:23

235:21
238:11
241:13
265:7,10
275:15
299:3
337:24
338:6
346:24

record-
keeping
  75:23

recorded
  176:15
  239:3
  242:16
  341:13

records
  75:25
  76:12,16
  125:9
  126:1
  154:2
  170:23
  176:5
  194:20
  195:10,
  12,19
  229:9,15,
  16,23
  238:2,6,
  17

recruitment
  24:14

recurring
  29:5
  31:16

redacted
  155:9
  162:12
  232:3
  241:13

redelivered
  105:24

108:19
114:14
116:5

redetermination
  41:1
  95:12

reduction
  285:11

reevaluation
  41:1
  95:12

refer
  49:14
  56:14
  198:18
  223:24
  245:19
  246:25
  279:9
  305:8

reference
  14:22
  56:17
  77:12,22
  96:3
  275:11,12
  276:3
  308:17
  309:12

referenced
  26:16
  28:2
  32:18
  56:12
  89:10
  176:8
  206:19,21
  259:9
  260:17
  261:14
  284:3
  298:11

305:21
306:16
324:19
329:11

references
  95:2
  128:18,
  19,21
  196:25
  294:22

referencing
  96:11

referral
  138:6
  191:25
  201:17
  216:23
  218:14
  224:14,22
  238:7
  239:2
  240:3
  241:1,5
  242:2,6
  315:7,16
  316:12,15
  320:16
  321:20,21

referrals
  238:4
  239:7,8,
  12,13,17
  241:17
  242:13
  315:10

referred
  14:3
  83:15
  201:18
  202:19,24
  223:16
  238:3
  241:16
  244:22

315:21

referring
  80:5
  103:16
  137:25
  169:5
  202:16
  203:17
  255:21
  256:11,
  15,22
  259:6,8
  297:6

reflect
  295:22

reflects
  180:7

refresh
  20:18

region
  36:2

regional
  15:25
  18:6,22
  55:15
  56:9,12,
  17

regions
  18:4

regressing
  322:10

regular
  30:7 36:4
  97:3,10,
  16,19
  98:15
  105:25
  114:16
  116:5
  227:15

regularly
  28:17,20,



25 37:22
71:2
149:9
169:14
175:7

**rehab**
170:18,21
278:14

**reinforce**
253:13

**Reintegrati
on**
313:7

**relate**
109:2
182:20

**related**
11:10,13
40:20
44:3 50:7
69:17
92:6
133:7
134:24
182:20
248:19
264:17
284:18
308:8
309:7,8,9

**relates**
13:24
47:24
71:3
89:23
201:17
281:16
309:14

**relation**
125:9

**relative**
152:11
268:12

**relatives**
210:4

**released**
140:24
225:15,20
228:23
234:25
235:3

**relevant**
341:15

**relocated**
230:9

**relocates**
230:17

**remainder**
101:13

**remained**
163:8

**remaining**
143:19

**remains**
103:4

**remember**
46:13
79:9,11
113:20
116:3
144:18
154:5
181:4,11
183:14
186:10,16
188:25
189:4,6,
13 201:12
214:13
234:16
260:18
261:4,5,
6,11
262:18
277:14
284:21

289:21
299:13
344:17

**remembering**
117:2
237:6

**repeatedly**
261:24

**rephrase**
9:1
224:20

**replacement**
68:25

**report**
23:9,23
24:1
29:14
36:17
172:3
175:21,23
177:24
178:1,7
286:4
308:11

**reported**
23:20
178:9
180:7,23
183:23
240:4
286:8,12,
14,17

**reporter**
6:9,12
8:8,12
12:25
20:10
54:7
131:19,24
133:18
154:18
161:24
164:5
172:17

179:13
184:5
187:10
192:14
202:6
220:7
231:12
235:14
240:13,15
259:17
265:14
274:11
294:9
299:19

**reporting**
6:2 25:1
182:21
183:24
239:6
258:17
341:16

**reports**
43:7
124:23
125:15,16
178:4,5
179:7
189:9
190:2,6
239:17

**represent**
7:5 155:4
162:9

**representat
ion**
346:16

**represented**
7:24

**representin
g**
343:20,22
344:25
345:7

**represents**
328:10

**request**
55:1
125:8
137:10
192:8,12,
24,25
193:23,25
206:17,21
207:13
221:3
267:11
290:24
293:6,10
314:22,24
320:13

**requested**
16:7
183:13
194:14
291:4
314:20
321:17
343:16

**requesting**
15:24
181:21
186:9
194:19

**requests**
183:18
223:25
247:22
262:21
343:3,4

**require**
126:9,11,
13,19,21
131:16

**required**
6:1
121:6,21
122:19,25



123:7,14
125:18
137:14
186:4,21
204:13,17
205:7
260:21
296:21
345:15

requirement
126:16
223:4
345:22

requirements
126:2,3,4
309:15

RESA
18:21
23:11,15,
18 29:4
31:2,4
49:25
57:14
64:18
128:11,12
129:14
131:5,13,
17 190:1
253:20
254:7
263:11
300:12,15
314:12,14

RESA's
131:10

research
38:20

residential
185:19
225:16,21
227:9,11
228:24
229:1,4,8

246:14

resort
109:13,17
331:5

resource
67:17
77:4

resources
31:11
36:15
37:6 50:5
125:25
128:25
263:10
267:9
309:1

respect
84:14
92:19
324:12
334:11

respond
115:6
276:17

responding
16:2 17:8
180:2
291:14
306:1,7

responds
234:7
254:25
260:5

response
16:10
55:6
104:8
132:5
134:3
155:3,17
162:8,19
164:19
173:7

279:17
314:22
332:21

responsibil
ities
25:6 43:3
124:17

responsible
43:5
125:3
195:18
260:24

responsive
247:22

restarted
187:2

restraint
109:6,11,
15,19,20
331:4
339:13,17
340:7,13
341:17
342:4

restraints
109:2,20
328:5,6,
11,17
329:11,14
330:4,6,
13,17,23

restrictive
55:23
94:25
244:8

restrooms
341:14

resubmit
335:24

results
295:20
296:3

297:9
319:21,22

resume
128:6,9,
14 280:19

retain
195:16
278:4,8

return
141:14
151:7
232:16,
18,20,22,
25 320:24
322:1

returned
141:11
185:17

returning
97:3,10,
16
133:12,15
232:13

review
12:5
130:5,8
137:13
149:9,12,
13 186:4,
22 195:22
203:25
204:1,2
260:1
261:10
288:16
289:4,14,
17 290:7,
13 291:8,
10,11,24
292:3,14,
22 295:24
297:15,
17,24
299:1

305:9,10,
11,22
309:21
315:14,25
319:16
320:6,8
341:15,
19,20,23

reviewed
12:8,11,
12 88:25
130:14
163:3
204:16
206:16
225:7
288:7

reviewing
155:1

reviews
129:4
130:11
260:12,
13,16,19,
20,21,25
261:3,5,
9,13,18,
21,23
292:19

revise
335:23

revving
331:13

reward
72:23

ride
138:23,
24,25
139:15,24
140:11
177:8,19

rider
211:16



**riders**
138:20
139:1

**right-hand**
158:1

**rights**
208:1,3,
4,11
232:21

**rigor**
253:23

**Rishi**
283:8,15

**rising**
170:8

**risk**
17:15

**road**
197:10

**role**
16:5 29:6
50:2
198:13
267:5,13
300:18

**role-play**
69:6
90:10,14
92:9

**role-plays**
89:22

**roles**
39:25

**room**
44:1
48:20
57:23
65:3
72:12
74:16,19
88:18,21

331:16
339:7
340:4
341:11

**rooms**
338:9,12,
15,18
339:1,3,
9,11,12,
20,21,24
341:13

**rooting**
101:4

**roster**
155:7,20,
24 157:12
162:11,22
163:3,10,
23,24

**rotate**
80:1 81:4
84:17,23
85:18,21,
23 86:3,
9,14,24
87:22
88:11,17

**rotated**
86:15,20
87:6,16
88:2

**rotates**
288:12

**rotation**
79:15,18
81:7
82:23
83:1,3
84:10,12,
13,25
85:4,8

**rough**
14:13

46:14,15,
18 58:19
201:14
326:13

**roughly**
40:7
158:10
159:21

**routine**
308:10

**routinely**
314:18

**rubric**
295:2,6,
9,12,21

**rule**
196:6,13,
15,16,18,
21,23
197:23
198:4
218:5
222:6,8
223:5
237:8,15
264:13
301:17,23
302:11,17
309:15
316:18,21
328:25

