**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

---

## CLARA KEITH BROWN

*June 07, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                           ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,
                                  )CIVIL ACTION
 5            Plaintiff,          )NO. 1:16-cv-03088-ELR
                                  )
 6   vs.                          )
                                  )
 7   STATE OF GEORGIA,            )
                                  )
 8            Defendants.         )
                                  )
 9   - - - - - - - - - - - - - -  )

10

11                    VIDEOTAPE DEPOSITION OF

12                       CLARA KEITH BROWN

13

14           Tuesday, June 7, 2022, 9:18 a.m., EST

15

16

17

18

19          HELD AT:

20          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, N.W.
21          Atlanta, Georgia  30318

22   ----------------------------------------------

23

24          WANDA L. ROBINSON, CRR, CCR, No. B-1973
            Certified Shorthand Reporter/Notary Public

25
```



```
 1                  APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiff:

 4
         KELLY GARDNER, ESQUIRE
 5       VICTORIA LILL, ESQUIRE
         U.S. Department of Justice
 6       Civil Rights Division
         950 Pennsylvania Avenue, N.W.
 7       Washington, D.C. 20579
         T:  202.305.6630   F:
 8       E-mail:  kelly.gardner@usdoj.gov
                  victoria.lill@usdoj.gov
 9

10

11   Appearing on Behalf of the Defendant:

12
         DANIELLE HERNANDEZ, ESQUIRE
13       Robbins Alloy Belinfante Littlefield LLC
         500 14th Street, N.W.
14       Atlanta, Georgia  30318
         T:  404.856.3261
15       E-mail:  dhernandez@robbinsfirm.com

16

17

18

19

20

21

22

23

24

25
```



```
 1   ALSO PRESENT:

 2   VIA ZOOM:

 3           FRANCES COHEN, ESQUIRE

 4           RENEE WOHLENHAUSE, ESQUIRE

 5           ANDREA HAMILTON, ESQUIRE

 6           LAURA CASSIDY TAYLOE, ESQUIRE

 7           SANDRA LE VERT, ESQUIRE

 8

 9

10

11

12

13

14   ALSO PRESENT:

15        BRANDON BRANTLEY, Videographer

16

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX OF EXAMINATIONS

 2

 3   CLARA KEITH BROWN

 4   By Ms. Gardner                                Page 10

 5

 6

 7                    INDEX OF EXHIBITS

 8   PLAINTIFF'S

 9   NO.                   DESCRIPTION                  PAGE

10   Exhibit 55   Subpoena To Testify                    16

11   Exhibit 56   March 15, 2015 Email Chain From        24
                  Clara Keith To Nakeba Rahming
12                GA00481564 -GA00481568

13   Exhibit 57   August 19, 2016 Email Chain From       44
                  Clara Keith To Fitzgerald/Caldwell/
14                Berry
                  GA00197636-GA00197658
15
     Exhibit 58   October 2, 2015 Email From Clara       54
16                Keith To Scott Austensen
                  GA00481477
17
     Exhibit 59   March 9, 2018 Email Chain From         57
18                Debbie Caputo To Clara Keith
                  GA00152948-GA00152949
19
     Exhibit 60   February 8, 2016 Appointment           64
20                Invitation
                  GA00481563
21
     Exhibit 61   November 15, 2017 Email From Clara     72
22                Keith To Judy Fitzgerald
                  GA00481727
23
     Exhibit 62   October 15, 2015 Email Chain From      77
24                Clara Keith To Deborah Gay
                  GA00481511-GA00481512
25
```



```
 1              INDEX OF EXHIBITS (Continued)

 2     PLAINTIFF'S

 3     NO.                    DESCRIPTION              PAGE

 4     Exhibit 63  October 6, 2015 Email From Clara    81
                   Keith To DGay@doe.k12.ga.us
 5                 With Attachment
                   GA00481478-GA00481482
 6

 7     Exhibit 64  November 19, 2015 Email From Nakeba  91
                   Rahming To Clara Keith
 8                 GA00196539-GA00196540

 9
       Exhibit 65  12/29/2015 Email Chain From Clara    103
10                 Keith To nakeba74@gmail.com
                   With Attachment
11                 GA0019627-GA00196733

12     Exhibit 66  12/19/2017 Email Chain From Clara    104
                   Keith To Jaquenetta Dugger
13                 GA00481759-GA00481760

14     Exhibit 67  12/4/2015 Email Chain From Clara     110
                   Keith To Scarlet Brown
15                 GA00481536-GA00481538

16

17     Exhibit 68  2/3/2016 Email Chain From Jewell     117
                   Gooding To Clara Keith With Attached
18                 Electronic Document
                   GA00196859-GA00196862
19
       Exhibit 69  3/1/2016 Email From Clara Keith      121
20                 To Nakeba Rahming
                   GA00040841
21
       Exhibit 70  3/6/2018 Email Chain From Cassandra  127
22                 Holifield To Clara Keith
                   GA00152939-GA00152941
23

24

25
```



```
 1              INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                    DESCRIPTION              PAGE

 4    Exhibit 71  6/24/2016 Email Chain From Nakeba    132
                  Nahming To Clara Keith
 5                With Attached Document
                  GA00197223-GA00197226
 6
      Exhibit 72  7/13/2017 Email Chain From Nakeba    140
 7                Nahming To Clara Keith
                  With Attached Document
 8                GA00198908-GA00198909

 9    Exhibit 73  8/16/2017 Email Chain From Clara     147
                  Keith To Nakeba Nahming
10                With Attached Documents
                  GA00792054-GA00792059
11
      Exhibit 74  8/22/2017 Email From Nakeba Nahming  153
12                To Clara Keith
                  GA00198949
13
      Exhibit 75  9/26/2017 Email From Clara Keith     156
14                To Larry Winter
                  GA00481996
15
      Exhibit 76  9/30/2016 Email From Nakeba Nahming  157
16                To Clara Keith
                  With Attached Document
17                GA00197763-GA00197791

18    Exhibit 77  5/12/2016 Email From Larry Winter    160
                  To Matt Jones/Clara Keith/M Royal
19                GA00197127

20    Exhibit 78  5/12/2016 Email From Nakeba Nahming  163
                  To Clara Keith
21                With Attached Document
                  GA00197151-GA00197152
22

23    Exhibit 79  2/12/2016 Email From Nakeba Nahming  174
                  To Clara Keith
24                With Attached Document
                  GA00196865-GA00196876
25
```



```
 1              INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                 DESCRIPTION                    PAGE

 4    Exhibit 80  10/17/2016 Email Chain From Clara      184
                  Keith To Nakeba Rahming
 5                With Attached Document
                  GA00053667-GA00053679
 6
      Exhibit 81  6/21/2017 Email Chain From Nakeba      188
 7                Nakeba Rahming To Clara Keith
                  With Attached Document
 8                GA00152557-GA00152560

 9    Exhibit 82  160-4-7-.15 Georgia Network For        196
                  Educational And Therapeutic Support
10                With Attached Document

11    Exhibit 83  7/26/2017 Email From Clara Keith       198
                  To Nakeba Rahming
12                With Attached Document
                  GA00152602-GA00152612
13
      Exhibit 84  8/29/2017 Email Chain From Clara       206
14                Keith To Nakeba Rahming
                  With Attached Documents
15                GA00481679-GA00481690

16    Exhibit 85  12/6/2017 Email From Vickie            209
                  Cleveland To Nakeba Rahming
17                With Attached Electronic Document
                  GA00199183-GA00199184
18

19    Exhibit 86  12/1/2015 Email From Michael           215
                  Rowlan To Ted Beck
20                With Attached Documents
                  GA00196569-GA00196587
21
      Exhibit 87  4/20/2017 Email Chain From Michael     219
22                Rowland To Clara Keith
                  With Attached Document
23                GA001488847-GA01488858

24

25
```



```
 1                  INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                     DESCRIPTION                    PAGE

 4    Exhibit 88  3/30/2017 Email From Michael              222
                  Rowland To Recipients
 5                With Attached Document
                  GA00198597-GA00198600
 6
      Exhibit 89  2/17/2016 Email From Michael              223
 7                Rowland To Keith Clara
                  With Attached Documents
 8                GA00196895-GA00196898

 9    Exhibit 90  7/11/2016 Email From Nakeba Rahming       226
                  To Keith Clara
10                With Attached Document
                  GA00197241-GA00197243
11
      Exhibit 91  7/25/2016 Email Chain From Stacey         230
12                Suber-Drake To Nakeba Rahming
                  With Attached Document
13                GA01486054-GA01486056

14    Exhibit 92  7/28/2016 Email From Nakeba Rahming       232
                  To Matt Jones
15                With Attached Document
                  GA01486137-GA04186138
16

17    Exhibit 93  7/5/2017 Email Chain From Clara           242
                  Clara To Lolli_Meunier@Gwinnett.
18                k12.ga.us
                  GA00198883-GA00198884
19

20

21

22

23

24

25
```

9



1          THE VIDEOGRAPHER:  This will be the video

2     deposition of Clara Keith Brown, being taken in

3     the matter of United States of America versus

4     State of Georgia.

5          Today's date is June 7, 2022.  The time on

6     the record is 9:18 a.m.

7          My name is Brandon Brantley.  I'm the

8     videographer.

9          The court reporter is Wanda Robinson.

10          Counsel, please introduce yourselves for

11     the record, after which the court reporter will

12     swear in the witness.

13          MR. HOLKINS:  Good morning.  This is Kelly

14     Gardner for the United States.

15          MS. HERNANDEZ:  Good morning.  This is

16     Danielle Hernandez for State of Georgia.

17          MS. LILL:  Good morning.  Victoria Lill

18     for the United States.

19               - - - - - - -

20          CLARA KEITH BROWN,

21 Being duly sworn, was examined and testified as

22 follows:

23               - - - - - - -

24

25 ///



```
 1   EXAMINATION

 2   BY MS. GARDNER:

 3       Q    Good morning, Ms. Keith Brown.  How are

 4   you?

 5       A    Good morning.  I'm fine.  And you?

 6       Q    Doing well.  Thank you for asking.

 7            My name is Kelly Gardner, and I represent

 8   the United States.  I'm going to be taking your

 9   deposition today.

10            Would you please state your full name for

11   the record.

12       A    Yes.  My name is Clara Keith Brown.

13       Q    And Ms. Keith Brown, have you ever been

14   deposed before?

15       A    Yes.

16       Q    When was that?

17       A    Several years ago.

18       Q    And what was that deposition in connection

19   with?

20       A    It had something to do with a local school

21   district.  I don't remember the details.

22       Q    Okay.  Is that the only time you've been

23   deposed?

24       A    That I can recall right now.

25       Q    Okay.  Am I correct that you are being
```



1   represented by the Robbins Firm today for purposes

2   of your deposition?

3        A    Yes.

4        Q    I'm sure your attorney has explained much

5   of this to you, but you and I are basically going to

6   have a conversation.  I'm going to ask the

7   questions, and your only job is to answer them

8   honestly and completely.

9             Do you understand that?

10       A    Yes.

11       Q    The court reporter has sworn you in.  That

12  means that everything you say here today is under

13  oath and must be truthful.

14            Do you understand that?

15       A    Yes.

16       Q    The court reporter is going to write down

17  what you and I say in order to create a transcript

18  of our conversation.  She can't record a nod of your

19  head or shake.  So in order to make her job easier,

20  and all of our jobs easier, I'm going to ask you

21  speak clearly and that you give oral answers.

22            Can we agree on that?

23       A    Yes.

24       Q    The other thing you and I are going to

25  need to do is avoid talking over one another.  I'm



 1  going to do my best not to interrupt you when you're

 2  answering, and I will ask you to do your best to let

 3  me finish my question before you start to answer.

 4          Is that fair?

 5      A   Yes.

 6      Q   If at any point you don't understand my

 7  question, please feel free to stop me and say so.

 8  I'll try to clarify and then we can move forward.

 9  Okay?

10      A   Yes.

11      Q   If you need a break at any time, let me

12  know, or tell your attorney.  If you're in the

13  middle of an answer, I will ask that you finish the

14  answer, and then we'll see what we can do about a

15  break.  Okay?

16      A   Yes.

17      Q   Sometimes it may happen that you will give

18  an answer as completely as you can and then later

19  on, maybe 5 minutes later, an hour later, you may

20  remember some additional information in response to

21  that question.  If that happens, please just tell

22  me, and we will let you go back and supplement the

23  record.  Okay?

24      A   Yes.

25      Q   Is there any reason you can think of today



1  why you will not be able to answer my questions

2  completely and truthfully?

3       A    No.

4       Q    Do you have any questions for me before we

5  proceed?

6       A    No.

7       Q    Okay.

8            MS. GARDNER:  Before we proceed with

9       questions, I just want to note on the record

10      that the United States and the State of Georgia

11      have agreed that all objections except as to

12      form and privilege will be reserved until

13      trial.

14  BY MS. GARDNER:

15      Q    Ms. Keith Brown, did you do anything to

16  prepare for today's deposition?

17      A    Yes.

18      Q    And what was that?

19      A    I talked to my counsel.

20      Q    Okay.  So you met with counsel?

21      A    Yes.

22      Q    When did you meet with counsel?

23      A    Yesterday.

24      Q    Okay.  And for how long?

25      A    I don't remember the exact time, the



```
 1  length.
 2       Q    Do you have a rough approximation?
 3       A    I arrived at 2:30, and I did not check
 4  when I left.
 5       Q    Okay.  Were you home by dinnertime?
 6       A    Yes.
 7       Q    Did you review any documents in
 8  preparation for today's deposition?
 9       A    Yes.
10       Q    Were those documents shown to you by
11  counsel?
12       A    Yes.
13       Q    Did you talk to any anyone other than
14  counsel about today's deposition?
15       A    No.
16       Q    Okay.  Did you review any documents in
17  preparation for this deposition apart from those
18  that were shown to you by counsel?
19       A    No.
20       Q    Is there anything else that you did to
21  prepare for today's deposition that we have not
22  discussed?
23       A    No.  I hesitated.  Other than getting a
24  good night's sleep and getting here on time.
25       Q    A good night's sleep is good.
```



1              Do you hold any educational degrees?

2      A    I do.

3      Q    And what are those degrees?

4      A    I have an undergrad degree in education,

5  and I have a master's in school library media.

6      Q    Your undergraduate degree in education,

7  where did you receive that degree?

8      A    Tift College.  It is now Tift College of

9  Mercer University.

10     Q    And when was that?

11     A    Graduated in 1979.

12     Q    And your master's, I believe you said, it

13  was in school library media?

14     A    Yes.

15     Q    Where did you receive that Master's

16  degree?

17     A    West Georgia College.

18     Q    And when did you receive that degree?

19     A    I graduated in 1988.

20     Q    Do you hold any other professional

21  licenses apart from your educational degrees?

22     A    No.

23     Q    Do you have any other special professional

24  credentials that you have not yet to leave out?

25     A    I don't know what you mean.  Like --



1      Q    Any other licenses or certifications that

2   might not be formal degrees?

3      A    No.

4           (WHEREUPON, Plaintiff's Exhibit-55 was

5      marked for identification.)

6   BY MS. GARDNER:

7      Q    Ms. Keith Brown, you are going to receive

8   what has been marked as Plaintiff's Exhibit 55.

9           This is a subpoena to testify at a

10  deposition in a civil action.  Is that correct?

11     A    Yes.

12     Q    And this subpoena is directed to Clara

13  Keith; is that right?

14     A    That's correct.

15     Q    That is you?

16          I understand you are Clara Keith Brown,

17  but to you understand that this document is directed

18  to you?

19     A    Yes.

20     Q    Have you seen this document before?

21     A    Yes.

22     Q    Where you served with this document at

23  your home?

24     A    Yes.

25     Q    And you are here today in this deposition



```
 1  on account of this document; is that right?
 2      A    Correct.
 3      Q    The top of this document has the case name
 4  United States versus Georgia.  Do you see that?
 5      A    Yes.
 6      Q    Do you understand that this deposition is
 7  being taken in connection with litigation against
 8  the State of Georgia?
 9      A    Yes.
10      Q    And do you understand that the litigation
11  relates to the Georgia Network for Educational and
12  Therapeutic Support program?
13      A    Yes.
14      Q    Are you aware that that program is more
15  commonly referred to as the GNETS program?
16      A    Yes.
17      Q    So if I use the term "GNETS," you will
18  understand that to mean the Georgia Network for
19  Educational and Therapeutic Support program?
20      A    Yes.
21      Q    When did you first learn of this
22  litigation?
23      A    I don't recall a specific date.
24      Q    Do you have sort of an approximate length
25  of time for when you learned about it?
```



 1          Did you only learn about it recently?  Was
 2   it several years ago?
 3       A    It would have been several years ago.
 4       Q    Okay.  How did you learn of the
 5   litigation?
 6       A    I was informed by a State Board of
 7   Education member.
 8       Q    And what State Board of Education member
 9   was that?
10       A    It would have been Larry Winter.
11       Q    What were the circumstances under which
12   Mr. Winter informed you of the litigation?
13       A    He shared with me the report of findings
14   that was done by the U.S. Department of Justice.
15       Q    And when he shared with you the report of
16   findings by the Department of Justice, did he say
17   anything to you?
18       A    What do you mean?
19       Q    Did you have a conversation with him about
20   it?
21       A    Yes.
22       Q    And what was the nature of that
23   conversation?
24       A    He asked me to consider returning from
25   retirement and working with the Department of



1   Education, State Board of Education, to review the

2   State Board of Education policy or rule, the GNETS

3   rule, and make recommendations to the State Board of

4   Education.

5            He asked me to review the procedures for

6   implementing at that time the current State Board of

7   Education rule for GNETS and make recommendations.

8            And he asked me to find a way to

9   collaborate with -- within the agency -- divisions

10  within the department, as well as any external

11  agencies that we could think of to support students

12  who may have disabilities.

13       Q    Okay.  Did you have a preexisting

14  professional relationship with Mr. Winter?

15       A    I worked for the Georgia Department of

16  Education.

17       Q    So you knew Mr. Winter through your prior

18  employment with the Georgia Department of Education?

19       A    Yes.

20       Q    What is your understanding of the nature

21  of this lawsuit?

22       A    I understand that the U.S. Department of

23  Education investigated the GNETS programs, created a

24  document or a report of various findings, and as a

25  result of that, those findings, here we are today.



1      Q    Okay.  I take it from your responses that
2  you're not only familiar with this lawsuit but also
3  with the GNETS program itself?  Is that fair?
4      A    Yes, that is fair.
5      Q    When did you first become acquainted with
6  the GNETS program?
7      A    Um, I cannot tell you an exact date, but
8  when Mr. -- when Mr. Winter mentioned it, I -- well,
9  actually, when I was a classroom teacher I knew
10  about GNETS, but I can't -- I don't have a specific
11  date that I can tell you.
12      Q    Okay.  But you knew about GNETS when you
13  were a classroom teacher?
14      A    At that time.  It was a different name,
15  but yes.
16      Q    Okay.  And I presume you were a classroom
17  teacher before joining the Georgia Department of
18  Education?
19      A    That's correct.
20      Q    At the time that you were employed by the
21  Georgia Department of Education but before having
22  this conversation with Mr. Winter, were you aware of
23  the GNETS program?
24      A    Yes.
25      Q    What is the GNETS program?



1      A    It is a program that has several programs

2   throughout the State defined to provide therapeutic

3   and educational services for students with severe

4   emotional and behavioral disorders, provided that

5   those students have been referred to the program

6   through an IEP placement at the local school

7   district or school level.

8      Q    How is the GNETS program structured?

9      A    There are regional GNETS programs.  Each

10  GNETS program has a director and staff.  They have a

11  fiscal agent and they are most likely regional.

12         There are several structures or standalone

13  centers.  Some are classrooms and some may be hybrid

14  programs.

15     Q    When you say some are hybrid programs,

16  what do you mean?

17     A    Meaning that some may not be -- some may

18  be a part of -- their location -- they may have a

19  central office but they may also have an additional

20  site.

21     Q    And when you say they might have a central

22  office, are you saying they may have a center --

23     A    Yes.

24     Q    -- as well as an additional site?

25     A    Yes.



1      Q    How many regional GNETS programs are
2  there?
3      A    My best recollection, 24.
4      Q    And is there some geographic component to
5  the students that those regional programs serve?
6      A    I know they serve students within a
7  geographical area.
8      Q    Do the regional GNETS programs serve more
9  than one school district?
10      A    Yes.
11      Q    What is the goal of the GNETS program?
12      A    The goal of the GNETS program is to
13  provide intensive support for behavioral and
14  emotional -- for students with behavioral and
15  emotional disabilities that are severe enough that
16  the student has been -- a part of the services have
17  been identified in the student's IEP, and those
18  students then would receive services through,
19  through GNETS.
20      Q    Are there any other goals of the GNETS
21  program?
22      A    That encompasses my understanding of what
23  the goal of the GNETS program is.
24      Q    So is it fair to say the primary goal of
25  the GNETS program is to provide these intensive



1   supports for students with severe emotional and

2   behavioral disabilities?

3        A    Yes.

4        Q    And when the GNETS program provides those

5   intensive supports, to what end are those supports

6   being provided?

7        A    Explain to what end.

8        Q    What are you trying to accomplish for the

9   students who are receiving those intensive supports?

10       A    They are trying -- the GNETS services

11  would be trying to make sure the students they are

12  providing those services to are actually getting a

13  quality education, they're meeting the goals in the

14  students -- the educational goals as well as any

15  other goals identified in the student's IEP.

16       Q    Okay.  Is the goal for students enrolled

17  in GNETS to remain in GNETS long-term?

18       A    Define enrolled.

19       Q    Is the goal for students who receive GNETS

20  services for them to receive services in a GNETS

21  environment long-term?

22       A    My, my opinion about my -- my professional

23  opinion about that is no.

24            I hesitate because it would depend on the

25  student's IEP.  The length of time the student



1  receives services through GNETS is dependent on what

2  is in the student's IEP and how quickly the student

3  is reaching the goals identified in the IEP.

4      Q    So when you say your professional opinion,

5  is that GNETS students --

6           MS. GARDNER:  Strike that.

7  BY MS. GARDNER:

8      Q    It sounds like what you're saying is in

9  your professional opinion the ideal situation is not

10 for GNETS students to receive services in a GNETS

11 environment long-term?  Is that -- am I

12 understanding you correctly --

13          MS. HERNANDEZ:  Objection.

14     Q    -- in terms of the ideal?

15          You can answer the question.

16          MS. HERNANDEZ:  You can answer.

17     A    I can't make that determination because

18 the length of time that a student is receiving

19 services is strictly dependent upon what is in the

20 IEP.

21          MS. GARDNER:  I am going to hand the court

22      reporter what I'm going to request be marked as

23      Plaintiff's Exhibit 56.

24          (WHEREUPON, Plaintiff's Exhibit-56 was

25      marked for identification.)



 1  BY MS. GARDNER:

 2      Q    Ms. Keith Brown, the court reporter has

 3  just handed you Plaintiff's Exhibit 56.  This is an

 4  email chain with the most recent email being one

 5  from you to Nakeba Rahming, sent on March 16, 2015,

 6  with the subject "Re:  CPI Training."

 7          The first page of this document is

 8  Bates-stamped GA00481564.

 9          Is this an email you wrote to Nakeba

10  Rahming?

11          (Witness reviews exhibit.)

12      A    I've read -- I finished reading, and your

13  question is?

14      Q    My question is at the top of this

15  document, is this an email that you wrote to Nakeba

16  Rahming?

17      A    I would assume so.  I wouldn't remember.

18  It was 19 -- it was 2016.

19      Q    Do you have any reason to believe that you

20  did not write this email?

21      A    No, I do not.

22      Q    Who is Nakeba Rahming?

23      A    Nakeba Rahming was the program director

24  for the GNETS program.  I may not have her title

25  completely accurate.



1     Q    And when you say program director for the

2  GNETS program, who was Ms. Rahming's employer?

3     A    She was the Georgia -- she was an employee

4  of the Georgia Department of Education.

5     Q    You note in this email, you say:  "I think

6  it is important for the GNETS to understand the goal

7  of the GNETS program is to transition students back

8  to their LRE and as much as possible, in the general

9  education program."

10          Have I read that correctly?

11    A    Yes, you read it correctly.

12    Q    What is LRE?

13    A    LRE is least restrictive environment.

14    Q    And what does that mean?

15    A    Least restrictive environment.  That

16  wherever possible the student is in the general

17  education classroom with his or her peers, with

18  support services in that classroom, depending on the

19  needs of the students.  It may -- they may need

20  different services depending on what you identified

21  in the IEP.

22          THE VIDEOGRAPHER:  Can we take a quick

23      break.

24          We're off the record at 9:44 a.m.

25          (A recess was taken.)



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              27

```
 1            THE VIDEOGRAPHER:  We're back on the
 2       record at 9:49 a.m.
 3  BY MS. GARDNER:
 4       Q    Ms. Keith Brown, before we went off the
 5  record we were talking about least restrictive
 6  environment, right?
 7       A    Yes.
 8       Q    Am I correct in understanding from your
 9  response that the baseline for least restrictive
10  environment is the general education classroom?
11       A    Yes.
12       Q    And the further a student is moved away
13  from the general education classroom, the more the
14  restrictive the environment is considered?
15       A    Yes.
16       Q    Here in your email you say:  "The goal of
17  the GNETS program is to transition students back to
18  their LRE and as much as possible, in the general
19  education program," right?
20       A    Correct.
21       Q    When you say "as much as possible," "the
22  general education program," are you identifying the
23  general education program as the ideal?
24       A    Yes.
25       Q    And would you agree that the GNETS program
```



1  is a more restrictive environment than the general

2  education program?

3          MS. HERNANDEZ:  Objection.

4      A    Yes.

5          MS. HERNANDEZ:  You can answer.

6      A    Yes.

7      Q    So you agree that the GNETS program is a

8  more restrictive environment than the general

9  education program?

10     A    Yes.  In some instances, depending on the

11 student's IEP, that would be correct.

12     Q    Does LRE refer to anything other than the

13 general education program?

14     A    I don't understand your question.

15     Q    Let me ask it a different way.

16          Have you heard of the continuum of

17 services?

18     A    Yes.

19     Q    And what is a continuum of services?

20     A    Continuum of services are services that

21 provide support to students on, on a continuum.  So

22 you start from least restrictive through -- to most

23 restrictive, to even residential placement.

24     Q    On the continuum of services, what were

25 the alternatives to GNETS?



1       A      There isn't a list of services that are on

2   a continuum of services.  So there is not a sheet of

3   paper with a list of services.  It would depend on

4   what services a student would need.

5              Is, is my answer --

6       Q      Okay.  This response in the email that

7   we've been looking at arose in the context of an

8   email exchange involving a director of a regional

9   GNETS program; is that right?

10      A      That's correct.

11      Q      The director involved is the director of

12  Mainstay GNETS, correct?

13      A      That is correct.

14      Q      That director's name is Chris Briggs?

15      A      That is correct.

16      Q      Mr. Briggs emailed Nakeba Rahming

17  requesting advice, and Ms. Rahming forwarded that

18  email chain to you.  Is that right?

19      A      That's correct.

20      Q      And in particular, after explaining the

21  situation at hand, he says, quote:  "Having said all

22  of that, I do need some direction pretty quickly so

23  I can respond and have a conversation about this."

24             Is that an accurate -- I can direct you to

25  --



1    A    Yes, please.

2    Q    If you look at the Bates number at the

3  bottom, it's the document ending in 565.

4         Do you see that page?

5    A    Yes.

6    Q    And about a third of the way up the page,

7  just before Mr. Briggs signs his name.

8         Go down a little bit further.  Down, down.

9    A    Yes.

10   Q    Okay.  So Mr. Briggs is requesting

11 direction from Ms. Rahming; is that fair?

12   A    Yes.

13   Q    And then Ms. Rahming in this email chain

14 in turn is consulting you about the direction that

15 she should give Mr. Briggs.  Is that fair?

16   A    Yes.

17   Q    Was it part of your job to provide

18 guidance to Ms. Rahming about issues related to the

19 GNETS program?

20   A    Yes.

21   Q    You mentioned earlier in your response

22 about structure of the GNETS program that each GNETS

23 program has a director and I believe you referenced

24 a fiscal agent.  Am I recalling that correctly?

25   A    Yes.



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                          31

1        Q     And what is a fiscal agent?

2        A     A fiscal agent in this particular instance

3    is the agency receiving funding from the Georgia

4    Department of Education, along with the funding, the

5    responsibility for appropriately accounting for the

6    expenditure of those funds.

7        Q     When you say the agency receiving funds

8    from the Georgia Department of Education, that's the

9    agency receiving funds for the GNETS program from

10   the Department of Education?

11       A     That is correct.

12       Q     What kinds of agencies, as you refer to

13   them, serve as fiscal agents for GNETS programs?

14       A     RESA, Regional Education Services

15   Agencies.  They would serve -- some of them would

16   serve as fiscal agents for GNETS.

17             I can't recall specifically but there may

18   be an instance where a local agency may serve as the

19   fiscal agent.

20       Q     Any other agencies serve as fiscal agents

21   for regional GNETS programs?

22       A     Not that I can recall.

23       Q     I want to take a step back and talk a bit

24   about your professional background.

25             You are currently retired; is that



1  correct?

2      A    That's correct.

3      Q    How long have you been retired?

4      A    Since 2015, from the Georgia Department of

5  Education, and since 2018 I didn't retire from the

6  Department of Behavioral Health and Developmental

7  Disabilities but I resigned that position.

8      Q    So you retired in 2015 from the Georgia

9  Department of Education?

10     A    Correct.

11     Q    And then I take it you returned to work

12  some time after you retired from the Georgia

13  Department of Education?

14     A    Correct.

15     Q    And did you return to work in response to

16  this request from Mr. Winter that we discussed

17  earlier?

18     A    Yes.

19     Q    How long after you retired from the

20  Georgia Department of Education did you return to

21  work?

22     A    I retired from the Georgia Department of

23  Education in August of 2015, and I started to work

24  with the Department of Behavioral Health and

25  Developmental Disabilities in September of 2015.



1      Q    And then I believe you said that you

2  resigned your position with DBHDD in 2018?

3      A    Correct.

4      Q    And just to clarify, DBHDD is the acronym

5  used for the Georgia Department for Behavioral

6  Health and Developmental Disabilities, correct?

7      A    Correct.

8      Q    So if I use the phrase "DBHDD," you'll

9  understand that to mean the agency that employed you

10 between September of 2015 and when you resigned the

11 position in 2018?

12     A    Correct.

13     Q    What was your official title at DBHDD when

14 you retired in 2018?

15     A    Director.

16     Q    Director?

17     A    Yes.

18     Q    And how long did you hold that title?

19     A    From September of 2015 until I resigned in

20 March of 2018.

21     Q    How did you come to hold that title?

22     A    I'm not -- I don't understand your

23 question.

24     Q    Well, so you told me earlier that Mr.

25 Winter approached you to ask if you would consider



1  taking on a position to help review the GNETS

2  program.

3       A    Okay.

4       Q    Mr. Winter is a part of the State Board of

5  Education, correct?

6       A    Correct.

7       Q    So I'm asking, how did you come to be a

8  director at DBHDD?

9       A    Now I understand.

10           That position -- they had a vacancy in

11 that agency at that position.

12      Q    So was your assumption of the role of

13 director at DBHDD a matter of funding your position,

14 or was there another reason you became director at

15 DBHDD?

16      A    Ask me that again.

17      Q    Sure.  I'm just -- you said there was a

18 vacancy at DBHDD for the director position, correct?

19      A    No.

20      Q    No?

21      A    I said there was a vacancy for a director

22 and the funding for my position was appropriated to

23 DBHDD to fill the director's position that was

24 there, but it was not a GNETS position.

25      Q    Okay.  And when you say the funding for



1  your position was appropriated to DBHDD to fill the

2  director's position, where was that funding

3  appropriated from?

4      A    I'm not sure the source of the funding.

5      Q    Had you ever held any other title within

6  DBHDD before you became a director?

7      A    No.

8      Q    I think you've already said that you

9  worked at the Georgia Department of Education before

10 joining DBHDD.  What role or roles did you hold at

11 the Georgia Department of Education when you were

12 there?

13     A    When I retired, I retired as the associate

14 superintendent for Georgia's Race to the Top grant.

15     Q    Did you hold any other position within the

16 Georgia Department of Education before serving as

17 associate superintendent for Georgia's Race to the

18 Top grant?

19     A    I did.  I was associate superintendent for

20 School Improvement, deputy superintendent for Policy

21 and External Affairs, associate superintendent for

22 Federal Programs, director for Title I under the

23 Elementary and Secondary Education Act.

24          I worked in Curriculum Instruction and

25 Assessment.  I do not remember the title.



```
 1              I worked in the Technology Services.   I
 2    don't remember the title.   Education specialist or
 3    something like that.
 4              And then I worked in School Improvement as
 5    a school improvement specialist.
 6              I worked as a media -- I worked in the
 7    media -- the School Library and Media Division as a
 8    consultant.
 9        Q    It sounds like you have a long history
10    with the Georgia Department of Education?
11        A    Yes.
12        Q    How long had you worked at the Georgia
13    Department of Education when you retired in 2015?
14        A    Approximately 26 years.
15        Q    In any of the roles that you held at the
16    Georgia Department of Education before retiring in
17    2015, did you have any official responsibilities
18    that related to the GNETS program?
19        A    No.
20        Q    During the time that you were employed
21    with the Georgia Department of Education before
22    retiring in 2015, had you ever had occasion to hear
23    about the 2010 audit of the GNETS program?
24        A    Before I retired, was your question?
25        Q    Uh-hum.
```



1      A     Yes.

2      Q     And in what context did you learn about

3  that audit?

4      A     I had a conversation with Larry Winter.

5      Q     And what did you and Mr. Winter discuss in

6  that conversation?

7      A     He shared the report with me and asked me,

8  particularly based on my background in policy, would

9  I review the State Board rule for GNETS and make

10  recommendations, would I consider reviewing the

11  Department of Education's procedures for

12  implementing that rule, and would I coordinate

13  conversations and pulling together the appropriate

14  people for determining any resources or support

15  services that were available throughout the State

16  and within the Georgia Department of Education.

17      Q     And this conversation was in connection

18  with the 2010 audit?

19      A     That is correct.

20      Q     Did you take action related to the areas

21  that Mr. Winter requested of you following that

22  conversation?

23      A     He asked me to think about it, and I

24  thought about it.

25      Q     And what did you conclude after you



1  thought about it?

2      A    I concluded that my experience working in

3  policy and my knowledge of how the State agency --

4  how the Georgia Department of Education worked and

5  my ability to coordinate conversations among people

6  and among state agencies, that I would be able to do

7  what he asked me to do.

8      Q    So then am I correct in understanding you

9  did do what he asked you to do?

10     A    Yes.  Once I was hired, I did.

11     Q    And when you say once you were hired, are

12  you referring to once you were hired in 2015?

13     A    Yes.

14     Q    So help me understand this conversation

15  that you had with Mr. Winter about the 2010 GNETS

16  audit.  What was the approximate time frame of that

17  conversation?

18     A    We had a discussion in August of 2015,

19  before I retired.

20     Q    So you learned about the 2010 audit close

21  in time to when you accepted the position at DBHDD

22  in 2015?

23     A    Yes.

24     Q    What were your primary responsibilities as

25  director at DBHDD?



1      A    I was to review the State Board of

2   Education policy -- GNETS' policy, make

3   recommendations.

4           I was to review operations manuals and

5   review the staff responsible for accountability for

6   grant funds for GNETS.

7           I was to coordinate within the Georgia

8   Department of Education different divisions and with

9   DBHDD to determine if there were services that were

10  provided or information that local school districts

11  and other agencies, like partners, who would have

12  had an interest in services to students with

13  disabilities, and made recommendations.

14     Q    In discharging these responsibilities, in

15  particular the areas where you were asked to make

16  recommendations, did you reduce those

17  recommendations to writing in some form?

18     A    I don't know.  It's likely that I did, but

19  I -- that would have been in '15, '16, and I just

20  don't remember.

21     Q    I take it, though, that your

22  recommendations didn't culminate in some big, single

23  report where you had everything outlined?

24     A    That is correct.

25     Q    But you may have produced written work



1  product across the time that you worked at DBHDD

2  that reflected your recommendations?

3       A    That is correct.

4       Q    At the time that you were director at

5  DBHDD, what was the role of DBHDD in the GNETS

6  program?

7       A    My knowledge at that time, they did not

8  have a role in the GNETS program.  The purpose of

9  meeting with them and working in DBHDD was to learn

10  about the services that were available to families,

11  including children who might be children with

12  disabilities.

13       Q    So DBHDD did not have a role in the GNETS

14  program?

15       A    Not to my knowledge at that time.

16       Q    But you said the purpose of meeting with

17  DBHDD was to learn about services available to

18  families, including children with disabilities.  Was

19  the point of learning about those services to figure

20  out whether there were opportunities to capitalize

21  on those services in the GNETS program?

22            Why were you learning about those

23  services?

24       A    I was learning about those services to

25  communicate with the Department of Education,



1  Special Education Division, and with GNETS about

2  services that were available through DBHDD.

3       Q    Who did you report to at DBHDD?

4       A    I reported directly to the Commissioner.

5       Q    And who was the Commissioner at that time?

6       A    When I -- by the time I resigned, it would

7  have been Dr. Judy Fitzgerald.  And before then,

8  when I actually started, it would have been -- I

9  cannot remember his name, but he went to the

10 Department of Community Health.

11      Q    Was the Commissioner at the time you

12 started in 2015 Frank Berry?

13      A    Yes.

14      Q    How long had Ms. Fitzgerald been

15 Commissioner when you resigned in 2018?

16      A    I don't know exactly the length of time.

17      Q    When you say you reported directly to the

18 Commissioner, what did the structure for your

19 reporting to the Commissioner look like?

20      A    I met with the Commissioner and the

21 Commissioner's staff once per week to -- most often

22 once per week to make sure that I understood if

23 there were -- additional services were available; to

24 make sure if I had any questions about how to access

25 those services; that that would -- I would have



1  clear, clear communication about that; to make sure

2  that if I needed recommendations, for example, on

3  who else to bring to the table from the Georgia

4  Department of Education, who were those people.

5       Q    And to clarify, the weekly meeting that

6  you are referring to, was that a weekly meeting with

7  the Commissioner, him or herself, or weekly meeting

8  with someone on the Commissioner's staff?

9       A    Most often I met with the Commissioner and

10  staff once per month, but at least weekly I was

11  on-site at DBHDD.

12      Q    So you met with the Commissioner and their

13  staff once per month?

14      A    Yes.

15      Q    And then you were on-site at DBHDD at

16  least weekly?

17      A    Yes.

18      Q    Did anyone report to you while you were

19  director at DBHDD?

20      A    No.

21      Q    These monthly meetings that you had with

22  the Commissioner and their staff, who typically was

23  in attendance at those meetings?

24      A    The Commissioner, the person responsible

25  for a grant program called Apex.  I do not recall



 1  her name.

 2          Most often those two people were there.

 3          When Frank Berry was the Commissioner, Dr.

 4  Fitzgerald was there.

 5          And depending on our conversation, other

 6  staff members from DBHDD may join the conversation.

 7      Q    So the regular participants, it sounds

 8  like, were the Commissioner and the person

 9  responsible for the grant program called Apex?

10      A    Correct.

11      Q    And then you may have had additional DBHDD

12  staff attending the meetings depending on what was

13  being discussed that particular month?

14      A    Correct.

15      Q    Were there agendas for these meetings

16  prepared in advance?

17      A    No formal agenda.

18      Q    Did you all take minutes or any notes

19  documenting any sort of follow-up coming out of

20  these?

21      A    Not in a formal way.  I may have taken

22  notes, which is very likely that I did.

23      Q    But no formal minutes or anything like

24  that maintained in a systematic way?

25      A    That's correct.



1          MS. GARDNER:  I am handing the court

2      reporter what I'm going to request be marked as

3      Plaintiff's Exhibit 57.

4          (WHEREUPON, Plaintiff's Exhibit-57 was

5       marked for identification.)

6  BY MS. GARDNER:

7      Q    Ms. Keith Brown, the court reporter has

8  handed you what is marked as Plaintiff's Exhibit 57.

9  This is an email chain.  The email at the top of

10 that chain is an email from you to Judy Fitzgerald,

11 Terry Caldwell, and Frank Berry.

12          The subject is "FWD: Letter of Findings."

13          The email is dated August 19, 2016, and

14 the first page of this document bears the Bates No.

15 GA00197636.

16          This is an email that you sent to Judy

17 Fitzgerald, Terry Caldwell, and Frank Berry?

18      A    Yes.

19      Q    You mentioned that during part of your

20 time at DBHDD Frank Berry was the Commissioner and

21 that Judy Fitzgerald then took over at some point;

22 is that right?

23      A    Correct.

24      Q    Was there some period of time during which

25 they both were at DBHDD at the same time?



```
 1        A    Yes.

 2        Q    You say in this email you thought "it

 3   might be helpful for you to have the Letter of

 4   Findings from DOJ in preparing for our Monday

 5   meeting."

 6             Do you see that?

 7        A    Yes.

 8        Q    Is this referring to one of the monthly

 9   meetings that we just discussed?

10        A    Yes.

11        Q    What was the nature of that meeting?

12        A    What was the nature of the meeting on

13   Monday 2016?

14        Q    Well, why did you think it would be

15   helpful to them to have the letter of findings from

16   DOJ in preparation for your meeting?

17        A    I wanted them to understand the bigger

18   picture of why I was hired and what my -- why I was

19   looking at procedures, policies, looking at --

20   looking at policies for the Georgia Department of

21   Education, looking at procedures for the Department

22   of Education, and trying to pull together different

23   agencies, and I thought this would be helpful for

24   them.

25        Q    And how did you think the DOJ letter of
```



 1  findings would be helpful for them?

 2      A    I think it was important for them to know

 3  what I knew.

 4      Q    So I take it then that the group of people

 5  to whom you circulated the letter of findings in

 6  this email were not previously familiar with that

 7  letter of findings?

 8      A    I can't answer that.

 9      Q    So you didn't know whether they were or

10  not, but you wanted to make sure they had access to

11  it?

12      A    Correct.

13      Q    Okay.  We've talked a bit about the people

14  that you worked with on a regular basis within DBHDD

15  while you were director.  Is there anyone who you

16  met with on a regular basis within DBHDD that we

17  have not talked about yet?

18      A    I can't recall anyone.

19      Q    Okay.  Did you work on a regular basis

20  with anyone outside of DBHDD to discharge your

21  responsibilities when you were a director?

22      A    Yes.

23      Q    And where outside of DBHDD were those

24  people who you worked with on a regular basis?

25      A    The Georgia Department of Education.



1      Q     Anywhere else?

2      A     No.

3      Q     What was the role of the Georgia

4    Department of Education in the GNETS program?

5      A     The role of -- from my understanding, the

6    role was to ensure that the funding from -- that was

7    appropriated was given, allocated to the GNETS, and

8    that the Division of Special Education would have

9    provided support or professional learning if they so

10   -- if they asked for professional learning to GNETS.

11     Q     Any other roles?

12     A     No.  I'm not -- I can't recall any.

13     Q     Who at the Georgia Department of Education

14   did you work with on a regular basis when you were

15   director at DBHDD?

16     A     I worked very closely with Nakeba Rahming

17   after she was hired.  I worked closely with the

18   Facilities Division, specifically with Mike Rowland.

19           I worked closely with the Policy Division

20   when the GNETS rule was going through negotiated

21   rulemaking.

22           I worked closely with -- at that time her

23   name -- Debbie Gay, the director of Special

24   Education.

25           There may have been others, but those are



1  the ones that come to mind immediately.

2      Q    Did you work on a regular basis with Matt

3  Jones?

4      A    Yes.  Matt Jones was the chief of staff.

5  I kept him informed about the work.  About my work.

6      Q    Did you work on a regular basis with

7  Zelphine Smith-Dixon?

8      A    I worked with Zelphine.

9      Q    And what did you work with her on?

10     A    She was the director of Special Education,

11 if I'm not mistaken, and Debbie Gay was the

12 associate superintendent.  So I would have -- if I

13 had any questions, if I -- if she was planning

14 professional learning for GNETS, I would have

15 attended those special learning -- professional

16 learning sessions.

17     Q    Did you work on a regular basis with

18 Vickie Cleveland?

19     A    When she was first hired, yes, I did.

20     Q    And she was hired into what position?

21     A    I don't recall her position.  I remember

22 when she was rehired -- when she was hired.

23     Q    What did you work with her on when she was

24 hired?

25     A    I believe, the best of my recollection,



1  was working on the strategic plan, the GNETS

2  strategic plan, and I provided guidance if she had

3  any questions in her day-to-day work.

4        Q     What about Kachelle White, did you work

5  with her?

6        A     I don't recall the name.

7        Q     Scott Dorsey?

8        A     I don't recall.

9        Q     Monica Henderson?

10       A     I worked with a Monica at DBHDD.  She was

11 the person who worked with the Apex program, but she

12 got married and so I'm not sure if that's the same

13 Monica.

14       Q     Okay.  Going back now that you have --

15 well, before we go back, is there anyone else who

16 you worked with regularly at the Georgia Department

17 of Education while you were a director at DBHDD who

18 we haven't named yet?

19       A     Not that I recall at this moment.

20       Q     You said you worked very closely with Ms.

21 Rahming?

22       A     Yes.

23       Q     What did you work with her on while you

24 were a director?

25       A     I provided guidance to her for developing



1  the strategic plan, revising the manual for GNETS.

2          I made recommendations for professional

3  learning.

4          I guided her through the negotiated

5  rulemaking process for the Georgia Department of

6  Education for the GNETS rule.

7          I was available to her to provide any

8  technical assistance on questions that she may have.

9          I introduced her to key state people I

10  thought would help her to gain the knowledge of

11  resources that she may need as she took over the --

12  as she stayed in her position.

13     Q    Remind me again what her position was.

14     A    She was program manager or director for

15  GNETS at the Georgia Department of Education.

16     Q    Okay.  Thank you.

17          Then you said you worked with Michael

18  Rowland, who was involved with the Facilities

19  Division?

20     A    Yes.

21     Q    And what did you work with Mr. Rowland on?

22     A    I worked with Mike Rowland on the capital

23  outlay project for facility -- for GNETS facilities.

24     Q    And what was the capital outlay project

25  for GNETS facilities?



1    A    The capital outlay project was funding

2  that was provided -- or appropriated by the General

3  Assembly to -- for the GNETS facilities, for repair

4  and improvement in the GNETS facilities.

5    Q    You mentioned that you worked on a regular

6  basis with Georgia Department of Education staff in

7  the Policy Division related to GNETS rulemaking?

8    A    Yes.

9    Q    Who specifically in the Policy Division

10 did you work with on that?

11   A    That would have been Dr. Garry McGiboney.

12   Q    And how specifically did you work with Mr.

13 McGiboney?

14   A    I worked with him on discussion of the

15 rulemaking process for the GNETS rule.  We talked

16 about the -- if the rule needed revising, and if so,

17 what procedures we needed to go through to make that

18 happen.

19   Q    Okay.  In your conversations with Mr.

20 McGiboney, did you conclude that the rule did need

21 revising?

22   A    Yes.

23   Q    And what was that conclusion based on?

24   A    I reviewed the rule.  We -- I received

25 input from Nakeba and other staff members at the



1  Georgia Department of Education, and we determined

2  that it would -- we needed to revise the rule.

3       Q    When you say you received input from Ms.

4  Rahming and other staff at the Georgia Department of

5  Education, who were those other staff at the Georgia

6  Department of Education who provided input?

7       A    It would have been Debbie Gay

8  specifically, and there may have been other staff

9  that Nakeba talked with, but specifically Debbie Gay

10 and Nakeba.

11      Q    And when you concluded that the rule

12 needed revising, what was it that counseled in favor

13 of revising the rule?

14      A    We had -- Nakeba and I had conversations

15 around making it clear about -- making the State

16 Board of Education's intent clear on how school

17 districts and schools should access GNETS services

18 is what that processed looked like and what the

19 intent of GNETS services were.

20           We wanted to make sure that was clearly

21 specified in the rule.

22      Q    Prior to engaging in this GNETS

23 rulemaking, was it your conclusion that the

24 preexisting rule was not clear about those things?

25      A    Not so much that it wasn't clear, but that



1  the rule could be made more clear based on the time

2  that we were in and based on Nakeba's experiences

3  and based on the fact that it had been a number of

4  years before the rule had been revised.

5      Q   At the time you were having these

6  conversations, what had been the -- do you recall

7  what the most recent revision of the rule had been?

8      A   Oh, I do not recall that.

9      Q   You mentioned also that you worked on a

10  regular basis with Debbie Gay?

11     A   Yes.

12     Q   What did you work with her on?

13     A   The GNETS rule, the manual -- the

14  procedures manual for GNETS.

15         I worked with her on -- she helped me to

16  understand whatever questions I may have had about

17  the rule, what something may have meant in the rule

18  that I may not have had any understanding.

19         So she provided that guidance to me.

20         We worked together to hire a position,

21  program manager, director, for GNETS.  But generally

22  she was my technical assistance person for things

23  that I may not have understood.

24     Q   As a director at DBHDD, did you work on a

25  regular basis with any of the RESAs?



1      A     No.

2      Q     What about GNETS directors?

3      A     No.

4            MS. GARDNER:  I am handing the court

5      reporter what I'm going to request be marked as

6      Plaintiff's Exhibit 58.

7            (WHEREUPON, Plaintiff's Exhibit-58 was

8       marked for identification.)

9   BY MS. GARDNER:

10     Q     Ms. Keith Brown, the court reporter has

11  handed you Plaintiff's Exhibit 58, which is an email

12  from you to Scott Austensen, dated October 2, 2015,

13  with the subject line "Clara's Contact Info."

14           And this document is Bates-stamped

15  GA00481477.

16     A     Yes.

17     Q     This is your email that you sent to Mr.

18  Austensen?

19     A     Yes.

20     Q     Who is Scott Austensen?

21     A     At the time, Scott Austensen would have

22  been the chief financial officer at the Georgia

23  Department of Education.

24     Q     Did you work with Mr. Austensen while you

25  were a director at DBHDD?



1      A     No.

2      Q     In this email you advise Mr. Austensen

3   that you're now with DBHDD; is that right?

4      A     That is correct.

5      Q     And you say, quote:  "I'm providing

6   oversight and supporting the GaDOE's GNETS program."

7   Is that right?

8      A     Correct.

9      Q     The reference here to GaDOE means the

10  Georgia Department of Education?

11     A     Correct.

12     Q     We've talked a bit about your job

13  responsibilities, but I want to be sure that I'm

14  clear here.

15         When you say you're providing oversight,

16  in what ways did you understand yourself to be

17  providing oversight of GaDOE's GNETS program?

18     A     Oversight for the revision of the GNETS

19  rule, oversight for the updating of the procedurals

20  manual, oversight for making sure that divisions

21  within the Georgia Department of Education were

22  working together to -- particularly on the

23  facilities program.  And oversight for making sure

24  that the Georgia Department of Education knew who --

25  what resources existed outside or external of the

1  Georgia Department of Education.

2       Q    In this email you say you were in Twin

3  Towers two to three days per week.  What does that

4  mean?

5       A    I went to work at Twin Towers, which is

6  the Georgia Department of Education, for two to

7  three days per week.

8       Q    So Twin Towers is the Georgia Department

9  of Education building?

10      A    That is correct.

11      Q    You were working full-time at the time you

12  sent this email?

13      A    Yes.

14      Q    And so the remaining days of the week, I

15  take it, you were at DBHDD?

16      A    Yes, unless I was offsite doing other

17  work, yes.

18      Q    And in what circumstances would you do

19  work offsite?

20      A    I would have attended professional

21  learning opportunities with Nakeba.  I would have

22  met with Nakeba at a particular GNETS if she needed

23  me to be there.

24           I attended all of the rulemaking sessions

25  which were outside of the Atlanta area, outside of



1  the Georgia Department of Education.

2          MS. GARDNER:  I am handing the court

3      reporter a document that I'm going to request

4      be marked as Plaintiff's Exhibit 59.

5          (WHEREUPON, Plaintiff's Exhibit-59 was

6       marked for identification.)

7  BY MS. GARDNER:

8      Q    Ms. Keith Brown, the court reporter has

9  handed you Plaintiff's Exhibit 59.  This is an email

10 from Debbie Caputo to you, sent on March 9, 2018,

11 and the subject is "Fwd:  Returning to Retirement."

12     A    Yes.

13     Q    The first page of this email is

14 Bates-stamped GA00152948.

15         This is an email that you received from

16 Debbie Caputo?

17     A    Yes.

18     Q    And this email is a forwarded email

19 message; is that right?

20     A    Yes.

21     Q    Am I correct in understanding that if you

22 look at the sort of bottom of the first page and

23 then on to the second page, that this is a

24 communication from you to the State Board of

25 Education members around the time that you resigned



1  your position as director at DBHDD?

2      A    Yes.

3      Q    And if you look at the last paragraph on

4  the first page, you say:  "Ensuring all children

5  receive a quality education is not easy,

6  particularly for our most vulnerable children."

7          Do you see that?

8      A    Yes.

9      Q    In what ways was it not easy ensuring the

10 most vulnerable children receive a quality

11 education?

12     A    It's hard work.

13     Q    I'm asking just what were the things that

14 made you say that?

15     A    26 years of working at the Georgia

16 Department of Education and, in many departments,

17 thinking about some of the students who are in

18 school districts without a lot of resources,

19 thinking about children who live in poverty, because

20 that's what I worked mostly with, are students who,

21 you know, lived in poverty.  And it's challenging to

22 overcome some of those needs.

23     Q    Did the, quote, "most vulnerable children"

24 that you refer to here include students in GNETS?

25     A    Not specifically.  It included all -- any



1   vulnerable children.

2       Q    So my question was, would GNETS students

3   have been included in that, or are you saying

4   they're not a part of that group?

5            MS. HERNANDEZ:  Objection.

6       Q    You can answer the question.

7            MS. HERNANDEZ:  You can answer.

8       A    This statement is a statement that I made

9   because of the long history that I have with working

10  with children who I consider to be vulnerable.  It

11  could include any vulnerable child or any vulnerable

12  children.  It does not exclude GNETS students.

13      Q    Do you consider students with severe

14  emotional and behavioral disabilities to be

15  vulnerable?

16           MS. HERNANDEZ:  Objection.

17           You can answer.

18           You can answer.

19      A    No, not -- not in the sense that without

20  supports they would be vulnerable.  I would not make

21  that as a general statement, no.

22      Q    But is it your -- is what I just heard you

23  to say that if those students don't have supports,

24  then they are vulnerable?

25           MS. HERNANDEZ:  Object.  You can answer.



 1       Q     You can answer.

 2       A     Yes, I would say they would be vulnerable.

 3       Q     You go on to say, a couple of sentences

 4   later:  "However, I am confident that GNETS has

 5   accountable, competent, caring staff and State Board

 6   Members who fully understand GaDOE's role in

 7   ensuring children are getting the best possible

 8   service in the least restrictive environment."

 9             Do you see that?

10       A     Yes.

11       Q     What did you mean when you said GNETS has

12   accountable staff and State Board Members?

13       A     Accountable staff, I meant people at the

14   Georgia Department of Education who would work with

15   GNETS, who -- and hold GNETS accountable for looking

16   at the data, reviewing the data on children who were

17   receiving services through GNETS.

18             State Board Members because of --

19   specifically because of the approved rule, the rule

20   that was approved or passed by the State Board of

21   Education, where in the rule it specifies that the

22   -- that students are to receive services in the

23   least restrictive environment, and that was

24   comforting to me that it was spelled out in that

25   rule.



1       Q    So starting first with the way in which
2   State Board of Education members were accountable,
3   you reference the State GNETS rule that says that
4   students are to receive services in the least
5   restrictive environment?
6       A    Yes.
7       Q    That was the sort of accountable hook for
8   the State Board of Education?
9       A    Yes.
10      Q    And then I believe with respect to staff
11  -- and to clarify, does staff here refer to Georgia
12  Department of Education staff?
13      A    Correct.
14      Q    So for Georgia Department of Education
15  staff, the accountability there, as you said, is an
16  accountability -- help me repackage what you -- can
17  you just recap what you said in terms of how Georgia
18  Department of Education staff are accountable?
19      A    They would -- specifically here, I'm
20  thinking -- I was thinking about Nakeba and staff
21  she worked with in terms of making sure that the
22  GNETS programs, the GNETS directors were collecting
23  data that they needed to make decisions -- to help
24  make decisions or inform local school districts and
25  schools, and any other -- I just felt there were



1  staff in place to make sure that the rule was going

2  to be implemented the way the State Board of

3  Education intended for the rule to be implemented.

4      Q    What prompted your decision to leave DBHDD

5  in 2018?

6      A    It was personal.

7      Q    Did anyone replace you in the role that

8  you had held as director at DBHDD?

9      A    No.  Not to my knowledge.

10         MS. GARDNER:  We have been going for a

11      minute.  It might be helpful to take a

12      ten-minute break.

13         THE WITNESS:  That would be very helpful.

14         THE VIDEOGRAPHER:  Off the record at 10:51

15      a.m.

16         (A recess was taken.)

17         THE VIDEOGRAPHER:  We're back on the

18      record at 11:06 a.m.

19  BY MS. GARDNER:

20      Q    We had started to talk about some of the

21  people at the Georgia Department of Education that

22  you worked with regularly, and in the context of

23  that you started to tell me a little bit about the

24  kinds of GNETS-related projects, if you will, that

25  you, that you worked on.



1          I'm going to do my best to kind of group

2    those into some broad categories so that we can sort

3    of work from the same page in terms of some of the

4    big areas in which you worked on GNETS.  Is that

5    okay?

6          A    Yes.

7          Q    Okay.  So I believe that you told me that

8    one of the broad areas in which you worked on GNETS

9    related to a strategic plan; is that right?

10         A    Yes.

11         Q    A second area that you mentioned was a

12   GNETS manual?

13         A    I reviewed that manual, yes.

14         Q    What is a GNETS manual?

15         A    It was a document providing guidance on

16   how to implement the GNETS rule.

17              THE VIDEOGRAPHER:  I'm sorry, do you have

18        your mike back on?

19              THE WITNESS:  You're good.

20              MS. GARDNER:  Want me to start over?

21              THE VIDEOGRAPHER:  No.  Thank you.

22   BY MS. GARDNER:

23         Q    So in addition to working on a strategic

24   plan for GNETS, you also worked on guidance for

25   GNETS?



1       A    Yes.

2       Q    You mentioned that you worked on

3   rulemaking related to GNETS?

4       A    Yes.

5       Q    Some facilities related projects?

6       A    Yes.

7       Q    And then also you were involved in some

8   hiring related to GNETS?

9       A    Yes.

10      Q    Are there any other broad areas in which

11  your work related to GNETS that don't fall into one

12  of those buckets?

13      A    No.

14           MS. GARDNER:  I am going to hand the court

15       reporter what I would like to be marked as

16       Plaintiff's Exhibit 60.

17           (WHEREUPON, Plaintiff's Exhibit-60 was

18        marked for identification.)

19  BY MS. GARDNER:

20      Q    Ms. Keith Brown, the court reporter has

21  handed you Plaintiff's Exhibit 60, which is an

22  appointment invitation from Nakeba Rahming sent to

23  herself and to you.  The subject is "GNETS Planning

24  Meeting."  The location says "Clara's Office."

25           The start time is February 8, 2016, 2:30



 1  p.m.  This document bears the Bates-stamp

 2  GA00481563.

 3          Is this a calendar invitation that you

 4  received from Ms. Rahming?

 5      A    Yes.

 6      Q    And correct that in this calendar

 7  invitation Ms. Rahming says:  "We will be meeting to

 8  review and discuss our updates on our project plan,

 9  strategic plan, data collection progress and outline

10  for a service delivery model"?

11      A    Yes.

12      Q    Did anyone else attend this meeting apart

13  from you and Ms. Rahming?

14      A    I would not remember.

15      Q    But the calendar invitation wasn't sent to

16  anyone except for you and Ms. Rahming?

17      A    That's correct.

18      Q    Of the things that are listed here as

19  subjects of your meeting, you've already told me

20  about just generally that you worked on a strategic

21  plan?

22      A    Yes.

23      Q    This calendar invitation references a

24  project plan.  What is that?

25      A    That would have been a plan that Nakeba



1   had to outline the broad areas of work that I

2   mentioned earlier, revising the State Board rule,

3   looking at the operations manual to implement that

4   rule, and any collaboration with partners that we

5   were trying to establish.

6        Q    And when you say it outlined the broad

7   areas of work, in what ways did it outline the broad

8   areas of work?

9        A    An example would be with the strategic --

10  with the State Board of Education rule, the GNETS

11  rule, we would have defined the steps that we needed

12  to take.  We would have defined a person responsible

13  for ensuring those steps were met.

14           We would have -- for that rule, for

15  example, we would have defined that we needed

16  geographical locations at varying times during the

17  day so as many stakeholders as possible could attend

18  the meetings.

19       Q    And so I take it that plan included

20  multiple broad areas of work but one of which is,

21  you're using as an example, is GNETS rulemaking?

22       A    Yes.

23       Q    You also, it sounds like from this

24  calendar invitation, were planning to discuss data

25  collection progress?



1      A    Yes.

2      Q    And what does that refer to?

3      A    So that would have been Nakeba's project,

4  and she would have been updating me on data

5  collection.  I don't recall the specific data

6  collection that she's referring here, but that would

7  have been Nakeba's responsibility.

8      Q    Okay.  So the data collection progress was

9  a project of Ms. Rahming's?

10      A    Yes.

11      Q    And in this meeting she would have just

12  been providing you with updates on how that project

13  was coming along?

14      A    Correct.  And I would have been providing

15  her my guidance on who she needed to talk to to make

16  that happen, if she needed my help.

17      Q    Now, the strategic plan that's mentioned

18  here, whose project was that?

19      A    That would have been Nakeba's project.

20      Q    And what was then your role in the

21  strategic plan?

22      A    I would -- I'm sorry.

23          I would have been there to provide

24  guidance, answer questions that I had knowledge

25  about, give -- an example would be if the State



1  Board of Education rule is passed by the State Board

2  of Education, in the strategic plan we need to make

3  sure that GNETS directors have access to that plan

4  and that there is training on -- well, technical

5  assistance on that plan.

6           I would have been there to make sure that

7  was included.

8      Q    Okay.  Moving on, this calendar invitation

9  references outlining for a service delivery model?

10     A    Yes.

11     Q    What is that?

12     A    I can't answer that question.  That would

13 have been Nakeba.

14     Q    So that would have been a project of Ms.

15 Rahming's?

16     A    That is correct.

17     Q    As with the data collection progress

18 project, is that a project of Ms. Rahming's that she

19 would have been providing you updates on?

20     A    That's correct.

21     Q    And likewise, with the project plan, was

22 that a project of Ms. Rahming's as well?

23     A    It indicates that it is our project plan.

24 So Nakeba and I would have been working on this

25 together, on the project plan together.



1        Q    So for the project plan, you would not

2    have just been receiving updates and providing sort

3    of guidance and feedback, but you would have

4    actively worked on that?

5        A    I would have provided feedback.  I would

6    have asked about timelines.  So I would have worked

7    on that.

8        Q    Okay.  Of the sort of broad areas that

9    we've talked about -- so, for example, the project

10   plan was something that was yours and Nakeba's --

11   are there other areas like that that you would

12   consider both yours and Ms. Rahming's?

13       A    According to this email?

14       Q    Just in general.

15       A    Oh, just in general.

16            Yes.

17       Q    And what are those other areas that would

18   have been considered both of your areas?

19       A    Facilities, the work on facilities.  The

20   work on the rule, the work on partner -- developing

21   the partnerships, looking at additional -- what

22   other resources were available within the State.

23       Q    Did you and Ms. Rahming meet regularly to

24   discuss the updates in the four areas that are

25   outlined in this calendar invitation?

1      A     Yes.

2      Q     How frequently would you meet?

3      A     Formally, at least once per week.

4  Informally, two or three times per day, depending on

5  what we needed to work on.

6      Q     Did anyone else participate on a regular

7  basis in your meetings with one another?

8      A     Depending on what we were discussing.  If

9  we were discussing facilities, facilities would be

10  there.  If we were discussing a rule and we needed

11  someone from the Policy Division, someone from the

12  Policy Division would be there.

13         But this email is an example of the

14  opportunities that we took to work together.

15      Q     Before we move on, I want to ask about

16  some groups and other committees where you may have

17  had regular GNETS-related activities.

18         Did you interact at all with GNETS

19  directors meetings?

20      A     Define interact.

21      Q     Did you have any -- did you play any role

22  or have any responsibilities with respect to GNETS

23  directors meetings?

24      A     No.

25      Q     Did you ever attend any of the meetings?



1　　　A　　Yes.

2　　　Q　　And so what are the GNETS directors

3　meetings?

4　　　A　　Meetings of the GNETS directors.

5　　　Q　　How frequently do those meetings occur?

6　　　A　　I'm not really sure how frequently they

7　occurred.  I know that while I was there, at least

8　monthly there was a meeting.

9　　　Q　　And what was the purpose of the GNETS

10　directors meetings, generally?

11　　　A　　To discuss whatever the GNETS directors

12　and Nakeba felt needed to be discussing at that

13　particular time -- they needed to discuss at that

14　particular time.

15　　　Q　　So Ms. Rahming also would have attended

16　those GNETS directors meetings?

17　　　A　　Yes.

18　　　Q　　Who led the meetings?

19　　　A　　It depended on what was on the agenda.  If

20　it were related to the State Board rule, data

21　collection, Nakeba would have actually presented --

22　or even the -- what else is on here?

23　　　　　I said data collection.  Nakeba would have

24　led those meetings.  But otherwise, it would have

25　been led by a GNETS director who was selected at



1  that time to be the person to lead the group.

2      Q    What about the GNETS consortium, have you

3  heard that term?

4      A    Yes, I have, but I don't recall enough

5  details about what that meant.

6      Q    What about the GNETS LEA Collaborative?

7      A    I recall being in conversations where that

8  was discussed.  I might have attended meetings but I

9  can't recall any specific details about it.

10          MS. GARDNER:  I'm going to hand the court

11      reporter what I would like to have marked as

12      Plaintiff's Exhibit 61.

13          (WHEREUPON, Plaintiff's-Exhibit-61 was

14      marked for identification.)

15  BY MS. GARDNER:

16      Q    The court reporter has handed you what is

17  marked as Plaintiff's Exhibit 61.  This is an email

18  from you to Judy Fitzgerald, with a copy to Ruth

19  Rogers, and the subject line is "Meeting on December

20  7."

21          The document is Bates-stamped GA00481727.

22          This is an email from you to Commissioner

23  Fitzgerald?

24      A    Yes.

25      Q    And here you note for the Commissioner



1  that you have a monthly meeting scheduled with her

2  for December 7, 2017, at 11:00 a.m.?

3      A    Yes.

4      Q    And then you note that there is a

5  conflict, and that conflict is the quarterly LEA

6  Collaborative that the Georgia Department of

7  Education has scheduled?

8      A    Correct.

9      Q    If you skip down just a bit, it says:

10  "The Collaborative is GaDOE's opportunity to meet

11  with local school superintendents, special education

12  directors, and GNETS directors to address any

13  technical assistance needs for services provided by

14  GNETS.  I am an active participant in this meeting."

15          Do you see that?

16      A    Yes.

17      Q    So you were an active participant in this

18  particular LEA Collaborative that was scheduled?

19      A    Yes.

20      Q    And does your description of the LEA

21  Collaborative, the opportunity that it presents,

22  accurately reflect your understanding of sort of the

23  nature and purpose of that meeting?

24      A    Yes.

25      Q    When you say here you are an active



1  participant in the meeting, what role did you play?

2      A    Because it was a technical assistance

3  meeting, if they had questions about the State Board

4  of Education rule and that rulemaking process, I

5  would have been the person they relied on to answer

6  those questions.

7      Q    Okay.  So your role was basically to

8  provide guidance on the revised GNETS rule?

9      A    If those questions came up, that is

10 accurate, yes.

11     Q    Are you familiar with an Executive

12 Committee?

13     A    An Executive Committee of --

14     Q    A GNETS Executive Committee, Georgia

15 Department of Education Executive Committee.

16     A    Yes, I am familiar with a Georgia

17 Department of Education Executive Committee, and

18 there may have been a GNETS Executive Committee but

19 I'm just not recalling all of those committee

20 structures at the time.

21     Q    Okay.  What is the Georgia Department of

22 Education Executive Committee?

23     A    The Executive Committee would have been a

24 meeting of deputy superintendents from the Georgia

25 Department of Education, and there may have been



 1   others, but by title and role I can't specify what

 2   those are right now.

 3       Q    And you don't recall, sitting here at this

 4   moment, whether there was a GNETS Executive

 5   Committee?

 6       A    I don't recall that there -- not by that

 7   name.  I don't recall.

 8       Q    You mentioned previously that you were

 9   involved -- one of the broad sort of areas that you

10   worked in involved hiring related to GNETS, right?

11       A    Hiring?

12       Q    Hiring related to GNETS.

13       A    No, not hiring related to GNETS.

14       Q    Let me reframe that.

15            In the work that you did related to GNETS,

16   you were involved in some hiring-related activities?

17       A    I was involved in hiring Nakeba Rahming at

18   the Georgia Department of Education, whose

19   responsibility would have been for the GNETS

20   program.

21       Q    Thank you.

22            Were you involved in hiring anyone else at

23   the Georgia Department of Education who had

24   responsibilities related to the GNETS program?

25       A    I don't recall now.  I don't recall.



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                          76

1      Q    Were you involved in the hiring of Vickie
2  Cleveland?
3      A    Of who?
4      Q    Vickie Cleveland.
5      A    I think I may have been consulted or -- I
6  know I knew about it.  So I could have been
7  involved.
8      Q    What role did you play in Ms. Rahming's
9  hiring?
10     A    I helped draft the job description for
11 that position.  I worked with Debbie Gay to work
12 with HR to have that position posted.  I worked on
13 the interview questions.  I sat in on all of the
14 interviews.  I worked with Debbie Gay and Matt Jones
15 to make a recommendation of a person to hire for
16 that position.
17         I actually -- when we made the decision
18 that it would be Nakeba, I was the person who called
19 Nakeba.  I may have sent her an email notification.
20         So I was involved from beginning to her
21 hiring.
22     Q    Okay.  You mentioned that you helped draft
23 the job description for Ms. Rahming's --
24     A    Yes.
25     Q    -- hiring?



```
 1      A    Yes.

 2      Q    And who did you -- when you say you helped

 3  draft, who else worked on drafting that job

 4  description?

 5      A    Debbie Gay, and Debbie may have had

 6  additional help, but specifically with Debbie Gay.

 7      Q    You mentioned that you also sat in on

 8  interviews during the hiring process for Ms.

 9  Rahming's position?

10      A    Yes.

11      Q    Who else participated in those interviews?

12      A    Debbie Gay and Matt Jones.

13           MS. GARDNER:  I'll hand the court reporter

14      what I would like to have marked as Plaintiff's

15      Exhibit 62.

16           (WHEREUPON, Plaintiff's Exhibit-62 was

17       marked for identification.)

18  BY MS. GARDNER:

19      Q    Ms. Keith Brown, the court reporter has

20  just handed you Plaintiff's Exhibit 62, which is an

21  email from you to Deborah Gay with a copy to Matt

22  Jones.  The subject is "Re:  Interview," and the

23  first page of this document is Bates-stamped

24  GA00481511.

25           Is this an email that you sent to Deborah
```



1  Gay and Matt Jones about the interview process that

2  we've just been discussing that led to Ms. Rahming's

3  hiring?

4      A    Yes.

5      Q    And just to clarify, Deborah Gay is the

6  person who you have been referring to as Debbie Gay?

7      A    Correct.

8      Q    Got to make sure we're clear.

9      A    Yes.

10     Q    And if you take a look to review, am I

11 correct this email chain involves someone who has

12 applied for the position that Ms. Rahming was

13 ultimately hired into withdrawing their application?

14     A    Yes.

15     Q    In your email to Debbie Gay and Matt Jones

16 you say:  "Thanks, Debbie.  I think it's going to be

17 a challenge to get someone but I am hopeful."

18          Do you see that?

19     A    Yes.

20     Q    When you say here you think it's going to

21 be a challenge to get someone, I take it you are

22 referring to get someone hired into the open

23 position that you were in the process of

24 interviewing for?

25     A    Yes.



1       Q    And what prompted you to say you think
2  it's going to be a challenge to get someone into
3  that position?
4       A    The position would be located in Atlanta.
5       Q    And why would that be a challenge?
6       A    It's Atlanta.  You would have to leave
7  wherever you were and work at the Georgia Department
8  of Education.
9       Q    Anything else that made it a challenge?
10       A    We were looking for someone with
11  experience in MTSS, which is a multitiered support
12  system for students with disabilities.  So we
13  thought -- I thought that might be a challenge, but
14  the main challenge would have been uprooting and
15  moving to Atlanta and living in the metro area but
16  working daily at the Georgia Department of
17  Education.
18       Q    So the primary challenge was the fact that
19  the job was in Atlanta?
20       A    Yes.
21       Q    And then you mentioned that you also
22  thought it might be a challenge to get someone with
23  experience in MTSS?
24       A    Yes.
25       Q    And why would it be a challenge to get



1  someone with experience in MTSS?

2      A    A multitiered system of support was, was a

3  direction that the State was headed for all

4  students.  It was a part of the school improvement

5  planning process, to make sure that every student

6  had the level of support that every student needed

7  and to have someone who had actually worked in

8  developing a multitiered support -- system of

9  support, not that it was -- it was new, it would

10 have been by a different name, but someone who had

11 done all of that research and actually worked at a

12 school and a district level, providing that level of

13 support would have been challenge -- well, we found

14 to be challenging.

15     Q    So you actually did find someone with MTSS

16 experience challenging?

17     A    Yes.

18     Q    You mentioned that Debbie Gay and Matt

19 Jones were involved in the interviewing process.

20 Was anyone else at the Georgia Department of

21 Education involved in the interview process?

22     A    Not to my knowledge.  I don't recall

23 anyone, no.

24     Q    Was anyone at DBHDD involved in the

25 interview process apart from you?



CLARA KEITH BROWN                                      June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              81

1        A    No.

2             MS. GARDNER:   I am handing the court

3        reporter a document that I would like to have

4        marked as Plaintiff's Exhibit 63.

5             (WHEREUPON, Plaintiff's Exhibit-63 was

6         marked for identification.)

7   BY MS. GARDNER:

8        Q    The court reporter has handed you

9   Plaintiff's Exhibit 63.  This is an email from you

10  to an email address that appears to be Debbie Gay's,

11  with the subject "Interview Questions."

12            And the first page of this is

13  Bates-stamped GA00481478.

14       A    Yes.

15       Q    Am I correct that this was in fact sent to

16  Debbie Gay?

17       A    Yes.

18       Q    You sent this email on October 6, 2015?

19       A    Yes.

20       Q    There is one attachment to this email, a

21  Word document with the title "Interview Questions

22  GNETS Position."

23            Is that right?

24       A    Yes.

25       Q    Is the GNETS position that the attachment



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              82

1  title references the one that Ms. Rahming was hired

2  to fill?

3        A    Yes.

4        Q    So I believe you said earlier you were

5  involved in developing the interview questions for

6  the hiring of that position?

7        A    Yes.

8        Q    And am I correct that in this email you

9  are forwarding that list of interview questions to

10  Ms. Gay?

11        A    Correct.

12        Q    If you will turn to the attachment, the

13  first page of which is Bates-stamped GA00481479.

14             The second question down you say:

15  "Describe your experiences with accessing the status

16  of a program, documenting results, recommending

17  changes, and improvement based on research and

18  evaluation data."

19             Do you see that?

20        A    Yes.

21        Q    That was one of the interview questions

22  for Ms. Rahming's position?

23        A    Yes.

24        Q    Why did you include this question in the

25  set of questions for the interview?



1        A    I thought that it was important that the

2   person hired for that position knew how to use data

3   to evaluate the success of a program.

4        Q    Because that was going to be a part of the

5   role?

6        A    Part of the role was going to be assessing

7   how well programs were meeting the State Board of

8   Education rule based on the manual or guidance that

9   was provided by the Department of Education.

10           MS. HERNANDEZ:  Sorry.  I think it's

11      frozen.

12           THE VIDEOGRAPHER:  It is frozen.  I just

13      noticed that.

14           Can we go off the record for a second?

15           Off the record at 11:40 a.m.

16           (A recess was taken.)

17           THE VIDEOGRAPHER:  We're back on the

18      record at 11:45 a.m.

19   BY MS. GARDNER:

20        Q    Ms. Keith Brown, moving down to the next

21   question.

22        A    Okay.

23        Q    It says:  "This position requires the

24   specialist to provide leadership and general

25   supervision of the State's GNETS program."



CLARA KEITH BROWN                                              June 07, 2022
UNITED STATES vs STATE OF GEORGIA                                        84

 1          How do you define an effective leader?  Do
 2   you see that?
 3      A    Yes.
 4      Q    That was another interview question for
 5   Ms. Rahming's position?
 6      A    This internal document, this draft, and so
 7   it was sent to Debbie Gay to review it.  If it ended
 8   up on the actual interview, I can't say, but, yes,
 9   that's what's written here.
10      Q    And this was a draft that you prepared?
11      A    Correct.
12      Q    In including this question, what was your
13   understanding of the leadership the GNETS director
14   was to provide for the State's GNETS program?
15      A    Leadership in implementing the State Board
16   rule in accordance to the guidance that was
17   developed in what we call the GNETS manual.
18      Q    In what way did you understand the GNETS
19   director was to provide general supervision of the
20   State's GNETS program?
21      A    General supervision of the grant funds
22   going to the GNETS.  That was a process that we had
23   to figure out at the Georgia Department of
24   Education, how do you get the funding to the GNETS.
25          General supervision of if the State had



 1  determined that GNETS needed any professional

 2  learning in the rule or any component or aspect of

 3  the rule, to provide that leadership to ensure that

 4  it happened.

 5      Q    Any other ways in which you understood the

 6  GNETS director was to provide general supervision of

 7  the State's GNETS program?

 8      A    Not any specific things, no.

 9      Q    Moving to the next question, you include

10  "What is the State's role in implementing the GNETS

11  program?"

12          Do you see that?

13      A    Yes.

14      Q    What were you looking for from interview

15  candidates in response to this question?

16      A    I wanted to make sure that the person we

17  hired for this position knew that the State did not

18  control or administer the GNETS; that the GNETS were

19  independent of the Georgia Department of Education

20  in the sense that they have the directors.  Their

21  directors did not report to anyone at the Georgia

22  Department of Education, but that the Georgia

23  Department of Education did have a State Board of

24  Education rule and it did have guidance on how to

25  implement that rule.



1          And I thought that it would be very

2   important for the person to have done their research

3   on that model and to understand that while you're

4   not supervising the directors directly, the State

5   has a Board of Education rule and GNETS have to

6   abide by that rule.

7        Q    Moving down to the last question on this

8   page, and you include -- it says, "Share your

9   thoughts on the relationship between instruction and

10  therapeutic support."

11         Do you see that?

12       A    Yes.

13       Q    What were you looking for from interview

14  candidates in response to this prompt?

15       A    It was my goal that this is where we would

16  learn candidates' experience with a continuum of

17  support, a multitiered system of support, because if

18  they understood that students receiving the

19  therapeutic support as -- included in their IEP,

20  that they would be -- "they" being the students --

21  would be successful in their learning.  And if

22  teachers understood the connection between

23  therapeutic support and instruction, then we would

24  have a system where students would get the support

25  that they need and the instruction would, would -- a



1  student would then be successful.

2      Q    So is it fair to say that in terms of a

3  sufficient answer to this question that you viewed

4  there being a relationship between instruction and

5  therapeutic support such that therapeutic support

6  was a prerequisite, if you will, to students within

7  the GNETS program receiving effective instruction?

8      A    Yes.

9      Q    Turning to Page 2 of -- and the second

10  question down on that page, you include the

11  question:  "What qualities do you think a manager

12  implementing a large-scale program with political,

13  local school/school district, state (and perhaps

14  national) interest should possess?"

15         Do you see that?

16      A    Yes.

17      Q    What did you hope to learn by adding this

18  question?

19      A    I wanted just the person's thinking and

20  understanding what an individual would have to know,

21  what competencies that person would have to have in

22  order to be successful in implementing a large-scale

23  program.

24      Q    Am I correct in understanding that you

25  viewed the GNETS education program specialist as a



1  manager who would be implementing a large-scale

2  program?

3      A    No.  The manager would, would actually --

4  the GNETS director would be implementing a

5  large-scale program.  It was really important for me

6  that the person understood that GNETS directors are

7  actually implementing a large-scale system of

8  support or large-scale services, and it's important

9  that the person in that position understand that it

10  requires a certain skill set in order to implement

11  it effectively.

12      Q    And how would the education program

13  specialist understanding that skill set benefit them

14  in their position?

15      A    So my thinking was that if a -- if the

16  program manager or specialist understood that

17  directors may get pushback from local school

18  districts or get requests to implement certain

19  strategies, or whatever the request might be, that

20  they may need someone to help guide them through

21  that process.

22          If I don't understand that process, how

23  can I ensure that the GNETS director, or directors,

24  would implement the State Board of Education rule

25  the way that the State Board of Education intended



 1  for that rule to be implemented?

 2       Q    So, in your view, understanding the answer

 3  to this question was going to permit the education

 4  program specialist to guide GNETS directors through

 5  their process as they worked with regional GNETS

 6  programs?

 7       A    Yes.  Provide support and guidance to the

 8  GNETS directors.

 9       Q    Skipping over to Page 4, the very first

10  question on that page says:  "Some parts of this

11  position aren't glamorous - but are crucial.  An

12  example is the amount of travel.  What challenges

13  would you have?  If in a given week or month, most

14  of your time were taken up with travel, how would

15  you stay focused and motivated?"

16            Do you see that?

17       A    Yes.

18       Q    Why was travel a crucial part of the GNETS

19  education program specialist position?

20       A    It was important because the GNETS person

21  would need to collaborate, communicate with GNETS

22  directors.  They may have -- that person would have

23  had to go on-site.  That person would have had to

24  provide training.  And since GNETS are regional, it

25  may require -- it may have required regional



1  meetings as opposed to statewide meetings.

2         If there were any professional learning

3  that was recommended for all GNETS directors, either

4  recommended for GNETS directors or recommended as a

5  Train The Trainer model, then that person would need

6  to secure the delivery of that professional

7  learning.  That person would need to then actually

8  go on-site to ensure that the intended professional

9  learning is exactly what happened.

10    Q    So the GNETS education program specialist

11  may have needed to travel on-site for purposes of

12  providing training?  Is that one of the sort of

13  purposes of travel in this particular position?

14    A    Yes.

15    Q    And then I think you also mentioned in

16  situations where the education program specialist

17  may not have been providing the training themselves,

18  they might be on-site to ensure that the training

19  delivered was actually what was supposed to be

20  delivered?

21    A    Yes.

22    Q    Did the GNETS education program specialist

23  travel on-site to assess programs in any way?

24    A    Yes.

25    Q    And sort of what was the nature of the



1  assessment that the education program specialist

2  might travel to GNETS programs for?

3      A    The GNETS were required to complete the

4  strategic plan.  There is an assessment partner.  So

5  the GNETS person would have gone on-site to have a

6  discussion about that rating.

7      Q    And when the GNETS education program

8  specialist went on-site to have a discussion about

9  that rating, was the education program specialist

10 looking at anything to determine whether that rating

11 was accurate?

12     A    I hesitate because I did not see any data,

13 for example, that the -- that the specialist would

14 have -- that Nakeba in this particular case would

15 have pulled, but -- so I can't say for certain that

16 that is exactly what happened.

17     Q    Okay.  Was there any out-of-state travel

18 required for or contemplated for the education

19 program specialist?

20     A    I don't recall.

21         MS. GARDNER:  I'm handing the court

22     reporter what I would like to request be marked

23     as Plaintiff's Exhibit 64.

24         (WHEREUPON, Plaintiff's Exhibit-64 was

25      marked for identification.)



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              92

```
 1  BY MS. GARDNER:
 2      Q     The court reporter has handed you
 3  Plaintiff's Exhibit 64.  This is an email chain, and
 4  the email at the top is an email from Ms. Rahming to
 5  you, dated November 19, 2015.  The subject line is
 6  "Re:  Thank You."
 7           The first page of this is Bates-stamped
 8  GA00196539.
 9           This top email is an email that you sent
10  to Ms. Rahming?
11      A     Yes.
12      Q     And am I correct that in this email
13  thread, on November 19th, 2015, Ms. Rahming wrote to
14  you to thank you for the opportunity to interview
15  with her team at the Georgia Department of
16  Education?
17           (Witness reviews exhibit.)
18      A     Yes.  Your question?
19      Q     Do you want me to repeat the question?
20      A     Yes, please.
21      Q     Am I correct that in this email thread on
22  November 19th, 2015 Ms. Rahming wrote to you to
23  thank you for the opportunity to interview with her
24  team at the Georgia Department of Education?
25      A     Yes.
```



1      Q     If you turn to the second page, Ms.

2   Rahming notes that she has a few questions she

3   remembered after leaving her interview.  Is that

4   right?

5      A     Yes.

6      Q     And so she asks her questions in this

7   email to you?

8      A     Yes.

9      Q     Her first question has to do with the

10  degree of flexibility that existed regarding salary

11  negotiations?

12     A     Yes.

13     Q     And do you see the second question says:

14  "Does this position work with a team or individually

15  provide direct leadership and supervision to GNETS

16  sites?"

17     A     Yes.

18     Q     You responded to those questions in an

19  email that was sent on the same day, right?

20     A     Yes.

21     Q     And in response to Ms. Rahming's second

22  question, which was a question about whether the

23  position worked with a team or individually to

24  provide direct leadership and supervision to GNETS

25  sites, you begin by saying "the best answer to this



1  question is both."  Is that correct?

2      A    Yes.

3      Q    Then you go on to say:  "The position is a

4  newly funded position but expectation is this

5  position will provide direct leadership and indirect

6  supervision to the GNETS.  Some of the operations

7  details are still left to be worked out, thus the

8  reason we stressed the person filling this position

9  will need to be flexible."

10     A    Yes.

11     Q    In what ways was the expectation that the

12 position would provide direct leadership to the

13 GNETS?

14     A    Direct leadership for implementing or

15 adhering to the State Board of Education GNETS rule,

16 and following the guidance that was developed for

17 that rule.

18     Q    Any other ways?

19     A    That's my best answer.

20     Q    In what ways was the expectation that the

21 position would provide indirect supervision to the

22 GNETS?

23     A    Yes.  Indirect because GNETS directors did

24 not report to anyone at the Georgia Department of

25 Education, but the State Board of Education rule



1  following the guidance as outlined in the manual, as

2  well as working on the strategic plan and evaluating

3  each, each director evaluating the services that

4  were provided through GNETS, this person would have

5  -- Nakeba would have been directly responsible for

6  that.

7          THE VIDEOGRAPHER:  I'm sorry, we need to

8      take another break.

9          Off the record at 12:05 p.m.)

10         (A recess was taken.)

11         THE VIDEOGRAPHER:  We're back on the

12     record at 12:09 p.m.

13  BY MS. GARDNER:

14     Q   We were discussing the email that Ms.

15  Rahming sent to you after interviewing with the

16  Georgia Department of Education for the position

17  that she was ultimately hired into.

18         Ms. Rahming includes in her email a third

19  question that she remembered after her interview.

20         Do you see that?

21     A   Yes.

22     Q   And that question is:  "What are your

23  short and long-term expectations of the hired

24  candidate?"

25     A   Yes.



1      Q    You also include in your email response to

2   her an answer to that question?

3      A    Yes.

4      Q    Am I correct that answer says:  "The

5   short-term expectations include working with Debbie

6   Gay and me to develop a project management plan that

7   includes detailed action steps to address program

8   improvements; determining any budget needs to

9   implement program improvements; visiting the GNETS

10  programs to determine current levels of

11  implementation"?

12     A    Yes.

13     Q    And then you go on to say:  "In the

14  long-term, it is important for the GNETS to be an

15  option in the continuum of services for eligible

16  students.  Please note we are expecting the person

17  filling this position to assist in finalizing both

18  short and long-term goals for GNETS."

19     A    Yes.

20     Q    You say at the beginning that the

21  short-term expectations include working with Debbie

22  Gay and you to develop a project management plan

23  that includes detailed action steps to address

24  program improvements?

25     A    Yes.



1    Q    Is that the same project plan that we

2   discussed earlier when looking at the list of issues

3   that you and Ms. Rahming were going to meet about to

4   discuss updates?

5    A    Yes.

6    Q    You also include as short-term

7   expectations working with Debbie Gay and you to

8   determine budget needs to implement program

9   improvements?

10    A    Yes.

11    Q    And then visiting the GNETS programs to

12   determine current levels of implementation?

13    A    Yes.

14    Q    What did you mean by current -- by

15   determining current levels of implementation?

16    A    I don't -- I can't specifically remember

17   exactly why that was there, but it would have -- in

18   my thinking, it would have been related to

19   implementing the State Board of Education rule and

20   the guidance in the, in the GNETS manual.

21    Q    And once Ms. Rahming was hired, did she

22   work with you and Debbie Gay to visit GNETS programs

23   to make that determination?

24    A    Not with -- we did not go as a team.

25    Q    Did Ms. Rahming go?



1      A     To the best of my recollection, she would

2  have begun that process before I left, yes.

3      Q     But you did not accompany her?

4      A     Based on my recollection, it is possible

5  that I accompanied her, but it wasn't necessary for

6  me to actually attend each of those sessions with

7  the GNETS.

8      Q     Okay.  So you may have -- you may have

9  joined Ms. Rahming on some on-site visits but

10  on-site visits were her responsibility, and so you

11  would not have needed to go to every single one?

12      A     That is correct, because the document they

13  would have been using would have been the strategic

14  plan.  They would have been -- they would have

15  actually completed the portion of the strategic plan

16  that the GNETS directors needed to complete for

17  their program.  And so I may have attended a couple

18  of those sessions, but I know I did not go with

19  Nakeba on -- I'm sorry -- Ms. Rahming on every

20  visit.

21      Q     You mentioned the project management plan

22  here.  Did Ms. Rahming in fact work with you and

23  Debbie Gay to develop a project management plan?

24      A     Yes.

25      Q     Was any part of that project management



1  plan developed prior to Ms. Rahming being hired?

2      A    There -- yes.  I developed a project

3  management plan for the three areas that were --

4  that I was expected to work on.

5      Q    And you developed that prior hiring Ms.

6  Rahming?  Ms. Rahming being hired?

7      A    Yes, because her hiring would have been

8  one of the strategies that I would have concluded

9  was necessary when I put together my own project

10 management plan.

11     Q    And so that project management plan that

12 you developed prior to Ms. Rahming's hire, what were

13 those three areas that you had included in that plan

14 already?

15     A    To review the State Board of Education

16 rule and make recommendations.  The recommendation

17 was to begin the negotiated rulemaking; to ensure

18 that once the negotiated rulemaking had started,

19 that there be multiple opportunities for

20 stakeholders to provide comments or to just come and

21 listen, and that those hearings should be held in

22 multiple places throughout the state for

23 geographical representation.

24          That we review -- that I review the manual

25 related to GNETS and determine if that manual, after



1  talking with the special education staff,

2  specifically Debbie Gay, and there may have been

3  other staff, if there was a need to update the

4  manual; to ask questions, like does it accurately

5  represent what you know to be operational at this

6  time; to make recommendations for any professional

7  learning for staff at the Department of Education,

8  for LEA's, for special education directors at local

9  school districts, as well as for GNETS directors.

10         And also to coordinate, collaborate within

11  the Department of Education different divisions, as

12  well as with the DBD -- the Department of Behavioral

13  Health and Developmental Disabilities, to coordinate

14  learning about those resources that were available

15  through DBHDD.

16     Q    So what I understand based on what you

17  just said, that those three areas were the State

18  Board of Education GNETS rule, GNETS manual and

19  guidance, and then coordination of division or areas

20  within the Georgia Department of Education and DBHDD

21  about services?

22         Is that a fair summary of the sort of

23  three general areas that you had included in the

24  project management plan prior to Ms. Rahming's hire?

25     A    Yes.



1      Q    This portion of the project management

2    plan that you developed prior to Ms. Rahming's hire,

3    did anyone else participate in drafting that or was

4    that your responsibility?  How did that come to be?

5      A    That was my responsibility based on my

6    conversation with Mr. Winter and State Board of

7    Education expectations about what my role was to be

8    in this, in this project.

9      Q    Anyone else a part of the conversation

10   with Mr. Winter that sort of provided you with the

11   understanding that you needed to develop this

12   project management plan?

13     A    No.  But I need to explain.

14          Mr. Winter shared with me the report.  He

15   shared with me the State Board of Education rule.

16   As a result of that, I determined what my steps

17   needed to be in order to be able to make

18   recommendations to the State Board.

19     Q    Okay.  And so when you determined those

20   steps, you started to outline those in what was the

21   beginning of the project management plan?

22     A    Correct.

23     Q    Okay.  Who set the short-term goals that

24   you identified in your response to Ms. Rahming here?

25     A    I believe I said she would be expected to



1  finalize short- and long-term goals for GNETS.

2       Q    And so my question to you is, who set the

3  short-term expectations that you outlined before

4  saying that some of the --

5            MS. GARDNER:  I'm sorry.  Let me reframe

6       that because I said short-term goals and that

7       was imprecise.

8  BY MS. GARDNER:

9       Q    You answer Ms. Rahming's question about

10 the short-term expectations of the hired candidate,

11 and so my question to you is, who set the short-term

12 expectations that you shared in this email?

13      A    I don't specifically recall conversations

14 about that, but because I worked with Debbie Gay and

15 Matt Jones, and of course input from the State Board

16 of Education, I believe we would have been the group

17 setting whatever short-term goals for that position.

18      Q    Once you were done interviewing candidates

19 for the GNETS education program specialist position,

20 did you participate in the decision as to who should

21 be hired?

22      A    Yes.

23      Q    Who else participated in that decision?

24      A    Debbie Gay and Matt Jones.

25      Q    Anyone else?



1      A    We would have made a recommendation to the

2    Superintendent of Schools, and the Superintendent of

3    Schools would have made a recommendation to the

4    Georgia Department -- I mean the Georgia Board of

5    Education.

6      Q    Okay.  But in terms of getting to the

7    point of making the recommendation to the

8    Superintendent of Schools, the people involved in

9    that decision would have been you, Matt Jones, and

10   Debbie Gay?

11     A    Correct.

12          MS. GARDNER:  I'm going to hand the court

13          reporter what I would like to have marked as

14          Plaintiff's Exhibit 65.

15          (WHEREUPON, Plaintiff's Exhibit-65 was

16           marked for identification.)

17   BY MS. GARDNER:

18     Q    The court reporter has handed you

19   Plaintiff's Exhibit 65, which is an email from you

20   to Ms. Rahming, sent on December 29th, 2015, with an

21   attachment that bears the title "Finlayson-Rahming

22   employment letter."

23          This is an email that you sent to Ms.

24   Rahming?

25     A    Yes.



1      Q      Just for the record, the first page of

2   this bears the Bates No. GA00196727.

3             You mentioned earlier in our conversation

4   that it was possible you may have sent Ms. Rahming

5   an email about her employment offer with the Georgia

6   Department of Education, right?

7      A      Yes.

8      Q      And is this email that communication?

9             (Witness reviews exhibit.)

10     A      Yes, this is -- that's correct.

11     Q      Thank you.

12            Did Ms. Rahming leave the GNETS education

13  program specialist position that she was hired into

14  at some point?

15     A      I, I would not know that.

16            MS. GARDNER:  I'm handing the court

17        reporter what I would like to have marked as

18        Plaintiff's Exhibit 66.

19            (WHEREUPON, Plaintiff's Exhibit-66 was

20        marked for identification.)

21  BY MS. GARDNER:

22     Q      You've been handed Plaintiff's Exhibit 66.

23  This is an email from you to Jaquenetta Dugger, with

24  copies to Zelphine Smith-Dixon, Andrea Riley,

25  Cassandra Holifield, Nakeba Rahming.



1              It has the subject "Re:  Interviews for

2    GNETS Program Management" and it's dated December

3    19, 2017.

4              The document bears the Bates-stamp

5    GA00481759.

6              Is this an email that you sent?

7         A    Yes.

8         Q    And if you look further down, am I correct

9    in understanding that you were invited to join Ms.

10   Rahming to interview five candidates for the GNETS

11   program manager position?

12        A    Yes.

13        Q    Did you participate in those interviews?

14        A    Yes, to the best of my recollection.

15        Q    Okay.  Who is Jaquenetta Dugger?

16        A    The administrative assistant for Federal

17   Programs at the Georgia Department of Education.

18        Q    And is she sending this email, to the best

19   of your understanding, on behalf of Ms. Rahming?

20        A    Yes.

21        Q    Was Ms. Rahming working in Federal

22   Programs at this time?

23        A    I'm not sure about the organizational

24   structure at that time.

25        Q    Who was ultimately hired into this GNETS



 1  program manager position?

 2      A    I believe that would have been Vickie -- I

 3  cannot remember her last name, but I believe it

 4  would have been Vickie.

 5      Q    Was it Vickie Cleveland?

 6      A    Vickie Cleveland, yes.

 7      Q    The title of the position that's being

 8  interviewed for here says GNETS program manager.

 9  Ms. Rahming was hired into a position that was

10  education program specialist.

11          Was there some change in title?

12      A    I believe so.  I don't recall what that

13  change would have been.

14      Q    Is it your understanding that these

15  interviews were to fill the position that had been

16  filled by Ms. Rahming?

17      A    Yes.

18      Q    At the time Ms. Rahming was hired, her

19  position was a new position; is that right?

20      A    Yes.

21      Q    Were you a part of the decision to create

22  that new position?

23      A    Yes.

24      Q    Who else participated in that decision?

25      A    I made a recommendation to the State Board



1  of Education as a part of my role at that time, and
2  I'm not sure how we went from that point to it
3  actually being approved.
4      Q    Okay.
5      A    But the other person who would have been
6  -- other persons who would have been a part of that
7  conversation would have been Matt Jones and Debbie
8  Gay.
9      Q    Okay.  So you, Matt Jones, and Debbie Gay
10 would have been a part of the conversation leading
11 to the recommendation that the position that Ms.
12 Rahming was ultimately hired into be created?
13     A    Yes.
14     Q    And you would have made that
15 recommendation to the State Board of Education?
16     A    Correct.
17     Q    Were you involved in Ms. Rahming's
18 onboarding?
19     A    In an official capacity, no.  That would
20 have been handled by HR.
21     Q    Okay.  And to clarify, when I say
22 onboarding, I am referring to sort of bringing Ms.
23 Rahming up to speed on substantively the things that
24 she was going to be working on.
25          Was there some process by which she was



1   oriented when she arrived at the Georgia Department

2   of Education to -- you know, the projects she would

3   be working on or the expectations that had been set

4   for her?

5        A    Yes.

6        Q    And who did that orienting?

7        A    I would have done that.

8        Q    What did that process look like?

9        A    That was 2016.  I'm not sure that I

10  remember every detail, but I will share with you

11  what I recall.

12            I would have shared the project management

13  plan.  I would have shared the GNETS rule that was

14  in effect at that time.  I would have shared the

15  report from the U.S. Department of Justice.  I would

16  have shared with her key members of the Special

17  Education Department within the Georgia Department

18  of Education.

19            I would have had conversations with her

20  about her experience with a continuum of services.

21  I would have had conversations with her about

22  feeling comfortable in asking questions and asking

23  for support if she needed support.

24            I most likely would have provided her a

25  list of the GNETS.  I most likely would have



1  provided her contact information for the GNETS as

2  well.

3      Q    The strategic plan that you mentioned was

4  one of Ms. Rahming's projects.  Had that been

5  started at the time that you were assisting Ms.

6  Rahming in sort of getting her bearings within the

7  Department of Education?

8      A    Yes.

9      Q    Who started that prior to Ms. Rahming

10  arriving?

11     A    She would have started that.

12     Q    She would have started that when she

13  arrived?

14     A    Yes.

15     Q    In discussing the calendar invitation we

16  looked at earlier for the meeting between you and

17  Ms. Rahming that outlined the four areas in which

18  Ms. Rahming was providing updates to you, do you

19  recall that?

20     A    Yes.

21     Q    And you can look back if you would like.

22          One of the things listed was an outline

23  for service delivery model.  Do you recall that?

24     A    Yes, I do.

25     Q    What is a service delivery model?



 1      A    I don't have the expertise to answer that.

 2      Q    Okay.

 3           MS. GARDNER:  I'm handing the court

 4      reporter what I'd like to have marked as

 5      Plaintiff's Exhibit 67.

 6           (WHEREUPON, Plaintiff's Exhibit-67 was

 7       marked for identification.)

 8  BY MS. GARDNER:

 9      Q    You've been handed Plaintiff's Exhibit 67.

10  This is an email from you to Scarlet Brown, dated

11  December 4, 2015, and the first page bears

12  Bates-stamp GA00481536.

13           Am I correct this is an email exchange you

14  had with someone named Scarlet Brown?

15      A    Yes.

16      Q    And who is Scarlet Brown?

17      A    She worked for a school district and she

18  attended a conference that I attended.

19      Q    What school district did she work for?

20      A    I don't recall.

21      Q    If you turn to the second page of this.

22      A    Yes.  Give me a moment.

23           (Witness reviews exhibit.)

24      A    Okay.

25      Q    So on the second page, the sort of email



1  that appears at the very bottom, it says that it was

2  sent on Wednesday, November 4, 2015.

3          You write to Ms. Brown asking her to send

4  you information you talked about with her at a

5  conference.

6          Am I reading that correctly?

7     A    Yes.

8     Q    Then Ms. Brown responds to you on December

9  3rd, 2015.  Is that right?

10    A    Yes.

11    Q    And if you look in the sort of end of the

12 second paragraph, beginning her email, she says:  "I

13 did want to mention a few programs, resources, et

14 cetera, that you may be interested in researching

15 further."

16         Do you see that?

17    A    Yes.

18    Q    And then she lists those programs,

19 resources, et cetera, in a number of bullet points

20 that follow?

21    A    Yes.

22    Q    She goes on to say, after she provides the

23 bullet points:  "I hope these will be helpful and

24 provide some ideas for thinking differently about

25 supporting students, families and schools in meeting



1  the needs of our most challenging, complex

2  students."

3          Do you see that?

4      A    Yes.

5      Q    Had you shared something with Ms. Brown

6  before this email exchange suggesting that you were

7  looking for ideas for thinking differently about

8  supporting students, families, and schools and

9  meeting the needs of the most challenging, complex

10  students?

11      A    I don't recall a specific conversation.

12      Q    What was your understanding of why Ms.

13  Brown said you may want to research the programs and

14  resources that she provided further?

15      A    This would have been very soon after I

16  agreed to begin work with DBHDD.  I would have

17  mentioned that to her at the conference we were at

18  together.  And it's likely we would have had a

19  conversation about my role at that time.

20      Q    And so in that sort of early time frame

21  after you began work with DBHDD, were you exploring

22  ideas or resources, services, tools that you might

23  be able to use in your position?

24      A    Not in my position.  But resources, tools,

25  support services that would be available to GNETS as



1  they worked with local school districts and schools

2  in providing that continuum of services for

3  students.

4      Q    Okay.  Did you research further any of the

5  programs or resources that are listed in these

6  bullet points here?

7      A    Yes.

8      Q    And which ones did you research further?

9      A    Apex.

10     Q    Okay.  Anything else?

11     A    Yes.  Trauma informed care.  The trauma

12 informed education, as it's listed here.

13     Q    Okay.  Anything else?

14     A    I don't recall any others.

15     Q    What about the Interconnected Systems

16 Framework?

17     A    I don't recall any others.

18     Q    In researching the Trauma Informed

19 Education, what did you learn?

20     A    I don't remember the specific details, but

21 I remember enough about it that Nakeba and I talked

22 about trauma informed care.  We called it trauma

23 informed care.  As a matter of fact, Nakeba and I

24 attended a trauma informed care workshop.  It was

25 the beginning of a Train The Trainer model, and



1  later it was a model that was included in Nakeba's

2  program -- project management plan.  That's why I

3  remember that one.

4          I remember Apex because that is the

5  program that I mentioned earlier that we talked

6  about, I learned about at DBHDD.

7          And I just don't recall the others.

8      Q    And so in this email that Ms. Brown writes

9  to you, in the second-to-last sort of paragraph in

10  her email, on the second page, this is speaking

11  about Apex, she says:  "I strongly encourage you to

12  look into the Apex grant being administered

13  DBHDD...this has the potential to be a great

14  resource to support change in the current delivery

15  model within GNETS."

16          Do you see that?

17      A    Yes.

18      Q    Had you communicated that you were looking

19  to support change in the current delivery model

20  within GNETS?

21      A    I don't recall specifically that I said

22  that, but I do recall having a conversation with

23  Charlotte (sic) about my role with GNETS.

24      Q    What is the Apex grant referenced here?

25      A    I know that it is a grant that is



1  administered via DBHDD -- DBHDD.  I would know -- I

2  would have known more about it when I was working,

3  but I just don't recall the specific details.

4           I know generally that it's an approach to

5  provide mental health services to children and

6  families working directly with local school

7  districts.

8      Q    And when you say working directly with

9  local school districts, what do you mean by that?

10     A    I mean that, as best as I can remember,

11 Apex would have provided a grant to our local school

12 district to work on providing a mental health

13 services to children and their families, and that is

14 all that I remember about the Apex program.

15     Q    And when you say that the grant was to a

16 local school district to work on providing mental

17 health services to children and their families, were

18 those services provided in the schools?

19     A    I don't remember the details about the

20 Apex program.

21     Q    Okay.  Had you heard of the Apex grant

22 before receiving this email, or is this how you

23 learned about it?

24     A    This is how I learned about it.

25     Q    Did you look further into this -- Ms.



1  Brown's statement that this has the potential to be

2  a great resource to support change in the current

3  delivery model and services within GNETS?

4      A    It was a topic of conversation with the

5  Commissioner at DBHDD a number of times.  Monica --

6  I cannot think of her last name -- was the person

7  managing the Apex grant.  She was a part of our

8  monthly meetings.

9      Q    And in those conversations about Apex, did

10  you reach some conclusion about the relationship

11  between Apex and GNETS program or GNETS services?

12      A    No, I did not reach any conclusion about

13  that, but I thought it was important enough that

14  when Nakeba was hired and onboarded that she would

15  attend those meetings with me, because my work was

16  not directly with any specific grant program.  That

17  wasn't my role.

18          But I thought it was important enough that

19  I talk to Nakeba about it when she was hired later,

20  and she and Monica would have had -- I, I -- perhaps

21  conversations about it but I can't say that for

22  certain.

23      Q    During the time that you were director at

24  DBHDD, were Apex services ever leveraged to meet the

25  needs of students in GNETS?



1      A    Apex services were communicated to the

2  GNETS directors.  As we learned more about -- as I

3  learned and subsequently Nakeba learned more about

4  the Apex program, we made sure that we communicated

5  that program -- those grant programs to local school

6  districts or local education agencies and the GNETS.

7           MS. GARDNER:  I'm handing the court

8       reporter what I'd like to be marked as

9       Plaintiff's Exhibit 68.

10           (WHEREUPON, Plaintiff's Exhibit-68 was

11       marked for identification.)

12  BY MS. GARDNER:

13      Q    You've been handed Plaintiff's Exhibit 68.

14  This is an email from Jewell Gooding to you with a

15  cc: to Monica Parker and Stephanie Pearson.

16           The subject is "Re:  Follow Up."  And it

17  contains an attachment with the title "Apex

18  Providers_Schools_Working Draft 2.2.16."

19           The first page of this has a Bates No.

20  GA00196859.

21           (Witness reviews exhibit.)

22      Q    This is an email thread, the most recent

23  of which is from Jewell Gooding to you, providing

24  what appears to be a list of Apex providers and

25  schools.  Is that right?



1              If you take a look at the very last page

2    of the email, at the very bottom, you say:  "Hi,

3    Judy, just checking on the list of districts that

4    have MOUs with Apex."

5              Do you see that?

6        A    Yes.

7        Q    In this email chain, I take it you were

8    trying to track down a list of the school districts

9    that participated in Apex?

10       A    Yes.

11       Q    Is this some of the follow-up related to

12   your conversation with Ms. Brown?

13       A    Yes, and a mention from Judy Fitzgerald as

14   well.

15       Q    Okay.  In this most recent email that

16   appears on the first page dated February 3rd, 2016,

17   in Jewell Gooding's email to you, it says:  "For

18   your information I have enclosed the list and you

19   can confirm with her if the school districts are

20   active."

21             "Her," meaning Dr. Pearson?

22       A    I'm not sure who she meant.

23       Q    Okay.  If you turn to the second page.

24       A    Yes.

25       Q    About halfway down the page there is an



 1  email from Monica Parker to you, and Jewell Gooding

 2  and Stephanie Pearson are also included on that.

 3          It says:  "Hi, Clara, Dr. Stephanie

 4  Pearson actually is the support program manager for

 5  the Apex project."

 6          Do you see that?

 7      A   Yes.

 8      Q   If you turn back to the first page, in the

 9  email from Jewell Gooding to you she says she won't

10  be in the office at a particular time, Dr. Pearson

11  may be available, and then she says:  "For your

12  information, I have enclosed the list and you can

13  confirm with her if the school districts are

14  active."

15      A   Yes.

16      Q   And "her" refers to Dr. Pearson?

17      A   I would assume so, yes.

18      Q   Who was the program support manager for

19  the Apex project?

20      A   Yes.

21      Q   I think I'm going to briefly show you the

22  attachment to this, so that you have -- or did I --

23  I don't think there's an attachment included.  It's

24  a native document, so that's why it's not there.

25          Do you see that Excel file opening?



1      A    Yes.

2      Q    Do you see that document?

3      A    Yes.

4      Q    And here am I correct that in this list of

5  Apex providers and schools there is a list on the

6  left of the grantee and provider?

7      A    According to this, yes.

8      Q    And then in the next column to the right

9  of that it identifies the, the particular school?

10     A    Yes.

11     Q    The school district is also included on

12 the spreadsheet?

13     A    Yes.

14     Q    As well as information about enrollment

15 and whether it's a Title I school or not?

16     A    Yes.

17     Q    What did you do with this information, if

18 anything, after receiving it?

19     A    I do not recall.  That was 2015, early

20 '16.

21     Q    I think that's all for that document.

22          MS. GARDNER:  I just want to check in and

23      find out what the plan is for lunch.  I'd like

24      to take a break now.

25          THE VIDEOGRAPHER:  We're off the record at



CLARA KEITH BROWN                                      June 07, 2022
UNITED STATES vs STATE OF GEORGIA                           121

```
 1        12:58 p.m.
 2             (A recess was taken.)
 3             THE VIDEOGRAPHER:  Wire back on the record
 4        at 1:59 p.m.
 5             MS. GARDNER:  Welcome back, after lunch.
 6             I am going to ask the court reporter to
 7        please mark this document as Plaintiff's
 8        Exhibit 69.
 9             (WHEREUPON, Plaintiff's Exhibit-69 was
10          marked for identification.)
11  BY MS. GARDNER:
12        Q    You have been handed Plaintiff's Exhibit
13  69.  This is an email from you to Nakeba Rahming
14  dated March 1st, 2016.  The subject is "Meeting
15  Scheduled for April."
16             And the Bates number is GA00040841.
17             This is an email that you sent to Ms.
18  Rahming?
19        A    Yes.
20        Q    And in this email you are discussing a
21  meeting that you had with DBHDD on the day that you
22  sent the email?
23        A    Yes.
24        Q    You mention here that you had an
25  opportunity to meet Monica Parker, Director of
```



1   Division of Behavioral Health, and Dante McKay,

2   Director of Office of Children, Young Adults and

3   Families?

4       A    Yes.

5       Q    Earlier we were speaking about somebody

6   named Monica at DBHDD who you worked with.  Is

7   Monica Parker the person that you were thinking of?

8       A    Yes.

9       Q    You go on to say to Ms. Rahming:  "We all

10  think it would be a great idea for you to meet with

11  them and learn about their core mission.  As we work

12  to figure out what coordination of services looks

13  like at the State and GNETS level, understanding the

14  core mission to DBHDD will be very beneficial."

15          Do you see that?

16      A    Yes.

17      Q    When you say "we all think it would be a

18  great idea," who does the "we" refer to?

19      A    I probably was talking about Monica,

20  Dante, and me.

21      Q    And what was the work to figure out what

22  coordination of services looks like at the State and

23  GNETS level?

24      A    One of the roles that I had, I mentioned

25  earlier, was to coordinate agencies and divisions



1  within the Georgia Department of Education to talk

2  about resources that were available throughout the

3  State that may be or could be included in the

4  continuum of services for students with disabilities

5  that we were talking about.

6      Q    And when you say "could be included in the

7  continuum of services for students with

8  disabilities," are you referring to services that

9  would be provided outside of the GNETS context, or

10 were you also discussing coordination of services

11 that could be integrated into the GNETS environment?

12     A    I was talking about services that were

13 available in the State that we could make sure GNETS

14 as well as local school districts and other, other

15 people working in local school districts would know

16 about and would be able to consider when they are

17 working on an IEP for children in schools.

18     Q    And would any of those services that they

19 might become aware of be provided in a GNETS

20 environment?

21     A    I can't say that for certain.  This was

22 more of a discovery meeting so that we could

23 determine what services were available throughout

24 the State.

25     Q    What led you to believe that understanding



1   the core mission of DBHDD would be beneficial as you

2   figured out that coordination of services?

3        A    I learned more about the work that DBHDD

4   was -- about their work and the services that they

5   were providing around the mental health needs of

6   community members and families, and I was -- I knew

7   that some of the children that were served by GNETS

8   may have had some, some mental health needs and that

9   those needs could have been addressed by some of the

10  services, but given that I wasn't the expert on

11  those services, I did not know.  I wasn't trying to

12  become the expert.  I just wanted to coordinate all

13  the people who and agencies who may have some

14  knowledge about those services.

15       Q    During your time as director at DBHDD, was

16  there ever a resolution to what coordination of

17  services would look like at the State and GNETS

18  level?

19       A    No, not to my knowledge.

20       Q    During the time that you were there, were

21  there any sorts of metrics to figure out whether

22  those coordinated services that you were identifying

23  were actually being used to assist students in GNETS

24  or their families?

25       A    So that would have been a part of Nakeba's



1  work.  It would not have been a part of my work.  My

2  work was to identify those key resources, put Nakeba

3  in contact with those key resources, and then she

4  would take it in whatever direction seemed

5  appropriate at that time.

6      Q    Okay.  When you say in this email here I

7  had an opportunity to meet Monica Parker and Dante

8  McKay, was this the first time you met Monica Parker

9  and Dante McKay?

10     A    I don't recall.

11     Q    Did a meeting on March 29th that's

12 referenced here actually take place?

13     A    I don't remember.

14     Q    Did you continue to meet with either Ms.

15 Parker or Mr. McKay after this email?

16     A    There would have been opportunities where

17 I would have met with Monica for certain with

18 Nakeba.  I am not certain if Dante McKay was a part

19 of any of those subsequent meetings.

20     Q    But you would have met with Ms. Parker and

21 Ms. Rahming together at some point after this?

22     A    Yes.

23     Q    Were the meetings that you had with Ms.

24 Parker and Ms. Rahming after this also related to

25 this coordination of services issue?



1      A    I can't say specifically.  I just don't

2   recall all the topics that we talked about during

3   the times that we met.  So I just can't recall.

4      Q    You talked a little bit about, in our

5   conversation, about coordination of services, about

6   the availability of mental health services that

7   might be able to assist GNETS students and their

8   families; is that right?

9      A    Say that again.

10     Q    So just -- I want to make sure I'm

11  understanding correctly that part of the work you

12  were doing to related to coordination of services

13  had to do with identifying mental health services

14  available in the State that might be able to assist

15  GNETS students and their families.

16     A    Yes.

17     Q    Is that an accurate understanding on my

18  part?

19     A    Yes, that would be accurate.

20     Q    So it sounds like one of the places that

21  you went to sort of identify what some of those

22  mental services might be was DBHDD?

23     A    Correct.

24     Q    Were there any other state agencies that

25  you tapped into or explored that might have provided



1  mental health services that could assist GNETS

2  students or their families?

3      A    Not to my recollection.

4      Q    Okay.

5           MS. GARDNER:  I'm going to ask the court

6      reporter to please mark this document as

7      Plaintiff's Exhibit 70.

8           (WHEREUPON, Plaintiff's Exhibit-70 was

9       marked for identification.)

10 BY MS. GARDNER:

11     Q    Ms. Keith Brown, you are being handed

12 Plaintiff's Exhibit 70.  This is an email thread.

13 The most recent email is an email from Cassandra

14 Holifield to you, dated March 6, 2018.  The subject

15 is "Re:  GNETS Questions."

16          The first page of this document has the

17 Bates-stamp GA00152939.

18     A    Yes.

19     Q    I'd like to direct your attention -- maybe

20 we could start at the back of the document, which is

21 actually the first in time email, on the very last

22 page.

23          On March 4th, 2018, Ms. Holifield writes

24 to you.  She says:  "Hi, Clara.  I hope all is well

25 with you.  I'm here with some of the GNETS directors



1   and we are brainstorming potential service delivery

2   model changes for GNETS.  Are you available for us

3   to give you a quick call?  If so, may I have your

4   cell number?"

5          Do you see that?

6      A   Yes.

7      Q   And you and Ms. Holifield exchanged some

8   emails back and forth.  I'm not going to read each

9   one of them for the sake of time.  But if you look

10  on the second page, Ms. Holifield again writes you

11  on March 5th, 2018, and in that email she says,

12  quote:  "Some of the GNETS directors and I met and

13  came up with a few ideas of how we can

14  reinvent/redesign GNETS to provide services better

15  and/or differently."

16         Do you see where I am?

17     A   No, I don't.

18     Q   It's on the second page of the document.

19     A   Okay.

20     Q   And just under the box that says,

21  "Caution."

22     A   Yes.

23     Q   No.  Up --

24     A   Two cautions.  Okay.

25     Q   Do you see a paragraph under that that



1  says, "Perfect" -- starts with "Perfect"?

2      A    Yes.

3      Q    And Ms. Holifield says to you, quote:

4  "Some of the GNETS directors and I met and came up

5  with a few ideas of how we can reinvent/redesign

6  GNETS to provide services better and/or differently.

7  The committee and I want to know if you're willing

8  to meet with us and discuss these ideas and tell us

9  what's possible/permissible and what's not before we

10  go deeper with these suggestions or would you prefer

11  we draft the ideas first and share them with you and

12  we brainstorm from those ideas and/or others."

13          This is an email that Ms. Holifield sent

14  to you?

15      A    Yes.

16      Q    And correct that when you received this

17  email, you were aware that she and other GNETS

18  directors were brainstorming potential service

19  delivery model changes for GNETS?

20      A    I knew it when I received this email.

21      Q    Right.

22      A    Yes.

23      Q    She informs you in the email that's what

24  they're doing?

25      A    Yes.



1    Q    And do you have any understanding of why

2    they were brainstorming those changes?

3    A    I'm not sure why they were.  There could

4    have been a number of reasons, but I don't have any

5    specific recollections of why they were actually at

6    that session brainstorming.

7    Q    Did Ms. Holifield ever have a conversation

8    with you after you received this email about that?

9    A    I can't say that I recall having a

10   specific conversation.  If I look at the email, I

11   did tell her to call me.  But I don't have a

12   recollection of that actual conversation.

13   Q    Okay.  But here Ms. Holifield is

14   communicating her desire to meet with you to discuss

15   the ideas that she and the other GNETS directors had

16   brainstormed regarding those potential changes in

17   the GNETS service model delivery?

18   A    Yes.

19   Q    And she tells you that she wants to

20   discuss those ideas with you so that you could tell

21   her and the other directors what was

22   possible/permissible and what was not before they

23   moved forward?

24   A    Yes.

25   Q    Did you ever have the conversation with



1  her that she was asking for?

2      A    I don't recall having that conversation.

3      Q    Am I correct that in this email thread you

4  and Ms. Holifield do agree on a date to have that

5  conversation?

6      A    Yes.

7      Q    We talked a little bit about therapeutic

8  service and instruction and the GNETS program.  Did

9  you understand therapeutic services to be a part of

10  the GNETS service delivery model at the time you

11  were working as a director at DBHDD?

12      A    I understood that therapeutic services

13  could be available through GNETS.

14      Q    So therapeutic services were part of the

15  services that could be provided in the GNETS

16  program?

17      A    I knew that therapeutic services could be

18  services that were provided by GNETS.

19      Q    What was your understanding of the extent

20  to which therapeutic services were actually provided

21  in GNETS environments?

22          MS. HERNANDEZ:  Object.

23          You can answer.

24      A    I don't know.  I don't know the specifics.

25      Q    So you didn't know to what extent



1   therapeutic services were being provided in regional

2   units' programs?

3        A    I did not know that.

4             MS. GARDNER:  I'd like to ask the court

5        reporter to mark this document as Plaintiff's

6        Exhibit 71.

7             (WHEREUPON, Plaintiff's Exhibit-71 was

8         marked for identification.)

9   BY MS. GARDNER:

10       Q    The court reporter has handed you what is

11  marked as Plaintiff's Exhibit 71.  This is an email

12  from Nakeba Rahming to you dated June 24, 2016.  The

13  subject is "Therapeutic Supports."

14            The first page of the email is

15  Bates-stamped GA00197223.

16            This is an email that you received from

17  Ms. Rahming?

18       A    Yes.

19       Q    And am I correct if you look at the very

20  first page, in the Attachments field, this email

21  included two attachments?

22       A    Yes.

23       Q    If you turn to the first attachment, which

24  has the Bates No. ending in 7224, do you see that?

25       A    Yes.



1      Q    What is the heading at the top of this

2  document?

3      A    "Reviews for clinical staff within a

4  therapeutic setting to serve students."

5      Q    Were you involved in preparing this

6  document?

7      A    I don't recall specifically being involved

8  in preparing this document.

9      Q    But you received this document from Ms.

10  Rahming in the context of this email?

11      A    Yes, I did.

12      Q    Am I correct that in this email Ms.

13  Rahming is asking -- is saying she will call to

14  discuss feedback on these documents?

15      A    Yes.

16      Q    If you look at the first paragraph of this

17  document, it says:  "In an effort to validate the

18  decisions around GNETS provision of therapeutic

19  services for students, a comprehensive review of

20  other identified therapeutic schools were

21  researched."

22          Do you see that?

23      A    Yes.

24      Q    Then further down in that paragraph, it

25  says:  "The programs reviewed and the makeup of



1  their clinical staff serve as a basis to compare the

2  makeup of the clinical staff at each of the 24 GNETS

3  programs."

4          Do you see that?

5      A   Yes.

6      Q   This first paragraph goes on to say:

7  "Based on this comparison, it was determined whether

8  or not identified GNETS programs were staffed to

9  provide therapeutic/behavioral service to students

10 with significant Emotional/Behavioral needs like

11 other therapeutic programs."

12         Do you see that?

13     A   Yes.

14     Q   So this is a document that Ms. Rahming is

15 providing to you for feedback, and it has to do with

16 the review of clinical staff at regional GNETS

17 programs and whether those programs are staffed to

18 provide therapeutic and behavioral services to

19 students?

20     A   Yes.

21     Q   The bottom portion of this document

22 identifies three schools outside of Georgia that

23 have therapeutic components; is that right?

24     A   Yes.

25     Q   And for each of these schools it lists the



1  number of students served in the school, right?

2      A    Yes.

3      Q    And it also lists the number of clinical

4  staff in the school?

5      A    Yes.

6      Q    In each section it provides a breakdown of

7  those clinical staff in terms of the kinds of

8  clinical staff at the school?

9      A    Yes.

10     Q    And do I understand correctly from this

11 document that this information was used as a

12 reference point for comparing the makeup of clinical

13 staff at each of the 24 regional GNETS programs?

14     A    According to what's written here, yes.

15     Q    Do you have any reason to think that

16 what's written here is not accurate?

17     A    No.

18     Q    Just under the first paragraph in this

19 first attachment, it says:  "Information was

20 triangulated from the GNETS Grant Applications,

21 GNETS Directors Interviews and other Therapeutic

22 programs."

23          What do you understand that to mean?

24     A    I'm not sure I understand your question.

25     Q    I'm trying to understand what that means.



1            And you received this document.  You

2    worked with Ms. Rahming.  So I'm asking, did you

3    have any understanding when you received this as to

4    what was being communicated here?

5        A    She was looking at the data that she

6    listed below, looking at the ratio, therapeutic

7    services and staff provided at GNETS.  She talked to

8    GNETS directors, and she looked at other therapeutic

9    programs and pulled all of that information

10   together.

11       Q    Okay.  At bottom of this document it says:

12   "Please see the attached document with an overview

13   of clinical staff serving each GNETS program for the

14   2015-2016 school year."

15           Do you see that?

16       A    Yes.

17       Q    So if you could turn to the second

18   attachment, and the first page of that is Bates No.

19   GA 00197225.

20           What is the heading at the top of this

21   document?

22       A    "Analysis of clinical staff available to

23   provide direct therapeutic/behavior support to

24   students in GNETS programs."

25       Q    Can you walk me through what this document



 1  shows?

 2      A    The Fiscal Agent, the Site, the Clinical

 3  Staff, the LEA Funded clinical staff, Contracted

 4  Clinical Staff, total number of students served, the

 5  ratio of staff to student, Clinical Support,

 6  Directors Interviews as of 6/16/2016.

 7      Q    And those are the headings for every

 8  column that move from left to right in the document

 9  on the first page?

10      A    Yes.

11      Q    This document identifies in the site

12  column each of the 24 regional GNETS programs; is

13  that right?

14      A    23.  Maybe -- I want to make sure.

15           Yes, yes.

16      Q    And when you say yes, yes, did you count?

17      A    There's 24.  I did.

18      Q    And for each of the 24 regional GNETS

19  programs, this chart contains information that falls

20  into those categories of the columns that you read a

21  few moments ago?

22      A    Yes.

23      Q    Some of the rows on this document are

24  highlighted in a very dark shade as compared to

25  others.  Do you see that?



1      A    Yes.

2      Q    What is the significance of that shading?

3      A    I don't recall.

4      Q    Are each of the GNETS programs that are

5  shaded in the darkest color have the text "very

6  concerning" in the column that's titled, "Clinical

7  Support."

8      A    Yes.

9      Q    And the information in the Clinical

10  Support column, is this a qualitative assessment

11  about the clinical staff at a particular regional

12  GNETS program based on the total number of students

13  served and the ratio of clinical staff to students

14  that's contained in this chart?

15      A    I'm not sure if that was the reason it was

16  labeled "concerning" or "very concerning."  I don't

17  have that knowledge.

18      Q    If you turn to the second page of this

19  document, am I correct there's a legend at the

20  bottom on the right-hand side, has the heading

21  "GNETS Programs?"

22          Do you see that?

23      A    Yes.

24      Q    Is this the legend that explains when

25  programs were rated very concerning?



1       A     This is an explanation of the ratings.

2       Q     Okay.  If you turn to the very last page

3   of that attachment, the text on the right half of

4   the document, is this basically a summary narrative

5   of the take-aways of this analysis of clinical staff

6   at regional GNETS programs?

7       A     Yes.

8       Q     In that summary, am I correct that it

9   says, "Compared to other therapeutic models, many of

10  the GNETS programs are operating below the expected

11  student clinical staff ratio for therapeutic

12  services"?

13      A     Yes.

14      Q     Moving down to the second paragraph below,

15  it says:  "Digging deeper, some of the expected

16  clinical services are being provided by

17  non-credentialed personnel trained by GNETS and/or

18  credentialed in another without formal training or

19  certification to deliver counseling services."

20      A     Yes.

21      Q     And then in the middle of the last

22  paragraph, it notes that "the major reason for using

23  non-credentialed and under qualified staff are that

24  it is most cost effective or it is all the program

25  can afford due to budget limitations"?



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                           140

1      A    Yes.

2           MS. GARDNER:  I'd like to have the court

3      reporter mark this document as Plaintiff's

4      Exhibit 72.

5           (WHEREUPON, Plaintiff's Exhibit-72 was

6       marked for identification.)

7  BY MS. GARDNER:

8      Q    You've been handed Plaintiff's Exhibit 72.

9  This is an email from Nakeba Rahming to you dated

10 July 13, 2017.  The subject is "FY18 Therapeutic

11 Staff Assurance."

12          And this email has the Bates stamp

13 GA00198908.

14          This is an email that you received from

15 Ms. Rahming?

16     A    Yes.

17     Q    And in it she says to you:  "Please review

18 and let me know your thoughts.  We can work on edits

19 tomorrow."

20     A    Yes.

21     Q    Ms. Rahming attaches a document to this

22 email that -- at least the file name document

23 appearing on the email page is FY18 Therapeutic

24 Staff Assurances?

25     A    Yes.



1     Q    Correct?  Okay.

2          If you take a look at the attachment,

3   which is Bates-stamped GA00198909; when Ms. Rahming

4   says that you can work on edits tomorrow, she's

5   referring to edits to this attachment?

6     A    Yes.

7     Q    What was the purpose of this form?

8     A    The purpose of this form was to get

9   assurances from the fiscal agent that funds provided

10  through the GNETS grant would be used for the

11  purposes of providing and/or enhancing therapeutic

12  support services at GNETS.

13    Q    So this was a document that would be

14  signed if a GNETS, a regional GNETS program were

15  receiving funds for a service agreement with the

16  provider of clinical services to students?

17    A    Say that again.

18    Q    Yeah.  I'm just clarifying to make sure I

19  understand, this was a document that a regional

20  GNETS program would sign if they were receiving

21  funds for a service agreement basically with a

22  provider of clinical services to GNETS students?

23    A    No.  This is a form that the fiscal agent

24  would sign to assure the Georgia Department of

25  Education that those funds would be used to provide



 1  or enhance educational and therapeutic supports at

 2  the GNETS.

 3      Q    Okay.  So this form would be signed by the

 4  fiscal agent?

 5      A    Correct.

 6      Q    This form would also be signed by the

 7  GNETS director?

 8      A    Yes.

 9      Q    And the form was in connection with funds

10  provided to ensure that -- this says temporary

11  therapeutic services.  Am I understanding that

12  right?

13      A    Yes, you are.

14      Q    If you look on the document, in the text

15  that appears in connection with No. 1 -- these are

16  the list of assurances that are being given in this

17  document, right?

18           There's an enumerated list of six of them?

19      A    Yes.

20      Q    And the first one says, "The fiscal agent

21  will enter no a temporary staffing service agreement

22  with a state approved therapeutic staffing service

23  provider for the current school year"?

24      A    Yes.

25      Q    So one of the assurances that was required



1  to be provided was that the fiscal agent entered

2  into a temporary staffing service agreement with a

3  therapeutic staffing service provider that was state

4  approved?

5      A    Yes.

6      Q    And when this says state approved, is that

7  approval by the Georgia Department of Education?

8      A    To my knowledge, no, I do not think the

9  Georgia Department of Education had a list of

10 approved therapeutic staffing services.

11     Q    Who decided whether a therapeutic staffing

12 service was state approved?

13     A    I don't know the answer to that.

14     Q    Moving down, another of the assurances was

15 that the GNETS director would provide data to the

16 Georgia Department of Education with, quote,

17 "caseloads, social-emotional progress monitoring

18 data, and fidelity of therapeutic sessions provided

19 by the contracted therapeutic professional."

20     A    No. 4, yes.

21     Q    No. 5?

22     A    Yes.

23     Q    Did you provide Ms. Rahming with any

24 feedback on this document?

25     A    I don't recall.



1    Q    Was there any connection between the

2    provision of funds for temporary therapeutic

3    services that's referenced in these assurances and

4    the findings in the document that we just reviewed

5    as Plaintiff's Exhibit 71?

6             MS. HERNANDEZ:  Objection.

7    Q    You can answer the question.

8    A    I, I don't have any knowledge that it

9    is -- that it was.

10   Q    So if you turn back to Plaintiff's Exhibit

11   71 for a moment.  That was the last document that we

12   looked at, on the last page of the second

13   attachment.

14            That was the page that has an ending

15   Bates-stamp of 7227?

16   A    7227, yes.

17   Q    This is where we talked about the key

18   take-aways of the analysis of clinical staff in the

19   regional GNETS programs?

20   A    Yes.

21   Q    So correct that some of the key findings

22   have to do with a number of regional GNETS programs

23   operated below the expected student clinical staff

24   ratio for therapeutic services?

25   A    Yes.



1      Q    And, in addition, having clinical services

2   being provided by noncredentialed personnel?

3      A    Yes.

4      Q    And then finally that a major reason for

5   using noncredentialed personnel is that it may be

6   all that the regional GNETS program can afford?

7      A    Correct.

8      Q    So my question to you is whether provision

9   of temporary therapeutic services funds referenced

10  in these assurances was in any way meant to fill the

11  gaps that are identified from this analysis of

12  clinical staff in regional GNETS programs?

13          MS. HERNANDEZ:  Objection.

14     Q    You can answer.

15     A    I cannot say that specifically.  I can say

16  that the rule would -- the GNETS rule would have had

17  -- would have spelled out what services had to be

18  available.  And as a result of GNETS implementing or

19  -- yes, implementing the rule, they would have had

20  to agree to these assurances.

21          Nakeba would have to make that direct

22  correlation for you.  I can't make that direct

23  correlation.

24     Q    When you received these summary findings

25  of the analysis of clinical staff in regional GNETS



1   programs, what was your reaction to those findings?

2        A    In --

3        Q    Plaintiff's Exhibit 71.

4        A    I don't recall what my specific reaction

5   was.  This was in June of 2016.  So I don't recall

6   specifically what I said or what conversations we

7   had about it.  I would say that we would -- we did

8   have conversations -- we would have had

9   conversations about this.

10       Q    Do you recall being concerned about it?

11       A    Yes, I would have been concerned about it.

12       Q    And sitting here today, are the things

13  that are part of these summary findings something

14  that you think is concerning?

15            MS. HERNANDEZ:  Objection.

16       Q    You can answer the question.

17       A    I'm not qualified to determine if it's

18  concerning or not.  I, I don't keep up with the

19  GNETS program anymore.

20       Q    So you were asked to review the GNETS

21  program and rulemaking in GNETS, and today you have

22  no opinion about whether these findings are

23  concerning?

24       A    What I said was if I read these findings,

25  I would have been concerned.  Nakeba and I would



1  have had a discussion about them.  I don't have any

2  other comment about it.

3        Q    Okay.

4             MS. GARDNER:  I'm going to hand the court

5        reporter what I would like to have marked as

6        Plaintiff's Exhibit 73.

7             (WHEREUPON, Plaintiff's Exhibit-73 was

8        marked for identification.)

9  BY MS. GARDNER:

10       Q    Ms. Keith Brown, you have been handed

11 Plaintiff's Exhibit 73.  This is an email from you

12 to Nakeba Rahming.  The subject is "RE: SOBE

13 templates."

14            The email is dated August 16, 2017.

15            The Bates number on this first page is

16 GA00792054.

17            This is an email that you sent to Ms.

18 Rahming?

19       A    Yes.

20       Q    And in this email you say to Ms. Rahming:

21 "I just made a couple of edits.  Track changes did

22 not work so you will have to reread to make sure

23 your voice is accurately represented where I made

24 minor edits."

25            Do you see that?



CLARA KEITH BROWN                                          June 07, 2022
UNITED STATES vs STATE OF GEORGIA                                   148

1        A    Yes.

2        Q    In this email you are transmitting two

3   attachments back to Ms. Rahming, to which you made a

4   couple of edits?

5        A    Yes.

6        Q    Turning to the first attachment, which has

7   a beginning Bates No. GA00792055, correct that the

8   heading of this document says, "Georgia Department

9   of Education, Item for State Board of Education

10  Approval"?

11       A    Yes.

12       Q    And what was the purpose of a form like

13  this?

14       A    This was the form used to submit

15  recommendations for approval or nonapproval for the

16  State Board of Education.

17       Q    And this particular item for State Board

18  of Education approval, the item name here includes a

19  reference to "FY18 State Allocation - Therapeutic

20  Services Reimbursement for GNETS Fiscal Agents"?

21       A    Yes.

22       Q    And then if you look just beneath that,

23  what is the purpose of this particular item for

24  State Board of Education approval?

25       A    The purpose of this item is to reimburse



1  GNETS fiscal agents for cost related to providing

2  therapeutic services, including funding to cover the

3  cost of providing GNETS with personnel to provide

4  therapeutic counseling services to children with

5  identified significant mental health and behavioral

6  needs.

7      Q    Looking farther down this document, the

8  request here is -- or the recommendation here, I

9  should say, is for the State Board of Education to

10  authorize the State school superintendent to

11  reimburse GNETS fiscal agents for the purposes you

12  just described in the amount of $575,000 in state

13  funds?

14     A    Yes.

15     Q    On the second page of this item for State

16  Board of Education approval, there is a rationale

17  provided for the recommendation.  Is that correct?

18     A    Yes.

19     Q    And at least part of the rationale here

20  says that, and this is the second sentence, "The

21  onsite monitoring revealed some GNETS had a high

22  student to therapeutic staff ratio and/or could not

23  afford to hire therapeutic staff because the

24  2017-2018 GNETS grant funds were not sufficient for

25  some GNETS to cover the cost of hiring or



1  contracting therapeutic services for each child,

2  particularly those with significant needs."

3       A    Yes.

4       Q    And then it goes on to say:  "The results

5  what's a gap in therapeutic service delivery for

6  some students."

7       A    Yes.

8       Q    So this item for State Board of Education

9  approval is intended to close some of the gaps in

10 therapeutic services delivery that are referenced

11 here?

12      A    Yes.

13           MS. HERNANDEZ:  Objection.

14      A    Yes.

15      Q    Also on that second page, there's a

16 section -- do you see that section titled,

17 "Performance, Criteria, and Results"?

18      A    Yes.

19      Q    And in the Performance, Criteria and

20 Results section it says that:  "GNETS directors will

21 monitor and report to GaDOE the number and percent

22 of students receiving therapeutic services as well

23 as monitor individual progress in each students'

24 IEP/treatment plan"?

25      A    Yes.



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                         151

1       Q    Again, the reference here to GaDOE, that's

2    the Georgia Department of Education?

3       A    Yes.

4       Q    Moving on to the second attachment to the

5    email, and the first page of this one is

6    Bates-stamped GA00792057.

7            This is also a Georgia Department of

8    Education Item for State Board of Education

9    Approval?

10      A    Yes.

11      Q    And the item name here includes a

12   reference to "Contract with GSU to provide

13   Functional Behavioral Assessment/Behavioral

14   Intervention Plan (FBA/BIP) Trainer of Trainers."

15      A    Yes.

16      Q    GSU, the reference here, what does that

17   mean?

18      A    Georgia State University.

19      Q    And if you move down to the bottom of this

20   page where it says, "Recommendation - Action Item,"

21   am I correct here that the Georgia Department of

22   Education is recommending that the State Board of

23   Education authorize the State school superintendent

24   to enter into a contract with Georgia State

25   University, Center for Leadership and Disability at



1   a cost not to exceed $150,000 in state funds?

2       A    Yes.

3       Q    And that contract was for training school

4   district teachers and students service personnel in

5   how to implement quality FBAs and BIPs?

6       A    Yes.

7       Q    And this document, like the first item for

8   State Board of Education approval that we reviewed,

9   contains a rationale for why the Georgia Department

10  of Education is recommending this item?

11      A    Yes.

12      Q    That rationale appears on Page 2 of this

13  second attachment?

14      A    Yes.

15      Q    Were the two items for State Board of

16  Education approval attached to your email ultimately

17  submitted to the State Board of Education?

18      A    I cannot say for certain, but based on

19  what's in front of me, I would say that is accurate.

20      Q    Were they approved?

21      A    I don't recall that they were not

22  approved.

23      Q    Do you recall Georgia State being involved

24  in FBA and BIP training?

25      A    Yes, I do.



CLARA KEITH BROWN                                      June 07, 2022
UNITED STATES vs STATE OF GEORGIA                             153

1              MS. GARDNER:  I'm going to hand the court

2        reporter what I would like to be marked as

3        Plaintiff's Exhibit 74.

4              (WHEREUPON, Plaintiff's Exhibit-74 was

5         marked for identification.)

6    BY MS. GARDNER:

7        Q    The court reporter has handed you

8    Plaintiff's Exhibit 74.  This is an email from

9    Nakeba Rahming to you dated August 22nd, 2017.  The

10   subject is "Please provide feedback."

11             The Bates-stamp on this document is

12   GA00198949.

13             This is an email that Ms. Rahming sent to

14   you?

15       A    Yes.

16       Q    Keeping with our discussion about clinical

17   staff and regional GNETS programs, the first sort of

18   set of text with hashmarks in front of them, if you

19   see that, says:  "The GADOE has identified gaps in

20   clinical staff (i.e., certified or licensed social

21   workers and psychologists) to provide intensive

22   individualized therapeutic to students served by

23   GNETS."

24             Do you see that?

25       A    Yes.



1      Q    And then just beneath that, it says:

2   "Based on this information, GaDOE has approved

3   therapeutic staffing agencies to contract with GNETS

4   fiscal agents to fill these identified gaps."

5           Do you see that?

6      A    Yes.

7      Q    We discussed earlier in the context of the

8   assurances that we looked at that there were

9   therapeutic staffing agencies that had to be

10  approved.  Do you recall that?

11     A    Yes.

12     Q    And am I correct in understanding from

13  this particular document that it says that GaDOE has

14  approved those therapeutic staffing agencies?

15     A    Yes.

16     Q    The bottom of this email, it notes two

17  options for fiscal agents to consider.

18          Do you see that?

19     A    Yes.

20     Q    The first one says, "The fiscal agent may

21  receive a reimbursement from GaDOE for provision of

22  clinical therapeutic related services only when

23  entering into an agreement with a GaDOE approved

24  provider."

25     A    Yes.



1    Q    So again in the assurances that we looked

2    at, the reimbursement for therapeutic services only

3    applied in the event the physical agent entered into

4    an agreement with the provider that the Georgia

5    Department of Education had approved?

6    A    Correct.

7    Q    There's a second option here that says:

8    "The fiscal agent may determine how therapeutic

9    services such as skills-based interventions would be

10   provided by non-certified personnel as well as

11   clinical therapeutic related services for intensive

12   students by licensed/certified personnel without a

13   reimbursement from GaDOE."

14        What did you understand that option to

15   mean?

16   A    I, I don't -- I don't know other than if

17   the fiscal agent was going to use its local funding

18   to pay for the services.

19   Q    When you say local funding to pay for

20   service, so for -- you mentioned many of the fiscal

21   agents are RESAs.  You're saying a RESA's own

22   budget?

23   A    No, I'm not saying a RESA's own budget.

24   I'm saying the fiscal agent may have local funds

25   that they could use to provide these services.



1  Where those funds come from, I don't know.

2      Q    Okay.  But that statement is inclusive of

3  RESAs, is what I'm asking?

4      A    The statement would be inclusive of any

5  fiscal agent that would include RESAs.

6          MS. GARDNER:  I'm going to han the court

7       reporter what I would like to be marked as

8       Plaintiff's Exhibit 75.

9          (WHEREUPON, Plaintiff's Exhibit-75 was

10       marked for identification.)

11 BY MS. GARDNER:

12     Q    Ms. Keith Brown, you have been handed

13 Plaintiff's Exhibit 75.  This is an email from you

14 to Larry Winter, dated September 26th, 2017.  The

15 subject is "GNETS."

16         The Bates-stamp on this document is

17 GA00481696.

18         This is an email that you sent to Mr.

19 Winter?

20     A    Yes.

21     Q    It's a very short email.  It says:  "Staff

22 has been hired to provide services."

23         Do you see that?

24     A    Yes.

25     Q    And what was this referencing?



1      A     I have no idea other than staff had been

2   hired to provide services.

3      Q     This is an update to Mr. Winter about

4   GNETS?

5      A     I'm assuming that it would have been, yes,

6   because it says:  "Subject, GNETS."

7      Q     Okay.  So you were advising Mr. Winter

8   that staff had been hired to provide services and

9   somehow that was related to GNETS?

10      A     Yes.

11           MS. GARDNER:  I'm going to hand the court

12        reporter what I would like to be marked as

13        Plaintiff's Exhibit 76.

14           (WHEREUPON, Plaintiff's Exhibit-76 was

15         marked for identification.)

16   BY MS. GARDNER:

17      Q     You've been handed Plaintiff's Exhibit 76.

18   This is an email from Nakeba Rahming to you.  The

19   subject is "Medicaid and education."

20           The Bates-stamp of this email is

21   GA00197763.

22           This is an email Ms. Rahming sent to you?

23      A     Yes.

24      Q     And in this email she says, "See the

25   attached"?



1       A    Yes.

2       Q    And attached is a document that bears the

3   title on the document itself "Medicaid in

4   Education"?

5       A    Yes.

6       Q    And the first -- just for the record, the

7   Bates-stamp of the first page of that attachment is

8   GA00197764.

9            Am I correct this appears to be a

10  presentation prepared by Ben of the Georgia

11  Department of Community Health?

12      A    Yes.

13      Q    And that presentation is dated August 28,

14  2014?

15      A    Yes.

16      Q    But this is being sent to you in September

17  of 2016, correct?

18      A    Correct.

19      Q    Why did you understand Ms. Rahming to be

20  sending this presentation to you?

21      A    We would have been exploring all the

22  resources that were available in Georgia and all of

23  the opportunities for funding those resources.  So

24  she would have sent anything relevant to that to me.

25      Q    If you turn to Page 5 of the presentation.



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                         159

```
 1        A    Yes.
 2        Q    This page of the presentation discusses
 3   two school-based Medicaid programs, right?
 4        A    Yes.
 5        Q    One of them is Children's Intervention
 6   School Services, or CISS?
 7        A    Yes.
 8        Q    The other one is Administrative Claiming
 9   for Education, or acronym ACE?
10        A    Yes.
11        Q    Then if you flip over to -- just take a
12   look at Pages 9 through 11.
13        A    Okay.
14        Q    These pages outline the requirements for
15   participating in the CIS -- CISS program?
16        A    Yes.
17        Q    And then am I right that beginning on Page
18   12 there are two pages that similarly discuss the
19   requirements for ACE?
20        A    Yes.
21        Q    At the time you were doing work related to
22   GNETS, was any part of the cost of GNETS services
23   billed to Medicaid?
24        A    I don't have any knowledge of that.
25        Q    Were there ever discussions exploring
```



1  Medicaid as a source of financial support for

2  providing therapeutic services to students served by

3  GNETS?

4       A    I don't understand.  With whom?

5       Q    What do you mean with whom?

6       A    Who are you asking me?

7       Q    Did you participate in any discussions

8  with anyone exploring Medicaid as a source of

9  financial support for providing therapeutic services

10  to students served by GNETS?

11       A    I can't recall having a discussion.

12       Q    Apart from any discussions, did you ever

13  explore whether GNETS services would qualify for

14  Medicaid reimbursement?

15       A    I personally did not do that.

16       Q    I am going to start a new line of

17  questions and I want to check-in to find out if you

18  would like a break or keep going?

19       A    We can keep going.

20       Q    Okay.

21            MS. GARDNER:  I'm going to ask this be

22       marked as Plaintiff's Exhibit 77.

23            (WHEREUPON, Plaintiff's Exhibit-77 was

24        marked for identification.)

25



1  BY MS. GARDNER:

2      Q    Sorry, before we start with this document,

3  I just want to go back for a second and ask one more

4  question on our conversation about Medicaid.

5           In the work that you were doing with the

6  GNETS program, when you were a director at DBHDD, if

7  Medicaid funds were being used to fund services

8  provided in GNETS, would you have expected to know

9  about that at the time?

10     A    No.  It was not my role.

11     Q    Funding issues were something that you

12 were not a part of?

13     A    Specifically funding issues were not.  I

14 was responsible for the three roles that I discussed

15 earlier.  As a result of those three roles, funding

16 could have come up, just like other -- like the need

17 for a position that Nakeba was hired for.

18     Q    Okay.  But Medicaid funding was not one of

19 the kinds of funding that came up?

20     A    Medicaid would not have been the kind of

21 funding that I would have had a discussion about.

22     Q    Turning to Plaintiff's Exhibit 77, which

23 the court reporter has handed to you, this is an

24 email from Larry Winter to Matt Jones, you, M Royal,

25 with a cc: to Debbie Caputo.  The subject is



 1  "GNETS."

 2          The email was sent on May 12, 2016, and

 3  the Bates-stamp is GA00197127.

 4      A    Yes.

 5      Q    This email contains an email from Mr.

 6  Winter that is intended for you -- sorry.

 7          You were copied on this email, correct?

 8      A    Correct.

 9      Q    But in the email, and this is Mr. Winter

10  writing, it says:  "Debbie Caputo, please forward to

11  Debbie Gay and Nakeba Rahming."  Right?

12      A    Correct.

13      Q    In this email Mr. Winter says:  "First of

14  all, thanks to you all for your work on the GNETS

15  Strategic Plan.  I read it last evening."

16          Do you see that?

17      A    Yes.

18      Q    And then moving down to the next

19  paragraph, he says:  "By way of preparation for

20  tomorrow's meeting, I realize the strategic plan

21  document is designed to be a coaching tool rather

22  than an instrument to monitor compliance or

23  effectiveness of program practices."

24          And then he poses a series of questions.

25          Is that an accurate description of the



1  document?

2       A    Yes.

3       Q    I'd like to hand you what will be marked

4  as Plaintiff's Exhibit 78.

5            (WHEREUPON, Plaintiff's Exhibit-78 was

6        marked for identification.)

7  BY MS. GARDNER:

8       Q    You've been handed Plaintiff's Exhibit 78.

9  This is an email from Nakeba Rahming to you, dated

10 May 12, 2016.  The subject is "Responses."

11           The email contains an attachment that is a

12 Microsoft Word document titled, "Responses for Mr.

13 Winter Questions."

14           And the document beginning Bates number is

15 GA00197151.

16           You received this email from Ms. Rahming?

17      A    Yes.

18      Q    And in this email Ms. Rahming says to you:

19 "I sent them to Debbie for review.  I would like for

20 you to review them as well."  Right?

21      A    Yes.

22      Q    And when she says, "I sent them," she is

23 referring to the responses that are attached to this

24 email?

25      A    Yes, I think so.  That is the case.



1     Q    And these are responses to the questions

2    that Mr. Winter posed in the initial email that we

3    looked at in Plaintiff's Exhibit 77?

4     A    Yes.

5     Q    So Ms. Rahming is asking you to review her

6    responses to Mr. Winter's questions before they go

7    to Mr. Winter?

8     A    Yes.

9     Q    And then on the second page, which is the

10   attachment, has a Bates stamp GA00197152, there is

11   -- there are text annotations following Mr. Winter's

12   questions.  Is that an accurate description?

13    A    Yes.

14    Q    And those responses to Mr. Winter's

15   questions appear in italicized font?

16    A    Yes.

17    Q    The original questions are not italicized?

18    A    That's correct.

19    Q    Before we get into his questions, in the

20   second paragraph Mr. Winter references the strategic

21   plan document.

22         Do you see that?

23    A    Yes.

24    Q    This is the same strategic plan that we

25   talked about earlier when we were talking about sort



1    of the big categories of activities related to GNETS

2    that you may have been involved in either as your

3    own project or reviewing because Ms. Rahming worked

4    on it?

5         A    No.

6         Q    No?  This is a different strategic project

7    plan?

8         A    This is the GNETS Strategic Plan.

9    Correct, yes.

10        Q    This is the GNETS Strategic Plan that you

11   indicated was primarily Ms. Rahming's

12   responsibility?

13        A    Yes.

14        Q    Ms. Rahming was providing updates to you,

15   and you were providing guidance to her as she worked

16   on that strategic plan?

17        A    Yes.

18        Q    Okay.  Did you agree with the statement

19   here that the strategic plan document is designed to

20   be a coaching tool?

21        A    Yes.

22        Q    Okay.  In what way was the strategic plan

23   a coaching tool?

24        A    It was a coaching tool in that it allowed

25   the GNETS to reflect on their practices and services



1  and their procedures for implementing the State

2  Board of Education rule based on the guidance that

3  was provided in the GNETS manual, and then get

4  feedback from Nakeba and other staff on what support

5  and services they may need to make sure that they

6  were meeting areas which they thought they may need,

7  need additional assistance.

8      Q    Okay.  And when you say they -- the GNETS

9  could get feedback from Nakeba and other staff, what

10  other staff are you referring to?

11      A    They would have been able to get feedback

12  from the special education staff at the Georgia

13  Department of Education.

14      Q    Okay.  Any other staff?

15      A    Not specifically.

16      Q    So moving to Mr. Winter's first set of

17  questions, which appear in sort of the third full

18  paragraph down, begins with "However."

19          Do you see that?

20      A    Yes.

21      Q    It says:  "However, is there a document

22  that outlines the GNETS program from the State

23  perspective?  Do we have a document that outlines

24  the role of the DOE GNETS staff in ensuring quality

25  and compliance with Georgia's plan at the GNETS



1  level?"

2           Those were the questions that Mr. Winter

3  posed, correct?

4      A    Yes.

5      Q    What did you understand when Mr. Winter's

6  said the role of DOE GNETS staff?  Who did you

7  understand that to refer to?

8      A    He would have been referring to Nakeba.

9      Q    And anyone else?

10     A    I do not recall if at that time Nakeba had

11  other staff working with her, but if she did, that

12  is who he would have been referring to.

13     Q    So it would have -- the DOE GNETS staff

14  would have referred to Ms. Rahming and anyone else

15  who may have been on her staff at that time?

16     A    Yes.

17     Q    There's also a reference here to assuring

18  quality and compliance with Georgia's plan at the

19  GNETS level.

20          What is the reference to Georgia's plan

21  mean?

22     A    My best recollection would be the

23  operations manual in terms of how that is going to

24  be implemented at the GNETS, which is guidance for

25  how to implement the State Board of Education rule.



1    Q    And Ms. Rahming's response to that

2  particular set of questions is:  "Yes.  That's the

3  Project Management Plan.  We can have a copy of the

4  most updated version at the meeting tomorrow."

5    A    Yes, that was her response.

6    Q    Did you agree with this response?

7    A    Yes.

8    Q    And this project management plan that's

9  referenced here, this is the same project management

10  plan that we discussed you began with those three

11  core areas before Ms. Rahming's hire?

12    A    No.

13    Q    This is a different document?

14    A    This is the -- yes, this is a different

15  document.

16    Q    Okay.  And what is this document, the

17  project management plan?

18    A    This is the document that I discussed with

19  you earlier that Nakeba and I discussed at our

20  meetings that we had.

21    Q    Okay.  And so we also had a conversation

22  in the context of your interviewing Ms. Rahming when

23  she sent the three follow-up questions after her

24  interview?

25    A    Yes.



1       Q     And I thought I understood from that

2   conversation that for the project management plan,

3   that you started the project management plan with

4   sort of three core areas, I believe one of which

5   involved hiring Ms. Rahming; and that when Ms.

6   Rahming came on, you and she both worked on a

7   project management plan together.

8             Is that incorrect?

9       A     That's incorrect.  It needs explanation.

10      Q     So please correct me.

11      A     So I started a project management plan to

12  identify the work that I needed to do.  Part of the

13  project management plan that I created for myself

14  was to hire Nakeba Rahming -- well, was to hire a

15  person, and it turned out to be Nakeba.  And

16  together we developed a project management plan

17  moving forward.  That could have or -- included some

18  of the recommendations that I made to the State

19  Board of Education.

20      Q     Okay.  So that project management plan

21  that you and Ms. Rahming created together, did it

22  have those original three items that you started

23  with on that project management plan?

24      A     Correct.

25      Q     And then you and Ms. Rahming added to that



 1  project management plan at some point later?

 2       A    Correct.

 3       Q    Okay.  Was there anyone else who worked on

 4  that project management plan that the two of you

 5  worked on together?

 6       A    I don't recall anyone working on it at the

 7  time Nakeba and I were working on it.

 8       Q    And who maintained that project management

 9  plan document?

10       A    Nakeba.

11       Q    Did you ever edit or make changes to that

12  document?

13       A    We would have had discussions about the

14  items on the project management plan during our

15  meetings, and if I had any questions or feedback or

16  suggestions or recommendations, then it would have

17  been made, and I may have made them myself or I may

18  have given them to Nakeba.

19       Q    So updates may have been made by you

20  personally or by Nakeba?

21       A    Correct.

22       Q    But Nakeba maintained the project

23  management plan document?

24       A    It was her responsibility to maintain that

25  document.



1    Q    Moving on to the sort of second question

2    section here that begins with Mr. Winter's question:

3    "Do we have an outline of what a recommended

4    treatment program at the local level will look

5    like?"

6         You see that?

7    A    Yes.

8    Q    And Ms. Rahming's response is:  "We are

9    working on this.  It will be titled, as a Framework

10   for Integrated Mental Health and Behavioral-Related

11   Educational Services and serve as the GNETS Service

12   Delivery Model.  It is in the very early stages."

13        Is that an accurate reading of her

14   response?

15   A    Yes.

16   Q    Was this framework that was going to

17   become the recommended treatment program at the

18   local level ever completed?

19   A    I don't know because as Nakeba became more

20   and more familiar and took on additional

21   responsibilities, then my responsibilities for

22   working on -- working -- being really very involved

23   in the specific work became less and less.

24        So I would have been providing guidance.

25   I would have been helping her to figure out key



1  players, but I would not have been working on this

2  particular document because I did not have that

3  expertise.

4      Q    But you understood from this document that

5  Ms. Rahming was working on a recommended treatment

6  program at the local level and that it was going to

7  have this title?

8      A    Yes.

9      Q    When Mr. Winter speaks about a recommended

10 treatment program at the local level, was that a

11 reference to a recommended treatment program in

12 GNETS programs?

13         What did you understand him to be

14 referring to there?

15     A    I thought he was referring to the GNETS

16 program.

17     Q    Moving on to the next question that Mr.

18 Winter poses, he says:  "Does this recommended

19 program have an outcome based monitoring plan of the

20 individual GNETS locations for DOE to monitor the

21 effectiveness of treatment at each GNETS program?"

22         That's his next question, right?

23     A    Yes.

24     Q    And then Ms. Rahming's response is:

25 "Tools for monitoring fidelity of the service



1  delivery model will be identified and included in

2  the framework.  GNETS Directors will be trained on

3  all tools and resources."

4          Have I accurately represented that?

5      A    Yes.

6      Q    Were those tools for monitoring fidelity

7  of the service delivery model identified?

8      A    I don't recall.

9      Q    Were directors trained on tools and

10  resources?

11     A    I don't remember.  That was in 2016.

12     Q    But the plan at this time was to identify

13  tools for monitoring fidelity of the service

14  delivery model?

15     A    Correct.

16     Q    Moving down to the next question posed by

17  Mr. Winter, he says:  "Have we discussed the

18  staffing of DOE's GNETS' department to deal with

19  treatment?"

20          Do you see that?

21     A    Yes.

22     Q    And Ms. Rahming's response is:  "Yes.  We

23  are having discussions around this, we are

24  collecting this information from GNETS directors in

25  June to identify if any of the programs have a gap



1  in staff members for therapeutic supports."

2         And then she continues on, but that's the

3  beginning of her response; is that right?

4      A   Yes.

5      Q   This information that was going to be

6  collected from GNETS directors to determine whether

7  there was a gap in staff members, is this part of

8  the information that was referenced in the summary

9  of the analysis of clinical staff in regional GNETS

10 programs that we looked at earlier?

11     A   Yes.

12         MS. GARDNER:  I'd like to hand the court

13     reporter what I am requesting be marked as

14     Plaintiff's Exhibit 79.

15         (WHEREUPON, Plaintiff's Exhibit-79 was

16      marked for identification.)

17 BY MS. GARDNER:

18     Q   You have been handed Plaintiff's Exhibit

19 79.  This is an email from Nakeba Rahming to you

20 dated February 12, 2016.  The subject is "Draft #2

21 strategic plan."

22         And this cover email has a Bates stamp

23 GA00196865.

24         This is an email that Ms. Rahming sent to

25 you?



1    A    Yes.

2    Q    And she says to you, quote:  "I may be

3  referencing this document in our meeting with Stacey

4  so I wanted to make sure you had a copy."

5         Is that right?

6    A    Yes.

7    Q    And she attaches the document to her

8  email.  So if you will take a look at that

9  attachment.  The beginning Bates number of the

10  document is GA00196866.

11        Do you see that document?

12   A    Yes.

13   Q    Is this a copy of the strategic plan that

14  has come up in our conversation today?

15   A    Yes.

16   Q    This is an early version of the strategic

17  plan; is that fair?

18   A    Yes.

19   Q    And on the face of this attachment it

20  says, the lower right-hand corner, "Draft Number 2,"

21  February 11, 2016?

22   A    Yes.

23   Q    The title of this, just to give its full

24  title, says, "Georgia Network for Educational and

25  Therapeutic Support, Strategic Plan &



1  Self-Assessment Guide."  Is that right?

2      A    Yes.

3      Q    Had you seen a version of this document

4  prior to receiving this email from Ms. Rahming?

5           (Witness reviews exhibit.)

6      A    Yes.

7      Q    You had seen a version of this document

8  prior to receiving this email from Ms. Rahming?

9      A    Yes.

10     Q    When did you first see a version of the

11 Strategic Plan & Self-Assessment Guide?

12     A    I don't remember when I first saw the

13 document.

14     Q    But some time before receiving this draft

15 No. 2?

16     A    Yes.

17     Q    Did Ms. Rahming draft the Strategic Plan &

18 Self-Assessment Guide herself?

19     A    It is my belief that she did, yes.

20     Q    And did you review versions of that

21 Strategic Plan & Self-Assessment Guide?

22     A    Yes.

23     Q    Did you provide comments and feedback on

24 the Strategic Plan & Self-Assessment Guide?

25     A    Yes.



1    Q    Did anyone else review or provide feedback
2  on the Strategic Plan & Self-assessment Guide?
3    A    I'm not certain.  She may have asked staff
4  in the Special Education Division to review it.  But
5  I don't know.  She may have asked GNETS as well, but
6  I can't specifically recall if that is a yes or a
7  no.
8    Q    Okay.  What did you understand the process
9  by which the content of this document was developed
10  to be?
11    A    I believe a group of GNETS directors were
12  a part of the development of the strategic plan.  I
13  know there were other key personnel in the Special
14  Education Department, specifically Debbie Gay.
15  There may have been other staff persons.
16         And I know that information from GNETS
17  program director -- GNETS directors, as well as
18  other information that Nakeba may have known, would
19  have got into the content of this strategic plan.
20    Q    Did Ms. Rahming ultimately make the call
21  on sort of what finally would be included in this
22  Strategic Plan & Self-Assessment Guide?
23    A    I think it was a collaborative decision
24  between -- I was a part of the decision-making.
25  Debbie Gay would have been part of the



1   decision-making, Nakeba, and if I'm not mistaken, I

2   think the Strategic Planning Committee of the GNETS

3   group would have been a part of the final

4   decision-making as well.

5           So it would have been a collaborative

6   decision.

7       Q    So I want to walk through this draft of

8   the Strategic Plan & Self-assessment Guide.

9           This is -- or is this a version of

10  strategic plan that Mr. Winter referred to as a

11  coaching tool in the email that we previously looked

12  at?

13      A    Yes.

14      Q    And am I correct in understanding that the

15  Strategic Plan & Self-assessment Guide is broken up

16  into sort of six primary sections?

17      A    This draft has seven sections.

18      Q    Does it have seven sections?

19      A    Yes.

20      Q    Oh.  The last one is facilities.  Okay.

21          So there are seven primary sections that

22  the Strategic Plan & Self-Assessment Guide is broken

23  up into?

24      A    Yes.

25      Q    At least this draft?



1      A    Correct.

2      Q    And then within each of the sections of

3  the Strategic Plan & Self-Assessment Guide there is

4  an identified goal related to that section; is that

5  right?

6      A    Correct.

7      Q    And then beneath the goal there are

8  enumerated action items related to that goal?

9      A    Correct.

10     Q    And then this strategic plan identifies

11  the frequency with which those action items should

12  be done?

13     A    Correct.

14     Q    It also identifies the person responsible

15  for those action items?

16     A    Correct.

17     Q    It contains a column that's titled,

18  "Activities."  What is that for?

19     A    It is a list of the activities expected to

20  happen as a result of the action items.

21     Q    Okay.  And what about Measure/

22  Documentation?  What is that?

23     A    It is the documentation that would need to

24  be provided to document that the activities action

25  items goals, goals were met.



1      Q    And when you say would need to be
2    provided, provided to who?
3      A    If -- actually, the GNETS would have
4    needed to make sure that they maintained that
5    documentation and provide it to Nakeba if she
6    requested that information.
7      Q    The strategic plan also identifies the
8    resources that are needed for the enumerated action
9    items?
10     A    Yes.
11     Q    And then on the far right there is a
12   section that's titled "Rating Scale," right?
13     A    Correct.
14     Q    And is this a rating as to whether the
15   action item has been met?
16     A    Yes.
17     Q    For each item that's rated, there are
18   three potential ratings offered in the strategic
19   plan?  Is that correct?
20     A    Yes.
21     Q    And what are those ratings?
22     A    Not evident, emerging, and operational.
23     Q    And am I correct that the legend that
24   tells you what evident, emerging and operational
25   means appears on the very first page of the



1  Strategic Plan & Self-assessment Guide?

2      A    You are correct.

3      Q    How would programs be rated in the areas

4  identified by this Strategic Plan & Self-assessment

5  Guide?

6      A    How would programs --

7      Q    How would regional GNETS programs be rated

8  in the areas identified by this Strategic Plan &

9  Self-Assessment Guide?

10     A    I'm not sure I understand your question.

11     Q    So we just went through the way that the

12  Strategic Plan & Self-Assessment Guide is

13  structured, and you told me that there is a rating

14  scale for every action item that is included in the

15  strategic plan, right?

16     A    Correct.

17     Q    Am I correct in understanding that this

18  rating was a rating of a regional GNETS programs

19  implementation of action items?

20     A    It is a rating of -- it's a

21  self-assessment rating of each GNETS, and they would

22  rate the scale according to the evidence that they

23  were able to provide.

24     Q    So the ratings that appear in the

25  Strategic Plan & Self-Assessment Guide are



1   self-assessments by the regional GNETS programs of

2   themselves?

3        A    It is a -- it is a self-assessment guide.

4        Q    Okay.  Were the ratings that regional

5   GNETS programs assigned to themselves initially the

6   final ratings?

7        A    It is my understanding that Nakeba would

8   have reviewed the ratings -- self-assessment guide

9   for each GNETS, and then would have looked for the

10  evidence that supported that rating at the GNETS,

11  and they would have had a discussion about the

12  rating and they would have come to an agreement on

13  the accuracy of the rating.

14       Q    So regional GNETS programs would begin by

15  rating themselves on the self-assessment?  That's

16  the first step?

17       A    Correct.

18       Q    And then Ms. Rahming would review the

19  ratings using a self-assessment guide to look for

20  evidence supporting those ratings for each regional

21  GNETS programs?  That was kind of a second step?

22       A    Correct.  Under the resources that were

23  needed to show the justification for the rating.

24       Q    Okay.  And when Ms. Rahming did that, did

25  she look for the evidence supporting the rating



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                         183

1  while on-site with regional GNETS programs?

2      A    Yes.

3      Q    And then you said while she was on-site

4  that she would have had discussions with the

5  regional GNETS programs about their ratings in light

6  of the evidence that she reviewed related to those

7  ratings?

8      A    I cannot say for certain that it was

9  on-site with every -- I'm sorry -- GNETS director

10 because it could have been at a GNETS meeting, and

11 the GNETS director brought their evidence with them.

12         So there could have been a number of ways

13 that she would have reviewed the data supporting the

14 justification for the rating that a GNETS would have

15 assigned their GNETS.

16     Q    Okay.  But whether her review occurred

17 on-site or elsewhere, she would have reviewed the

18 regional GNETS program's initial self-assessment

19 rating to look for evidence supporting that rating,

20 and then had a discussion with the regional GNETS

21 program about that?

22     A    Correct.

23     Q    Were the ratings for each regional GNETS

24 program, the sort of final ratings for each regional

25 GNETS program, maintained somewhere?



1      A    I'm not sure.

2           MS. GARDNER:   I'm going to hand you what

3      I'd like to have marked as Plaintiff's Exhibit

4      80.

5           (WHEREUPON, Plaintiff's Exhibit-80 was

6       marked for identification.)

7  BY MS. GARDNER:

8      Q    You have been handed Plaintiff's Exhibit

9  80.  This is an email from you to Nakeba Rahming.

10  The subject is "Guidance for completing strategic

11  plan and self-assessment."  The email is dated

12  October 17, 2016.

13          The Bates-stamp on the cover email is

14  GA00053667.

15          This is an email that you sent to Ms.

16  Rahming?

17      A    Yes.

18      Q    And here you say:  "I finally finished the

19  guidance document"?

20      A    Yes.

21          This is a document that you were working

22  on?

23      A    Yes.

24      Q    And it says here that you look forward to

25  reviewing with Ms. Rahming the needed edits?



1      A    Yes.

2      Q    You attach the guidance documents that

3  you're referencing to that email, right?

4      A    Yes.

5          MS. GARDNER:   I'll note for the record the

6      first page of that attachment is Bates-stamp

7      GA00053668.

8  BY MS. GARDNER:

9      Q    Turning to the attachment, what is the

10 title at the top of this document?

11     A    The title is "Guidance for Completing the

12 GNETS Strategic Plan and Self-assessment Rubric."

13     Q    Did you draft this document?

14     A    No.

15     Q    What was your role with respect to this

16 document?

17     A    I was to give feedback to Nakeba with

18 respect to this document.

19     Q    So Ms. Rahming drafted this document

20 initially?

21     A    Yes.

22     Q    And I take it at some point prior to this

23 email that you sent to Ms. Rahming on October 17,

24 2016, she requested that you review this document?

25     A    Yes.



1        Q    And here, when you say you finally

2   finished the guidance document, are you saying you

3   finished reviewing it?

4        A    Yes.

5        Q    And you're attaching your reviewed

6   version, and I don't know if this contains feedback

7   or edits from you, but is that what was happening

8   here?

9        A    I don't know if this included my feedback

10  or not, but, yes, that would have been what I was --

11  I would have reviewed the document and sent her the

12  attached document with my reviews.

13       Q    Understood.  What was the purpose of this

14  document?

15       A    This document was to serve as a

16  self-assessment tool for the GNETS program directors

17  and to outline the expectations for all of the

18  GNETS, and to ensure that the components in the

19  State Board of Education rule was included in the

20  work -- was included in the strategic plan, so that

21  the department could ensure that GNETS were aware of

22  all the requirements in the State Board rule and how

23  those requirements were to be implemented in

24  accordance with the guidance document.

25            Sometimes I say operational -- operational

1  manual, but the guidance document.

2      Q    So you said -- you described this as a

3  self-assessment tool for the GNETS program

4  directors?

5      A    It is a strategic plan and self-assessment

6  tool for the GNETS directors, yes.

7      Q    Okay.

8      A    For the GNETS program, yes.

9      Q    And just so that I am clear, this document

10  is different from the Strategic Plan &

11  Self-assessment Guide that we just looked at,

12  correct?

13      A    This document is the guidance for

14  completing the GNETS Strategic Plan and

15  Self-Assessment Rubric, which is the document we

16  looked at in Plaintiff's Exhibit No. 79, GNETS

17  Strategic Plan & Self-Assessment Guide.

18      Q    So is it fair to think of this as somewhat

19  of a companion to that document that you looked at

20  in Plaintiff's Exhibit 79?

21      A    Yes.

22      Q    Okay.  This guidance document lists

23  documentation and evidence that can be used to

24  determine those self-assessment ratings in each of

25  the broad areas of the strategic plan, correct?



1       A    Yes.

2       Q    And it also provides criteria for

3  determining which rating as between operational,

4  emerging, and not evident should be selected?

5       A    Yes.

6       Q    And when I say it provides criteria for

7  determining which rating should be selected,

8  initially the rating would be selected by the

9  regional GNETS programs?

10      A    Yes.

11           MS. HERNANDEZ:  Kelly, can we take a

12      five-minute break?

13           MS. GARDNER:  Yes.

14           THE VIDEOGRAPHER:  Off the record at 3:55

15      p.m.

16           (A recess was taken.)

17           THE VIDEOGRAPHER:  We're back on the

18      record at 4:04 p.m.

19           MS. GARDNER:  We're marking what is

20      Plaintiff's Exhibit 81.

21           (WHEREUPON, Plaintiff's Exhibit-81 was

22       marked for identification.)

23  BY MS. GARDNER:

24      Q    You have been handed what is marked as

25  Plaintiff's Exhibit 81.  This is an email from



1  Nakeba Rahming to you, dated June 21st, 2017.  The

2  subject is "Revised Version."

3          And this cover email is Bates-stamped

4  GA00152557.

5          This is an email that Ms. Rahming sent to

6  you?

7      A    Yes.

8      Q    And this email is sent in response to an

9  earlier email that you sent to Ms. Rahming on

10  Wednesday, June 21st, 2017, at 11:46 a.m.?

11      A    Yes.

12      Q    Then if you look at the very bottom of the

13  page, which is the earliest in time email, Ms.

14  Rahming is forwarding to you a document, and she

15  says, "Please let me know if this makes sense."

16      A    Yes.

17      Q    So this is similar to what we've seen

18  before, some back and forth between you and Ms.

19  Rahming, with her providing you documents and you

20  reviewing them and providing guidance and feedback?

21      A    Yes.

22      Q    Okay.  Ms. Rahming attaches two documents

23  to the email that she sends to you when he says

24  "here is the revised version"?

25      A    Yes.



1      Q    And am I correct in understanding that

2   those attachments contain revisions in response to

3   the content of your email to Ms. Rahming on

4   Wednesday, June 21st, 2017, at 11:46 a.m.?

5      A    Yes.  Except the actual -- yes, yes.  I'm

6   sorry.  Yes.

7      Q    Please tell me if I'm wrong, am I right in

8   understanding that the guidance that you provide to

9   Ms. Rahming in your email to her on Wednesday, June

10  21st, 2016 is related to the second attachment to

11  this email?

12     A    Yes, you're correct.

13     Q    So the first attachment to Ms. Rahming's

14  email to you is a document that has a header that is

15  "The ABC's of Strategic Planning"?

16     A    Yes.

17     Q    And then the second attachment has a

18  header that says, "FY17 Baseline Results for GNETS

19  End of Year Strategic Plan Compliance Review.

20  Reviews conducted by the Georgia Department of

21  Education"?

22     A    Yes.

23     Q    And that second attachment, the first page

24  is Bates-stamped GA00152559.

25          In your email to Ms. Rahming on Wednesday,



1  June 21st, 2017, one of the things you say to Ms.

2  Rahming is:  "I think this will work.  Call it a

3  scoring Guide and bullet each of the three main

4  areas, then indent.  See below."

5      A    Yes.

6      Q    And then am I correct you kind of mock out

7  what your suggested structure for that second

8  attachment should be?

9      A    Yes.

10      Q    Turning to the second attachment, which is

11  the FY17 Baseline Results for GNETS End of Year

12  Strategic Plan Compliance Review, what do you

13  understand baseline to mean here?

14      A    It was my understanding that this would

15  have been the first rating, and therefore the

16  baseline.  And any subsequent rating or review would

17  have been compared to this, the baseline.

18      Q    And when you say this would have been the

19  first rating, you are referring to the first set of

20  self-assessment ratings for the regional GNETS

21  programs under the Strategic Plan & Self-Assessment

22  Guide?

23      A    Yes.

24      Q    This document provides a summary that

25  explains generally how the review process works,



1   right?

2        A    Yes.

3        Q    Is that an accurate summary of how the

4   review process worked?

5        A    Yes.

6        Q    It says at the beginning of the review

7   process that:  "GNETS directors and their leadership

8   teams were charged with implementing the components

9   of the GNETS strategic plan."

10            Do you see that?

11       A    Yes.

12       Q    Who charged the GNETS directors and their

13  leadership teams with implementing the strategic

14  components in the plan?

15       A    That would have been Nakeba.

16       Q    Looking at the last two sentences of this

17  review process, do you see the sentence beginning

18  "If the evidence presented clearly supports the

19  implementation of the components"?

20       A    Yes.

21       Q    Does this refer to the process that we

22  discussed earlier where regional GNETS programs

23  initially self-assess and select a rating and then

24  Ms. Rahming would review that rating in light of the

25  evidence that existed, and if the evidence supported



1  the rating, the rating would stand; and if not, then

2  the rating would be changed to more accurately

3  reflect the level of implementation?

4      A    That is correct.

5      Q    In this review process paragraph, it also

6  says:  "GaDOE provided a rubric and guidance to

7  support the rating process."

8          Do you see that?

9      A    Yes.

10     Q    Is that the guidance document that we

11 previously looked at that we said was a companion to

12 the Strategic Plan & Self-Assessment Guide?

13     A    Yes.

14     Q    And who specifically provided -- well, you

15 said that guidance was for use by GNETS directors;

16 is that correct?

17     A    Yes.

18     Q    Who provided that rubric and guidance to

19 the GNETS directors?

20     A    That would have been Nakeba.

21     Q    In this review process where it references

22 the teams preparing for an on-site review from the

23 GNETS state director, that GNETS state director was

24 Nakeba Rahming?

25     A    Yes.



1       Q    Moving down to the next section of this

2  document that's entitled "Scoring Guide," do you see

3  that?

4       A    Yes.

5       Q    It provides a definition of reported

6  self-ratings.  Those self-ratings are modest,

7  elevated, and acceptable?

8       A    Yes.

9       Q    And in here it describes what each of

10 those ratings means, right?

11      A    Yes.

12      Q    So, for example, if the scoring guide

13 contains reported self-rating that says elevated, it

14 means that teams rated four or more items as

15 operational and the ratings needed to be changed due

16 to lack of change to support those ratings?

17      A    It means, in the review process, and

18 Nakeba looking at the ratings, if teams rated four

19 or more items as operational and the ratings needed

20 to be changed due to the lack of evidence to support

21 those ratings, then it would be elevated.

22      Q    And then moving down to where it says,

23 "Preparation."

24      A    Yes.

25      Q    This is a letter rating given to regional



 1  GNETS programs that's based on how prepared the team

 2  at those regional GNETS program sites were with

 3  providing documentation, organizing information, and

 4  accessing evidence to make them available for

 5  review?

 6       A    Yes.

 7       Q    And when it says to make them available

 8  for review, that's reviewed by Ms. Rahming?

 9       A    Yes.

10       Q    Then Success Rate is just basically almost

11  like a score on a test, how close you got to the

12  total maximum number of points you could have

13  gotten?

14       A    Yes.

15       Q    Turning to the very last page, am I right

16  that this chart reflects the actual final strategic

17  plan ratings for that baseline FY17 year?

18       A    Yes.

19       Q    And so in this chart it identifies each of

20  the regional GNETS programs, and then says what

21  their self-rating was, what the preparation letter

22  score was, and then what their success rate was?

23       A    Yes.

24       Q    I believe you said earlier that in

25  subsequent years of the Strategic Plan &



 1  Self-Assessment Guide that ratings of the regional

 2  GNETS programs would be compared to this baseline

 3  here; is that right?

 4       A    Yes.   That was the intent.

 5            MS. GARDNER:   I'm going hand you what I

 6       would like to have marked as Plaintiff's

 7       Exhibit 82.

 8            (WHEREUPON, Plaintiff's Exhibit-82 was

 9       marked for identification.)

10  BY MS. GARDNER:

11       Q    You have been handed what is marked as

12  Plaintiff's Exhibit 82.

13            Do you recognize this document?

14            (Witness reviews exhibit.)

15       A    Yes, I do.

16       Q    And what is this?

17       A    This is the Georgia Network for Education

18  and Therapeutic Support, GNETS, State Board of

19  Education Rule.

20       Q    And am I correct that if you look on Page

21  8 of this document, that rule was adopted on

22  June 15, 2017?

23       A    That is correct.

24       Q    And it took effect on July 5th, 2017?

25       A    That is correct.



1      Q    When you mentioned earlier that one of the

2   areas you performed work related to GNETS was the

3   GNETS rulemaking process, was that work leading to

4   this revised state GNETS rule?

5      A    Yes.

6      Q    You also discussed earlier work on

7   guidance related to GNETS, right?

8      A    Yes.

9      Q    To your knowledge, was there ever any

10  written implementation guidance related to the 2017

11  GNETS rule issued to regional GNETS programs or

12  GNETS directors?

13     A    I don't recall specifically, but I recall

14  working on what we would have called the GNETS

15  manual, updating that manual, which would have been

16  the guidance related to the approval of the -- the

17  passing of this rule.

18     Q    So you worked on something called the

19  GNETS manual?

20     A    I would have reviewed what was -- I would

21  have reviewed whoever was working on that document.

22  So yes.

23     Q    And who would have been working on that

24  document?

25     A    Nakeba would have been working on it.  She



1  most likely would have received some support from

2  the Policy Division, and then I would have provided

3  her guidance and support as well.

4      Q   Who in the Policy Division would she have

5  received support from?

6      A   I don't know specifically who the -- I

7  don't remember who the policy director was at that

8  time, but the person who would have been the deputy

9  for policy would have been Garry -- Dr. Garry

10 McGiboney.

11         MS. GARDNER:  I'm going to ask the court

12     reporter to please mark this as Plaintiff's

13     Exhibit 82 -- 83.  Sorry.

14         (WHEREUPON, Plaintiff's Exhibit-83 was

15      marked for identification.)

16 BY MS. GARDNER:

17     Q   You have Plaintiff's Exhibit 83, and this

18 is an email from you to Nakeba Rahming.  The subject

19 is "First Draft of Guidance."

20         This email is Bates-stamped GA00152602,

21 and it contains an attachment, the title of which is

22 "160-4-7-.15 NEW."

23         Is this an email that you sent to Ms.

24 Rahming?

25     A   Yes.



1    Q    And in this email you attach what you

2    term, quote, "The first draft GNETS rule guidance"?

3    A    Yes.

4    Q    And you ask Ms. Rahming to review and let

5    you know her thoughts?

6    A    Yes.

7    Q    Turning to the attachment, the first page

8    which is Bates-stamped GA 152603, is this

9    implementation guidance what you were referring to

10   as a GNETS manual, or is this something different?

11   A    This would have been -- let me read it and

12   make sure.

13        (Witness reviews exhibit.)

14   A    This guidance and the manual that I was

15   referring to in my mind would have been the same.

16   Q    Okay.  So this is the implementation

17   guidance that you were referring to earlier?

18   A    Yes.

19   Q    Okay.  Did you draft this document?

20   A    Yes, I believe I did.

21   Q    And how was it that you came to draft

22   implementation guidance?  Was that at the request of

23   someone?

24   A    I was the deputy for policy for a number

25   of years.  One of the activities that we typically



1  did, and I led that activity, was to develop

2  guidance.

3          So I would work with the program

4  specialist, for example, in this case, Nakeba.  I

5  would give -- provide an outline of what should be

6  included in the implementation guidance, and I would

7  have relied on their expertise to fill in the parts

8  that I did not have expertise.

9          I had expertise in the process, what

10  should be included, what the outline should look

11  like.  I would have relied on program staff to fill

12  in the content knowledge.

13      Q    And so does this document reflect that in

14  that there are portions of this document that you

15  drafted and filled out, and then as you note in your

16  cover email to Ms. Rahming, you've left some areas

17  highlighted in red for her expertise?

18      A    Yes.

19      Q    Was this implementation guidance reviewed

20  by anyone other than you?

21      A    I don't know.

22      Q    Did you submit implementation guidance for

23  review by someone other than Ms. Rahming?

24      A    Did I submit -- repeat your question.

25      Q    I'm trying to understand if there was a



1  review process for implementation guidance before it

2  would have been finalized.  And so I understand that

3  you were involved in drafting this, so I'm asking

4  whether you reported to anyone or submitted your

5  drafting for review by anyone else, or were you the

6  person in charge of reviewing implementation

7  guidance?

8       A    I was not the person in reviewing

9  implementation guidance.  I would have provided

10 this, this outline.  Nakeba would have completed the

11 content part.  She of course would have received

12 input from the policy and from -- from the Policy

13 Division, as well as from the Division of Special

14 Ed.  Special Ed Division.

15          She may have received input from GNETS but

16 I can't verify that.

17      Q    Was this implementation guidance ever

18 finalized?

19      A    I cannot remember for certain.

20      Q    Turning to Page 3 of this document, of the

21 attachment, the implementation guidance, at the

22 beginning of the very last paragraph, it says:  "The

23 Implementation Guidance is intended to provide

24 tools, resources, and best practices for LEAs,

25 GNETS, and Fiscal Agents to aid in implementing



1  State Board of Education (SBOE) Rule 160-4-7-.15."

2          Do you see that?

3      A    Yes.

4      Q    Was that your understanding of the purpose

5  of this implementation guidance?

6      A    Yes.

7      Q    But you don't recall whether the guidance

8  was ever issued, right?

9      A    I don't recall.

10     Q    Turning to Page 4, under the section

11 that's headed "Guiding Practice," if you look at the

12 second full paragraph there, it starts with:  "Staff

13 must be qualified to meet the needs of a unique

14 population of students..."

15         Do you see that?

16     A    Yes.

17     Q    There is a discussion here about staff

18 being qualified and needing to be certified and

19 licensed professionals to ensure that students'

20 needs are met on an ongoing basis.  Is that correct?

21     A    Yes.

22     Q    And then you say here, quote:  "While

23 GNETS and LEAs may hire staff to provide

24 supplemental or interim services to support students

25 and their families, certified and licensed



1  professionals must be...for example,..." and then

2  you write "trying to get at the social worker

3  technician here."

4          Do you see that?

5      A    Yes.

6      Q    What did you mean by trying to get at the

7  social worker technician here?

8      A    I was trying to provide a note for Nakeba

9  that we needed to explain why certified and licensed

10 professionals must be provided.

11     Q    And you believe that certified and

12 licensed professionals must be provided in the GNETS

13 programs?

14         MS. HERNANDEZ:  Objection.

15         You can answer.

16     A    According to what was in the rule and my

17 understanding of the services that were to be

18 provided by GNETS, yes.

19     Q    Okay.  So when you say trying to get at

20 the social worker technician here, what, what were

21 social worker technicians?

22     A    I don't remember clearly, but based on my

23 recollection, my thinking would have been that a

24 social worker technician is not a social worker.  A

25 social worker is a licensed professional.



1           A social worker technician would not be a

2   licensed professional, though they may have some of

3   the skills, but based on my best recollection, in

4   this particular instance the reason this is here --

5   I put it here -- is because that person did not hold

6   a -- a state license to be a social worker.

7           Q    Did you understand some regional GNETS

8   programs to be using social worker technicians at

9   this time?

10          A    I don't remember why I put it here, but

11  something would have caused a trigger for me to

12  highlight this, and I could have been asked a

13  question.  I don't really understand, like something

14  specific, but I do understand why I put it here, and

15  the reason is so that I can get Nakeba to highlight

16  the difference between a technician and someone who

17  is licensed or certified.

18          Q    Moving down to the latter part of that

19  paragraph, it says, "The Georgia Department of

20  Education may require staff serving students at

21  GNETS to have additional specialized training,

22  including trauma informed care, formative behavior

23  assessment, behavior intervention plan.  Life Space

24  Intervention strategies, evidenced-based restraint

25  methods, and other social and emotional screening



1  and diagnostic tools."

2         Do you see that?

3     A    Yes.

4     Q    Did the Georgia Department of Education

5  ultimately require staff serving students at GNETS

6  to have such additional specialized training?

7     A    I can specifically say trauma informed

8  care, formative behavioral -- behavior assessment,

9  behavior intervention plan were required -- were

10 required GNETS training.

11    Q    Turning to Page 6, under the first Guiding

12 Practice section, in the second paragraph of that

13 section, there's a discussion here of using data to

14 conduct comprehensive reevaluation.

15        Do you see that?

16        (Witness reviews exhibit.)

17    A    GNETS and LEAs must use data from a

18 variety of sources?

19    Q    Uh-hum.  (Affirmative.)

20    A    Is that what -- yes.

21    Q    And you go on to write here:  "Ideally

22 GNETS and LEAs advocate for students to return to

23 the general education setting as quickly as

24 possible"?

25    A    Yes.



 1       Q    Does that accurately reflect your view at

 2   the time?

 3       A    Yes.

 4            MS. GARDNER:   This will be Plaintiff's

 5       Exhibit 84.

 6            (WHEREUPON, Plaintiff's Exhibit-84 was

 7        marked for identification.)

 8   BY MS. GARDNER:

 9       Q    You have received Plaintiff's Exhibit 84.

10   This is an email from you to Nakeba Rahming, sent

11   August 29th, 2017.  The subject is "Re:  Please

12   Review."

13            The cover email is Bates-stamped

14   GA00481679.

15            This is an email that you sent to Ms.

16   Rahming?

17       A    Yes.

18       Q    And you say:  "My draft responses are

19   attached.  Please review and let me know how you

20   want to proceed"?

21       A    Yes.

22       Q    Correct that this email you send to Ms.

23   Rahming follows her forwarding to you of feedback on

24   the guidance document that was provided by Stacey

25   Benson?



1    A    Yes.

2    Q    And there are two documents that you

3 attach in your email to Ms. Rahming, correct?

4    A    That is correct.

5    Q    The first attachment is another draft

6 implementation guidance, right?

7    A    Yes.

8    Q    And then the second document is a document

9 that has a caption "GNETS Rule Guidance Feedback"?

10    A    Yes.

11    Q    Am I correct this is a later draft of the

12 rule implementation guidance that we just looked at?

13    A    Ask me that again.

14    Q    I'm asking if Plaintiff's Exhibit 84 is a

15 later draft of the --

16    A    Oh, okay.

17    Q    -- rule implementation guidance than the

18 one we looked at in Plaintiff's Exhibit 83?

19    A    Yes.

20    Q    If you turn to Page 5 of the

21 implementation rule guidance?

22    A    Yes.

23    Q    I just want to be sure I understand.  Do

24 you see there's two places where there's text in the

25 document that's lighter than the rest of the text?



1      A    Yes.

2      Q    Is this the, the feedback provided by

3  Stacey Benson and then your response to that

4  feedback?

5      A    I provided responses, but I can't tell you

6  if this was -- I don't remember if this is exactly

7  my responses, but I did provide responses.

8      Q    Is it your understanding that both you and

9  Ms. Benson have commentary that's embedded in this

10  document?

11      A    Yes.

12      Q    And this draft of the rule implementation

13  guidance adds additional language about the GNETS

14  strategic plan and GNETS monitoring and annual

15  reviews that was not included in the earlier draft

16  that we looked at, right?

17          I can direct you to Page 7.

18      A    Yes.

19      Q    Turning to the second attachment, what is

20  this document?

21      A    It appears to be feedback from someone.

22  I'm not sure.

23      Q    Okay.  You don't know where the feedback

24  came from?

25      A    I'm not sure.  I don't remember where it



 1  came from.

 2       Q    Do you have responses embedded in this

 3  document as well?

 4       A    I don't remember if I did, but it is

 5  possible.

 6       Q    And here there are -- this document was

 7  not provided in color, but does it appear to you

 8  that there are sort of different color text that

 9  show up at different levels of black and gray in

10  this document?

11       A    Yes.

12       Q    Am I also correct that if you look at the

13  bullet points in this document, the text that is in

14  dark, sort of appearing initially in each bullet

15  point, is followed by lighter text that appears to

16  respond to whatever is raised in that initial bullet

17  point?

18       A    Yes.

19            MS. GARDNER:  I'm going to ask the court

20       reporter to please mark this as Plaintiff's

21       Exhibit 85.

22            (WHEREUPON, Plaintiff's Exhibit-85 was

23        marked for identification.)

24  BY MS. GARDNER:

25       Q    You have what's been marked as Plaintiff's



1  Exhibit 85.  This is an email message from Vickie

2  Cleveland to Nakeba Rahming, Zelphine Smith-Dixon,

3  Kachelle White, and you with the subject line "Final

4  Copy of LEA Presentation."

5          Is that right?

6      A    Yes.

7      Q    This document has a Bates stamp

8  GA00199183, and in this email Ms. Cleveland attaches

9  a PowerPoint presentation entitled, "FY18 Winter LEA

10 Collaborative PPT Final"?

11     A    Yes.

12     Q    She says to you in the others that she's

13 writing to:  "See attached final copy of the

14 presentation tomorrow."

15     A    Yes.

16     Q    We are going to show that presentation

17 electronically.  The placeholder for the

18 presentation, which was produced in native, is

19 Bates-stamped GA00199184.

20          This is the attachment that Ms. Cleveland

21 forwards to you and others.  Does that look accurate

22 to you?

23     A    Yes.

24     Q    What is the LEA collaborative meeting?

25     A    The LEA collaborative meeting was a group



1  of school districts, GNETS and State Board of

2  Education -- Georgia Department of Education staff,

3  and they had regional meetings.

4      Q    Did you participate in creating this

5  document?

6      A    What do you mean by participate?

7      Q    Did you draft any portion of the

8  presentation?  We can start there.

9      A    I don't recall if I drafted any components

10  of this presentation, but I would have provided

11  feedback.

12      Q    So you would have reviewed and provided

13  feedback?

14      A    Yes.

15      Q    I'm just going to move through.

16          This is the third slide of the

17  presentation, and it says at the top "Why are we

18  here?"

19          Was this presentation a vehicle for

20  providing guidance regarding the GNETS rule?

21      A    This presentation was to provide the rule

22  and provide technical assistance to the people

23  attending -- the local staff and GNETS persons

24  attending the collaborative, so that they would

25  understand clearly the requirements of the rule.



1    Q    And who would have attended an LEA
2    collaborative meeting like this?
3    A    Most likely it would have been the special
4    education director from an LEA.  It could have been
5    another identified person, but that person would
6    have been representing the Special Education
7    Department at the LEA.
8    Q    Would there have been any GNETS directors
9    in attendance at a meeting like this?
10   A    Yes.
11   Q    Anyone else, apart from Special Education
12   directors and GNETS directors?
13   A    It is possible that staff from some RESAs
14   may have been there, as well as fiscal agents.
15   Q    And so just moving through here, I'm going
16   to scroll a little bit that you can kind of see.
17        This presentation is segmented to provide
18   guidance that's specific to the state education
19   agency, the local education agency there is a
20   section on, and then also the GNETS roles and
21   responsibilities.  Correct?
22   A    Yes.
23   Q    I have a couple of questions for you.
24   There is a portion of the presentation called
25   "Consideration of Services."  This is the beginning



1  of that section.

2           And then do you see here it says,

3  "Consistency for Consideration of Services

4  Document"?

5      A    Yes, I see it.

6      Q    And there is a reference here that says:

7  "Some programs to pilot beginning in January of this

8  year."

9           What was that pilot?

10     A    I don't recall.

11     Q    Have you seen this document here before?

12     A    I definitely would have seen this document

13  at the collaborative meeting.

14     Q    Do you know who created this document?

15     A    I believe it was someone working at one of

16  the GNETS.

17     Q    What about this document, have you seen

18  this document before?

19     A    I would have seen this document at the

20  collaborative.

21     Q    Do you know who created this document?

22     A    I don't know who created it.

23     Q    Were you present for -- you were present

24  for this meeting of the LEA collaborative?

25     A    Yes, I believe I was.



1      Q    And where did that meeting take place?

2      A    I am not sure, but if I can go back to the

3  beginning of the presentation, it should be there.

4           It's not there.  I'm not sure where it was

5  held.

6      Q    I'm going to turn to talk just a bit about

7  the work that you were involved in with the facility

8  aspect of your work related to GNETS.

9           Sort of in a -- at a high level, can you

10  just tell me about what it was that you were

11  involved in, what you were working towards, what the

12  goals of that facility work were?

13      A    Yes.  My understanding was there was an --

14  a capital outlay appropriation for GNETS facilities.

15  The funding was available for repairs and/or

16  improvement at GNETS facilities.

17           Because of the amount of funding that was

18  available, we had -- it was required by the State of

19  Georgia to put the repairs out for bid.  And so my

20  main role was to make sure that we followed the

21  Department of Education's guidelines for working

22  with the Department of Administrative Services of

23  the State of Georgia to follow those guidelines by

24  the letter to have a company to review the GNETS

25  facilities and make recommendations on improvements.



CLARA KEITH BROWN                                           June 07, 2022
UNITED STATES vs STATE OF GEORGIA                                     215

1        Q    And who did you primarily work with on the
2   facilities project?
3        A    Mike Rowland.
4             MS. GARDNER:   I'm going to ask the court
5        reporter to please mark this as Plaintiff's
6        Exhibit 86.
7             (WHEREUPON, Plaintiff's Exhibit-86 was
8        marked for identification.)
9   BY MS. GARDNER:
10       Q    Ms. Keith Brown, you have been handed what
11  is marked as Plaintiff's Exhibit 86.
12            Is this an email from Michael Rowland to
13  Ted Beck with a copy to you, Deborah Gay, Emily
14  Jones, Gregory Snapp, and John Jefferson?  The
15  subject is "GNETS Update."
16            And this cover email is Bates-stamped
17  GA00196569?
18       A    Yes.
19       Q    Who is Ted Beck?
20       A    Ted Beck was the -- I think he was Mike
21  Rowland's supervisor.  I can't remember his exact
22  title, but I think he was Mike Rowland's supervisor.
23       Q    Okay.  And in this email from Michael
24  Rowland that you are copied on, Mr. Rowland is
25  providing a quick update to Mr. Beck on the planning



 1  done for GNETS facilities, right?

 2      A    Correct.

 3      Q    Mr. Rowland says in his email that he is

 4  attaching meeting minutes from a meeting with John

 5  Jefferson at GSFIC, "along with a facility condition

 6  assessment checklist we adopted from another school

 7  system"?

 8      A    Yes.

 9      Q    What is GSFIC?

10      A    It has something to do with finance, but I

11  don't know the acronym for each letter.

12      Q    Okay.  In the next paragraph Mr. Rowland

13  says:  "We are currently in the exercise of

14  narrowing the list of facilities that will be

15  visited by our consultants."

16           This reference to consultants here, is

17  this a reference to consultants within the Georgia

18  Department of Education or outside of the Georgia

19  Department of Education?

20      A    Georgia Department of Education employees,

21  but not located at the Georgia Department of

22  Education.

23      Q    So they're field employees; is that fair?

24      A    Field consultants is what they would have

25  been.



 1      Q    Field consultants, okay.

 2           And then if you look in the third

 3  paragraph, the very last sentence, it says: "GSFIC

 4  is working on the RFQ for a design professional that

 5  will use the information we collect from the kilt to

 6  answer along with their own site evaluations."

 7           Do you see that?

 8      A    Yes.

 9      Q    So I want to just understand, it sounds

10  like there were a number of GNETS facilities that

11  were going to be visited by Georgia Department of

12  Education field consultants as part of this

13  facilities process?

14      A    Yes.

15      Q    And then it sounds like there was also a

16  second step that once the Georgia Department of

17  Education field consultants visited those facilities

18  that there would separately be design professionals

19  who would come behind and do their own site

20  evaluations?

21      A    Correct.

22      Q    Turning to the first attachment, which is

23  a Microsoft Word document titled, "Planning Meeting

24  Minutes, 11.3.15."

25           It begins with Bates No. GA00196570.



800.211.DEPO (3376)
EsquireSolutions.com

1            These are the meeting minutes that Mr.
2   Rowland references from the meeting with John
3   Jefferson at GFSIC?
4        A    Yes.
5        Q    And these minutes in some ways outline the
6   things that needed to be done and the anticipated
7   timeline on which they would be done as part of the
8   GNETS facility project?
9        A    Yes.
10       Q    Turning to the second attachment, which
11  begins with GA00196572, this is the Facility
12  Condition Assessment Checklist that Mr. Rowland
13  references in his cover email?  Is that what this
14  is?
15       A    Yes.
16       Q    Okay.  Was this Facility Condition
17  Assessment Checklist used by the Georgia Department
18  of Education facility consultants when visiting
19  GNETS facilities as part of a facility project?
20       A    To the best of my knowledge, yes.
21       Q    And would this checklist have been
22  completed by those field consultants for each
23  facility that they visited?
24       A    Yes.
25            MS. GARDNER:  This is going to be



 1          Plaintiff's Exhibit 87.

 2               (WHEREUPON, Plaintiff's Exhibit-87 was

 3          marked for identification.)

 4   BY MS. GARDNER:

 5       Q    You have been handed Plaintiff's Exhibit

 6   87.  This is an email from Michael Rowland to you,

 7   Stacey Suber-Drake, Pat Schofill, with a copy to

 8   Nakeba Rahming and Sarah Morris.

 9               The subject is "RE:  GNETS Grant FOGA"?

10       A    Yes.

11       Q    And the Bates-stamp on this email is

12   GA01488847.

13               This is an email from Mr. Rowland

14   forwarding a final version of the GNETS Facilities

15   Grants Application?

16       A    Yes.

17       Q    And if you would turn to the attachment,

18   which begins with the Bates-stamp GA01488851, is

19   this that application?

20       A    Is GA01488849 the application?  Is that

21   what you asked me?

22       Q    No.  I was saying that the Bates-stamp of

23   the attachment should be GA01488851, and I was

24   asking if this is the GNETS Facilities Grant

25   Application, the final version of that application?



1       A    It appears to be the final version, yes.

2       Q    Did you assist in drafting this

3   application?

4       A    Yes.

5       Q    And what was your role in that drafting

6   process?

7       A    I would have helped to describe how

8   applications were being -- were to be submitted, to

9   whom the applications were to be submitted.

10          I would have provided feedback on the

11  application review process and the application

12  scoring process.

13          I would have had -- I would have had some

14  input in the application glossary.

15          I would have drafted the application

16  submittal checklist.

17          And I would have put together the

18  applicant identification form.

19      Q    Okay.  If I could direct your attention to

20  Page 3.

21      A    Yes.

22      Q    Under Application Review, it says:  "Each

23  application will be reviewed by a team of GaDOE

24  Facilities and GNETS staff."

25          Do you see that?



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                           221

1      A    Yes.

2      Q    Who was on the application review team

3  from the GaDOE facility staff?

4      A    I don't know.

5      Q    Okay.

6      A    I don't remember.

7      Q    Who was on the application review team

8  from the GNETS staff?

9      A    I don't remember.

10      Q    Were you a part of the application review

11  team?

12      A    I would not have -- I don't remember if I

13  actually was a part of a team or not.  I don't

14  remember that.

15      Q    Just moving up own this page, at the top

16  of the page it says:  "By signing and submitting the

17  application, the Applicant agrees to the following,"

18  and then there is a bulleted list.

19          Do you see that?

20      A    Yes.

21      Q    So those submitting an application in

22  connection with this facilities grant process

23  committed to do all the things listed in this

24  enumerated -- or sort of this bulleted list?

25      A    Yes.



1     Q    Am I reading that correctly?

2          And one of those commitments was to sign

3    and return the letter of assurance?  Do you see that

4    in the second bullet point?

5     A    Yes.

6     Q    What was the letter of assurance?

7     A    There should have been a letter of

8    assurance attached to the application assuring that

9    certain conditions would have been met -- would have

10   been met.

11         MS. GARDNER:  I have handed the court

12       reporter a document I'm going to be asked to be

13       marked as Plaintiff's Exhibit 88.

14         (WHEREUPON, Plaintiff's Exhibit-88 was

15          marked for identification.)

16   BY MS. GARDNER:

17    Q    You have been handed what's marked as

18   Plaintiff's Exhibit 88.  This is an email from

19   Michael Rowland sent on March 30th, 2017.  The

20   subject of the email is "GNETS Facilities Letter of

21   Assurance."

22         The front page of this email is

23   Bates-stamped GA00198597.

24         You are copied on this email; is that

25   right?  In the cc: line, just after Pat Schofill?



1              The cc: line begins way down.

2      A    Yes.

3      Q    Okay.  And does it appear to you from you

4  this email that this email was also sent to various

5  email addresses for RESAs and school districts and

6  others at the top of the To line?

7      A    Yes.

8      Q    And Mr. Rowland directs his language in

9  the email to GNETS fiscal agents and facilities

10  owners?

11     A    Yes.

12     Q    There is a document attached to this

13  email.  Would you take a look at that document?

14             The beginning Bates number is GA00198599.

15             Is this the letter of assurance that was

16  referenced in the GNETS facilities grant application

17  that we just reviewed?

18     A    Yes.

19             (Discussion ensued off the record.)

20             MS. GARDNER:  I'd like to have this marked

21      as Plaintiff's Exhibit 89.

22             (WHEREUPON, Plaintiff's Exhibit-89 was

23       marked for identification.)

24  BY MS. GARDNER:

25     Q    You've been handed what's marked as



1  Plaintiff's Exhibit 89, and this is an email from

2  Michael Rowland to you.  The subject is "RE: GNETS

3  Facilities Reviews."

4         The Bates-stamp on this first page of the

5  email is GA00196895.

6         If you look at the bottom portion of this

7  front page, you write to Michael Rowland and in the

8  context of your email you say:  "Do you have a list

9  of all the facilities/sites that were visited and

10 how soon do you think I need to get a draft of the

11 assurances application?"

12        Do you see that?

13     A    Yes.

14     Q    So Mr. Rowland is responding to your

15 email, and he says to you in his February 17th, 2016

16 email:  The first spreadsheet is the list of sites.

17 "The second is the list of those not visited and

18 why."

19        Do you see that?

20     A    Yes.

21     Q    And so in this email he's attaching for

22 you a list of the facilities and sites that were

23 visited, and then those that were not?

24     A    Yes.

25     Q    And when he says "visited," am I correct



1  in understanding that these would be the sites that

2  were visited by the Georgia Department of Education

3  field consultants?

4       A    Yes.

5            MS. HERNANDEZ:  Objection.

6            You can answer.

7       Q    Turn to the first attachment.  It appears

8  behind the placeholder Bates-stamped at GA00196897.

9            This is the list of the facilities and

10 sites that were visited, correct?

11           MS. HERNANDEZ:  Objection.

12           You can answer.  You can answer unless I

13      tell you not to answer.

14      A    I'm assuming that it is based on what the

15 email said.

16      Q    And the email says that the first

17 spreadsheet is the list of sites?

18      A    Correct.

19      Q    This is in response to your request for a

20 list of facilities and sites that were visited?

21      A    Correct.

22      Q    And then the second attachment is the list

23 of those sites and facilities not visited and why;

24 is that correct?

25      A    Yes.



1      Q    There are four facilities listed on that

2  attachment?

3           Are there four facilities listed on that

4  attachment?

5      A    Yes.

6      Q    And that attachment, just for the record,

7  appears the placeholder with the Bates-stamp

8  GA00196898.

9           MS. HERNANDEZ:  Is that the page I'm

10      missing?  I just want to make sure.

11           MS. GARDNER:  Yeah.  This will be

12      Plaintiff's Exhibit 90.

13           (WHEREUPON, Plaintiff's Exhibit-90 was

14       marked for identification.)

15  BY MS. GARDNER:

16      Q    You are being handed what's marked as

17  Plaintiff's Exhibit 90.  This is an email from

18  Nakeba Rahming to you.  The subject is "try it."

19           The email was sent on July 11, 2016, and

20  is Bates-stamped GA00197241.

21           This is an email that Ms. Rahming sent to

22  you attaching a document titled, "GNETS Exit

23  Strategy Plan - for Priority sites."

24           Is that correct?

25      A    Yes.



1    Q    And if you turn to the page beginning with

2  Bates Stamp GA00197242, is this that attached

3  document that's a GNETS exit strategy plan?

4    A    Yes.

5    Q    If you look on the first page of that

6  strategy plan, the third bulleted point down, in the

7  second sentence in that paragraph, it says:  "Nine

8  sites that were identified by GaDOE's initial

9  assessment were prioritized for validation and a

10  more in-depth condition assessment by the

11  contractor."

12         Do you see that?

13    A    Yes.

14    Q    And then if you turn to Page 2, the third

15  bullet point down, "What will be the message and how

16  will it be delivered?"

17         Am I correct this bullet point references

18  a final assessment of priority sites that yielded

19  nine priority sites that GaDOE has concluded can no

20  longer provide instructional and therapeutic

21  services in the current sites?

22    A    Yes.

23    Q    So is it fair to say that after the

24  facilities reviews of GNETS facilities were

25  conducted, that there were nine sites where the



1  Georgia Department of Education concluded that those

2  sites could not continue serving GNETS students?

3          MS. HERNANDEZ:  Objection.

4      A   Yes.

5      Q   And to be clear, when I say cannot

6  continue serving GNETS students, could not continue

7  serving GNETS students in the facilities that they

8  -- in those nine facilities?

9      A   The final assessment of priority sites

10 yielded nine propriety sites that GaDOE has

11 concluded can no longer provide instructional and

12 therapeutic sites in the current site.

13     Q   And immediately beneath that, it says:

14 "Therefore, GaDOE will issue a mandatory exit plan

15 for all students referring services in any of the

16 nine priority sites."  Right?

17     A   Yes.

18     Q   And what did that mean, that the Georgia

19 Department of Education would issue a mandatory exit

20 plan for all students receiving services in any of

21 those nine sites?

22     A   It meant that the GaDOE would issue a --

23 that the GNETS site create an exit strategy and

24 submit that exit strategy.

25     Q   So basically the Georgia Department of



1  Education was requiring that students be moved out

2  of those nine facilities into some other facility?

3       A    They were requiring that that facility --

4  those nine facilities could no longer provide

5  services at those facilities.

6       Q    Right.  And so would that necessitate

7  moving students from those facilities to somewhere

8  -- to somewhere else?

9            MS. HERNANDEZ:  Objection.

10      A    If there were students there, it would

11 mean that the exit strategy would have to have a

12 component where a discussion about the students' IEP

13 and where services for that student would be

14 provided.

15      Q    And this document was the strategy for

16 supporting -- and on the first page it says:

17 "Supporting schools, LEAs and GNETS when the

18 leadership team at GaDOE determines that the

19 facility should no longer be considered a site to

20 support the instructional and therapeutic needs of

21 students."  That's what this document was?

22      A    Yes.

23            MS. GARDNER:  Can we take a break, short

24      one.

25            THE VIDEOGRAPHER:  Off the record at 5:27



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                         230

```
 1        p.m.
 2               (A recess was taken.)
 3               THE VIDEOGRAPHER:  We're back on the
 4        record at 5:40 p.m.
 5   BY MS. GARDNER:
 6        Q    Ms. Keith Brown, we have been talking
 7   about the GNETS facility review process.
 8               MS. GARDNER:  And I would like to have the
 9        court reporter mark this document as
10        Plaintiff's Exhibit 91.
11               (WHEREUPON, Plaintiff's Exhibit-91 was
12          marked for identification.)
13   BY MS. GARDNER:
14        Q    The court reporter has handed you
15   Plaintiff's Exhibit 91.  This is an email from
16   Stacey Suber-Drake to Nakeba Rahming and you, sent
17   on July 25th, 2016.
18               The subject line is "Forward:  Scanned
19   from a Xerox Multifunction Printer."
20               The Bates-stamp on the cover of this email
21   is GA01486054.
22               You received this email from Stacey
23   Suber-Drake?
24        A    Yes.
25        Q    And this email contains an attachment that
```



 1  does is a PDF titled "Burwell Program."

 2        Do you see that?

 3     A    Yes.

 4     Q    What is the document that's attached to

 5  this email?

 6     A    I don't understand your question.

 7     Q    What is the document that Stacey

 8  Suber-Drake was forwarding to you in this email?

 9     A    It is a document on Georgia State Board of

10  Education letterhead, sent to Dr. Pope.

11     Q    And Dr. Pope is the chair of the

12  Carrollton Board of Education?

13     A    Correct.

14     Q    This letter is sent by Michael P. Royal,

15  who is the chairman of the State Board of Education?

16     A    Yes.

17     Q    And in this letter Mr. Royal says, in the

18  first paragraph, about halfway down:  "423 Alabama

19  Street, Carrollton, GA 30117-3002, has been

20  identified as a facility where children cannot

21  continue to be served.  Therefore, students

22  referring services at this facility must immediately

23  be transitioned out of this site before the

24  beginning of the school year."

25        Is that an accurate reading?



1      A    Yes.

2      Q    So this is a letter from the State Board

3  of Education notifying the Carrollton Board of

4  Education they have one of the nine facilities that

5  we discussed that students were required to be moved

6  out of?

7      A    Yes.

8      Q    Did other letters like this go out

9  regarding the other nine facilities that GNETS

10  students were required to be moved out of?

11      A    I believe that is accurate.

12      Q    And was the language in those letters

13  substantially the same as the language appearing

14  here, with the exception of those parts that

15  reference the specific address of the facility,

16  addressee, that sort of thing?

17      A    I would assume the language would be the

18  same, yes.

19           MS. GARDNER:  I'm going to ask this be

20      marked as Plaintiff's Exhibit 92.

21           (WHEREUPON, Exhibit-92 was marked for

22       identification.)

23  BY MS. GARDNER:

24      Q    The court reporter has handed you what is

25  marked as Plaintiff's Exhibit 92.



1             This is an email from Nakeba Rahming to

2    Matt Jones, Matt Cardoza, Stacey Suber-Drake, you,

3    and Deborah Gay.

4             The subject is "Updates on the nine

5    facilities."

6             And the Bates number of this email is GA

7    01486137.

8             This is an email that you received from

9    Ms. Rahming?

10       A    Yes.

11       Q    And in this email she attaches a PDF

12   titled, "Nine Priority GNETS Update."  Is that

13   right?

14       A    Yes.

15       Q    And she says that, quote:  "This will also

16   be posted on the one drive"?

17       A    Yes.

18       Q    Referring to the attachment to this email?

19       A    Yes.

20       Q    And am I correct in understanding that

21   this attachment, which is Bates-stamped GA01486138,

22   provides a status update on where the nine

23   facilities that have been required to move GNETS

24   students out of those facilities, where they are in

25   terms of exiting those facilities?



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              234

```
 1        A    Yes.

 2        Q    So for some of the facilities it says that

 3   they have already moved; is that right?

 4        A    Yes.

 5        Q    And then others might have some interim

 6   status that says packing or pending?

 7        A    Yes.

 8        Q    We've looked at a lot of documents today,

 9   many of which are documents between you and Nakeba

10   Rahming, right?

11        A    Yes.

12        Q    And is it fair to say you all worked very

13   closely together while you were director at DBHDD?

14        A    Yes.

15        Q    Did Ms. Rahming report to you?

16        A    No.

17        Q    Who did she report to?

18        A    Initially, Debbie Gay.

19        Q    And when you say initially she reported to

20   Debbie Gay, was there a period of time where she

21   begin to report to someone other than Debbie Gay?

22        A    Yes.  She reported to Matt Jones.

23        Q    And why was there that change in reporting

24   structure?

25             MS. HERNANDEZ:  Objection.
```



1      Q     If you know.

2            MS. HERNANDEZ:  You can answer.

3      A     I believe she -- she was promoted.

4      Q     And that promotion, I know we reviewed an

5   email from what appeared to be her assistant

6   earlier.  Was that a promotion to the Federal

7   Programs area of the Georgia Department of

8   Education?

9            MS. HERNANDEZ:  Objection.

10     A     I'm not exactly sure.  So I don't know.

11     Q     But she received a promotion and in

12  connection with that promotion she stopped reporting

13  to Debbie Gay and began reporting to Matt Jones?

14     A     Yes.

15     Q     Were you involved at all in assessing in

16  any way Ms. Rahming's performance as the education

17  program specialist for the GNETS program?

18     A     I provided examples of -- she had a

19  performance management plan.  I provided examples

20  where I could of those items on the performance

21  management plan.

22     Q     So you provided input in the way of

23  examples related to her performance management plan,

24  and those then would have been taken by someone else

25  to assess her performance?



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                              236

1       A    Yes.

2       Q    And who would have been the person to

3   assess her performance?

4       A    I'm not really sure.  I would have

5   provided data to Debbie Gay and Matt Jones.

6       Q    Did -- you kind of were a key

7   decision-maker in the decision to hire for the

8   position that Ms. Rahming ultimately accepted at the

9   Georgia Department of Education; is that fair?

10      A    Yes.

11      Q    Were Ms. Rahming's duties in that position

12  exclusively related to the GNETS program?

13      A    Yes.

14      Q    During the time that you worked with Ms.

15  Rahming, did you have any concerns about her

16  performance?

17      A    No.

18           MS. HERNANDEZ:  Objection.

19      Q    You can answer.

20      A    No.

21      Q    Do you still keep in touch with Ms.

22  Rahming?

23      A    Occasionally, yes.

24      Q    Where is she now?

25      A    What do you mean where is he now?



1       Q    If you keep in touch with her, where is

2    she now?  Is she still at the Georgia Department of

3    Education?  Is she elsewhere?

4            MS. HERNANDEZ:  Objection.

5       A    I know where she lives.  I'm not sure

6    about her employment status.

7       Q    Okay.  How often, if at all, do you

8    communicate with her?

9       A    Occasion --

10           MS. HERNANDEZ:  Objection.

11           You can answer.

12      A    Occasionally.

13      Q    When was the last time you communicated

14   with her?

15           MS. HERNANDEZ:  Objection.

16           You can answer.

17      A    I sent her an email this morning to say

18   happy birthday.

19      Q    Do you typically communicate with her by

20   email?

21      A    I'm sorry.  By text.  I apologize.

22           I sent it by text.

23      Q    And did you get a response from her?

24      A    No.

25      Q    At the time that you resigned your



1    position as the director at DBHDD, what was your

2    opinion of the strengths of the GNETS program?

3              MS. HERNANDEZ:  Objection.

4              You can answer.

5        A    I did not do an assessment of the GNETS

6    program, so I did not determine their strengths or

7    their weaknesses.  My role was to determine if the

8    -- to determine and make recommendations if the

9    Georgia Department of Education had the State Board

10   rule and guidance and personnel in place to ensure

11   that the GNETS were following or implementing the

12   State Board rule.  And in accordance with the

13   guidance.

14             I did not evaluate the strengths or

15   weaknesses of the GNETS program specifically.

16       Q    So you had no opinion of the strengths of

17   the GNETS program at the time that you left DBHDD?

18             MS. HERNANDEZ:  Objection.

19       Q    You can answer.

20       A    No.

21       Q    And what about opinions about the

22   weaknesses of the GNETS program, did you have any

23   opinion about that at the time you left DBHDD?

24             MS. HERNANDEZ:  Objection.

25       Q    You can answer.



1    A    No.  I'm sorry, that is -- that's the

2    question you just asked me?

3    Q    Well, the question I just asked you was

4    about strengths.  Now I'm asking you about

5    weaknesses.

6    A    Oh.  No, I did not do an assessment of the

7    GNETS.  That was not my role.  My role was at the

8    State level on the things that we've talked about

9    earlier.

10    Q    We talked a little bit about sort of how

11    you came to join DBHDD as a director and your

12    initial conversations with Mr. Winter.

13         Following those conversations, what was it

14    that prompted you to actually accept his invitation

15    to come back to work at DBHDD?

16    A    I had experience in working with the

17    rulemaking process because I was deputy for Policy

18    and External Affairs.

19         I had extensive experience in reviewing

20    guidance and implementation documents, and either

21    developing from the beginning or reviewing what

22    already existed.

23         So I knew I could do that part.

24         I had a lot of success with pulling the

25    right people together to have discussion around



1  whatever the issue was that we were discussing at
2  that time.

3         I felt I had been at the Department of
4  Education long enough to know a lot about different
5  agencies and I knew many of the folks in the Georgia
6  Department of Education.  So I felt that I had a
7  great relationship with those people, and any help
8  that I needed I would be able to get that help.

9         I felt that I had a great working
10 relationship with the State Board of Education in
11 that they trusted my recommendations and I felt that
12 I still had the opportunity to give my
13 recommendations and without any reservation.  I felt
14 that I would not have any, any pressure if someone
15 thought that my recommendations should be different.

16        So I felt very comfortable in
17 communicating with the State Board of Education and
18 communicating with staff at the Georgia Department
19 of Education.

20        I had a great working relationship, I
21 thought, with the State Superintendent of Schools.

22        And so this was a project that interested
23 me and I felt I could minimally do what I could
24 before I decided no longer to work for anyone, to
25 provide support by way of a strong State Board of



1  Education rule and guidance and putting the right

2  people together before I left.

3          And so I thought about it and I agreed to

4  do it.

5      Q    And so given all of those strengths that

6  you brought to the role, what was it that you hoped

7  to accomplish by the time that you left the role?

8      A    I wanted to make sure that there was

9  someone in place who had the responsibility, as well

10 as the support, to provide the leadership for the

11 GNETS program in terms of implementing the State

12 Board rule and the implementation guidance.

13         That was my initial goal.  I wanted to

14 make sure that was in place and then I felt very

15 comfortable in leaving.

16     Q    Did you view having someone in place to

17 provide leadership for the GNETS program in terms of

18 implementing the State Board rule and implementation

19 guidance as being connected to the quality of the

20 GNETS program itself?

21         MS. HERNANDEZ:  Objection.

22     A    I felt that if the appropriate leadership

23 was in place, then that person would be able to

24 utilize whatever resources were available to, in

25 this case, to Nakeba; to assess how well the GNETS



1  were implementing programs based on that State Board

2  of Education rule.

3       Q    Just so I'm clear, at the time you left

4  DBHDD, Ms. Rahming was no longer the leader of the

5  GNETS program at the Georgia Department of

6  Education, correct?

7       A    No, that's not correct.

8       Q    That's not correct?

9       A    She, she -- by my best recollection, she

10 had -- she was promoted but GNETS remained one of

11 her areas of responsibilities, and she hired Vickie

12 as the, I believe, program manager.

13      Q    So your understanding is that at the time

14 you left DBHDD, Ms. Rahming was still involved in

15 some way with the GNETS program at the Georgia

16 Department of Education, and Vickie Cleveland had

17 also been brought on staff to work on the GNETS

18 program?

19      A    Yes.

20           MS. GARDNER:  I'd like to have marked as

21      Plaintiff's Exhibit 93 this document.

22           (WHEREUPON, Plaintiff's Exhibit-93 was

23       marked for identification.)

24 BY MS. GARDNER:

25      Q    You've been handed what's marked as



1  Plaintiff's Exhibit 93.

2          This is an email from you to Lollie

3  Meunier at Gwinnett.k12.ga.us.  The subject is "RE:

4  Hi there."

5          The first page of this email chain is

6  Bates-stamped GA00198883.

7          Who is Lollie Meunier?  I don't even know

8  if I'm saying her name correctly, but...

9      A    I'm not -- based on this email, she was

10  someone who worked at the Gwinnett -- Gwinnett

11  County schools.

12      Q    This is someone who you had previously

13  been acquainted with?

14      A    It's possible, but I don't remember her.

15      Q    At the bottom of the first page of this

16  email you sent an email to Lollie.  It's dated July

17  5th, 2017, 9:05 a.m.

18          You say:  "Hi, yes, I'm Clara.  I retired

19  in 2015 and went back to work."

20          Do you see that?

21      A    Yes.

22      Q    And you and Lollie have some back and

23  forth, and in the top thread of this email chain you

24  write:  "I wasn't really planning to work but I was

25  asked to help with the GNETS program."



1            Do you see that?

2       A    Yes.

3       Q    And this is a reference to your request

4  from Mr. Winter?

5       A    Yes.

6       Q    You go on to say:  "Although GNETS is a

7  GaDOE program and I have an office at GaDOE,

8  everyone thought it made more sense for my employer

9  to be DBHDD given the therapeutic needs of the

10 students in GNETS."

11           Do you see that?

12      A    Yes.

13      Q    When you say "everyone thought it made

14 more sense for my employer to be DBHDD given the

15 therapeutic needs of the students in GNETS," who is

16 everyone?

17      A    That would have been Mr. Winter

18 specifically at the State Board of Education.

19           I don't remember who else was involved in

20 that decision.  But I would, and I understood why,

21 because Mr. Winter, and I agreed with him, wanted to

22 make sure that I felt very comfortable making

23 whatever recommendations I thought I needed to make.

24      Q    And how would having DBHDD as your

25 employer facilitate that?



1      A    I would actually learn about the services

2    and programs provided at DBHDD.  I would learn about

3    therapeutic services, mental health services that

4    were provided by DBHDD, and I could make sure that

5    the appropriate staff at the Georgia Department of

6    Education could learn about those services and

7    programs as well.

8      Q    At the time you were director at DBHDD,

9    had DBHDD ever been involved with GNETS before then?

10     A    Not to my knowledge.

11         MS. GARDNER:  Those are the end of my

12     questions.  Thank you for your time today.

13         I think I probably have two minutes left

14     of my time.

15         THE VIDEOGRAPHER:  We're off the record at

16     6:08 p.m.

17         (Whereupon, the deposition concluded at

18     6:08 p.m.)

19

20

21

22

23

24

25



1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6            I hereby certify that the foregoing

7    transcript of CLARA KEITH BROWN was taken down, as

8    stated in the caption, and the questions and answers

9    thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   245 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 14th day of June, 2022.

22                          *Wanda L. Robinson*

23   _____

24        Wanda L. Robinson, CRR, CCR No. B-1973
              My Commission Expires 10/11/2023

25



800.211.DEPO (3376)
EsquireSolutions.com

1              D I S C L O S U R E

2   STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
    FULTON COUNTY     ) CLARA KEITH BROWN - 6/07/22
3              Pursuant to Article 10.B of the Rules and

4   Regulations of the Board of Court Reporting

5   of the Judicial Council of Georgia, I make the

6   following disclosure:

7              I am a Georgia certified court reporter.

8   I am here as a representative of Esquire Deposition

9   Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Attorney's

11  Office to provide court reporter services for this

12  deposition.  Esquire Deposition Solutions, LLC will

13  not be taking this deposition under any contract

14  that is prohibited by O.C.G.A. 9-11-28 (c).

15             Esquire Deposition Solutions, LLC has no

16  contract/agreement to provide court reporter

17  services with any party to the case, or any counsel

18  in the case, or any reporter or reporting agency

19  from whom a referral might have been made to cover

20  this deposition.

21             Esquire Deposition Solutions, LLC will

22  charge the usual and customary rates to all parties

23  in the case, and a financial discount will not be

24  given to any party to this litigation.

25



1             ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Deponent Name:  CLARA KEITH BROWN

3    Case Caption:   United States of America vs. State
                     of Georgia
4

5    Case No. :  1:16-cv-03088-ELR

6        I do hereby certify that I have read all
     questions propounded to me and all answers given by
7    me on the 7th day of June 2022, taken before Wanda
     L. Robinson, and that:
8

9    _____1) There are no changes noted.

10   _____2) The following changes are noted:

11       Pursuant to state rules of Civil Procedure
     and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
     in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
     the reason given for making them.
14       Accordingly, to assist you in effecting
     corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line          Change        Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



CLARA KEITH BROWN                                    June 07, 2022
UNITED STATES vs STATE OF GEORGIA                            249

1                    CERTIFICATE  OF DEPONENT

2

3      I hereby certify that I have read and examined

4   the foregoing transcript, and the same is a true and

5   accurate record of the testimony given by me.  Any

6   additions or corrections that I feel are necessary,

7   I will attach on a separate sheet of paper to the

8   original transcript.

9

10                 _____

11                    Signature of Deponent

12

13      I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                 _____

21                    NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25



---

**Exhibits**

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT55
    4:10
    16:4,8

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT56
    4:11
    24:23,24
    25:3

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT57
    4:13
    44:3,4,8

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT58
    4:15
    54:6,7,11

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT59
    4:17
    57:4,5,9

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT60

    4:19
    64:16,17,
    21

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT61
    4:21
    72:12,17

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT62
    4:23
    77:15,16,
    20

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT63
    5:4 81:4,
    5,9

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT64
    5:7
    91:23,24
    92:3

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT65
    5:9
    103:14,
    15,19

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT66
    5:12
    104:18,
    19,22

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT67
    5:14
    110:5,6,9

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT68
    5:17
    117:9,10,
    13

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT69
    5:19
    121:8,9,
    12,13

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT70
    5:21
    127:7,8,
    12

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT71

    6:4
    132:6,7,
    11 144:5,
    10,11
    146:3

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT72
    6:6
    140:4,5,8

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT73
    6:9
    147:6,7,
    11

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT74
    6:11
    153:3,4,8

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT75
    6:13
    156:8,9,
    13

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT76
    6:15
    157:13,
    14,17

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT77
    6:18
    160:22,23
    161:22
    164:3

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT78
    6:20
    163:4,5,8

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT79
    6:23
    174:14,
    15,18,19
    187:16,20

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT80
    7:4
    184:3,4,
    5,8,9

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT81
    7:6
    188:20,
    21,25



8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT82
   7:9
   196:7,8,
   12 198:13

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT83
   7:11
   198:14,17
   207:18

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT84
   7:13
   206:5,6,9
   207:14

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT85
   7:16
   209:21,22
   210:1

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT86
   7:19
   215:6,7,
   11

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT87

   7:21
   219:1,2,
   5,6

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT88
   8:4
   222:13,
   14,18

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT89
   8:6
   223:21,22
   224:1

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT90
   8:9
   226:12,
   13,17

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT91
   8:11
   230:10,
   11,15

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT92
   8:14
   232:20,
   21,25

8270209 Car
la.
Keith Brown
 PLAINTIFF.
EXHIBIT93
   8:17
   242:21,22
   243:1

———————————

# #

#2
   174:20

———————————

# $

$150,000
   152:1

$575,000
   149:12

———————————

# 0

00197225
   136:19

01486137
   233:7

———————————

# 1

1
   142:15

10:51
   62:14

11
   159:12
   175:21
   226:19

11.3.15
   217:24

11:00
   73:2

11:06
   62:18

11:40
   83:15

11:45
   83:18

11:46
   189:10
   190:4

12
   159:18
   162:2
   163:10
   174:20

12:05
   95:9

12:09
   95:12

12:58
   121:1

13
   140:10

15
   39:19
   196:22

152603
   199:8

16
   25:5
   39:19
   120:20
   147:14

160-4-7-.15
   198:22
   202:1

17
   184:12
   185:23

17th
   224:15

19
   25:18
   44:13
   92:5
   105:3

1979
   15:11

1988
   15:19

19th
   92:13,22

1:59
   121:4

1st
   121:14

———————————

# 2

2
   54:12
   87:9
   152:12
   175:20
   176:15
   227:14

2.2.16
   117:18

2010
   36:23
   37:18
   38:15,20

2014
   158:14

2015
   25:5
   32:4,8,
   23,25
   33:10,19
   36:13,17,



22 38:12,
18,22
41:12
54:12
81:18
92:5,13,
22 103:20
110:11
111:2,9
120:19
243:19

**2015-2016**
136:14

**2016**
25:18
44:13
45:13
64:25
108:9
118:16
121:14
132:12
146:5
158:17
162:2
163:10
173:11
174:20
175:21
184:12
185:24
190:10
224:15
226:19
230:17

**2017**
73:2
105:3
140:10
147:14
153:9
156:14
189:1,10
190:4
191:1

196:22,24
197:10
206:11
222:19
243:17

**2017-2018**
149:24

**2018**
32:5
33:2,11,
14,20
41:15
57:10
62:5
127:14,23
128:11

**2022**
9:5

**21st**
189:1,10
190:4,10
191:1

**22nd**
153:9

**23**
137:14

**24**
22:3
132:12
134:2
135:13
137:12,
17,18

**25th**
230:17

**26**
36:14
58:15

**26th**
156:14

**28**
158:13

**29th**
103:20
125:11
206:11

**2:30**
14:3
64:25

———————

**3**

———————

**3**
201:20
220:20

**30117-3002**
231:19

**30th**
222:19

**3:55**
188:14

**3rd**
111:9
118:16

———————

**4**

———————

**4**
89:9
110:11
111:2
143:20
202:10

**423**
231:18

**4:04**
188:18

**4th**
127:23

———————

**5**

———————

**5**

12:19
143:21
158:25
207:20

**55**
16:8

**56**
24:23
25:3

**565**
30:3

**57**
44:3,8

**58**
54:6,11

**59**
57:4,9

**5:27**
229:25

**5:40**
230:4

**5th**
128:11
196:24
243:17

———————

**6**

———————

**6**
81:18
127:14
205:11

**6/16/2016**
137:6

**60**
64:16,21

**61**
72:12,17

**62**
77:15,20

**63**
81:4,9

**64**
91:23
92:3

**65**
103:14,19

**66**
104:18,22

**67**
110:5,9

**68**
117:9,13

**69**
121:8,13

**6:08**
245:16,18

———————

**7**

———————

**7**
9:5 72:20
73:2
208:17

**70**
127:7,12

**71**
132:6,11
144:5,11
146:3

**72**
140:4,8

**7224**
132:24

**7227**
144:15,16

**73**
147:6,11

**74**
153:3,8



**75**
156:8,13

**76**
157:13,17

**77**
160:22
161:22
164:3

**78**
163:4,8

**79**
174:14,19
187:16,20

---

**8**

**8**
64:25
196:21

**80**
184:4,9

**81**
188:20,25

**82**
196:7,12
198:13

**83**
198:13,17
207:18

**84**
206:5,9
207:14

**85**
209:21
210:1

**86**
215:6,11

**87**
219:1,6

**88**

222:13,18

**89**
223:21
224:1

---

**9**

**9**
57:10
159:12

**90**
226:12,17

**91**
230:10,15

**92**
232:20,25

**93**
242:21
243:1

**9:05**
243:17

**9:18**
9:6

**9:44**
26:24

**9:49**
27:2

---

**A**

**a.m.**
9:6  26:24
27:2
62:15,18
73:2
83:15,18
189:10
190:4
243:17

**ABC's**

190:15

**abide**
86:6

**ability**
38:5

**accept**
239:14

**acceptable**
194:7

**accepted**
38:21
236:8

**access**
41:24
46:10
52:17
68:3

**accessing**
82:15
195:4

**accompanied**
98:5

**accompany**
98:3

**accomplish**
23:8
241:7

**accordance**
84:16
186:24
238:12

**account**
17:1

**accountabil
ity**
39:5
61:15,16

**accountable**
60:5,12,
13,15

61:2,7,18

**accounting**
31:5

**accuracy**
182:13

**accurate**
25:25
29:24
74:10
91:11
126:17,19
135:16
152:19
162:25
164:12
171:13
192:3
210:21
231:25
232:11

**accurately**
73:22
100:4
147:23
173:4
193:2
206:1

**ACE**
159:9,19

**acquainted**
20:5
243:13

**acronym**
33:4
159:9
216:11

**Act**
35:23

**action**
16:10
37:20
96:7,23
151:20

179:8,11,
15,20,24
180:8,15
181:14,19

**active**
73:14,17,
25  118:20
119:14

**actively**
69:4

**activities**
70:17
75:16
165:1
179:18,
19,24
199:25

**activity**
200:1

**actual**
84:8
130:12
190:5
195:16

**added**
169:25

**adding**
87:17

**addition**
63:23
145:1

**additional**
12:20
21:19,24
41:23
43:11
69:21
77:6
166:7
171:20
204:21
205:6
208:13



address
  73:12
  81:10
  96:7,23
  232:15

addressed
  124:9

addressee
  232:16

addresses
  223:5

adds
  208:13

adhering
  94:15

administer
  85:18

administered
  114:12
  115:1

administrative
  105:16
  159:8
  214:22

adopted
  196:21
  216:6

Adults
  122:2

advance
  43:16

advice
  29:17

advise
  55:2

advising
  157:7

advocate

205:22

Affairs
  35:21
  239:18

Affirmative
  205:19

afford
  139:25
  145:6
  149:23

agencies
  19:11
  31:12,15,
  20 38:6
  39:11
  45:23
  117:6
  122:25
  124:13
  126:24
  154:3,9,
  14 240:5

agency
  19:9
  31:3,7,9,
  18 33:9
  34:11
  38:3
  212:19

agenda
  43:17
  71:19

agendas
  43:15

agent
  21:11
  30:24
  31:1,2,19
  137:2
  141:9,23
  142:4,20
  143:1
  154:20

155:3,8,
  17,24
  156:5

agents
  31:13,16,
  20 148:20
  149:1,11
  154:4,17
  155:21
  201:25
  212:14
  223:9

agree
  11:22
  27:25
  28:7
  131:4
  145:20
  165:18
  168:6

agreed
  13:11
  112:16
  241:3
  244:21

agreement
  141:15,21
  142:21
  143:2
  154:23
  155:4
  182:12

agrees
  221:17

aid
  201:25

Alabama
  231:18

allocated
  47:7

Allocation
  148:19

allowed
  165:24

alternatives
  28:25

America
  9:3

amount
  89:12
  149:12
  214:17

analysis
  136:22
  139:5
  144:18
  145:11,25
  174:9

and/or
  128:15
  129:6,12
  139:17
  141:11
  149:22
  214:15

Andrea
  104:24

annotations
  164:11

annual
  208:14

answering
  12:2

answers
  11:21

anticipated
  218:6

anymore
  146:19

Apex
  42:25
  43:9

49:11
  113:9
  114:4,11,
  12,24
  115:11,
  14,20,21
  116:7,9,
  11,24
  117:1,4,
  17,24
  118:4,9
  119:5,19
  120:5

apologize
  237:21

appeared
  235:5

appearing
  140:23
  209:14
  232:13

appears
  81:10
  111:1
  117:24
  118:16
  142:15
  152:12
  158:9
  180:25
  208:21
  209:15
  220:1
  225:7
  226:7

applicant
  220:18
  221:17

application
  78:13
  219:15,
  19,20,25
  220:3,11,
  14,15,22,



23 221:2,
7,10,17,
21 222:8
223:16
224:11

applications
135:20
220:8,9

applied
78:12
155:3

appointment
64:22

approach
115:4

approached
33:25

appropriated
34:22
35:1,3
47:7 51:2

appropriately
31:5

appropriation
214:14

approval
143:7
148:10,
15,18,24
149:16
150:9
151:9
152:8,16
197:16

approved
60:19,20
107:3
142:22

143:4,6,
10,12
152:20,22
154:2,10,
14,23
155:5

approximate
17:24
38:16

Approximately
36:14

approximation
14:2

April
121:15

area
22:7
56:25
63:11
79:15
235:7

areas
37:20
39:15
63:4,8
64:10
66:1,7,8,
20 69:8,
11,17,18,
24 75:9
99:3,13
100:17,
19,23
109:17
166:6
168:11
169:4
181:3,8
187:25
191:4
197:2
200:16

242:11

arose
29:7

arrived
14:3
108:1
109:13

arriving
109:10

asks
93:6

aspect
85:2
214:8

Assembly
51:3

assess
90:23
235:25
236:3
241:25

assessing
83:6
235:15

assessment
35:25
91:1,4
138:10
204:23
205:8
216:6
218:12,17
227:9,10,
18 228:9
238:5
239:6

Assessment/
behavioral
151:13

assigned
182:5
183:15

assist
96:17
124:23
126:7,14
127:1
220:2

assistance
50:8
53:22
68:5
73:13
74:2
166:7
211:22

assistant
105:16
235:5

assisting
109:5

associate
35:13,17,
19,21
48:12

assume
25:17
119:17
232:17

assuming
157:5
225:14

assumption
34:12

assurance
140:11
222:3,6,
8,21
223:15

assurances
140:24
141:9
142:16,25
143:14
144:3

145:10,20
154:8
155:1
224:11

assure
141:24

assuring
167:17
222:8

Atlanta
56:25
79:4,6,
15,19

attach
185:2
199:1
207:3

attached
136:12
152:16
157:25
158:2
163:23
186:12
206:19
210:13
222:8
223:12
227:2
231:4

attaches
140:21
175:7
189:22
210:8
233:11

attaching
186:5
216:4
224:21
226:22

attachment
81:20,25



82:12
103:21
117:17
119:22,23
132:23
135:19
136:18
139:3
141:2,5
144:13
148:6
151:4
152:13
158:7
163:11
164:10
175:9,19
185:6,9
190:10,
13,17,23
191:8,10
198:21
199:7
201:21
207:5
208:19
210:20
217:22
218:10
219:17,23
225:7,22
226:2,4,6
230:25
233:18,21

**attachments**
132:20,21
148:3
190:2

**attend**
65:12
66:17
70:25
98:6
116:15

**attendance**

42:23
212:9

**attended**
48:15
56:20,24
71:15
72:8
98:17
110:18
113:24
212:1

**attending**
43:12
211:23,24

**attention**
127:19
220:19

**attorney**
11:4
12:12

**audit**
36:23
37:3,18
38:16,20

**August**
32:23
38:18
44:13
147:14
153:9
158:13
206:11

**Austensen**
54:12,18,
20,21,24
55:2

**authorize**
149:10
151:23

**availabilit
y**
126:6

**avoid**
11:25

**aware**
17:14
20:22
123:19
129:17
186:21

———————

B

———————

**back**
12:22
26:7
27:1,17
31:23
49:14,15
62:17
63:18
83:17
95:11
109:21
119:8
121:3,5
127:20
128:8
144:10
148:3
161:3
188:17
189:18
214:2
230:3
239:15
243:19,22

**background**
31:24
37:8

**based**
37:8
51:23
53:1,2,3
82:17
83:8 98:4

100:16
101:5
134:7
138:12
152:18
154:2
166:2
172:19
195:1
203:22
204:3
225:14
242:1
243:9

**baseline**
27:9
190:18
191:11,
13,16,17
195:17
196:2

**basically**
11:5 74:7
139:4
141:21
195:10
228:25

**basis**
46:14,16,
19,24
47:14
48:2,6,17
51:6
53:10,25
70:7
134:1
202:20

**Bates**
30:2
44:14
104:2
117:19
121:16
132:24
136:18

140:12
147:15
148:7
163:14
164:10
174:22
175:9
210:7
217:25
223:14
227:2
233:6

**Bates-stamp**
65:1
105:4
110:12
127:17
144:15
153:11
156:16
157:20
158:7
162:3
184:13
185:6
219:11,
18,22
224:4
226:7
230:20

**Bates-
stamped**
25:8
54:14
57:14
72:21
77:23
81:13
82:13
92:7
132:15
141:3
151:6
189:3
190:24
198:20



199:8
206:13
210:19
215:16
222:23
225:8
226:20
233:21
243:6

be...for
203:1

bearings
109:6

bears
44:14
65:1
103:21
104:2
105:4
110:11
158:2

Beck
215:13,
19,20,25

began
112:21
168:10
235:13

begin
93:15
99:17
112:16
182:14
234:21

beginning
76:20
96:20
101:21
111:12
113:25
148:7
159:17
163:14
174:3

175:9
192:6,17
201:22
212:25
213:7
214:3
223:14
227:1
231:24
239:21

begins
166:18
171:2
217:25
218:11
219:18
223:1

begun
98:2

behalf
105:19

behavior
204:22,23
205:8,9

behavioral
21:4
22:13,14
23:2
32:6,24
33:5
59:14
100:12
122:1
134:18
149:5
151:13
205:8

Behavioral-
related
171:10

belief
176:19

Ben

158:10

beneath
148:22
154:1
179:7
228:13

beneficial
122:14
124:1

benefit
88:13

Benson
206:25
208:3,9

Berry
41:12
43:3
44:11,17,
20

bid
214:19

big
39:22
63:4
165:1

bigger
45:17

billed
159:23

BIP
152:24

BIPS
152:5

birthday
237:18

bit
30:8
31:23
46:13
55:12
62:23

73:9
126:4
131:7
212:16
214:6
239:10

black
209:9

Board
18:6,8
19:1,2,3,
6 34:4
37:9 39:1
52:16
57:24
60:5,12,
18,20
61:2,8
62:2
66:2,10
68:1
71:20
74:3 83:7
84:15
85:23
86:5
88:24,25
94:15,25
97:19
99:15
100:18
101:6,15,
18 102:15
103:4
106:25
107:15
148:9,16,
17,24
149:9,16
150:8
151:8,22
152:8,15,
17 166:2
167:25
169:19
186:19,22

196:18
202:1
211:1
231:9,12,
15 232:2,
3 238:9,
12
240:10,
17,25
241:12,18
242:1
244:18

bottom
30:3
57:22
111:1
118:2
134:21
136:11
138:20
151:19
154:16
189:12
224:6
243:15

box
128:20

brainstorm
129:12

brainstorme
d
130:16

brainstormi
ng
128:1
129:18
130:2,6

Brandon
9:7

Brantley
9:7

break
12:11,15



26:23
62:12
95:8
120:24
160:18
188:12
229:23

**breakdown**
135:6

**briefly**
119:21

**Briggs**
29:14,16
30:7,10,
15

**bring**
42:3

**bringing**
107:22

**broad**
63:2,8
64:10
66:1,6,7,
20 69:8
75:9
187:25

**broken**
178:15,22

**brought**
183:11
241:6
242:17

**Brown**
9:2,20
10:3,12,
13 13:15
16:7,16
25:2 27:4
44:7
54:10
57:8
64:20
77:19

83:20
110:10,
14,16
111:3,8
112:5,13
114:8
118:12
127:11
147:10
156:12
215:10
230:6

**Brown's**
116:1

**buckets**
64:12

**budget**
96:8 97:8
139:25
155:22,23

**building**
56:9

**bullet**
111:19,23
113:6
191:3
209:13,
14,16
222:4
227:15,17

**bulleted**
221:18,24
227:6

**Burwell**
231:1

———————
        **C**
———————

**Caldwell**
44:11,17

**calendar**
65:3,6,

15,23
66:24
68:8
69:25
109:15

**call**
84:17
128:3
130:11
133:13
177:20
191:2

**called**
42:25
43:9
76:18
113:22
197:14,18
212:24

**candidate**
95:24
102:10

**candidates**
85:15
86:14
102:18
105:10

**candidates'**
86:16

**capacity**
107:19

**capital**
50:22,24
51:1
214:14

**capitalize**
40:20

**caption**
207:9

**Caputo**
57:10,16
161:25

162:10

**Cardoza**
233:2

**care**
113:11,
22,23,24
204:22
205:8

**caring**
60:5

**Carrollton**
231:12,19
232:3

**case**
17:3
91:14
163:25
200:4
241:25

**caseloads**
143:17

**Cassandra**
104:25
127:13

**categories**
63:2
137:20
165:1

**caused**
204:11

**Caution**
128:21

**cautions**
128:24

**cell**
128:4

**center**
21:22
151:25

**centers**

21:13

**central**
21:19,21

**certificati
on**
139:19

**certificati
ons**
16:1

**certified**
153:20
202:18,25
203:9,11
204:17

**cetera**
111:14,19

**chain**
25:4
29:18
30:13
44:9,10
78:11
92:3
118:7
243:5,23

**chair**
231:11

**chairman**
231:15

**challenge**
78:17,21
79:2,5,9,
13,14,18,
22,25
80:13

**challenges**
89:12

**challenging**
58:21
80:14,16
112:1,9



change
  106:11,13
  114:14,19
  116:2
  194:16
  234:23

changed
  193:2
  194:15,20

charge
  201:6

charged
  192:8,12

Charlotte
  114:23

chart
  137:19
  138:14
  195:16,19

check
  14:3
  120:22

check-in
  160:17

checking
  118:3

checklist
  216:6
  218:12,
  17,21
  220:16

chief
  48:4
  54:22

child
  59:11
  150:1

children
  40:11,18
  58:4,6,
  10,19,23

59:1,10,
  12 60:7,
  16 115:5,
  13,17
  122:2
  123:17
  124:7
  149:4
  231:20

Children's
  159:5

Chris
  29:14

circulated
  46:5

circumstanc
  es
  18:11
  56:18

CIS
  159:15

CISS
  159:6,15

civil
  16:10

Claiming
  159:8

Clara
  9:2,20
  10:12
  16:12,16
  119:3
  127:24
  243:18

Clara's
  54:13
  64:24

clarify
  12:8 33:4
  42:5
  61:11
  78:5

107:21

clarifying
  141:18

classroom
  20:9,13,
  16 26:17,
  18 27:10,
  13

classrooms
  21:13

clear
  42:1
  52:15,16,
  24,25
  53:1
  55:14
  78:8
  187:9
  228:5
  242:3

Cleveland
  48:18
  76:2,4
  106:5,6
  210:2,8,
  20 242:16

clinical
  133:3
  134:1,2,
  16 135:3,
  7,8,12
  136:13,22
  137:2,3,
  4,5
  138:6,9,
  11,13
  139:5,11,
  16
  141:16,22
  144:18,23
  145:1,12,
  25
  153:16,20
  154:22

155:11
  174:9

close
  38:20
  150:9
  195:11

closely
  47:16,17,
  19,22
  49:20
  234:13

coaching
  162:21
  165:20,
  23,24
  178:11

collaborate
  19:9
  89:21
  100:10

collaborati
  on
  66:4

collaborati
  ve
  72:6
  73:6,10,
  18,21
  177:23
  178:5
  210:10,
  24,25
  211:24
  212:2
  213:13,
  20,24

collect
  217:5

collected
  174:6

collecting
  61:22
  173:24

collection
  65:9
  66:25
  67:5,6,8
  68:17
  71:21,23

College
  15:8,17

color
  138:5
  209:7,8

column
  120:8
  137:8,12
  138:6,10
  179:17

columns
  137:20

comfortable
  108:22
  240:16
  241:15
  244:22

comforting
  60:24

comment
  147:2

commentary
  208:9

comments
  99:20
  176:23

Commissione
  r
  41:4,5,
  11,15,18,
  19,20
  42:7,9,
  12,22,24
  43:3,8
  44:20
  72:22,25



116:5

Commissioner's
41:21
42:8

commitments
222:2

committed
221:23

committee
74:12,13,
14,15,17,
18,19,22,
23 75:5
129:7
178:2

committees
70:16

commonly
17:15

communicate
40:25
89:21
237:8,19

communicated
114:18
117:1,4
136:4
237:13

communicating
130:14
240:17,18

communication
42:1
57:24
104:8

community
41:10
124:6

158:11

companion
187:19
193:11

company
214:24

compare
134:1

compared
137:24
139:9
191:17
196:2

comparing
135:12

comparison
134:7

competencies
87:21

competent
60:5

complete
91:3
98:16

completed
98:15
171:18
201:10
218:22

completely
11:8
12:18
13:2
25:25

completing
184:10
185:11
187:14

complex
112:1,9

compliance
162:22
166:25
167:18
190:19
191:12

component
22:4 85:2
229:12

components
134:23
186:18
192:8,14,
19 211:9

comprehensive
133:19
205:14

concerned
146:10,
11,25

concerns
236:15

conclude
37:25
51:20

concluded
38:2
52:11
99:8
227:19
228:1,11
245:17

conclusion
51:23
52:23
116:10,12

condition
216:5
218:12,16
227:10

conditions

222:9

conduct
205:14

conducted
190:20
227:25

conference
110:18
111:5
112:17

confident
60:4

confirm
118:19
119:13

conflict
73:5

connected
241:19

connection
10:18
17:7
37:17
86:22
142:9,15
144:1
221:22
235:12

Consideration
212:25
213:3

considered
27:14
69:18
229:19

Consistency
213:3

consortium
72:2

consultant

36:8

consultants
216:15,
16,17,24
217:1,12,
17
218:18,22
225:3

consulted
76:5

consulting
30:14

contact
54:13
109:1
125:3

contained
138:14

contemplated
91:18

content
177:9,19
190:3
200:12
201:11

context
29:7 37:2
62:22
123:9
133:10
154:7
168:22
224:8

continue
125:14
228:2,6
231:21

continues
174:2

continuum
28:16,19,



20,21,24
29:2
86:16
96:15
108:20
113:2
123:4,7

**contract**
151:12,24
152:3
154:3

**contracted**
137:3
143:19

**contracting**
150:1

**contractor**
227:11

**control**
85:18

**conversation**
11:6,18
18:19,23
20:22
29:23
37:4,6,
17,22
38:14,17
43:5,6
101:6,9
104:3
107:7,10
112:11,19
114:22
116:4
118:12
126:5
130:7,10,
12,25
131:2,5
161:4
168:21
169:2

175:14

**conversations**
37:13
38:5
51:19
52:14
53:6 72:7
102:13
108:19,21
116:9,21
146:6,8,9
239:12,13

**coordinate**
37:12
38:5 39:7
100:10,13
122:25
124:12

**coordinated**
124:22

**coordination**
100:19
122:12,22
123:10
124:2,16
125:25
126:5,12

**copied**
162:7
215:24
222:24

**copies**
104:24

**copy**
72:18
77:21
168:3
175:4,13
210:4,13
215:13
219:7

**core**
122:11,14
124:1
168:11
169:4

**corner**
175:20

**correct**
10:25
16:10,14
17:2
20:19
27:8,20
28:11
29:10,12,
13,15,19
31:11
32:1,2,
10,14
33:3,6,7,
12 34:5,
6,18
37:19
38:8
39:24
40:3
43:10,14,
25 44:23
46:12
55:4,8,11
56:10
57:21
61:13
65:6,17
67:14
68:16,20
73:8
78:7,11
81:15
82:8,11
84:11
87:24
92:12,21
94:1 96:4
98:12
101:22

103:11
104:10
105:8
107:16
110:13
120:4
126:23
129:16
131:3
132:19
133:12
138:19
139:8
141:1
142:5
144:21
145:7
148:7
149:17
151:21
154:12
155:6
158:9,17,
18 162:7,
8,12
164:18
165:9
167:3
169:10,24
170:2,21
173:15
178:14
179:1,6,
9,13,16
180:13,
19,23
181:2,16,
17
182:17,22
183:22
187:12,25
190:1,12
191:6
193:4,16
196:20,
23,25
202:20

206:22
207:3,4,
11 209:12
212:21
216:2
217:21
224:25
225:10,
18,21,24
226:24
227:17
231:13
233:20
242:6,7,8

**correctly**
24:12
26:10,11
30:24
111:6
126:11
135:10
222:1
243:8

**correlation**
145:22,23

**cost**
139:24
149:1,3,
25 152:1
159:22

**counsel**
9:10
13:19,20,
22 14:11,
14,18

**counseled**
52:12

**counseling**
139:19
149:4

**count**
137:16

**County**



243:11

couple
  60:3
  98:17
  147:21
  148:4
  212:23

court
  9:9,11
  11:11,16
  24:21
  25:2
  44:1,7
  54:4,10
  57:2,8
  64:14,20
  72:10,16
  77:13,19
  81:2,8
  91:21
  92:2
  103:12,18
  104:16
  110:3
  117:7
  121:6
  127:5
  132:4,10
  140:2
  147:4
  153:1,7
  156:6
  157:11
  161:23
  174:12
  198:11
  209:19
  215:4
  222:11
  230:9,14
  232:24

cover
  149:2,25
  174:22
  184:13

189:3
200:16
206:13
215:16
218:13
230:20

CPI
  25:6

create
  11:17
  106:21
  228:23

created
  19:23
  107:12
  169:13,21
  213:14,
  21,22

creating
  211:4

credentiale
d
  139:18

credentials
  15:24

criteria
  150:17,19
  188:2,6

crucial
  89:11,18

culminate
  39:22

current
  19:6
  96:10
  97:12,14,
  15
  114:14,19
  116:2
  142:23
  227:21
  228:12

Curriculum
  35:24

———————

        D

———————

daily
  79:16

Danielle
  9:16

Dante
  122:1,20
  125:7,9,
  18

dark
  137:24
  209:14

darkest
  138:5

data
  60:16
  61:23
  65:9
  66:24
  67:4,5,8
  68:17
  71:20,23
  82:18
  83:2
  91:12
  136:5
  143:15,18
  183:13
  205:13,17
  236:5

date
  9:5  17:23
  20:7,11
  131:4

dated
  44:13
  54:12
  92:5
  105:2

110:10
118:16
121:14
127:14
132:12
140:9
147:14
153:9
156:14
158:13
163:9
174:20
184:11
189:1
243:16

day
  66:17
  70:4
  93:19
  121:21

day-to-day
  49:3

days
  56:3,7,14

DBD
  100:12

DBHDD
  33:2,4,8,
  13 34:8,
  13,15,18,
  23 35:1,
  6,10
  38:21,25
  39:9
  40:1,5,9,
  13,17
  41:2,3
  42:11,15,
  19 43:6,
  11 44:20,
  25 46:14,
  16,20,23
  47:15
  49:10,17

53:24
54:25
55:3
56:15
58:1
62:4,8
80:24
100:15,20
112:16,21
114:6
115:1
116:5,24
121:21
122:6,14
124:1,3,
15 126:22
131:11
161:6
234:13
238:1,17,
23
239:11,15
242:4,14
244:9,14,
24 245:2,
4,8,9

DBHDD...
THIS
  114:13

deal
  173:18

Debbie
  47:23
  48:11
  52:7,9
  53:10
  57:10,16
  76:11,14
  77:5,6,12
  78:6,15,
  16 80:18
  81:10,16
  84:7
  96:5,21
  97:7,22



98:23
100:2
102:14,24
103:10
107:7,9
161:25
162:10,11
163:19
177:14,25
234:18,
20,21
235:13
236:5

**Deborah**
77:21,25
78:5
215:13
233:3

**December**
72:19
73:2
103:20
105:2
110:11
111:8

**decided**
143:11
240:24

**decision**
62:4
76:17
102:20,23
103:9
106:21,24
177:23
178:6
236:7
244:20

**decision-maker**
236:7

**decision-making**
177:24

178:1,4

**decisions**
61:23,24
133:18

**deeper**
129:10
139:15

**define**
23:18
70:20
84:1

**defined**
21:2
66:11,12,
15

**definition**
194:5

**degree**
15:4,6,7,
16,18
93:10

**degrees**
15:1,3,21
16:2

**deliver**
139:19

**delivered**
90:19,20
227:16

**delivery**
65:10
68:9 90:6
109:23,25
114:14,19
116:3
128:1
129:19
130:17
131:10
150:5,10
171:12
173:1,7,

14

**department**
18:14,16,
25 19:10,
15,18,22
20:17,21
26:4
31:4,8,10
32:4,6,9,
13,20,22,
24 33:5
35:9,11,
16 36:10,
13,16,21
37:11,16
38:4 39:8
40:25
41:10
42:4
45:20,21
46:25
47:4,13
49:16
50:5,15
51:6
52:1,4,6
54:23
55:10,21,
24 56:1,
6,8 57:1
58:16
60:14
61:12,14,
18 62:21
73:6
74:15,17,
21,25
75:18,23
79:7,16
80:20
83:9
84:23
85:19,22,
23 92:15,
24 94:24
95:16

100:7,11,
12,20
103:4
104:6
105:17
108:1,15,
17 109:7
123:1
141:24
143:7,9,
16 148:8
151:2,7,
21 152:9
155:5
158:11
166:13
173:18
177:14
186:21
190:20
204:19
205:4
211:2
212:7
214:21,22
216:18,
19,20,21
217:11,16
218:17
225:2
228:1,19,
25 235:7
236:9
237:2
238:9
240:3,6,
18 242:5,
16 245:5

**departments**
58:16

**depend**
23:24
29:3

**depended**
71:19

**dependent**
24:1,19

**depending**
26:18,20
28:10
43:5,12
70:4,8

**deposed**
10:14,23

**deposition**
9:2 10:9,
18 11:2
13:16
14:8,14,
17,21
16:10,25
17:6
245:17

**deputy**
35:20
74:24
198:8
199:24
239:17

**describe**
82:15
220:7

**describes**
194:9

**description**
73:20
76:10,23
77:4
162:25
164:12

**design**
217:4,18

**designed**
162:21
165:19

**desire**
130:14



detail
  108:10

detailed
  96:7,23

details
  10:21
  72:5,9
  94:7
  113:20
  115:3,19

determination
  24:17
  97:23

determine
  39:9
  91:10
  96:10
  97:8,12
  99:25
  123:23
  146:17
  155:8
  174:6
  187:24
  238:6,7,8

determined
  52:1 85:1
  101:16,19
  134:7

determines
  229:18

determining
  37:14
  96:8
  97:15
  188:3,7

develop
  96:6,22
  98:23
  101:11
  200:1

developed
  84:17
  94:16
  99:1,2,5,
  12 101:2
  169:16
  177:9

developing
  49:25
  69:20
  80:8 82:5
  239:21

development
  177:12

Developmental
  32:6,25
  33:6
  100:13

diagnostic
  205:1

difference
  204:16

differently
  111:24
  112:7
  128:15
  129:6

Digging
  139:15

dinnertime
  14:5

direct
  29:24
  93:15,24
  94:5,12,
  14 127:19
  136:23
  145:21,22
  208:17
  220:19

directed

16:12,17

direction
  29:22
  30:11,14
  80:3
  125:4

directly
  41:4,17
  86:4 95:5
  115:6,8
  116:16

director
  21:10
  25:23
  26:1
  29:8,11
  30:23
  33:15,16
  34:8,13,
  14,18,21
  35:6,22
  38:25
  40:4
  42:19
  46:15,21
  47:15,23
  48:10
  49:17,24
  50:14
  53:21,24
  54:25
  58:1 62:8
  71:25
  84:13,19
  85:6
  88:4,23
  95:3
  116:23
  121:25
  122:2
  124:15
  131:11
  142:7
  143:15
  161:6

177:17
183:9,11
193:23
198:7
212:4
234:13
238:1
239:11
245:8

director's
  29:14
  34:23
  35:2

directors
  54:2
  61:22
  68:3
  70:19,23
  71:2,4,
  10,11,16
  73:12
  85:20,21
  86:4
  88:6,17,
  23 89:4,
  8,22
  90:3,4
  94:23
  98:16
  100:8,9
  117:2
  127:25
  128:12
  129:4,18
  130:15,21
  135:21
  136:8
  137:6
  150:20
  173:2,9,
  24 174:6
  177:11,17
  186:16
  187:4,6
  192:7,12
  193:15,19

197:12
212:8,12

directs
  223:8

disabilities
  19:12
  22:15
  23:2
  32:7,25
  33:6
  39:13
  40:12,18
  59:14
  79:12
  100:13
  123:4,8

Disability
  151:25

discharge
  46:20

discharging
  39:14

discovery
  123:22

discuss
  37:5 65:8
  66:24
  69:24
  71:11,13
  97:4
  129:8
  130:14,20
  133:14
  159:18

discussed
  14:22
  32:16
  43:13
  45:9 72:8
  97:2
  154:7
  161:14



168:10,
18,19
173:17
192:22
197:6
232:5

discusses
159:2

discussing
70:8,9,10
71:12
78:2
95:14
109:15
121:20
123:10
240:1

discussion
38:18
51:14
91:6,8
147:1
153:16
160:11
161:21
182:11
183:20
202:17
205:13
223:19
229:12
239:25

discussions
159:25
160:7,12
170:13
173:23
183:4

disorders
21:4

district
10:21
21:7 22:9
80:12

87:13
110:17,19
115:12,16
120:11
152:4

districts
39:10
52:17
58:18
61:24
88:18
100:9
113:1
115:7,9
117:6
118:3,8,
19 119:13
123:14,15
211:1
223:5

division
36:7 41:1
47:8,18,
19 50:19
51:7,9
70:11,12
100:19
122:1
177:4
198:2,4
201:13,14

divisions
19:9 39:8
55:20
100:11
122:25

document
16:17,20,
22 17:1,3
19:24
25:7,15
30:3
44:14
54:14
57:3

63:15
65:1
72:21
77:23
81:3,21
84:6
98:12
105:4
119:24
120:2,21
121:7
127:6,16,
20 128:18
132:5
133:2,6,
8,9,17
134:14,21
135:11
136:1,11,
12,21,25
137:8,11,
23 138:19
139:4
140:3,21,
22
141:13,19
142:14,17
143:24
144:4,11
148:8
149:7
152:7
153:11
154:13
156:16
158:2,3
161:2
162:21
163:1,12,
14 164:21
165:19
166:21,23
168:13,
15,16,18
170:9,12,
23,25
172:2,4

175:3,7,
10,11
176:3,7,
13 177:9
179:24
184:19,21
185:10,
13,16,18,
19,24
186:2,11,
12,14,15,
24 187:1,
9,13,15,
19,22
189:14
190:14
191:24
193:10
194:2
196:13,21
197:21,24
199:19
200:13,14
201:20
206:24
207:8,25
208:10,20
209:3,6,
10,13
210:7
211:5
213:4,11,
12,14,17,
18,19,21
217:23
222:12
223:12,13
226:22
227:3
229:15,21
230:9
231:4,7,9
242:21

documentati
on
179:22,23

180:5
187:23
195:3

documenting
43:19
82:16

documents
14:7,10,
16 133:14
185:2
189:19,22
207:2
234:8,9
239:20

DOE
166:24
167:6,13
172:20

DOE's
173:18

DOJ
45:4,16,
25

Dorsey
49:7

draft
76:10,22
77:3
84:6,10
117:18
129:11
174:20
175:20
176:14,17
178:7,17,
25 185:13
198:19
199:2,19,
21 206:18
207:5,11,
15
208:12,15
211:7
224:10



drafted
  185:19
  200:15
  211:9
  220:15

drafting
  77:3
  101:3
  201:3,5
  220:2,5

drive
  233:16

due
  139:25
  194:15,20

Dugger
  104:23
  105:15

duly
  9:21

duties
  236:11

_____

        E
_____

earlier
  30:21
  32:17
  33:24
  66:2 82:4
  97:2
  104:3
  109:16
  114:5
  122:5,25
  154:7
  161:15
  164:25
  168:19
  174:10
  189:9
  192:22
  195:24

  197:1,6
  199:17
  208:15
  235:6
  239:9

earliest
  189:13

early
  112:20
  120:19
  171:12
  175:16

easier
  11:19,20

easy
  58:5,9

Ed
  201:14

edit
  170:11

edits
  140:18
  141:4,5
  147:21,24
  148:4
  184:25
  186:7

education
  15:4,6
  18:7,8
  19:1,2,4,
  7,16,18,
  23 20:18,
  21 23:13
  26:4,9,17
  27:10,13,
  19,22,23
  28:2,9,13
  31:4,8,
  10,14
  32:5,9,
  13,20,23
  34:5

  35:9,11,
  16,23
  36:2,10,
  13,16,21
  37:16
  38:4
  39:2,8
  40:25
  41:1 42:4
  45:21,22
  46:25
  47:4,8,
  13,24
  48:10
  49:17
  50:6,15
  51:6
  52:1,5,6
  54:23
  55:10,21,
  24 56:1,
  6,9 57:1,
  25 58:5,
  11,16
  60:14,21
  61:2,8,
  12,14,18
  62:3,21
  66:10
  68:1,2
  73:7,11
  74:4,15,
  17,22,25
  75:18,23
  79:8,17
  80:21
  83:8,9
  84:24
  85:19,22,
  23,24
  86:5
  87:25
  88:12,24,
  25 89:3,
  19 90:10,
  16,22
  91:1,7,9,

  18 92:16,
  24 94:15,
  25 95:16
  97:19
  99:15
  100:1,7,
  8,11,18,
  20 101:7,
  15
  102:16,19
  103:5
  104:6,12
  105:17
  106:10
  107:1,15
  108:2,17,
  18 109:7
  113:12,19
  117:6
  123:1
  141:25
  143:7,9,
  16 148:9,
  16,18,24
  149:9,16
  150:8
  151:2,8,
  22,23
  152:8,10,
  16,17
  155:5
  157:19
  158:4
  159:9
  166:2,12,
  13 167:25
  169:19
  177:4,14
  186:19
  190:21
  196:17,19
  202:1
  204:20
  205:4,23
  211:2
  212:4,6,
  11,18,19

  216:18,
  19,20,22
  217:12,17
  218:18
  225:2
  228:1,19
  229:1
  231:10,
  12,15
  232:3,4
  235:8,16
  236:9
  237:3
  238:9
  240:4,6,
  10,17,19
  241:1
  242:2,6,
  16 244:18
  245:6

Education's
  37:11
  52:16
  214:21

educational
  15:1,21
  17:11,19
  21:3
  23:14
  142:1
  171:11
  175:24

effect
  108:14
  196:24

effective
  84:1 87:7
  139:24

effectively
  88:11

effectivene
ss
  162:23
  172:21



effort
  133:17

electronica
lly
  210:17

Elementary
  35:23

elevated
  194:7,13,
  21

eligible
  96:15

email
  25:4,9,
  15,20
  26:5
  27:16
  29:6,8,18
  30:13
  44:9,10,
  13,16
  45:2 46:6
  54:11,17
  55:2
  56:2,12
  57:9,13,
  15,18
  69:13
  70:13
  72:17,22
  76:19
  77:21,25
  78:11,15
  81:9,10,
  18,20
  82:8
  92:3,4,9,
  12,21
  93:7,19
  95:14,18
  96:1
  102:12
  103:19,23
  104:5,8,

23 105:6,
18
110:10,
13,25
111:12
112:6
114:8,10
115:22
117:14,22
118:2,7,
15,17
119:1,9
121:13,
17,20,22
125:6,15
127:12,
13,21
128:11
129:13,
17,20,23
130:8,10
131:3
132:11,
14,16,20
133:10,12
140:9,12,
14,22,23
147:11,
14,17,20
148:2
151:5
152:16
153:8,13
154:16
156:13,
18,21
157:18,
20,22,24
161:24
162:2,5,
7,9,13
163:9,11,
16,18,24
164:2
174:19,
22,24
175:8

176:4,8
178:11
184:9,11,
13,15
185:3,23
188:25
189:3,5,
8,9,13,23
190:3,9,
11,14,25
198:18,
20,23
199:1
200:16
206:10,
13,15,22
207:3
210:1,8
215:12,
16,23
216:3
218:13
219:6,11,
13
222:18,
20,22,24
223:4,5,
9,13
224:1,5,
8,15,16,
21
225:15,16
226:17,
19,21
230:15,
20,22,25
231:5,8
233:1,6,
8,11,18
235:5
237:17,20
243:2,5,
9,16,23

emailed
  29:16

emails
  128:8

embedded
  208:9
  209:2

emerging
  180:22,24
  188:4

Emily
  215:13

emotional
  21:4
  22:14,15
  23:1
  59:14
  204:25

Emotional/
behavioral
  134:10

employed
  20:20
  33:9
  36:20

employee
  26:3

employees
  216:20,23

employer
  26:2
  244:8,14,
  25

employment
  19:18
  103:22
  104:5
  237:6

enclosed
  118:18
  119:12

encompasses
  22:22

encourage
  114:11

end
  23:5,7
  111:11
  190:19
  191:11
  245:11

ended
  84:7

ending
  30:3
  132:24
  144:14

engaging
  52:22

enhance
  142:1

enhancing
  141:11

enrolled
  23:16,18

enrollment
  120:14

ensued
  223:19

ensure
  47:6 85:3
  88:23
  90:8,18
  99:17
  142:10
  186:18,21
  202:19
  238:10

ensuring
  58:4,9
  60:7
  66:13
  166:24

enter



142:21
151:24

entered
143:1
155:3

entering
154:23

entitled
194:2
210:9

enumerated
142:18
179:8
180:8
221:24

environment
23:21
24:11
26:13,15
27:6,10,
14 28:1,8
60:8,23
61:5
123:11,20

environments
131:21

establish
66:5

evaluate
83:3
238:14

evaluating
95:2,3

evaluation
82:18

evaluations
217:6,20

evening
162:15

event

155:3

evidence
181:22
182:10,
20,25
183:6,11,
19 187:23
192:18,25
194:20
195:4

evidenced-
based
204:24

evident
180:22,24
188:4

exact
13:25
20:7
215:21

EXAMINATION
10:1

examined
9:21

example,
203:1

examples
235:18,
19,23

exceed
152:1

Excel
119:25

exception
232:14

exchange
29:8
110:13
112:6

exchanged
128:7

exclude
59:12

exclusively
236:12

Executive
74:11,13,
14,15,17,
18,22,23
75:4

exercise
216:13

exhibit
16:8
24:23
25:3,11
44:3,8
54:6,11
57:4,9
64:16,21
72:12,17
77:15,20
81:4,9
91:23
92:3,17
103:14,19
104:9,18,
22 110:5,
9,23
117:9,13,
21 121:8,
12 127:7,
12 132:6,
11 140:4,
8 144:5,
10 146:3
147:6,11
153:3,8
156:8,13
157:13,17
160:22
161:22
163:4,8
164:3
174:14,18
176:5

184:3,8
187:16,20
188:20,25
196:7,12,
14
198:13,17
199:13
205:16
206:5,9
207:14,18
209:21
210:1
215:6,11
219:1,5
222:13,18
223:21
224:1
226:12,17
230:10,15
232:20,25
242:21
243:1

Exhibit-55
16:4

Exhibit-56
24:24

Exhibit-57
44:4

Exhibit-58
54:7

Exhibit-59
57:5

Exhibit-60
64:17

Exhibit-62
77:16

Exhibit-63
81:5

Exhibit-64
91:24

Exhibit-65
103:15

Exhibit-66
104:19

Exhibit-67
110:6

Exhibit-68
117:10

Exhibit-69
121:9

Exhibit-70
127:8

Exhibit-71
132:7

Exhibit-72
140:5

Exhibit-73
147:7

Exhibit-74
153:4

Exhibit-75
156:9

Exhibit-76
157:14

Exhibit-77
160:23

Exhibit-78
163:5

Exhibit-79
174:15

Exhibit-80
184:5

Exhibit-81
188:21

Exhibit-82
196:8

Exhibit-83
198:14

Exhibit-84
206:6



Exhibit-85
  209:22

Exhibit-86
  215:7

Exhibit-87
  219:2

Exhibit-88
  222:14

Exhibit-89
  223:22

Exhibit-90
  226:13

Exhibit-91
  230:11

Exhibit-92
  232:21

Exhibit-93
  242:22

existed
  55:25
  93:10
  192:25
  239:22

exit
  226:22
  227:3
  228:14,
  19,23,24
  229:11

exiting
  233:25

expectation
  94:4,11,
  20

expectation
s
  95:23
  96:5,21
  97:7
  101:7
  102:3,10,

12 108:3
  186:17

expected
  99:4
  101:25
  139:10,15
  144:23
  161:8
  179:19

expecting
  96:16

expenditure
  31:6

experience
  38:2
  79:11,23
  80:1,16
  86:16
  108:20
  239:16,19

experiences
  53:2
  82:15

expert
  124:10,12

expertise
  110:1
  172:3
  200:7,8,
  9,17

explain
  23:7
  101:13
  203:9

explained
  11:4

explaining
  29:20

explains
  138:24
  191:25

explanation
  139:1
  169:9

explore
  160:13

explored
  126:25

exploring
  112:21
  158:21
  159:25
  160:8

extensive
  239:19

extent
  131:19,25

external
  19:10
  35:21
  55:25
  239:18

─────────

        F

─────────

face
  175:19

facilitate
  244:25

facilities
  47:18
  50:18,23,
  25 51:3,4
  55:23
  64:5
  69:19
  70:9
  178:20
  214:14,
  16,25
  215:2
  216:1,14
  217:10,

13,17
  218:19
  219:14,24
  220:24
  221:22
  222:20
  223:9,16
  224:3,22
  225:9,20,
  23 226:1,
  3 227:24
  228:7,8
  229:2,4,
  5,7
  232:4,9
  233:5,23,
  24,25
  234:2

facilities/
sites
  224:9

facility
  50:23
  214:7,12
  216:5
  218:8,11,
  16,18,19,
  23 221:3
  229:2,3,
  19 230:7
  231:20,22
  232:15

fact
  53:3
  79:18
  81:15
  98:22
  113:23

fair
  12:4
  20:3,4
  22:24
  30:11,15
  87:2
  100:22

175:17
  187:18
  216:23
  227:23
  234:12
  236:9

fall
  64:11

falls
  137:19

familiar
  20:2 46:6
  74:11,16
  171:20

families
  40:10,18
  111:25
  112:8
  115:6,13,
  17 122:3
  124:6,24
  126:8,15
  127:2
  202:25

farther
  149:7

favor
  52:12

FBA
  152:24

FBA/BIP
  151:14

FBAS
  152:5

February
  64:25
  118:16
  174:20
  175:21
  224:15

Federal
  35:22



105:16,21
235:6

feedback
69:3,5
133:14
134:15
143:24
153:10
166:4,9,
11 170:15
176:23
177:1
185:17
186:6,9
189:20
206:23
207:9
208:2,4,
21,23
211:11,13
220:10

feel
12:7

feeling
108:22

felt
61:25
71:12
240:3,6,
9,11,13,
16,23
241:14,22
244:22

fidelity
143:18
172:25
173:6,13

field
132:20
216:23,24
217:1,12,
17 218:22
225:3

figure
40:19
84:23
122:12,21
124:21
171:25

figured
124:2

file
119:25
140:22

fill
34:23
35:1 82:2
106:15
145:10
154:4
200:7,11

filled
106:16
200:15

filling
94:8
96:17

final
178:3
182:6
183:24
195:16
210:3,10,
13
219:14,25
220:1
227:18
228:9

finalize
102:1

finalized
201:2,18

finalizing
96:17

finally

145:4
177:21
184:18
186:1

finance
216:10

financial
54:22
160:1,9

find
19:8
80:15
120:23
160:17

findings
18:13,16
19:24,25
44:12
45:4,15
46:1,5,7
144:4,21
145:24
146:1,13,
22,24

fine
10:5

finish
12:3,13

finished
25:12
184:18
186:2,3

Finlayson-
rahming
103:21

Firm
11:1

fiscal
21:11
30:24
31:1,2,
13,16,19,

20 137:2
141:9,23
142:4,20
143:1
148:20
149:1,11
154:4,17,
20 155:8,
17,20,24
156:5
201:25
212:14
223:9

Fitzgerald
41:7,14
43:4
44:10,17,
21 72:18,
23 118:13

five-minute
188:12

flexibility
93:10

flexible
94:9

flip
159:11

focused
89:15

FOGA
219:9

folks
240:5

follow
111:20
117:16
214:23

follow-up
43:19
118:11
168:23

font
164:15

form
13:12
39:17
141:7,8,
23 142:3,
6,9
148:12,14
220:18

formal
16:2
43:17,21,
23 139:18

Formally
70:3

formative
204:22
205:8

forward
12:8
130:23
162:10
169:17
184:24
230:18

forwarded
29:17
57:18

forwarding
82:9
189:14
206:23
219:14
231:8

forwards
210:21

found
80:13

frame
38:16
112:20



framework
  113:16
  171:9,16
  173:2

Frank
  41:12
  43:3
  44:11,17,
  20

free
  12:7

frequency
  179:11

frequently
  70:2
  71:5,6

front
  152:19
  153:18
  222:22
  224:7

frozen
  83:11,12

full
  10:10
  166:17
  175:23
  202:12

full-time
  56:11

fully
  60:6

Functional
  151:13

fund
  161:7

funded
  94:4
  137:3

funding
  31:3,4

34:13,22,
25 35:2,4
47:6 51:1
84:24
149:2
155:17,19
158:23
161:11,
13,15,18,
19,21
214:15,17

funds
  31:6,7,9
  39:6
  84:21
  141:9,15,
  21,25
  142:9
  144:2
  145:9
  149:13,24
  152:1
  155:24
  156:1
  161:7

Fwd
  44:12
  57:11

FY17
  190:18
  191:11
  195:17

FY18
  140:10,23
  148:19
  210:9

_____

    G
_____

GA
  136:19
  199:8
  231:19
  233:6

GA00040841
  121:16

GA00053667
  184:14

GA00053668
  185:7

GA00152557
  189:4

GA00152559
  190:24

GA00152602
  198:20

GA00152939
  127:17

GA00152948
  57:14

GA00196539
  92:8

GA00196569
  215:17

GA00196570
  217:25

GA00196572
  218:11

GA00196727
  104:2

GA00196859
  117:20

GA00196865
  174:23

GA00196866
  175:10

GA00196895
  224:5

GA00196897
  225:8

GA00196898
  226:8

GA00197127
  162:3

GA00197151
  163:15

GA00197152
  164:10

GA00197223
  132:15

GA00197241
  226:20

GA00197242
  227:2

GA00197636
  44:15

GA00197763
  157:21

GA00197764
  158:8

GA00198597
  222:23

GA00198599
  223:14

GA00198883
  243:6

GA00198908
  140:13

GA00198909
  141:3

GA00198949
  153:12

GA00199183
  210:8

GA00199184
  210:19

GA00481477
  54:15

GA00481478
  81:13

GA00481479
  82:13

GA00481511
  77:24

GA00481536
  110:12

GA00481563
  65:2

GA00481564
  25:8

GA00481679
  206:14

GA00481696
  156:17

GA00481727
  72:21

GA00481759
  105:5

GA00792054
  147:16

GA00792055
  148:7

GA00792057
  151:6

GA01486054
  230:21

GA01486138
  233:21

GA01488847
  219:12

GA01488849
  219:20

GA01488851
  219:18,23

Gadoe
  55:9
  150:21
  151:1
  153:19



154:2,13,
21,23
155:13
193:6
220:23
221:3
227:19
228:10,
14,22
229:18
244:7

Gadoe's
55:6,17
60:6
73:10
227:8

gain
50:10

gap
150:5
173:25
174:7

gaps
145:11
150:9
153:19
154:4

Gardner
9:14
10:2,7
13:8,14
16:6
24:6,7,21
25:1 27:3
44:1,6
54:4,9
57:2,7
62:10,19
63:20,22
64:14,19
72:10,15
77:13,18
81:2,7
83:19

91:21
92:1
95:13
102:5,8
103:12,17
104:16,21
110:3,8
117:7,12
120:22
121:5,11
127:5,10
132:4,9
140:2,7
147:4,9
153:1,6
156:6,11
157:11,16
160:21
161:1
163:7
174:12,17
184:2,7
185:5,8
188:13,
19,23
196:5,10
198:11,16
206:4,8
209:19,24
215:4,9
218:25
219:4
222:11,16
223:20,24
226:11,15
229:23
230:5,8,
13
232:19,23
242:20,24
245:11

Garry
51:11
198:9

Gay
47:23

48:11
52:7,9
53:10
76:11,14
77:5,6,
12,21
78:1,5,6,
15 80:18
81:16
82:10
84:7
96:6,22
97:7,22
98:23
100:2
102:14,24
103:10
107:8,9
162:11
177:14,25
215:13
233:3
234:18,
20,21
235:13
236:5

Gay's
81:10

general
26:8,16
27:10,13,
18,22,23
28:1,8,13
51:2
59:21
69:14,15
83:24
84:19,21,
25 85:6
100:23
205:23

generally
53:21
65:20
71:10

115:4
191:25

geographic
22:4

geographica
l
22:7
66:16
99:23

Georgia
9:4,16
13:10
15:17
17:4,8,
11,18
19:15,18
20:17,21
26:3,4
31:3,8
32:4,8,
12,20,22
33:5
35:9,11,
16 36:10,
12,16,21
37:16
38:4 39:7
42:3
45:20
46:25
47:3,13
49:16
50:5,15
51:6
52:1,4,5
54:22
55:10,21,
24 56:1,
6,8 57:1
58:15
60:14
61:11,14,
17 62:21
73:6
74:14,16,

21,24
75:18,23
79:7,16
80:20
84:23
85:19,21,
22 92:15,
24 94:24
95:16
100:20
103:4
104:5
105:17
108:1,17
123:1
134:22
141:24
143:7,9,
16 148:8
151:2,7,
18,21,24
152:9,23
155:4
158:10,22
166:12
175:24
190:20
196:17
204:19
205:4
211:2
214:19,23
216:17,
18,20,21
217:11,16
218:17
225:2
228:1,18,
25 231:9
235:7
236:9
237:2
238:9
240:5,18
242:5,15
245:5



Georgia's
  35:14,17
  166:25
  167:18,20

GFSIC
  218:3

give
  11:21
  12:17
  30:15
  67:25
  110:22
  128:3
  175:23
  185:17
  200:5
  240:12

glamorous
  89:11

glossary
  220:14

GNETS
  17:15,17
  19:2,7,23
  20:3,6,
  10,12,23,
  25 21:8,
  9,10
  22:1,8,
  11,12,19,
  20,23,25
  23:4,10,
  17,19,20
  24:1,5,10
  25:24
  26:2,6,7
  27:17,25
  28:7,25
  29:9,12
  30:19,22
  31:9,13,
  16,21
  34:1,24
  36:18,23

37:9
38:15
39:6
40:5,8,
13,21
41:1
47:4,7,
10,20
48:14
49:1
50:1,6,
15,23,25
51:3,4,7,
15 52:17,
19,22
53:13,14,
21 54:2
55:6,17,
18 56:22
58:24
59:2,12
60:4,11,
15,17
61:3,22
63:4,8,
12,14,16,
24,25
64:3,8,
11,23
66:10,21
68:3
70:18,22
71:2,4,9,
11,16,25
72:2,6
73:12,14
74:8,14,
18 75:4,
10,12,13,
15,19,24
81:22,25
83:25
84:13,14,
17,18,20,
22,24
85:1,6,7,
10,18

86:5
87:7,25
88:4,6,23
89:4,5,8,
18,20,21,
24 90:3,
4,10,22
91:2,3,5,
7 93:15,
24 94:6,
13,15,22,
23 95:4
96:9,14,
18 97:11,
20,22
98:7,16
99:25
100:9,18
102:1,19
104:12
105:2,10,
25 106:8
108:13,25
109:1
112:25
114:15,
20,23
116:3,11,
25 117:2,
6 122:13,
23 123:9,
11,13,19
124:7,17,
23 126:7,
15 127:1,
15,25
128:2,12,
14 129:4,
6,17,19
130:15,17
131:8,10,
13,15,18,
21 133:18
134:2,8,
16
135:13,
20,21

136:7,8,
13,24
137:12,18
138:4,12,
21 139:6,
10,17
141:10,
12,14,20,
22 142:2,
7 143:15
144:19,22
145:6,12,
16,18,25
146:19,
20,21
148:20
149:1,3,
11,21,24,
25 150:20
153:17,23
154:3
156:15
157:4,6,9
159:22
160:3,10,
13 161:6,
8 162:1,
14 165:1,
8,10,25
166:3,8,
22,24,25
167:6,13,
19,24
171:11
172:12,
15,20,21
173:2,24
174:6,9
177:5,11,
16,17
178:2
180:3
181:7,18,
21 182:1,
5,9,10,
14,21
183:1,5,

9,10,11,
14,15,18,
20,23,25
185:12
186:16,
18,21
187:3,6,
8,14,16
188:9
190:18
191:11,20
192:7,9,
12,22
193:15,
19,23
195:1,2,
20 196:2,
18 197:2,
3,4,7,11,
12,14,19
199:2,10
201:15,25
202:23
203:12,18
204:7,21
205:5,10,
17,22
207:9
208:13,14
211:1,20,
23 212:8,
12,20
213:16
214:8,14,
16,24
215:15
216:1
217:10
218:8,19
219:9,14,
24 220:24
221:8
222:20
223:9,16
224:2
226:22
227:3,24



228:2,6,
7,23
229:17
230:7
232:9
233:12,23
235:17
236:12
238:2,5,
11,15,17,
22 239:7
241:11,
17,20,25
242:5,10,
15,17
243:25
244:6,10,
15 245:9

**GNETS'**
39:2
173:18

**GNETS-
RELATED**
62:24
70:17

**goal**
22:11,12,
23,24
23:16,19
26:6
27:16
86:15
179:4,7,8
241:13

**goals**
22:20
23:13,14,
15 24:3
96:18
101:23
102:1,6,
17 179:25
214:12

**good**

9:13,15,
17 10:3,5
14:24,25
63:19

**Gooding**
117:14,23
119:1,9

**Gooding's**
118:17

**graduated**
15:11,19

**grant**
35:14,18
39:6
42:25
43:9
84:21
114:12,
24,25
115:11,
15,21
116:7,16
117:5
135:20
141:10
149:24
219:9,24
221:22
223:16

**grantee**
120:6

**Grants**
219:15

**gray**
209:9

**great**
114:13
116:2
122:10,18
240:7,9,
20

**Gregory**
215:14

**group**
46:4 59:4
63:1 72:1
102:16
177:11
178:3
210:25

**groups**
70:16

**GSFIC**
216:5,9
217:3

**GSU**
151:12,16

**guidance**
30:18
49:2,25
53:19
63:15,24
67:15,24
69:3 74:8
83:8
84:16
85:24
89:7
94:16
95:1
97:20
100:19
165:15
166:2
167:24
171:24
184:10,19
185:2,11
186:2,24
187:1,13,
22 189:20
190:8
193:6,10,
15,18
197:7,10,
16 198:3,
19 199:2,
9,14,17,

22 200:2,
6,19,22
201:1,7,
9,17,21,
23 202:5,
7 206:24
207:6,9,
12,17,21
208:13
211:20
212:18
238:10,13
239:20
241:1,12,
19

**guide**
88:20
89:4
176:1,11,
18,21,24
177:2,22
178:8,15,
22 179:3
181:1,5,
9,12,25
182:3,8,
19
187:11,17
191:3,22
193:12
194:2,12
196:1

**guided**
50:4

**guidelines**
214:21,23

**Guiding**
202:11
205:11

**Gwinnett**
243:10

**Gwinnett.
k12.ga.us.**
243:3

────────

**H**

**half**
139:3

**halfway**
118:25
231:18

**han**
156:6

**hand**
24:21
29:21
64:14
72:10
77:13
103:12
147:4
153:1
157:11
163:3
174:12
184:2
196:5

**handed**
25:3 44:8
54:11
57:9
64:21
72:16
77:20
81:8 92:2
103:18
104:22
110:9
117:13
121:12
127:11
132:10
140:8
147:10
153:7
156:12
157:17



161:23
163:8
174:18
184:8
188:24
196:11
215:10
219:5
222:11,17
223:25
226:16
230:14
232:24
242:25

handing
44:1 54:4
57:2 81:2
91:21
104:16
110:3
117:7

handled
107:20

happen
12:17
51:18
67:16
179:20

happened
85:4 90:9
91:16

happening
186:7

happy
237:18

hard
58:12

hashmarks
153:18

head
11:19

headed

80:3
202:11

header
190:14,18

heading
133:1
136:20
138:20
148:8

headings
137:7

health
32:6,24
33:6
41:10
100:13
115:5,12,
17 122:1
124:5,8
126:6,13
127:1
149:5
158:11
171:10
245:3

hear
36:22

heard
28:16
59:22
72:3
115:21

hearings
99:21

held
35:5
36:15
62:8
99:21
214:5

helped
53:15
76:10,22

77:2
220:7

helpful
45:3,15,
23 46:1
62:11,13
111:23

helping
171:25

Henderson
49:9

Hernandez
9:15,16
24:13,16
28:3,5
59:5,7,
16,25
83:10
131:22
144:6
145:13
146:15
150:13
188:11
203:14
225:5,11
226:9
228:3
229:9
234:25
235:2,9
236:18
237:4,10,
15 238:3,
18,24
241:21

hesitate
23:24
91:12

hesitated
14:23

high
149:21
214:9

highlight
204:12,15

highlighted
137:24
200:17

hire
53:20
76:15
99:12
100:24
101:2
149:23
168:11
169:14
202:23
236:7

hired
38:10,11,
12 45:18
47:17
48:19,20,
22,24
78:13,22
82:1 83:2
85:17
95:17,23
97:21
99:1,6
102:10,21
104:13
105:25
106:9,18
107:12
116:14,19
156:22
157:2,8
161:17
242:11

hiring
64:8
75:10,11,
12,13,17,
22 76:1,
9,21,25
77:8 78:3

82:6
99:5,7
149:25
169:5

hiring-
related
75:16

history
36:9 59:9

hold
15:1,20
33:18,21
35:10,15
60:15
204:5

Holifield
104:25
127:14,23
128:7,10
129:3,13
130:7,13
131:4

HOLKINS
9:13

home
14:5
16:23

honestly
11:8

hook
61:7

hope
87:17
111:23
127:24

hoped
241:6

hopeful
78:17

hour
12:19



HR
    76:12
    107:20

hybrid
    21:13,15

I

i.e
    153:20

idea
    122:10,18
    157:1

ideal
    24:9,14
    27:23

Ideally
    205:21

ideas
    111:24
    112:7,22
    128:13
    129:5,8,
    11,12
    130:15,20

identificat
ion
    16:5
    24:25
    44:5 54:8
    57:6
    64:18
    72:14
    77:17
    81:6
    91:25
    103:16
    104:20
    110:7
    117:11
    121:10
    127:9
    132:8

140:6
147:8
153:5
156:10
157:15
160:24
163:6
174:16
184:6
188:22
196:9
198:15
206:7
209:23
215:8
219:3
220:18
222:15
223:23
226:14
230:12
232:22
242:23

identified
    22:17
    23:15
    24:3
    26:20
    101:24
    133:20
    134:8
    145:11
    149:5
    153:19
    154:4
    173:1,7
    179:4
    181:4,8
    212:5
    227:8
    231:20

identifies
    120:9
    134:22
    137:11
    179:10,14

180:7
195:19

identify
    125:2
    126:21
    169:12
    173:12,25

identifying
    27:22
    124:22
    126:13

IEP
    21:6
    22:17
    23:15,25
    24:2,3,20
    26:21
    28:11
    86:19
    123:17
    229:12

IEP/
TREATMENT
    150:24

immediately
    48:1
    228:13
    231:22

implement
    63:16
    66:3
    85:25
    88:10,18,
    24 96:9
    97:8
    152:5
    167:25

implementat
ion
    96:11
    97:12,15
    181:19
    192:19
    193:3

197:10
199:9,16,
22 200:6,
19,22
201:1,6,
9,17,21,
23 202:5
207:6,12,
17,21
208:12
239:20
241:12,18

implemented
    62:2,3
    89:1
    167:24
    186:23

implementin
g
    19:6
    37:12
    84:15
    85:10
    87:12,22
    88:1,4,7
    94:14
    97:19
    145:18,19
    166:1
    192:8,13
    201:25
    238:11
    241:11,18
    242:1

important
    26:6 46:2
    83:1 86:2
    88:5,8
    89:20
    96:14
    116:13,18

imprecise
    102:7

improvement

35:20
36:4,5
51:4 80:4
82:17
214:16

improvement
s
    96:8,9,24
    97:9
    214:25

in-depth
    227:10

include
    58:24
    59:11
    82:24
    85:9 86:8
    87:10
    96:1,5,21
    97:6
    156:5

included
    58:25
    59:3
    66:19
    68:7
    86:19
    99:13
    100:23
    114:1
    119:2,23
    120:11
    123:3,6
    132:21
    169:17
    173:1
    177:21
    181:14
    186:9,19,
    20 200:6,
    10 208:15

includes
    95:18
    96:7,23



148:18
151:11

**including**
40:11,18
84:12
149:2
204:22

**inclusive**
156:2,4

**incorrect**
169:8,9

**indent**
191:4

**independent**
85:19

**indirect**
94:5,21,
23

**individual**
87:20
150:23
172:20

**individualized**
153:22

**individually**
93:14,23

**Info**
54:13

**inform**
61:24

**Informally**
70:4

**information**
12:20
39:10
109:1
111:4
118:18
119:12

120:14,17
135:11,19
136:9
137:19
138:9
154:2
173:24
174:5,8
177:16,18
180:6
195:3
217:5

**informed**
18:6,12
48:5
113:11,
12,18,22,
23,24
204:22
205:7

**informs**
129:23

**initial**
164:2
183:18
209:16
227:8
239:12
241:13

**initially**
182:5
185:20
188:8
192:23
209:14
234:18,19

**input**
51:25
52:3,6
102:15
201:12,15
220:14
235:22

**instance**

31:2,18
204:4

**instances**
28:10

**instruction**
35:24
86:9,23,
25 87:4,7
131:8

**instructional**
227:20
228:11
229:20

**instrument**
162:22

**integrated**
123:11
171:10

**intended**
62:3
88:25
90:8
150:9
162:6
201:23

**intensive**
22:13,25
23:5,9
153:21
155:11

**intent**
52:16,19
196:4

**interact**
70:18,20

**Interconnected**
113:15

**interest**
39:12
87:14

**interested**
111:14
240:22

**interim**
202:24
234:5

**internal**
84:6

**interrupt**
12:1

**intervention**
151:14
159:5
204:23,24
205:9

**interventions**
155:9

**interview**
76:13
77:22
78:1
80:21,25
81:11,21
82:5,9,
21,25
84:4,8
85:14
86:13
92:14,23
93:3
95:19
105:10
168:24

**interviewed**
106:8

**interviewing**
78:24
80:19
95:15
102:18

168:22

**interviews**
76:14
77:8,11
105:1,13
106:15
135:21
137:6

**introduce**
9:10

**introduced**
50:9

**investigated**
19:23

**invitation**
64:22
65:3,7,
15,23
66:24
68:8
69:25
109:15
239:14

**invited**
105:9

**involved**
29:11
50:18
64:7
75:9,10,
16,17,22
76:1,7,20
80:19,21,
24 82:5
103:8
107:17
133:5,7
152:23
165:2
169:5
171:22
201:3
214:7,11



235:15
242:14
244:19
245:9

involves
78:11

involving
29:8

issue
125:25
228:14,
19,22
240:1

issued
197:11
202:8

issues
30:18
97:2
161:11,13

italicized
164:15,17

item
148:9,17,
18,23,25
149:15
150:8
151:8,11,
20 152:7,
10
180:15,17
181:14

items
152:15
169:22
170:14
179:8,11,
15,20,25
180:9
181:19
194:14,19
235:20

J

January
213:7

Jaquenetta
104:23
105:15

Jefferson
215:14
216:5
218:3

Jewell
117:14,23
118:17
119:1,9

job
11:7,19
30:17
55:12
76:10,23
77:3
79:19

jobs
11:20

John
215:14
216:4
218:2

join
43:6
105:9
239:11

joined
98:9

joining
20:17
35:10

Jones
48:3,4
76:14
77:12,22

78:1,15
80:19
102:15,24
103:9
107:7,9
161:24
215:14
233:2
234:22
235:13
236:5

Judy
41:7
44:10,16,
21 72:18
118:3,13

July
140:10
196:24
226:19
230:17
243:16

June
9:5
132:12
146:5
173:25
189:1,10
190:4,9
191:1
196:22

Justice
18:14,16
108:15

justificati
on
182:23
183:14

K

Kachelle
49:4
210:3

Keeping
153:16

Keith
9:2,20
10:3,12,
13 13:15
16:7,13,
16 25:2
27:4 44:7
54:10
57:8
64:20
77:19
83:20
127:11
147:10
156:12
215:10
230:6

Kelly
9:13 10:7
188:11

key
50:9
108:16
125:2,3
144:17,21
171:25
177:13
236:6

kilt
217:5

kind
63:1
161:20
182:21
191:6
212:16
236:6

kinds
31:12
62:24
135:7
161:19

knew
19:17
20:9,12
46:3
55:24
76:6 83:2
85:17
124:6
129:20
131:17
239:23
240:5

knowledge
38:3
40:7,15
50:10
62:9
67:24
80:22
124:14,19
138:17
143:8
144:8
159:24
197:9
200:12
218:20
245:10

L

labeled
138:16

lack
194:16,20

language
208:13
223:8
232:12,
13,17

large-scale
87:12,22
88:1,5,7,
8



**Larry**
18:10
37:4
156:14
161:24

**lawsuit**
19:21
20:2

**LEA**
72:6
73:5,18,
20 137:3
210:4,9,
24,25
212:1,4,7
213:24

**LEA's**
100:8

**lead**
72:1

**leader**
84:1
242:4

**leadership**
83:24
84:13,15
85:3
93:15,24
94:5,12,
14 151:25
192:7,13
229:18
241:10,
17,22

**leading**
107:10
197:3

**learn**
17:21
18:1,4
37:2
40:9,17
86:16

87:17
113:19
122:11
245:1,2,6

**learned**
17:25
38:20
114:6
115:23,24
117:2,3
124:3

**learning**
40:19,22,
24 47:9,
10 48:14,
15,16
50:3
56:21
85:2
86:21
90:2,7,9
100:7,14

**LEAS**
201:24
202:23
205:17,22
229:17

**leave**
15:24
62:4 79:6
104:12

**leaving**
93:3
241:15

**led**
71:18,24,
25 78:2
123:25
200:1

**left**
14:4 94:7
98:2
120:6
137:8

200:16
238:17,23
241:2,7
242:3,14
245:13

**legend**
138:19,24
180:23

**length**
14:1
17:24
23:25
24:18
41:16

**letter**
44:12
45:3,15,
25 46:5,7
103:22
194:25
195:21
214:24
216:11
222:3,6,
7,20
223:15
231:14,17
232:2

**letterhead**
231:10

**letters**
232:8,12

**level**
21:7
80:6,12
122:13,23
124:18
167:1,19
171:4,18
172:6,10
193:3
214:9
239:8

**levels**
96:10
97:12,15
209:9

**leveraged**
116:24

**library**
15:5,13
36:7

**license**
204:6

**licensed**
153:20
202:19,25
203:9,12,
25 204:2,
17

**licensed/
certified**
155:12

**licenses**
15:21
16:1

**Life**
204:23

**light**
183:5
192:24

**lighter**
207:25
209:15

**likewise**
68:21

**Lill**
9:17

**limitations**
139:25

**list**
29:1,3
82:9 97:2
108:25

117:24
118:3,8,
18 119:12
120:4,5
142:16,18
143:9
179:19
216:14
221:18,24
224:8,16,
17,22
225:9,17,
20,22

**listed**
65:18
109:22
113:5,12
136:6
221:23
226:1,3

**listen**
99:21

**lists**
111:18
134:25
135:3
187:22

**litigation**
17:7,10,
22 18:5,
12

**live**
58:19

**lived**
58:21

**lives**
237:5

**living**
79:15

**local**
10:20
21:6
31:18



39:10
61:24
73:11
87:13
88:17
100:8
113:1
115:6,9,
11,16
117:5,6
123:14,15
155:17,
19,24
171:4,18
172:6,10
211:23
212:19

**located**
79:4
216:21

**location**
21:18
64:24

**locations**
66:16
172:20

**Lollie**
243:2,7,
16,22

**long**
13:24
32:3,19
33:18
36:9,12
41:14
59:9
240:4

**long-term**
23:17,21
24:11
95:23
96:14,18
102:1

**longer**
227:20
228:11
229:4,19
240:24
242:4

**looked**
52:18
109:16
136:8
144:12
154:8
155:1
164:3
174:10
178:11
182:9
187:11,
16,19
193:11
207:12,18
208:16
234:8

**lot**
58:18
234:8
239:24
240:4

**lower**
175:20

**LRE**
26:8,12,
13 27:18
28:12

**lunch**
120:23
121:5

**M**

**made**
39:13
50:2 53:1
58:14

59:8
76:17
79:9
103:1,3
106:25
107:14
117:4
147:21,23
148:3
169:18
170:17,19
244:8,13

**main**
79:14
191:3
214:20

**Mainstay**
29:12

**maintain**
170:24

**maintained**
43:24
170:8,22
180:4
183:25

**major**
139:22
145:4

**make**
11:19
19:3,7
23:11
24:17
37:9
39:2,15
41:22,24
42:1
46:10
51:17
52:20
59:20
61:23,24
62:1
67:15

68:2,6
76:15
78:8 80:5
85:16
97:23
99:16
100:6
101:17
123:13
126:10
137:14
141:18
145:21,22
147:22
166:5
170:11
175:4
177:20
180:4
195:4,7
199:12
214:20,25
226:10
238:8
241:8,14
244:22,23
245:4

**makes**
189:15

**makeup**
133:25
134:2
135:12

**making**
52:15
55:20,23
61:21
103:7
244:22

**management**
96:6,22
98:21,23,
25 99:3,
10,11
100:24

101:1,12,
21 105:2
108:12
114:2
168:3:8,
9,17
169:2,3,
7,11,13,
16,20,23
170:1,4,
8,14,23
235:19,
21,23

**manager**
50:14
53:21
87:11
88:1,3,16
105:11
106:1,8
119:4,18
242:12

**managing**
116:7

**mandatory**
228:14,19

**manual**
50:1
53:13,14
55:20
63:12,13,
14 66:3
83:8
84:17
95:1
97:20
99:24,25
100:4,18
166:3
167:23
187:1
197:15,19
199:10,14

**manuals**



39:4

March
  25:5
  33:20
  57:10
  121:14
  125:11
  127:14,23
  128:11
  222:19

mark
  121:7
  127:6
  132:5
  140:3
  198:12
  209:20
  215:5
  230:9

marked
  16:5,8
  24:22,25
  44:2,5,8
  54:5,8
  57:4,6
  64:15,18
  72:11,14,
  17 77:14,
  17 81:4,6
  91:22,25
  103:13,16
  104:17,20
  110:4,7
  117:8,11
  121:10
  127:9
  132:8,11
  140:6
  147:5,8
  153:2,5
  156:7,10
  157:12,15
  160:22,24
  163:3,6
  174:13,16

184:3,6
188:22,24
196:6,9,
11 198:15
206:7
209:23,25
215:8,11
219:3
222:13,
15,17
223:20,
23,25
226:14,16
230:12
232:20,
21,25
242:20,
23,25

marking
  188:19

married
  49:12

master's
  15:5,12,
  15

Matt
  48:2,4
  76:14
  77:12,21
  78:1,15
  80:18
  102:15,24
  103:9
  107:7,9
  161:24
  233:2
  234:22
  235:13
  236:5

matter
  9:3 34:13
  113:23

maximum
  195:12

Mcgiboney
  51:11,13,
  20 198:10

Mckay
  122:1
  125:8,9,
  15,18

meaning
  21:17
  118:21

means
  11:12
  55:9
  135:25
  180:25
  194:10,
  14,17

meant
  53:17
  60:13
  72:5
  118:22
  145:10
  228:22

Measure
  179:21

media
  15:5,13
  36:6,7

Medicaid
  157:19
  158:3
  159:3,23
  160:1,8,
  14 161:4,
  7,18,20

meet
  13:22
  69:23
  70:2
  73:10
  97:3
  116:24

121:25
122:10
125:7,14
129:8
130:14
202:13

meeting
  23:13
  40:9,16
  42:5,6,7
  45:5,11,
  12,16
  64:24
  65:7,12,
  19 67:11
  71:8
  72:19
  73:1,14,
  23 74:1,
  3,24 83:7
  109:16
  111:25
  112:9
  121:14,21
  123:22
  125:11
  162:20
  166:6
  168:4
  175:3
  183:10
  210:24,25
  212:2,9
  213:13,24
  214:1
  216:4
  217:23
  218:1,2

meetings
  42:21,23
  43:12,15
  45:9
  66:18
  70:7,19,
  23,25
  71:3,4,5,

10,16,18,
24 72:8
90:1
116:8,15
125:19,23
168:20
170:15
211:3

member
  18:7,8

members
  43:6
  51:25
  57:25
  60:6,12,
  18 61:2
  108:16
  124:6
  174:1,7

mental
  115:5,12,
  16 124:5,
  8 126:6,
  13,22
  127:1
  149:5
  171:10
  245:3

mention
  111:13
  118:13
  121:24

mentioned
  20:8
  30:21
  44:19
  51:5 53:9
  63:11
  64:2 66:2
  67:17
  75:8
  76:22
  77:7
  79:21



80:18
90:15
98:21
104:3
109:3
112:17
114:5
122:24
155:20
197:1

**Mercer**
15:9

**message**
57:19
210:1
227:15

**met**
13:20
41:20
42:9,12
46:16
56:22
66:13
125:8,17,
20 126:3
128:12
129:4
179:25
180:15
202:20
222:9,10

**methods**
204:25

**metrics**
124:21

**metro**
79:15

**Meunier**
243:3,7

**Michael**
50:17
215:12,23
219:6

222:19
224:2,7
231:14

**Microsoft**
163:12
217:23

**middle**
12:13
139:21

**mike**
47:18
50:22
63:18
215:3,20,
22

**mind**
48:1
199:15

**minimally**
240:23

**minor**
147:24

**minute**
62:11

**minutes**
12:19
43:18,23
216:4
217:24
218:1,5
245:13

**missing**
226:10

**mission**
122:11,14
124:1

**mistaken**
48:11
178:1

**mock**
191:6

**model**
65:10
68:9 86:3
90:5
109:23,25
113:25
114:1,15,
19 116:3
128:2
129:19
130:17
131:10
171:12
173:1,7,
14

**models**
139:9

**modest**
194:6

**moment**
49:19
75:4
110:22
144:11

**moments**
137:21

**Monday**
45:4,13

**Monica**
49:9,10,
13 116:5,
20 117:15
119:1
121:25
122:6,7,
19 125:7,
8,17

**monitor**
150:21,23
162:22
172:20

**monitoring**
143:17

149:21
172:19,25
173:6,13
208:14

**month**
42:10,13
43:13
89:13

**monthly**
42:21
45:8 71:8
73:1
116:8

**morning**
9:13,15,
17 10:3,5
237:17

**Morris**
219:8

**motivated**
89:15

**MOUS**
118:4

**move**
12:8
70:15
137:8
151:19
211:15
233:23

**moved**
27:12
130:23
229:1
232:5,10
234:3

**moving**
68:8
79:15
83:20
85:9 86:7
139:14
143:14

151:4
162:18
166:16
169:17
171:1
172:17
173:16
194:1,22
204:18
212:15
221:15
229:7

**MTSS**
79:11,23
80:1,15

**Multifuncti
on**
230:19

**multiple**
66:20
99:19,22

**multitiered**
79:11
80:2,8
86:17

_____

**N**

_____

**Nakeba**
25:5,9,
15,22,23
29:16
47:16
51:25
52:9,10,
14 56:21,
22 61:20
64:22
65:25
68:13,24
71:12,21,
23 75:17
76:18,19
91:14



95:5
98:19
104:25
113:21,23
116:14,19
117:3
121:13
125:2,18
132:12
140:9
145:21
146:25
147:12
153:9
157:18
161:17
162:11
163:9
166:4,9
167:8,10
168:19
169:14,15
170:7,10,
18,20,22
171:19
174:19
177:18
178:1
180:5
182:7
184:9
185:17
189:1
192:15
193:20,24
194:18
197:25
198:18
200:4
201:10
203:8
204:15
206:10
210:2
219:8
226:18
230:16

233:1
234:9
241:25

**Nakeba's**
53:2
67:3,7,19
69:10
114:1
124:25

**named**
49:18
110:14
122:6

**narrative**
139:4

**narrowing**
216:14

**national**
87:14

**native**
119:24
210:18

**nature**
18:22
19:20
45:11,12
73:23
90:25

**necessitate**
229:6

**needed**
42:2
51:16,17
52:2,12
56:22
61:23
66:11,15
67:15,16
70:5,10
71:12,13
80:6 85:1
90:11
98:11,16

101:11,17
108:23
169:12
180:4,8
182:23
184:25
194:15,19
203:9
218:6
240:8
244:23

**needing**
202:18

**negotiated**
47:20
50:4
99:17,18

**negotiations**
93:11

**Network**
17:11,18
175:24
196:17

**newly**
94:4

**night's**
14:24,25

**nod**
11:18

**non-certified**
155:10

**non-credentialed**
139:17,23

**nonapproval**
148:15

**noncredentialed**
145:2,5

**note**
13:9 26:5
72:25
73:4
96:16
185:5
200:15
203:8

**notes**
43:18,22
93:2
139:22
154:16

**noticed**
83:13

**notification**
76:19

**notifying**
232:3

**November**
92:5,13,
22 111:2

**number**
30:2 53:3
111:19
116:5
121:16
128:4
130:4
135:1,3
137:4
138:12
144:22
147:15
150:21
163:14
175:9,20
183:12
195:12
199:24
217:10
223:14
233:6

O

**oath**
11:13

**Object**
59:25
131:22

**Objection**
24:13
28:3
59:5,16
144:6
145:13
146:15
150:13
203:14
225:5,11
228:3
229:9
234:25
235:9
236:18
237:4,10,
15 238:3,
18,24
241:21

**objections**
13:11

**occasion**
36:22
237:9

**Occasionally**
236:23
237:12

**occur**
71:5

**occurred**
71:7
183:16

**October**
54:12



81:18
184:12
185:23

**offer**
104:5

**offered**
180:18

**office**
21:19,22
64:24
119:10
122:2
244:7

**officer**
54:12

**official**
33:13
36:17
107:19

**offsite**
56:16,19

**on-site**
42:11,15
89:23
90:8,11,
18,23
91:5,8
98:9,10
183:1,3,
9,17
193:22

**onboarded**
116:14

**onboarding**
107:18,22

**ongoing**
202:20

**onsite**
149:21

**open**
78:22

**opening**
119:25

**operated**
144:23

**operating**
139:10

**operational**
100:5
180:22,24
186:25
188:3
194:15,19

**operations**
39:4  66:3
94:6
167:23

**opinion**
23:22,23
24:4,9
146:22
238:2,16,
23

**opinions**
238:21

**opportuniti
es**
40:20
56:21
70:14
99:19
125:16
158:23

**opportunity**
73:10,21
92:14,23
121:25
125:7
240:12

**opposed**
90:1

**option**
96:15

155:7,14

**options**
154:17

**oral**
11:21

**order**
11:17,19
87:22
88:10
101:17

**organizatio
nal**
105:23

**organizing**
195:3

**oriented**
108:1

**orienting**
108:6

**original**
164:17
169:22

**out-of-
state**
91:17

**outcome**
172:19

**outlay**
50:23,24
51:1
214:14

**outline**
65:9
66:1,7
101:20
109:22
159:14
171:3
186:17
200:5,10
201:10

218:5

**outlined**
39:23
66:6
69:25
95:1
102:3
109:17

**outlines**
166:22,23

**outlining**
68:9

**overcome**
58:22

**oversight**
55:6,15,
17,18,19,
20,23

**overview**
136:12

**owners**
223:10

_____

_____
        **P**
_____

**p.m.**
65:1
95:9,12
121:1,4
188:15,18
230:1,4
245:16,18

**packing**
234:6

**pages**
159:12,
14,18

**paper**
29:3

**paragraph**
58:3

111:12
114:9
128:25
133:16,24
134:6
135:18
139:14,22
162:19
164:20
166:18
193:5
201:22
202:12
204:19
205:12
216:12
217:3
227:7
231:18

**Parker**
117:15
119:1
121:25
122:7
125:7,8,
15,20,24

**part**
21:18
22:16
30:17
34:4
44:19
59:4  80:4
83:4,6
89:18
98:25
101:9
106:21
107:1,6,
10  116:7
124:25
125:1,18
126:11,18
131:9,14
146:13
149:19



159:22
161:12
169:12
174:7
177:12,
24,25
178:3
201:11
204:18
217:12
218:7,19
221:10,13
239:23

**participant**
73:14,17
74:1

**participants**
43:7

**participate**
70:6
101:3
102:20
105:13
160:7
211:4,6

**participated**
77:11
102:23
106:24
118:9

**participating**
159:15

**partner**
69:20
91:4

**partners**
39:11
66:4

**partnerships**

69:21

**parts**
89:10
200:7
232:14

**passed**
60:20
68:1

**passing**
197:17

**Pat**
219:7
222:25

**pay**
155:18,19

**PDF**
231:1
233:11

**Pearson**
117:15
118:21
119:2,4,
10,16

**peers**
26:17

**pending**
234:6

**people**
37:14
38:5 42:4
43:2
46:4,13,
24 50:9
60:13
62:21
103:8
123:15
124:13
211:22
239:25
240:7
241:2

**percent**
150:21

**Perfect**
129:1

**performance**
150:17,19
235:16,
19,20,23,
25 236:3,
16

**performed**
197:2

**period**
44:24
234:20

**permit**
89:3

**person**
42:24
43:8
49:11
53:22
66:12
72:1 74:5
76:15,18
78:6 83:2
85:16
86:2
87:21
88:6,9
89:20,22,
23 90:5,7
91:5 94:8
95:4
96:16
107:5
116:6
122:7
169:15
179:14
198:8
201:6,8
204:5
212:5

236:2
241:23

**person's**
87:19

**personal**
62:6

**personally**
160:15
170:20

**personnel**
139:17
145:2,5
149:3
152:4
155:10,12
177:13
238:10

**persons**
107:6
177:15
211:23

**perspective**
166:23

**phrase**
33:8

**physical**
155:3

**picture**
45:18

**pilot**
213:7,9

**place**
62:1
125:12
214:1
238:10
241:9,14,
16,23

**placeholder**
210:17
225:8

226:7

**placement**
21:6
28:23

**places**
99:22
126:20
207:24

**Plaintiff's**
16:4,8
24:23,24
25:3
44:3,4,8
54:6,7,11
57:4,5,9
64:16,17,
21 72:12,
17 77:14,
16,20
81:4,5,9
91:23,24
92:3
103:14,
15,19
104:18,
19,22
110:5,6,9
117:9,10,
13 121:7,
9,12
127:7,8,
12 132:5,
7,11
140:3,5,8
144:5,10
146:3
147:6,7,
11 153:3,
4,8
156:8,9,
13
157:13,
14,17
160:22,23
161:22



163:4,5,8
164:3
174:14,
15,18
184:3,5,8
187:16,20
188:20,
21,25
196:6,8,
12
198:12,
14,17
206:4,6,9
207:14,18
209:20,
22,25
215:5,7,
11 219:1,
2,5
222:13,
14,18
223:21,22
224:1
226:12,
13,17
230:10,
11,15
232:20,25
242:21,22
243:1

**Plaintiff's-exhibit-61**
72:13

**plan**
49:1,2
50:1
63:9,24
65:8,9,
21,24,25
66:19
67:17,21
68:2,3,5,
21,23,25
69:1,10
91:4 95:2

96:6,22
97:1
98:14,15,
21,23
99:1,3,
10,11,13
100:24
101:2,12,
21 108:13
109:3
114:2
120:23
150:24
151:14
162:15,20
164:21,24
165:7,8,
10,16,19,
22 166:25
167:18,20
168:3,8,
10,17
169:2,3,
7,11,13,
16,20,23
170:1,4,
9,14,23
172:19
173:12
174:21
175:13,
17,25
176:11,
17,21,24
177:2,12,
19,22
178:8,10,
15,22
179:3,10
180:7,19
181:1,4,
8,12,15,
25 184:11
185:12
186:20
187:5,10,
14,17,25

190:19
191:12,21
192:9,14
193:12
195:17,25
204:23
205:9
208:14
226:23
227:3,6
228:14,20
235:19,
21,23

**planning**
48:13
64:23
66:24
80:5
178:2
190:15
215:25
217:23
243:24

**play**
70:21
74:1 76:8

**players**
172:1

**point**
12:6
40:19
44:21
103:7
104:14
107:2
125:21
135:12
170:1
185:22
209:15,17
222:4
227:6,15,
17

**points**

111:19,23
113:6
195:12
209:13

**policies**
45:19,20

**policy**
19:2
35:20
37:8 38:3
39:2
47:19
51:7,9
70:11,12
198:2,4,
7,9
199:24
201:12
239:17

**political**
87:12

**Pope**
231:10,11

**population**
202:14

**portion**
98:15
101:1
134:21
211:7
212:24
224:6

**portions**
200:14

**posed**
164:2
167:3
173:16

**poses**
162:24
172:18

**position**

32:7
33:2,11
34:1,10,
11,13,18,
22,23,24
35:1,2,15
38:21
48:20,21
50:12,13
53:20
58:1
76:11,12,
16 77:9
78:12,23
79:3,4
81:22,25
82:6,22
83:2,23
84:5
85:17
88:9,14
89:11,19
90:13
93:14,23
94:3,4,5,
8,12,21
95:16
96:17
102:17,19
104:13
105:11
106:1,7,
9,15,19,
22 107:11
112:23,24
161:17
236:8,11
238:1

**possess**
87:14

**possible/permissible**
129:9
130:22

**posted**



76:12
233:16

**potential**
114:13
116:1
128:1
129:18
130:16
180:18

**poverty**
58:19,21

**Powerpoint**
210:9

**PPT**
210:10

**Practice**
202:11
205:12

**practices**
162:23
165:25
201:24

**preexisting**
19:13
52:24

**prefer**
129:10

**preparation**
14:8,17
45:16
162:19
194:23
195:21

**prepare**
13:16
14:21

**prepared**
43:16
84:10
158:10
195:1

**preparing**
45:4
133:5,8
193:22

**prerequisite**
87:6

**present**
213:23

**presentation**
158:10,
13,20,25
159:2
210:4,9,
14,16,18
211:8,10,
17,19,21
212:17,24
214:3

**presented**
71:21
192:18

**presents**
73:21

**pressure**
240:14

**presume**
20:16

**pretty**
29:22

**previously**
46:6 75:8
178:11
193:11
243:12

**primarily**
165:11
215:1

**primary**
22:24
38:24

79:18
178:16,21

**Printer**
230:19

**prior**
19:17
52:22
99:1,5,12
100:24
101:2
109:9
176:4,8
185:22

**prioritized**
227:9

**priority**
226:23
227:18,19
228:9,16
233:12

**privilege**
13:12

**procedurals**
55:19

**procedures**
19:5
37:11
45:19,21
51:17
53:14
166:1

**proceed**
13:5,8
206:20

**process**
50:5
51:15
74:4 77:8
78:1,23
80:5,19,
21,25
84:22
88:21,22

89:5 98:2
107:25
108:8
177:8
191:25
192:4,7,
17,21
193:5,7,
21 194:17
197:3
200:9
201:1
217:13
220:6,11,
12 221:22
230:7
239:17

**processed**
52:18

**produced**
39:25
210:18

**product**
40:1

**professional**
15:20,23
19:14
23:22
24:4,9
31:24
47:9,10
48:14,15
50:2
56:20
85:1
90:2,6,8
100:6
143:19
203:25
204:2
217:4

**professionals**

202:19
203:1,10,
12 217:18

**program**
17:12,14,
15,19
20:3,6,
23,25
21:1,5,8,
10 22:11,
12,21,23,
25 23:4
25:23,24
26:1,2,7,
9 27:17,
19,22,23,
25 28:2,
7,9,13
29:9
30:19,22,
23 31:9
34:2
36:18,23
40:6,8,
14,21
42:25
43:9 47:4
49:11
50:14
53:21
55:6,17,
23 75:20,
24 82:16
83:3,25
84:14,20
85:7,11
87:7,12,
23,25
88:2,5,
12,16
89:4,19
90:10,16,
22 91:1,
7,9,19
96:7,9,24
97:8



98:17
102:19
104:13
105:2,11
106:1,8,
10 114:2,
5 115:14,
20
116:11,16
117:4,5
119:4,18
131:8,16
136:13
138:12
139:24
141:14,20
145:6
146:19,21
159:15
161:6
162:23
166:22
171:4,17
172:6,10,
11,16,19,
21 177:17
183:21,
24,25
186:16
187:3,8
195:2
200:3,11
231:1
235:17
236:12
238:2,6,
15,17,22
241:11,
17,20
242:5,12,
15,18
243:25
244:7

**program's**
183:18

**programs**
19:23
21:1,9,
14,15
22:1,5,8
31:13,21
35:22
61:22
83:7 89:6
90:23
91:2
96:10
97:11,22
105:17,22
111:13,18
112:13
113:5
117:5
132:2
133:25
134:3,8,
11,17
135:13,22
136:9,24
137:12,19
138:4,21,
25 139:6,
10
144:19,22
145:12
146:1
153:17
159:3
172:12
173:25
174:10
181:3,6,
7,18
182:1,5,
14,21
183:1,5
188:9
191:21
192:22
195:1,20
196:2
197:11

203:13
204:8
213:7
235:7
242:1
245:2,7

**progress**
65:9
66:25
67:8
68:17
143:17
150:23

**project**
50:23,24
51:1
65:8,24
67:3,9,
12,18,19
68:14,18,
21,22,23,
25 69:1,9
96:6,22
97:1
98:21,23,
25 99:2,
9,11
100:24
101:1,8,
12,21
108:12
114:2
119:5,19
165:3,6
168:3,8,
9,17
169:2,3,
7,11,13,
16,20,23
170:1,4,
8,14,22
215:2
218:8,19
240:22

**projects**

62:24
64:5
108:2
109:4

**promoted**
235:3
242:10

**promotion**
235:4,6,
11,12

**prompt**
86:14

**prompted**
62:4 79:1
239:14

**propriety**
228:10

**provide**
21:2
22:13,25
28:21
30:17
50:7
67:23
74:8
83:24
84:14,19
85:3,6
89:7,24
93:15,24
94:5,12,
21 99:20
111:24
115:5
128:14
129:6
134:9,18
136:23
141:25
143:15,23
149:3
151:12
153:10,21
155:25

156:22
157:2,8
176:23
177:1
180:5
181:23
190:8
200:5
201:23
202:23
203:8
208:7
211:21,22
212:17
227:20
228:11
229:4
240:25
241:10,17

**provided**
21:4 23:6
39:10
47:9
49:2,25
51:2 52:6
53:19
69:5
73:13
83:9 95:4
101:10
108:24
109:1
112:14
115:11,18
123:9,19
126:25
131:15,
18,20
132:1
136:7
139:16
141:9
142:10
143:1,18
145:2
149:17



155:10
161:8
166:3
179:24
180:2
193:6,14,
18 198:2
201:9
203:10,
12,18
206:24
208:2,5
209:7
211:10,12
220:10
229:14
235:18,
19,22
236:5
245:2,4

**provider**
120:6
141:16,22
142:23
143:3
154:24
155:4

**providers**
117:24
120:5

**Providers_**
**schools_**
**working**
117:18

**providing**
23:12
55:5,15,
17 63:15
67:12,14
68:19
69:2
80:12
90:12,17
109:18
113:2

115:12,16
117:23
124:5
134:15
141:11
149:1,3
160:2,9
165:14,15
171:24
189:19,20
195:3
211:20
215:25

**provision**
133:18
144:2
145:8
154:21

**psychologis**
**ts**
153:21

**pull**
45:22

**pulled**
91:15
136:9

**pulling**
37:13
239:24

**purpose**
40:8,16
71:9
73:23
141:7,8
148:12,
23,25
186:13
202:4

**purposes**
11:1
90:11,13
141:11
149:11

**pushback**
88:17

**put**
99:9
125:2
204:5,10,
14 214:19
220:17

**putting**
241:1

––––––––––

**Q**

––––––––––

**qualified**
139:23
146:17
202:13,18

**qualify**
160:13

**qualitative**
138:10

**qualities**
87:11

**quality**
23:13
58:5,10
152:5
166:24
167:18
241:19

**quarterly**
73:5

**question**
12:3,7,21
24:15
25:13,14
28:14
33:23
36:24
59:2,6
68:12
82:14,24

83:21
84:4,12
85:9,15
86:7
87:3,10,
11,18
89:3,10
92:18,19
93:9,13,
22 94:1
95:19,22
96:2
102:2,9,
11 135:24
144:7
145:8
146:16
161:4
171:1,2
172:17,22
173:16
181:10
200:24
204:13
231:6
239:2,3

**questions**
11:7
13:1,4,9
41:24
48:13
49:3 50:8
53:16
67:24
74:3,6,9
76:13
81:11,21
82:5,9,
21,25
93:2,6,18
100:4
108:22
127:15
160:17
162:24
163:13

164:1,6,
12,15,17,
19 166:17
167:2
168:2,23
170:15
212:23
245:12

**quick**
26:22
128:3
215:25

**quickly**
24:2
29:22
205:23

**quote**
29:21
55:5
58:23
128:12
129:3
143:16
175:2
199:2
202:22
233:15

––––––––––

**R**

––––––––––

**Race**
35:14,17

**Rahming**
25:5,10,
16,22,23
29:16,17
30:11,13,
18 47:16
49:21
52:4
64:22
65:4,7,
13,16
69:23



71:15
75:17
78:12
82:1
92:4,10,
13,22
93:2
95:15,18
97:3,21,
25 98:9,
19,22
99:1,6
101:24
103:20,24
104:4,12,
25
105:10,
19,21
106:9,16,
18
107:12,23
109:6,9,
17,18
121:13,18
122:9
125:21,24
132:12,17
133:10,13
134:14
136:2
140:9,15,
21 141:3
143:23
147:12,
18,20
148:3
153:9,13
157:18,22
158:19
162:11
163:9,16,
18 164:5
165:3,14
167:14
168:22
169:5,6,
14,21,25

172:5
174:19,24
176:4,8,
17 177:20
182:18,24
184:9,16,
25
185:19,23
189:1,5,
9,14,19,
22 190:3,
9,25
191:2
192:24
193:24
195:8
198:18,24
199:4
200:16,23
206:10,
16,23
207:3
210:2
219:8
226:18,21
230:16
233:1,9
234:10,15
236:8,15,
22 242:4,
14

**Rahming's**
26:2 67:9
68:15,18,
22 69:12
76:8,23
77:9 78:2
82:22
84:5
93:21
99:12
100:24
101:2
102:9
107:17
109:4

165:11
168:1,11
171:8
172:24
173:22
190:13
235:16
236:11

**raised**
209:16

**rate**
181:22
195:10,22

**rated**
138:25
180:17
181:3,7
194:14,18

**rating**
91:6,9,10
180:12,14
181:13,
18,20,21
182:10,
12,13,15,
23,25
183:14,19
188:3,7,8
191:15,
16,19
192:23,24
193:1,2,7
194:25

**ratings**
139:1
180:18,21
181:24
182:4,6,
8,19,20
183:5,7,
23,24
187:24
191:20
194:10,

15,16,18,
19,21
195:17
196:1

**ratio**
136:6
137:5
138:13
139:11
144:24
149:22

**rationale**
149:16,19
152:9,12

**reach**
116:10,12

**reaching**
24:3

**reaction**
146:1,4

**read**
25:12
26:10,11
128:8
137:20
146:24
162:15
199:11

**reading**
25:12
111:6
171:13
222:1
231:25

**realize**
162:20

**reason**
12:25
25:19
34:14
94:8
135:15
138:15

139:22
145:4
204:4,15

**reasons**
130:4

**recall**
10:24
17:23
31:17,22
42:25
46:18
47:12
48:21
49:6,8,19
53:6,8
67:5
72:4,7,9
75:3,6,7,
25 80:22
91:20
102:13
106:12
108:11
109:19,23
110:20
112:11
113:14,17
114:7,21,
22 115:3
120:19
125:10
126:2,3
130:9
131:2
133:7
138:3
143:25
146:4,5,
10
152:21,23
154:10
160:11
167:10
170:6
173:8
177:6



197:13
202:7,9
211:9
213:10

**recalling**
30:24
74:19

**recap**
61:17

**receive**
15:7,15,
18 16:7
22:18
23:19,20
24:10
58:5,10
60:22
61:4
154:21

**received**
51:24
52:3
57:15
65:4
129:16,20
130:8
132:16
133:9
136:1,3
140:14
145:24
163:16
198:1,5
201:11,15
206:9
230:22
233:8
235:11

**receives**
24:1

**receiving**
23:9
24:18
31:3,7,9

60:17
69:2
86:18
87:7
115:22
120:18
141:15,20
150:22
176:4,8,
14 228:20

**recent**
25:4 53:7
117:22
118:15
127:13

**recently**
18:1

**recess**
26:25
62:16
83:16
95:10
121:2
188:16
230:2

**recognize**
196:13

**recollectio
n**
22:3
48:25
98:1,4
105:14
127:3
130:12
167:22
203:23
204:3
242:9

**recollectio
ns**
130:5

**recommendat
ion**
76:15
99:16
103:1,3,7
106:25
107:11,15
149:8,17
151:20

**recommendat
ions**
19:3,7
37:10
39:3,13,
16,17,22
40:2 42:2
50:2
99:16
100:6
101:18
148:15
169:18
170:16
214:25
238:8
240:11,
13,15
244:23

**recommended**
90:3,4
171:3,17
172:5,9,
11,18

**recommendin
g**
82:16
151:22
152:10

**record**
9:6,11
10:11
11:18
12:23
13:9
26:24

27:2,5
62:14,18
83:14,15,
18 95:9,
12 104:1
120:25
121:3
158:6
185:5
188:14,18
223:19
226:6
229:25
230:4
245:15

**red**
200:17

**reduce**
39:16

**reevaluatio
n**
205:14

**refer**
28:12
31:12
58:24
61:11
67:2
122:18
167:7
192:21

**reference**
55:9 61:3
135:12
148:19
151:1,12,
16
167:17,20
172:11
213:6
216:16,17
232:15
244:3

**referenced**

30:23
114:24
125:12
144:3
145:9
150:10
168:9
174:8
223:16

**references**
65:23
68:9 82:1
164:20
193:21
218:2,13
227:17

**referencing**
156:25
175:3
185:3

**referred**
17:15
21:5
167:14
178:10

**referring**
38:12
42:6 45:8
67:6
78:6,22
107:22
123:8
141:5
163:23
166:10
167:8,12
172:14,15
191:19
199:9,15,
17 228:15
231:22
233:18

**refers**
119:16



reflect
  73:22
  165:25
  193:3
  200:13
  206:1

reflected
  40:2

reflects
  195:16

reframe
  75:14
  102:5

regional
  21:9,11
  22:1,5,8
  29:8
  31:14,21
  89:5,24,
  25 132:1
  134:16
  135:13
  137:12,18
  138:11
  139:6
  141:14,19
  144:19,22
  145:6,12,
  25 153:17
  174:9
  181:7,18
  182:1,4,
  14,20
  183:1,5,
  18,20,23,
  24 188:9
  191:20
  192:22
  194:25
  195:2,20
  196:1
  197:11
  204:7
  211:3

regular
  43:7
  46:14,16,
  19,24
  47:14
  48:2,6,17
  51:5
  53:10,25
  70:6,17

regularly
  49:16
  62:22
  69:23

rehired
  48:22

reimburse
  148:25
  149:11

reimburseme
nt
  148:20
  154:21
  155:2,13
  160:14

reinvent/
redesign
  128:14
  129:5

related
  30:18
  36:18
  37:20
  51:7 63:9
  64:3,5,8,
  11 71:20
  75:10,12,
  13,15,24
  97:18
  99:25
  118:11
  125:24
  126:12
  149:1
  154:22

155:11
157:9
159:21
165:1
179:4,8
183:6
190:10
197:2,7,
10,16
214:8
235:23
236:12

relates
  17:11

relationshi
p
  19:14
  86:9 87:4
  116:10
  240:7,10,
  20

relevant
  158:24

relied
  74:5
  200:7,11

remain
  23:17

remained
  242:10

remaining
  56:14

remember
  10:21
  12:20
  13:25
  25:17
  35:25
  36:2
  39:20
  41:9
  48:21
  65:14

97:16
106:3
108:10
113:20,21
114:3,4
115:10,
14,19
125:13
173:11
176:12
198:7
201:19
203:22
204:10
208:6,25
209:4
215:21
221:6,9,
12,14
243:14
244:19

remembered
  93:3
  95:19

Remind
  50:13

repackage
  61:16

repair
  51:3

repairs
  214:15,19

repeat
  92:19
  200:24

replace
  62:7

report
  18:13,15
  19:24
  37:7
  39:23
  41:3

42:18
85:21
94:24
101:14
108:15
150:21
234:15,
17,21

reported
  41:4,17
  194:5,13
  201:4
  234:19,22

reporter
  9:9,11
  11:11,16
  24:22
  25:2
  44:2,7
  54:5,10
  57:3,8
  64:15,20
  72:11,16
  77:13,19
  81:3,8
  91:22
  92:2
  103:13,18
  104:17
  110:4
  117:8
  121:6
  127:6
  132:5,10
  140:3
  147:5
  153:2,7
  156:7
  157:12
  161:23
  174:13
  198:12
  209:20
  215:5
  222:12
  230:9,14



232:24

reporting
  41:19
  234:23
  235:12,13

represent
  10:7
  100:5

representat
ion
  99:23

represented
  11:1
  147:23
  173:4

representin
g
  212:6

request
  24:22
  32:16
  44:2 54:5
  57:3
  88:19
  91:22
  149:8
  199:22
  225:19
  244:3

requested
  37:21
  180:6
  185:24

requesting
  29:17
  30:10
  174:13

requests
  88:18

require
  89:25
  204:20

205:5

required
  89:25
  91:3,18
  142:25
  205:9,10
  214:18
  232:5,10
  233:23

requirement
s
  159:14,19
  186:22,23
  211:25

requires
  83:23
  88:10

requiring
  229:1,3

reread
  147:22

RESA
  31:14

RESA's
  155:21,23

RESAS
  53:25
  155:21
  156:3,5
  212:13
  223:5

research
  80:11
  82:17
  86:2
  112:13
  113:4,8

researched
  133:21

researching
  111:14
  113:18

reservation
  240:13

reserved
  13:12

residential
  28:23

resigned
  32:7
  33:2,10,
  19 41:6,
  15 57:25
  237:25

resolution
  124:16

resource
  114:14
  116:2

resources
  37:14
  50:11
  55:25
  58:18
  69:22
  100:14
  111:13,19
  112:14,
  22,24
  113:5
  123:2
  125:2,3
  158:22,23
  173:3,10
  180:8
  182:22
  201:24
  241:24

respect
  61:10
  70:22
  185:15,18

respond
  29:23
  209:16

responded
  93:18

responding
  224:14

responds
  111:8

response
  12:20
  27:9 29:6
  30:21
  32:15
  85:15
  86:14
  93:21
  96:1
  101:24
  168:1,5,6
  171:8,14
  172:24
  173:22
  174:3
  189:8
  190:2
  208:3
  225:19
  237:23

responses
  20:1
  163:10,
  12,23
  164:1,6,
  14 206:18
  208:5,7
  209:2

responsibil
ities
  36:17
  38:24
  39:14
  46:21
  55:13
  70:22
  75:24
  171:21

212:21
  242:11

responsibil
ity
  31:5 67:7
  75:19
  98:10
  101:4,5
  165:12
  170:24
  241:9

responsible
  39:5
  42:24
  43:9
  66:12
  95:5
  161:14
  179:14

rest
  207:25

restraint
  204:24

restrictive
  26:13,15
  27:5,9,14
  28:1,8,
  22,23
  60:8,23
  61:5

result
  19:25
  101:16
  145:18
  161:15
  179:20

results
  82:16
  150:4,17,
  20 190:18
  191:11

retire
  32:5



CLARA KEITH BROWN
UNITED STATES vs STATE OF GEORGIA

June 07, 2022
Index: retired..rule

**retired**
31:25
32:3,8,
12,19,22
33:14
35:13
36:13,24
38:19
243:18

**retirement**
18:25
57:11

**retiring**
36:16,22

**return**
32:15,20
205:22
222:3

**returned**
32:11

**returning**
18:24
57:11

**revealed**
149:21

**review**
14:7,16
19:1,5
34:1 37:9
39:1,4,5
65:8
78:10
84:7
99:15,24
133:19
134:16
140:17
146:20
163:19,20
164:5
176:20
177:1,4
182:18
183:16

185:24
190:19
191:12,
16,25
192:4,6,
17,24
193:5,21,
22 194:17
195:5,8
199:4
200:23
201:1,5
206:12,19
214:24
220:11,22
221:2,7,
10 230:7

**reviewed**
51:24
63:13
133:25
144:4
152:8
182:8
183:6,13,
17 186:5,
11 195:8
197:20,21
200:19
211:12
220:23
223:17
235:4

**reviewing**
37:10
60:16
165:3
184:25
186:3
189:20
201:6,8
239:19,21

**reviews**
25:11
92:17

104:9
110:23
117:21
133:3
176:5
186:12
190:20
196:14
199:13
205:16
208:15
224:3
227:24

**revise**
52:2

**revised**
53:4 74:8
189:2,24
197:4

**revising**
50:1
51:16,21
52:12,13
66:2

**revision**
53:7
55:18

**revisions**
190:2

**RFQ**
217:4

**right-hand**
138:20
175:20

**Riley**
104:24

**Robbins**
11:1

**Robinson**
9:9

**Rogers**
72:19

**role**
34:12
35:10
40:5,8,13
47:3,5,6
60:6 62:7
67:20
70:21
74:1,7
75:1 76:8
83:5,6
85:10
101:7
107:1
112:19
114:23
116:17
161:10
166:24
167:6
185:15
214:20
220:5
238:7
239:7
241:6,7

**roles**
35:10
36:15
47:11
122:24
161:14,15
212:20

**rough**
14:2

**Rowland**
47:18
50:18,21,
22 215:3,
12,24
216:3,12
218:2,12
219:6,13
222:19
223:8

224:2,7,
14

**Rowland's**
215:21,22

**rows**
137:23

**Royal**
161:24
231:14,17

**rubric**
185:12
187:15
193:6,18

**rule**
19:2,3,7
37:9,12
47:20
50:6
51:15,16,
20,24
52:2,11,
13,21,24
53:1,4,7,
13,17
55:19
60:19,21,
25 61:3
62:1,3
63:16
66:2,4,
10,11,14
68:1
69:20
70:10
71:20
74:4,8
83:8
84:16
85:2,3,
24,25
86:5,6
88:24
89:1
94:15,17,



25 97:19
99:16
100:18
101:15
108:13
145:16,19
166:2
167:25
186:19,22
196:19,21
197:4,11,
17 199:2
202:1
203:16
207:9,12,
17,21
208:12
211:20,
21,25
238:10,12
241:1,12,
18 242:2

**rulemaking**
47:21
50:5
51:7,15
52:23
56:24
64:3
66:21
74:4
99:17,18
146:21
197:3
239:17

**Ruth**
72:18

---

**S**

---

**sake**
128:9

**salary**
93:10

**Sarah**
219:8

**sat**
76:13
77:7

**SBOE**
202:1

**scale**
180:12
181:14,22

**Scanned**
230:18

**Scarlet**
110:10,
14,16

**scheduled**
73:1,7,18
121:15

**Schofill**
219:7
222:25

**school**
10:20
15:5,13
21:6,7
22:9
35:20
36:4,5,7
39:10
52:16
58:18
61:24
73:11
80:4,12
88:17
100:9
110:17,19
113:1
115:6,9,
11,16
117:5
118:8,19
119:13

120:9,11,
15
123:14,15
135:1,4,8
136:14
142:23
149:10
151:23
152:3
159:6
211:1
216:6
223:5
231:24

**school-based**
159:3

**school/school**
87:13

**schools**
52:17
61:25
103:2,3,8
111:25
112:8
113:1
115:18
117:25
120:5
123:17
133:20
134:22,25
229:17
240:21
243:11

**score**
195:11,22

**scoring**
191:3
194:2,12
220:12

**Scott**
49:7

54:12,20,
21

**screening**
204:25

**scroll**
212:16

**second-to-last**
114:9

**Secondary**
35:23

**section**
135:6
150:16,20
171:2
179:4
180:12
194:1
202:10
205:12,13
212:20
213:1

**sections**
178:16,
17,18,21
179:2

**secure**
90:6

**segmented**
212:17

**select**
192:23

**selected**
71:25
188:4,7,8

**self-assess**
192:23

**self-assessment**
176:1,11,
18,21,24

177:2,22
178:8,15,
22 179:3
181:1,4,
9,12,21,
25 182:3,
8,15,19
183:18
184:11
185:12
186:16
187:3,5,
11,15,17,
24
191:20,21
193:12
196:1

**self-assessments**
182:1

**self-rating**
194:13
195:21

**self-ratings**
194:6

**send**
111:3
206:22

**sending**
105:18
158:20

**sends**
189:23

**sense**
59:19
85:20
189:15
244:8,14

**sentence**
149:20
192:17
217:3



227:7

**sentences**
60:3
192:16

**separately**
217:18

**September**
32:25
33:10,19
156:14
158:16

**series**
162:24

**serve**
22:5,6,8
31:13,15,
16,18,20
133:4
134:1
171:11
186:15

**served**
16:22
124:7
135:1
137:4
138:13
153:22
160:2,10
231:21

**service**
60:8
65:10
68:9
109:23,25
128:1
129:18
130:17
131:8,10
134:9
141:15,21
142:21,22
143:2,3,
12 150:5

152:4
155:20
171:11
172:25
173:7,13

**services**
21:3
22:16,18
23:10,12,
20 24:1,
10,19
26:18,20
28:17,19,
20,24
29:1,2,3,
4 31:14
36:1
37:15
39:9,12
40:10,17,
19,21,23,
24 41:2,
23,25
52:17,19
60:17,22
61:4
73:13
88:8 95:3
96:15
100:21
108:20
112:22,25
113:2
115:5,13,
17,18
116:3,11,
24 117:1
122:12,22
123:4,7,
8,10,12,
18,23
124:2,4,
10,11,14,
17,22
125:25
126:5,6,

12,13,22
127:1
128:14
129:6
131:9,12,
14,15,17,
18,20
132:1
133:19
134:18
136:7
139:12,
16,19
141:12,
16,22
142:11
143:10
144:3,24
145:1,9,
17 148:20
149:2,4
150:1,10,
22 154:22
155:2,9,
11,18,25
156:22
157:2,8
159:6,22
160:2,9,
13 161:7
165:25
166:5
171:11
202:24
203:17
212:25
213:3
214:22
227:21
228:15,20
229:5,13
231:22
245:1,3,6

**serving**
35:16
136:13

204:20
205:5
228:2,6,7

**session**
130:6

**sessions**
48:16
56:24
98:6,18
143:18

**set**
82:25
88:10,13
101:23
102:2,11
108:3
153:18
166:16
168:2
191:19

**setting**
102:17
133:4
205:23

**severe**
21:3
22:15
23:1
59:13

**shade**
137:24

**shaded**
138:5

**shading**
138:2

**shake**
11:19

**share**
86:8
108:10
129:11

**shared**
18:13,15
37:7
101:14,15
102:12
108:12,
13,14,16
112:5

**sheet**
29:2

**short**
95:23
96:18
156:21
229:23

**short-**
102:1

**short-term**
96:5,21
97:6
101:23
102:3,6,
10,11,17

**show**
119:21
182:23
209:9
210:16

**shown**
14:10,18

**shows**
137:1

**sic**
114:23

**side**
138:20

**sign**
141:20,24
222:2

**signed**
141:14
142:3,6



significance
  138:2

significant
  134:10
  149:5
  150:2

signing
  221:16

signs
  30:7

similar
  189:17

similarly
  159:18

single
  39:22
  98:11

site
  21:20,24
  137:2,11
  217:6,19
  228:12,23
  229:19
  231:23

sites
  93:16,25
  195:2
  224:16,22
  225:1,10,
  17,20,23
  226:23
  227:8,18,
  19,21,25
  228:2,9,
  10,12,16,
  21

sitting
  75:3
  146:12

situation
  24:9

29:21

situations
  90:16

skill
  88:10,13

skills
  204:3

skills-
based
  155:9

skip
  73:9

Skipping
  89:9

sleep
  14:24,25

slide
  211:16

Smith-dixon
  48:7
  104:24
  210:2

Snapp
  215:14

SOBE
  147:12

social
  153:20
  203:2,7,
  20,21,24,
  25 204:1,
  6,8,25

social-
emotional
  143:17

sort
  17:24
  43:19
  57:22
  61:7 63:2

69:2,8
73:22
75:9
90:12,25
100:22
101:10
107:22
109:6
110:25
111:11
112:20
114:9
126:21
153:17
164:25
166:17
169:4
171:1
177:21
178:16
183:24
209:8,14
214:9
221:24
232:16
239:10

sorts
  124:21

sounds
  24:8 36:9
  43:7
  66:23
  126:20
  217:9,15

source
  35:4
  160:1,8

sources
  205:18

Space
  204:23

speak
  11:21

speaking
  114:10
  122:5

speaks
  172:9

special
  15:23
  41:1
  47:8,23
  48:10,15
  73:11
  100:1,8
  108:16
  166:12
  177:4,13
  201:13,14
  212:3,6,
  11

specialist
  36:2,5
  83:24
  87:25
  88:13,16
  89:4,19
  90:10,16,
  22 91:1,
  8,9,13,19
  102:19
  104:13
  106:10
  200:4
  235:17

specialized
  204:21
  205:6

specific
  17:23
  20:10
  67:5 72:9
  85:8
  112:11
  113:20
  115:3
  116:16

130:5,10
146:4
171:23
204:14
212:18
232:15

specifically
  31:17
  47:18
  51:9,12
  52:8,9
  58:25
  60:19
  61:19
  77:6
  97:16
  100:2
  102:13
  114:21
  126:1
  133:7
  145:15
  146:6
  161:13
  166:15
  177:6,14
  193:14
  197:13
  198:6
  205:7
  238:15
  244:18

specifics
  131:24

specifies
  60:21

speed
  107:23

spelled
  60:24
  145:17

spreadsheet
  120:12



224:16
225:17

Stacey
175:3
206:24
208:3
219:7
230:16,22
231:7
233:2

staff
21:10
39:5
41:21
42:8,10,
13,22
43:6,12
48:4
51:6,25
52:4,5,8
60:5,12,
13 61:10,
11,12,15,
18,20
62:1
100:1,3,7
133:3
134:1,2,
16 135:4,
7,8,13
136:7,13,
22 137:3,
4,5
138:11,13
139:5,11,
23
140:11,24
144:18,23
145:12,25
149:22,23
153:17,20
156:21
157:1,8
166:4,9,
10,12,14,
24 167:6,

11,13,15
174:1,7,9
177:3,15
200:11
202:12,
17,23
204:20
205:5
211:2,23
212:13
220:24
221:3,8
240:18
242:17
245:5

staffed
134:8,17

staffing
142:21,22
143:2,3,
10,11
154:3,9,
14 173:18

stages
171:12

stakeholder
s
66:17
99:20

stamp
140:12
164:10
174:22
210:7
227:2

stand
193:1

standalone
21:12

start
12:3
28:22
63:20

64:25
127:20
160:16
161:2
211:8

started
32:23
41:8,12
62:20,23
99:18
101:20
109:5,9,
11,12
169:3,11,
22

starting
61:1

starts
129:1
202:12

state
9:4,16
10:10
13:10
17:8
18:6,8
19:1,2,3,
6 21:2
34:4
37:9,15
38:3,6
39:1 50:9
52:15
57:24
60:5,12,
18,20
61:2,3,8
62:2
66:2,10
67:25
68:1
69:22
71:20
74:3 80:3
83:7

84:15,25
85:17,23
86:4
87:13
88:24,25
94:15,25
97:19
99:15,22
100:17
101:6,15,
18 102:15
106:25
107:15
122:13,22
123:3,13,
24 124:17
126:14,24
142:22
143:3,6,
12 148:9,
16,17,19,
24 149:9,
10,12,15
150:8
151:8,18,
22,23,24
152:1,8,
15,17,23
166:1,22
167:25
169:18
186:19,22
193:23
196:18
197:4
202:1
204:6
211:1
212:18
214:18,23
231:9,15
232:2
238:9,12
239:8
240:10,
17,21,25
241:11,18

242:1
244:18

State's
83:25
84:14,20
85:7,10

statement
59:8,21
116:1
156:2,4
165:18

States
9:3,14,18
10:8
13:10
17:4

statewide
90:1

status
82:15
233:22
234:6
237:6

stay
89:15

stayed
50:12

step
31:23
182:16,21
217:16

Stephanie
117:15
119:2,3

steps
66:11,13
96:7,23
101:16,20

stop
12:7

stopped



235:12

**strategic**
49:1,2
50:1
63:9,23
65:9,20
66:9
67:17,21
68:2 91:4
95:2
98:13,15
109:3
162:15,20
164:20,24
165:6,8,
10,16,19,
22 174:21
175:13,
16,25
176:11,
17,21,24
177:2,12,
19,22
178:2,8,
10,15,22
179:3,10
180:7,18
181:1,4,
8,12,15,
25 184:10
185:12
186:20
187:5,10,
14,17,25
190:15,19
191:12,21
192:9,13
193:12
195:16,25
208:14

**strategies**
88:19
99:8
204:24

**strategy**

226:23
227:3,6
228:23,24
229:11,15

**Street**
231:19

**strengths**
238:2,6,
14,16
239:4
241:5

**stressed**
94:8

**strictly**
24:19

**Strike**
24:6

**strong**
240:25

**strongly**
114:11

**structure**
30:22
41:18
105:24
191:7
234:24

**structured**
21:8
181:13

**structures**
21:12
74:20

**student**
22:16
23:25
24:2,18
26:16
27:12
29:4
80:5,6
87:1

137:5
139:11
144:23
149:22
229:13

**student's**
22:17
23:15,25
24:2
28:11

**students**
19:11
21:3,5
22:5,6,
14,18
23:1,9,
11,14,16,
19 24:5,
10 26:7,
19 27:17
28:21
39:12
58:17,20,
24 59:2,
12,13,23
60:22
61:4
79:12
80:4
86:18,20,
24 87:6
96:16
111:25
112:2,8,
10 113:3
116:25
123:4,7
124:23
126:7,15
127:2
133:4,19
134:9,19
135:1
136:24
137:4
138:12,13

141:16,22
150:6,22
152:4
153:22
155:12
160:2,10
202:14,24
204:20
205:5,22
228:2,6,
7,15,20
229:1,7,
10,21
231:21
232:5,10
233:24
244:10,15

**students'**
150:23
202:19
229:12

**Suber-drake**
219:7
230:16,23
231:8
233:2

**subject**
25:6
44:12
54:13
57:11
64:23
72:19
77:22
81:11
92:5
105:1
117:16
121:14
127:14
132:13
140:10
147:12
153:10
156:15

157:6,19
161:25
163:10
174:20
184:10
189:2
198:18
206:11
210:3
215:15
219:9
222:20
224:2
226:18
230:18
233:4
243:3

**subjects**
65:19

**submit**
148:14
200:22,24
228:24

**submittal**
220:16

**submitted**
152:17
201:4
220:8,9

**submitting**
221:16,21

**subpoena**
16:9,12

**subsequent**
125:19
191:16
195:25

**subsequently**
117:3

**substantially**
232:13



**substantively**
107:23

**success**
83:3
195:10,22
239:24

**successful**
86:21
87:1,22

**sufficient**
87:3
149:24

**suggested**
191:7

**suggesting**
112:6

**suggestions**
129:10
170:16

**summary**
100:22
139:4,8
145:24
146:13
174:8
191:24
192:3

**superintendent**
35:14,17,
19,20,21
48:12
103:2,8
149:10
151:23
240:21

**superintendents**
73:11
74:24

**supervising**

86:4

**supervision**
83:25
84:19,21,
25 85:6
93:15,24
94:6,21

**supervisor**
215:21,22

**supplement**
12:22

**supplemental**
202:24

**support**
17:12,19
19:11
22:13
26:18
28:21
37:14
47:9
79:11
80:2,6,8,
9,13
86:10,17,
19,23,24
87:5 88:8
89:7
108:23
112:25
114:14,19
116:2
119:4,18
136:23
137:5
138:7,10
141:12
160:1,9
166:4
175:25
193:7
194:16,20
196:18

198:1,3,5
202:24
229:20
240:25
241:10

**supported**
182:10
192:25

**supporting**
55:6
111:25
112:8
182:20,25
183:13,19
229:16,17

**supports**
23:1,5,9
59:20,23
132:13
142:1
174:1
192:18

**supposed**
90:19

**swear**
9:12

**sworn**
9:21
11:11

**system**
79:12
80:2,8
86:17,24
88:7
216:7

**systematic**
43:24

**Systems**
113:15

─────────

      **T**

─────────

**table**
42:3

**take-aways**
139:5
144:18

**taking**
10:8 34:1

**talk**
14:13
31:23
62:20
67:15
116:19
123:1
214:6

**talked**
13:19
46:13,17
51:15
52:9
55:12
69:9
111:4
113:21
114:5
126:2,4
131:7
136:7
144:17
164:25
239:8,10

**talking**
11:25
27:5
100:1
122:19
123:5,12
164:25
230:6

**tapped**
126:25

**teacher**
20:9,13,
17

**teachers**
86:22
152:4

**team**
92:15,24
93:14,23
97:24
195:1
220:23
221:2,7,
11,13
229:18

**teams**
192:8,13
193:22
194:14,18

**technical**
50:8
53:22
68:4
73:13
74:2
211:22

**technician**
203:3,7,
20,24
204:1,16

**technicians**
203:21
204:8

**Technology**
36:1

**Ted**
215:13,
19,20

**tells**
130:19
180:24

**templates**



CLARA KEITH BROWN                                          June 07, 2022
UNITED STATES vs STATE OF GEORGIA              Index: temporary..title

147:13

**temporary**
142:10,21
143:2
144:2
145:9

**ten-minute**
62:12

**term**
17:17
72:3
199:2

**terms**
24:14
61:17,21
63:3 87:2
103:6
135:7
167:23
233:25
241:11,17

**Terry**
44:11,17

**test**
195:11

**testified**
9:21

**testify**
16:9

**text**
138:5
139:3
142:14
153:18
164:11
207:24,25
209:8,13,
15
237:21,22

**therapeutic**
17:12,19
21:2

86:10,19,
23 87:5
131:7,9,
12,14,17,
20 132:1,
13 133:4,
18,20
134:11,
18,23
135:21
136:6,8
139:9,11
140:10,23
141:11
142:1,11,
22 143:3,
10,11,18,
19 144:2,
24 145:9
148:19
149:2,4,
22,23
150:1,5,
10,22
153:22
154:3,9,
14,22
155:2,8,
11 160:2,
9 174:1
175:25
196:18
227:20
228:12
229:20
244:9,15
245:3

**therapeutic
/behavior**
136:23

**therapeutic
/behavioral**
134:9

**thing**
11:24

232:16

**things**
52:24
53:22
58:13
65:18
85:8
107:23
109:22
146:12
191:1
218:6
221:23
239:8

**thinking**
58:17,19
61:20
87:19
88:15
97:18
111:24
112:7
122:7
203:23

**thought**
37:24
38:1
45:2,23
50:10
79:13,22
83:1 86:1
116:13,18
166:6
169:1
172:15
240:15,21
241:3
244:8,13,
23

**thoughts**
86:9
140:18
199:5

**thread**

92:13,21
117:22
127:12
131:3
243:23

**Tift**
15:8

**time**
9:5 10:22
12:11
13:25
14:24
17:25
19:6
20:14,20
23:25
24:18
32:12
36:20
38:16,21
40:1,4,7,
15 41:5,
6,11,16
44:20,24,
25 47:22
53:1,5
54:21
56:11
57:25
64:25
71:13,14
72:1
74:20
89:14
100:6
105:22,24
106:18
107:1
108:14
109:5
112:19,20
116:23
119:10
124:15,20
125:5,8
127:21

128:9
131:10
159:21
161:9
167:10,15
170:7
173:12
176:14
189:13
198:8
204:9
206:2
234:20
236:14
237:13,25
238:17,23
240:2
241:7
242:3,13
245:8,12,
14

**timeline**
218:7

**timelines**
69:6

**times**
66:16
70:4
116:5
126:3

**title**
25:24
33:13,18,
21 35:5,
22,25
36:2 75:1
81:21
82:1
103:21
106:7,11
117:17
120:15
158:3
172:7
175:23,24



185:10,11
198:21
215:22

**titled**
138:6
150:16
163:12
171:9
179:17
180:12
217:23
226:22
231:1
233:12

**today**
10:9
11:1,12
12:25
16:25
19:25
146:12,21
175:14
234:8
245:12

**today's**
9:5 13:16
14:8,14,
21

**told**
33:24
63:7
65:19
181:13

**tomorrow**
140:19
141:4
168:4
210:14

**tomorrow's**
162:20

**tool**
162:21
165:20,
23,24

178:11
186:16
187:3,6

**tools**
112:22,24
172:25
173:3,6,
9,13
201:24
205:1

**top**
17:3
25:14
35:14,18
44:9
92:4,9
133:1
136:20
185:10
211:17
221:15
223:6
243:23

**topic**
116:4

**topics**
126:2

**total**
137:4
138:12
195:12

**touch**
236:21
237:1

**Towers**
56:3,5,8

**track**
118:8
147:21

**Train**
90:5
113:25

**trained**
139:17
173:2,9

**Trainer**
90:5
113:25
151:14

**Trainers**
151:14

**training**
25:6 68:4
89:24
90:12,17,
18 139:18
152:3,24
204:21
205:6,10

**transcript**
11:17

**transition**
26:7
27:17

**transitione
d**
231:23

**transmittin
g**
148:2

**trauma**
113:11,
18,22,24
204:22
205:7

**travel**
89:12,14,
18 90:11,
13,23
91:2,17

**treatment**
171:4,17
172:5,10,
11,21

173:19

**trial**
13:13

**triangulate
d**
135:20

**trigger**
204:11

**trusted**
240:11

**truthful**
11:13

**truthfully**
13:2

**turn**
30:14
82:12
93:1
110:21
118:23
119:8
132:23
136:17
138:18
139:2
144:10
158:25
207:20
214:6
219:17
225:7
227:1,14

**turned**
169:15

**Turning**
87:9
148:6
161:22
185:9
191:10
195:15
199:7
201:20

202:10
205:11
208:19
217:22
218:10

**Twin**
56:2,5,8

**typically**
42:22
199:25
237:19

_____

U

**U.S.**
18:14
19:22
108:15

**Uh-hum**
36:25
205:19

**ultimately**
78:13
95:17
105:25
107:12
152:16
177:20
205:5
236:8

**undergrad**
15:4

**undergradua
te**
15:6

**understand**
11:9,14
12:6
16:16,17
17:6,10,
18 19:22
26:6
28:14



33:9,22
34:9
38:14
45:17
53:16
55:16
60:6
84:18
86:3
88:9,22
100:16
131:9
135:10,
23,24,25
141:19
155:14
158:19
160:4
167:5,7
172:13
177:8
181:10
191:13
200:25
201:2
204:7,13,
14 207:23
211:25
217:9
231:6

**understandi
ng**
19:20
22:22
24:12
27:8 38:8
47:5
53:18
57:21
73:22
84:13
87:20,24
88:13
89:2
101:11
105:9,19

106:14
112:12
122:13
123:25
126:11,17
130:1
131:19
136:3
142:11
154:12
178:14
181:17
182:7
190:1,8
191:14
202:4
203:17
208:8
214:13
225:1
233:20
242:13

**understood**
41:22
53:23
85:5
86:18,22
88:6,16
131:12
169:1
172:4
186:13
244:20

**unique**
202:13

**United**
9:3,14,18
10:8
13:10
17:4

**units'**
132:2

**University**
15:9

151:18,25

**update**
100:3
157:3
215:15,25
233:12,22

**updated**
168:4

**updates**
65:8
67:12
68:19
69:2,24
97:4
109:18
165:14
170:19
233:4

**updating**
55:19
67:4
197:15

**uprooting**
79:14

**utilize**
241:24

———————

**V**

———————

**vacancy**
34:10,18,
21

**validate**
133:17

**validation**
227:9

**variety**
205:18

**varying**
66:16

**vehicle**
211:19

**verify**
201:16

**version**
168:4
175:16
176:3,7,
10 178:9
186:6
189:2,24
219:14,25
220:1

**versions**
176:20

**versus**
9:3 17:4

**Vickie**
48:18
76:1,4
106:2,4,
5,6 210:1
242:11,16

**Victoria**
9:17

**video**
9:1

**view**
89:2
206:1
241:16

**viewed**
87:3,25

**visit**
97:22
98:20

**visited**
216:15
217:11,17
218:23
224:9,17,
23,25

225:2,10,
20,23

**visiting**
96:9
97:11
218:18

**visits**
98:9,10

**voice**
147:23

**vulnerable**
58:6,10,
23 59:1,
10,11,15,
20,24
60:2

———————

**W**

———————

**walk**
136:25
178:7

**Wanda**
9:9

**wanted**
45:17
46:10
52:20
85:16
87:19
124:12
175:4
241:8,13
244:21

**ways**
55:16
58:9 66:7
85:5
94:11,18,
20 183:12
218:5

**weaknesses**



238:7,15,
22 239:5

**Wednesday**
111:2
189:10
190:4,9,
25

**week**
41:21,22
56:3,7,14
70:3
89:13

**weekly**
42:5,6,7,
10,16

**West**
15:17

**White**
49:4
210:3

**Winter**
18:10,12
19:14,17
20:8,22
32:16
33:25
34:4
37:4,5,21
38:15
101:6,10,
14
156:14,19
157:3,7
161:24
162:6,9,
13 163:13
164:2,7,
20 167:2
172:9,18
173:17
178:10
210:9
239:12
244:4,17,

21

**Winter's**
164:6,11,
14 166:16
167:5
171:2

**Wire**
121:3

**withdrawing**
78:13

**Word**
81:21
163:12
217:23

**work**
32:11,15,
21,23
39:25
46:19
47:14
48:2,5,6,
9,17,23
49:3,4,23
50:21
51:10,12
53:12,24
54:24
56:5,17,
19 58:12
60:14
63:3
64:11
66:1,7,8,
20 69:19,
20 70:5,
14 75:15
76:11
79:7
93:14
97:22
98:22
99:4
110:19
112:16,21

115:12,16
116:15
122:11,21
124:3,4
125:1,2
126:11
140:18
141:4
147:22
159:21
161:5
162:14
169:12
171:23
186:20
191:2
197:2,3,6
200:3
214:7,8,
12 215:1
239:15
240:24
242:17
243:19,24

**worked**
19:15
35:9,24
36:1,4,6,
12 38:4
40:1
46:14,24
47:16,17,
19,22
48:8
49:10,11,
16,20
50:17,22
51:5,14
53:9,15,
20 58:20
61:21
62:22,25
63:4,8,24
64:2
65:20
69:4,6

75:10
76:11,12,
14 77:3
80:7,11
89:5
93:23
94:7
102:14
110:17
113:1
122:6
136:2
165:3,15
169:6
170:3,5
192:4
197:18
234:12
236:14
243:10

**worker**
203:2,7,
20,21,24,
25 204:1,
6,8

**workers**
153:21

**working**
18:25
38:2 40:9
49:1
55:22
56:11
58:15
59:9
63:23
68:24
79:16
95:2
96:5,21
97:7
105:21
107:24
108:3
115:2,6,8

123:15,17
131:11
167:11
170:6,7
171:9,22
172:1,5
184:21
197:14,
21,23,25
213:15
214:11,21
217:4
239:16
240:9,20

**works**
191:25

**workshop**
113:24

**write**
11:16
25:20
111:3
203:2
205:21
224:7
243:24

**writes**
114:8
127:23
128:10

**writing**
39:17
162:10
210:13

**written**
39:25
84:9
135:14,16
197:10

**wrong**
190:7

**wrote**
25:9,15



92:13,22

—————————

**X**

**Xerox**
  230:19

—————————

**Y**

**year**
  136:14
  142:23
  190:19
  191:11
  195:17
  213:8
  231:24

**years**
  10:17
  18:2,3
  36:14
  53:4
  58:15
  195:25
  199:25

**Yesterday**
  13:23

**yielded**
  227:18
  228:10

**Young**
  122:2

—————————

**Z**

**Zelphine**
  48:7,8
  104:24
  210:2

