In the Matter Of:

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

# DAVID ACKERMAN

*August 31, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

United States of America,                No.
                                         1:16-CV-03088-ELR
    Plaintiff,

vs.

State of Georgia,

    Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

DAVID ACKERMAN

AUGUST 31, 2022

8:49 a.m.

U.S. Attorney's Office, 22 Barnard Street, Suite 300

Savannah, Georgia

Marcella Daughtry, RPR, RMR
Georgia License No. 6595-1471-3597-5424
California CSR No. 14315



```
 1                APPEARANCES OF COUNSEL

 2    For the Plaintiff:

 3         U.S. DEPARTMENT OF JUSTICE
           MR. PATRICK HOLKINS
 4         MS. LAURA CASSIDY TAYLOE (VIA ZOOM)
           MS. ANDREA HAMILTON (VIA ZOOM)
 5         MS. KELLY GARDNER (VIA ZOOM)
           MS. RENEE WOHLENHAUS (VIA ZOOM)
 6         950 Pennsylvania Avenue, N.W.
           Washington, D.C. 20579
 7         202.305.6630
           patrick.holkins@usdoj.gov
 8

 9    For the Defendant:

10         ROBBINS FIRM
           MS. MELANIE JOHNSON (VIA ZOOM)
11         500 14th Street, NW
           Atlanta, Georgia 30318
12         404.856.3252
           mjohnson@robbinsfirm.com
13
           And
14
           ROBBINS FIRM
15         MS. DANIELLE HERNANDEZ (VIA ZOOM)
           500 14th Street, NW
16         Atlanta, Georgia 30318
           404.856.3265
17         dhernandez@robbinsfirm.com

18

19    For the Witness:

20         ASSISTANT SCHOOL BOARD ATTORNEY
           MR. BRIAN DENNISON
21         Savannah-Chatham County Public School System
           208 Bull Street, Room 311
22         Savannah, Georgia 31401
           912.655.4296
23         brian.dennison@sccpss.com

24

25
```



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              3

 1 | Also Present:

 2 |         Sandra LeVert (via Zoom)
           Jessica Berry
 3 |         Tess Bissell (via Zoom)
           Stacey Suber-Drake (via Zoom)
 4 |         Allison Ewers (via Zoom)

 5 |

 6 |

 7 |

 8 |

 9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |



```
 1              INDEX OF EXAMINATION

 2   WITNESS:  DAVID ACKERMAN

 3

 4   EXAMINATION                              PAGE

 5   BY MR. HOLKINS                             8

 6

 7

 8                    *  *  *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    5

1                          INDEX TO EXHIBITS

2    EXHIBITS                                              PAGE

3    Exhibit 398      Subpoena                             11

4    Exhibit 399      Curriculum vitae                     19

5    Exhibit 400      Subpoena                             69

6    Exhibit 401      Subpoena                             74

7    Exhibit 402      Attachment A; Documents 1            85
                      Page 3
8                     1-CGCA000001 to 16

9    Exhibit 403      Savannah Morning News article        102

10   Exhibit 404      Floor plan                           110

11   Exhibit 405      Floor plan                           110

12   Exhibit 406      Attachment A; Documents 2            120



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              3

```
13                    2-CGCA000001 to 4

14    Exhibit 407     Attachment A; Document 15          132
                      Page 7
15                    15-CGCA000001 to 2

16    Exhibit 408     Attachment A; Document 4           144
```



800.211.DEPO (3376)
EsquireSolutions.com

DAVID ACKERMAN                                     August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          4

```
17                      4-CGCA000001 to 18

18   Exhibit 409       Attachment A; Document 3        157
                       Page 3
19                     3-CGCA000001 to 4

20   Exhibit 410       Coastal Georgia Comprehensive   181
                       Academy brochure
21
     Exhibit 411       Attachment A; Documents 7        205
```



```
22                      Page
                        7-CGCA000001 to 15
23
     Exhibit 412        Attachment A; Document 10        220
24                      Page 6
                        CGCA000001 to 44
25
```



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            6

```
 1                INDEX TO EXHIBITS, CONT'D

 2   EXHIBITS                                      PAGE

 3   Exhibit 413    Attachment A; Documents 8     232
                    Page 5
 4                  8-CGCA000001 to 2

 5   Exhibit 414    Floor plan                    249

 6   Exhibit 415    Color photograph              249

 7   Exhibit 416    Color photograph              249

 8   Exhibit 417    Georgia Network for Educational  251
                    and Therapeutic Support

 9

10

11

12
              PREVIOUSLY MARKED AND REFERENCED EXHIBITS
13
                            8
14                          82

15

16

17

18
                          *  *  *
19

20

21

22

23

24

25
```



1            THE VIDEOGRAPHER:  Today is August the 31st,

2    2022.  It's now approximately 9 -- 8:49 a.m.  We are here

3    in the matter before the United States District Court,

4    Northern District of Georgia, Atlanta Division, United

5    States of America versus State of Georgia, Civil Action

6    Number 1:16-CV-03088-ELR.

7            If everyone from my left -- to my right around

8    the table would identify themselves for the record and

9    say whom they represent, and then we will go with the

10   people on the videoconference line.

11           MR. DENNISON:  Brian Dennison.  I'm here as the

12   assistant school board attorney for the Savannah-Chatham

13   County Public School System.

14           THE WITNESS:  David Ackerman, the GNETS

15   director and principal over at Coastal Georgia.

16           MR. HOLKINS:  Patrick Holkins for the United

17   States.

18           MS. BERRY:  Jessica Berry, United States.

19           THE VIDEOGRAPHER:  Would people on the

20   videoconference line identify themselves for the record,

21   please.

22           MS. JOHNSON:  Yes.  This is Melanie Johnson

23   from the State of Georgia.  I'm also here with my

24   colleague, Danielle Hernandez, on behalf of the State as

25   well.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            8

```
1          MS. TAYLOE:  Laura Tayloe for the United
2   States, and my colleague Sandra LeVert is joining us as
3   well.
4          THE VIDEOGRAPHER:  Okay.  Would the court
5   reporter please swear the witness.
6
7                    DAVID ACKERMAN,
8   called as a witness herein, having been first duly sworn
9   by the shorthand reporter to speak the truth and nothing
10  but the truth, was examined and testified as follows:
11
12                    EXAMINATION
13  BY MR. HOLKINS:
14      Q   Good morning, Mr. Ackerman.
15      A   Good morning.
16      Q   Mr. Ackerman, could you please spell your full
17  name for the record.
18      A   Sure.  David, D-a-v-i-d; last name Ackerman,
19  A-c-k-e-r-m-a-n.
20      Q   Thank you.
21          So before we start with the questions, I'd like
22  to just walk through some instructions and give you a
23  sense of what's going to happen today.  So I expect to
24  use most of the day, but we will be taking regular
25  breaks, at least every 90 minutes.  We can take breaks
```



1   more frequently if you need to.  Just let us know.

2          And that goes to counsel, as well.  If you need

3   to take a break, we can go off record.  I would ask that

4   if there is a question pending, that you first answer the

5   question before we take a break.

6          Would that be all right?

7      A   Yes, sir.

8      Q   So as you can see, we are recording this

9   deposition both by text and by video.  Just to make the

10  transcript and the record clear, please let me finish my

11  questions before you start your answers.  Would that be

12  all right?

13     A   Yes.

14     Q   Please also answer with yes or no rather than

15  shaking your head or nodding your head.

16         Is that all right?

17     A   Yes.

18     Q   If at any point you don't understand a question

19  and it would be helpful for me to clarify the question,

20  please let me know, and I will do that.

21     A   Okay.  Thank you.

22     Q   Do you understand that your testimony today is

23  under oath?

24     A   Yes, I do.

25     Q   Is there any reason at all today why you would



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            10

1   not be able to answer my questions truthfully?

2       A   There is no reason.

3       Q   So the next thing I'd like to do is just walk

4   through some abbreviations that I may use over the course

5   of the deposition just to make sure that we're on the

6   same page.

7       A   Okay.

8       Q   If I reference "GaDOE," will you understand

9   that means the Georgia Department of Education?

10      A   Yes, I do.

11      Q   And when I reference "GNETS," do you understand

12  that to mean the Georgia Network for Educational and

13  Therapeutic Support?

14      A   Yes, I do.

15      Q   Do you understand "BIP" to stand for behavior

16  intervention plan?

17      A   Yes, I do.

18      Q   And do you understand "FBA" to mean functional

19  behavioral assessment?

20      A   Yes, I do.

21      Q   And if I use the term "PBIS," do you understand

22  that to mean Positive Behavioral Interventions and

23  Supports?

24      A   Yes, I do.

25      Q   If I use the term "MTSS," will you understand



1   that to mean Multi-Tiered System of Supports?

2       A   Yes, I do.

3       Q   I may use the abbreviation "CSB."  Will you

4   understand that to mean Community Service Board?

5       A   Yes.

6       Q   If I use the term "DBHDD, will you understand

7   that is a reference to Georgia Department of Behavioral

8   Health and Developmental Disabilities?

9       A   Yes, I do.

10      Q   And will you understand that "DCH" means the

11  Georgia Department of Community Health?

12      A   Yes.

13      Q   And then "LEA" means local education authority?

14      A   Yes.

15      Q   "RESA" means Regional Educational Service

16  Agency?

17      A   Yes.

18      Q   And then finally, "CGAC (sic)," Coastal --

19  Coastal Georgia Comprehensive Academy?

20      A   Yes, I do.

21      Q   So we are going to show our first exhibit.

22  Give me one second.  So this is going to be 398.

23          (Deposition Exhibit 398 was marked for

24  identification.)

25      Q   BY MR. HOLKINS:  Mr. Ackerman, you have just



1  been handed what we are marking as Exhibit 398.  You can

2  take a moment to review the document.  Let me know when

3  you are finished.

4        A   Yes, I am -- I am good with it.

5        Q   Thank you.

6            So this is a subpoena served by the United

7  States for you to appear for this deposition, correct?

8        A   Yes, I understand.

9        Q   Have you seen this document before today?

10       A   Yes, I have.

11       Q   Who showed this document to you?

12       A   Mr. Dennison.

13       Q   And before today had you heard about this case?

14       A   Yes.

15       Q   And what's your understanding of what this case

16  is about?

17       A   My understanding, that the -- the federal

18  government is investigating the State of Georgia over the

19  establishment of the GNETS programs.

20       Q   And what informed that understanding?

21       A   I have had a -- previous information from --

22  from -- from the -- from administrators in the past when

23  I wasn't in this position keeping us abreast of the

24  information that was going on, and -- and then certainly

25  over the last course of the year with the subpoenas of



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          13

 1  the documents being requested and then the site visit in

 2  the spring.

 3      Q    And when you reference past administrators, who

 4  are you talking about?

 5      A    Administrators from my school, from -- from

 6  Coastal Georgia.

 7      Q    So your predecessor?

 8      A    Yes.

 9      Q    That's Steve Derr?

10      A    There was -- there was a short changeover with

11  Dr. Andrea DeShazo as well.

12      Q    And what did you discuss with those individuals

13  about this case?

14      A    I -- I have never discussed anything with them

15  about the case, just aware of them presenting it to

16  staff, information about updates.

17      Q    Okay.  And what kind of updates would they

18  share to staff about this case?

19      A    General information about basically what I

20  said, that the -- the federal government is in a lawsuit

21  against the State of Georgia, and if there is any

22  developments that are affecting us, they would let us

23  know.

24      Q    And did they let you know about any

25  developments that were affecting Coastal Georgia



1  Comprehensive Academy?

2      A   At that time, there was nothing more than just

3  where it was, where the case was.

4      Q   Have you -- are you aware that the Robbins Firm

5  represents the State of Georgia in this matter?

6      A   Yes, I am aware of that.

7      Q   Have you had any conversations with attorneys

8  for the Robbins Firm about this case?

9      A   No, I have not.

10     Q   Have you had conversations with any State

11 employees regarding this case?

12     A   No, I have not.  Like in the general term, like

13 awareness of it, but not -- not specifics.

14     Q   In -- in those general conversations --

15     A   Sure.

16     Q   -- regarding the awareness of the case, with

17 whom did you speak at -- at the State about that?

18     A   Just like at GNETS meetings, just updates.

19     Q   Would that be -- would those be meetings that

20 Vickie Cleveland is participating in?

21     A   Yes.  Yes, I would assume so.

22     Q   So you've spoken with Vickie Cleveland about

23 this case?

24     A   I have not spoken to Vickie Cleveland

25 specifically about this case, no.



1      Q    Has she presented at GNETS meetings about this

2   case?

3      A    She has not presented about this case, no.

4      Q    But the topic has come up?

5      A    There have been questions from the GNETS

6   directors, correct.

7      Q    What kinds of questions?

8      A    Just wanting to know where the State stood on

9   the situation.

10      Q    And what information did Ms. Cleveland share in

11   response to those questions?

12      A    It was not -- it was, we will update you when

13   information becomes available, pretty much.

14      Q    And have any updates been provided?

15      A    We have not gotten any specific updates on

16   what's going on, no.

17      Q    So we can put aside 398.

18      A    Yes, sir.

19      Q    Mr. Ackerman, have you ever been deposed

20   before?

21      A    No, sir, I have not.

22      Q    Have you ever been a plaintiff or a defendant

23   in a lawsuit?

24      A    No, sir, I have not.

25      Q    I'm going to ask you a couple of questions



 1  about your preparation for this deposition.

 2      A   Yes, sir.

 3      Q   I want to make it clear that I am not going to

 4  ask you to reveal the substance of any communications you

 5  had with counsel --

 6      A   Yes, sir.

 7      Q   -- in preparation for the deposition.

 8          What did you do to prepare for today's

 9  deposition?

10      A   I -- I did meet with counsel.  I took a -- a

11  reminder of the previous subpoena for the documents to

12  understand, just kind of a refresher.  That was about a

13  year ago -- to remember what documents were provided.

14  Looked over those documents a little bit, and -- and --

15  and that's -- that's pretty much the extent of it.

16      Q   So let's go back to the first thing you

17  mentioned.

18      A   Yes, sir.

19      Q   You met with counsel?

20      A   Yes, sir.

21      Q   How many times?

22      A   We met Thursday of last week for maybe 45

23  minutes and then just a few minutes before we walked

24  here.

25      Q   Did you meet with anyone else to prepare for



DAVID ACKERMAN                                   August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          17

1  today's deposition?

2      A   Did I -- I did not meet with anybody else, but

3  I did talk with another GNETS director who had been

4  deposed already.

5      Q   Who is that?

6      A   Whitney Holbrook.

7      Q   Braddock?

8      A   Braddock.  I apologize on the name.  I

9  apologize.

10     Q   And then what program does Whitney Braddock

11 direct?

12     A   I am not sure.  I can't remember.  Sorry.

13     Q   What did you discuss with Whitney Braddock?

14     A   It was a -- we were at a conference yesterday

15 and in between just -- she told me the length of the --

16 the deposition, and -- and just that's -- that's about

17 all, and just a little bit what to expect as far as, you

18 know, the -- the process, I suppose.

19     Q   Did you discuss any specific questions that

20 were posed to Whitney Braddock during the deposition?

21     A   We did not discuss any specific questions.

22     Q   Have you reviewed a transcript of that

23 deposition?

24     A   I have not.

25     Q   Have you reviewed a transcript of any



1  depositions taken in this matter?

2      A   I have not.

3      Q   And just to be clear, Mr. Dennison is

4  representing you for purposes of this deposition,

5  correct?

6      A   Yes, sir.

7      Q   Did you, in preparing for this deposition --

8      A   Yes, sir.

9      Q   -- talk with any of your staff at Coastal

10  Georgia Comprehensive Academy?

11      A   Did I talk with any of the staff?  I -- they

12  are aware that I am doing this deposition.  As far as

13  like specifics for it I have not, but I -- they are aware

14  that I am here today.

15      Q   To go back to what you -- you mentioned

16  earlier.  In preparation for the deposition, just to be

17  clear --

18      A   Yes.

19      Q   -- you reviewed the United States subpoena for

20  documents to Coastal Georgia Comprehensive Academy,

21  correct?

22      A   Yes, I -- I wanted to remember what was

23  requested.

24      Q   And then you also reviewed the documents that

25  Coastal Georgia Comprehensive Academy produced in



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           19

1    response to that subpoena?

2        A    Not necessarily reviewed them.  Just

3    recognition of -- of the -- the list of questions -- or

4    list of requests, sorry.

5        Q    Okay.  And did you review any other documents

6    aside from the subpoena that we just described in

7    preparation for today's deposition?

8        A    I did not.

9        Q    And that includes e-mail?

10       A    That is correct.

11       Q    Mr. Ackerman, you are currently employed at

12   Coastal Georgia Comprehensive Academy, correct?

13       A    That is correct, yes.

14       Q    What's your title?

15       A    I am the -- the principal of Coastal Georgia

16   Comprehensive Academy.

17       Q    How long have you been in that role?

18       A    Since January of '21.  Is that 18 months; is

19   that right?  19 months.

20       Q    So I'm going to hand you now another exhibit.

21       A    Yes, sir.

22       Q    This will be 399.

23       A    Yes, sir.

24            (Deposition Exhibit 399 was marked for

25   identification.)



1       Q   BY MR. HOLKINS:  Mr. Ackerman, you've just been

2   handed what we are marking as Exhibit 399.  I believe

3   this is a copy of your resume or CV.  Please take a

4   moment to review it and let me know when you are

5   finished.

6       A   Yes, sir.  This is it.

7       Q   To the best of your knowledge, is this

8   accurate?

9       A   Yes, sir.

10      Q   No changes?

11      A   No, sir.

12      Q   So the resume reflects that you have been, as

13  you described, principal of Coastal Georgia Comprehensive

14  Academy from January 2021 to the present?

15      A   Yes, sir.  That's correct.

16      Q   But you had previous roles at Coastal Georgia

17  Comprehensive Academy, correct?

18      A   Yes, that is correct.

19      Q   When did you first join CGCA?

20      A   I joined in 1996.

21      Q   And what was your job when you joined in 1996?

22      A   I was the PE and health ed teacher.

23      Q   And then as reflected in the resume, you became

24  program manager in 2018 in July, correct?

25      A   Yes, that is correct.



1       Q   So I'd like to ask you some questions about

2   these different roles.

3       A   Sure.

4       Q   I think, let's start with your first job at

5   Coastal Georgia --

6       A   Yes, sir.

7       Q   -- Comprehensive Academy, and then we will work

8   up to the present.

9           So could you describe what your duties were as

10  a teacher at Coastal Georgia Comprehensive Academy?

11      A   Yes, sir.  So I -- I started off as the PE and

12  health ed teacher.  My job was to provide physical

13  education, health education, to the students that we were

14  serving at Coastal Georgia.

15      Q   And what does physical education look like at

16  Coastal Georgia Comprehensive Academy?

17      A   It's -- our physical education classes were

18  through the -- the guidelines of GaDOE at that time.  I

19  don't recall exactly what the --

20          THE REPORTER:  Of what at the time?

21          THE WITNESS:  Of GaDOE.

22          And I don't recall the specifics of, but we

23  followed the criteria.

24      Q   BY MR. HOLKINS:  What kinds of activities --

25  and let's step away from the historical question.



```
 1        A    Yes.

 2        Q    Presently, is physical education offered at

 3   CGCA?

 4        A    It -- it is not offered in the sense of a -- of

 5   a PE teacher there.  The teachers provide the PE.

 6        Q    So there is no PE, physical education, teacher

 7   at CGCA presently?

 8        A    Presently there is not.

 9        Q    How long has there been a vacancy?

10        A    There is -- I don't know -- recall, but it's --

11   it's been a number of years.

12        Q    So since -- as long as you've been principal at

13   CGCA, there has not been a PE teacher?

14        A    That is correct, yes.

15        Q    Let's go back to when there was --

16        A    Yes, sir.

17        Q    -- a PE teacher.  What kinds of activities did

18   you do?

19        A    We did the regular.  I mean, we had a -- we did

20   a football session.  We did basketball.  We did

21   volleyball, baseball.  Every -- we -- we participated in

22   all of that.  We did fitness for some of the classes,

23   regular PE.

24        Q    Was this -- was this a daily segment for

25   students?
```



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           23

1        A   I honestly do not recall.  I do not recall.

2        Q   And these activities happen on the -- the

3    grounds of the school, correct?

4        A   Yes, sir.

5        Q   Did students ever travel off campus to

6    participate in physical education activities?

7        A   No, sir.

8        Q   Your resume also references K to 12

9    self-contained SEBD class.  Do you see that text?

10       A   Yes, sir.

11       Q   What is that?

12       A   So after a few years there was -- I did get my

13   add-on degree for special education, and I did go into

14   the classrooms, as well, for -- for a couple of years

15   prior to -- to becoming program manager.

16       Q   So let's flip to page 2 --

17       A   Yes, sir.

18       Q   -- and talk about your education.  What is that

19   add-on degree or certification?

20       A   Is that the -- where is it?

21       Q   Would it be the master's of education?

22       A   No, sir.  That was -- I just have it on the

23   accomplishments, special education certification 2004 on

24   that last page.

25       Q   I see.



1        A    Yes, sir.

2        Q    Thank you.

3             And what coursework were you required to

4    complete in order to achieve a special education

5    certification in 2004?

6        A    I -- I do not specifically recall, but I know

7    there was an exit exam that -- that I took.

8        Q    Who administered that exam?  Was it the State?

9        A    The State, yes, sir.

10       Q    Is that certification current?

11       A    I do not -- I honestly don't know the answer to

12   that.  I don't think it's on my -- I don't think it would

13   be listed on my GAPC, yeah.

14       Q    After 2004, is this certification something

15   that you had to renew on an annual basis?

16       A    No, sir.

17       Q    To your knowledge, you don't know whether

18   it's -- it's current?

19       A    To my knowledge, I apologize, I do not.

20       Q    That's fine.

21            So sticking with your education background just

22   for a few minutes.

23       A    Yes, sir.

24       Q    You attained a master's of education in

25   educational leadership from Georgia Southern University,



1  correct?

2      A   Yes, sir.

3      Q   And what coursework was required in order to

4  attain that degree?

5      A   I do not remember how many credits -- excuse

6  me -- were required for that.  It was a -- I think it was

7  five semesters, like maybe 36 credits, somewhere in that

8  neighborhood.  Educational leadership, I don't remember

9  all the courses.  Just a general curriculum with the --

10 with the --

11     Q   Could you describe in general what you were

12 studying in order to attain that degree?

13     A   Sure.  Studying the -- the process of being

14 a -- a leader, educational leader, in the -- the field of

15 education.

16     Q   Was this specific to special education or to

17 children with behavioral health needs?

18     A   It -- it was not.

19     Q   Do you have any training since 2004 when you

20 received your special education certification that is

21 specific to special education or the needs of children

22 with behavioral health conditions?

23     A   As far as like a second -- an additional

24 degree, no.

25     Q   Do you have any clinical training?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           26

1        A    I do not.

2        Q    In your education background there is also a

3    reference to educational leadership certifications, Tier

4    I and Tier III -- and Tier II.  Do you see that?

5        A    Yes, sir.

6        Q    What's the difference between the Tier I and

7    Tier II certification?

8        A    The -- the Tier I is eligibility for like an

9    assistant principal position.  The Tier I would be

10   eligible for a principal position and/or associate

11   superintendent, somewhere and like further.

12       Q    And are those requirements set by the State in

13   order to become a principal or assistant principal?

14       A    Yes, sir.

15       Q    Are those requirements specifically set by the

16   Georgia Professional Standards Commission?

17       A    Yes, sir, I believe so.

18       Q    So looking at the timing, it looks like you

19   received a Tier II certification around the time that you

20   became principal?

21       A    That is correct, yes, and was actually working

22   on it at the time that I became principal.

23       Q    Is that a -- do you have to renew that

24   certification?

25       A    Yes, sir.  There will be -- there will be a



1  renewal coming up.

2       Q   Is that annual or --

3       A   No.  I am not sure exactly what it is, but I

4  believe it's like every five years or so.  I'm not

5  exactly sure.

6       Q   And could you describe briefly what the

7  requirements were to attain that certification?

8       A   Sure.  Certainly.  The -- the Tier II was a --

9  a process of providing three projects, so to speak, that

10 were looking at increasing the -- the academic process

11 of -- of students and so forth, looking for communication

12 skills with the -- with the community.  And the third

13 one, and I can't quite remember, but the -- the three

14 parts of that, and it was turned in for -- for assessment

15 and so forth and --

16      Q   So you --

17      A   -- reviewed.

18      Q   To make sure I understand, you submitted kind

19 of a written report for review?

20      A   Yes, sir.

21      Q   Encompassed those three parts that you just

22 described?

23      A   Yes, sir.

24      Q   Who reviewed that?

25      A   It's through the -- I can't recall the -- I'm



1   not sure.  I can't recall.

2        Q    But your recollection is that this is a process

3   that's required by the State?

4        A    Yes, sir.  That I do know.

5        Q    Moving back to page 1 of Exhibit 399 --

6        A    Yes, sir.

7        Q    -- under the Teacher entry, there is a

8   reference to behavior interventionist.  Do you see that?

9        A    Yes, sir.

10       Q    What is a behavior interventionist?

11       A    In the role that I was, I was in the intensive

12  intervention room for a number of years, and we use that

13  as a room to -- to work with students that are having

14  additional behavioral issues within their classroom.  We

15  work on social skill acquisition, and we work -- we try

16  to assist them with their academics, just a little bit

17  more of an intensive process of -- of working with the

18  individual on trying to get them back to their classroom.

19       Q    So you were essentially assigned to the

20  intention -- intensive intervention rooms?

21       A    That is correct, yes, sir.

22       Q    And you were receiving children in those rooms

23  from different classes?

24       A    Yes, sir.

25       Q    And were you doing that work -- let me just



1   ask.  For how many years were you in that -- acting in

2   that capacity?

3       A    Approximately six years.

4       Q    About how many kids per week would you say

5   would be coming to the intensive intervention room for

6   these services?

7       A    It -- it certainly varied tremendously on the

8   time of year and number of students and so forth, but, I

9   mean, just roughly guessing, I would probably serve, you

10  know, three to five students a day.

11      Q    About how long on average would those sessions

12  last?

13      A    And -- and that certainly varied based on the

14  de-escalation of them, because certainly our objective

15  was getting them back into their classroom and so forth.

16  So I would say anywhere from 30 minutes to -- to 90

17  minutes.  That -- that did vary, though.

18      Q    Okay.  You referenced doing this for

19  approximately six years.  Do you remember when those six

20  years were?

21      A    Yes, sir.  It was right before I was program

22  manager.  It was leading up into that.  So maybe 2012 to

23  2018, approximately.

24      Q    Okay.  So at this time, you had your special

25  educational certification because that was in 2004,



DAVID ACKERMAN                                           August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              30

1   correct?

2        A   Yes, sir.

3        Q   Did you have any additional training?

4        A   At that point I -- I had become a mindset

5   instructor for de-escalation, and I became a -- I'm

6   certified in LSCI, Life Space Crisis Intervention.

7        Q   So let's talk about both of those things.

8        A   Yes, sir.

9        Q   What does it mean to be a mindset trainer?

10       A   Mindset trainer is the -- the prevention and --

11  and de-escalation of -- of behaviors.  So it's -- it's

12  the -- the concept behind it is to be proactive as -- as

13  opposed to being reactive when dealing with a -- a

14  student with a behavior issue, and we -- we try to work

15  on de-escalating first and foremost in our process.

16       Q   What were the requirements that you had to meet

17  in order to become a mindset trainer?

18       A   Mindset trainer, I think it was a -- the

19  initial certification was like a four- or five-day

20  training in person, and then there is -- and then you had

21  to be recert yearly for your first couple of years and

22  then -- and then every two years after that.

23       Q   Did you receive this training through the

24  State?

25       A   It was -- no, sir.  It was through the MindSet



DAVID ACKERMAN                                   August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          31

 1   company.  I'm not sure.

 2       Q    That's a private organization?

 3       A    Private organization, yes, sir.

 4       Q    Are you still a mindset trainer?

 5       A    Yes, sir, I am.

 6       Q    You mentioned another --

 7       A    Oh, I'm sorry.

 8       Q    Was it Crisis -- Life Space Crisis

 9   Intervention, correct?

10       A    Yes, sir.

11       Q    All right.  Could you tell me about what that

12   is?

13       A    Yes, sir.  So that's -- it's learning how to

14   have conversations with students.  It's not an in-depth

15   therapeutic process, but it is therapeutic in nature

16   where you're -- you're trying to gain like a timeline.

17   You are trying to get the student's perspective on the

18   issue and then build it with a little bit of reality.

19   It's a way of talking with students and -- and being able

20   to help them work through issues and -- and have them

21   progress.

22       Q    And could you also describe the requirements

23   that you met in order to become certified in Life Space

24   Crisis Intervention?

25       A    Yes, sir.  They -- I do believe that was like



 1  a -- a three-day initial certification in that that I

 2  took.

 3      Q   And did you likewise complete that coursework

 4  through a private organization or was this through the

 5  State?

 6      A   That would have been a private organization, as

 7  well, yes, sir.

 8      Q   Did you have to complete this training in order

 9  to become a behavior interventionist?

10      A   Not to my knowledge.

11      Q   You chose to?

12      A   Yes, sir, through -- yes.  Through the request

13  of my principal at the time, yes.

14      Q   Do you have your behavior interventionist

15  currently at CGCA?

16      A   We -- we have access to them, but we do not

17  have one that's directly for us.

18      Q   And where do you have access to behavior

19  interventionists?

20      A   Through the district.

21      Q   And that's the Savannah-Chatham?

22      A   Chatham County, yes.

23      Q   Chatham County.

24          How many behavior interventionists are

25  available to you through the County?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            33

1      A    The -- basically, the -- the students come

2   through all the different schools throughout our -- our

3   area, and so there is teams that are -- that are for each

4   particular school zone, and so we -- we deal with all of

5   those teams, whether it's, you know, the program manager

6   for special education, and -- and they have like a

7   behavior interventionist that's assigned to them so we --

8   depending on the circumstance, that's how we -- we

9   interact.

10      Q    Do you have other staff, aside from the

11   behavior interventionists that you can access through the

12   County, that work with students in the intensive

13   intervention rooms now?

14      A    I'm sorry, please repeat that.

15      Q    Absolutely.  So I'm -- I'm trying to get a

16   sense of whether the only staff currently at CGCA that

17   are providing services in the intensive intervention room

18   are behavior interventionists that you access through the

19   County.

20      A    No, that is not correct.  So it -- it is our

21   staff that is in that room.

22      Q    Okay.

23      A    Yes, sir.

24      Q    And what staff are in that room?

25      A    We -- like we have other staff that at that --

1   like what I did, that have -- that are MindSet certified,

2   LSCI certified, as well.

3       Q   But they don't have the title behavior

4   interventionist?

5       A   That is correct.  They do not have that title.

6       Q   Why not?

7       A   I -- I don't know.  I'm sorry.

8       Q   When's the last time CGCA had a dedicated

9   behavior interventionist on staff?

10      A   We -- we have not had a dedicated that's

11  specifically for us.  That is correct.

12      Q   And so when you were a behavior interventionist

13  or providing that -- that --

14      A   Yes.

15      Q   -- or serving that function --

16      A   Yes, sir.

17      Q   -- that wasn't your title?

18      A   That is correct.

19      Q   That's just a service you were providing?

20      A   Yes, sir.

21      Q   Does CGCA require that all staff providing this

22  service in intensive intervention rooms have MindSet

23  training in addition to Life Space Crisis Intervention

24  training?

25      A   I am not sure that there is any policy that's



 1   written about it, but it has been the case.

 2       Q   So we'll talk a little bit more about the

 3   intensive intervention rooms later, but I want to --

 4       A   Yes, sir.

 5       Q   -- continue on with your resume.

 6           So also under teacher there is a reference to

 7   PBIS?

 8       A   Yes.

 9       Q   I see also from your list of accomplishments

10   that you are a PBIS trainer from 2015 to the present; is

11   that right?

12       A   That is correct.

13       Q   What does it mean to be a PBIS trainer?

14       A   We -- our school took the PBIS initiative.  I

15   believe we integrated that in 2012, and it's a big part

16   of our structure and our process in our program that

17   we -- we do PBIS, Positive Behavior Intervention

18   Supports, for our students.  It leads to our token

19   economy and our point system for the students for -- to

20   incentivize them for -- for academics and -- and -- and

21   positive behavior.  And I -- I have been serving on the

22   team since that time, and so we -- we support our staff

23   in implementing that and any updates.

24       Q   So you described the token economy?

25       A   Yes, sir.



1        Q    I believe that's one piece of your PBIS model,

2    correct?

3        A    Yes, sir.

4        Q    What are the other components of PBIS at CGAC

5    (sic)?

6        A    PBIS is -- is about changing adult behavior and

7    not changing children's behavior, and so it's looking at

8    children with a different perspective as to we treat

9    behaviors with an understanding that it's an opportunity

10   to grow as opposed to a punitive process as to what took

11   place.  And so the main focus is on changing the

12   perspective on how adults deal with students that are

13   misbehaving, that we're -- we're -- we're trying to be

14   positive in our approach to -- to communicating with them

15   and trying to find solutions for them knowing that they

16   have something that's driving that behavior, and that's

17   what we need to really hit on.

18       Q    Do you think that PBIS is an effective

19   approach?

20       A    I'm sorry, do I think it's an effective

21   approach?  Yes, sir --

22       Q    Why?

23       A    -- I do.

24            It -- it's a culture change.  It's a culture

25   shift, and we -- we bring that -- that energy to -- to



1   the program that -- that involves the students, the

2   parents, the staff, and, you know, we do -- we do fun

3   things like shout-outs for the -- the staff and the

4   students.  We have incentives like students get on

5   progress when they are doing really well, and they have

6   progress parties, and so it's -- it's a very positive

7   atmosphere that's been created at our school because of

8   PBIS.

9        Q   Uh-huh.  Do you know whether PBIS is an

10  evidence-based process?

11       A   I do, and it is.

12       Q   What does the evidence show with respect to

13  PBIS?

14       A   What does the evidence show?  The -- the -- I

15  think -- I -- I respond to that in fact that it's -- that

16  it -- it shows that we're -- that -- that we're focusing

17  in on the true issues as to why the behavior occurred.

18  It's the -- you know, the antecedents.  The -- the --

19  it's what's led up to that, what's the emotional

20  component that did, and let's focus on helping that area

21  as opposed to being punitive in the -- in the -- the

22  process of -- of just looking at the behavior.

23       Q   Are you aware of whether research has

24  demonstrated that PBIS leads to better educational

25  outcomes for students who receive it?



1      A    I am, but I do not know any specific things to

2   reference at this moment.

3      Q    But you have seen reference to that effect?

4      A    Yes, sir.

5      Q    Or research to that effect?

6      A    Yes, sir.

7      Q    And just going back really quick, do you know

8   whether MindSet training is an evidence-based practice?

9      A    I'm pretty sure it is, but I -- I am not sure

10  100 percent on it.

11     Q    And what about Life Space Crisis Intervention?

12  Is that an evidence-based process?

13     A    I -- once again, I believe so, but I -- I have

14  not -- I do not know off the top of my head.

15     Q    How many of your staff at CGAC (sic) have

16  training in PBIS?

17     A    In -- our entire staff.

18     Q    Is that a requirement of employment at CGAC?

19     A    I -- I wouldn't say it's a requirement, but

20  it's -- it's so embedded in what we do in our

21  preplanning, in our -- just our all staff meetings that

22  we're -- it's -- the -- the expectations are certainly

23  there, certainly.

24     Q    How did you first learn about PBIS?

25     A    The -- I -- I don't completely recall but the



1    -- but the request was probably given to our

2    administrative staff at that time, and they were trying

3    to develop a team to go attend this initial meeting for

4    us in our -- in our induction to the program, so at that

5    moment.

6         Q   And when you say "administrative staff," are

7    you talking about the GNETS program director?

8         A   It was -- it may have come through that, I'm

9    not sure, but -- but all I know at that moment was that

10   it was principal, my principal at the time, yeah.

11        Q   Okay.

12        A   I didn't -- it's possible, but I don't know.

13        Q   Have there been any efforts made by the Georgia

14   Department of Education to encourage or require

15   implementation of PBIS at the GNETS programs?

16        A   The -- the GNETS programs have encouraged it,

17   certainly.

18        Q   What about the Department of Education?

19        A   I don't know.  I don't know.

20        Q   Have you had any conversations with Vickie

21   Cleveland, for instance, regarding PBIS?

22        A   Yes, I'm -- we have had -- I'm sure at meetings

23   it's been brought up.

24        Q   And just a quick sidebar.

25        A   Yes.



 1       Q    How often are you meeting with Ms. Cleveland?

 2       A    We -- we have monthly meetings.  They are

 3    scheduled monthly.  We don't always do that.

 4       Q    Are those one-on-one meetings or meetings with

 5    all GNETS program directors?

 6       A    All GNETS program directors.

 7       Q    Are those occurring in person or remotely?

 8       A    Remotely.

 9       Q    And how long have those meetings been going on?

10       A    As far as I know, certainly the -- the length

11    that I have been in my role here.  I would assume prior

12    to that, but I don't know.

13       Q    And so PBIS has come up in these meetings with

14    Vickie Cleveland?

15       A    Yes, sir.

16       Q    What other topics are discussed?

17       A    Just other initiatives that we do.  i-Ready,

18    that's a reading support program.  Just general budget

19    information.

20       Q    Uh-huh.  Are you aware of efforts to change the

21    financing structure for GNETS by the Georgia State

22    Assembly last year?

23       A    Yes, sir, I am.

24       Q    Was that topic discussed in these meetings with

25    Vickie Cleveland?



1        A    The questions were raised but not discussed.

2        Q    What does that mean?

3        A    The -- some of the GNETS directors were asking

4    about it.

5        Q    And what response was received?

6        A    That -- that the updates would be coming when

7    we have information.

8        Q    And have any updates been provided?

9        A    We do not have any specific updates of -- we --

10    we know what happened in the --

11        Q    Right.

12        A    -- in that, but -- but -- and we are aware that

13    on November 1st that they are supposed to be submitted, a

14    proposal.

15        Q    This coming November?

16        A    Yes, sir.

17        Q    What is that proposal?  I'm sorry.

18        A    Just for the -- for what's -- what's expected

19    of -- what the proposal is for the GNETS program.

20        Q    The budget for the --

21        A    The budget for the program, yes, sir.

22        Q    Okay.  And just to make sure that the record is

23    clear, these were questions that were posed by the GNETS

24    program directors to Vickie Cleveland regarding changes

25    being considered to the budget of GNETS by the Georgia



1   State Assembly.  Is that accurate?

2       A   That is correct, yes, sir.

3       Q   And Vickie Cleveland, just again for the

4   record, has not provided any information in response to

5   those requests?

6       A   Not that I am aware of, no.

7       Q   Do you have any -- do you have a meeting

8   scheduled with Ms. Cleveland for September?

9       A   I -- I would assume so, yes, sir.  I don't

10  recall what date.

11      Q   Do you have any specific items that you plan to

12  discuss with her at that time?

13      A   I do not, no.

14      Q   Do you meet on a regular basis with any other

15  staff at the Georgia Department of Education?

16      A   I do not.

17      Q   Do you meet on a regular basis with any staff

18  at the Georgia Department of Behavioral Health and

19  Developmental Disabilities?

20      A   I do not.

21      Q   Do you meet on a regular basis with any staff

22  at the Georgia Department of Community Health?

23      A   I do not.

24      Q   Have you ever interacted with any staff at the

25  Georgia State Center of Excellence?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           43

1        A    Not that I am aware of.

2        Q    Are you familiar with the Georgia State Center

3   of Excellence?

4        A    Perhaps not, no.

5        Q    So you wouldn't be able to summarize what they

6   do?

7        A    No, sir.

8        Q    So I want to stick with the general time frame

9   that we are in here which is up to 2018 when you became

10  program manager.  And I note in your accomplishments --

11  and this is on page 2 of Exhibit 399.

12       A    Yes, sir.

13       Q    -- that you were a member of the emergency

14  response team and remained a member of that team.  Is

15  that accurate?

16       A    That is correct.

17       Q    What is the emergency response team?

18       A    That's a -- our school-based response team to

19  any kind of, you know, issues that are going on and

20  safety prevention and so forth.

21       Q    Can you give me an example of an issue that the

22  team would respond to?

23       A    Well, we -- we do active shooter drills.  We --

24  we talk about our fire drills.  We interact as such.

25       Q    So this would not be a crisis response team,



1  more so in general an emergency response team.  Is that

2  accurate?

3       A    For the school-based, yes, sir.

4       Q    For the -- the Coastal Georgia Comprehensive

5  Academy Center?

6       A    Yes, sir.

7       Q    I just want to make sure that I -- I am fully

8  understanding.  This is not a team that would be working

9  in the intensive intervention rooms.  It's not their --

10      A    That is correct.

11           MR. DENNISON:  And for the record, you are

12  saying crisis prevention, not safety prevention?  I mean,

13  you said safety prevention.

14           THE WITNESS:  Thank you.

15           MR. DENNISON:  I presume you know what you

16  meant.

17           THE WITNESS:  Yes, sir.  Thank you.

18           MR. HOLKINS:  Thank you.  I appreciate that.

19           THE WITNESS:  That's not good.

20      Q    BY MR. HOLKINS:  So also in this time period --

21  this is for 2013 to 2018 on page 3 of your resume --

22  there's a reference to SWIS data collector.  Do you see

23  that text?

24      A    Yes.

25      Q    What is a SWIS data collector?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            45

1       A    That's a -- that -- it's associated with a

2   PBIS.  So part of the process is we collect data on -- on

3   what's going on, like referrals, office referrals, and so

4   that way the PBIS team is able to discuss referrals and

5   come up with solutions, action plans to -- to deal with

6   that.  So that -- that's just the program, and -- and

7   I -- at that time, I was in charge of the data

8   collection.

9       Q    So I know this is going to be basic for you,

10  but just for the record, what do you mean by "office

11  referral"?

12      A    An office referral, just anything that -- that

13  is referred to the intensive intervention room based on a

14  behavior that takes place in the classroom.

15      Q    So your -- your role as SWIS data collector was

16  to track data relating to those referrals?

17      A    Yes, sir.  Correct.

18      Q    Why would -- and this is in support of the PBIS

19  implementation?

20      A    That is correct.

21      Q    Is there currently a SWIS data collector at

22  CGAC?

23      A    There is, yes.

24      Q    How many individuals on your staff perform that

25  function?



1        A    We have two that have access to it at this
2    time.  Well, actually, three with me.  I still have
3    access.
4        Q    And what do you mean by "access to"?
5        A    To enter data.
6        Q    Okay.
7        A    Like a login.
8        Q    Is that -- is there a -- some certification
9    that's required in order to be able to access?
10       A    There was a -- a course that I'm not sure if
11   that's considered certification, but just a course on it.
12       Q    But there are prerequisites?
13       A    Yes, sir.
14       Q    Are those prerequisites that are established by
15   the State?
16       A    Not that I am aware of.  I don't know.
17       Q    And where did you complete this course?
18       A    It was -- I -- I believe it was through like
19   a -- I don't recall.  That was a while ago.
20       Q    So just to make sure I understand, is this like
21   a -- an online database that you need to have an account
22   on in order to be able to submit information?
23       A    Yes, sir.  That is correct.
24       Q    And that -- the administrators of that database
25   require that you take or complete a course before you are



1  given an account?

2        A    Yes, sir.

3        Q    Okay.  And so presently there are three

4  individuals at CGAC who have access to the account

5  essentially for CGAC?

6        A    Yes, sir.

7        Q    Okay.  And how regularly are they inputting

8  data?

9        A    To my knowledge, daily, when -- as -- as they

10  occur.

11       Q    Are you reviewing that data on a regular basis

12  as part of your role as principal?

13       A    I review it as part of the PBIS team, and so

14  we -- we have a -- a portion during our PBIS meetings

15  where we talk about the data and we go over it and try to

16  hit on some areas that are predominant with -- with

17  referrals.

18       Q    Are you reviewing that data across all children

19  who have been referred to the intensive intervention

20  room?

21       A    Yes, sir.

22       Q    And how often are you meeting with the PBIS

23  team?

24       A    We meet monthly.

25       Q    And what kind of data is tracked through this



1  system?

2      A   The occurrence, frequency, day of the week,

3  location.  I think -- I think that's it.

4      Q   How do you use that data to guide your efforts

5  to help those students?

6      A   We -- we try to identify tendencies, trends

7  that are occurring, and -- and then highlight and then

8  look into that data a little bit more extensively as to

9  like then we can start pulling each of the referrals

10  and -- and see where the information is.  Is it -- is it,

11  you know, a particular couple of students?  Is it like

12  the bus area?  Whatever the -- the main issue that's

13  taking place, and we try to come up with some proactive

14  solutions to -- to solving it.

15      Q   Does it help you identify antecedents?

16      A   Yes, of course.

17      Q   And then to address those antecedents by making

18  changes to the environment?

19      A   Exactly, yes.

20      Q   So let's go ahead and move forward.  I know we

21  are about 40 minutes in.  We will probably finish this

22  exhibit, and then we will take a short break.

23      A   Okay.  Yes, sir.

24      Q   In 2018, as discussed, you became program

25  manager at CGCA, correct?



1      A   That is correct.

2      Q   What are the duties of a program manager, or

3   what were your duties as program manager at CGCA?

4      A   At the time, that's when we had our satellite

5   at Effingham, and so I was the program manager --

6   Effingham.  I'm sorry, E-f-f-i-n-g-h-a-m County.  And at

7   the time, we had a -- a satellite program there, and so I

8   was the site-based administrator for that location and

9   for that program.

10      Q   Were you essentially the principal at

11   Effingham?

12      A   Not by title.

13      Q   But in terms of --

14      A   Not in title.  As the site administrator.

15      Q   And so what did you do as site administrator at

16   the satellite in Effingham County?

17      A   Managed the personnel, the -- the staff there

18   of -- with the classroom, you know, design and so forth

19   like that, the -- addressing building issues,

20   communicating with the Effingham County Board for what

21   they were doing.  Just general site administrator stuff

22   in addition to working with the -- the classes.

23      Q   What were the building issues that you

24   identified?

25      A   Not necessarily issues but just regular



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              50

 1  expectations of the -- upholding the expectations of --
 2  of the -- the County, the Board of Education that are
 3  processed.  You know, just transportation, just regular
 4  nutrition, regular school items.
 5      Q   And would that include expectations as to
 6  maintenance of the facility?
 7      A   Yes.  Yes.
 8      Q   The satellite program at Effingham County has
 9  since closed, correct?
10      A   Yes, sir.
11      Q   When did that happen?
12      A   I believe it was -- I'm not 100 percent, but I
13  think it was that -- either that 2018 or 2019.  I don't
14  have that right in front of me.
15      Q   Why did that happen?
16      A   I -- I really -- to be honest with you, I -- I
17  was not with that, and I -- I was not part of that
18  process as to why they -- they -- they -- they did that.
19      Q   And what's your understanding of who made the
20  decision to close the satellite location in Effingham
21  County?
22      A   My assumption is the administrative staff over
23  there.
24      Q   For that county?
25      A   For that county, yes, sir.



1    Q   Do you know if -- if the Georgia Department of
2   Education had any involvement?
3    A   I -- I do not know anything about that.
4    Q   So as site administrator for Effingham County,
5   you had no input as to the decision to close?  That --
6    A   That -- that is correct.  I was still a Chatham
7   employee at the time throughout the whole entire part.
8    Q   Why was it that you were -- let me ask this in
9   another way.
10   A   Yes, sir.
11   Q   Were all of the staff at that satellite also
12  Chatham employees?
13   A   And what -- it was the agreement for the
14  transition because those students used to be served at
15  our program at Coastal, and the -- the County worked out
16  an agreement, so we provided the auxiliary staff, and --
17  and they supplied the teachers.
18       MR. DENNISON:  The "County" being Effingham
19  County?
20       THE WITNESS:  The county Effingham, yes, sir.
21   Q   BY MR. HOLKINS:  Got it.  And what do you mean
22  by "auxiliary staff"?
23   A   Auxiliary staff, social worker tech, myself as
24  a program manager.  We -- we had a -- actually, several
25  of them -- several social worker techs that would spend



1   time, though.  The -- our principal came over a couple of

2   times -- once a week, and -- and then we -- who else did

3   we have?  We also had our academic specialist that came

4   over once a week, PBIS coordinator.

5       Q   Do you recall what led to this agreement to

6   serve students previously served through CGCA in

7   Effingham County?

8       A   Like the original?

9       Q   Uh-huh.

10      A   I -- I do not know.  I do not know that.

11      Q   So in the resume here on page 1, it says,

12  "Implemented site based component move to new location."

13  Could you describe what your role was in facilitating the

14  move?

15      A   Yes.  So -- so I was part of the team that --

16  that went over there for that transition, and because we

17  were serving those students at the Chatham-based site,

18  and so I'm -- actually, the -- the program manager

19  position was developed, and that's where I -- I received

20  that position, to go in there and work.

21          MR. DENNISON:  If I can intervene here just for

22  clarity again.

23          THE WITNESS:  Yes, sir.

24          MR. DENNISON:  You are referring to the top --

25  the first bullet point here?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          53

1           MR. HOLKINS:  I'm sorry, no.  I'm actually

2    under "Program Manager."

3           MR. DENNISON:  Okay.

4           MR. HOLKINS:  The Effingham Rincon Learning

5    Center based component move.  I know that there is

6    actually two moves.

7           MR. DENNISON:  Okay.

8           MR. HOLKINS:  I'm talking about the move to

9    Effingham Rincon Learning Center.

10          MR. DENNISON:  Thank you.

11      Q   BY MR. HOLKINS:  And so you were part of the

12   team that facilitated that transition?

13      A   Correct.

14      Q   Did the State have any involvement, for

15   instance, Vickie Cleveland or the GNETS program director

16   at the time have any involvement in facilitating that

17   transition?

18      A   No, sir.

19      Q   Were you consulting with anyone at the Georgia

20   Department of Education with respect to that transition?

21      A   No, sir.

22      Q   So we will talk a little bit more about the --

23   the specific facilities a bit later, but I want to stick

24   with the -- the CV and move into your -- your current

25   role as principal.



DAVID ACKERMAN                                   August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            54

1        A    Okay.

2        Q    Which you've been in since January of 2021,

3    correct?

4        A    That is correct.

5        Q    So the resume references responsibilities

6    relating to developing and maintaining a budget, State

7    grant and strategic plan.  Do you see that text?

8        A    Yes.

9        Q    What are your duties with respect to developing

10   and maintaining the budget?

11       A    Well, we -- we start off by submitting the

12   application for the -- the State grant, and -- and then

13   budgeting our -- our expenses for staff and so forth and

14   expenses, and just working with our -- our -- just

15   working on the regular -- you know, creating a budget

16   with that.

17       Q    What is the annual budget for CGCA?

18       A    The -- the State grant was listed at 2.9

19   million.  I'm not sure of the exact.  The federal grant

20   was 315,000, and then we have our district that

21   provides -- what's the word I'm looking for?  I'm drawing

22   a blank on the word.

23       Q    Oh, that's fine.

24            Do you get additional funds from the district?

25       A    Not financial but in support, in -- in kind.



1    Is that --

2         Q    In kind?

3         A    Is that the correct word?

4         Q    And so that would be, for instance, access to a

5    behavior interventionist?

6         A    Correct.  Yes.

7         Q    So is it fair to say that the lion's share of

8    the budget for CGAC comes from that State grant?

9         A    Yes, but -- but it's also the facility by the

10   district.  It's the -- you know, it's the custodian

11   staff, nursing staff are all provided by the district.

12        Q    And but just to be clear, in terms of actual

13   allocations to your program --

14        A    Yes, sir.

15        Q    -- 2.9 million comes from the State grant,

16   350,000 -- 315,000 comes from the federal government?

17        A    Yes, sir.

18        Q    And then you get in-kind contributions from the

19   district, correct?

20        A    That is correct.

21        Q    So the lion's share of the allocations program

22   comes from the State?

23        A    Yes, sir.  Yes, sir.

24        Q    Has that 2.9 million figure changed --

25        A    Yeah.



1      Q    -- over time?

2      A    In -- in my awareness in the short time that I

3   have been there, yes, it has.

4      Q    How has it changed?

5      A    It has decreased a little bit.

6      Q    And what was the most that you can recall that

7   CGAC has received by a State grant?

8      A    And -- and certainly, I don't know the numbers

9   prior to me being in there.  All I know is the year

10  before, and it was -- I think it was 3.1.

11     Q    And how would you explain that decrease?

12     A    Students.  It's -- it's based on a -- a

13  three-year average of students that we have, and

14  certainly the -- the Effingham students not being a part

15  of us anymore decreased that number.  So our -- the

16  expectations were that that money was going to go down.

17     Q    So essentially, if your enrollment declines,

18  you expect to receive less in State grant funds from the

19  State of Georgia?

20     A    That is correct, and it's -- it's done over a

21  three-year average to prevent any major drops.

22     Q    How many total students are served through CGAC

23  currently?

24     A    I do not know that number off the top of my

25  head, to be honest with you.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              57

1       Q    That's fine.  And we've got some enrollment
2    statistics that we can --
3       A    Okay.
4       Q    -- show you a bit later.  I know I'm putting
5    you on the spot here.
6            Would you say that it's -- it's under 200?
7       A    Yes, sir.
8       Q    Okay.  And so -- so let me ask you now about --
9    sticking with the State grant, I think you said that we
10   work on it.  Who is working on it with you, the State
11   grant application?
12      A    My staff in providing information that's
13   required.
14      Q    And what information do you receive from your
15   staff in support of the State grant application?
16      A    We are having to respond to a number of
17   questions as far as like, you know, staffing, students,
18   and -- and so forth.
19      Q    So what assessments specifically are your staff
20   making with respect to the staffing needs in order to
21   support the State grant application?
22      A    I'm sorry, could you --
23      Q    So I think that your testimony previously was
24   that -- you were responding to questions as to staffing
25   students?



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    58

1        A    Staffing and students.

2        Q    And students.

3        A    I apologize.

4        Q    That's fine.  I just misread the transcript.

5             And so what questions with respect to staffing

6    are you responding to?

7        A    Just descriptions of -- of -- you know, of the

8    layout, like how many classes we're projecting for each

9    component, those kind of things.

10       Q    Is there any -- is this assessment linked to

11   behavioral outcomes or PBIS data that your team reviews

12   on a regular basis?

13       A    As we provide information within the body of

14   it, it's a -- an extensive grant that we are providing,

15   so there's -- there's, you know, like -- go ahead.  I'm

16   sorry.

17       Q    Yeah.  So I'm just trying to understand whether

18   in assessing your staffing needs --

19       A    Uh-huh.

20       Q    -- CGAC is looking at outcome data for the PBIS

21   program for your students.  Would that inform whether you

22   felt you need more staff or whether you have sufficient?

23       A    Oh, okay.  I understand.  I don't think that

24   would be a direct response to that.  I don't think

25   that -- that we would use that for that.



1        Q   Why not?

2        A   The -- I would -- I would assume that our --

3   our staffing is -- is more based on our -- our financial

4   capability.

5        Q   Than based on the needs of the students?

6        A   Not necessarily, just -- just from the

7   standpoint of -- of trying to allocate the -- the budget

8   to -- to fit the -- the staff that we have there in the

9   supports of the students.

10       Q   Do you feel like CGAC has all the staff that it

11  needs to meet the needs of students at CGAC?

12       A   I do.

13       Q   There are no additional staff that you would

14  like to hire with additional funding in order to better

15  meet the needs of students at CGAC?

16       A   I -- I truly believe that we -- we -- we have

17  the supports that we are -- we are working with that we

18  are -- we are good with what we got.

19       Q   Does CGAC have a dedicated psychologist on

20  staff?

21       A   We do not have one specifically.

22       Q   Would that be helpful?

23       A   We have access through the -- the district to

24  the psychologist.

25       Q   Just to be clear.



1        A    Sure.  Of course.

2        Q    Pose the question again.  Would it be helpful

3    to have a dedicated psychologist on staff at CGAC?

4        A    At -- at this point, we -- I -- no.  I -- I

5    believe that we -- we have the support that we need from

6    the district with the school psychologist.

7        Q    How -- how often is the school psychologist

8    that you have access to actually coming to CGAC to

9    provide services?

10       A    To provide the services, they help us in the --

11   the process of the eligibility.

12       Q    And that's the eligibility assessments for

13   students referred to your program?

14       A    That is correct.

15       Q    Is that the extent of their role?

16       A    Yes, sir.

17            MR. DENNISON:  Just for clarity, you are

18   talking about -- are you saying eligibility for referral?

19   Eligibility is something that is -- raises -- that is

20   pertinent outside of just the time of referral, correct?

21            THE WITNESS:  Yes, correct.  Yes.

22       Q    BY MR. HOLKINS:  So I'm a little bit confused

23   as to the testimony now.  And so my -- my understanding

24   previously was that school psychologists had a role in

25   assessing eligibility for enrollment in CGAC, correct?



1    A    They -- they provide the district with

2    eligibility reports and -- and then, therefore, we are

3    accessing those reports.

4    Q    And beyond that function, does -- does the

5    school psychologist at CGAC have access to provide any

6    service?

7    A    No, they do not.

8    Q    What about the strategic plan?  Could you tell

9    me what that is?

10    A    The strategic plan is the equivalent to our

11    school improvement plan that's based on several

12    categories.  I don't recall all of them off the top of my

13    head, but basically ways for us to take a look at what we

14    are doing with services, with leadership, and different

15    kinds of categories and such to go ahead and -- and

16    determine where we are and what kind of improvements that

17    we are looking for.

18    Q    How often is CAGC (sic) completing a strategic

19    plan?

20    A    We -- we do that yearly, and then we do

21    self-assessments on a -- on a midyear and a final year,

22    end of the year.

23    Q    So the self-assessments are essentially

24    progress reporting in connection with the strategic plan;

25    is that accurate?



1      A   Yes, looking -- looking at the -- the
2   information that we -- that we establish and trying to
3   review it and seeing if it's acknowledged.
4      Q   Okay.  We'll talk a bit more about those two
5   documents later.
6      A   Okay.
7      Q   Your resume references implementation of
8   academic growth with social skill acquisition and
9   behavior management.  Can you describe what that entails?
10     A   So that -- that's probably the -- the biggest
11  premise behind what we do.  We are -- we are trying to
12  stabilize the -- the emotional component of the behavior,
13  teach them the social skills but at the same time
14  maintain their academic progress for the -- for the --
15  for trying to guide them back to their regular school in
16  preparation for.
17     Q   And what are your contributions as principal to
18  that process?
19     A   I -- I like to say that I -- I try to role
20  model the interventions.  I try to make sure that staff
21  is implementing those items, those components.
22     Q   So you're overseeing implementation of that
23  goal by staff?
24     A   Correct.
25     Q   How do you do that?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          63

1       A    Through -- I mean, we -- we can look at that

2   through data-driven guidance there looking at information

3   that we're providing and -- and obtaining.

4       Q    So you reference data-driven guidance.  What

5   are you specifically referring to?

6       A    Well, with the -- the social skill acquisition,

7   each of them carry their -- their -- their point cards,

8   and they have individualized goals on their point cards,

9   and we can check and see if they're in our token economy.

10  If they are getting the points towards those, we can take

11  a look and see if they are developing their social

12  skills, have they made it to the progress level

13  identifying such looking at the -- the SWIS data.

14      Q    I understand.  So that's how you track the

15  student's progress, correct?

16      A    Correct.

17      Q    How are you tracking your staff's performance

18  in implementing this goal?

19      A    Okay.  We -- we certainly look at the i-Ready

20  diagnostics, and we can -- things that are provided, to

21  go ahead and look at pre- and post-tests that we have

22  with that for the academic.  Certainly when we meet with

23  IEP teams, the -- the talk about the conversation is, you

24  know, did the student meet their goals and so forth.

25      Q    So the student's performance is one factor in



1  assessing the teachers' --

2      A    Uh-huh.

3      Q    -- and staff's performance; is that right?  Is

4  that correct?

5      A    That is correct.

6      Q    Okay.  And what are the other factors that you

7  are looking at in assessing staff performance?

8      A    We -- we have our -- our -- the TKES, which is

9  a -- a State-driven teacher evaluation program, and --

10  and certainly that can be incorporated within how I'm

11  doing observations in the classroom and giving feedback

12  and so forth and --

13     Q    Is that --

14     A    -- developing that --

15     Q    I'm so sorry.

16     A    -- the evaluation.

17     Q    Go ahead.

18          THE REPORTER:  Say that again.

19          THE WITNESS:  And developing that evaluation.

20     Q    BY MR. HOLKINS:  Apologies for speaking over

21  you.

22          You referenced a State-driven teacher

23  evaluation program.  Is that something that you are using

24  on a regular basis to evaluate teacher performance?

25     A    Yes, sir.



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                               65

1      Q   Are there any other State-driven or
2  State-required evaluation programs that you use as
3  principal to evaluate staff performance?
4      A   No, sir.
5      Q   How do you evaluate the performance of
6  therapeutic staff at CGAC (sic)?
7      A   My -- through -- basically through our -- our
8  ability to do refreshers and professional learning
9  opportunities, and based on working with that staff to
10  make sure that we have those that are certified, that
11  they are up-to-date on their certifications.
12     Q   So correct me if I'm misstating this.  You are
13  determining whether staff meet ongoing certification
14  requirements, correct?
15     A   That is correct.
16     Q   Anything else that you are doing to review the
17  performance of therapeutic staff at CGAC?
18     A   Not that I am aware of.
19     Q   So let's talk about the other move that's
20  referenced on this resume, which is the first bullet
21  point under principal, implementation and maintenance of
22  high school component transition to new location.
23         So my understanding is that this is a reference
24  to the migration of students from CGAC -- CGAC center to
25  H.V. Jenkins.  It's a high school located in -- located



1   in Savannah, correct?

2        A   That is correct.

3        Q   Okay.  And what were your duties with respect

4   to this transition?

5        A   The -- the logistical part of it with the

6   actual move, we had a -- we -- we moved that summer of

7   prior to that, setting up there and working on the

8   logistical part of that, certainly working on getting

9   acclimated to -- to the -- the new environment there and

10  implementing the -- the therapeutic environment that we

11  provide and -- and working on that.

12       Q   Who on your staff was working with you in

13  making this transition?

14       A   We have a -- a dedicated program manager for

15  the high school that -- that is serving over there.

16       Q   Who is that person?

17       A   That is Kim Brewer.

18       Q   And has Ms. Brewer been in that role since CGAC

19  transitioned its high school students to H.V. Jenkins?

20       A   That is correct.

21       Q   On a regular week, how much time are you

22  spending at H.V. Jenkins versus at the CGAC center?

23       A   I am over there a minimum of once a week and --

24  and then as needed.

25       Q   So most of the time you are at the CGAC center?



1        A    That is correct.

2        Q    And when would be an example of a time when

3   you're needed to go to H.V. Jenkins other than on your

4   normally scheduled day?

5        A    When the program manager is out, for

6   administrative coverage, would be an example.

7        Q    So we're a little bit over an hour.  One more

8   question for you --

9        A    Yes, sir.

10       Q    -- or a couple more, and then we will take a

11  break.

12            So I note that you have been a youth wrestling

13  coach at a number of schools, correct?

14       A    That is correct.

15       Q    Including Savannah Christian Preparatory

16  School?

17       A    That is correct.

18       Q    And Jenkins High School?

19       A    That is correct.

20       Q    Have you ever coached wrestling at CGAC?

21       A    I have not.

22       Q    Has there ever been a wrestling program at

23  CGAC?

24       A    There is not.

25            MR. HOLKINS:  Let's take a 15-minute break.



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              68

1   Off the record.

2           THE VIDEOGRAPHER:  It is now 10:06.  We are

3   going off the video.

4           (The deposition was at recess from 10:06 a.m.

5   to 10:22 a.m.)

6           THE VIDEOGRAPHER:  It's now 10:22, and we are

7   going back onto the video.

8       Q   BY MR. HOLKINS:  Welcome back, Mr. Ackerman.

9       A   Yes, sir.

10      Q   Just a couple of questions to clean up from our

11  discussion earlier today before we move on.  The first is

12  with respect to evaluations of therapeutic staff at CGCA.

13  And I believe you testified previously that the only way

14  that you personally are evaluating those employees is

15  just by assessing whether they are maintaining the

16  necessary certifications.  Is that accurate?

17      A   That is accurate, correct.

18      Q   Is -- is there some other evaluation process

19  for those staff?

20      A   They are evaluated by the -- the general

21  process through the TKES program, through the process of

22  the evaluation system.

23      Q   That's the State-directed program?

24      A   That's the State-directed program, correct.

25      Q   Every employee?



DAVID ACKERMAN                                   August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          69

```
 1        A    Every employee does, yes.
 2        Q    Okay.  Just a couple more questions about
 3   your -- your current role.  What is your salary at
 4   present?
 5        A    My salary, 110.
 6        Q    $110,000?
 7        A    Yes, sir.
 8        Q    Do you know whether that is paid out of the
 9   State grant allocation?
10        A    That is.
11        Q    It is?
12        A    Yes, sir.
13        Q    So let's go ahead and move on to another
14   document.  This is going to be Exhibit 400.  I will hand
15   you some copies.
16             (Deposition Exhibit 400 was marked for
17   identification.)
18             THE WITNESS:  Thank you.
19        Q    BY MR. HOLKINS:  Mr. Ackerman, you have just
20   been handed what we are marking as Exhibit 400.  This is,
21   I'll represent, the United States subpoena to Coastal
22   Georgia Comprehensive Academy for documents.  I believe
23   it's a subpoena that you referenced earlier reviewing in
24   preparation for this deposition; is that correct?
25        A    Yes, sir.
```



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            70

```
 1        Q    And did you first receive this document at or
 2   around the time it was served?
 3        A    Yes, sir.
 4        Q    And that was in August of 2021, correct?
 5        A    That is correct.
 6        Q    Did Mr. Dennison show this document to you?
 7        A    He did.
 8        Q    And Coastal Georgia Comprehensive Academy
 9   prepared a response to this subpoena, correct?
10        A    That is correct.
11        Q    What was your involvement?
12        A    My involvement was -- was accumulating the
13   documents to -- to assist in getting them supplied to
14   the -- to the government.
15        Q    Did you personally look for responsive
16   documents?
17        A    Did I personally look for some?  In some cases,
18   yes.
19        Q    Did staff assist you --
20        A    Yes, sir.
21        Q    -- with that?
22             And which staff assisted you with responding to
23   the subpoena?
24        A    There was a number of staff.  My program
25   managers certainly assisted with that.
```



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          71

1      Q    There is no need to identify their names.  The

2   program managers.  Were there other titles that were

3   involved?

4      A    There -- like our information specialist,

5   administrative secretary.  Any kind of documents like

6   that.

7      Q    Were therapeutic staff involved in responding

8   to the subpoena?

9      A    The -- there is no specific like -- like

10  therapeutic staff that's not all staff anyway.

11     Q    So essentially, did all staff have a role in

12  responding to the subpoena?

13     A    No.  No.  All staff did not have a role in

14  this.

15     Q    Okay.  The program manager, the information

16  specialist --

17     A    Correct.

18     Q    -- and yourself?

19     A    Correct.  Yeah.

20         MR. DENNISON:  And for clarity, there was

21  district side support, as well, in production, correct?

22         THE WITNESS:  Correct.

23     Q    BY MR. HOLKINS:  And who from the district was

24  involved?

25     A    There was -- the human resources department



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          72

 1  assisted, and sorry.

 2          MR. DENNISON:  DiTommaso in accountability.

 3          THE WITNESS:  Yeah, accountability.

 4          THE REPORTER:  Say the name again.

 5          DENNISON:  DiTommaso.  It's Italian, D-i.

 6      Q   BY MR. HOLKINS:  So these are all employees of

 7  the Chatham --

 8      A   Correct, yes.

 9      Q   -- School District?

10      A   Yes, sir.

11          MR. DENNISON:  And the special ed, special ed

12  leadership.

13          THE WITNESS:  And special ed, yes.

14      Q   BY MR. HOLKINS:  Special ed leadership, I'm

15  sorry what was that?

16          MR. DENNISON:  Yes, so Dr. Finch and Dr. Keener

17  on the district side with special ed were -- participated

18  in the exercise of production.

19      Q   BY MR. HOLKINS:  Do you know, Mr. Ackerman,

20  what their specific role was in assisting with the

21  production?

22      A   Yes, I do.

23      Q   What was their role?

24      A   Assisting in specific documents that they would

25  have access or -- or ability to go ahead and assess --



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              73

1   access.

2       Q   And what kinds of documents did they have

3   access to that were responsive to the subpoena?

4       A   I don't know specifically.  I guess perhaps

5   when we go through that, I can...

6       Q   Uh-huh.  Well, we'll go through some

7   documents --

8       A   Okay.

9       Q   -- that were produced, and then I can just ask

10  you for each of those documents who was involved, and

11  that may include some of the district staff --

12      A   Okay.

13      Q   -- that you've mentioned.

14      A   Yes, sir.

15      Q   Did you discuss this subpoena or CGCA's

16  response to this subpoena with anyone at the State

17  Department of Education?

18      A   I did not.

19      Q   You did not discuss this subpoena with Vickie

20  Cleveland?

21      A   I did not discuss the subpoena.

22      Q   Did you discuss the subpoena or CGCA's response

23  with other directors of GNETS programs?

24      A   I did not.

25      Q   Did you discuss CGCA's response to the subpoena



 1  with counsel for the State of Georgia in this litigation?

 2      A   With -- I did not, no.

 3      Q   Did you review all of the documents that CGCA

 4  ultimately produced in response to this subpoena?

 5      A   Yes.  I looked through them.

 6      Q   So you can set that aside for now, and we are

 7  going to move on to another document.  This is going to

 8  be 401.

 9          (Deposition Exhibit 401 was marked for

10  identification.)

11      Q   BY MR. HOLKINS:  Mr. Ackerman, you've just been

12  handed what we are marking as Exhibit 401.  I'll

13  represent that this is a subpoena to Coastal Georgia

14  Comprehensive Academy for inspection of the premises by

15  United States in connection with this litigation.

16          Mr. Ackerman, have you seen this document

17  before today?

18      A   I have.

19      Q   Did Mr. Dennison also show you this document?

20      A   He did.

21      Q   Are you familiar with the attachment to the

22  subpoena which starts on page 3 of the document?

23      A   Yes.

24      Q   I think you referenced earlier today these

25  visits by the United States, both our attorneys for the



1  United States and experts for the United States, correct?

2      A   That is correct.

3      Q   Do you recall when those visits occurred?

4      A   They were in March.

5      Q   Of 2022?

6      A   Of 2022.

7      Q   And there were multiple visits, correct?

8      A   Correct.  We had -- we had -- I guess two teams

9  came, one on a Tuesday and one on a Thursday, visiting

10  both sites.

11     Q   Were you personally present for those visits?

12     A   I was.

13     Q   And DOJ attorneys were in attendance, correct?

14     A   Yes, sir.

15     Q   And for the record, I was in attendance,

16  correct?

17     A   Correct.  Yes.

18     Q   On one of those visits?

19     A   Yes, sir.

20     Q   And then there were also experts for the

21  Department of Justice in attendance during those visits,

22  correct?

23     A   That is correct, yes, sir.

24     Q   Were attorneys for the State of Georgia present

25  during those visits?



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              76

1        A    Yes, sir.

2        Q    Were personnel for the Georgia Department of

3   Education present during those visits?

4        A    Yes, sir.

5        Q    Who specifically?

6        A    I don't remember which order, but Wina Lowe was

7   at one, and then Shaun Owen was at the other.

8        Q    What is Wina Lowe's position?

9        A    I -- I am drawing a blank on her exact title.

10  Sorry.

11       Q    She's at the Department of Education?

12       A    Yes, sir.

13       Q    And what about Shaun Owen?  Do you recall what

14  her position is?

15       A    She's the -- I mean, executive -- or sorry.

16       Q    She's the director?

17       A    Their director, right.

18       Q    Have you had occasion to talk with Ms. Owen

19  before those visits?

20       A    No.  No, sir.

21       Q    What about with Ms. Lowe?

22       A    No, sir.

23       Q    You never met them before?

24       A    No, I did not.

25       Q    Had they ever visited CGCA before, to your



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                             77

1    knowledge?

2         A    No, they have not, to my knowledge.

3         Q    Could you describe generally what the site

4    inspections entailed?

5         A    Yes.  They wanted to see the facilities, both

6    locations.  I went into most, if not all of the classes,

7    to go ahead and -- and observe and -- and basically just

8    kind of get an idea for what the facilities were at both

9    locations.

10        Q    And do you recall whether members of the DOJ

11   team, including experts, took photographs as part of that

12   site inspection?

13        A    I do.  I am aware of that, and yes, they did.

14        Q    And that's pursuant to Attachment A to the

15   subpoena, correct?  I'll direct you to page 3 of the

16   attachment which references the ability to take photos.

17        A    Yes, sir.

18        Q    Okay.  Is that right?

19        A    Yes, sir.

20        Q    So in addition to going into most of the

21   classrooms, as you testified, there was observation

22   occurring through these -- during these inspections,

23   correct?

24        A    Yes.

25        Q    Specifically by the United States experts?



DAVID ACKERMAN                                August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          78

1      A   Correct.

2      Q   What did your staff do to prepare for the site

3  inspections by the United States Department of Justice?

4      A   In preparation, I -- I was just transparent

5  about the visit and just alerting them that there were

6  going to be visitors in the -- in the building.  And --

7  and my assumption is that everybody kind of did business

8  as usual, so to speak, with -- with -- you know, with

9  just efforts to -- to show well.

10         (Court reporter clarification.)

11     Q   BY MR. HOLKINS:  So you spoke with your staff

12  in preparation for these visits, correct?

13     A   That is correct.

14     Q   Who else did you talk with in preparation for

15  the site visits?

16     A   With counsel and -- I mean, and staff there,

17  sure.

18     Q   Did you make any special maintenance requests

19  in preparation for the site visits by the United States

20  Department of Justice?

21     A   Did we make any special maintenance requests,

22  no, sir.

23     Q   Were there any modifications to class schedules

24  in preparation for these site visits?

25     A   There were not.



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              79

1     Q    Any modifications to students' schedules in
2   preparation for --
3     A    There was no modifications to scheduling.
4     Q    Including bus scheduling?
5     A    That is correct.  No.
6     Q    Did you or anyone on your staff have
7   conversations with students or their families about the
8   visit in advance?
9     A    We sent out notifications.
10    Q    To all families?
11    A    Yes, sir.
12    Q    Were there any other communications aside from
13  that notice with the families?
14    A    No, sir, unless they called.
15    Q    And did some families call?
16    A    I did have a few calls.
17    Q    What were those calls about?
18    A    Just trying to understand what the letter was,
19  a little bit more clarification on the letter as to who
20  would be coming to visit.
21    Q    Were there any conversations between you and
22  your staff and Wina Lowe after the site visit?
23    A    No, sir.
24    Q    What about with Shaun Owen?
25    A    No, sir.



1      Q   Are there other entities conducting site visits

2   similar to the one that the United States conducted at

3   CGCA?

4      A   Not at our site, no, sir.

5          MR. DENNISON:  Another point of clarification,

6   just in terms of there was a storage facility at Coastal

7   Georgia Comprehensive Academy.  That storage facility was

8   basically organized in the lead-up to the visit, was it

9   not?

10         THE WITNESS:  That is correct.  So can I --

11     Q   BY MR. HOLKINS:  Please --

12     A   -- retract the --

13     Q   -- offer clarification.

14     A   -- the -- when you are asking maintenance,

15   there was a district-owned portion of our building that

16   was cleaned up.

17     Q   And what exactly do you mean by "cleaned up"?

18     A   It -- it became like a -- a storage area for --

19   for -- you know, from the district from -- and

20   maintenance just cleaned up the area a little bit.

21     Q   So they removed items?

22     A   Yeah.

23     Q   Tidied things up?

24     A   Right.  And we -- we -- we don't have any

25   access to that room.  I don't even have a key to that



 1   room in that -- in the building.

 2        Q   Okay.  And so who performed that task?

 3        A   The district.

 4        Q   Was that at your direction?

 5        A   Yes.  Like I -- I had requested that, yes.

 6        Q   Did you make any other requests of the district

 7   in preparation for the site visit?

 8        A   I did not.

 9        Q   Did you make any request of staff in

10   preparation for the site visit?

11        A   I did not.

12        Q   Did the district make any request of you in

13   preparation for the site visit?

14        A   They did not.

15            MR. DENNISON:  Off the record.

16            THE VIDEOGRAPHER:  Off the video.

17            (A discussion was held off the record.)

18            THE VIDEOGRAPHER:  10:39, going back on video.

19        Q   BY MR. HOLKINS:  You can set aside Exhibit 401.

20        A   Okay.

21        Q   Mr. Ackerman, could you describe generally the

22   structure of the GNETS program.

23        A   The structure of the program is to work with

24   students with severe emotional behavioral disorders.  I

25   am trying to help them cope with their emotional



 1  component, try to give them social skills, and trying to

 2  work on their behaviors, maintain their academic

 3  progress, and ultimately get them back to their regular

 4  school.

 5      Q   So just to clarify, would you say that it's one

 6  of the ultimate goals of the GNETS program to return

 7  children to their regular schools?

 8      A   Yes, sir.

 9      Q   As quickly as possible?

10      A   Yes, sir.

11      Q   So I appreciate that.  I want to ask you about

12  the -- the design of the program.

13      A   Okay.

14      Q   Could you describe how it's designed at kind of

15  a statewide level?

16      A   It's -- there is 24 GNETS in the state of

17  Georgia.  Each GNET serves multiple counties to -- and

18  it's a K through 12 program.  It's based on IEP team's

19  decisions determining least restrictive environment and

20  determining that the -- the supports would best be served

21  for their educational growth in our programs.

22      Q   And is there a -- there is a statewide official

23  at the Georgia Department of Education that has

24  responsibilities with respect to the GNETS program,

25  correct?



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              83

1        A   Yes, sir.

2        Q   That's Vickie Cleveland currently?

3        A   Yes, sir.

4        Q   So I want to go back to something you testified

5    about earlier.

6        A   Okay.

7        Q   I had referenced, I think, a prior principal at

8    CGCA, which is Steve Derr, and then I think there was one

9    person who was in that role before you became principal.

10   Is that right?

11       A   That is correct.

12       Q   And can you remind me again who that person is.

13       A   Dr. Andrea DeShazo.

14           MR. DENNISON:  D-e-S-h-a-z-o.

15       Q   BY MR. HOLKINS:  Dr. DeShazo; is that correct?

16       A   Yes, sir.

17       Q   Okay.  Was Dr. DeShazo in the principal role in

18   an interim capacity?

19       A   It -- it was -- it was a transition phase when

20   Mr. Derr retired in that summer, and -- and she was in

21   that role for like the six months until December.  It was

22   a district restructuring, I guess.

23       Q   And is Dr. DeShazo, did she previously work for

24   CGCA?

25       A   She did not.



1      Q   And where -- where did she work before

2   becoming -- taking on this interim role?

3      A   She was with the district.

4      Q   Okay.  Was there a competitive application

5   process to become principal at CGCA before you took on

6   that role?

7      A   For -- for me, yes, sir.

8      Q   So there were other individuals who were

9   interested in becoming principal?

10      A   Yes, sir.

11      Q   And you interviewed and got the job?

12      A   Yes, sir.

13      Q   Okay.  Who was involved in that process of

14   selecting you to become principal at CGCA?

15      A   Who was in the interview committee on that?

16      Q   Yes.

17      A   It's a -- I -- I don't quite remember everybody

18   that was in there.  Mr. Derr was a part of the -- the

19   interview committee.  Dr. DeShazo, she was in that

20   interview committee.  I guess the head of HR would have

21   been, Heather Bilton.  There was a teacher

22   representative.  Their special ed director was in there.

23      Q   For the County?

24      A   That is correct.

25          MR. DENNISON:  Head of HR for certified, not



1   head of HR overall, which referring to Bilton.

2           THE WITNESS:  Yes.  Head of HR for certified.

3   Thank you.

4       Q   BY MR. HOLKINS:  To your knowledge, did the

5   Georgia Department of Education have any involvement in

6   the hiring process for you to become principal?

7       A   No, sir.

8       Q   Vickie Cleveland wasn't on the interview

9   committee, correct?

10      A   No, sir.

11      Q   All right.  So we're going to go to another

12  document.

13          (Deposition Exhibit 402 was marked for

14  identification.)

15      Q   BY MR. HOLKINS:  Mr. Ackerman, you have just

16  been handed what will be marked as Exhibit 402.  I will

17  represent for the record that this was produced by

18  Coastal Georgia Comprehensive Academy to the United

19  States in response to the subpoena for documents

20  described previously.

21          Have you seen this document before today?

22      A   Yes, sir.

23      Q   What is this document?

24      A   This document is part of what was submitted as

25  part of the subpoena.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              86

1     Q   And did this document exist before the receipt

2   of the United States subpoena for documents, or was it

3   something that was created in response?

4     A   Can I look over it just to make sure?

5     Q   Please take your time.

6         MR. DENNISON:  A point of clarification.

7         MR. HOLKINS:  Yeah.

8         MR. DENNISON:  He's free to answer both.  He's

9   free to answer the --

10        MR. HOLKINS:  Oh, absolutely.

11        MR. DENNISON:  Part of it was created and part

12  of it is an existing document.

13        MR. HOLKINS:  Absolutely.  Right.  And that's

14  exactly what I was going to say, that it's -- we created

15  this specifically for the subpoena, but the information

16  obviously was already developed.

17    Q   BY MR. HOLKINS:  So there is a list of sites

18  described in this document, the first of which is Coastal

19  Georgia Comprehensive Academy at 2001 Cynthia Street,

20  Savannah, Georgia 31415, correct?

21    A   That is correct.

22    Q   And that is the location of the standalone

23  GNETS center operated by CGCA, correct?

24    A   That is correct.

25    Q   CGCA's response indicates that students were



DAVID ACKERMAN                                   August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           87

 1  and are served at the site, including in 2019, 2020,

 2  2021, and 2022, correct?

 3       A   Yes, sir.  Correct.

 4       Q   So I may refer to this center by shorthand as

 5  CGCA center just --

 6       A   Yes, sir.

 7       Q   -- as a heads-up.

 8           Okay.  When was this building built?

 9       A   I need to --

10       Q   I think that I can help a little bit.

11       A   Okay.

12       Q   I think on page 5.

13       A   Yeah, thank you.

14       Q   Is it 1970?

15       A   That sounds accurate, but let me -- yes, sir.

16  There it is.

17       Q   What was the purpose it was originally built

18  for?

19       A   Is that -- I don't know, unless that's written

20  on there.

21       Q   I'm not sure if that's reflected in this

22  document.  Do you have any personal knowledge?

23       A   I do not know.  I do not know.

24       Q   Do you know how its purpose has evolved since

25  1970?



1        A    I do not know.

2        Q    Do you know whether it's been used for anything

3   other than as a GNETS facility?

4        A    Not since I have been an employee, employed.

5        Q    So just to be clear, you don't have any

6   knowledge of whether prior to your joining CGCA this

7   facility was used for something else?

8        A    That is correct.  I do not know.

9            MR. DENNISON:  And just another point of

10  clarification.  There are students that are served under

11  another program other than GNETS at the facility.

12           MR. HOLKINS:  Right.

13           MR. DENNISON:  Just to be clear.

14           MR HOLKINS:  Right.

15           MR. DENNISON:  It's not all GNETS students at

16  the facility.

17           MR. HOLKINS:  Right.  And we will -- we will

18  talk about that in a second.

19       Q    BY MR. HOLKINS:  What changes have been made to

20  this building since you first joined CGCA?  I believe it

21  was in 1990 --

22       A    '6.

23       Q    -- '6?

24       A    Yes, sir.  There -- there has been a couple of

25  renovations.  I know the most recent one was just a



1    couple of years ago.  Is that in this document or is that

2    somewhere else?  I don't recall.

3        Q    What was the most recent renovation?

4        A    I believe it was 2018.  I thought that was in

5    one of these documents but probably not this one.  Okay.

6        Q    So at the time you were program manager,

7    correct?  You were a program manager?

8        A    Yes, sir.  Yes, sir.

9        Q    What were the renovations to in 2018?

10       A    I believe -- I'm not 100 percent sure.  I know

11   they did some -- I wasn't part of the planning part of

12   that, but I know some classroom improvements and so

13   forth.

14       Q    Are there any renovations currently planned for

15   the CGCA center located at 2001 Cynthia Street?

16       A    No, sir.

17       Q    Can you describe the process of getting

18   improvements made to the CGCA center?  How would you go

19   about that?

20       A    I would probably first discuss that with my

21   associate superintendent and -- and discuss the -- the

22   need, and then looking at the process of moving forward

23   with that and -- and just following protocol.

24       Q    So there's a established protocol for getting

25   authorization for facility improvements?



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                  90

1       A    Certainly.  Certainly.

2       Q    And you said associate superintendent.  Is that

3    a County-level position?

4       A    Yes, with the Chatham County district, yeah.

5       Q    Okay.  Do you know how the 2018 improvements to

6    classrooms at CGCA center were financed?  Where did the

7    money come from?

8       A    I do know that it was a partial grant, and then

9    the district supplemented the grant.

10      Q    To be clear, partial grant from the State?

11      A    I'm pretty sure it was from the State.  I'm --

12      Q    Do you know how much --

13      A    I'm not 100 percent.

14      Q    -- the grant was?

15      A    I do not have the exact number.  Is that in

16   there?

17      Q    So just there may be some clues here on page 4.

18      A    Okay.

19      Q    You note that there is a permit -- I'm going to

20   direct you to the bottom of the page.

21      A    Yeah.

22      Q    There is a permit for renovations --

23      A    Yes.

24      Q    -- in 2019.

25      A    That's the -- that is it.  That's correct.



1        Q    So that a million dollars is the total cost of

2   the renovations in -- that you were referencing, right?

3        A    That is exactly it.  Yes, that's it.

4        Q    And that was funded in part through a State

5   grant?

6        A    Yes, sir.

7        Q    But you don't recall how much the State grant

8   contribution was toward that million-dollar amount?

9        A    I -- I think it was for the million, but I'm

10  not sure.

11       Q    Okay.

12       A    I don't know.

13       Q    So you -- it's possible that the -- the State

14  grant was for that -- a million-dollar amount?

15       A    That is correct, yes.

16            MR. DENNISON:  And again, just for sake of

17  clarity, this document is from the Tax Assessor's record.

18  The school board does not pay taxes, but we do report

19  when we are having a -- you know, needing it.  To do work

20  on the building, we are going to submit, and they are

21  going to make a record of that.  So that number may or

22  may not be the actual final number.  It's the number that

23  went with the permitting process when reported to the --

24  to the County.

25            MR. HOLKINS:  Thank you, Brian.  That's



1  helpful.  And so is it safe to say that this is probably

2  the floor, but the total amount may actually be higher?

3          MR. DENNISON:  It's -- it's the amount -- it's

4  the front-end amount.

5          MR. HOLKINS:  Right.

6          MR. DENNISON:  Actual amounts are always

7  different than the front-end estimates, I would think.

8          MR. HOLKINS:  Okay.  Thank you.

9      Q    BY MR. HOLKINS:  How many counties does the

10  CGCA center serve currently?

11      A    Currently one.

12      Q    And how has that changed since 2015?

13      A    In 2015 we served two counties.

14      Q    It was Chatham and Effingham?

15      A    Effingham, correct.

16      Q    So let's flip ahead.  And this is page 8, and

17  you can see the pagination at the very bottom.  It's very

18  small writing, but I can help you find where I am going.

19  CGCA, a bunch of zeroes, and then 8.

20      A    Thank you.

21      Q    This is a title page for site number 2, which

22  is Rincon Learning Center.  Am I saying that right?

23      A    Rincon.

24      Q    Rincon, I'm sorry.

25      A    That's all right.



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              93

```
 1        Q    Rincon Learning Center, and that's located at
 2   116 East Fifth Street in Rincon, Georgia 31326; correct?
 3        A    That is correct.
 4        Q    The representation made here is that the
 5   satellite site of CGCA served GNETS students in 2019 and
 6   2020, correct?
 7        A    That is correct.
 8        Q    It may already be apparent, but just to make
 9   sure it's clear for the record, why was this called a
10   satellite site?
11        A    For the -- that it was -- I guess that's what
12   we -- we just termed it based away from the site -- site
13   based.
14        Q    Based away from the CGCA center?
15        A    Right.  Correct.
16        Q    And initially the students at -- ended up being
17   served in the Rincon Learning Center were at CGCA?
18        A    That is correct, yes.
19        Q    And then you established a satellite site and
20   some students moved there?
21        A    That is correct, the ones that were residents
22   in Effingham County.
23        Q    Okay.  But that center -- excuse me.  The
24   satellite site in Rincon served only GNETS students,
25   correct?
```



1       A    The -- the Rincon Learning Center had a couple
2   of other programs inside the -- the center.  One of the
3   programs was GNETS.
4       Q    What were the other programs?
5       A    They had their -- what they term their
6   Crossroads program, alternative program there.  I know
7   4-H was in the building, as well.
8       Q    What's 4-H?
9       A    It's like an after-school program.
10          MR. DENNISON:  Agricultural.
11          THE WITNESS:  Yeah.
12      Q    BY MR. HOLKINS:  Okay.  Does the 4-H program
13  serve students with -- just students with disabilities or
14  is it integrated?
15      A    It's -- it's open for the -- to the general
16  public.
17      Q    Okay.  And the Crossroads program, is that a --
18  a disability service program?
19      A    No, sir.
20      Q    That's open to the general public?
21      A    Right.  Yes, sir.
22      Q    Okay.
23          MR. DENNISON:  Just for point of clarification,
24  I think he's saying that's a disciplinary, nature of a
25  discipline.  4-H is an extracurricular program someone



 1   would choose to do, and it's open to anyone.  Crossroads

 2   would be because there is a disciplinary issue.

 3        Q   BY MR. HOLKINS:  Understood.  Okay.  So there

 4   is a referral to Crossroads because of a disciplinary --

 5        A   Right.

 6        Q   -- issue, but it's not necessarily a child with

 7   a diagnosed behavioral health condition?

 8        A   That is correct.

 9        Q   Okay.

10        A   There were some students that were doing credit

11   recovery that were also being a part of voluntarily but

12   -- of the Crossroads, but it's -- but it was not as you

13   described.

14        Q   What was the setup of the GNETS classrooms in

15   the Rincon Learning Center relative to the other parts

16   of -- of the -- the center, the 4-H program and the

17   Crossroads program?

18        A   We occupied a wing, as did the other programs,

19   and we had a common use of the cafeteria, common use of

20   the gym, and -- and we shared a bus ramp.

21        Q   So there was a -- a dedicated wing for GNETS

22   classrooms at the Rincon Learning Center?

23        A   Correct.  Yes.

24        Q   Did staff and students need a special badge in

25   order to access that wing?



1      A    No, sir.

2      Q    It was open?

3      A    Just like our regular entrance to the building,

4  like everybody, you know, to get into the building itself

5  but not to that particular wing.

6      Q    So there was a -- a card necessary to access

7  the front door of the building?

8      A    Correct.

9      Q    But once you were in the front door, anyone can

10 access the GNETS wing in Rincon Learning Center?

11     A    That is correct.

12     Q    Okay.  Do you know what year the Rincon

13 Learning Center facility was built?

14     A    Unless it's written on there, I do not, no.

15     Q    So on page 9 of this document there's a

16 reference to a sale in April of 1962, so presumably the

17 building was constructed --

18     A    I see that.

19     Q    -- prior to that.

20     A    I do see that.

21     Q    Were any renovations made to the Rincon

22 Learning Center during the period of time when GNETS

23 students were served there?

24     A    No, sir.

25     Q    Were any requests for renovations made to the



1  district during the time that GNETS students were served

2  at the Rincon Learning Center?

3       A    No, sir.

4       Q    In 2019/2020 when GNETS students were served at

5  the Rincon Learning Center, were there specific diagnoses

6  that the center specialized in serving?

7       A    Primarily for -- for -- in our program, our

8  students with emotional behavioral disorder and through

9  the IEP team looking at the least restrictive environment

10  for -- for where they can best be served.

11       Q    So, I -- I don't think my -- my question was a

12  great one, so I'm going to try again.

13       A    Okay.

14       Q    I'm trying to understand whether -- whether

15  this facility was serving students who had a particular

16  kind of diagnosis or was it just any child that met the

17  requirements for GNETS who lived in Effingham County?

18       A    Yes, correct, the latter.

19       Q    The latter?

20       A    On the latter.

21       Q    Okay.  So I -- you may have addressed this

22  already, but I want to make sure that -- that it is

23  addressed.  Why did CGCA cease serving students at Rincon

24  Learning Center?

25       A    Why did the students from Effingham County not



1  continue with the GNETS program?  Is that --

2       Q    Right.  Or why did CGCA stop operating a wing

3  at the Rincon Learning Center after the 2020?

4       A    Per request by the Effingham County school

5  board.

6       Q    Okay.

7       A    Yeah.

8       Q    That was not a decision made by CGCA?

9       A    That is correct.  That was not a decision made

10  by CGCA.

11       Q    Did you have any input in that decision?

12       A    I did not.

13       Q    To your knowledge, did anyone at the Chatham

14  School District have any input on that decision?

15       A    I -- I do not believe that they did.

16       Q    Did you have any communication with staff at

17  the Georgia Department of Education with respect to this

18  decision to no longer serve through CGCA students in

19  Effingham County?

20       A    I did not.

21       Q    And where are the students previously served at

22  the Rincon Learning Center in Effingham County now

23  served; do you know?

24       A    They -- they started another program called

25  enCompass at the same location, and -- and I -- I am -- I



1    am not up to date on where it is at this point.

2        Q   Is enCompass a GNETS program?

3        A   enCompass is not a GNETS program.

4        Q   Do you know how it's funded?

5        A   I do not know how they are funded.

6        Q   Is it your understanding that the enCompass

7    program essentially served the same population that

8    previously was served through CGCA at the Rincon Learning

9    Center?

10       A   That would have been my understanding, yes.

11       Q   And they are still operating out of that same

12   wing that you described previously?

13       A   Currently, that I don't know.

14       Q   So let's move ahead to site number three.  And

15   this is page 12.  This is described as a school-based

16   program for CGCA at H.V. Jenkins High School, correct?

17       A   That is correct.

18       Q   So page 12 of this document represents that

19   CGCA began serving GNETS students at this site in

20   August of 2021, correct?

21       A   Yes.  Oh, yes.  That is correct.  That is the

22   correct date, yes.

23       Q   Previously, the students served at H.V. Jenkins

24   through CGCA were served at the CGCA center?

25       A   That is correct.



1        Q   Construction on H.V. Jenkins High School was
2    completed in 2021, correct?
3        A   That is correct.
4        Q   Is it your understanding that H.V. Jenkins was
5    designed to have a GNETS -- to house GNETS classrooms?
6        A   That is correct, yes.
7        Q   Could you describe generally where the GNETS
8    classrooms are situated in H.V. Jenkins?
9        A   It's occupied in a wing.  The building kind of
10   looks like a plus sign, the top of the plus.
11       Q   So it's a -- it's a separate wing just for the
12   GNETS classrooms, correct?
13       A   That is correct.
14       Q   Is a special badge required to gain access to
15   the wing?
16       A   Not a special badge, no, sir.
17       Q   Is a badge required to gain access to the wing?
18       A   A badge is required to get in, yes, sir.
19       Q   So you cannot open the door unless you use the
20   badge?
21       A   That is correct, or unless somebody buzzes you
22   in.
23       Q   You can -- can you be buzzed in from the
24   inside?
25       A   You can be buzzed in from the inside.



1    Q    So the only ways to access the GNETS wing are

2   for someone to buzz you in from the inside or to use a

3   card to gain access?

4    A    That is correct, yes.

5        MR. DENNISON:  If we can go off the record for

6   a second.

7        THE VIDEOGRAPHER:  Off the video.

8        (A discussion was held off the record.)

9        THE VIDEOGRAPHER:  11:07, and we are going back

10  on the video.

11   Q    BY MR. HOLKINS:  So we were just talking about

12  the design of the GNETS wing at H.V. Jenkins.

13   A    Yes, sir.

14   Q    How was the decision made, to the best of your

15  knowledge, to create a GNETS wing in H.V. Jenkins?

16   A    How was the decision?  I -- I really was not a

17  part of any of that -- that development of that -- of

18  the -- the plans for that.

19   Q    Did you provide any input with respect to the

20  decision to have a GNETS wing at H.V. Jenkins?

21   A    I did not.  I was not a part of that.

22   Q    Do you know if Steve Derr had any role?

23   A    I would assume that he had a -- a role in that.

24   Q    Do you know who else was involved in the design

25  process for H.V. Jenkins?



1       A   I do not, no.

2           (Deposition Exhibit 403 was marked for

3   identification.)

4       Q   BY MR. HOLKINS:  Mr. Ackerman, you've just

5   handed -- been handed what we are marking as Exhibit 403.

6   This is a -- a publicly available news article from

7   savannahnow published October 31, 2018, written by Ann

8   Meyer.

9           I will give you a second to review the

10  article --

11      A   Thank you.

12      Q   -- and I will ask you some questions.

13      A   No, I appreciate that.  Thank you.

14      Q   Let me know when you are finished.

15      A   Yes.  Of course.

16          Okay.  I'm ready.  Thank you.

17      Q   Absolutely.  Have you read this article before

18  today?

19      A   I have not.

20      Q   So I first want to draw your attention to

21  the -- the budget as represented for the construction of

22  the H.V. Jenkins High School.

23      A   Okay.

24      Q   This is on the first page?

25      A   Yes.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              103

1      Q   The original budget was 66.2 million, and the

2   budget, as projected at that time in 2018, was 65.1

3   million.  Are those numbers accurate, to the best of your

4   recollection?

5      A   I do not know that.

6      Q   But it also says -- the article says that funds

7   for the project were drawn -- strike that.

8          So I want to direct you to a quote attributed

9   to Steve Derr at the bottom of the article.

10     A   Yes.

11     Q   This is, excuse me, on the bottom of page 1 of

12   the article.

13     A   Okay.  Yes, I'm looking at it.

14     Q   At the time he was principal of CGCA, correct?

15     A   Correct.

16     Q   Mr. Derr is quoted as saying, "We're very

17   excited about it because it will give our students a

18   wealth of opportunities for being transitioned and

19   integrated in to high school classes.  They'll have more

20   quote-unquote regular high school experiences."

21          Do you see that text?

22     A   I do.

23     Q   Did you share that expectation at the time?

24     A   Did I share that expectation?  In -- at what --

25   what time frame?



1    Q   So at -- at the time you were employed by CGCA,
2  correct, in 2018?
3    A   I don't know if I -- and at that moment that I
4  actually ever thought about that particular situation,
5  just to --
6    Q   Do you -- do you agree with this statement:
7  That students at H.V. Jenkins will have a wealth of
8  opportunities for being transitioned and integrated into
9  high school students and a, quote/unquote, more regular
10  high school experience?
11    A   Yes.  At this point in my career, yes, I would
12  agree with that statement.
13    Q   In what ways would you say that the experience
14  of students at H.V. Jenkins are more regular high school
15  experiences?
16    A   They participate in the -- sorry, the cafeteria
17  for lunchtime.  They are with a general ed population,
18  and so they go to their regular lunchtime with -- with
19  everybody.  They -- they go to the media center and just
20  the -- the environment of there with the -- you know, the
21  athletic programs, having access to attend and so forth
22  and being -- feeling a part of the school.
23    Q   And those are opportunities that the students
24  previously did not have when they were going to CGCA,
25  correct?



1      A    That is correct, yes.

2      Q    I want to direct you to another quote.

3      A    Okay.

4      Q    This is on page 2 of the document.  It's

5    attributed to Asia Tinsley, interim president of the PTA.

6    The quote is, "They'll basically be here but kind of

7    separate.  I thought the whole purpose of moving them was

8    to make them inclusive, but it sounds -- it kind of

9    sounds like we're separating them again."

10         Do you see that text?

11     A    I do.

12     Q    And previous to reading this article, were you

13   aware of concerns about how designing the new classroom

14   as a separate wing would keep GNETS students separate?

15     A    I was not.

16     Q    You had never heard this before?

17     A    I have not heard that before, no.

18     Q    Is it a concern for you now?

19     A    No.  I -- I don't view that as a concern.

20     Q    Why not?

21     A    Because I -- I think it's -- just the way

22   it's -- the -- the inclusive word is, I think

23   they're -- Ms. Tinsley perhaps is defining it, the word

24   inclusive, in a different way.

25     Q    How would you define it for purposes of the



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              106

```
1   students who are at H.V. Jenkins?
2        A   The -- the purpose of inclusive is -- is having
3   the opportunities, not necessarily the -- the physical
4   makeup.
5        Q   So the fact that students at H.V. Jenkins could
6   in theory go to the media center --
7        A   Yes.
8        Q   -- is the inclusion that's delivering?
9        A   Correct.
10        Q   Not the fact of them actually being there
11   alongside general education students?
12        A   Yes.  Yes, I'm following you.
13        Q   Let's leave that for now and put this aside.
14            So we are now going to show you a document via
15   Zoom, and this is the process that I described earlier.
16   What I will do is share my screen.  It should appear on
17   your screen.
18        A   Okay.  Yes, sir.
19        Q   Then I will give you control, and then you can
20   scroll up and down, which I don't think -- I think this
21   is just one page.
22        A   Okay.
23        Q   And you can let me know when you are finished
24   reviewing it, and I will take control back.
25        A   Thank you.
```



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          107

1        Q   Stand by.  Can you see my screen?

2        A   I can.

3        Q   And so what I'm going to do now is use the

4    remote control function.  And if you use the mouse, the

5    cursor, you should be able to select a document.

6        A   Okay.

7        Q   And then you can scroll up or down.  There are

8    actually two pages to this document.

9        A   Okay.

10       Q   Are you able to do that?

11       A   I am.

12       Q   You've got it.  You can zoom in if you need to.

13       A   Okay.  Thank you.

14       Q   And just let me know when you are finished

15   reviewing the document.

16       A   Okay.  I'm -- I'm ready.

17       Q   This is a map of H.V. Jenkins, correct?

18       A   Correct.

19       Q   Is it accurate, to the best of your knowledge?

20       A   To the best of my knowledge, yes.

21       Q   So I'd actually like you, if possible, to

22   indicate on the map using the highlighter tool where the

23   GNETS wing is.

24       A   Okay.  Sure.

25       Q   You can draw a circle, whatever works best for



1  you.

2      A   All right.  I think I got it.

3      Q   That's perfect.

4          So you've just highlighted a wing of classrooms

5  toward the top of the first page of this map, correct?

6      A   I did.

7      Q   And this is, for the record, classrooms 1404 to

8  1428; is that right?

9      A   Yeah.  Thank you.

10         Yes, that is correct.

11     Q   Can you also mark at this time the front

12  entrance for the high school.

13     A   For the high school?

14     Q   Uh-huh.

15     A   Yes, sir.

16     Q   You may need to click the highlighter again.

17     A   Oh, sorry.

18     Q   It's that one.  Perfect.

19     A   Yeah.  Okay.

20     Q   Okay.  So that's the other side of the

21  facility?  The bottom of page 1, correct, is the front

22  entrance?

23     A   Correct, yes.

24     Q   Could you make an X.  And you can use the

25  highlighter tool to indicate on this map where GNETS



 1  students enter the building.

 2       A   Yes, sir.

 3       Q   It's -- it's already clicked.  You don't need

 4  to click it.

 5       A   Oh, it is.

 6       Q   Great.

 7           So that's the entrance, as you've just marked

 8  on this map, leads directly to the GNETS wing that you

 9  marked previously, correct?

10       A   That is correct.

11       Q   And is it fair to say that students who are not

12  enrolled in CGCA's GNETS program are entering through the

13  front entrance which you marked previously?

14       A   No, they -- that is not correct.  They actually

15  come through -- like the -- the bus ramp is off to the

16  left there.  There is like a -- do you want me to dot it

17  right there?

18       Q   That would be great.  If you can maybe make

19  another X.

20       A   That's the -- the students that come off the

21  bus.

22       Q   Okay.

23       A   That's the bus ramp there.

24       Q   That's helpful.

25           And so students who are not enrolled in GNETS



1   are entering a separate entrance than students who are

2   GNETS?

3       A    The whole -- correct, on the -- the door

4   entrance.  The bus ramp is the same.

5       Q    Okay.  The same bus ramp but different

6   entrance?

7       A    Yes.  Correct.

8       Q    So I should have clarified that this -- this is

9   going to be Exhibit 404, and I think that we will -- I

10  think it makes sense to actually introduce two copies.

11  We will introduce a blank copy as 404, and then 405 will

12  be the marked version.

13      A    Yes, sir.

14          (Deposition Exhibit Nos. 404 to 405 were marked

15  for identification.)

16      Q    BY MR. HOLKINS:  We may refer back to this --

17      A    Okay.

18      Q    -- but I think for now we can set it aside, so

19  I'm going to stop sharing my screen.

20      A    Okay.

21      Q    Just give me one second.  I'm going to just

22  save this document so that I don't lose it.

23      A    Yes.

24      Q    Thank you.

25          You referred to this wing that we were just



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                      111

1  discussing.  It's a GNETS wing, correct?

2       A    Yes.

3       Q    Is that what staff call it?

4       A    Probably more referred to Coastal Georgia

5  Comprehensive Academy's wing.

6       Q    CGCA wing?

7       A    CGCA wing, yes.

8       Q    And do H.V. Jenkins staff who are not

9  associated with the CGCA program also know it as the CGCA

10  wing?

11      A    I would just be speculating.

12      Q    Have you -- have you heard individuals outside

13  of the CGCA program refer to that wing as the GNETS wing

14  or the CGCA wing?

15      A    I have heard, sure.

16      Q    Including students enrolled at H.V. Jenkins who

17  are not in CGCA?

18      A    That I do not know about.

19      Q    So in the last five years have CGCA GNETS

20  services been provided in any location other than the

21  CGCA center, the Rincon Learning Center, or H.V. Jenkins?

22      A    No, sir, they have not been.

23      Q    What entity serves as the fiscal agent for the

24  CGCA?

25      A    The Savannah-Chatham County Schools.



1    Q   And how regularly are you interacting with

2    personnel affiliated with the fiscal agent for CGCA?

3    A   Daily.

4    Q   And who specifically?

5    A   Depending on what the needs are, but I am

6    constantly in contact with my associate superintendent

7    and my direct supervisor and -- and just with everything

8    when it just comes to budgeting the -- that department,

9    when it comes to hiring human resources.  Everything.

10   Q   I -- and I just want to make sure that it's

11   clear for the record.  Your direct supervisor as

12   principal of CGCA --

13   A   Yes.

14   Q   -- is the associate superintendent?

15   A   That is correct.

16   Q   Who is that individual?

17   A   Dr. Kim Hancock.

18   Q   Do you interact with staff at the fiscal agent

19   regarding specific students at CGCA?

20   A   Yes.  Yes.

21   Q   What kind of discussions will you have with the

22   fiscal agent staff specific to individual students?

23   A   Attending like -- just like some -- some DPT

24   meetings and so forth, just awareness.

25   Q   What are -- what's DBT?



1        A    Oh, gosh.

2        Q    Is it dialectical behavioral therapy?

3        A    No, no, no.

4             MR. DENNISON:  Disciplinary placement --

5             THE WITNESS:  Disciplinary placement team.

6    Thank you.

7        Q    BY MR. HOLKINS:  DPT?

8        A    DPT, sorry.

9        Q    Disciplinary placement team?

10       A    That is correct.

11       Q    Okay.  And so when would you have a DPT meeting

12   with the fiscal agent staff?

13       A    Sometimes we're invited to it to -- to listen

14   in.

15       Q    What occurs during those meetings?

16       A    Just a -- a -- a -- kind of like a -- an idea

17   of how to best serve the -- the student in -- not in

18   placement but in going ahead in -- in trying to resolve

19   an issue.

20       Q    And would this be an issue that potentially has

21   been flagged by staff at CGCA?

22       A    No.

23       Q    Oh.  So what kind of disciplinary issues are

24   being addressed?

25       A    It's just that we are included in some of



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          114

1    the -- the meetings, not just based on somebody

2    identifying that we may be a -- a potential referral down

3    the line.

4         Q    Oh, I see.  And so this is part of the referral

5    and admission process?

6         A    No.  It has nothing to do with that.

7         Q    Okay.  I'm sorry.  I'm just confused.

8         A    I apologize.

9         Q    So what's the purpose of the meeting?

10        A    The -- the purpose is just a -- a district team

11   meeting to -- to come up with some ideas on how to --

12   to -- to best solve the problem.

13        Q    For specific students who are enrolled at CGCA?

14        A    No.

15        Q    For what problem are you trying to solve?

16        A    I'm -- I'm -- that's not -- I'm not a part of.

17        Q    Right.

18        A    I'm just a --

19        Q    So what's the problem that these meetings are

20   designed to tackle?

21        A    If there is like a -- a -- a discipline problem

22   with a student in -- in their regular school.

23        Q    In the regular school, not in CGCA?

24        A    Not in CGCA.

25        Q    Okay.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          115

 1     A   We -- we have never had calls about our student
 2  in this -- at this meeting.
 3     Q   Okay.
 4     A   We're just -- we're just invited to this
 5  occasionally.
 6     Q   Thank you for bearing with me.
 7     A   Yeah, no, I -- I apologize.
 8     Q   That's fine.
 9         And so these are -- you are essentially -- they
10  are in an advisory capacity --
11     A   Correct.
12     Q   -- for disciplinary issues concerning students
13  enrolled in --
14     A   Right.
15     Q   -- not in CGCA?
16     A   Correct; that I was merely just responding to
17  the -- the original question if we talked to the district
18  about --
19     Q   Right, right, right.
20     A   -- any.
21     Q   Thank you.  I appreciate the clarification.
22         MR. DENNISON:  If you want me to interject an
23  addition, I will, but --
24         MR. HOLKINS:  I think that we've got it now,
25  but, thank you.  I appreciate that, Brian.



1      Q    BY MR. HOLKINS:  Does CGCA have a memorandum of

2  understanding with the fiscal agent?

3      A    Yes.

4      Q    And what does the -- what does that MOU or

5  memorandum of understanding provide?

6      A    I -- I don't know specifically all of it, but

7  in-kind services for providing for our -- our -- our

8  program, staffing, building facility and such.

9      Q    Is that updated on an annual basis, an MOU?

10     A    I -- I don't know how often it's updated.

11 We -- we have to resubmit it each -- so yes, it would be

12 yearly because we would have to submit the grant each

13 year and have it re-signed, yeah.

14     Q    So you are resubmitting the MOU with any

15 proposed changes as part of your grant proposal?

16     A    Exactly.  Right.

17     Q    And that's a proposal specifically to the

18 district or to the -- or to the State?

19     A    To the State.

20     Q    To the State?

21     A    Right.

22     Q    Okay.  Thank you.

23          And so that reflects changes proposed both by

24 the fiscal agent and by CGCA?  In other words, can you

25 describe the process for making -- for updating the MOU



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              117

1    before it's submitted to the State?

2         A    And I -- I have never done an update, so I

3    really don't know the -- the process, to be honest with

4    you.

5         Q    Have you had any role in submitting a

6    application for a State grant to the Georgia Department

7    of Education since becoming principal?

8         A    For -- yes.  For our State grant I have, yes.

9         Q    And this -- the MOU is not attached to that

10   State grant application?

11        A    The MOU is attached.

12        Q    But you have not made any updates to the MOU?

13        A    That is correct.

14        Q    Okay.

15        A    In the -- the one year that I did it, I did not

16   make any updates to that.

17        Q    Understood.

18             So are you aware of any changes that have been

19   made to the MOU in the last five years?

20        A    I am not aware of any.

21        Q    But you are familiar with the MOU in its

22   current form?

23        A    Aware of it, yes.

24        Q    Have you read it?

25        A    At one point.



DAVID ACKERMAN                                     August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            118

1        Q    How recently?

2        A    Probably when we submitted the State grant.

3        Q    Which was when; do you recall?

4        A    We typically submit the State grant June.

5        Q    June of 2022 is the last, and really the first

6   time you submitted it?

7        A    Correct.  No, I was a part of the 2021.

8        Q    2021 as well?

9        A    Yes.

10       Q    Because you joined in January --

11       A    That is correct --

12       Q    -- as principal?

13       A    -- yes.

14       Q    Okay.

15            MR. DENNISON:  And one point of correction.  I

16   think I provided misinformation, but I think my

17   misinformation helped.  I think it's called the district

18   placement team, but it does -- it is typically triggered

19   by a disciplinary or behavior-based challenge, but it's

20   called district placement team.

21            MR. HOLKINS:  Okay.  Thank you for that, Brian.

22       Q    BY MR. HOLKINS:  To your knowledge, are there

23   any State audits at any of the facilities where CGAC

24   (sic) serves students?

25       A    Not that I am aware of.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           119

1        Q   That hasn't occurred since you've become
2    principal?
3        A   That hasn't occurred since I've become
4    principal.
5        Q   And you are not aware of any prior State audits
6    of either -- of any of the facilities that CGAC has ever
7    operated --
8        A   That is correct.
9        Q   -- by the State?
10           That's correct.
11       A   Yes.
12       Q   Have there been any other inspections of CGAC's
13   programs by the State since you became principal?
14       A   No, sir.
15       Q   What about classroom observation?
16       A   Through the State?
17       Q   Correct.
18       A   No.  None, sir.
19       Q   And that's true both for CGA (sic) center and
20   H.V. Jenkins, correct?
21       A   That is accurate.
22       Q   So I'd like to get through just a couple more
23   documents, and then we will take our lunch break.
24       A   Yes, sir.
25       Q   Let's go to tab 4.  So this is going to be 406.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          120

 1          (Deposition Exhibit 406 was marked for
 2   identification.)
 3      Q   BY MR. HOLKINS:  Mr. Ackerman, you have just
 4   been handed what we are marking as Exhibit 406.  I'll
 5   represent for the record that this was a document
 6   produced by CGCA to the United States as part of its
 7   response to the United States subpoena for documents.
 8          I'll give you a moment, Mr. Ackerman, to review
 9   this document, and just let me know once you're finished.
10      A   Yes, I'm -- I'm -- that -- that is accurate.
11   I'm familiar with it.  Thank you.
12      Q   You reviewed this document before it was
13   produced?
14      A   No.  I just took a look while -- while you were
15   talking.
16      Q   Oh, but I guess my question is, I believe you
17   testified earlier that before CGCA sent its documents
18   responsive to the United States subpoena --
19      A   Oh, yes, sir.
20      Q   -- you reviewed it?
21      A   That is correct.
22      Q   So you would have reviewed this --
23      A   Yes --
24      Q   -- at that time?
25      A   -- I would have.  Yes.



1     Q    Okay.  So I just want to have reflected in the

2    record some of the information that's reported --

3     A    Certainly.

4     Q    -- on page 2 of this document.  The first is

5    that in 2019 and 2020, 145 students were served at the

6    CGAC center location at 2001 Cynthia Street, correct?

7     A    That is correct.

8     Q    Including 46 elementary students, 47 middle

9    school students, and 52 high school students.  Is that

10   accurate?

11    A    According to the document that we looked at the

12   time, yes.

13    Q    And that was accurate --

14    A    I wouldn't have --

15    Q    (Inaudible.)

16    A    -- any reason.  Yeah.

17    Q    And that was accurate to the best of your --

18         THE REPORTER:  One at a time, please.

19         THE WITNESS:  Sorry.

20    Q    BY MR. HOLKINS:  That figure was accurate to

21   the best of your knowledge when you submitted this

22   document?

23    A    That is correct.

24    Q    In 2020 and 2021, that school year, as

25   reflected in this document, a total of 113 students were



1  served at that same location, 2001 Cynthia Street,

2  correct?

3      A   That is correct.

4      Q   And then now, the most recent or the last

5  school year, 2021 to 2022, a total of 46 students were

6  served at the CGAC center location, correct?

7      A   That is correct.

8      Q   So you would -- would you attribute the decline

9  in enrollment from 2021 to 2022 to be part of reflection

10  of the opening of H.V. Jenkins, correct?

11      A   Yes, and because the -- the numbers -- because

12  that's just talking about CGCA students.

13      Q   Right.

14      A   Correct.

15      Q   Enrollment also decreased between 2019/2020,

16  and 2020 and 2021 at CGAC center, correct?

17      A   That is correct.

18      Q   What's your understanding of why enrollment

19  decreased?

20      A   My -- my best assumption would be during the

21  pandemic there was a lot -- there were a lot less

22  referrals.  We were not getting referrals because

23  students were virtual, and there was -- in the district,

24  there was a lot of students with the -- the pandemic, and

25  so we were not getting referrals that we typically get in



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          123

1   a year.

2        Q   Is that a topic that you discussed with staff

3   at the fiscal agent?

4        A   No, I don't -- I don't think like in any

5   official capacity with that, no.

6        Q   Uh-huh.  Is that a topic that came up in the

7   monthly meetings with GNETS program directors and Vickie

8   Cleveland?

9        A   No.  No.

10       Q   So skipping down to the second paragraph, also

11  on page 2 of this document, which is Exhibit 406, the

12  document reflects that a total of 47 students were

13  reserved -- were served at Rincon Learning Center in 2019

14  and 2020, correct?

15       A   That is correct.

16       Q   Specifically of those 47 students, 11 were

17  elementary school students, 8 were middle school

18  students, and 20 were high school students.  Is that

19  accurate to the best of your knowledge?

20       A   Yes, it is.

21       Q   And as you testified, GNETS services for

22  Effingham students provided by CGCA ceased after that

23  school year?

24       A   That is correct.

25       Q   And then finally, on the third paragraph of



1  this same page, the document reflects that a total of 47

2  students are served at the CGCA school-based location at

3  Jenkins High School, correct?

4      A    That is correct.

5      Q    Do you anticipate changes to enrollment at

6  either CGAC center or H.V. Jenkins for the upcoming or

7  for the present school year?

8      A    Just based on we -- we have gotten a more

9  accurate round of referrals that we've had in previous

10 years, so my assumption would be yes, but it's too early

11 in the year to really determine that.

12     Q    So your -- just to make sure I understand, your

13 assumption is that you are going to see an uptick in

14 enrollment at both CGAC center and at Jenkins High School

15 because of more referrals coming in?

16     A    Yes.  Not necessarily --

17     Q    Do you know --

18     A    I'm sorry.  Not necessarily more referrals but

19 more like typical to what we would expect during a school

20 year.

21     Q    Typical prepandemic?

22     A    Correct.

23     Q    And it's fine if you don't know this, but do

24 you have a ballpark estimate as to how many students are

25 currently enrolled at CGAC center?



DAVID ACKERMAN                                              August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                        125

1      A    Currently it would -- it would just be a guess

2   of -- of numbers.  Probably very similar to the numbers

3   that we ended with last year, so those numbers would

4   probably be pretty accurate as to where we are, give or

5   take ten on either side; ten less, ten more.

6      Q    Got it.

7      A    Don't know.

8      Q    So somewhere in between 37 and 57?

9      A    For which site are we talking about?

10     Q    CGAC center -- or, I'm sorry, for -- yes, for

11  the -- let's start with CGAC center.  I'm sorry --

12     A    Okay.  No.

13     Q    -- if I got that mixed up.

14     A    And that would be a good guess, yes.

15     Q    Okay.  And then what about for H.V. Jenkins?

16     A    Very similar, plus or minus ten on either side,

17  I would think.

18     Q    As last year?

19     A    As last year.

20     Q    But you expect that -- you are assuming that

21  enrollment may increase because of enrollment -- or,

22  excuse me, referrals returning to their prepandemic norm?

23     A    It's potential based on the -- whether the IEP

24  team determines that, that where the -- the LRE for the

25  student.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    126

1           MR. DENNISON:  And one point of clarification,

2   I apologize.  But you referred to the -- that number was

3   referring to elementary students, but there is also the

4   middle school students that are also in the center.  So

5   that number that you are referring to is just the

6   elementary school number and not the elementary and the

7   middle school number in the document?

8           MR. HOLKINS:  Right.

9       Q    BY MR. HOLKINS:  And so I -- I was definitely

10  trying to capture both the elementary and the middle

11  school at CGAC center, and my understanding of your

12  testimony is that between 35 and 55 students are

13  presently enrolled at CGAC center inclusive of both

14  middle school and high school?

15      A    Correct.

16      Q    And elementary school?

17      A    Correct.

18      Q    Okay.  And then also roughly 37 to 57 students

19  are presently enrolled at CGAC's school-based location at

20  H.V. Jenkins?

21      A    That would be correct, yes.

22      Q    Okay.  Have you assessed what additional

23  staffing needs CGAC may have if there is an increase in

24  enrollment due to an increase in referrals?

25      A    Currently we -- we have always been an



1    understanding that our population fluctuates throughout

2    the school year, and so the -- the classrooms are pretty

3    established for the school year, and -- and we understand

4    that the -- the numbers of students in each of the

5    classes are going to fluctuate whether, you know, for

6    coming in, going out, and so that number does change.

7         Q    Do you have a maximum capacity for the students

8    at CGAC center, the maximum number that you can serve

9    based on existing staffing?

10        A    Yes, we -- I -- I apologize for whatever the --

11   the State guidance is on that.

12        Q    It's based on State guidance?

13        A    Correct, on the maximum.

14        Q    And is that true for H.V. Jenkins as well, the

15   maximum number of students that you could serve would be

16   established under State guidelines?

17        A    That's correct.

18             MR. HOLKINS:  I think this is a good time.

19   Let's take a break.

20             THE VIDEOGRAPHER:  It's 11:40, and we are going

21   off the video.

22             (The deposition was at recess from 11:40 a.m.

23   to 12:49 p.m.)

24             THE VIDEOGRAPHER:  We are back on the video

25   after lunch.  It's now 12:49.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            128

```
 1        Q   BY MR. HOLKINS:  Welcome back, Mr. Ackerman.

 2        A   Thank you, sir.

 3        Q   I've just got a couple more questions for you

 4   before we move to a new topic.

 5        A   Okay.

 6        Q   So did CGCA serve students from Effingham

 7   County before 2019/2020 when you all were operating the

 8   satellite location at the Rincon Learning Center?

 9        A   Yes.  So there was one additional year that

10   they were there.

11        Q   Okay.  So at the Rincon Learning Center?

12        A   At the Rincon Learning Center, correct.

13        Q   Prior to that, to opening that satellite

14   location --

15        A   Yes.

16        Q   -- was CGCA serving students from Effingham

17   County?

18        A   They were.

19        Q   And that was at the Coastal Georgia

20   Comprehensive Academy center?

21        A   That is correct.

22        Q   Okay.  And at that time, before you all opened

23   the -- the satellite location at the Rincon Learning

24   Center, how were students assigned from Effingham County

25   to CGCA?  What was the process for determining what
```



1  location they would go to?

2        A    For -- that they would be assigned to the GNETS

3  program; is that the question?

4        Q    So let me just --

5        A    Sure.

6        Q    -- step back.  And so at that point there

7  was -- was there only one location operated by CGCA that

8  Effingham served -- the County students were served at?

9        A    Okay.  Correct.  Now I understand your

10 question.  Yes, there -- there was only one site for --

11 for the GNETS program at that time.

12       Q    Okay.  And that was at the -- the Cynthia

13 Street location?

14       A    That is correct.

15       Q    Okay.  Was there a separate process for

16 eligibility for students from Effingham County versus

17 students from Chatham County?

18       A    No.  No difference.  Same process.

19       Q    Did diagnosis factor into the -- this would

20 really be for the period of time when the Rincon Learning

21 Center was in place.  Did diagnosis factor at all into

22 the assignment decision of whether they would go to

23 Rincon Learning Center versus CGCA, which is purely based

24 on where they were from?

25       A    Now, if I'm understanding it, the diagnosis of



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              130

1   their eligibility?

2        Q    Right.  I'm trying to understand whether the

3   only factor that decided whether students from Effingham

4   County went to Rincon Learning Center was the fact that

5   they were from Effingham County, or did diagnosis also

6   play a role in their assignment to Effingham, to the

7   Rincon Learning Center?

8        A    They -- because they were Effingham County --

9        Q    Right.

10        A    -- they were served -- when we moved out to the

11   Rincon Learning Center, they were served in Effingham

12   County.

13        Q    Okay.  Is transportation provided for students

14   attending school at CGCA?

15        A    Yes, it is.

16        Q    That's both at the CGCA center and H.V.

17   Jenkins, correct?

18        A    That is correct.

19        Q    By -- what entity provides transportation for

20   those students?

21        A    That's through the district.

22        Q    So the school district pays for the

23   transportation cost?

24        A    That is correct.

25        Q    What is the range of duration for the bus rides



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              131

1   for students attending CGAC center?

2       A    I do not know the -- the specific answer to

3   that.  I can estimate that as close as some of them, 15,

4   20 minutes to maybe upwards of an hour and a half to two

5   hours.  I don't know.

6       Q    So there are some students, to the best of your

7   knowledge, who have bus rides, daily bus rides, one-way

8   bus rides of an hour and a half to two hours to get to

9   CGAC center; is that correct?

10      A    Potentially, yes.

11      Q    Do you know approximately how many students

12  have bus rides of over an hour one way?

13      A    I do not.

14      Q    Do you have a sense of what the average is for

15  the CGAC center, the amount of time they are spending on

16  a bus one way?

17      A    I do not know what that average would be.

18      Q    Is that something that you look at on a regular

19  basis, data around amount of time kids are spending on

20  busses?

21      A    I -- I do not look at that data.

22      Q    Do you know if any staff at CGAC are looking at

23  that information?

24      A    Not that I am aware of, no.

25      Q    Does an hour -- does an hour and a half strike



1  you as a long time to be on a bus to get to school every

2  morning?

3      A   I'm not sure.  I mean, I -- I don't really know

4  how to classify that as far as comparing it, so I -- I --

5      Q   Would you describe it as a long time?

6      A   An hour and a half, I -- I would describe it as

7  a lengthier time, yes.

8      Q   Uh-huh.  What about at H.V. Jenkins?  We just

9  spoke about CGAC center.  Are there students at H.V.

10 Jenkins who have one-way bus rides of an hour or more?

11     A   I would assume, yes.  Yes.

12     Q   Are there students at H.V. Jenkins who have

13 one-way bus rides of two hours or more to get to school?

14     A   I wouldn't think so.

15     Q   Do you also not have a sense of the average

16 amount of time that students enrolled in H.V. Jenkins are

17 spending on the bus?

18     A   That is correct.  I do not have the average.

19         (Deposition Exhibit 407 was marked for

20 identification.)

21     Q   BY MR. HOLKINS:  Mr. Ackerman, you've just been

22 handed what we are marking as Exhibit 407.

23     A   Yes, sir.

24     Q   I will note for the record that this is a

25 document produced by CGCA to the United States in



1  response to our subpoena for documents.  Please take a
2  moment to review the document and let me know when you
3  are finished.
4        A   I'm ready.  Thank you.
5        Q   So the title of the document is the "Bell Times
6  for School Year 2021-2022."  It's for Savannah-Chatham
7  County Public School System.  Is that accurate?
8        A   That is correct.
9        Q   Have you seen this document before?
10       A   I have.
11       Q   I want to direct you to the bottom of the
12  second page of the document under "Alternative Learning."
13  There is an entry or series of entry for Coastal Georgia
14  Comprehensive, correct?
15       A   Correct.
16       Q   It lists bell times, bus arrival, breakfast,
17  and bus departure; correct?
18       A   Yes.  Correct.
19       Q   My first question to you is whether this is
20  specifically for CGAC center, or would this also apply to
21  H.V. Jenkins?
22       A   The -- the Jenkins is on the Jenkins bell time,
23  so that's listed there under the high school.
24       Q   I appreciate that.  And so the Jenkins bell
25  times are the same for GNETS students and the general



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              134

```
 1    education --
 2         A    That is correct.
 3         Q    Okay.  CGAC is -- the center is K -- K through
 4    8, correct?
 5         A    That is correct.
 6         Q    And there are a number of other K through 8
 7    schools identified on this document, correct?
 8         A    That is correct.
 9         Q    Those schools generally start -- in fact, they
10    all start at 8:15.  Is that accurate?
11         A    That is correct.
12         Q    That's when the bell time is?
13         A    Yes.
14         Q    Coastal Georgia Comprehensive Academy center
15    starts at 9:15, correct?
16         A    That is correct.
17         Q    Is that still true?
18         A    That is.  It's still true, yes.
19         Q    Why does Coastal Georgia Comprehensive start at
20    9:15 as opposed to 8:15?
21         A    I think it's strictly with transportation being
22    able to -- to tier the -- the buses, and so that aligns
23    with a lot of the elementary programs with their -- their
24    start times, their bell times.
25         Q    But there are middle school students, as well,
```



1   at Coastal Georgia?

2        A    That is correct.

3        Q    And middle schools -- other middle schools

4   identified on this list are starting as early at 7:40,

5   correct?

6        A    That is correct.

7        Q    So that you would attribute the later start

8   time at Coastal Georgia Comprehensive center to the

9   transportation needs; is that accurate?

10       A    That is correct.

11       Q    Is the total amount of instructional time at

12  Coastal Georgia Comprehensive center equivalent to what

13  you would expect in other K-8 schools?

14       A    Yes.

15       Q    Has that always been the case, to your

16  knowledge?

17       A    Yes.

18       Q    We can put this to the side.

19            I may have spoken a little bit too soon.  I

20  would pick it up just for a couple of more questions.

21  I'm sorry.

22       A    Yes, of course.

23       Q    We're -- we're back with Exhibit 407.  For H.V.

24  Jenkins, which is under high schools on this list, the

25  bus departure time is 2:45, correct?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            136

1      A    Yes.

2      Q    And is that the same departure time for both

3  students enrolled through CGAC and general education

4  students?

5      A    Yes.

6      Q    All right.  Now we are done.  Thank you.

7           So I'm going to pull back up the -- an earlier

8  exhibit.  This is 405, the version that you marked.  It's

9  the map of Jenkins.

10     A    Yes.

11     Q    Give me one second and I will show it to you.

12          So I have just published what we previously

13  marked as Exhibit 405, and you will note this is the copy

14  you marked using the highlighter.

15          So for GNETS students who are receiving -- who

16  are going to school in the -- the wing that you

17  identified, where are they dropped off?

18     A    Right on -- can I -- it's just right on that

19  bus ramp.  Do you see where the -- the parking spaces

20  are?  It's just along parallel with the -- yes.  Exactly.

21  Parallel.

22     Q    I'm gonna just make another mark here.  Is that

23  it there?

24     A    That is correct.

25     Q    Okay.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              137

1        A    And then the buses line up all the way around

2    the curve.

3        Q    Okay.  And so is -- this is the same bus ramp

4    for both general education and for GNETS?

5        A    That is correct.

6        Q    Do the buses drop off at a slightly different

7    location for the general education students or is it the

8    same place?

9        A    It's all -- it's wherever their bus is,

10   wherever their bus is parked.

11       Q    Wherever it's parked.  Okay.

12            What about for students who are not traveling

13   by bus who may be dropped off by their parents?  Are they

14   still being taken to this location here, or can they

15   enter through the main entrance in the front of the

16   building?

17       A    Are we referring to our students?

18       Q    I'm sorry, the CGAC students at -- at H.V.

19   Jenkins.

20       A    Right.  We -- we -- we only have like about two

21   or three that are not bus riders.  They get dropped off

22   right in the area there, as well.  If they are late to

23   school, then they come through the front door.

24       Q    Okay.  And when you said in that area, you are

25   talking the same one where the other kids entered --



DAVID ACKERMAN                                              August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                      138

1       A    That is correct, yes.

2       Q    -- the main entrance for the GNETS wing?

3       A    That is correct, yes.

4       Q    Why is it that they are entering through the

5   main entrance if they are late?

6       A    Just Jenkins policy.  Just come in, just

7   checking in.  Parent sign-in, I assume.

8       Q    Okay.  I will put this aside for now.

9       A    Uh-huh.

10      Q    I apologize if we covered this before.  I just

11  want to make sure that we did.  Why are there separate

12  entrances for GNETS-enrolled students at H.V. Jenkins and

13  non-GNETS enrolled students at H.V. Jenkins?

14      A    Simply we -- our bathroom is down on that side,

15  and it's just a convenience when they walk through the

16  door that the bathroom is the first spot that they walk

17  in.

18      Q    Is that also true for the general education

19  students, that the bathroom is the first thing they see

20  when they walk in?

21      A    That I don't know.  I don't know where the --

22      Q    Have you -- so have you been -- let's pull back

23  up the map.  So general education students who are

24  dropped off via bus are entering here, correct?

25      A    Correct.



1    Q   Do you know whether the first thing they see is
2  a bathroom?
3    A   There would not be a bathroom the first thing
4  they saw.
5    Q   Okay.  But that's the -- the reason that you --
6  you offered for why you have a separate entrance for --
7    A   That is correct --
8    Q   -- GNETS?
9    A   -- yes.
10    Q   Is there any other reason?
11    A   That is our reason, yes.
12    Q   Was that, to the best of your knowledge, the
13  reason when this facility was designed to have a separate
14  room?
15    A   That -- I do not know if it was designed for
16  that.  That was just a decision based on the team at
17  the -- at the school at that time, to go ahead and just
18  access that one for -- for helping out with that.
19    Q   And who was on that team that made the decision
20  to use the --
21    A   Just our -- our high school team, our program
22  manager, social worker, teachers, high school.
23    Q   So this was a CGAC decision?
24    A   That's correct.
25    Q   Who is the principal for the general education



1  school at H.V. Jenkins?

2       A    Dr. Handy.

3       Q    Dr. Handy?

4       A    Yes.

5       Q    Did she have any input on the decision to use a

6  separate entrance?

7       A    She did not.

8       Q    Do you know what the average length of

9  enrollment is for students at CGAC center?

10      A    I do not know that answer.

11      Q    Do you know what the average length of

12  enrollment is for students at the H.V. Jenkins GNETS

13  wing?

14      A    I -- I do not know.

15      Q    Are you able to provide a range for the

16  shortest and longest periods of enrollment for CGAC

17  students?

18      A    I would -- it -- it's -- it varies based on a

19  lot of -- there is some students that move into the area

20  and move out of the area.  Lots of factors that -- that

21  create the change, so, I mean, it has been as short as a

22  couple of weeks, and -- and then -- and then there has

23  been some that have been there for -- for several years.

24      Q    Do you have some students presently enrolled at

25  CGAC center who have been there several years?



1        A    Yes.

2        Q    Is that more than three years?

3        A    When you're asking the question if I -- yes.

4    Yes.

5        Q    More than five?

6        A    There would be some of more than five.  That is

7    correct.

8        Q    Have there been students who have done their

9    entire K through 8 grade education at CGAC center?

10       A    Not that I am aware of.

11       Q    As part of your duties as principal at CGAC, do

12   you assess length of enrollment on a regular basis?

13       A    No.  I -- I -- that -- that's not the -- I do

14   not use that as a criteria.

15       Q    Do you have a target length of enrollment for

16   students at CGAC?

17       A    I do not.

18       Q    Have you ever had discussions with anyone at

19   the fiscal agent about length of enrollments at CGAC?

20       A    No.

21       Q    Have you had discussions with Vickie Cleveland

22   or anyone at the State Department of Education regarding

23   length of enrollment?

24       A    I have not.

25       Q    The topic has never come up in meetings with



1   GNETS program directors and Vickie Cleveland?

2       A    It has not.

3       Q    In the past year have students enrolled at CGAC

4   been placed into residential treatment facilities?

5       A    The -- I -- I believe so, but I think we have

6   that on the documents.  Did we -- is that -- to -- if I

7   could reference.  I don't know exactly the numbers of

8   that.

9       Q    Right.  And I will definitely show you the

10  document, but before we get there, what is a residential

11  treatment facility as you understand it?

12      A    Like a hospitalization or a -- or a -- is that

13  what you are referring to, a hospitalization or a --

14      Q    I am.  Yeah, I'm just understanding -- I'm just

15  trying to get a sense of what your understanding of what

16  that level of care is, a residential treatment facility.

17      A    Yeah.

18      Q    What is the setting?

19      A    My understanding of a setting would be like if

20  we're talking about the same thing, the hospitalization,

21  some kind of external program.

22      Q    Does -- do staff at CGAC participate in the

23  determination regarding whether a student enrolled at

24  CGAC needs to be in a residential treatment facility or a

25  hospital?



1      A    We do not.

2      Q    Who is responsible for that?

3      A    That would be the guardian and/or parent.

4      Q    Are you -- are you able to give us a sense of

5   the shortest time -- amount of time that a student has

6   been in CGAC without moving out of the county?

7      A    Okay.  We've -- several months.

8      Q    That would be the lower end?

9      A    The lower end, correct.

10     Q    So those would be students who after several

11  months are moving to a -- back to a general education

12  school?

13     A    Or a least restrictive environment.

14     Q    A less restrictive environment?

15     A    Less restrictive environment.

16     Q    Okay.  Thank you.

17          Is that a common occurrence, for students to be

18  leaving CGAC after several months, just a few months, to

19  return to a -- a less restrictive environment?

20     A    It -- it really does vary with.

21     Q    Has it -- has it happened more than five times

22  in the last school year?

23     A    I really don't know the answer to that,

24  honestly.

25     Q    What is your role -- actually, we'll hold on to



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            144

 1  that for a little bit.  Let's go ahead and show another

 2  document.

 3          (Deposition Exhibit 408 was marked for

 4  identification.)

 5      Q   BY MR. HOLKINS:  You've just been handed what

 6  we are marking as Exhibit 408 for the record.  This is a

 7  document produced by CGCA to the United States in

 8  response to the United States subpoena for documents.

 9          I'm going to ask you just a few targeted

10  questions about this document.  If you want to take some

11  time to review it, you are welcome to do so.

12      A   Okay.  Yeah, just an extra minute to just look

13  at it.  Thank you.

14      Q   And then I will direct you in particular to

15  page 18 --

16      A   Okay.

17      Q   -- which is going to be the major subject for

18  our discussion.

19      A   Thank you.

20          Okay.  I'm ready.

21      Q   Okay.  So page 18 of this document, which has

22  the title Attachment A; Documents 4 and then parentheses

23  (page 4), reports that seven students -- just give me one

24  second.  It's -- actually, flip back a couple of pages to

25  page 16.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    145

1      A    16.

2      Q    You probably saw what -- what was happening

3   here, didn't you?  This is really the -- the right page.

4   Page 16 references the number of students in 2022 who

5   were placed in residential treatment from CGAC.  Is that

6   accurate?

7      A    Yes.

8      Q    And that number is seven?

9      A    Okay.  I do see that, yes.

10     Q    What involvement did you have with respect to

11  the determination that these children, these seven

12  children in 2022, needed to be in a residential treatment

13  facility?

14     A    We -- we didn't have any input in that.  We

15  just helped support the -- the -- in when they were in

16  the short-term facility, we would help support that with

17  the academics and so forth with materials and so forth

18  for learning.

19     Q    Can you describe what that entails, providing

20  academic support while they are in a residential

21  facility?

22     A    They -- each of those usually have a designated

23  employee of the -- the school board that helps facilitate

24  that, and we -- we help communicate with that person to

25  go ahead and get what classes they are in and so forth.



1    Q    And are those services provided for the

2    duration of the residential treatment facility stay?

3    A    As far as I am aware, yes.

4    Q    So let's now flip back to page 12, which is

5    going to show a similar data for 2021.

6    A    Uh-huh.  Okay.

7    Q    I just want to confirm that based on this

8    report, and there were three children enrolled at CGAC

9    who were placed in residential treatment in 2021; is that

10   correct?

11   A    That is correct.

12   Q    Okay.  And then to complete the cycle, page 8

13   will show the same data for 2020.  Do you see where I am?

14   A    I am.  I do see.  Thank you.

15   Q    And there are -- there were five students

16   enrolled at CGAC who were placed in residential treatment

17   during 2020; is that correct?

18   A    That is correct.

19   Q    Is this data that you are assessing regularly

20   as part of your duties as principal?

21   A    I apologize.  Can you please repeat that.

22   Q    Sure.  Are you assessing this data with respect

23   to placements in residential treatment regularly as part

24   of your duties as principal?

25   A    As -- as keeping track of it, yes, sir.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                147

1       Q    You are keeping track of it, but are you -- why
2    are you keeping track of it?
3       A    The -- this is actually a part of our
4    submission for the State grant, so we -- we supply that
5    information.
6       Q    Does the State require you to report on the
7    number of children placed in residential treatment?
8       A    They do.
9       Q    And do you track or assess this data for any
10   other purpose other than reporting to the State with your
11   State grant application?
12      A    This is the purpose, yes.
13      Q    Do you discuss this data with respect to
14   residential placements with Vickie Cleveland?
15      A    I have not spoken to her about that, no.
16      Q    Has the number of residential placements for
17   GNETS-enrolled students been a topic of discussion at the
18   monthly meetings with GNETS program directors in between?
19      A    Not since I have been there, no.
20      Q    Has this been -- has this topic been a subject
21   of discussion with the fiscal agent?
22      A    No.
23      Q    Does CGAC keep attendance records for which
24   students attend school each day?
25      A    Yes.



1        Q    Who collects that data?

2        A    Our student information specialist, teachers

3    submit.

4        Q    To make sure I understand, teachers are

5    submitting the attendance data for the students in their

6    classes?

7        A    In their class.

8        Q    And then you have an individual who collects

9    that data for purposes of reporting it to you?

10       A    To the district.

11       Q    To the district?

12       A    Yes, sir.

13       Q    Is that data maintained in a central database

14   at CGAC?

15       A    Yes.

16       Q    Do you individually review attendance data?

17       A    We have an attendance team that we meet weekly

18   to discuss students that are problematic with their

19   attendance.

20       Q    At what point does attendance become

21   problematic, in your words?

22       A    I -- any -- anybody who is on the team

23   identifying a certain amount of consecutive days of

24   missing.  Our information specialists will certainly

25   alert us if a student has been out for more than three



1  days in a row and so we can be aware of that and at least

2  bring it up for discussion and somebody check and see

3  what's going on.

4      Q   What if a student had one or two consecutive

5  absences that were occurring, not necessarily -- let me

6  try this again.

7          You just said that if a student had three

8  consecutive absences you would expect that to be

9  discussed among the attendance team, correct?

10     A   Correct.

11     Q   And what -- are there other circumstances where

12 a student's attendance issues would arise and would be

13 discussed?

14     A   We -- potentially if -- like on a daily basis

15 we would have our program manager talk with our social

16 work tech that's assigned to those students, and we would

17 do a checkup call and find out where they are that day.

18 We usually keep track pretty accurate daily of our

19 students.

20     Q   So if a student doesn't show up for school one

21 day, what is the response from CGAC?

22     A   We'll -- we'll check to see if there was some

23 notification prior to that so we have some advance notice

24 through our student information specialist or a teacher.

25 If there is no reason for their absence and we don't



1   know, we will have a social worker make contact just to

2   find out if -- where they are that day and check up on

3   them, but we don't really start discussing it as being a

4   chronic issue until it's a number of days.

5       Q   Okay.  Do you know what the average attendance,

6   daily attendance rate is at CGAC?

7       A   That I do not know.

8       Q   Is that data that CGAC tracks?

9       A   It's tracked, yes.

10      Q   So you could find out what the average daily

11  attendance rate is?

12      A   I could.

13      Q   Would you expect the student information

14  specialist to maintain that data?

15      A   Yes.

16      Q   And who is that individual?

17      A   Ms. -- she just changed her name -- Martins.

18  Sorry.  I apologize.

19      Q   Thank you.  Ms. Martins?

20      A   Yes.

21      Q   Does CGAC have a target for average daily

22  attendance rate?

23      A   We do not have a specific target that we're

24  addressing.

25      Q   Has CGAC ever, to your knowledge, since you



1  joined the staff in 1996, ever had a target daily

2  attendance rate?

3       A    Not to my knowledge.

4       Q    Do you have any concerns at present as

5  principal about the daily attendance rate at CGAC?

6       A    I do not.  I -- I do believe we have a pretty

7  comprehensive approach to contacting the students and --

8  and making sure on attendance with -- with how we're --

9  that we address it.

10       Q    Could you describe the pieces of that

11  comprehensive approach, and particularly for those

12  students that have recurring absences, such that their

13  case would be discussed among the attendance team?

14       A    Certainly.  If -- if there is a student that's

15  a chronic absence, we'll -- we'll talk about situations

16  as to what's already been done so far as to what kind of

17  contacts we have made, what the social worker has done

18  already to go ahead and address this and -- and try to

19  figure out what is the issue that's coming -- that's

20  causing this.  And -- and then try to develop some kind

21  of action plan as to how we're gonna move forward with

22  addressing the absences of -- you know, in -- in whatever

23  creative capacity that we could to go ahead and -- and

24  try.

25            In extreme cases we -- you know, we will



 1 | contact DFCS if it's an -- if it's an issue that's a
 2 | serious situation that we've made all these attempts, we
 3 | have done these action plans and we're -- we're concerned
 4 | for the well-being.
 5 |     Q   Can you just define for the court reporter what
 6 | DFCS is?
 7 |     A   Sure.  Another one of those acronyms.
 8 |         MR. DENNISON:  Department of Family & Children
 9 | Services.
10 |         THE WITNESS:  Thank you.
11 |     Q   BY MR. HOLKINS:  Got it.  And it's known by
12 | DFCS; is that right?
13 |     A   DFCS, correct.
14 |     Q   Okay.  So short of notifying DFCS, what are the
15 | creative strategies that CGAC uses to re-engage students
16 | that have recurring absences?
17 |     A   Certainly.  And all the -- all the situations
18 | vary based on the individual.  Sometimes maybe we'll have
19 | a -- a -- a student that's -- the parent isn't getting
20 | them up to get on the bus in the morning and they are
21 | constantly missing the bus, and after we discover what's
22 | going on, we come up with a -- a plan, like a -- you
23 | know, with going back to our PBIS, positive incentives
24 | for them to earn points to go ahead and get on the bus,
25 | and we provide that so they take some ownership and



 1    maybe, you know, we -- we try to reach out to the parent

 2    with a couple extra calls maybe to try to get them in

 3    gear, so...

 4        Q    In your experience, has the -- the duration of

 5    bus rides to CGAC ever impacted daily attendance for

 6    students?

 7        A    I -- I would not -- I could not say that it's

 8    never impacted it.  I would assume that at different

 9    times it has impacted.  Is it -- is it the overriding

10    issue, no.

11        Q    Just to try again, are there students for whom

12    the length of their bus ride to CGAC is a barrier to

13    regular attendance?

14        A    A barrier to successful bus rides but not

15    necessarily towards attendance, because we're -- we do

16    work on some -- giving them, you know, what we can do,

17    and with like a -- allow them to have music in there and

18    headsets, and so we -- we try to accommodate.

19        Q    Can you just describe what you mean by

20    "successful bus rides."

21        A    Successful bus rides without any behavioral

22    issues.

23        Q    So some students, if I'm understanding you

24    correctly, experience behavioral challenges as a result

25    of the length of their bus rides?



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              154

1       A    I -- I couldn't attribute it exclusively to

2  that.

3       Q    But that's a factor?

4       A    Contributing.

5       Q    It's contributing?

6       A    Perhaps.

7       Q    Is the length of a bus ride for certain

8  students a barrier to participating in extracurriculars?

9       A    No.

10       Q    All students are able to participate in the

11  full range of extracurriculars at CGAC regardless of

12  their bus time?

13       A    Regardless of their bus time.  Whatever is

14  going on.

15       Q    Do attendance rates affect the funding that you

16  receive from the State in any way?

17       A    Not that I am aware of.

18       Q    Do daily attendance rates for students at CGAC

19  affect the funding that CGAC receives from the district

20  in any way?

21       A    No.

22       Q    This is a previously stamped document.

23            Mr. Ackerman, I've just -- we've just handed

24  you what was previously marked as Exhibit 82.

25       A    Okay.



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              155

1      Q    Have you seen this document before?

2      A    Yes, I have seen this before.

3      Q    Is this a rule governing the GNETS program?

4      A    Please repeat.

5      Q    Is this a -- a rule issued by the State

6   governing the GNETS program?

7      A    That is correct, yes.

8      Q    And when -- you mentioned you've seen this

9   document before, correct?

10      A    Correct.

11      Q    And when did you see this document?

12      A    Just in referencing on the Web site.

13      Q    Which Web site?

14      A    GaDOE's Web site.

15      Q    The Georgia Department of Education's Web site?

16      A    Yes.

17      Q    Have you referenced this document since

18   becoming principal at CGAC?

19      A    Yes.

20      Q    For what purpose?

21      A    I don't specifically recall.

22      Q    Have you received any training on the

23   requirements under this rule for GNETS?

24      A    Not from -- not any official training, no.

25      Q    Any informal conversations about this rule?



1      A    Informal conversations, sure, yeah.

2      Q    With -- with who?

3      A    With, you know, the principal at the time when

4  I was not principal and so forth.

5      Q    Would that be Steve Derr?

6      A    That would be correct.

7      Q    Have you ever had conversations with any staff

8  at the Georgia Department of Education's -- with the

9  Georgia Department of Education regarding this rule?

10      A    I -- I don't believe so.  I'm -- I'm sure parts

11  of it have come up in topics.

12      Q    Just to make sure I understand your

13  testimony --

14      A    Yeah, no, I understand.

15      Q    -- you think that this -- it's possible that

16  parts of this rule have come up in discussion with the

17  Georgia Department of Education staff?

18      A    I would think like during some of our meetings,

19  like portions of it.

20      Q    Would that be your meetings -- by "meetings,"

21  are you referencing the -- the monthly meetings between

22  the GNETS program directors and Vickie Cleveland?

23      A    I am.

24      Q    Do you recall specific topics with respect to

25  this rule that have come up in discussions between the



1  GNETS program directors and Vickie Cleveland?

2      A    I do not.

3      Q    Are you aware of whether any changes have been

4  made since 2017 to this rule?

5      A    Not that I am aware of.

6      Q    And when you reviewed this document after

7  becoming principal at CGAC, did you specifically review

8  the duties and responsibilities of GNETS's program --

9  programs which start on page 5 and run to page 7?

10     A    Once again, I -- I don't recall exactly why I

11  referenced it, but I'm sure I looked over that.

12     Q    So we're going to set this one aside, but we're

13  going to be referring to it off and on, so keep it close

14  by.

15     A    Yes, sir.

16         (Deposition Exhibit 409 was marked for

17  identification.)

18     Q    BY MR. HOLKINS:  Mr. Ackerman, you have just

19  been handed what we are marking as Exhibit 409.

20     A    Yes.

21     Q    So I will note for the record that this

22  document was produced by CGCA to the United States in

23  response to the United States subpoena for documents.

24         Mr. Ackerman, have you seen this document

25  before?



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    158

```
 1       A   I have.

 2       Q   Were you involved in preparing this document?

 3       A   I was.

 4       Q   And it's accurate, to the best of your

 5   knowledge?

 6       A   Yes.

 7       Q   Could you confirm that in 2020 and 2021, as

 8   reflected in this document, there were 17 teachers and 18

 9   paraprofessionals at CGCAC -- CGAC?

10       A   Correct.  Yes.

11       Q   And in that same year, could you confirm that,

12   as reflected in this document, there were six teachers

13   and seven paraprofessionals at the CGAC center at Jenkins

14   High?

15       A   Yes, sir.  For that following year, yes, the

16   '21/22?

17       Q   Sorry.  Yes, following year.  So let's just

18   clean this up.  So in 2021 and 2022, at Coastal Georgia

19   Comprehensive Academy center there were ten teachers and

20   ten paraprofessionals, correct?

21       A   Correct.

22       Q   In that same year at CGCA, at Jenkins there

23   were six teachers and seven paraprofessionals, correct?

24       A   That is correct.

25       Q   The number of teachers and paraprofessionals at
```



 1  CGCA center decreased from 2020/2021 to 2021/2022,

 2  correct?

 3       A   Yes.  Yes, it did.

 4       Q   The only reason for that, the opening of the

 5  GNETS wing at H.V. Jenkins?

 6       A   Oh, yes.  Yes, of course.

 7       Q   Is there any other reason why there were fewer

 8  staff at CGCA center?

 9       A   Can I just look at the numbers one more time?

10       Q   Take your time.

11       A   So am I reading this correct, that we had one

12  less teacher the following year total?  10 -- 16, and we

13  had 17 the prior year?

14       Q   I think that's correct.  And so if you add up

15  the total --

16       A   Right.

17       Q   -- number of teachers between --

18       A   We have --

19       Q   -- CGCA and Jenkins, there were 17 in 2020/2021

20  and then 16 in 2021 --

21       A   Right.

22       Q   -- 2022, correct?

23       A   So -- so -- right.  So the difference for

24  the -- of splitting with the Jenkins but the loss of the

25  staff, I -- I do believe we did it through attrition with



 1  anticipating the numbers being -- going down.

 2      Q   Because of COVID?

 3      A   No.  This was because of our Effingham students

 4  not being a part of it, and we knew that the formula

 5  would start providing us with, you know, less funding and

 6  less amount of students as well because we would have a

 7  significantly less amount of students.

 8      Q   So you cut staff in anticipation of receiving

 9  less money from the State grant?

10      A   No, it didn't cut staff.  We -- we had no

11  staff.  We -- just through attrition, we didn't rehire

12  that position, but the anticipation of our -- our

13  numbers, I guess.

14      Q   What do you mean just through attrition?

15      A   Through like a retirement.  I don't recall that

16  exact teacher what happened in that, retirement or left

17  the -- our program.

18      Q   A teacher retired, and you just did not rehire?

19      A   We just did not rehire, correct.

20      Q   So to be clear, the document that we were just

21  discussing should go in as 409, I believe.  So let's go

22  back to 408.

23      A   Okay.

24      Q   I'm going to ask you a few more questions about

25  this one.



1    A   Yes.

2    Q   Let's first turn to page 7 and 8 and start with

3  page 7 of this document, which, again, for the record was

4  produced by CGCA to the United States in response to our

5  document subpoena.  This shows a staffing pattern for

6  Coastal Georgia Comprehensive Academy for 2020, correct?

7    A   Yes.  Correct.

8    Q   And is it true that as reflected in this

9  document, at the time, there was a GNETS school

10  psychologist funded through the State grant?

11    A   It was -- it was funded but we did not have

12  that position filled.

13    Q   So you received funding for the position but

14  the position was vacant?

15    A   That is correct.

16    Q   Did CGCA attempt to fill that vacancy in 2020?

17    A   We did not.

18    Q   Also in 2020 there were five social workers,

19  GNETS social workers funded through the State grant,

20  correct?

21    A   I -- I do see that.  I'm just -- my own brain

22  is thinking four.  I don't know why there is five on

23  there, but -- but that is what is written here.  That is

24  correct, what's written.

25    Q   And this is information that you reported --



1      A    No, I --

2      Q    -- to the State?

3      A    -- realize that.  Yes.  Thank you.

4      Q    Is it possible that five was the number of

5   funded positions but four was the number of social

6   workers --

7      A    Perhaps.

8      Q    -- employed?

9      A    Perhaps, yes.  Thank you.

10      Q    The document also references three GNETS

11   special education specialists, correct?

12      A    That is correct.

13      Q    What is the function of a GNETS social worker

14   at the Coastal Georgia Comprehensive Academy?

15      A    They provide -- they're our liaison to families

16   and to the -- to our students.  They also provide any

17   kind of opportunity to -- they help us with -- as our

18   auxiliary staff in interacting with behavioral issues

19   within the program and then other additional assistance

20   with transportation and wherever else is -- is required

21   or needed.

22      Q    Are the social worker staff all located on-site

23   at CGAC?

24      A    That is correct, yes.

25      Q    Do they ever go out into the community?  Let me



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          163

 1  rephrase.

 2          Do social work -- do social workers at CGCA

 3  ever go to the homes of students enrolled?

 4      A    Yes, they do.

 5      Q    For what reason?

 6      A    Sometimes in that attended situation.

 7  Sometimes it's to get some paperwork to a parent or

 8  guardian, get some -- a signature.  Just any additional.

 9  Sometimes we have a food pantry to help deliver.

10      Q    What are the professional qualifications that

11  CGCA social workers are required to have?

12      A    They are social work techs, so they're --

13  they're not certified social workers; they are social

14  work techs.

15      Q    What's the difference between a social work

16  tech and a certified social worker?

17      A    The -- I'm not sure the specifics on there, but

18  there is a -- there is a certification component to that.

19      Q    So it's a certification rather than a degree?

20      A    That sounds correct.

21      Q    For the social work tech?

22      A    For the social work tech.

23      Q    Are the minimum requirements for social workers

24  at CGCA set by the State?

25      A    No, I do not believe so.



1    Q   So the -- so would the Georgia Professional

2   Standards Commission have any role in setting minimum

3   requirements for GNETS social workers?

4    A   Not that I'm aware of, no.

5    Q   And do all social workers at CGCA have the

6   requisite certifications?

7    A   I apologize?

8    Q   So you mentioned that all social workers at

9   CGCA need to at least have a social work tech

10   certification?

11    A   Correct.  They do.

12    Q   Do you know whether in fact they have that

13   certification, all of them?

14    A   They do, yes.

15    Q   Is this something that you are monitoring

16   regularly?

17    A   Yes.

18    Q   Is this something that you report on to the

19   State?

20    A   I don't believe so.

21    Q   It's not part of the grant application to the

22   State?

23    A   To supply that, no, I -- it is not.

24    Q   Do you report to the -- the district whether in

25   fact all social workers have the requisite certification



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                         165

1   at CGCA?

2       A   I believe that it's -- it's part of -- that

3   it's included in that.  Not additional reporting is done.

4       Q   Would this be part of the employee performance

5   assessments that we described earlier, the State-driven,

6   I think it's TKES program?

7       A   It is not.

8       Q   Okay.

9       A   Yeah.

10      Q   I think you did reference, though, as part of

11  your assessment of performance at CGAC for staff,

12  determining whether they had their requisite

13  certifications?

14      A   Uh-huh.

15      Q   That's something that you do, correct?

16      A   Correct.

17      Q   But you are not reporting that information --

18  do you report that information to the district?

19      A   To the district.

20      Q   But not to the State?

21      A   Not to the State.

22      Q   What is a special education specialist?

23      A   Those are the -- the program managers'

24  positions that we've talked about, and that was -- that

25  was the position that I was in at that time.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              166

1        Q    Understood.

2        A    One of those three.

3        Q    And there is a special education specialist

4    currently over both the CGAC center and the GNETS wing at

5    H.V. Jenkins?

6        A    Correct.  We have one that's the K through 8

7    and one that's our high school, so we have two program

8    managers currently.  At the time of this document there

9    were three because we have the Effingham site.

10       Q    Right.  So that's why it went from three to

11   two?

12       A    Correct.

13       Q    Are there certification or degree requirements

14   in order to be a GNETS special education specialist at

15   CGCA?

16       A    Through the -- through the district, through

17   the -- our Educational Leadership Tier I certification

18   and through the State, yes.

19       Q    So that's a State requirement?

20       A    That is a State requirement.

21       Q    And do you report on whether program managers

22   have that necessary certification to the State?

23       A    Through the Georgia Professional Standards

24   Commission.  I'm keeping track through that.

25       Q    How often are you reporting to the Georgia



1   Professional Standards Commission?

2       A   Specifically reporting to them, I'm not

3   reporting to them but receiving information about their

4   certification status.

5       Q   Does that have an annual?

6       A   It would be anytime that's -- that's necessary.

7   I don't know about annually.  Perhaps even more than

8   annually depending on what staff member is getting some

9   kind of degree or so forth.  Minimal annually.

10      Q   So let's just quickly fast-forward to page 11

11  here.

12      A   Okay.

13      Q   Which shows similar reporting for fiscal year

14  2021.  And just to confirm -- and this is, I think,

15  consistent with your prior testimony.  In FY 2021 there

16  were four social work technicians funded through the

17  State grant at CGCA, correct?

18      A   That is correct.

19      Q   And in FY 2021, as reflected in this document,

20  there was one special education specialist funded through

21  the State grant, correct?

22      A   I am looking where you are looking, but there

23  should be down at the bottom there also.

24      Q   So I think there may be two total, right?

25      A   There is two total.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              168

1    Q   Right.  One funded through the State grant, and
2  one funded through the LEA.  Is that what you are seeing?
3    A   No.  They are both funded through the State
4  grant.
5    Q   Okay.
6    A   I think it listed under the administrators.
7  The format looks a little different than the previous
8  year.
9    Q   So let's just kind of go through this line by
10  line.
11    A   Sure.
12    Q   So I'm under Student Support Services, and then
13  I am looking at the second entry, which is for GNETS
14  special education specialist.  Do you see where I am?
15    A   I do.
16    Q   And then I am reading across to the right, and
17  under the State grant, I see the number 1.  Do you see
18  that?
19    A   I do.
20    Q   And then if I continue on, there is a zero
21  under federal VI-H or B.  There is one under total and
22  then one under LEA funded for a grand total of two.  Do
23  you see that?
24    A   I -- I do.
25    Q   And so is your testimony that both special



1  education specialists were funded by the State grant?

2      A    I -- yes.  They -- they are.

3      Q    Okay.  So this is not accurate?

4      A    The -- the -- it's listed down below by the

5  administrators on that, the bottom there, the two from

6  the State grant.

7      Q    I see.  Supervisors coordinators?

8      A    Right, correct.

9      Q    So one of those positions was in fact a special

10 education specialist?

11     A    Yes.

12     Q    Okay.  Thank you for clarifying.

13     A    No, thank you.

14     Q    So let's now move to page 14 and 15 which shows

15 similar reporting for fiscal year 2022.  I'll call your

16 attention to Student Support Services.  The reporting

17 suggests -- and please confirm that this is accurate --

18 that there were four GNETS social workers funded by the

19 State grant at CGCA in 2022?

20     A    That is correct.

21     Q    And then two special education specialists

22 funded by the State grant at CGCA in 2022?

23     A    That is correct.

24     Q    Does this document also reflect -- and I'm

25 looking at specifically reporting for 2022 -- the staffs



1  that would be funded -- the staff positions that would be

2  funded by the district?

3      A   I'm sorry, please repeat that.

4      Q   Oh, of course.  Does this reporting also

5  reflect the staff positions at CGCA that are funded

6  through the district?

7      A   It does not.

8      Q   And do you have access to documents that would

9  reflect the number of district-funded positions at CGCA?

10     A   Do I have access to it, yes.

11     Q   Do you know at present how many district-funded

12  positions there are at CGCA?

13     A   I do currently this year.

14     Q   Currently.

15     A   One teacher position, two paras, school nurse,

16  custodian staff, and any of the cafeteria nutrition would

17  be supplemented with that through the district.  I think

18  that's it.

19     Q   And is that -- has the -- the composition of

20  the number of staff changed from the -- the district from

21  last year to this year?

22     A   It has not.

23     Q   At present, do you have plans to request any

24  additional district-funded positions at CGCA?

25     A   I do not.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          171

1     Q    What does a paraprofessional do?

2     A    Our paraprofessionals are support staff for

3    the -- the teachers within the classroom supplementing

4    the academic learning, the social skill acquisition,

5    working on helping de-escalate with behavioral issues.

6     Q    Does CGCA have minimum training or

7    certification requirements for paraprofessionals?

8     A    Through the -- the district, through the -- the

9    hiring process.

10     Q    And could you describe what those requirements

11    are through the district?

12     A    I am not really sure exactly the specifics of

13    what the -- the -- the district requires on that.

14     Q    Do you know whether it's a high school degree

15    is required?

16     A    I believe so.  I'm not a hundred percent, to be

17    honest with you.

18     Q    Do you know whether any additional education or

19    training beyond a high school diploma is required to

20    become a paraprofessional at CGCA?

21     A    I do not know.  It's just the district clearing

22    them.

23     Q    Do you, as principal, have any role in making

24    hiring decisions for paraprofessionals at CGCA?

25     A    I do.



1    Q    And what are you looking at in determining

2    whether or not to hire an individual for that job?

3    A    Currently I have not actually had to have hired

4    any paraprofessional since I have been there, but I

5    certainly would look in their -- their quality to -- to

6    be able to interact with students, being able to assist,

7    be cooperative employees.

8    Q    Would you expect paraprofessionals to have a --

9    a professional background in serving children with

10   behavioral health conditions?

11   A    We -- we certainly are encouraged by that, yes.

12   Q    But do you expect it?

13   A    Do I expect it?  Like I said, I haven't hired

14   anybody at this point.  At this point, I probably would

15   expect that if we were going to be taking on somebody.

16   Q    You would want them to have --

17   A    Yes.

18   Q    -- experience working with kids with complex

19   behavioral --

20   A    Yes, of course.

21   Q    Why is that important?

22   A    Because we -- we deal with a difficult

23   population of students.  That -- that certainly requires

24   a lot of good skills.

25   Q    What skills in particular does it require?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          173

1        A    Skills at being able to de-escalate, being able
2    to -- to be calm in situations, be able to think of the
3    child first and in that capacity.
4        Q    What training would you expect a
5    paraprofessional to receive specifically in order to be
6    effective in that part of the job?
7        A    And so we -- in our -- certainly in our
8    preplanning, we -- we work with staff on that.  They are
9    all MindSet certified, so they all have their
10   de-escalation certification and -- and skill set and
11   being able to manage situations like that.  And we train
12   them in the PBIS team and -- and our supports that we
13   use.
14       Q    So paraprofessionals receive training in PBIS,
15   correct?
16       A    Correct.
17       Q    They receive training in MindSet?
18       A    Correct.
19       Q    Anything else that they receive training-wise
20   as part of their preparation to do work at CGCA?
21       A    We -- I know we had it on one of the documents,
22   the different areas, but basically all that is
23   encompassed in the -- the PBIS and the -- the MindSet as
24   our -- as our minimum.
25       Q    Threshold?



1       A   Yes.

2       Q   What professional qualifications are CGCA

3   teachers required to possess?

4       A   The same thing.  Their -- it's the

5   certification through the -- we -- we rely on the

6   district for their -- for their vetting and for their

7   ability to be eligible to -- to teach.

8       Q   Have you reviewed the district's requirements

9   for the teachers at CGCA?

10      A   Have I reviewed?  Yes.

11      Q   And what -- could you summarize those

12  requirements?

13      A   Sped general curriculum.  Special education

14  general curriculum.

15      Q   Can you explain what that means?  What -- what

16  specific training does that provide?

17      A   That they have certification in -- in teaching

18  students with special needs.

19      Q   Is that a certification that is provided

20  through the State?

21      A   Yes.

22      Q   So I think you said certification and teaching

23  students with special needs and then certification in

24  general education.  Is that accurate?  Those are the

25  requirements?



```
 1        A   Please repeat one more time.
 2        Q   Yes.  Sure.  I -- I think the two
 3   certifications you mentioned for teachers at CGCA are,
 4   one, certification in teaching students with special
 5   needs, and then certification in general curriculum?
 6        A   Right.  It's -- it's the same -- it's the same
 7   degree.
 8        Q   Understood.
 9        A   Right.
10        Q   Okay.  So they are -- they are -- they are
11   getting certified in -- in both things?
12        A   It's the -- like that the -- the students are
13   on a -- a general curriculum path for like a -- a high
14   school diploma path, and so teaching students with
15   special needs that are on a general curriculum path.
16            MR. DENNISON:  It's one certification.
17            THE WITNESS:  It's on one certification.
18        Q   BY MR. HOLKINS:  One certification, which is,
19   as you testified, offered through the State?
20        A   Or, yeah, through the State, and -- and
21   their -- their degrees.
22        Q   And do you likewise receive reporting from the
23   Georgia Professional Services Commission with respect to
24   that certification?
25        A   Yes.
```



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              176

1        Q    On an as-needed basis?

2        A    As-needed basis, and certainly the -- the

3    district keeps up on certifications for all staff.

4        Q    And can you testify today that all CGCA

5    teachers currently possess the required certification?

6        A    That is correct.

7        Q    And you know that because of the reporting you

8    get from the Georgia State Professional Standards

9    Commission?

10       A    That is correct.

11       Q    Is there a vice principal at CGCA?

12       A    No, sir.  There is just the two program

13   managers that kind of act as assistant principals but not

14   by title.

15       Q    Are there counselors employed by CGCA?

16       A    Counselors, no, sir, not employed by CGCA.

17       Q    So which positions at CGCA would you put under

18   the umbrella of therapeutic staff?

19       A    Honestly, the entire staff because of their --

20   you know, their training with the -- the MindSet and the

21   PBIS.  It's a therapeutic environment, so I would

22   consider our entire staff a part of that process.

23       Q    Would you consider the custodial staff to be

24   therapeutic staff?

25       A    Honestly, with -- with what their knowledge of



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          177

1  our program, I would include that in a yes, but -- but,

2  obviously, I cannot state that they serve students from

3  that perspective.

4       Q   What kind of training do custodial staff

5  receive in order to approach students with a therapeutic

6  mindset?

7       A   They would not.  I'm -- that is correct.

8       Q   Are you aware of whether social workers at CGCA

9  are required to meet the -- any requirements set by the

10 Georgia Department of Behavioral Health and Developmental

11 Disabilities for behavioral health service providers?

12      A   No, they -- I am not aware of anything that

13 they --

14      Q   You have no knowledge of them having to meet

15 any requirements set by DBHDD?

16      A   That is correct.

17      Q   Do you have any knowledge of -- with respect to

18 the special education specialists having to meet

19 requirements set by DBHDD for behavioral health service

20 providers?

21      A   Not that I am aware of.

22      Q   Is that -- that answer the same for any

23 requirements set by the Georgia Department of Community

24 Health for Medicaid-enrolled service providers?

25      A   Correct.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    178

1     Q   Do you know whether staff at -- any staff at

2  Coastal Georgia Comprehensive Academy participate in

3  trainings led by DBHDD for behavioral health service

4  providers?

5     A   I -- our staff -- our social work techs do go

6  to conferences, but I don't know about specific

7  trainings.

8     Q   Can you describe the conferences you are

9  referencing?

10    A   I -- I cannot recall the name of it.  It's the

11  annual one they do in Savannah in March --

12    Q   And it's led --

13    A   -- in Chatham.

14    Q   Okay.  And is this led by DBHDD?

15    A   I do not know who it's led by.

16    Q   Are you aware of any specific DBHDD trainings

17  or presentations that staff at CGCA are participating in

18  on a regular basis?

19    A   On a regular basis, no.

20    Q   Have there ever been any presentations by DBHDD

21  staff specifically for CGCA staff on-site?

22    A   Not during my time there.

23    Q   Not since 1996?

24    A   Oh, I -- I don't know about that.

25    Q   Since you became principal?



1        A    Since I became principal.

2        Q    Have you ever received training directly from

3   DBHDD?

4        A    I have not, no.

5        Q    Not as -- not in your time as a behavior

6   interventionist?  Sorry, let me go back.  Not as your

7   time as a teacher?

8        A    Correct.

9        Q    And not as your time as a program manager?

10       A    Correct.

11       Q    And not as your time -- not in your time as a

12  principal?

13       A    Correct.

14       Q    Have you ever received any training at any

15  point during your employment at CGCA from the Department

16  of Community Health?

17       A    No.

18       Q    Have you ever spoken with anyone at DBHDD?

19       A    Not under -- not that I'm aware of.

20       Q    Have you ever reviewed DBHDD's program manual

21  for behavioral health service providers in the state of

22  Georgia?

23       A    No, I have not.

24       Q    Have you ever reviewed DCH's program manual for

25  Medicaid-enrolled providers of behavioral health



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          180

1   services?

2        A   I have not.

3            MR. HOLKINS:  Let's take a break.  Ten, 15

4   minutes.

5            THE VIDEOGRAPHER:  It's 2:04.  We are going off

6   the video.

7            (The deposition was at recess from 2:04 p.m. to

8   2:21 p.m.)

9            THE VIDEOGRAPHER:  It's 2:21, and we are going

10  back onto the video.

11       Q   BY MR. HOLKINS:  Mr. Ackerman, when we broke I

12  was asking you a little bit about potential or any

13  coordination that's happening between CGCA and various

14  state agencies.  I am curious whether you have ever heard

15  the name Dante McKay.  Does that ring a bell for you?

16       A   It does not.

17       Q   What about the name Layla Fitzgerald?

18       A   It does not.

19       Q   Have you ever heard of a person named Ashley

20  Harris?

21       A   I have not.

22       Q   Do you know who Judy Fitzgerald is?

23       A   I do not.

24       Q   What about Frank Berry?

25       A   I do not.



1      Q    Have you ever heard of the names Catherine Ivy

2   or Brian Dowd?

3      A    I have not.

4      Q    You wouldn't be able to tell me whether any of

5   those individuals work for DBHDD or DCH or the Georgia

6   Department of Education?

7      A    That is correct.

8           (Deposition Exhibit 410 was marked for

9   identification.)

10     Q    BY MR. HOLKINS:  Mr. Ackerman, you have just

11  been handed what we are marking as Exhibit 410.

12     A    Yes.

13     Q    Have you seen this before?

14     A    Yes.

15     Q    Is this a copy of the brochure that is

16  available at CGCA?

17     A    That is correct.

18     Q    Page 2 of the brochure identifies a list of

19  services that are provided at CGCA, correct?

20     A    Yes.

21     Q    Is this list accurate and up to date?

22     A    Please, just one moment.

23     Q    Take your time.

24     A    That is correct.

25     Q    I'm going to ask you some questions about some



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              182

1  of the services identified on this list.

2      A   Yes.

3      Q   What are individual education plans?

4      A   Individual education plans are the -- the

5  guidance for the students and their educational services

6  that they are provided through the federal government.

7      Q   Who is responsible for completing or working on

8  individual education plans at CGCA?

9      A   The -- the -- the team, to include the -- the

10 teacher, and certainly our program manager is involved

11 with that.  We have -- and then the additional team of

12 the IEP includes the -- the guardians or parents.  We --

13 there is a -- personnel from the -- from the general

14 education setting, as well from the school setting,

15 and -- and that makes up the team.

16     Q   Are the -- is the composition of the IEP team

17 set by law or is that something that you have flexibility

18 in determining at CGCA?

19     A   There are -- it's set by -- there -- there is

20 standards of who needs to be a part of it.

21     Q   Right.

22     A   Yes.

23     Q   And for students who are enrolled at CGCA, are

24 CGCA staff always a part of the IEP team?

25     A   Yes.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            183

1        Q   Are you individually always participating in

2   IEP teams?

3        A   Not in every single one of them.

4        Q   And what instances wouldn't you be

5   participating?

6        A   Our program manager would always as the -- one

7   of our program managers would always be in one of the

8   IEPs.

9        Q   So it's going to be either you or one of the

10  other program managers or sometimes both?

11       A   Or sometimes both, correct.

12       Q   Okay.  Are there specific instances when you

13  feel like it's necessary for you to join an IEP team

14  meeting?

15       A   Yes, of course.

16       Q   What are those?

17       A   The certain circumstances?  Potentially if --

18  if there was some contention with -- you know, with a

19  parent or some forth in -- in that capacity just as a --

20  as an extra set of ears in there in the IEP.

21       Q   What do you mean by a contention with a parent?

22       A   Just that a -- a parent is a vocal advocate

23  and -- and very involved with that, and -- and so it's

24  just extra support in the -- in the IEP team.

25       Q   Support for?



1       A    For the team.

2       Q    For the IEP team?

3       A    For the IEP team, sure.

4       Q    And you feel like that's necessary because the

5   parents are strong advocates?

6       A    Not necessarily with -- with that specific

7   reason.  You were just giving me -- you were --

8       Q    Right.

9       A    -- just asking for one example.

10      Q    That is one example?

11      A    That is one example, correct.

12      Q    What are the other examples of when you feel

13  like you would need to join an IEP team meeting?

14      A    I'll -- certainly if one of our other

15  administrators cannot be there, I would feel obligated

16  to -- to be the LEA in that capacity.

17      Q    So I imagine for students enrolled in CGCA

18  center on Cynthia Street, the program manager for that

19  program would be participating in the IEP program -- IEP

20  meeting, correct?

21      A    Correct.

22      Q    Okay.  And then same is true for the H.V.

23  Jenkins program manager?

24      A    That is correct.

25      Q    I want to skip down the list to the next one,



1    ASPIRE, student-led IEP initiative; can you describe what

2    that is?

3         A    Sure.  We believe that student participation

4    within their IEP helps them have a voice in their

5    direction of how they want their education to go, and so

6    this initiative has brought us to having all our students

7    participate in their IEP to some capacity, in whatever

8    capacity it can be.  Obviously, some are able to

9    participate at a much higher level, but some of them,

10   even just sending like notification notes to all the team

11   members to come join.  But any -- any -- you know, they

12   try to share their -- what they -- what their goals are,

13   what they want to accomplish, and so it's a way of

14   having -- them having a voice within their educational

15   future.

16        Q    How exactly are students expressing their

17   preferences as to their educational goals through this

18   ASPIRE-led initiative?

19        A    And -- and that's the great thing about that

20   program, is that it's very unique based on whatever they

21   want in whatever capacity.  Some of them are -- some of

22   them do like a PowerPoint presentation, and they have

23   like things I like, things I dislike, you know, what I

24   want to do when I get older, you know, et cetera, like

25   that, what are my goals and so forth.  And then we have



 1  some that are less extensive with that, and they are --
 2  they come to the meeting, and they -- they introduce
 3  who's at -- in the room.  So it's just a way of
 4  participation, and we try to build and -- and teachers
 5  work with them in preparation for their presentation.
 6       Q   How did this initiative get started --
 7       A   The --
 8       Q   -- ASPIRE?
 9       A   I -- I -- I am not 100 percent, but I believe
10  it was a -- a State initiative.  I'm not 100 percent on
11  that.
12       Q   Do you receive -- or does CGCA receive funding
13  to support this ASPIRE initiative?
14       A   We do not have any funding for that, no.
15       Q   But your understanding is that the -- the
16  genesis of the idea came from the State?
17       A   That is my understanding, yes.
18       Q   Do you know or do you recall when CGCA first
19  started implementing this ASPIRE initiative?
20       A   We -- we began maybe seven or eight years ago.
21  I don't know exact time frame.
22       Q   Do you think it's helpful?
23       A   I do.  I think it's a -- a great way for our
24  students to have a voice in their future.
25       Q   What is the Georgia Standards of Excellence



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           187

 1  based curriculum?

 2      A   That's just the -- the curriculum that we -- we

 3  follow based on the guidance through our district and the

 4  State.

 5      Q   So you get guidance both from the district and

 6  from the State as to the curriculum at CGCA?

 7      A   Correct.

 8      Q   And is this a special education curriculum or

 9  general education curriculum?

10      A   It's general education curriculum, correct.

11          THE REPORTER:  I think -- did we just lose them

12  on the Zoom?

13          THE WITNESS:  Something happened on the Zoom.

14          THE VIDEOGRAPHER:  It's 2:31, and we are going

15  off the video.

16          (The deposition was at recess from 2:31 p.m. to

17  2:39 p.m.)

18          THE VIDEOGRAPHER:  It's 2:39, and we are going

19  back onto the video.

20      Q   BY MR. HOLKINS:  Mr. Ackerman, I think that we

21  were talking about the Georgia Standards of Excellence

22  based curriculum when we broke.  I think you explained

23  that this is a general curriculum, not a special ed

24  curriculum; correct?

25      A   That is correct.



1      Q    Okay.  Can you explain what embedded social

2   skills are?

3      A    Social skills are the -- learning the -- okay,

4   let me start over again.  Sorry.

5           Learning social skills is a part of our process

6   that we -- we do with our students because there is a lot

7   of deficits in some basic social skills and how to do

8   that, and so we -- we work on their skills and actually

9   teach them the skill, the social skill.  For example,

10  like, you know, how do you follow directions?  You look

11  at the person and you say okay and do what you've been

12  asked.

13          So there is like actual steps that they can

14  learn, so it becomes like a -- a teaching process as

15  opposed to just an explanation of, you know, this is what

16  you are supposed to do in this environment and this

17  environment.  It's an actual skill that we learn how

18  to -- that we teach them.

19     Q    What does it mean for that to be embedded?

20     A    That we -- we've constantly reinforced that

21  throughout our program, through our PBIS program.

22  They -- they earn their points by demonstrating those

23  social skills throughout the day, and -- and so with

24  our -- our token economy it becomes -- the social skill

25  acquisition becomes embedded because we are constantly



1   being repetitive with it throughout the entire day.

2       Q   So students at CGCA practice and develop social

3   skills as a way to get points?

4       A   Certainly.  Like our -- our initial, we have

5   the extrinsic reward to begin with.  Truly we -- we hope

6   that it turns into an intrinsic quality within them; that

7   they practice it in -- outside of our building, and they

8   take that with them.  But certainly as part of the

9   process to -- to build that skill, we do provide the

10  incentive of a -- of the -- the points.

11      Q   What is community-based vocational instruction?

12      A   That is a -- that's actually through the

13  district and where students practice community skills, go

14  out in the community to go ahead and practice job skills.

15      Q   Would this be an intervention targeted toward

16  high school students at CGCA?

17      A   Correct.

18      Q   Do you know whether any students currently

19  enrolled at the school-based GNETS program at H.V.

20  Jenkins are participating in community-based vocational

21  instruction?

22      A   We -- we have like in our entire class, like

23  classes that are designed for this.  During the pandemic

24  there was a -- a shutdown of the program throughout the

25  district, but we -- we actually have a -- like a -- a



 1  full class that attends this.

 2      Q   So does that mean that every student at H.V.

 3  Jenkins at the CGCA program is participating in

 4  community-based vocational instruction?

 5      A   Not every one of them.  We have a couple of

 6  classes that are -- like that's their class, like

 7  their -- their -- they have that on their schedule.  It's

 8  actually on their schedule.

 9      Q   And can you describe some of the activities

10  that these students are doing in that class?

11      A   And this was obviously not last year with

12  the -- the COVID, but they -- they would get like job

13  experiences.  They'd go to the -- to the mall and -- and

14  work on helping learn how to clean the tables and so

15  forth like that, learn the skills with that.  They went

16  to a horse farm.  They learned how to take care of the --

17  the -- the animals there.  We were at Goodwill learning

18  how to build boxes and so forth like that and just --

19  and -- and so forth.

20      Q   So is all of the instruction that's happening

21  for these classes off-site or is there also an on-site

22  component?

23      A   We have an on-site component.  We have our --

24  our PAES lab where they learn -- P-A-E-S -- where they

25  learn job skills, and they have like job boxes to work



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            191

1  on.

2      Q   What is a job box?

3      A   A job box is specifically designated to -- to

4  develop a particular skill, whether it's involved with

5  counting, assessing money, processing books or so forth,

6  and there's -- there's -- the -- the lab has like, I

7  don't know, 50 or 60 of these job boxes, and the students

8  work on that to -- to work on their -- their skill sets.

9      Q   Is there a curriculum that this program is

10  based on?

11     A   The -- the curriculum -- yes, it's through

12  the -- the -- I believe it's through the district.

13     Q   Do you know whether community-based vocational

14  instruction is an evidence-based service?

15     A   I do believe it is, but I do not have any --

16  positive about that.

17     Q   Are any students at CGCA dually enrolled at

18  Savannah Tech or Savannah State currently?

19     A   At this exact moment, we do not have any at

20  Savannah Tech.

21     Q   And what about Savannah State?  Are those the

22  same institution?

23     A   They are two different -- two different

24  locations.

25     Q   And do you have any students currently dually



1    enrolled at Savannah State?

2         A    We do not have at these two locations, but we

3    do have at a different location that's not listed on

4    here.

5         Q    Which one is that?

6         A    We have a student at Savannah High that's doing

7    dually enrolled there.

8         Q    That's a general education high school?

9         A    That is, yeah.

10        Q    So just one student who is dually enrolled at

11   H.V. Jenkins in a general education high school?

12        A    That is correct.

13        Q    Everyone else is full-time at H.V.?

14        A    We currently have a couple of students that are

15   participating in some general ed classes at -- at

16   Jenkins.

17        Q    Okay.  So I think you said that the -- you gave

18   a ballpark estimate of the current enrollment for the

19   CGCA classrooms at Jenkins is between 35 and 55 students

20   if I'm remembering correctly?

21        A    That would be pretty accurate.

22        Q    And of those 35 to 55, you estimated that there

23   are a few who are participating in general education

24   classes at H.V. Jenkins, correct?

25        A    That is correct.



1      Q    And -- and there is one, to your knowledge,
2    that is dually enrolled at another high school?
3      A    That is correct.
4      Q    What are family support services?
5      A    The -- the family support services are the
6    ability for us to connect with our families, provide them
7    with connections to -- to -- to different services that
8    are available, a lot to what our social work techs do
9    where they try to connect them to those.
10     Q    So this could be like a referral to a service
11   that a family may benefit from.  Is that what you are --
12     A    Not necessarily like a -- a referral but a
13   connection to the -- the program that's available that
14   the -- that the program exists.
15     Q    So can you just kind of explain functionally
16   what this would mean and give me an example of the kind
17   of service that --
18     A    Right.
19     Q    -- CGCA staff would be connecting families to?
20     A    Well, and I -- I thought of a -- a better
21   example.  You know, we do there -- our food panty, and so
22   we reach out to the families to -- to support them
23   through Second Harvest, and -- and so we are the liaison
24   between them by having our food pantry in our building,
25   so we provide them with that kind of.



 1        Q   Do CGCA staff ever make referrals to community
 2   mental health service providers in the area?
 3        A   Do we -- do we make the referrals?  No, we do
 4   not make the referrals.
 5        Q   So CGCA staff -- CGCA staff are not
 6   identifying, for instance, that a student may benefit
 7   from a particular behavioral health intervention that's
 8   available through a Community Service Board and then
 9   referring that family?
10        A   We do not make the referrals, no.
11        Q   Who does make the referrals, if anyone?
12        A   It's -- it would be from the -- from the parent
13   or from the -- the guardian.
14        Q   So in other words, it's up to the parent to
15   figure out what additional behavioral health
16   interventions their child may need and to seek those out
17   from a Community Service Board?
18        A   Right.  And then we will -- we will assist by
19   giving them names of connectors like who -- who may be a
20   part of what program and so forth.
21        Q   Are you familiar with the Community Service
22   Board that operates in Savannah?
23        A   I am not.
24        Q   Do you know what a Community Service Board is?
25        A   I do not.



1      Q    The brochure also references OT/PT if

2  appropriate.  Does "OT" mean occupational therapy?

3      A    Correct.

4      Q    And "PT" means physical therapy?

5      A    Correct.

6      Q    And how often are students at CGCA receiving

7  either occupational or physical therapy?

8      A    As determined by their IEP and service through

9  the district.

10      Q    Do you have any students currently at either

11  the CGCA center or H.V. Jenkins participating in

12  occupational therapy?

13      A    We do.

14      Q    How many?

15      A    I -- I do not know that number.

16      Q    Do you have students at either location

17  participating in physical therapy currently?

18      A    We do.

19      Q    Do you recall how many?

20      A    I do not know the number.

21      Q    Are you looking at aggregate data for the

22  number of students receiving each component service

23  offered at GNETS -- at CGCA?

24      A    I am -- I do not.

25      Q    Does anyone -- do -- do any staff at CGCA look



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              196

 1  at aggregate data as to utilization of specific services
 2  by GNETS students at your facilities?
 3       A    For -- for -- specifically for PT and OT, no.
 4       Q    What about for family support services?
 5       A    As guided through, I think there is a similar
 6  question in our State grant application that -- that we
 7  supply that.
 8       Q    So the State grant application requires that
 9  you -- that CGCA report on the number of students
10  benefiting from family support services; is that
11  accurate?
12       A    There is a similar question.  I'm not sure
13  exactly if it's in those words.
14       Q    Are you doing any reporting outside of the
15  context of the State grant application with regards to
16  the amount of services being received by students at
17  CGCA?
18       A    No.
19       Q    And does CGCA undertake any internal analysis
20  of patterns of service utilization for students enrolled
21  at CGCA?
22       A    No.
23       Q    Mr. Ackerman, we've just handed you what's been
24  previously marked as Exhibit 8.  This is a letter, I'll
25  represent for the record, from the Robbins Firm, counsel



1  for the State of Georgia in this matter, to the United

2  States.  Its purpose is to supplement the State's

3  responses to the United States interrogatories, and it's

4  specifically including Interrogatory No. 17, which asked

5  for information about Medicaid available services

6  available in the state of Georgia.

7          I want to direct you to pages 2 and 3 of this

8  document, which includes the State's supplemental

9  response and Interrogatory No. 17, including a list of

10 Medicaid reimbursable community behavioral health

11 services.

12         Do you see where I am?

13    A    I do.

14    Q    I'd like to walk through this list and ask you

15 a couple of questions about services that may be provided

16 and accessible to students at CGCA.

17    A    Can I take a moment to just look through this?

18    Q    Oh, please.

19    A    I'm -- I'm not familiar with this at all.

20    Q    Please take a moment.

21    A    Thank you.  I appreciate that.

22         Okay.  Thank you.

23    Q    Of course.

24         So I'd like to direct your attention to the

25 State's response under Interrogatory No. 17.



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              198

1       A    Okay.

2       Q    Are you familiar with the term behavioral

3   health assessment or BHA?

4       A    Vaguely.

5       Q    Would you be able to describe what that is?

6       A    Probably not in good detail.

7       Q    Do you know whether students at CGCA receive

8   behavioral health assessments?

9       A    They do not.

10      Q    Let's move to the next page.  Are you familiar

11  with the service identified as individual counseling?

12      A    I am not.

13      Q    Do students at CGCA receive the individual

14  counseling service?

15      A    They do not.

16      Q    Are you familiar with the service identified

17  here as community support?

18      A    No, I am not.

19      Q    Do students enrolled at CGCA receive community

20  support services?

21      A    They do not.

22      Q    Skipping down, are you familiar with the

23  service identified here as crisis intervention?

24      A    I am not.

25      Q    Do students at CGCA receive crisis intervention



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    199

1    services?

2         A    They do not.

3         Q    Skipping down a few, are you familiar with the

4    service identified here as diagnostic assessment?

5         A    I am not.

6         Q    Do students at CGCA receive diagnostic

7    assessment services?

8         A    They do not.

9         Q    Skipping down, do you see the service

10   identified here as family outpatient services-family

11   counseling?

12        A    I do.

13        Q    Are you familiar with what that service is?

14        A    I am not.

15        Q    Do families of students enrolled at CGCA

16   receive family outpatient services?

17        A    They do not.

18        Q    Are you familiar with the service identified

19   here as service plan development?

20        A    I am not.

21        Q    Do students enrolled at CGCA receive service

22   plan development services?

23        A    They do not.

24        Q    Are you familiar with group outpatient

25   services-group counseling?



1        A    I am not.

2        Q    Do students at CGCA receive group outpatient

3   services or group counseling services?

4        A    They do not.

5        Q    Are you familiar with parent peer

6   support-individual services as identified on this list?

7        A    I am not.

8        Q    Do students at CGCA receive parent peer

9   support-individual services?

10       A    They do not.

11       Q    Are you familiar with Intensive Customized Care

12  Coordination or IC3 as identified here?

13       A    I am not.

14       Q    Do students at CGCA receive Intensive

15  Customized Care Coordination services?

16       A    They do not.

17       Q    Are you familiar with the service identified

18  here as intensive family intervention?

19       A    I am not.

20       Q    Do students at CGCA receive intensive family

21  intervention services?

22       A    They do not.

23       Q    Are you familiar with peer support services in

24  any form?

25       A    I am not.



DAVID ACKERMAN                                           August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    201

1      Q    Do students at CGCA receive peer support
2   services in any form?
3      A    They do not.
4      Q    We can set this aside.
5           Are you familiar with the Apex Program?
6      A    I am aware of it, yes.
7      Q    What is your understanding of the Apex Program?
8      A    I -- I am not too familiar with it, but I am --
9   I recognize it by -- by the name.  I know that some of
10  the other GNETS access it.
11     Q    Has CGCA ever accessed services for the Apex
12  Program?
13     A    We -- we have not, no.
14     Q    And recognizing you may not know exactly what
15  it is, but if you were to just attempt to describe what
16  Apex is, that would be helpful.
17     A    Support services.
18     Q    Do you know whether those are services that are
19  specifically provided in school settings versus other
20  settings?
21     A    That I don't know.
22     Q    You mentioned that there are other GNETS
23  programs that have participated in Apex; is that
24  accurate?
25     A    I would assume that's accurate.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                        202

 1      Q    And which specific GNETS programs, to your
 2   knowledge?
 3      A    I do not know.
 4      Q    Are you aware of any specific GNETS programs
 5   currently accessing services through the Apex Program?
 6      A    I do not, no.
 7      Q    Have you discussed Apex with any staff at
 8   DBHDD?
 9      A    I have not.
10      Q    Have you discussed Apex with Vickie Cleveland
11   during the monthly meetings with GNETS program directors?
12      A    I do believe it's come up, yes.
13      Q    What was discussed when it came up?
14      A    I don't honestly recall the -- the information
15   that was shared on that.
16      Q    Was this relating to GNETS program directors
17   expressing interest in receiving Apex services?
18      A    I -- I am really not sure, to be honest with
19   you.
20      Q    Did this happen in the last year?
21      A    In -- since -- at -- since I have been there,
22   yes.
23      Q    Since you joined in 2021?
24      A    Yes.
25      Q    As principal?



1        A    Yes, sir.

2        Q    Do you have any opinion as to whether it would

3   be helpful for students enrolled at CGCA to be able to

4   access services through the Apex Program?

5        A    There is -- there is that potential.  I know a

6   lot of the GNETS programs are -- are serviced through

7   RESAs and don't have a fiscal agent like we do here, so

8   the -- so that -- so their needs are a little bit

9   different than -- than we are.

10       Q    Can you explain that to me, the difference

11  between being serviced through a RESA versus a fiscal

12  agent?

13       A    Right.  And -- and maybe not -- service was

14  probably not the proper word on that, but more so that we

15  have a lot of accessible resources by having one

16  district, and -- and so we're able to access the services

17  within the district.

18       Q    As opposed to multiple districts or -- I'm just

19  trying to understand the contrast with the other GNETS.

20       A    Multiple districts would rely more on the --

21  the services provided by like RESAs.

22       Q    So just having one district is helpful for

23  purposes of accessing services.  Is that --

24       A    For our particular situation, yes.

25       Q    Okay.  Are you familiar with the term



1   Multi-Tiered System of Supports?  Are you familiar with

2   the term Multi-Tiered System of Supports?

3        A    Multi-Tiered System of Reports?

4        Q    Of Supports.

5        A    Of Supports?

6        Q    MTSS.

7        A    Not -- not really, no.

8        Q    Is there an MTSS program at CGCA?

9        A    There is not.

10       Q    Has there ever been an MTSS program at CGCA

11  since you joined in 1996?

12       A    Not that I am aware of.

13       Q    Could you describe the process by which a

14  student is admitted to receive services at CGCA?

15       A    Certainly.  It -- it begins with a -- a

16  referral packet from the -- from the -- through the --

17  the program manager of the -- the regular -- their

18  regular school, and they're referred through the packet

19  there where it's a process of information that is needed,

20  is required, such as having an IEP, having a BIP, having

21  different qualifications through there.

22            And then we will send out a -- a person from

23  our team to go do an observation to add to that, and then

24  there is -- then the IEP team meets to discuss all the --

25  the data and the qualifications based on, is this an



1    emotional component that is driving the behavior?  Is the

2    behavior impacting their academic progress?  We're --

3    we're looking at the -- the -- the data from the

4    standpoint of, is that -- is their behavior in -- is

5    their emotional component driving the behavior that's

6    impeding their academic progress?

7            And then it's the team's decision to go ahead

8    and determine the least restrictive environment where the

9    student will be most successful in -- in -- in

10   progressing in their academics and their -- and their

11   schooling.

12       Q   I think you mentioned a BIP.  Is that a -- a

13   behavioral intervention plan; is that accurate?

14       A   Yes, sir.

15           (Deposition Exhibit 411 was marked for

16   identification.)

17       Q   BY MR. HOLKINS:  Mr. Ackerman, you have just

18   been handed what we are marking as Exhibit 411 --

19       A   Okay.

20       Q   -- for the record.  This was produced by CGCA

21   in response to the United States subpoena for documents.

22           Mr. Ackerman, do you recognize this document?

23       A   I do.

24       Q   Were you involved in preparing this document?

25       A   I was not.



1    Q    But you reviewed it before it was produced in

2    response to the United States subpoena?

3    A    Yes.  Oh, I -- I misunderstood the question.  I

4    thought, did -- did I actually create this, this

5    flowchart?  I did not.  I did not create this, but I --

6    yes, I was involved in preparing this for the -- the

7    subpoena, yes.

8    Q    And who was principally responsible at CGCA for

9    assembling this document?

10   A    This is a -- this is through GaDOE.

11   Q    Are you specifically referencing the -- the

12   GNETS rule that's attached to the --

13   A    Yes.

14   Q    -- document?

15   A    Yes.

16   Q    Page 1 of the document, is that also through

17   the Department of Education or was that --

18   A    That is not.

19   Q    This is something that CGCA created?

20   A    Right, as just a statement page.

21   Q    Do you know who drafted this page?

22   A    Who specifically drafted this page?

23   Q    Uh-huh.

24   A    I do not recall.

25   Q    And this statement page, as you describe,



1  includes a reference to the GNETS rule which follows?

2      A    Correct.

3      Q    And that's the same rule that we discussed

4  previously, correct?

5      A    Correct.

6      Q    So as you understand it, what entity sets the

7  entry criteria for admission to CGCA?

8      A    The IEP team.

9      Q    So that as -- is it your opinion that's

10  individualized essentially to the student?

11      A    Correct.

12      Q    Are there mandatory entry requirements or

13  criteria that apply across?

14      A    That mandatory for us to consider for

15  placement?  Yes.  Like, are there -- I'm just trying to

16  rephrase the question.

17      Q    Right.

18      A    If there -- there is -- yes, there are

19  mandatory requirements.

20      Q    And that would -- I'm trying to understand

21  really beyond just whether the -- the requisite documents

22  have been provided, whether there are specific criteria

23  in terms of diagnoses or treatment history that have to

24  be satisfied.

25      A    No, I'm -- I'm speaking of like they have to



 1  have an IEP, you know, items like that that have to be in

 2  place for us to be considered, and then -- and then based

 3  on the IEP team going over the choice of the least

 4  restrictive environment for their most successful

 5  educational plan.

 6       Q   And it was your prior testimony that staff at

 7  CGCA, whether yourself or another program manager,

 8  participate in all IEP meetings when considering GNETS

 9  services for a student that may enroll --

10       A   Yes.

11       Q   -- at CGCA?

12       A   Absolutely.

13       Q   Are any representatives of alternative

14  placements outside of GNETS also participating in those

15  IEP meetings?

16       A   In -- in placements meetings, yes.

17       Q   And what -- what kinds of alternative

18  placements would be represented in these meetings for

19  students that are being considered for entry into CGCA?

20       A   Like their -- their -- their home school, their

21  general education school, where they are getting referred

22  from, obviously, would be in the meeting for that

23  process.

24       Q   If you scroll to page 3 of this document, it's

25  the first page of the GNETS rule which is included in



1    CGCA's response.

2         A    Okay.

3         Q    Under "Consideration for GNETS Services," do

4    you see where I am?

5         A    Yes, I do.

6         Q    Is it fair to say that this describes broadly

7    the expectations around consideration for GNET services

8    that apply across the program?

9         A    Give me just a quick moment --

10        Q    Please, take your time.

11        A    -- just to look at that just to make sure.

12   Thank you.

13             Yes, that is accurate.

14        Q    And when I say "across the program," I mean

15   across all GNETS programs.

16        A    That is correct.

17        Q    And each individual GNETS program is bound by

18   these general criteria as established in the GNETS rule?

19        A    That is correct.

20        Q    And that rule is established by the State?

21        A    Yes, as far as I know.

22        Q    I think you described a -- a referral packet --

23        A    Uh-huh.

24        Q    -- as kind of the collection of documents that

25   help to inform assessment of whether or not a child



1    should be admitted to GNETS.

2        A    That is correct, I did.

3        Q    Who at CGCA receives those referral packets and

4    reviews them initially?

5        A    The initial referral goes to our program

6    manager to -- to look over.

7        Q    So depending on whether -- presumably depending

8    on the -- the grade --

9        A    Correct.

10       Q    -- of the referred student, it would either be

11   the program manager at H.V. Jenkins or at CGCA center?

12       A    That is correct.

13       Q    And what is the role or the function of that

14   initial review by the program manager once a referral

15   packet is received?

16       A    They look through the packet to -- to make sure

17   that there is no discrepancies as to what -- what we are

18   waiting to -- to receive, like make sure that everything

19   is there; communicate with the -- the program manager who

20   assisted in the referral and the development of the

21   packet to go ahead and make sure that we are getting all

22   the information that's -- that's -- that's required prior

23   to this; and then they initiate one of our staff members

24   to go do an observation to start getting some data from

25   us, as well.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            211

1     Q   And this observation, is that likewise

2   conducted by the program manager or is that another staff

3   member that's --

4     A   That is another staff member that heads up,

5   does that.

6     Q   Which CGCA staff members are responsible for

7   the observations?

8     A   We -- we actually have a -- a part-time staff

9   member who has been with our program for a number of

10  years that -- that works part-time to help us with that.

11    Q   And that is the only individual who is

12  conducting observations at present?

13    A   That is correct, at present.

14    Q   And what is this individual's name?

15    A   David Davenport.

16    Q   David Davenport?

17    A   Correct.

18    Q   What is David Davenport's educational

19  background?

20    A   He was -- I don't know specifically what

21  degrees he had, but he was -- he was a program -- I

22  apologize.  He was a social worker for us for probably 35

23  years.

24    Q   And Mr. Davenport's role at this point is

25  limited to assisting with observations for students who



 1  are being considered for enrollment at CGCA?

 2      A    Correct.

 3      Q    Can you describe what those observations

 4  entail?

 5      A    Just a -- a -- classroom settings, observations

 6  of the -- the students interacting with their -- their

 7  peers, with their -- with the staff members there.  Just

 8  doing general observation without any kind of

 9  interaction.

10      Q    Does Mr. Davenport conduct interviews with the

11  student as part of the observation process?

12      A    He does not.

13      Q    Does Mr. Davenport conduct interviews with

14  parents of the referred student as part of the

15  observation process?

16      A    He does not.

17      Q    Does Mr. Davenport conduct interviews with

18  general education teachers for the referred student as

19  part of the observation process?

20      A    He does.

21      Q    And there is general education teachers also

22  you would expect to be participating in the IEP team?

23      A    In the IEP team, right.  And so the observation

24  is just one piece to the -- to every part that we are

25  getting.  We are just getting some additional information



1   to -- to guide our decision.

2        Q   Does the GNETS -- does CGCA have ultimate

3   authority to deny a request for admission?

4        A   We do not have ultimate authority.  It's --

5   it's the entire team's decision.

6        Q   What happens if there is a disagreement on the

7   team?

8        A   The -- usually it's brought to a consensus.

9   I -- I assume that eventually it could, you know, be a

10  due process, I guess, if -- if -- if requested.  I have

11  not been a part of that, where an IEP team has not gone

12  to that situation with -- with our referrals.

13       Q   Have there -- have there been instances where

14  parents have disagreed with the determination made by an

15  IEP team about enrolling a student in GNETS?

16       A   Yes.

17       Q   And what happens in those instances?

18       A   As they are a part of the IEP team, they --

19  they have a very big impact and influence on our ultimate

20  decision.

21       Q   But the IEP team would not defer to the

22  parents' wishes as a matter of course?

23       A   Not exclusively, but -- but certainly we

24  have -- we have not -- I would say that as a -- in my

25  role, we have not taking -- taken students that are --



 1  parents are adamantly against our program.

 2      Q   So you can't recall an instance where a child

 3  was admitted to CGCA over the parents' objections?

 4      A   Please say that one more time so I can make

 5  sure I answer that right.

 6      Q   Can you recall an instance where a child was

 7  enrolled in CGCA over the parents' objections?

 8      A   I -- no, that is correct.  I don't -- I cannot

 9  recall.

10      Q   When considering whether enrolling a student at

11  CGCA is appropriate, do CGCA staff consider what the

12  least restrictive environment for that student is?

13      A   Absolutely.

14      Q   And what factors into that evaluation of what

15  the least restrictive environment for a student is?

16      A   Where they are going to be academically

17  successful, where they are going to be safe, and -- and

18  so we certainly take in those considerations with all

19  the -- the data that is collected to determine that our

20  supports would be beneficial to the student.

21      Q   Are you considering the full continuum of

22  educational services when evaluating the least

23  restrictive environment for a student?

24      A   Yes, we are.

25      Q   What is the full spectrum of educational



1    services if you were to describe them?

2        A    It -- it depends on the individual and the

3    individual needs, and it depends on what kind of services

4    that are currently being provided and what supports have

5    already been initiated and tried, and -- and then we make

6    determinations based on that.

7        Q    So I want to make use of Exhibit 82, which is

8    the GNETS rule.  I'm not sure if you have that handy.  We

9    are going to set aside Exhibit 411 just for a second.

10       A    Okay.

11       Q    And this should be in your pile.

12       A    Yes, sir.

13       Q    It's got a stamp that says 82 at the top.  It's

14   this one here (indicating).

15       A    Okay.  Great.  Thank you.

16       Q    And as discussed previously, this is the

17   State's GNETS rule, which you have reviewed since

18   becoming principal at CGCA, correct?

19       A    I have.

20       Q    I want to direct you to pages 3 and 4.  Let's

21   start on page 3, which has a -- a heading that reads,

22   "Continuum of GNETS Service Delivery and Environments."

23            Do you see that text?

24       A    I do.

25       Q    And specifically under (4)(c), the document



1  defines the GNETS continuum of services by environment,

2  and there are six entries.  Do you see that text --

3       A   I do.

4       Q   -- carrying on to page 4?

5           So is CGCA considering all of these options as

6  potential least restrictive environments when determining

7  whether a child should be enrolled?

8       A   We do.

9       Q   And that would be documented where?

10      A   In the IEP team as through the -- who is

11 attending it, minutes, I would assume.

12      Q   So there would be a record of discussion from

13 those IEP team meetings about these options?

14      A   About the options, correct.

15      Q   Those options include, in addition to placement

16 in a general education setting in the zoned school or

17 other public school, services provided in the student's

18 zoned school or other public school setting by way of a

19 pullout from the general education setting for part of

20 the school day, correct?

21      A   That is correct.  We have done that.

22      Q   And to be -- make sure that I understand, for a

23 student that is pulled out from a general education

24 setting for part of the school day, would they be

25 receiving potentially services at CG -- or going to



 1  school at CGCA for the other part of the day?

 2      A    That we have done half days to support.  Yes,

 3  we have.

 4      Q    How many students currently at CGCA either at

 5  H.V. Jenkins or at the center are in a pullout?

 6           MR. DENNISON:  Just for clarity, I mean, you

 7  are talking -- 5 is there for part of the day.  I think

 8  we're gonna get just off base as to him saying that 2 is

 9  the pull-out model.  I don't think the pull-out model is

10  GNETS part of the time.  I mean, it's number 5, but I

11  just -- I mean, I just don't know what -- we're going --

12           MR. HOLKINS:  Right, right, right, right.

13           MR. DENNISON:  We're getting so sideways in

14  terms of --

15           MR. HOLKINS:  I appreciate it.  I appreciate

16  that.

17      Q    BY MR. HOLKINS:  Okay.  So let's -- so number 5

18  is what we just were discussing, which is in GNETS for

19  part of the school day and then in some other environment

20  for the other part of the day?

21      A    Thank you.  Yes.

22      Q    Okay.  And so what is number 2?

23      A    Perhaps that is like a consultative where we --

24  where we bring our staff in to support.  Let me reread,

25  please.



1    Q   Please take your time.

2    A   Yeah, that -- that would be part of our

3  consultative, where we would send in potentially a staff

4  member to -- to assist, to observe or -- or help kind of

5  support.

6    Q   And at present, is CGCA sending staff to

7  general education schools for -- to perform this

8  consultation function as you just described?

9    A   Currently we do have one.

10    Q   Where?  At which school?

11    A   At Johnson High School.

12    Q   So that would be for one of the approximately

13  35 to 55 students at H.V. Jenkins?

14    A   No.  This is a -- this is a student that was

15  never -- was never enrolled in our program.

16    Q   Understood.

17    A   It's a -- it's another section to what we would

18  do.  We would be consultative services outside.

19    Q   Understood.  Thank you for the clarification.

20    MR. DENNISON:  And just for the record, item 2

21  is super common in our schools without GNETS involvement,

22  super common special ed placement.  Just rare to have the

23  GNETS involved in that.

24    MR. HOLKINS:  Okay.  Thank you, Brian.

25    Q   BY MR. HOLKINS:  So number 3, "Services



DAVID ACKERMAN                                      August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              219

1  provided in the student's zoned school or other public

2  school for part of the school day in a setting dedicated

3  to GNETS," could you describe functionally what that

4  means?

5       A    I would -- my assumption would be that -- that

6  because of the way our structure is with the site-based

7  and the -- the wing at Jenkins, I don't think that's --

8  necessarily would refer to a circumstance that we would

9  have that maybe other GNETS would be involved in like a

10 specific classroom in a building at other locations.

11      Q    So why does this not apply to H.V. Jenkins, for

12 example, to the GNETS wing?

13      A    And -- and it could, yes, I see that.  That is

14 accurate.  That -- that could apply to the Jenkins.

15      Q    Okay.  So I believe your testimony previously

16 was that any discussion regarding these options, the

17 specific continuum of placements as described in GNETS

18 rule, would be reflected in the minutes for the IEP

19 team's meeting.  Is that accurate?

20      A    I would assume.  There is a section for it in

21 the IEP.

22      Q    Okay.  So let's set aside the rule for a second

23 and let's go back to 411.

24           MR. DENNISON:  And for clarity here, I think in

25 the IEP there is a discussion of -- there is a pro forma



1  continuum that's the more general continuum in terms of

2  the specific GNETS option continuum.  There is a general

3  continuum that they are supposed to consider with LRE and

4  all IEPs.  Anyway.

5           MR. HOLKINS:  Let's make this concrete.  Can

6  you hand me one of the referral packets.  It doesn't

7  matter which one.

8           (Deposition Exhibit 412 was marked for

9  identification.)

10     Q    BY MR. HOLKINS:  You have just been handed what

11  we are marking as Exhibit 412.  It's a long document.

12  There is no need to review all of it, but I will give you

13  a moment to familiarize yourself with what you have got

14  in front of you.

15     A    Okay.

16     Q    Just let me know when you are done.  Okay.

17     A    Sorry.

18     Q    No, that's fine.  I will note for the record

19  that this is a document produced by CGCA to the United

20  States in response to the United States document

21  subpoena.  I will also note for the record that all

22  references to the student's name, birth date, and other

23  identifying numbers have been redacted from this

24  document.

25           Mr. Ackerman, is this an example of a referral



1   packet for enrollment in CGCA?

2       A   That is correct.

3       Q   And the first page of the document is a -- a

4   summary of the disposition of this referral, correct?

5       A   That is correct.

6       Q   And what was the result of this referral?

7       A   That this referral was not resulted in an

8   enrollment for the -- for the following reasons.  Upon

9   observation, behaviors referenced in the referral for

10  GNETS.  Services lacked the severity, intensity,

11  frequency and duration to warrant a GNETS placement.

12      Q   And that was a determination made by the IEP

13  team?

14      A   That is correct.

15      Q   Did you participate in the IEP team?

16      A   I was not in on this one.

17      Q   Who participated for CGCA?  I think you may --

18  perhaps page 9.

19      A   Okay.  I do not see a CGCA staff member in

20  here.  Program manager Brad Spear would have been the

21  district program manager.

22      Q   So what was the basis of the -- the

23  determination here?  The referral was not warranted

24  because the behaviors referenced lacked the severity,

25  intensity, and frequency or duration that would warrant a



1  GNETS placement?

2       A   Right, and -- and -- and honestly, from -- you

3  know, from a perspective of just reading this document in

4  its capacity with this, I -- I do not know the extended

5  details of a -- of a particular case-by-case with this

6  particular situation as to all the determinations.  I

7  could make some speculations, but...

8       Q   So to your knowledge, no CGCA staff members

9  participated in the IEP team meeting for this?

10      A   To my knowledge, I do not see any of them in

11  there.

12      Q   I want to direct you to page 28, if you --

13      A   Okay.

14      Q   -- use the pagination at the bottom to find

15  page 28.

16      A   Yes.

17      Q   See if that refreshes your recollection as to

18  whether or not any staff for Coastal Georgia

19  Comprehensive Academy participated.

20      A   And there -- there are no staff from Coastal

21  Georgia Comprehensive Academy listed in there.

22      Q   Okay.  Thank you.

23          So stepping away from this particular referral

24  packet, what is your understanding of the intensity of

25  behavioral health needs that would be sufficient to



1   warrant placement in GNETS?

2       A    The -- the -- one of the main components that

3   we're looking for is the emotional component that's

4   driving the behavior.  In other words, it's -- it's not

5   the -- the emotion is creating the behavior with that,

6   and so the -- when -- when they are referring to that, I

7   know in this particular case they were talking about a

8   student with autism that that's -- while there is a fine

9   line between what is emotional and what is not emotional,

10  we would have viewed some of the behaviors.  Maybe the

11  behavior looked exactly the same, but the way they got to

12  the behavior was that it was -- it was part of their

13  autism that was creating this behavior.

14          And so our program is designed with the social

15  skill acquisition with the -- the therapeutic

16  environment.  So we're trying to teach a student better

17  pathways of going ahead and making decisions to support

18  their emotion, but if their emotion is what it is and not

19  going to be -- you know, it's not going to be -- the

20  social skill acquisition may assist them in that moment,

21  but it's not going to be a -- a change to their behavior

22  because it's the emotional component that's driving the

23  behavior.

24      Q    I'm trying to understand how the testimony you

25  just provided --



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            224

1      A    Sure.

2      Q    -- connects to intensity.  My -- my original

3  question was about what distinguishes intense social,

4  emotional, and behavioral challenges from non-intense

5  social, emotional, and behavioral challenges in your

6  view?

7      A    The -- the intensity of -- perhaps would -- and

8  once again just, you know, speculating a little bit, the

9  intensity would involve the academic impact, you know,

10  the -- is it affecting how they're able to -- to learn

11  and progress?  I am looking at it from that standpoint of

12  intensity, frequency.

13      Q    So is there a specific rubric or standards that

14  you use when participating in IEP team meetings to assess

15  the intensity of social, emotional, and behavioral

16  challenges?

17      A    We would -- we would look at the -- the data

18  provided to us, take a look at the behavior intervention

19  plan seen, how -- we would look at that, some of the

20  frequency and the intensity, and list it and so forth, so

21  we would -- we would access that data to determine.

22      Q    So in other words, you would use the material

23  included in the referral packet to make the assessment of

24  whether the social, emotional, and behavioral challenges

25  are sufficiently intense to warrant GNETS enrollment?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          225

1    A    Correct.

2    Q    But is there a -- a specific set of criteria

3  that you are using to guide whether or not that benchmark

4  is crossed?

5    A    No, not a rubric.

6    Q    So does this just really boil down to the

7  instinct, the intuition of the individuals participating

8  in the IEP team meeting as to whether or not the record

9  reflects sufficiently intense social, emotional, and

10  behavioral health challenges?

11    A    While that's a component of it, I -- I

12  certainly think that looking at the -- the -- the data on

13  the behavior -- and -- and once again, it's very

14  individualized based on what is this producing.  You

15  know, intensity for one student may be different than

16  intensity for another student, and that's perhaps why

17  there is no rubric, because it depends on how it's

18  affecting them and their outcomes, and so the intensity

19  level varies.

20    Q    So we've got, I think, time enough for just

21  another break, and why don't we take it now, maybe ten

22  minutes, and then we'll come back on the record and

23  finish up.

24    A    Sounds good.  Thank you.

25         THE VIDEOGRAPHER:  It's 3:44.  We are going off



1   the video.

2          (The deposition was at recess from 3:44 p.m. to

3   3:51 p.m.)

4          THE VIDEOGRAPHER:  It's 3:51 and we are back on

5   the video.

6     Q   BY MR. HOLKINS:  Mr. Ackerman, you can set

7   aside Exhibit 412 which we were just discussing.

8     A   Okay.

9     Q   I want to direct you back to Exhibit 82, which

10  is the GNETS rule.  I think you had it up.

11    A   I did.

12    Q   Could you turn to page 3 of that document.

13    A   Yes.

14    Q   I'm going to direct you back to section 4, the

15  heading that reads, "Continuum of GNETS Service Delivery

16  and Environments," and specifically subparagraph (a),

17  which reads in part, "Removal from the general education

18  setting will occur only when the nature or severity of

19  students' social, emotional and/or behavioral challenges

20  are such that education in a general education setting

21  with the use of supplementary services and intensive

22  individualized interventions cannot be achieved."

23          Do you see that text?

24    A   I do.

25    Q   Is that part of the evaluation that you are



1    undertaking in an IEP team when considering enrollment?

2        A    Yes.

3        Q    What specific supplementary services in

4    intensive individualized interventions are you

5    considering as part of that evaluation?

6        A    Whether -- so that's -- that's actually -- that

7    looks like that's read, like, that's what the school is

8    providing, like the -- that they are already getting

9    those services, just like a -- you know, whether they're

10   inclusion class and self-contained class, those kind of

11   things.

12       Q    But would you consider as part of the

13   evaluation of whether to enroll a referred student

14   whether there are additional supplementary services and

15   intensive individualized interventions that are available

16   that the student is not already receiving?

17       A    We would consider those additional services.

18       Q    Okay.

19       A    Yes.

20       Q    And what specific services would you be

21   considering that the student may not already be receiving

22   in the general education setting?

23       A    Whatever would be available.

24       Q    I apologize for making you shuffle back and

25   forth.  Can you take a look at Exhibit 8 which is right



1    on top of that pile.

2        A   Yes.

3        Q   And I want to direct your attention back to the

4    services identified on pages 2 and 3 under Interrogatory

5    No. 17 that we discussed previously.

6        A   Yes.

7        Q   Do you see where I am?

8        A   Yes, I do.

9        Q   When you are participating in an IEP team,

10   considering a referral for a GNETS enrollment, do you

11   specifically consider whether these services and

12   interventions would be appropriate and effective in

13   meeting the student's need in a general education

14   setting?

15       A   We do not.

16       Q   You can set aside Exhibit 8.

17           In general, what kind of review is undertaken

18   of the sufficiencies of services provided at the

19   student's home school as part of the IEP team review?

20       A   I'm sorry, can you please repeat that for me.

21       Q   Yeah, let me try that again.

22       A   Sure.

23       Q   That was a tough one.

24           So I believe that you testified that part of

25   your evaluation for referred students is of the services,



 1  supplementary services and individualized interventions

 2  that they are receiving in their home school?

 3      A    Correct.

 4      Q    And what -- what does the review of those

 5  services look like?

 6      A    The -- the review is like -- because we're

 7  looking at, are they -- what does their BIP look like?

 8  You know, is their behavior intervention plan, is it --

 9  can it use some revisions?  Is there a possibility that

10  we can change things to make the service -- that we can

11  still provide other services for them before we get to --

12  to the most restrictive environment?

13      Q    So you would be looking at modifications to the

14  student's behavioral intervention plan?

15      A    Correct.

16      Q    Anything else that you would specifically be

17  considering as part of this review of sufficiency of the

18  services in a general education setting?

19      A    Looking at what other -- what other types of

20  supports are available at that particular school.

21      Q    And what would inform your understanding of

22  what types of services are available at that particular

23  school?

24      A    The representation from -- from their school

25  and from the program manager for the district.



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            230

 1        Q    So you would rely on the representations made
 2   by the general education staff --
 3        A    Yes.
 4        Q    -- as to what's available in your own school?
 5        A    Yes.
 6             MR. DENNISON:  Just for clarity, I mean, the
 7   program manager participates in the IEP.  The program
 8   manager is aware of what services are available
 9   district-wide, just to be clear.
10             MR. HOLKINS:  Well, that's your opinion and not
11   Mr. Ackerman's --
12             MR. DENNISON:  Okay.
13             MR. HOLKINS:  -- and so...
14             MR. DENNISON:  Okay.
15        Q    BY MR. HOLKINS:  I think you -- I believe you
16   explained that there was an observation component as part
17   of the review of a referral packet, correct?
18        A    Correct.
19        Q    And that observation component includes an
20   interview with the general education teachers for the
21   referred student, correct?
22        A    Not necessarily, but yes.
23        Q    In some cases?
24        A    In some cases.
25        Q    But not all cases?



DAVID ACKERMAN                                  August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          231

 1       A   Correct.

 2       Q   So are there some cases in which the sum total

 3  of material being reviewed and considered when deciding

 4  the outcome of a referral is contained in the packet and

 5  in the discussion between the IEP team members?

 6       A   I'm sorry, please repeat that.

 7       Q   Are there instances when the sum total of the

 8  material being reviewed and considered when deciding the

 9  outcome of a referral for a GNETS enrollment is contained

10  in the referral packet?

11       A   Exclusively without an observation?

12       Q   Yes.

13       A   We -- yes.  That has occurred, yes.

14       Q   In reviewing the sufficiency of services that

15  may have been provided at the student's home school as

16  part of this process, is there any assessment of whether

17  the appropriate amount, frequency, and duration of

18  services were delivered?

19       A   Certainly, yes.

20       Q   And what would you be looking to to assess

21  whether the appropriate amount, frequency, and duration

22  of services were actually delivered in the home school?

23       A   That the -- that what was being done was

24  done -- was being done with fidelity, with the -- the

25  fact that the -- that whatever was placed in the IEP was



1    being done.

2         Q    What do you mean by "fidelity"?

3         A    Just that -- that looking at all of the -- the

4    components of it that -- you know, going back to the BIP

5    and so forth like that that were being implemented and so

6    forth and working on that.

7         Q    So to make sure I understand, I'm just going to

8    explain what I think that you testified, and you tell me

9    if I am wrong.  You are looking to see whether the

10   recommended amount of frequency and duration of services

11   per the student's behavioral intervention plan has

12   actually been provided?

13        A    And -- and, you know, there's lots of

14   circumstances that -- that can potentially prevent that,

15   but we're -- we are looking for that to see that

16   everything is -- is -- is being done, yes.

17        Q    So that's a yes to my question?

18        A    Yes.

19             (Deposition Exhibit 413 was marked for

20   identification.)

21        Q    BY MR. HOLKINS:  Mr. Ackerman, you've just been

22   handed what's marked as Exhibit 413.  For the record,

23   this is a document produced by CGCA to the United States

24   in response to the United States document subpoena.

25        A    Yes.  Correct.



1        Q    You've seen this before?

2        A    Yes.

3        Q    Page 2 of this document describes CGCA's

4   approach to exit criteria for students leaving CGCA,

5   correct?

6        A    Correct.

7        Q    Can you explain what is meant by the -- the

8   text here, that there is no general exit criteria?

9        A    That it is all based on the IEP and the team's

10  assessment of the -- the data.  And so there is no

11  general following of it, of no -- I should -- did not say

12  that right.  There is no general like step one, step two,

13  step three.

14       Q    How often are staff at CGCA assessing whether

15  or not children enrolled in the facility are ready to

16  exit?

17       A    With our -- our progress monitoring, we're --

18  we're -- we're paying attention monthly on -- on status.

19       Q    Are you having discussions on a monthly basis

20  with respect to whether or not a child is ready to exit

21  CGCA?

22       A    Not on a regular basis with every student but

23  when a teacher identifies a student that -- that has

24  appeared to be so, then we do so.

25       Q    So what triggers that discussion is a teacher



1  saying this child is ready potentially for exit?

2      A   Right.  Meeting a lot of their IEP goals, doing

3  well in our -- our PBIS system of -- of their daily goals

4  and their points and so forth and -- and just in -- in

5  general looking.

6      Q   Is there a requisite number of points that a

7  child has to achieve before being ready to exit from

8  GNETS?

9      A   No.

10     Q   Recognizing your -- your testimony that exit

11 criteria are individualized, what are common criteria

12 that are used to determine that a child may be ready to

13 leave CGCA --

14     A   Right.

15     Q   -- to a different school?

16     A   Per IEP team determining that the student is

17 sufficiently meeting IEP goals on a regular basis and --

18 and looking at the continuum going back the opposite

19 direction that -- that they may be ready for some

20 different kinds of supports that will still assist them

21 to be academically successful.

22     Q   The response that we're discussing now, which

23 is page 2 of Exhibit 413, states that, "Exit criteria for

24 each student includes the following: the target behavior,

25 data relevant to the target behavior, criteria for target



 1   behavior for consideration of exit from CGCA, data

 2   collection method."

 3          Would all that information be derived from the

 4   child's IEP plan?

 5      A   That is correct.

 6      Q   And what specific data is being collected to

 7   assess progress toward those goals?

 8      A   It -- it -- it is the progress monitoring, and

 9   it's very individualized to what was set up for what data

10   was being collected for that individual student.

11      Q   And is this data that's being collected through

12   the SWIS system that we described previously or is it

13   through a separate system?

14      A   That is not the same.  That's a separate.

15      Q   Okay.  And so what is the database that CGCA

16   uses to collect data with respect to meeting IEP goals

17   sufficient to warrant exit from CGCA?

18      A   It's -- it's embedded in the -- in the IEPs.

19      Q   It's a part of the ongoing review of the

20   child's IEP?

21      A   Correct.

22      Q   And how often are IEP team meetings occurring

23   for children that are enrolled in CGCA?

24      A   They -- they are required annually once a year

25   at the minimum.



1      Q    And as a matter of course, does CGCA have

2    meetings more than once a year for students through their

3    IEP team?

4      A    When necessary, yes.

5      Q    When would that be necessary?

6      A    When we're looking for a potential for a -- a

7    plan to least restrictive and/or going the other

8    direction, too, where we're -- we're -- we're -- where

9    potentially we would have another meeting not on their

10   annual IEP for placement as well.

11     Q    So there would be another IEP team meeting if a

12   teacher indicated that perhaps the student is -- is ready

13   for exit based on their progress toward IEP goals?

14     A    That's correct.

15     Q    Do you, as principal, conduct any oversight

16   over the determination by teachers that students aren't

17   sufficiently meeting their IEP goals to potentially

18   warrant exit from the program?

19     A    Oversight in being aware but not in having

20   a -- a specific criteria.

21     Q    Are you ever -- do you ever audit these

22   assessments by teachers that children are sufficiently

23   meeting IEP goals to warrant exit from --

24     A    Meaning --

25     Q    -- CGCA?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                         237

1    A   -- am I looking at how they are doing their
2  progress monitoring?  Yes, I will look at their IEPs.
3    Q   Have there been times when a teacher has not
4  identified a student as ready for exit but then you
5  independently made the assessment that they were based on
6  your review?
7    A   That has not occurred in my time as -- as
8  principal.
9    Q   So what -- what is the purpose of your review
10 of the teacher's assessment of whether the student is
11 making -- sufficiently making progress toward IEP goals?
12   A   More of a -- a -- a compliance with -- with the
13 process.
14   Q   With what process?
15   A   With progress monitoring that they are doing
16 it.
17   Q   That they are essentially checking the boxes?
18   A   That they are doing it, that they are -- yeah,
19 they are actively participating.
20   Q   Is it a substantive review of -- of their
21 evaluations or more so just a kind of procedural review
22 of whether they are actually filling out the forms?
23   A   It's a procedural review.
24   Q   Do students have to have a -- a perfect
25 behavioral record in order to be ready for discharge?



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                          238

1        A    They do not.

2        Q    In the past year, how many students did CGCA

3    determine were ready to transition to a less restrictive

4    setting?

5        A    I do not know that number off the top of my

6    head.

7        Q    Is it more than ten?

8        A    Perhaps at that number.

9        Q    Around ten?

10        A    Perhaps.

11        Q    Certainly less than 20?

12        A    I -- I really don't know the -- the -- the

13    exact number of that.

14        Q    Do you have any review authority over the

15    determination that a children (sic) is ready to exit from

16    CGCA?

17        A    I do not.

18        Q    So if you are not participating in that

19    student's IEP team, then you would have no input as to

20    whether or not they are ready for discharge?

21        A    That is correct.

22        Q    Have you had students return to CGCA after

23    returning to a less restrictive environment?

24        A    We have.

25        Q    How often has that occurred in the last year?



1        A    I -- I am not sure about that.

2        Q    More than five times?

3        A    No.  Just a couple of times, maybe.

4        Q    Do you recall how soon the students returned to

5    CGCA after going to a less restrictive setting?

6        A    I do not.

7        Q    Does CGCA have programmatic goals with respect

8    to exiting students?

9        A    We do not.

10       Q    Do you have a target length of enrollment?

11       A    We do not.

12       Q    Does CGCA undertake any analysis as to trends

13   in exits from CGCA?

14       A    In -- in trends?

15       Q    Right.  Let me try again.

16            As principal, are you analyzing at a system

17   level when students are exiting from CGCA?

18       A    I am not.

19       Q    In other words, you are not analyzing at an

20   aggregate level the amount of time most students are

21   spending at CGCA before they exit?

22       A    I am not doing that.

23       Q    When Rincon Learning Center closed, how did

24   CGCA go about exiting those students?

25       A    I'm not sure I -- I follow that.



1      Q    So were there individualized assessments about

2   what the less -- the least restrictive environment would

3   be for the students who were leaving the Rincon Learning

4   Center when it closed?

5      A    I honestly don't know what Effingham did with

6   how they proceeded.

7      Q    I think you -- you referenced a -- enCompass

8   program that's now operating at Effingham, right?

9      A    Correct.

10      Q    And do you know whether or not that's a program

11   that's funded in whole or in part by the Georgia

12   Department of Behavioral Health and Developmental

13   Disabilities?

14      A    I do not know how they are funded.

15      Q    Are the criteria for exit from GNETS programs a

16   topic of discussion in meetings between the GNETS program

17   directors and Vickie Cleveland?

18      A    The topic has come up.

19      Q    In what context?

20      A    Just, I don't really recall the specifics of

21   it, to be honest with you.

22      Q    Have you ever specifically raised the topic of

23   exit criteria in one of those meetings?

24      A    I have not.

25      Q    So I would like to pivot and show some exhibits



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                      241

1  via Zoom.

2      A   Okay.

3      Q   And so we're going to do that in the same way

4  we have.  Are you connected to Zoom?

5      A   Yes.

6      Q   Got it up?

7          Okay.  So you will recall that we discussed the

8  United States subpoena for inspection of the premises.

9  We talked about the portion of that subpoena that

10  referenced the ability to take photos during the

11  inspection.  Do you recall that?

12     A   Yes, sir.

13     Q   So what I'm going to show you now are all

14  photos that were taken during the site inspection.

15     A   Yes, sir.

16     Q   Can you see my screen?

17     A   Yes, sir.

18     Q   I'm going to zoom in so this is a little bit

19  clearer.  For the record, this is a -- a photo that was

20  taken during the United States Inspection of Coastal

21  Georgia Comprehensive Academy in 2022.

22         Mr. Ackerman, do you recognize this document?

23     A   I do.

24     Q   Is this a -- a floor plan for the CGCA center?

25     A   It is.



1      Q    Is it accurate and up to date, to the best of

2    your knowledge?

3      A    It is.

4      Q    I first want to direct you to the text on both

5    sides of the document that says "non-GNETS."  Do you see

6    that?

7      A    I do.

8      Q    And can you describe what those portions of the

9    floor plan are?

10     A    Those house our -- the LEAP program through --

11   through the district.

12     Q    So can you explain what the LEAP program is?

13     A    Learning Enriched Autism Program.

14     Q    Does the district staff that program?

15     A    The district staffs that program.

16     Q    Do you have any oversight as to that program?

17     A    I do not to the program.

18     Q    Do you have access to that portion of the

19   building?

20     A    I do.

21     Q    Do GNETS students have access to that portion

22   of the building?

23     A    They do.

24     Q    Do they in fact access these LEAP portions?

25     A    They do not.  I -- like as far as like they



DAVID ACKERMAN                                        August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              243

1    don't -- what I meant was, the doors aren't like closed

2    if they walk in there, but they don't -- that's not where

3    they -- they don't have any services there.

4        Q    BOE offices, do you see that text?

5        A    I do.

6        Q    And what is that?

7        A    That's the Board of Education.  That's our --

8    the -- some -- a sped department, as offices are in

9    there.

10       Q    The special education department?

11       A    Correct.

12       Q    And that's a State office?

13       A    No, no, no, district.

14       Q    District office.

15            Do you coordinate at all with staff that work

16   out of that office for the Board of Education?

17       A    I do not.

18       Q    The floor plan references intensive

19   intervention rooms which we discussed earlier.  Do you

20   recall that?

21       A    Correct.

22       Q    How many intensive intervention rooms are there

23   based on this floor plan?

24       A    There is one.

25       Q    That's classroom 5, if I am not mistaken?



1      A    Correct.

2      Q    Are there therapy rooms in addition to

3   intensive intervention rooms?

4      A    There are therapy rooms, yes.

5      Q    How many therapy rooms are there?

6      A    There is eight in our building.

7      Q    And what's the distinction between a therapy

8   room and an intensive intervention room?

9      A    Intensive intervention room is working on

10  the -- okay, let me flip that around.  The therapy room

11  is used for the de-escalation, and then the intensive

12  intervention room is used for after the student is

13  de-escalated to talk about the social skill acquisition

14  in -- in returning to class.

15     Q    Do students always go from an intensive --

16  excuse me -- from a therapy room to an intensive

17  intervention room before returning to the class?

18     A    No.  Neither is -- each can be exclusive of the

19  other.

20     Q    So what happens -- I think you described the

21  core function of the therapy room is de-escalation,

22  correct?

23     A    Correct.

24     Q    Can you describe what de-escalation means?

25     A    De-escalation is the -- the student getting in



1    a position where they can respond appropriately again,

2    and they are not -- their emotions are not elevated.

3        Q    And I think you referenced previously in the

4    day training that's specific to de-escalation.  Is that

5    accurate?

6        A    That is correct.

7        Q    And do your staff at CGCA receive training on

8    de-escalation?

9        A    Yes, they do, MindSet training.

10       Q    That's MindSet training?

11       A    It's called MindSet training, yes, sir.

12       Q    And all staff at CGCA receive that?

13       A    That is correct.

14       Q    All therapeutic staff, correct?

15       A    All staff.

16       Q    All staff including custodial staff?

17       A    Not including custodial staff.

18       Q    Do you see the main entry at the bottom of the

19   image?  I can scroll.

20       A    Yes, I see it.

21       Q    Is this the -- the entrance through which GNETS

22   students access the facility?

23       A    That is correct.

24       Q    Are they dropped off right in front of that

25   entrance?



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              246

```
 1        A    That is correct.
 2        Q    There is an elementary school that's located
 3   just down the street from the CGCA center, correct?
 4        A    That is correct.
 5        Q    That's the Butler Elementary School?
 6        A    That is correct.
 7        Q    And you can see it from the front door of
 8   CGCA --
 9        A    Yes.
10        Q    -- center?
11             I'm going to stop sharing my screen and pull up
12   another image.  Just give me one second and I will grab
13   it.
14        A    Okay.  Certainly.
15        Q    Can you see an image on your screen?
16        A    I can.
17        Q    I will represent that this is another photo
18   taken during the site inspection referenced previously.
19   What are we looking at, Mr. Ackerman?
20        A    A therapy room.
21        Q    This is an entrance to a corridor, and then
22   within it there is a -- a door to another space, correct?
23        A    The -- the only door is the one that you see
24   there.
25        Q    Okay.  There's no door?
```



1        A    There's no door on the other.

2        Q    Okay.  So this -- this -- this picture captures

3    the -- the therapy room, both the -- I'm struggling to

4    describe this.  So there is kind of a landing once you

5    first walk through, and then there is another internal

6    space?

7        A    Correct.

8        Q    Okay.

9        A    Right.  That's the hallway right there that you

10   are looking at --

11       Q    Right.  Okay.

12       A    -- from the hallway perspective.

13       Q    And so can you describe what would happen if a

14   student were receiving services in a therapy room?  Can

15   you walk me through the process?

16       A    And each one is a -- a little bit different

17   based on the student.  It's been a -- a pre-taught where

18   students can request to go to a therapy room to step out

19   of their classroom, talk with a teacher, talk with a

20   staff member.  So often staff will walk in there with the

21   student and talk about whatever is going on or try to

22   de-escalate them.  And students move into the other one

23   that is padded.  The -- the interior one is padded.

24       Q    So the interior room -- and I will show you

25   another picture.



1        A    Yes.

2        Q    -- is padded around it?

3        A    Correct.

4        Q    Okay.  And there is a chair that we are seeing

5   just outside of the interior room, correct?

6        A    That is correct.

7        Q    And who sits in that chair typically?

8        A    Typically the staff member.

9        Q    Staff member.  Okay.  Is there -- is there a

10  second chair for the student?

11       A    There is not a second chair.

12       Q    Why not?

13       A    No particular reason on this.  I'm not sure why

14  that -- I mean, with this particular picture.

15       Q    Give me one second.  I will show you another

16  image.

17       A    Yes.

18       Q    Give me one second.  I need to clean up

19  something.

20            So I just want to note for the record, because

21  I don't think I did this previously, that the map that we

22  previously discussed, the floor plan for Coastal Georgia

23  Comprehensive Academy center is Exhibit 414.

24       A    Okay.

25       Q    I'm going to put that aside.



```
 1              (Deposition Exhibit 414 was marked for
 2    identification.)
 3         Q    BY MR. HOLKINS:  I have now pulled up the image
 4    that we just discussed which shows the entry to the
 5    therapy room and then the interior room, and this will be
 6    Exhibit 415, and I'm going to set this aside.
 7              (Deposition Exhibit 415 was marked for
 8    identification.)
 9         Q    BY MR. HOLKINS:  Sir, I am now showing you what
10    we are going to mark as 416.
11              (Deposition Exhibit 416 was marked for
12    identification.)
13         Q    BY MR. HOLKINS:  Is this the -- an example of
14    an interior room?
15         A    Correct.
16         Q    So I'm not seeing padding on -- on this room.
17    Where is the padding?
18         A    It's -- it's -- it's the wall.  It is --
19    it's -- it's like a -- I'm not sure what the material is
20    called.  It's...
21         Q    So the -- the wall does contain padding?
22         A    Like a give, like a -- it's not like the solid
23    concrete.
24         Q    Is there a cushion?
25         A    Like I said, I don't -- I don't know the -- the
```



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                                    250

1   name of the material.

2        Q    Is there -- have there been any

3   renovations/modifications to these interior rooms since

4   you became principal at CGCA?

5        A    Since I became principal, no.

6        Q    Have there been any modifications to the

7   interior therapy rooms since you were a program manager

8   in 2018?

9        A    Not that I am aware of, no.

10       Q    To your knowledge, is there any evidence to

11  support the use of therapy rooms consistent with this

12  image in de-escalating students with behavioral health

13  conditions?

14       A    To my knowledge, no.

15       Q    So I'd like to take a short break, roughly five

16  minutes, just to go through the rest of my material.  I

17  think we may be ready to wrap up.

18            THE VIDEOGRAPHER:  It's 4:25, and we are going

19  off the video.

20            (The deposition was at recess from 4:25 p.m. to

21  4:32 p.m.)

22            THE VIDEOGRAPHER:  It's now 4:32, and we are

23  back on the video.

24       Q    BY MR. HOLKINS:  Mr. Ackerman, you had

25  described earlier in the day a self-assessment that CGCA



1   conducts in connection with a strategic plan.  Do you

2   recall that?

3        A   I do.

4            (Deposition Exhibit 417 was marked for

5   identification.)

6        Q   BY MR. HOLKINS:  We've just handed you what's

7   been marked as Exhibit 417.  This document was produced

8   without Bates numbers, but I will represent for the

9   record that the filename for the document as produced by

10  CGCA is 9-CGCA Word 1 GNETS Strategic Plan Assessment

11  CGCA FY 2020/2021.

12           I will give you a moment to familiarize

13  yourself with the document, and let me know when you are

14  finished.

15       A   Okay.  We can proceed.

16       Q   Thank you.

17           Do you recognize this document as CGCA's

18  strategic plan self-assessment for FY 2020/2021?

19       A   Yes, I do.

20       Q   Did you have any role in developing or

21  reviewing this document?

22       A   2020/'21, I'm just trying to get my years

23  straight.  This -- this was for?

24       Q   FY '20 to 2021.

25       A   So when was the self-assessment done?  Do we



1  have the date on that?  Let me just look.

2         Q   So I'll direct you to page 15 --

3         A   Okay.

4         Q   -- which references a date of August 12, 2021.

5         A   Okay.

6         Q   Does that refresh your recollection?

7         A   Yes.  So then I would have been involved with

8  this one.  Yes, correct.

9         Q   In fact, on page 15, it says, personnel

10 completing the summary, David Ackerman.

11        A   Okay.  Gotcha.  Yes, of course.

12        Q   Did you have any assistance with completing

13 this self-assessment outcome and improvement summary

14 plan?

15        A   Yes, our -- our strategic plan team met and

16 went over the -- the items.

17        Q   Who are the members of the strategic plan team

18 at CGCA?

19        A   Do we have it written down who was a part of

20 that team that year?  I do not recall specifically with

21 that year the entire members of that team.

22        Q   Can I direct you to page 3?

23        A   Yes.

24        Q   This is the introduction.

25        A   Uh-huh.



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              253

1      Q   Did CGCA draft this text or is this derived

2   from a template?

3      A   That's derived from the template.

4      Q   Is that something provided by the Georgia

5   Department of Education?

6      A   It is.  Hold on.  Let me reread.  Sorry.

7          I am assuming so, but I do not know.

8      Q   You had no role -- did you make any changes to

9   this text on page 3 when preparing this report in

10  August 2021?

11     A   I did not.

12     Q   You did not?

13     A   I did not, no.

14     Q   The second paragraph of the introduction reads,

15  "The revised GNETS strategic plan (1/2020) includes six

16  focus areas:  Program Leadership and Accountability,

17  Behavior Support" -- excuse me -- "Behavior Support and

18  Therapeutic Services, Instructional and Academic Support,

19  Program Funding and Fiscal Management, Integration of

20  Services and Capacity Building, and Facilities

21  Management."

22         Do you see that text?

23     A   I do.

24     Q   Are those focus areas identified by the Georgia

25  Department of Education?



1       A    That is correct.

2       Q    Those focus areas guide the strategic planning

3   done by the Coastal Georgia Comprehensive Academy,

4   correct?

5       A    Correct.

6       Q    Can you describe the steps followed by CGCA in

7   completing its self-assessment?

8       A    We would -- I -- I do not recall specifically,

9   but I do believe we -- we met a couple of times to

10  provide the material and express what we were going to do

11  and gave the team time to look at the information, and --

12  and we were able to go ahead and look through some

13  documents and so forth and then re-meet again to discuss

14  each of the -- the points.

15      Q    What specific documents were you looking

16  through?

17      A    Just in any of the -- the evidence to support

18  like if we had evidence for that -- for that particular

19  area.

20      Q    So let's make this concrete and flip to page 6

21  under Section 2, Behavior Support and Therapeutic

22  Services.  Let me know when you are there.

23      A    I am there.

24      Q    Number B or part B is Trauma Informed Care

25  Practices and Environment, correct?



1      A    Correct.

2      Q    The -- under meets the standard, there is an X

3  next to emerging?

4      A    Correct.

5      Q    And so that was the self-assessment by CGCA?

6      A    That was our assessment, yes.

7      Q    What was the basis for that assessment that for

8  trauma informed care practices and environment, CGCA was

9  performing at emerging?

10     A    We determined that during the -- the -- the

11  pandemic that we did not follow through with our TIC

12  trainer, and so we decided that we were --

13  trauma-informed care trainer, and so we decided that we

14  were emerging developing other things to go ahead, but we

15  weren't operational at that time.

16     Q    What is a trauma-informed care trainer?

17     A    I may have misspoken with specifically what

18  that is, but it was just an initiative.

19     Q    This was an initiative by CGCA?

20     A    No.

21     Q    By the Department of Education?

22     A    I'm not sure who by the State.

23     Q    And so there was a time when CGCA was

24  attempting to work with a trauma-informed care trainer?

25     A    We were, yes.



1      Q   You were working with one?

2      A   We had started the training process and not

3   completed it.

4      Q   I see.  So this was a training program for

5   staff to become a -- to develop their capacity for

6   trauma-informed care?

7      A   Yes.

8      Q   And that training was suspended during the

9   pandemic?

10     A   And -- right.  We -- we identified some other

11  areas that we were addressing, social and emotional

12  learning and so forth, but we -- we -- we felt like we

13  were not operational like per required.

14     Q   And what are the other ways in which CGCA is

15  now attempting to develop its capacity for

16  trauma-informed care?

17     A   We are -- we do have a staff member that is

18  dedicated to getting trained in emotional first aid and

19  redelivering that to staff members and so forth.

20     Q   And who is that staff person who is training

21  other staff in trauma-informed care?

22     A   Brooks Barbaree.

23     Q   What is her title?

24     A   It's a -- it's a male.  He's a --

25     Q   Sorry.



1        A    He's a teacher.

2        Q    So this is not a social work tech or a special

3    education specialist, but a teacher; is that correct?

4        A    That is correct.

5        Q    And to the best of your knowledge, do any

6    social work techs or special education specialists have

7    training in trauma-informed care at CGCA?

8        A    Not with that title, no.

9        Q    Is the only person right now who has training

10   on trauma-informed care practices the teacher you

11   referenced?

12       A    That I'm aware of, yes.

13       Q    I'd like to flip to page 8, entry J, which

14   reads, "Maintain collaborative partnerships with

15   community agencies to support integrated mental health

16   and behavior-related educational services for GNETS

17   students."

18            Do you see that text?

19       A    I do.

20       Q    And the self-assessment delivered by CGCA was

21   emerging, correct?

22       A    That is correct.

23       Q    What's the basis for that determination?

24       A    And -- and that truly was a direct product of

25   the pandemic where we did not have visitors in any of our



 1  buildings per district requirements, and so when we were
 2  reading the criteria for that, we did not have -- we did
 3  not have as we had in the past.
 4       Q   So the criteria are listed in the second column
 5  from the right.
 6       A   Right.
 7       Q   Correct?
 8           "Attend agency meetings, identify opportunities
 9  for agencies to support students in GNETS, collaborate
10  with agencies for space and/or time to work" --
11       A   Exactly --
12       Q   -- "with students."
13       A   -- yes, sir.
14       Q   Okay.  And so your assessment was based on
15  those criteria, the performance was emerging?
16       A   Correct.
17       Q   And why emerging and not evident?
18       A   Operational.
19       Q   I'm actually -- why did you decide it was
20  emerging as opposed to not evident or operational?
21       A   As opposed to not evident, because we -- we
22  know those agencies were still following those students
23  or supporting but not in our -- at our school site with
24  that because the students weren't present.
25       Q   How did you know that the -- that those



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                           259

 1  agencies were following the students?

 2      A    Communication with parents and so forth.

 3      Q    Is there any regular communication with

 4  external community mental health providers that would

 5  inform whether or not those contacts are occurring?

 6      A    Yes.

 7      Q    There is?

 8      A    There is.

 9      Q    Which particular providers are you -- are CGCA

10  staff in contact with?

11      A    I'm not -- just a -- like a -- I'm not sure of

12  specifics like names of -- I think we -- on one of the

13  documents we had a list of the names that we -- that

14  we've had.

15      Q    Do you specifically coordinate with any

16  providers of the external community services with respect

17  to students enrolled in CGCA?

18      A    We do not.

19      Q    You do not?

20      A    We do not.  Yeah, I do not.

21      Q    And do staff generally?

22      A    They do not.

23      Q    I think we can set this aside.

24           Mr. Ackerman, I'd like to give you the

25  opportunity to talk about the strengths of the students



1  who are enrolled at CGCA.  Are there specific things that

2  you'd like to highlight that are going well for the

3  students who are enrolled in CGCA currently?

4      A   Not much more than just I -- I appreciate that

5  we -- I really believe in what we do.  I know that our --

6  we provide opportunities for our students that don't

7  often get the -- the opportunities, and I -- I really

8  think we provide them opportunities for growth and

9  achievement and -- and the families that support.

10      Q   Could you talk about specific achievements that

11  you've seen by students enrolled in CGCA?

12      A   We -- we -- we have students that come visit us

13  afterwards that are employed in the -- in the -- in the

14  city and working, having a family.  Those are pretty

15  good.

16      Q   I think we should go ahead and -- and wrap up,

17  unless there are any questions from counsel on the line.

18  I don't think there should be, but...

19          MS. JOHNSON:  Hey, Patrick, it's Melanie.  Do I

20  hear correctly that you guys need to be out of there by

21  5:00?

22          MR. HOLKINS:  So I -- I think that is the

23  policy here.  I can run and talk to one of the AUSAs and

24  see whether we can buy some more time if you anticipate

25  having questions beyond 5 o'clock.



1              MS. JOHNSON:  I have probably 20 -- 20 minutes

2    or so of questions.

3              MR. HOLKINS:  You know --

4              MS. JOHNSON:  So I know that's kind of right on

5    the cusp there.

6              Mr. Ackerman, how are you feeling?  Do you --

7    would you prefer to conduct the State's portion of the

8    deposition a different day or would you rather try to get

9    it all done this afternoon?

10             MR. HOLKINS:  So, unfortunately, I don't think

11   we have flexibility.  We did just get an e-mail from the

12   AUSA who has -- who is generously hosting us, and we have

13   to be out of here by 5:00.  And so if you'd like to, you

14   can try to get through it, you know, right now, Melanie,

15   or we can schedule a separate time.

16             THE WITNESS:  And I'm comfortable with

17   proceeding.

18             MS. JOHNSON:  Okay.  Yeah, if you've got to be

19   out of there by 5:00, I'm a little bit nervous about

20   trying to squeeze that in there, unfortunately.

21             MR. HOLKINS:  That's fine.

22             MS. JOHNSON:  So we will have to reconvene.

23             MR. HOLKINS:  Okay.  We'll reach out to

24   coordinate that, Melanie.

25             MS. JOHNSON:  Thanks.



1          MR. HOLKINS:  Of course.

2          THE VIDEOGRAPHER:  It's now 4:46 p.m., and we

3    are going off the video.

4          THE COURT REPORTER:  Does anybody on the line

5    need a copy of the transcript?

6          MS. JOHNSON:  Yes.  The State would like an

7    electronic copy.

8          (The deposition concluded at 4:46 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



DAVID ACKERMAN                                          August 31, 2022
UNITED STATES vs STATE OF GEORGIA                            263

```
 1                   CERTIFICATE OF REPORTER

 2    STATE OF GEORGIA      )
                            )
 3    COUNTY OF DEKALB      )

 4

 5           I, Marcella Daughtry, a Certified Reporter in
      the State of Georgia and State of California, do hereby
 6    certify that the foregoing deposition was taken before me
      in the County of DeKalb, State of Georgia; that an oath
 7    or affirmation was duly administered to the witness,
      DAVID ACKERMAN; that the questions propounded to the
 8    witness and the answers of the witness thereto were taken
      down by me in shorthand and thereafter reduced to
 9    typewriting; that the transcript is a full, true and
      accurate record of the proceeding, all done to the best
10    of my skill and ability;

11           The witness herein, DAVID ACKERMAN, has
      requested signature.
12
             I FURTHER CERTIFY that I am in no way related
13    to any of the parties nor am I in any way interested in
      the outcome hereof.
14

15           IN WITNESS WHEREOF, I have set my hand in my
      office in the County of DeKalb, State of Georgia, this
16    13th day of September, 2022.

17

18

19           Marcella Daughtry
      _____
20    Marcella Daughtry, RPR, RMR
      GA License No. 6595-1471-3597-5424
21    California CSR No. 14315

22

23

24

25
```



```
1   United States of America v. State of Georgia
    J8479388
2

3               DECLARATION UNDER PENALTY OF PERJURY

4

5                    I declare under penalty of perjury that I

6   have read the entire transcript of my deposition taken in

7   the above-captioned matter or the same has been read to

8   me, and the same is true and accurate, save and except

9   for changes and/or corrections, if any, as indicated by

10  me on the DEPOSITION ERRATA SHEET hereof, with the

11  understanding that I offer these changes as if still

12  under oath.

13

14  Signed on the_____day

15  of _____20__.

16

17

18

19  _____

20  DAVID ACKERMAN

21

22

23

24

25
```



```
 1                    DEPOSITION ERRATA SHEET
                            J8479388
 2

 3    Page No.____Line No.____Change to:_____

 4    _____

 5    Page No.____Line No.____Change to:_____

 6    _____

 7    Page No.____Line No.____Change to:_____

 8    _____

 9    Page No.____Line No.____Change to:_____

10    _____

11    Page No.____Line No.____Change to:_____

12    _____

13    Page No.____Line No.____Change to:_____

14    _____

15    Page No.____Line No.____Change to:_____

16    _____

17    Page No.____Line No.____Change to:_____

18    _____

19    Page No.____Line No.____Change to:_____

20    _____

21    Page No.____Line No.____Change to:_____

22    _____

23    Page No.____Line No.____Change to:_____

24    DAVID ACKERMAN

25    Signature:_____
```



DAVID ACKERMAN                                    August 31, 2022
UNITED STATES vs STATE OF GEORGIA                              266

```
1              DEPOSITION ERRATA SHEET

2                    J8479388

3    Page No.___Line No.___Change to:_____

4    _____

5    Page No.___Line No.___Change to:_____

6    _____

7    Page No.___Line No.___Change to:_____

8    _____

9    Page No.___Line No.___Change to:_____

10   _____

11   Page No.___Line No.___Change to:_____

12   _____

13   Page No.___Line No.___Change to:_____

14   _____

15   Page No.___Line No.___Change to:_____

16   _____

17   Page No.___Line No.___Change to:_____

18   _____

19   Page No.___Line No.___Change to:_____

20   _____

21   Page No.___Line No.___Change to:_____

22   _____

23   Page No.___Line No.___Change to:_____

24   DAVID ACKERMAN

25   Signature:_____
```



---

Exhibits

8479388 Dav
id.
Ackerman.
EXHIBIT398
    5:3 11:23
    12:1

8479388 Dav
id.
Ackerman.
EXHIBIT399
    5:4 19:24
    20:2 28:5
    43:11

8479388 Dav
id.
Ackerman.
EXHIBIT400
    5:5
    69:14,16,
    20

8479388 Dav
id.
Ackerman.
EXHIBIT401
    5:6 74:9,
    12 81:19

8479388 Dav
id.
Ackerman.
EXHIBIT402
    5:7
    85:13,16

8479388 Dav
id.
Ackerman.
EXHIBIT403
    5:9
    102:2,5

8479388 Dav
id.
Ackerman.
EXHIBIT406
    5:12
    120:1,4
    123:11

8479388 Dav
id.
Ackerman.
EXHIBIT407
    3:14
    132:19,22
    135:23

8479388 Dav
id.
Ackerman.
EXHIBIT408
    3:16
    144:3,6

8479388 Dav
id.
Ackerman.
EXHIBIT409
    4:18
    157:16,19

8479388 Dav
id.
Ackerman.
EXHIBIT410
    4:20
    181:8,11

8479388 Dav
id.
Ackerman.
EXHIBIT411
    4:21
    205:15,18
    215:9

8479388 Dav
id.
Ackerman.
EXHIBIT412
    5:23

220:8,11
226:7

8479388 Dav
id.
Ackerman.
EXHIBIT413
    6:3
    232:19,22
    234:23

8479388 Dav
id.
Ackerman.
EXHIBIT417
    6:8
    251:4,7

---

$

$110,000
    69:6

---

(

(4)(c)
    215:25

(a)
    226:16

---

1

1
    28:5
    52:11
    103:11
    108:21
    168:17
    206:16
    251:10

1/2020
    253:15

10
    159:12

100
    38:10
    50:12
    89:10
    90:13
    186:9,10

10:06
    68:2,4

10:22
    68:5,6

10:39
    81:18

11
    123:16
    167:10

110
    69:5

113
    121:25

116
    93:2

11:07
    101:9

11:40
    127:20,22

12
    23:8
    82:18
    99:15,18
    146:4
    252:4

12:49
    127:23,25

14
    169:14

1404
    108:7

1428
    108:8

145

121:5

15
    131:3
    169:14
    180:3
    252:2,9

15-minute
    67:25

16
    144:25
    145:1,4
    159:12,20

17
    158:8
    159:13,19
    197:4,9,
    25 228:5

18
    19:18
    144:15,21
    158:8

19
    19:19

1962
    96:16

1970
    87:14,25

1990
    88:21

1996
    20:20,21
    151:1
    178:23
    204:11

1:16-CV-
03088-ELR
    7:6

1st
    41:13



**2**

**2**
23:16
43:11
92:21
105:4
121:4
123:11
181:18
197:7
217:8,22
218:20
228:4
233:3
234:23
254:21

**2.9**
54:18
55:15,24

**20**
123:18
131:4
238:11
251:24
261:1

**200**
57:6

**2001**
86:19
89:15
121:6
122:1

**2004**
23:23
24:5,14
25:19
29:25

**2012**
29:22
35:15

**2013**

44:21

**2015**
35:10
92:12,13

**2017**
157:4

**2018**
20:24
29:23
43:9
44:21
48:24
50:13
89:4,9
90:5
102:7
103:2
104:2
250:8

**2019**
50:13
87:1
90:24
93:5
121:5
123:13

**2019/2020**
97:4
122:15
128:7

**2020**
87:1 93:6
98:3
121:5,24
122:16
123:14
146:13,17
158:7
161:6,16,
18

**2020/'21**
251:22

**2020/2021**

159:1,19
251:11,18

**2021**
20:14
54:2 70:4
87:2
99:20
100:2
118:7,8
121:24
122:5,9,
16 146:5,
9 158:7,
18 159:20
167:14,
15,19
202:23
251:24
252:4
253:10

**2021-2022**
133:6

**2021/2022**
159:1

**2022**
7:2 75:5,
6 87:2
118:5
122:5,9
145:4,12
158:18
159:22
169:15,
19,22,25
241:21

**21**
19:18

**21/22**
158:16

**24**
82:16

**28**
222:12,15

**2:04**
180:5,7

**2:21**
180:8,9

**2:31**
187:14,16

**2:39**
187:17,18

**2:45**
135:25

**3**

**3**
44:21
74:22
77:15
197:7
208:24
215:20,21
218:25
226:12
228:4
252:22
253:9

**3.1**
56:10

**30**
29:16

**31**
102:7

**31326**
93:2

**31415**
86:20

**315,000**
54:20
55:16

**31st**
7:1

**35**
126:12
192:19,22
211:22
218:13

**350,000**
55:16

**36**
25:7

**37**
125:8
126:18

**398**
11:22,23
12:1
15:17

**399**
19:22,24
20:2 28:5
43:11

**3:44**
225:25
226:2

**3:51**
226:3,4

**4**

**4**
90:17
119:25
144:22,23
215:20
216:4
226:14

**4-H**
94:7,8,
12,25
95:16

**40**
48:21



**400**
69:14,16, 20

**401**
74:8,9,12
81:19

**402**
85:13,16

**403**
102:2,5

**404**
110:9,11, 14

**405**
110:11,14
136:8,13

**406**
119:25
120:1,4
123:11

**407**
132:19,22
135:23

**408**
144:3,6
160:22

**409**
157:16,19
160:21

**410**
181:8,11

**411**
205:15,18
215:9
219:23

**412**
220:8,11
226:7

**413**
232:19,22
234:23

**414**
248:23
249:1

**415**
249:6,7

**416**
249:10,11

**417**
251:4,7

**45**
16:22

**46**
121:8
122:5

**47**
121:8
123:12,16
124:1

**4:25**
250:18,20

**4:32**
250:21,22

**4:46**
262:2,8

─────────

**5**

**5**
87:12
157:9
217:7,10, 17 243:25
260:25

**50**
191:7

**52**
121:9

**55**
126:12
192:19,22

218:13

**57**
125:8
126:18

**5:00**
260:21
261:13,19

─────────

**6**

**6**
88:22,23
254:20

**60**
191:7

**65.1**
103:2

**66.2**
103:1

─────────

**7**

**7**
157:9
161:2,3

**7:40**
135:4

─────────

**8**

**8**
92:16,19
123:17
134:4,6
141:9
146:12
161:2
166:6
196:24
227:25
228:16

257:13

**82**
154:24
215:7,13
226:9

**8:15**
134:10,20

**8:49**
7:2

─────────

**9**

**9**
7:2 96:15
221:18

**9-CGCA**
251:10

**90**
8:25
29:16

**9:15**
134:15,20

─────────

**A**

**A-C-K-E-R-M-A-N**
8:19

**a.m.**
7:2 68:4, 5 127:22

**abbreviation**
11:3

**abbreviations**
10:4

**ability**
65:8
72:25

77:16
174:7
193:6
241:10

**abreast**
12:23

**absence**
149:25
151:15

**absences**
149:5,8
151:12,22
152:16

**absolutely**
33:15
86:10,13
102:17
208:12
214:13

**academic**
27:10
52:3
62:8,14
63:22
82:2
145:20
171:4
205:2,6
224:9
253:18

**academically**
214:16
234:21

**academics**
28:16
35:20
145:17
205:10

**Academy**
11:19
14:1
18:10,20,



25 19:12,
16 20:14,
17 21:7,
10,16
44:5
69:22
70:8
74:14
80:7
85:18
86:19
128:20
134:14
158:19
161:6
162:14
178:2
222:19,21
241:21
248:23
254:3

**Academy's**
111:5

**access**
32:16,18
33:11,18
46:1,3,4,
9 47:4
55:4
59:23
60:8 61:5
72:25
73:1,3
80:25
95:25
96:6,10
100:14,17
101:1,3
104:21
139:18
170:8,10
201:10
203:4,16
224:21
242:18,
21,24

245:22

**accessed**
201:11

**accessible**
197:16
203:15

**accessing**
61:3
202:5
203:23

**acclimated**
66:9

**accommodate**
153:18

**accomplish**
185:13

**accomplishm
ents**
23:23
35:9
43:10

**account**
46:21
47:1,4

**accountabil
ity**
72:2,3
253:16

**accumulatin
g**
70:12

**accurate**
20:8 42:1
43:15
44:2
61:25
68:16,17
87:15
103:3
107:19
119:21
120:10

121:10,
13,17,20
123:19
124:9
125:4
133:7
134:10
135:9
145:6
149:18
158:4
169:3,17
174:24
181:21
192:21
196:11
201:24,25
205:13
209:13
219:14,19
242:1
245:5

**achieve**
24:4
234:7

**achieved**
226:22

**achievement**
260:9

**achievement
s**
260:10

**Ackerman**
7:14 8:7,
14,16,18
11:25
15:19
19:11
20:1 68:8
69:19
72:19
74:11,16
81:21
85:15

102:4
120:3,8
128:1
132:21
154:23
157:18,24
180:11
181:10
187:20
196:23
205:17,22
220:25
226:6
232:21
241:22
246:19
250:24
252:10
259:24
261:6

**Ackerman's**
230:11

**acknowledge
d**
62:3

**acquisition**
28:15
62:8 63:6
171:4
188:25
223:15,20
244:13

**acronyms**
152:7

**act**
176:13

**acting**
29:1

**action**
7:5 45:5
151:21
152:3

**active**

43:23

**actively**
237:19

**activities**
21:24
22:17
23:2,6
190:9

**actual**
55:12
66:6
91:22
92:6
188:13,17

**adamantly**
214:1

**add**
159:14
204:23

**add-on**
23:13,19

**addition**
34:23
49:22
77:20
115:23
216:15
244:2

**additional**
25:23
28:14
30:3
54:24
59:13,14
126:22
128:9
162:19
163:8
165:3
170:24
171:18
182:11
194:15



212:25
227:14,17

**address**
48:17
151:9,18

**addressed**
97:21,23
113:24

**addressing**
49:19
150:24
151:22
256:11

**administere
d**
24:8

**administrat
ive**
39:2,6
50:22
67:6 71:5

**administrat
or**
49:8,14,
15,21
51:4

**administrat
ors**
12:22
13:3,5
46:24
168:6
169:5
184:15

**admission**
114:5
207:7
213:3

**admitted**
204:14
210:1
214:3

**adult**
36:6

**adults**
36:12

**advance**
79:8
149:23

**advisory**
115:10

**advocate**
183:22

**advocates**
184:5

**affect**
154:15,19

**affecting**
13:22,25
224:10
225:18

**affiliated**
112:2

**after-
school**
94:9

**afternoon**
261:9

**agencies**
180:14
257:15
258:9,10,
22 259:1

**agency**
11:16
258:8

**agent**
111:23
112:2,18,
22 113:12
116:2,24
123:3
141:19

147:21
203:7,12

**aggregate**
195:21
196:1
239:20

**agree**
104:6,12

**agreement**
51:13,16
52:5

**Agricultura
l**
94:10

**ahead**
48:20
58:15
61:15
63:21
64:17
69:13
72:25
77:7
92:16
99:14
113:18
139:17
144:1
145:25
151:18,23
152:24
189:14
205:7
210:21
223:17
254:12
255:14
260:16

**aid**
256:18

**alert**
148:25

**alerting**

78:5

**aligns**
134:22

**allocate**
59:7

**allocation**
69:9

**allocations**
55:13,21

**alongside**
106:11

**alternative**
94:6
133:12
208:13,17

**America**
7:5

**amount**
91:8,14
92:2,3,4
131:15,19
132:16
135:11
143:5
148:23
160:6,7
196:16
231:17,21
232:10
239:20

**amounts**
92:6

**analysis**
196:19
239:12

**analyzing**
239:16,19

**and/or**
26:10
143:3
226:19

236:7
258:10

**Andrea**
13:11
83:13

**animals**
190:17

**Ann**
102:7

**annual**
24:15
27:2
54:17
116:9
167:5
178:11
236:10

**annually**
167:7,8,9
235:24

**answers**
9:11

**antecedents**
37:18
48:15,17

**anticipate**
124:5
260:24

**anticipatin
g**
160:1

**anticipatio
n**
160:8,12

**anymore**
56:15

**anytime**
167:6

**Apex**
201:5,7,
11,16,23



202:5,7,
10,17
203:4

**Apologies**
64:20

**apologize**
17:8,9
24:19
58:3
114:8
115:7
126:2
127:10
138:10
146:21
150:18
164:7
211:22
227:24

**apparent**
93:8

**appeared**
233:24

**application**
54:12
57:11,15,
21 84:4
117:6,10
147:11
164:21
196:6,8,
15

**apply**
133:20
207:13
209:8
219:11,14

**approach**
36:14,19,
21 151:7,
11 177:5
233:4

**appropriate
ly**
245:1

**approximate
ly**
7:2 29:3,
19,23
131:11
218:12

**April**
96:16

**area**
33:3
37:20
48:12
80:18,20
137:22,24
140:19,20
194:2
254:19

**areas**
47:16
173:22
253:16,24
254:2
256:11

**arise**
149:12

**arrival**
133:16

**article**
102:6,10,
17 103:6,
9,12
105:12

**as-needed**
176:1,2

**Ashley**
180:19

**Asia**
105:5

**ASPIRE**
185:1
186:8,13,
19

**ASPIRE-LED**
185:18

**assembling**
206:9

**Assembly**
40:22
42:1

**assess**
72:25
141:12
147:9
224:14
231:20
235:7

**assessed**
126:22

**assessing**
58:18
60:25
64:1,7
68:15
146:19,22
191:5
233:14

**assessment**
10:19
27:14
58:10
165:11
198:3
199:4,7
209:25
224:23
231:16
233:10
237:5,10
251:10
255:6,7
258:14

**assessments**
57:19
60:12
165:5
198:8
236:22
240:1

**Assessor's**
91:17

**assigned**
28:19
33:7
128:24
129:2
149:16

**assignment**
129:22
130:6

**assist**
28:16
70:13,19
172:6
194:18
218:4
223:20
234:20

**assistance**
162:19
252:12

**assistant**
7:12
26:9,13
176:13

**assisted**
70:22,25
72:1
210:20

**assisting**
72:20,24
211:25

**associate**
26:10
89:21

90:2
112:6,14

**assume**
14:21
40:11
42:9 59:2
101:23
132:11
138:7
153:8
201:25
213:9
216:11
219:20

**assuming**
125:20
253:7

**assumption**
50:22
78:7
122:20
124:10,13
219:5

**athletic**
104:21

**Atlanta**
7:4

**atmosphere**
37:7

**attached**
117:9,11
206:12

**attachment**
74:21
77:14,16
144:22

**attain**
25:4,12
27:7

**attained**
24:24



attempt
  161:16
  201:15

attempting
  255:24
  256:15

attempts
  152:2

attend
  39:3
  104:21
  147:24
  258:8

attendance
  75:13,15,
  21 147:23
  148:5,16,
  17,19,20
  149:9,12
  150:5,6,
  11,22
  151:2,5,
  8,13
  153:5,13,
  15
  154:15,18

attended
  163:6

attending
  112:23
  130:14
  131:1
  216:11

attends
  190:1

attention
  102:20
  169:16
  197:24
  228:3
  233:18

attorney
  7:12

attorneys
  14:7
  74:25
  75:13,24

attribute
  122:8
  135:7
  154:1

attributed
  103:8
  105:5

attrition
  159:25
  160:11,14

audit
  236:21

audits
  118:23
  119:5

August
  7:1 70:4
  99:20
  252:4
  253:10

AUSA
  261:12

AUSAS
  260:23

authority
  11:13
  213:3,4
  238:14

authorizati
  on
  89:25

autism
  223:8,13
  242:13

auxiliary
  51:16,22,
  23 162:18

average
  29:11
  56:13,21
  131:14,17
  132:15,18
  140:8,11
  150:5,10,
  21

aware
  13:15
  14:4,6
  18:12,13
  37:23
  40:20
  41:12
  42:6 43:1
  46:16
  65:18
  77:13
  105:13
  117:18,
  20,23
  118:25
  119:5
  131:24
  141:10
  146:3
  149:1
  154:17
  157:3,5
  164:4
  177:8,12,
  21 178:16
  179:19
  201:6
  202:4
  204:12
  230:8
  236:19
  250:9
  257:12

awareness
  14:13,16
  56:2
  112:24

B

back
  16:16
  18:15
  22:15
  28:5,18
  29:15
  38:7
  62:15
  68:7,8
  81:18
  82:3 83:4
  101:9
  106:24
  110:16
  127:24
  128:1
  129:6
  135:23
  136:7
  138:22
  143:11
  144:24
  146:4
  152:23
  160:22
  179:6
  180:10
  187:19
  219:23
  225:22
  226:4,9,
  14 227:24
  228:3
  232:4
  234:18
  250:23

background
  24:21
  26:2
  172:9
  211:19

badge

95:24
  100:14,
  16,17,18,
  20

ballpark
  124:24
  192:18

Barbaree
  256:22

barrier
  153:12,14
  154:8

base
  217:8

baseball
  22:21

based
  29:13
  45:13
  52:12
  53:5
  56:12
  59:3,5
  61:11
  65:9
  82:18
  93:12,13,
  14 114:1
  124:8
  125:23
  127:9,12
  129:23
  139:16
  140:18
  146:7
  152:18
  185:20
  187:1,3,
  22 191:10
  204:25
  208:2
  215:6
  225:14
  233:9



236:13
237:5
243:23
247:17
258:14

**basic**
45:9
188:7

**basically**
13:19
33:1
61:13
65:7 77:7
80:8
105:6
173:22

**basis**
24:15
42:14,17,
21 47:11
58:12
64:24
116:9
131:19
141:12
149:14
176:1,2
178:18,19
221:22
233:19,22
234:17
255:7
257:23

**basketball**
22:20

**Bates**
251:8

**bathroom**
138:14,
16,19
139:2,3

**bearing**
115:6

**began**
99:19
186:20

**begin**
189:5

**begins**
204:15

**behalf**
7:24

**behavior**
10:15
28:8,10
30:14
32:9,14,
18,24
33:7,11,
18 34:3,
9,12
35:17,21
36:6,7,16
37:17,22
45:14
55:5
62:9,12
179:5
205:1,2,
4,5
223:4,5,
11,12,13,
21,23
224:18
225:13
229:8
234:24,25
235:1
253:17
254:21

**behavior-based**
118:19

**behavior-related**
257:16

**behavioral**
10:19,22
11:7
25:17,22
28:14
42:18
58:11
81:24
95:7 97:8
113:2
153:21,24
162:18
171:5
172:10,19
177:10,
11,19
178:3
179:21,25
194:7,15
197:10
198:2,8
205:13
222:25
224:4,5,
15,24
225:10
226:19
229:14
232:11
237:25
240:12
250:12

**behaviors**
30:11
36:9 82:2
221:9,24
223:10

**bell**
133:5,16,
22,24
134:12,24
180:15

**benchmark**
225:3

**beneficial**
214:20

**benefit**
193:11
194:6

**benefiting**
196:10

**Berry**
7:18
180:24

**BHA**
198:3

**big**
35:15
213:19

**biggest**
62:10

**Bilton**
84:21
85:1

**BIP**
10:15
204:20
205:12
229:7
232:4

**birth**
220:22

**bit**
16:14
17:17
28:16
31:18
35:2 48:8
53:22,23
56:5 57:4
60:22
62:4 67:7
79:19
80:20
87:10
135:19

144:1
180:12
203:8
224:8
241:18
247:16
261:19

**blank**
54:22
76:9
110:11

**board**
7:12 11:4
49:20
50:2
91:18
98:5
145:23
194:8,17,
22,24
243:7,16

**body**
58:13

**BOE**
243:4

**boil**
225:6

**books**
191:5

**bottom**
90:20
92:17
103:9,11
108:21
133:11
167:23
169:5
222:14
245:18

**bound**
209:17

**box**
191:2,3



**boxes**
190:18,25
191:7
237:17

**Brad**
221:20

**Braddock**
17:7,8,
10,13,20

**brain**
161:21

**break**
9:3,5
48:22
67:11,25
119:23
127:19
180:3
225:21
250:15

**breakfast**
133:16

**breaks**
8:25

**Brewer**
66:17,18

**Brian**
7:11
91:25
115:25
118:21
181:2
218:24

**briefly**
27:6

**bring**
36:25
149:2
217:24

**broadly**
209:6

**brochure**
181:15,18
195:1

**broke**
180:11
187:22

**Brooks**
256:22

**brought**
39:23
185:6
213:8

**budget**
40:18
41:20,21,
25 54:6,
10,15,17
55:8 59:7
102:21
103:1,2

**budgeting**
54:13
112:8

**build**
31:18
186:4
189:9
190:18

**building**
49:19,23
78:6
80:15
81:1 87:8
88:20
91:20
94:7
96:3,4,7,
17 100:9
109:1
116:8
137:16
189:7
193:24
219:10

**242**:19,22
244:6
253:20

**buildings**
258:1

**built**
87:8,17
96:13

**bullet**
52:25
65:20

**bunch**
92:19

**bus**
48:12
79:4
95:20
109:15,
21,23
110:4,5
130:25
131:7,8,
12,16
132:1,10,
13,17
133:16,17
135:25
136:19
137:3,9,
10,13,21
138:24
152:20,
21,24
153:5,12,
14,20,21,
25 154:7,
12,13

**buses**
134:22
137:1,6

**business**
78:7

**busses**

131:20

**Butler**
246:5

**buy**
260:24

**buzz**
101:2

**buzzed**
100:23,25

**buzzes**
100:21

———————

**C**

**cafeteria**
95:19
104:16
170:16

**CAGC**
61:18

**call**
79:15
111:3
149:17
169:15

**called**
8:8 79:14
93:9
98:24
118:17,20
245:11
249:20

**calls**
79:16,17
115:1
153:2

**calm**
173:2

**campus**
23:5

**capability**
59:4

**capacity**
29:2
83:18
115:10
123:5
127:7
151:23
173:3
183:19
184:16
185:7,8,
21 222:4
253:20
256:5,15

**capture**
126:10

**captures**
247:2

**card**
96:6
101:3

**cards**
63:7,8

**care**
142:16
190:16
200:11,15
254:24
255:8,13,
16,24
256:6,16,
21 257:7,
10

**career**
104:11

**carry**
63:7

**carrying**
216:4

**case**



12:13,15
13:13,15,
18 14:3,
8,11,16,
23,25
15:2,3
35:1
135:15
151:13
223:7

case-by-
case
222:5

cases
70:17
151:25
230:23,
24,25
231:2

categories
61:12,15

Catherine
181:1

causing
151:20

cease
97:23

ceased
123:22

center
42:25
43:2 44:5
53:5,9
65:24
66:22,25
86:23
87:4,5
89:15,18
90:6
92:10,22
93:1,14,
17,23
94:1,2

95:15,16,
22 96:10,
13,22
97:2,5,6,
24 98:3,
22 99:9,
24 104:19
106:6
111:21
119:19
121:6
122:6,16
123:13
124:6,14,
25
125:10,11
126:4,11,
13 127:8
128:8,11,
12,20,24
129:21,23
130:4,7,
11,16
131:1,9,
15 132:9
133:20
134:3,14
135:8,12
140:9,25
141:9
158:13,19
159:1,8
166:4
184:18
195:11
210:11
217:5
239:23
240:4
241:24
246:3,10
248:23

central
148:13

certificati
on

23:19,23
24:5,10,
14 25:20
26:7,19,
24 27:7
29:25
30:19
32:1
46:8,11
65:13
163:18,19
164:10,
13,25
166:13,
17,22
167:4
171:7
173:10
174:5,17,
19,22,23
175:4,5,
16,17,18,
24 176:5

certificati
ons
26:3
65:11
68:16
164:6
165:13
175:3
176:3

certified
30:6
31:23
34:1,2
65:10
84:25
85:2
163:13,16
173:9
175:11

cetera
185:24

CG
216:25

CGA
119:19

CGAC
11:18
36:4
38:15,18
45:22
47:4,5
55:8
56:7,22
58:20
59:10,11,
15,19
60:3,8,25
61:5
65:6,17,
24 66:18,
22,25
67:20,23
118:23
119:6
121:6
122:6,16
124:6,14,
25
125:10,11
126:11,
13,23
127:8
131:1,9,
15,22
132:9
133:20
134:3
136:3
137:18
139:23
140:9,16,
25 141:9,
11,16,19
142:3,22,
24 143:6,
18 145:5
146:8,16

147:23
148:14
149:21
150:6,8,
21,25
151:5
152:15
153:5,12
154:11,
18,19
155:18
157:7
158:9,13
162:23
165:11
166:4

CGAC's
119:12
126:19

CGCA
20:19
22:3,7,13
32:15
33:16
34:8,21
48:25
49:3 52:6
54:17
68:12
74:3
76:25
80:3
83:8,24
84:5,14
86:23
87:5
88:6,20
89:15,18
90:6
92:10,19
93:5,14,
17 97:23
98:2,8,
10,18
99:8,16,
19,24



103:14
104:1,24
111:6,7,
9,13,14,
17,19,21,
24 112:2,
12,19
113:21
114:13,
23,24
115:15
116:1,24
120:6,17
122:12
123:22
124:2
128:6,16,
25 129:7,
23
130:14,16
132:25
144:7
157:22
158:22
159:1,8,
19 161:4,
16 163:2,
11,24
164:5,9
165:1
166:15
167:17
169:19,22
170:5,9,
12,24
171:6,20,
24 173:20
174:2,9
175:3
176:4,11,
15,16,17
177:8
178:17,21
179:15
180:13
181:16,19
182:8,18,

23,24
184:17
186:12,18
187:6
189:2,16
190:3
191:17
192:19
193:19
194:1,5
195:6,11,
23,25
196:9,17,
19,21
197:16
198:7,13,
19,25
199:6,15,
21 200:2,
8,14,20
201:1,11
203:3
204:8,10,
14 205:20
206:8,19
207:7
208:7,11,
19 210:3,
11 211:6
212:1
213:2
214:3,7,
11 215:18
216:5
217:1,4
218:6
220:19
221:1,17,
19 222:8
232:23
233:4,14,
21 234:13
235:1,15,
17,23
236:1,25
238:2,16,
22 239:5,

7,12,13,
17,21,24
241:24
245:7,12
246:3,8
250:4,25
251:10,11
252:18
253:1
254:6
255:5,8,
19,23
256:14
257:7,20
259:9,17
260:1,3,
11

**CGCA's**
73:15,22,
25 86:25
109:12
209:1
233:3
251:17

**CGCAC**
158:9

**chair**
248:4,7,
10,11

**challenge**
118:19

**challenges**
153:24
224:4,5,
16,24
225:10
226:19

**change**
36:24
40:20
127:6
140:21
223:21
229:10

**changed**
55:24
56:4
92:12
150:17
170:20

**changeover**
13:10

**changing**
36:6,7,11

**charge**
45:7

**Chatham**
32:22,23
51:6,12
72:7 90:4
92:14
98:13
129:17
178:13

**Chatham-
based**
52:17

**check**
63:9
149:2,22
150:2

**checking**
138:7
237:17

**checkup**
149:17

**child**
95:6
97:16
173:3
194:16
209:25
214:2,6
216:7
233:20
234:1,7,
12

**child's**
235:4,20

**children**
25:17,21
28:22
36:8
47:18
82:7
145:11,12
146:8
147:7
152:8
172:9
233:15
235:23
236:22
238:15

**children's**
36:7

**choice**
208:3

**choose**
95:1

**chose**
32:11

**Christian**
67:15

**chronic**
150:4
151:15

**circle**
107:25

**circumstanc
e**
33:8
219:8

**circumstanc
es**
149:11
183:17
232:14



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: city..communicate

city
  260:14

Civil
  7:5

clarificati
on
  78:10
  79:19
  80:5,13
  86:6
  88:10
  94:23
  115:21
  126:1
  218:19

clarified
  110:8

clarify
  9:19 82:5

clarifying
  169:12

clarity
  52:22
  60:17
  71:20
  91:17
  217:6
  219:24
  230:6

class
  23:9
  78:23
  148:7
  189:22
  190:1,6,
  10 227:10
  244:14,17

classes
  21:17
  22:22
  28:23
  49:22
  58:8 77:6

103:19
127:5
145:25
148:6
189:23
190:6,21
192:15,24

classify
  132:4

classroom
  28:14,18
  29:15
  45:14
  49:18
  64:11
  89:12
  105:13
  119:15
  171:3
  212:5
  219:10
  243:25
  247:19

classrooms
  23:14
  77:21
  90:6
  95:14,22
  100:5,8,
  12 108:4,
  7 127:2
  192:19

clean
  68:10
  158:18
  190:14
  248:18

cleaned
  80:16,17,
  20

clear
  9:10 16:3
  18:3,17
  41:23

55:12
59:25
88:5,13
90:10
93:9
112:11
160:20
230:9

clearer
  241:19

clearing
  171:21

Cleveland
  14:20,22,
  24 15:10
  39:21
  40:1,14,
  25 41:24
  42:3,8
  53:15
  73:20
  83:2 85:8
  123:8
  141:21
  142:1
  147:14
  156:22
  157:1
  202:10
  240:17

click
  108:16
  109:4

clicked
  109:3

clinical
  25:25

close
  50:20
  51:5
  131:3
  157:13

closed

50:9
239:23
240:4
243:1

clues
  90:17

coach
  67:13

coached
  67:20

Coastal
  7:15
  11:18,19
  13:6,25
  18:9,20,
  25 19:12,
  15 20:13,
  16 21:5,
  10,14,16
  44:4
  51:15
  69:21
  70:8
  74:13
  80:6
  85:18
  86:18
  111:4
  128:19
  133:13
  134:14,19
  135:1,8,
  12 158:18
  161:6
  162:14
  178:2
  222:18,20
  241:20
  248:22
  254:3

collaborate
  258:9

collaborati
ve

257:14

colleague
  7:24 8:2

collect
  45:2
  235:16

collected
  214:19
  235:6,10,
  11

collection
  45:8
  209:24
  235:2

collector
  44:22,25
  45:15,21

collects
  148:1,8

column
  258:4

comfortable
  261:16

Commission
  26:16
  164:2
  166:24
  167:1
  175:23
  176:9

committee
  84:15,19,
  20 85:9

common
  95:19
  143:17
  218:21,22
  234:11

communicate
  145:24
  210:19



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: communicating..consultative

communicating
  36:14
  49:20

communication
  27:11
  98:16
  259:2,3

communications
  16:4
  79:12

community
  11:4,11
  27:12
  42:22
  162:25
  177:23
  179:16
  189:13,14
  194:1,8,
  17,21,24
  197:10
  198:17,19
  257:15
  259:4,16

community-
based
  189:11,20
  190:4
  191:13

company
  31:1

comparing
  132:4

competitive
  84:4

complete
  24:4
  32:3,8
  46:17,25
  146:12

completed
  100:2
  256:3

completely
  38:25

completing
  61:18
  182:7
  252:10,12
  254:7

complex
  172:18

compliance
  237:12

component
  37:20
  52:12
  53:5  58:9
  62:12
  65:22
  82:1
  163:18
  190:22,23
  195:22
  205:1,5
  223:3,22
  225:11
  230:16,19

components
  36:4
  62:21
  223:2
  232:4

composition
  170:19
  182:16

comprehensi
ve
  11:19
  14:1
  18:10,20,
  25  19:12,
  16  20:13,

17  21:7,
10,16
44:4
69:22
70:8
74:14
80:7
85:18
86:19
111:5
128:20
133:14
134:14,19
135:8,12
151:7,11
158:19
161:6
162:14
178:2
222:19,21
241:21
248:23
254:3

concept
  30:12

concern
  105:18,19

concerned
  152:3

concerns
  105:13
  151:4

concluded
  262:8

concrete
  220:5
  249:23
  254:20

condition
  95:7

conditions
  25:22
  172:10

250:13

conduct
  212:10,
  13,17
  236:15
  261:7

conducted
  80:2
  211:2

conducting
  80:1
  211:12

conducts
  251:1

conference
  17:14

conferences
  178:6,8

confirm
  146:7
  158:7,11
  167:14
  169:17

confused
  60:22
  114:7

connect
  193:6,9

connected
  241:4

connecting
  193:19

connection
  61:24
  74:15
  193:13
  251:1

connections
  193:7

connectors

194:19

connects
  224:2

consecutive
  148:23
  149:4,8

consensus
  213:8

consideratio
n
  209:3,7
  235:1

considerati
ons
  214:18

considered
  41:25
  46:11
  208:2,19
  212:1
  231:3,8

consistent
  167:15
  250:11

constantly
  112:6
  152:21
  188:20,25

constructed
  96:17

constructio
n
  100:1
  102:21

consultatio
n
  218:8

consultativ
e
  217:23
  218:3,18



consulting
  53:19

contact
  112:6
  150:1
  152:1
  259:10

contacting
  151:7

contacts
  151:17
  259:5

contained
  231:4,9

contention
  183:18,21

context
  196:15
  240:19

continue
  35:5 98:1
  168:20

continuum
  214:21
  215:22
  216:1
  219:17
  220:1,2,3
  226:15
  234:18

contrast
  203:19

contributing
  154:4,5

contribution
  91:8

contributions
  55:18

62:17

control
  106:19,24
  107:4

convenience
  138:15

conversation
  63:23

conversations
  14:7,10,
  14 31:14
  39:20
  79:7,21
  155:25
  156:1,7

cooperative
  172:7

coordinate
  243:15
  259:15
  261:24

coordination
  180:13
  200:12,15

coordinator
  52:4

coordinators
  169:7

cope
  81:25

copies
  69:15
  110:10

copy
  20:3
  110:11
  136:13

181:15
  262:5,7

core
  244:21

correct
  12:7 15:6
  18:5,21
  19:10,12,
  13 20:15,
  17,18,24,
  25 22:14
  23:3 25:1
  26:21
  28:21
  30:1 31:9
  33:20
  34:5,11,
  18 35:12
  36:2 42:2
  43:16
  44:10
  45:17,20
  46:23
  48:25
  49:1 50:9
  51:6
  53:13
  54:3,4
  55:3,6,
  19,20
  56:20
  60:14,20,
  21,25
  62:24
  63:15,16
  64:4,5
  65:12,14,
  15 66:1,
  2,20
  67:1,13,
  14,17,19
  68:17,24
  69:24
  70:4,5,9,
  10 71:17,
  19,21,22

72:8
  75:1,2,7,
  8,13,16,
  17,22,23
  77:15,23
  78:1,12,
  13 79:5
  80:10
  82:25
  83:11,15
  84:24
  85:9
  86:20,21,
  23,24
  87:2,3
  88:8 89:7
  90:25
  91:15
  92:15
  93:2,3,6,
  7,15,18,
  21,25
  95:8,23
  96:8,11
  97:18
  98:9
  99:16,17,
  20,21,22,
  25 100:2,
  3,6,12,
  13,21
  101:4
  103:14,15
  104:2,25
  105:1
  106:9
  107:17,18
  108:5,10,
  21,23
  109:9,10,
  14 110:3,
  7 111:1
  112:15
  113:10
  115:11,16
  117:13
  118:7,11

119:8,10,
  17,20
  120:21
  121:6,7,
  23 122:2,
  3,6,7,10,
  14,16,17
  123:14,
  15,24
  124:3,4,
  22
  126:15,
  17,21
  127:13,17
  128:12,21
  129:9,14
  130:17,
  18,24
  131:9
  132:18
  133:8,14,
  15,17,18
  134:2,4,
  5,7,8,11,
  15,16
  135:2,5,
  6,10,25
  136:24
  137:5
  138:1,3,
  24,25
  139:7,24
  141:7
  143:9
  146:10,
  11,17,18
  149:9,10
  152:13
  155:7,9,
  10 156:6
  158:10,
  20,21,23,
  24 159:2,
  11,14,22
  160:19
  161:6,7,
  15,20,24



162:11,
12,24
163:20
164:11
165:15,16
166:6,12
167:17,
18,21
169:8,20,
23
173:15,
16,18
176:6,10
177:7,16,
25 179:8,
10,13
181:7,17,
19,24
183:11
184:11,
20,21,24
187:7,10,
24,25
189:17
192:12,
24,25
193:3
195:3,5
207:2,4,
5,11
209:16,19
210:2,9,
12
211:13,17
212:2
214:8
215:18
216:14,
20,21
221:2,4,
5,14
225:1
229:3,15
230:17,
18,21
231:1
232:25

233:5,6
235:5,21
236:14
238:21
240:9
243:11,21
244:1,22,
23 245:6,
13,14,23
246:1,3,
4,6,22
247:7
248:3,5,6
249:15
252:8
254:1,4,
5,25
255:1,4
257:3,4,
21,22
258:7,16

correction
118:15

correctly
153:24
192:20
260:20

corridor
246:21

cost
91:1
130:23

counsel
9:2 16:5,
10,19
74:1
78:16
196:25
260:17

counseling
198:11,14
199:11,25
200:3

counselors
176:15,16

counties
82:17
92:9,13

counting
191:5

county
7:13
32:22,23,
25 33:12,
19 49:6,
16,20
50:2,8,
21,24,25
51:4,15,
18,19,20
52:7
84:23
90:4
91:24
93:22
97:17,25
98:4,19,
22 111:25
128:7,17,
24 129:8,
16,17
130:4,5,
8,12
133:7
143:6

County-
level
90:3

couple
15:25
23:14
30:21
48:11
52:1
67:10
68:10
69:2

88:24
89:1 94:1
119:22
128:3
135:20
140:22
144:24
153:2
190:5
192:14
197:15
239:3
254:9

courses
25:9

coursework
24:3 25:3
32:3

court
7:3 8:4
78:10
152:5
262:4

coverage
67:6

covered
138:10

COVID
160:2
190:12

create
101:15
140:21
206:4,5

created
37:7
86:3,11,
14 206:19

creating
54:15
223:5,13

creative

151:23
152:15

credit
95:10

credits
25:5,7

crisis
30:6
31:8,24
34:23
38:11
43:25
44:12
198:23,25

criteria
21:23
141:14
207:7,13,
22 209:18
225:2
233:4,8
234:11,
23,25
236:20
240:15,23
258:2,4,
15

crossed
225:4

Crossroads
94:6,17
95:1,4,
12,17

CSB
11:3

culture
36:24

curious
180:14

current
24:10,18
53:24



69:3
117:22
192:18

**curriculum**
25:9
174:13,14
175:5,13,
15 187:1,
2,6,8,9,
10,22,23,
24 191:9,
11

**cursor**
107:5

**curve**
137:2

**cushion**
249:24

**cusp**
261:5

**custodial**
176:23
177:4
245:16,17

**custodian**
55:10
170:16

**Customized**
200:11,15

**cut**
160:8,10

**CV**
20:3
53:24

**cycle**
146:12

**Cynthia**
86:19
89:15
121:6
122:1

129:12
184:18

————————

D

————————

**D-A-V-I-D**
8:18

**D-E-S-H-A-
Z-O**
83:14

**D-I**
72:5

**daily**
22:24
47:9
112:3
131:7
149:14,18
150:6,10,
21 151:1,
5 153:5
154:18
234:3

**Danielle**
7:24

**Dante**
180:15

**data**
44:22,25
45:2,7,
15,16,21
46:5
47:8,11,
15,18,25
48:4,8
58:11,20
63:13
131:19,21
146:5,13,
19,22
147:9,13
148:1,5,
9,13,16

150:8,14
195:21
196:1
204:25
205:3
210:24
214:19
224:17,21
225:12
233:10
234:25
235:1,6,
9,11,16

**data-driven**
63:2,4

**database**
46:21,24
148:13
235:15

**date**
42:10
99:1,22
181:21
220:22
242:1
252:1,4

**Davenport**
211:15,16
212:10,
13,17

**Davenport's**
211:18,24

**David**
7:14 8:7,
18
211:15,
16,18
252:10

**day**
8:24
29:10
48:2 67:4
147:24
149:17,21

150:2
188:23
189:1
216:20,24
217:1,7,
19,20
219:2
245:4
250:25
261:8

**days**
148:23
149:1
150:4
217:2

**DBHDD**
11:6
177:15,19
178:3,14,
16,20
179:3,18
181:5
202:8

**DBHDD's**
179:20

**DBT**
112:25

**DCH**
11:10
181:5

**DCH's**
179:24

**de-escalate**
171:5
173:1
247:22

**de-
escalated**
244:13

**de-
escalating**
30:15
250:12

**de-
escalation**
29:14
30:5,11
173:10
244:11,
21,24,25
245:4,8

**deal**
33:4
36:12
45:5
172:22

**dealing**
30:13

**December**
83:21

**decide**
258:19

**decided**
130:3
255:12,13

**deciding**
231:3,8

**decision**
50:20
51:5
98:8,9,
11,14,18
101:14,
16,20
129:22
139:16,
19,23
140:5
205:7
213:1,5,
20

**decisions**
82:19
171:24
223:17



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: decline..describes

decline
    122:8

declines
    56:17

decrease
    56:11

decreased
    56:5,15
    122:15,19
    159:1

dedicated
    34:8,10
    59:19
    60:3
    66:14
    95:21
    219:2
    256:18

defendant
    15:22

defer
    213:21

deficits
    188:7

define
    105:25
    152:5

defines
    216:1

defining
    105:23

degree
    23:13,19
    25:4,12,
    24 163:19
    166:13
    167:9
    171:14
    175:7

degrees
    175:21

211:21

deliver
    163:9

delivered
    231:18,22
    257:20

delivering
    106:8

Delivery
    215:22
    226:15

demonstrate
    d
    37:24

demonstrati
    ng
    188:22

Dennison
    7:11
    12:12
    18:3
    44:11,15
    51:18
    52:21,24
    53:3,7,10
    60:17
    70:6
    71:20
    72:2,5,
    11,16
    74:19
    80:5
    81:15
    83:14
    84:25
    86:6,8,11
    88:9,13,
    15  91:16
    92:3,6
    94:10,23
    101:5
    113:4
    115:22
    118:15

126:1
    152:8
    175:16
    217:6,13
    218:20
    219:24
    230:6,12,
    14

deny
    213:3

department
    10:9
    11:7,11
    39:14,18
    42:15,18,
    22  51:1
    53:20
    71:25
    73:17
    75:21
    76:2,11
    78:3,20
    82:23
    85:5
    98:17
    112:8
    117:6
    141:22
    152:8
    155:15
    156:8,9,
    17
    177:10,23
    179:15
    181:6
    206:17
    240:12
    243:8,10
    253:5,25
    255:21

departure
    133:17
    135:25
    136:2

depending
    33:8
    112:5
    167:8
    210:7

depends
    215:2,3
    225:17

deposed
    15:19
    17:4

deposition
    9:9 10:5
    11:23
    12:7
    16:1,7,9
    17:1,16,
    20,23
    18:4,7,
    12,16
    19:7,24
    68:4
    69:16,24
    74:9
    85:13
    102:2
    110:14
    120:1
    127:22
    132:19
    144:3
    157:16
    180:7
    181:8
    187:16
    205:15
    220:8
    226:2
    232:19
    249:1,7,
    11 250:20
    251:4
    261:8
    262:8

depositions
    18:1

derived
    235:3
    253:1,3

Derr
    13:9
    83:8,20
    84:18
    101:22
    103:9,16
    156:5

describe
    21:9
    25:11
    27:6
    31:22
    52:13
    62:9 77:3
    81:21
    82:14
    89:17
    100:7
    116:25
    132:5,6
    145:19
    151:10
    153:19
    171:10
    178:8
    185:1
    190:9
    198:5
    201:15
    204:13
    206:25
    212:3
    215:1
    219:3
    242:8
    244:24
    247:4,13
    254:6

describes
    209:6



233:3

**descriptions**
58:7

**Deshazo**
13:11
83:13,15,
17,23
84:19

**design**
49:18
82:12
101:12,24

**designated**
145:22
191:3

**designed**
82:14
100:5
114:20
139:13,15
189:23
223:14

**designing**
105:13

**detail**
198:6

**details**
222:5

**determination**
142:23
145:11
213:14
221:12,23
236:16
238:15
257:23

**determinations**
215:6
222:6

**determine**
61:16
124:11
205:8
214:19
224:21
234:12
238:3

**determined**
195:8
255:10

**determines**
125:24

**determining**
65:13
82:19,20
128:25
165:12
172:1
182:18
216:6
234:16

**develop**
39:3
151:20
189:2
191:4
256:5,15

**developed**
52:19
86:16

**developing**
54:6,9
63:11
64:14,19
251:20
255:14

**development**
101:17
199:19,22
210:20

**Developmental**

11:8
42:19
177:10
240:12

**developments**
13:22,25

**DFCS**
152:1,6,
12,13,14

**diagnosed**
95:7

**diagnoses**
97:5
207:23

**diagnosis**
97:16
129:19,
21,25
130:5

**diagnostic**
199:4,6

**diagnostics**
63:20

**dialectical**
113:2

**difference**
26:6
129:18
159:23
163:15
203:10

**difficult**
172:22

**diploma**
171:19
175:14

**direct**
17:11
58:24
77:15

90:20
103:8
105:2
112:7,11
133:11
144:14
197:7,24
215:20
222:12
226:9,14
228:3
242:4
252:2,22
257:24

**direction**
81:4
185:5
234:19
236:8

**directions**
188:10

**directly**
32:17
109:8
179:2

**director**
7:15  17:3
39:7
53:15
76:16,17
84:22

**directors**
15:6
40:5,6
41:3,24
73:23
123:7
142:1
147:18
156:22
157:1
202:11,16
240:17

**disabilities**
11:8
42:19
94:13
177:11
240:13

**disability**
94:18

**disagreed**
213:14

**disagreement**
213:6

**discharge**
237:25
238:20

**disciplinary**
94:24
95:2,4
113:4,5,
9,23
115:12
118:19

**discipline**
94:25
114:21

**discover**
152:21

**discrepancies**
210:17

**discuss**
13:12
17:13,19,
21  42:12
45:4
73:15,19,
21,22,25
89:20,21
147:13
148:18



204:24
254:13

**discussed**
13:14
40:16,24
41:1
48:24
123:2
149:9,13
151:13
202:7,10,
13 207:3
215:16
228:5
241:7
243:19
248:22
249:4

**discussing**
111:1
150:3
160:21
217:18
226:7
234:22

**discussion**
68:11
81:17
101:8
144:18
147:17,21
149:2
156:16
216:12
219:16,25
231:5
233:25
240:16

**discussions**
112:21
141:18,21
156:25
233:19

**dislike**

185:23

**disorder**
97:8

**disorders**
81:24

**disposition**
221:4

**distinction**
244:7

**distinguish
es**
224:3

**district**
7:3,4
32:20
54:20,24
55:10,11,
19 59:23
60:6 61:1
71:21,23
72:9,17
73:11
80:19
81:3,6,12
83:22
84:3
90:4,9
97:1
98:14
114:10
115:17
116:18
118:17,20
122:23
130:21,22
148:10,11
154:19
164:24
165:18,19
166:16
170:2,6,
17,20
171:8,11,
13,21

174:6
176:3
187:3,5
189:13,25
191:12
195:9
203:16,
17,22
221:21
229:25
242:11,
14,15
243:13,14
258:1

**district's**
174:8

**district-
funded**
170:9,11,
24

**district-
owned**
80:15

**district-
wide**
230:9

**districts**
203:18,20

**Ditommaso**
72:2,5

**Division**
7:4

**document**
12:2,9,11
69:14
70:1,6
74:7,16,
19,22
85:12,21,
23,24
86:1,12,
18 87:22
89:1

91:17
96:15
99:18
105:4
106:14
107:5,8,
15 110:22
120:5,9,
12 121:4,
11,22,25
123:11,12
124:1
126:7
132:25
133:2,5,
9,12
134:7
142:10
144:2,7,
10,21
154:22
155:1,9,
11,17
157:6,22,
24 158:2,
8,12
160:20
161:3,5,9
162:10
166:8
167:19
169:24
197:8
205:22,24
206:9,14,
16 208:24
215:25
220:11,
19,20,24
221:3
222:3
226:12
232:23,24
233:3
241:22
242:5
251:7,9,

13,17,21

**documented**
216:9

**documents**
13:1
16:11,13,
14 18:20,
24 19:5
62:5
69:22
70:13,16
71:5
72:24
73:2,7,10
74:3
85:19
86:2 89:5
119:23
120:7,17
133:1
142:6
144:8,22
157:23
170:8
173:21
205:21
207:21
209:24
254:13,15
259:13

**DOJ**
75:13
77:10

**dollars**
91:1

**door**
96:7,9
100:19
110:3
137:23
138:16
246:7,22,
23,25
247:1



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: doors..electronic

doors
  243:1

dot
  109:16

Dowd
  181:2

DPT
  112:23
  113:7,8,
  11

draft
  253:1

drafted
  206:21,22

draw
  102:20
  107:25

drawing
  54:21
  76:9

drawn
  103:7

drills
  43:23,24

driving
  36:16
  205:1,5
  223:4,22

drop
  137:6

dropped
  136:17
  137:13,21
  138:24
  245:24

drops
  56:21

dually
  191:17,25
  192:7,10

193:2

due
  126:24
  213:10

duly
  8:8

duration
  130:25
  146:2
  153:4
  221:11,25
  231:17,21
  232:10

duties
  21:9
  49:2,3
  54:9 66:3
  141:11
  146:20,24
  157:8

───────────

E

───────────

E-F-F-I-N-
G-H-A-M
  49:6

e-mail
  19:9
  261:11

earlier
  18:16
  68:11
  69:23
  74:24
  83:5
  106:15
  120:17
  136:7
  165:5
  243:19
  250:25

early
  124:10

135:4

earn
  152:24
  188:22

ears
  183:20

East
  93:2

economy
  35:19,24
  63:9
  188:24

ed
  20:22
  21:12
  72:11,13,
  14,17
  84:22
  104:17
  187:23
  192:15
  218:22

education
  10:9
  11:13
  21:13,15,
  17 22:2,6
  23:6,13,
  18,21,23
  24:4,21,
  24 25:15,
  16,20,21
  26:2 33:6
  39:14,18
  42:15
  50:2 51:2
  53:20
  73:17
  76:3,11
  82:23
  85:5
  98:17
  106:11
  117:7

134:1
136:3
137:4,7
138:18,23
139:25
141:9,22
143:11
156:9,17
162:11
165:22
166:3,14
167:20
168:14
169:1,10,
21 171:18
174:13,24
177:18
181:6
182:3,4,
8,14
185:5
187:8,9,
10 192:8,
11,23
206:17
208:21
212:18,21
216:16,
19,23
218:7
226:17,20
227:22
228:13
229:18
230:2,20
243:7,10,
16 253:5,
25 255:21
257:3,6

Education's
  155:15
  156:8

educational
  10:12
  11:15
  24:25

25:8,14
26:3
29:25
37:24
82:21
166:17
182:5
185:14,17
208:5
211:18
214:22,25
257:16

effect
  38:3,5

effective
  36:18,20
  173:6
  228:12

Effingham
  49:5,6,
  11,16,20
  50:8,20
  51:4,18,
  20 52:7
  53:4,9
  56:14
  92:14,15
  93:22
  97:17,25
  98:4,19,
  22 123:22
  128:6,16,
  24 129:8,
  16 130:3,
  5,6,8,11
  160:3
  166:9
  240:5,8

efforts
  39:13
  40:20
  48:4 78:9

electronic
  262:7



elementary
121:8
123:17
126:3,6,
10,16
134:23
246:2,5

elevated
245:2

eligibility
26:8
60:11,12,
18,19,25
61:2
129:16
130:1

eligible
26:10
174:7

embedded
38:20
188:1,19,
25 235:18

emergency
43:13,17
44:1

emerging
255:3,9,
14 257:21
258:15,
17,20

emotion
223:5,18

emotional
37:19
62:12
81:24,25
97:8
205:1,5
223:3,9,
22 224:4,
5,15,24
225:9

226:19
256:11,18

emotions
245:2

employed
19:11
88:4
104:1
162:8
176:15,16
260:13

employee
51:7
68:25
69:1 88:4
145:23
165:4

employees
14:11
51:12
68:14
72:6
172:7

employment
38:18
179:15

encompass
98:25
99:2,3,6
240:7

encompassed
27:21
173:23

encourage
39:14

encouraged
39:16
172:11

end
61:22
143:8,9

ended
93:16
125:3

energy
36:25

Enriched
242:13

enroll
208:9
227:13

enrolled
109:12,25
111:16
114:13
115:13
124:25
126:13,19
132:16
136:3
138:13
140:24
142:3,23
146:8,16
163:3
182:23
184:17
189:19
191:17
192:1,7,
10 193:2
196:20
198:19
199:15,21
203:3
214:7
216:7
218:15
233:15
235:23
259:17
260:1,3,
11

enrolling
213:15

214:10

enrollment
56:17
57:1
60:25
122:9,15,
18 124:5,
14 125:21
126:24
140:9,12,
16
141:12,
15,23
192:18
212:1
221:1,8
224:25
227:1
228:10
231:9
239:10

enrollments
141:19

entail
212:4

entailed
77:4

entails
62:9
145:19

enter
46:5
109:1
137:15

entered
137:25

entering
109:12
110:1
138:4,24

entire
38:17
51:7

141:9
176:19,22
189:1,22
213:5
252:21

entities
80:1

entity
111:23
130:19
207:6

entrance
96:3
108:12,22
109:7,13
110:1,4,6
137:15
138:2,5
139:6
140:6
245:21,25
246:21

entrances
138:12

entries
216:2

entry
28:7
133:13
168:13
207:7,12
208:19
245:18
249:4
257:13

environment
48:18
66:9,10
82:19
97:9
104:20
143:13,
14,15,19
176:21



188:16,17
205:8
208:4
214:12,
15,23
216:1
217:19
223:16
229:12
238:23
240:2
254:25
255:8

**environment
s**
215:22
216:6
226:16

**equivalent**
61:10
135:12

**essentially**
28:19
47:5
49:10
56:17
61:23
71:11
99:7
115:9
207:10
237:17

**establish**
62:2

**established**
46:14
89:24
93:19
127:3,16
209:18,20

**establishme
nt**
12:19

**estimate**
124:24
131:3
192:18

**estimated**
192:22

**estimates**
92:7

**evaluate**
64:24
65:3,5

**evaluated**
68:20

**evaluating**
68:14
214:22

**evaluation**
64:9,16,
19,23
65:2
68:18,22
214:14
226:25
227:5,13
228:25

**evaluations**
68:12
237:21

**eventually**
213:9

**evidence**
37:12,14
250:10
254:17,18

**evidence-
based**
37:10
38:8,12
191:14

**evident**
258:17,
20,21

**evolved**
87:24

**exact**
54:19
76:9
90:15
160:16
186:21
191:19
238:13

**exam**
24:7,8

**EXAMINATION**
8:12

**examined**
8:10

**examples**
184:12

**Excellence**
42:25
43:3
186:25
187:21

**excited**
103:17

**exclusive**
244:18

**exclusively**
154:1
213:23
231:11

**excuse**
25:5
93:23
103:11
125:22
244:16
253:17

**executive**
76:15

**exercise**

72:18

**exhibit**
11:21,23
12:1
19:20,24
20:2 28:5
43:11
48:22
69:14,16,
20 74:9,
12 81:19
85:13,16
102:2,5
110:9,14
120:1,4
123:11
132:19,22
135:23
136:8,13
144:3,6
154:24
157:16,19
181:8,11
196:24
205:15,18
215:7,9
220:8,11
226:7,9
227:25
228:16
232:19,22
234:23
248:23
249:1,6,
7,11
251:4,7

**exhibits**
240:25

**exist**
86:1

**existing**
86:12
127:9

**exists**

193:14

**exit**
24:7
233:4,8,
16,20
234:1,7,
10,23
235:1,17
236:13,
18,23
237:4
238:15
239:21
240:15,23

**exiting**
239:8,17,
24

**exits**
239:13

**expect**
8:23
17:17
56:18
124:19
125:20
135:13
149:8
150:13
172:8,12,
13,15
173:4
212:22

**expectation**
103:23,24

**expectation
s**
38:22
50:1,5
56:16
209:7

**expected**
41:18

**expenses**



54:13,14

**experience**
104:10,13
153:4,24
172:18

**experiences**
103:20
104:15
190:13

**experts**
75:1,20
77:11,25

**explain**
56:11
174:10
188:1
193:15
203:10
232:8
233:7
242:12

**explained**
187:22
230:16

**explanation**
188:15

**express**
254:10

**expressing**
185:16
202:17

**extended**
222:4

**extensive**
58:14
186:1

**extensively**
48:8

**extent**
16:15
60:15

**external**
142:21
259:4,16

**extra**
144:12
153:2
183:20,24

**extracurricular**
94:25

**extracurriculars**
154:8,11

**extreme**
151:25

**extrinsic**
189:5

———————

**F**

———————

**facilitate**
145:23

**facilitated**
53:12

**facilitating**
52:13
53:16

**facilities**
53:23
77:5,8
118:23
119:6
142:4
196:2
253:20

**facility**
50:6  55:9
80:6,7
88:3,7,
11,16
89:25

96:13
97:15
108:21
116:8
139:13
142:11,
16,24
145:13,
16,21
146:2
233:15
245:22

**fact**
37:15
106:5,10
130:4
134:9
164:12,25
169:9
231:25
242:24
252:9

**factor**
63:25
129:19,21
130:3
154:3

**factors**
64:6
140:20
214:14

**fair**
55:7
109:11
209:6

**familiar**
43:2
74:21
117:21
120:11
194:21
197:19
198:2,10,
16,22

199:3,13,
18,24
200:5,11,
17,23
201:5,8
203:25
204:1

**familiarize**
220:13
251:12

**families**
79:7,10,
13,15
162:15
193:6,19,
22 199:15
260:9

**family**
152:8
193:4,5,
11 194:9
196:4,10
199:10,16
200:18,20
260:14

**farm**
190:16

**fast-forward**
167:10

**FBA**
10:18

**federal**
12:17
13:20
54:19
55:16
168:21
182:6

**feedback**
64:11

**feel**
59:10

183:13
184:4,12,
15

**feeling**
104:22
261:6

**felt**
58:22
256:12

**fewer**
159:7

**fidelity**
231:24
232:2

**field**
25:14

**figure**
55:24
121:20
151:19
194:15

**filename**
251:9

**fill**
161:16

**filled**
161:12

**filling**
237:22

**final**
61:21
91:22

**finally**
11:18
123:25

**financed**
90:6

**financial**
54:25
59:3



financing
  40:21

Finch
  72:16

find
  36:15
  92:18
  149:17
  150:2,10
  222:14

fine
  24:20
  54:23
  57:1 58:4
  115:8
  124:23
  220:18
  223:8
  261:21

finish
  9:10
  48:21
  225:23

finished
  12:3 20:5
  102:14
  106:23
  107:14
  120:9
  133:3
  251:14

fire
  43:24

Firm
  14:4,8
  196:25

fiscal
  111:23
  112:2,18,
  22 113:12
  116:2,24
  123:3
  141:19

147:21
167:13
169:15
203:7,11
253:19

fit
  59:8

fitness
  22:22

Fitzgerald
  180:17,22

five-day
  30:19

flagged
  113:21

flexibility
  182:17
  261:11

flip
  23:16
  92:16
  144:24
  146:4
  244:10
  254:20
  257:13

floor
  92:2
  241:24
  242:9
  243:18,23
  248:22

flowchart
  206:5

fluctuate
  127:5

fluctuates
  127:1

focus
  36:11
  37:20

253:16,24
254:2

focusing
  37:16

follow
  187:3
  188:10
  239:25
  255:11

food
  163:9
  193:21,24

football
  22:20

foremost
  30:15

form
  117:22
  200:24
  201:2

forma
  219:25

format
  168:7

forms
  237:22

formula
  160:4

forward
  48:20
  89:22
  151:21

four-
  30:19

frame
  43:8
  103:25
  186:21

Frank
  180:24

free
  86:8,9

frequency
  48:2
  221:11,25
  224:12,20
  231:17,21
  232:10

frequently
  9:1

front
  50:14
  96:7,9
  108:11,21
  109:13
  137:15,23
  220:14
  245:24
  246:7

front-end
  92:4,7

full
  8:16
  154:11
  190:1
  214:21,25

full-time
  192:13

fully
  44:7

fun
  37:2

function
  34:15
  45:25
  61:4
  107:4
  162:13
  210:13
  218:8
  244:21

functional

10:18

functionall
y
  193:15
  219:3

funded
  91:4
  99:4,5
  161:10,
  11,19
  162:5
  167:16,20
  168:1,2,
  3,22
  169:1,18,
  22 170:1,
  2,5
  240:11,14

funding
  59:14
  154:15,19
  160:5
  161:13
  186:12,14
  253:19

funds
  54:24
  56:18
  103:6

future
  185:15
  186:24

FY
  167:15,19
  251:11,
  18,24

_____

G

_____

Gadoe
  10:8
  21:18,21
  206:10



Gadoe's
  155:14

gain
  31:16
  100:14,17
  101:3

GAPC
  24:13

gave
  192:17
  254:11

gear
  153:3

general
  13:19
  14:12,14
  25:9,11
  40:18
  43:8 44:1
  49:21
  68:20
  94:15,20
  104:17
  106:11
  133:25
  136:3
  137:4,7
  138:18,23
  139:25
  143:11
  174:13,
  14,24
  175:5,13,
  15 182:13
  187:9,10,
  23 192:8,
  11,15,23
  208:21
  209:18
  212:8,18,
  21
  216:16,
  19,23
  218:7

220:1,2
226:17,20
227:22
228:13,17
229:18
230:2,20
233:8,11,
12 234:5

generally
  77:3
  81:21
  100:7
  134:9
  259:21

generously
  261:12

genesis
  186:16

Georgia
  7:4,5,15,
  23 10:9,
  12 11:7,
  11,19
  12:18
  13:6,21,
  25 14:5
  18:10,20,
  25 19:12,
  15 20:13,
  16 21:5,
  10,14,16
  24:25
  26:16
  39:13
  40:21
  41:25
  42:15,18,
  22,25
  43:2 44:4
  51:1
  53:19
  56:19
  69:22
  70:8
  74:1,13

75:24
76:2 80:7
82:17,23
85:5,18
86:19,20
93:2
98:17
111:4
117:6
128:19
133:13
134:14,19
135:1,8,
12 155:15
156:8,9,
17 158:18
161:6
162:14
164:1
166:23,25
175:23
176:8
177:10,23
178:2
179:22
181:5
186:25
187:21
197:1,6
222:18,21
240:11
241:21
248:22
253:4,24
254:3

give
  8:22
  11:22
  43:21
  82:1
  102:9
  103:17
  106:19
  110:21
  120:8
  125:4

136:11
143:4
144:23
193:16
209:9
220:12
246:12
248:15,18
249:22
251:12
259:24

giving
  64:11
  153:16
  184:7
  194:19

GNET
  82:17
  209:7

GNETS
  7:14
  10:11
  12:19
  14:18
  15:1,5
  17:3
  39:7,15,
  16 40:5,
  6,21
  41:3,19,
  23,25
  53:15
  73:23
  81:22
  82:6,16,
  24 86:23
  88:3,11,
  15 93:5,
  24 94:3
  95:14,21
  96:10,22
  97:1,4,17
  98:1
  99:2,3,19
  100:5,7,

12 101:1,
1,12,15,20
105:14
107:23
108:25
109:8,12,
25 110:2
111:1,13,
19 123:7,
21 129:2,
11 133:25
136:15
137:4
138:2
139:8
140:12
142:1
147:18
155:3,6,
23 156:22
157:1
159:5
161:9,19
162:10,13
164:3
166:4,14
168:13
169:18
189:19
195:23
196:2
201:10,22
202:1,4,
11,16
203:6,19
206:12
207:1
208:8,14,
25 209:3,
15,17,18
210:1
213:2,15
215:8,17,
22 216:1
217:10,18
218:21,23
219:3,9,



12,17
220:2
221:10,11
222:1
223:1
224:25
226:10,15
228:10
231:9
234:8
240:15,16
242:21
245:21
251:10
253:15
257:16
258:9

**GNETS's**
157:8

**GNETS-ENROLLED**
138:12
147:17

**goal**
62:23
63:18

**goals**
63:8,24
82:6
185:12,
17,25
234:2,3,
17 235:7,
16
236:13,
17,23
237:11
239:7

**good**
8:14,15
12:4
44:19
59:18
125:14

127:18
172:24
198:6
225:24
260:15

**Goodwill**
190:17

**gosh**
113:1

**Gotcha**
252:11

**governing**
155:3,6

**government**
12:18
13:20
55:16
70:14
182:6

**grab**
246:12

**grade**
141:9
210:8

**grand**
168:22

**grant**
54:7,12,
18,19
55:8,15
56:7,18
57:9,11,
15,21
58:14
69:9
90:8,9,
10,14
91:5,7,14
116:12,15
117:6,8,
10 118:2,
4 147:4,
11 160:9

161:10,19
164:21
167:17,21
168:1,4,
17 169:1,
6,19,22
196:6,8,
15

**great**
97:12
109:6,18
185:19
186:23
215:15

**grounds**
23:3

**group**
199:24
200:2,3

**grow**
36:10

**growth**
62:8
82:21
260:8

**guardian**
143:3
163:8
194:13

**guardians**
182:12

**guess**
73:4 75:8
83:22
84:20
93:11
120:16
125:1,14
160:13
213:10

**guessing**
29:9

**guidance**
63:2,4
127:11,12
182:5
187:3,5

**guide**
48:4
62:15
213:1
225:3
254:2

**guided**
196:5

**guidelines**
21:18
127:16

**guys**
260:20

**gym**
95:20

─────────

**H**

─────────

**H.V.**
65:25
66:19,22
67:3
99:16,23
100:1,4,8
101:12,
15,20,25
102:22
104:7,14
106:1,5
107:17
111:8,16,
21 119:20
122:10
124:6
125:15
126:20
127:14
130:16
132:8,9,

12,16
133:21
135:23
137:18
138:12,13
140:1,12
159:5
166:5
184:22
189:19
190:2
192:11,
13,24
195:11
210:11
217:5
218:13
219:11

**half**
131:4,8,
25 132:6
217:2

**hallway**
247:9,12

**Hancock**
112:17

**hand**
19:20
69:14
220:6

**handed**
12:1 20:2
69:20
74:12
85:16
102:5
120:4
132:22
144:5
154:23
157:19
181:11
196:23
205:18



220:10
232:22
251:6

handy
140:2,3
215:8

happen
8:23 23:2
50:11,15
202:20
247:13

happened
41:10
143:21
160:16
187:13

happening
145:2
180:13
190:20

Harris
180:20

Harvest
193:23

head
9:15
38:14
56:25
61:13
84:20,25
85:1,2
238:6

heading
215:21
226:15

heads
211:4

heads-up
87:7

headsets
153:18

health
11:8,11
20:22
21:12,13
25:17,22
42:18,22
95:7
172:10
177:10,
11,19,24
178:3
179:16,
21,25
194:2,7,
15 197:10
198:3,8
222:25
225:10
240:12
250:12
257:15
259:4

hear
260:20

heard
12:13
105:16,17
111:12,15
180:14,19
181:1

Heather
84:21

held
81:17
101:8

helped
118:17
145:15

helpful
9:19
59:22
60:2 92:1
109:24
186:22

201:16
203:3,22

helping
37:20
139:18
171:5
190:14

helps
145:23
185:4

Hernandez
7:24

Hey
260:19

high
65:22,25
66:15,19
67:18
99:16
100:1
102:22
103:19,20
104:9,10,
14
108:12,13
121:9
123:18
124:3,14
126:14
133:23
135:24
139:21,22
158:14
166:7
171:14,19
175:13
189:16
192:6,8,
11 193:2
218:11

higher
92:2
185:9

highlight
48:7
260:2

highlighted
108:4

highlighter
107:22
108:16,25
136:14

hire
59:14
172:2

hired
172:3,13

hiring
85:6
112:9
171:9,24

historical
21:25

history
207:23

hit
36:17
47:16

Holbrook
17:6

hold
143:25
253:6

Holkins
7:16 8:13
11:25
20:1
21:24
44:18,20
51:21
53:1,4,8,
11 60:22
64:20
67:25
68:8

69:19
71:23
72:6,14,
19 74:11
78:11
80:11
81:19
83:15
85:4,15
86:7,10,
13,17
88:12,14,
17,19
91:25
92:5,8,9
94:12
95:3
101:11
102:4
110:16
113:7
115:24
116:1
118:21,22
120:3
121:20
126:8,9
127:18
128:1
132:21
144:5
152:11
157:18
175:18
180:3,11
181:10
187:20
205:17
217:12,
15,17
218:24,25
220:5,10
226:6
230:10,
13,15
232:21
249:3,9,



13 250:24
251:6
260:22
261:3,10,
21,23
262:1

home
208:20
228:19
229:2
231:15,22

homes
163:3

honest
50:16
56:25
117:3
171:17
202:18
240:21

honestly
23:1
24:11
143:24
176:19,25
202:14
222:2
240:5

hope
189:5

horse
190:16

hospital
142:25

hospitaliza
tion
142:12,
13,20

hosting
261:12

hour
67:7

131:4,8,
12,25
132:6,10

hours
131:5,8
132:13

house
100:5
242:10

HR
84:20,25
85:1,2

human
71:25
112:9

hundred
171:16

——————

I
——————

i-ready
40:17
63:19

IC3
200:12

idea
77:8
113:16
186:16

ideas
114:11

identificat
ion
11:24
19:25
69:17
74:10
85:14
102:3
110:15
120:2
132:20

144:4
157:17
181:9
205:16
220:9
232:20
249:2,8,
12 251:5

identified
49:24
134:7
135:4
136:17
182:1
198:11,
16,23
199:4,10,
18 200:6,
12,17
228:4
237:4
253:24
256:10

identifies
181:18
233:23

identify
7:8,20
48:6,15
71:1
258:8

identifying
63:13
114:2
148:23
194:6
220:23

IEP
63:23
82:18
97:9
125:23
182:12,
16,24

183:2,13,
20,24
184:2,3,
13,19
185:1,4,7
195:8
204:20,24
207:8
208:1,3,
8,15
212:22,23
213:11,
15,18,21
216:10,13
219:18,
21,25
221:12,15
222:9
224:14
225:8
227:1
228:9,19
230:7
231:5,25
233:9
234:2,16,
17 235:4,
16,20,22
236:3,10,
11,13,17,
23 237:11
238:19

IEPS
183:8
220:4
235:18
237:2

II
26:4,7,19
27:8

III
26:4

image
245:19
246:12,15

248:16
249:3
250:12

imagine
184:17

impact
213:19
224:9

impacted
153:5,8,9

impacting
205:2

impeding
205:6

implementat
ion
39:15
45:19
62:7,22
65:21

implemented
52:12
232:5

implementing
35:23
62:21
63:18
66:10
186:19

important
172:21

improvement
61:11
252:13

improvements
61:16
89:12,18,
25 90:5

in-depth



31:14

in-kind
 55:18
 116:7

Inaudible
 121:15

incentive
 189:10

incentives
 37:4
 152:23

incentivize
 35:20

include
 50:5
 73:11
 177:1
 182:9
 216:15

included
 113:25
 165:3
 208:25
 224:23

includes
 19:9
 182:12
 197:8
 207:1
 230:19
 234:24
 253:15

including
 67:15
 77:11
 79:4 87:1
 111:16
 121:8
 197:4,9
 245:16,17

inclusion
 106:8

227:10

inclusive
 105:8,22,
 24 106:2
 126:13

incorporate
d
 64:10

increase
 125:21
 126:23,24

increasing
 27:10

independent
ly
 237:5

indicating
 215:14

individual
 28:18
 112:16,22
 148:8
 150:16
 152:18
 172:2
 182:3,4,8
 198:11,13
 209:17
 211:11
 215:2,3
 235:10

individual'
s
 211:14

individuali
zed
 63:8
 207:10
 225:14
 226:22
 227:4,15
 229:1
 234:11

235:9
 240:1

individuall
y
 148:16
 183:1

individuals
 13:12
 45:24
 47:4 84:8
 111:12
 181:5
 225:7

induction
 39:4

influence
 213:19

inform
 58:21
 209:25
 229:21
 259:5

informal
 155:25
 156:1

information
 12:21,24
 13:16,19
 15:10,13
 40:19
 41:7 42:4
 46:22
 48:10
 57:12,14
 58:13
 62:2 63:2
 71:4,15
 86:15
 121:2
 131:23
 147:5
 148:2,24
 149:24
 150:13

161:25
 165:17,18
 167:3
 197:5
 202:14
 204:19
 210:22
 212:25
 235:3
 254:11

informed
 12:20
 254:24
 255:8

initial
 30:19
 32:1 39:3
 189:4
 210:5,14

initially
 93:16
 210:4

initiate
 210:23

initiated
 215:5

initiative
 35:14
 185:1,6,
 18 186:6,
 10,13,19
 255:18,19

initiatives
 40:17

input
 51:5
 98:11,14
 101:19
 140:5
 145:14
 238:19

inputting
 47:7

inside
 94:2
 100:24,25
 101:2

inspection
 74:14
 77:12
 241:8,11,
 14,20
 246:18

inspections
 77:4,22
 78:3
 119:12

instance
 39:21
 53:15
 55:4
 194:6
 214:2,6

instances
 183:4,12
 213:13,17
 231:7

instinct
 225:7

institution
 191:22

instruction
 189:11,21
 190:4,20
 191:14

instruction
al
 135:11
 253:18

instruction
s
 8:22

instructor
 30:5



integrated
  35:15
  94:14
  103:19
  104:8
  257:15

Integration
  253:19

intense
  224:3,25
  225:9

intensity
  221:10,25
  222:24
  224:2,7,
  9,12,15,
  20
  225:15,
  16,18

intensive
  28:11,17,
  20 29:5
  33:12,17
  34:22
  35:3 44:9
  45:13
  47:19
  200:11,
  14,18,20
  226:21
  227:4,15
  243:18,22
  244:3,8,
  9,11,15,
  16

intention
  28:20

interact
  33:9
  43:24
  112:18
  172:6

interacted
  42:24

interacting
  112:1
  162:18
  212:6

interaction
  212:9

interest
  202:17

interested
  84:9

interim
  83:18
  84:2
  105:5

interior
  247:23,24
  248:5
  249:5,14
  250:3,7

interject
  115:22

internal
  196:19
  247:5

interrogatories
  197:3

Interrogatory
  197:4,9,
  25 228:4

intervene
  52:21

intervention
  10:16
  28:12,20
  29:5 30:6
  31:9,24
  33:13,17
  34:22,23
  35:3,17

38:11
  44:9
  45:13
  47:19
  189:15
  194:7
  198:23,25
  200:18,21
  205:13
  224:18
  229:8,14
  232:11
  243:19,22
  244:3,8,
  9,12,17

interventionist
  28:8,10
  32:9,14
  33:7
  34:4,9,12
  55:5
  179:6

interventionists
  32:19,24
  33:11,18

interventions
  10:22
  62:20
  194:16
  226:22
  227:4,15
  228:12
  229:1

interview
  84:15,19,
  20 85:8
  230:20

interviewed
  84:11

interviews
  212:10,

13,17

intrinsic
  189:6

introduce
  110:10,11
  186:2

introduction
  252:24
  253:14

intuition
  225:7

investigating
  12:18

invited
  113:13
  115:4

involve
  224:9

involved
  71:3,7,24
  73:10
  84:13
  101:24
  158:2
  182:10
  183:23
  191:4
  205:24
  206:6
  218:23
  219:9
  252:7

involvement
  51:2
  53:14,16
  70:11,12
  85:5
  145:10
  218:21

involves

37:1

issue
  30:14
  31:18
  43:21
  48:12
  95:2,6
  113:19,20
  150:4
  151:19
  152:1
  153:10

issued
  155:5

issues
  28:14
  31:20
  37:17
  43:19
  49:19,23,
  25 113:23
  115:12
  149:12
  153:22
  162:18
  171:5

Italian
  72:5

item
  218:20

items
  42:11
  50:4
  62:21
  80:21
  208:1
  252:16

Ivy
  181:1

———————

J

———————

January



19:18
20:14
54:2
118:10

Jenkins
65:25
66:19,22
67:3,18
99:16,23
100:1,4,8
101:12,
15,20,25
102:22
104:7,14
106:1,5
107:17
111:8,16,
21 119:20
122:10
124:3,6,
14 125:15
126:20
127:14
130:17
132:8,10,
12,16
133:21,
22,24
135:24
136:9
137:19
138:6,12,
13 140:1,
12
158:13,22
159:5,19,
24 166:5
184:23
189:20
190:3
192:11,
16,19,24
195:11
210:11
217:5
218:13

219:7,11,
14

Jessica
7:18

job
20:21
21:4,12
84:11
172:2
173:6
189:14
190:12,25
191:2,3,7

Johnson
7:22
218:11
260:19
261:1,4,
18,22,25
262:6

join
20:19
183:13
184:13
185:11

joined
20:20,21
88:20
118:10
151:1
202:23
204:11

joining
8:2 88:6

Judy
180:22

July
20:24

June
118:4,5

Justice
75:21

78:3,20

_____

K

_____

K-8
135:13

Keener
72:16

keeping
12:23
146:25
147:1,2
166:24

key
80:25

kids
29:4
131:19
137:25
172:18

Kim
66:17
112:17

kind
13:17
16:12
27:18
43:19
47:25
54:25
55:2 58:9
61:16
71:5 77:8
78:7
82:14
97:16
100:9
105:6,8
112:21
113:16,23
142:21
151:16,20
162:17

167:9
168:9
176:13
177:4
193:15,
16,25
209:24
212:8
215:3
218:4
227:10
228:17
237:21
247:4
261:4

kinds
15:7
21:24
22:17
61:15
73:2
208:17
234:20

knew
160:4

knowing
36:15

knowledge
20:7
24:17,19
32:10
47:9
77:1,2
85:4
87:22
88:6
98:13
101:15
107:19,20
118:22
121:21
123:19
131:7
135:16
139:12

150:25
151:3
158:5
176:25
177:14,17
193:1
202:2
222:8,10
242:2
250:10,14
257:5

_____

L

_____

lab
190:24
191:6

lacked
221:10,24

landing
247:4

late
137:22
138:5

Laura
8:1

law
182:17

lawsuit
13:20
15:23

Layla
180:17

layout
58:8

LEA
11:13
168:2,22
184:16

lead-up
80:8



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: leader..Lowe's

leader
   25:14

leadership
   24:25
   25:8 26:3
   61:14
   72:12,14
   166:17
   253:16

leading
   29:22

leads
   35:18
   37:24
   109:8

LEAP
   242:10,
   12,24

learn
   38:24
   188:14,17
   190:14,
   15,24,25
   224:10

learned
   190:16

learning
   31:13
   53:4,9
   65:8
   92:22
   93:1,17
   94:1
   95:15,22
   96:10,13,
   22 97:2,
   5,24
   98:3,22
   99:8
   111:21
   123:13
   128:8,11,
   12,23
   129:20,23

130:4,7,
   11 133:12
   145:18
   171:4
   188:3,5
   190:17
   239:23
   240:3
   242:13
   256:12

leave
   106:13
   234:13

leaving
   143:18
   233:4
   240:3

led
   37:19
   52:5
   178:3,12,
   14,15

left
   7:7
   109:16
   160:16

length
   17:15
   40:10
   140:8,11
   141:12,
   15,19,23
   153:12,25
   154:7
   239:10

lengthier
   132:7

letter
   79:18,19
   196:24

level
   63:12
   82:15

142:16
   185:9
   225:19
   239:17,20

Levert
   8:2

liaison
   162:15
   193:23

Life
   30:6
   31:8,23
   34:23
   38:11

likewise
   32:3
   175:22
   211:1

limited
   211:25

linked
   58:10

lion's
   55:7,21

list
   19:3,4
   35:9
   86:17
   135:4,24
   181:18,21
   182:1
   184:25
   197:9,14
   200:6
   224:20
   259:13

listed
   24:13
   54:18
   133:23
   168:6
   169:4
   192:3

222:21
   258:4

listen
   113:13

lists
   133:16

litigation
   74:1,15

lived
   97:17

local
   11:13

located
   65:25
   89:15
   93:1
   162:22
   246:2

location
   48:3 49:8
   50:20
   52:12
   65:22
   86:22
   98:25
   111:20
   121:6
   122:1,6
   124:2
   126:19
   128:8,14,
   23 129:1,
   7,13
   137:7,14
   192:3
   195:16

locations
   77:6,9
   191:24
   192:2
   219:10

login
   46:7

logistical
   66:5,8

long
   19:17
   22:9,12
   29:11
   40:9
   132:1,5
   220:11

longer
   98:18

longest
   140:16

looked
   16:14
   74:5
   121:11
   157:11
   223:11

lose
   110:22
   187:11

loss
   159:24

lot
   122:21,24
   134:23
   140:19
   172:24
   188:6
   193:8
   203:6,15
   234:2

lots
   140:20
   232:13

Lowe
   76:6,21
   79:22

Lowe's
   76:8



**lower**
143:8,9

**LRE**
125:24
220:3

**LSCI**
30:6 34:2

**lunch**
119:23
127:25

**lunchtime**
104:17,18

---

**M**

---

**made**
39:13
50:19
63:12
88:19
89:18
93:4
96:21,25
98:8,9
101:14
117:12,19
139:19
151:17
152:2
157:4
213:14
221:12
230:1
237:5

**main**
36:11
48:12
137:15
138:2,5
223:2
245:18

**maintain**
62:14

**maintained**
148:13

**maintaining**
54:6,10
68:15

**maintenance**
50:6
65:21
78:18,21
80:14,20

**major**
56:21
144:17

**make**
9:9 10:5
16:3
27:18
41:22
44:7
46:20
62:20
65:10
78:18,21
81:6,9,12
86:4
91:21
93:8
97:22
105:8
108:24
109:18
112:10
117:16
124:12
136:22
138:11
148:4
150:1
156:12
194:1,3,
4,10,11

**maintained**
82:2
150:14
257:14

**209**:11
210:16,
18,21
214:4
215:5,7
216:22
220:5
222:7
224:23
229:10
232:7
253:8
254:20

**makes**
110:10
182:15

**makeup**
106:4

**making**
48:17
57:20
66:13
116:25
151:8
171:23
223:17
227:24
237:11

**male**
256:24

**mall**
190:13

**manage**
173:11

**Managed**
49:17

**management**
62:9
253:19,21

**manager**
20:24
23:15
29:22

**33**:5
43:10
48:25
49:2,3,5
51:24
52:18
53:2
66:14
67:5
71:15
89:6,7
139:22
149:15
179:9
182:10
183:6
184:18,23
204:17
208:7
210:6,11,
14,19
211:2
221:20,21
229:25
230:7,8
250:7

**managers**
70:25
71:2
166:8,21
176:13
183:7,10

**managers'**
165:23

**mandatory**
207:12,
14,19

**manual**
179:20,24

**map**
107:17,22
108:5,25
109:8
136:9

**138**:23
248:21

**March**
75:4
178:11

**mark**
108:11
136:22
249:10

**marked**
11:23
19:24
69:16
74:9
85:13,16
102:2
109:7,9,
13
110:12,14
120:1
132:19
136:8,13,
14 144:3
154:24
157:16
181:8
196:24
205:15
220:8
232:19,22
249:1,7,
11 251:4,
7

**marking**
12:1 20:2
69:20
74:12
102:5
120:4
132:22
144:6
157:19
181:11
205:18
220:11



**Martins**
  150:17,19

**master's**
  23:21
  24:24

**material**
  224:22
  231:3,8
  249:19
  250:1,16
  254:10

**materials**
  145:17

**matter**
  7:3 14:5
  18:1
  197:1
  213:22
  220:7
  236:1

**maximum**
  127:7,8,
  13,15

**Mckay**
  180:15

**Meaning**
  236:24

**means**
  10:9
  11:10,13,
  15 174:15
  195:4
  219:4
  244:24

**meant**
  44:16
  233:7
  243:1

**media**
  104:19
  106:6

**Medicaid**
  197:5,10

**Medicaid-enrolled**
  177:24
  179:25

**meet**
  16:10,25
  17:2
  30:16
  42:14,17,
  21 47:24
  59:11,15
  63:22,24
  65:13
  148:17
  177:9,14,
  18

**meeting**
  39:3 40:1
  42:7
  47:22
  113:11
  114:9,11
  115:2
  183:14
  184:13,20
  186:2
  208:22
  219:19
  222:9
  225:8
  228:13
  234:2,17
  235:16
  236:9,11,
  17,23

**meetings**
  14:18,19
  15:1
  38:21
  39:22
  40:2,4,9,
  13,24
  47:14

**112:24
  113:15
  114:1,19
  123:7
  141:25
  147:18
  156:18,
  20,21
  202:11
  208:8,15,
  16,18
  216:13
  224:14
  235:22
  236:2
  240:16,23
  258:8**

**meets**
  204:24
  255:2

**Melanie**
  7:22
  260:19
  261:14,24

**member**
  43:13,14
  167:8
  211:3,4,9
  218:4
  221:19
  247:20
  248:8,9
  256:17

**members**
  77:10
  185:11
  210:23
  211:6
  212:7
  222:8
  231:5
  252:17,21
  256:19

**memorandum**

**116:1,5**

**mental**
  194:2
  257:15
  259:4

**mentioned**
  16:17
  18:15
  31:6
  73:13
  155:8
  164:8
  175:3
  201:22
  205:12

**met**
  16:19,22
  31:23
  76:23
  97:16
  252:15
  254:9

**method**
  235:2

**Meyer**
  102:8

**middle**
  121:8
  123:17
  126:4,7,
  10,14
  134:25
  135:3

**midyear**
  61:21

**migration**
  65:24

**million**
  54:19
  55:15,24
  91:1,9
  103:1,3

**million-dollar**
  91:8,14

**mindset**
  30:4,9,
  10,17,18,
  25 31:4
  34:1,22
  38:8
  173:9,17,
  23 176:20
  177:6
  245:9,10,
  11

**Minimal**
  167:9

**minimum**
  66:23
  163:23
  164:2
  171:6
  173:24
  235:25

**minus**
  125:16

**minute**
  144:12

**minutes**
  8:25
  16:23
  24:22
  29:16,17
  48:21
  131:4
  180:4
  216:11
  219:18
  225:22
  250:16
  261:1

**misbehaving**
  36:13



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: misinformation..number

misinformat
ion
  118:16,17

misread
  58:4

missing
  148:24
  152:21

misspoken
  255:17

misstating
  65:12

mistaken
  243:25

misundersto
od
  206:3

mixed
  125:13

model
  36:1
  62:20
  217:9

modificatio
ns
  78:23
  79:1,3
  229:13
  250:6

moment
  12:2 20:4
  38:2
  39:5,9
  104:3
  120:8
  133:2
  181:22
  191:19
  197:17,20
  209:9
  220:13
  223:20

251:12

money
  56:16
  90:7
  160:9
  191:5

monitoring
  164:15
  233:17
  235:8
  237:2,15

monthly
  40:2,3
  47:24
  123:7
  147:18
  156:21
  202:11
  233:18,19

months
  19:18,19
  83:21
  143:7,11,
  18

morning
  8:14,15
  132:2
  152:20

MOU
  116:4,9,
  14,25
  117:9,11,
  12,19,21

mouse
  107:4

move
  48:20
  52:12,14
  53:5,8,24
  65:19
  66:6
  68:11
  69:13

74:7
99:14
128:4
140:19,20
151:21
169:14
198:10
247:22

moved
  66:6
  93:20
  130:10

moves
  53:6

moving
  28:5
  89:22
  105:7
  143:6,11

MTSS
  10:25
  204:6,8,
  10

Multi-
tiered
  11:1
  204:1,2,3

multiple
  75:7
  82:17
  203:18,20

music
  153:17

———————

————— N —————

named
  180:19

names
  71:1
  181:1
  194:19

259:12,13

nature
  31:15
  94:24
  226:18

necessarily
  19:2
  49:25
  59:6 95:6
  106:3
  124:16,18
  149:5
  153:15
  184:6
  193:12
  219:8
  230:22

needed
  66:24
  67:3
  145:12
  162:21
  204:19

needing
  91:19

neighborhoo
d
  25:8

nervous
  261:19

Network
  10:12

news
  102:6

nodding
  9:15

non-gnets
  138:13
  242:5

non-intense
  224:4

norm
  125:22

Northern
  7:4

Nos
  110:14

note
  43:10
  67:12
  90:19
  132:24
  136:13
  157:21
  220:18,21
  248:20

notes
  185:10

notice
  79:13
  149:23

notificatio
n
  149:23
  185:10

notificatio
ns
  79:9

notifying
  152:14

November
  41:13,15

number
  7:6 22:11
  28:12
  29:8
  56:15,24
  57:16
  67:13
  70:24
  90:15
  91:21,22
  92:21



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: numbers..order

99:14
126:2,5,
6,7
127:6,8,
15 134:6
145:4,8
147:7,16
150:4
158:25
159:17
162:4,5
168:17
170:9,20
195:15,
20,22
196:9
211:9
217:10,
17,22
218:25
234:6
238:5,8,
13 254:24

numbers
56:8
103:3
122:11
125:2,3
127:4
142:7
159:9
160:1,13
220:23
251:8

nurse
170:15

nursing
55:11

nutrition
50:4
170:16

**O**

oath
9:23

objections
214:3,7

objective
29:14

obligated
184:15

observation
77:21
119:15
204:23
210:24
211:1
212:8,11,
15,19,23
221:9
230:16,19
231:11

observations
64:11
211:7,12,
25 212:3,
5

observe
77:7
218:4

obtaining
63:3

occasion
76:18

occasionally
115:5

occupational
195:2,7,
12

occupied
95:18
100:9

occur
47:10
226:18

occurred
37:17
75:3
119:1,3
231:13
237:7
238:25

occurrence
48:2
143:17

occurring
40:7 48:7
77:22
149:5
235:22
259:5

occurs
113:15

October
102:7

off-site
190:21

offer
80:13

offered
22:2,4
139:6
175:19
195:23

office
45:3,10,
12
243:12,
14,16

offices
243:4,8

official
82:22
123:5
155:24

older
185:24

on-site
162:22
178:21
190:21,23

one-on-one
40:4

one-way
131:7
132:10,13

ongoing
65:13
235:19

online
46:21

open
94:15,20
95:1 96:2
100:19

opened
128:22

opening
122:10
128:13
159:4

operated
86:23
119:7
129:7

operates
194:22

operating
98:2
99:11
128:7
240:8

operational
255:15
256:13
258:18,20

opinion
203:2
207:9
230:10

opportunities
65:9
103:18
104:8,23
106:3
258:8
260:6,7,8

opportunity
36:9
162:17
259:25

opposed
30:13
36:10
37:21
134:20
188:15
203:18
258:20,21

opposite
234:18

option
220:2

options
216:5,13,
14,15
219:16

order
24:4
25:3,12
26:13
30:17
31:23
32:8



46:9,22
57:20
59:14
76:6
95:25
166:14
173:5
177:5
237:25

**organizatio
n**
31:2,3
32:4,6

**organized**
80:8

**original**
52:8
103:1
115:17
224:2

**originally**
87:17

**OT**
195:2
196:3

**OT/PT**
195:1

**outcome**
58:20
231:4,9
252:13

**outcomes**
37:25
58:11
225:18

**outpatient**
199:10,
16,24
200:2

**overriding**
153:9

**overseeing**
62:22

**oversight**
236:15,19
242:16

**Owen**
76:7,13,
18 79:24

**ownership**
152:25

―――――――

**P**

―――――――

**P-A-E-S**
190:24

**p.m.**
127:23
180:7,8
187:16,17
226:2,3
250:20,21
262:2,8

**packet**
204:16,18
209:22
210:15,
16,21
221:1
222:24
224:23
230:17
231:4,10

**packets**
210:3
220:6

**padded**
247:23
248:2

**padding**
249:16,
17,21

**PAES**
190:24

**pages**
107:8
144:24
197:7
215:20
228:4

**pagination**
92:17
222:14

**paid**
69:8

**pandemic**
122:21,24
189:23
255:11
256:9
257:25

**pantry**
163:9
193:24

**panty**
193:21

**paperwork**
163:7

**paragraph**
123:10,25
253:14

**parallel**
136:20,21

**paraprofess
ional**
171:1,20
172:4
173:5

**paraprofess
ionals**
158:9,13,
20,23,25
171:2,7,
24 172:8

173:14

**paras**
170:15

**parent**
138:7
143:3
152:19
153:1
163:7
183:19,
21,22
194:12,14
200:5,8

**parentheses**
144:22

**parents**
37:2
137:13
182:12
184:5
212:14
213:14
214:1
259:2

**parents'**
213:22
214:3,7

**parked**
137:10,11

**parking**
136:19

**part**
35:15
45:2
47:12,13
50:17
51:7
52:15
53:11
56:14
66:5,8
77:11
84:18

85:24,25
86:11
89:11
91:4
95:11
101:17,21
104:22
114:4,16
116:15
118:7
120:6
122:9
141:11
146:20,23
147:3
160:4
164:21
165:2,4,
10 173:6,
20 176:22
182:20,24
188:5
189:8
194:20
212:11,
14,19,24
213:11,18
216:19,24
217:1,7,
10,19,20
218:2
219:2
223:12
226:17,25
227:5,12
228:19,24
229:17
230:16
231:16
235:19
240:11
252:19
254:24

**part-time**
211:8,10



partial
  90:8,10

participate
  23:6
  104:16
  142:22
  154:10
  178:2
  185:7,9
  208:8
  221:15

participated
  22:21
  72:17
  201:23
  221:17
  222:9,19

participates
  230:7

participating
  14:20
  154:8
  178:17
  183:1,5
  184:19
  189:20
  190:3
  192:15,23
  195:11,17
  208:14
  212:22
  224:14
  225:7
  228:9
  237:19
  238:18

participation
  185:3
  186:4

parties

37:6

partnerships
  257:14

parts
  27:14,21
  95:15
  156:10,16

past
  12:22
  13:3
  142:3
  238:2
  258:3

path
  175:13,
  14,15

pathways
  223:17

Patrick
  7:16
  260:19

pattern
  161:5

patterns
  196:20

pay
  91:18

paying
  233:18

pays
  130:22

PBIS
  10:21
  35:7,10,
  13,14,17
  36:1,4,6,
  18 37:8,
  9,13,24
  38:16,24
  39:15,21

40:13
  45:2,4,18
  47:13,14,
  22 52:4
  58:11,20
  152:23
  173:12,
  14,23
  176:21
  188:21
  234:3

PE
  20:22
  21:11
  22:5,6,
  13,17,23

peer
  200:5,8,
  23 201:1

peers
  212:7

pending
  9:4

people
  7:10,19

percent
  38:10
  50:12
  89:10
  90:13
  171:16
  186:9,10

perfect
  108:3,18
  237:24

perform
  45:24
  218:7

performance
  63:17,25
  64:3,7,24
  65:3,5,17
  165:4,11

258:15

performed
  81:2

performing
  255:9

period
  44:20
  96:22
  129:20

periods
  140:16

permit
  90:19,22

permitting
  91:23

person
  30:20
  40:7
  66:16
  83:9,12
  145:24
  180:19
  188:11
  204:22
  256:20
  257:9

personal
  87:22

personally
  68:14
  70:15,17
  75:11

personnel
  49:17
  76:2
  112:2
  182:13
  252:9

perspective
  31:17
  36:8,12
  177:3

222:3
  247:12

pertinent
  60:20

phase
  83:19

photo
  241:19
  246:17

photographs
  77:11

photos
  77:16
  241:10,14

physical
  21:12,15,
  17 22:2,6
  23:6
  106:3
  195:4,7,
  17

pick
  135:20

picture
  247:2,25
  248:14

piece
  36:1
  212:24

pieces
  151:10

pile
  215:11
  228:1

pivot
  240:25

place
  36:11
  45:14
  48:13
  129:21



137:8
208:2

**placement**
113:4,5,
9,18
118:18,20
207:15
216:15
218:22
221:11
222:1
223:1
236:10

**placements**
146:23
147:14,16
208:14,
16,18
219:17

**plaintiff**
15:22

**plan**
10:16
42:11
54:7
61:8,10,
11,19,24
151:21
152:22
199:19,22
205:13
208:5
224:19
229:8,14
232:11
235:4
236:7
241:24
242:9
243:18,23
248:22
251:1,10,
18
252:14,
15,17

253:15

**planned**
89:14

**planning**
89:11
254:2

**plans**
45:5
101:18
152:3
170:23
182:3,4,8

**play**
130:6

**point**
9:18 30:4
35:19
52:25
60:4
63:7,8
65:21
80:5 86:6
88:9
94:23
99:1
104:11
117:25
118:15
126:1
129:6
148:20
172:14
179:15
211:24

**points**
63:10
152:24
188:22
189:3,10
234:4,6
254:14

**policy**
34:25
138:6

260:23

**population**
99:7
104:17
127:1
172:23

**portion**
47:14
80:15
241:9
242:18,21
261:7

**portions**
156:19
242:8,24

**Pose**
60:2

**posed**
17:20
41:23

**position**
12:23
26:9,10
52:19,20
76:8,14
90:3
160:12
161:12,
13,14
165:25
170:15
245:1

**positions**
162:5
165:24
169:9
170:1,5,
9,12,24
176:17

**positive**
10:22
35:17,21
36:14

37:6
152:23
191:16

**possess**
174:3
176:5

**possibility**
229:9

**post-tests**
63:21

**potential**
114:2
125:23
180:12
203:5
216:6
236:6

**potentially**
113:20
131:10
149:14
183:17
216:25
218:3
232:14
234:1
236:9,17

**Powerpoint**
185:22

**practice**
38:8
189:2,7,
13,14

**practices**
254:25
255:8
257:10

**pre-**
63:21

**pre-taught**
247:17

**predecessor**
13:7

**predominant**
47:16

**prefer**
261:7

**preferences**
185:17

**premise**
62:11

**premises**
74:14
241:8

**prepandemic**
124:21
125:22

**preparation**
16:1,7
18:16
19:7
62:16
69:24
78:4,12,
14,19,24
79:2
81:7,10,
13 173:20
186:5

**Preparatory**
67:15

**prepare**
16:8,25
78:2

**prepared**
70:9

**preparing**
18:7
158:2
205:24
206:6
253:9



preplanning
  38:21
  173:8

prerequisites
  46:12,14

present
  20:14
  21:8
  35:10
  69:4
  75:11,24
  76:3
  124:7
  151:4
  170:11,23
  211:12,13
  218:6
  258:24

presentation
  185:22
  186:5

presentations
  178:17,20

presented
  15:1,3

presenting
  13:15

presently
  22:2,7,8
  47:3
  126:13,19
  140:24

president
  105:5

presume
  44:15

pretty
  15:13
  16:15

38:9
90:11
125:4
127:2
149:18
151:6
192:21
260:14

prevent
  56:21
  232:14

prevention
  30:10
  43:20
  44:12,13

previous
  12:21
  16:11
  20:16
  105:12
  124:9
  168:7

previously
  52:6
  57:23
  60:24
  68:13
  83:23
  85:20
  98:21
  99:8,12,
  23 104:24
  109:9,13
  136:12
  154:22,24
  196:24
  207:4
  215:16
  219:15
  228:5
  235:12
  245:3
  246:18
  248:21,22

Primarily
  97:7

principal
  7:15
  19:15
  20:13
  22:12
  26:9,10,
  13,20,22
  32:13
  39:10
  47:12
  49:10
  52:1
  53:25
  62:17
  65:3,21
  83:7,9,17
  84:5,9,14
  85:6
  103:14
  112:12
  117:7
  118:12
  119:2,4,
  13 139:25
  141:11
  146:20,24
  151:5
  155:18
  156:3,4
  157:7
  171:23
  176:11
  178:25
  179:1,12
  202:25
  215:18
  236:15
  237:8
  239:16
  250:4,5

principally
  206:8

principals

176:13

prior
  23:15
  40:11
  56:9 66:7
  83:7 88:6
  96:19
  119:5
  128:13
  149:23
  159:13
  167:15
  208:6
  210:22

private
  31:2,3
  32:4,6

pro
  219:25

proactive
  30:12
  48:13

problem
  114:12,
  15,19,21

problematic
  148:18,21

procedural
  237:21,23

proceed
  251:15

proceeded
  240:6

proceeding
  261:17

process
  17:18
  25:13
  27:9,10
  28:2,17
  30:15
  31:15

35:16
36:10
37:10,22
38:12
45:2
50:18
60:11
62:18
68:18,21
84:5,13
85:6
89:17,22
91:23
101:25
106:15
114:5
116:25
117:3
128:25
129:15,18
171:9
176:22
188:5,14
189:9
204:13,19
208:23
212:11,
15,19
213:10
231:16
237:13,14
247:15
256:2

processed
  50:3

processing
  191:5

produced
  18:25
  73:9 74:4
  85:17
  120:6,13
  132:25
  144:7
  157:22



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: producing..providers

161:4
205:20
206:1
220:19
232:23
251:7,9

**producing**
225:14

**product**
257:24

**production**
71:21
72:18,21

**professional**
26:16
65:8
163:10
164:1
166:23
167:1
172:9
174:2
175:23
176:8

**program**
17:10
20:24
23:15
29:21
33:5
35:16
37:1
39:4,7
40:5,6,18
41:19,21,
24 43:10
45:6
48:24
49:2,3,5,
7,9 50:8
51:15,24
52:18
53:2,15

55:13,21
58:21
60:13
64:9,23
66:14
67:5,22
68:21,23,
24 70:24
71:2,15
81:22,23
82:6,12,
18,24
88:11
89:6,7
94:6,9,
12,17,18,
25 95:16,
17 97:7
98:1,24
99:2,3,7,
16 109:12
111:9,13
116:8
123:7
129:3,11
139:21
142:1,21
147:18
149:15
155:3,6
156:22
157:1,8
160:17
162:19
165:6,23
166:7,21
176:12
177:1
179:9,20,
24 182:10
183:6,7,
10
184:18,
19,23
185:20
188:21
189:19,24

190:3
191:9
193:13,14
194:20
201:5,7,
12 202:5,
11,16
203:4
204:8,10,
17 208:7
209:8,14,
17 210:5,
11,14,19
211:2,9,
21 214:1
218:15
221:20,21
223:14
229:25
230:7
236:18
240:8,10,
16
242:10,
12,13,14,
15,16,17
250:7
253:16,19
256:4

**programmatic**
239:7

**programs**
12:19
39:15,16
65:2
73:23
82:21
94:2,3,4
95:18
104:21
119:13
134:23
157:9
201:23
202:1,4

203:6
209:15
240:15

**progress**
31:21
37:5,6
61:24
62:14
63:12,15
82:3
205:2,6
224:11
233:17
235:7,8
236:13
237:2,11,
15

**progressing**
205:10

**project**
103:7

**projected**
103:2

**projecting**
58:8

**projects**
27:9

**proper**
203:14

**proposal**
41:14,17,
19
116:15,17

**proposed**
116:15,23

**protocol**
89:23,24

**provide**
21:12
22:5
58:13
60:9,10

61:1,5
66:11
101:19
116:5
140:15
152:25
162:15,16
174:16
189:9
193:6,25
229:11
254:10
260:6,8

**provided**
15:14
16:13
41:8 42:4
51:16
55:11
63:20
111:20
118:16
123:22
130:13
146:1
174:19
181:19
182:6
197:15
201:19
203:21
207:22
215:4
216:17
219:1
223:25
224:18
228:18
231:15
232:12
253:4

**providers**
177:11,
20,24
178:4
179:21,25



194:2
259:4,9,
16

providing
  27:9
  33:17
  34:13,19,
  21  57:12
  58:14
  63:3
  116:7
  145:19
  160:5
  227:8

psychologist
  59:19,24
  60:3,6,7
  61:5
  161:10

psychologists
  60:24

PT
  195:4
  196:3

PTA
  105:5

public
  7:13
  94:16,20
  133:7
  216:17,18
  219:1

publicly
  102:6

published
  102:7
  136:12

pull
  136:7
  138:22
  246:11

pull-out
  217:9

pulled
  216:23
  249:3

pulling
  48:9

pullout
  216:19
  217:5

punitive
  36:10
  37:21

purely
  129:23

purpose
  87:17,24
  105:7
  106:2
  114:9,10
  147:10,12
  155:20
  197:2
  237:9

purposes
  18:4
  105:25
  148:9
  203:23

pursuant
  77:14

put
  15:17
  106:13
  135:18
  138:8
  176:17
  248:25

putting
  57:4

Q

qualifications
  163:10
  174:2
  204:21,25

quality
  172:5
  189:6

question
  9:4,5,18,
  19  21:25
  60:2  67:8
  97:11
  115:17
  120:16
  129:3,10
  133:19
  141:3
  196:6,12
  206:3
  207:16
  224:3
  232:17

questions
  8:21  9:11
  10:1
  15:5,7,
  11,25
  17:19,21
  19:3  21:1
  41:1,23
  57:17,24
  58:5
  68:10
  69:2
  102:12
  128:3
  135:20
  144:10
  160:24
  181:25
  197:15

260:17,25
261:2

quick
  38:7
  39:24
  209:9

quickly
  82:9
  167:10

quote
  103:8
  105:2,6

quote-
unquote
  103:20

quote/
unquote
  104:9

quoted
  103:16

R

raised
  41:1
  240:22

raises
  60:19

ramp
  95:20
  109:15,23
  110:4,5
  136:19
  137:3

range
  130:25
  140:15
  154:11

rare
  218:22

rate
  150:6,11,
  22  151:2,
  5

rates
  154:15,18

re-engage
  152:15

re-meet
  254:13

re-signed
  116:13

reach
  153:1
  193:22
  261:23

reactive
  30:13

read
  102:17
  117:24
  227:7

reading
  40:18
  105:12
  159:11
  168:16
  222:3
  258:2

reads
  215:21
  226:15,17
  253:14
  257:14

ready
  102:16
  107:16
  133:4
  144:20
  233:15,20
  234:1,7,
  12,19



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: reality..references

236:12
237:4,25
238:3,15,
20 250:17

**reality**
31:18

**realize**
162:3

**reason**
9:25 10:2
121:16
139:5,10,
11,13
149:25
159:4,7
163:5
184:7
248:13

**reasons**
221:8

**recall**
21:19,22
22:10
23:1 24:6
27:25
28:1
38:25
42:10
46:19
52:5 56:6
61:12
75:3
76:13
77:10
89:2 91:7
118:3
155:21
156:24
157:10
160:15
178:10
186:18
195:19
202:14

206:24
214:2,6,9
239:4
240:20
241:7,11
243:20
251:2
252:20
254:8

**receipt**
86:1

**receive**
30:23
37:25
56:18
57:14
70:1
154:16
173:5,14,
17,19
175:22
177:5
186:12
198:7,13,
19,25
199:6,16,
21 200:2,
8,14,20
201:1
204:14
210:18
245:7,12

**received**
25:20
26:19
41:5
52:19
56:7
155:22
161:13
179:2,14
196:16
210:15

**receives**
154:19

210:3

**receiving**
28:22
136:15
160:8
167:3
195:6,22
202:17
216:25
227:16,21
229:2
247:14

**recent**
88:25
89:3
122:4

**recently**
118:1

**recert**
30:21

**recess**
68:4
127:22
180:7
187:16
226:2
250:20

**recognition**
19:3

**recognize**
201:9
205:22
241:22
251:17

**recognizing**
201:14
234:10

**recollectio
n**
28:2
103:4
222:17
252:6

**recommended**
232:10

**reconvene**
261:22

**record**
7:8,20
8:17 9:3,
10 41:22
42:4
44:11
45:10
68:1
75:15
81:15,17
85:17
91:17,21
93:9
101:5,8
108:7
112:11
120:5
121:2
132:24
144:6
157:21
161:3
196:25
205:20
216:12
218:20
220:18,21
225:8,22
232:22
237:25
241:19
248:20
251:9

**recording**
9:8

**records**
147:23

**recovery**
95:11

**recurring**

151:12
152:16

**redacted**
220:23

**redeliverin
g**
256:19

**refer**
87:4
110:16
111:13
219:8

**reference**
10:8,11
11:7 13:3
26:3 28:8
35:6
38:2,3
44:22
63:4
65:23
96:16
142:7
165:10
207:1

**referenced**
29:18
64:22
65:20
69:23
74:24
83:7
155:17
157:11
221:9,24
240:7
241:10
245:3
246:18
257:11

**references**
23:8 54:5
62:7
77:16



145:4
162:10
195:1
220:22
243:18
252:4

**referencing**
91:2
155:12
156:21
178:9
206:11

**referral**
45:11,12
60:18,20
95:4
114:2,4
193:10,12
204:16
209:22
210:3,5,
14,20
220:6,25
221:4,6,
7,9,23
222:23
224:23
228:10
230:17
231:4,9,
10

**referrals**
45:3,4,16
47:17
48:9
122:22,25
124:9,15,
18 125:22
126:24
194:1,3,
4,10,11
213:12

**referred**
45:13
47:19

60:13
110:25
111:4
126:2
204:18
208:21
210:10
212:14,18
227:13
228:25
230:21

**referring**
52:24
63:5 85:1
126:3,5
137:17
142:13
157:13
194:9
223:6

**reflect**
169:24
170:5,9

**reflected**
20:23
87:21
121:1,25
158:8,12
161:8
167:19
219:18

**reflection**
122:9

**reflects**
20:12
116:23
123:12
124:1
225:9

**refresh**
252:6

**refresher**
16:12

**refreshers**
65:8

**refreshes**
222:17

**Regional**
11:15

**regular**
8:24
22:19,23
42:14,17,
21 47:11
49:25
50:3,4
54:15
58:12
62:15
64:24
66:21
82:3,7
96:3
103:20
104:9,14,
18
114:22,23
131:18
141:12
153:13
178:18,19
204:17,18
233:22
234:17
259:3

**regularly**
47:7
112:1
146:19,23
164:16

**rehire**
160:11,
18,19

**reimbursabl
e**
197:10

**renew**

**reinforced**
188:20

**relating**
45:16
54:6
202:16

**relative**
95:15

**relevant**
234:25

**rely**
174:5
203:20
230:1

**remained**
43:14

**remember**
16:13
17:12
18:22
25:5,8
27:13
29:19
76:6
84:17

**remembering**
192:20

**remind**
83:12

**reminder**
16:11

**remote**
107:4

**remotely**
40:7,8

**Removal**
226:17

**removed**
80:21

24:15
26:23

**renewal**
27:1

**renovation**
89:3

**renovations**
88:25
89:9,14
90:22
91:2
96:21,25

**renovations
/
modificatio
ns**
250:3

**repeat**
33:14
146:21
155:4
170:3
175:1
228:20
231:6

**repetitive**
189:1

**rephrase**
163:1
207:16

**report**
27:19
91:18
146:8
147:6
164:18,24
165:18
166:21
196:9
253:9

**reported**
91:23
121:2



161:25

**reporter**
8:5,9
21:20
64:18
72:4
78:10
121:18
152:5
187:11
262:4

**reporting**
61:24
147:10
148:9
165:3,17
166:25
167:2,3,
13
169:15,
16,25
170:4
175:22
176:7
196:14

**reports**
61:2,3
144:23
204:3

**represent**
7:9 69:21
74:13
85:17
120:5
196:25
246:17
251:8

**representat
ion**
93:4
229:24

**representat
ions**
230:1

**representat
ive**
84:22

**representat
ives**
208:13

**represented**
102:21
208:18

**representin
g**
18:4

**represents**
14:5
99:18

**request**
32:12
39:1
81:9,12
98:4
170:23
213:3
247:18

**requested**
13:1
18:23
81:5
213:10

**requests**
19:4 42:5
78:18,21
81:6
96:25

**require**
34:21
39:14
46:25
147:6
172:25

**required**
24:3
25:3,6
28:3 46:9

57:13
100:14,
17,18
162:20
163:11
171:15,19
174:3
176:5
177:9
204:20
210:22
235:24
256:13

**requirement**
38:18,19
166:19,20

**requirement
s**
26:12,15
27:7
30:16
31:22
65:14
97:17
155:23
163:23
164:3
166:13
171:7,10
174:8,12,
25 177:9,
15,19,23
207:12,19
258:1

**requires**
171:13
172:23
196:8

**requisite**
164:6,25
165:12
207:21
234:6

**reread**

217:24
253:6

**RESA**
11:15
203:11

**RESAS**
203:7,21

**research**
37:23
38:5

**reserved**
123:13

**residential**
142:4,10,
16,24
145:5,12,
20 146:2,
9,16,23
147:7,14,
16

**residents**
93:21

**resolve**
113:18

**resources**
71:25
112:9
203:15

**respect**
37:12
53:20
54:9
57:20
58:5 66:3
68:12
82:24
98:17
101:19
145:10
146:22
147:13
156:24
175:23

177:17
233:20
235:16
239:7
259:16

**respond**
37:15
43:22
57:16
245:1

**responding**
57:24
58:6
70:22
71:7,12
115:16

**response**
15:11
19:1 41:5
42:4
43:14,17,
18,25
44:1
58:24
70:9
73:16,22,
25 74:4
85:19
86:3,25
120:7
133:1
144:8
149:21
157:23
161:4
197:9,25
205:21
206:2
209:1
220:20
232:24
234:22

**responses**
197:3



responsibil
ities
    54:5
    82:24
    157:8

responsible
    143:2
    182:7
    206:8
    211:6

responsive
    70:15
    73:3
    120:18

rest
    250:16

restrictive
    82:19
    97:9
    143:13,
    14,15,19
    205:8
    208:4
    214:12,
    15,23
    216:6
    229:12
    236:7
    238:3,23
    239:5
    240:2

restructuri
ng
    83:22

resubmit
    116:11

resubmittin
g
    116:14

result
    153:24
    221:6

resulted
    221:7

resume
    20:3,12,
    23 23:8
    35:5
    44:21
    52:11
    54:5 62:7
    65:20

retired
    83:20
    160:18

retirement
    160:15,16

retract
    80:12

return
    82:6
    143:19
    238:22

returned
    239:4

returning
    125:22
    238:23
    244:14,17

reveal
    16:4

review
    12:2 19:5
    20:4
    27:19
    47:13
    62:3
    65:16
    74:3
    102:9
    120:8
    133:2
    144:11
    148:16
    157:7

210:14
220:12
228:17,19
229:4,6,
17 230:17
235:19
237:6,9,
20,21,23
238:14

reviewed
    17:22,25
    18:19,24
    19:2
    27:17,24
    120:12,
    20,22
    157:6
    174:8,10
    179:20,24
    206:1
    215:17
    231:3,8

reviewing
    47:11,18
    69:23
    106:24
    107:15
    231:14
    251:21

reviews
    58:11
    210:4

revised
    253:15

revisions
    229:9

reward
    189:5

ride
    153:12
    154:7

riders
    137:21

rides
    130:25
    131:7,8,
    12
    132:10,13
    153:5,14,
    20,21,25

Rincon
    53:4,9
    92:22,23,
    24 93:1,
    2,17,24
    94:1
    95:15,22
    96:10,12,
    21 97:2,
    5,23
    98:3,22
    99:8
    111:21
    123:13
    128:8,11,
    12,23
    129:20,23
    130:4,7,
    11 239:23
    240:3

ring
    180:15

Robbins
    14:4,8
    196:25

role
    19:17
    28:11
    40:11
    45:15
    47:12
    52:13
    53:25
    60:15,24
    62:19
    66:18
    69:3
    71:11,13

72:20,23
83:9,17,
21 84:2,6
101:22,23
117:5
130:6
143:25
164:2
171:23
210:13
211:24
213:25
251:20
253:8

roles
    20:16
    21:2

room
    28:12,13
    29:5
    33:17,21,
    24 45:13
    47:20
    80:25
    81:1
    139:14
    186:3
    244:8,9,
    10,12,16,
    17,21
    246:20
    247:3,14,
    18,24
    248:5
    249:5,14,
    16

rooms
    28:20,22
    33:13
    34:22
    35:3 44:9
    243:19,22
    244:2,3,
    4,5
    250:3,7,



11

**roughly**
  29:9
  126:18
  250:15

**round**
  124:9

**row**
  149:1

**rubric**
  224:13
  225:5,17

**rule**
  155:3,5,
  23,25
  156:9,16,
  25 157:4
  206:12
  207:1,3
  208:25
  209:18,20
  215:8,17
  219:18,22
  226:10

**run**
  157:9
  260:23

───────────

   S
───────────

**safe**
  92:1
  214:17

**safety**
  43:20
  44:12,13

**sake**
  91:16

**salary**
  69:3,5

**sale**

96:16

**Sandra**
  8:2

**satellite**
  49:4,7,16
  50:8,20
  51:11
  93:5,10,
  19,24
  128:8,13,
  23

**satisfied**
  207:24

**Savannah**
  66:1
  67:15
  86:20
  178:11
  191:18,
  20,21
  192:1,6
  194:22

**Savannah-
chatham**
  7:12
  32:21
  111:25
  133:6

**savannahnow**
  102:7

**save**
  110:22

**schedule**
  190:7,8
  261:15

**scheduled**
  40:3 42:8
  67:4

**schedules**
  78:23
  79:1

**scheduling**
  79:3,4

**school**
  7:12,13
  13:5 23:3
  33:4
  35:14
  37:7 50:4
  60:6,7,24
  61:5,11
  62:15
  65:22,25
  66:15,19
  67:16,18
  72:9 82:4
  91:18
  98:4,14
  99:16
  100:1
  102:22
  103:19,20
  104:9,10,
  14,22
  108:12,13
  114:22,23
  121:9,24
  122:5
  123:17,
  18,23
  124:3,7,
  14,19
  126:4,6,
  7,11,14,
  16 127:2,
  3 130:14,
  22 132:1,
  13 133:6,
  7,23
  134:25
  136:16
  137:23
  139:17,
  21,22
  140:1
  143:12,22
  145:23

147:24
  149:20
  161:9
  166:7
  170:15
  171:14,19
  175:14
  182:14
  189:16
  192:8,11
  193:2
  201:19
  204:18
  208:20,21
  216:16,
  17,18,20,
  24 217:1,
  19
  218:10,11
  219:1,2
  227:7
  228:19
  229:2,20,
  23,24
  230:4
  231:15,22
  234:15
  246:2,5
  258:23

**school-
based**
  43:18
  44:3
  99:15
  124:2
  126:19
  189:19

**schooling**
  205:11

**schools**
  33:2
  67:13
  82:7
  111:25
  134:7,9

135:3,13,
  24 218:7,
  21

**screen**
  106:16,17
  107:1
  110:19
  241:16
  246:11,15

**scroll**
  106:20
  107:7
  208:24
  245:19

**SEBD**
  23:9

**secretary**
  71:5

**section**
  218:17
  219:20
  226:14
  254:21

**seek**
  194:16

**segment**
  22:24

**select**
  107:5

**selecting**
  84:14

**self-
assessment**
  250:25
  251:18,25
  252:13
  254:7
  255:5
  257:20

**self-
assessments**
  61:21,23



self-
contained
  23:9
  227:10

semesters
  25:7

send
  204:22
  218:3

sending
  185:10
  218:6

sense
  8:23 22:4
  33:16
  110:10
  131:14
  132:15
  142:15
  143:4

separate
  100:11
  105:7,14
  110:1
  129:15
  138:11
  139:6,13
  140:6
  235:13,14
  261:15

separating
  105:9

September
  42:8

series
  133:13

serve
  29:9 52:6
  92:10
  94:13
  98:18
  113:17
  127:8,15

128:6
177:2

served
  12:6
  51:14
  52:6
  56:22
  70:2
  82:20
  87:1
  88:10
  92:13
  93:5,17,
  24 96:23
  97:1,4,10
  98:21,23
  99:7,8,
  23,24
  121:5
  122:1,6
  123:13
  124:2
  129:8
  130:10,11

serves
  82:17
  111:23
  118:24

service
  11:4,15
  34:19,22
  61:6
  94:18
  177:11,
  19,24
  178:3
  179:21
  191:14
  193:10,17
  194:2,8,
  17,21,24
  195:8,22
  196:20
  198:11,
  14,16,23

199:4,9,
13,18,19,
21 200:17
203:13
215:22
226:15
229:10

serviced
  203:6,11

services
  29:6
  33:17
  60:9,10
  61:14
  111:20
  116:7
  123:21
  146:1
  152:9
  168:12
  169:16
  175:23
  180:1
  181:19
  182:1,5
  193:4,5,7
  196:1,4,
  10,16
  197:5,11,
  15 198:20
  199:1,7,
  16,22
  200:3,6,
  9,15,21,
  23 201:2,
  11,17,18
  202:5,17
  203:4,16,
  21,23
  204:14
  208:9
  209:3,7
  214:22
  215:1,3
  216:1,17,
  25

218:18,25
221:10
226:21
227:3,9,
14,17,20
228:4,11,
18,25
229:1,5,
11,18,22
230:8
231:14,
18,22
232:10
243:3
247:14
253:18,20
254:22
257:16
259:16

services-
family
  199:10

services-
group
  199:25

serving
  21:14
  34:15
  35:21
  52:17
  66:15
  97:6,15,
  23 99:19
  128:16
  172:9

session
  22:20

sessions
  29:11

set
  26:12,15
  74:6
  81:19
  110:18

157:12
163:24
173:10
177:9,15,
19,23
182:17,19
183:20
201:4
215:9
219:22
225:2
226:6
228:16
235:9
249:6
259:23

sets
  191:8
  207:6

setting
  66:7
  142:18,19
  164:2
  182:14
  216:16,
  18,19,24
  219:2
  226:18,20
  227:22
  228:14
  229:18
  238:4
  239:5

settings
  201:19,20
  212:5

setup
  95:14

severe
  81:24

severity
  221:10,24
  226:18



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: shaking..site

**shaking**
  9:15

**share**
  13:18
  15:10
  55:7,21
  103:23,24
  106:16
  185:12

**shared**
  95:20
  202:15

**sharing**
  110:19
  246:11

**Shaun**
  76:7,13
  79:24

**shift**
  36:25

**shooter**
  43:23

**short**
  13:10
  48:22
  56:2
  140:21
  152:14
  250:15

**short-term**
  145:16

**shortest**
  140:16
  143:5

**shorthand**
  8:9 87:4

**shout-outs**
  37:3

**show**
  11:21
  37:12,14

57:4 70:6
74:19
78:9
106:14
136:11
142:9
144:1
146:5,13
149:20
240:25
241:13
247:24
248:15

**showed**
  12:11

**showing**
  249:9

**shows**
  37:16
  161:5
  167:13
  169:14
  249:4

**shuffle**
  227:24

**shutdown**
  189:24

**sic**
  11:18
  36:5
  38:15
  61:18
  65:6
  118:24
  119:19
  238:15

**side**
  71:21
  72:17
  108:20
  125:5,16
  135:18
  138:14

**sidebar**
  39:24

**sides**
  242:5

**sideways**
  217:13

**sign**
  100:10

**sign-in**
  138:7

**signature**
  163:8

**significant
ly**
  160:7

**similar**
  80:2
  125:2,16
  146:5
  167:13
  169:15
  196:5,12

**Simply**
  138:14

**single**
  183:3

**sir**
  9:7
  15:18,21,
  24 16:2,
  6,18,20
  18:6,8
  19:21,23
  20:6,9,
  11,15
  21:6,11
  22:16
  23:4,7,
  10,17,22
  24:1,9,
  16,23
  25:2

26:5,14,
17,25
27:20,23
28:4,6,9,
21,24
29:21
30:2,8,25
31:3,5,
10,13,25
32:7,12
33:23
34:16,20
35:4,25
36:3,21
38:4,6
40:15,23
41:16,21
42:2,9
43:7,12
44:3,6,17
45:17
46:13,23
47:2,6,21
48:23
50:10,25
51:10,20
52:23
53:18,21
55:14,17,
23 57:7
60:16
64:25
65:4 67:9
68:9
69:7,12,
25 70:3,
20 72:10
73:14
75:14,19,
23 76:1,
4,12,20,
22 77:17,
19 78:22
79:11,14,
23,25
80:4
82:8,10

83:1,3,16
84:7,10,
12 85:7,
10,22
87:3,6,15
88:24
89:8,16
91:6
94:19,21
96:1,24
97:3
100:16,18
101:13
106:18
108:15
109:2
110:13
111:22
119:14,
18,24
120:19
128:2
132:23
146:25
148:12
157:15
158:15
176:12,16
203:1
205:14
215:12
241:12,
15,17
245:11
249:9
258:13

**site**
  13:1
  49:14,15,
  21 51:4
  52:12,17
  77:3,12
  78:2,15,
  19,24
  79:22
  80:1,4



81:7,10,
13 87:1
92:21
93:5,10,
12,19,24
99:14,19
125:9
129:10
155:12,
13,14,15
166:9
241:14
246:18
258:23

**site-based**
49:8
219:6

**sites**
75:10
86:17

**sits**
248:7

**situated**
100:8

**situation**
15:9
104:4
152:2
163:6
203:24
213:12
222:6

**situations**
151:15
152:17
173:2,11

**skill**
28:15
62:8 63:6
171:4
173:10
188:9,17,
24 189:9
191:4,8

223:15,20
244:13

**skills**
27:12
62:13
63:12
82:1
172:24,25
173:1
188:2,3,
5,7,8,23
189:3,13,
14
190:15,25

**skip**
184:25

**skipping**
123:10
198:22
199:3,9

**slightly**
137:6

**small**
92:18

**social**
28:15
51:23,25
62:8,13
63:6,11
82:1
139:22
149:15
150:1
151:17
161:18,19
162:5,13,
22 163:2,
11,12,13,
15,16,21,
22,23
164:3,5,
8,9,25
167:16
169:18

171:4
177:8
178:5
188:1,3,
5,7,9,23,
24 189:2
193:8
211:22
223:14,20
224:3,5,
15,24
225:9
226:19
244:13
256:11
257:2,6

**solid**
249:22

**solutions**
36:15
45:5
48:14

**solve**
114:12,15

**solving**
48:14

**sounds**
87:15
105:8,9
163:20
225:24

**Southern**
24:25

**space**
30:6
31:8,23
34:23
38:11
246:22
247:6
258:10

**spaces**
136:19

**speak**
8:9 14:17
27:9 78:8

**speaking**
64:20
207:25

**Spear**
221:20

**special**
23:13,23
24:4
25:16,20,
21 29:24
33:6
72:11,13,
14,17
78:18,21
84:22
95:24
100:14,16
162:11
165:22
166:3,14
167:20
168:14,25
169:9,21
174:13,
18,23
175:4,15
177:18
187:8,23
218:22
243:10
257:2,6

**specialist**
52:3
71:4,16
148:2
149:24
150:14
165:22
166:3,14
167:20
168:14
169:10

257:3

**specialists**
148:24
162:11
169:1,21
177:18
257:6

**specialized**
97:6

**specific**
15:15
17:19,21
25:16,21
38:1 41:9
42:11
53:23
71:9
72:20,24
97:5
112:19,22
114:13
131:2
150:23
156:24
174:16
178:6,16
183:12
184:6
196:1
202:1,4
207:22
219:10,17
220:2
224:13
225:2
227:3,20
235:6
236:20
245:4
254:15
260:1,10

**specifically**
14:25
24:6



26:15
34:11
57:19
59:21
63:5 73:4
76:5
77:25
86:15
112:4
116:6,17
123:16
133:20
155:21
157:7
167:2
169:25
173:5
178:21
191:3
196:3
197:4
201:19
206:11,22
211:20
215:25
226:16
228:11
229:16
240:22
252:20
254:8
255:17
259:15

**specifics**
14:13
18:13
21:22
163:17
171:12
240:20
259:12

**spectrum**
214:25

**speculating**
111:11

224:8

**speculation
s**
222:7

**sped**
174:13
243:8

**spell**
8:16

**spend**
51:25

**spending**
66:22
131:15,19
132:17
239:21

**splitting**
159:24

**spoke**
78:11
132:9

**spoken**
14:22,24
135:19
147:15
179:18

**spot**
57:5
138:16

**spring**
13:2

**squeeze**
261:20

**stabilize**
62:12

**staff**
13:16,18
18:9,11
33:10,16,
21,24,25
34:9,21

35:22
37:2,3
38:15,17,
21 39:2,6
42:15,17,
21,24
45:24
49:17
50:22
51:11,16,
22,23
54:13
55:11
57:12,15,
19 58:22
59:8,10,
13,20
60:3
62:20,23
64:7
65:3,6,9,
13,17
66:12
68:12,19
70:19,22,
24 71:7,
10,11,13
73:11
78:2,11,
16 79:6,
22 81:9
95:24
98:16
111:3,8
112:18,22
113:12,21
123:2
131:22
142:22
151:1
156:7,17
159:8,25
160:8,10,
11
162:18,22
165:11
167:8

170:1,5,
16,20
171:2
173:8
176:3,18,
19,22,23,
24 177:4
178:1,5,
17,21
182:24
193:19
194:1,5
195:25
202:7
208:6
210:23
211:2,4,
6,8 212:7
214:11
217:24
218:3,6
221:19
222:8,18,
20 230:2
233:14
242:14
243:15
245:7,12,
14,15,16,
17 247:20
248:8,9
256:5,17,
19,20,21
259:10,21

**staff's**
63:17
64:3

**staffing**
57:17,20,
24 58:1,
5,18 59:3
116:8
126:23
127:9
161:5

**staffs**
169:25
242:15

**stamp**
215:13

**stamped**
154:22

**stand**
10:15
107:1

**standalone**
86:22

**standard**
255:2

**standards**
26:16
164:2
166:23
167:1
176:8
182:20
186:25
187:21
224:13

**standpoint**
59:7
205:4
224:11

**start**
8:21 9:11
21:4 48:9
54:11
125:11
134:9,10,
19,24
135:7
150:3
157:9
160:5
161:2
188:4
210:24
215:21



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: started..student

started
    21:11
    98:24
    186:6,19
    256:2

starting
    135:4

starts
    74:22
    134:15

state
    7:5,23,24
    12:18
    13:21
    14:5,10,
    17 15:8
    24:8,9
    26:12
    28:3
    30:24
    32:5
    40:21
    42:1,25
    43:2
    46:15
    53:14
    54:6,12,
    18 55:8,
    15,22
    56:7,18,
    19 57:9,
    10,15,21
    69:9
    73:16
    74:1
    75:24
    82:16
    90:10,11
    91:4,7,13
    116:18,
    19,20
    117:1,6,
    8,10
    118:2,4,
    23 119:5,

    9,13,16
    127:11,
    12,16
    141:22
    147:4,6,
    10,11
    154:16
    155:5
    160:9
    161:10,19
    162:2
    163:24
    164:19,22
    165:20,21
    166:18,
    19,20,22
    167:17,21
    168:1,3,
    17 169:1,
    6,19,22
    174:20
    175:19,20
    176:8
    177:2
    179:21
    180:14
    186:10,16
    187:4,6
    191:18,21
    192:1
    196:6,8,
    15 197:1,
    6 209:20
    243:12
    255:22
    262:6

State's
    197:2,8,
    25 215:17
    261:7

State-
directed
    68:23,24

State-
driven

    64:9,22
    65:1
    165:5

State-
required
    65:2

statement
    104:6,12
    206:20,25

states
    7:3,5,17,
    18 8:2
    12:7
    18:19
    69:21
    74:15,25
    75:1
    77:25
    78:3,19
    80:2
    85:19
    86:2
    120:6,7,
    18 132:25
    144:7,8
    157:22,23
    161:4
    197:2,3
    205:21
    206:2
    220:20
    232:23,24
    234:23
    241:8,20

statewide
    82:15,22

statistics
    57:2

status
    167:4
    233:18

stay
    146:2

step
    21:25
    129:6
    233:12,13
    247:18

stepping
    222:23

steps
    188:13
    254:6

Steve
    13:9 83:8
    101:22
    103:9
    156:5

stick
    43:8
    53:23

sticking
    24:21
    57:9

stood
    15:8

stop
    98:2
    110:19
    246:11

storage
    80:6,7,18

straight
    251:23

strategic
    54:7
    61:8,10,
    18,24
    251:1,10,
    18
    252:15,17
    253:15
    254:2

strategies
    152:15

street
    86:19
    89:15
    93:2
    121:6
    122:1
    129:13
    184:18
    246:3

strengths
    259:25

strictly
    134:21

strike
    103:7
    131:25

strong
    184:5

structure
    35:16
    40:21
    81:22,23
    219:6

struggling
    247:3

student
    30:14
    63:24
    113:17
    114:22
    115:1
    125:25
    142:23
    143:5
    148:2,25
    149:4,7,
    20,24
    150:13
    151:14
    152:19
    168:12
    169:16
    185:3
    190:2



192:6,10
194:6
204:14
205:9
207:10
208:9
210:10
212:11,
14,18
213:15
214:10,
12,15,20,
23 216:23
218:14
223:8,16
225:15,16
227:13,
16,21
230:21
233:22,23
234:16,24
235:10
236:12
237:4,10
244:12,25
247:14,
17,21
248:10

**student's**
31:17
63:15,25
149:12
216:17
219:1
220:22
228:13,19
229:14
231:15
232:11
238:19

**student-led**
185:1

**students**
21:13
22:25

23:5
27:11
28:13
29:8,10
31:14,19
33:1,12
35:18,19
36:12
37:1,4,25
48:5,11
51:14
52:6,17
56:12,13,
14,22
57:17,25
58:1,2,21
59:5,9,
11,15
60:13
65:24
66:19
79:7
81:24
86:25
88:10,15
93:5,16,
20,24
94:13
95:10,24
96:23
97:1,4,8,
15,23,25
98:18,21
99:19,23
103:17
104:7,9,
14,23
105:14
106:1,5,
11 109:1,
11,20,25
110:1
111:16
112:19,22
114:13
115:12
118:24

121:5,8,
9,25
122:5,12,
23,24
123:12,
16,17,18,
22 124:2,
24 126:3,
4,12,18
127:4,7,
15 128:6,
16,24
129:8,16,
17 130:3,
13,20
131:1,6,
11 132:9,
12,16
133:25
134:25
136:3,4,
15 137:7,
12,17,18
138:12,
13,19,23
140:9,12,
17,19,24
141:8,16
142:3
143:10,17
144:23
145:4
146:15
147:17,24
148:5,18
149:16,19
151:7,12
152:15
153:6,11,
23 154:8,
10,18
160:3,6,7
162:16
163:3
172:6,23
174:18,23
175:4,12,

14 177:2,
5 182:5,
23 184:17
185:6,16
186:24
188:6
189:2,13,
16,18
190:10
191:7,17,
25
192:14,19
195:6,10,
16,22
196:2,9,
16,20
197:16
198:7,13,
19,25
199:6,15,
21 200:2,
8,14,20
201:1
203:3
208:19
211:25
212:6
213:25
217:4
218:13
228:25
233:4
236:2,16
237:24
238:2,22
239:4,8,
17,20,24
240:3
242:21
244:15
245:22
247:18,22
250:12
257:17
258:9,12,
22,24
259:1,17,

25 260:3,
6,11,12

**students'**
79:1
226:19

**studying**
25:12,13

**stuff**
49:21

**subject**
144:17
147:20

**submission**
147:4

**submit**
46:22
91:20
116:12
118:4
148:3

**submitted**
27:18
41:13
85:24
117:1
118:2,6
121:21

**submitting**
54:11
117:5
148:5

**subparagraph**
226:16

**subpoena**
12:6
16:11
18:19
19:1,6
69:21,23
70:9,23
71:8,12



DAVID ACKERMAN                                                August 31, 2022
UNITED STATES vs STATE OF GEORGIA                   Index: subpoenas..talked

73:3,15,
16,19,21,
22,25
74:4,13,
22  77:15
85:19,25
86:2,15
120:7,18
133:1
144:8
157:23
161:5
205:21
206:2,7
220:21
232:24
241:8,9

**subpoenas**
12:25

**substance**
16:4

**substantive**
237:20

**successful**
153:14,
20,21
205:9
208:4
214:17
234:21

**sufficiencies**
228:18

**sufficiency**
229:17
231:14

**sufficient**
58:22
222:25
235:17

**sufficiently**
224:25

225:9
234:17
236:17,22
237:11

**suggests**
169:17

**sum**
231:2,7

**summarize**
43:5
174:11

**summary**
221:4
252:10,13

**summer**
66:6
83:20

**super**
218:21,22

**superintendent**
26:11
89:21
90:2
112:6,14

**supervisor**
112:7,11

**Supervisors**
169:7

**supplement**
197:2

**supplemental**
197:8

**supplementary**
226:21
227:3,14
229:1

**supplemented**

90:9
170:17

**supplementing**
171:3

**supplied**
51:17
70:13

**supply**
147:4
164:23
196:7

**support**
10:13
35:22
40:18
45:18
54:25
57:15,21
60:5
71:21
145:15,
16,20
168:12
169:16
171:2
183:24,25
186:13
193:4,5,
22  196:4,
10
198:17,20
200:23
201:1,17
217:2,24
218:5
223:17
250:11
253:17,18
254:17,21
257:15
258:9
260:9

**support-individual**
200:6,9

**supporting**
258:23

**supports**
10:23
11:1
35:18
59:9,17
82:20
173:12
204:1,2,
4,5
214:20
215:4
229:20
234:20

**suppose**
17:18

**supposed**
41:13
188:16
220:3

**suspended**
256:8

**swear**
8:5

**SWIS**
44:22,25
45:15,21
63:13
235:12

**sworn**
8:8

**system**
7:13  11:1
35:19
48:1
68:22
133:7
204:1,2,3
234:3

235:12,13
239:16

_____

T
_____

**tab**
119:25

**table**
7:8

**tables**
190:14

**tackle**
114:20

**takes**
45:14

**taking**
8:24
48:13
84:2
172:15
213:25

**talk**
17:3
18:9,11
23:18
30:7  35:2
43:24
47:15
53:22
62:4
63:23
65:19
76:18
78:14
88:18
149:15
151:15
244:13
247:19,21
259:25
260:10,23

**talked**
115:17



165:24
241:9

talking
13:4
31:19
39:7 53:8
60:18
101:11
120:15
122:12
125:9
137:25
142:20
187:21
217:7
223:7

target
141:15
150:21,23
151:1
234:24,25
239:10

targeted
144:9
189:15

task
81:2

Tax
91:17

taxes
91:18

Tayloe
8:1

teach
62:13
174:7
188:9,18
223:16

teacher
20:22
21:10,12
22:5,6,
13,17

28:7 35:6
64:9,22,
24 84:21
149:24
159:12
160:16,18
170:15
179:7
182:10
233:23,25
236:12
237:3
247:19
257:1,3,
10

teacher's
237:10

teachers
22:5
51:17
139:22
148:2,4
158:8,12,
19,23,25
159:17
171:3
174:3,9
175:3
176:5
186:4
212:18,21
230:20
236:16,22

teachers'
64:1

teaching
174:17,22
175:4,14
188:14

team
35:22
39:3
43:14,17,
18,22,25

44:1,8
45:4
47:13,23
52:15
53:12
58:11
77:11
97:9
113:5,9
114:10
118:18,20
125:24
139:16,
19,21
148:17,22
149:9
151:13
173:12
182:9,11,
15,16,24
183:13,24
184:1,2,
3,13
185:10
204:23,24
207:8
208:3
212:22,23
213:7,11,
15,18,21
216:10,13
221:13,15
222:9
224:14
225:8
227:1
228:9,19
231:5
234:16
235:22
236:3,11
238:19
252:15,
17,20,21
254:11

team's

82:18
205:7
213:5
219:19
233:9

teams
33:3,5
63:23
75:8
183:2

tech
51:23
149:16
163:16,
21,22
164:9
191:18,20
257:2

technicians
167:16

techs
51:25
163:12,14
178:5
193:8
257:6

template
253:2,3

ten
125:5,16
158:19,20
180:3
225:21
238:7,9

tendencies
48:6

term
10:21,25
11:6
14:12
94:5
198:2
203:25

204:2

termed
93:12

terms
49:13
55:12
80:6
207:23
217:14
220:1

testified
8:10
68:13
77:21
83:4
120:17
123:21
175:19
228:24
232:8

testify
176:4

testimony
9:22
57:23
60:23
126:12
156:13
167:15
168:25
208:6
219:15
223:24
234:10

text
9:9 23:9
44:23
54:7
103:21
105:10
215:23
216:2
226:23
233:8



242:4
243:4
253:1,9,
22 257:18

**theory**
106:6

**therapeutic**
10:13
31:15
65:6,17
66:10
68:12
71:7,10
176:18,
21,24
177:5
223:15
245:14
253:18
254:21

**therapy**
113:2
195:2,4,
7,12,17
244:2,4,
5,7,10,
16,21
246:20
247:3,14,
18 249:5
250:7,11

**thing**
10:3
16:16
138:16
139:1,3
142:20
174:4
185:19

**things**
30:7 37:3
38:1 58:9
63:20
80:23

175:11
185:23
227:11
229:10
255:14
260:1

**thinking**
161:22

**thought**
89:4
104:4
105:7
193:20
206:4

**three-day**
32:1

**three-year**
56:13,21

**Threshold**
173:25

**Thursday**
16:22
75:9

**TIC**
255:11

**Tidied**
80:23

**tier**
26:3,4,6,
7,8,9,19
27:8
134:22
166:17

**time**
14:2
21:18,20
26:19,22
29:8,24
32:13
34:8
35:22
39:2,10

42:12
43:8
44:20
45:7 46:2
49:4,7
51:7 52:1
53:16
56:1,2
60:20
62:13
66:21,25
67:2 70:2
86:5 89:6
96:22
97:1
103:2,14,
23,25
104:1
108:11
118:6
120:24
121:12,18
127:18
128:22
129:11,20
131:15,19
132:1,5,
7,16
133:22
134:12
135:8,11,
25 136:2
139:17
143:5
144:11
154:12,13
156:3
159:9,10
161:9
165:25
166:8
175:1
178:22
179:5,7,
9,11
181:23
186:21

209:10
214:4
217:10
218:1
225:20
237:7
239:20
254:11
255:15,23
258:10
260:24
261:15

**timeline**
31:16

**times**
16:21
52:2
133:5,16,
25 134:24
143:21
153:9
237:3
239:2,3
254:9

**timing**
26:18

**Tinsley**
105:5,23

**title**
19:14
34:3,5,17
49:12,14
76:9
92:21
133:5
144:22
176:14
256:23
257:8

**titles**
71:2

**TKES**
64:8
68:21

165:6

**today**
7:1 8:23
9:22,25
12:9,13
18:14
68:11
74:17,24
85:21
102:18
176:4

**today's**
16:8 17:1
19:7

**token**
35:18,24
63:9
188:24

**told**
17:15

**tool**
107:22
108:25

**top**
38:14
52:24
56:24
61:12
100:10
108:5
215:13
228:1
238:5

**topic**
15:4
40:24
123:2,6
128:4
141:25
147:17,20
240:16,
18,22

**topics**



40:16
156:11,24

total
56:22
91:1 92:2
121:25
122:5
123:12
124:1
135:11
159:12,15
167:24,25
168:21,22
231:2,7

tough
228:23

track
45:16
63:14
146:25
147:1,2,9
149:18
166:24

tracked
47:25
150:9

tracking
63:17

tracks
150:8

train
173:11

trained
256:18

trainer
30:9,10,
17,18
31:4
35:10,13
255:12,
13,16,24

training

25:19,25
30:3,20,
23 32:8
34:23,24
38:8,16
155:22,24
171:6,19
173:4,14,
17 174:16
176:20
177:4
179:2,14
245:4,7,
9,10,11
256:2,4,
8,20
257:7,9

training-
wise
173:19

trainings
178:3,7,
16

transcript
9:10
17:22,25
58:4
262:5

transition
51:14
52:16
53:12,17,
20 65:22
66:4,13
83:19
238:3

transitione
d
66:19
103:18
104:8

transparent
78:4

transportat
ion
50:3
130:13,
19,23
134:21
135:9
162:20

trauma
254:24
255:8

trauma-
informed
255:13,
16,24
256:6,16,
21 257:7,
10

travel
23:5

traveling
137:12

treat
36:8

treatment
142:4,11,
16,24
145:5,12
146:2,9,
16,23
147:7
207:23

tremendousl
y
29:7

trends
48:6
239:12,14

triggered
118:18

triggers
233:25

true
37:17
119:19
127:14
134:17,18
138:18
161:8
184:22

truth
8:9,10

truthfully
10:1

Tuesday
75:9

turn
161:2
226:12

turned
27:14

turns
189:6

types
229:19,22

typical
124:19,21

typically
118:4,18
122:25
248:7,8

————————

U

————————

Uh-huh
37:9
40:20
52:9
58:19
64:2 73:6
108:14
123:6
132:8
138:9

146:6
165:14
206:23
209:23
252:25

ultimate
82:6
213:2,4,
19

ultimately
74:4 82:3

umbrella
176:18

understand
9:18,22
10:8,11,
15,18,21,
25 11:4,
6,10 12:8
16:12
27:18
46:20
58:17,23
63:14
79:18
97:14
124:12
127:3
129:9
130:2
142:11
148:4
156:12,14
203:19
207:6,20
216:22
223:24
232:7

understandi
ng
12:15,17,
20 36:9
44:8
50:19



60:23
65:23
99:6,10
100:4
116:2,5
122:18
126:11
127:1
129:25
142:14,
15,19
153:23
186:15,17
201:7
222:24
229:21

Understood
95:3
117:17
166:1
175:8
218:16,19

undertake
196:19
239:12

undertaken
228:17

undertaking
227:1

unique
185:20

United
7:3,4,16,
18 8:1
12:6
18:19
69:21
74:15,25
75:1
77:25
78:3,19
80:2
85:18
86:2

120:6,7,
18 132:25
144:7,8
157:22,23
161:4
197:1,3
205:21
206:2
220:19,20
232:23,24
241:8,20

University
24:25

up-to-date
65:11

upcoming
124:6

update
15:12
117:2

updated
116:9,10

updates
13:16,17
14:18
15:14,15
35:23
41:6,8,9
117:12,16

updating
116:25

upholding
50:1

uptick
124:13

upwards
131:4

usual
78:8

utilization
196:1,20

—————

V

—————

vacancy
22:9
161:16

vacant
161:14

Vaguely
198:4

varied
29:7,13

varies
140:18
225:19

vary
29:17
143:20
152:18

version
110:12
136:8

versus
7:5 66:22
129:16,23
201:19
203:11

vetting
174:6

VI-H
168:21

vice
176:11

Vickie
14:20,22,
24 39:20
40:14,25
41:24
42:3
53:15
73:19

83:2 85:8
123:7
141:21
142:1
147:14
156:22
157:1
202:10
240:17

video
9:9 68:3,
7 81:16,
18 101:7,
10
127:21,24
180:6,10
187:15,19
226:1,5
250:19,23
262:3

videoconfer
ence
7:10,20

view
105:19
224:6

viewed
223:10

virtual
122:23

visit
13:1 78:5
79:8,20,
22 80:8
81:7,10,
13 260:12

visited
76:25

visiting
75:9

visitors
78:6
257:25

visits
74:25
75:3,7,
11,18,21,
25 76:3,
19 78:12,
15,19,24
80:1

vocal
183:22

vocational
189:11,20
190:4
191:13

voice
185:4,14
186:24

volleyball
22:21

voluntarily
95:11

—————

W

—————

waiting
210:18

walk
8:22 10:3
138:15,
16,20
197:14
243:2
247:5,15,
20

walked
16:23

wall
249:18,21

wanted
18:22
77:5



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: wanting..years

**wanting**
15:8

**warrant**
221:11,25
223:1
224:25
235:17
236:18,23

**warranted**
221:23

**ways**
61:13
101:1
104:13
256:14

**wealth**
103:18
104:7

**Web**
155:12,
13,14,15

**week**
16:22
29:4 48:2
52:2,4
66:21,23

**weekly**
148:17

**weeks**
140:22

**well-being**
152:4

**When's**
34:8

**Whitney**
17:6,10,
13,20

**Wina**
76:6,8
79:22

**wing**

95:18,21,
25 96:5,
10 98:2
99:12
100:9,11,
15,17
101:1,12,
15,20
105:14
107:23
108:4
109:8
110:25
111:1,5,
6,7,10,
13,14
136:16
138:2
140:13
159:5
166:4
219:7,12

**wishes**
213:22

**word**
54:21,22
55:3
105:22,23
203:14
251:10

**words**
116:24
148:21
194:14
196:13
223:4
224:22
239:19

**work**
21:7
28:13,15,
25 30:14
31:20
33:12
52:20

57:10
81:23
82:2
83:23
84:1
91:19
149:16
153:16
163:2,12,
14,15,21,
22 164:9
167:16
173:8,20
178:5
181:5
186:5
188:8
190:14,25
191:8
193:8
243:15
255:24
257:2,6
258:10

**worked**
51:15

**worker**
51:23,25
139:22
150:1
151:17
162:13,22
163:16
211:22

**workers**
161:18,19
162:6
163:2,11,
13,23
164:3,5,
8,25
169:18
177:8

**working**
26:21

28:17
44:8
49:22
54:14,15
57:10
59:17
65:9
66:7,8,
11,12
171:5
172:18
182:7
232:6
244:9
256:1
260:14

**works**
107:25
211:10

**wrap**
250:17
260:16

**wrestling**
67:12,20,
22

**writing**
92:18

**written**
27:19
35:1
87:19
96:14
102:7
161:23,24
252:19

**wrong**
232:9

_____

_____

Y

_____

**year**
12:25
16:13

29:8
40:22
56:9
61:21,22
96:12
116:13
117:15
121:24
122:5
123:1,23
124:7,11,
20 125:3,
18,19
127:2,3
128:9
133:6
142:3
143:22
158:11,
15,17,22
159:12,13
167:13
168:8
169:15
170:13,21
190:11
202:20
235:24
236:2
238:2,25
252:20,21

**yearly**
30:21
61:20
116:12

**years**
22:11
23:12,14
27:4
28:12
29:1,3,
19,20
30:21,22
89:1
111:19
117:19



DAVID ACKERMAN
UNITED STATES vs STATE OF GEORGIA

August 31, 2022
Index: yesterday..zoom

124:10
140:23,25
141:2
186:20
211:10,23
251:22

**yesterday**
17:14

**youth**
67:12

---

**Z**

---

**zeroes**
92:19

**zone**
33:4

**zoned**
216:16,18
219:1

**zoom**
106:15
107:12
187:12,13
241:1,4,
18

