**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

# DERRICK GILCHRIST

*September 29, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

United States of America,                    No.
                                             1:16-CV-03088-ELR
    Plaintiff,

vs.

State of Georgia,

    Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

DERRICK GILCHRIST

SEPTEMBER 29, 2022

9:07 a.m.

49 Atlanta Street

Marietta, Georgia

Marcella Daughtry, RPR, RMR
Georgia License No. 6595-1471-3597-5424
California CSR No. 14315



```
 1                APPEARANCES OF COUNSEL

 2    For the Plaintiff:

 3         U.S. DEPARTMENT OF JUSTICE
           MS. LAURA CASSIDY TAYLOE (VIA ZOOM)
 4         MS. ANDREA HAMILTON
           MS. KELLY GARDNER WOMACK
 5         MS. RENEE WOHLENHAUS (VIA ZOOM)
           MS. CLAIRE CHEVRIER (VIA ZOOM)
 6         MS. FRANCES COHEN (VIA ZOOM)
           950 Pennsylvania Avenue, N.W.
 7         Washington, D.C. 20579
           202.305.6630
 8         andrea.hamilton@usdoj.gov
           kelly.gardner@usdoj.com
 9

10    For the Defendant:

11         ROBBINS FIRM
           MS. MELANIE JOHNSON (VIA ZOOM)
12         MR. JAVIER PICO-PRATS (VIA ZOOM)
           MS. DANIELLE HERNANDEZ (VIA ZOOM)
13         MS. ANNA EDMONDSON (VIA ZOOM)
           500 14th Street, NW
14         Atlanta, Georgia 30318
           404.856.3252
15         dhernandez@robbinsfirm.com
           jpicoprats@robbinsfirm.com
16

17    For the Witness:

18         GREGORY, DOYLE, CALHOUN & ROGERS, LLC
           MS. DASHA JACKSON
19         49 Atlanta Street SE
           Marietta, Georgia 30060
20         770.422.1776
           djackson@gdcrlaw.com
21


22    Also Present:

23         Sandra LeVert (via Zoom)
24         Stacey Suber-Drake (via Zoom)
           Todd Parker, videographer
25
```



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                  3

```
 1                    INDEX OF EXAMINATION

 2  WITNESS:  DERRICK GILCHRIST

 3

 4  EXAMINATION                                    PAGE

 5  BY MS. HAMILTON                                  7

 6  BY MR. PICO-PRATS                              254

 7

 8

 9

10

11                        *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX TO EXHIBITS

 2   EXHIBITS                                          PAGE
```

```
 3   Exhibit 446    Subpoena                            9

 4   Exhibit 447    Curriculum vitae                   17

 5   Exhibit 448    E-mail chain ending with e-mail    58
                    from Derrick Gilchrist to Vickie
 6                  Cleveland 12/12/19
                    "Subject: Re: Funding Summary"
 7                  GA00356682 to 356686

 8   Exhibit 449    Excel document                     69

 9   Exhibit 450    Guidance and Planning Document for 105
                    Student Reintegration from South
10                  Metro GNETS

11   Exhibit 451    South Metro GNETS and View Point   123
                    Health High Fidelity Wraparound
12
     Exhibit 452    E-mail from Derrick Gilchrist to   130
13                  Nakeba Rahming 2/15/16
                    "Subject: Partnership with DBHDD"
14                  GA00040636

15   Exhibit 453    E-mail chain ending with e-mail from 133
                    Derrick Gilchrist to Nakeba Rahming
16                  7/2/16, "Subject: RE: GNETS site visit"
                    GA00062394 to 62397
17
     Exhibit 454    E-mail chain from Derrick Gilchrist 135
18                  to Nakeba Rahming 11/16/16
                    "Subject: RE: SDQ and climate study"
19                  GA00042459 to 42460

20   Exhibit 455    E-mail from Dimple Desai to Derrick 139
                    Gilchrist 7/31/2020
21                  "Subject: Final South Metro GNETS
                    Project Report"
22                  GA03945133 to 3945149

23   Exhibit 456    South Metro GNETS Therapeutic      164
                    Service and Intervention Tiers
24

25
```



```
 1                    INDEX TO EXHIBITS, CONT'D

 2    EXHIBITS                                          PAGE

 3    Exhibit 457      E-mail chain ending with E-mail    201
                       chain from Derrick Gilchrist to
 4                     Danté McKay 12/16/20, "Subject:
                       Re: South Metro GNETS - clubhouse
 5                     services"
                       GA00262820 to 262822
 6
      Exhibit 458      E-mail chain ending with e-mail from 209
 7                     Derrick Gilchrist to Nakeba Rahming
                       4/11/17, "Subject: RE: PT
 8                     Psychologist"
                       GA00785867 to 785869
 9
      Exhibit 459      Staffing Pattern                   212
10
      Exhibit 460      E-mail from Vickie Cleveland to    228
11                     Lakesha Stevenson 8/16/18
                       "Subject: Items to copy for meeting"
12                     GA00030538 to 30550

13    Exhibit 461      Self-Assessment Outcomes and       243
                       Improvement Summary Plan
14
      Exhibit 462      E-mail chain ending from           251
15                     Derrick Gilchrist to
                       Michael Rowland 8/17/17
16                     "Subject: RE: South Metro GNETS -
                       Ash Street Program"
17                     GA00995478 to 995480

18

19

20

21                            *  *  *
22

23

24

25
```



1              THE VIDEOGRAPHER:  This is the video

2     deposition of Derrick Gilchrist in the matter of United

3     States of America versus State of Georgia.  Today's date

4     is September 29th, 2022.  The time on the record is 9:07.

5     My name is Todd Parker.  I'm the videographer.  The court

6     reporter is Marcie Daughtry.

7              Counsel, please introduce yourselves and state

8     whom you represent, after which the court reporter will

9     swear in the witness.

10             MS. HAMILTON:  My name is Andrea Hamilton for

11    the United States.

12             MS. GARDNER:  Kelly Gardner Womack for the

13    United States.

14             MS. JACKSON:  Dasha Jackson for Derrick

15    Gilchrist.

16             THE VIDEOGRAPHER:  I just want to make sure

17    those mics are on.

18             MR. PICO-PRATS:  Javier Pico-Prats for the

19    State of Georgia.

20

21                  DERRICK GILCHRIST,

22    called as a witness herein, having been first duly sworn

23    by the shorthand reporter to speak the truth and nothing

24    but the truth, was examined and testified as follows:

25    >>>



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    7

```
 1                          EXAMINATION
 2   BY MS. HAMILTON:
 3        Q   Good morning, Mr. Gilchrist.  How are you doing
 4   today?
 5        A   I'm well.  Thank you.  Good morning.  How are
 6   you?
 7        Q   I'm good.  Thank you.
 8            My name is Andrea Hamilton, and I represent the
 9   United States.  I will be taking your deposition today.
10            Would you please state your full name for the
11   record.
12        A   Derrick Gilchrist.
13        Q   I will be asking you a series of questions, and
14   you are under oath to provide complete and honest answers
15   to those questions.  Do you understand?
16        A   Yes, I do.
17        Q   If you do not understand a question that I ask,
18   you should feel free to let me know, and I'll try to
19   rephrase the question.  Okay?
20        A   Yes.
21        Q   If you are not sure of an answer or don't have
22   a complete answer, you must still answer the question to
23   the extent that you can.  Okay?
24        A   Yes.
25        Q   If you need a break at any point, please tell
```



 1  me or your attorney.  We will let you finish your answer,

 2  and if you are in the midst of answering your question,

 3  we'll let you complete it and then discuss when or if to

 4  break.  Does that work?

 5      A   Yes.

 6      Q   As you can see, the court reporter is recording

 7  all that's said here.  Because she can only record our

 8  words, we just ask that you speak clearly and answer each

 9  question with a verbal response.  Do you understand?

10      A   I do.

11      Q   Also, I want us to avoid talking over each

12  other.  I will try to not interrupt you when you're

13  answering, and I just ask that you do your best to let me

14  finish whatever question that I am asking before you

15  start to answer.  Okay?

16      A   Yes.

17      Q   Is there any reason that you can think of that

18  you would not be able to answer my questions fully and

19  truthfully?

20      A   No.

21          MS. HAMILTON:  And I just want to note on the

22  record that the United States, counsel for the witness,

23  and the State of Georgia have agreed that all objections

24  except as to form and privilege will be reserved until

25  trial.



```
 1             I am handing the court reporter what I would
 2   like to have marked as Plaintiff's Exhibit 446.
 3             (Plaintiff's Exhibit 446 was marked for
 4   identification.)
 5             THE COURT REPORTER:  Thank you.
 6             (Off-the-record discussion.)
 7        Q    BY MS. HAMILTON:  Mr. Gilchrist, you have just
 8   been handed Plaintiff's Exhibit 446.  This is a subpoena
 9   to testify at a deposition in a civil action.  You can
10   take a moment to review the document, and let me know
11   when you're finished.
12        A    I'm fine.
13        Q    Okay.  The subpoena is --
14             MR. PICO-PRATS:  Excuse me.  Todd, sorry to
15   interrupt.
16             Andrea, you're -- you're very muted.  I don't
17   know if you have a mic.
18             THE VIDEOGRAPHER:  It wouldn't be -- it
19   wouldn't be that mic.  It wouldn't be that mic.  He just
20   needs you to talk louder.  It may be the mask.
21             (A discussion was held off the record.)
22             THE VIDEOGRAPHER:  Going off the record at
23   9:14.
24             (The deposition was at recess from 9:14 a.m. to
25   9:24 a.m.)
```



1          THE VIDEOGRAPHER:  We are back on the record at

2    9:24, and if we can have everyone on Zoom please loudly

3    identify yourselves.

4          MS. TAYLOE:  Laura Tayloe for DOJ.

5          MS. JOHNSON:  This is Melanie Johnson for the

6    State of Georgia.

7          MR. PICO-PRATS:  Javier Pico-Prats for the

8    State of Georgia.

9          MS. EDMONDSON:  Anna Edmondson for the State of

10   Georgia.

11         MS. LEVERT:  Sandra LeVert from the Department

12   of Justice.

13         MS. CHEVRIER:  Claire Chevrier for the United

14   States.

15     Q   BY MS. HAMILTON:  Before we went off the

16   record, Mr. Gilchrist, you had just been handed

17   Plaintiff's Exhibit 446.  Have you seen this document?

18   And this was a subpoena to testify at a deposition in a

19   civil action.  The subpoena is directed to Derrick

20   Gilchrist; is that correct?

21     A   That's correct.

22     Q   Have you seen this document before today?

23     A   Yes.

24     Q   Who showed this document to you?

25     A   It was shared with me by the attorneys from



1   Gregory, Doyle, Calhoun & Rogers.

2        Q    And you're here today on account of this

3   document; is that correct?

4        A    That's correct.

5        Q    The top of this document has the case name

6   United States versus Georgia; is that correct?

7        A    That is correct.

8        Q    Do you understand that this deposition is being

9   taken in connection with litigation against the State of

10  Georgia relating to the Georgia Network for Educational

11  and Therapeutic Support program?

12       A    Yes, I do.

13       Q    Are you aware that this program is commonly

14  referred to as the GNETS program?

15       A    Yes.

16       Q    So if I use the term "GNETS" today, do you

17  understand that I'm referring to the Georgia Network for

18  Educational and Therapeutic Support program?

19       A    Yes, I do.

20       Q    When did you first learn about the GNETS

21  litigation?

22       A    2015 I believe there was a -- a letter of

23  findings that was issued.

24       Q    And how did you learn about the letter of

25  findings?



DERRICK GILCHRIST                                          September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                         12

```
 1       A    I don't remember.

 2       Q    Did you read the letter of findings?

 3       A    Yes, I did.

 4       Q    What is your understanding of what this case is

 5   about?

 6       A    The suit is against the State of Georgia in

 7   regards to the GNETS program.

 8       Q    And are you aware of any of the allegations

 9   that were made against the State pertaining to the GNETS

10   program?

11       A    When you say "aware of"?

12       Q    Do you know what the allegations were that were

13   made about the GNETS program?

14       A    No.

15       Q    I am going to ask you a few questions about

16   your preparation for this deposition.  I want to make it

17   clear that I'm not going to ask you to reveal the

18   substance of any communications that you had with your

19   attorney.

20            What did you do to prepare for this deposition?

21       A    Nothing.

22       Q    Did you meet with counsel?

23       A    No.

24            MS. JACKSON:  That does call for privilege

25   information.
```



1    Q   BY MS. HAMILTON:  I don't want to know the

2    substance of the communications.  I just want to know if

3    you met with your attorney.

4    A   When you say "met with," I spoke with them when

5    the subpoena was given.  I asked a few questions where --

6         MS. JACKSON:  You don't have to get into --

7    Q   BY MS. HAMILTON:  You don't have to get into

8    substance.

9    A   Oh, I'm sorry.

10   Q   So --

11   A   So, yeah --

12   Q   -- you did meet with the attorney?

13   A   I spoke with them.  We did not meet

14   face-to-face.

15   Q   Who exactly did you meet with?

16   A   I have not met with anyone.

17   Q   I'm sorry.  When you met with the attorney,

18   which attorney did you meet with?

19   A   When I spoke with the attorney, I spoke with

20   Ms. Jackson.

21        MS. JACKSON:  Again, I'm going to object on

22   line of privilege.

23   Q   BY MS. HAMILTON:  Okay.  And, again, I don't

24   need to know any substance.

25        Was there anyone else present beyond the



1  attorney during that meeting?

2      A   Because it was a phone call, I'm not sure if

3  there was others in the room with her.  There was no one

4  in the room with me.

5      Q   Okay.  Besides speaking with your attorney, did

6  you speak with anyone else in preparation for this

7  deposition today?

8      A   I have not.

9      Q   And in answering that question, did you speak

10  to or meet with any GNETS directors about their

11  experience being deposed by the United States?

12     A   I did not.

13     Q   Did you review any documents in preparation for

14  the deposition today?

15     A   No.

16     Q   Did you bring any documents with you today to

17  assist you with the deposition today?

18     A   No.

19     Q   Have you ever had your deposition taken before?

20     A   Yes.

21     Q   How many times?

22     A   Once.

23     Q   And what was the context for the deposition

24  that you had taken previously?

25     A   It was a HR issue.



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                              15

1      Q    All right.  An HR issue in connection with your

2   work at the GNETS program?

3      A    HR work in -- or in deposition in connection

4   with my work with my school district.

5      Q    Okay.  And when was that deposition?

6      A    2019, I believe.

7      Q    And the dep- -- the deposition that you just

8   referenced is the only deposition that you've had; is

9   that correct?

10     A    That's correct.

11     Q    I may be using some acronyms today for brevity,

12  and I want to run through a few of them now to make sure

13  that we're on the same page.

14          The first is Georgia DOE.  When I use the term

15  "Georgia DOE," will you understand that I'm referring to

16  the Georgia Department of Education?

17     A    Yes.

18     Q    When I use the acronym "DBHDD," will you

19  understand that I am referring to the Georgia Department

20  of Behavioral Health and Developmental Disabilities?

21     A    Yes.

22     Q    When I use the acronym "DCH," will you

23  understand that I am referring to the Georgia Department

24  of Community Health?

25     A    Yes.



1        Q    When I use the acronym "LEA," do you understand

2    that I am referring to local education agency?

3        A    Yes.

4        Q    When I use the acronym R-E-S-A or "RESA," do

5    you understand that to be the Regional Educational

6    Service Agency?

7        A    Yes.

8        Q    When I use the term "GNETS centers," do you

9    understand that to be the stand-alone GNETS locations?

10       A    Yes.

11       Q    When I use the term "GNETS school-based

12   locations," do you understand that to be GNETS locations

13   that are based in general education settings?

14       A    Yes.

15       Q    When I use the acronym "PBIS," do you

16   understand that to stand for Positive Behavioral

17   Interventions and Supports?

18       A    Yes.

19       Q    When I use the acronym "EBD," do you understand

20   that to be emotional and behavioral disabilities?

21       A    Yes.

22       Q    And when I use the term "general education

23   settings," do you understand that to be public schools in

24   Georgia where children with EBD or any other behavioral

25   health condition can receive instruction and services



 1  alongside kids who do not have disabilities?

 2      A   Yes.

 3      Q   I am handing the court reporter what I would

 4  like to have marked as Plaintiff's Exhibit 447.

 5          (Plaintiff's Exhibit 447 was marked for

 6  identification.)

 7      Q   BY MS. HAMILTON:  Mr. Gilchrist, you have just

 8  been handed Plaintiff's Exhibit 447.  This is a copy of

 9  the resume for Derrick Gilchrist that we received on

10  September 28, 2022 from counsel.  Do you recognize this

11  document?

12      A   Yes.

13      Q   What is it?

14      A   It's my resume.

15      Q   And is this an accurate summary of your

16  professional and educational background?

17      A   It is.

18      Q   Okay.  I want to walk through some of the

19  information here.

20          What is the highest level of education that you

21  obtained?

22      A   Ed specialist.

23      Q   All right.  And for the ed, is it educational?

24      A   Educational specialist in special education.

25      Q   Okay.  For the educational specialist for



1    special education, where did you receive that from?

2        A    The University of West Georgia.

3        Q    Okay.  When did you receive it?

4        A    2002.

5        Q    And how would you describe the certification?

6    For example, was it a license, a degree, a master's?

7        A    That program was a add-on for ed leadership in

8    the area of special ed in preparation to be a director of

9    special education.

10       Q    Have you received any other graduate or

11   professional degrees?

12       A    Other than the master's degree in behavior

13   disorders, no.

14       Q    So just to make sure I do have it on the

15   record, you have a master's degree in behavioral

16   disorders?

17       A    Yes.

18       Q    Okay.  And when did you receive that?

19       A    1998.

20       Q    From where?

21       A    West Georgia.

22       Q    Okay.  Where did you obtain your college

23   degree?

24       A    My undergraduate degree?

25       Q    Yes.



 1        A    At University of West Georgia.

 2        Q    And what was your major?

 3        A    Psychology.

 4        Q    What year did you receive it?

 5        A    '96.

 6        Q    Okay.  And have you received any other

 7   certificates or licenses that aren't reflected on your

 8   resume?

 9        A    No.

10        Q    Mr. Gilchrist, you are currently employed at

11   the South Metro GNETS program, correct?

12        A    I am an employee of Clayton County Public

13   Schools.

14        Q    What is your current job title?

15        A    GNETS director.

16        Q    Okay.  And which GNETS program are you -- do

17   you work for?

18        A    South Metro GNETS.

19        Q    How long have you been in that role?

20        A    This is my ninth school year.

21        Q    And that would place you as having started in

22   2013; is that correct?

23        A    That's correct.

24        Q    And it looks like you have held several other

25   positions in connection with the South Metro GNETS



 1  program.  Before serving as the GNETS director, what was

 2  your prior position?

 3      A   A program supervisor.

 4      Q   And what was the time frame that you were in

 5  that role?

 6      A   From October of 20 -- 2006 to June of 2013.

 7      Q   At a high level, how would you describe what

 8  your job -- job responsibilities were as program

 9  supervisor?

10      A   Managing, monitoring, and providing support to

11  a specific GNET site and location.

12      Q   Were you based at one specific facility?

13      A   Yes, I was.

14      Q   Which one was that?

15      A   Initially, I was the GNET supervisor at the

16  Flat Shoals Center in Fulton County.  That center is no

17  longer open.

18          And then I served for one year as the program

19  supervisor at -- I can't remember the name, but it was in

20  Atlanta.  It was at APS.

21          Marshall, the Marshall Center.  Sorry.

22      Q   And the Marshall Center was another facility --

23  another facility that provided GNETS services?

24      A   Correct.  It was for students in Atlanta public

25  schools.



1      Q    Was it a center or a school-based location?

2      A    It was a center with school-based locations.

3      Q    And just to clarify, when you say it was a

4    center with a school-based location, was it a stand-alone

5    GNETS program, or was it in like a larger general

6    education school?

7      A    So the Marshall Center was a stand-alone

8    center, but we also had transition sites of school-based

9    classrooms.

10     Q    And these are all GNETS-related --

11     A    That's correct.

12     Q    -- classrooms?

13          In your capacity as a program supervisor, did

14    you participate in the referral process for individual

15    GNETS students?

16     A    No.

17     Q    Did you participate in IEP meetings?

18     A    Yes.

19     Q    What was your role in those meetings as a

20    program supervisor?

21     A    Provided support for teachers and acted as

22    program administrator.

23     Q    Did you ever participate in IEP meetings for

24    students who were being referred to the GNETS program?

25     A    Yes.



1      Q    And what was your role in those meetings?

2      A    Again, as a program administrator.

3      Q    What did you do in those meetings in your

4    capacity?

5      A    Oftentimes, I would just provide descriptions

6    of the program and just provide services and just an

7    overview of the program.

8      Q    As a participant in that IEP meeting for those

9    students who were being referred, were you part of the --

10   part of the team that made a decision as to whether the

11   student would come to GNETS?

12     A    As a member of the IEP team, I did participate

13   as a member of the team.

14     Q    And so as a member of the team, did the team

15   make the decision about whether the student would be

16   referred to GNETS?

17     A    Yes.  It's always a team decision.

18     Q    Okay.  So before serving as program supervisor,

19   what other positions did you hold with the South Metro

20   GNETS program?

21     A    I was a teacher.

22     Q    And what was the time frame that you were a

23   teacher?

24     A    From 1998 to 2006.

25     Q    All right.  And what did you teach?



1       A    Social studies.

2       Q    What grade level did you serve?

3       A    Middle and high school.

4       Q    Which GNETS facilities did you teach at?

5       A    The Flat Shoals Center.

6       Q    And you're at the Flat Shoals Center the entire

7    time as a teacher?

8       A    Yes.

9       Q    Prior to serving as a teacher at the South

10   Metro GNETS program, it looks like you held some other

11   roles as well, but just to make sure I capture this, you

12   were with the GNETS program from 1998 until present; is

13   that correct?

14      A    With South Metro?

15      Q    South Metro.

16      A    Yes, that's correct.

17      Q    So before working with the South Metro GNETS

18   program, what was your role before that?

19      A    What do you mean?

20      Q    Where were you employed before serving as a

21   teacher in the South Metro GNETS program?

22      A    I worked as a paraprofessional for the Burwell

23   GNETS program in Carrollton for one year as I completed

24   my practicum for my master's in behavior disorders, and

25   that was the 1997 to '98 school year.



1     Q    And I just want to confirm, that's not

2   reflected on the resume, correct?

3     A    That's correct.

4     Q    Okay.  All right.  Were there any other

5   full-time positions that you held in the education field

6   prior to working at Burwell for a year?

7     A    No.

8     Q    Okay.  I want to ask you about a few of the

9   other positions listed here on your resume.

10          You noted here that you were a trainer for the

11   Georgia Association of Homes and Services for Children.

12   Was that a full-time or a part-time position?

13     A    It was a contracted position.

14     Q    Okay.  A full-time or a part-time?

15     A    It was contracted, so I facilitated trainings

16   as needed on a contract basis.

17     Q    Okay.  And were you providing those services

18   while you were also still working at the South Metro

19   GNETS program?

20     A    Yes.

21     Q    Okay.  And it looks like the time frame was

22   2007 to 2013?

23     A    That's correct.

24     Q    Okay.  It also looks like you were a

25   paraprofessional at Oasis Counseling; is that correct?



DERRICK GILCHRIST                              September 29, 2022
UNITED STATES vs STATE OF GEORGIA                            25

```
1      A    That's correct.

2      Q    And that was from 2009 to 2011?

3      A    That's correct.

4      Q    Similarly, did that position overlap when you

5   were working with the South Metro GNETS program?

6      A    Yes.

7      Q    Okay.  And can you just briefly explain how --

8   how you were doing that position in addition to the South

9   Metro position?

10     A    So it was a part-time evening job providing

11  community mental health to families.  And so in the

12  evening I would go out as a paraprofessional and provide

13  mental health services in conjunction with or in

14  coordination with a treatment plan.

15     Q    Were any of the students that you served

16  students in the South Metro GNETS program?

17     A    No.

18     Q    Were any of the students that you served in any

19  of the GNETS programs?

20     A    Not to my knowledge.

21     Q    And what type of training did you need to be

22  able to provide the support services that you just

23  explained?

24     A    Those agencies, they provided training in

25  regard to the behavioral supports that I was providing,
```



1  and it again was basically following the treatment plan.

2  And so it was a lot of behavior modification, data

3  collection in the home to provide supports to the family.

4  So they did provide training.

5      Q   Did the training experience that you received

6  serving that capacity support the work that you were

7  doing at South Metro GNETS?

8      A   They were not connected in that the work that I

9  was doing part-time was mental health, and, you know,

10  again, it was following a treatment plan.  So following

11  a -- a regiment that was outlined by individual treatment

12  plans.

13      Q   All right.  It looks like there are two more

14  positions listed.  One of them says assessor at -- at

15  Family Intervention Specialist from 2007 to 2009; is that

16  correct?

17      A   That's correct.

18      Q   What was that position?

19      A   It was an assessor.  I completed behavioral

20  health assessments, which informed the level of mental

21  health services that children would receive, and also

22  develop preliminary treatment plans.

23      Q   And were you working in this capacity during

24  the same time frame that you were also working with the

25  South Metro GNETS program?



DERRICK GILCHRIST                                September 29, 2022
UNITED STATES vs STATE OF GEORGIA                            27

1        A    Yes.

2        Q    Did you -- were the positions related in any

3    way?

4        A    Which positions?

5        Q    The assessor position and your job at the South

6    Metro GNETS program.

7        A    No.

8        Q    Were any of the clients of Family Intervention

9    Specialist students from the South Metro GNETS program?

10       A    No.

11       Q    Were any of your clients students of any GNETS

12   programs?

13       A    Not to my knowledge.

14       Q    And at the time, did you use any of the skills

15   that you attained working as an assessor for Family

16   Interventionist Specialist while you were working at the

17   South Metro GNETS?

18       A    What do you mean?

19       Q    To the extent that you had mentioned that you

20   were looking at various -- like completing behavioral

21   health assessments and looking at preliminary treatment

22   plans, were any of those skill sets applied to your work

23   at South Metro GNETS program?

24       A    Well, if anything, with the students that we

25   served at GNETS, it gave me a better understanding of



 1   mental health diagnoses.  It gave me a better
 2   understanding of the -- the potential behavioral problems
 3   and the origins or the roots of the behavioral
 4   challenges.  So it -- it did give me a lot more knowledge
 5   in terms of how to support our students.
 6        Q   Now, it looks like the last position here says
 7   assessor with S and T Assessment from June to
 8   August 2007; is that correct?
 9        A   That's correct.
10        Q   What did you do in that role?
11        A   The same as with Family Intervention
12   Specialist.  It just was a different company serving
13   different counties.
14        Q   And were you still working at South Metro -- at
15   the South Metro GNETS program when you had this position?
16        A   Yes.
17        Q   Okay.  And the skills that you used in this
18   position, were they similar to the skills that you used
19   as a family -- or at Family Intervention Specialist?
20        A   Yes.
21        Q   Were any of the students that you served GNETS
22   students, or, I should say, South Metro GNETS students?
23        A   No.
24        Q   And were any of the students that you served
25   again with S and T Assessment students in any GNETS



1  program?

2      A    Not to my knowledge.  Those counties from S and

3  T and also for Family Intervention Specialists were not

4  in the counties that South Metro served.  S and T was

5  Coweta, Meriwether Counties.

6          Family Intervention Specialist was Paulding and

7  other West Metro counties.

8          South Metro, obviously the counties are

9  Clayton, and at the time Fulton County and also Atlanta.

10         So those families did not live in that area.

11 They were in other parts of Metro Atlanta.

12     Q    And you said you don't know if they would have

13 been served with another GNETS program?

14     A    If they were locally served, that was not

15 anything that I was aware of.

16     Q    Okay.  And just to clarify, where is Oasis

17 Counseling located?

18     A    Oasis Counseling was their -- their

19 headquarters or main office was actually here in

20 Marietta.

21     Q    Is that where you worked when you were a

22 paraprofessional?

23     A    It was primarily Cobb County and -- and some

24 Douglas County.

25     Q    When you worked as a trainer for the Georgia



 1  Association of Homes and Services for Children, where

 2  were you based?

 3      A   Where were they based?

 4      Q   Where were you based?

 5      A   Well, as a contractor, they -- and, again, I

 6  was facilitating trainings, so I didn't have an office or

 7  I was not on site.  It was we would schedule a training,

 8  and then I would show up to their office.  Their office

 9  was located downtown.

10      Q   And where were the trainings typically located?

11      A   Downtown in their office.

12      Q   Okay.

13      A   And the attendees of that training were

14  professionals in -- in the field of -- of social

15  services.  So there were DFC -- DFCS workers, foster

16  parents who wanted to know more about IEPs and the IEP

17  process.  So the training was specifically about

18  informing them of the IEPs, IEP processes, and just

19  giving them more information.

20      Q   I want to turn now to discuss your current role

21  more.  What are your duties and responsibilities as a

22  GNETS director?

23      A   Monitoring program, implementation of our State

24  strategic plan for GNETS, ensuring that we have adequate

25  programming to support our LEAs.



 1      Q   What, if any, responsibilities -- what, if any,

 2   responsibilities do you have with respect to GNETS

 3   budgeting and funding?

 4      A   That is part of my role in terms of ensuring

 5   that we have the programming to support our students in

 6   the LEA.

 7      Q   And I also note here on your resume where you

 8   say that one of your responsibilities involves liaise

 9   with Georgia Department of Education to ensure program

10   compliance with State and federal guidelines.  What do

11   you mean by that?

12      A   So attend meetings, ensure that we are in

13   compliance with the State and federal regulations as it

14   relates to the provision of services.  And -- and so

15   making sure that I am up to date, knowledgeable about any

16   changes that occur so that those changes could -- could

17   be transferred to our program.

18      Q   All right.  Do you meet on a regular basis with

19   any staff from the Georgia DOE?

20      A   We have monthly GNETS directors' meetings.

21      Q   Do you have any other meetings on a regular

22   basis with staff from the Georgia DOE?

23      A   No.

24      Q   What are these monthly GNETS -- GNETS director

25   meetings?  What happens during these meetings?



1       A    Well, they -- they discuss items on the agenda.

2   The agenda varies, and so it is to inform GNET directors

3   of any changes, any information that we need to know.

4       Q    Who from the State DOE participates in those

5   meetings?

6       A    Vickie Cleveland is the program manager at the

7   Department of Education, and Lakesha Stevenson as well.

8       Q    Have there been any other State DOE personnel

9   who have participated in these meetings?

10      A    There have been other departments that have

11  presented out or shared information in regards to -- in

12  regards to information from their specific departments.

13      Q    And who would be some of those individuals?

14      A    I can't recall names.

15      Q    Okay.  If you don't remember names, what would

16  be some of the different departments who would be

17  represented?

18      A    So teacher evaluations, that's the immediate

19  thing that comes to mind.  Many instructional -- people

20  from the instructional department, yeah.

21      Q    Who else participates besides the State DOE

22  personnel?

23      A    Other than GNET directors and State personnel?

24      Q    If -- yes, if there is anyone else?

25      A    That's -- that's it.  So the meeting is for the



 1   GNET directors, so obviously GNET directors participate

 2   and then the two individuals that I had identified

 3   earlier, and then if there are other individuals who have

 4   agenda items, they would appear.

 5        Q   Okay.  Are these meetings mandatory for GNETS

 6   directors?

 7        A   I don't know that I would say that they are

 8   mandatory.

 9        Q   Roughly what percentage of the GNETS directors

10   participate in the meetings?

11        A   No idea.

12        Q   How frequently do you participate in these

13   meetings?

14        A   I attend monthly.

15        Q   And are these meetings in person or virtual?

16        A   Recently they have been virtual.  For --

17   obviously, since the pandemic, they've been virtual.

18        Q   Who sets the agenda for these meetings?

19        A   I don't know.

20        Q   Have you ever served on the GNETS directors'

21   executive committee?

22        A   I have not.

23        Q   Are you aware that there is a GNETS directors'

24   executive committee?

25        A   Yes.



1        Q    What does that committee do?

2        A    I have never been on the committee, so I don't

3    know.

4        Q    Are you aware of efforts last school year that

5    were made by the Georgia Assembly to change funding for

6    the GNETS program?

7        A    Yes.

8        Q    Was that topic discussed at any of the GNETS

9    director meetings that you attended?

10       A    No.

11       Q    What was your understanding of the funding

12   changes that were being discussed the last school year?

13            MS. JACKSON:  I'm going to object to form.

14       Q    BY MS. HAMILTON:  What was your understanding

15   of the funding changes that were being made by the

16   Georgia Assembly last school year?

17            MS. JACKSON:  I'm going to continue to object

18   to form.

19       Q    BY MS. HAMILTON:  You can still answer.

20       A    I'm not sure exactly what you're asking in

21   terms of my understanding.  All I know is what I read,

22   and that was it.

23       Q    Okay.  And what did you read?  So --

24       A    I -- I read in the proposed budget that they

25   removed funding for GNETS.



DERRICK GILCHRIST                                September 29, 2022
UNITED STATES vs STATE OF GEORGIA                              35

1      Q    Okay.  And did that come to fruition last

2   school year?

3      A    It did not.

4      Q    Do you know whether there is any further plans

5   to remove or change the funding stream for GNETS in the

6   future?

7           MS. JACKSON:  Object to form.

8           THE WITNESS:  No.

9      Q    BY MS. HAMILTON:  And you also mentioned

10  earlier that again in your resume in connection with the

11  State Department of Education, you are in communication

12  with them to ensure program compliance with State and

13  federal guidelines.  What federal guidelines or laws do

14  you understand that you have to comply with?

15     A    IDEA.

16     Q    Are there any other federal laws that you're

17  aware of --

18     A    FAPE --

19     Q    -- that you have to comply with?

20     A    FAPE, FERPA.

21          (Court reporter clarification.)

22     Q    BY MS. HAMILTON:  Any others in the special

23  education context?

24     A    No.  Those are all that come to mind.

25     Q    And what about Title II of the American's



 1   Disabilities Act?

 2        A    Yes.  Yes.

 3        Q    What about Section 504 of the Rehabilitation

 4   Act?

 5        A    I'm aware of 504.

 6        Q    I'm going to ask you also about some specific

 7   staff members at the State DOE to gauge if you ever

 8   interact with these individuals as part of your job

 9   duties.

10             You mentioned that Vickie Cleveland

11   participates in the GNETS director meetings.  Do you ever

12   interact with her in any other context?

13        A    No.  If I have any questions, I will call her.

14        Q    And are you able to reach out to her directly,

15   or do you have to go through anyone before reaching out

16   to her?

17        A    I reach out to her directly.

18        Q    What types of issues would you bring to her

19   attention?

20        A    Questions about timelines.

21        Q    Anything else?

22        A    No.

23        Q    Would you ever reach out to her about questions

24   related to budgeting or funding?

25        A    Those timelines.



1      Q    Okay.  Would you ever reach out to her with

2    questions about the operations of your GNETS program?

3      A    No.

4      Q    Would you ever reach out to her with questions

5    about placement decisions for students?

6      A    No.

7      Q    You also mentioned that Lakesha Stevenson

8    participates in the GNETS director meetings.  Have you

9    ever reached out to Ms. Stevens -- to Lakesha Stevenson

10   as part of your job duties directly for any other

11   reasons?

12     A    No.

13     Q    So as GNETS director, you don't recall

14   e-mailing her to ask questions about operations or

15   funding or any other --

16          MS. JACKSON:  Object to form.

17     Q    BY MS. HAMILTON:  You can answer, but I can

18   also rephrase that.

19          Just to clarify, in reaching -- with regard to

20   Lakesha Stevenson, you don't recall reaching out to her

21   by e-mail or phone with any questions?

22          MS. JACKSON:  Object to the form.

23          THE WITNESS:  Again, generally when I reach

24   out, it's questions about timelines, meeting dates, and

25   those type of matters.  I -- I have not e-mailed her in



 1  regards to placement decisions about students or specific

 2  matters of funding.  Again, I do have questions about

 3  timelines and certain things that are occurring at DOE

 4  that we're responsible for.

 5      Q    BY MS. HAMILTON:  Okay.  So you've reached out

 6  to her about timelines?

 7      A    Yes.

 8      Q    Have you ever reached out to Shaun Owen with

 9  any questions in connection to your job duties as GNETS

10  director?

11      A    No.

12      Q    Are you familiar with Shaun Owen?

13      A    Yes.

14      Q    Who is she?

15      A    I don't know her title.  She was president

16  during our DOJ visits last year.  That's when I first met

17  her, and that's the only time that I've spoken with her

18  or interacted with her.

19      Q    And by "DOJ visits," are you referring to the

20  site inspections conducted by the United States last

21  year?

22      A    That's correct.

23      Q    Are you familiar with Wina Low?

24      A    Yes.

25      Q    Who is that?



 1      A    I believe she's the -- the director of special
 2   ed for the State.
 3      Q    Okay.  And how are you familiar with her?
 4      A    Previously she was a coordinator or a
 5   consultant or she had a different position and title with
 6   DOE.  This was years ago, and so I -- I remember her from
 7   that.
 8           MS. JACKSON:  Could you repeat that name?  It
 9   didn't come up.
10           MS. HAMILTON:  Yeah, her name is Wina, W-i-n-a.
11           THE WITNESS:  Ms. Low is the last name.
12           MS. HAMILTON:  Spelled L-o-w.
13           THE WITNESS:  Right.
14           MS. JACKSON:  Okay.  Thank you.
15           THE WITNESS:  I don't know if it has an "e" on
16   it.
17      Q    BY MS. HAMILTON:  And have you ever interacted
18   with her as part of your job responsibilities directly?
19      A    No.  Well, previous -- in her previous role,
20   she was the coordinator over SLOs, and this was eight,
21   nine years ago, so I interacted with her then.
22      Q    What is an SLO?
23      A    Specific learning objective, and I do not --
24   it's been so long, I don't -- don't even remember exactly
25   what we were doing with it, but it was a State-based, I



1  won't say initiative, but it was something that the State

2  was doing.

3       Q    Okay.  Are you familiar with Mike or Michael

4  Rowland or Rowland?

5       A    I have never heard of that person.

6       Q    Are you familiar with Matt Jones?

7       A    Matt Jones, I've heard the name before, but I

8  don't know who that is.

9       Q    Are you familiar with Zelphine Smith-Dixon?

10      A    Yes.

11      Q    Who is that?

12      A    She was the previous director of special ed for

13 the State.

14      Q    And did you interact with her as part of your

15 job responsibilities?

16      A    Never directly.

17      Q    Are you familiar with Nakeba Rahming?

18      A    Yes.

19      Q    Who is that?

20      A    I do not remember what her title was, but at

21 one point she was assigned to support GNETS.  She oversaw

22 the development of the State's strategic plan for GNETS.

23      Q    Did you ever interact with Ms. Rahming in any

24 capacity as part of your job responsibilities?

25      A    I participated on the committee that developed



 1  the strategic plan, and so that was the -- the level of
 2  interaction.
 3      Q   Did you ever reach out to Ms. Rahming directly
 4  with any questions or issues related to the GNETS
 5  program?
 6      A   I believe I -- I did speak with her as we were
 7  developing the strategic plan with specific questions
 8  about the strategic plan itself.
 9      Q   Okay.  And you mention -- you mentioned that
10  you served on the GNETS strategic planning committee.
11  What was that committee?
12      A   It was just a group of directors that assisted
13  with developing the strategic plan.
14      Q   What was the time frame that you served on that
15  committee?
16      A   I want to say 2016, 2017.
17      Q   And you said Ms. Rahming oversaw the committee
18  and their work?
19      A   Yes.
20      Q   And just for the record, Ms. Rahming's name is
21  spelled R-a-h-m-i-n-g.
22          THE COURT REPORTER:  R-a-h-m-i-n-g.  Okay.
23  Thank you.
24          MS. JACKSON:  And what was her first name
25  again?



DERRICK GILCHRIST                                  September 29, 2022
UNITED STATES vs STATE OF GEORGIA                               42

```
 1              THE WITNESS:  Nakeba.

 2              MS. HAMILTON:  Nakeba, N-a-k-e-b-a.

 3              THE COURT REPORTER:  e-v-a?

 4              MS. HAMILTON:  b-a.

 5              THE COURT REPORTER:  Thank you.

 6      Q    BY MS. HAMILTON:  What was your specific role

 7   on the committee?

 8      A    Just participant.

 9      Q    And who else was on the committee?

10      A    I don't remember everyone that was on the

11   committee.

12      Q    Were all of the members of the committee

13   serving in similar capacities?

14      A    They were all GNET directors.

15      Q    What was the final work product that you were

16   working toward?

17      A    What do you mean?

18      Q    What documents did you-all create coming out of

19   the committee?

20      A    We created the strategic plan.

21      Q    Okay.  Were there any other documents in

22   connection with that?

23      A    No.

24      Q    Do you meet on a regular basis with any staff

25   from DBHDD?
```



DERRICK GILCHRIST                          September 29, 2022
UNITED STATES vs STATE OF GEORGIA                        43

```
 1        A    No.
 2        Q    I'm going to ask you about some specific
 3   individuals who worked at DBHDD.  Have you ever
 4   interacted --
 5             Well, number one, do you know who Danté McKay
 6   is?
 7        A    Yes.
 8        Q    Who -- who is Danté McKay?
 9        A    I believe he's the director of the child and
10   adolescence program at DBHDD.
11        Q    Have you ever interacted with Mr. McKay as part
12   of your job duties?
13        A    Yes.
14        Q    And what did those interactions look like?
15        A    Well, we met to discuss how we could integrate
16   and include formal clinical and mental health services
17   more into our programming to support students and
18   families.
19        Q    How frequently were those meetings?
20        A    We've met -- I believe we've met a total of
21   three times over the course of two years.
22        Q    Which two years?
23        A    2020 and 2021.  I'm sorry.  This year is 2022.
24   So 2021 and 2022.
25        Q    Thank you.
```



1           When you met with him, were those meetings in
2    person, by phone --
3        A    They were --
4        Q    -- some other?
5        A    They were virtual.
6        Q    Did anyone else participate in those meetings
7    with the two of you?
8        A    Yes.  He had two of his coordinators to attend,
9    my lead psychologist attended, and our -- and in our last
10   meeting I had LEA representatives from Clayton County
11   present.  And that would be the director of special ed
12   and the director of student behavioral health and
13   well-being.  And, again, we were discussing specifically
14   how we could better integrate mental health supports and
15   services to support students.
16       Q    Who were the two coordinators from DBHDD --
17   well, who were the two coordinators that you mentioned
18   who were present?
19       A    I -- I don't remember their names.
20       Q    Okay.  But they work for DBHDD?
21       A    They were from DBHDD.
22       Q    What was the outcome of those two meetings?
23       A    We -- we were supposed to meet again, but we
24   have not rescheduled from our last meeting.
25       Q    Were any concrete plans made as a result of



 1  those meetings?

 2       A    No.

 3       Q    What did you hope would come from those

 4  meetings?

 5       A    That we would be in a better position to make

 6  sure students who really need mental health services have

 7  access.

 8       Q    Did you have specific ideas of what that would

 9  look like?

10       A    Yes.

11       Q    What were some of those ideas?

12       A    Well, we currently are -- have a contract with

13  a mental health provider with a CSB, one of the community

14  service boards.  And so we've integrated LPCs into our

15  programming.  And so we are able to serve students and

16  families from a -- a mental health perspective providing

17  clinical services.

18            And so, you know, I know -- I think within the

19  State, you know, there is perhaps a gap with access to

20  services for children for mental health.  And so, you

21  know, obviously, students are required to attend school,

22  and so that's made more sense to me as being the easiest

23  way to have access to really be able to deliver the

24  services.

25            And so, in general, you know, again, I just



1    wanted to try to help improve access for -- for childrens

2    and families to receive that mental health support and

3    service.

4       Q   Which CSB do you currently have a contract

5    with?

6       A   View Point Health.

7       Q   And I'll ask you some questions about that

8    later.

9       A   Yes.

10      Q   But that is helpful.

11          When -- when was the last meeting that you had

12   with Danté McKay?

13      A   I believe that was in May of this year.

14      Q   May of 2022?

15      A   Of 2022.

16      Q   Okay.

17          MS. JACKSON:  And is that spelling of Danté

18   correct?

19          MS. HAMILTON:  Yes, that's correct.

20      Q   BY MS. HAMILTON:  Are you familiar with a woman

21   named Monica Johnson?

22      A   I've heard the name before, but I -- I believe

23   I remember who she is, but I -- I can't recall

24   specifically.

25      Q   Okay.  Monica Johnson from DBHDD?



1        A    Yes, I -- yes.

2        Q    Okay.  What was the context where you would

3    have interacted with her?

4        A    So as I was investigating, you know, again,

5    opportunities to kind of integrate those services within

6    my program, I attended a provider forum that the State

7    puts on.  She was one of the facilitators in explaining

8    and describing mental health services for providers in

9    the state.

10       Q    Okay.  What was the time frame of that provider

11   forum?

12       A    December of 2019.

13       Q    And have you had any direct communications with

14   her?

15       A    No.

16       Q    Okay.  Are you familiar with Danielle Jones

17   from DBHDD?

18       A    No.

19       Q    Are you familiar with Layla Fitzgerald from

20   DBHDD?

21       A    That's one of the coordinators that Danté -- I

22   couldn't remember her name earlier, but when you said it.

23   And you said Daniel, and now you are saying -- I believe

24   her name is Danielle?

25       Q    Danielle Jones.



DERRICK GILCHRIST                                  September 29, 2022
UNITED STATES vs STATE OF GEORGIA                              48

1      A    Yes.

2      Q    Okay.

3      A    Yes.

4           MS. JACKSON:  So that last name is Jones?

5           MS. HAMILTON:  Yes.

6           THE WITNESS:  And it's actually Danielle and

7    not Daniel.

8      Q    BY MS. HAMILTON:  Danielle?

9      A    Yes.

10     Q    So just to recap, when we were talking about

11   the meetings that you had with Danté McKay, you mentioned

12   there were two coordinators present?

13     A    Uh-huh.

14     Q    One of the coordinators is Danielle Jones?

15     A    Yes, and the other one was Layla.

16     Q    Okay.  And what were your interactions with

17   Layla Fitzgerald --

18     A    She was a --

19     Q    -- otherwise?

20     A    -- participant in that meeting.

21     Q    Did you have any other interactions with her?

22     A    No.

23     Q    And Layla is spelled L-a-y-l-a and then

24   Fitzgerald.

25          Did you meet on a regular basis with anyone



 1   from the Department of Community Health?

 2        A    No.  I have never met with anyone from that

 3   department.

 4        Q    Okay.  Do you meet on a regular basis with any

 5   staff from GLRS, which stands for the Georgia Learning

 6   Resources System?

 7        A    No.

 8        Q    Are you familiar with the GR --

 9        A    Yes.

10        Q    GLRS?

11        A    Yes, I am.

12        Q    Did they provide any support or services to

13   your GNETS program?

14        A    They -- they do make available to not only

15   GNETS but to the local LEAs trainings and support for

16   implementing programs.  So they do make that available.

17   We've never taken advantage of -- of anything that they

18   have to offer.

19             I shouldn't say that.  We have participated

20   before.  ASPIRE is an example.  And ASPIRE are

21   student-led IEPs where we empower our students to sort of

22   have ownership and to lead their own IEPs.  And so

23   several years ago ASPIRE was a State initiative, and I

24   think it was facilitated through GLRS, and so that was

25   something that we participated in.



1        Q    Are you familiar with the Georgia State Center
2    of Excellence?
3        A    At the -- at Georgia State University?
4        Q    At Georgia State University, correct.
5        A    Andrew Young, School of -- yes, I am familiar
6    with them.
7        Q    Okay.  Who did you interact with from the
8    Georgia State University Center of Excellence?
9        A    Astrid Prudent --
10            THE COURT REPORTER:  Ashley?
11            THE WITNESS:  Astrid, A-s-t-r-i-d.  Astrid
12   Prudent was a trainer for a High Fidelity Wraparound
13   program that I was made aware of from the University of
14   Maryland School of Medicine, and we -- in South Metro, we
15   started about five years ago implementing the High
16   Fidelity Wraparound model, and the Georgia State
17   University School of Excellence was the technical support
18   within the state of Georgia.  And so we partnered with
19   them to help us with our implementation and to ensure we
20   were implementing correctly.
21       Q    BY MS. HAMILTON:  Were there any other
22   individuals who you interacted with from Georgia State in
23   connection with the Wraparound program?
24       A    Susan McLaren was I believe over that
25   department that Astrid was -- was linked to.



```
1        Q    Are you familiar with LIPT, Local Interagency
2   Planning Team?
3        A    Yes, I am.
4        Q    What is that?
5        A    It's a -- a committee of -- of resources that
6   convene or come together to figure out how they can
7   support students and children or families in need, and I
8   believe it is connected to the CHINS, Children in Need of
9   Services within the state.
10            And so there are monthly committee meetings
11  that are called.  Individuals are able to present
12  specific children or students, and the committee members
13  are able to provide suggestions, resources of how to
14  support students.
15       Q    Do you attend these monthly meetings?
16       A    I -- I don't anymore.  I was -- I did attend as
17  a program supervisor, and, you know, just with LIPT,
18  it -- the implementation of it, it just varies in terms
19  of knowing when the meetings are and -- and all of that,
20  so...
21       Q    Do they occur every month?
22       A    They are supposed to occur every month.  I
23  can't speak to whether they do or not.
24       Q    In your experience, they didn't always occur
25  every month?
```



1      A    It -- no, they did not always occur every

2    month, because I think sometimes there were issues with

3    the facilitators.  There were times where they may not

4    have had or there may not have been individuals to

5    facilitate LIPT meetings, and so, obviously, with no one

6    to facilitate, the meetings would not occur.

7      Q    Are you familiar with LEA collaborative

8    meetings?

9      A    LEA collaborative meetings?  Yes, I -- I

10   believe I am.  I believe that was an initiative started

11   by Ms. Smith-Dixon where LEAs convene under GLRS or with

12   GLRS facilitating to discuss local special ed issues.

13     Q    Did you participate in those meetings?

14     A    I -- I do -- I don't consistently participate

15   in those meetings.  I did at one point, but I -- I don't

16   currently.

17     Q    And what was the time frame when you did

18   participate consistently?

19     A    From the beginning of my time as director, so I

20   would say from about 2013 to 2017.

21     Q    When you were a participant, what was your

22   role?

23     A    I was just a participant.

24     Q    Are you familiar with the Interagency Directors

25   Team meetings or IDT committee meetings?



1      A    No, I am not.

2      Q    And do you participate in any other committees

3   or working groups in your capacity as a GNETS director?

4      A    No, I don't.

5           MS. HAMILTON:  How are you doing?  We're -- we

6   can take a break, if you want.

7           MS. JACKSON:  Yeah, I want to take a break.

8           MS. HAMILTON:  Okay.  We will go off the

9   record.

10          THE VIDEOGRAPHER:  Going off the record at

11   10:27.

12          (The deposition was at recess from 10:27 a.m.

13   to 10:40 a.m.)

14          THE VIDEOGRAPHER:  Back on the record at 10:40.

15      Q   BY MS. HAMILTON:  All right.  Mr. Gilchrist,

16   you said you began working with the GNETS program in

17   1998; is that correct?

18      A    Or '97 in Burwell.

19      Q    Okay.  Burwell.

20      A    '97, '98.

21      Q    Okay.  What were your views on the

22   effectiveness of the GNETS programs in serving students

23   with EBD when you first started working with the program?

24      A    Well, when I first started working in Burwell I

25   was, you know, again a paraprofessional, and -- and so I



1  was just learning about GNETS at the time, and so I did

2  not really have or formed an opinion.

3           However, when I started my -- my career as a

4  certified individual as a teacher with South Metro, I was

5  very impressed.  South Metro when -- when I started

6  working with the program in the late '90s, we -- we had a

7  full clinical staff and team, and so that meant we had a

8  psych- -- we had two psychiatrists, a team of

9  psychologists, art and music therapy, and so it was just

10  a very therapeutic program.

11           And I felt like we were highly effective

12  with -- with supporting behavioral change and

13  modifications for students because of the way the program

14  was structured.  I had no knowledge of any other GNET

15  program, and so I did not have any opinion of -- of any

16  other program.  All I knew was how South Metro operated.

17     Q    From your perspective, what would a successful

18  educational experience look like for students who are

19  currently being served by your program?

20     A    All of our students, our main goal is for them

21  to be able to transition back LRE, into a less

22  restrictive environment, and for them to be able to

23  graduate and to move into a postsecondary option that

24  enables them to, one, not -- not only be a productive

25  citizen, but for them to also be able to live a



 1  productive and -- and happy life.

 2      Q   I am going to talk a bit about the South Metro

 3  GNETS program structure.  What counties are currently

 4  served by the South Metro GNETS program?

 5      A   Currently we serve Clayton County and Henry

 6  County.

 7      Q   Do certain facilities serve students in each

 8  county?

 9      A   No.  Each -- each center serves the students

10  from the LEA.  So our students do not cross county lines.

11  They are all housed and provided services within the

12  county of residence.

13      Q   Okay.  So for Clayton County, what facilities

14  serve students?

15      A   The Ash Street Center.

16      Q   And are there any other locations that serve

17  students in Clayton County?

18      A   Yes.  We have transition sites, as I kind of

19  mentioned earlier -- with our previous collaboration with

20  APS, we have transition sites at traditional schools

21  within Clayton County.  So Clayton County has a

22  center-based option, as well as transition sites within

23  traditional schools.

24      Q   What are the names of the transition sites?

25      A   We're in Forest Park High School, Morrow Middle



 1  School, and Edmonds Elementary School.  And so all of our

 2  students have the opportunity as they make progress

 3  toward their goals and objectives to be transitioned to a

 4  less restrictive environment to begin the process in

 5  being transitioned back to their original home school or

 6  zoned home school.

 7       Q   Just to make sure I understand, so Ash Street

 8  Center, that's a stand-alone GNETS location?

 9       A   Yes.

10       Q   And then these transition sites you said are in

11  transi- -- traditional schools?

12       A   That's correct.

13       Q   So of those -- let's see.  Okay.  So that --

14  those were in Clayton County.

15          And then for Henry County, do you have a

16  stand-alone GNETS center?

17       A   We do.

18       Q   Okay.  What is that called?

19       A   That is the J B Henderson Center.

20       Q   Are there any transition sites in Henry County?

21       A   There are not.  We are collaborating and

22  working with a LEA to establish transition sites.

23       Q   For students in Henry County who are ready to

24  transition, where would they go?

25       A   Back to their home school.  And so because we



1  don't have transition sites, what we do is, you know,

2  obviously, an IEP team will convene, and we have

3  discussions regarding modified days where they would

4  attend the center-based program but then would also be

5  transitioned during the day for periods of segments in

6  their zoned home school.

7       Q    Fulton County was previously part of the South

8  Metro GNETS program, correct?

9       A    That's correct.

10      Q    Why were they no longer part of South Metro

11  GNETS?

12      A    They stayed at -- because Fulton County was

13  split.

14           MS. JACKSON:  I'm just going to object to form

15  here.

16      Q    BY MS. HAMILTON:  You mentioned earlier that

17  Fulton County was previously part of your GNETS program,

18  correct?

19      A    That's correct.

20      Q    Why are they no longer part of the South Metro

21  GNETS program?

22      A    They decided to go with another GNET program

23  that was currently already serving.  They were one of the

24  few LEAs that had multiple GNETS programs, and so for

25  consistency within their district, they wanted to just



 1   have one program.

 2        Q    When did that change occur?

 3        A    The 2019 school year was our final year of

 4   providing services in Fulton County.

 5        Q    And by 2019 school year, would that be the 2019

 6   through the 2020 school year?

 7        A    It was the '19/'20.  So 2019 fall, and then

 8   2020 spring.

 9        Q    What was your opinion of Fulton County's

10   departure from the South Metro GNETS program?

11        A    I did not really have an opinion.  I understood

12   their rationale.

13        Q    Was your program negatively impacted in any way

14   by Fulton County's departure?

15        A    I would say not.

16             MS. HAMILTON:  I'm handing the court reporter

17   what I'd like to have marked as Plaintiff's Exhibit 448.

18             (Plaintiff's Exhibit 448 was marked for

19   identification.)

20        Q    BY MS. HAMILTON:  The first page of this

21   document is Bates stamped GA00356682.  This is a

22   December 2019 e-mail chain between Derrick Gilchrist and

23   Vickie Cleveland with the subject line, "RE: Funding

24   Summary."

25             I'll give you a moment to take a look at this,



 1  and let me know when you're ready.

 2      A   I've reviewed it.

 3      Q   Okay.  Do you recognize this document?

 4      A   Yes, I do.

 5      Q   What was this e-mail chain about?

 6      A   It was about changes within Fulton County and

 7  how it would impact South Metro.

 8      Q   I want to start by looking at the e-mail that

 9  you sent to Vickie Cleveland on December 11th, 2019.

10  This is on the second page.

11          What were you asking?

12          MR. PICO-PRATS:  Sorry for interrupting.  Do

13  you have a screen share of this available or a copy that

14  you can send over to us?

15          THE REPORTER:  Who was that that was talking?

16  Oh, Javier?

17          MR. PICO-PRATS:  Yeah.

18          MS. HAMILTON:  Can we go off the record?

19          THE VIDEOGRAPHER:  Going off the record at

20  10:50.

21          (A discussion was held off the record.)

22          THE VIDEOGRAPHER:  Back on the record at 10:54.

23      Q   BY MS. HAMILTON:  Mr. Gilchrist, so I might

24  have you repeat your answer, but in your e-mail to Vickie

25  Cleveland dated December 11th, 2019, what were you asking



1    Ms. Cleveland?

2        A    When in terms of projecting for the future, I

3    wanted to get an idea of when they would be able to

4    provide me information, you know, again, referring back

5    to a timeline of when I would have information regarding

6    our funding because of the change.  And so I just wanted

7    to know as much information as I could in terms of when

8    that information will be provided, because that was a

9    pretty major change for the program, and so I wanted a

10   better idea of -- of the potential impact and when I

11   would have that information.

12       Q    And it says here you're requesting projections

13   regarding the impact of reducing/moving 47 students.  Is

14   that the number of students at issue?

15       A    Yeah.  Well, it was me having access to the

16   information of that impact so that I could plan.

17       Q    Okay.  Were there 47 students who were gonna be

18   moving from your program to the North Metro program?

19       A    Not physically moving as much as the count

20   itself being moved from the South Metro formula, if you

21   will, so the North Metro formula.  And so I wanted to

22   know when they would be able to provide me that

23   information because we had to plan for it.

24       Q    And when you say the students were physically

25   moving --



1        A    Right.  So they remained -- Fulton County is a

2    school-based county, in that all of the students in

3    Fulton County who receive GNETS services are served in a

4    school-based program model.  And so the students weren't

5    changing schools; it was just the provider was changing.

6    So it was moving from South Metro being able to implement

7    our programming to them bringing in North Metro to

8    implement whatever their programming looked like.

9        Q    Okay.  Once North Metro began providing

10   programming, would you have any other -- would you be

11   providing services to those students any further?

12       A    Not to those students in Fulton County.  We --

13   we didn't have any additional contact or anything with

14   them.

15       Q    Okay.  All right.  So if we go to the very --

16   the last e-mail in the chain but the first e-mail on the

17   first page of the set of pages here, I want to look at

18   the second paragraph.  What did you mean when you stated,

19   "In the past, LEAs opting to change GNETS fiscal agent

20   incurred the cost of the change"?

21       A    So what -- what was being discussed at that

22   time was again them moving those student numbers from our

23   funding formula to the North Metro funding formula, which

24   means we would have lost funds.

25            In the past, previously prior to this event, no



1  changes were made to the funding formula.  The LEA who

2  initiated or opted for a change would provide funding for

3  those services to change until the -- the student count

4  would generate for the new program, if that makes sense.

5      Q   That does.

6          And you also note here, "In the cases I am

7  familiar with, Henry County and Atlanta Public Schools,

8  those LEAs supported GNETS operations until funding was

9  available" --

10     A   Yes.

11     Q   -- "through the student count and GNETS funding

12  formula"?

13     A   Yes.

14     Q   Are those examples of what you were just

15  describing?

16     A   Yes.

17     Q   Okay.  After consulting Ms. Cleveland, did she

18  confirm that your understanding was correct?

19     A   No, because the question again, it really

20  wasn't about that piece.  It was really more about when

21  they -- when would I know the results of whatever was

22  happening.  Because I was not privy to, I guess at the

23  state level, you know, how they were going to handle it.

24  And so really what I needed to know -- the information

25  that I needed to know is when I would be provided with an



 1  accurate project- -- projection of funding for the next

 2  school year.

 3          And the reason that that was so important is

 4  because of staffing.  If there were major -- major

 5  changes to the funding formula, that would have meant

 6  that I would have had teachers and individuals under

 7  contract that the funding would not have supported.

 8          And so prior to -- and if you look at the

 9  timing, this was November/December, and so this is a -- a

10  few months before teacher contracts began to go out.

11          And so again, the -- the major thing that I

12  needed to know is, okay, what is going to be the impact,

13  and what is our funding going to look like with these

14  changes?

15      Q   What impact did the loss of those students

16  ultimately have on the South Metro GNETS funding?

17      A   We saw a decrease in our funding since that

18  period.  But with our LEAs, and as you see in the e-mail,

19  Henry County is mentioned.  Henry County and both Clayton

20  County both supported and continue to support GNETS

21  services by funding positions and providing and

22  provisioning certain resources that allow us to be able

23  to do things like contract with View Point and implement

24  a High Fidelity Wraparound.

25          And so while our -- we did experience a



1  decrease in funding, we were able to move forward with

2  our program initiatives that were aggressive toward

3  really implementing services to kind of provision mental

4  health and Wraparound support for the students and

5  families in Clayton and Henry County.

6      Q   Okay.  And I know we were talking earlier about

7  e-mail communications that you've had with Ms. Cleveland.

8  Is this an example of your outreach to Ms. Cleveland?

9      A   It is.  And, again, you know, it's -- it's

10  about the timeline.  You know, I need to know what our

11  funding is going to look like, you know, when will the

12  information be available, and, you know, whether or not

13  they were actually going to release that information a

14  little bit sooner than what has traditionally happened

15  within the state.

16      Q   Other than the departure of South Metro, have

17  there been any other changes in the counties or LEAs

18  served by South Metro in the last five years?

19      A   Other than the Fulton County change?  When you

20  say the past five years, no.  So we've -- for the past

21  five years we've been serving Clayton and Henry County.

22      Q   Okay.  Who is the fiscal agent for South Metro

23  GNETS?

24      A   Clayton County Public Schools.

25      Q   And what is Clayton County's role in its



 1  capacity as a fiscal agent?

 2       A   The -- our funding essentially flows through

 3  Clayton County.

 4       Q   How is your relationship with Clayton County as

 5  a fiscal agent memorialized?

 6       A   What do you mean by that?

 7       Q   Is there a written document that memorializes

 8  the relationship that you have with Clayton County as the

 9  fiscal agent?

10       A   Well, all GNET programs have signed assurances

11  from their fiscal agent.

12       Q   And when you say "assurances," what is that?

13       A   And that's the fiscal agent essentially

14  agreeing to function as the fiscal agent for the program.

15       Q   Is this a standard written document?

16       A   All GNET programs use the same document, yes.

17       Q   Okay.  Do you have signed written assurances

18  with every LEA that's served or just with Clayton County

19  because it's a fiscal agent?

20       A   Only with the fiscal agent.

21       Q   How many students are currently served in the

22  South Metro GNETS program for the 2022 to '23 school

23  year?

24       A   I -- I don't have that information in front of

25  me.  And, you know, we're in the midst of the school



 1   year, so I can't speak to what the totals might be at the

 2   end of the school year, and so I -- I don't know.

 3       Q    What's a ballpark number of how many students

 4   are currently enrolled?

 5       A    I would --

 6            MS. JACKSON:  I'm going to object to form.

 7       Q    BY MS. HAMILTON:  Can you provide me with a

 8   ballpark or rough estimate of how many students are

 9   currently enrolled?

10       A    Currently enrolled, maybe a hundred to 110.

11       Q    Of that estimate of 100 to 110 students, how

12   many would be in each county?

13            MS. JACKSON:  Object to form.

14            THE WITNESS:  I would say 70 students in

15   Clayton County and approximately 40 in Henry County.

16       Q    BY MS. HAMILTON:  What are the grades that are

17   currently served in the South Metro GNETS program?

18       A    I believe the -- the youngest student that we

19   currently have may be in the third grade, and so we have

20   third through 12.

21       Q    What percentage of your students in your

22   program have a primary diagnosis of EBD?

23       A    I don't know that.

24       Q    Do you have a rough estimate of approximately

25   how many?



1            MS. JACKSON:  Object to the form.

2            THE WITNESS:  Yeah, there's -- I couldn't give

3    you an estimate on that.

4       Q    BY MS. HAMILTON:  Does every student in your

5    program have a diagnosis of EBD?

6       A    As a -- as a primary at --

7            MS. JACKSON:  Object to form.

8            THE WITNESS:  I can't say that.

9       Q    BY MS. HAMILTON:  Do you collect data on the

10   diagnoses of your students with disabilities?

11      A    Are we talking about diagnoses or disability,

12   the disability category?

13      Q    The --

14      A    Disability category?

15      Q    The disability category that the students have

16   been diagnosed.

17      A    We -- we don't necessarily look at data that

18   way in terms of their disability category, so no.

19      Q    So you don't know today how many students in

20   your program --

21           MS. JACKSON:  Object to the form.

22           THE WITNESS:  No.

23      Q    BY MS. HAMILTON:  -- have a diagnosis of EBD?

24      A    No.  I could not quote to you how many students

25   have a disability category of EBD.



DERRICK GILCHRIST                          September 29, 2022
UNITED STATES vs STATE OF GEORGIA                           68

1         Q    Relatedly, do you know how many students in
2    your program have a primary diagnosis of autism?
3         A    Disability category, no, I don't know.
4              MS. JACKSON:  Object to form.
5         Q    BY MS. HAMILTON:  What disability categories
6    are prevalent among the students who were served in your
7    GNETS program?
8              MS. JACKSON:  Object to form.
9              THE WITNESS:  In terms of the categories
10   prevalent, I would say is EBD, autism, and OHI, but I
11   don't know the breakdown of who has what.
12        Q    BY MS. HAMILTON:  And what do you base your
13   knowledge of what the prevalence of those disabilities --
14   sorry.  What's the basis for your knowledge of the
15   prevalence of those disabilities?
16        A    Those are the disability categories that we see
17   most, and that's just based on experience.
18        Q    Are there records that you review to be able to
19   glean that information?
20        A    It's -- it's on the IEP, on student IEPs.
21        Q    How does the total number of current students
22   in the South Metro GNETS program this year compare to
23   prior school years?
24        A    The numbers are lower.
25        Q    Why are the numbers lower this school year?



1        A   I don't know.

2        Q   Do you have any reason to think that there is

3    something like a reason behind why the numbers are lower

4    this school year?

5            MS. JACKSON:  Object to form.

6            THE WITNESS:  I don't -- I don't have any

7    information to even begin to speculate of why referrals

8    or requests for assistance is lower.

9        Q   BY MS. HAMILTON:  All right.  I want to now

10   switch gears, and I'm going to show a document

11   electronically.

12           THE VIDEOGRAPHER:  Can you put it up here just

13   so I can make sure -- oh, let me go off the record for

14   her.  Going off the record at 11:09.

15           (A discussion was held off the record.)

16           THE VIDEOGRAPHER:  Back on the record at 11:10.

17       Q   BY MS. HAMILTON:  I am showing a document

18   electronically that I would like to have marked as

19   Plaintiff's Exhibit 449.

20           (Plaintiff's Exhibit 449 was marked for

21   identification.)

22       Q   BY MS. HAMILTON:  This is a student enrollment

23   spreadsheet from the 2021 to '22 school year produced by

24   the South Metro GNETS program in response to the United

25   States subpoena to produce documents which was initially



 1    issued in August of 2021.

 2          Mr. Gilchrist, I have shared my computer screen

 3    with you to give you a moment to scroll through the

 4    document.  Let me know when you're ready.

 5          A    I'm ready.

 6          Q    Okay.  One thing that I want to note at the

 7    outset is that you will see that there are redacted

 8    columns in this spreadsheet, and I will just click to

 9    show you an example where it's in black.  These columns

10    are redacted by the United States because they contain

11    information such as student name, ID, date of birth, so

12    it was redacted to protect student confidentiality and

13    privacy.  Otherwise, this is a document that was

14    provided.

15          A    Uh-huh.

16          Q    Do you recognize this document?

17          A    Yes, I do.

18          Q    Okay.  What is it?

19          A    It's an Excel sheet of our student enrollment.

20          Q    Okay.  Am I correct that this is a document

21    that was produced in response to the United States

22    subpoena?

23          A    Yes.

24          Q    Did you assist in the creation of this

25    document?



 1        A    Not the creation, but I provided the document.

 2        Q    Okay.  And did you review it before it was

 3   produced to the United States?

 4        A    I -- I do review our -- our Excel sheet

 5   periodically, so I did review it.

 6        Q    Okay.  Can you confirm that the spreadsheet was

 7   accurate as of the time it was produced to the United

 8   States?

 9        A    Yes, it appears to be accurate.

10        Q    Okay.  So I want to walk through the

11   spreadsheet together, and, as we noted, this will pertain

12   to enrollment for the 2021 through the 2022 school year.

13        A    Okay.

14        Q    All right.  The first tab here is labeled Total

15   Student Count SY 2021 to -- and I believe this should say

16   2022, correct?

17        A    That's correct.

18        Q    Okay.  There are two charts on this page.  I

19   want to look at this first chart.  At the time the

20   spreadsheet was produced, is it correct that there were

21   87 total students enrolled in the South Metro program?

22        A    That's correct.

23        Q    Of those 87, how many were enrolled in the Ash

24   Street Center?

25        A    45.



1      Q    Okay.  How many were enrolled in the CCPS

2    Outposts?

3      A    16.

4      Q    And how many were enrolled in Henry?

5      A    26.

6      Q    And just to clarify, the CCPS Outposts, are

7    those -- these the Clayton County transition sites that

8    you referenced earlier?

9      A    Yes.

10     Q    And Henry, is this the Henry County GNETS

11   center?

12     A    Yes.

13     Q    Which is also known at the J B Henderson

14   Center?

15     A    Yes.

16     Q    What is the difference between the first chart

17   that has 87 total students listed as being enrolled

18   compared to the second chart?

19     A    The first chart has current enrollment at that

20   time.

21          The second chart was the totals, including all

22   students, including students who had been withdrawn up to

23   that period of time.

24     Q    Okay.  So in the second chart, does that mean

25   that 16 students withdrew from CCPS or Clayton County who



1   are not included in that total of 87 --

2        A    Yes.

3        Q    -- in the other chart?

4        A    That's correct.

5        Q    And then for the Henry Center, does this mean

6   that 12 students withdrew from that location, and they

7   are not included in that count of 87?

8        A    That's correct.

9        Q    Okay.  What are the typical reasons that a

10  student will withdraw from a -- from your GNETS program?

11       A    The same reason that any student would withdraw

12  from a -- a school system or school.  Families move and

13  relocating.  So there's not like a special set of reasons

14  of why students withdraw from GNETS.

15       Q    All right.  Let's move on to the next tab

16  labeled "Ash Street Center."

17       A    Okay.

18            THE COURT REPORTER:  Astrid Street, is that

19  A-s-t-r-i-d?

20            THE WITNESS:  A-s-h Street.

21            THE COURT REPORTER:  Oh, Ash Street.

22            THE WITNESS:  Yes.

23            THE COURT REPORTER:  Thank you.

24       Q    BY MS. HAMILTON:  And as noted earlier, the

25  columns here that have been redacted are GTID, student



1  number, student name, and DOB for date of birth.

2       A    Okay.

3       Q    But you-all did include a total at the bottom

4  of the page, and that says that 45 students were

5  currently being served for the Ash Street Center; is that

6  correct?

7       A    That's correct.

8       Q    And there is also a notation here highlighted

9  in yellow that says, "Pending transition to outpost

10 classes."  We're not actually able to see which students

11 that applied to, but what would that notation be

12 referring to?

13      A    Students who are being considered to transition

14 LRE.

15      Q    And for students to be able to transition to

16 the LRE -- and what does LRE stand for again?

17      A    Less restrictive environment.

18      Q    For students to be able to transition to the

19 LRE, do they have to meet certain exit criteria?

20      A    Well, they have to show progress towards their

21 IEP goals and objectives to a point where an IEP team

22 will convene to determine that the student is -- is

23 prepared or has the skills necessary to function in an

24 environment with -- with less support.

25      Q    Are you involved in that process of making a



1  decision of whether a student can transition?

2      A   No.  As a -- as director, I -- I don't sit in

3  IEP meetings.  So it -- it would primarily include the

4  family, district representatives, individuals from our

5  staff, receiving school.  So it -- it would be the team

6  of individuals that does not include me.

7      Q   Who from your staff participates in those

8  meetings?

9      A   Generally the teacher participates.  We have

10 our social workers who participate, and then we have a

11 program administrator who would participate.

12     Q   And by "program administrator," who -- who

13 would that person typically be?

14     A   Whoever is the coordinating supervisor or

15 administrator of the classroom that the student is in

16 would be the administrator assigned to a team.

17     Q   You mentioned earlier when you served as

18 program supervisor that you would sometimes sit on the

19 IEP team meeting?

20     A   Yes.

21     Q   Is that person the equivalent of the program

22 supervisor?

23     A   That's correct.

24     Q   If a program supervisor isn't available, have

25 you ever sat in?



 1       A   No.  We've never had situations where they're

 2   not available.  If one is not available, then -- because

 3   we have multiple coordinating supervisors, then the other

 4   individual would sit in.

 5       Q   It looks like the next four columns here are

 6   labeled "Go-IEP, FTE 1, Go-IEP, FTE 2."  What are those

 7   columns intended to show?

 8       A   I'm not sure.  And the spreadsheet that I've --

 9   that I have, I don't believe it has those columns.  But

10   "Go-IEP" is the IEP platform, and FTE 1 and 2 are the FTE

11   count periods, and so I'm not sure with those columns

12   what they refer to.

13       Q   Okay.  And just to be clear, those columns were

14   included in what was provided to us.

15       A   Okay.  All right.

16       Q   It sounds like you don't know why it says

17   false, though?

18       A   Right.  And as I --

19       Q   Okay.

20       A   -- indicated before, I didn't create.  My

21   program evaluator is the individual who creates these,

22   and so I didn't create it, but, you know, again, I do

23   monitor and view it.

24       Q   Okay.  With regard to the grades served, the

25   youngest student listed here for Ash Street Center is --



1  actually, let me scroll all the way up.

2          And you have the ability to adjust this.

3      A    Uh-huh.

4      Q    The youngest student who is listed here is a

5  first grader; is that correct?

6      A    That is the grade of the youngest student

7  listed at the time, yes.

8      Q    Okay.  And it appears the oldest student was in

9  12-plus grade; is that correct?

10     A    Yes.

11     Q    What does -- what does it mean for a student to

12  be in grade 12-plus?

13     A    The student is repeating the 12th grade.

14     Q    All right.  The next column is labeled EXC.

15  Does that stand for exceptionality?

16     A    Yes.

17     Q    Okay.  And it appears that there are disability

18  categories that are listed here.  I know earlier you said

19  it wasn't clear if you-all tracked this data.

20     A    Well, I said that I didn't know --

21     Q    Okay.

22     A    -- you know, the percentages or how many

23  students --

24     Q    Uh-huh.

25     A    -- you know, had a disability category of EBD,



1  autism.

2      Q   Okay.  Based upon the information in the

3  spreadsheet that your program provided, is it accurate to

4  say that the most prevalent disability category at the

5  Ash Street Center is EBD?

6      A   In reviewing this information, yes.

7      Q   What other disability categories are

8  represented among the students who you were serving

9  during the 2021 to '22 school year at the Ash Street

10 Center?

11     A   I see SDD and TBI with speech as -- I think it

12 included a secondary disability care -- category.

13     Q   And what do those acronyms stand for?

14     A   Speech language impairment, traumatic brain

15 injury, and SDD escapes me.

16     Q   And you -- again, you have control over it.

17 You can scroll up and down.

18     A   Okay.  Okay.  And autism; OHI, other health

19 impairment; mild intellectual disability, moderate,

20 severe.

21     Q   Are those disability categories consistent

22 across your various program sites?

23     A   I wouldn't say -- like some of the ones like

24 the TBI and the traumatic brain injury; the severe

25 intellectual disability, SID, I would not say those are



 1   consistent.  Those are really more outliers, as well as
 2   MOID.
 3            THE COURT REPORTER:  MOID?  M-O- --
 4            THE WITNESS:  M-O-I-D.
 5            THE COURT REPORTER:  Thank you.
 6        Q   BY MS. HAMILTON:  So based on what you just
 7   said, is it accurate to say that the ones that are most
 8   prevalent would be EBD followed by perhaps autism?
 9        A   Yes.
10        Q   Okay.  All right.  And then looking at the last
11   column, it's titled "Tier Level."  What is that referring
12   to?
13        A   So we triangulate our student data to make a
14   determination of what tier they are on, and so our tiers
15   are aligned to services.
16            And so, for example, a student whose data
17   reflects that they are Tier III, there is a certain level
18   of -- or certain services that we provision for Tier III.
19   For example, our Tier III students get individual therapy
20   time with a social worker.  We also do a referral to the
21   ITS program that I was mentioning earlier that we -- that
22   we facilitate in conjunction with View Point Health for
23   therapy.  And so it's just a way of us tiering the
24   services that we offer for our students.
25        Q   And it appears there is Tier Level I, II, and



1    III; is that correct?

2         A    That's correct.

3         Q    Are there any other tiers?

4         A    No.

5         Q    Why do some students not have a tier level

6    listed?

7         A    If -- if they were a move-in student, they may

8    have not been there at the time that we tiered.  We -- we

9    perform our triangulation of data twice a year, in

10   December at the end of the first semester, and then again

11   April/May at the end of second semester.  And so any

12   student who did not have a tier reflected either moved in

13   at a period of time where they were not enrolled with us

14   during our triangulation period.

15        We also previously did not triangulate the data

16   for our students with autism, and so they were not

17   necessarily assigned a -- a specific tier.  We just --

18   with our autism students, they were automatically

19   considered Tier III, and they would receive the full

20   extent of services that we have.

21        Q    And just to make sure I'm clear, when you're

22   referring to the tiers, is this part of any particular

23   program?  So, for example, I know PBIS has tiers,

24   multi-tiered systems.  MTSS has tiers.  When you say

25   "tiers," is it part of any particular program?



1      A    It is not a part of any particular program.
2  However, the State does ask that we triangulate our
3  student data and take a look at our student data to make
4  sure that we understand and know where they're
5  functioning.  And so, to my knowledge, each program has
6  created their own tier based on the services that they
7  have available.
8      Q    Okay.  And is there a specific assessment that
9  you use to determine what tiers the students fall under?
10     A    So we -- we basically -- a team convenes so
11 that they can review student -- a school team convenes so
12 that they can review the student data in terms of the
13 number of referrals.  It looks -- looks at their
14 attendance, any discipline records, and then also they
15 consider their percentages or progress toward meeting
16 their IEP goals and objectives.  And from there they sort
17 of use that information to determine a tier placement.
18     Q    Okay.  All right.  We'll come back to this more
19 later, but we'll keep working through the spreadsheet for
20 now.
21          Let's look at the next tab.  It's labeled
22 "Outpost Clayton."  And it notes here that there were 16
23 students who are currently being served in the 2021 to
24 '22 school year, correct?
25     A    Yes.



1    Q   All right.  Are these the 16 students who we

2    discussed earlier were in the -- I think it was labeled

3    "CCPS Outposts"?

4    A   Yes.

5    Q   And those are the transition sites, correct?

6    A   Yes.

7    Q   For Clayton County?

8    A   Yes.

9    Q   Looking at the grades, it appears the students

10   served in these Clayton County transition sites ranged

11   from grades 4 through 12; is that correct?

12   A   Yes, that's correct.

13   Q   And looking at the exceptionality category, it

14   appears that the vast majority of the students listed

15   here had a disability category of EBD; is that correct?

16   A   That's correct.

17   Q   All right.  Looking at this first column where

18   it says "Site," is it correct to say that each one of

19   these sites had somewhere between four to six students

20   each?

21   A   Yes, that's correct.

22   Q   Okay.  So at each site, how are students

23   grouped in their classes?

24   A   Can you -- what do you mean?

25   Q   Sure.



1          So, for example, the students at Edmonds

2    Elementary School --

3          A    Uh-huh.

4          Q    -- are all of those students grouped together

5    in the same class?

6          A    Yes, they are.

7          Q    Does that mean that the 4th, 5th, and 6th

8    graders are all served together?

9          A    Yes.

10         Q    Okay.  And just to make sure I'm understanding,

11   so for Forest Park High School, does that mean that the

12   9th, 10th, 11th, and 12th graders are all served together

13   in the same place?

14         A    Yes.  And -- and if I can clarify, so when we

15   say "served together," the GNET classroom serves as sort

16   of their homeroom.  One of the advantages of having a

17   transition site or outpost location is that those

18   students are able to go out to other teachers for

19   classes.  And so at all locations, the students, their

20   homeroom teacher, their caseload manager is -- is the

21   GNET teacher, but they are able to transition away from

22   the GNET classroom to take classes away from -- from

23   GNETS and -- in other classrooms within those buildings.

24         Q    Do you know how many segments of the school day

25   these students spend outside of the classroom designated



1  for GNETS?

2       A    It would vary based on the -- the individual

3  student.  It would just kind of vary based on where --

4  where they are in terms of their progress.

5            But across the board, what we do start off with

6  as a baseline for all students is that at all three

7  levels they at least take their specials, their

8  electives, or I'm just trying to think of the third.  I

9  know specials is elementary.  Middle school is -- I can't

10  remember what they call the electives type, but they at

11  least start off with two segments out, and then based on

12  their progress, they are within the building, they're

13  able to add additional electives.

14       Q   Who determines when a student can transition to

15  take more classes in the transition site?

16       A   Again, it's similar to the triangulation

17  interior process.  The school teams, they meet, and they

18  discuss progress toward IEP goals and objectives, and

19  they just consider the performance of the student, of how

20  the student has been since he has been at that transition

21  site, and they make a determination as a team of what the

22  student is ready for.

23       Q   This last column with the tiers, most of the

24  students listed here appear to be at Tier I, but there is

25  at least one student at Tier II and two students at Tier



1    III; is that correct?

2         A    That's correct.

3         Q    So the students at Tier II, let me rephrase

4    this.

5              For your students at Tier II, are they also

6    able to take classes at these transition sites in general

7    education settings with nondisabled peers?

8         A    Can you say that one more time?

9         Q    Sure.

10             So for the Tier II student who is listed

11   here --

12        A    Uh-huh.

13        Q    -- this is a student who is at the outpost

14   transition site, correct?

15        A    Correct.

16        Q    Is the student in the GNETS classroom all day?

17        A    Because he is Tier II?

18        Q    By virtue of being Tier II.

19        A    No.  The tier placement does not inform or have

20   any bearing on their ability to take classes out.

21             You know, again, the tiers are more about the

22   services that we provide to the student in terms of

23   whether they get art, music therapy, whether they're

24   eligible for equine therapy.  Whether -- you know, it --

25   it just informs what we provide to them.



1       So it doesn't really speak to the types of

2  classes that they're taking at the transition sites.  All

3  of the students at the outpost or transition sites are

4  eligible to take classes away from the program regardless

5  of what their tier placement is.

6       Q    Okay.  So in theory, since I know we don't have

7  the names here --

8       A    Yes.

9       Q    -- a student that has a Tier II designation at

10  an outpost site can take classes that are not

11  GNETS-specific classes?

12      A    Correct.  Because, again, you know, for us, any

13  time we transition a student to an outpost or transition,

14  we like to start off with at least the electives or

15  specials -- connections is what it is -- are their

16  connection classes out from GNETS.

17      Q    And the students are able to receive all of the

18  interventions that are available at the Tier II level

19  here at the outpost location?

20      A    We're able to push in a majority of them.

21  There may be some that we may not be able to do at

22  outpost.

23          For example, like when we are starting equine

24  therapy, so a student at outpost may not be able to

25  participate in equine therapy just based on them being in



1  a traditional school and having that schedule that

2  doesn't necessarily permit for them to be able to go to

3  the center where we do equine therapy.

4      Q   And by "equine therapy," are you referring to

5  horses?

6      A   Yes.

7      Q   Relatedly for Tier III, are those students who

8  are at the outpost locations able to access the

9  interventions and services that are typically available

10  through your GNETS program for Tier III?

11     A   Yes.  And so, you know, I think the example I

12  gave earlier with Tier III students is they're able to

13  have individual sessions with our social workers and also

14  with our -- our contract therapists, and so those

15  therapists go out to the schools to provide those

16  individual sessions there on-site.

17     Q   All right.  Moving to the next tab "LRE

18  Clayton," what -- what does that mean?  What is this tab

19  intended to cover?

20     A   So this is where we -- we like to keep track of

21  students who are -- have transitioned to a less

22  restrictive placement, but at the time last year of this

23  request, we had not transitioned any students because I

24  think the request, as you stated, came like in August or

25  September.



1      Q   And there actually was one student listed here.

2      A   And that may -- may have been a student who was

3   at the end of the previous school year.

4      Q   Okay.

5      A   That was -- was denoted here.  That may have

6   been an error.

7      Q   Okay.  Just to make sure I understand the

8   difference between this and the last tab that we looked

9   at, this -- a student who is listed on this chart as LRE

10   student, is that different from a student who is at one

11   of the outpost or transition sites?

12      A   No.

13      Q   Do you understand why there would have been two

14   different tabs?

15      A   Yes, and actually, I can clarify.

16      Q   Okay.

17      A   And so to answer your previous question, the

18   answer is yes.  What this tab is actually for are for

19   students who have been transitioned back to their home

20   school.

21      Q   Okay.

22      A   So where you see there, that student is

23   actually at Morrow High School, and so we track those

24   students because we do -- when our students are able to

25   go back to their home school, we provide reintegration



1  supports, which means our social worker and a team from

2  our program actually track those students back at their

3  home school.

4        And so in reading this now, this student was

5  able to be exited from GNETS back to their -- their zone

6  school of Morrow High School.

7     Q   Okay.  So at the time of our request, you had

8  one student who exited the GNETS program from the

9  Clayton?

10    A   At that time, yes.

11    Q   Okay.  And what is the significance of the

12 start date and end date columns?

13    A   I'm assuming that was when the student was

14 transitioned.  That -- that is the start date of when the

15 student was transitioned and began their placement in

16 that -- in that less restrictive environment.  And the

17 end date is when we would end our reintegration support

18 that was provided by our team.

19    Q   All right.  Moving to the next tab labeled

20 "Clayton Reintegration," what does Clayton reintegration

21 mean?

22    A   What I was just speaking of in terms of the

23 student being reintegrated.

24    Q   Okay.  How is this tab different from the LRE

25 Clayton tab that we were just looking at?



1      A   They added -- they've added that FTE1 and FTE2,

2   and so I'm not sure what -- what the differences are in

3   those two tabs.

4      Q   There are no students who are listed in this

5   tab --

6      A   Correct.

7      Q   -- for the 2021/2022 school year?

8      A   Correct.

9      Q   The next tab is labeled "Transferred."  What

10  does transferred mean?  And, actually, the full title

11  says "Transferred (Returned Center Based)

12  Students-Clayton."

13     A   So it looks like students who are in the

14  transition site, you know, again, they were placed there

15  based on progress that was made in the center.  And so

16  there are times where students are able to go to the

17  outpost classrooms and they have behavioral challenges or

18  problems, and the IEP team reconvenes and determines the

19  student's not ready, and then at that point they return

20  back to the center.

21     Q   And it looks like there was one student for

22  Clayton who was returned back to the center.  The reason

23  listed here says, "BX concerns-IEP Team Determination."

24         What does that mean?

25     A   There were behavioral concerns, and the IEP



```
 1   team made the determination.
 2        Q   What support or services are typically offered
 3   before a student is transferred back to the GNETS center?
 4        A   At the transition site?
 5        Q   Yes.
 6        A   I would say that the staff that -- that we
 7   assigned to our transition sites are -- are able to
 8   provide behavioral support.  They are able to support the
 9   needs of the students specifically.  And so there's --
10   there IS not like special supports that are provided
11   there at the transition sites, other than what we have
12   built into our programming for our transition sites.
13        Our students who are assigned out into those
14   transition sites, they -- they still receive art and
15   music therapy.  Those therapists push into those school
16   sites, so they still receive those services that a
17   center-based student might receive.  And so with students
18   going to a less restrictive environment, the supports
19   are -- are -- are less because they are in a transition
20   site for LRE.
21        Q   When you say a student has been returned to a
22   center, does that concern you?
23        A   Yeah, it does, for a lot of reasons, you know,
24   especially on behalf and out of concern for the student
25   to figure out, you know, what was going on at that
```



1    transition site for them to have to return.  And that's

2    where Wraparound, mental health, all of those things come

3    into play in terms of supporting students, because

4    sometimes there are issues beyond our scope of -- of

5    understanding or knowing that may either be happening at

6    home or in the community.  But with -- with Wraparound

7    and the mental health supports, it gives us a better,

8    more complete picture of what's going on with the

9    student.

10         But I absolutely do become concerned when

11   students have to return.

12        Q   Let's look at this next tab.  It is titled "Ash

13   Street Center - Clayton Withdrawals (Includes Outposts)."

14         Are these the -- well, at the bottom it says

15   there are 16 Ash Street withdrawals.  Are these the 16

16   students that we discussed at the very beginning who

17   withdrew from the Ash Street Center?

18        A   Yes, that's correct.

19        Q   There is a column here listed as "Reason."

20   What are the reasons that students withdrew, generally?

21        A   You see -- and I can't see the top columns

22   because it's a little -- okay.  Never mind.  I moved it.

23         We had some students who graduated, some

24   students who changed school systems from Clayton to

25   another, some students who were withdrawn due to



1  attendance issues and concerns.  We have some students

2  who were hospitalized.  Some incarcerated and some moved

3  out of state.  Some moved again out of county.

4  Attendance.

5         And so you see various reasons, and then you

6  also see a student who dropped out of school.

7     Q   For the students listed here as graduated, do

8  these students graduate from the GNETS program?

9     A   No.  All of our students graduate from their

10  home, their zone school, and they participate -- if the

11  family and if they choose to, they participate in the

12  graduation ceremony at their -- at their zone school.

13     Q   What type of diplomas do the students who

14  graduate from your GNETS program earn?

15     A   Special ed or general diplomas.  It just -- it

16  varies based on the student and what -- what type of

17  curriculum they are following, whether they are on the

18  adaptive curriculum or the general curriculum.

19     Q   For the 2021 to '22 school year, what was the

20  breakdown of students who received the regular diploma

21  versus the special education diploma?

22     A   Since it's not listed here, I don't -- I don't

23  know.

24     Q   Do you have a rough estimate of what that

25  breakdown --



1            MS. JACKSON:  Object to form.

2       Q    BY MS. HAMILTON:  -- typically would be?

3       A    No, I don't want to guess at it.

4       Q    Would you say all of your students receive

5    regular diplomas?

6       A    No.

7            MS. JACKSON:  Object to form.

8            THE WITNESS:  I would not say that all.

9       Q    BY MS. HAMILTON:  So there is some -- there is

10   some combination of students who receive regular diplomas

11   and some who receive special education diplomas?

12      A    Yes.

13      Q    One of the reasons that you noted is listed

14   here for students withdrawing is because they moved to

15   another school district.  Are students automatically

16   enrolled in another GNETS program when they leave your

17   program?

18      A    I think they are enrolled in a receiving school

19   system based on what the -- what services are listed in

20   their IEP.

21      Q    Does that equate to automatically being

22   enrolled in another GNETS program?

23      A    If at the time of -- of withdrawal that they

24   have GNETS services on their IEP, and so then when they

25   enroll into another school, I would imagine those school



1 | systems would enroll them into a GNET program based on
2 | their current IEP.
3 |     Q   I also note here that there is a student who
4 | was hospitalized.  How common is it that you would have a
5 | student who is placed in a residential treatment facility
6 | or hospital?
7 |     A   It's -- it's pretty common.  The types of
8 | students who would serve in our program do have severe
9 | behavioral health challenges, as well as mental health
10 | issues.  And so it's -- I think it's pretty common that
11 | our students are either hospitalized or placed in a
12 | residential facility just based on what's going on within
13 | the community, probably more so than what's happening at
14 | school.  But, you know, it's pretty common.
15 |     Q   All right.  Moving to the next tier -- I'm
16 | sorry, the next tab, this one is labeled "JB Henderson -
17 | Henry County Students."  And it appears there is 26
18 | students who were served during that 2021 to '22 school
19 | year; is that correct?
20 |     A   That number is actually at current enrollment.
21 | That wasn't the total number of students served during
22 | the year.
23 |     Q   Okay.
24 |     A   And so at the time that this document was
25 | produced, that was the number of students at that point



1  in the school year.

2       Q   Okay.  Did that number change as the school

3  year went on?

4       A   I would imagine so.

5       Q   Do you know if it increased or decreased?

6       A   Well, it couldn't decrease, because once we

7  served them, but I would imagine that it would have

8  increased due to either moving students or students who

9  were placed within the program.

10      Q   What were the grades -- what was the range of

11  grades that were served at this point in time for the J B

12  Henderson Center?

13      A   I see grades 3 through 12.

14      Q   And how would you describe the breakdown of the

15  disability categories or exceptionalities among Henry

16  County students?

17      A   Well, we serve EBD, autism, OHI, MID students.

18      Q   And, again, you should feel free to scroll up

19  and down if you can't see the full screen.

20      A   And -- and one MOID student.

21          (Court reporter clarification.)

22      Q   BY MS. HAMILTON:  Under -- the J B Henderson

23  Center in Henry County serves students at all three tier

24  levels?

25      A   Yes.



1     Q   All right.  Let's go to the next tab.

2         This tab is titled "J B Henderson - Henry

3    Reintegration Students," and there is one student listed

4    here.  And it also looks like it says school WHS.  What

5    does it mean that you had one Henry County student who

6    was reintegrated?

7     A   At the time that this document was produced,

8    there was one student who had transitioned back to their

9    zoned school.

10    Q   And, to be clear, earlier you had noted that

11   Henry County does not have a transition or outpost site.

12   Is that --

13    A   That's correct.

14    Q   -- correct?

15    A   Yes.

16    Q   Okay.  All right.  Let's look at the next tab,

17   "Henry Withdrawals."  And it says there are 12 students

18   who withdrew.  Are these the 12 Henry County students

19   that we discussed earlier who had withdrawn from the

20   GNETS program?

21    A   Yes, that's correct.

22    Q   Okay.  And what are the reasons that these

23   students withdrew from the program?

24    A   We had a -- a death of a student, a student

25   transitioned to home school, lack of attendance, a



1  student who moved out of county, a student who

2  transitioned to home school.  A student moves out of

3  state.  Another home school student, out of district, out

4  of state.  A student transitioned back to -- to their

5  zoned school, and then a student who was expelled from --

6  from school.

7      Q   For the instance listed here where the reason

8  is listed as death, did the student's death occur at

9  school or in any connection -- have any connection to the

10  school?

11      A   No.  It occurred during the summer when school

12  was out of session.  It occurred within the community,

13  and it was not related to the program or our school.

14      Q   Another reason that you noted that's listed

15  here is expulsion.  Does GNETS expel students?

16      A    No.  The student was referred to the LEA for

17  their discipline processes, and a determination was made

18  that that student infraction was not one manifestation of

19  their disability and that the LEA made the determination

20  for that.

21      Q   All right.  And let's look at the last tab

22  here.  It is labeled "SMP Returned Withdrawals - Clayton

23  and Henry County."  What does "SMP Returned Withdrawals"

24  mean?

25      A   We do have sometimes where students will move



1  outside of our program, but then they might return.  And

2  so apparently at this time we did not have any students

3  who were previously -- previously with us to withdraw and

4  then also to return.

5      Q   All right.  Thank you.  I'm going to stop

6  sharing my screen.  And if you need to move that, feel

7  free to move the computer again.

8      A   All right.  Thank you.

9      Q   All right.  So switching gears a bit, is

10 transportation provided for students who attend the South

11 Metro GNETS locations?

12     A   Yes.

13     Q   Who provides that transportation?

14     A   The LEA.

15     Q   What is the typical length of a student bus

16 ride for students in your program?

17     A   I don't know.

18     Q   Do you have a rough estimate of how long your

19 students spend on the bus?

20         MS. JACKSON:  Object to form.

21         THE WITNESS:  No, I don't.

22     Q   BY MS. HAMILTON:  Who from your program would

23 have knowledge of information related to transportation

24 and bus routes?

25     A   The transportation department in each LEA.



DERRICK GILCHRIST                                September 29, 2022
UNITED STATES vs STATE OF GEORGIA                            100

 1      Q   Is there anyone in the GNETS program who would
 2   monitor that information?
 3      A   The length of bus rides for students, no.
 4      Q   As a GNETS director, would you have concerns if
 5   you had students who were riding the bus more than an
 6   hour and a half a day?
 7          MS. JACKSON:  Object to the form.
 8          THE WITNESS:  Yes.
 9      Q   BY MS. HAMILTON:  Would you have any way of
10   finding out how long -- like if you have students who are
11   riding the bus for those lengths of time?
12      A   The transportation department.
13          MS. JACKSON:  Object to form on that one, too.
14      Q   BY MS. HAMILTON:  Has the transportation
15   department ever raised any concerns with you regarding
16   the length of the bus routes?
17      A   No.
18      Q   You don't currently know if you have students
19   who could be riding the bus more than 90 minutes a day?
20          MS. JACKSON:  Object to form.
21          THE WITNESS:  No, I don't have any information
22   about the length of bus rides for students, and we've
23   never received any complaints.
24          MS. JACKSON:  If we could take a break, I see
25   his food has arrived.



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    101

1              MS. HAMILTON:  Okay.  Can we go off the record?

2              THE VIDEOGRAPHER:  Going off the record at

3     11:57.

4              (The deposition was at recess from 11:57 a.m.

5     to 1:00 p.m.)

6              THE VIDEOGRAPHER:  We are back on the record at

7     1 o'clock.

8         Q    BY MS. HAMILTON:  Mr. Gilchrist, do you review

9     data regarding the average length of time that students

10    are enrolled in the South Metro GNETS program?

11        A    No.

12        Q    Does your program collect data regarding the

13    average length of time that students are enrolled in the

14    South Metro program?

15        A    No.

16        Q    Is that data that you would find helpful in

17    understanding how to serve your students?

18             MS. JACKSON:  Object to form.

19             THE WITNESS:  I don't think so because progress

20    toward behavioral changes, mental health status are so

21    individualized.  Looking at data in terms of average

22    length of -- of placement, I don't think that would be

23    useful because that is such an individualized kind of

24    perspective or thing.

25        Q    BY MS. HAMILTON:  Earlier in the deposition we



```
 1   were looking at one of the GNETS centers, and there had

 2   been one student who had transitioned to a general

 3   education setting.  Do you remember that?

 4        A    Yes.

 5        Q    In that program, do you have concerns that you

 6   don't have more students transitioning?

 7             MS. JACKSON:  Object to form.

 8             THE WITNESS:  No.  Based on when -- when that

 9   data was generated, with it being at the beginning of the

10   school year, that period of point in time doesn't

11   necessarily concern me.

12        Q    BY MS. HAMILTON:  How many students typically

13   transition during a school year?

14        A    It varies, you know, just based on students and

15   their individual progress.

16        Q    And earlier in the deposition you had mentioned

17   one of the main goals of your program was for your

18   students to be able to transition back to the L- -- to

19   the LRE.  How do you know if you're meeting that goal?

20        A    I think based on just our -- our review of the

21   students that we have, and, you know, from year to year

22   what has transpired during that school year is kind of, I

23   guess the perspective that would lend -- lend itself to,

24   you know, a determination of whether or not we've kind of

25   met what we've -- we've set out to do.  We don't
```



1  establish a number or a percentage or -- or anything like

2  that in terms of being a metric for our success.

3        You know, again, we look at each case on an

4  individual case-by-case basis.

5     Q    Does your program keep attendance records of

6  what students attend every day?

7     A    Both of the LEAs that we serve utilize the

8  Infinite Campus student information system platform, and

9  so all student attendance is recorded there.  And so just

10  like with any other student in either of those LEAs,

11  their attendance information and data is stored there.

12    Q    Do you review this information?

13    A    We -- we don't review student attendance unless

14  it becomes a problem based on each of the LEAs'

15  attendance policies.

16    Q    And you mentioned that it goes into this

17  information system.  Who -- are there any State agencies

18  that receive that data through the system?

19    A    With Infinite Campus, I'm not sure who has

20  access to it.  That is just the platform that each of

21  those LEAs is using.  So, we -- we're just using the

22  platform that the LEAs use for all of their students.

23    Q    Do you ever discuss the attendance data with

24  anyone from the State DOE?

25    A    No.



1      Q    Do your attendance rates affect funding that

2   you receive from the State DOE in any way?

3      A    To my knowledge, attend- -- attendance rates

4   does not impact funding.

5      Q    Does the number of students enrolled in the

6   program affect funding?

7      A    The total number of students served does impact

8   the funding.

9      Q    But, just to be clear, if you had, for example,

10   a 60 percent attendance rate, that would not directly

11   impact your funding?

12      A    To my --

13          MS. JACKSON:  Object to form.

14          THE WITNESS:  To my knowledge, it doesn't.

15   I -- I don't know.

16          (Court reporter clarification.)

17      Q    BY MS. HAMILTON:  Earlier when we were looking

18   at the spreadsheet, I had asked you if your program has

19   any standard exit or transition criteria for your

20   program.  And if I recall correctly, you don't have

21   specific exit criteria; is that correct?

22      A    Not specific exit criteria.  I believe it's in

23   alignment with all students in the state with IEPs.  You

24   know, their progress and placement of services and

25   programs is dependent upon their IEP goals and



1   objectives.

2          MS. HAMILTON:  I'd like to have the court

3   reporter mark this document as Plaintiff's Exhibit 450.

4          (Plaintiff's Exhibit 450 was marked for

5   identification.)

6      Q   BY MS. HAMILTON:  You have just been handed

7   Plaintiff's Exhibit 450, and this document is titled

8   "Guidance and Planning Document for Student Reintegration

9   from South Metro GNETS to LRE in Clayton County and Henry

10  County."  This is a document that we received from the

11  South Metro program in response to the United States

12  subpoena.

13         Do you -- if you need a minute to look at it,

14  feel free and let me know when you're ready.

15     A   No, ma'am, I don't.

16     Q   Do you recognize this document?

17     A   Yes, I do.

18     Q   What is it?

19     A   It's the document that we use to kind of

20  outline reintegration processes for students who are in

21  our program.

22     Q   Okay.  Who created this document?

23     A   It was actually taken from a template that was

24  provided by the Department of Education.

25     Q   And did you receive any guidance from the State



1  Department of Education in the form of training related

2  to how to implement or use this form?

3       A    There was not a specific training related to

4  reintegration.

5       Q    If you turn to the second page, you will see a

6  chart that is labeled "Student Reintegration Flow Chart."

7            Do you see that?

8       A    Yes.

9       Q    And at a high level, can you just explain to

10 us, what is the process for a student who is being

11 reintegrated?

12      A    So when -- when students make progress toward

13 mastering the IEP goals and objectives that are within

14 their IEP, IEP teams are convened to review the student

15 data, information and progress and to make a

16 determination of whether or not the student is -- is

17 ready to transition.

18           As we discussed earlier, Clayton County has the

19 option of transition sites to transition students LRE,

20 and then Henry County has the -- the option of convening

21 to discuss modifying the day for the student to return

22 back to their home school.

23      Q    All right.  And it looks like the fourth one

24 here says, "The IEP team establishes new goals and

25 objectives and complete the student's reintegration



1    plan."

2          On this next page there is a document titled

3    "Student Reintegration Plan."  Is this what is being

4    referred to?

5          A    Yes, ma'am.

6          Q    Okay.  Who completes this form?

7          A    Generally, the -- the case manager will develop

8    and create this plan in the actual meeting, so it's not

9    something that's done beforehand, with input from the IEP

10   team members to include their input of what supports may

11   be needed or necessary for a student to be re- --

12   reintegrated.

13         (Sneezing.)

14         THE WITNESS:  Bless you.

15         Q    BY MS. HAMILTON:  Are there any scenarios where

16   a student would be reintegrated in one of these

17   transition sites and be in the GNETS classroom for the

18   entire school day?

19         A    There -- there could potentially be a situation

20   or a scenario where a student may not have those

21   connections, specials or electives out.

22         Q    What would be the reason for that?

23         A    It could be concerns with student transitioning

24   within the building.  It could be -- I guess in general,

25   it could be something related to the actual performance



1   of the student.

2       Q   Can a student's integration into these other

3   classes change during the time that they're at the

4   transition site?

5       A   Yes.

6       Q   And earlier you had mentioned that most, if not

7   all, of the Tier I, Tier II, and Tier III supports in the

8   GNETS program can be available to students when they're

9   in the transition locations; is that correct?

10      A   Yes.

11      Q   I want to turn back to this first page, and if

12  you look at the second to last bullet point, it starts

13  with, "If necessary."

14      A   Uh-huh.

15      Q   It reads, "If necessary, inform community

16  agencies/mental health providers of the student's

17  transition into a less restrictive setting to ensure

18  there is no gap in mental health services."

19          It then goes on to say, "ACES (CCPS only) and

20  Apex providers should be included in the reintegration

21  process for students receiving mental health services at

22  South Metro GNETS."

23          Can you explain generally what the expectation

24  is for the provision of services for these community

25  agencies and mental health providers?



1        A    Can you kind of restate that or?

2        Q    Sure.  I'm just trying to better understand

3   what this bullet point is saying.

4             So what is the expectation when you're saying

5   inform the agencies and providers?  What are you

6   expecting them to be doing?

7        A    Well, the expectation is that the services are

8   not disrupted and that the services continue as they were

9   assigned while they were in the center.  And so we expect

10  for our therapists to provide provisional services for

11  the student no matter where they are.

12       Q    So the services that would have been available

13  in the South Metro GNETS centers would also be available

14  in the transition locations?

15       A    They would push into, yes, those transition

16  sites.

17       Q    Okay.  What is ACES, A-C-E-S?

18       A    That is an acronym for the -- the mental health

19  program that was in Clayton County, and it actually has

20  been renamed Sparks.  And that is a collaboration between

21  the LEA with DBHDD and community mental health providers,

22  in addition to the GNETS therapist.

23            So there is a pool of therapists that the

24  district is able to refer students who need mental health

25  services and support through what was formerly called



1   ACES into now what is called Sparks.

2       Q   Okay.  And your -- can your program refer GNETS

3   students to receive services through ACES, now known as

4   Sparks?

5       A   Yes.  And, again, our therapists are actually a

6   part of the pool of therapists, so we provision those

7   services as part of that model, so we're a part of the

8   Sparks model.  So, yes.

9       Q   Okay.  So even -- just to make sure I

10  understand, do your students in the GNETS centers also

11  have access to the therapists who are part of the ACES or

12  Sparks program?

13      A   I think probably a better way of saying it is

14  that the Sparks program model has access to our

15  therapists.  Our therapists obviously because they are

16  integrated within our program, they serve our students

17  through our ITS program, which is intensive therapeutic

18  supports, but we also partner with the LEA to provision

19  and to provide access to our therapists through MTSS, RTI

20  for other students in the county with our therapists

21  through the FTS, which is a flexible therapeutic supports

22  model.

23          And then we also on a consult basis provide

24  support to special ed students who are not assigned to

25  GNETS, again, the same services through CTS, which is our



 1  consultative therapeutic support.  So we're actually

 2  supporting the entire district with our therapists.

 3      Q   Okay.  And I'm gonna just make sure I have all

 4  of these acronyms correctly.

 5          So you said ITS, that's intensive therapeutic

 6  support?

 7      A   And that is strictly for students who are

 8  enrolled in a GNET program.

 9      Q   And is that the same as the Wraparound program

10  that you mentioned earlier?

11      A   It's separate.

12      Q   That's separate.

13          (Court reporter clarification.)

14      Q   BY MS. HAMILTON:  And then you also mentioned

15  MTSS.  What does that stand for?

16      A   Well, MTSS/RTI is where the FTS supports come

17  into play.  So through the -- the MTSS/RTI process,

18  they're able to resper- -- refer through a Sparks model

19  to the GNET therapist to receive mental health services.

20      Q   Okay.  And what do those stand for?  MTSS?

21      A   Multi-tiers of student support.

22      Q   And RTI?

23      A   Response to intervention.

24      Q   And then FTS?

25      A   Flexible therapeutic supports.



1    Q    And we're gonna come back to these in a -- in a

2    moment, but I just want to make sure I have the acronyms

3    correct.

4         And then in your reintegration guidance you

5    also mentioned Apex providers.  What is Apex?

6    A    I don't know what the acronym Apex stands for,

7    but it is a -- a State program where mental health

8    providers are integrated into schools.

9    Q    And how is this different from Sparks or ACES?

10   Is it different because it's a State program?

11        MS. JACKSON:  Object to form.

12        THE WITNESS:  It's -- it's not different

13   because they're not comparable.  Apex is actually just

14   the program that allows Sparks to bring in certain

15   therapists.

16   Q    BY MS. HAMILTON:  Are students in your GNETS

17   program able to access Apex services when they're being

18   re- -- reintegrated?

19   A    Because we have our own therapists, we have not

20   attempted to refer through Apex.  And that's, you know,

21   primarily because we have our own therapists.

22   Q    Do you know whether Apex services are available

23   to GNETS students?

24   A    I don't have any information or knowledge about

25   that.



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                               113

1        Q    Have you ever used Apex services for students

2    in your GNETS centers?

3        A    No.

4        Q    If you can turn to the third page of this

5    exhibit, there is a row listed here -- basically, this

6    shows -- it says, "Services or resources from GNETS or

7    LEA to support the student throughout the reintegration

8    period," and then there is several rows that give

9    examples of the services.

10            The last row says, "Behavioral/SEL supports,"

11   and we're going to talk more about what each of these are

12   individually later.  But I just want to confirm, with all

13   of the supports listed here, are all of these services or

14   resources available to students who are being

15   reintegrated?

16       A    They are available -- they are available to --

17   to those students who are being reintegrated through GNET

18   staff and personnel.

19       Q    Okay.

20       A    And also the staff and personnel that are

21   within the school.

22       Q    And then on the next page, the very last row

23   says "Community Supports," and it lists Wraparound

24   services, mental health provider, Apex, LIPT, psychiatric

25   services.  I know you said a moment ago you-all aren't



 1  using Apex.  That aside, are all of these other community

 2  supports available to students who are being

 3  reintegrated?

 4      A   Yes.

 5      Q   What are your views on providing students with

 6  school-based mental health services in schools?

 7      A   To me, it makes sense to make available to

 8  students to -- to families mental health services through

 9  school systems.  I feel like it's a more wholistic

10  approach that lends itself to yielding better, greater

11  results with helping children who are struggling with

12  mental illness.  And so I -- you know, I support a model

13  where those services can be effectively integrated.

14      Q   And you've mentioned a number of times that the

15  South Metro GNETS program implemented a Wraparound

16  program, correct?

17      A   Yes.

18      Q   What does the term "Wraparound" mean?

19      A   It's a program that provides supports in all

20  areas of a student, of their -- of their life.  And so

21  essentially pretty much wrapping around supports that are

22  able to impact the student or the child, not only during

23  the school day, but beyond school day and into the

24  community.

25      Q   How did the South Metro Wraparound program come



1  into existence?

2      A    I attended a conference.  Again, I referenced a

3  conference that I attended at the University of Maryland,

4  where they highlighted the -- the model, the High

5  Fidelity Wraparound model, and it made sense.  It made

6  sense to me based on previous experience in terms of what

7  I had observed and seen within the community as a mental

8  health provider part-time in the evening, understanding

9  and knowing the challenges that, you know, students face

10  in regards to family dynamics.  I know parents struggle

11  sometimes when you talk about children or students who

12  have high levels of needs.

13          And so it made sense to me to have a greater

14  impact and to be more effective with sort of what we were

15  doing within our program that we -- we implement this

16  program to help support the families with meeting the

17  needs of the students.

18      Q    When was the South Metro Wraparound program

19  started?

20      A    I -- I want to say 2016/2017 school year.

21      Q    Did any other GNETS programs have a similar

22  Wraparound program at the time?

23      A    No, not to my knowledge.

24      Q    What was the original purpose of the Wraparound

25  program at your -- in your program?



 1      A    When you say "the original purpose," what do

 2   you mean?

 3      Q    Did you have specific goals or a vision for how

 4   the program would operate?

 5      A    The main thing with the High Fidelity

 6   Wraparound model is that there is -- and the reason why

 7   Georgia State provides technical support is that it's a

 8   model that is very specific with the criteria of how it's

 9   supposed to be implemented.

10           So the primary thing that really attracted me

11   to that model was the -- the family involvement piece

12   where within the Wraparound model, our Wraparound

13   coordinators or providers would develop a family

14   treatment plan or a family team plan and bring all of the

15   services and supports that are necessary to effectively,

16   you know, support a student or a family to the table and

17   to assign them specific roles that could be followed,

18   discussed, monitored for progress.  And so it was just

19   really more of a structured, formalized way of sitting

20   down and providing support.

21           And so, again, with knowing that our parents

22   sometimes struggle managing all the different components

23   and pieces that are -- that either may be in place or

24   services and resources that they don't know about or

25   don't have access to but they need, it just made sense to



1    me to create a -- a situation or an environment where

2    everyone could be at the table having conversation

3    working from one plan, again from a wholistic view on

4    serving and supporting students and families.

5         Q    Do you have any other goals or objectives in

6    implementing the program?

7         A    Essentially, you know, the -- the overarching

8    and the main goal is really just to be able to create a

9    system that looks at children and students and families

10   as a whole and to reduce some of the barriers between the

11   inner agency divisions that occur, you know, mental

12   health, DBHDD is separate from DOE, you know, which is

13   kind of separate from the Social Services network.

14        And so there are gaps or a disconnect in that

15   all agencies don't always operate from the same sheet of

16   music, if you will.  And so the goal is really just to

17   create a more seamless wholistic approach to supporting.

18   And so that was what the -- the initial kind of vision

19   and goal was.

20        Q    In creating the program, did you have any goals

21   of improving student outcomes?

22        A    Absolutely.  And so with that wholistic

23   approach, the thought is that, you know, you would

24   improve academic performance, improve attendance, improve

25   family functioning, improve impacts on the community, and



1   just the -- from a -- from a broader perspective, just

2   the outcomes for -- for children.

3        Q    You mentioned earlier that View Point Health

4   was involved in the program; is that correct?

5        A    Yes.

6        Q    What is View Point Health?

7        A    They are a Community Service Board.

8        Q    And what is a Community Service Board?

9        A    I -- I'm probably not the person to define or

10  describe what the CSBs are and how they operate, but

11  essentially they're a service provider that provides

12  various mental health services to the -- to the local

13  community.

14       Q    Okay.  Why did you partner with them

15  specifically?

16       A    Because we -- we had partnership and a linkage

17  when we started off with Wraparound.  There are two CMEs

18  in the State of Georgia that actually are sanctioned to

19  provide and support the High Fidelity Wraparound model.

20  And so we began our partnership through the High Fidelity

21  Wraparound model, and we just kind of expanded from there

22  into adding therapists and beginning the whole process of

23  integrating the therapists within our program.

24       Q    And what was their specific role in rolling out

25  this program?



1          A    They essentially collaborated with us on

2    providing us direct access to therapists who their

3    full-time job, duty and responsibilities are aligned with

4    serving the students that we refer through our ITS, FTS

5    and CTS, and so that's all that they do.  They don't have

6    other responsibilities or assume or take on other cases

7    outside of what South Metro provides them with.

8               And, again, with partnering with them, it sort

9    of gives us a broader perspective of challenges, mental

10   health issues, treatment plan processes, just being able

11   to serve and support students.

12              Our staff has access to some information, not

13   all information in regards to their treatment, but the

14   information that they do have access to helps them in a

15   classroom setting be able to support the students.

16              And it's also -- we -- we use them also in the

17   -- in the scope of professional learning and development,

18   and so they generally provide professional development

19   opportunities and explaining to our staff certain mental

20   health diagnoses, what those diagnoses may look like

21   within children, how it may externalize itself in a

22   school setting.

23              And it's just, you know, across the board is

24   kind of giving us a better understanding just of the

25   mental health diagnoses that our students have.  And it's



 1  just a tool that we use to -- to inform our staff,

 2  because at the end of the day, the staff are really the

 3  important people in supporting in the day-to-day

 4  operations or -- or perspective.  And so they provide

 5  those professional development opportunities as well.

 6      Q   How many therapists and other staff does View

 7  Point Health provide to your program?

 8      A   Well, right now, they're -- they only provide

 9  the four therapists that we have.

10      Q   Has that number changed over time?

11      A   No.  It's been the same since we started.

12      Q   When you began the Wraparound program, I

13  believe you mentioned that you also work closely with the

14  Center of Excellence for Children's Behavioral Health at

15  Georgia State University; is that correct?

16      A   So they provided us -- at the initial stage of

17  implementation, they provided us with the technical

18  assistance with our implementation of it, and so we don't

19  currently have a MOU or contract with them beyond that

20  initial stage.

21      Q   Okay.  When you say technical -- "technical

22  assistance," what did that include?

23      A   So they trained us on the processes, the steps.

24  They trained us on what High Fidelity, what the High

25  Fidelity model was.  They monitored, sort of, our



 1  activities.  I referenced earlier the family team plan.

 2  They just monitored to make sure we were operating and

 3  implementing with Fidelity.

 4         And then they also administered a -- a family

 5  survey at the end of the -- the Wraparound period for

 6  each family to just gather data and determine -- make

 7  determinations of family perspective and, you know, what

 8  they thought about it.

 9      Q   How is your Wraparound program funded?

10      A   Currently, we're funding it through our -- our

11  grant, through the grant for GNETS.

12      Q   And when you say "grant for GNETS" --

13      A   So --

14      Q   -- I'm not familiar with --

15      A   So -- so, you know, we receive a State and

16  federal grant, and so that -- that program, that position

17  now is funded through our grant.

18         Initially, View Point, at no cost or no charge,

19  provided us with the Wraparound coordinators.  And so

20  there was no initial cost to implementation initially.

21      Q   How did View Point Health cover the expense of

22  being able to provide coordinators to you-all at no

23  expense?

24      A   I don't know.

25      Q   Okay.  And how long were they able to provide



1  coordinators at no expense to your program?

2      A   I believe that -- that lasted for four school

3  years.

4      Q   Since that point, you've been using the State

5  GNETS grant funding to cover the costs?

6      A   Yes.  Our grant funds, yes.

7      Q   Are those funds at any GNETS program that

8  have -- that could be put toward these purposes?

9          MS. JACKSON:  Object to form.

10         THE WITNESS:  So all -- all programs receive

11 the same grants.  It's up to the directors to sort of

12 build that within their budget, and so we've been able to

13 do that.

14     Q   BY MS. HAMILTON:  So to make sure I understand,

15 some -- some of the funding is discretionary, and you've

16 been able to put that funding toward the Wraparound

17 program?

18     A   I --

19         MS. JACKSON:  Object to form.

20         THE WITNESS:  I wouldn't call it discretionary.

21 You know, we receive funds to secure staff, and so part

22 of the staff that I elected to spend funds on were the

23 Wraparound coordinator.

24         MS. HAMILTON:  I'm handing the court reporter a

25 document that I would like to have marked as Plaintiff's



1   Exhibit 451.

2           (Plaintiff's Exhibit 451 was marked for

3   identification.)

4       Q   BY MS. HAMILTON:  Mr. Gilchrist, Plaintiff's

5   Exhibit 451 has a title of "South Metro GNETS and View

6   Point Health High Fidelity Wraparound."  This is another

7   document that the United States received from the South

8   Metro program in response to our subpoena.

9           Do you recognize this document?

10      A   Yes.

11      Q   What is it?

12      A   It's a description of our High Fidelity

13  Wraparound program.

14      Q   When was this document created?

15      A   I -- I believe it was created when we initiated

16  the program.

17      Q   When would that have been?

18      A   2016/2017 is what I remember as being the first

19  year.

20      Q   Okay.  So I want to talk through in more detail

21  what the steps -- talk through the steps of the

22  Wraparound program.  So I'd like to turn to the second

23  page.  This is called the Collaborative Wraparound

24  Flowchart --

25      A   Yes.



1      Q    -- for South Metro GNETS and View Point Health.

2           So the first section, it looks like, it's

3    talking about the referral process.  Can you just

4    summarize for us, what is the process for which a student

5    gets referred to the Wraparound program?

6      A    Well, it used to be -- it used to be before we

7    had the internal staff.  Now because they're an employee

8    with us, it's a little bit different.

9           But, essentially, a student is identified as a

10   potential candidate for Wraparound and could benefit, you

11   know, again, through our data triangulation.  And so this

12   is a Tier III support that we offer.

13          Once the student is identified, the social

14   worker, in conjunction with View Point Health, would

15   reach out to the family, explain and describe the program

16   to them, and ask them if they were interested in

17   participating.  And so, you know, families would either

18   select to participate or they would decline.

19     Q    Was it an option for all students receiving

20   Tier III level services?

21     A    Yes.

22     Q    Was it ever provided to students who were

23   receiving Tier II or Tier I services?

24     A    Yes.  We -- we -- we could and would refer out

25   for students at other tier levels just based on and



1   identify a need.

2      Q   All right.  And then I want to skip down a bit

3   because you were explaining some of these other steps, to

4   the third bubble where it says, "Following verification,

5   View Point Health Care Coordinator facilitates an initial

6   Child & Family Team Meeting (CFTM) to develop an Action

7   Plan."

8            Who are all of the people who are involved in a

9   CFTM meeting?

10     A   So, first and foremost, is the family.  One of

11  the things, again, that kind of drew me to the High

12  Fidelity Wraparound model is that it's a family choice

13  model where the family has to be willing to be engaged

14  with the program, and so the family is the first

15  participant.

16           The coordinator is the second, pretty standard

17  participant, and then a representative from our program,

18  whether that be the social worker or it could have been a

19  program administrator would be the three standing

20  members.

21           And then the other members would be based on

22  current services that this -- this child and family were

23  receiving, or any suggested resources that were

24  identified, they would be participants within that

25  meeting as well.



1    Q    All right.  This next bubble then says that the

2    "View Point Health Care Coordinators will contact the

3    student and family weekly to coordinate care and support

4    activities and identify additional resources to meet the

5    needs of the student and family."

6         Can you explain what that looks like in

7    practice?

8    A    So, essentially, it's reaching out to the

9    family to do sort of an interview, just gathering

10   information of what the parent concerns might be, what

11   the -- the parent views as being the issue for the

12   student or for the family.  And so they would identify

13   just, you know, through that interview process whatever

14   the family member or guardian identified as being a need.

15        And so then from there, the coordinators and

16   the value of those coordinators is they are skilled in

17   knowing resources that are available locally and sort of

18   just knowing what's out there.  And then based on that

19   needs assessment, they would reach out to the various

20   resources and engage them on this team to support the

21   family.

22   Q    And then it sounds like, just looking at this

23   next step, every 30 days there would be a child and

24   family team meeting --

25   A    Yes.



1        Q    -- to reconvene?

2             Okay.  How does the student exit from the

3    Wraparound program?

4        A    Well, as it states on the flowchart, like,

5    whenever they met the goals within the action plan, the

6    family requests to be discharged, or, you know, if the

7    student transfers to another service, that is warranted.

8        Q    What are the goals that students would have to

9    meet in order to exit from the program?

10       A    From the Wraparound program?

11       Q    Yes.

12       A    So it's the items that are listed on that

13   action plan, and it would be individualized based on the

14   supports that were determined to be needed at that

15   interview.

16       Q    Are these individualized action plans?

17       A    Yes.

18       Q    Has this general process looked similar

19   throughout the programs and since the program's

20   inception?

21       A    Yes.

22       Q    Have there been any significant changes that

23   have occurred?

24       A    Well, the one we discussed earlier.  Instead of

25   the individual kind of operating through View Point, we



 1  now have a person that's embedded within our program that

 2  is trained and able to provide this High Fidelity model,

 3  and so now it's -- it's more internal within our program.

 4      Q    What is that person's name?

 5      A    Joi Whitaker-Wilson.

 6      Q    What is her official title?

 7      A    Community parent liaison.

 8      Q    And her position is funded through the

 9  State's -- State's GNETS grant?

10      A    Yes.

11      Q    All right.  I want to transition to talk about

12  the role of the State agencies in supporting programs

13  like yours and getting initiatives like this off the

14  ground.

15          What support, if any, did the State DOE provide

16  when you initially launched the Wraparound program?

17      A    Funding -- well, initially, there was not

18  really any support.  It was just kind of an idea, an

19  initiative that we started.  And so we -- we rolled it

20  out and we implemented it, and we've been carrying and

21  moving forward with it without even necessarily any

22  support from --

23          Did you ask about DOE, what --

24      Q    Yes.

25      A    -- agency?



1     Q    DOE specifically.

2     A    Yes.

3     Q    At the beginning did the State DOE provide any

4   funding?

5     A    No, because initially again View Point provided

6   the coordinators.

7     Q    Also at the beginning, did DOE have any

8   examples or models to share on how to implement the

9   Wraparound program in GNETS?

10     A    No.

11     Q    What support, if any, did DBHDD provide when

12   you initially launched the Wraparound program?

13     A    I believe that there was a connection between

14   View Point and DBHDD in terms of provisioning the

15   coordinators, and I'm not really sure of the details of

16   their involvement with View Point.  But directly to the

17   program there was not any support directly from DBHDD.

18     Q    And when you started the program, were you able

19   to obtain any examples or models of how to implement a

20   Wraparound program from DBHDD?

21     A    Not from DBHDD.  All of the models, examples,

22   training, support, all of that came from Georgia State

23   University.

24          MS. HAMILTON:  I'm handing the court reporter

25   what I'd like to have marked as Plaintiff's Exhibit 452.



1        (Plaintiff's Exhibit 452 was marked for
2    identification.)
3        Q    BY MS. HAMILTON:  This document has an initial
4    first page that is Bates-stamped GA00040636.  This is a
5    February 15th, 2016 e-mail that Derrick Gilchrist sent to
6    Nakeba Rahming with the subject "Partnership with DBHDD."
7        I'll give you a moment to look at it.  Let me
8    know when you're ready.
9        A    I'm ready.
10       Q    Okay.  Do you recognize this e-mail?
11       A    Yes, I do.
12       Q    What was this e-mail about?
13       A    Just wanting to share ideas that I have about
14    partnering with other agencies to just enhance services
15    and create something that may have been a little bit more
16    effective and efficient in supporting.
17       And I think this e-mail was specifically after
18    I had attended the -- the conference, and the dates, you
19    know, it's been a few years ago, so I don't exactly
20    remember kind of the timeline of how that occurred, but I
21    believe this was after I attended the conference and, you
22    know, I -- I became interested in implementing the
23    Wraparound program, and I saw value in kind of, you know,
24    what -- what the potential could be with a collaboration
25    like this.



1      Q    And I just want to read this first part here.

2   You say, "Good morning, Nakeba.  You mentioned last week

3   an upcoming meeting with DBHDD and your interest in

4   hearing ideas or receiving information about how a

5   potential partnership with this other State agency might

6   look."

7            When you say that she mentioned last week that

8   there was going to be an upcoming meeting with DBHDD,

9   where -- what was the context for where you would have

10  heard that?

11     A    No idea.

12           MS. JACKSON:  Object to form.

13           THE WITNESS:  No idea.  I don't know if that

14  was in a meeting.  And again, keep in mind the timeline.

15  I think this was around the time we were developing a

16  strategic plan.  So I don't know if -- if it occurred in

17  the context or scope of one of those meetings, but, you

18  know, the thing about Nakeba was, I do know she was from

19  Florida, and so she was interested in helping to refine

20  and improve the model.  And so, you know, I know she had

21  stated she was just interested in -- in hearing ideas.

22     Q    BY MS. HAMILTON:  What was your understanding

23  of the partnership that Ms. Rahming was trying to develop

24  with DBHDD?

25           A    At one point in time she had us attend a



1   meeting that I think was -- it was about Apex and SAMHSA.

2   And when I say "us," it wasn't all of the GNET directors.

3   There were a few select directors.  I was one of the

4   ones, and it may have just been individuals who were on

5   the committee to develop the strategic plan but we

6   attended a meeting in regards to Apex and SAMHSA funding.

7          (Court reporter clarification.)

8       Q   BY MS. HAMILTON:  And you were saying that you

9   sent this e-mail -- the time when you sent this e-mail

10  would have been around the time that you were also

11  developing the South Metro GNETS Wraparound program?

12      A   It could have been, but I don't -- it's hard

13  for me to remember exactly how all of that unfolded.

14      Q   Did you have any opportunities to meet with

15  Ms. Rahming to share your ideas?

16      A   And I -- I don't remember if we met.  I believe

17  we did have a phone call conversation that I shared with

18  her my experience at the conference and some ideas of how

19  we could become more clinical and therapeutic as a

20  network.  And I don't -- but I don't remember, you know,

21  kind of where the conversation went from there.

22      Q   And why would a partnership between the State

23  DOE and DBHDD have been beneficial to the GNETS program?

24      A   You know, I think the initial purpose and

25  charge of GNETS was to be therapeutic and clinical in



 1  nature in supporting children when it was initially

 2  founded in the '70s.  And, obviously, DBHDD is the agency

 3  that oversees mental health services within the State.

 4  And so it just seemed logical to me that a program that

 5  was designed or intended to be really therapeutic and --

 6  and clinical should have some collaboration or connection

 7  with or partnership with the agency that is -- that was

 8  designed and created to oversee mental health.

 9          MS. HAMILTON:  I am handing the court reporter

10  a document that I'd like to have marked as Plaintiff's

11  Exhibit 453.

12          (Plaintiff's Exhibit 453 was marked for

13  identification.)

14      Q   BY MS. HAMILTON:  The first page of this

15  document has a Bates stamp of GA00062394.

16          The top part of this e-mail is a July 2016

17  e-mail exchange between Nakeba Rahming and the GNETS

18  directors, and then their -- it looks like there is a

19  number of different correspondences that got replied to

20  in this chain, including some one-on-one responses

21  between Derrick Gilchrist and Cassandra Holifield and

22  Nakeba Rahming and Danté McKay.

23          If you want to take a moment to look at it, let

24  me know when you're ready.

25      A   Okay.



1        Q   Do you recognize this document?

2        A   I don't.  I see it, but I don't remember this

3    exchange.

4        Q   Okay.  Do you remember Ms. Rahming -- do you

5    remember offering to host a visit from Ms. Rahming and

6    Mr. McKay?

7        A   I don't remember it.  I see it here, but then I

8    also see the time that I sent that e-mail was at

9    1:13 a.m.  And so, you know, it just -- it's not coming

10   to mind, but it's not surprising.  If the opportunity

11   to -- to host a site visit, because at that point -- this

12   is July of 2016.  By that point, you know, I was all on

13   board with the collaboration and, you know, really wanted

14   to make that happen.  And this may have been a result of

15   the previous e-mail where I talked to Nakeba.

16       Q   All right.  And so the latter part of this

17   e-mail was focused on -- well, can you confirm that based

18   on what this e-mail is saying, the latter part of this

19   e-mail was focused on scheduling site visits for

20   Mr. Rahming and possibly Mr. McKay to visit some of the

21   GNETS programs?

22           MS. JACKSON:  Object to form.

23           THE WITNESS:  Yes.

24           MS. HAMILTON:  Okay.  I'd like for the court

25   reporter to mark this next document as Plaintiff's



1   Exhibit 454.

2          (Plaintiff's Exhibit 454 was marked for

3   identification.)

4      Q   BY MS. HAMILTON:  All right.  So Plaintiff's

5   Exhibit 454 has a Bates stamp on the first page of

6   GA00042459.  This is a November 6th -- November 16th,

7   2016 e-mail chain between Derrick Gilchrist and Nakeba

8   Rahming.  I'll give you a moment to take a look, and let

9   me know when you're ready.

10     A   I'm ready.

11     Q   Do you recognize this e-mail?

12     A   Yes.

13     Q   I want to focus on the November 16th, 2016

14  e-mail that you sent to Mr. Rahming.  And you mention

15  that the two of you had, quote, discussed Ms. Rahming

16  attending one of our Wraparound collaborative clinical

17  meetings with our mental health providers and partners.

18         What are the -- what -- what meetings are being

19  referenced here?

20     A   I -- I believe this -- we were at the point

21  of -- of receiving the support from Georgia State

22  University, and so we were having a series of meetings

23  and preparing for our implementation of the High Fidelity

24  Wraparound model.  And so I believe I extended an

25  invitation for her to attend so that she could kind of



 1  see our progress and how it was developing for us to be

 2  able to kind of implement this within our program.

 3      Q    Okay.  So the State DOE had expressed interest

 4  in learning more about the Wraparound model that you were

 5  implementing?

 6      A    Through Ms. Rahming, yes.

 7      Q    Through Ms. Rahming, okay.

 8          Who was providing the training that's being

 9  referenced here?

10      A    Astrid Prudent, they had another -- the Georgia

11  State University Center of Excellence, they had another

12  trainer.  I -- I do not remember her name, but I do

13  remember Astrid Prudent was sort of our liaison between

14  our program and also Georgia State University.

15      Q    And then further down you also mention -- you

16  say, "I will send you and Danté the dates of our clinical

17  meetings occurring late January through early March so

18  you can attend when convenient for your schedules."

19          Did you -- is this -- is this Danté referenced

20  here Danté McKay?

21      A    Yes.

22      Q    Did you also extend an invitation then to

23  Mr. McKay to attend the clinical meetings as well?

24      A    I can't say that I remember extending that

25  invite, but if I said that that was what I was going to



1   do in this e-mail, I'm pretty sure I followed up with it.

2        Q    And what did you hope would come from having

3   Ms. Rahming and Mr. McKay attend these clinical meetings?

4        A    Conversation and discussion about possibilities

5   and the potential of again this whole -- more wholistic

6   view, this more intensive therapeutic model that -- you

7   know, that they would kind of see and maybe perhaps gain

8   a better understanding of how this could be -- could be

9   beneficial for all stakeholders.

10       Q    How would you describe the effectiveness of the

11  South Metro Wraparound program in the first three years

12  of implementation?

13       A    It was a struggle.  But I think, you know, I

14  anticipated that.  With it being a family choice program,

15  families were not necessarily as receptive to the idea.

16  There were some logistical challenges that we had to work

17  through with View Point because they were coming from a

18  perspective of, sort of doing this through the lens of a

19  mental health provider, and not necessarily doing it in

20  collaboration with another agency or -- or entity.  And

21  so there were logistics that we just had to work through.

22            For example, I mentioned earlier when you asked

23  about the process of how families are enrolled or

24  referred to the Wraparound, their model was that their

25  coordinator had to reach out to families, explain it and



 1  ask if they would -- if they would consent.

 2        Well, our families when they would receive this

 3  phone call from an agency or an entity that they weren't

 4  familiar with, they did not have a relationship with,

 5  they would instantly not be interested because it was

 6  coming from a -- a person that they didn't know.

 7        And so we worked to, on that front-end process,

 8  make that phone call as a collaboration between our

 9  social worker, someone who they knew, were familiar with,

10  had a certain comfort level, could explain and ask

11  questions -- or answer questions in collaboration with

12  the View Point coordinator.  And we found more success

13  when it was more a collaborative call versus just the

14  View Point coordinators calling and reaching out to

15  families.

16        And so there were just several little detail

17  logistical things like that that we had to work through

18  in terms of just creating a system that would kind of be

19  effective to getting support from the families, because,

20  again, it goes back to a family choice.

21        And -- and you want the families to be engaged.

22  You want them to take advantage of the service,

23  understand how the service could help them, but it was

24  hard to communicate that initially, just because they

25  were receiving calls from people that they didn't know,



1   and they were just not receptive to that.

2        But I think once we worked out some of the --

3   some of the logistics, it -- I felt like it flowed

4   better.  It -- it -- it worked better closer toward the

5   end of the three-year period you asked about.

6        MS. HAMILTON:  Okay.  I am handing the court

7   reporter what I would like to have marked as Plaintiff's

8   Exhibit 455.

9        (Plaintiff's Exhibit 455 was marked for

10  identification.)

11   Q   BY MS. HAMILTON:  And I should note that this

12  document includes a cover e-mail and two attachments.

13  The initial page has a Bates stamp of GA03945133.

14       And this first page is a cover e-mail dated

15  July 31st, 2020, between Derrick Gilchrist and Susan

16  McLaren.  I'm sorry.  It's from Dimple Desai.

17  D-i-m-p-l-e, D-e-s-a-i, and it was sent to Derrick

18  Gilchrist with several other people copied.

19       I will give you a moment to take a look at it.

20  Let me know when you're ready.

21   A   Okay.

22   Q   Do you recognize these documents?

23   A   Yes.

24   Q   What are they?

25   A   So this was a report that was provided by the



1   Center of Excellence summarizing our implementation of

2   our Wraparound program for a three-year period.

3        Q   And the cover e-mail comes from a woman named

4   Dimple Desai, last name is D-e-s-a-i.  Who is Ms. Desai?

5        A   She was -- she was a worker.  I'm not sure what

6   her title, but she was with the Center of Excellence.

7        Q   And you mentioned earlier that among other

8   roles that the Center of Excellence engaged in monitoring

9   was the -- let me take a step back.

10        The Center of Excellence engaged in monitoring,

11   correct?

12        A   Yes.

13        Q   Was the creation of this final report part of

14   their monitoring responsibilities?

15        A   Yes.

16        Q   Did anyone else work on this report with

17   Ms. Desai?

18        A   She -- Ms. Desai was actually -- she came in on

19   the tail end, so she was actually not in place the entire

20   time.  A young lady by the name of -- and I don't

21   remember her last name.  It was Ashley was actually the

22   person who supported us during the majority of the

23   project.  And so I think Dimple came aboard maybe during

24   the final months of the project, and so there wasn't as

25   much support received from her as it was from Ashley.



1          And their role, Ashley's role was mainly -- so

2   the data dashboard that you see in the back is -- is what

3   Ashley was sort of in charge of, collecting that data.

4   And I don't remember if she actually designed the

5   dashboard, but that was sort of her role in these -- in

6   this whole initiative.

7          Q    Okay.  And just to be clear for the record,

8   that document you're referencing is the last attachment,

9   and it's the Wraparound Fidelity -- it's the Wraparound

10  Fidelity Index - Short Form WFI-EZ Dashboard?

11         A    Yes.

12         Q    All right.  So let's turn to the report.  And

13  just to confirm, this is the final report, correct?

14         A    Yes, this appears to be the final report.

15         Q    And it covers a time frame of July 1st, 2017

16  through June 2020?

17         A    Yes.

18         Q    I want to walk through this report together.

19         A    Okay.

20         Q    If you can turn to page 4 of the report.

21         A    Okay.

22         Q    The introduction discusses what COE or the

23  Center of Excellence was hired to do.  Can you summarize

24  what -- what their responsibilities were?

25         A    So, primarily, again, providing training,



1  professional development in terms of informing and

2  training our staff on what the Wraparound model was

3  because there was a portion of time invested in building

4  buy-in from our staff because social workers played an

5  integral role in communicating this program to families,

6  and so we wanted to make sure everyone had a firm

7  understanding of the program and how it could benefit

8  families.

9          And so we went through a period of professional

10 learning and developing so that our social workers and

11 staff would -- would have an understanding and be bought

12 into the system.

13         And then after the professional development and

14 learning period, they sort of supported us through the --

15 the referral steps of how -- what that should look like

16 and what it needed to look like.  They also kind of

17 helped explain the child and family team meeting process,

18 what that looked like.

19         And so they essentially were charged with just

20 gathering -- at that point gathering information and data

21 on just how our implementation was going, the students we

22 were serving, and just collecting demographic data and

23 information.

24    Q   And it says here that the pilot included five

25 of your South Metro GNETS schools; is that correct?



1      A   Five of our sites, yes.  And at that time we

2   were still in Fulton County, and so Fulton County was a

3   part of -- select sites in Fulton County was part of the

4   program initiative.

5      Q   Okay.  Also, I meant to ask you this question

6   earlier.  When did Henry County become part of the South

7   Metro GNETS program?

8      A   I believe it was -- it was during the 2017/2018

9   school year.

10     Q   Okay.

11     A   Yeah.

12     Q   Okay.  So that would have been in time for them

13  to participate in this program?

14     A   Yes.

15     Q   All right.  I want to move to the population

16  description section of the report.  How many total

17  referrals were made during the three-year time frame of

18  the evaluation?

19     A   It says 100 referrals were made.

20     Q   And just to make sure I'm understanding, where

21  it says 100 referrals, those were 100 referrals for 83

22  unique or individual youth?

23     A   Yes.

24     Q   So not 100 students being referred?

25     A   83 students, and there may -- there may have



1  been duplications.  So, like, we would refer.  One family

2  declined.  A period of time passes, we kind of revisit

3  with the family, you know, to share more information.

4         Also, I know referrals were made initially with

5  the -- with sort of the first process that I described

6  with the View Point.  Coordinator was making calls by

7  themselves, and so with families that declined during

8  that approach, once we figured out, hey, let's do

9  collaborative calls, they may have done another referral

10  and then called again in conjunction with our social

11  worker.

12     Q   Okay.  This next line here says, "Forty-four

13  percent of all referrals to the South Metro GNETS did not

14  result in Wraparound participation."

15         And what you were just saying, I'm wondering if

16  that connects here, but what were the reasons that you

17  would have had 44 percent of your referrals not result in

18  participation?

19     A   It could have been, you know, the initial part

20  of not being familiar with View Point, not knowing who

21  was contacting them.

22         Also, you know, sometimes families are

23  resistant or hesitant to have agencies in their home

24  because, you know, when they receive the description of

25  the plan, there is a time commitment.  They have to meet



1  once -- once a month.  There is also just a commitment of

2  energy in -- of engagement that sometimes parents, you

3  know, may not be willing to take on.

4       Q   Okay.  So then moving to this next paragraph,

5  let me know if I'm reading this correctly.  It says, "A

6  total of 46 unique youth were enrolled (currently active

7  or discharged) in Wraparound services during the

8  reporting period."

9           Is it correct to say, then, that of the 83 who

10 you started with, 46 of those students actually enrolled

11 in -- in your Wraparound program?

12      A   Yes.

13      Q   Okay.  All right.  I want to move on to the

14 next page under "Key Outcomes."  And it looks here

15 underneath Programmatic Outcomes it says -- going back to

16 those 46 who were enrolled, of those 46 there were 35

17 youth who completed the Wraparound program; is that

18 correct?

19      A   Yes.

20      Q   And also it looks like it also is saying here

21 that that does not include students who were still going

22 through the process, but those are the ones who actually

23 completed?

24      A   Yes.

25      Q   Okay.  All right.  So can you explain to me



1  what this first bullet point means.  It says, "One-third

2  of those 35 students were discharged due to successfully

3  graduating or successfully opting out of the program."

4      A    So the -- the graduating piece is that they met

5  the goals and objectives that were outlined in the action

6  plan.  And the opt out, I -- I would imagine meant that

7  they were able to follow the process for opting out

8  appropriately versus just stop responding to attempts to

9  either meet or to communicate with the coordinator.

10     Q    What would have happened to the other

11 two-thirds of the students who did not successfully

12 graduate or successfully opt out?

13     A    I think in those cases, a lot of those were

14 families that the coordinator either lost contact with

15 due to perhaps family relocating, family decided they

16 didn't necessarily want or have the time to be engaged in

17 the monthly meetings.  But for whatever reason, they

18 either stopped responding or they just did not continue

19 their engagement, participation in the Wraparound

20 program.

21     Q    Did you have any contact or communication with

22 families who -- let me rephrase that.

23          Did you have any direct contact or

24 communication with families regarding their decision to

25 not complete the Wraparound program?



1      A    I did not directly.

2      Q    Who would have been the person or persons

3  responsible for maintaining that communication?

4      A    Our social workers and the coordinator.

5      Q    All right.  Now I want to move to the Academic

6  Outcomes section on page 6.  And the report says that the

7  data sources here were not readily available to be

8  analyzed.  Why wasn't the Center of Excellence able to

9  report on the academic outcomes for the students in the

10  program?

11     A    The end of this project, if you look at the

12  dates, coincided with the initial COVID pandemic during

13  that spring of 2020, and so there were limitations there

14  in regards to things not being readily available or

15  accessible during that initial period of COVID-19, would

16  be what I would say would be the primary reason.

17          But I think the care coordinators, because it

18  also says here the care coordinators did not also always

19  have access, and that was, again, one of those logistical

20  challenges with the care coordinators, because they were

21  coming from an environment where they were used to kind

22  of operating and working in the mental health field and

23  arena.  And so having access to educational information

24  and data wasn't something that they were used to.

25          And in addition to that, there was a disconnect



1    sometimes between those care coordinators and the

2    program.

3         Q    And it looks like the rest of page 6 and page 7

4    continues to talk more about I think these are the

5    child-functioning outcomes.  How familiar are you with

6    these additional assessments that were performed?

7         A    We -- one of our -- one of the steps that I

8    sort of took once we kind of became really familiar with

9    the whole process, the assessment tools and everything

10   that was being utilized, the CANS, for example, was not

11   something that I was necessarily familiar with, but then

12   I will refer back to my experience as a behavioral health

13   assessor with S and T and FIS that we talked about from

14   my resume.

15        And so I had administered what the State used

16   to use as a tool, which was the CAFS, and the CANS is the

17   equivalent.  And so I -- I had an understanding of what

18   the CANS was and why it was useful.  And so we had our

19   social workers trained in being able to administer the

20   CANS.

21        And so I had a, you know, understanding and a

22   knowledge of that particular tool, but any of the other

23   skills or tools that are in here I was not familiar with.

24        Q    Okay.  So we'll just talk a minute about the

25   CANS briefly.  Is it correct that CANS stands for Child



1   Adolescent -- Child Adolescence Needs and Strengths

2   assessment?

3       A   Yes.

4       Q   Okay.  And it looks like there's a -- one

5   section that's highlighted here.  It says, "Of the five

6   youth reporting baseline and discharge CANS assessments,

7   four showed improvement."

8           Do you -- do you know why there were only five

9   students who were able to report the data for this one?

10      A   I -- I don't know why there were only five

11  students.  I don't.

12      Q   Okay.  But of those five, it says that four

13  showed improvement?

14      A   Yes.

15      Q   And then we won't -- since I know you said you

16  weren't as familiar with the other scales, we won't get

17  into those.

18          But I am curious for the CANS, when it says a

19  student is showing improvement, what is that measuring?

20      A   The level of need for support.  And so an

21  improvement on that skill would show a decreased need for

22  levels of support.  So they're able to function more

23  independently.  They're able to perform at a level that

24  is expected, you know, based on age, grade, and those

25  type of things.



1    Q   Okay.  And then on page 7 there is a brief

2  discussion about the WFI-EZ that you referenced earlier.

3  How much time did you spend reviewing that document when

4  this evaluation was released?

5    A   Evaluating the Fidelity index?

6    Q   Yes.

7    A   I didn't really evaluate the actual instrument

8  or tool itself.  I did review the data as a result of the

9  families that were surveyed.

10   Q   Okay.  And so here in this first paragraph, at

11 the end of it, it says, "Due to programatic challenges,

12 WFI-EZ administration did not begin until the last year

13 of the study period (2019 to 2020) and is limited to a

14 small subset of youth served throughout the program."

15       Do you know what programatic challenges the

16 Center of Excellence is referring to here?

17   A   So there were challenges with staffing the care

18 coordinators, finding the right fit.

19       In terms of the appropriate staff or personnel,

20 again, with this being a project between -- and I'll say

21 three separate agencies because it -- or entities between

22 the Center of Excellence, View Point Health, and also

23 South Metro, there was just at times communication gaps.

24 And, you know, as I stated earlier, just the initial

25 first few years was just rough in terms of sort of



1  addressing all of the issues.

2      Q    All right.  I want to turn to page 8 which is

3  the conclusion.  And in this first paragraph, would you

4  say it's accurate that the report is acknowledging that

5  the model may increase access to services for youth with

6  SED and their families but also highlights a number of

7  implementation challenges?

8          MS. JACKSON:  Object to form.

9          THE WITNESS:  Yes.

10     Q    BY MS. HAMILTON:  And what does SED stand for?

11     A    That was an acronym that they -- that Center of

12  Excellence used, and so I -- I do not remember what SED

13  referred to.

14     Q    Do you recall if it may have been severe

15  emotional disabilities?

16     A    That could be potentially it.  It sounds right,

17  but I --

18     Q    But you don't remember?

19     A    I can't remember, yeah.

20     Q    And I guess just to clarify my last question,

21  in this first paragraph, are there things that are

22  high- -- are there aspects of the Wraparound program that

23  are highlighted as being positive results of the program?

24     A    Yes.  I -- I think it was stated in the data

25  from the survey that I think 100 percent of the families



1  reported -- 100 percent of the families that were

2  surveyed reported satisfaction with the program.

3          I think also in pointing out the data in

4  regards to while there were only five students

5  administered the CANS for demonstrated growth and the

6  reduction of needs for additional support.

7          And so those are, you know, two of the things

8  that spoke to me at the end of the period that kind of

9  indicated that, you know, this is a -- a program that

10  really could benefit children and their families.

11     Q    Okay.  And then the last sentence of that first

12  paragraph says, "Although the data indicates some

13  positive outcomes, the data also supports areas for

14  improvement, as noted above."

15          In our discussion you've been highlighting some

16  of these challenges.  One that's noted here, it says, one

17  challenge is that program variables for both South Metro

18  GNETS and View Point Health care impacted the development

19  of an effective process.  And then it goes on to list

20  some examples.  I believe this is what you may have been

21  referring to earlier.

22          But the first example here says that -- it

23  talks about collaboration issues.

24     A    Uh-huh.

25     Q    Is there anything else that you would add



1  beyond what you've already shared in terms of there being

2  collaboration issues?

3       MS. JACKSON:  Object to form.

4    Q   BY MS. HAMILTON:  And just I can restate that.

5       You've already given some examples of

6  collaboration issues that existed between South Metro

7  GNETS and View Point Health Care.  Is there anything else

8  you would add to that?

9    A   Staffing -- you know, I think I touched on the

10  importance of -- of staff being able to do this work,

11  having started as a paraprofessional and been a teacher,

12  also been a paraprofessional in the mental health world,

13  it takes certain types of individuals to be able to do

14  this work effectively.

15      And I think at times there were some -- some

16  staffing concerns, and that is primarily one of the

17  reasons that led me to the conclusion that we needed to

18  embed this internally within our program.  And so that's

19  why we moved to hiring our community a parent liaison.

20      And so I think, you know, the collaboration

21  piece, but then also staffing, you know, was -- was

22  definitely one of those issues on the front end.

23      And then this also being kind of a

24  collaboration of a project of that was -- and they used

25  the term "innovative" in this report, but it was just



DERRICK GILCHRIST                          September 29, 2022
UNITED STATES vs STATE OF GEORGIA                        154

1   totally new and foreign to everyone, including myself.

2   And so it was hard at times to secure buy-in from people

3   on both sides in terms of sort of the mission and the

4   vision.  And so I -- I -- I know that those were

5   primarily the main sort of barriers for us having greater

6   success with it.

7       Q   Okay.  And here it's like midway through the

8   second paragraph, it says, "Other variables that impacted

9   implementation included staff turnover."

10          Is this what you were referring to earlier when

11  you said staffing?

12      A   Well, the turnover piece was also one, but also

13  having the right people with the appropriate mindset and

14  also the appropriate understanding of -- of the project

15  was really what I was referring to.

16      Q   Also another challenge listed here it says,

17  "Due to the transient nature of the student population."

18          What -- what does that mean?

19      A   So, you know, we -- of the families that we

20  were able to successfully get onboard, get enrolled in a

21  program, you know, we -- we make progress, you know, we

22  would be working with them, and then something would

23  happen, and they would have to move to another school

24  system.  They would have to move to another state.

25          And so that kind of impacted just our total



 1  outcomes, just, you know, our students just moving

 2  around, you know, not being in -- in one place for

 3  extended periods of time to receive consistent services.

 4      Q   And a moment ago when you were talking about

 5  staffing, you were saying that you -- it wasn't just

 6  staff turnover, but also sort of the mindset of the

 7  people who were doing the work?

 8      A   Uh-huh.

 9      Q   What kinds of -- what kind of individual would

10  it take to be able to do this work effectively?

11      A    Individuals who understand the importance of a

12  wholistic view and individuals who understand the needs

13  of family and children.  Individuals who have a

14  understanding of mental health illness.  Individuals who

15  have a -- a temperament and disposition that allows them

16  to work with families who may be challenging in terms of

17  not being bought in, not being fully committed, and

18  pushing through those challenges and not necessarily

19  giving up or just giving up on a family or giving up on a

20  child because there may be some resistance.

21          And so you just have to have a -- really a

22  therapeutic disposition in order to really do this type

23  of work.

24      Q   Okay.  Were any steps taken after this report

25  was issued to address the programmatic issues -- problems



1  that were just discussed?

2       A    Yes, we added the coordinator to -- to our

3  program.

4       Q    Any other steps?

5       A    Well, and since we've had Ms. Whitaker-Wilson

6  on staff, we've sort of refined some of the processes.

7  It gives us, with her being a staff member, greater

8  autonomy to facilitate various activities.

9            For example, we do parent workshops.  We

10 facilitate open house events.  We facilitate different

11 things to bring families in.  And so when they come in,

12 they're not just hearing about just one program or

13 service that we have available.  They're hearing the

14 whole thing.  And it's sort of presented as a package

15 versus pieces with this other agency, and then we have

16 this service with this agency, and then we're doing this

17 internally.

18           So it's really more of a comprehensive package

19 that we're able to offer parents as part of our program.

20 And that is, I think received better from families

21 because it doesn't seem like as many agencies or people

22 who will be involved in -- in their house or in their

23 home.  It's just coming from one program.

24      Q    The report also notes in this third paragraph

25 that the implementation of pilots in complex environments



1  can be challenging.

2        Why do you think they're referring to your

3  pilot -- why do you think they're saying here that the

4  implementation of pilots in complex environments can be

5  challenging?

6        MS. JACKSON:  Object to form.

7        THE WITNESS:  Well, I -- I think that is

8  alluding to what we talked about a second ago with the

9  transient nature of the types of families that we serve.

10  Because this was a -- a family choice program that is 100

11  percent dependent upon the family agreeing and wanting

12  the service, just securing buy-in.

13        So I think just with the unique set of -- of

14  factors that face the families who are served in GNETS

15  program, that there are just some built-in challenges

16  with being able to kind of effectively roll it out.

17    Q    BY MS. HAMILTON:  And then this last paragraph

18  discusses the need to incorporate other forms of data in

19  the analysis.  And, if you look at this, it included a

20  number of other types of ways to track data.

21        Why -- why is it important that other forms of

22  data be tracked?

23        MS. JACKSON:  Object to form.

24    Q    BY MS. HAMILTON:  This is on page 8.  So in the

25  conclusion, the last two paragraphs.



1      A    Uh-huh.

2      Q    In fact, if you look at the last sentence of

3   the third paragraph, it says, "As the pilot program

4   continues, it will be important to further develop data

5   sharing protocols across schools and districts that allow

6   access to education data for youth receiving."

7           Why is it important that there continue to be

8   the development of data sharing protocols?

9           MS. JACKSON:   Object to form.

10          THE WITNESS:   So I -- I think that was what I

11  was referring to or alluding to earlier, was just being

12  able to serve a child wholistically, and then having

13  access to data across agencies and entities is important

14  to present a -- sort of, a composite or comprehensive

15  view of -- of a child, student or family so that when you

16  are planning/developing IEPs or treatment plans, child

17  and family team plans, you're able to include the whole

18  picture and not just individual pieces of the child,

19  student or family.

20     Q    BY MS. HAMILTON:   Did anyone from the Center of

21  Excellence follow up with you after the report was issued

22  to help improve the Wraparound program?

23     A    There has not been any follow-up from the

24  Center of Excellence.

25     Q    Okay.   And their contract has ended, correct?



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    159

1        A    Correct.

2        Q    Did anyone from the State DOE review this

3    report.

4             MS. JACKSON:  Object to form.

5        Q    BY MS. HAMILTON:  To your knowledge?

6        A    Not to my knowledge, I don't know.  It was

7    not -- I did not necessarily provide it to the DOE.  I --

8    I don't remember doing that, but I don't know if they had

9    access through their connection with DBHDD or the Center

10   of Excellence.

11       Q    Okay.  Do you know if the report was provided

12   to anyone from DBHDD?

13       A    The report was provided to View Point Health,

14   so they had access to it, and so they are an extension, I

15   guess, of DBHDD.  So...

16       Q    Are there any resources that the State DOE

17   could have provided to address any of the challenges that

18   we've discussed as a result of the -- as a result of the

19   findings from this report?

20            MS. JACKSON:  Object to form.

21            And can we take a break also?

22            MS. HAMILTON:  Yeah, if I can just wrap up

23   this.  Just two or three more questions.

24            MS. JACKSON:  Okay.

25            THE WITNESS:  Could you kind of restate that,



1   because I didn't understand?

2        Q    BY MS. HAMILTON:   Sure.

3             Are there any resources that the State DOE

4   could have provided to address the challenges that we've

5   walked through in this report?

6             MS. JACKSON:   And I just want to renew my

7   object to form.

8             THE WITNESS:   No, I don't believe so.   All of

9   the challenges that we face were really organic in kind

10  of a pilot process.   So I actually think it was healthy

11  and good that we did experience those challenges as a

12  learning experience, as an opportunity to learn that a

13  project initiative like this can be effective, can be

14  successful, but there are certain logistical challenges

15  that have to be addressed.   There are certain details

16  that have to be ironed out in order for it to be

17  successful.

18            And so with that, I don't -- I don't believe

19  there is anything that DOE or any other entity or agency

20  could have done at that stage.

21       Q    BY MS. HAMILTON:   Moving forward, are there any

22  resources that the State DOE could provide to help you

23  address these challenges if they arise moving forward?

24            MS. JACKSON:   Object to form.

25            THE WITNESS:   Well, always funding is important



1  to secure.  Also, our -- our numbers were, you know, kind

2  of based on the number of coordinators we have.  And so,

3  you know, I think funding and just the platform to be

4  able to collaborate and work together.

5      Q   BY MS. HAMILTON:  Would the same be true for

6  DBHDD?

7          MS. JACKSON:  Object to form.

8      Q   BY MS. HAMILTON:  So would funding and just

9  having the platform to collaborate and work together also

10  be beneficial in --

11     A   I --

12     Q   -- connection --

13     A   I --

14     Q   -- with DBHDD?

15     A   -- think more so the -- the platform to be able

16  to collaborate being at the table to work through, iron

17  out the logistical challenges, and just really being a

18  collaborative partner with -- with the program would --

19  would be helpful.

20     Q   Okay.  How many students are currently

21  participating in the Wraparound program?

22     A   I do not know that right off the top of my

23  head.

24     Q   Do you have a rough estimate of how many?

25         MS. JACKSON:  Object to form.



1          THE WITNESS:  I -- I don't want to guess.

2      Q    BY MS. HAMILTON:  Has the program increased in

3  size since you did the Wraparound pilot?

4      A    It has not, because we only have one community

5  parent liaison, so she has a maximum caseload.  You know,

6  between 15 and 20 students is what one individual can

7  manage.  And so I guess if I had to guess, you know, the

8  maximum of what we could really support now would be 20

9  students with our one community parent liaison.

10     Q    Okay.  And I just --

11     A    At the time of that pilot, I want to say we had

12 four.

13     Q    Okay.  I just have two more questions.

14          What are you doing now to measure the progress

15 and outcomes of the students participating in your

16 Wraparound program?

17     A    Well, our plan -- and this is -- actually,

18 Ms. Joi Whitaker came on board in January so we didn't

19 have a complete year last year.  So our plan this year is

20 to administer the survey again to gauge effectiveness,

21 family satisfaction, look at the data in terms of for the

22 action plans that are created, success rates within those

23 plans.  And so that's something -- an activity that we

24 plan to do at the end of this school year.

25     Q    Are there any other GNETS programs that you



1  know of that are participating in Wraparound projects in

2  partnership with community service boards?

3      A   I introduced Lisa Futch and her GNET program to

4  View Point, and it's my understanding that they are now

5  working with View Point in the same way that we did when

6  we initiated our program.

7      Q   What GNETS program does Ms. Futch work with?

8      A   She's in Savannah, and there are two Savannah

9  programs, and I think she's in Coastal Comprehensive.

10 I'm not -- I can't remember exactly which program, but

11 she's in Savannah.

12     Q   One of the Savannah GNETS programs?

13     A   Yes.

14     Q   Thank you.

15         MS. HAMILTON:  We can go off the record and

16 take a break.

17         THE VIDEOGRAPHER:  Going off the record at

18 2:53.

19         (The deposition was at recess from 2:53 p.m. to

20 3:10 p.m.)

21         THE VIDEOGRAPHER:  We are back on the record at

22 3:10.

23     Q   BY MS. HAMILTON:  And I have a quick follow-up

24 question from our last discussion.

25         You had mentioned that Ms. Whitaker-Wilson is



 1  on your staff now.  Was she -- did she previously work

 2  for View Point Health?

 3      A   Yes.

 4      Q   Okay.  So you-all are funding someone who

 5  previously worked for View Point Health using the State

 6  GNETS grant funding?

 7      A   That's correct.

 8      Q   Okay.  All right.  I'd like to talk now about

 9  some of the other therapeutic support and services that

10  you provide students in the South Metro GNETS program.

11          You mentioned earlier that you are familiar

12  with MTSS; is that correct?

13      A   No, I didn't say that I was familiar with it.

14      Q   Okay.

15      A   We provide support in that process with our

16  GNET therapists.  And so somewhere as a -- as a -- in one

17  of the tiers of the MTSS inter- -- intervention pyramid,

18  our therapists are identified as a support or service.

19          So when the LEA has identified that they have a

20  student that's in that process, needs support, our

21  therapists are able to provide mental health services.

22          MS. HAMILTON:  All right.  I'm handing the

23  court reporter what I'd like to have marked as

24  Plaintiff's Exhibit 456.

25          (Plaintiff's Exhibit 456 was marked for



1    identification.)

2         Q    BY MS. HAMILTON:  All right.  You've just been

3    handed Plaintiff's Exhibit 456.  This is a document

4    titled "South Metro GNETS Therapeutic Service and

5    Intervention Tiers."  The United States received this

6    document from the South Metro GNETS program in response

7    to the United States subpoena for documents.

8              Do you recognize this document?

9         A    Yes.

10        Q    Okay.  And does this document cover the 2021 to

11   '22 school year?

12        A    Yes.

13        Q    What is this document?

14        A    So it's an outline of the services and supports

15   that are available to students based on the tiers.

16        Q    Are these the tiers that you were referring to

17   earlier during the deposition?

18        A    Yes, as it relates to the South Metro tiers.

19        Q    Okay.  And this is not -- just to make sure I

20   understand the terminology, you don't consider this part

21   of MTSS?

22        A    No.  This is not -- this is not part of our LEA

23   MTSS intervention pyramid.

24        Q    Okay.  How did you-all create this document in

25   the South Metro program?  And, actually, let me take a



1    step back.

2         Did the South Metro program create this

3    document?

4    A    Well, the format of it we did not.  You know,

5    the tier format, we didn't create that.  What we created

6    were the services that are -- that are embedded within

7    the tiers.

8    Q    Okay.

9    A    And so we placed the services, supports and

10   resources that we have based on this tier format or this

11   tiered approach to supporting students.

12        So we didn't create the tiered approach.  What

13   we did is we created the services, the supports, and

14   secured the resources to insert within the tiers.

15   Q    Is this modeled on a template that you've

16   received from anyone?

17   A    The template we received from -- from the

18   Georgia Department of Education.

19   Q    Okay.  And what was the timing for when you

20   received that template?

21   A    I don't remember the exact date; however, I

22   want to say this was part of the strategic plan for GNETS

23   development, so it would have been in that 2016/'17

24   school year timeline or time frame.

25   Q    And did you receive any instruction or guidance



1  on how to create the plan --

2       A    No.

3       Q    -- besides the template?

4       A    No.

5       Q    Were all of the programs given the template?

6       A    Yes, I believe we were all provided this same

7  template.

8       Q    And when you were provided with the template,

9  was it your understanding that it was optional or

10  mandatory that you use it?

11       A    Mandatory.

12       Q    Okay.  All right.  I'd like to walk through

13  this document beginning with the first page that says

14  Tier 1.  And the first column -- well, actually, let's

15  see.

16            So at the very top it says, "Tier I Prevention

17  and Intervention Practices Available for All Students."

18  What -- what does it mean where it says -- when it says

19  overt behaviors in the next line?

20       A    Externalizing behaviors, behaviors that you're

21  able to observe.

22       Q    And how is this information used?  I'm just

23  trying to understand the relevance of the listed

24  behaviors here with Tier I.

25       A    So those are -- are sort of guidance criteria



 1  to establish the range of overt and covert behaviors for

 2  a Tier I student.

 3      Q   Okay.  Did you-all -- sorry.

 4          Did South Metro GNETS program determine what

 5  behaviors would constitute the Tier I?

 6      A   So we established the criteria that you see

 7  there, the overt behaviors --

 8      Q   Uh-huh.

 9      A   -- and the -- the covert --

10      Q   Okay.

11      A   -- behaviors.  So those criteria we sort of

12  established for what would be reflective of a Tier I, II,

13  or III student.

14      Q   Okay.  So the State DOE didn't specifically

15  state that these behaviors constituted Tier I?

16      A   No.

17      Q   Okay.  And then in this first column it says,

18  "Evidence-based Prevention & Intervention Practices."

19          What are evidence-based intervention and

20  prevention practices?

21      A   Interventions practices and programs that have

22  data to support effectiveness or outcomes.

23      Q   Okay.  So I'd like to walk through some -- at

24  least some of the practices that you have listed in each

25  of the tiers to make sure we have a better understanding



1  of how they operate in your program.

2       The first one listed here is Positive

3  Behavioral Interventions and Supports, so PBIS.  What is

4  PBIS?

5       A    Positive behavior intervention and supports is

6  a framework to support positive student behavior through

7  establishing and building positive cultures of

8  expectations and standards that are building wide.

9       And so it essentially is just establishing sort

10  of a positive climate and culture that's -- that's not

11  really punitive in nature but really more focused on

12  setting expectations that are positive in nature.

13       Q    And it says the targeted students are all

14  students in your program?

15       A    Yes.  With -- with Tier I, these -- all of

16  these intervention practices and supports, services are

17  available to all students.  It's across the board.

18       Q    And that's true for all of the practices on

19  this page?

20       A    On Tier I, yes.

21       Q    Okay.  So my understanding of PBIS, there is

22  multiple tiers within PBIS.  For what you have listed

23  here, is this only referring to Tier I of PBIS or all

24  tiers of PBIS?

25       A    I'm not familiar with multiple tiers within



1   PBIS.

2       Q   Okay.  So you're -- you're familiar with just

3   one general framework that applies to all students?

4       A   Yes, that's correct, the framework of what PBIS

5   is.

6       Q   So you're not aware that PBIS has progressive

7   supports that increase as the student's need increases?

8           MS. JACKSON:  Object to form.

9           THE WITNESS:  No.  Because, again, from my

10  understanding, PBIS is a framework that is building wide,

11  and it's not really an individual student support or

12  intervention.

13      Q   BY MS. HAMILTON:  And the framework that you're

14  applying at your school for PBIS primarily meets the

15  needs of students in need of Tier I services?

16      A   It -- it provides a -- a structure of

17  expectations that is building wide for all students

18  within the building as a Tier I intervention.

19      Q   What would be an example of a -- of an

20  intervention put in place through PBIS?

21      A   So we have a behavioral matrix, and we engage

22  our students on the three goals within the behavioral

23  matrix.  And so our matrix is be ready, be responsible,

24  and be respective.

25          And so then across settings within the building



 1   we have descriptors of what being ready, responsible, and
 2   respectful mean.  The matrix has locations such as
 3   expectations in the hallway, expectations in the
 4   classroom, expectations in the cafeteria.  And so it
 5   gives students an idea of what is expected in terms of
 6   their behavior in those areas.
 7        Q    It says here that all staff provide the PBIS
 8   support; is that correct?
 9        A    That's correct.
10        Q    Who provided training to your staff on PBIS?
11        A    We received training -- initially, we received
12   training through GLRS and through our LEA.  Clayton
13   County has implemented PBIS for several years, and so we
14   were initially trained at Ash Street in conjunction with
15   the LEA.  The same thing at Henry County.  They
16   participated in the PBIS training for the district.
17        Q    Have you received any -- has your school
18   received any training from the State DOE on PBIS?
19        A    The GLRS is -- has supported -- GLRS and RESA
20   have specialists who provides support in regards to the
21   implementation.  We have -- and I'm just trying to
22   recall -- received support from DOE in regards to PBIS
23   implementation in the context of -- and I saw it on
24   here -- SWIS -- or maybe -- yeah, the School-Wide
25   Information System.  And so there are trainers from DOE



1  who has provided us with training, professional learning

2  and development on the SWIS platform and how to utilize

3  the data within SWIS to identify target areas within the

4  buildings or within the program, key times of day,

5  certain locations where the data may reflect that there

6  is a high number of referrals.  And so that training came

7  from the DOE.

8      Q   Okay.  And is the SWIS, School-Wide Information

9  System, directly tied to PBIS?

10     A   SWIS, I believe, is -- is -- yes, to answer

11 your question.  But I believe it's the platform that the

12 national PBIS agency, whatever, that they utilize as sort

13 of their data collection tool.

14     Q   And just to confirm, the training that your

15 staff have received on PBIS is training about the program

16 that applies schoolwide to all students?

17     A   Yes.

18     Q   Does the State DOE require GNETS programs to

19 implement PBIS?

20     A   I think so.  But we've -- we've been doing it

21 for a while, and -- but it wasn't because of a mandate

22 from DOE.  But I think at this point and at this stage it

23 is required that all GNETS programs implement PBIS.

24     Q   All right.  Another practice listed here is

25 Trauma Informed Care & Practices.  What -- what is that



1   referencing?

2        A    So one of the initiatives that Nakeba Rahming

3   started was the Trauma Informed Care & Practices.  And

4   so, basically, that is professional development,

5   professional learning opportunities for staff to

6   understand the impact of trauma on children and students,

7   to be able to operate from a position of awareness and

8   knowledge of how trauma impacts children.

9            And so we initially -- that initiative

10  initially started off with, as I was mentioning and

11  discussing the importance of staff earlier, I think as a

12  network we went through a two-year period where the focus

13  from a trauma informs lens was really on self-care for

14  staff because -- because of the work can be pretty

15  intense at times, and to try to prevent burnout, prevent

16  issues of staff experiencing distress themselves, we

17  focused on trauma-informed care from a self-care

18  perspective.

19           And so what that looks like or looked like for

20  us is we facilitated monthly TIC meetings,

21  trauma-informed care meetings with staff that was led by

22  our trauma-informed care or TIC champion.  And so that

23  gave staff the opportunity to really sit and -- and

24  formally discuss issues, concerns that they may be having

25  just as it relates to doing therapeutic work.



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    174

1        Q    And you mentioned that Ms. Nakeba Rahming

2    played a role in providing information about how to

3    implement trauma-informed care and practices.  What type

4    of support did Ms. Rahming provide in her role with the

5    State DOE?

6        A    And so she secured external support, and I do

7    not remember the name of the agency or the individual who

8    was assigned to support GNET programs with

9    trauma-informed care, but there was a one- or two-year

10   period where DOE provided us with an external entity,

11   agency, who -- who were experts in trauma-informed care.

12            And so they were working out sort of the plan

13   for how to embed trauma care practices into GNETS, and so

14   that included professional learning and development for

15   the directors.

16       Q    What was the time -- I know you said one- to

17   two-year period.  What was the time frame for when that

18   one- to two-year period took place?

19       A    Again, I believe that was -- that was more 2017

20   to 2018, '19.

21       Q    And you gave examples of the professional

22   development that was provided for staff.  Were there any

23   resources that were provided on how to provide

24   trauma-informed care practices for students?

25       A    No.



1      Q    As a GNETS director, is that information that

2    would be helpful to you and your staff?

3      A    Can you say that again?

4      Q    Sure.

5      A    The previous part?

6      Q    Sure.

7           So as a GNETS director, would it be helpful to

8    receive support from the State DOE regarding

9    trauma-informed care and practices for students?

10     A    I think -- I would say yes.  You know, anytime

11   you give additional support and resources, it's always

12   beneficial.

13     Q    And then just to make sure I understand,

14   because this -- I am looking at the Tier I chart.

15   Trauma-informed care and practices is listed here as a

16   practice for all students.  What does that look like?

17     A    Having staff that are aware and informed of how

18   trauma impacts the students that they serve.  And so

19   having our staff being able to respond, interact, and

20   work with our students from a trauma-informed lens.

21          And so for students, what that means is that

22   they are engaged in working with staff who have been

23   trained and have an understanding of -- of the impacts of

24   trauma.

25     Q    But to be clear, the training they received is



1  not focused on student-specific needs related to

2  trauma-informed care?

3     A   Not student-specific, student-specific

4  responses, but it really just more broadly in mindset and

5  training.  I think I mentioned earlier having a

6  therapeutic mindset and disposition, and so that's what

7  that means.

8     Q   Okay.  The next practice listed here, it says

9  Behavior Crisis Interventions.  Actually, that's a long

10  title.  And then it says Mindset Crisis Communication and

11  Reflection and Focus Time (RAFT) -- R-A-F-T --

12  Interventions.  What is that referring to?

13     A   So all of our staff are trained in Mindset, and

14  part of my Mindset is the risk management system that

15  train staff to be able to verbally de-escalate to

16  inter -- intervene in crisis situations, and also it

17  trains on proper techniques for restrain containments.

18         And so the crisis communication piece is what

19  we focus on, because we want our staff to be skilled and

20  to be able to verbally de-escalate crisis situations with

21  students.

22         And then reflection and focus time is actually

23  similar to Life Space Crisis Intervention, which that is

24  a -- a one-on-one intervention provided for students to

25  give them the opportunity in times of crisis to talk



1  through a crisis, to become regulated and identify

2  triggers, identify options of next time a student

3  encounters a trigger of what they could do to better

4  respond to the situation and not to sort of transition

5  into a crisis.

6      Q    Are any of those practices required by the

7  State DOE?

8      A    LSCI, which is -- RAFT and LSCI are the same

9  thing.  And so LSCI is one of those interventions that

10  is -- I don't want to say required, but it is suggested

11  from DOE that each program have individuals who are

12  trained to be able to de-escalate and do individual

13  interventions with students.

14          And so I don't know that it's necessarily a --

15  a mandate or mandatory, but I do know that it is an

16  ongoing and highly suggested practice for all programs.

17      Q    What does LSCI stand for?

18      A    Life Space Crisis Intervention.

19      Q    Okay.  And is that related to the Mindset

20  crisis communication you're referring to or something

21  different?

22      A    Something different.  LSCI is more related to

23  reflection and focus time, or RAFT.

24      Q    Is Mindset required by the State DOE?

25      A    Yes.



1        Q    Who provides staff with the training on how to

2    implement Mindset?

3        A    Who provides the training?  So each program

4    should have their own trainers.  So we have four

5    trainers, certified trainers within our program.  And so

6    they conduct trainings throughout the school year,

7    primarily during the beginning of the school year, to

8    train everyone, recertify that everyone has been trained.

9    And then throughout the year as we receive new staff,

10   we're able to facilitate those trainings, and all GNET

11   programs are able to do that.

12       Q    And all of your staff have currently completed

13   the Mindset training?

14       A    Yes.

15       Q    Have all of your staff received training in

16   RAFT and LSCI?

17       A    No.  That is a more specific skill for -- for

18   licensed certified staff.  So for us, that means our

19   social workers, our psychologists, and some key

20   behavioral support individuals are trained in -- in doing

21   RAFT and LSCI.

22       Q    And it says here, so the staff trained in RAFT

23   and LSCI will intervene to assist students in crisis.  At

24   the Tier I level, would -- would those interventions

25   apply?  So if a student is in crisis, would that still



1  fall under a Tier I practice or intervention?

2      A   Yes.

3      Q   All right.  Also on here is restorative

4  practices and restorative circles.  What is that

5  referring to?

6      A   A practice of when students have discipline --

7  disciplinary infractions, instead of depending upon OSS

8  as a -- as a way of addressing those infractions, the

9  restorative circles are opportunities for students to

10 take accountability to own certain behaviors in a -- in a

11 group format to discuss whatever the event infraction

12 might have been.  And so that practice is utilized in

13 lieu of OSS.

14     Q   And here it looks like it can be used for all

15 students, but it's more on an as-needed basis; is that

16 correct?

17     A   That's correct.

18     Q   Are all of your staff trained in restor- -- the

19 use of restorative circles?

20     A   No.  We only have select individuals who are

21 trained to do that.

22     Q   How are those individuals selected?

23     A   Based on their role within the program.  So if

24 we have individuals who are behavior support team

25 members, those are typically the -- the individuals who



DERRICK GILCHRIST                          September 29, 2022
UNITED STATES vs STATE OF GEORGIA                       180

 1  we identify to be trained in restorative practices.

 2          Also social workers are a group within the

 3  program that we like to have facilitate those circles,

 4  and those -- those conversations within the circles.

 5      Q   Who provides those individuals with training?

 6      A   There are LEA -- much like Mindset, there are

 7  LEA opportunities, because restorative practices and

 8  circles are something that districts are now beginning to

 9  implement, and so we do engage either LEA for a training,

10  and if LEA training is not available, our RESA provides

11  support with training.

12      Q   Does the State DOE require that the GNETS

13  programs utilize restorative practices?

14      A   Not to my knowledge.

15      Q   And does the State DOE provide any training or

16  resources related to restorative practices?

17      A   I think in conjunction with the RESAs.

18      Q   All right.  Also another practice listed here,

19  it says, "Social Emotional Learning (SEL) Instruction,"

20  and then in parentheses it says "(ReThink Ed & School

21  Connect/Second Step)."

22          What is this in reference to?

23      A   So these are curricula that are used to do

24  basic social emotional learning for students.  ReThink Ed

25  is the platform that Clayton County uses in -- in all of



1 the schools, and then that School Connect/Second Step is

2 the curriculum that Henry County uses.

3    Q    And all of your GNETS students utilize those

4 programs as well?

5    A    Yes.

6    Q    Or I should say curriculum.

7         How is this integrated into their school day?

8    A    So for Ash Street -- well, in both centers

9 there is a period during the morning where they have

10 time.  ReThink Ed is a computer-based platform where --

11 where it has lessons and topics related to social and

12 emotional functioning.  And so our students are -- are

13 required to engage in the platform at least four times a

14 week.  And so they're given a period of time during the

15 day to kind of engage that -- that curriculum.

16         School Connect and Second Step is more of -- of

17 a instructional tool where the teachers lead and

18 facilitate lessons on -- lessons related to

19 social/emotional concepts, topics and issues.

20    Q    Also listed here it says therapeutic groups.

21 What does that include?

22    A    Facilitation of therapeutic groups by either

23 our social workers or our GNET therapists.  So they

24 basically lead groups, group sessions.

25    Q    How many social workers and therapists do you



 1  have on staff?

 2      A   So we currently have four social -- social

 3  workers and four therapists.

 4      Q   And practically, what does the provision of

 5  this group therapy actually look like in practice for

 6  your students?  So it says all students get therapy,

 7  therapeutic groups?

 8      A   Yes.  So, generally, what happens is a social

 9  worker or the therapist will pull a classroom of

10  students, and we have a therapy room where they're able

11  to go to the therapy room.  There is furniture where

12  they're able to sit and engage in topics of discussion

13  related to whatever the therapeutic topic is for that day

14  or the week.

15      Q   And every student gets to partici- -- how

16  frequently does every student get to participate in a

17  therapeutic group?

18      A   Weekly.  Once a week.

19      Q   So among those eight staff you just mentioned,

20  they see all of the students in groups once a week?

21      A   Yes.  And the primary group of -- of staff that

22  facilitate those are the social workers, but the

23  therapists do have the capability and capacity to lead

24  the thera- -- therapeutic groups.  But the social workers

25  are the main ones that -- that facilitate.



1      Q    When during the school day do students

2  participate in the therapeutics groups?

3      A    It -- it's based on the classroom schedule, the

4  social workers' availability, but it is a scheduled

5  event.  It's a standing schedule.  It's built into their

6  schedule.

7      Q    Are they ever -- are the students ever pulled

8  out of an academic core class?

9      A    No.

10      Q    When would be other times during the day when

11  they would be able to do the therapeutic groups?

12      A    It's built into their schedule, so it would be

13  around the time where perhaps maybe we alternate one of

14  the elective periods or some other time where it's not

15  during core academic time.

16      Q    And the last practice listed here says Music

17  Therapy.  What is music therapy?

18      A    We have a -- a licensed music therapist, and

19  she conducts and facilitate music therapy for -- for all

20  students.  They get to go to engage in music therapy with

21  our -- with our licensed music therapist.

22      Q    And how frequently do the students receive

23  music therapy?

24      A    I would say weekly.

25      Q    Does this music therapist serve all of the



DERRICK GILCHRIST                           September 29, 2022
UNITED STATES vs STATE OF GEORGIA                        184

 1   students in the South Metro program regardless of the

 2   location?

 3        A    Yes.

 4        Q    So the therapist travels to the different

 5   sites?

 6        A    She travels.  She has assigned days for Ash

 7   Street and also assigned days at J B Henderson.

 8        Q    Do you -- does your program use any data or

 9   metrics to determine whether these Tier I practices and

10   interventions are effective?

11             MS. JACKSON:  Object to form.

12             THE WITNESS:  I think that is gauged -- no,

13   specifically to any metrics designed to gauge the

14   effectiveness of the practices, but we have other tools

15   that we can utilize to determine student progress, so

16   progress toward IEP goals and objectives.

17             The SDQ is one of those assessment tools that

18   is administered as a pre- and posttest.  So we're able to

19   make determinations based on pre- and posttests, whether

20   or not students have improved in areas, and, if so, how

21   much they've improved.  And so it gives us an idea of the

22   development of their strengths as part of that -- that

23   tool.

24             We also administer the BASC-3, which also

25   provides information in regards to the functioning level



1  and certain categories based on that -- that tool.

2      Q   And, for the record, when you say BASC-3, is

3  that spelled B-A-S-C?

4      A   That is an acronym.

5      Q   BASC-3.  Okay.

6          All right.  I want to move on to the Tier II

7  interventions, and that's on the next page.  It says,

8  "Tier II Interventions Provided to Moderate Risk Students

9  By Subset or in Small Groups."

10         What's -- what -- what do you mean here or what

11 does your program mean here by "Moderate Risk Students"?

12     A   So based on the criteria of the overt -- overt

13 behaviors and covert behaviors, those are students who

14 are exhibiting or externalizing moderate levels based on

15 the criteria that's stated there.

16         So students who are having to engage in four to

17 seven RAFTs within a 40- -- 45-day period.  Any students

18 who have had any OSS days assigned.

19         So that criteria, basically, is just reflective

20 of students who are exhibiting a higher level from Tier I

21 students in terms of just what we're seeing in terms of

22 them maybe having events of crises or events of behaviors

23 that are significant.

24     Q   And if your Tier I practices are provided to

25 all of your students, what percent of your students are



1  receiving Tier II services?

2       A    I don't have a percentage, but if you could

3  picture a pyramid, you know, obviously, the Tier I is

4  sort of the foundational baseline, service supports that

5  everyone receives.  And so, ideally, the number of

6  students in Tier II would be less than the number of

7  students in Tier I.

8       Q    Okay.  And then these first two practices

9  listed here, the behavior contracts and

10  Check-In/Check-Out, can you speak briefly to what both of

11  those are?

12      A    So behavior contracts are specific individual

13  contracts for students who may have -- may have

14  demonstrated or exhibited behaviors that require a

15  specific focus, such as maybe like elopement or

16  disruptive behaviors within the classroom.

17           This -- because this document is actually from

18  last school year, we -- we are not currently using the

19  Check-In/Check-Out, but what that was, was that's part of

20  the SWIS system, and it was a way of checking --

21  providing information for -- in regards to students

22  before and after class.

23           So a teacher would check in before a class was

24  started and check out afterwards just -- to just kind of

25  report how the student was feeling at the time, but



1    that's not something that we currently utilize as part of

2    the SWIS platform.

3        Q    Why did your program discontinue use of the

4    Check-In/Check-Out?

5        A    Internally within the center it was -- it was

6    difficult to do individual check-in/check-outs, and so it

7    impacted our ability to transition from period to period.

8        Q    Another practice listed here, it says

9    Therapeutic Groups.  How do the therapeutic groups in

10   Tier II differ from the therapeutic groups offered in

11   Tier I?

12       A    If there are students who are encountering

13   similar challenges or issues, the therapeutic groups in

14   Tier II are more focused on specifics, specific areas

15   that have been identified as needs, versus Tier I groups

16   are more just general broad group topics.

17       Q    Who oversees the therapeutic groups at the

18   Tier II level?

19       A    We have a lead psychologist who essentially is

20   our clinical supervisor or coordinator, and so she

21   oversees the entire clinical team from our social workers

22   to our therapists, in all of our therapeutic components.

23            And so our social workers submit reports after

24   each group session to just report basic information.

25   They don't get into specifics of what people are saying,



 1  but they report levels of engagement, appropriate

 2  behavior, those type of things.

 3      Q   So who's actually participating in the

 4  therapeutic groups with the students?  Is it the social

 5  workers?

 6      A   It's the social worker, yes.

 7      Q   Are these the same social workers who are also

 8  doing the Tier I therapeutic groups?

 9      A   Yes.

10      Q   And I think you may have also mentioned that

11  some of the therapists also provide the -- facilitate the

12  therapeutic groups?

13      A   My plan is to initially or to eventually have

14  them facilitate more because they are clinical and

15  they're licensed to do.

16          Our -- our social workers are -- some of our

17  social workers are licensed, but that's not necessarily a

18  requirement to be a school social worker.  But the plan

19  is to eventually have our GNET therapist to facilitate

20  and lead our group sessions.

21      Q   Okay.  So, currently, it's the -- the social

22  workers are leading the therapeutic groups?

23      A   Yes.

24      Q   And there are four of those --

25      A   Yes.



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                              189

1        Q   -- four social workers?

2        A   Yes.  Two per center.

3        Q   Two per center.

4            And of those four, how many are actually

5    licensed?

6        A   We -- we just had a turnover this year.  I -- I

7    believe I still have either one or two who are licensed.

8        Q   Of the total -- of the four total?

9        A   Of the four, yeah.

10       Q   And those groups meet weekly?

11       A   Yes.

12       Q   Okay.  The last practice listed here under Tier

13   II says South Metro GNETS Social Workers complete

14   referrals to mental health providers for outside therapy

15   and case management.  What -- what is this referring to

16   here?

17       A   So we made -- even though we -- we have our own

18   internal Wraparound and also therapy, therapeutic staff,

19   we -- at Tier II, we will make referrals to other

20   providers and agencies outside of our program.

21       Q   And these referrals are based on the individual

22   needs of the students --

23       A   Yes.

24       Q   -- in your program?

25       A   Yes.



1    Q    Do the social workers make arrangements for the

2    students to receive those services?

3    A    What do you mean?

4    Q    So the social workers are completing the

5    referrals on behalf of the students?

6    A    Yes.

7    Q    Okay.

8    A    And also with permission from the parents.  So

9    we not- -- the parents are notified that we're making a

10   referral.

11   Q    Okay.  And these referrals, it says for outside

12   therapy and case management.  Are these services provided

13   outside of the school day or as part of the school day?

14   A    Generally, when we refer to outside agencies,

15   they provide those services in the home, but, you know,

16   obviously our -- our door is always open if they want to

17   make a visit to the school and also provide the sessions

18   in school.  So we do provide that option, but we don't

19   require or try to control where the services are

20   provided.

21   Q    All right.  And I want to turn to the last

22   tier, Tier III, which says, Tier III Individualized

23   Interventions Provided to High-risk Students by Subsets

24   or Individually.

25        What is the population of students receiving



1   Tier III services?

2        A    So that -- that's a smaller group of students.

3   Those are just students who again, based on those overt

4   and covert behaviors who -- who are exhibiting a high

5   level of need of support based on the criteria that is

6   established.  And so the supports and interventions that

7   are identified here, this tier level are just really

8   designed to give them more intensive -- a more intensive

9   level of support.

10       Q    So this first practice says GNETS Circle of

11  Support/Therapeutic Debriefing Meetings.  What are --

12  what are those meetings or circles?

13       A    So --

14            MS. JACKSON:  Object to form.

15            THE WITNESS:  So circle of support is a -- is

16  an approach designed by our student support services

17  division in Clayton County, and so we've adopted the

18  circle of support.  And, essentially, that is all of key

19  stakeholders within the school setting basically convene

20  together as a team to discuss issues related to the

21  student functioning, to identify potential resources,

22  supports and solutions.

23            And so that circle support/therapeutic

24  debriefing meeting is basically an opportunity when staff

25  have identified that students are in Tier III, they have



 1  ongoing conversation and discussion about what the needs
 2  of that student may be.
 3       Q    BY MS. HAMILTON:  And it says here these
 4  meetings take place monthly?
 5       A    Yes.
 6       Q    Is this circle of support/therapeutic
 7  debriefing meeting available to all of the students who
 8  are in Tier III?
 9       A    Yes.
10       Q    Do you participate in those meetings?
11       A    I do.  I do sometimes.  When I'm available, I
12  do sit to hear student progress, to hear challenges, just
13  to -- to be updated and informed on, you know, how -- how
14  students are doing, and to also provide insight to the
15  team about certain issues that may arise or certain
16  things.
17            You know, I try to provide my experience and
18  expertise to the team as they discuss any issues or -- or
19  concerns or problems with individual students.
20       Q    Also listed here is Intensive Therapeutic
21  Support or ITS.
22       A    Yes.
23       Q    You've talked about that a bit today.  But just
24  to make sure I understand, that is provided by one of
25  your licensed therapists?



1        A    Yes.

2        Q    And how many therapists do you have?

3        A    Four.

4        Q    And they're all licensed?

5        A    They are -- they are all credentialed to

6   provide therapy.  The licensure piece, that's -- I don't

7   know -- I don't really want to say that because I don't

8   know based on State standards, you know, but they all

9   have the credential to be able to provide mental health

10  services through View Point.  And those are the

11  individuals that we've contracted with View Point for.

12       Q    Okay.  Are all of the -- the students receiving

13  Tier III services receiving ITS?

14       A    No.  We make it available to all of the Tier

15  III students.  However, some families have their own

16  private provider that they want to continue services

17  with.  Some families just decline that service.  That's a

18  service that we -- we don't mandate or we can't mandate,

19  and so we make it available to all Tier III students,

20  but -- but not all families accept it.

21       Q    Also listed here is a High Fidelity Wraparound.

22  Is that the Wraparound program we were discussing

23  earlier?

24       A    Yes.

25       Q    And then, lastly, it lists art and music



 1   therapy.  Who provides the art therapy?

 2        A   We have a licensed art therapist on staff.

 3        Q   And does the art therapist only provide art

 4   therapy for Tier III students?

 5        A   Yes.  She selects or we select or identify

 6   students who are Tier III who may be able to benefit from

 7   art therapy sessions.

 8        Q   How frequently do they receive the art therapy?

 9        A   It says weekly on here, but I don't know that

10   it occurs weekly.  It may be biweekly in some cases.  It

11   depends, I think, on the student.

12        Q   And then for the music therapy here, is this

13   the same music therapist who provides the Tier I music

14   therapy?

15        A   Yes.

16        Q   What would be the difference between music

17   therapy that's provided at Tier I as opposed to Tier III?

18        A   She may meet individually with students or --

19   or pull small groups of students to engage with in music

20   therapy just based on, again, identified needs.

21            And that's similar to the -- the provisioning

22   of the group sessions between Tier I and Tier II.  The

23   same thing here when we've identified sort of specific

24   areas of focus, she will pull either individuals or small

25   groups to focus on specific things.



1    Q   Okay.  So I know you mentioned the fact you're

2    able to provide services through High Fidelity Wraparound

3    through your contract with View Point Health.  What

4    other -- and I think you've mentioned View Point Health

5    in connection with some of these other practices.  How

6    many contracts do you have with View Point Health?

7        A   Well, we only have one current contract.  We --

8    if you remember earlier, we -- we now have bid High

9    Fidelity Wraparound through our community parent liaison,

10   so there is no longer any involvement with View Point on

11   provisioning of those services.  And so the only thing

12   that we currently are contract- -- so we have one

13   contract, and that's with them for those therapists.

14       Q   Is that the Intensive Therapeutic Support?

15       A   The ITS, yes.

16       Q   And then similar to the question that I asked

17   with regard to Tier I, for your Tier III interventions

18   and practices, do you have any data or metrics to

19   determine if your students are meeting their -- their --

20   sorry -- to determine if your students are making

21   progress?

22           MS. JACKSON:  Object to form.

23           THE WITNESS:  So -- so that would be the same

24   response as previously.  So SDQ and just sort of the BASC

25   results and also just looking at the general performance.



1          But I would say that with the ITS program, we

2     actually started last year administering a progress

3     monitoring tool that our lead psychologist found from

4     Harvard School of Medicine, and it is a survey tool that

5     we administer to students after each therapy session.  So

6     I'm speaking of ITS.

7          And so it -- it gives us a gauge on the

8     internalizing features of their mental health status.

9     So, basically, they report out on whether or not they

10    feel that certain areas have improved.  They basically

11    are giving us an idea on how they feel internally.

12         We started that last year, and so we have data

13    on that.  This year we are actually starting to

14    administer the survey to teachers and parents to get a

15    better idea on the externalizing features of the

16    behavior, and so that will give us a direct report on how

17    effective ITS has been for -- for our students.

18         So right now we have data that we collected

19    last year on internalizing features through that, and

20    it's the fill-ins and behavior scale is what we

21    administer, and -- and so we have data to kind of give us

22    an idea on the internal features from the self-report

23    from the student, but this year we're moving forward with

24    administering that survey to -- to the caregivers, to the

25    teachers so that we get an idea on how others view the



```
 1   student after having received therapy.
 2        Q   And, similarly, for Tier II, do you have any
 3   metrics in place to track student progress -- I should
 4   say to track the effectiveness of these interventions on
 5   student progress?
 6        A   Again, the -- the SDQ and BASC and overall
 7   general performance in general give us an idea of the
 8   effectiveness of sort of the services as a comprehensive
 9   package.
10        Q   I know earlier when we were talking about the
11   outpost or transition sites, we saw in the spreadsheet
12   that there were students in the outpost at all of the
13   different tiers, correct?
14        A   There were, yes.  From what we saw earlier,
15   there were some Tier II and Tier III students in the
16   outpost.
17        Q   Okay.  Of the Tier II services -- sorry.
18            Of the Tier II services that are listed, are
19   there any services here that are not provided in the
20   outpost settings?
21        A   No.
22        Q   Okay.  Of the Tier III practices listed on the
23   next page, are there any practices that are not provided
24   in your outpost or transition settings?
25        A   We do not push in the individual art therapy
```



 1   sessions, and we also don't push in music therapy

 2   sessions, but everything else, the ITS, the -- the circle

 3   of support and Wraparound -- Wraparound are all available

 4   at Tier III.

 5       Q   Okay.  And are all of the Tier I practices

 6   implemented in the outpost settings?

 7       A   Music therapy and also -- so music therapy

 8   would be the only one.  And also -- I'm sorry.

 9           So Tier I, we don't have control over in those

10   transition sites.  We're not -- we don't have control

11   over training the entire building, so we couldn't train

12   the Forest Park staff on PBIS or trauma-informed --

13   trauma-informed care and practices, and so those aren't

14   things that we are necessarily able to implement in the

15   transition sites.

16           Also, we do use SWIS, the School-Wide

17   Information System, and LiveSchool as data collection

18   tools in the outpost or transition sites.

19           But, yeah, I would say the PBIS,

20   trauma-informed care, and practices and music therapy are

21   not really things that we're able to implement in the

22   transition sites.

23       Q   And it sounds like you're saying you're not

24   able to require it.  Are they practices that could be

25   implemented if you had the support of the LEA or the



 1  school?

 2          MS. JACKSON:  Object to form.

 3          THE WITNESS:  If the school -- and I'll clarify

 4  with the PBIS.  If the school is a PBIS school, then that

 5  obviously -- everyone in that building is trained through

 6  the LEA.  So not all schools are PBIS schools, and so

 7  that kind of varies.  And I'm trying to think.  I know

 8  Morrow Middle School is a PBIS school.  I don't know if

 9  Forest Park High School or Edmonds Elementary are PBIS

10  schools.

11      Q   BY MS. HAMILTON:  Okay.  When we were

12  discussing the Tier I practices, you noted a few of these

13  practices were required by the State DOE.  Are there any

14  Tier II practices that are required by the State DOE that

15  you have listed here?

16      A   No.

17      Q   Are there any Tier III practices that are

18  required by the State DOE that you have listed here?

19      A   No.

20      Q   Did your program previously have an ABA program

21  with View Point Health?

22      A   We did partner with them at one point for ABA

23  therapy and support.

24      Q   Do you know what ABA stands for?

25      A   Applied Behavior Analysis.



1        Q    How long did you have that program in place?

2        A    It did not last very long, maybe one school

3    year, if -- if a complete school year.

4        Q    Okay.  And why was it not continued?

5        A    They lost their therapist, the person who -- or

6    their BCBA, the person who was assigned to View Point to

7    do ABA therapy left, left that organization, and so they

8    did not have a replacement for her.

9        Q    Do you run into any other obstacles delivering

10   therapeutic services to students in your programs?

11           MS. JACKSON:  Object to form.

12       Q    BY MS. HAMILTON:  So, for example, you just

13   mentioned there that the program providing services lost

14   its therapist.  Do you run into any other obstacles with

15   delivering therapeutic services to students in your

16   program?

17       A    Other than, you know, staffing considerations

18   or issues, no.

19           Our LEAs are supportive.  They embrace what we

20   do.

21           You know, I think we talked a little bit about

22   that Tier III-wide, all students wouldn't receive ITS.

23   With families declining the service, that's probably one

24   of the biggest obstacles, is families not taking

25   advantage of the services that we have.



DERRICK GILCHRIST                              September 29, 2022
UNITED STATES vs STATE OF GEORGIA                            201

1           MS. HAMILTON:  I'd like to ask the court
2    reporter to mark this next document as Plaintiff's
3    Exhibit 457.
4           (Plaintiff's Exhibit 457 was marked for
5    identification.)
6       Q   BY MS. HAMILTON:  And the first page of this
7    document is Bates stamp GA00262820.  This is an e-mail
8    chain from December 2020 through January 2021 between
9    Derrick Gilchrist and Danté McKay with others copied.  If
10   you want to take a moment to look at it, let me know when
11   you're finished.
12      A   I'm fine.
13      Q   Do you recognize this e-mail chain?
14      A   Yes, I do.
15      Q   I want to start by looking at the initial
16   e-mail that you sent to Mr. McKay and to others on
17   December 11th, 2020.  Why did you send this initial
18   e-mail?
19      A   As I explained earlier, when we are talking
20   about Monica Johnson, I had stated and I -- I guess I had
21   the time -- the year wrong.  No, I was right.  I had
22   attended the forum on mental health provisioning and
23   provider -- for providers within the state, and we had
24   been working for years.  You know, we had been developing
25   our programs and just developing what we felt like was a



 1  helpful approach.

 2          And so I wanted to really connect with DBHDD to

 3  see if there was some kind of way that we could, you

 4  know, partner together, work together, to sort of -- I

 5  guess just partner together, you know, to provide

 6  services, and -- and collaborate together using...

 7          And in the e-mail I -- I referenced the

 8  clubhouse model, and the reason why I reference clubhouse

 9  is because, you know, again, we're talking about two

10  different agencies.  And so with that, you know, there

11  are specific criteria for certain things to -- to be

12  providers.  They had -- they had specific descriptions,

13  requirements and criteria for a lot of the programs that

14  were already in place, but when I reviewed the -- the

15  State's manual, I noticed that there was not a

16  description for clubhouse, and so that sort of led me to

17  believe that there was some flexibility in terms of how

18  they were looking at viewing and defining their clubhouse

19  model, because they did not clearly define it for the

20  public or for others to really know, okay, well, what is

21  the clubhouse?

22          And so, you know, I just wanted to engage and

23  enter into conversation about the clubhouse model and

24  what that looked like and whether or not there were

25  opportunities for GNET programs to sort of be inserted



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    203

1    into their programs or programming.

2           And so I sent the e-mail just again just to

3    kind of open and -- and have conversation again with --

4    with the -- the -- the people at DBHDD.

5        Q    Okay.  What -- what is the clubhouse model?

6        A    There was not a description provided, and so I

7    think I arrived at later, after maybe talking with Danté,

8    about kind of the clubhouse, and also with Chad Jones at

9    View Point Health, that essentially the way they're

10   operating clubhouses is that they are after-school

11   programs or after-school kind of resource centers for

12   children who were receiving services through DBHDD.

13       Q    And these services would be funded by DBHDD?

14       A    The clubhouses, I -- I don't know where funding

15   for clubhouses.  I don't -- I don't know how all of that

16   works.

17       Q    Okay.

18       A    Yeah.

19       Q    But you were reaching out to set up meetings to

20   have discussions about starting this model?

21           MS. JACKSON:  Object to form.

22           THE WITNESS:  Really to gain a better

23   understanding of what it was and to see if there were

24   opportunities for us to kind of leverage what we were

25   already doing in partnership with them or in partnering



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                   204

1   with them.

2        Q    BY MS. HAMILTON:  Okay.  And just to make sure

3   all of this comes together, so the meeting that you were

4   trying to set up here, were you saying this is the

5   meeting -- one of the meetings that you ultimately did

6   have with Mr. McKay?

7        A    Yes.

8        Q    That we discussed earlier?

9        A    Yes, and with his two coordinators.

10       Q    And also earlier in the deposition you had

11   mentioned that from those two meetings -- well, actually,

12   I don't want to paraphrase your words.  Did a clubhouse

13   model ever get started as a result of those meetings?

14       A    No.

15       Q    Okay.

16       A    No.

17       Q    And it sounded like there -- there were not

18   tangible -- any tangible plans that came out of those

19   meetings?

20       A    Yeah.  No, there was nothing -- there was no

21   formalized plan of next steps in terms of how to move

22   forward with this.  And so we -- we wanted to continue to

23   the conversation, but there was nothing formal that --

24   that came about.

25       Q    Are there any therapeutic services that you



 1  wish you could offer to your students but cannot right

 2  now?

 3      A    No.  With us adding equine this year, that was

 4  one of those things that, you know, I -- I wanted -- I

 5  want to add because I feel like it's -- it's beneficial,

 6  you know, for students.

 7           But I think we currently as a program, we have

 8  capacity to deliver whether it be talk therapy through

 9  our therapists, art, music, equine.

10           I would like to find a play therapist.  At one

11  point we did have a play therapist on contract, but it's

12  hard to find licensed play therapists.  But I feel

13  like -- and especially when you're talking about

14  children.

15           And now I think the data of what we're seeing

16  in terms of the impact of trauma on children and how it

17  impacts their mental health and their mental well-being

18  for younger children, play therapy would be a great tool,

19  you know, to be able to support younger children.

20      Q    Are there any other ways that State agencies,

21  like the Department of Education and DBHDD, can further

22  support your program when it comes to providing

23  therapeutic services?

24      A    You know, much like with us piloting that

25  Wraparound program, I -- I think we've got to -- we have



1  to pilot a different approach or an approach that

2  includes all of the key stakeholders and agencies

3  together.  It's -- we've got to, you know, sort of roll

4  up our sleeves and start doing the work on collaborating

5  and working together for this wholistic approach because

6  times have changed.

7          The -- the impacts of trauma on children are

8  more widespread, and we -- we've got to be innovative and

9  creative in the systems that we have to really support

10  students and families.

11          So just the opportunity to -- to collaborate

12  and work together.

13     Q   How are you doing?  Do you need a break?

14     A   No, I'm fine.

15     Q   You're good?

16          MS. HAMILTON:  Do you need a break?

17          MS. JACKSON:  I wanted to check on the time.

18          MS. HAMILTON:  Okay.

19          THE VIDEOGRAPHER:  We're at five minutes (sic)

20  and 33 seconds.  And I could use a quick bathroom break,

21  if that's okay.

22          MS. HAMILTON:  Why don't we go off the record

23  and take a five-minute break.

24          THE VIDEOGRAPHER:  Going off the record at

25  4:24.



1            (The deposition was at recess from 4:24 p.m. to
2    4:32 p.m.)
3            THE VIDEOGRAPHER:  We are back on the record at
4    4:32.
5       Q   BY MS. HAMILTON:  Mr. Gilchrist, I have a few
6    follow-up questions for you related to the contract that
7    you have, the current contract that you have with View
8    Point Health.  And that's the contract for that ITS
9    therapist services?
10      A   Yes.
11      Q   Okay.  Is that a written contract?
12      A   It is an MOU, yes.
13      Q   How often is that contract renewed with View
14   Point Health?
15      A   Yearly.
16      Q   How is that contract with View Point Health
17   paid for?
18      A   Using funds from the GNET grants.
19      Q   Are any other sources of funding used to cover
20   the expenses for the therapists?
21      A   No.
22      Q   Okay.  So Medicaid funding is not used?
23      A   No, not -- not on my behalf.
24      Q   Okay.  All right.  Who determines the staffing
25   needs in your GNETS program?



1       A    Instructional staff or therapeutic or just

2    staff in general?

3       Q    Staff in general.

4       A    I -- I -- pretty much based on our total number

5    of students served and also kind of loose projections of

6    what I see happening within both LEAs help me to

7    determine how many teachers, how many paraprofessionals

8    we might need.

9            Also, there are criteria that I think are kind

10   of as guidance in terms of per student how many staff we

11   should carry.

12      Q    Who provides those criteria?

13      A    It was -- it -- it's not something that is

14   provided like on a yearly basis.  I just remember when I

15   first became a director in 2013 there were just some --

16   some guiding criteria that I received from a document

17   from DOE, and I've -- I've been searching for it to -- to

18   find it, but I can't find it to kind of help me, and so

19   I'm basically just operating off of memory.

20      Q    How involved is the State DOE in your decisions

21   related to hiring?

22      A    They're not involved at all.

23      Q    And beyond the guidelines that you mentioned

24   you received when you first became a GNETS director, you

25   haven't received any written guidelines from the State



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    209

1   DOE?

2        A    No.

3            MS. HAMILTON:   I'd like the court reporter to

4   mark this next document as Plaintiff's Exhibit 458.

5            (Plaintiff's Exhibit 458 was marked for

6   identification.)

7        Q    BY MS. HAMILTON:   And the first page of this

8   document is Bates stamp GA00785867.  This is an e-mail

9   chain from March to April 2017.  The initial e-mails at

10  the end are between you and Lisa Domzal with a subject

11  line of PT Psychologist, and the remaining e-mails are

12  between you and Ms. Rahming with a similar subject line.

13           If you want to take a moment to take a look and

14  let me know when you're finished.

15       A    I'm fine.

16       Q    Okay.  Do you recognize these e-mails?

17       A    Yes.

18       Q    Who is Lisa Domzal?  And I'm going to spell her

19  last name, D-o-m-z-a-l.

20       A    She is -- I believe her title is Position

21  Control Coordinator in Clayton County.

22       Q    Okay.

23       A    And so she is part of the human -- human

24  resources department for Clayton County, which is our

25  fiscal agent.



1     Q   And what were you asking her in these e-mails?

2     A   So for Lisa, the initial request was for us to

3   be able to post and hire a part-time school psychologist,

4   she wanted me to confirm with DOE that I could do that.

5     Q   All right.  And in her response, the

6   confirmation -- I just want to confirm.  The confirmation

7   that she was looking for was -- do you see -- this is the

8   Monday, March 27th e-mail --

9     A   Okay.

10     Q   -- from Ms. Domzal to Derrick Gilchrist.

11     A   Yes.

12     Q   Okay.  So in her e-mail, she wanted you to

13   provide a State-level e-mail or document showing that you

14   had been approved to put the position in your budget; is

15   that correct?

16          MS. JACKSON:  Object to form.

17          THE WITNESS:  I...

18     Q   BY MS. HAMILTON:  What was the -- what was the

19   form?  Sorry.  What was the documentation that she wanted

20   you to provide?

21     A   This e-mail.  She wanted to see approval or

22   authorization from the State that it was okay for me to

23   hire a part-time psychologist.  And I don't think that --

24   and I'm trying to remember.  I -- I don't believe the

25   issue was necessarily about the funds or funding.  It was



 1  the fact that it was a part-time position, not a

 2  full-time psychologist.

 3      Q   Did you reach out to anyone from the State DOE

 4  to get this confirmation?

 5      A   Nakeba Rahming.

 6      Q   And what did you ask Ms. Rahming?

 7      A   Whether or not I was authorized or approved to

 8  add a part-time psychologist.

 9      Q   Did you ultimately get approval from

10  Ms. Rahming?

11      A   I believe we -- we did, but we never filled the

12  position because we could not find anyone to take a

13  part-time school psychologist position, and so instead I

14  ended up adding a full-time second psychologist.

15      Q   Okay.

16      A   Who is still currently employed.  So we still

17  currently have two psychologists.

18      Q   Have you had to reach out to the State DOE for

19  approval for any other GNETS positions?

20      A   No.  And the only reason why I did this is

21  because the human resources department wanted me to,

22  which I didn't really understand why they wanted me to

23  reach out.

24          MS. HAMILTON:  Okay.  I am handing the court

25  reporter what I'd like to have marked as Plaintiff's



1   Exhibit 459.

2           (Plaintiff's Exhibit 459 was marked for

3   identification.)

4       Q   BY MS. HAMILTON:  This is a document that was

5   produced by the South Metro GNETS program in response to

6   the United States subpoena.  It was provided in response

7   to the United States request for a copy of South Metro's

8   GNETS grant application for fiscal year '22.  We received

9   this document from your program, but the grant

10  application pages were produced as separate documents.

11  So all -- what I have here is the staffing pattern

12  portion.

13      A   Okay.

14      Q   If you want to take a moment to look at it and

15  let me know when you're ready.

16      A   I'm fine.

17      Q   Mr. Gilchrist, are you familiar with this

18  document?

19      A   Yes.

20      Q   Am I correct that this is an excerpt from the

21  South Metro GNETS grant application for fiscal year 2022?

22      A   Yes.

23      Q   And does this part of the application pertain

24  to staffing?

25      A   Yes.



1          Q    All right.  I have a few clarifying questions

2     to make sure I am reading this document correctly.

3               With regard to timing, this state -- this

4     information is included in the fiscal year '22 grant

5     application, correct?

6          A    That's correct.

7          Q    Does that mean that the data here about

8     staffing pertains to your staffing numbers as of the 2021

9     to '22 school year?

10         A    Yes.  It's the projected staffing for school

11    year '21/'22.

12         Q    Are the projections based on your numbers from

13    the prior school year?

14         A    From the previous school year and also any

15    projected needs based on anticipated needs.

16         Q    Okay.  Okay.  So to confirm, the numbers that

17    we'll be looking at in this document are based on what

18    you project you will need -- you would need for the 2021

19    to 2022 school year?

20         A    Yes.

21         Q    Okay.  How much do the projections tend to

22    change?

23         A    I mean, they do change, but I'm not sure how to

24    kind of quantify, you know, how much or -- you know,

25    what -- what those changes are, but there are changes



 1 | from year to year based on what we project in terms of
 2 | needs.
 3 |     Q   Based on your recollection of your actual needs
 4 | during the '21/'22 school year, were these accurate
 5 | projections?
 6 |     A   These are -- these are accurate projections.
 7 |         However, for example, I mentioned in January we
 8 | added Joi Whitaker-Wilson as a community parent liaison
 9 | in January, and so that was something that I did not
10 | initially kind of anticipate.  And like, I don't see
11 | that -- that listed here.
12 |         But, you know, in general, we -- we try to
13 | project as accurately as possible, you know, kind of what
14 | we'll need.
15 |     Q   Okay.  And then I want to make sure I
16 | understand the sources of funding that you're noting here
17 | are available for staffing at the top of the chart.
18 |         One of the categories listed here says State
19 | Grant.  What State grant is this referring to?
20 |     A   The State allocation for GNETS.
21 |     Q   Okay.  And this is the State GNETS grant you
22 | were discussing earlier?
23 |     A   Yes.
24 |     Q   Is that an annual grant?
25 |     A   Yes.



1        Q    And then next it says Federal VI-B.  What

2    funding source is this referring to?

3        A    That's the federal GNETS, the federal GNETS

4    grant.

5        Q    I'm sorry?

6        A    The federal GNETS grant.

7        Q    And then the last source of funding listed

8    here, it says LEA Funded.  What is this referring to?

9        A    Positions that are funded by the local

10   education agency.

11       Q    Can GNETS staff positions be funded through any

12   other sources of funding?

13       A    Can they be?

14       Q    Are they funded by any other sources of

15   funding?

16       A    Not to my knowledge.  Not to my knowledge.

17       Q    Okay.  All right.  And then I also want to look

18   at, if you look at the second column that says Staff

19   Type, there are a few different categories of staff that

20   are listed.  It says existing staff.  It says no --

21   sorry, new, n-e-w, staff, and then there are some that

22   are blank.  What's -- what does this mean when it says

23   existing staff?

24       A    Those were positions that were -- were

25   previously existing within the program.  So those --



 1   those positions essentially carried over from the

 2   previous fiscal year.

 3        Q    Okay.  What is the reference to "new staff"?

 4        A    Positions that are -- are new to the current or

 5   to the upcoming fiscal year.

 6        Q    And what do the blank spaces mean?

 7        A    That no information is recorded, and that is

 8   just an error.

 9        Q    So, like, let's look at -- near the bottom of

10   the first page, it says GNETS social worker, and it looks

11   like you have listed here two people who are funded

12   through the State grant as GNETS social workers --

13        A    Um-hum.

14        Q    -- but there's nothing listed in terms of what

15   type of staff they are.

16        A    Right.  Those were existing.

17        Q    Okay.  So if there is nothing listed there,

18   they would be existing?

19        A    I would say yes as a default, but it also could

20   be that that was a new position, but...

21             And even in looking at these numbers, there is

22   an error, because as I stated before, we have four GNETS

23   social workers, and for some reason there is only two

24   showing here.

25        Q    So there is a few different entries for GNETS



1  social workers?

2      A    Okay.  All right.  So that would explain.

3  Okay.  I'm only seeing...

4      Q    Though, if I'm reading it correctly, and please

5  tell me if I'm reading this correctly, it looks like

6  earlier in this chart it says GNETS social worker

7  existing staff, and it says four.

8      A    Yeah, okay.

9      Q    And then further down it says GNETS social

10  worker, but it doesn't say what type of staff they are,

11  but then it says two more people?

12      A    So that may be an error, because the previous

13  line where it says GNETS social workers existing staff,

14  four, that's actually reflective of what we have.  I'm

15  not sure -- GNETS social worker, that line item, I'm not

16  sure what -- what or why that's there.

17      Q    Okay.  Would those be vacant positions?

18          MS. JACKSON:  Object to form.

19          THE WITNESS:  They could be vacant positions.

20      Q    BY MS. HAMILTON:  As part of your projections

21  in the GNETS grant application, can you include positions

22  that don't currently exist?

23      A    That don't exist, what do you mean?

24      Q    So you said you had four -- you did -- you had

25  four social workers.  Could you -- like as part of your



1    grant application in making projections include more than

2    those four?

3        A    Perhaps if we project, then maybe there might

4    be a need to add additional people.

5        Q    Okay.  So based on your projections for your

6    student support services for fiscal year '21 -- sorry,

7    for the '21/'22 school year, how many school psychologist

8    positions --

9        A    Two.

10       Q    -- did you have?  Did you have?  Okay.

11            How many -- and I guess you were just saying

12   you had four -- you projected that you needed four social

13   worker positions?

14       A    Well, we had four actual social workers.

15       Q    Okay.

16       A    That were existing or returning.

17       Q    Okay.  For fiscal year 2022, how many

18   counselors did you have?

19       A    Two.

20       Q    Okay.  How many special education specialists

21   did you have?

22       A    There were four.

23       Q    How many nurses did you have?

24       A    One.

25       Q    And this says new staff.  Was this an actual



1    position that was filled that year?

2         A    It was a position that was filled, but it

3    should have been an existing -- an existing position and

4    maybe I put "new staff," because it wasn't the same

5    person.  We had to replace our healthcare tech.

6              THE REPORTER:  Healthcare what?

7              THE WITNESS:  Healthcare technician.

8         Q    BY MS. HAMILTON:  And how many behavior

9    interventionists did you have?

10        A    Just one.

11        Q    Okay.  What would determine whether the source

12   of funding for the individuals who are on your staff?

13             MS. JACKSON:  Object to form.

14             THE WITNESS:  Well, there are positions, so,

15   like, for example, the LEA-funded positions, those are

16   positions that I make a request from the LEA for and that

17   they fund.  And then as I -- as I build sort of our

18   projections and our staffing for the next year, we

19   basically take what our allocation may be, and we assign

20   staff based on the funds that are available.

21             And so, in general, I try to fund the teachers

22   from my State grant.  A lot of our teachers, social

23   workers, and -- and those type of positions I try to fund

24   from the State grant, and then we try to use -- utilize

25   our federal funds for paraprofessionals, classified



1    staff.

2        Q   BY MS. HAMILTON:  Of the positions that we just

3    walked through, have there been any changes in the number

4    of staff who were employed for the 2022 to '23 school

5    year?

6        A   We don't have as many teachers this year.

7        Q   Sorry.  We haven't gotten to teachers yet.

8        A   I'm sorry.

9        Q   Of the student support services?

10       A   I'm sorry.  Are there any changes?

11       Q   Uh-huh.

12       A   No.

13       Q   All right.  So turning to teachers, if you turn

14   to the next page, this lists what your program had

15   included in your grant application, but how many teachers

16   were employed by the South Metro GNETS program for the

17   school year 2022?

18       A   17.  Hold on.  I'm sorry.  18.

19       Q   And there is one row here that says GNETS

20   teacher grant funded, but similar to before, there is

21   nothing lift -- listed in the staff type column.  It has

22   three -- three more teachers that are listed.

23           MS. JACKSON:  Object to form.

24       Q   BY MS. HAMILTON:  And I'm just trying to make

25   sense of whether these are actually teachers.



1        A   Or vacant positions?

2        Q   Or vacant positions.

3        A   We have started each of the past few years with

4   vacant positions or carried vacancies throughout the

5   school year and not been able to hire certified teachers,

6   and so I would just kind of conclude, based on what I am

7   looking at, those line items where there is not an

8   indication of the staff type, if there is nothing there

9   that those were vacant positions or vacant individuals

10  who were included into the -- the grant application for

11  the program, to be filled as needed.

12       Q   Okay.  And has that number changed for the 2022

13  to '23 school year?

14       A   We -- we -- we do have fewer teachers because

15  the number of students has declined or decreased, but we

16  did project a -- a reduced need for the number of

17  teachers, and I'm trying to count in my head.  So I think

18  that number was reduced by two, so this year we actually

19  only have 16 teachers.

20       Q   Okay.  And then similarly for your

21  paraprofessionals for the fiscal year 2022, how many did

22  you have?

23       A   21.

24       Q   And does that include the teachers where there

25  are -- sorry -- the paraprofessionals where there is no



1   staff type?

2        A    Yes.

3        Q    Okay.  So if those weren't included, then it

4   would be 19?

5        A    Yes.

6        Q    Okay.  And how does that number compare to the

7   number of current paraprofessionals who you have for the

8   current 2022 to '23 school year?

9        A    It's the same.  We did not reduce the number of

10  paraprofessionals.  We carried the same number of

11  paraprofessionals.

12       Q    And would it be accurate to say that most of

13  the GNETS teacher positions are funded through the State

14  grant?

15       A    Yes.

16       Q    And the only other one -- I think on the first

17  page it mentions the school secretary and clerks, but the

18  last one I want to talk about here at the bottom of the

19  page, it says administrators, director of GNETS program.

20  Is this your position as GNETS director?

21       A    Yes.

22       Q    Okay.  And there's just one position, correct?

23       A    Yes.

24       Q    What is the source of funding for your

25  position?



1      A    I am paid from the State grant.

2      Q    For the teachers who are employed in the GNETS

3    program, are there any professional qualifications or

4    certifications that they must meet?

5      A    The teachers with -- within all GNETS programs

6    are required to meet the PQ, professionally qualified

7    standards that are established by the State.

8      Q    Do all of the teachers who are employed in your

9    GNETS program currently meet those requirements?

10     A    Not -- we have a few teachers who are working

11   to earn full certification.  We do have those teachers

12   who are provisionally certified, but they all have

13   certification.

14     Q    How many teachers are provisionally certified?

15     A    I don't know.  Without having that directly in

16   front of me, I don't know which teachers have what

17   credential or which certification.  I would have to look

18   at that or look that up.

19     Q    But you said there are a few?

20     A    Yes.

21     Q    What about your social worker positions?  What

22   type of certification or qualifications are they required

23   to have?

24     A    They have to be certified as a school social

25   worker.



```
 1        Q   What does that entail?

 2        A   Compliance with Professional Standards

 3   Commission standards for school social workers.

 4        Q   Do you know if they have to have a certain

 5   degree level to be a school social worker?

 6        A   I believe it requires master level degree, but

 7   I'm not sure, you know, exactly on what the PSE

 8   requirements are.

 9            Our HR department vets all of our staff for

10   that matter, not just social workers, but they make sure

11   they meet standards and requirements that are established

12   by the PSC.

13        Q   And what does PSC stand for again?

14        A   Professional Standards Commission.

15        Q   And that's through the State, correct?

16        A   Yes.  It's C, PSC.

17        Q   Do all of your social workers meet the --

18   currently meet the Professional Standards Commission's

19   standards?

20        A   Yes.

21        Q   Are there standards that are set by the

22   Professional Standards Commission that apply to

23   therapists who serve in schools?

24        A   Therapists, to -- to my knowledge, you know,

25   again, we're talking about the sort of inner agency
```



1   collaboration, that's -- to my knowledge, that's not a

2   certification level that PSC handles.  Therapists are

3   required by whatever that governing body is to meet

4   licensure standards, so that's a separate board or entity

5   from PSC.

6       Q   Are paraprofessionals required to meet

7   standards that are set by the Professional Standards

8   Commission?

9       A   Yes.  All paraprofessionals are required to

10  obtain and hold a certification as a paraprofessional

11  through the Georgia Professional Standards Commission.

12      Q   Okay.  Do all of the paraprofessionals who work

13  for the South Metro GNETS program hold that

14  certification?

15      A   Yes.

16      Q   And I just want to walk through some of these

17  other positions that we talked through earlier.

18          The school psychologists that work through the

19  GNETS program, are they all -- do they all have the

20  certifications required to -- to teach as set by the

21  State -- I'm sorry, not to teach -- to provide psych- --

22  psychological services?

23      A   Yes.  They are all certified as school

24  psychologists.

25      Q   And then similarly for the counselors who work



DERRICK GILCHRIST                                September 29, 2022
UNITED STATES vs STATE OF GEORGIA                              226

 1  for the GNETS program, do they all have the required
 2  certification to serve in your program?
 3       A   Yes.  They are all required to be certified as
 4  school counselors.
 5       Q   And I'm not sure if I know what a special
 6  education specialist does.  What -- what is a special
 7  education specialist?
 8       A   So those are the other program leaders, and I'm
 9  not sure why it's -- it's reflected here under student
10  support services and not administrators, but those are
11  the coordinating supervisors that we talked about before.
12       Q   Okay.  Do they have to have a specific
13  certification for their roles?
14       A   They're -- they are required to be certified
15  as -- or required to be certified in educational
16  leadership.
17       Q   Okay.  Do they all have that certification?
18       A   Yes.
19       Q   And what qualifications, or should I say what
20  certifications does the behavior interventionist need in
21  their role?
22       A   Now that, I think, would vary based on LEAs and
23  what their requirements are for behavior
24  interventionists.
25           For our program, the requirement is that the



 1  individual is certified in an area of education, whether

 2  that be social work, school counselor, school

 3  psychologist, but they must hold school certification or

 4  PSC certification.

 5      Q    And does that person hold that certification?

 6      A    Yes.

 7      Q    Switching gears, are you familiar with the

 8  GNETS rule that went into effect in July -- July 5th,

 9  2017?

10      A    Yes.

11      Q    How did you become familiar with the GNETS

12  rule?

13      A    I don't remember if it was an e-mail or if

14  there was a meeting or training to update us on the new

15  rule.

16      Q    Did you receive guidance in some form from the

17  State DOE about the GNETS role?

18      A    Yes, I believe so.

19      Q    And you don't remember the form of that

20  guidance?

21      A    I don't.  I don't remember again if it was an

22  e-mail or a training.  It may have been in a -- in a

23  training or in a meeting.

24      Q    And what is the relevance of the GNETS role to

25  your role as a GNETS director?



1          A    It -- it helps us to work with our LEAs to

2    ensure that there are processes in place for placing

3    students in GNET programs or placing students in a

4    position to receive GNET services.

5               MS. HAMILTON:  I'm handing the court reporter a

6    document that I'd like to have marked as Plaintiff's

7    Exhibit 460.

8               (Plaintiff's Exhibit 460 was marked for

9    identification.)

10         Q    BY MS. HAMILTON:  The first page of this

11   document is Bates-stamped GA00030538.  This document has

12   a cover e-mail dated August 2018 between Vickie Cleveland

13   and Lakesha Stevenson with a subject line, "Items to copy

14   for meeting."  And then there are five attachments that

15   include various -- various GNETS program documents.  And

16   I actually want to focus our time on the attachments.

17              I will give you a moment just to skim through,

18   and you can let me know when you're done.

19         A    Okay.

20         Q    All right.  What I'd like to do first is just

21   gauge your familiarity with these documents, and then if

22   we have time at the end of the deposition, we may come

23   back and talk more about the substance.

24              If you can turn to the second attachment which

25   has the Bates state -- stamp number GA00030542.  And the



 1  title of this document says, "Request for GNETS

 2  Consultation."

 3       A    Yes.

 4       Q    Are you familiar with this document?

 5       A    Yes.

 6       Q    What is it?

 7       A    It's a -- a document that can be used by LEAs

 8  to request GNETS consult for students.

 9       Q    Who created this document?

10       A    The DOE.

11       Q    Okay.  And in your capacity as a GNETS

12  director, did you play any role assisting in the creation

13  of this document?

14       A    No.

15       Q    Does the South Metro program use the Request

16  for GNETS Consultation form?

17       A    Yes.

18       Q    Are all GNETS programs required to use this

19  form?

20            MS. JACKSON:  Object to the form.

21            THE WITNESS:  I -- I don't know.

22       Q    BY MS. HAMILTON:  And how did you learn of this

23  form?

24       A    We had a meeting, and I would imagine this -- a

25  meeting agenda.  I was present when this information was



 1   shared.

 2        Q   How long have you been using the request for

 3   GNETS consultation form?

 4        A   Based on these documents, I would say probably

 5   since the time of this meeting in 2018.

 6        Q   Okay.  I'd like to turn to the next document,

 7   and this is the one that has the title GNETS Services

 8   Flow Chart.  And it's the next attachment in this

 9   document.

10        A   Gotcha.

11        Q   With a Bates stamp of GA00030544.

12        A   Yes.

13        Q   Are you familiar with this document?

14        A   Yes.

15        Q   What is this document?

16        A   It's a guidance document to help LEAs and all

17   stake -- stakeholders understand just the flow, a

18   flowchart in terms of, I guess, how to request

19   consultation and how to handle other issues or processes.

20        Q   Okay.  Who created this document?

21        A   I believe someone at the DOE.

22        Q   Does your program use this GNETS services

23   flowchart?

24        A   We use a -- a -- a modified form of it, and so

25   it looks a little bit different from this.



1       Q    What parts of the flowchart look different in

2   what you're using in your program?

3       A    Well, we wanted to be specific for our LEA, so

4   like position titles we wanted to use the correct

5   position titles that are aligned with what our LEAs are

6   so that they would be clear on the people within the

7   district and what their role is in terms of requesting

8   consult.  And so we just kind of modified it based on

9   more locally specific position titles and staff.

10      Q    Okay.  When were you first introduced to the

11  GNETS Services Flow Chart?

12      A    I would say at this meeting.

13      Q    And just to confirm, so that our record is

14  clear, are you referring to this August 21st, 2018 --

15      A    Yes.

16      Q    -- GNETS director meeting?

17      A    Yes.

18      Q    Okay.  All right.  I want to turn to the next

19  attachment.  It has a Bates number of GA00030545, and the

20  title is Confidential Student Information Packet.

21           Are you familiar with this document?

22      A    Yes.

23      Q    What is this document?

24      A    It's the -- a student information packet, a

25  student information packet that LEAs could request



1  support or assistance.

2      Q    Okay.  And who created this document?

3      A    I believe someone at the DOE.

4      Q    Does the South Metro program use the

5  confidential student information packet?

6      A    Yes.

7      Q    And do you use it as it's currently written or

8  did you make any modifications?

9      A    We -- we did -- I believe we did modify -- no,

10  we did not make any modifications to this.

11      Q    Okay.  And when were you introduced to this

12  document?

13      A    During this August 2018 meeting.

14      Q    And I'd like to turn to the last attachment.

15  This is -- starts on GA00030549 entitled Guiding

16  Questions for Consideration of Services.  Are you

17  familiar with this document?

18      A    Yes.

19      Q    What is this document?

20      A    A guiding questions document to help and assist

21  LEAs with complying with the requirements and process for

22  requesting support or assistance for students.

23      Q    Does the South Metro program use this form in

24  connection with students being referred to your program?

25      A    Yes, we do.



1      Q   And when did -- when did you first get
2   introduced to the guiding questions?
3      A   In this August of 2018 meeting.
4      Q   And did your program make any modifications to
5   this form?
6      A   No.
7      Q   All right.  I want to turn back to the
8   flowchart that's in this packet of documents.  I want to
9   ask you a few questions about how this process works for
10  a student beginning through a GNETS program.
11         So if you can look at the part of the flowchart
12  that focuses on the standard process.  Based on this
13  chart and your understanding of how students get placed
14  in GNETS, who makes the initial determination regarding
15  whether a student should be considered for GNETS?
16     A   Well, it was my understanding that the special
17  ed departments with -- within the LEAs make a
18  determination with students that they may be struggling
19  with or they may have questions about, and from that
20  point they may reach out to GNETS programs to request
21  assistance or support.
22     Q   Okay.  So then going down to this -- so then
23  after that first step, it says, the student information
24  packet is completed.  Is that the confidential info- --
25  confidential student information packet that we just saw?



1        A    Yes.

2        Q    Okay.  So after that step, it says GNETS

3   coordinator and sped director meet to discuss packet

4   information.  What does that meeting entail?

5        A    And so that's one of the things that we kind of

6   modified for our program.  Our -- our sped directors and

7   both of our LEAs did not meet with South Metro staff to

8   discuss packet information, and so that -- that step

9   doesn't necessarily apply for us.

10       Q    So after the special education director

11   completes the packet, what would be the next step in the

12   process in South Metro?

13       A    And -- and also, I would say that generally in

14   the two LEAs I serve, special ed directors aren't

15   completing the packets.  It's generally the school staff,

16   the teacher, along with perhaps a coordinator, behavioral

17   coordinator in both counties, and also any other

18   school -- school-based staff would be the individuals who

19   sort of prepare the packets for consideration.

20       Q    Okay.

21       A    And for us, once they've completed a packet and

22   prepared information, including all of the required

23   pieces, such as a current FBA/BIP, current site

24   eligibility report, and also supporting data, that

25   information is then given to us.  We have a person in our



1  student review team.  We call it student review, and
2  those packets are provided to our student review
3  specialists.  She reviews it to make sure that it has all
4  of the required components.  And then, you know, we -- we
5  look at it, review it, make sure everything is there, and
6  then we'll set up an IEP meeting.
7        And then from there, it's left up to the IEP
8  team to make a determination, you know, whether or not
9  the student is appropriate for GNETS.
10     Q   And just to make sure I understand this.
11  Student review specialist, is that a stand-alone position
12  in the GNETS -- in the South Metro GNETS program?
13     A   It is one of our positions.
14     Q   Okay.  Was that one of the positions among the
15  ones that we just walked through?
16     A   Uh-huh.  It's actually -- it's listed as a
17  teacher, a certified teacher, and so her role is to
18  operate as the student review specialist.  And so she
19  again receives the -- the packets or the requests for
20  assistance.  She reviews it just to make sure that all of
21  the required -- required components are there, and if
22  they have the required components, we confirm for them
23  that they have everything that is required to even have a
24  conversation about a GNETS placement.
25        And so then at -- at that point a meeting is



1  then set up for an IEP team meeting to convene and to

2  discuss whether or not that team feels like a GNET

3  placement is appropriate.

4       Q   And this person who's -- sorry -- the student

5  review specialist who's reviewing the materials, how do

6  they know what the requirements are for a student to be

7  in GNETS?

8       A   It's on -- it's in the checklist.

9       Q   Okay.  So they are walking through the

10  checklist --

11      A   Yes.

12      Q   -- to determine whether --

13      A   Yes.  Everything is present in -- in the --

14  what do you call it -- the confidential student

15  information packet.

16      Q   If they discover or determine something is

17  missing, what would they do?

18      A   Let the -- let the LEA know that they're

19  missing a required component to even have a discussion

20  about GNETS.

21      Q   Can the student review specialist reject a

22  referral independently?

23      A   It's -- it's not a -- a matter of accepting or

24  rejecting.  It's just a matter of confirming whether or

25  not they have all the components.




1          So she can notify them that they're missing

2    some components, and then by rule, the student isn't

3    eligible to be considered for GNETS.

4          Q    Has your student review specialist reviewed

5    packets of materials for students who -- whose packets

6    were incomplete?

7          A    Yes.

8          Q    Do you or anyone else on your staff review

9    those packets before she sends them back to the LEA?

10         A    No.  She reviews them with me to let me know

11   whether or not all of the -- all of the components are --

12   are present or not.  If they're not, she just notifies me

13   that she received the -- a packet that was not complete,

14   and she provides that communication to the LEA that they

15   are missing whatever, whatever it is that's not there.

16         Q    Have you ever agreed that a student's packet

17   should move forward to the IEP team when any materials

18   are missing?

19         A    Not when -- not when there are missing

20   components, no.

21         Q    All right.  So once the materials are complete

22   and the IEP meeting is scheduled, who from your staff

23   participates in the meeting?

24         A    Program administrator, classroom teacher,

25   social worker, and the student review specialist.



1    Q   And by "program administrator," who would that

2  include?

3    A   Coordinating supervisors, site administrator.

4    Q   I know earlier you mentioned that you don't

5  regularly participate in IEP meetings.  Do you ever

6  participate in IEP meetings?

7    A   No.

8    Q   Do you or anyone on your staff have to approve

9  the decision for a student to be admitted to your GNETS

10  program?

11        MS. JACKSON:  Object to form.

12    Q   BY MS. HAMILTON:  Do you have to approve the

13  decision for a student to be admitted to your GNETS

14  program?

15    A   No.  The IEP team is the final decision-maker

16  on student placement into GNETS, so whatever the IEP team

17  determines is what stands.

18    Q   Have you ever been presented with a situation

19  where the IEP team determined a student should be placed

20  in your program but you determined the student's

21  placement was inappropriate?

22    A   Not initially.  There are times where the IEP

23  team does make a recommendation that a student is

24  appropriate for GNETS, and so then after a period of time

25  of serving the student, we've had our psych- --



1  psychologists conduct testing and it be determined at --

2  at that point in time that the student, based on the

3  psychological assessment, may not be appropriate for

4  GNETS.

5      Q    Under those circumstances, what then happened?

6      A    We notified the LEA of the psychological

7  eligibility results, and we collaborate to work to place

8  the student in another program within the LEA.

9      Q    Was the determination that GNETS was not the

10 least restrictive environment for that student?

11     A    No.  Many times it is that the student is

12 diagnosed as being conduct disorder, oppositional defiant

13 disorder, or having some other social maladjustment that

14 does not respond and is not appropriate for therapeutic

15 programming, because the profile for those type of

16 children is that their behavior is not necessarily a

17 function of a mental health issue.  It's more a function

18 of choices and decision and just a general social

19 maladjustment.

20     Q    And so in those situations, you -- your program

21 is not suited to meet the needs of those students?

22     A    That's correct.

23     Q    Are there any other scenarios that you've

24 encountered where, for example, the IEP team has

25 determined the student should be admitted but your staff



1  determined the student didn't meet the eligibility

2  criteria for GNETS?

3       A   I think that was the scenario I just kind of

4  described.

5       Q   All right.  But are there any others besides

6  the conduct disorder situation?

7       A   No.

8       Q   All right.  If you want to look at the "Move

9  In" column on the flowchart, and it says, "Student moved

10  in" -- well, I guess, what -- what is -- what is -- what

11  is this -- what is the "Move In" column referring to?

12       A   So students who are -- who have moved into the

13  LEA from either out of state or from a long-term

14  hospitalization or residential treatment.

15       Q   And for students who are coming from one of

16  those programs, what is the process that South Metro uses

17  to determine whether to provide services?

18       A   So we -- South Metro does not make a

19  determination on whether to provide services.  We review

20  the information from the LEA that may be provided to us

21  when a student moves in.  We provide them with feedback

22  in regards to our research.

23            So, for example, if a student moves in to

24  our -- either of our LEAs from another state, we'll

25  review the state records from the -- the -- from the



1   state that the student is coming from, and we'll provide

2   the LEA with any research that we may have discovered.

3           So for our student review specialist, what

4   she'll do is, is she'll reach out to the program in the

5   state where the student is coming from to gather more

6   information to make a determination on whether or not,

7   you know, it's similar to GNETS or the equivalent to

8   GNETS.  We'll provide them with any feedback or

9   information that we receive from -- from the school or

10  program, and then they will call an IEP meeting to make a

11  determination on which placement would be most

12  appropriate.

13      Q   All right.  I want to switch gears now and ask

14  you some questions about the GNETS strategic plan.  What

15  is the GNETS strategic plan?

16      A   It was a guidance document that was intended to

17  provide a framework of expectations for all GNET

18  programs, a framework to help guide programming for all

19  GNET programs, and it was, you know, essentially, a

20  guidance that was intended to help all GNET programs in

21  the state to sort of be on the same page in terms of

22  programming.

23      Q   And at the beginning of our deposition, you

24  mentioned that you were a member of the strategic

25  planning committee; is that correct?



1       A    Yes.

2       Q    How did you end up serving on that committee?

3       A    Ms. Rahming -- Dr. Rahming asked if there were

4   GNET directors who were interested in assisting and

5   helping, and I volunteered.

6       Q    As a member of that committee, did you provide

7   feedback on drafts of the strategic plan?

8       A    Yes.

9       Q    What other responsibilities did you have as a

10  strategic plan committee member?

11      A    We provided our input in terms of areas of

12  focus and what -- what we felt or believed to be best

13  practices for operating a therapeutic program.

14      Q    What was your opinion of the final work product

15  that you-all produced?

16      A    Initially, it -- it was something that we felt

17  like or it was something that I felt like was needed,

18  because prior to that there was not really a framework

19  for programs to really have as a road map.

20           However, after years of implementation, you

21  know, there were some areas that could have been better,

22  could have been better developed or designed.

23           And I think at the last revision, I don't know

24  who or how the revision took place.  I think the last

25  revision addressed some of the areas that needed to be



1  clarified or specified.

2      Q   What were some of those areas that you felt

3  prior to that last revision needed to be clarified?

4      A   That's a tough one.  I'd have to look at them

5  side by side just to kind of remember specifically what

6  those revisions were.

7          I do know that the areas of the GNET program,

8  some of the areas were combined, and so it was just -- it

9  was -- I felt like the -- the latest or the current

10 version is just more streamlined and more clear.

11         MS. HAMILTON:  Okay.  I'm handing the court

12 reporter a document that I would like to have marked as

13 Plaintiff's Exhibit 461.

14         (Plaintiff's Exhibit 461 was marked for

15 identification.)

16     Q   BY MS. HAMILTON:  This document has a title of

17 "Self-Assessment Outcomes and Improvement Summary Plan."

18 This was provided to the United States by the South Metro

19 GNETS program in response to the United States subpoena.

20         Mr. Gilchrist, do you recognize this document?

21     A   Yes.

22     Q   All right.  What is this?

23     A   This is the self-assessment that all programs

24 are required to complete as a self-assessment of -- of

25 our implementation of the strategic plan.



1    Q   When you served on the strategic plan
2  committee, did you play any role in creating the
3  Self-Assessment Outcomes and Improvement Summary Plan?
4    A   I don't remember that as part of what we did on
5  that committee, but I do know with the final product that
6  the -- and this is actually not the format or the
7  template, because I can never get it to work on the
8  actual formal one, so I just kind of used that -- that
9  template just to create something that I could type in.
10       But I do know that this form or document was
11  included as part of the final strategic plan.
12    Q   Okay.  And just to confirm what you were just
13  saying, this is not a copy of the actual plan?
14    A   Correct.
15    Q   Okay.  Does it contain the information that is
16  part of the plan?
17    A   Yes.
18    Q   Okay.  But you modified it for what reason?
19    A   Just so I can have it in Word document and I
20  can like type -- type in the boxes and enter the data.
21    Q   Okay.  How are you as a GNETS director expected
22  to use the Self-Assessment Outcome and Improvement
23  Summary Plan?
24    A   Its -- its main purpose is to inform areas that
25  we may need to focus on to improve our program as it



1    relates to the strategic plan.  And so with -- with

2    engaging in the self-assessment activity, we gather just

3    information from the perspective of program leaders on

4    areas that we either may be doing really well in or areas

5    that we may need to focus on.

6        Q    And does the State DOE require every GNETS

7    program to complete a similar plan?

8        A    Yes, it's -- it's required.

9        Q    Would you -- once you have completed this plan,

10   who -- who do you give it to from -- let me rephrase that

11   question.

12           Once you've completed this plan, who -- who

13   from the State do you give it to?

14       A    It's part of the grant application.  It's one

15   of those documents that we submit with our grant

16   application.

17       Q    Do you also have to complete a midyear

18   strategic plan self-assessment?

19       A    This is the midyear (indicating).

20       Q    Okay.  So how many of these self-assessments do

21   you complete during --

22       A    Two.

23       Q    -- the school year?

24       A    Two.  A midyear and end of year.

25       Q    Once you provide this information to the State



1    DOE, how do they use this information?

2            MS. JACKSON:  Objection to form.

3            THE WITNESS:  I don't know.

4        Q    BY MS. HAMILTON:  Are site visits part of the

5    strategic plan process?  And I should say site visits

6    from the State DOE?

7        A    It was initially part of the original plan

8    where the DOE would annually visit each GNET program to

9    review the artifacts in evidence to support

10   implementation of the strategic plan.

11       Q    Does the State DOE still conduct site visits?

12       A    They conduct site visits.  However, it's on a

13   rotating scheduled basis.  It's not an annual site visit

14   as it relates to the strategic plan.

15       Q    Okay.  How frequently does the State DOE now

16   conduct site visits as part of the strategic plan

17   process?

18       A    I don't remember the number of years in the

19   rotation because I was -- that's pretty new, so I

20   don't -- I don't remember.

21       Q    Okay.  But it's -- but to confirm, it's not

22   every school year?

23       A    Yes, it's not every school year.

24       Q    Are you aware of any changes that are being

25   made to the strategic plan process for the current school



1  year?

2      A   No, I'm not aware of anything.

3      Q   Do you anticipate receiving feedback from the

4  State on the strategic plan documents when you submit

5  them?

6      A   Yes.

7      Q   Earlier during the deposition you mentioned

8  that you met Wina Low during one of the DOJ site visits;

9  is that correct?

10     A   No, that was Shaun.

11     Q   Or was that Shaun Owen --

12     A   Yes.

13     Q   -- that you met?

14     A   Who was on-site during the site visits.

15     Q   All right.  Thank you for clarifying that.

16         Were you present -- how many of the site visits

17  were -- did you attend that were conducted by the United

18  States?

19     A   For my program?

20     Q   Yes.

21     A   I attended all of them.  The -- I take that

22  back.  So they had to make -- in Henry County they made

23  two trips last year.  I was not present for the second

24  because it was a scheduling conflict.

25     Q   Okay.



1        A    But I was present for both visits in the -- in

2    the fall, one to Ash Street and one to J B Henderson.

3        Q    Okay.  And were you present for the visit in

4    the spring?

5        A    I was not.

6        Q    That was the one you weren't present for.

7    Okay.

8             How did you learn of the site inspections that

9    the United States planned to conduct?

10       A    I believe I was issued a subpoena.

11       Q    Did you do anything to prepare for those site

12   inspections?

13       A    No.

14       Q    Do you recall having any conversations with

15   anyone on your staff about the visit in advance of them

16   taking place?

17       A    No.

18       Q    Did you notify your staff that the United

19   States would be conducting site inspections prior to

20   their arrival -- to the arrival of the DOJ staff?

21       A    No.

22       Q    Did you modify any classroom schedules in

23   connection with the United States' site inspection?

24       A    No.

25       Q    Did you place any maintenance request



1  immediate -- immediately and in advance of the United

2  States' inspection?

3       A   No.

4       Q   Did you have any conversations with your

5  students and families about the United States' visit

6  prior to it taking place?

7       A   No.

8       Q   Did anyone on your staff have any conversations

9  with your students and families about the United States'

10  visit in advance of the visit?

11       A   Not --

12            MS. JACKSON:  Objection to form.

13            THE WITNESS:  Not to my knowledge, because I

14  did not make my staff aware.  So there was no knowledge

15  for them to be able to communicate to either families or

16  students.

17       Q   BY MS. HAMILTON:  Okay.  So, to be clear, you

18  had not notified your staff that the United States would

19  be conducting visits in advance?

20       A   No.

21       Q   Did you have any conversations with anyone

22  representing the State DOE about site visit -- about the

23  United States' site visits before they occurred?

24       A   Can you say that again?

25       Q   Did you have any conversations with anyone



1    representing the State DOE about the United States' site

2    visits?

3        A    No.

4        Q    Actually, let me finish that.

5             Did you have any conversations with anyone

6    representing the State DOE about the United States' site

7    visits before the visits occurred?

8        A    No.

9        Q    Okay.  Did you have any conversations with

10   anyone representing the State about the United States'

11   site visits after the visits occurred?

12       A    Can you say that again?

13       Q    Uh-huh.  Did you have any conversations with

14   anyone representing the State about the United States'

15   site visits after the visits occurred?

16       A    No.

17       Q    Did you have any conversations with any of the

18   State DOE personnel who were in attendance at these site

19   visits after the visits occurred?

20       A    No.

21           MS. JACKSON:  How are we on time?

22           THE VIDEOGRAPHER:  6 hours and 54 minutes.

23           MS. JACKSON:  Okay.

24       Q    BY MS. HAMILTON:  In 2017, Mr. Gilchrist, your

25   program received a facility conditions assessment for one



1  or more -- for one of your facilities, correct?

2      A   What is that?  Could you tell me a little bit

3  more about it?

4      Q   Sure.

5          And, actually, let me reframe it.

6          Have you -- do you recall receiving a facility

7  conditions assessment from the State DOE about the

8  condi- -- the physical condition of any of your

9  facilities?

10     A   I don't remember receiving any report like that

11  from DOE.

12          MS. HAMILTON:  Can we go off the record?

13          THE VIDEOGRAPHER:  Sure.  Going off the record

14  at 5:54.

15          (A discussion was held off the record.)

16          THE VIDEOGRAPHER:  Back on the record at 5:55.

17          (Plaintiff's Exhibit 462 was marked for

18  identification.)

19     Q   BY MS. HAMILTON:  I am showing a document that

20  I would like the court reporter to mark as Plaintiff's

21  Exhibit 462, and this document has a Bates stamp, first

22  page, GA00995478.  It's an e-mail chain between Derrick

23  Gilchrist and Michael Rowland from August 2017.

24          If you want to take a moment to look at it.

25  Let me know when you're finished.



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                              252

```
1        A   Okay.
2        Q   And let me make sure you have control.  Are you
3   able to move the mouse?
4        A   Yes.
5        Q   Okay.  Is it working?
6        A   It is.  I'm trying to move the little square so
7   I can see the -- the whole thing.  Okay.
8        Q   Do you recognize this -- this e-mail chain?
9        A   I -- I see it.  I don't remember it, no.  And I
10  vaguely recall the exchange.
11       Q   So Michael Rowland had reached out to your
12  program with regard to one of your facilities; is that
13  correct?
14       A   That's correct.
15       Q   And in response, you replied that you were
16  providing an updated report addressing the improvement
17  items?
18       A   Yes.
19       Q   Okay.  And that was with respect to the Ash
20  Street Center?
21       A   That's correct.
22       Q   So does this indicate that the State DOE had
23  identified issues with the Ash Street Center facility?
24       A   Based on this, yes, it seems as if they did an
25  inspection, identified changes that need to be made.  The
```



 1  LEA addressed the upgrades or changes that needed to be

 2  made, and a report was submitted back to Mike Rowland

 3  outlining or detailing the recommendations that they had

 4  made and how the LEA had addressed those.

 5      Q    Okay.  Has the State Department of Education

 6  identified any other facility issues since conducting

 7  this assessment in 2017?

 8      A    No, not to my knowledge.

 9          MS. HAMILTON:  And how much time do we have

10  left?

11          THE VIDEOGRAPHER:  Six hours, 59 minutes and 15

12  seconds.

13          MS. HAMILTON:  Okay.  I think we can wrap up.

14          Mr. Gilchrist, thank you so much for your time

15  today.  Let me stop sharing my computer screen.  The

16  United States is finished with our questioning.  I don't

17  know if the State wants to say anything.

18          MR. PICO-PRATS:  Yes.  Good evening,

19  Mr. Gilchrist.  You have reached seven hours.  What did

20  you say?  Sorry?

21          THE WITNESS:  I didn't say anything.  I'm

22  sorry.

23          MR. PICO-PRATS:  You reached seven hours, and I

24  spoke about this with your counsel before, but I have

25  very few questions, maybe 20 minutes max.  If you want to



 1   keep going we can, or if you want to reconvene for

 2   another day and do 20 minutes, it's really up to you.

 3          THE WITNESS:  I'm okay to continue.

 4          MR. PICO-PRATS:  Okay.  So it will be brief.

 5          THE VIDEOGRAPHER:  One second.  I just want

 6   to -- I want to move this microphone.

 7          MR. PICO-PRATS:  Are we back on the record?

 8          THE VIDEOGRAPHER:  You are on the record right

 9   now.  One second.

10          Okay.  We are good.  Thank you.

11

12                    EXAMINATION

13   BY MR. PICO-PRATS:

14       Q   Great.  So, Mr. Gilchrist, who hired you in the

15   County?

16       A   You said who hired me in the County?

17       Q   Yes.

18       A   I -- for -- for my current position of

19   director, I interviewed with a panel of individuals who

20   represented each of the LEAs that were being served by

21   South Metro.  And so at the time, there were

22   representatives from Atlanta Public Schools, Fulton

23   County Schools, and also Clayton County.  And so I was

24   selected -- and so I was selected by that committee of

25   individuals to be director.



1       Q    All of the members of the panel were local

2    representatives.  They weren't part of the state of

3    Georgia?

4       A    No.  They were all part of -- of the three LEAs

5    that were served by South Metro.

6       Q    Earlier today we talked a little bit about

7    funding, and I just have a few questions in regards to

8    the funding for GNETS.

9            Can you give an explanation of how GNETS

10   funded, to your knowledge, at least their program?

11      A    Well, to my knowledge or -- or for South Metro,

12   we're funded based on the number of students that we

13   serve.

14      Q    And where does the funding come from?

15      A    What do you mean?

16      Q    Where is the money coming from for you to be

17   able to pay per student?

18      A    If I understand, it -- it comes from the State.

19      Q    Okay.  It comes from -- you mentioned a grant

20   before.  Does it come from the grant?

21      A    Yes.

22      Q    So is the funding that you use for your program

23   completely from the grant?

24      A    Well, the LEAs contribute through the positions

25   that they are funded.  We've reviewed the document



1  earlier to indicate or reflect a funding source for all

2  the positions, and so additional funds are contributed

3  from the LEAs in the form of positions and staff.

4      Q   Who do you report to in your current position?

5      A   I report to the Division of Student Support

6  Services in Clayton County.

7      Q   Is it a specific person or is it a group of

8  people?

9      A   It's -- Dr. Sandra Nunez is the chief of the

10  Division of Student Support Services.  That is -- that is

11  who completes my evaluation.

12      Q   Okay.  And you spoke about evaluations before.

13  Who in your staff completes evaluations?

14      A   I'm sorry, say it again.

15      Q   Who all in your staff completes evaluations?

16      A   Evaluations of staff?

17      Q   The evaluation you just mentioned, yes, for the

18  program.

19      A   Our program leaders.  So those coordinating

20  supervisors and site administrator, they complete the

21  evaluation for all of the staff within our program.

22      Q   Those are the only ones on your staff that

23  would complete evaluations?

24      A   In addition to myself.  I also evaluate staff

25  within the program.



1     Q   And they -- your staff members will turn in the

2   evaluations to you, correct?

3     A   No.  We utilize the TKES and LKES platform, and

4   so all of the evaluations are actually entered into that

5   platform.  Any paper evaluations for classified staff,

6   those are submitted to our human resources department

7   in -- in the LEA.

8          So in Clayton they go to the Clayton County

9   human resources department, and in Henry County they go

10   to the Henry County department of human resources.

11     Q   Do you know if those are ever forwarded to the

12   State?

13     A   I'm not aware.  I -- I don't think they are

14   forwarded to the State.

15     Q   You mentioned the -- the IEP plans, and I just

16   want to get a better understanding of how the IEP team is

17   comprised.  Who all makes up the IEP team?

18     A   So you have a special ed representative, a

19   regular ed representative, administrators and other

20   designated individuals in addition to parents and any

21   other service -- related service provider or stakeholder

22   that has a -- a -- a role in supporting the student.

23     Q   Do you know if there is any member of the State

24   present in the IEP team?

25          (Court reporter clarification.)



1              THE WITNESS:  No, the State does not attend IEP

2     meetings.

3         Q    BY MR. PICO-PRATS:  And they are not members of

4     the IEP team, correct?

5         A    That is correct.

6         Q    Are you aware of any instance in which the

7     State participated in a decision for a student to receive

8     GNETS services?

9         A    No, I am not.

10        Q    Are you aware of any instance in which the

11    State compelled your program to make a particular

12    decision regarding a student's placement?

13        A    No.

14        Q    Has the State ever encouraged you to keep a

15    student in GNETS when their IEP recommended otherwise?

16        A    No.

17        Q    Does the State participate in your program's

18    personnel division?

19        A    No.

20        Q    I just have two follow-up questions based on

21    questions you were asked, and I think that will be it.

22              When you spoke about your meeting with Danté

23    McKay or how you originally reached out to him, and my

24    question surrounding that is, were you the one to

25    originally reach out to Danté or did Danté reach out to



DERRICK GILCHRIST                              September 29, 2022
UNITED STATES vs STATE OF GEORGIA                          259

1   you?

2       A    I reached out to Danté.

3       Q    And so DBHDD, have they ever reached out to you

4   before that?

5       A    No.

6       Q    And then the last bit here is, you spoke about

7   speaking with Nakeba Rahming in relation to the High

8   Fidelity Wraparound program, and the Department of

9   Justice asked the questions relating to DOE expressing

10  interest in relation to the program.  Do you remember

11  that?

12      A    Do I remember her question?

13      Q    Yes.

14      A    I -- yes.  There have been so many questions, I

15  think I remember it.  I remember that one.

16      Q    Do you remember Ms. Nakeba Rahming asking you

17  about the High Fidelity Wraparound program or High

18  Fidelity Wraparound?

19      A    I -- I don't remember her specifically asking

20  me about it.

21      Q    Did she express interest in it?

22           MS. JACKSON:  Objection to form.

23           THE WITNESS:  I -- I believe that was

24  documented in the e-mail correspondence that she did

25  express interest.



1        Q    BY MR. PICO-PRATS:  Do you know if the interest

2    was from her personally or from her on behalf of the

3    Department of Education?

4             MS. JACKSON:  Objection to form.

5             THE WITNESS:  No, I don't know.

6             MR. PICO-PRATS:  That's all the questions I

7    have today.  Thank you very much, sir.

8             THE VIDEOGRAPHER:  Going off the record at

9    6:11.  This concludes the deposition.

10            THE COURT REPORTER:  Did you need a rough

11   draft, Javier?

12            MR. PICO-PRATS:  Yes, please.

13            MS. JACKSON:  Yes, please.

14            (The deposition concluded at 6:11 p.m.)

15

16

17

18

19

20

21

22

23

24

25



```
1                    CERTIFICATE OF REPORTER

2    STATE OF GEORGIA      )
                           )
3    COUNTY OF DEKALB      )

4

5         I, Marcella Daughtry, a Certified Reporter in
     the State of Georgia and State of California, do hereby
6    certify that the foregoing deposition was taken before me
     in the County of DeKalb, State of Georgia; that an oath
7    or affirmation was duly administered to the witness,
     DERRICK GILCHRIST; that the questions propounded to the
8    witness and the answers of the witness thereto were taken
     down by me in shorthand and thereafter reduced to
9    typewriting; that the transcript is a full, true and
     accurate record of the proceeding, all done to the best
10   of my skill and ability;

11        The witness herein, DERRICK GILCHRIST, has
     requested signature.
12
          I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15        IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   11th day of October, 2022.

17

18

19

20   _____
     Marcella Daughtry, RPR, RMR
     GA License No. 6595-1471-3597-5424
21   California CSR No. 14315

22

23

24

25
```



1  United States of America v. State of Georgia
   J8613239

2

3              DECLARATION UNDER PENALTY OF PERJURY

4

5                  I declare under penalty of perjury that I

6  have read the entire transcript of my deposition taken in

7  the above-captioned matter or the same has been read to

8  me, and the same is true and accurate, save and except

9  for changes and/or corrections, if any, as indicated by

10 me on the DEPOSITION ERRATA SHEET hereof, with the

11 understanding that I offer these changes as if still

12 under oath.

13

14 Signed on the_____day

15 of _____20__.

16

17

18

19 _____
   DERRICK GILCHRIST

20

21

22

23

24

25



DERRICK GILCHRIST                                    September 29, 2022
UNITED STATES vs STATE OF GEORGIA                                   263

```
 1                    DEPOSITION ERRATA SHEET
                            J8613239
 2

 3    Page No.____Line No.____Change to:_____

 4    _____

 5    Page No.____Line No.____Change to:_____

 6    _____

 7    Page No.____Line No.____Change to:_____

 8    _____

 9    Page No.____Line No.____Change to:_____

10    _____

11    Page No.____Line No.____Change to:_____

12    _____

13    Page No.____Line No.____Change to:_____

14    _____

15    Page No.____Line No.____Change to:_____

16    _____

17    Page No.____Line No.____Change to:_____

18    _____

19    Page No.____Line No.____Change to:_____

20    _____

21    Page No.____Line No.____Change to:_____

22    _____

23    Page No.____Line No.____Change to:_____

24    DERRICK GILCHRIST

25    Signature:_____
```



```
1              DEPOSITION ERRATA SHEET

2                   J8613239

3   Page No.___Line No.___Change to:_____

4   _____

5   Page No.___Line No.___Change to:_____

6   _____

7   Page No.___Line No.___Change to:_____

8   _____

9   Page No.___Line No.___Change to:_____

10  _____

11  Page No.___Line No.___Change to:_____

12  _____

13  Page No.___Line No.___Change to:_____

14  _____

15  Page No.___Line No.___Change to:_____

16  _____

17  Page No.___Line No.___Change to:_____

18  _____

19  Page No.___Line No.___Change to:_____

20  _____

21  Page No.___Line No.___Change to:_____

22  _____

23  Page No.___Line No.___Change to:_____

24  DERRICK GILCHRIST

25  Signature:_____
```



## Exhibits

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT446
4:3 9:2, 3,8 10:17

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT447
4:4 17:4, 5,8

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT448
4:5 58:17,18

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT450
4:9 105:3,4,7

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT451
4:11 123:1,2,5

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT452
4:12

129:25 130:1

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT453
4:15 133:11,12

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT454
4:17 135:1,2,5

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT455
4:20 139:8,9

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT456
4:23 164:24,25 165:3

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT457
5:3 201:3,4

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT458
5:6

209:4,5

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT459
5:9 212:1,2

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT460
5:10 228:7,8

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT461
5:13 243:13,14

8613239 Derrick. Gilchrist PLAINTIFF. EXHIBIT462
5:14 251:17,21

---

## 1

1
76:6,10 101:7 167:14

100
66:11 143:19, 21,24 151:25 152:1 157:10

10:27
53:11,12

10:40
53:13,14

10:50
59:20

10:54
59:22

10th
83:12

110
66:10,11

11:09
69:14

11:10
69:16

11:57
101:3,4

11th
59:9,25 83:12 201:17

12
66:20 73:6 82:11 96:13 97:17,18

12-plus
77:9,12

12th
77:13 83:12

15
162:6 253:11

15th
130:5

16
72:3,25

81:22 82:1 92:15 221:19

16th
135:6,13

17
220:18

18
220:18

19
174:20 222:4

19/'20
58:7

1997
23:25

1998
18:19 22:24 23:12 53:17

1:00
101:5

1:13
134:9

1st
141:15

---

## 2

2
76:6,10

20
20:6 162:6,8 253:25 254:2

2002
18:4



DERRICK GILCHRIST
UNITED STATES vs STATE OF GEORGIA

September 29, 2022
Index: 2006..4th

**2006**
  20:6
  22:24
**2007**
  24:22
  26:15
  28:8
**2009**
  25:2
  26:15
**2011**
  25:2
**2013**
  19:22
  20:6
  24:22
  52:20
  208:15
**2015**
  11:22
**2016**
  41:16
  130:5
  133:16
  134:12
  135:7,13
**2016/'17**
  166:23
**2016/2017**
  115:20
  123:18
**2017**
  41:16
  52:20
  141:15
  174:19
  209:9
  227:9
  250:24
  251:23
  253:7
**2017/2018**

143:8

**2018**
  174:20
  228:12
  230:5
  231:14
  232:13
  233:3
**2019**
  15:6
  47:12
  58:3,5,7,
  22 59:9,
  25 150:13
**2020**
  43:23
  58:6,8
  139:15
  141:16
  147:13
  150:13
  201:8,17
**2021**
  43:23,24
  69:23
  70:1
  71:12,15
  78:9
  81:23
  93:19
  95:18
  165:10
  201:8
  213:8,18
**2021/2022**
  90:7
**2022**
  6:4 17:10
  43:23,24
  46:14,15
  65:22
  71:12,16
  212:21
  213:19

218:17
220:4,17
221:12,21
222:8

**21**
  218:6
  221:23

**21/'22**
  213:11
  214:4
  218:7

**21st**
  231:14

**22**
  69:23
  78:9
  81:24
  93:19
  95:18
  165:11
  212:8
  213:4,9

**23**
  65:22
  220:4
  221:13
  222:8

**26**
  72:5
  95:17

**27th**
  210:8

**28**
  17:10

**29th**
  6:4

**2:53**
  163:18,19

────────────
    **3**
────────────

3

96:13

**30**
  126:23

**31st**
  139:15

**33**
  206:20

**35**
  145:16
  146:2

**3:10**
  163:20,22

────────────
    **4**
────────────

**4**
  82:11
  141:20

**40**
  66:15

**40-**
  185:17

**44**
  144:17

**446**
  9:2,3,8
  10:17

**447**
  17:4,5,8

**448**
  58:17,18

**449**
  69:19,20

**45**
  71:25
  74:4

**45-day**
  185:17

**450**

105:3,4,7

**451**
  123:1,2,5

**452**
  129:25
  130:1

**453**
  133:11,12

**454**
  135:1,2,5

**455**
  139:8,9

**456**
  164:24,25
  165:3

**457**
  201:3,4

**458**
  209:4,5

**459**
  212:1,2

**46**
  145:6,10,
  16

**460**
  228:7,8

**461**
  243:13,14

**462**
  251:17,21

**47**
  60:13,17

**4:24**
  206:25
  207:1

**4:32**
  207:2,4

**4th**
  83:7



**5**

**504**
  36:3,5

**54**
  250:22

**59**
  253:11

**5:54**
  251:14

**5:55**
  251:16

**5th**
  83:7
  227:8

**6**

**6**
  147:6
  148:3
  250:22

**60**
  104:10

**6:11**
  260:9,14

**6th**
  83:7
  135:6

**7**

**7**
  148:3
  150:1

**70**
  66:14

**70s**
  133:2

**8**

**8**
  151:2
  157:24

**83**
  143:21,25
  145:9

**87**
  71:21,23
  72:17
  73:1,7

**9**

**90**
  100:19

**90s**
  54:6

**96**
  19:5

**97**
  53:18,20

**98**
  23:25
  53:20

**9:07**
  6:4

**9:14**
  9:23,24

**9:24**
  9:25 10:2

**9th**
  83:12

**A**

**A-C-E-S**
  109:17

**A-S-H**
  73:20

**A-S-T-R-I-D**
  50:11
  73:19

**a.m.**
  9:24,25
  53:12,13
  101:4
  134:9

**ABA**
  199:20,
  22,24
  200:7

**ability**
  77:2
  85:20
  187:7

**aboard**
  140:23

**absolutely**
  92:10
  117:22

**academic**
  117:24
  147:5,9
  183:8,15

**accept**
  193:20

**accepting**
  236:23

**access**
  45:7,19,
  23 46:1
  60:15
  87:8
  103:20
  110:11,
  14,19
  112:17
  116:25
  119:2,12,

**14**
  147:19,23
  151:5
  158:6,13
  159:9,14

**accessible**
  147:15

**account**
  11:2

**accountabil
ity**
  179:10

**accurate**
  17:15
  63:1
  71:7,9
  78:3 79:7
  151:4
  214:4,6
  222:12

**accurately**
  214:13

**ACES**
  108:19
  109:17
  110:1,3,
  11 112:9

**acknowledgi
ng**
  151:4

**acronym**
  15:18,22
  16:1,4,
  15,19
  109:18
  112:6
  151:11
  185:4

**acronyms**
  15:11
  78:13
  111:4
  112:2

**Act**
  36:1,4

**acted**
  21:21

**action**
  9:9 10:19
  125:6
  127:5,13,
  16 146:5
  162:22

**active**
  145:6

**activities**
  121:1
  126:4
  156:8

**activity**
  162:23
  245:2

**actual**
  107:8,25
  150:7
  214:3
  218:14,25
  244:8,13

**adaptive**
  93:18

**add**
  84:13
  152:25
  153:8
  205:5
  211:8
  218:4

**add-on**
  18:7

**added**
  90:1
  156:2
  214:8

**adding**
  118:22



205:3
211:14

**addition**
25:8
109:22
147:25
256:24
257:20

**additional**
61:13
84:13
126:4
148:6
152:6
175:11
218:4
256:2

**address**
155:25
159:17
160:4,23

**addressed**
160:15
242:25
253:1,4

**addressing**
151:1
179:8
252:16

**adequate**
30:24

**adjust**
77:2

**administer**
148:19
162:20
184:24
196:5,14,
21

**administered**
121:4
148:15

152:5
184:18

**administering**
196:2,24

**administration**
150:12

**administrator**
21:22
22:2
75:11,12,
15,16
125:19
237:24
238:1,3
256:20

**administrators**
222:19
226:10
257:19

**admitted**
238:9,13
239:25

**adolescence**
43:10
149:1

**Adolescent**
149:1

**adopted**
191:17

**advance**
248:15
249:1,10,
19

**advantage**
49:17
138:22
200:25

**advantages**
83:16

**affect**
104:1,6

**after-school**
203:10,11

**age**
149:24

**agencies**
25:24
103:17
108:25
109:5
117:15
128:12
130:14
144:23
150:21
156:21
158:13
189:20
190:14
202:10
205:20
206:2

**agencies/mental**
108:16

**agency**
16:2,6
117:11
128:25
131:5
133:2,7
137:20
138:3
156:15,16
160:19
172:12
174:7,11
215:10
224:25

**agenda**
32:1,2
33:4,18
229:25

**agent**
61:19
64:22
65:1,5,9,
11,13,14,
19,20
209:25

**aggressive**
64:2

**agreed**
8:23
237:16

**agreeing**
65:14
157:11

**aligned**
79:15
119:3
231:5

**alignment**
104:23

**allegations**
12:8,12

**allocation**
214:20
219:19

**alluding**
157:8
158:11

**alongside**
17:1

**alternate**
183:13

**America**
6:3

**American's**
35:25

**analysis**
157:19
199:25

**analyzed**
147:8

**Andrea**
6:10 7:8
9:16

**Andrew**
50:5

**Anna**
10:9

**annual**
214:24
246:13

**annually**
246:8

**answering**
8:2,13
14:9

**answers**
7:14

**anticipate**
214:10
247:3

**anticipated**
137:14
213:15

**anymore**
51:16

**anytime**
175:10

**Apex**
108:20
112:5,6,
13,17,20,
22 113:1,
24 114:1
132:1,6

**apparently**



99:2

appears
  71:9
  77:8,17
  79:25
  82:9,14
  95:17
  141:14

application
  212:8,10,
  21,23
  213:5
  217:21
  218:1
  220:15
  221:10
  245:14,16

applied
  27:22
  74:11
  199:25

applies
  170:3
  172:16

apply
  178:25
  224:22
  234:9

applying
  170:14

approach
  114:10
  117:17,23
  144:8
  166:11,12
  191:16
  202:1
  206:1,5

appropriate
ly
  146:8

approval
  210:21

211:9,19

approve
  238:8,12

approved
  210:14
  211:7

approximate
ly
  66:15,24

April
  209:9

April/may
  80:11

APS
  20:20
  55:20

area
  18:8
  29:10
  227:1

areas
  114:20
  152:13
  171:6
  172:3
  184:20
  187:14
  194:24
  196:10
  242:11,
  21,25
  243:2,7,8
  244:24
  245:4

arena
  147:23

arise
  160:23
  192:15

arrangement
s
  190:1

arrival
  248:20

arrived
  100:25
  203:7

art
  54:9
  85:23
  91:14
  193:25
  194:1,2,
  3,7,8
  197:25
  205:9

artifacts
  246:9

as-needed
  179:15

Ash
  55:15
  56:7
  71:23
  73:16,21
  74:5
  76:25
  78:5,9
  92:12,15,
  17  171:14
  181:8
  184:6
  248:2
  252:19,23

Ashley
  50:10
  140:21,25
  141:3

Ashley's
  141:1

aspects
  151:22

ASPIRE
  49:20,23

Assembly
  34:5,16

assessment
  28:7,25
  81:8
  126:19
  148:9
  149:2
  184:17
  239:3
  250:25
  251:7
  253:7

assessments
  26:20
  27:21
  148:6
  149:6

assessor
  26:14,19
  27:5,15
  28:7
  148:13

assign
  116:17
  219:19

assigned
  40:21
  75:16
  80:17
  91:7,13
  109:9
  110:24
  174:8
  184:6,7
  185:18
  200:6

assist
  14:17
  70:24
  178:23
  232:20

assistance
  69:8

120:18,22
  232:1,22
  233:21
  235:20

assisted
  41:12

assisting
  229:12
  242:4

Association
  24:11
  30:1

assume
  119:6

assuming
  89:13

assurances
  65:10,12,
  17

Astrid
  50:9,11,
  25  73:18
  136:10,13

Atlanta
  20:20,24
  29:9,11
  62:7
  254:22

attachment
  141:8
  228:24
  230:8
  231:19
  232:14

attachments
  139:12
  228:14,16

attained
  27:15

attempted
  112:20



**attempts**
  146:8

**attend**
  31:12
  33:14
  44:8
  45:21
  51:15,16
  57:4
  99:10
  103:6
  131:25
  135:25
  136:18,23
  137:3
  247:17
  258:1

**attend-**
  104:3

**attendance**
  81:14
  93:1,4
  97:25
  103:5,9,
  11,13,15,
  23 104:1,
  3,10
  117:24
  250:18

**attended**
  34:9 44:9
  47:6
  115:2,3
  130:18,21
  132:6
  201:22
  247:21

**attendees**
  30:13

**attending**
  135:16

**attention**
  36:19

**attorney**
  8:1 12:19
  13:3,12,
  17,18,19
  14:1,5

**attorneys**
  10:25

**attracted**
  116:10

**August**
  28:8 70:1
  87:24
  228:12
  231:14
  232:13
  233:3
  251:23

**authorizati
on**
  210:22

**authorized**
  211:7

**autism**
  68:2,10
  78:1,18
  79:8
  80:16,18
  96:17

**automatical
ly**
  80:18
  94:15,21

**autonomy**
  156:8

**availabilit
y**
  183:4

**average**
  101:9,13,
  21

**avoid**
  8:11

**aware**
  11:13
  12:8,11
  29:15
  33:23
  34:4
  35:17
  36:5
  50:13
  170:6
  175:17
  246:24
  247:2
  249:14
  257:13
  258:6,10

**awareness**
  173:7

_____

_____
           **B**

**b-a**
  42:4

**B-A-S-C**
  185:3

**back**
  10:1
  53:14
  54:21
  56:5,25
  59:22
  60:4
  69:16
  81:18
  88:19,25
  89:2,5
  90:20,22
  91:3 97:8
  98:4
  101:6
  102:18
  106:22
  108:11
  112:1

  138:20
  140:9
  141:2
  145:15
  148:12
  163:21
  166:1
  207:3
  228:23
  233:7
  237:9
  247:22
  251:16
  253:2
  254:7

**background**
  17:16

**ballpark**
  66:3,8

**barriers**
  117:10
  154:5

**BASC**
  195:24
  197:6

**BASC-3**
  184:24
  185:2,5

**base**
  68:12

**based**
  16:13
  20:12
  30:2,3,4
  68:17
  78:2 79:6
  81:6
  84:2,3,11
  86:25
  90:11,15
  93:16
  94:19
  95:1,12
  102:8,14,

  20 103:14
  115:6
  124:25
  125:21
  126:18
  127:13
  134:17
  149:24
  161:2
  165:15
  166:10
  179:23
  183:3
  184:19
  185:1,12,
  14 189:21
  191:3,5
  193:8
  194:20
  208:4
  213:12,
  15,17
  214:1,3
  218:5
  219:20
  221:6
  226:22
  230:4
  231:8
  233:12
  239:2
  252:24
  255:12
  258:20

**baseline**
  84:6
  149:6
  186:4

**basic**
  180:24
  187:24

**basically**
  26:1
  81:10
  113:5



DERRICK GILCHRIST
UNITED STATES vs STATE OF GEORGIA

September 29, 2022
Index: basis..bubble

173:4
181:24
185:19
191:19,24
196:9,10
208:19
219:19

**basis**
24:16
31:18,22
42:24
48:25
49:4
68:14
103:4
110:23
179:15
208:14
246:13

**Bates**
58:21
133:15
135:5
139:13
201:7
209:8
228:25
230:11
231:19
251:21

**Bates-
stamped**
130:4
228:11

**bathroom**
206:20

**BCBA**
200:6

**bearing**
85:20

**began**
53:16
61:9
63:10

89:15
118:20
120:12

**begin**
56:4  69:7
150:12

**beginning**
52:19
92:16
102:9
118:22
129:3,7
167:13
178:7
180:8
233:10
241:23

**behalf**
91:24
190:5
207:23
260:2

**behavior**
18:12
23:24
26:2
169:5,6
171:6
176:9
179:24
186:9,12
188:2
196:16,20
199:25
219:8
226:20,23
239:16

**behavioral**
15:20
16:16,20,
24  18:15
25:25
26:19
27:20

28:2,3
44:12
54:12
90:17,25
91:8  95:9
101:20
120:14
148:12
169:3
170:21,22
178:20
234:16

**Behavioral/
sel**
113:10

**behaviors**
167:19,
20,24
168:1,5,
7,11,15
179:10
185:13,22
186:14,16
191:4

**believed**
242:12

**beneficial**
132:23
137:9
161:10
175:12
205:5

**benefit**
124:10
142:7
152:10
194:6

**bid**
195:8

**biggest**
200:24

**birth**
70:11

74:1

**bit**
55:2
64:14
99:9
124:8
125:2
130:15
192:23
200:21
230:25
251:2
255:6
259:6

**biweekly**
194:10

**black**
70:9

**blank**
215:22
216:6

**Bless**
107:14

**board**
84:5
118:7,8
119:23
134:13
162:18
169:17
225:4

**boards**
45:14
163:2

**body**
225:3

**bottom**
74:3
92:14
216:9
222:18

**bought**

142:11
155:17

**boxes**
244:20

**brain**
78:14,24

**break**
7:25  8:4
53:6,7
100:24
159:21
163:16
206:13,
16,20,23

**breakdown**
68:11
93:20,25
96:14

**brevity**
15:11

**briefly**
25:7
148:25
186:10

**bring**
14:16
36:18
112:14
116:14
156:11

**bringing**
61:7

**broad**
187:16

**broader**
118:1
119:9

**broadly**
176:4

**bubble**
125:4



126:1

budget
  34:24
  122:12
  210:14

budgeting
  31:3
  36:24

build
  122:12
  219:17

building
  84:12
  107:24
  142:3
  169:7,8
  170:10,
  17,18,25
  198:11
  199:5

buildings
  83:23
  172:4

built
  91:12
  183:5,12

built-in
  157:15

bullet
  108:12
  109:3
  146:1

burnout
  173:15

Burwell
  23:22
  24:6
  53:18,19,
  24

bus
  99:15,19,
  24 100:3,

5,11,16,
19,22

buy-in
  142:4
  154:2
  157:12

BX
  90:23

—————

C

—————

cafeteria
  171:4

CAFS
  148:16

Calhoun
  11:1

call
  12:24
  14:2
  36:13
  84:10
  122:20
  132:17
  138:3,8,
  13 235:1
  236:14
  241:10

called
  6:22
  51:11
  56:18
  109:25
  110:1
  123:23
  144:10

calling
  138:14

calls
  138:25
  144:6,9

Campus
  103:8,19

candidate
  124:10

CANS
  148:10,
  16,18,20,
  25 149:6,
  18 152:5

capability
  182:23

capacities
  42:13

capacity
  21:13
  22:4
  26:6,23
  40:24
  53:3 65:1
  182:23
  205:8
  229:11

capture
  23:11

care
  78:12
  125:5
  126:2,3
  147:17,
  18,20
  148:1
  150:17
  152:18
  153:7
  172:25
  173:3,17,
  21,22
  174:3,9,
  11,13,24
  175:9,15
  176:2
  198:13,20

career

54:3

caregivers
  196:24

carried
  216:1
  221:4
  222:10

Carrollton
  23:23

carry
  208:11

carrying
  128:20

case
  11:5 12:4
  103:3
  107:7
  189:15
  190:12

case-by-
case
  103:4

caseload
  83:20
  162:5

cases
  62:6
  119:6
  146:13
  194:10

Cassandra
  133:21

categories
  68:5,9,16
  77:18
  78:7,21
  96:15
  185:1
  214:18
  215:19

category

67:12,14,
15,18,25
68:3
77:25
78:4,12
82:13,15

CCPS
  72:1,6,25
  82:3
  108:19

center
  20:16,21,
  22 21:1,
  2,4,7,8
  23:5,6
  50:1,8
  55:9,15
  56:8,16,
  19 71:24
  72:11,14
  73:5,16
  74:5
  76:25
  78:5,10
  87:3
  90:11,15,
  20,22
  91:3,22
  92:13,17
  96:12,23
  109:9
  120:14
  136:11
  140:1,6,
  8,10
  141:23
  147:8
  150:16,22
  151:11
  158:20,24
  159:9
  187:5
  189:2,3
  252:20,23



center-
based
    55:22
    57:4
    91:17

centers
    16:8
    102:1
    109:13
    110:10
    113:2
    181:8
    203:11

ceremony
    93:12

certificate
s
    19:7

certificati
on
    18:5
    223:11,
    13,17,22
    225:2,10,
    14 226:2,
    13,17
    227:3,4,5

certificati
ons
    223:4
    225:20
    226:20

certified
    54:4
    178:5,18
    221:5
    223:12,
    14,24
    225:23
    226:3,14,
    15 227:1
    235:17

CFTM
    125:6,9

Chad
    203:8

chain
    58:22
    59:5
    61:16
    133:20
    135:7
    201:8,13
    209:9
    251:22
    252:8

challenge
    152:17
    154:16

challenges
    28:4
    90:17
    95:9
    115:9
    119:9
    137:16
    147:20
    150:11,
    15,17
    151:7
    152:16
    155:18
    157:15
    159:17
    160:4,9,
    11,14,23
    161:17
    187:13
    192:12

challenging
    155:16
    157:1,5

champion
    173:22

change
    34:5 35:5
    54:12
    58:2

60:6,9
    61:19,20
    62:2,3
    64:19
    96:2
    108:3
    213:22,23

changed
    92:24
    120:10
    206:6
    221:12

changing
    61:5

charge
    121:18
    132:25
    141:3

charged
    142:19

chart
    71:19
    72:16,18,
    19,21,24
    73:3 88:9
    106:6
    175:14
    214:17
    217:6
    230:8
    231:11
    233:13

charts
    71:18

check
    186:23,24
    206:17

Check-in/
check-out
    186:10,19
    187:4

check-in/
check-outs
    187:6

checking
    186:20

checklist
    236:8,10

Chevrier
    10:13

chief
    256:9

child
    43:9
    114:22
    125:6,22
    126:23
    142:17
    148:25
    149:1
    155:20
    158:12,
    15,16,18

child-
functioning
    148:5

children
    16:24
    24:11
    26:21
    30:1
    45:20
    51:7,8,12
    114:11
    115:11
    117:9
    118:2
    119:21
    133:1
    152:10
    155:13
    173:6,8
    203:12
    205:14,
    16,18,19

206:7
    239:16

Children's
    120:14

childrens
    46:1

CHINS
    51:8

choice
    125:12
    137:14
    138:20
    157:10

choices
    239:18

choose
    93:11

circle
    191:10,
    15,18,23
    192:6
    198:2

circles
    179:4,9,
    19 180:3,
    4,8
    191:12

circumstanc
es
    239:5

citizen
    54:25

civil
    9:9 10:19

Claire
    10:13

clarificati
on
    35:21
    96:21
    104:16



111:13
132:7
257:25

clarified
243:1,3

clarify
21:3
29:16
37:19
72:6
83:14
88:15
151:20
199:3

clarifying
213:1
247:15

class
83:5
183:8
186:22,23

classes
74:10
82:23
83:19,22
84:15
85:6,20
86:2,4,
10,11,16
108:3

classified
219:25
257:5

classroom
75:15
83:15,22,
25 85:16
107:17
119:15
171:4
182:9
183:3
186:16
237:24

248:22

classrooms
21:9,12
83:23
90:17

Clayton
19:12
29:9
44:10
55:5,13,
17,21
56:14
63:19
64:5,21,
24,25
65:3,4,8,
18 66:15
72:7,25
81:22
82:7,10
87:18
89:9,20,
25 90:22
92:13,24
98:22
105:9
106:18
109:19
171:12
180:25
191:17
209:21,24
254:23
256:6
257:8

clear
12:17
76:13
77:19
80:21
97:10
104:9
141:7
175:25
231:6,14

243:10
249:17

clerks
222:17

Cleveland
32:6
36:10
58:23
59:9,25
60:1
62:17
64:7,8
228:12

click
70:8

clients
27:8,11

climate
169:10

clinical
43:16
45:17
54:7
132:19,25
133:6
135:16
136:16,23
137:3
187:20,21
188:14

closely
120:13

closer
139:4

clubhouse
202:8,16,
18,21,23
203:5,8
204:12

clubhouses
203:10,
14,15

CMES
118:17

Coastal
163:9

Cobb
29:23

COE
141:22

coincided
147:12

collaborate
161:4,9,
16 202:6
206:11
239:7

collaborated
119:1

collaborating
56:21
206:4

collaboration
55:19
109:20
130:24
133:6
134:13
137:20
138:8,11
152:23
153:2,6,
20,24
225:1

collaborative
52:7,9
123:23
135:16
138:13
144:9
161:18

collect
67:9
101:12

collected
196:18

collecting
141:3
142:22

collection
26:3
172:13
198:17

college
18:22

column
77:14
79:11
82:17
84:23
92:19
167:14
168:17
215:18
220:21
240:9,11

columns
70:8,9
73:25
76:5,7,9,
11,13
89:12
92:21

combination
94:10

combined
243:8

comfort
138:10

Commission
224:3,14,
22 225:8,
11



Commission's
224:18

commitment
144:25
145:1

committed
155:17

committee
33:21,24
34:1,2
40:25
41:10,11,
15,17
42:7,9,
11,12,19
51:5,10,
12 52:25
132:5
241:25
242:2,6,
10 244:2,
5 254:24

committees
53:2

common
95:4,7,
10,14

commonly
11:13

communicate
138:24
146:9
249:15

communicating
142:5

communication
35:11
146:21,24
147:3
150:23

176:10,18
177:20
237:14

communications
12:18
13:2
47:13
64:7

community
15:24
25:11
45:13
49:1 92:6
95:13
98:12
108:15,24
109:21
113:23
114:1,24
115:7
117:25
118:7,8,
13 128:7
153:19
162:4,9
163:2
195:9
214:8

company
28:12

comparable
112:13

compare
68:22
222:6

compared
72:18

compelled
258:11

complaints
100:23

complete
7:14,22
8:3 92:8
106:25
146:25
162:19
189:13
200:3
237:13,21
243:24
245:7,17,
21
256:20,23

completed
23:23
26:19
145:17,23
178:12
233:24
234:21
245:9,12

completely
255:23

completes
107:6
234:11
256:11,
13,15

completing
27:20
190:4
234:15

complex
156:25
157:4

compliance
31:10,13
35:12
224:2

comply
35:14,19

complying
232:21

component
236:19

components
116:22
187:22
235:4,21,
22 236:25
237:2,11,
20

composite
158:14

comprehensive
156:18
158:14
163:9
197:8

comprised
257:17

computer
70:2 99:7
253:15

computer-
based
181:10

concepts
181:19

concern
91:22,24
102:11

concerned
92:10

concerns
90:25
93:1
100:4,15
102:5
107:23
126:10
153:16
173:24
192:19

concerns-
iep
90:23

conclude
221:6

concluded
260:14

concludes
260:9

conclusion
151:3
153:17
157:25

concrete
44:25

condi-
251:8

condition
16:25
251:8

conditions
250:25
251:7

conduct
178:6
239:1,12
240:6
246:11,
12,16
248:9

conducted
38:20
247:17

conducting
248:19
249:19
253:6

conducts
183:19

conference
115:2,3



130:18,21
132:18

confidentia
l
  231:20
  232:5
  233:24,25
  236:14

confidentia
lity
  70:12

confirm
  24:1
  62:18
  71:6
  113:12
  134:17
  141:13
  172:14
  210:4,6
  213:16
  231:13
  235:22
  244:12
  246:21

confirmatio
n
  210:6
  211:4

confirming
  236:24

conflict
  247:24

conjunction
  25:13
  79:22
  124:14
  144:10
  171:14
  180:17

connect
  181:16
  202:2

Connect/
second
  180:21
  181:1

connected
  26:8  51:8

connection
  11:9
  15:1,3
  19:25
  35:10
  38:9
  42:22
  50:23
  86:16
  98:9
  129:13
  133:6
  159:9
  161:12
  195:5
  232:24
  248:23

connections
  86:15
  107:21

connects
  144:16

consent
  138:1

considerati
on
  232:16
  234:19

considerati
ons
  200:17

considered
  74:13
  80:19
  233:15
  237:3

consistency
  57:25

consistent
  78:21
  79:1
  155:3

consistentl
y
  52:14,18

constitute
  168:5

constituted
  168:15

consult
  110:23
  229:8
  231:8

consultant
  39:5

consultatio
n
  229:2,16
  230:3,19

consultativ
e
  111:1

consulting
  62:17

contact
  61:13
  126:2
  146:14,
  21,23

contacting
  144:21

containment
s
  176:17

context
  14:23
  35:23

36:12
47:2
131:9,17
171:23

continue
  34:17
  63:20
  109:8
  146:18
  158:7
  193:16
  204:22
  254:3

continued
  200:4

continues
  148:4
  158:4

contract
  24:16
  45:12
  46:4
  63:7,23
  87:14
  120:19
  158:25
  195:3,7,
  13  205:11
  207:6,7,
  8,11,13,
  16

contract-
  195:12

contracted
  24:13,15
  193:11

contractor
  30:5

contracts
  63:10
  186:9,12,
  13  195:6

contribute
  255:24

contributed
  256:2

control
  78:16
  190:19
  198:9,10
  209:21
  252:2

convene
  51:6
  52:11
  57:2
  74:22
  191:19
  236:1

convened
  106:14

convenes
  81:10,11

convenient
  136:18

convening
  106:20

conversatio
n
  117:2
  132:17,21
  137:4
  192:1
  202:23
  203:3
  204:23
  235:24

conversatio
ns
  180:4
  248:14
  249:4,8,
  21,25
  250:5,9,
  13,17



coordinate
  126:3

coordinatin
g
  75:14
  76:3
  226:11
  238:3
  256:19

coordinatio
n
  25:14

coordinator
  39:4,20
  122:23
  125:5,16
  137:25
  138:12
  144:6
  146:9,14
  147:4
  156:2
  187:20
  209:21
  234:3,16,
  17

coordinator
s
  44:8,16,
  17 47:21
  48:12,14
  116:13
  121:19,22
  122:1
  126:2,15,
  16 129:6,
  15 138:14
  147:17,
  18,20
  148:1
  150:18
  161:2
  204:9

copied

139:18
201:9

copy
  17:8
  59:13
  212:7
  228:13
  244:13

core
  183:8,15

correct
  10:20,21
  11:3,4,6,
  7 15:9,10
  19:11,22,
  23 20:24
  21:11
  23:13,16
  24:2,3,
  23,25
  25:1,3
  26:16,17
  28:8,9
  38:22
  46:18,19
  50:4
  53:17
  56:12
  57:8,9,
  18,19
  62:18
  70:20
  71:16,17,
  20,22
  73:4,8
  74:6,7
  75:23
  77:5,9
  80:1,2
  81:24
  82:5,11,
  12,15,16,
  18,21
  85:1,2,
  14,15

86:12
90:6,8
92:18
95:19
97:13,14,
21 104:21
108:9
112:3
114:16
118:4
120:15
140:11
141:13
142:25
145:9,18
148:25
158:25
159:1
164:7,12
170:4
171:8,9
179:16,17
197:13
210:15
212:20
213:5,6
222:22
224:15
231:4
239:22
241:25
244:14
247:9
251:1
252:13,
14,21
257:2
258:4,5

correctly
  50:20
  104:20
  111:4
  145:5
  213:2
  217:4,5

corresponde
nce
  259:24

corresponde
nces
  133:19

cost
  61:20
  121:18,20

costs
  122:5

counsel
  6:7 8:22
  12:22
  17:10
  253:24

Counseling
  24:25
  29:17,18

counselor
  227:2

counselors
  218:18
  225:25
  226:4

count
  60:19
  62:3,11
  71:15
  73:7
  76:11
  221:17

counties
  28:13
  29:2,4,5,
  7,8 55:3
  64:17
  234:17

county
  19:12
  20:16
  29:9,23,

24 44:10
55:5,6,8,
10,12,13,
17,21
56:14,15,
20,23
57:7,12,
17 58:4
59:6
61:1,2,3,
12 62:7
63:19,20
64:5,19,
21,24
65:3,4,8,
18 66:12,
15 72:7,
10,25
82:7,10
93:3
95:17
96:16,23
97:5,11,
18 98:1,
23 105:9,
10
106:18,20
109:19
110:20
143:2,3,6
171:13,15
180:25
181:2
191:17
209:21,24
247:22
254:15,
16,23
256:6
257:8,9,
10

County's
  58:9,14
  64:25

court
  6:5,8 8:6



9:1,5
17:3
35:21
41:22
42:3,5
50:10
58:16
73:18,21,
23  79:3,5
96:21
104:16
105:2
111:13
122:24
129:24
132:7
133:9
134:24
139:6
164:23
201:1
209:3
211:24
228:5
243:11
251:20
257:25
260:10

**cover**
87:19
121:21
122:5
139:12,14
140:3
165:10
207:19
228:12

**covers**
141:15

**covert**
168:1,9
185:13
191:4

**COVID**
147:12

**COVID-19**
147:15

**Coweta**
29:5

**create**
42:18
76:20,22
107:8
117:1,8,
17 130:15
165:24
166:2,5,
12 167:1
244:9

**created**
42:20
81:6
105:22
123:14,15
133:8
162:22
166:5,13
229:9
230:20
232:2

**creates**
76:21

**creating**
117:20
138:18
244:2

**creation**
70:24
71:1
140:13
229:12

**creative**
206:9

**credential**
193:9
223:17

**credentiale
d**
193:5

**crises**
185:22

**crisis**
176:9,10,
16,18,20,
23,25
177:1,5,
18,20
178:23,25

**criteria**
74:19
104:19,
21,22
116:8
167:25
168:6,11
185:12,
15,19
191:5
202:11,13
208:9,12,
16 240:2

**cross**
55:10

**CSB**
45:13
46:4

**CSBS**
118:10

**CTS**
110:25
119:5

**culture**
169:10

**cultures**
169:7

**curious**
149:18

**current**
19:14
30:20
68:21
72:19
95:2,20
125:22
195:7
207:7
216:4
222:7,8
234:23
243:9
246:25
254:18
256:4

**curricula**
180:23

**curriculum**
93:17,18
181:2,6,
15

—————————

D

—————————

**D-E-S-A-I**
139:17
140:4

**D-I-M-P-L-E**
139:17

**D-O-M-Z-A-L**
209:19

**Daniel**
47:23
48:7

**Danielle**
47:16,24,
25 48:6,
8,14

**Danté**
43:5,8
46:12,17
47:21

48:11
133:22
136:16,
19,20
201:9
203:7
258:22,25
259:2

**Dasha**
6:14

**dashboard**
141:2,5,
10

**data**
26:2
67:9,17
77:19
79:13,16
80:9,15
81:3,12
101:9,12,
16,21
102:9
103:11,
18,23
106:15
121:6
124:11
141:2,3
142:20,22
147:7,24
149:9
150:8
151:24
152:3,12,
13
157:18,
20,22
158:4,6,
8,13
162:21
168:22
172:3,5,
13 184:8
195:18



196:12,
18,21
198:17
205:15
213:7
234:24
244:20

**date**
  6:3 31:15
  70:11
  74:1
  89:12,14,
  17 166:21

**dated**
  59:25
  139:14
  228:12

**dates**
  37:24
  130:18
  136:16
  147:12

**Daughtry**
  6:6

**day**
  57:5
  83:24
  85:16
  100:6,19
  103:6
  106:21
  107:18
  114:23
  120:2
  172:4
  181:7,15
  182:13
  183:1,10
  190:13
  254:2

**day-to-day**
  120:3

**days**
  57:3

126:23
184:6,7
185:18

**DBHDD**
  15:18
  42:25
  43:3,10
  44:16,20,
  21 46:25
  47:17,20
  109:21
  117:12
  129:11,
  14,17,20,
  21 130:6
  131:3,8,
  24 132:23
  133:2
  159:9,12,
  15 161:6,
  14 202:2
  203:4,12,
  13 205:21
  259:3

**DCH**
  15:22

**de-escalate**
  176:15,20
  177:12

**death**
  97:24
  98:8

**debriefing**
  191:11,24
  192:7

**December**
  47:12
  58:22
  59:9,25
  80:10
  201:8,17

**decided**
  57:22
  146:15

**decision**
  22:10,15,
  17 75:1
  146:24
  238:9,13
  239:18
  258:7,12

**decision-
maker**
  238:15

**decisions**
  37:5 38:1
  208:20

**decline**
  124:18
  193:17

**declined**
  144:2,7
  221:15

**declining**
  200:23

**decrease**
  63:17
  64:1 96:6

**decreased**
  96:5
  149:21
  221:15

**default**
  216:19

**defiant**
  239:12

**define**
  118:9
  202:19

**defining**
  202:18

**degree**
  18:6,12,
  15,23,24
  224:5,6

**degrees**
  18:11

**deliver**
  45:23
  205:8

**delivering**
  200:9,15

**demographic**
  142:22

**demonstrate
d**
  152:5
  186:14

**denoted**
  88:5

**dep-**
  15:7

**department**
  10:11
  15:16,19,
  23 31:9
  32:7,20
  35:11
  49:1,3
  50:25
  99:25
  100:12,15
  105:24
  106:1
  166:18
  205:21
  209:24
  211:21
  224:9
  253:5
  257:6,9,
  10 259:8
  260:3

**departments**
  32:10,12,
  16 233:17

**departure**
  58:10,14

64:16

**dependent**
  104:25
  157:11

**depending**
  179:7

**depends**
  194:11

**deposed**
  14:11

**deposition**
  6:2 7:9
  9:9,24
  10:18
  11:8
  12:16,20
  14:7,14,
  17,19,23
  15:3,5,7,
  8 53:12
  101:4,25
  102:16
  163:19
  165:17
  204:10
  207:1
  228:22
  241:23
  247:7
  260:9,14

**Derrick**
  6:2,14,21
  7:12
  10:19
  17:9
  58:22
  130:5
  133:21
  135:7
  139:15,17
  201:9
  210:10
  251:22



Desai
139:16
140:4,17,
18

describe
18:5 20:7
96:14
118:10
124:15
137:10

describing
47:8
62:15

description
123:12
143:16
144:24
202:16
203:6

descriptions
22:5
202:12

descriptors
171:1

designated
83:25
257:20

designation
86:9

designed
133:5,8
141:4
184:13
191:8,16
242:22

detail
123:20
138:16

detailing
253:3

details
129:15
160:15

determination
79:14
84:21
90:23
91:1
98:17,19
102:24
106:16
233:14,18
235:8
239:9
240:19
241:6,11

determinations
121:7
184:19

determine
74:22
81:9,17
121:6
168:4
184:9,15
195:19,20
208:7
219:11
236:12,16
240:17

determined
127:14
238:19,20
239:1,25
240:1

determines
84:14
90:18
207:24
238:17

develop
26:22

107:7
116:13
125:6
131:23
132:5
158:4

developed
40:25
242:22

developing
41:7,13
131:15
132:11
136:1
142:10
201:24,25

development
40:22
119:17,18
120:5
142:1,13
152:18
158:8
166:23
172:2
173:4
174:14,22
184:22

Developmental
15:20

DFC
30:15

DFCS
30:15

diagnosed
67:16
239:12

diagnoses
28:1
67:10,11
119:20,25

diagnosis
66:22
67:5,23
68:2

differ
187:10

difference
72:16
88:8
194:16

differences
90:2

difficult
187:6

Dimple
139:16
140:4,23

diploma
93:20,21

diplomas
93:13,15
94:5,10,
11

direct
47:13
119:2
146:23
196:16

directed
10:19

directly
36:14,17
37:10
39:18
40:16
41:3
104:10
129:16,17
147:1
172:9
223:15

director
18:8
19:15
20:1
30:22
31:24
34:9
36:11
37:8,13
38:10
39:1
40:12
43:9
44:11,12
52:19
53:3 75:2
100:4
175:1,7
208:15,24
222:19,20
227:25
229:12
231:16
234:3,10
244:21
254:19,25

directors
14:10
32:2,23
33:1,6,9
41:12
42:14
52:24
122:11
132:2,3
133:18
174:15
234:6,14
242:4

directors'
31:20
33:20,23

disabilities
15:20



16:20
17:1 36:1
67:10
68:13,15
151:15

**disability**
67:11,12,
14,15,18,
25 68:3,
5,16
77:17,25
78:4,7,
12,19,21,
25 82:15
96:15
98:19

**discharge**
149:6

**discharged**
127:6
145:7
146:2

**disciplinar
y**
179:7

**discipline**
81:14
98:17
179:6

**disconnect**
117:14
147:25

**discontinue**
187:3

**discover**
236:16

**discovered**
241:2

**discretiona
ry**
122:15,20

**discuss**
8:3 30:20
32:1
43:15
52:12
84:18
103:23
106:21
173:24
179:11
191:20
192:18
234:3,8
236:2

**discussed**
34:8,12
61:21
82:2
92:16
97:19
106:18
116:18
127:24
135:15
156:1
159:18
204:8

**discusses**
141:22
157:18

**discussing**
44:13
173:11
193:22
199:12
214:22

**discussion**
9:6,21
59:21
69:15
137:4
150:2
152:15
163:24
182:12

192:1
236:19
251:15

**discussions**
57:3
203:20

**disorder**
239:12,13
240:6

**disorders**
18:13,16
23:24

**disposition**
155:15,22
176:6

**disrupted**
109:8

**disruptive**
186:16

**distress**
173:16

**district**
15:4
57:25
75:4
94:15
98:3
109:24
111:2
171:16
231:7

**districts**
158:5
180:8

**division**
191:17
256:5,10
258:18

**divisions**
117:11

**DOB**

74:1

**document**
9:10
10:17,22,
24 11:3,5
17:11
58:21
59:3
65:7,15,
16 69:10,
17 70:4,
13,16,20,
25 71:1
95:24
97:7
105:3,7,
8,10,16,
19,22
107:2
122:25
123:7,9,
14 130:3
133:10,15
134:1,25
139:12
141:8
150:3
165:3,6,
8,10,13,
24 166:3
167:13
186:17
201:2,7
208:16
209:4,8
210:13
212:4,9,
18 213:2,
17 228:6,
11 229:1,
4,7,9,13
230:6,9,
13,15,16,
20
231:21,23
232:2,12,

17,19,20
241:16
243:12,
16,20
244:10,19
251:19,21
255:25

**documentati
on**
210:19

**documented**
259:24

**documents**
14:13,16
42:18,21
69:25
139:22
165:7
212:10
228:15,21
230:4
233:8
245:15
247:4

**DOE**
15:14,15
31:19,22
32:4,8,21
36:7 38:3
39:6
103:24
104:2
117:12
128:15,23
129:1,3,7
132:23
136:3
159:2,7,
16 160:3,
19,22
168:14
171:18,
22,25
172:7,18,
22 174:5,



10 175:8
177:7,11,
24
180:12,15
199:13,
14,18
208:17,20
209:1
210:4
211:3,18
227:17
229:10
230:21
232:3
245:6
246:1,6,
8,11,15
249:22
250:1,6,
18 251:7,
11 252:22
259:9

DOJ
10:4
38:16,19
247:8
248:20

Domzal
209:10,18
210:10

door
190:16

Douglas
29:24

downtown
30:9,11

Doyle
11:1

draft
260:11

drafts
242:7

drew
125:11

dropped
93:6

due
92:25
96:8
146:2,15
150:11
154:17

duly
6:22

duplication
s
144:1

duties
30:21
36:9
37:10
38:9
43:12

duty
119:3

dynamics
115:10

─────────────

─────────────
          E
─────────────

e-mail
37:21
58:22
59:5,8,24
61:16
63:18
64:7
130:5,10,
12,17
132:9
133:16,17
134:8,15,
17,18,19
135:7,11,
14 137:1

139:12,14
140:3
201:7,13,
16,18
202:7
203:2
209:8
210:8,12,
13,21
227:13,22
228:12
251:22
252:8
259:24

e-mailed
37:25

e-mailing
37:14

e-mails
209:9,11,
16 210:1

e-v-a
42:3

earlier
33:3
35:10
47:22
55:19
57:16
64:6 72:8
73:24
75:17
77:18
79:21
82:2
87:12
97:10,19
101:25
102:16
104:17
106:18
108:6
111:10
118:3

121:1
127:24
137:22
140:7
143:6
150:2,24
152:21
154:10
158:11
164:11
165:17
173:11
176:5
193:23
195:8
197:10,14
201:19
204:8,10
214:22
217:6
225:17
238:4
247:7
255:6
256:1

early
136:17

earn
93:14
223:11

easiest
45:22

EBD
16:19,24
53:23
66:22
67:5,23,
25 68:10
77:25
78:5 79:8
82:15
96:17

ed
17:22,23

18:7,8
39:2
40:12
44:11
52:12
93:15
110:24
180:20,24
181:10
233:17
234:14
257:18,19

Edmonds
56:1 83:1
199:9

Edmondson
10:9

education
15:16
16:2,13,
22 17:20,
24 18:1,9
21:6 24:5
31:9 32:7
35:11,23
85:7
93:21
94:11
102:3
105:24
106:1
158:6
166:18
205:21
215:10
218:20
226:6,7
227:1
234:10
253:5
260:3

educational
11:10,18
16:5
17:16,23,



24,25
54:18
147:23
226:15

**effect**
227:8

**effective**
54:11
115:14
130:16
138:19
152:19
160:13
184:10
196:17

**effectively**
114:13
116:15
153:14
155:10
157:16

**effectiveness**
53:22
137:10
162:20
168:22
184:14
197:4,8

**efficient**
130:16

**efforts**
34:4

**elected**
122:22

**elective**
183:14

**electives**
84:8,10,
13 86:14
107:21

**electronically**
69:11,18

**elementary**
56:1 83:2
84:9
199:9

**eligibility**
234:24
239:7
240:1

**eligible**
85:24
86:4
237:3

**elopement**
186:15

**embed**
153:18
174:13

**embedded**
128:1
166:6

**embrace**
200:19

**emotional**
16:20
151:15
180:19,24
181:12

**employed**
19:10
23:20
211:16
220:4,16
223:2,8

**employee**
19:12
124:7

**empower**
49:21

**enables**
54:24

**encountered**
239:24

**encountering**
187:12

**encounters**
177:3

**encouraged**
258:14

**end**
66:2
80:10,11
88:3
89:12,17
120:2
121:5
139:5
140:19
147:11
150:11
152:8
153:22
162:24
209:10
228:22
242:2
245:24

**ended**
158:25
211:14

**energy**
145:2

**engage**
126:20
170:21
180:9
181:13,15
182:12
183:20
185:16
194:19

202:22

**engaged**
125:13
138:21
140:8,10
146:16
175:22

**engagement**
145:2
146:19
188:1

**engaging**
245:2

**enhance**
130:14

**enroll**
94:25
95:1

**enrolled**
66:4,9,10
71:21,23
72:1,4,17
80:13
94:16,18,
22
101:10,13
104:5
111:8
137:23
145:6,10,
16 154:20

**enrollment**
69:22
70:19
71:12
72:19
95:20

**ensure**
31:9,12
35:12
50:19
108:17
228:2

**ensuring**
30:24
31:4

**entail**
224:1
234:4

**enter**
202:23
244:20

**entered**
257:4

**entire**
23:6
107:18
111:2
140:19
187:21
198:11

**entities**
150:21
158:13

**entitled**
232:15

**entity**
137:20
138:3
160:19
174:10
225:4

**entries**
216:25

**environment**
54:22
56:4
74:17,24
89:16
91:18
117:1
147:21
239:10

**environments**



156:25
157:4

equate
94:21

equine
85:24
86:23,25
87:3,4
205:3,9

equivalent
75:21
148:17
241:7

error
88:6
216:8,22
217:12

escapes
78:15

essentially
65:2,13
114:21
117:7
118:11
119:1
124:9
126:8
142:19
169:9
187:19
191:18
203:9
216:1
241:19

establish
56:22
103:1
168:1

established
168:6,12
191:6
223:7
224:11

establishes
106:24

establishing
169:7,9

estimate
66:8,11,
24 67:3
93:24
99:18
161:24

evaluate
150:7
256:24

Evaluating
150:5

evaluation
143:18
150:4
256:11,
17,21

evaluations
32:18
256:12,
13,15,16,
23 257:2,
4,5

evaluator
76:21

evening
25:10,12
115:8
253:18

event
61:25
179:11
183:5

events
156:10
185:22

eventually
188:13,19

evidence
246:9

evidence-
based
168:18,19

exact
166:21

EXAMINATION
7:1
254:12

examined
6:24

examples
62:14
113:9
129:8,19,
21 152:20
153:5
174:21

EXC
77:14

Excel
70:19
71:4

Excellence
50:2,8,17
120:14
136:11
140:1,6,
8,10
141:23
147:8
150:16,22
151:12
158:21,24
159:10

exceptional
ities
96:15

exceptional
ity
77:15

82:13

excerpt
212:20

exchange
133:17
134:3
252:10

Excuse
9:14

executive
33:21,24

exhibit
9:2,3,8
10:17
17:4,5,8
58:17,18
69:19,20
105:3,4,7
113:5
123:1,2,5
129:25
130:1
133:11,12
135:1,2,5
139:8,9
164:24,25
165:3
201:3,4
209:4,5
212:1,2
228:7,8
243:13,14
251:17,21

exhibited
186:14

exhibiting
185:14,20
191:4

exist
217:22,23

existed
153:6

existence
115:1

existing
215:20,
23,25
216:16,18
217:7,13
218:16
219:3

exit
74:19
104:19,
21,22
127:2,9

exited
89:5,8

expanded
118:21

expect
109:9

expectation
108:23
109:4,7

expectation
s
169:8,12
170:17
171:3,4
241:17

expected
149:24
171:5
244:21

expecting
109:6

expel
98:15

expelled
98:5

expense
121:21,23



122:1

**expenses**
  207:20

**experience**
  14:11
  26:5
  51:24
  54:18
  63:25
  68:17
  115:6
  132:18
  148:12
  160:11,12
  192:17

**experiencing**
  173:16

**expertise**
  192:18

**experts**
  174:11

**explain**
  25:7
  106:9
  108:23
  124:15
  126:6
  137:25
  138:10
  142:17
  145:25
  217:2

**explained**
  25:23
  201:19

**explaining**
  47:7
  119:19
  125:3

**explanation**
  255:9

**express**
  259:21,25

**expressed**
  136:3

**expressing**
  259:9

**expulsion**
  98:15

**extend**
  136:22

**extended**
  135:24
  155:3

**extending**
  136:24

**extension**
  159:14

**extent**
  7:23
  27:19
  80:20

**external**
  174:6,10

**externalize**
  119:21

**externalizing**
  167:20
  185:14
  196:15

———————

**F**

**face**
  115:9
  157:14
  160:9

**face-to-face**
  13:14

**facilitate**
  52:5,6
  79:22
  156:8,10
  178:10
  180:3
  181:18
  182:22,25
  183:19
  188:11,14,19

**facilitated**
  24:15
  49:24
  173:20

**facilitates**
  125:5

**facilitating**
  30:6
  52:12

**Facilitation**
  181:22

**facilitators**
  47:7 52:3

**facilities**
  23:4
  55:7,13
  251:1,9
  252:12

**facility**
  20:12,22,23 95:5,12 250:25
  251:6
  252:23
  253:6

**fact**
  158:2
  195:1
  211:1

**factors**
  157:14

**fall**
  58:7 81:9
  179:1
  248:2

**false**
  76:17

**familiar**
  38:12,23
  39:3
  40:3,6,9,17 46:20
  47:16,19
  49:8
  50:1,5
  51:1
  52:7,24
  62:7
  121:14
  138:4,9
  144:20
  148:5,8,11,23
  149:16
  164:11,13
  169:25
  170:2
  212:17
  227:7,11
  229:4
  230:13
  231:21
  232:17

**familiarity**
  228:21

**families**
  25:11
  29:10
  43:18
  45:16
  46:2 51:7
  64:5
  73:12

114:8
115:16
117:4,9
124:17
137:15,23,25
138:2,15,19,21
142:5,8
144:7,22
146:14,22,24
150:9
151:6,25
152:1,10
154:19
155:16
156:11,20
157:9,14
193:15,17,20
200:23,24
206:10
249:5,9,15

**family**
  26:3,15
  27:8,15
  28:11,19
  29:3,6
  75:4
  93:11
  115:10
  116:11,13,14,16
  117:25
  121:1,4,6,7
  124:15
  125:6,10,12,13,14,22 126:3,5,9,12,14,21,24
  127:6
  137:14



138:20
142:17
144:1,3
146:15
155:13,19
157:10,11
158:15,
17,19
162:21

**FAPE**
35:18,20

**FBA/BIP**
234:23

**features**
196:8,15,
19,22

**February**
130:5

**federal**
31:10,13
35:13,16
121:16
215:1,3,6
219:25

**feedback**
240:21
241:8
242:7
247:3

**feel**
7:18
96:18
99:6
105:14
114:9
196:10,11
205:5,12

**feeling**
186:25

**feels**
236:2

**felt**

54:11
139:3
201:25
242:12,
16,17
243:2,9

**FERPA**
35:20

**fewer**
221:14

**Fidelity**
50:12,16
63:24
115:5
116:5
118:19,20
120:24,25
121:3
123:6,12
125:12
128:2
135:23
141:9,10
150:5
193:21
195:2,9
259:8,17,
18

**field**
24:5
30:14
147:22

**figure**
51:6
91:25

**figured**
144:8

**fill-ins**
196:20

**filled**
211:11
219:1,2
221:11

**final**
42:15
58:3
140:13,24
141:13,14
238:15
242:14
244:5,11

**find**
101:16
205:10,12
208:18
211:12

**finding**
100:10
150:18

**findings**
11:23,25
12:2
159:19

**fine**
9:12
201:12
206:14
209:15
212:16

**finish**
8:1,14
250:4

**finished**
9:11
201:11
209:14
251:25
253:16

**firm**
142:6

**FIS**
148:13

**fiscal**
61:19
64:22
65:1,5,9,

11,13,14,
19,20
209:25
212:8,21
213:4
216:2,5
218:6,17
221:21

**fit**
150:18

**Fitzgerald**
47:19
48:17,24

**five-minute**
206:23

**Flat**
20:16
23:5,6

**flexibility**
202:17

**flexible**
110:21
111:25

**Florida**
131:19

**flow**
106:6
230:8,17
231:11

**flowchart**
123:24
127:4
230:18,23
231:1
233:8,11
240:9

**flowed**
139:3

**flows**
65:2

**focus**

135:13
173:12
176:11,
19,22
177:23
186:15
194:24,25
228:16
242:12
244:25
245:5

**focused**
134:17,19
169:11
173:17
176:1
187:14

**focuses**
233:12

**follow**
146:7
158:21

**follow-up**
158:23
163:23
207:6
258:20

**food**
100:25

**foreign**
154:1

**foremost**
125:10

**Forest**
55:25
83:11
198:12
199:9

**form**
8:24
34:13,18
35:7
37:16,22



57:14
66:6,13
67:1,7,21
68:4,8
69:5
94:1,7
99:20
100:7,13,
20 101:18
102:7
104:13
106:1,2
107:6
112:11
122:9,19
131:12
134:22
141:10
151:8
153:3
157:6,23
158:9
159:4,20
160:7,24
161:7,25
170:8
184:11
191:14
195:22
199:2
200:11
203:21
210:16,19
217:18
219:13
220:23
227:16,19
229:16,
19,20,23
230:3,24
232:23
233:5
238:11
244:10
246:2
249:12
256:3

259:22
260:4

**formal**
43:16
204:23
244:8

**formalized**
116:19
204:21

**formally**
173:24

**format**
166:4,5,
10 179:11
244:6

**formed**
54:2

**forms**
157:18,21

**formula**
60:20,21
61:23
62:1,12
63:5

**Forty-four**
144:12

**forum**
47:6,11
201:22

**forward**
64:1
128:21
160:21,23
196:23
204:22
237:17

**forwarded**
257:11,14

**foster**
30:15

**found**

138:12
196:3

**foundationa
l**
186:4

**founded**
133:2

**fourth**
106:23

**frame**
20:4
22:22
24:21
26:24
41:14
47:10
52:17
141:15
143:17
166:24
174:17

**framework**
169:6
170:3,4,
10,13
241:17,18
242:18

**free**
7:18
96:18
99:7
105:14

**frequently**
33:12
43:19
182:16
183:22
194:8
246:15

**front**
65:24
153:22
223:16

**front-end**
138:7

**fruition**
35:1

**FTE**
76:6,10

**FTE1**
90:1

**FTE2**
90:1

**FTS**
110:21
111:16,24
119:4

**full**
7:10 54:7
80:19
90:10
96:19
223:11

**full-time**
24:5,12,
14 119:3
211:2,14

**fully**
8:18
155:17

**Fulton**
20:16
29:9
57:7,12,
17 58:4,
9,14 59:6
61:1,3,12
64:19
143:2,3
254:22

**function**
65:14
74:23
149:22
239:17

**functioning**
81:5
117:25
181:12
184:25
191:21

**fund**
219:17,
21,23

**funded**
121:9,17
128:8
203:13
215:8,9,
11,14
216:11
220:20
222:13
255:10,
12,25

**funding**
31:3
34:5,11,
15,25
35:5
36:24
37:15
38:2
58:23
60:6
61:23
62:1,2,8,
11 63:1,
5,7,13,
16,17,21
64:1,11
65:2
104:1,4,
6,8,11
121:10
122:5,15,
16 128:17
129:4
132:6
160:25



161:3,8
164:4,6
203:14
207:19,22
210:25
214:16
215:2,7,
12,15
219:12
222:24
255:7,8,
14,22
256:1

**funds**
61:24
122:6,7,
21,22
207:18
210:25
219:20,25
256:2

**furniture**
182:11

**Futch**
163:3,7

**future**
35:6 60:2

———————
G
———————

GA00030538
228:11

GA00030542
228:25

GA00030544
230:11

GA00030545
231:19

GA00030549
232:15

GA00040636
130:4

GA00042459
135:6

GA00062394
133:15

GA00262820
201:7

GA00356682
58:21

GA00785867
209:8

GA00995478
251:22

GA03945133
139:13

**gain**
137:7
203:22

**gap**
45:19
108:18

**gaps**
117:14
150:23

**Gardner**
6:12

**gather**
121:6
241:5
245:2

**gathering**
126:9
142:20

**gauge**
36:7
162:20
184:13
196:7
228:21

**gauged**
184:12

**gave**
27:25
28:1
87:12
173:23
174:21

**gears**
69:10
99:9
227:7
241:13

**general**
16:13,22
21:5
45:25
85:6
93:15,18
102:2
107:24
127:18
170:3
187:16
195:25
197:7
208:2,3
214:12
219:21
239:18

**generally**
37:23
75:9
92:20
107:7
108:23
119:18
182:8
190:14
234:13,15

**generate**
62:4

**generated**
102:9

**Georgia**
6:3,19

8:23
10:6,8,10
11:6,10,
17 12:6
15:14,15,
16,19,23
16:24
18:2,21
19:1
24:11
29:25
31:9,19,
22 34:5,
16 49:5
50:1,3,4,
8,16,18,
22 116:7
118:18
120:15
129:22
135:21
136:10,14
166:18
225:11
255:3

**Gilchrist**
6:2,15,21
7:3,12
9:7
10:16,20
17:7,9
19:10
53:15
58:22
59:23
70:2
101:8
123:4
130:5
133:21
135:7
139:15,18
201:9
207:5
210:10
212:17

243:20
250:24
251:23
253:14,19
254:14

**give**
28:4
58:25
67:2 70:3
113:8
130:7
135:8
139:19
175:11
176:25
191:8
196:16,21
197:7
228:17
245:10,13
255:9

**giving**
30:19
119:24
155:19
196:11

**glean**
68:19

**GLRS**
49:5,10,
24 52:11,
12
171:12,19

**GNET**
20:11,15
32:2,23
33:1
42:14
54:14
57:22
65:10,16
83:15,21,
22 95:1
111:8,19



113:17
132:2
163:3
164:16
174:8
178:10
181:23
188:19
202:25
207:18
228:3,4
236:2
241:17,
19,20
242:4
243:7
246:8

GNETS
11:14,16,
20 12:7,
9,13
14:10
15:2
16:8,9,
11,12
19:11,15,
16,18,25
20:1,23
21:5,15,
24 22:11,
16,20
23:4,10,
12,17,21,
23 24:19
25:5,16,
19 26:7,
25 27:6,
9,11,17,
23,25
28:15,21,
22,25
29:13
30:22,24
31:2,20,
24 33:5,
9,20,23

34:6,8,25
35:5
36:11
37:2,8,13
38:9
40:21,22
41:4,10
49:13,15
53:3,16,
22 54:1
55:3,4
56:8,16
57:8,11,
17,21,24
58:10
61:3,19
62:8,11
63:16,20
64:23
65:22
66:17
68:7,22
69:24
72:10
73:10,14
83:23
84:1
85:16
86:16
87:10
89:5,8
91:3
93:8,14
94:16,22,
24 97:20
98:15
99:11
100:1,4
101:10
102:1
105:9
107:17
108:8,22
109:13,22
110:2,10,
25
112:16,23

113:2,6
114:15
115:21
121:11,12
122:5,7
123:5
124:1
128:9
129:9
132:11,
23,25
133:17
134:21
142:25
143:7
144:13
152:18
153:7
157:14
162:25
163:7,12
164:6,10
165:4,6
166:22
168:4
172:18,23
174:13
175:1,7
180:12
181:3
189:13
191:10
207:25
208:24
211:19
212:5,8,
21
214:20,21
215:3,6,
11
216:10,
12,22,25
217:6,9,
13,15,21
220:16,19
222:13,
19,20

223:2,5,9
225:13,19
226:1
227:8,11,
17,24,25
228:15
229:1,8,
11,16,18
230:3,7,
22
231:11,16
233:10,
14,15,20
234:2
235:9,12,
24 236:7,
20 237:3
238:9,13,
16,24
239:4,9
240:2
241:7,8,
14,15
243:19
244:21
245:6
255:8,9
258:8,15

GNETS-
RELATED
21:10

GNETS-
SPECIFIC
86:11

Go-iep
76:6,10

goal
54:20
102:19
117:8,16,
19

goals
56:3
74:21

81:16
84:18
102:17
104:25
106:13,24
116:3
117:5,20
127:5,8
146:5
170:22
184:16

good
7:3,5,7
131:2
160:11
206:15
253:18
254:10

Gotcha
230:10

governing
225:3

GR
49:8

grade
23:2
66:19
77:6,9,
12,13
149:24

grader
77:5

graders
83:8,12

grades
66:16
76:24
82:9,11
96:10,11,
13

graduate
18:10
54:23



93:8,9,14
146:12

**graduated**
92:23
93:7

**graduating**
146:3,4

**graduation**
93:12

**grant**
121:11,
12,16,17
122:5,6
128:9
164:6
212:8,9,
21 213:4
214:19,
21,24
215:4,6
216:12
217:21
218:1
219:22,24
220:15,20
221:10
222:14
223:1
245:14,15
255:19,
20,23

**grants**
122:11
207:18

**great**
205:18
254:14

**greater**
114:10
115:13
154:5
156:7

**Gregory**

11:1

**ground**
128:14

**group**
41:12
179:11
180:2
181:24
182:5,17,
21
187:16,24
188:20
191:2
194:22
256:7

**grouped**
82:23
83:4

**groups**
53:3
181:20,
22,24
182:7,20,
24 183:2,
11 185:9
187:9,10,
13,15,17
188:4,8,
12,22
189:10
194:19,25

**growth**
152:5

**GTID**
73:25

**guardian**
126:14

**guess**
62:22
94:3
102:23
107:24
151:20

159:15
162:1,7
201:20
202:5
218:11
230:18
240:10

**guidance**
105:8,25
112:4
166:25
167:25
208:10
227:16,20
230:16
241:16,20

**guide**
241:18

**guidelines**
31:10
35:13
208:23,25

**guiding**
208:16
232:15,20
233:2

———————

———————

**H**

**half**
100:6

**hallway**
171:3

**Hamilton**
6:10 7:2,
8 8:21
9:7 10:15
13:1,7,23
17:7
34:14,19
35:9,22
37:17
38:5

39:10,12,
17 42:2,
4,6
46:19,20
48:5,8
50:21
53:5,8,15
57:16
58:16,20
59:18,23
66:7,16
67:4,9,23
68:5,12
69:9,17,
22 73:24
79:6
94:2,9
96:22
99:22
100:9,14
101:1,8,
25 102:12
104:17
105:2,6
107:15
111:14
112:16
122:14,24
123:4
129:24
130:3
131:22
132:8
133:9,14
134:24
135:4
139:6,11
151:10
153:4
157:17,24
158:20
159:5,22
160:2,21
161:5,8
162:2
163:15,23
164:22

165:2
170:13
192:3
199:11
200:12
201:1,6
204:2
206:16,
18,22
207:5
209:3,7
210:18
211:24
212:4
217:20
219:8
220:2,24
228:5,10
229:22
238:12
243:11,16
246:4
249:17
250:24
251:12,19
253:9,13

**handed**
9:8 10:16
17:8
105:6
165:3

**handing**
9:1 17:3
58:16
122:24
129:24
133:9
139:6
164:22
211:24
228:5
243:11

**handle**
62:23
230:19



handles
  225:2

happen
  134:14
  154:23

happened
  64:14
  146:10
  239:5

happening
  62:22
  92:5
  95:13
  208:6

happy
  55:1

hard
  132:12
  138:24
  154:2
  205:12

Harvard
  196:4

head
  161:23
  221:17

headquarters
  29:19

health
  15:20,24
  16:25
  25:11,13
  26:9,20,
  21 27:21
  28:1
  43:16
  44:12,14
  45:6,13,
  16,20
  46:2,6
  47:8 49:1
  64:4

78:18
79:22
92:2,7
95:9
101:20
108:16,
18,21,25
109:18,
21,24
111:19
112:7
113:24
114:6,8
115:8
117:12
118:3,6,
12
119:10,
20,25
120:7,14
121:21
123:6
124:1,14
125:5
126:2
133:3,8
135:17
137:19
147:22
148:12
150:22
152:18
153:7,12
155:14
159:13
164:2,5,
21 189:14
193:9
195:3,4,6
196:8
199:21
201:22
203:9
205:17
207:8,14,
16 239:17

healthcare
  219:5,6,7

healthy
  160:10

hear
  192:12

heard
  40:5,7
  46:22
  131:10

hearing
  131:4,21
  156:12,13

held
  9:21
  19:24
  23:10
  24:5
  59:21
  69:15
  251:15

helped
  142:17

helpful
  46:10
  101:16
  161:19
  175:2,7
  202:1

helping
  114:11
  131:19
  242:5

helps
  119:14
  228:1

Henderson
  56:19
  72:13
  95:16
  96:12,22
  97:2

184:7
248:2

Henry
  55:5
  56:15,20,
  23 62:7
  63:19
  64:5,21
  66:15
  72:4,10
  73:5
  95:17
  96:15,23
  97:2,5,
  11,17,18
  98:23
  105:9
  106:20
  143:6
  171:15
  181:2
  247:22
  257:9,10

hesitant
  144:23

hey
  144:8

high
  20:7 23:3
  50:12,15
  55:25
  63:24
  83:11
  88:23
  89:6
  106:9
  115:4,12
  116:5
  118:19,20
  120:24
  123:6,12
  125:11
  128:2
  135:23
  172:6

191:4
193:21
195:2,8
199:9
259:7,17

high-
  151:22

High-risk
  190:23

higher
  185:20

highest
  17:20

highlighted
  74:8
  115:4
  149:5
  151:23

highlighting
  152:15

highlights
  151:6

highly
  54:11
  177:16

hire
  210:3,23
  221:5

hired
  141:23
  254:14,16

hiring
  153:19
  208:21

hold
  22:19
  220:18
  225:10,13
  227:3,5

Holifield



133:21

**home**
  26:3
  56:5,6,25
  57:6
  88:19,25
  89:3  92:6
  93:10
  97:25
  98:2,3
  106:22
  144:23
  156:23
  190:15

**homeroom**
  83:16,20

**Homes**
  24:11
  30:1

**honest**
  7:14

**hope**
  45:3
  137:2

**horses**
  87:5

**hospital**
  95:6

**hospitaliza
tion**
  240:14

**hospitalize
d**
  93:2
  95:4,11

**host**
  134:5,11

**hour**
  100:6

**hours**
  250:22

253:11,
19,23

**house**
  156:10,22

**housed**
  55:11

**HR**
  14:25
  15:1,3
  224:9

**human**
  209:23
  211:21
  257:6,9,
  10

**hundred**
  66:10

---

**I**

---

**ID**
  70:11

**idea**
  33:11
  35:15
  60:3,10
  128:18
  131:11,13
  137:15
  171:5
  184:21
  196:11,
  15,22,25
  197:7

**ideally**
  186:5

**ideas**
  45:8,11
  130:13
  131:4,21
  132:15,18

**identificat
ion**
  9:4  17:6
  58:19
  69:21
  105:5
  123:3
  130:2
  133:13
  135:3
  139:10
  165:1
  201:5
  209:6
  212:3
  228:9
  243:15
  251:18

**identified**
  33:2
  124:9,13
  125:24
  126:14
  164:18,19
  187:15
  191:7,25
  194:20,23
  252:23,25
  253:6

**identify**
  10:3
  125:1
  126:4,12
  172:3
  177:1,2
  180:1
  191:21
  194:5

**IDT**
  52:25

**IEP**
  21:17,23
  22:8,12
  30:16,18
  57:2

68:20
  74:21
  75:3,19
  76:10
  81:16
  84:18
  90:18,25
  94:20,24
  95:2
  104:25
  106:13,
  14,24
  107:9
  184:16
  235:6,7
  236:1
  237:17,22
  238:5,6,
  15,16,19,
  22  239:24
  241:10
  257:15,
  16,17,24
  258:1,4,
  15

**IEPS**
  30:16,18
  49:21,22
  68:20
  104:23
  158:16

**II**
  35:25
  79:25
  84:25
  85:3,5,
  10,17,18
  86:9,18
  108:7
  124:23
  168:12
  185:6,8
  186:1,6
  187:10,
  14,18
  189:13,19

194:22
  197:2,15,
  17,18
  199:14

**III**
  79:17,18,
  19  80:1,
  19  85:1
  87:7,10,
  12  108:7
  124:12,20
  168:13
  190:22
  191:1,25
  192:8
  193:13,
  15,19
  194:4,6,
  17  195:17
  197:15,22
  198:4
  199:17

**III-WIDE**
  200:22

**illness**
  114:12
  155:14

**imagine**
  94:25
  96:4,7
  146:6
  229:24

**immediately**
  249:1

**impact**
  59:7
  60:10,13,
  16  63:12,
  15  104:4,
  7,11
  114:22
  115:14
  173:6
  205:16



impacted
  58:13
  152:18
  154:8,25
  187:7

impacts
  117:25
  173:8
  175:18,23
  205:17
  206:7

impairment
  78:14,19

implement
  61:6,8
  63:23
  106:2
  115:15
  129:8,19
  136:2
  172:19,23
  174:3
  178:2
  180:9
  198:14,21

implementation
  30:23
  50:19
  51:18
  120:17,18
  121:20
  135:23
  137:12
  140:1
  142:21
  151:7
  154:9
  156:25
  157:4
  171:21,23
  242:20
  243:25
  246:10

implemented
  114:15
  116:9
  128:20
  171:13
  198:6,25

implementing
  49:16
  50:15,20
  64:3
  117:6
  121:3
  130:22
  136:5

importance
  153:10
  155:11
  173:11

important
  63:3
  120:3
  157:21
  158:4,7,
  13 160:25

impressed
  54:5

improve
  46:1
  117:24,25
  131:20
  158:22
  244:25

improved
  184:20,21
  196:10

improvement
  149:7,13,
  19,21
  152:14
  243:17
  244:3,22
  252:16

improving
  117:21

inappropriate
  238:21

incarcerated
  93:2

inception
  127:20

include
  43:16
  74:3
  75:3,6
  107:10
  120:22
  145:21
  158:17
  181:21
  217:21
  218:1
  221:24
  228:15
  238:2

included
  73:1,7
  76:14
  78:12
  108:20
  142:24
  154:9
  157:19
  174:14
  213:4
  220:15
  221:10
  222:3
  244:11

includes
  92:13
  139:12
  206:2

including
  72:21,22

133:20
154:1
234:22

incomplete
  237:6

incorporate
  157:18

increase
  151:5
  170:7

increased
  96:5,8
  162:2

increases
  170:7

incurred
  61:20

independently
  149:23
  236:22

index
  141:10
  150:5

indicating
  245:19

indication
  221:8

individual
  21:14
  26:11
  54:4
  76:4,21
  79:19
  84:2
  87:13,16
  102:15
  103:4
  127:25
  143:22
  155:9
  158:18

162:6
170:11
174:7
177:12
186:12
187:6
189:21
192:19
197:25
227:1

individualized
  101:21,23
  127:13,16
  190:22

individually
  113:12
  190:24
  194:18

individuals
  32:13
  33:2,3
  36:8 43:3
  50:22
  51:11
  52:4 63:6
  75:4,6
  132:4
  153:13
  155:11,
  12,13,14
  177:11
  178:20
  179:20,
  22,24,25
  180:5
  193:11
  194:24
  219:12
  221:9
  234:18
  254:19,25
  257:20



**Infinite**
103:8,19

**info-**
233:24

**inform**
32:2
85:19
108:15
109:5
120:1
244:24

**information**
12:25
17:19
30:19
32:3,11,
12 60:4,
5,7,8,11,
16,23
62:24
64:12,13
65:24
68:19
69:7
70:11
78:2,6
81:17
99:23
100:2,21
103:8,11,
12,17
106:15
112:24
119:12,
13,14
126:10
131:4
142:20,23
144:3
147:23
167:22
171:25
172:8
174:2
175:1

184:25
186:21
187:24
198:17
213:4
216:7
229:25
231:20,
24,25
232:5
233:23,25
234:4,8,
22,25
236:15
240:20
241:6,9
244:15
245:3,25
246:1

**informed**
26:20
172:25
173:3
175:17
192:13

**informing**
30:18
142:1

**informs**
85:25
173:13

**infraction**
98:18
179:11

**infractions**
179:7,8

**initial**
117:18
120:16,20
121:20
125:5
130:3
132:24
139:13

144:19
147:12,15
150:24
201:15,17
209:9
210:2
233:14

**initially**
20:15
69:25
121:18,20
128:16,17
129:5,12
133:1
138:24
144:4
171:11,14
173:9,10
188:13
214:10
238:22
242:16
246:7

**initiated**
62:2
123:15
163:6

**initiative**
40:1
49:23
52:10
128:19
141:6
143:4
160:13
173:9

**initiatives**
64:2
128:13
173:2

**injury**
78:15,24

**innovative**
153:25

206:8

**input**
107:9,10
242:11

**insert**
166:14

**inserted**
202:25

**insight**
192:14

**inspection**
248:23
249:2
252:25

**inspections**
38:20
248:8,12,
19

**instance**
98:7
258:6,10

**instantly**
138:5

**instruction**
16:25
166:25
180:19

**instructional**
32:19,20
181:17
208:1

**instrument**
150:7

**integral**
142:5

**integrate**
43:15
44:14
47:5

**integrated**
45:14
110:16
112:8
114:13
181:7

**integrating**
118:23

**integration**
108:2

**intellectual**
78:19,25

**intended**
76:7
87:19
133:5
241:16,20

**intense**
173:15

**intensive**
110:17
111:5
137:6
191:8
192:20
195:14

**inter**
176:16

**inter-**
164:17

**interact**
36:8,12
40:14,23
50:7
175:19

**interacted**
38:18
39:17,21
43:4,11
47:3
50:22



interaction
41:2

interactions
43:14
48:16,21

Interagency
51:1
52:24

interest
131:3
136:3
259:10,
21,25
260:1

interested
124:16
130:22
131:19,21
138:5
242:4

interior
84:17

internal
124:7
128:3
189:18
196:22

internalizing
196:8,19

internally
153:18
156:17
187:5
196:11

interrupt
8:12 9:15

interrupting
59:12

intervene
176:16
178:23

intervention
26:15
27:8
28:11,19
29:3,6
111:23
164:17
165:5,23
167:17
168:18,19
169:5,16
170:12,
18,20
176:23,24
177:18
179:1

interventionist
27:16
226:20

interventionists
219:9
226:24

interventions
16:17
86:18
87:9
168:21
169:3
176:9,12
177:9,13
178:24
184:10
185:7,8
190:23
191:6
195:17
197:4

interview
126:9,13
127:15

interviewed
254:19

introduce
6:7

introduced
163:3
231:10
232:11
233:2

introduction
141:22

invested
142:3

investigating
47:4

invitation
135:25
136:22

invite
136:25

involved
74:25
118:4
125:8
156:22
208:20,22

involvement
116:11
129:16
195:10

involves
31:8

iron
161:16

ironed
160:16

issue
14:25
15:1
60:14
126:11
210:25
239:17

issued
11:23
70:1
155:25
158:21
248:10

issues
36:18
41:4
52:2,12
92:4 93:1
95:10
119:10
151:1
152:23
153:2,6,
22 155:25
173:16,24
181:19
187:13
191:20
192:15,18
200:18
230:19
252:23
253:6

item
217:15

items
32:1 33:4
127:12
221:7
228:13
252:17

_____

J
_____

Jackson
6:14
12:24
13:6,20,
21 34:13,
17 35:7
37:16,22
39:8,14
41:24
46:17
48:4 53:7
57:14
66:6,13
67:1,7,21
68:4,8
69:5
94:1,7
99:20
100:7,13,
20,24
101:18
102:7
104:13
112:11
122:9,19
131:12
134:22
151:8
153:3
157:6,23
158:9
159:4,20,
24 160:6,
24 161:7,
25 170:8
184:11
191:14
195:22
199:2
200:11
203:21
206:17
210:16



217:18
219:13
220:23
229:20
238:11
246:2
249:12
250:21,23
259:22
260:4,13

**January**
136:17
162:18
201:8
214:7,9

**Javier**
6:18 10:7
59:16
260:11

**JB**
95:16

**job**
19:14
20:8
25:10
27:5 36:8
37:10
38:9
39:18
40:15,24
43:12
119:3

**Johnson**
10:5
46:21,25
201:20

**Joi**
128:5
162:18
214:8

**Jones**
40:6,7
47:16,25
48:4,14

203:8

**July**
133:16
134:12
139:15
141:15
227:8

**June**
20:6 28:7
141:16

**Justice**
10:12
259:9

─────────

**K**

**Kelly**
6:12

**key**
145:14
172:4
178:19
191:18
206:2

**kids**
17:1

**kind**
47:5
55:18
64:3 84:3
101:23
102:22,24
105:19
109:1
117:13,18
118:21
119:24
125:11
127:25
128:18
130:20,23
132:21
135:25

136:2
137:7
138:18
142:16
144:2
147:21
148:8
152:8
153:23
154:25
155:9
157:16
159:25
160:9
161:1
181:15
186:24
196:21
199:7
202:3
203:3,8,
11,24
208:5,9,
18 213:24
214:10,13
221:6
231:8
234:5
240:3
243:5
244:8

**kinds**
155:9

**knew**
54:16
138:9

**knowing**
51:19
92:5
115:9
116:21
126:17,18
144:20

**knowledge**
25:20

27:13
28:4 29:2
54:14
68:13,14
81:5
99:23
104:3,14
112:24
115:23
148:22
159:5,6
173:8
180:14
215:16
224:24
225:1
249:13,14
253:8
255:10,11

**knowledgeable**
31:15

─────────

**L**

**L-**
102:18

**L-A-Y-L-A**
48:23

**L-O-W**
39:12

**labeled**
71:14
73:16
76:6
77:14
81:21
82:2
89:19
90:9
95:16
98:22
106:6

**lack**
97:25

**lady**
140:20

**Lakesha**
32:7
37:7,9,20
228:13

**language**
78:14

**larger**
21:5

**lasted**
122:2

**lastly**
193:25

**late**
54:6
136:17

**latest**
243:9

**launched**
128:16
129:12

**Laura**
10:4

**laws**
35:13,16

**Layla**
47:19
48:15,17,
23

**LEA**
16:1 31:6
44:10
52:7,9
55:10
56:22
62:1
65:18
98:16,19



99:14,25
109:21
110:18
113:7
164:19
165:22
171:12,15
180:6,7,
9,10
198:25
199:6
215:8
219:16
231:3
236:18
237:9,14
239:6,8
240:13,20
241:2
253:1,4
257:7

**LEA-FUNDED**
219:15

**lead**
44:9
49:22
181:17,24
182:23
187:19
188:20
196:3

**leaders**
226:8
245:3
256:19

**leadership**
18:7
226:16

**leading**
188:22

**learn**
11:20,24
160:12
229:22

248:8

**learning**
39:23
49:5 54:1
119:17
136:4
142:10,14
160:12
172:1
173:5
174:14
180:19,24

**LEAS**
30:25
49:15
52:11
57:24
61:19
62:8
63:18
64:17
103:7,10,
21,22
200:19
208:6
226:22
228:1
229:7
230:16
231:5,25
232:21
233:17
234:7,14
240:24
254:20
255:4,24
256:3

**LEAS'**
103:14

**leave**
94:16

**led**
153:17
173:21

202:16

**left**
200:7
235:7
253:10

**lend**
102:23

**lends**
114:10

**length**
99:15
100:3,16,
22 101:9,
13,22

**lengths**
100:11

**lens**
137:18
173:13
175:20

**lessons**
181:11,18

**letter**
11:22,24
12:2

**level**
17:20
20:7 23:2
26:20
41:1
62:23
79:11,17,
25 80:5
86:18
106:9
124:20
138:10
149:20,23
178:24
184:25
185:20
187:18
191:5,7,9

224:5,6
225:2

**levels**
84:7
96:24
115:12
124:25
149:22
185:14
188:1

**leverage**
203:24

**Levert**
10:11

**liaise**
31:8

**liaison**
128:7
136:13
153:19
162:5,9
195:9
214:8

**license**
18:6

**licensed**
178:18
183:18,21
188:15,17
189:5,7
192:25
193:4
194:2
205:12

**licenses**
19:7

**licensure**
193:6
225:4

**lieu**
179:13

**life**
55:1
114:20
176:23
177:18

**lift**
220:21

**limitations**
147:13

**limited**
150:13

**lines**
55:10

**linkage**
118:16

**linked**
50:25

**LIPT**
51:1,17
52:5
113:24

**Lisa**
163:3
209:10,18
210:2

**list**
152:19

**listed**
24:9
26:14
72:17
76:25
77:4,7,18
80:6
82:14
84:24
85:10
88:1,9
90:4,23
92:19
93:7,22
94:13,19



97:3
98:7,8,14
113:5,13
127:12
154:16
167:23
168:24
169:2,22
172:24
175:15
176:8
180:18
181:20
183:16
186:9
187:8
189:12
192:20
193:21
197:18,22
199:15,18
214:11,18
215:7,20
216:11,
14,17
220:21,22
235:16

**lists**
113:23
193:25
220:14

**litigation**
11:9,21

**live**
29:10
54:25

**Liveschool**
198:17

**LKES**
257:3

**local**
16:2
49:15
51:1

52:12
118:12
215:9
255:1

**locally**
29:14
126:17
231:9

**located**
29:17
30:9,10

**location**
20:11
21:1,4
56:8 73:6
83:17
86:19
184:2

**locations**
16:9,12
21:2
55:16
83:19
87:8
99:11
108:9
109:14
171:2
172:5

**logical**
133:4

**logistical**
137:16
138:17
147:19
160:14
161:17

**logistics**
137:21
139:3

**long**
19:19
39:24

99:18
100:10
121:25
176:9
200:1,2
230:2

**long-term**
240:13

**longer**
20:17
57:10,20
195:10

**looked**
61:8 88:8
127:18
142:18
173:19
202:24

**loose**
208:5

**loss**
63:15

**lost**
61:24
146:14
200:5,13

**lot**
26:2 28:4
91:23
146:13
202:13
219:22

**louder**
9:20

**loudly**
10:2

**Low**
38:23
39:11
247:8

**lower**
68:24,25

69:3,8

**LPCS**
45:14

**LRE**
54:21
74:14,16,
19 87:17
88:9
89:24
91:20
102:19
105:9
106:19

**LSCI**
177:8,9,
17,22
178:16,
21,23

———————

M

———————

**M-O-**
79:3

**M-O-I-D**
79:4

**made**
12:9,13
22:10
34:5,15
44:25
45:22
50:13
62:1
90:15
91:1
98:17,19
115:5,13
116:25
143:17,19
144:4
189:17
246:25
247:22
252:25

253:2,4

**main**
29:19
54:20
102:17
116:5
117:8
154:5
182:25
244:24

**maintaining**
147:3

**maintenance**
248:25

**major**
19:2 60:9
63:4,11

**majority**
82:14
86:20
140:22

**make**
6:16
12:16
15:12
18:14
22:15
23:11
45:5
49:14,16
56:2,7
69:13
79:13
80:21
81:3
83:10
84:21
88:7
106:12,15
110:9
111:3
112:2
114:7
121:2,6



122:14
134:14
138:8
142:6
143:20
154:21
165:19
168:25
175:13
184:19
189:19
190:1,17
192:24
193:14,19
204:2
213:2
214:15
219:16
220:24
224:10
232:8,10
233:4,17
235:3,5,
8,10,20
238:23
240:18
241:6,10
247:22
249:14
252:2
258:11

**makes**
62:4
114:7
233:14
257:17

**making**
31:15
74:25
144:6
190:9
195:20
218:1

**maladjustme
nt**

239:13,19

**manage**
162:7

**management**
176:14
189:15
190:12

**manager**
32:6
83:20
107:7

**managing**
20:10
116:22

**mandate**
172:21
177:15
193:18

**mandatory**
33:5,8
167:10,11
177:15

**manifestati
on**
98:18

**manual**
202:15

**map**
242:19

**March**
136:17
209:9
210:8

**Marcie**
6:6

**Marietta**
29:20

**mark**
105:3
134:25
201:2

209:4
251:20

**marked**
9:2,3
17:4,5
58:17,18
69:18,20
105:4
122:25
123:2
129:25
130:1
133:10,12
135:2
139:7,9
164:23,25
201:4
209:5
211:25
212:2
228:6,8
243:12,14
251:17

**Marshall**
20:21,22
21:7

**Maryland**
50:14
115:3

**mask**
9:20

**master**
224:6

**master's**
18:6,12,
15 23:24

**mastering**
106:13

**materials**
236:5
237:5,17,
21

**matrix**
170:21,23
171:2

**Matt**
40:6,7

**matter**
6:2
109:11
224:10
236:23,24

**matters**
37:25
38:2

**max**
253:25

**maximum**
162:5,8

**Mckay**
43:5,8,11
46:12
48:11
133:22
134:6,20
136:20,23
137:3
201:9,16
204:6
258:23

**Mclaren**
50:24
139:16

**means**
61:24
89:1
146:1
175:21
176:7
178:18

**meant**
54:7 63:5
143:5
146:6

**measure**
162:14

**measuring**
149:19

**Medicaid**
207:22

**Medicine**
50:14
196:4

**meet**
12:22
13:12,13,
15,18
14:10
31:18
42:24
44:23
48:25
49:4
74:19
84:17
126:4
127:9
132:14
144:25
146:9
189:10
194:18
223:4,6,9
224:11,
17,18
225:3,6
234:3,7
239:21
240:1

**meeting**
14:1 22:8
32:25
37:24
44:10,24
46:11
48:20
75:19
81:15



102:19
107:8
115:16
125:6,9,
25 126:24
131:3,8,
14 132:1,
6 142:17
191:24
192:7
195:19
204:3,5
227:14,23
228:14
229:24,25
230:5
231:12,16
232:13
233:3
234:4
235:6,25
236:1
237:22,23
241:10
258:22

**meetings**
21:17,19,
23 22:1,3
31:12,20,
21,25
32:5,9
33:5,10,
13,15,18
34:9
36:11
37:8
43:19
44:1,6,22
45:1,4
48:11
51:10,15,
19 52:5,
6,8,9,13,
15,25
75:3,8
131:17

135:17,
18,22
136:17,23
137:3
146:17
173:20,21
191:11,12
192:4,10
203:19
204:5,11,
13,19
238:5,6
258:2

**meets**
170:14

**Melanie**
10:5

**member**
22:12,13,
14 126:14
156:7
241:24
242:6,10
257:23

**members**
36:7
42:12
51:12
107:10
125:20,21
179:25
255:1
257:1
258:3

**memorialize
d**
65:5

**memorialize
s**
65:7

**memory**
208:19

**mental**

25:11,13
26:9,20
28:1
43:16
44:14
45:6,13,
16,20
46:2 47:8
64:3
92:2,7
95:9
101:20
108:18,
21,25
109:18,
21,24
111:19
112:7
113:24
114:6,8,
12 115:7
117:11
118:12
119:9,19,
25 133:3,
8 135:17
137:19
147:22
153:12
155:14
164:21
189:14
193:9
196:8
201:22
205:17
239:17

**mention**
41:9
135:14
136:15

**mentioned**
27:19
35:9
36:10
37:7 41:9

44:17
48:11
55:19
57:16
63:19
75:17
102:16
103:16
108:6
111:10,14
112:5
114:14
118:3
120:13
131:2,7
137:22
140:7
163:25
164:11
174:1
176:5
182:19
188:10
195:1,4
200:13
204:11
208:23
214:7
238:4
241:24
247:7
255:19
256:17
257:15

**mentioning**
79:21
173:10

**mentions**
222:17

**Meriwether**
29:5

**met**
13:3,4,
16,17
38:16

43:15,20
44:1 49:2
102:25
127:5
132:16
146:4
247:8,13

**metric**
103:2

**metrics**
184:9,13
195:18
197:3

**Metro**
19:11,18,
25 22:19
23:10,14,
15,17,21
24:18
25:5,9,16
26:7,25
27:6,9,
17,23
28:14,15,
22 29:4,
7,8,11
50:14
54:4,5,16
55:2,4
57:8,10,
20 58:10
59:7
60:18,20,
21 61:6,
7,9,23
63:16
64:16,18,
22 65:22
66:17
68:22
69:24
71:21
99:11
101:10,14
105:9,11



108:22
109:13
114:15,25
115:18
119:7
123:5,8
124:1
132:11
137:11
142:25
143:7
144:13
150:23
152:17
153:6
164:10
165:4,6,
18,25
166:2
168:4
184:1
189:13
212:5,21
220:16
225:13
229:15
232:4,23
234:7,12
235:12
240:16,18
243:18
254:21
255:5,11

Metro's
212:7

mic
9:17,19

Michael
40:3
251:23
252:11

microphone
254:6

mics

6:17

MID
96:17

Middle
23:3
55:25
84:9
199:8

midst
8:2 65:25

midway
154:7

midyear
245:17,
19,24

Mike
40:3
253:2

mild
78:19

mind
32:19
35:24
92:22
131:14
134:10

mindset
154:13
155:6
176:4,6,
10,13,14
177:19,24
178:2,13
180:6

minute
105:13
148:24

minutes
100:19
206:19
250:22
253:11,25

254:2

missing
236:17,19
237:1,15,
18,19

mission
154:3

model
50:16
61:4
110:7,8,
14,22
111:18
114:12
115:4,5
116:6,8,
11,12
118:19,21
120:25
125:12,13
128:2
131:20
135:24
136:4
137:6,24
142:2
151:5
202:8,19,
23 203:5,
20 204:13

modeled
166:15

models
129:8,19,
21

moderate
78:19
185:8,11,
14

modificatio
n
26:2

modificatio
ns
54:13
232:8,10
233:4

modified
57:3
230:24
231:8
234:6
244:18

modify
232:9
248:22

modifying
106:21

MOID
79:2,3
96:20

moment
9:10
58:25
70:3
112:2
113:25
130:7
133:23
135:8
139:19
155:4
201:10
209:13
212:14
228:17
251:24

Monday
210:8

money
255:16

Monica
46:21,25
201:20

monitor
76:23
100:2

monitored
116:18
120:25
121:2

monitoring
20:10
30:23
140:8,10,
14 196:3

month
51:21,22,
25 52:2
145:1

monthly
31:20,24
33:14
51:10,15
146:17
173:20
192:4

months
63:10
140:24

morning
7:3,5
131:2
181:9

Morrow
55:25
88:23
89:6
199:8

MOU
120:19
207:12

mouse
252:3

move
54:23



64:1
73:12,15
98:25
99:6,7
143:15
145:13
147:5
154:23,24
185:6
204:21
237:17
240:8,11
252:3,6
254:6

move-in
80:7

moved
60:20
80:12
92:22
93:2,3
94:14
98:1
153:19
240:9,12

moves
98:2
240:21,23

moving
60:18,19,
25 61:6,
22 87:17
89:19
95:15
96:8
128:21
145:4
155:1
160:21,23
196:23

MTSS
80:24
110:19
111:15,20

164:12,17
165:21,23

MTSS/RTI
111:16,17

multi-
tiered
80:24

Multi-tiers
111:21

multiple
57:24
76:3
169:22,25

music
54:9
85:23
91:15
117:16
183:16,
17,18,19,
20,21,23,
25 193:25
194:12,
13,16,19
198:1,7,
20 205:9

muted
9:16

—————————

N

N-A-K-E-B-A
42:2

n-e-w
215:21

Nakeba
40:17
42:1,2
130:6
131:2,18
133:17,22
134:15

135:7
173:2
174:1
211:5
259:7,16

named
46:21
140:3

names
32:14,15
44:19
55:24
86:7

national
172:12

nature
133:1
154:17
157:9
169:11,12

necessarily
67:17
80:17
87:2
102:11
128:21
137:15,19
146:16
148:11
155:18
159:7
177:14
188:17
198:14
210:25
234:9
239:16

needed
24:16
62:24,25
63:12
107:11
127:14
142:16

153:17
218:12
221:11
242:17,25
243:3
253:1

negatively
58:13

network
11:10,17
117:13
132:20
173:12

ninth
19:20

nondisabled
85:7

North
60:18,21
61:7,9,23

not-
190:9

notation
74:8,11

note
8:21 31:7
62:6 70:6
95:3
139:11

noted
24:10
71:11
73:24
94:13
97:10
98:14
152:14,16
199:12

notes
81:22
156:24

noticed
202:15

notified
190:9
239:6
249:18

notifies
237:12

notify
237:1
248:18

noting
214:16

November
135:6,13

November/
december
63:9

number
43:5
60:14
66:3
68:21
74:1
81:13
95:20,21,
25 96:2
103:1
104:5,7
114:14
120:10
133:19
151:6
157:20
161:2
172:6
186:5,6
208:4
220:3
221:12,
15,16,18
222:6,7,
9,10
228:25



231:19
246:18
255:12

**numbers**
61:22
68:24,25
69:3
161:1
213:8,12,
16 216:21

**Nunez**
256:9

**nurses**
218:23

---

O

---

**Oasis**
24:25
29:16,18

**oath**
7:14

**object**
13:21
34:13,17
35:7
37:16,22
57:14
66:6,13
67:1,7,21
68:4,8
69:5
94:1,7
99:20
100:7,13,
20 101:18
102:7
104:13
112:11
122:9,19
131:12
134:22
151:8
153:3

157:6,23
158:9
159:4,20
160:7,24
161:7,25
170:8
184:11
191:14
195:22
199:2
200:11
203:21
210:16
217:18
219:13
220:23
229:20
238:11

**Objection**
246:2
249:12
259:22
260:4

**objections**
8:23

**objective**
39:23

**objectives**
56:3
74:21
81:16
84:18
105:1
106:13,25
117:5
146:5
184:16

**observe**
167:21

**observed**
115:7

**obstacles**
200:9,14,
24

**obtain**
18:22
129:19
225:10

**obtained**
17:21

**occur**
31:16
51:21,22,
24 52:1,6
58:2 98:8
117:11

**occurred**
98:11,12
127:23
130:20
131:16
249:23
250:7,11,
15,19

**occurring**
38:3
136:17

**occurs**
194:10

**October**
20:6

**off-the-**
**record**
9:6

**offer**
49:18
79:24
124:12
156:19
205:1

**offered**
91:2
187:10

**offering**
134:5

**office**
29:19
30:6,8,11

**official**
128:6

**Oftentimes**
22:5

**OHI**
68:10
78:18
96:17

**oldest**
77:8

**on-site**
87:16
247:14

**onboard**
154:20

**one-**
174:9,16,
18

**one-on-one**
133:20
176:24

**One-third**
146:1

**ongoing**
177:16
192:1

**open**
20:17
156:10
190:16
203:3

**operate**
116:4
117:15
118:10
169:1
173:7
235:18

**operated**
54:16

**operating**
121:2
127:25
147:22
203:10
208:19
242:13

**operations**
37:2,14
62:8
120:4

**opinion**
54:2,15
58:9,11
242:14

**opportuniti**
**es**
47:5
119:19
120:5
132:14
173:5
179:9
180:7
202:25
203:24

**opportunity**
56:2
134:10
160:12
173:23
176:25
191:24
206:11

**opposed**
194:17

**oppositiona**
**l**
239:12

**opt**
146:6,12



opted
    62:2

opting
    61:19
    146:3,7

option
    54:23
    55:22
    106:19,20
    124:19
    190:18

optional
    167:9

options
    177:2

order
    127:9
    155:22
    160:16

organic
    160:9

organization
    200:7

original
    56:5
    115:24
    116:1
    246:7

originally
    258:23,25

origins
    28:3

OSS
    179:7,13
    185:18

outcome
    44:22
    244:22

outcomes
    117:21

118:2
145:14,15
147:6,9
148:5
152:13
155:1
162:15
168:22
243:17
244:3

outliers
    79:1

outline
    105:20
    165:14

outlined
    26:11
    146:5

outlining
    253:3

outpost
    74:9
    81:22
    83:17
    85:13
    86:3,10,
    13,19,22,
    24 87:8
    88:11
    90:17
    97:11
    197:11,
    12,16,20,
    24 198:6,
    18

Outposts
    72:2,6
    82:3
    92:13

outreach
    64:8

outset
    70:7

overarching
    117:7

overlap
    25:4

oversaw
    40:21
    41:17

oversee
    133:8

oversees
    133:3
    187:17,21

overt
    167:19
    168:1,7
    185:12
    191:3

overview
    22:7

Owen
    38:8,12
    247:11

ownership
    49:22

_____

        P

_____

p.m.
    101:5
    163:19,20
    207:1,2
    260:14

package
    156:14,18
    197:9

packet
    231:20,
    24,25
    232:5
    233:8,24,
    25 234:3,

8,11,21
236:15
237:13,16

packets
    234:15,19
    235:2,19
    237:5,9

pages
    61:17
    212:10

paid
    207:17
    223:1

pandemic
    33:17
    147:12

panel
    254:19
    255:1

paper
    257:5

paragraph
    61:18
    145:4
    150:10
    151:3,21
    152:12
    154:8
    156:24
    157:17
    158:3

paragraphs
    157:25

paraphrase
    204:12

paraprofessional
    23:22
    24:25
    25:12
    29:22
    53:25

153:11,12
225:10

paraprofessionals
    208:7
    219:25
    221:21,25
    222:7,10,
    11 225:6,
    9,12

parent
    126:10,11
    128:7
    153:19
    156:9
    162:5,9
    195:9
    214:8

parentheses
    180:20

parents
    30:16
    115:10
    116:21
    145:2
    156:19
    190:8,9
    196:14
    257:20

Park
    55:25
    83:11
    198:12
    199:9

Parker
    6:5

part
    22:9,10
    31:4 36:8
    37:10
    39:18
    40:14,24
    43:11
    57:7,10,



17,20
80:22,25
81:1
110:6,7,
11 122:21
131:1
133:16
134:16,18
140:13
143:3,6
144:19
156:19
165:20,22
166:22
175:5
176:14
184:22
186:19
187:1
190:13
209:23
212:23
217:20,25
233:11
244:4,11,
16 245:14
246:4,7,
16 255:2,
4

**part-time**
24:12,14
25:10
26:9
115:8
210:3,23
211:1,8,
13

**partici-**
182:15

**participant**
22:8 42:8
48:20
52:21,23
125:15,17

**participant s**
125:24

**participate**
21:14,17,
23 22:12
33:1,10,
12 44:6
52:13,14,
18 53:2
75:10,11
86:25
93:10,11
124:18
143:13
182:16
183:2
192:10
238:5,6
258:17

**participate d**
32:9
40:25
49:19,25
171:16
258:7

**participate s**
32:4,21
36:11
37:8
75:7,9
237:23

**participati ng**
124:17
161:21
162:15
163:1
188:3

**participati on**
144:14,18

146:19

**partner**
110:18
118:14
161:18
199:22
202:4,5

**partnered**
50:18

**partnering**
119:8
130:14
203:25

**partners**
135:17

**partnership**
118:16,20
130:6
131:5,23
132:22
133:7
163:2
203:25

**parts**
29:11
231:1

**passes**
144:2

**past**
61:19,25
64:20
221:3

**pattern**
212:11

**Paulding**
29:6

**pay**
255:17

**PBIS**
16:15
80:23

169:3,4,
21,22,23,
24 170:1,
4,6,10,
14,20
171:7,10,
13,16,18,
22 172:9,
12,15,19,
23
198:12,19
199:4,6,
8,9

**peers**
85:7

**Pending**
74:9

**people**
32:19
120:3
125:8
138:25
139:18
154:2,13
155:7
156:21
187:25
203:4
216:11
217:11
218:4
231:6
256:8

**percent**
104:10
144:13,17
151:25
152:1
157:11
185:25

**percentage**
33:9
66:21
103:1

186:2

**percentages**
77:22
81:15

**perform**
80:9
149:23

**performance**
84:19
107:25
117:24
195:25
197:7

**performed**
148:6

**period**
63:18
72:23
80:13,14
102:10
113:8
121:5
139:5
140:2
142:9,14
144:2
145:8
147:15
150:13
152:8
173:12
174:10,
17,18
181:9,14
185:17
187:7
238:24

**periodicall y**
71:5

**periods**
57:5
76:11
155:3



183:14

**permission**
190:8

**permit**
87:2

**person**
33:15
40:5 44:2
75:13,21
118:9
128:1
138:6
140:22
147:2
200:5,6
219:5
227:5
234:25
236:4
256:7

**person's**
128:4

**personally**
260:2

**personnel**
32:8,22,
23
113:18,20
150:19
250:18
258:18

**persons**
147:2

**perspective**
45:16
54:17
101:24
102:23
118:1
119:9
120:4
121:7
137:18

173:18
245:3

**pertain**
71:11
212:23

**pertaining**
12:9

**pertains**
213:8

**phone**
14:2
37:21
44:2
132:17
138:3,8

**physical**
251:8

**physically**
60:19,24

**Pico-prats**
6:18 9:14
10:7
59:12,17
253:18,23
254:4,7,
13 258:3
260:1,6,
12

**picture**
92:8
158:18
186:3

**piece**
62:20
116:11
146:4
153:21
154:12
176:18
193:6

**pieces**
116:23

156:15
158:18
234:23

**pilot**
142:24
157:3
158:3
160:10
162:3,11
206:1

**piloting**
205:24

**pilots**
156:25
157:4

**place**
19:21
83:13
116:23
140:19
155:2
170:20
174:18
192:4
197:3
200:1
202:14
228:2
239:7
242:24
248:16,25
249:6

**placement**
37:5 38:1
81:17
85:19
86:5
87:22
89:15
101:22
104:24
235:24
236:3
238:16,21

241:11
258:12

**placing**
228:2,3

**plaintiff's**
9:2,3,8
10:17
17:4,5,8
58:17,18
69:19,20
105:3,4,7
122:25
123:2,4
129:25
130:1
133:10,12
134:25
135:2,4
139:7,9
164:24,25
165:3
201:2,4
209:4,5
211:25
212:2
228:6,8
243:13,14
251:17,20

**plan**
25:14
26:1,10
30:24
40:22
41:1,7,8,
13 42:20
60:16,23
107:1,3,8
116:14
117:3
119:10
121:1
125:7
127:5,13
131:16
132:5

144:25
146:6
162:17,
19,24
166:22
167:1
174:12
188:13,18
204:21
241:14,15
242:7,10
243:17,25
244:1,3,
11,13,16,
23 245:1,
7,9,12,18
246:5,7,
10,14,16,
25 247:4

**planned**
248:9

**planning**
41:10
51:2
105:8
241:25

**planning/
developing**
158:16

**plans**
26:12,22
27:22
35:4
44:25
127:16
158:16,17
162:22,23
204:18
257:15

**platform**
76:10
103:8,20,
22 161:3,
9,15



172:2,11
180:25
181:10,13
187:2
257:3,5

**play**
92:3
111:17
205:10,
11,12,18
229:12
244:2

**played**
142:4
174:2

**point**
7:25
40:21
46:6
52:15
63:23
74:21
79:22
90:19
95:25
96:11
102:10
108:12
109:3
118:3,6
120:7
121:18,21
122:4
123:6
124:1,14
125:5
126:2
127:25
129:5,14,
16 131:25
134:11,12
135:20
137:17
138:12,14
142:20

144:6,20
146:1
150:22
152:18
153:7
159:13
163:4,5
164:2,5
172:22
193:10,11
195:3,4,
6,10
199:21,22
200:6
203:9
205:11
207:8,14,
16 233:20
235:25
239:2

**pointing**
152:3

**policies**
103:15

**pool**
109:23
110:6

**population**
143:15
154:17
190:25

**portion**
142:3
212:12

**position**
20:2
24:12,13
25:4,8,9
26:18
27:5
28:6,15,
18 39:5
45:5
121:16

128:8
173:7
209:20
210:14
211:1,12,
13 216:20
219:1,2,3
222:20,
22,25
228:4
231:4,5,9
235:11
254:18
256:4

**positions**
19:25
22:19
24:5,9
26:14
27:2,4
63:21
211:19
215:9,11,
24 216:1,
4 217:17,
19,21
218:8,13
219:14,
15,16,23
220:2
221:1,2,
4,9
222:13
223:21
225:17
235:13,14
255:24
256:2,3

**positive**
16:16
151:23
152:13
169:2,5,
6,7,10,12

**possibiliti**
**es**
137:4

**possibly**
134:20

**post**
210:3

**postseconda**
**ry**
54:23

**posttest**
184:18

**posttests**
184:19

**potential**
28:2
60:10
124:10
130:24
131:5
137:5
191:21

**potentially**
107:19
151:16

**PQ**
223:6

**practically**
182:4

**practice**
126:7
172:24
175:16
176:8
177:16
179:1,6,
12 180:18
182:5
183:16
187:8
189:12
191:10

**practices**
167:17
168:18,
20,21,24
169:16,18
172:25
173:3
174:3,13,
24 175:9,
15 177:6
179:4
180:1,7,
13,16
184:9,14
185:24
186:8
195:5,18
197:22,23
198:5,13,
20,24
199:12,
13,14,17
242:13

**practicum**
23:24

**pre-**
184:18,19

**preliminary**
26:22
27:21

**preparation**
12:16
14:6,13
18:8

**prepare**
12:20
234:19
248:11

**prepared**
74:23
234:22

**preparing**
135:23



present
  13:25
  23:12
  44:11,18
  48:12
  51:11
  158:14
  229:25
  236:13
  237:12
  247:16,23
  248:1,3,6
  257:24

presented
  32:11
  156:14
  238:18

president
  38:15

pretty
  60:9
  95:7,10,
  14 114:21
  125:16
  137:1
  173:14
  208:4
  246:19

prevalence
  68:13,15

prevalent
  68:6,10
  78:4 79:8

prevent
  173:15

prevention
  167:16
  168:18,20

previous
  39:19
  40:12
  55:19
  88:3,17

115:6
134:15
175:5
213:14
216:2
217:12

previously
  14:24
  39:4
  57:7,17
  61:25
  80:15
  99:3
  164:1,5
  195:24
  199:20
  215:25

primarily
  29:23
  75:3
  112:21
  141:25
  153:16
  154:5
  170:14
  178:7

primary
  66:22
  67:6 68:2
  116:10
  147:16
  182:21

prior
  20:2 23:9
  24:6
  61:25
  63:8
  68:23
  213:13
  242:18
  243:3
  248:19
  249:6

privacy

70:13

private
  193:16

privilege
  8:24
  12:24
  13:22

privy
  62:22

problem
  103:14

problems
  28:2
  90:18
  155:25
  192:19

process
  21:14
  30:17
  56:4
  74:25
  84:17
  106:10
  108:21
  111:17
  118:22
  124:3,4
  126:13
  127:18
  137:23
  138:7
  142:17
  144:5
  145:22
  146:7
  148:9
  152:19
  160:10
  164:15,20
  232:21
  233:9,12
  234:12
  240:16
  246:5,17,

25

processes
  30:18
  98:17
  105:20
  119:10
  120:23
  156:6
  228:2
  230:19

produce
  69:25

produced
  69:23
  70:21
  71:3,7,20
  95:25
  97:7
  212:5,10
  242:15

product
  42:15
  242:14
  244:5

productive
  54:24
  55:1

professiona
l
  17:16
  18:11
  119:17,18
  120:5
  142:1,9,
  13 172:1
  173:4,5
  174:14,21
  223:3
  224:2,14,
  18,22
  225:7,11

professiona
lly
  223:6

professiona
ls
  30:14

profile
  239:15

program
  11:11,13,
  14,18
  12:7,10,
  13 15:2
  18:7
  19:11,16
  20:1,3,8,
  18 21:5,
  13,20,22,
  24 22:2,
  6,7,18,20
  23:10,12,
  18,21,23
  24:19
  25:5,16
  26:25
  27:6,9,23
  28:15
  29:1,13
  30:23
  31:9,17
  32:6 34:6
  35:12
  37:2 41:5
  43:10
  47:6
  49:13
  50:13,23
  51:17
  53:16,23
  54:6,10,
  13,15,16,
  19 55:3,4
  57:4,8,
  17,21,22
  58:1,10,
  13 60:9,
  18 61:4
  62:4 64:2
  65:14,22



66:17,22
67:5,20
68:2,7,22
69:24
71:21
73:10
75:11,12,
18,21,24
76:21
78:3,22
79:21
80:23,25
81:1,5
86:4
87:10
89:2,8
93:8,14
94:16,17,
22 95:1,8
96:9
97:20,23
98:13
99:1,16,
22 100:1
101:10,
12,14
102:5,17
103:5
104:6,18,
20
105:11,21
108:8
109:19
110:2,12,
14,16,17
111:8,9
112:7,10,
14,17
114:15,
16,19,25
115:15,
16,18,22,
25 116:4
117:6,20
118:4,23,
25 120:7,
12 121:9,

16 122:1,
7,17
123:8,13,
16,22
124:5,15
125:14,
17,19
127:3,9,
10 128:1,
3,16
129:9,12,
17,18,20
130:23
132:11,23
133:4
136:2,14
137:11,14
140:2
142:5,7
143:4,7,
13
145:11,17
146:3,20,
25 147:10
148:2
150:14
151:22,23
152:2,9,
17 153:18
154:21
156:3,12,
19,23
157:10,15
158:3,22
161:18,21
162:2,16
163:3,6,
7,10
164:10
165:6,25
166:2
168:4
169:1,14
172:4,15
177:11
178:3,5
179:23

180:3
184:1,8
185:11
187:3
189:20,24
193:22
196:1
199:20
200:1,13,
16 205:7,
22,25
207:25
212:5,9
215:25
220:14,16
221:11
222:19
223:3,9
225:13,19
226:1,2,
8,25
228:15
229:15
230:22
231:2
232:4,23,
24 233:4,
10 234:6
235:12
237:24
238:1,10,
14,20
239:8,20
241:4,10
242:13
243:7,19
244:25
245:3,7
246:8
247:19
250:25
252:12
255:10,22
256:18,
19,21,25
258:11
259:8,10,

17

**program's**
127:19
258:17

**programatic**
150:11,15

**programmatic**
145:15
155:25

**programming**
30:25
31:5
43:17
45:15
61:7,8,10
91:12
203:1
239:15
241:18,22

**programs**
25:19
27:12
49:16
53:22
57:24
65:10,16
104:25
115:21
122:10
127:19
128:12
134:21
162:25
163:9,12
167:5
168:21
172:18,23
174:8
177:16
178:11
180:13
181:4
200:10

201:25
202:13,25
203:1,11
223:5
228:3
229:18
233:20
240:16
241:18,
19,20
242:19
243:23

**progress**
56:2
74:20
81:15
84:4,12,
18 90:15
101:19
102:15
104:24
106:12,15
116:18
136:1
154:21
162:14
184:15,16
192:12
195:21
196:2
197:3,5

**progressive**
170:6

**project**
140:23,24
147:11
150:20
153:24
154:14
160:13
213:18
214:1,13
218:3
221:16



project-
    63:1

projected
    213:10,15
    218:12

projecting
    60:2

projection
    63:1

projections
    60:12
    208:5
    213:12,21
    214:5,6
    217:20
    218:1,5
    219:18

projects
    163:1

proper
    176:17

proposed
    34:24

protect
    70:12

protocols
    158:5,8

provide
    7:14
    22:5,6
    25:12,22
    26:3,4
    49:12
    51:13
    60:4,22
    62:2 66:7
    85:22,25
    87:15
    88:25
    91:8
    109:10
    110:19,23

118:19
119:18
120:4,7,8
121:22,25
128:2,15
129:3,11
159:7
160:22
164:10,
15,21
171:7
174:4,23
180:15
188:11
190:15,
17,18
192:14,17
193:6,9
194:3
195:2
202:5
210:13,20
225:21
240:17,
19,21
241:1,8,
17 242:6
245:25

provided
    20:23
    21:21
    25:24
    55:11
    60:8
    62:25
    70:14
    71:1
    76:14
    78:3
    89:18
    91:10
    99:10
    105:24
    120:16,17
    121:19
    124:22

129:5
139:25
159:11,
13,17
160:4
167:6,8
171:10
172:1
174:10,
22,23
176:24
185:8,24
190:12,
20,23
192:24
194:17
197:19,23
203:6
208:14
212:6
235:2
240:20
242:11
243:18

provider
    45:13
    47:6,10
    61:5
    113:24
    115:8
    118:11
    137:19
    193:16
    201:23
    257:21

providers
    47:8
    108:16,
    20,25
    109:5,21
    112:5,8
    116:13
    135:17
    189:14,20
    201:23
    202:12

providing
    20:10
    24:17
    25:10,25
    45:16
    58:4
    61:9,11
    63:21
    114:5
    116:20
    119:2
    136:8
    141:25
    174:2
    186:21
    200:13
    205:22
    252:16

provision
    31:14
    64:3
    79:18
    108:24
    110:6,18
    182:4

provisional
    109:10

provisional
ly
    223:12,14

provisioning
    63:22
    129:14
    194:21
    195:11
    201:22

Prudent
    50:9,12
    136:10,13

PSC
    224:12,
    13,16
    225:2,5

227:4

PSE
    224:7

psych-
    54:8
    225:21
    238:25

psychiatric
    113:24

psychiatris
ts
    54:8

psychologic
al
    225:22
    239:3,6

psychologis
t
    44:9
    187:19
    196:3
    209:11
    210:3,23
    211:2,8,
    13,14
    218:7
    227:3

psychologis
ts
    54:9
    178:19
    211:17
    225:18,24
    239:1

Psychology
    19:3

PT
    209:11

public
    16:23
    19:12
    20:24



62:7
64:24
202:20
254:22

**pull**
182:9
194:19,24

**pulled**
183:7

**punitive**
169:11

**purpose**
115:24
116:1
132:24
244:24

**purposes**
122:8

**push**
86:20
91:15
109:15
197:25
198:1

**pushing**
155:18

**put**
69:12
122:8,16
170:20
210:14
219:4

**puts**
47:7

**pyramid**
164:17
165:23
186:3

---

**Q**

---

**qualificati ons**
223:3,22
226:19

**qualified**
223:6

**quantify**
213:24

**question**
7:17,19,
22 8:2,9,
14 14:9
62:19
88:17
143:5
151:20
163:24
172:11
195:16
245:11
258:24
259:12

**questioning**
253:16

**questions**
7:13,15
8:18
12:15
13:5
36:13,20,
23 37:2,
4,14,21,
24 38:2,9
41:4,7
46:7
138:11
159:23
162:13
207:6
213:1
232:16,20

233:2,9,
19 241:14
253:25
255:7
258:20,21
259:9,14
260:6

**quick**
163:23
206:20

**quote**
67:24
135:15

---

**R**

---

**R-A-F-T**
176:11

**R-A-H-M-I-N-G**
41:21,22

**R-E-S-A**
16:4

**RAFT**
176:11
177:8,23
178:16,
21,22

**RAFTS**
185:17

**Rahming**
40:17,23
41:3,17
130:6
131:23
132:15
133:17,22
134:4,5,
20 135:8,
14,15
136:6,7
137:3
173:2

174:1,4
209:12
211:5,6,
10 242:3
259:7,16

**Rahming's**
41:20

**raised**
100:15

**range**
96:10
168:1

**ranged**
82:10

**rate**
104:10

**rates**
104:1,3
162:22

**rationale**
58:12

**re-**
107:11
112:18

**reach**
36:14,17,
23 37:1,
4,23 41:3
124:15
126:19
137:25
211:3,18,
23 233:20
241:4
258:25

**reached**
37:9
38:5,8
252:11
253:19,23
258:23
259:2,3

**reaching**
36:15
37:19,20
126:8
138:14
203:19

**read**
12:2
34:21,23,
24 131:1

**readily**
147:7,14

**reading**
89:4
145:5
213:2
217:4,5

**reads**
108:15

**ready**
56:23
59:1
70:4,5
84:22
90:19
105:14
106:17
130:8,9
133:24
135:9,10
139:20
170:23
171:1
212:15

**reason**
8:17 63:3
69:2,3
73:11
90:22
92:19
98:7,14
107:22
116:6
146:17



147:16
202:8
211:20
216:23
244:18

**reasons**
37:11
73:9,13
91:23
92:20
93:5
94:13
97:22
144:16
153:17

**recall**
32:14
37:13,20
46:23
104:20
151:14
171:22
248:14
251:6
252:10

**recap**
48:10

**receive**
16:25
18:1,3,18
19:4
26:21
46:2 61:3
80:19
86:17
91:14,16,
17 94:4,
10,11
103:18
104:2
105:25
110:3
111:19
121:15
122:10,21

138:2
144:24
155:3
166:25
175:8
178:9
183:22
190:2
194:8
200:22
227:16
228:4
241:9
258:7

**received**
17:9
18:10
19:6 26:5
93:20
100:23
105:10
123:7
140:25
156:20
165:5
166:16,
17,20
171:11,
17,18,22
172:15
175:25
178:15
197:1
208:16,
24,25
212:8
237:13
250:25

**receives**
186:5
235:19

**receiving**
75:5
94:18
108:21

124:19,23
125:23
131:4
135:21
138:25
158:6
186:1
190:25
193:12,13
203:12
247:3
251:6,10

**Recently**
33:16

**receptive**
137:15
139:1

**recertify**
178:8

**recess**
9:24
53:12
101:4
163:19
207:1

**recognize**
17:10
59:3
70:16
105:16
123:9
130:10
134:1
135:11
139:22
165:8
201:13
209:16
243:20
252:8

**recollectio
n**
214:3

**recommendat
ion**
238:23

**recommendat
ions**
253:3

**recommended**
258:15

**reconvene**
127:1
254:1

**reconvenes**
90:18

**record**
6:4 7:11
8:7,22
9:21,22
10:1,16
18:15
41:20
53:9,10,
14 59:18,
19,21,22
69:13,14,
15,16
101:1,2,6
141:7
163:15,
17,21
185:2
206:22,24
207:3
231:13
251:12,
13,15,16
254:7,8
260:8

**recorded**
103:9
216:7

**recording**
8:6

**records**

68:18
81:14
103:5
240:25

**redacted**
70:7,10,
12 73:25

**reduce**
117:10
222:9

**reduced**
221:16,18

**reducing/
moving**
60:13

**reduction**
152:6

**refer**
76:12
109:24
110:2
111:18
112:20
119:4
124:24
144:1
148:12
190:14

**reference**
180:22
202:8
216:3

**referenced**
15:8 72:8
115:2
121:1
135:19
136:9,19
150:2
202:7

**referencing**
141:8
173:1



referral
  21:14
  79:20
  124:3
  142:15
  144:9
  190:10
  236:22

referrals
  69:7
  81:13
  143:17,
  19,21
  144:4,13,
  17 172:6
  189:14,
  19,21
  190:5,11

referred
  11:14
  21:24
  22:9,16
  98:16
  107:4
  124:5
  137:24
  143:24
  151:13
  232:24

referring
  11:17
  15:15,19,
  23 16:2
  38:19
  60:4
  74:12
  79:11
  80:22
  87:4
  150:16
  152:21
  154:10,15
  157:2
  158:11
  165:16

169:23
176:12
177:20
179:5
189:15
214:19
215:2,8
231:14
240:11

refine
  131:19

refined
  156:6

reflect
  172:5
  256:1

reflected
  19:7 24:2
  80:12
  226:9

reflection
  176:11,22
  177:23

reflective
  168:12
  185:19
  217:14

reflects
  79:17

reframe
  251:5

regard
  25:25
  37:19
  76:24
  195:17
  213:3
  252:12

regiment
  26:11

Regional
  16:5

regular
  31:18,21
  42:24
  48:25
  49:4
  93:20
  94:5,10
  257:19

regularly
  238:5

regulated
  177:1

regulations
  31:13

Rehabilitat
ion
  36:3

reintegrate
d
  89:23
  97:6
  106:11
  107:12,16
  112:18
  113:15,17
  114:3

reintegrati
on
  88:25
  89:17,20
  97:3
  105:8,20
  106:4,6,
  25 107:3
  108:20
  112:4
  113:7

reject
  236:21

rejecting
  236:24

related
  27:2

36:24
41:4
98:13
99:23
106:1,3
107:25
176:1
177:19,22
180:16
181:11,18
182:13
191:20
207:6
208:21
257:21

Relatedly
  68:1 87:7

relates
  31:14
  165:18
  173:25
  245:1
  246:14

relating
  11:10
  259:9

relation
  259:7,10

relationshi
p
  65:4,8
  138:4

release
  64:13

released
  150:4

relevance
  167:23
  227:24

relocating
  73:13
  146:15

remained
  61:1

remaining
  209:11

remember
  12:1
  20:19
  32:15
  39:6,24
  40:20
  42:10
  44:19
  46:23
  47:22
  84:10
  102:3
  123:18
  130:20
  132:13,
  16,20
  134:2,4,
  5,7
  136:12,
  13,24
  140:21
  141:4
  151:12,
  18,19
  159:8
  163:10
  166:21
  174:7
  195:8
  208:14
  210:24
  227:13,
  19,21
  243:5
  244:4
  246:18,20
  251:10
  252:9
  259:10,
  12,15,16,
  19



remove
    35:5

removed
    34:25

renamed
    109:20

renew
    160:6

renewed
    207:13

repeat
    39:8
    59:24

repeating
    77:13

rephrase
    7:19
    37:18
    85:3
    146:22
    245:10

replace
    219:5

replacement
    200:8

replied
    133:19
    252:15

report
    139:25
    140:13,16
    141:12,
    13,14,18,
    20 143:16
    147:6,9
    149:9
    151:4
    153:25
    155:24
    156:24
    158:21
    159:3,11,

    13,19
    160:5
    186:25
    187:24
    188:1
    196:9,16
    234:24
    251:10
    252:16
    253:2
    256:4,5

reported
    152:1,2

reporter
    6:6,8,23
    8:6 9:1,5
    17:3
    35:21
    41:22
    42:3,5
    50:10
    58:16
    59:15
    73:18,21,
    23 79:3,5
    96:21
    104:16
    105:3
    111:13
    122:24
    129:24
    132:7
    133:9
    134:25
    139:7
    164:23
    201:2
    209:3
    211:25
    219:6
    228:5
    243:12
    251:20
    257:25
    260:10

reporting
    145:8
    149:6

reports
    187:23

represent
    6:8 7:8

representat
ive
    125:17
    257:18,19

representat
ives
    44:10
    75:4
    254:22
    255:2

represented
    32:17
    78:8
    254:20

representin
g
    249:22
    250:1,6,
    10,14

request
    87:23,24
    89:7
    210:2
    212:7
    219:16
    229:1,8,
    15 230:2,
    18 231:25
    233:20
    248:25

requesting
    60:12
    231:7
    232:22

requests
    69:8

127:6
    235:19

require
    172:18
    180:12
    186:14
    190:19
    198:24
    245:6

required
    45:21
    172:23
    177:6,10,
    24 181:13
    199:13,
    14,18
    223:6,22
    225:3,6,
    9,20
    226:1,3,
    14,15
    229:18
    234:22
    235:4,21,
    22,23
    236:19
    243:24
    245:8

requirement
    188:18
    226:25

requirement
s
    202:13
    223:9
    224:8,11
    226:23
    232:21
    236:6

requires
    224:6

RESA
    16:4
    171:19

    180:10

RESAS
    180:17

rescheduled
    44:24

research
    240:22
    241:2

reserved
    8:24

residence
    55:12

residential
    95:5,12
    240:14

resistance
    155:20

resistant
    144:23

resource
    203:11

resources
    49:6
    51:5,13
    63:22
    113:6,14
    116:24
    125:23
    126:4,17,
    20 159:16
    160:3,22
    166:10,14
    174:23
    175:11
    180:16
    191:21
    209:24
    211:21
    257:6,9,
    10

respect
    31:2



252:19

**respectful**
171:2

**respective**
170:24

**resper-**
111:18

**respond**
175:19
177:4
239:14

**responding**
146:8,18

**response**
8:9 69:24
70:21
105:11
111:23
123:8
165:6
195:24
210:5
212:5,6
243:19
252:15

**responses**
133:20
176:4

**responsibil ities**
20:8
30:21
31:1,2,8
39:18
40:15,24
119:3,6
140:14
141:24
242:9

**responsible**
38:4
147:3
170:23

171:1

**rest**
148:3

**restate**
109:1
153:4
159:25

**restor-**
179:18

**restorative**
179:3,4,
9,19
180:1,7,
13,16

**restrain**
176:17

**restrictive**
54:22
56:4
74:17
87:22
89:16
91:18
108:17
239:10

**result**
44:25
134:14
144:14,17
150:8
159:18
204:13

**results**
62:21
114:11
151:23
195:25
239:7

**resume**
17:9,14
19:8
24:2,9
31:7

35:10
148:14

**rethink**
180:20,24
181:10

**return**
90:19
92:1,11
99:1,4
106:21

**returned**
90:11,22
91:21
98:22,23

**returning**
218:16

**reveal**
12:17

**review**
9:10
14:13
68:18
71:2,4,5
81:11,12
101:8
102:20
103:12,13
106:14
150:8
159:2
235:1,2,
5,11,18
236:5,21
237:4,8,
25
240:19,25
241:3
246:9

**reviewed**
59:2
202:14
237:4
255:25

**reviewing**
78:6
150:3
236:5

**reviews**
235:3,20
237:10

**revision**
242:23,
24,25
243:3

**revisions**
243:6

**revisit**
144:2

**ride**
99:16

**rides**
100:3,22

**riding**
100:5,11,
19

**risk**
176:14
185:8,11

**road**
242:19

**Rogers**
11:1

**role**
19:19
20:5
21:19
22:1
23:18
28:10
30:20
31:4
39:19
42:6
52:22
64:25

118:24
128:12
141:1,5
142:5
174:2,4
179:23
226:21
227:17,
24,25
229:12
231:7
235:17
244:2
257:22

**roles**
23:11
116:17
140:8
226:13

**roll**
157:16
206:3

**rolled**
128:19

**rolling**
118:24

**room**
14:3,4
182:10,11

**roots**
28:3

**rotating**
246:13

**rotation**
246:19

**rough**
66:8,24
93:24
99:18
150:25
161:24
260:10



Roughly
  33:9

routes
  99:24
  100:16

row
  113:5,10,
  22 220:19

Rowland
  40:4
  251:23
  252:11
  253:2

rows
  113:8

RTI
  110:19
  111:22

rule
  227:8,12,
  15 237:2

run
  15:12
  200:9,14

——————
        S
——————

SAMHSA
  132:1,6

sanctioned
  118:18

Sandra
  10:11
  256:9

sat
  75:25

satisfaction
  152:2
  162:21

Savannah
  163:8,11,
  12

scale
  196:20

scales
  149:16

scenario
  107:20
  240:3

scenarios
  107:15
  239:23

schedule
  30:7 87:1
  183:3,5,
  6,12

scheduled
  183:4
  237:22
  246:13

schedules
  136:18
  248:22

scheduling
  134:19
  247:24

school
  15:4
  19:20
  21:6
  23:3,25
  34:4,12,
  16 35:2
  45:21
  50:5,14,
  17 55:25
  56:1,5,6,
  25 57:6
  58:3,5,6
  63:2
  65:22,25
  66:2

68:23,25
69:4,23
71:12
73:12
75:5 78:9
81:11,24
83:2,11,
24 84:9,
17 87:1
88:3,20,
23,25
89:3,6
90:7
91:15
92:24
93:6,10,
12,19
94:15,18,
25 95:14,
18 96:1,2
97:4,9,25
98:2,3,5,
6,9,10,
11,13
102:10,
13,22
106:22
107:18
113:21
114:9,23
115:20
119:22
122:2
143:9
154:23
162:24
165:11
166:24
170:14
171:17
178:6,7
180:20
181:1,7,
16 183:1
186:18
188:18
190:13,

17,18
191:19
196:4
199:1,3,
4,8,9
200:2,3
210:3
211:13
213:9,10,
13,14,19
214:4
218:7
220:4,17
221:5,13
222:8,17
223:24
224:3,5
225:18,23
226:4
227:2,3
234:15,18
241:9
245:23
246:22,
23,25

school-
based
  16:11
  21:1,2,4,
  8 61:2,4
  114:6
  234:18

School-wide
  171:24
  172:8
  198:16

schools
  16:23
  19:13
  20:25
  55:20,23
  56:11
  61:5 62:7
  64:24
  87:15

112:8
114:6
142:25
158:5
181:1
199:6,10
224:23
254:22,23

schoolwide
  172:16

scope
  92:4
  119:17
  131:17

screen
  59:13
  70:2
  96:19
  99:6
  253:15

scroll
  70:3 77:1
  78:17
  96:18

SDD
  78:11,15

SDQ
  184:17
  195:24
  197:6

seamless
  117:17

searching
  208:17

secondary
  78:12

seconds
  206:20
  253:12

secretary
  222:17



**section**
 36:3
 124:2
 143:16
 147:6
 149:5

**secure**
 122:21
 154:2
 161:1

**secured**
 166:14
 174:6

**securing**
 157:12

**SED**
 151:6,10,
 12

**segments**
 57:5
 83:24
 84:11

**SEL**
 180:19

**select**
 124:18
 132:3
 143:3
 179:20
 194:5

**selected**
 179:22
 254:24

**selects**
 194:5

**self-
assessment**
 243:17,
 23,24
 244:3,22
 245:2,18

**self-
assessments**
 245:20

**self-care**
 173:13,17

**self-report**
 196:22

**semester**
 80:10,11

**send**
 59:14
 136:16
 201:17

**sends**
 237:9

**sense**
 45:22
 62:4
 114:7
 115:5,6,
 13 116:25
 220:25

**sentence**
 152:11
 158:2

**separate**
 111:11,12
 117:12,13
 150:21
 212:10
 225:4

**September**
 6:4 17:10
 87:25

**series**
 7:13
 135:22

**serve**
 23:2
 45:15
 55:5,7,
 14,16

 95:8
 96:17
 101:17
 103:7
 110:16
 119:11
 157:9
 158:12
 175:18
 183:25
 224:23
 226:2
 234:14
 255:13

**served**
 20:18
 25:15,18
 27:25
 28:21,24
 29:4,13,
 14 33:20
 41:10,14
 54:19
 55:4 61:3
 64:18
 65:18,21
 66:17
 68:6 74:5
 75:17
 76:24
 81:23
 82:10
 83:8,12,
 15 95:18,
 21 96:7,
 11 104:7
 150:14
 157:14
 208:5
 244:1
 254:20
 255:5

**serves**
 55:9
 83:15
 96:23

**service**
 16:6
 45:14
 46:3
 118:7,8,
 11 127:7
 138:22,23
 156:13,16
 157:12
 163:2
 164:18
 165:4
 186:4
 193:17,18
 200:23
 257:21

**services**
 16:25
 20:23
 22:6
 24:11,17
 25:13,22
 26:21
 30:1,15
 31:14
 43:16
 44:15
 45:6,17,
 20,24
 47:5,8
 49:12
 51:9
 55:11
 58:4
 61:3,11
 62:3
 63:21
 64:3
 79:15,18,
 24 80:20
 81:6
 85:22
 87:9
 91:2,16
 94:19,24
 104:24

 108:18,
 21,24
 109:7,8,
 10,12,25
 110:3,7,
 25 111:19
 112:17,22
 113:1,6,
 9,13,24,
 25 114:6,
 8,13
 116:15,24
 117:13
 118:12
 124:20,23
 125:22
 130:14
 133:3
 145:7
 151:5
 155:3
 164:9,21
 165:14
 166:6,9,
 13 169:16
 170:15
 186:1
 190:2,12,
 15,19
 191:1,16
 193:10,
 13,16
 195:2,11
 197:8,17,
 18,19
 200:10,
 13,15,25
 202:6
 203:12,13
 204:25
 205:23
 207:9
 218:6
 220:9
 225:22
 226:10
 228:4



230:7,22
231:11
232:16
240:17,19
256:6,10
258:8

**serving**
20:1
22:18
23:9,20
26:6
28:12
42:13
53:22
57:23
64:21
78:8
117:4
119:4
142:22
238:25
242:2

**session**
98:12
187:24
196:5

**sessions**
87:13,16
181:24
188:20
190:17
194:7,22
198:1,2

**set**
61:17
73:13
102:25
157:13
203:19
204:4
224:21
225:7,20
235:6
236:1

**sets**
27:22
33:18

**setting**
102:3
108:17
119:15,22
169:12
191:19

**settings**
16:13,23
85:7
170:25
197:20,24
198:6

**severe**
78:20,24
95:8
151:14

**share**
59:13
129:8
130:13
132:15
144:3

**shared**
10:25
32:11
70:2
132:17
153:1
230:1

**sharing**
99:6
158:5,8
253:15

**Shaun**
38:8,12
247:10,11

**she'll**
241:4

**sheet**
70:19

71:4
117:15

**Shoals**
20:16
23:5,6

**Short**
141:10

**shorthand**
6:23

**show**
30:8
69:10
70:9
74:20
76:7
149:21

**showed**
10:24
149:7,13

**showing**
69:17
149:19
210:13
216:24
251:19

**shows**
113:6

**sic**
206:19

**SID**
78:25

**side**
243:5

**sides**
154:3

**signed**
65:10,17

**significance**
89:11

**significant**
127:22
185:23

**similar**
28:18
42:13
84:16
115:21
127:18
176:23
187:13
194:21
195:16
209:12
220:20
241:7
245:7

**similarly**
25:4
197:2
221:20
225:25

**sir**
260:7

**sit**
75:2,18
76:4
173:23
182:12
192:12

**site**
20:11
30:7
38:20
82:18,22
83:17
84:15,21
85:14
86:10
90:14
91:4,20
92:1
97:11
108:4

134:11,19
234:23
238:3
246:4,5,
11,12,13,
16 247:8,
14,16
248:8,11,
19,23
249:22,23
250:1,6,
11,15,18
256:20

**sites**
21:8
55:18,20,
22,24
56:10,20,
22 57:1
72:7
78:22
82:5,10,
19 85:6
86:2,3
88:11
91:7,11,
12,14,16
106:19
107:17
109:16
143:1,3
184:5
197:11
198:10,
15,18,22

**sitting**
116:19

**situation**
107:19
117:1
177:4
238:18
240:6

**situations**
76:1



176:16,20        23:1              sooner           source            124:1
239:20           30:14             64:14            215:2,7           132:11
                 75:10                              219:11            137:11
size             79:20             sort             222:24            142:25
162:3            87:13             49:21            256:1             143:6
                 89:1              81:16                              144:13
skill            117:13            83:15            sources           150:23
27:22            124:13            115:14           147:7             152:17
149:21           125:18            119:8            207:19            153:6
178:17           138:9             120:25           214:16            164:10
                 142:4,10          122:11           215:12,14         165:4,6,
skilled          144:10            126:9,17                           18,25
126:16           147:4             136:13           South             166:2
176:19           148:19            137:18           19:11,18,         168:4
                 178:19            141:3,5          25 22:19          184:1
skills           180:2,19,         142:14           23:9,14,          189:13
27:14            24                144:5            15,17,21          212:5,7,
28:17,18         181:11,           148:8            24:18             21 220:16
74:23            23,25             150:25           25:5,8,16         225:13
148:23           182:2,8,          154:3,5          26:7,25           229:15
                 22,24             155:6            27:5,9,           232:4,23
skim             183:4             156:6,14         17,23             234:7,12
228:17           187:21,23         158:14           28:14,15,         235:12
                 188:4,6,          167:25           22 29:4,8         240:16,18
skip             7,16,17,          168:11           50:14             243:18
125:2            18,21             169:9            54:4,5,16         254:21
                 189:1,13          172:12           55:2,4            255:5,11
sleeves          190:1,4           174:12           57:7,10,
206:4            216:10,           177:4            20 58:10          Space
                 12,23             186:4            59:7              176:23
SLO              217:1,6,          194:23           60:20             177:18
39:22            9,13,15,          195:24           61:6
                 25               197:8             63:16            spaces
SLOS             218:12,14         202:4,16,        64:16,18,         216:6
39:20            219:22            25 206:3         22 65:22
                 223:21,24         219:17           66:17            Sparks
small            224:3,5,          224:25           68:22            109:20
150:14           10,17            234:19            69:24            110:1,4,
185:9            227:2             241:21           71:21            8,12,14
194:19,24        237:25                             99:10            111:18
                 239:13,18         sounded          101:10,14        112:9,14
smaller                            204:17          105:9,11
191:2            social/                            108:22          speak
                 emotional         sounds           109:13           6:23 8:8
Smith-dixon      181:19            76:16            114:15,25        14:6,9
40:9                               126:22           115:18           41:6
52:11            solutions         151:16           119:7            51:23
                 191:22            198:23           123:5,7          66:1 86:1
SMP                                                                  186:10
98:22,23

Sneezing
107:13

social



**speaking**
  14:5
  89:22
  196:6
  259:7

**special**
  17:24
  18:1,8,9
  35:22
  39:1
  40:12
  44:11
  52:12
  73:13
  91:10
  93:15,21
  94:11
  110:24
  218:20
  226:5,6
  233:16
  234:10,14
  257:18

**specialist**
  17:22,24,
  25 26:15
  27:9,16
  28:12,19
  29:6
  226:6,7
  235:11,18
  236:5,21
  237:4,25
  241:3

**specialists**
  29:3
  171:20
  218:20
  235:3

**specials**
  84:7,9
  86:15
  107:21

**specific**

  20:11,12
  32:12
  36:6 38:1
  39:23
  41:7 42:6
  43:2 45:8
  51:12
  80:17
  81:8
  104:21,22
  106:3
  116:3,8,
  17 118:24
  178:17
  186:12,15
  187:14
  194:23,25
  202:11,12
  226:12
  231:3,9
  256:7

**specificall
y**
  30:17
  44:13
  46:24
  91:9
  118:15
  129:1
  130:17
  168:14
  184:13
  243:5
  259:19

**specifics**
  187:14,25

**speculate**
  69:7

**sped**
  234:3,6

**speech**
  78:11,14

**spell**
  209:18

**spelled**
  39:12
  41:21
  48:23
  185:3

**spelling**
  46:17

**spend**
  83:25
  99:19
  122:22
  150:3

**split**
  57:13

**spoke**
  13:4,13,
  19 152:8
  253:24
  256:12
  258:22
  259:6

**spoken**
  38:17

**spreadsheet**
  69:23
  70:8
  71:6,11,
  20 76:8
  78:3
  81:19
  104:18
  197:11

**spring**
  58:8
  147:13
  248:4

**square**
  252:6

**staff**
  31:19,22
  36:7
  42:24
  49:5 54:7

  75:5,7
  91:6
  113:18,20
  119:12,19
  120:1,2,6
  122:21,22
  124:7
  142:2,4,
  11 150:19
  153:10
  154:9
  155:6
  156:6,7
  164:1
  171:7,10
  172:15
  173:5,11,
  14,16,21,
  23 174:22
  175:2,17,
  19,22
  176:13,
  15,19
  178:1,9,
  12,15,18,
  22 179:18
  182:1,19,
  21 189:18
  191:24
  194:2
  198:12
  208:1,2,
  3,10
  215:11,
  18,19,20,
  21,23
  216:3,15
  217:7,10,
  13 218:25
  219:4,12,
  20 220:1,
  4,21
  221:8
  222:1
  224:9
  231:9
  234:7,15,

  18 237:8,
  22 238:8
  239:25
  248:15,
  18,20
  249:8,14,
  18 256:3,
  13,15,16,
  21,22,24
  257:1,5

**staffing**
  63:4
  150:17
  153:9,16,
  21 154:11
  155:5
  200:17
  207:24
  212:11,24
  213:8,10
  214:17
  219:18

**stage**
  120:16,20
  160:20
  172:22

**stake**
  230:17

**stakeholder**
  257:21

**stakeholder
s**
  137:9
  191:19
  206:2
  230:17

**stamp**
  133:15
  135:5
  139:13
  201:7
  209:8
  228:25
  230:11



251:21

**stamped**
58:21

**stand**
16:16
74:16
77:15
78:13
111:15,20
151:10
177:17
224:13

**stand-alone**
16:9
21:4,7
56:8,16
235:11

**standard**
65:15
104:19
125:16
233:12

**standards**
169:8
193:8
223:7
224:2,3,
11,14,18,
19,21,22
225:4,7,
11

**standing**
125:19
183:5

**stands**
49:5
112:6
148:25
199:24
238:17

**start**
8:15 59:8
84:5,11

86:14
89:12,14
201:15
206:4

**started**
19:21
50:15
52:10
53:23,24
54:3,5
115:19
118:17
120:11
128:19
129:18
145:10
153:11
173:3,10
186:24
196:2,12
204:13
221:3

**starting**
86:23
196:13
203:20

**starts**
108:12
232:15

**state**
6:3,7,19
7:10 8:23
10:6,8,9
11:9
12:6,9
30:23
31:10,13
32:4,8,
21,23
35:11,12
36:7 39:2
40:1,13
45:19
47:6,9
49:23

50:1,3,4,
8,16,18,
22 51:9
62:23
64:15
81:2 93:3
98:3,4
103:17,24
104:2,23
105:25
112:7,10
116:7
118:18
120:15
121:15
122:4
128:12,15
129:3,22
131:5
132:22
133:3
135:21
136:3,11,
14 148:15
154:24
159:2,16
160:3,22
164:5
168:14,15
171:18
172:18
174:5
175:8
177:7,24
180:12,15
193:8
199:13,
14,18
201:23
205:20
208:20,25
210:22
211:3,18
213:3
214:18,
19,20,21
216:12

219:22,24
222:13
223:1,7
224:15
225:21
227:17
228:25
240:13,
24,25
241:1,5,
21 245:6,
13,25
246:6,11,
15 247:4
249:22
250:1,6,
10,14,18
251:7
252:22
253:5,17
255:2,18
257:12,
14,23
258:1,7,
11,14,17

**State's**
40:22
128:9
202:15

**State-based**
39:25

**State-level**
210:13

**stated**
61:18
87:24
131:21
150:24
151:24
185:15
201:20
216:22

**states**
6:3,11,13

7:9 8:22
10:14
11:6
14:11
38:20
69:25
70:10,21
71:3,8
105:11
123:7
127:4
165:5,7
212:6,7
243:18,19
247:18
248:9,19
249:18
253:16

**States'**
248:23
249:2,5,
9,23
250:1,6,
10,14

**status**
101:20
196:8

**stayed**
57:12

**step**
126:23
140:9
166:1
180:21
181:1,16
233:23
234:2,8,
11

**steps**
120:23
123:21
125:3
142:15
148:7



155:24
156:4
204:21

Stevens
37:9

Stevenson
32:7
37:7,9,20
228:13

stop
99:5
146:8
253:15

stopped
146:18

stored
103:11

strategic
30:24
40:22
41:1,7,8,
10,13
42:20
131:16
132:5
166:22
241:14,
15,24
242:7,10
243:25
244:1,11
245:1,18
246:5,10,
14,16,25
247:4

stream
35:5

streamlined
243:10

Street
55:15
56:7
71:24

73:16,18,
20,21
74:5
76:25
78:5,9
92:13,15,
17 171:14
181:8
184:7
248:2
252:20,23

strengths
149:1
184:22

strictly
111:7

structure
55:3
170:16

structured
54:14
116:19

struggle
115:10
116:22
137:13

struggling
114:11
233:18

student
22:11,15
44:12
61:22
62:3,11
66:18
67:4
68:20
69:22
70:11,12,
19 71:15
73:10,11,
25 74:1,
22 75:1,
15 76:25

77:4,6,8,
11,13
79:13,16
80:7,12
81:3,11,
12 84:3,
14,19,20,
22,25
85:10,13,
16,22
86:9,13,
24 88:1,
2,9,10,22
89:4,8,
13,15,23
90:21
91:3,17,
21,24
92:9
93:6,16
95:3,5
96:20
97:3,5,8,
24 98:1,
2,3,4,5,
16,18
99:15
102:2
103:8,9,
10,13
105:8
106:6,10,
14,16,21
107:3,11,
16,20,23
108:1
109:11
111:21
113:7
114:20,22
116:16
117:21
124:4,9,
13 126:3,
5,12
127:2,7
149:19

154:17
158:15,19
164:20
168:2,13
169:6
170:11
177:2
178:25
182:15,16
184:15
186:25
191:16,21
192:2,12
194:11
196:23
197:1,3,5
208:10
218:6
220:9
226:9
231:20,
24,25
232:5
233:10,
15,23,25
235:1,2,
9,11,18
236:4,6,
14,21
237:2,4,
25 238:9,
13,16,19,
23,25
239:2,8,
10,11,25
240:1,9,
21,23
241:1,3,5
255:17
256:5,10
257:22
258:7,15

student's
90:19
98:8
106:25

108:2,16
170:7
237:16
238:20
258:12

student-led
49:21

student-
specific
176:1,3

students
20:24
21:15,24
22:9
25:15,16,
18 27:9,
11,24
28:5,21,
22,24,25
31:5 37:5
38:1
43:17
44:15
45:6,15,
21 49:21
51:7,12,
14 53:22
54:13,18,
20 55:7,
9,10,14,
17 56:2,
23 60:13,
14,17,24
61:2,4,
11,12
63:15
64:4
65:21
66:3,8,
11,14,21
67:10,15,
19,24
68:1,6,21
71:21
72:17,22,



25 73:6,
14 74:4,
10,13,15,
18 77:23
78:8
79:19,24
80:5,16,
18 81:9,
23 82:1,
9,14,19,
22 83:1,
4,18,19,
25 84:6,
24,25
85:3,5
86:3,17
87:7,12,
21,23
88:19,24
89:2
90:4,13,
16 91:9,
13,17
92:3,11,
16,20,23,
24,25
93:1,7,8,
9,13,20
94:4,10,
14,15
95:8,11,
17,18,21,
25 96:8,
16,17,23
97:3,17,
18,23
98:15,25
99:2,10,
16,19
100:3,5,
10,18,22
101:9,13,
17 102:6,
12,14,18,
21 103:6,
22 104:5,
7,23

105:20
106:12,19
108:8,21
109:24
110:3,10,
16,20,24
111:7
112:16,23
113:1,14,
17 114:2,
5,8
115:9,11,
17 117:4,
9 119:4,
11,15,25
124:19,
22,25
127:8
142:21
143:24,25
145:10,21
146:2,11
147:9
149:9,11
152:4
155:1
161:20
162:6,9,
15 164:10
165:15
166:11
167:17
169:13,
14,17
170:3,15,
17,22
171:5
172:16
173:6
174:24
175:9,16,
18,20,21
176:21,24
177:13
178:23
179:6,9,
15 180:24

181:3,12
182:6,10,
20 183:1,
7,20,22
184:1,20
185:8,11,
13,16,17,
20,21,25
186:6,7,
13,21
187:12
188:4
189:22
190:2,5,
23,25
191:2,3,
25 192:7,
14,19
193:12,
15,19
194:4,6,
18,19
195:19,20
196:5,17
197:12,15
200:10,
15,22
205:1,6
206:10
208:5
221:15
228:3
229:8
232:22,24
233:13,18
237:5
239:21
240:12,15
249:5,9,
16 255:12

**Students-
clayton**
90:12

**studies**
23:1

**study**
150:13

**subject**
58:23
130:6
209:10,12
228:13

**submit**
187:23
245:15
247:4

**submitted**
253:2
257:6

**subpoena**
9:8,13
10:18,19
13:5
69:25
70:22
105:12
123:8
165:7
212:6
243:19
248:10

**subset**
150:14
185:9

**Subsets**
190:23

**substance**
12:18
13:2,8,24
228:23

**success**
103:2
138:12
154:6
162:22

**successful**
54:17
160:14,17

**successfull
y**
146:2,3,
11,12
154:20

**suggested**
125:23
177:10,16

**suggestions**
51:13

**suit**
12:6

**suited**
239:21

**summarize**
124:4
141:23

**summarizing**
140:1

**summary**
17:15
58:24
243:17
244:3,23

**summer**
98:11

**supervisor**
20:3,9,
15,19
21:13,20
22:18
51:17
75:14,18,
22,24
187:20

**supervisors**
76:3
226:11
238:3
256:20

**support**
11:11,18



20:10
21:21
25:22
26:6 28:5
30:25
31:5
40:21
43:17
44:15
46:2
49:12,15
50:17
51:7,14
63:20
64:4
74:24
89:17
91:2,8
109:25
110:24
111:1,6,
21 113:7
114:12
115:16
116:7,16,
20 118:19
119:11,15
124:12
126:3,20
128:15,
18,22
129:11,
17,22
135:21
138:19
140:25
149:20,22
152:6
162:8
164:9,15,
18,20
168:22
169:6
170:11
171:8,20,
22 174:4,
6,8

175:8,11
178:20
179:24
180:11
191:5,9,
15,16,18
192:21
195:14
198:3,25
199:23
205:19,22
206:9
218:6
220:9
226:10
232:1,22
233:21
246:9
256:5,10

support/
therapeutic
191:11,23
192:6

supported
62:8
63:7,20
140:22
142:14
171:19

supporting
54:12
92:3
111:2
117:4,17
120:3
128:12
130:16
133:1
166:11
234:24
257:22

supportive
200:19

supports

16:17
25:25
26:3
44:14
89:1
91:10,18
92:7
107:10
108:7
110:18,21
111:16,25
113:10,
13,23
114:2,19,
21 116:15
127:14
152:13
165:14
166:9,13
169:3,5,
16 170:7
186:4
191:6,22

supposed
44:23
51:22
116:9

surprising
134:10

surrounding
258:24

survey
121:5
151:25
162:20
196:4,14,
24

surveyed
150:9
152:2

Susan
50:24
139:15

swear
6:9

SWIS
171:24
172:2,3,
8,10
186:20
187:2
198:16

switch
69:10
241:13

switching
99:9
227:7

sworn
6:22

SY
71:15

system
49:6
73:12
94:19
103:8,17,
18 117:9
138:18
142:12
154:24
171:25
172:9
176:14
186:20
198:17

systems
80:24
92:24
95:1
114:9
206:9

——————

T

——————

tab

71:14
73:15
81:21
87:17,18
88:8,18
89:19,24,
25 90:5,9
92:12
95:16
97:1,2,16
98:21

table
116:16
117:2
161:16

tabs
88:14
90:3

tail
140:19

takes
153:13

taking
7:9 86:2
200:24
248:16
249:6

talk
9:20 55:2
113:11
115:11
123:20,21
128:11
148:4,24
164:8
176:25
205:8
222:18
228:23

talked
134:15
148:13
157:8
192:23



200:21
225:17
226:11
255:6

**talking**
8:11
48:10
59:15
64:6
67:11
124:3
155:4
197:10
201:19
202:9
203:7
205:13
224:25

**talks**
152:23

**tangible**
204:18

**target**
172:3

**targeted**
169:13

**Tayloe**
10:4

**TBI**
78:11,24

**teach**
22:25
23:4
225:20,21

**teacher**
22:21,23
23:7,9,21
32:18
54:4
63:10
75:9
83:20,21
153:11

186:23
220:20
222:13
234:16
235:17
237:24

**teachers**
21:21
63:6
83:18
181:17
196:14,25
208:7
219:21,22
220:6,7,
13,15,22,
25 221:5,
14,17,19,
24 223:2,
5,8,10,
11,14,16

**team**
22:10,12,
13,14,17
51:2
52:25
54:7,8
57:2
74:21
75:5,16,
19 81:10,
11 84:21
89:1,18
90:18,23
91:1
106:24
107:10
116:14
121:1
125:6
126:20,24
142:17
158:17
179:24
187:21
191:20

192:15,18
235:1,8
236:1,2
237:17
238:15,
16,19,23
239:24
257:16,
17,24
258:4

**teams**
84:17
106:14

**tech**
219:5

**technical**
50:17
116:7
120:17,21

**technician**
219:7

**techniques**
176:17

**temperament**
155:15

**template**
105:23
166:15,
17,20
167:3,5,
7,8
244:7,9

**tend**
213:21

**term**
11:16
15:14
16:8,11,
22 114:18
153:25

**terminology**
165:20

**terms**
28:5 31:4
34:21
51:18
60:2,7
67:18
68:9
81:12
84:4
85:22
89:22
92:3
101:21
103:2
115:6
129:14
138:18
142:1
150:19,25
153:1
154:3
155:16
162:21
171:5
185:21
202:17
204:21
205:16
208:10
214:1
216:14
230:18
231:7
241:21
242:11

**testified**
6:24

**testify**
9:9 10:18

**testing**
239:1

**theory**
86:6

**thera-**

182:24

**therapeutic**
11:11,18
54:10
110:17,21
111:1,5,
25
132:19,25
133:5
137:6
155:22
164:9
165:4
173:25
176:6
181:20,22
182:7,13,
17,24
183:11
187:9,10,
13,17,22
188:4,8,
12,22
189:18
192:20
195:14
200:10,15
204:25
205:23
208:1
239:14
242:13

**therapeutic
s**
183:2

**therapist**
109:22
111:19
182:9
183:18,
21,25
184:4
188:19
194:2,3,
13 200:5,



14
205:10,11
207:9

therapists
87:14,15
91:15
109:10,23
110:5,6,
11,15,19,
20 111:2
112:15,
19,21
118:22,23
119:2
120:6,9
164:16,
18,21
181:23,25
182:3,23
187:22
188:11
192:25
193:2
195:13
205:9,12
207:20
224:23,24
225:2

therapy
54:9
79:19,23
85:23,24
86:24,25
87:3,4
91:15
182:5,6,
10,11
183:17,
19,20,23
189:14,18
190:12
193:6
194:1,4,
7,8,12,
14,17,20
196:5

197:1,25
198:1,7,
20 199:23
200:7
205:8,18

thing
32:19
63:11
70:6
101:24
116:5,10
131:18
156:14
171:15
177:9
194:23
195:11
252:7

things
38:3
63:23
92:2
125:11
138:17
147:14
149:25
151:21
152:7
156:11
188:2
192:16
194:25
198:14,21
202:11
205:4
234:5

thought
117:23
121:8

three-year
139:5
140:2
143:17

TIC

173:20,22

tied
172:9

tier
79:11,14,
17,18,19,
25 80:5,
12,17,19
81:6,17
84:24,25
85:3,5,
10,17,18,
19 86:5,
9,18
87:7,10,
12 95:15
96:23
108:7
124:12,
20,23,25
166:5,10
167:14,
16,24
168:2,5,
12,15
169:15,
20,23
170:15,18
175:14
178:24
179:1
184:9
185:6,8,
20,24
186:1,3,
6,7
187:10,
11,14,15,
18 188:8
189:12,19
190:22
191:1,7,
25 192:8
193:13,
14,19
194:4,6,

13,17,22
195:17
197:2,15,
17,18,22
198:4,5,9
199:12,
14,17
200:22

tiered
80:8
166:11,12

tiering
79:23

tiers
79:14
80:3,22,
23,24,25
81:9
84:23
85:21
164:17
165:5,15,
16,18
166:7,14
168:25
169:22,
24,25
197:13

time
6:4 20:4
22:22
23:7
24:21
26:24
27:14
29:9
38:17
41:14
47:10
52:17,19
54:1
61:22
71:7,19
72:20,23
77:7

79:20
80:8,13
85:8
86:13
87:22
89:7,10
94:23
95:24
96:11
97:7 99:2
100:11
101:9,13
102:10
108:3
115:22
120:10
131:15,25
132:9,10
134:8
140:20
141:15
142:3
143:1,12,
17 144:2,
25 146:16
150:3
155:3
162:11
166:24
174:16,17
176:11,22
177:2,23
181:10,14
183:13,
14,15
186:25
201:21
206:17
228:16,22
230:5
238:24
239:2
250:21
253:9,14
254:21

timeline



60:5
64:10
130:20
131:14
166:24

**timelines**
36:20,25
37:24
38:3,6

**times**
14:21
43:21
52:3
90:16
114:14
150:23
153:15
154:2
172:4
173:15
176:25
181:13
183:10
206:6
238:22
239:11

**timing**
63:9
166:19
213:3

**title**
19:14
35:25
38:15
39:5
40:20
90:10
123:5
128:6
140:6
176:10
209:20
229:1
230:7
231:20

243:16

**titled**
79:11
92:12
97:2
105:7
107:2
165:4

**titles**
231:4,5,9

**TKES**
257:3

**today**
7:4,9
10:22
11:2,16
14:7,14,
16,17
15:11
67:19
192:23
253:15
255:6
260:7

**Today's**
6:3

**Todd**
6:5  9:14

**tool**
120:1
148:16,22
150:8
172:13
181:17
184:23
185:1
196:3,4
205:18

**tools**
148:9,23
184:14,17
198:18

**top**
11:5
92:21
133:16
161:22
167:16
214:17

**topic**
34:8
182:13

**topics**
181:11,19
182:12
187:16

**total**
43:20
68:21
71:14,21
72:17
73:1  74:3
95:21
104:7
143:16
145:6
154:25
189:8
208:4

**totally**
154:1

**totals**
66:1
72:21

**touched**
153:9

**tough**
243:4

**track**
87:20
88:23
89:2
157:20
197:3,4

**tracked**
77:19
157:22

**traditional**
55:20,23
56:11
87:1

**traditional
ly**
64:14

**train**
176:15
178:8
198:11

**trained**
120:23,24
128:2
148:19
171:14
175:23
176:13
177:12
178:8,20,
22
179:18,21
180:1
199:5

**trainer**
24:10
29:25
50:12
136:12

**trainers**
171:25
178:4,5

**training**
25:21,24
26:4,5
30:7,13,
17  106:1,
3  129:22
136:8
141:25
142:2

171:10,
11,12,16,
18  172:1,
6,14,15
175:25
176:5
178:1,3,
13,15
180:5,9,
10,11,15
198:11
227:14,
22,23

**trainings**
24:15
30:6,10
49:15
178:6,10

**trains**
176:17

**transferred**
31:17
90:9,10,
11  91:3

**transfers**
127:7

**transi-**
56:11

**transient**
154:17
157:9

**transition**
21:8
54:21
55:18,20,
22,24
56:10,20,
22,24
57:1  72:7
74:9,13,
15,18
75:1
82:5,10
83:17,21



800.211.DEPO (3376)
EsquireSolutions.com

84:14,15,
20 85:6,
14 86:2,
3,13
88:11
90:14
91:4,7,
11,12,14,
19 92:1
97:11
102:13,18
104:19
106:17,19
107:17
108:4,9,
17
109:14,15
128:11
177:4
187:7
197:11,24
198:10,
15,18,22

transitione
d
56:3,5
57:5
87:21,23
88:19
89:14,15
97:8,25
98:2,4
102:2

transitioni
ng
102:6
107:23

transpired
102:22

transportat
ion
99:10,13,
23,25
100:12,14

trauma
172:25
173:3,6,
8,13
174:13
175:18,24
205:16
206:7

trauma-
informed
173:17,
21,22
174:3,9,
11,24
175:9,15,
20 176:2
198:12,
13,20

traumatic
78:14,24

travels
184:4,6

treatment
25:14
26:1,10,
11,22
27:21
95:5
116:14
119:10,13
158:16
240:14

trial
8:25

triangulate
79:13
80:15
81:2

triangulati
on
80:9,14
84:16
124:11

trigger
177:3

triggers
177:2

trips
247:23

true
161:5
169:18

truth
6:23,24

truthfully
8:19

turn
30:20
106:5
108:11
113:4
123:22
141:12,20
151:2
190:21
220:13
228:24
230:6
231:18
232:14
233:7
257:1

turning
220:13

turnover
154:9,12
155:6
189:6

two-thirds
146:11

two-year
173:12
174:9,17,
18

type
25:21
37:25
84:10
93:13,16
149:25
155:22
174:3
188:2
215:19
216:15
217:10
219:23
220:21
221:8
222:1
223:22
239:15
244:9,20

types
36:18
86:1 95:7
153:13
157:9,20

typical
73:9
99:15

typically
30:10
75:13
87:9 91:2
94:2
102:12
179:25

—————

U

—————

Uh-huh
48:13
70:15
77:3,24
83:3
85:12
108:14

152:24
155:8
158:1
168:8
220:11
235:16
250:13

ultimately
63:16
204:5
211:9

Um-hum
216:13

undergradua
te
18:24

underneath
145:15

understand
7:15,17
8:9 11:8,
17 15:15,
19,23
16:1,5,9,
12,16,19,
23 35:14
56:7 81:4
88:7,13
109:2
110:10
122:14
138:23
155:11,12
160:1
165:20
167:23
173:6
175:13
192:24
211:22
214:16
230:17
235:10
255:18



understandi
ng
  12:4
  27:25
  28:2
  34:11,14,
  21 62:18
  83:10
  92:5
  101:17
  115:8
  119:24
  131:22
  137:8
  142:7,11
  143:20
  148:17,21
  154:14
  155:14
  163:4
  167:9
  168:25
  169:21
  170:10
  175:23
  203:23
  233:13,16
  257:16

understood
  58:11

unfolded
  132:13

unique
  143:22
  145:6
  157:13

United
  6:2,11,13
  7:9 8:22
  10:13
  11:6
  14:11
  38:20
  69:24
  70:10,21

71:3,7
105:11
123:7
165:5,7
212:6,7
243:18,19
247:17
248:9,18,
23 249:1,
5,9,18,23
250:1,6,
10,14
253:16

University
  18:2 19:1
  50:3,4,8,
  13,17
  115:3
  120:15
  129:23
  135:22
  136:11,14

upcoming
  131:3,8
  216:5

update
  227:14

updated
  192:13
  252:16

upgrades
  253:1

utilize
  103:7
  172:2,12
  180:13
  181:3
  184:15
  187:1
  219:24
  257:3

utilized
  148:10
  179:12

—————————

        V

—————————

vacancies
  221:4

vacant
  217:17,19
  221:1,2,
  4,9

vaguely
  252:10

variables
  152:17
  154:8

varies
  32:2
  51:18
  93:16
  102:14
  199:7

vary
  84:2,3
  226:22

vast
  82:14

verbal
  8:9

verbally
  176:15,20

verificatio
n
  125:4

version
  243:10

versus
  6:3 11:6
  93:21
  138:13
  146:8
  156:15
  187:15

vets
  224:9

VI-B
  215:1

Vickie
  32:6
  36:10
  58:23
  59:9,24
  228:12

video
  6:1

view
  46:6
  63:23
  76:23
  79:22
  117:3
  118:3,6
  120:6
  121:18,21
  123:5
  124:1,14
  125:5
  126:2
  127:25
  129:5,14,
  16 137:6,
  17
  138:12,14
  144:6,20
  150:22
  152:18
  153:7
  155:12
  158:15
  159:13
  163:4,5
  164:2,5
  193:10,11
  195:3,4,
  6,10
  196:25
  199:21
  200:6

203:9
207:7,13,
16

viewing
  202:18

views
  53:21
  114:5
  126:11

virtual
  33:15,16,
  17 44:5

virtue
  85:18

vision
  116:3
  117:18
  154:4

visit
  134:5,11,
  20 190:17
  246:8,13
  248:3,15
  249:5,10,
  22

visits
  38:16,19
  134:19
  246:4,5,
  11,12,16
  247:8,14,
  16 248:1
  249:19,23
  250:2,7,
  11,15,19

volunteered
  242:5

—————————

        W

—————————

W-I-N-A
  39:10



walk
  17:18
  71:10
  141:18
  167:12
  168:23
  225:16
walked
  160:5
  220:3
  235:15
walking
  236:9
wanted
  30:16
  46:1
  57:25
  60:3,6,9,
  21 134:13
  142:6
  202:2,22
  204:22
  205:4
  206:17
  210:4,12,
  19,21
  211:21,22
  231:3,4
wanting
  130:13
  157:11
warranted
  127:7
ways
  157:20
  205:20
week
  131:2,7
  181:14
  182:14,
  18,20
weekly
  126:3

182:18
183:24
189:10
194:9,10
well-being
  44:13
  205:17
West
  18:2,21
  19:1 29:7
WFI-EZ
  141:10
  150:2,12
Whitaker
  162:18
Whitaker-
wilson
  128:5
  156:5
  163:25
  214:8
wholistic
  114:9
  117:3,17,
  22 137:5
  155:12
  206:5
wholistical
ly
  158:12
WHS
  97:4
wide
  169:8
  170:10,17
widespread
  206:8
Wina
  38:23
  39:10
  247:8

withdraw
  73:10,11,
  14 99:3
withdrawal
  94:23
withdrawals
  92:13,15
  97:17
  98:22,23
withdrawing
  94:14
withdrawn
  72:22
  92:25
  97:19
withdrew
  72:25
  73:6
  92:17,20
  97:18,23
Womack
  6:12
woman
  46:20
  140:3
wondering
  144:15
Word
  244:19
words
  8:8
  204:12
work
  8:4 15:2,
  3,4 19:17
  26:6,8
  27:22
  41:18
  42:15
  44:20
  120:13
  137:16,21

138:17
140:16
153:10,14
155:7,10,
16,23
161:4,9,
16 163:7
164:1
173:14,25
175:20
202:4
206:4,12
225:12,
18,25
227:2
228:1
239:7
242:14
244:7
worked
  23:22
  29:21,25
  43:3
  138:7
  139:2,4
  164:5
worker
  79:20
  89:1
  124:14
  125:18
  138:9
  140:5
  144:11
  182:9
  188:6,18
  216:10
  217:6,10,
  15 218:13
  224:5
  237:25
workers
  30:15
  75:10

87:13
142:4,10
147:4
148:19
178:19
180:2
181:23,25
182:3,22,
24
187:21,23
188:5,7,
16,17,22
189:1,13
190:1,4
216:12,23
217:1,13,
25 218:14
219:23
224:3,10,
17
workers'
  183:4
working
  23:17
  24:6,18
  25:5
  26:23,24
  27:15,16
  28:14
  42:16
  53:3,16,
  23,24
  54:6
  56:22
  81:19
  117:3
  147:22
  154:22
  163:5
  174:12
  175:22
  201:24
  206:5
  223:10
  252:5



DERRICK GILCHRIST
UNITED STATES vs STATE OF GEORGIA

September 29, 2022
Index: works..Zoom

**works**
203:16
233:9

**workshops**
156:9

**world**
153:12

**wrap**
159:22
253:13

**Wraparound**
50:12,16,
23 63:24
64:4
92:2,6
111:9
113:23
114:15,
18,25
115:5,18,
22,24
116:6,12
118:17,
19,21
120:12
121:5,9,
19
122:16,23
123:6,13,
22,23
124:5,10
125:12
127:3,10
128:16
129:9,12,
20 130:23
132:11
135:16,24
136:4
137:11,24
140:2
141:9
142:2
144:14
145:7,11,

17
146:19,25
151:22
158:22
161:21
162:3,16
163:1
189:18
193:21,22
195:2,9
198:3
205:25
259:8,17,
18

**wrapping**
114:21

**written**
65:7,15,
17 207:11
208:25
232:7

**wrong**
201:21

----

**Y**

**year**
19:4,20
20:18
23:23,25
24:6
34:4,12,
16 35:2
38:16,21
43:23
46:13
58:3,5,6
63:2
65:23
66:1,2
68:22,25
69:4,23
71:12
78:9 80:9

81:24
87:22
88:3 90:7
93:19
95:19,22
96:1,3
102:10,
13,21,22
115:20
123:19
143:9
150:12
162:19,24
165:11
166:24
178:6,7,9
186:18
189:6
196:2,12,
13,19,23
200:3
201:21
205:3
212:8,21
213:4,9,
11,13,14,
19 214:1,
4 216:2,5
218:6,7,
17 219:1,
18 220:5,
6,17
221:5,13,
18,21
222:8
245:23,24
246:22,23
247:1,23

**yearly**
207:15
208:14

**years**
39:6,21
43:21,22
49:23
50:15

64:18,20,
21 68:23
122:3
130:19
137:11
150:25
171:13
201:24
221:3
242:20
246:18

**yellow**
74:9

**yielding**
114:10

**you-all**
42:18
74:3
77:19
113:25
121:22
164:4
165:24
168:3
242:15

**young**
50:5
140:20

**younger**
205:18,19

**youngest**
66:18
76:25
77:4,6

**youth**
143:22
145:6,17
149:6
150:14
151:5
158:6

----

**Z**

**Zelphine**
40:9

**zone**
89:5
93:10,12

**zoned**
56:6 57:6
97:9 98:5

**Zoom**
10:2