**run**
18:11

**Rutland**
6:16 7:21
15:23,24
16:22,25
17:21
18:6
22:24
23:2,5,24
24:4,7
25:2,10,
12,13,15

26:6,19
27:24
28:16
29:2
39:3,6,
11,12,13,
17,19,22,
23 40:1,
4,8,12,15
41:14,18,
19 42:17
43:1
45:2,8,
18,22,25
46:2,12,
21 48:23
49:3,14,
18,21
50:11,15,
21 51:7,
18 52:11,
18 53:4,
13 54:1,
13,17,24
55:3,6,
11,18,25
56:2,15,
21 57:18,
20 58:3,
12,16,25
59:9,11,
20 60:9,
18 61:8,
10 62:25
63:4,11,
14,16
64:20
65:12,15,
18 66:2,
23 76:2
77:15,22
78:4,6,
16,25
79:12
81:7
82:5,23
83:3,12,

22 84:1,
6,8,25
85:4
87:22
88:23
94:16,20
95:6,19,
21 96:12
97:15,24
98:3
99:1,3
101:14,21
105:3,19
107:14
109:25
111:22
114:4
115:11
116:25
118:14,23
120:5,10
125:20
126:9,12,
18,23
128:1,4
132:1,4,
17,18
133:12,25
134:2
135:5,9,
12,15,16
138:11,
16,19,23
139:6,16
140:13,
17,20,23
141:22
142:18,22
143:7,19,
20,24
144:1,21
145:16
147:21,22
148:3,6
150:13,
21,23
151:7,11,



13 152:12
154:2,25
155:3,7,
20 156:22
157:8,12,
16,21
158:14,22
159:12,25
160:12,22
161:9
162:6,7,
11,22
163:8,9,
25
164:12,
18,25
165:8,15,
23 167:10
168:12,16
169:14,22
170:25
171:10
172:4,6,
25 173:6,
13,22
174:12,18
175:4,8,
21 176:2,
5,11,25
177:21,24
178:3
179:3,6,9
183:20
190:12,14
191:20
192:1,20
193:15,
18,23
194:1
195:10
198:7,14,
18,20
201:19
202:12,20
203:20
206:4
210:11,14

214:6
215:12,
13,19,24
216:20
217:7,21
218:20
219:9
220:1,4,
13 224:17
225:1,23
232:14,
18,25
233:11,19
234:3,22,
25 235:4,
9 236:14,
18 238:2,
6 239:7,8
240:25
241:1,16
242:14
243:9
244:5,7
245:20
246:25
248:16,21
249:3,16
250:4,7,
20 251:25
258:16,18
260:24
261:24
262:3,13,
16,21,25
264:21
265:21
266:1,13,
17 269:21
270:6,9,
20,24
271:2,5
272:1,12
273:19
274:2
276:6
277:1,4,
7,13,25

278:1,4
280:11
281:7,10,
19,25
282:5,9,
18
284:10,20
285:14,19
286:4
288:25
289:19
290:24,25
291:3,18
292:19,22
293:9
294:12,
13,15
295:14,23
296:3,6,
15 297:8,
20 298:17
299:14
300:6,23
301:8,20
302:15,24
303:7,17,
23 304:1,
11,14
306:14,22
307:4,9
308:3,6,9
309:25
310:7,18,
25 311:25
312:22
313:1
314:2,18
315:3,13,
21,25
317:15,
21,24
318:13
323:7
324:15
327:21,24
328:15
329:10,

15,25
333:10,
13,20
335:6
336:11,18
337:13
338:8,12,
15
339:19,22
340:6,11
341:7
342:6
345:15

**Rutland's**
49:24
50:2 55:9
97:9
116:20
180:22
280:15
287:4
299:10
319:16

_____

**S**

_____

**Sabrina**
133:16

**safely**
109:19
177:8,19

**salary**
132:14
279:9,14

**satellite**
322:20

**save**
238:24

**saved**
238:25

**scale**
298:15,19

**schedule**
108:20
128:16
129:11
130:14,16
141:4,19
142:9
194:11,
12,16
205:1
213:14,15
214:1
226:21
227:10
250:23
319:5,6

**scheduled**
28:17,20
205:10,17

**schedules**
124:20
125:14
211:14
224:12
343:6

**scheduling**
129:25
137:19
205:6
315:13

**school**
15:8,17
17:7,16
25:17
26:2,13
27:7
28:12
36:6,11
40:5,12
41:13
43:22
44:7
46:8,9
47:9,12,
15,20



48:2,10,
24 49:2,
5,13,17,
19,20
51:1,7,18
52:8
53:4,13,
14 54:1
55:15
56:9,12,
14,17,18
58:13,17
59:15
60:7,11
61:12
62:8
63:6,25
64:8,11
65:21
67:14,15,
19,20
68:7,10,
11,12,13,
19 71:2
75:12,13,
14,16
78:15,16,
19,21,24
79:6,13,
22 80:6,
12,15,16,
20,23,25
81:1,4,6,
8,10,15,
16,19,23,
24 82:1,
17,21,22,
25 83:2,
22 84:2,
9,14,17,
18,22,23,
24 85:1,
3,5,7,17,
18,21,24
86:2,3,7,
8,13,14,
15,20

87:6,16,
17,21
88:7,8,15
93:21
95:14,15,
17,18,24
96:1
97:5,7,
20,21,24
98:3,12,
13,19
99:1,15
100:9,22
101:18,22
102:13,
18,22,25
103:1,6,
25 106:3
110:25
111:3,4,
20
114:20,24
115:5
117:1,16,
22 118:4,
9,19
119:2,5,
7,18
120:8,15
121:4
122:7,14
124:6
126:24
127:5,8
132:13
133:13
135:9,13,
21,22
138:13,
14,15
139:4,17
140:3,10,
16,24
141:19,21
142:3,13
143:2,21,
25 145:17

147:23
148:5
150:4
153:20
155:21
156:6,22
157:2,9
162:23
163:4,8,
9,20,24,
25 165:1,
24 166:5
167:6,8,
11,19,23
168:2,12
169:4,12
170:11
171:14,25
172:2
173:14,
18,22
174:4,12,
18,24
175:2,3,5
177:17
178:24
179:1,2
183:8
185:5,18,
25 186:2
195:8
198:17,21
199:16,
19,20,24
200:8,9,
10,11,24
203:12,17
205:13,15
209:3,5,
23 211:14
212:9
213:13
214:6
215:11
216:1
217:6,20
218:9,13

219:7,15
221:15,19
222:13
223:6,11
224:2,7,
12 227:16
228:1,5,
6,8,9,10,
11 229:9,
10,15,19,
23 230:3,
6,7,16
231:3,9
233:11
234:5
239:10
243:25
244:18,25
245:19
246:4,24
249:20
251:10
263:20
264:17
268:25
269:2,8,
9,10,14,
16,18,24
270:2
280:3,10
281:17
291:12,
15,18
296:11,14
297:4,12
306:18
310:11,23
311:1
313:14
315:1
316:6
318:10,
11,14,15,
19,20
319:23
320:25
321:10,22

322:10
323:6
324:5,6,
7,17
325:6
326:7,9,
16,19,23
328:7,12,
18
329:15,17
330:6,9,
12,14,22
336:16
337:4,15

**school-
based**
19:4

**school-wide**
90:24

**schools**
19:18
25:19
45:12
97:6 98:1
99:5
100:2
101:21
102:22
147:10
150:23
151:7
228:16
305:25
321:5
322:2
323:10

**science**
21:5
22:14
50:9
67:13
79:23
81:2
84:20



**score**
  299:6

**scores**
  305:1

**screen**
  189:6
  208:7

**screenshot**
  188:4,15
  189:17,21

**SDQ**
  250:8
  254:23
  255:18
  256:15,23
  257:1,8,
  11,19
  258:2

**SDQ/BASC**
  254:18

**seclusion**
  339:19,
  21,24
  340:4

**second-
graders**
  156:25
  157:4

**second-to-
last**
  315:6
  319:10

**section**
  78:1
  104:3
  187:4
  188:16
  198:8
  223:24
  225:9,12
  271:2
  272:14
  299:1

  309:17
  310:4
  313:8
  315:7
  319:13,25
  328:1
  330:3

**sections**
  188:15
  270:10
  287:2

**secure**
  281:2

**Security**
  125:7

**seeking**
  233:3

**segregated**
  126:14
  285:11

**select**
  299:6
  341:20

**selection**
  24:15

**self-
assessing**
  295:13

**self-
assessment**
  287:3,7,
  9,19
  289:5
  297:25
  298:2,15,
  18 299:12
  309:21

**self-
contained**
  77:5
  78:10,15,
  19,24

  79:6
  83:19,21,
  25 84:5
  126:14

**self-
control**
  72:8,14,
  16 73:4,
  10

**self-
ratings**
  288:7
  289:4

**semester**
  82:3,4
  328:11

**send**
  49:2
  128:9,11,
  13,15
  147:9
  177:14
  180:12
  181:20
  191:3
  194:7
  203:24
  208:8
  218:20
  246:18
  248:15
  280:25
  286:19
  293:7

**sending**
  280:18
  281:4

**seniors**
  157:8

**sense**
  29:4
  52:15
  139:20
  226:15

**sentence**
  295:1
  298:24

**separate**
  32:12
  75:18
  113:10
  121:12
  136:17
  192:5
  228:1,2,
  9,15
  276:25
  327:5

**separately**
  276:14
  277:12,
  16,25

**September**
  332:18

**serve**
  18:3
  25:18
  44:22
  63:1
  129:21
  135:12
  137:22
  139:5
  149:22
  166:19
  196:8
  199:8
  201:6
  224:18
  234:5
  239:11
  262:15
  301:21

**served**
  14:23
  15:1
  39:12,16
  53:3,13,

  16,18,25
  58:17
  59:14
  60:10
  61:11
  135:5,8
  152:16
  199:7
  211:7
  215:12
  217:7,21
  219:8
  222:12,
  16,17,20,
  24
  224:17,19
  321:7
  323:3

**server**
  171:4
  238:25

**serves**
  48:23
  61:6
  135:7
  233:12

**service**
  18:22
  60:4
  197:25
  306:2,17
  309:3

**services**
  16:21
  19:20
  24:12
  25:17
  26:1
  55:22
  57:3,16
  58:9
  60:2,3,
  16,19
  61:6,11
  62:9



63:5,23,
25 64:11
65:14
66:3,9,
11,15,17,
24 67:2
89:11
94:23
95:2,5,25
96:4
98:11
136:2,11,
13,16
141:8,10
152:20
170:19
180:10
181:23
182:13
185:4,15,
16,18,22
192:7,12
194:1,19,
21 195:24
196:4,25
197:3,7,
18,22
198:2,9,
12,21
199:13,
19,23
201:19
202:3,20,
25 204:9,
12 205:25
206:4,12,
18,20,24
207:18
213:2,5
214:3,8
215:10,19
218:16,22
219:1,12,
15,22,25
220:14,17
221:1
222:20,24

223:3,25
224:15
225:1,23
226:3,19,
25 227:18
236:11,15
243:2
244:12,21
277:23
296:8,10,
19 301:20
309:2
315:22
321:5
333:1

**services/
interventio
ns/
strategies**
320:17

**serving**
17:4
52:19

**session**
27:19
70:4 94:8

**sessions**
93:6
94:4,13
334:13

**set**
31:15
64:6 65:3
66:22
72:1,2
197:14
211:13
256:7
307:1,9
308:22
311:13
315:15
316:14,17

**sets**

222:4

**setting**
15:9,18
17:7,16
24:24
27:7 35:1
57:22
62:10
66:6 69:7
77:5,10,
12 89:7
97:4,11,
17,19
98:12,19
99:15
175:19
195:3,5
197:17
229:4
235:5
244:19
246:2
283:23
296:12
297:2
331:10
332:2

**settings**
17:12,13
19:17
26:2 28:1
43:22
77:14,15,
19,22,24
100:9
103:25
107:5
126:10,
14,15
252:19
296:12,14
310:11
320:18,25
321:10
323:6
326:7

**setup**
64:6

**seventh**
157:20

**severity**
152:13
210:5

**shake**
8:17

**Shanta**
283:8,15

**share**
34:7,8
38:8
158:14
169:19,25
170:4
172:7,13
175:16
286:2
287:13
307:15,17
308:11
309:7

**shared**
38:12
103:18
169:18,20
171:4
193:13
238:25
286:14,17
307:2,10

**shares**
226:23

**sharing**
43:18
175:25
209:18
309:9
312:14
330:20

**Shaw**
6:10

**sheet**
68:21
69:20,22
70:1,8
71:25
72:1,2,5
149:5
171:3
212:19
346:4

**sheets**
75:21,23
105:10
346:6

**shoes**
75:5

**short**
187:6

**shortages**
37:3,10

**shortest**
142:22

**shorthand**
306:13

**Shortly**
208:19

**show**
33:7
132:10
134:8
152:11
159:1
161:20
163:1
272:8,15

**showed**
149:3

**showing**
163:9
183:24



289:9

**shown**
12:9,12
68:3 70:8
144:8

**shows**
132:11
134:9
152:13
155:24
163:25
164:24
180:22,25
197:4
272:5
309:17

**sic**
332:6,12
334:17,22
336:5,10

**side**
69:16

**sign**
268:4
339:6

**sign-in**
339:16

**significance**
308:19

**significant**
53:21,23
135:22
219:5
320:18
328:14
330:12

**significantly**
328:5
330:5

**signify**

134:22

**Silas**
110:16

**similar**
38:24
59:7 64:6
206:16
225:19
226:12,19
227:21,23
228:16,20
229:25

**single**
45:9
91:15

**sit**
44:15
74:24
75:4
291:19

**site**
185:4
190:11
283:10,23
284:15,18
288:15
291:23
297:1
342:5,11,
20 343:3,
7,11,13,
17,21,24
344:5,6,
10,19,24
345:1,4,9

**sites**
45:11,14
185:23

**sitting**
182:16
256:18
261:2

**situation**

148:9
214:10
216:19
217:25
218:17
230:10
235:6
244:25
245:8
246:6
248:19

**situations**
33:4
174:8
215:21
217:19
293:3,5
305:15
340:16

**sixth**
74:7

**skill**
72:7
89:19,23
90:3,4
93:11

**skills**
17:10,11
27:12
68:25
73:8,17,
24 77:9
89:4,17
90:1,8,
16,17,23
92:3,19,
20,25
93:7
97:14
105:8,9
211:21,24
212:8,9,
12,18

**slipping**

46:22

**smiley**
346:12

**snapshot**
315:3
317:24

**social**
17:11
41:22
42:19,21,
25 49:10
55:21
57:1
58:21
59:1,9,
11,15
62:3
65:25
66:21
67:13
68:15,16,
23 69:9,
16 71:3,
18 77:8
79:24
80:1,2,5,
8,9,13,
17,23
82:7,13,
14,19
84:21
89:4,17,
18,23
90:1,2,3,
8,21
91:15,21
92:2,3,8,
19,20,24
93:2,7,
10,14,23
94:4,7,
12,23
97:14
103:17,23
105:8,9

117:9
118:21,23
119:1,4,6
122:17,22
125:7
150:18
211:21,
23,25
249:21
250:3
272:19
273:4
275:8
276:13,
15,23
277:2,5,
13,17,25
278:1,3,
4,8,13
279:7,10,
15 280:3,
10,15
290:5
325:20
331:11
333:2,20
334:3
335:5,11,
19

**socially**
55:14
56:8,23

**someplace**
106:7
140:15

**sort**
18:10
34:17
36:19
37:22
38:15
43:10
48:17
58:5,19
69:15



73:2
87:7,10
92:22
105:24
110:21
114:15
122:10
131:7
140:14
148:6
151:11
153:2
159:9,11
168:22
171:17
175:20
188:15
191:23
192:4
202:12
217:2,24
222:11
223:25
225:22
236:6
245:22
250:23
261:24
262:1
271:11
285:18
297:17
308:9

sorts
33:6,7
183:18
199:18
219:6
308:8

sought
340:11

sounded
192:4
259:7

sounding
345:19

sounds
37:17
62:20
138:8
247:4

source
50:4,14,
20 281:8

sources
274:6
296:22

Space
104:14
106:19
107:15
123:3,5

spaces
341:6,9,
15

span
241:20

speak
11:14
12:3
128:20

speakers
38:7

special
14:24
15:17
17:5
22:14,15,
16 29:10
30:8,16
40:2,3,5,
8,11
41:11,12
98:7
102:14
117:8,18,
21 118:10

121:6,19
122:15
124:1,6
166:13,
20,21
172:9
189:9
190:2,6
194:10
195:6
199:1,11
203:5,6,
7,10
204:19
205:12
207:6
221:14
222:17,
21,25
223:2,7
224:9
233:17,24
236:21
262:15
300:19
342:25
343:2

specialist
120:23
121:1
124:14,18
150:17
176:14
253:19
254:7

specialists
57:13,14
64:15,17,
21 65:2,
9,17
117:11

specials
47:24
48:6,8,13
84:23

85:18,20
86:3,8,
14,17
87:16,21
91:19
319:5,7

specialty
122:3

specific
11:6
65:4,5
72:22
76:19
107:3
121:20
122:18
123:6
159:5
207:21
245:25
264:11
270:20
314:22
334:6
345:16

specificall
y
45:24
46:5
57:18
85:24
247:2
286:23
301:8
306:17
338:9

specifics
11:21
264:11

SPED
222:12,
16,20,21
224:5,10

speech

57:9
63:11,13,
16,18,20,
21,24
64:7 66:6

spending
148:3

spends
101:17

spent
27:23
158:13
234:22
245:15

split
28:13
318:16

sport
74:15

sports
323:5,13

spread
35:25
36:3

spreadsheet
134:16
148:21,23
156:21
162:12
163:1,7,
16
180:12,
17,19,22
185:8,12

spreadsheet
also
134:11
156:17

spring
186:5

staff
24:3,6,



11,12,14,
16 29:16
31:2,4
39:6,21
41:18
43:23,24
51:6,17
52:2,12,
15 53:1
63:13
72:11
76:3
95:22
104:5
105:19
107:14,17
109:25
110:5,9
111:15,22
112:3
113:1,12,
22 114:15
115:11
116:5,22
117:1,4
119:17
120:7,14
121:3
122:6
124:5,12
125:4,20
126:7,9,
12,18,23
127:15
128:3
130:5,17
131:15
134:10,15
190:13
199:16
200:4,16
201:1
206:2
214:5,6,
11,22
215:3,11,
12 217:6

244:14,15
263:8,21
271:10
272:1,2,
12
273:19,22
274:2
278:1,14
286:1
287:14,25
288:4
320:14
326:9
331:12
337:11
340:8,13
342:14,
17,18
343:9,19

**staffed**
278:12

**staffing**
36:16
37:2,10,
11 124:9
263:21
271:4,6,7
281:17
315:3
317:25

**stakeholder
s**
170:2

**stamp**
54:13
132:1
133:24
154:24
164:11
179:20
192:20
231:19
240:25
259:23
265:20

274:18
275:16,
18,22
278:23
279:25
283:6
294:11,
13,15
304:10
312:22
327:20
329:24
332:14
334:23
336:11

**stamped**
235:24

**stand-alone**
19:1
45:15

**standard**
94:6
222:5
223:21
224:4
225:4
244:20
245:1

**standardize
d**
286:11
315:11

**standards**
38:9,11
126:20

**stands**
181:7

**start**
49:17
86:1,2
102:6
103:9
144:9,14
146:3,7,

18,19,20,
24 147:3
151:18
152:9
153:23
186:1
211:13
212:24
226:16
252:12
281:25
322:11
330:22
331:24

**started**
35:5
80:16
81:15
102:2
118:7
122:14
130:1
135:4
171:9
183:9
191:24
229:10
284:16
303:3
311:7,10
322:15
323:18

**starting**
138:9
153:11
175:14
226:10
249:1
294:16
322:21,25

**starts**
49:19
53:13
135:19
146:9

212:25
231:1
251:4
298:25

**state**
6:5,21
7:8 13:21
17:23
18:1,4,7
21:13
29:3 36:1
50:18
51:2,3
104:11,19
105:1
172:14
179:7
182:20
188:12
191:5
193:5
197:23
198:3
207:5
220:24
222:6,7
225:14,20
227:6,22
229:12,24
230:13,15
237:8,14,
20 240:1,
4 245:17
247:1
253:4,8,
10 262:14
263:18
264:10,
18,22
270:7
272:23
273:3,9,
14,22
274:3,21,
25 275:2,
9 276:5,



8,14
277:1,5,
7,9,12,16
278:4
279:10
280:15
281:6,21
282:3,7
285:4
295:24
305:19
343:20,22
344:25
345:24

**state-wide**
17:18

**statement**
55:9,17,
18,24,25
67:5,8
94:17,19
222:23

**states**
6:5,15
7:6 13:17
15:24
55:7
97:15
132:5
134:3
155:3,6,
18 162:8,
20 164:19
173:7
228:14
342:7
344:24

**stay**
37:5
78:13
96:21
97:1
142:22
143:8,13,
18,23

144:2
148:8,16
149:10,
20,23
150:7
154:3,8
159:21
160:8,18
161:17
170:18
177:17
343:16

**stayed**
143:11
149:4

**stays**
100:20
158:21

**step**
225:3

**steps**
90:2,9,18
91:4
105:9
129:6
132:15
224:7

**Stevenson**
32:21,22
33:2
34:25
232:9
233:6,16,
23 247:3,
6,11,21
268:3,7
286:10,18
288:22
289:2,13,
18 290:8,
15,19
291:9,10
292:15,21
297:7,18

320:4

**stone**
256:7

**stopped**
174:4

**stopping**
90:16

**stopwatch**
338:1

**store**
75:13,14,
17
169:19,22

**stored**
169:18
176:6

**stories**
92:8

**straight**
129:14

**strategic**
43:13
44:4
186:4,22,
25 190:20
284:23
285:1,3,
7,10,15,
19,24
286:6,22
287:5
288:5,11,
17 289:7,
9,11
290:22
291:24
292:3
293:1
294:23
295:14,
20,24
296:2
297:9,25

298:9
299:4
305:1,10,
22
308:17,24
309:9,14,
18,21
312:5,10,
12
319:14,16
320:6
337:6,9,
12

**strategies**
17:6,9
33:22
38:12
40:21
65:1
109:7,15
135:20
136:6,21,
24 137:1
199:6
244:16,18
245:1
246:10
330:19
331:2

**strength**
249:4

**stretch**
337:19

**strongly**
216:1

**structure**
25:21
195:5

**structured**
17:17,20

**struggling**
250:2

**student**

24:17
48:18
58:9
59:25
62:8,13,
19,24
63:2
64:24
66:15
72:8
73:5,17
75:3
99:24
100:14,
19,24,25
101:9,17
102:5,9,
10,16
103:20
104:13
105:5,6,
20 109:23
115:9
124:21
125:4,9,
13 135:23
136:1,5,
8,9,17,22
137:4,7,
9,22
139:16
141:21,25
142:7,12,
13,15,23,
25 143:8,
19,24
144:21
147:21
148:3,4,
16,21,22
149:2,5
151:10,17
152:11,
19,21
153:4,6,
14,17
155:10



157:21
158:4,9,
13,16
159:12,
18,25
160:5,12,
14,22
161:5,9,
10,14,17
162:14
163:2,14
165:7,8,
11 166:4,
10,25
168:3,7,
13,17,21
169:6,8
170:25
171:13,17
172:1,8
173:18
176:7,16
177:3
178:16
181:15,17
185:13,17
195:4
196:1,8
197:16
199:3,15
200:2,25
201:2,24
202:2,4,
15,19,24
203:4
205:24
206:8,15,
19 207:1,
8,12,18
208:22,25
209:2,15,
22 210:10
211:6,10,
21,22
212:11,
19,25
213:4

214:7,18,
25
215:11,18
216:1,6,
15,19,23,
24 217:1,
7,21
218:3,4,
7,9,13,
15,18,21,
23 219:1,
8,13,16,
21,25
220:3
221:2
222:12
224:8
225:1,4,
6,18,22
226:1,6,
9,12
227:1,5,8
228:11,
19,23
229:19,
22,23
230:1,5,
7,8 231:8
232:24
233:18
234:3,5,
21,24
235:2,8,9
237:2,12
238:9
239:12,13
240:7
241:13
243:9
244:4,7,
14,22
245:25
246:2,11,
13
248:15,21
249:11,
21,25

250:4
251:4,7
258:23
306:1,7,
12 313:6,
10,13,15
316:5,19
323:9,15
326:16
327:3
331:2,8,
13 333:6
334:7
338:10,18
339:8
340:17
341:24
343:6

**student's**
63:19
69:17
155:24
160:23
177:12
229:23
232:4
233:20
234:2
239:1
251:9
306:18

**student-by-student**
149:25

**student-centered**
55:19
94:21

**students**
9:15
14:23
15:1,6,9,
13,16
16:22,25
17:4,14

24:10
25:7,9,
11,12,14,
19,23
26:1,5,18
27:25
28:6
29:15
33:13,23
38:18,23
39:13,16
40:24
41:6 42:2
43:18,20
46:17
47:16,19,
22 48:8,
23 49:3,
14 50:11
53:3,12,
16,17,25
54:23
55:13,22
56:4,7,
15,22
57:5,11,
21,24,25
58:2,3,5,
11,16,20
59:2,5,6,
8,11,14
60:5,9,
22,23
61:1,5,6,
10,19,23,
24 62:11,
16,22
63:4,22
64:25
65:7,15
66:2,10,
11 67:7,
18 70:4,
20 71:8
73:8,14
74:1,9,25
75:22

76:7,19,
20 79:22
81:4,16
82:7,14,
18 84:17
85:18,21
86:3,8,
14,16,20
87:6,16,
21 88:1,
11,13,17,
20 89:21
91:3,14,
22,23
92:23
93:11,15,
22 94:3,
7,10,24
95:6,11,
16,19,25
96:22,25
97:3,6,7,
8,10,16,
20,25
98:4,9,
14,15,24,
25 99:2,
8,18
100:5,12
101:3,20
102:17,
20,24
103:13
105:12,17
106:25
111:13,
17,19
116:21
126:13
135:5,6,
8,12,16
136:19
138:10,
19,23
139:10,
11,14,21,
24 140:6,



7,10,13,
20,21,23
141:7,11,
18 142:2
144:5,24
145:4
146:8,18,
20 149:3,
18,22
150:3,21
151:6,24
152:7
154:3,13
155:21
156:18
157:7,12
158:21
162:23
163:19
164:1,25
165:5,15,
18,24
166:2
167:10,
14,16,18,
22
169:15,
20,22
170:1,3,
7,9,10,
14,16,24,
25
171:11,
20,22
172:4
173:13,23
174:13,19
175:4,8,
22 176:3,
25 177:21
178:20
180:9,24
181:22
182:12
185:3,14,
22,24
191:20,25

192:6
196:17
197:5
198:18
199:7,8
201:18
205:22
206:3
210:15
211:3
222:20,24
224:16
225:13
238:3
239:21,22
240:7,8
241:15
245:19
246:24
249:2,12,
15 250:8,
20,22,24
251:11,
23,24
252:8,18,
21,24
253:2
254:1
258:18
263:22,
23,24
264:14,16
291:14
296:13
297:2
306:4
310:8,9,
19 311:23
315:21
320:22
321:3,7,
24 322:4,
10,13,17
323:2,17,
19 324:1,
3,6,12,16
325:2

326:11
327:7
331:18,19
333:7
334:13
339:5,13
340:6,11
342:22
343:10,
12,16
346:7

students'
65:5
155:9
162:13

studies
67:13
79:24
80:1,2,5,
8,10,13,
17,23
82:7,13,
14,19
84:21

studying
21:21

stuff
229:10

subject
179:24
184:16
187:21
231:21
248:7
254:17
260:1
274:20
279:1
280:2
283:9
300:5
304:20

submission
266:24

267:14

submit
128:5,6,
7,18,23
131:4
136:14
137:8,12
225:24,25
263:17
269:7
333:3,13

submits
269:21
270:6

submitted
125:1
218:2,14,
22 238:23
239:2
266:6,8,
13 267:22
268:1,2,
9,13
269:2,3,
5,13
270:3
332:25
333:16,20
335:6

submitting
131:2
135:24
136:13,15
216:23
236:23
266:18,21
320:16
321:20,21

subpoena
11:17
13:2,5
15:23
16:3,10
55:7

132:5
134:3
155:4,18
162:8,20
164:19
173:7

substitutes
319:1,3

succeed
244:8

success
305:1

Successes
328:1
330:3

successful
17:11
38:23
55:14,22
56:8,23
62:10
67:8
70:20
77:9,19
89:6
94:24
100:23
103:24
107:4
144:1
199:7,25
212:11

sufficient
219:19

suggestions
195:3
316:7
320:15

suicidal
27:3

suite
57:23
59:6



suites
  60:21

summarized
  270:19

summarizing
  192:8

summary
  55:2
  299:5

superintend
ents
  129:21
  314:11

supervise
  25:9,11

supervising
  24:12,16
  25:6
  27:23

supervision
  24:10

supplementa
l
  33:12

supplies
  87:13
  88:4

support
  13:25
  14:7
  17:10
  24:11
  25:9,12,
  14,22
  26:18
  27:7,16,
  17,24
  28:5
  33:23
  40:19
  41:4,5,9
  42:7,10

50:6,10
60:3,4
62:9,18
65:10,18,
21 71:23
77:8 82:9
89:4,9,15
91:25
97:14
99:2,7,
22,23
120:3,5
123:14
124:5
135:23
136:4,18,
20,22
193:23
199:15
202:14
203:9
209:12
210:15
212:6
218:3,7,9
219:16
233:2
243:6
244:6
246:1,6,
7,10
247:18
251:6
263:22
277:21
281:20
282:1,6,
9,14
284:8
296:22
301:20
302:15
316:10,11
318:23
319:8
320:19,25
321:18,

19,22

supported
  216:10

supporting
  16:25
  24:16,17
  25:6
  28:15
  41:6
  44:11
  247:19

supports
  16:21
  19:11
  27:9 28:8
  29:16
  42:4
  50:11
  57:11
  65:8
  216:25
  219:6
  228:8
  264:14
  277:19
  282:17
  303:7,8,
  17,18
  307:13
  309:1
  310:5
  316:4
  326:17

supposed
  43:15
  93:11
  204:22
  237:11
  311:14,15

surprise
  154:6,9

surprises
  27:9

survey
  74:25

Susan
  6:9

Suzanne
  300:4,15
  301:4
  304:21

swear
  6:12

sworn
  6:24 8:8

system
  24:18
  43:7,11
  48:24
  66:2
  97:21
  101:10,18
  105:7
  125:12
  135:21,22
  138:15
  147:23
  150:4
  156:6
  173:18
  189:12
  200:8
  203:17
  209:5
  217:20
  219:7
  229:16
  234:5
  271:8
  306:18
  313:14

systems
  25:17
  26:13
  36:12
  46:8,9
  49:2,5,13

55:15
56:9,12,
14,18,25
57:2
59:21,23
60:10
65:22
95:14
97:5,25
98:4 99:1
111:4
138:14
139:4
198:17,21
199:16,19
200:9,10,
13 224:2
233:11
244:25
297:4
346:9

_____

T

tab
  188:19,23
  189:1,2,
  8,10

table
  213:10,
  12,18,22
  214:20
  215:6

tabs
  188:16
  190:7

takeaways
  11:24

takes
  197:11
  229:14,20
  287:4

taking
  7:6



310:22

**Talithia**
   10:12

**talk**
   10:1,4,8,
   11 29:12
   37:11
   44:16
   70:5 71:1
   89:21
   91:1,11
   92:11
   98:14
   99:19
   138:5,9
   147:6
   149:16
   151:25
   152:3
   175:16
   186:24
   192:11
   201:16
   208:19
   209:3,6,
   16 210:5,
   10 211:8,
   19,20
   214:21
   215:5
   226:5,8,
   11 227:2,
   5 306:11
   323:25
   331:18,
   19,21
   342:17
   344:18
   345:8

**talked**
   9:15 10:6
   87:4
   89:10,12
   112:23
   116:19

145:2
204:9
210:8
323:8
325:19
326:6
334:6
344:4
345:8
346:4

**talking**
   8:21
   26:21
   27:8,13,
   14 30:15
   38:5
   44:24
   70:23
   71:8,20,
   22 80:11
   90:1,10,
   17,18,22
   91:9
   135:4
   145:20
   146:4,7,
   19,24
   147:7
   151:18
   152:9
   153:23
   159:2
   191:19
   325:14
   326:4
   330:21
   331:24

**talks**
   104:4

**tasks**
   43:10

**teach**
   33:21
   40:7
   122:1,5

128:9

**teacher**
   40:2,6,8,
   12,19
   41:12
   52:8 62:7
   72:10,11
   74:15
   76:4
   78:13
   80:2,5,
   10,13,14,
   17,19,23
   81:13
   82:5,14
   88:4
   101:2
   124:11
   127:19,22
   133:15
   150:17,18
   199:3
   214:14,17
   215:24,25
   216:4,14,
   18 217:4
   263:8
   273:6,10
   316:6
   318:9,10,
   14 331:10
   339:8

**teacher's**
   74:24

**teachers**
   25:22
   40:20
   41:8 61:4
   64:23
   65:6,10
   70:3
   74:11
   79:19,22
   81:14,16,
   18 88:22

100:3
113:13
117:9,19,
21 118:1,
10 121:19
122:6,10,
13 126:22
132:11,17
133:11
134:10
199:1,11
200:7,19
219:16
246:10
253:21,22
272:6
290:10
305:25
316:11
318:3
319:7

**teaches**
   109:5,14,
   18

**teaching**
   68:25
   69:1
   105:13
   122:2,3,7
   123:16,23
   253:22

**team**
   42:7 98:6
   102:3
   135:18
   146:3
   147:2
   149:15
   150:10,
   12,13,15,
   20 152:20
   203:12
   210:22
   211:9
   216:12

224:19
227:11,12
229:8
230:1
243:22
285:25
287:10,25
288:3
289:20,
23,24
290:3,20
298:25
302:13
309:6
312:9
315:13,25
330:21
337:11

**team-driven**
   135:19

**teams**
   57:4 60:3
   61:17,22
   62:21
   63:5
   66:10
   306:10
   323:7

**telling**
   43:25
   232:24

**tells**
   105:11

**ten**
   9:25
   46:24
   48:12
   94:1
   117:17,23
   118:6
   122:13
   140:7
   154:8
   158:24



160:8,19
337:1

**tentative**
129:9

**tentatively**
129:8

**Tenth**
142:13

**term**
14:5
18:14,18,
21,25
19:4,9,
13,16
48:15
77:21
132:12,13
134:18,21

**terms**
26:18
27:21
34:6
35:1,24
36:22
43:3
87:21
93:18
101:25
117:4
118:10
126:23
138:22
139:15
141:10
149:21
151:10
219:5
251:23
257:16
291:7

**testified**
6:25

**testify**
13:2

**testing**
191:2,3
256:6

**text**
195:21
197:10
206:16
222:11
270:15

**therapeutic**
13:25
14:7
16:21
24:21,24
25:20
26:1,21
33:18,22
34:7,8
40:21
55:12,19
56:3,24
57:22
77:8
89:3,9,15
94:21
97:13
116:21
120:3,5
123:14
124:5
202:14
228:1,2
276:22
277:18,22
282:12,17
330:19
331:6,7,
14 333:1
335:11
338:13,
19,25
339:1

**therapist**
16:20,25
27:18,19

39:11,12,
15,16
41:22,24,
25 42:5,
14,24
62:2
63:21
87:25
88:6,9,
12,14
127:7

**therapists**
57:9,10
59:5
63:11,13,
16,19,24
64:4,7,10
66:7

**therapy**
42:11
57:21,24
58:1 60:8
63:20
66:22
91:14,20,
22,23
92:1
93:3,6,
15,18,22
96:5,6
104:15
111:7,8,
23 209:23
339:2

**thing**
8:16,20
43:2
182:24
190:23
206:23
226:22
237:1
281:18

**things**
8:13

10:23,24
11:4,11,
13,16,18,
22,25
15:8
26:20
27:11,15,
16 29:13,
23 33:11,
14,18
37:1,4,5,
12 38:6,
11 41:3,6
42:12
43:17,19
44:8,9,
14,16,18
62:7,8,13
69:16
70:9,10,
18,24
72:25
74:14,20
75:13
89:14,16
90:25
91:12
92:13,15
98:16,17,
19 99:16,
20,21
100:10
104:24
107:3
109:9,22
125:16
135:23
136:2,25
137:3,5,
6,17
152:3,6,
14 153:21
175:17
178:14
189:4,21
197:6,7
198:24

199:4,10
208:24,25
209:1,5,
13,16,19,
21,25
210:4,7,9
211:8,16
212:3,22
213:9,19
216:16,22
218:6,12
228:15
230:19
243:6
246:4,8
247:7
249:6,8
250:1
263:9,25
267:17
281:16
282:14
287:1,17
291:14
309:8
311:12
323:15
324:2
334:6
339:14
345:10

**thinking**
144:14
153:11
176:21
232:25
281:5
307:11

**thirsty**
317:10

**Thirteen**
48:4,5

**Thirty-three**
317:6,7



**thought**
9:14
102:5,9
215:11
217:20
259:7
318:5

**thread**
231:24
283:7,8
300:2

**three-year**
153:1,21

**thrown**
72:17

**tied**
77:23

**Tier**
22:13

**tiered**
65:5

**till**
268:16

**Tillman**
132:21

**time**
6:7 11:2,
3,4 12:2
14:13
27:21,22
28:9,11
32:1
40:23
52:19
59:10
65:18
80:11
90:15
91:13
93:3,11
94:6
95:12
99:9

101:5,13,
18 106:17
108:15
109:23
111:21
136:2
137:6
139:6,11,
16
142:19,21
143:6,11,
12,15,18
146:23
147:20
148:1,3
151:9,10,
15
152:19,
21,25
166:23
183:8
188:6,8
194:11,12
202:4
205:14
209:11
211:12,14
213:21
214:1
215:6
216:4,9
218:20
219:4,7,
10,18
220:3
226:16
227:20
228:12
229:14
230:23
234:1,13,
22 235:23
241:20,24
243:23
244:20
245:2,11,
14 250:10

253:25
256:13
257:16
259:5
268:12,15
270:3
278:2
280:14
288:18,20
290:9
301:11,15
306:9
310:17
315:4
317:3
318:2,8
319:1,17,
21,23
320:19,23
321:25
322:5,14
325:1
334:2
339:5,22
340:3
344:8
346:20

**times**
7:14
27:6,17
33:15
37:9,11
41:10
42:6 44:7
60:6
74:21
93:19
94:2,11
100:24
114:20
116:9
136:7,25
149:13
205:23
213:18
229:3

230:17
236:12
246:12
263:12
327:3
331:17

**title**
119:23
120:1
202:12

**titled**
220:14
225:9
274:24
275:2
310:4
319:13

**today**
7:7,25
8:4,9 9:3
18:9 45:6
182:17
220:18
236:12
256:18
258:16
261:2
263:13
284:23
346:20

**today's**
6:6 9:11
10:2
12:6,18,
21

**told**
145:8
224:16
237:7
343:12

**top**
13:16
151:8
222:10,11

240:25
259:24
262:6
274:19
299:7
308:16
328:19

**topic**
135:6

**total**
18:1
51:6,8
73:4
273:16,18
329:14

**touch**
174:8

**tour**
211:4
213:14,15
291:12,
15,22,24

**toured**
342:7

**tours**
44:13

**track**
100:18
148:16
169:14
175:7
186:18
224:14,22

**tracked**
175:12

**tracking**
149:2
170:15
186:1,14
238:7
241:1,5,
10,15,19
242:2



**traditional**
  15:8,17
  17:7,16
  43:21
  77:19
  79:15,18
  81:7
  82:22
  83:1,3
  84:9,12,
  13,25
  85:4,8
  98:12,19
  99:15
  100:22
  228:6
  296:11,14
  310:11
  320:24
  321:10
  322:2
  323:5,10

**train**
  116:2
  244:15

**trained**
  106:12
  108:12,14
  110:12
  112:8
  113:12,
  14,17
  115:16,22
  123:21
  284:5

**trainer**
  106:12
  108:6,9
  110:18,24
  115:21
  116:1
  284:5

**trainers**
  106:17
  110:16

**training**
  50:9  77:9
  89:4
  97:14
  104:5,13
  105:20,
  22,24
  106:4,6,
  9,14
  107:15,
  17,22,24
  108:1,2,
  4,7,10,
  19,22
  110:1,3,
  5,9,15,22
  111:2,6,
  8,23
  112:4,6,
  10,13,18,
  25
  113:10,
  15,19,21
  114:14,21
  115:12,
  14,19
  116:5
  123:6
  200:2
  201:6,7,9
  253:20
  281:19
  282:1,5,
  9,12,14,
  15

**trainings**
  105:2
  111:15
  282:12,
  17,19

**trans**
  323:8

**transcript**
  8:13,15

**transfer**
  115:8
  140:15

**transferred**
  229:25

**transferring**
  243:15

**transition**
  17:15
  43:21
  48:21
  55:23
  56:25
  77:20
  88:1
  91:18
  94:24
  98:10,11,
  18,25
  99:9,13
  100:18,23
  101:6,7,9
  102:8,18,
  25  103:7,
  9,10,11,
  13  144:7,
  22  145:24
  146:23
  150:22
  151:6
  154:11
  156:13
  185:13,17
  226:11,
  14,21
  227:15
  296:13,19
  313:11
  322:1,6,8

**transitioned**
  101:20
  102:21
  143:1,20,

  25  145:1
  170:9
  180:10
  181:22
  182:13
  263:24
  313:14

**transitioning**
  97:5,25
  98:4
  143:11,14
  145:5,11,
  14  153:19
  226:7
  296:8,9

**transitions**
  101:17,25
  147:7

**Transitions-**
  313:6

**transport**
  140:20
  141:25

**transportation**
  138:1
  139:3
  211:15
  311:6,20

**transported**
  138:13
  140:25

**transports**
  138:15

**trauma**
  33:21
  104:15
  114:22,
  23,25
  115:3,6,
  7,8,12,16

  116:4
  152:4
  284:4

**trauma-informed**
  33:21
  34:13
  114:24
  284:4,6,
  7,19

**traumas**
  209:8

**treat**
  71:15

**treatment**
  225:16,21
  227:9,14,
  17  228:24

**trends**
  25:2
  33:10
  36:15
  37:1  38:9
  111:21

**trigger**
  151:11,16
  153:1

**triggers**
  152:4

**trip**
  310:8,19
  311:15

**trips**
  310:15,
  23,25
  311:7,24

**true**
  34:13
  141:3

**trust**
  325:25



truthful
   8:10

truthfully
   9:5

turn
   135:6
   157:6
   273:15
   283:14
   298:13
   300:22
   310:3
   313:3
   315:6
   319:10

turning
   94:15
   198:6
   275:19

twelfth
   157:22

twelfth-
grader
   160:14

twelfth-
graders
   168:25
   170:8

twelve
   48:8
   158:24
   326:15,18
   327:7

Twenty-four
   18:2

Twenty-
seven
   51:8 52:3

Twenty-six
   24:2

Twenty-two
   166:23

two-year
   42:25

type
   15:14
   28:22
   132:14
   133:4
   134:12,25
   165:4,11
   175:19
   197:16,17
   333:6

types
   30:3 78:2
   132:23
   192:5
   228:7

typical
   251:8

typically
   61:6
   135:21
   151:17
   170:3,6
   326:22

typo
   97:8

———————

        U

UGA
   21:23

ultimately
   131:3
   284:9

unconfirmed
   174:1,3

understand
   8:10,22,
   24 13:19,
   23 14:6
   15:4

18:15,18,
   22 19:1,
   5,10,13,
   17 26:22
   27:1
   28:24
   65:25
   69:4
   80:10
   85:25
   89:13
   91:8
   105:17
   106:25
   107:12
   114:25
   134:24
   144:19
   208:11,
   16,17
   209:15
   210:12
   233:17
   252:14
   256:14
   257:7
   264:9
   276:11
   280:21
   301:25
   302:13
   324:22

understandi
ng
   14:20,25
   15:21
   22:20
   25:4
   36:25
   111:12
   115:6
   145:6
   147:17
   168:20
   182:11,16
   208:3

233:14
   234:1
   237:22
   249:10
   250:2
   256:19
   264:22
   272:18
   282:13
   289:15
   325:12
   346:8

understands
   210:24

understood
   167:7
   216:4
   251:13
   256:19

unique
   55:20
   94:22
   236:6
   327:7

United
   6:5,15
   7:6 13:17
   15:24
   55:7
   132:5
   134:3
   155:3,6,
   17 162:7,
   19 164:19
   173:7
   342:7
   344:24

units
   27:6

universe
   17:3

University
   20:25
   21:13,23

281:21
   282:3,7

Unofficiall
y
   337:1

unsuccessfu
l
   148:5

unsure
   182:24
   183:1
   247:6
   256:1
   274:5
   282:20

upcoming
   48:2
   82:17
   126:24

update
   29:14
   239:12
   308:6
   309:24
   310:1,18
   311:25
   313:2,16
   314:8
   315:2,4
   317:23,25
   318:2,8
   319:11,
   17,20
   328:9
   330:8

updated
   25:1
   114:9,12
   149:8
   189:12
   251:5
   300:5
   307:18



updates
  33:10
  308:8,22
  314:19
  317:21,24
  327:24

updating
  260:12

upload
  333:3

upper
  166:22

upset
  213:20

usual
  342:24

utilize
  33:9 37:9
  38:21,22
  40:20,22
  74:5,18
  109:12
  111:5
  337:8

utilized
  11:2,3
  82:6

utilizes
  106:25

utilizing
  37:16
  38:6
  337:8,10

—————

        V
—————

vacancies
  51:24
  127:15,
  19,20,23,
  25 130:6
  318:3,8

vacancy
  130:17
  318:10,
  11,12

vacant
  52:5,7

vaguely
  278:15

variates
  326:14

varies
  28:3 99:8
  121:25
  137:7
  139:18
  153:3
  292:4

vary
  29:21

varying
  97:1

verbal
  108:25

verbiage
  232:22

versus
  6:5 27:24
  138:24
  249:7

vet
  315:10

vetting
  315:19

Vickie
  32:16
  34:24
  179:23
  182:7
  184:14
  187:20
  191:4

231:20,25
232:9
247:3
248:6,10
254:16,22
259:25
268:3,7
274:20
278:25
280:1
283:22
286:9,18,
19 288:22
294:19
295:11
300:4
301:4
302:6
320:4
332:17
335:25
344:22

video
  6:3
  341:15,
  19,20,23

video-
record
  341:6

view
  218:18

virtual
  35:9,14
  208:6
  297:17,
  21,24

virtually
  35:8
  86:18

vision
  55:18
  94:17,19
  116:20

visit
  284:10
  288:15,25
  343:14

visits
  283:10,23
  284:2,15,
  19 342:5,
  11,14,15,
  20 343:3,
  7,11,17,
  21,24
  344:5,7,
  10,19,24
  345:1,4,9

vitae
  20:14

vocational
  170:18,21

—————

        W
—————

wait
  147:3

waiting
  215:7

walk
  159:6
  188:14
  331:6,7,
  14,17,21

walk-
through
  76:18

walk-
throughs
  40:23

walking
  331:14

walks
  26:21
  330:19

331:12

Walmart
  91:11

Walton
  49:9
  160:13

wanted
  155:14
  175:3
  243:24
  279:6
  302:6
  326:5
  334:4,10,
  11 342:21

wanting
  74:10
  75:1,8
  117:7
  137:8
  202:1
  207:19
  232:21
  233:20
  246:1
  322:11
  325:4

warranted
  216:7
  341:18

watching
  74:13

ways
  25:22,25
  41:7
  42:10
  44:25
  62:18
  74:18
  109:5
  115:1
  316:9,10
  330:22



**WD**
185:19

**website**
128:11,13

**Wednesday**
9:19,21
10:10
300:7

**week**
42:6
60:5,6
70:3
91:15,20,
21 92:5
93:4,19
94:2,11
99:10
101:11
178:17
252:15
255:17
311:15
345:17

**weekly**
31:10,12
36:9,23
89:20
178:2,4

**weights**
74:17

**Wilson**
252:13,23
253:16

**wisdom**
247:16

**Womack**
6:14 7:2
54:6,11
116:11,19
120:24
131:19,23
133:17,22
138:2,5

147:5,19
148:15
154:17,22
159:3,6,9
161:23
162:4
164:4,9
172:16,21
179:12,17
184:4,9
187:3,9,
15 191:8,
18
192:13,18
202:5,10
217:12,15
220:6,11
231:11,17
235:13,20
236:3
240:12,22
247:24
248:3
254:8,13
257:18
259:4,14,
16,21
265:4,11,
13,18
274:10,16
278:17,21
279:19,23
282:23
283:3
293:17,24
294:3,8
299:18,24
304:3,8
307:20,25
312:16,20
313:19,25
316:24
317:5,7,
9,11
327:10,16
329:7,10,
18,22

332:5,10
334:16,21
336:3,8,
25 337:3,
4,17,21
338:4,7,8
345:20
346:2,3,
18,22

**wondering**
222:4

**Word**
280:4

**wording**
285:13

**work**
12:3
33:20
39:3
41:25
42:24,25
44:4
75:1,8
89:20
97:4 98:3
102:12
122:23
144:5
178:14
194:24
211:21
212:13
223:11
287:8
311:21
323:16
341:13

**worked**
42:1,22
142:21
143:6
321:1
339:23

**worker**

41:23
42:19,21,
25 62:3
91:15,21
93:2,7,
14,23
94:4,7,12
117:9
118:21
119:1,5,6
122:17
150:18
249:21
250:3
272:19
273:4
275:8
276:13,
15,23
277:2,5,
13,17,25
278:1,3,
5,8,13
279:7,10,
15 280:3,
10,16
290:5
331:11
333:20
334:3
335:5,11,
19

**workers**
52:17,25
118:23
333:2

**working**
42:14
73:8,10,
18 100:10
111:10
115:9
137:1
142:18
170:17
171:5

177:15
212:18
245:2
278:16
296:24
323:18
325:21

**workloads**
24:16

**works**
97:24
191:10
212:20

**wrap-around**
57:4
61:17,21
62:20
63:5
66:10

**wrap-up**
337:22

**write**
187:24
280:9

**writing**
199:25
200:3,23

**written**
128:19,21
242:25

**wrong**
176:24
281:18
335:21,23

**wrote**
234:2

_____

**Y**

_____

**y'all**
259:5



CELEST NGEVE
UNITED STATES vs STATE OF GEORGIA

July 15, 2022
Index: YDC..Zoom

**YDC**
  232:13,
  14,16,17
  233:8
  234:25
  235:3

**year**
  7:15,17
  20:5,17,
  19 40:13
  47:9,12,
  15,20
  48:2,10
  51:7,15,
  18 53:4,
  14,18
  54:1
  58:17
  59:16
  60:11
  61:12
  63:6
  67:14,15,
  20,21
  68:7,11,
  12,13,19
  78:17,21
  79:8
  80:3,6,
  12,15,16,
  20,24,25
  81:1,8,
  15,19,23,
  24 82:1,
  17,21
  83:23
  84:2
  85:1,5,24
  86:2,8,14
  87:17,21
  88:3,6,7,
  8,15
  93:21
  100:19
  101:22
  102:18,22

  103:1,6
  104:22
  106:1,3
  110:10
  114:7,8,
  20 116:9
  117:1,16,
  22,25
  118:4,10,
  19 119:2,
  5,7,10,18
  120:8,15
  121:4
  122:7,14
  124:6
  126:24
  127:2,5,
  8,10,12,
  13 132:13
  133:13
  135:9,13
  139:17
  140:3,10
  141:19
  142:3
  144:3,14,
  16,22
  147:12
  148:13
  149:13,14
  151:3
  153:5,20
  155:22
  156:23
  157:2,9
  162:24
  163:4,8,
  9,24,25
  165:24
  166:5
  167:8,11,
  20,23
  168:12
  169:15,23
  171:15,25
  172:2
  173:5,14,

  22
  174:12,
  18,24
  175:2,3,5
  181:3
  183:8,9
  185:5,25
  186:2
  187:25
  199:20,24
  200:11,24
  219:15
  221:15
  251:11
  257:1,4,
  9,16,20,
  22 258:2,
  8,13
  262:8
  263:20
  264:2
  265:25
  266:2,15
  268:11,
  17,19,22,
  24,25
  269:1,2,
  4,8,9,10,
  12,14,17,
  18,19,24
  270:3
  271:3
  277:8
  280:21
  288:10
  297:10,
  13,22
  306:23
  310:15,23
  311:1
  315:1
  318:15
  319:18,
  20,23
  324:17
  326:7,10,
  15,16,19,

  23 328:7,
  18
  329:15,17
  330:6,9,
  12,14,23
  337:15

**yearly**
  262:25

**years**
  14:14,15,
  16 23:7
  39:24
  40:10
  42:15,22
  79:1 83:4
  84:6 85:9
  108:21
  110:20
  132:14
  143:5,22
  145:8,13,
  16 146:15
  147:23
  148:6,7
  151:18,25
  152:12
  153:15
  154:4,9,
  12
  158:10,22
  159:21
  160:9,19
  161:6,18
  165:1
  167:5
  217:3,5,
  19 263:4
  268:20
  277:15
  288:14,24
  297:23
  310:9,20
  328:18
  330:14
  340:9,14

**yellow**
  96:20

**yesterday**
  9:19,24

**yields**
  322:9

**young**
  218:4

**youth**
  42:2,10
  59:25
  111:10,
  11,25
  112:18,25
  233:9

_____

  **Z**

_____

**zoned**
  97:21
  230:2

**Zoom**
  6:18

