**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**FRANK BERRY**

*July 29, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                              CIVIL ACTION NO.
                                 1:16-CV-03088-ELR
STATE OF GEORGIA,

      Defendant.


VIDEOTAPED DEPOSITION OF FRANK BERRY

Taken on behalf of the Plaintiff,

pursuant to Notice and agreement of counsel,

in accordance with the Federal Rules of Civil Procedure

before Richard Bursky, RMR, CRR, CRC

Certified Court Reporter

At 2 Peachtree Street, Atlanta, Georgia

On July 29, 2022, between the hours of

9:26 a.m. and 4:03 p.m.



800.211.DEPO (3376)
EsquireSolutions.com

```
 1    APPEARANCES OF COUNSEL:

 2

 3    On behalf of the Plaintiff:

 4            FRANCES S. COHEN, ESQUIRE
              PATRICK M. HOLKINS, ESQUIRE
 5            U.S. Department of Justice
              Civil Rights Division
 6            950 Pennsylvania Avenue, N.W.
              Washington, D.C. 20579
 7            T:    202.305.6630
              E-mail:  Frances.Cohen2@usdoj.gov
 8                    Patrick.Holkins@usdoj.gov

 9                -and-

10            AILEEN BELL HUGHES, ESQUIRE
              Assistant United States Attorney
11            600 U.S. Courthouse
              75 Ted Turner Drive, S.W.
12            Atlanta, Georgia 30303
              T:    404.581.6000
13            E-mail:  Aileen.bell.hughes@usdoj.gov

14
      On behalf of the Defendant:
15
              JOSHUA BELINFANTE, ESQUIRE
16            The Robbins Firm
              500 14th Street, N.W.
17            Atlanta, Georgia 30318
              T:    678.701.9381
18            E-mail:  Jbelinfante@robbinsfirm.com

19
      ALSO PRESENT:
20
              BRANDON BRANTLEY, Videographer
21
              PAUL NORMAN, ESQUIRE, DCH General Counsel
22

23

24    (Continue on following page)

25
```



1   ALSO PRESENT VIA ZOOM:

2      KELLY GARDNER, ESQUIRE, Department of Justice

3      LAURA CASSIDY TAYLOE, ESQUIRE, Department of Justice

4      MICHELLE TUCKER, ESQUIRE, Department of Justice

5      RENEE WOHLENHAUS, ESQUIRE, Department of Justice

6      SANDRA LeVERT, Paralegal, Department of Justice

7      VICTORIA LILL, Paralegal, Department of Justice

8

9

10
                    INDEX TO PROCEEDINGS
11                                                  Page No.

12  Examination by Ms. Cohen                           6

13  Examination by Mr. Belinfante                     191

14

15                      - - - - -

16

17                  INDEX TO EXHIBITS

18  Plaintiff's
    Exhibit No.          Description            Page No.
19
        348      Agenda from System of Care
20               Conference, GA00499893 to 9928        83

21      349      Georgia System of Care State Plan,
                 2017, GA04245177 to 243               98
22
        350      Georgia Statute Section 37-1-20,
23               Powers, Duties and Obligations of
                 the DBHDD, 6 pages                   120
24
        351      Letter of findings, July 15, 2015,
25               US0010042 to 062                     126



1                    INDEX TO EXHIBITS (Continued)

2    Plaintiff's
     Exhibit No.              Description              Page No.
3
        352      Email from Amy Howell, July 16,
4                 2015, GA01177742                        127

5        353      Final report of Youth Mental
                  Health and Substance Use Disorders
6                 Senate Study Subcommittee 2015,
                  GA00073996 to 4008                      137
7
         354      2015 Mental Health Block Grant
8                 Annual Report, 77 pages R002809         140

9        355      CBAY waiver 2015 Public Notice,
                  3 pages                                 153
10
         356      CBAY fact sheet                         153
11
         357      Center of Excellence description
12                of CBAY waiver, 2 pages                 153

13       358      DBHDD website download of FAQs
                  regarding APEX, 3 pages                 162
14
         359      Email from Ms. Sitkoff of Georgia
15                Voices July 2019, GA00004975 to 4979
                  (Attachment 4980 not provided)          168
16
         360      Georgia Network for Educational
17                and Therapeutic Support, Program
                  Evaluation, Executive Summary,
18                January 2015, GA1258658 to 8765         179

19                        - - - - -

20

21

22

23

24

25



1          THE VIDEOGRAPHER:  This is the video

2     deposition of Frank Berry being taken in the matter

3     of United States of America versus the State of

4     Georgia.  Today's date is July 29, 2022.  The time

5     on the record is 9:26 a.m.

6          My name is Brandon Brantley.  I am the

7     videographer.  Richard Bursky is the court

8     reporter.

9          Counsel, please introduce yourselves for the

10     record after which the court reporter will swear in

11     the witness.

12          MS. COHEN:  Fran Cohen for the United States.

13          MR. HOLKINS:  Patrick Holkins for the United

14     States.

15          MS. HUGHES:  Aileen Bell Hughes for the United

16     States.

17          MR. BELINFANTE:  Josh Belinfante for the State

18     of Georgia.

19                    FRANK BERRY,

20  having been first duly sworn, testifies as follows:

21          MS. COHEN:  Good morning.

22          THE WITNESS:  Good morning.

23          MS. COHEN:  Josh, we have been stipulating

24     that all objections except as to form and motions

25     to strike are reserved until time of trial.  Is



1    that acceptable to you?

2         MR. BELINFANTE:  It is, thank you.

3         MS. COHEN:  And the United States is willing

4    to waive notarization and the transcript can be

5    signed within 30 days under penalty of perjury.

6         MR. BELINFANTE:  Okay, that's agreeable.

7                         EXAMINATION

8  BY MS. COHEN:

9    Q    So are you represented by counsel here today,

10 sir?

11   A    I am.

12   Q    Who is that?

13   A    Josh Belinfante and the Robbins firm.

14   Q    When did you first learn of this deposition?

15   A    Roughly a month ago, maybe, maybe a little bit

16 longer than that; somewhere around that time.  I don't

17 have the exact date.  And then I was served last week

18 when I was in New York.

19   Q    How did you find out about it?

20   A    I am trying to remember whether it was

21 somebody from the Department or whether it was the

22 Robbins firm who notified me.  I think it was the

23 Robbins firm who notified me that I would be deposed.

24   Q    Who was it at the Robbins firm?

25   A    I believe it was Javier.



1      Q      Javier Pico Pratt?

2      A      I believe that is correct.

3      Q      Did you have any -- did he call you on the

4   phone or did he email you, or how did he make contact

5   with you?

6      A      I believe via email.  I believe a phone call

7   and then sent me an email afterwards.

8      Q      What did he say to you?

9             MR. BELINFANTE:  Objection, attorney-client

10      privilege.

11            You don't need to answer that.

12   BY MS. COHEN:

13      Q      How long did you speak to him?

14      A      Less than a minute.

15      Q      After that, did you have a more substantive

16   conversation about the deposition with any lawyer from

17   the Robbins firm?

18      A      No, not of -- no, just to be prepared.

19      Q      Did you prepare for the deposition with

20   anyone?

21      A      I had 15 minutes of preparation, maybe just to

22   walk through the steps of what this would be like.

23      Q      Where did that take place?

24      A      My home, I did it video.

25      Q      You did a Zoom with someone from the Robbins



1   firm?

2       A    Correct.

3       Q    Were you shown any documents at that time?

4       A    No.

5       Q    Did you speak to anyone else concerning

6   today's deposition?

7       A    No.

8       Q    Commissioner, have you ever had your

9   deposition taken before?

10      A    I've had a deposition, not this deposition.

11      Q    Where did you have it?  What kind of case was

12  that in?

13      A    A lawsuit from 2002 with an issue dealing with

14  the Juvenile Justice Department.

15      Q    So then you probably maybe don't remember the

16  rules, so I'll just go over them quickly.

17           If you don't understand a question, you can

18  ask me to rephrase it.

19      A    Okay.

20      Q    If you want to take a break, that's fine.  You

21  need to ask for it so that we can put it on the record.

22      A    Okay.

23      Q    And I'll ask that you not take a break while a

24  question is pending.

25      A    Okay.



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                               9

 1    Q    And counsel may make objections to preserve
 2  objections for trial.  Unless there is an instruction
 3  not to answer a question, we will expect you to answer
 4  even if there is an objection.
 5         And then responses have to be verbal, I think
 6  you got the hang of that, so that Mr. Bursky can take
 7  them down.
 8    A    Yes.
 9    Q    Only one of us can speak at a time, so I'll
10  try not to jump on your answer with new questions and I
11  hope you will do the same for me.
12    A    Okay.
13    Q    So when were you born, sir?
14    A    July 6, 1966.
15    Q    What has been your formal education since
16  leaving high school?
17    A    I have a master's degree in child development
18  and family relations from Florida State University.
19    Q    Were you also an undergraduate at Florida
20  State University?
21    A    I was.
22    Q    What did you concentrate in there?
23    A    Child development, family relations with a
24  minor in social work.
25    Q    What year was your master's degree?



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              10

1      A    1991, I believe.

2      Q    29 years ago?

3      A    Yes.

4      Q    Do you have any professional credentials,

5  licenses or certifications?

6      A    No.

7      Q    What has been your employment history since

8  you received your master's degree in 1991?

9      A    I worked for the Leon County Public School

10  System.

11      Q    In what capacity?

12      A    I was a postgraduate school, I was the

13  director of a before and after school program for an

14  elementary school.

15      Q    What years was that?

16      A    Postgraduate would have been partly through

17  the year of 1991.

18      Q    So was that in Florida?

19      A    That was in Florida.

20      Q    Then how were you employed after the Leon

21  County after school program?

22      A    For the first six months, I worked for Duke

23  University doing a research study looking at the

24  prevalence of mental health in substance use disorders

25  among children in the rural mountains of North Carolina



1  for six months, working out of Silva, North Carolina.

2      Q    Then after the work that you did in North

3  Carolina, how were you --

4      A    There was more work in North Carolina.

5      Q    Oh, there was, okay.  After the work you did

6  in the rural mountains on this research project, what

7  was the next work that you were involved with?

8      A    I worked for Smoky Mountain Mental Health from

9  the end of 1991 through 1995 with children with serious

10  emotional disturbance who were involved in a class

11  action lawsuit with the United States Department of

12  Justice called the Willie M program lawsuit and I was a

13  case manager.

14      Q    Who was your employer?

15      A    Smoky Mountain Mental Health.

16      Q    Was that a community mental health center?

17      A    Correct.

18      Q    What age were the children you worked with?

19      A    Five through 18.

20      Q    Was it a residential facility or --

21      A    No.

22      Q    A day facility?

23      A    Community-based.

24      Q    A day program that students would come to in

25  the morning and then leave?



FRANK BERRY                                             July 29, 2022
UNITED STATES vs STATE OF GEORGIA                               12

1     A    That was one component of the program.  These

2   were children that were being served in the community,

3   so living in foster homes -- we had a day program, they

4   had a day program, but we served children in their own

5   homes, in their own schools, in their own communities.

6     Q    I see.  So it was a health care provider?

7     A    It was a behavioral health care provider.

8     Q    Behavioral health care provider.

9     A    Mental health care provider.

10    Q    Understood.  And what was your role?

11    A    I was a case manager.

12    Q    Case manager.  And did you also perform any

13  behavioral health services?

14    A    No.  Case management only.

15    Q    After the Smoky Mountain Health Care facility,

16  how were you next employed?

17    A    The child and adolescent mental health

18  director for Rockdale County, for the

19  Gwinnett-Rockdale-Newton Community Service Board.

20    Q    Was that in 1995 that you joined the

21  Gwinnett-Rockdale-Newton Community Service Board?

22    A    Yes.

23    Q    And then how long did you remain employed by

24  the Gwinnett-Rockdale-Newton Community Service Board?

25    A    Until 1999.



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    13

1    Q    What was your job title?

2    A    Director -- when I left?

3    Q    For the time period that you were there

4    between 1995 and 1999, what were your job titles with

5    the Gwinnett-Rockdale-Newton CSB, whatever?  It

6    probably wasn't a CSB.

7    A    It was.

8    Q    It was, all right.

9    A    I was, I started as director of child and

10   adolescent services for Rockdale County.  And when I

11   left, I was the director of child and adolescent

12   services for Gwinnett, Rockdale and Newton Counties.

13   Q    What were your responsibilities as director of

14   child and adolescent services?

15   A    To oversee all behavioral health services with

16   the teams that were responsible for the delivery in

17   Gwinnett, Rockdale and Newton Counties.

18   Q    After leaving in, the Gwinnett-Rockdale-Newton

19   program in 1999, where did you go next?

20   A    I went to the Georgia Department of Juvenile

21   Justice.

22   Q    What role did you play with the Georgia

23   Department of Juvenile Justice?

24   A    I started there as the director of revenue

25   maximization and enhancement, and finished there as the



1  State director of behavioral health.

2      Q    So you were director of revenue maximization

3  at the Department of Juvenile Justice?

4      A    Correct.

5      Q    What does that entail?

6      A    Looking at creative financing tools for the

7  Department of Juvenile Justice to be able to serve

8  children in their own communities rather -- developing

9  community-based alternatives so that the children could

10  have alternatives rather than going into long-term --

11      Q    That was your mission?

12      A    -- YDCs.  That was our...

13      Q    Just out of curiosity, what were the types of

14  financing vehicles that you developed?

15      A    Title 4E and Medicaid, using Federal funds,

16  enhance the, the enhancement of using Federal funds in

17  the juvenile justice system to bring in new funding

18  streams so that we can create more community-based

19  alternatives.

20      Q    Was that new in the years 1995 to 1999?

21  Excuse me, what were your dates?

22      A    1999 through 2004.  It wasn't new, but it

23  wasn't very robust.  So our mission was to grow that

24  opportunity.

25      Q    Then when you became State director of



1   behavioral health, was that for the same agency?

2       A    Yes.

3       Q    What was your job as State, what were your

4   responsibilities as State director of behavioral

5   health?

6       A    Overseeing all of the youth development campus

7   and regional youth development centers, behavioral

8   health services for children that were in those

9   facilities.

10      Q    Where was the main campus?

11      A    Our main office was in Avondale, Georgia, that

12  DJJ headquarters, but we had campuses across the State

13  of Georgia.

14      Q    Across the State.

15           After your service as State director in the

16  Juvenile Justice Bureau, how were you next employed?

17      A    I went to work for the

18  Gwinnett-Rockdale-Newton Community Service Board.

19      Q    Was that the same employer as previously or

20  had it been reorganized?

21      A    That was the same employer as previously.

22      Q    What year was that?

23      A    2004 through 2012.

24      Q    At some point, was that reorganized as

25  Viewpoint?



1        A     Correct.

2        Q     Was that between 2004 and 2012 or was it after

3   that?

4        A     Yes, that was during that period of time.

5        Q     So tell me about the entity

6   Gwinnett-Rockdale-Newton CSB.  When was that founded?

7        A     I believe 1993.

8        Q     Under that name?

9        A     Gwinnett-Rockdale-Newton Community Service

10  Board.

11       Q     And then how did it change?

12       A     We rebranded, when I became CEO we rebranded

13  to Viewpoint Health.

14       Q     Was that in 2009?

15       A     I don't recall the exact date.

16       Q     Approximately?

17       A     Approximately.

18       Q     What was your original job title when you took

19  this job?

20       A     At Viewpoint Health?

21       Q     No, at Rockdale-Gwinnett-Newton.

22       A     I don't recall the -- when I went back, I

23  don't recall what the original job was.  I finished as

24  chief operating officer.

25       Q     Chief operating officer?



1     A     Before I became CEO, I ultimately was CEO of

2   Viewpoint Health, but I don't remember when I went back

3   there, what my title was when I went back there.

4     Q     Did you move through various administrative

5   jobs prior to becoming COO at Gwinnett-Rockdale-Newton?

6     A     Two, I was COO and I may have been director of

7   system of care initiatives when I first went back.

8     Q     What year did you become COO, do you know?

9     A     That would have been in like 2008, I believe.

10     Q     And then the following year, the organization

11   was rebranded as Viewpoint?

12     A     No.  I think -- this is going back a long

13   time.  We rebranded after I became CEO and I believe I

14   became CEO in either 2008 or 2009.  I think it was

15   2009, and we rebranded after I became CEO.

16     Q     What was the reason for the rebranding?

17     A     To modernize the agency and prepare for the

18   health care future, the health care environment of the

19   future and modernize.

20     Q     Did you supervise Debbie Gay in this role?

21     A     I don't recall.

22     Q     Do you know Debbie Gay?

23     A     I don't, I don't recall.

24     Q     You don't know an employee of the Georgia

25   Department of Health named Debbie Gay?



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              18

1              MR. BELINFANTE:   I object to form.

2      Q     Excuse me, Department of Education named

3   Debbie Gay?

4      A     I don't recall.

5      Q     So, Commissioner, I am going to ask you if you

6   are familiar with some certain terms that I've seen in

7   the extensive productions by DBHDD and DCH.  And I am

8   interested in your definition, that is, how you used

9   the term; how you understood it, if you did, during the

10  time periods when you were doing the work.  After you

11  became CEO of Viewpoint and it was rebranded, did you

12  remain there until 2012?

13     A     Yes.

14     Q     How long did you -- what was your next job?

15     A     Commissioner for the Georgia Department of

16  Behavioral Health and Developmental Disabilities.

17     Q     How long did you remain as Commissioner of

18  DBHDD?

19     A     From August 13th of 2012 through December 1st

20  of 2016.

21     Q     Did you continue to be employed by the State

22  of Georgia after you left the agency DBHDD?

23     A     Yes.

24     Q     How were you next employed?

25     A     I was the Commissioner for the Georgia



1  Department of Community Health.

2      Q    How long did you remain as Commissioner of the

3  Georgia Department of Community Health?

4      A    From December 1st of 2012 through June either

5  30th or 31st, I can't remember how many days there are

6  in June.

7      Q    I am going to interrupt you for a minute just

8  so the record doesn't get tangled up.  I think you said

9  that you left DBHDD on December 1st --

10     A    Right.

11     Q    -- of 2016.

12     A    Right.  And then I started December 2nd, then,

13  of 2016 -- no, I am sorry, I left the last day of

14  November of 2016 and started December 1st of 2016 at

15  the Department of Community Health.

16     Q    How long did you remain at the Department of

17  Community Health?

18     A    Until the last day of June 2021.

19     Q    Did you serve there as Commissioner?

20     A    I did.

21     Q    The entire time?

22     A    Yes.

23     Q    And then as Commissioner you were head of the

24  agency?

25     A    Yes.



1    Q    What were your reasons for leaving?

2    A    I was tired.

3    Q    So you resigned as of June 30th?

4    A    I did -- resigned, retired, yes.

5    Q    So let me ask you, during the time period that

6  you were Commissioner for DBHDD and then of DCH, I am

7  going to ask you about these terms and how you used and

8  understood them and it may also be colored, and you may

9  tell me if it is, by your experience at Viewpoint and

10  Rockdale Gwinnett Newton prior.

11        So serious mental illness, are you familiar

12  with that term?

13    A    Yes.

14    Q    And have you heard it abbreviated as SMI?

15    A    Yes.

16    Q    How did you understand that term and use it?

17    A    For individuals that had serious and

18  persistent mental illness, for me it meant long-term

19  chronic behavioral health challenges.

20    Q    Are you referring to individuals who have been

21  diagnosed, have a diagnosis of mental health?

22    A    Yes.

23    Q    After -- and then I am going to also ask you

24  if you are familiar with the term emotional and

25  behavioral disturbance, EBD.



1      A    Yes.

2      Q    How do you understand that term?

3      A    Children in particular that have serious and

4  emotional disturbances, meaning significant behavioral

5  health challenges.

6      Q    Is that a diagnosis that qualifies individuals

7  for certain services?

8      A    I wouldn't say that's the diagnosis.  I would

9  say that's the categories that the diagnoses, if that's

10  the big umbrella, then there are many other diagnoses.

11       I don't know that is a true clinical

12  diagnosis, but there are diagnoses that would populate

13  the term, serious emotional disturbance.

14      Q    Can you name some of the diagnoses that in

15  your view would populate the umbrella EBD?

16      A    Yes, attention deficit hyperactivity;

17  significant attachment disorders; PTSD; post-traumatic

18  stress disorder for some children.  Those are just a

19  few examples.

20      Q    Are you also familiar with the GNETS program?

21      A    Yes.

22      Q    What is the GNETS program?

23      A    Alternative school settings for children with

24  emotional challenges, with behavioral and severe

25  emotional disturbance challenges.



1    Q    Does the acronym stand for the Georgia Network

2  of Educational and Therapeutic Services?

3    A    I can't confirm that.  I've just known it as

4  GNETS.

5    Q    Support, rather than Services.

6         How did you become familiar with GNETS?

7    A    With the formal term GNETS, when the State was

8  served with a potential lawsuit.

9    Q    Was that in 2016?

10   A    I believe so, around that time.

11   Q    Actually, there were two separate events.

12   A    Okay.

13   Q    Let me test your memory.

14   A    Okay.

15   Q    One was the Department of Justice, my

16  employer, sent a letter of findings --

17   A    Okay.

18   Q    -- with regard to the GNETS program, and that

19  was in July of 2015.

20   A    Okay.

21   Q    And then thereafter in 2016, the Department of

22  Justice commenced litigation against the State of

23  Georgia.  So was it the 2015 letter of findings or the

24  2016 lawsuit that you are referring to?

25   A    I don't recall which one, but I know it was



1    one of those.  But I don't recall which one.

2        Q    How did you become familiar with it at that

3    time?

4        A    Reading about it in the newspaper and then

5    just hearing about it, that the State was being sued,

6    or potential litigation.

7        Q    You heard about it from counsel at DBHDD?

8        A    I don't recall who.

9        Q    Let me -- you had never heard the acronym

10   GNETS prior to 2015 or 2016?

11       A    I don't recall.  I always referred to them as

12   the Psycho Ed Centers, so that was when I was in

13   Gwinnett-Rockdale-Newton, we referred to them as Psycho

14   Ed Centers.

15       Q    And I think the Georgia Psycho Ed Centers was

16   the prior name of the program.

17       A    Okay.

18       Q    So when did you first learn of the Georgia

19   Psycho Ed Centers?

20       A    In 1995.

21       Q    In what context?

22       A    There were children that we were serving in

23   the Gwinnett-Rockdale-Newton Community Service Board

24   who would attend the Psycho Ed Centers.

25       Q    Did you learn anything else about the program



1   at that time?

2       A    Other than it was designed to help children

3   who were being placed out of their home schools to go

4   there, so that's what I knew about them.

5       Q    Did you know what the entrance criteria were

6   for entrance into the Georgia Psycho Ed Center program?

7       A    They had to have significant behavioral

8   challenges.

9       Q    How did you know that?

10      A    Because our team members would at times refer

11  children -- our team members, after referral was made

12  by the school systems to get them into the GNETS

13  program, our clinicians who were doing care

14  coordination would keep in touch with them while they

15  were enrolled in those programs.  So we wanted to stay

16  in touch with those children and not lose contact with

17  them.

18      Q    So your care coordinators became aware of the

19  situation after recommendation had been made by the

20  local school district --

21      A    Correct.

22      Q    -- for placement?  Did you ever visit a

23  Georgia Psycho Ed --

24      A    Yes.

25      Q    -- facility?



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                           25

1      A    Yes.

2      Q    Which one?

3      A    I believe it was called Shadow Rock in

4   Gwinnett County.

5      Q    When was that?

6      A    I don't recall.  It was somewhere between 1995

7   and 1999.

8      Q    How long was your visit?

9      A    I don't recall.

10     Q    What was the occasion of the visit?

11     A    I don't recall.

12     Q    That is the only time you have been in a GNETS

13   or Georgia Psycho Ed facility?

14     A    I believe so.

15     Q    And your role then was administrative; is that

16   correct?

17     A    Yes.

18     Q    Either COO or something close to it?

19     A    During that period of time, I was director of

20   child and adolescent services.

21     Q    So you went as director of child and

22   adolescent services?

23     A    Yes.

24     Q    You were not a clinician?

25     A    No.



1      Q    But did clinicians report to you as director

2    of child and adolescent services?

3      A    Yes.

4      Q    What certifications did those clinicians have

5    that reported to you during your, the period when you

6    were director of child and adolescent services?

7      A    Licensed social workers, Ph.D. level

8    psychologists, LPCs, licensed practicing counselors,

9    and that's it.

10     Q    Did you have, apart from these clinicians that

11   you just described, did you have any other categories

12   of employees reporting to you during the time period

13   when you were director of children and adolescent

14   behavioral health?

15     A    Directly reporting to me, no, because we had

16   local team members for each county that then reported

17   up to me.

18     Q    I see.

19     A    So we had behavioral aides, for instance, that

20   would report up to those local team leaders.

21     Q    So you had regional team leaders?

22     A    We had -- not regional, county team members.

23     Q    County team leaders?

24     A    Leaders.

25     Q    That was for each of Gwinnett, Rockdale and



1    Newton Counties?

2        A    Yes.

3        Q    Were they billing for their services with

4    Medicaid, through Medicaid?

5        A    For the children that were Medicaid members,

6    yes.

7        Q    Were they billing through public insurance

8    programs for all of the children?

9        A    Not a whole lot of public insurance.  The CSB

10   really didn't do much billing for public insurance.

11       Q    So who --

12       A    For commercial.

13       Q    What was the funding source?

14       A    Grant in Aid dollars.  From '95 through 2007

15   Grant in Aid dollars, State Grant in Aid dollars, and

16   Medicaid.

17       Q    How did that change in 2007?

18       A    2007, 2008, somewhere during that period of

19   time, care management organizations came into Georgia.

20       Q    So how did that change the funding source?

21       A    The Grant in Aid dollars was taken away and

22   you had to do contracts with care management

23   organizations.

24       Q    Were the Grant in Aid dollars, did those come

25   from the State of Georgia?



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              28

1    A    Yes.

2    Q    I think you said earlier there was a

3  rebranding to bring the organization into the modern,

4  the world of modern behavioral health; is that correct?

5    A    Yes.

6    Q    And was part of the purpose of rebranding to

7  enter into these contracts with care management

8  organizations?

9    A    No.

10    Q    So the change in financing sources that became

11  prevalent had nothing to do with the reorganization?

12    A    No.

13    Q    So in what aspects did the organization change

14  as part of rebranding?

15    A    We were pushing to become more of a

16  comprehensive health care organization, so partnering

17  with federally qualified health centers, for instance,

18  and to make community mental health, to break down the

19  stigma of like children, for instance, or adults feel

20  like they were coming into a state-of-the-art health

21  care environment.

22    Q    So it is as much a change in environment --

23    A    Yes.

24    Q    -- as it was a change in the organization?

25    A    Yes.



1      Q    But you visited a GNETS facility, I believe,

2   before the rebranding?

3      A    Yes.

4      Q    And you don't recall why?

5      A    No.

6      Q    Was it your practice as the director of

7   clinical services for children and adolescents at the

8   CSB to visit other, to visit programs?

9      A    Yes.

10     Q    So did you visit other Department of Education

11  programs?

12     A    I visited schools, but -- local schools at the

13  local level, not -- so I look at that a little bit

14  differently.

15     Q    How is that?  How do you look at it

16  differently?

17     A    So to me, Department of Education is State,

18  local school systems are County.

19     Q    I see.

20     A    So I would visit schools, but I didn't view

21  that as working with the Department of Education.  I

22  looked at that as working with the local school system.

23     Q    You view GNETS as part of working with the

24  Department of Education?

25     A    No, because I looked at the GNETS program or



1  the Psycho Ed Center that I visited as part of the

2  Gwinnett County Public School System.

3      Q    I see.  So outside of Gwinnett County, did you

4  visit any programs for individuals with EBD?

5      A    Yes.

6      Q    Where?

7      A    Not education programs, but around the State,

8  PRTFs.

9      Q    And this was in your capacity as director of

10 child and adolescent services?

11     A    Yes.

12     Q    What did you observe when you visited the

13 GNETS facility?

14     A    Classrooms, a school, I mean, classrooms with

15 children, that's what I observed.

16     Q    Did they explain the program to you?

17     A    I don't recall.

18     Q    Do you recall anything that was said to you

19 about the program?

20     A    I don't.  I am sorry.  I mean, it was long

21 time ago.  I don't remember.  I mean, I remember going

22 there, but I don't remember the discussion that

23 occurred while I was there.

24     Q    And this was just a single-day visit?

25     A    Yes.



1    Q    After your visit to the Georgia Psycho Ed

2    program center that you visited, and it was in Gwinnett

3    County?

4    A    Yes.

5    Q    After that visit, did the

6    Gwinnett-Rockdale-Newton CSB refer -- have clients who

7    were referred to GNETS -- I mean, to the Georgia Psycho

8    Ed?

9    A    Yes.

10   Q    What was the referral process by which a

11   student who was in a local public school and being seen

12   by a clinician at your CSB, what was the process by

13   which your clinicians would participate in a referral

14   to Georgia Psycho Ed?

15   A    I don't believe that our clinicians had a role

16   in the referral.  They were notified that a referral

17   had been made.

18   Q    Understood.  So are you familiar with the

19   individualized education plans?

20   A    Yes.

21   Q    And if I refer to them as IEPs --

22   A    Yes.

23   Q    -- we are clear?

24   A    Yes.

25   Q    Did your clinicians, and I am not just talking



1    about Georgia Psycho Ed, I am asking a more broad and

2    general question, did your clinicians ever appear at

3    IEP proceedings?

4        A    Yes.

5        Q    On whose behalf?

6        A    It would be a combination.  At times on the

7    parents' behalf, they would ask for their clinician to

8    attend the IEP with them.  And then at times the

9    schools would request the clinicians attend.

10       Q    But your clinicians didn't play a role in

11   terms of whether a student was eligible to attend the

12   Georgia Psycho Ed GNETS program?

13       A    My recollection was that the schools made that

14   determination.  And our clinicians participated and

15   were asked questions about behaviors, but they did not

16   make recommendations.  That was not their role.

17       Q    Now, at this time, when you were director of

18   children and adolescent services, did you understand

19   that the Georgia Psycho Ed and GNETS program was

20   providing therapeutic services?

21       A    Yes.

22       Q    What were those services?

23       A    Individual therapy, potentially, it was

24   whatever an IEP would indicate, because the schools had

25   the ability, if it was written up in the IEP, to be



1    able to access those services in the school because of

2    the education service, supports that were available.

3        Q    How did you learn that?

4        A    I don't recall, just years of experience.

5        Q    Did you ever meet any clinicians who worked

6    for the Georgia Psycho Ed program?

7        A    Yes.

8        Q    Who were they?

9        A    I don't recall.

10       Q    Did any of your staff ever leave to go to the

11   GNETS, Georgia Psycho Ed program?

12       A    I don't recall.

13       Q    Were you ever asked to recommend anyone for

14   employment in a GNETS or Georgia Psycho Ed facility?

15       A    I don't recall doing that for the Psycho Ed or

16   GNETS.  We did make recommendations for some of our

17   team members to go to be, work for the local Counties

18   like Department of Social Work, they went to become

19   school social workers, but I don't recall that they

20   went to the GNETS programs.  But they went to various

21   Counties' social work departments.

22       Q    Now, during your years at the CSB which I

23   understand were split by a transfer into the Juvenile

24   Justice program, but during your years at the CSB on

25   both sides of that transfer, did you ever recommend any



1  of your clinicians to work for the State?  You talked

2  about recommending clinicians to work for local or

3  county organizations.

4      A    I don't recall.  To the State or to the State

5  Department of Education?

6      Q    I was referring to any State agency, if that

7  helps you answer the question.

8      A    I don't recall.

9      Q    What services were your clinicians providing

10  to children with emotional and behavioral disorders

11  during the period when you were at the -- periods when

12  you were at the CSB?

13      A    Individual counseling, therapy, group

14  counseling therapy, outpatient services.  We offered a

15  therapeutic foster care service.  That was part of our

16  program.

17      Q    In what sense, did you have a residential

18  treatment facility or --

19      A    They were therapeutic foster homes.

20      Q    Just working with the foster home?

21      A    Yes.

22      Q    Or your organization, the CSB, had therapeutic

23  foster homes?

24      A    Prior to, from 1995 while I was there through

25  2000, through 1999, and then from 2004 probably through



1   2005 or '6 we offered therapeutic foster care.

2        Q    That was through group home facilities?

3        A    No, families.

4        Q    You would work with the families?

5        A    We had foster families that had special

6   training --

7        Q    I see.

8        A    -- to become therapeutic foster care families.

9        Q    And then one of the services that you would

10  provide was working with the foster families --

11       A    Correct.

12       Q    -- on an outpatient basis?

13       A    Correct.

14       Q    You said that the clinicians at

15  Gwinnett-Rockdale-Newton kept in touch or tried to keep

16  in touch with their former clients when they went into

17  the Georgia Psycho Ed program.  Does that mean that it

18  was the practice to terminate the relationship with

19  Rockdale-Gwinnett-Newton CSB upon a referral to the

20  GNETS, Georgia Psycho Ed program?

21       A    No.  My recollection was we would try to stay

22  in touch because we were always hopeful that they would

23  come back to their home school, and we didn't want to

24  lose that relationship.

25       Q    Understood.  My question is a little



1   different.

2        A    Okay.

3        Q    My question is, during the time period when

4   these individuals were assigned to the Georgia Psycho

5   Ed service, did your clinicians perform any clinical

6   services for them?

7             MR. BELINFANTE:  I object to form.

8             You can answer.

9        A    No.

10  BY MS. COHEN:

11       Q    During that period, did you, when your

12  clinicians tried to stay in touch to preserve the

13  relationship, what steps did they take?

14            MR. BELINFANTE:  I object to form.

15            You can answer.

16            THE WITNESS:  I am sorry?

17            MR. BELINFANTE:  I just said object to the

18       form, but you can answer.

19            THE WITNESS:  Okay.

20       A    They would visit the family when the child

21  would be home in the afternoon or evening.  They would

22  do a home visit to just check in and keep -- our

23  position was we had developed, the team had developed a

24  relationship and we wanted to keep that relationship so

25  that when ultimately they came home, we wouldn't be



1   starting from scratch.

2         And that clinician may have been the one

3   person that that child felt comfortable talking with.

4   So we felt it was really important to keep that

5   connection.

6   BY MS. COHEN:

7   Q    So was the home visit, during the period when

8   the child was assigned to the GNETS-Psycho Ed program,

9   was the home visit for the purpose of providing

10  therapeutic services or was it something else?

11  A    Something else.  I would say, there is a

12  difference between care coordination, case management,

13  and delivering therapeutic services.  So this was more

14  case management care coordination than, for instance,

15  an hour of individual therapy.

16  Q    So with regard to the case management care

17  coordination services that you are describing, how were

18  those billed for?

19  A    From the time during 1995 through '99 and 2004

20  that I can speak of through two thousand and probably

21  '6 or '7, they were billed through State grant in aid

22  dollars.

23  Q    As a service?

24  A    As a service.

25  Q    How frequently would these visits be made?



1    A    Usually like once a month.

2    Q    And the employees making the visits were not

3  clinicians, they were case managers?

4    A    So it was kind of a hybrid model.  You would

5  have -- we were deep believers that the clinicians

6  should do home-based work also to get a feeling for

7  what's going on in the home.

8         So you could have had credentialed, master's

9  level clinicians doing that home visit but not doing

10 clinical work, or you could have a bachelor's level

11 behavioral aide who was going to do that home visit.

12 So it was a variety.

13   Q    I guess I am just a little confused about what

14 the non-clinical services would consist of.  Maybe you

15 could describe a typical visit to me.

16   A    More social skills development, so taking a

17 child out, becoming almost like a mentor, so a

18 behavioral aide without a master's degree, bachelor's

19 or even some high school graduates, taking children out

20 and doing social activities after school, spending time

21 with them on a weekend doing community-based engagement

22 activities.

23   Q    What was the frequency of those outings in the

24 child's life?

25   A    It varied, everything from a couple of times a



1  week potentially to maybe once a month, and everything

2  in between.

3       Q     What kind of data or program reports were

4  exchanged between the CSB and the program GNETS or the

5  Georgia Psycho Ed program?

6       A     I don't know.

7       Q     There was nothing that you were aware of?

8       A     Not that I am aware of.

9       Q     Okay.

10      A     I mean, so, you know, there were -- community

11  mental health, community mental health did community

12  mental health, and the schools did the schools.  There

13  wasn't a whole lot of connection.  They were exceptions

14  to that, but they were pretty separate and distinct

15  from each other.

16      Q     In general, it was pretty siloed?

17      A     Yes.

18      Q     So there wasn't a lot of communication between

19  the community health program and the local public

20  schools of the clients that you served?

21      A     Right.  There were exceptions to that.

22      Q     But in general?

23      A     But in general, it was pretty siloed.

24      Q     And the same with, for the kids in the Georgia

25  Psycho Ed program?



1      A    Yes.

2      Q    What was your impression of the Georgia Psycho

3   Ed program during that period or during the two periods

4   we have been talking about from 1995 to 1999 and

5   through, 2004 through 2006 or '7?

6      A    I was focused on our community-based services

7   so I didn't really have an impression.  We were focused

8   on doing what we were charged with doing and so that

9   was what we dedicated our energies to.  We didn't

10  have -- that was an education, that was a local

11  education thing that -- it was separate.

12     Q    What was your mission, then?

13     A    To develop community-based services for

14  children to keep them at home and out of PRTFs.

15     Q    Understood.  Did you learn in 2010 that there

16  was a State auditor's report regarding GNETS?

17     A    No.

18     Q    You didn't hear about that?

19     A    No.

20     Q    You didn't read about it in the paper?

21     A    No.

22     Q    Or the Georgia -- your answers would be the

23  same if I said Georgia Psycho Ed?

24     A    Right.

25     Q    Did you later learn that there was a 2010



1   Georgia State auditor's report with regard to the

2   program?

3        A    No.

4        Q    Did you ever hear reports of inappropriate

5   incidents at the GNETS or Georgia Psycho Ed facilities?

6        A    It was not something that I was paying

7   attention to because it wasn't what we were responsible

8   for.  And we had our, we had our hands full doing what

9   we were supposed to be doing, what we thought we were

10  supposed to be doing.  So I didn't pay a whole lot of

11  attention to that because it was not something that we

12  were, that we had control over.

13       So we didn't really spend, not really, I don't

14  recall ever talking with our team about what's going on

15  in the Psycho Ed Centers.

16       Q    So do you have my question in mind,

17  Commissioner?

18       A    Say it again, please.

19       Q    Did you ever hear reports of inappropriate

20  incidents at the GNETS or Georgia Psycho Ed program?

21       A    Not that I recall.

22       Q    You never heard that a child hung himself in

23  the program?

24       A    Not that I recall.

25       Q    You never heard of children confined in small



 1   spaces or closets?

 2        A    Not that I recall.

 3        Q    And other than understanding the program, the

 4   purpose of the program was to admit students with

 5   emotional and behavioral disorders, you didn't have any

 6   more defined understanding of the entrance criteria?

 7        A    Not in the role that I was in, I did not.

 8        Q    Whether in the role you were in as director of

 9   clinical -- children and adolescent mental health

10   services at the CSB or in any other role you held at

11   that time?

12        A    So our clinicians would have probably been

13   much more aware of, as some of their members that were,

14   that they were serving and they went, they would

15   understand that.  I did not.

16        Q    They didn't report it back to you?

17        A    No.

18        Q    What was the nature of your communications

19   with clinicians about school programs that they

20   visited?

21        A    There were times where we would be allowed to

22   have a clinician go into a school, not a Psycho Ed

23   Center, not a GNETS, but a regular school, and work

24   with either groups of children or see their child in

25   the school setting, or we would provide a behavioral





 1  aide in the school, and they would, when I was in

 2  Rockdale County, report that back up to me, so from --

 3      Q     Their impressions of the program?

 4      A     Not of GNETS or of --

 5      Q     I see.

 6      A     -- of the regular ed setting.

 7      Q     So is it your testimony that your clinicians

 8  never visited a Georgia Psycho Ed or GNETS facility

 9  and --

10      A     No, I cannot answer that.  They may have.  I

11  don't know.

12      Q     You don't know?

13      A     No.

14      Q     Did the program provide therapeutic services?

15      A     It is my understanding that they did.

16      Q     Who did the program employ to provide the

17  therapeutic services?

18      A     County education team members like a school

19  psychologist who was employed by the local school

20  system.

21      Q     Are you speculating, sir, or is it your

22  knowledge that --

23      A     No.

24      Q     You recall a school psychologist employed by

25  the local school system was rendering therapeutic



1   services --

2      A    Yes.

3      Q    -- at the Boston Psycho Ed Center?

4      A    No.

5      Q    Excuse me, at the Georgia Psycho Ed Center?

6      A    At the school system, at the school that I

7   visited in Gwinnett County.

8      Q    At the facility that you visited in Gwinnett

9   County --

10     A    Yes.

11     Q    -- of the Georgia Psycho Ed program?

12     A    Yes.

13     Q    Do you have any other knowledge of therapeutic

14   services that were provided?

15     A    No.

16     Q    Who was the school psychologist that you met

17   or that you heard about at the facility?

18     A    I don't recall his name, but it was a male.

19     Q    Did you meet him?

20     A    Yes.

21     Q    What did you learn from him?

22     A    That they were really busy trying to serve

23   children.

24     Q    Anything else?

25     A    I don't recall.



1    Q    Were those his words, we are really busy
2 trying to serve kids, as best you can recall?
3    A    I remember vaguely just this message of, they
4 are really busy.
5    Q    So you don't remember the words that were
6 exchanged --
7    A    No.
8    Q    -- between you and this individual?
9    A    No.
10    Q    You just remember a general impression being
11 conveyed that they were very busy?
12    A    Yes.
13    Q    Now I am going back to, we have been talking
14 about GNETS and I am going back to asking you about
15 terms that you may have heard or used that I have seen.
16 Another one is evidence-based practices.  Are you
17 familiar with that term?
18    A    I am.
19    Q    How do you understand that?
20    A    Services that have been put in place for an
21 extended period of time that have had some research and
22 data collection that shows that they have proven to be
23 effective.
24    Q    And is part of that proof that evidence can be
25 replicated at more than one site?



1       A     Yes.

2       Q     And in terms of Medicaid reimbursement, of

3    therapy or clinical practice, does it need to be an

4    evidence-based practice?

5             MR. BELINFANTE:  I object to the form.

6             THE WITNESS:  So answer or don't answer?

7             MR. BELINFANTE:  You can answer.  Sorry.

8    BY MS. COHEN:

9       Q     I think you will hear, just to be clear, you

10   will hear an instruction not to answer.

11      A     It doesn't have to be, but it is preferred.

12      Q     Who prefers it?

13      A     That it be evidence-based?  I believe CMS,

14   Center for Medicaid and Medicare Services.

15      Q     Are you also familiar with the term promising

16   practices?

17      A     Yes.

18      Q     How do you understand promising practices?

19      A     Those that have not been -- that have reached

20   the level of, the degree that an evidence-based

21   practice -- it is kind of like the degree just below

22   that.  So it looks very hopeful, but it can't be

23   determined yet because it either hasn't been around

24   long enough or there has not been enough data

25   collection to demonstrate that.



1    Q    So for reimbursement, does CMS require that it
2   either be an evidence-based practice or a promising
3   practice or an exception specifically approved by CMS?
4    A    I don't know.
5    Q    The next concept I want to ask you about is
6   system of care.  And I think you have used that term a
7   couple of times already, but I wanted to take it in
8   order.  How do you understand system of care?
9    A    A comprehensive wraparound providing a variety
10  of services to children to support them in their
11  communities.
12   Q    What do you mean by wraparound?
13   A    We always viewed it as, a system of care is,
14  wraparound services was a term in the children's mental
15  health world that was coined 30, 40 years ago to look
16  at the comprehensive health care needs that a child may
17  have, and wrap those services around that child to help
18  them be successful.
19   Q    Was it a system, a system of care refer to
20  coordinating the work of different agencies providing
21  services to children and adolescents?
22   A    Yes.
23   Q    And collaboration among the agencies is
24  required?
25   A    Yes.



1    Q    When I say agencies, I am referring to State

2    agencies.

3    A    And local.

4    Q    And local such as local school districts?

5    A    Yes.

6    Q    Or quasi-public/private agencies or CSB's

7    public/private agencies?

8    A    Yes.

9    Q    I didn't ask you, but what is a Community

10   Service Board?

11   A    A Community Service Board is an

12   instrumentality of State government that was created in

13   1993 through House Bill 100 to deliver behavioral

14   health and developmental disability services to the

15   citizens in a certain defined community.

16   Q    So it is entirely a public board?

17   A    It is an instrumentality of State government.

18   So it has an independent board that are appointed by

19   the chairs of the County Commission in each community.

20   Q    Understood.

21        During that period when you were at Viewpoint

22   or Rockdale-Gwinnett, were there system of care

23   services provided to individuals with EBD or autism?

24   A    So when you say were there system of care

25   services, there were services that the Community



1  Service Board would offer or the Department of Family

2  and Children Services would offer that played a role in

3  the system of care that was in place in a certain

4  community.  That could vary across the State.  You had

5  some more robust system of care movements in certain

6  communities.

7      Q    You referred to system of care as a movement

8  or as a concept?

9      A    Right.

10     Q    That came into being, I think you said, around

11  40 years ago?

12     A    Wraparound services, system of care probably

13  really took off between '93 -- really, really took hold

14  in the early nineties and was really robust through the

15  mid-nineties, early 2000s and has continued, but

16  probably not -- without as much attention as it had in

17  those earlier days.

18     Q    So going back to the early days, were you a

19  proponent of the system of care?

20     A    Yes.

21     Q    Why?

22     A    Because it helped keep children and families

23  together.

24     Q    How so?

25     A    It provided a wraparound approach to children



1    that, with intensive services that could keep them in

2    their own homes, in their own beds, with their pillow

3    under their head at night.

4        Q    So mechanically, what did that involve?  Did

5    that involve communication between the clinicians for

6    one agency with staff from another agency?  How does it

7    work?

8        A    So you would have primarily Juvenile Justice,

9    Department of Family and Children Services, Community

10   Service Boards, and at times local education coming

11   together to look at the comprehensive needs of a child.

12       Q    Was there ever a time when the Georgia Psycho

13   Ed system participated in that system of care?

14       A    In Gwinnett County, they did.

15       Q    What were the agencies involved in the system

16   of care in which the Georgia Psycho Ed system

17   participated?

18       A    Community mental health, meaning

19   Gwinnett-Rockdale-Newton CSB or Viewpoint Health,

20   Department of Family and Children Services, Department

21   of Juvenile Justice, the local Family Connections

22   office, those are the main ones that I can remember.

23       Q    Where did that collaboration occur?  How did

24   it occur?

25       A    Usually during monthly meetings, and it would



1   rotate.  It could be at one of the community mental

2   health centers, it could be at a DFCS office, it could

3   be at the Family Connections office.  It would rotate.

4       Q   Is system of care something that is mandated

5   in Georgia?

6           MR. BELINFANTE:  I object to the form.

7           You can answer.

8       A   It is part of a legislative direction.  I

9   would say system of care is dependent on which

10  communities you are in.  Some communities really

11  embraced it and others did not.

12  BY MS. COHEN:

13      Q   My question is a little different.  Has the

14  Georgia Legislature enacted a statute with regard to

15  the system of care?

16      A   I believe so.

17          MR. BELINFANTE:  I object to form.

18      Q   Is that 49-5, Sections 220 to 226?

19      A   I don't know which sections it would be.

20      Q   But you have had occasion to read that

21  statute --

22      A   Yes.

23      Q   -- in connection with your work for the CSB?

24      A   No.

25      Q   As Commissioner of DBHDD?



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              52

 1      A    Yes.

 2      Q    And also as Commissioner of DCH?

 3      A    More as Commissioner -- not more, as

 4   Commissioner of DBHDD.

 5      Q    Did the State statute with regard to the

 6   system of care require that a system of care plan be

 7   developed?

 8      A    Yes.

 9      Q    So that's another one of these terms.  What is

10   a system of care plan?

11           MR. BELINFANTE:  I object to the form.

12           You can answer.

13      A    A plan, if you -- so if you go back to our

14   previous discussion about local, the plan that would

15   take State agencies looking at raising up the system, a

16   system of care approach to serving children.  So if you

17   had it at the local level with those local partners,

18   this was the State arm of that looking at similar

19   opportunities to develop system of care.

20      Q    Understood.  Did you participate in the

21   development of the system of care plan at the State

22   level?

23      A    I didn't participate in the creation of it.  I

24   reviewed it.

25      Q    And when was that?



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                        53

1      A    Sometime during the years of 2012 through

2    2016.  I don't recall the exact year.

3      Q    There was a requirement in the State statute

4    that the system of care plan be renewed by the State

5    agencies at periodic intervals?

6      A    Yes.

7      Q    Was it five years?

8      A    I don't recall.

9      Q    The other term I want to ask you about -- let

10   me make a note here.  Is Behavioral Health

11   Collaborative Council, is that a term you are familiar

12   with?

13     A    It is.

14     Q    What is that?  Is that an entity created by

15   Georgia law?

16     A    Yes.

17     Q    What is its function?

18     A    To pull together all State agencies, any State

19   agency that has any potential or any contact with

20   individuals that may have mental health, substance use

21   issues; a way to get a coordinated approach at the

22   highest level of State government to look

23   comprehensively at those needs of those individuals.

24          So if you had a Department of Corrections that

25   had a big population, mental health caseload



1  population, Juvenile Justice, Department of Family and

2  Children Services, a coordinating council that would

3  hear about some of those challenges in the behavioral

4  health world.

5      Q    Did the coordinating council have individual

6  members?

7      A    Yes.

8      Q    Were those employees of the State agencies

9  that provided the services that were being coordinated?

10     A    Yes.

11     Q    Were you a member of the Behavioral Health

12 Collaborative Council in Georgia?

13     A    The Behavioral Health Coordinating Council.

14     Q    Coordinating Council?

15     A    Yes.

16     Q    Sorry.  During what years?

17     A    2012 through 2021.

18     Q    So during the entire time that you were

19 Commissioner of DBHDD?

20     A    I was chair during my time, chair of the

21 Behavioral Health Coordinating Council during my time

22 as Commissioner of the Department of Behavioral Health

23 and Developmental Disabilities and a member of the

24 council during my time as Commissioner of the

25 Department of Community Health.



FRANK BERRY                                      July 29, 2022
UNITED STATES vs STATE OF GEORGIA                        55

1    Q    And as chair, did you have responsibility for

2    overseeing collaboration among the different State

3    agencies that were providing behavioral health

4    services?

5    A    Can you say that one more time?

6    Q    Yes.  As chair, did you have responsibility

7    for overseeing coordination among the different State

8    agencies that were providing behavioral health

9    services?

10   A    No.  I wouldn't frame it that way.

11   Q    What was your role?

12   A    To facilitate the meetings to have the

13   discussions among those State agencies.

14   Q    With regard to issues of coordinating

15   behavioral health services?

16   A    No, I wouldn't frame it that way either.  I

17   would say to hear what challenges the different

18   agencies or the Department of Behavioral Health and

19   Developmental Disabilities was faced with and begin the

20   dialogue to facilitate discussion, to get more people

21   to understand, more State agencies to understand and

22   kind of get behind a more robust behavioral health

23   system.

24        So when I started -- you weren't there, but

25   you were -- when I started, we had just signed a



 1   settlement agreement with the United States of

 2   America's Department of Justice.

 3       Q    You are pointing at Aileen Bell Hughes because

 4   she was instrumental in creating that agreement,

 5   correct?

 6       A    Yes.  And we felt it was really important to

 7   get the other agencies to understand the importance of

 8   this work that we were trying to accomplish.  So we

 9   used the Behavioral Health Coordinating Council to

10   really just dive into the behavioral health settlement

11   agreement that we had and get them to understand what

12   we were trying to do as a State.

13            And that was the, the settlement agreement was

14   and still is, was focused on adults.  So we spent, 99

15   percent of our time with the Behavioral Health

16   Coordinating Council was on keeping them up to speed,

17   getting buy-in, getting them to understand what we were

18   trying to do to accomplish the settlement agreement

19   with the Department of Justice.

20       Q    To implement the settlement agreement, you

21   mean?

22       A    Yes.

23       Q    What were some of the challenges that you

24   faced?

25       A    With?  I am sorry, challenges?



FRANK BERRY                                      July 29, 2022
UNITED STATES vs STATE OF GEORGIA                         57

1    Q    What were some of the challenges, just give me

2   an example of the challenges that you were -- that were

3   discussed or presented at the Behavioral Health

4   Coordinating Council.

5    A    Oh, gosh, the rollout of assertive community

6   treatment teams; the buildout of those services;

7   building communities to serve people; moving from an

8   institutional-based model of care where we served a lot

9   of people with intellectual and developmental

10  disabilities in State institutions and transitioning

11  them into their own homes, into their own communities;

12  getting people to understand that when you can provide

13  care at the local level and in a robust way, that it

14  will help reduce recidivism in the correctional system;

15  that you can serve people with intellectual and

16  developmental disabilities and help them live a life of

17  independence in the community when you provide a

18  significant amount of support for them; and that you

19  can transition them successfully from those State

20  institutions into the community.

21       But some of the challenges were, you have to

22  build communities first before you can adequately do

23  that.

24   Q    And some of the community services that you

25  referred to, I think, one of them is the creation of



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                          58

1  ACT teams, for example?

2      A    Yes, that were part of our agreement with the

3  US Department of Justice.

4      Q    Was the creation of the BHCC part of your

5  agreement?

6      A    I don't believe so.

7      Q    What were the agencies involved?

8      A    With the Behavioral Health Coordinating

9  Council?

10     Q    Yes.

11     A    The Department of Corrections, the Department

12  of Community Health, the Department of Behavioral

13  Health and Developmental Disabilities, Department of

14  Family and Children Services, Department of Education,

15  Department of Labor, I believe the Department of Early

16  Learning and Education, the State ombudsman.  That's

17  all I can recall.

18     Q    Thank you.

19          Was the BHCC involved with children and

20  adolescent behavioral services as well?

21     A    We had a Subcommittee of Child and Adolescents

22  that would report to the larger group.

23     Q    And who chaired the subcommittee?

24     A    It rotated, so there were various chairs.

25     Q    Did it rotate among agencies?



1    A    Yes.

2    Q    Was there someone from DBHDD as chairing the

3  subcommittee during your time?

4    A    Yes.

5    Q    Who was that?

6    A    There could have been a couple.  Matt Yancy

7  was one of our child and adolescent chiefs.

8    Q    At DBHDD?

9    A    At DBHDD.  I don't recall the others.

10    Q    Was Dante McKay one of them?

11    A    Yes, but that was after I had gone to the

12  Department of Community Health.

13    Q    While you were chair --

14    A    While I was on the Behavioral Health

15  Coordinating Council, Dante McKay, I believe, was chair

16  at one point, yes.

17    Q    Did you overlap with Mr. McKay at DBHDD?

18    A    Yes.

19    Q    Were you involved in hiring him?

20    A    No.

21    Q    But he was hired as the director of the Office

22  of Children Needs and Families?

23    A    Yes, I believe so.  Can I add to that?

24    Q    Of course.

25    A    So as Commissioner, you had, for instance, I



FRANK BERRY                                         July 29, 2022
UNITED STATES vs STATE OF GEORGIA                            60

1  think the best way to do this is just describe the

2  organizational structure real quick.  So I had a chief

3  of staff, I had a chief operating officer, a general

4  counsel.  Those were my direct reports.

5         And I had significant amount of trust and

6  confidence in their ability to hire great people.  I

7  had great people.  But you had to be cautious about, if

8  you are the Commissioner, your job is to get out across

9  the State and get by into what you are trying to do.

10        And so the day-in and day-out operations was

11  done by the team back at the department.  So when you

12  asked about, was I, did I interview Dante, no, but that

13  is not because I didn't have an interest in that.  That

14  was because that was probably, sounds terrible, three

15  levels below.

16    Q    But you were aware that Dante was being hired

17  to be the director of OCYF?

18    A    Yes.

19    Q    That was something that would have reached

20  you?

21    A    Yes, that we were moving to have, here's our

22  new child and adolescent director.

23    Q    Was that a new department at that time?

24    A    No.

25    Q    Who had been the previous head?



1      A    I believe Monica Parker -- no.  Before Dante,

2    it was Matt Yancy.

3      Q    And did that office report to Monica Parker

4    Johnson?

5      A    I believe so.

6      Q    What was her title?

7      A    I believe she was the State director of mental

8    health.

9      Q    Going back to the Behavioral Health

10   Coordinating Council, what was the Interagency

11   Directors Team?

12     A    I knew it as IDT.

13     Q    Does IDT stand for Interagency Directors Team?

14     A    Yes.

15     Q    But you are used to referring to it as IDT?

16     A    Yes.

17     Q    I didn't mean to confuse you.

18     A    No, yes.  It was the -- I believe that it was

19   the State agencies who had their points that played the

20   role -- I think it was the agencies' points for the

21   system of care work.  They relied on the IDTs, but I

22   also think that they may have gone down to the local

23   level where you had what used to be called the MATCh

24   team, Multi-Agency Team for Children.  I believe at the

25   local level there was something equivalent to an IDT



1   where it was just the transformation from years ago, 25
2   years ago, Multi-Agency Team for Children, may have
3   become -- I may be confusing two things, so that's why
4   I am just trying to think.
5          Q    Let me break it down a little bit.
6          A    Okay.
7          Q    The Interagency Directors Team had a
8   relationship with the BHCC, correct?
9          A    Yes, they reported out to the Behavioral
10  Health Coordinating Council.
11         Q    Did they also act for them?
12         A    I wouldn't categorize it as acting for them.
13  They did work and then reported out on that work.
14         Q    To the BHCC?
15         A    Yes.
16         Q    And the BHCC met once or twice a year?
17         A    I think they met four times a year.
18         Q    Four times a year.  And the IDT met how often?
19         A    I don't know.
20         Q    And when you refer to points, you are
21  referring to?
22         A    When I --
23         Q    You used the word "points," and I think I
24  understood it as referring to the point of contact or
25  the individual --



1    A    Yes.

2    Q    -- from the agency --

3    A    Yes.

4    Q    -- who served on the IDT?

5    A    Yes.

6    Q    So each agency that was involved in the BHCC

7  had a point of contact who served on the IDT; is that

8  correct?

9    A    I believe that's correct.

10   Q    And DCH was a fully participating member of

11 the IDT when you were there?

12   A    I don't know.

13   Q    DCH was on the Behavioral Health Coordinating

14 Council?

15   A    Yes.

16   Q    During the entire time that you were --

17   A    Yes.

18   Q    -- a State Commissioner?

19   A    Yes.  We had a representative.  I don't recall

20 who, but we had a representative on the IDT.

21   Q    And during that entire time?

22   A    Yes.

23   Q    And did the Department of Education also have

24 a representative during that entire time, the nine

25 years that you were with the State?



1      A    On IDT or on Behavioral Health Coordinating

2   Council?

3      Q    Why don't we ask first about the BHCC.

4      A    Technically, they had a representative on the

5   BHCC.

6      Q    What do you mean by technically?

7      A    There was a -- I think the requirement was

8   that Education participate in the Behavioral Health

9   Coordinating Council.  So legislatively, the Behavioral

10  Health Coordinating Council still mandated who was a

11  member, and Education was a member.

12     Q    And were they an active participant during

13  the, over the nine years that you were there?

14     A    Not during the nine years.

15     Q    No?  At what point were they an active

16  participant?

17     A    So during my time at the Department of

18  Behavioral Health and Developmental Disabilities, I

19  don't recall seeing a member from the Department of

20  Education participate in the Behavioral Health

21  Coordinating Council.

22     Q    Do you mean, by participation you mean they

23  didn't appear at any of the four annual meetings?

24     A    Correct.

25     Q    Did they have a representative on the IDT?



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              65

1        A    I believe so.

2        Q    Who was that?

3        A    I don't recall.

4        Q    Was that individual active during the time

5    when you were at DBHDD?

6        A    I don't recall.

7        Q    With regard to the level of activity of DOE

8    and the BHCC, when did that change?

9        A    There was more of a presence from the

10   Behavioral Health Council member, meaning the

11   superintendent, when Superintendent Woods came, was

12   elected.

13       Q    When was that, to the best of your memory?

14       A    I am trying to put my years together.  Roughly

15   four years ago.

16       Q    Roughly four years ago?

17       A    Roughly four years, a little under four years

18   ago.

19       Q    So roughly 2018?

20       A    Yes.

21       Q    Do you remember his designee on the IDT?

22       A    I do not.

23       Q    The next concept I want to ask you about is

24   school-based mental health services.

25       A    Okay.



1      Q    Are you a proponent of school-based mental

2   health services?

3      A    Yes.

4      Q    What does that term mean?

5      A    The opportunity for children to receive their

6   behavioral health services in the school setting, if

7   that is the best setting, most appropriate setting for

8   them to receive them.

9      Q    Are you referring to their local public

10   schools?

11      A    Yes.

12      Q    General education schools?

13      A    Yes.

14      Q    And my understanding is you have long been a

15   proponent of school-based mental health; is that

16   correct?

17      A    Yes.

18      Q    Why?  What are the advantages?

19      A    It is another -- I am a proponent of it.  It

20   is another opportunity to offer assistance to children.

21      Q    Do you think it is an appropriate opportunity

22   to offer assistance to children?

23           MR. BELINFANTE:  I object to the form.

24           You can answer.

25      A    Could you repeat the question, please?



1  BY MS. COHEN:

2      Q    Yes.  Do you think it is an appropriate

3  opportunity to offer assistance to children?

4      A    In some situations, yes.

5      Q    Is the goal to enable students and families to

6  participate in their local communities to the maximum

7  extent possible?

8      A    Is the goal of school-based services?

9      Q    Yes.

10     A    Yes.  But I think it is important also -- I am

11  sorry, I just want to follow up, if I can.  So I think

12  from a history standpoint, I've been in Georgia a long

13  time, local schools, some embraced school-based

14  services, behavioral health services and others would

15  absolutely not, and did not want anything to do with

16  community-based services in their schools.

17         So early nineties, it was like pulling teeth

18  to get the schools to let a behavioral aide come in,

19  for instance.  And if a child was having some

20  challenges, they didn't want mental health in the

21  school systems, and so it really was not only local

22  district to local district, it was school by school in

23  those local districts that took a long, long time to be

24  able to allow, sometimes, if we were successful to get

25  school-based services in.



1    Q    So what were the reasons that you are a

2    proponent of school-based mental health services?

3    A    I felt like it was just another tool that

4    could be used.  There were times where parents, because

5    of working or because of unavailability would struggle

6    to get their children into outpatient behavioral health

7    clinics, and so for those kinds of situations it was an

8    opportunity to offer some support.

9         The challenge was, though, at times, you know,

10   kids didn't necessarily want to get their mental health

11   services while they were in school.

12   Q    So my question was, what are the reasons that

13   you are a proponent of school-based mental health

14   services?

15   A    It was another avenue to be able to get

16   services to children.

17   Q    Get mental health services?

18   A    Yes.

19   Q    And that was your mission --

20   A    Yes.

21   Q    -- at DBHDD?

22   A    Yes.  I was probably more talking about my

23   time at the Community Service Board and Viewpoint

24   Health.  At DBHDD, the real driving force for us at

25   DBHDD was to keep kids out of PRTFs, residential



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                           69

 1  facilities, and really to deliver care -- well, even
 2  that gets cloudy.
 3      Q    Let me ask you a different question because I
 4  sense that maybe we have lost the thread.
 5      A    Okay.
 6      Q    Okay.  When you were Commissioner of DBHDD,
 7  were you a proponent of school-based mental health
 8  services?
 9      A    I was in favor of it.
10      Q    That's what I mean by proponent.
11      A    Yes.
12      Q    Yes.
13           MS. COHEN:  All right, why don't we take a
14      break, ten minutes or whatever.
15           THE WITNESS:  Okay.
16           MS. COHEN:  As comfortable.
17           THE WITNESS:  Great, thank you.
18           THE VIDEOGRAPHER:  Off the record at 10:58
19      a.m.
20           (Recess.)
21           THE VIDEOGRAPHER:  We are back on the record
22      at 11:18 a.m.
23           MS. COHEN:  Actually, I am just going to shut
24      the door.
25           MR. HOLKINS:  I got it.



1    BY MS. COHEN:

2        Q    So I want to go back to your time at the CSB

3    and ask you, I think you said you had duties as

4    director of system of care innovations at the

5    Gwinnett-Rockdale-Newton CSB; is that correct?

6        A    Yes.

7        Q    And --

8        A    Some form of that title, yes.

9        Q    And it related to the kind of system of care

10   we have been talking about which is encouraging

11   collaboration among the participants in providing

12   services to children who have behavioral health issues?

13       A    Yes.

14       Q    So I notice that innovations is part of the

15   title.  What was your role and what were the advances

16   that were made under your tenure?

17       A    So, I think innovations came later.  I think

18   innovations is probably a term now.  System of care

19   initiatives.

20       Q    Initiatives?

21       A    Yes.

22       Q    So what were the initiatives during your

23   tenure?  And this was between 2004 and 2007, or was it

24   also --

25       A    No.



```
1       Q    -- in 1995 to 1999?

2       A    Yes.  So --

3       Q    I am sorry, I just want to make the record

4   clear.  So between 1995 and 1999?

5       A    Right.

6       Q    You were the head of a committee on

7   innovations -- on initiatives?

8       A    Right.

9       Q    At the CSB?

10      A    No.  So I was head, from 1995 through 1999 --

11  from 1996 or '97 through 1999, I was the director of

12  child and adolescent services.  When I came back in

13  2004, I was over system of care initiatives.

14      Q    Okay.  And what were the initiatives?

15      A    So Georgia in 1992-'93 began to move to

16  serving children in their own communities.  They were a

17  little bit behind some of the other states.  A lot of

18  children were in residential care.

19           So they, Georgia, before I came here, began

20  the movement of wraparound services.  Because I had

21  worked in North Carolina with the Willie M Program

22  where we developed community-based approaches to

23  serving children, I was brought in, interviewed and

24  brought in to begin to really implement a system of

25  care approach, wraparound system of care approach to
```



1   serving children.

2            So from '95 to '95 -- '95 to '99, we did that.

3   Then I went to the Department of Juvenile Justice,

4   continued playing a role in that with the Department of

5   Juvenile Justice, because what's that our revenue

6   maximization and enhancement was about, was developing

7   community-based care; and then when I came back in

8   2004, continued that movement of building the system of

9   care approach for serving children.

10       Q    What were the initiatives that you pursued

11   during that time?

12       A    So wraparound services, which included

13   behavioral aides that could help children with social

14   activities, getting more engaged in their local

15   communities; having a clinician housed, for instance,

16   at the Department of, local Department of Juvenile

17   Justice facility, local DFCS office.  So that if a

18   child came in and during intake in one of those

19   agencies and it was thought that they may have a

20   behavioral health challenge, they would have their own

21   clinician in their office that the Community Service

22   Board was supporting them.

23            And there was some school-based support as

24   well, behavioral aides.  For those local schools that

25   said we are willing to try this, we had school-based



1  behavioral aides in a couple of schools.

2      Q    So it is hard, as we sit here in 2022, I

3  think, to remember a time when there weren't

4  school-based mental health services.

5      A    Yes.

6      Q    What was the opposition and what was the work

7  that you went through at the CSB as part of the

8  initiatives of system of care?

9      A    I mean, those were, golly, you know, schools

10  in Georgia, which was -- and in North Carolina, but my

11  Georgia time, schools were focused, they wanted to

12  focus on reading, writing and arithmetic.  They didn't

13  want to have supports, really, for, for -- in the

14  counties that I was working in, as a general rule, that

15  was foreign to them, to have mental health services be

16  offered in the schools.

17          And so it was literally, I mean, just trying

18  to develop relationships with maybe a progressive

19  school principal to say, give this a chance, and maybe

20  you can reduce some of these behaviors that you are

21  being challenged with.

22          But it was so, I mean, it was just, not just

23  at the local level, it was at this elementary school by

24  elementary school level of trying to get them to

25  understand that when you potentially can offer support.



 1  But it was, I mean, it was -- we had no authority -- so

 2  we were doing this on goodwill because we had no

 3  authority to say, do this.

 4      Q    You were a CSB, not a government regulator at

 5  that time.

 6      A    Yes, we were a local instrument, yes, and so

 7  it was just trying to get buy-in to do this.  But even

 8  at the State level, the State departments like

 9  Behavioral Health or DCH or DFCS -- you mentioned

10  siloed earlier.  The agencies at times work pretty well

11  together, but you have to think about it like this.

12          Well, you don't have to, but if you think

13  about it like this, Department of Family and Children

14  Services, DFCS; Department of Juvenile Justice, DJJ;

15  Department of Early Learning, they are part of the

16  executive branch, they are State agencies that report

17  up to the Governor or to the Governor's office.

18          Department of Education is separate.  And so

19  it is not that people didn't want to figure out

20  creative ways, there was no authority for us to -- it

21  was still based on goodwill, let's try this.

22          And I hate to say it, they are separate,

23  Department of Education, it was always viewed, they've

24  got IEPs that then draw down Federal funds and they do

25  their stuff that is separate for the most part than



 1  what DBHDD or DFCS or Juvenile Justice does, and that
 2  was always a struggle.
 3      Q    I didn't -- yes, so there was this --
 4      A    I am just thinking --
 5      Q    Right, there was this split in your mind
 6  between Department of Education which was providing
 7  education services, and the agencies providing
 8  therapeutic or health services?
 9      A    Yes, there was a split there.  But also, the
10  view at both the local and State level was during the
11  school hours, schools were responsible for delivering
12  because they had Federal funds that they could access.
13          If an IEP was written and it had something in
14  there, that was the school's responsibility to deliver
15  that.  There were exceptions where the schools would
16  reach out and say, hey, can you help us, but those were
17  exceptions.  That wasn't the norm.
18          So both at the department level and at the CSB
19  level, we kind of looked at it as our job is before and
20  after school including weekends and evenings, but
21  during the day, that was a school's issue.  Not to
22  abdicate that responsibility, but it was just, it is
23  not like -- oh, yeah, we don't have anything to do; it
24  was just that that was the way the structure, that was
25  the structure that was in place.

1   Q    Understood.  I just want to ask you one more

2   question about the CSB time when you were on that

3   initiatives role.

4   A    Yes.

5   Q    Were you one of the people going out and

6   building goodwill in the community or was it solely

7   your clinicians reporting to you?

8   A    From '95 to '99, I was one of those people.

9   From 2004 through 2007-'8, I was talking to County

10  Commissioners and doing community presentations but not

11  doing the hands-on.  I was a more senior level

12  administrator at that point.

13  Q    So between 2004 and 2008 you had the same

14  concerns but your outreach was to more senior

15  individuals at the partners?

16  A    In the communities.

17  Q    Got it.  One other thing I wanted to ask you

18  is in terms of the Behavioral Health Coordinating

19  Council, you were the chair?

20  A    Correct, when I was at DBHDD I was the chair.

21  Q    Just when you were at DBHDD?

22  A    Yes.

23  Q    During those years, from 2012 to 2016 when you

24  were at DBHDD, and Department of Education, you

25  testified, was not actively participating, did you



1  reach out to anyone at the Department of Education to

2  you understand the reasons that they were not

3  participating actively in the BHCC?

4      A    When I first started and was just getting into

5  my role as Commissioner, I reached out as Commissioner

6  to the superintendent and say, hey, we've got, this was

7  all new to me also, so got a Behavioral Health

8  Coordinating Council that had been floundering from

9  what I had been told, and so tried to engage the other

10 agency heads to participate.

11     Q    And did you have any success with the

12 Department of Education?

13     A    No.

14          THE REPORTER:  Can we go off the record a

15     second, please?

16          MS. COHEN:  Sure.

17          THE VIDEOGRAPHER:  Off the record at 11:30

18     a.m.

19          (Discussion ensued off the record.)

20          THE VIDEOGRAPHER:  Back on the record at 11:32

21     a.m.

22 BY MS. COHEN:

23     Q    You mentioned earlier the concept of authority

24 and Department of Education reporting up through a

25 separate route and the care agencies.  Was there a lack

1  of authority, did you think that was the reason that

2  you were getting the cold shoulder at Ed or GaDOE or

3  was there something more?

4      A    During my time at DBHDD as Commissioner, I

5  don't know why the superintendent did not participate

6  in the Behavioral Health Coordinating Council, and I

7  did not have the authority to tell him to attend.  He

8  was an elected official --

9      Q    Understood.

10     A    -- that made his own decisions.

11     Q    When you rose from CEO of Viewpoint to

12  Commissioner of DBHDD, do you believe that your work on

13  the CSB initiatives toward a system of care was a

14  factor in your appointment?

15     A    No.  And I will tell you why.

16     Q    Okay.

17     A    I had been CEO for three years at Viewpoint

18  Health and really, the system of care movement really

19  was impacted in 2008 when the whole funding streams

20  changed.  And so we had people that were focusing on

21  the system of care movement.

22         My emphasis then really shifted to adults,

23  from 2009 through 2012, and the emphasis was on not

24  accessing the State hospital systems.  There was this

25  big looming, at the time, settlement agreement with the



1    United States of America's Department of Justice, and

2    we were doing everything we could to prepare the adult

3    system to try to serve as many of our adults in our

4    three Counties, Gwinnett, Rockdale, Newton Counties.

5         And the emphasis for me personally had really

6    shifted.  I was still passionate about children, but

7    the role needed me to be more focused on adults because

8    that's where, that's what the pressure was from, on

9    community service boards from the State, was to address

10   adults.

11        Q    And the shift in funding was the creation of

12   the CMOs?

13        A    Correct.

14        Q    When you became Commissioner of the

15   Department, DBHDD, were you still passionate about

16   systems of care?

17        A    Yes.

18        Q    And encouraging collaboration among providers?

19        A    Yes, and also focusing on the settlement

20   agreement with the United States of America's

21   Department of Justice.

22        Q    I am glad that that has some influence.  And

23   the concept of school-based mental health services

24   requires that that student be given services and

25   supports to remain in the most integrated general



1  education setting?

2      A    When appropriate and possible, yes.

3      Q    Obviously, when appropriate and possible, but

4  that's the focus?

5      A    Yes.

6      Q    Did you consider at that time GNETS or the

7  Georgia Psycho Ed program to be an integrated setting?

8      A    I didn't really give it any thought.

9      Q    You didn't form a judgment, you didn't have

10  enough information to form a judgment?

11      A    I did not.

12      Q    Just going back to, so we can get through

13  these concepts, if a school district sends a student

14  away from her community or local general education

15  school to receive behavioral health services in this

16  segregated setting at another school, would you

17  consider that latter school to be school-based, to be

18  offering school-based mental health?

19      A    Say the question one more time, please.

20      Q    It wasn't a very good question.

21      A    No, I think I know, but just --

22      Q    Let me see if I can get at it another way.

23      A    Thank you.

24      Q    So the GNETS or Georgia Psycho Ed offers a

25  very segregated setting for students, either in a



 1  segregated classroom within a regular gen ed school
 2  with no access to the rest of the population or in a
 3  standard facility, right?
 4      A    Yes.
 5      Q    But it purportedly offers therapeutic
 6  services?
 7      A    Yes.
 8      Q    Is that consistent with the school-based
 9  mental health movement as you are advocating for it?
10          MR. BELINFANTE:  I object to the form.
11          You can answer.
12      A    So there are shades of gray.
13  BY MS. COHEN:
14      Q    Okay.  Let's hear the shades.
15      A    So priority would be serve the child in their
16  normal regular school.  If their behaviors --
17      Q    Where possible and appropriate?
18      A    Yes, thank you.
19          If that's not possible and appropriate, then I
20  guess a referral or I would say a referral to a psych,
21  I am back in the Psycho Ed days, not GNETS, because
22  that was when I was working, it was Psycho Ed Centers,
23  when I was at the local level.
24          The goal -- the top priority was to keep
25  children out of PRTFs.



1    Q    I understand.

2    A    And from being sent out of State.  So the big

3  movement was bring children back that have been placed

4  out of State and do your best to not get them into

5  PRTFs.  So in some regards, if they can sleep in their

6  own bed at night, the view kind of was if they could

7  sleep in their own bed at night and still stay at home,

8  but if they were getting their services, that was

9  better than a referral to a PRFT where they would be

10  taken aware from their families.  So that was kind of

11  the big picture view.

12    Q    Understood.  So if you are talking about

13  better, best would be to have the child in the assigned

14  local or home school?

15    A    Yes.

16    Q    And receiving services and supports to remain

17  in the local home school?

18    A    Yes.

19    Q    And the movement, which was a national

20  movement really, not just in Georgia, correct?

21    A    Correct.

22    Q    Based on research?

23    A    Yes.

24    Q    Evidence-based practices?

25    A    Yes.



1      Q    Was to enable students to remain in their

2    local home-based school with appropriate services and

3    supports?

4      A    Yes.

5      Q    And not to be sent to restrictive environments

6    such as GNETS?

7      A    Yes.

8          MR. BELINFANTE:  I object to form.

9    BY MS. COHEN:

10     Q    The other thing I have seen a lot of, the

11   other concept is continuum of care.  And I've even seen

12   a brochure --

13         MS. COHEN:  Do we have that?  Let's mark that.

14     Is that Exhibit 1 -- 348.  Thank you.

15         (Plaintiff's Exhibit 348 was marked for

16     identification.)

17     A    Is this where I use Zoom?

18     Q    Patrick will put it up.

19     A    Okay.  I don't do anything?

20     Q    He will put it up.  And I think he will give

21   you control so you can really look at it.

22         MR. HOLKINS:  Mr. Berry, do you have control

23     of the document?

24         THE WITNESS:  Yes.

25   BY MS. COHEN:



1      Q    Do you recognize this?

2      A    Yes, I recognize it.

3      Q    What is it?

4      A    It is an agenda from a system of care

5  conference.

6      Q    Was it a system of care conference at which

7  you spoke?

8      A    Yes.

9      Q    Is that funny-looking guy on Page 7, is that

10  in fact you?

11      A    Yes.

12      Q    And the biography there on Page 6, I guess of

13  the brochure, Page 7 of the pdf, and it talks about

14  your reputation with regard to working with consumers,

15  family members, advocates and service providers to

16  achieve the Department's mission.

17      A    Yes.

18      Q    And to support individuals in their home

19  schools?

20      A    Yes.

21      Q    And this was a brochure for something called

22  the System of Care Academy?

23      A    Yes.

24      Q    Was that a DBHDD-sponsored event?

25      A    Yes.



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              85

1        Q     And what is the System of Care Academy?

2        A     That was a conference that we sponsored with,

3    as a result of a system of care grant that was -- I am

4    trying to remember when it ended, that had ended

5    several years before this, but the System of Care

6    Academies were something that the State embraced to

7    continue to try to get the message out, of the value of

8    wraparound and community-based care for children and

9    families.  And this was the Department's way of being

10   able to still demonstrate its support for that

11   movement.

12       Q     And so you were speaking on behalf of the

13   Department --

14       A     Yes.

15       Q     -- as the Commissioner about the virtues of

16   the system of care?

17       A     I don't recall what I was speaking on.  More

18   than likely I was -- I don't recall what I was speaking

19   on because it could have been that I did just that, but

20   it also could have been, I am here as the Commissioner

21   to welcome you and say, introduce maybe even the

22   keynote who was from SAMHSA, the Substance Abuse and

23   Mental Health Services Administration.

24       Q     Who was that?

25       A     Gary Blau.  So I may have done an introductory



FRANK BERRY                                    July 29, 2022
UNITED STATES vs STATE OF GEORGIA                         86

1   welcome to the conference.

2       Q    And SAMHSA which is the Substance Abuse and

3   Mental Health Services Administration, a Federal

4   agency, has been advocating for some time for system of

5   care?

6       A    Yes.

7       Q    And in fact it is a requirement of many of the

8   SAMHSA grants that the State describe the system of

9   care that it will be implementing?

10      A    Yes.

11      Q    The behavioral health system?

12      A    Yes.

13      Q    And is the brochure accurate where it says at

14  Page 6 near that photograph, quote, "Berry places a

15  high value on working as a team with consumers, family

16  members, advocates, service providers, elected

17  officials, State and Federal agencies and all DBHDD

18  employees to achieve the Department's mission"?

19      A    Yes.

20      Q    And then there is a colon?

21      A    No, it is not on my -- I'm sorry for

22  interrupting.  It is gone from my screen.

23      Q    Technology is wonderful when it works.

24          MR. HOLKINS:  Can we go off the record?  He is

25      no longer on Zoom.  At least the window is not

1   open.

2         THE VIDEOGRAPHER:   Off the record at 11:48

3   a.m.

4         (Discussion ensued off the record.)

5         (Luncheon recess.)



```
 1                    AFTERNOON RECESS

 2                       12:42 p.m.

 3          THE VIDEOGRAPHER:  We are back on the record

 4       at 12:42 p.m.

 5   BY MS. COHEN:

 6       Q    Commissioner, how are you presently -- you are

 7   presently employed by Ernst & Young?

 8       A    Yes.

 9       Q    Is that the name of the outfit?

10       A    Yes.

11       Q    What is your job title at Ernst & Young?

12       A    Managing director.

13       Q    What is your area of responsibility?

14       A    Medicaid transformation at a national level,

15   so helping states do transformation to prepare their

16   Medicaid divisions and departments for the upcoming

17   health care environment.

18       Q    For care management --

19       A    No, just in general.

20       Q    I think you told me previously that you are

21   working in 49 states?

22       A    I can work in 49 states.

23       Q    You can work in 49 states?

24       A    We are very selective right now.  I can work

25   in all states, but I am not working in Georgia.
```



1   Q   So how long are you barred from working in

2   Georgia?

3   A   I was not barred.  That was at my request.

4   Q   At your request?

5   A   Yes.

6   Q   So you can go back to working in Georgia at

7   any time?

8   A   If I chose to.

9   Q   Yes, okay.

10      Now, the brochure that we were looking at when

11  we went out refers to or describes the Department,

12  DBHDD's mission as "leading an accountable and

13  effective continuum of care to support Georgians with

14  behavioral challenges and intellectual and

15  developmental disabilities in a dynamic health care

16  environment."

17      Would you agree that describes the mission of

18  DBHDD during the time you were there?

19  A   Yes.

20  Q   The brochure refers to a continuum of care.

21  Is that a term of art in the context of a system of

22  care?

23  A   It can be used as part of a system of care,

24  but it can be used just in general of behavioral health

25  services.  Even if you are not referring to the system



 1 | of care, continuum of care can be used across all
 2 | disciplines, children, adults, individuals with
 3 | intellectual and developmental disabilities.
 4 |      Q    What does it refer to?
 5 |      A    A continuum of care would be access to various
 6 | resources that are available at any given time, and in
 7 | my lens, the ebbs and flows of when a person may need
 8 | access to them.  So, best example is, let's say you
 9 | come in for an assessment and you are in an acute
10 | critical crisis.  You would access crisis services.
11 |           The continuum of care is what you ultimately
12 | may have access to throughout your course of treatment.
13 | It may be at times high-intensity, it may at times be
14 | lower-intensity.  All of those make up the continuum of
15 | care.
16 |      Q    And an individual would move in and out of
17 | those settings as appropriate?
18 |      A    Right.
19 |      Q    What were the settings offered on the
20 | continuum of care provided by DBHDD when you were
21 | Commissioner in the years 2012 to 2016?
22 |      A    So very distinct population, so --
23 |      Q    I am referring to individuals, to children and
24 | adolescents --
25 |      A    Oh, children.  So --



FRANK BERRY                                           July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              91

1    Q    -- DBB.  I am sorry.

2    A    So the Department did not deliver direct care.

3  The Department contracted with community service boards

4  and other providers to deliver the direct care who

5  offered the continuum of care.

6         So, in the Department of Behavioral Health and

7  Developmental Disabilities, was only very technically

8  speaking responsible for uninsured children that didn't

9  have any other coverage.

10   Q    I am going to stop you right there.

11   A    Okay.

12   Q    So the Department was a link required to

13 provide insurance for uninsured children who didn't

14 have access to services, correct?

15        MR. BELINFANTE:  I object to the form.

16        You can answer.

17   A    They didn't provide insurance, they had a, the

18 Department had a limited amount of funding that went to

19 support uninsured children, because if you think

20 about --

21 BY MS. COHEN:

22   Q    That's all right.

23   A    Okay.

24   Q    I am mindful of our time.

25   A    Okay.



1    Q    You testified previously about the Georgia

2  Psycho Ed and you became aware, I think at some point

3  that, it was the GNETS system?

4    A    Right.

5    Q    And that was during the time you were

6  Commissioner of DBHDD.  Was that on the continuum of

7  care that was offered by DBHDD?

8    A    I am sorry, was what offered?

9    Q    The GNETS program.

10   A    No.

11   Q    Was one of the initiatives that you

12  implemented when you were the Commissioner of DBHDD the

13  APEX program?

14   A    It was one of the initiatives that the

15  Department started, yes, I believe so.

16   Q    The Department created it during your tenure?

17   A    I believe so, yes.

18   Q    Are you familiar with it?

19   A    Yes.

20   Q    Did you spend time on it as Commissioner?

21   A    I am familiar with it.  I didn't spend time on

22  it.  I know what it is and I knew what it was, but I

23  didn't spend --

24   Q    What is it?

25   A    School-based behavioral health services for



 1  children that had serious emotional disturbances --

 2  well, school-based behavioral health services.

 3      Q    Was it a collaboration among DBHDD, DCH, the

 4  CSBs and the local school districts?

 5      A    I would say it was a collaborative between

 6  DBHDD, the CSBs and some local school districts.  DCH

 7  didn't really play a role in that.

 8      Q    DCH did not.

 9           Was the APEX program part of Georgia's system

10  of care for children and adolescents with EBD?

11      A    I don't know.

12      Q    You don't know?

13      A    I don't definitively know.

14      Q    How is that possible since you were the Chair

15  of the Behavioral Health Coordinating Commission,

16  Coordinating Council and you were part of the DBHDD?

17  What is the ambiguity that you are focused on?

18           MR. BELINFANTE:  I object to form.

19      A    So I don't know if it was formally -- ask your

20  question again, please.

21  BY MS. COHEN:

22      Q    Yes.  Is APEX part of, the APEX program part

23  of Georgia's system of care for children and

24  adolescents with EBD?

25      A    So the reason I don't know is APEX came about



1  | right when I was leaving.

2  |      Q    I see.

3  |      A    And so I don't know whether it was ever

4  | formally put into the system of care, a formal

5  | document.

6  |      Q    What kind of formal documents would

7  | evidence --

8  |      A    The report, the every couple of year

9  | legislative required report.

10 |      Q    I see.  From the point of view of DBHDD, was

11 | it the intention of the Department in creating the

12 | program that it would be part of the system of care?

13 |      A    I don't know.

14 |      Q    Do you understand my question?

15 |      A    Yes, but I wasn't involved in that level of

16 | discussion of whether it would be involved, whether it

17 | would be incorporated into the system of care.  It was

18 | an initiative that had just gotten started, but I don't

19 | know if it was -- I don't recall if it was a formal

20 | part of the system of care initiative.

21 |      Q    So the State system of care was just getting

22 | off the ground in 2015 and 2016?

23 |      A    Right, yes, I think that's a fair statement,

24 | at that level.

25 |      Q    At that level, because you talked about the



1   local level previously --

2       A    Right.

3       Q    -- and the initiative that you carried out at

4   Viewpoint.

5       A    Right.

6       Q    What is the relationship between the CSBs and

7   APEX?

8       A    The CSBs were one of the providers of the APEX

9   program that I am aware of.

10      Q    Were there other providers other than the

11  CSBs?

12      A    I don't know.

13      Q    What was the relationship of the CMOs to APEX?

14      A    I don't believe -- I don't know.  I don't

15  think there was a relationship that I am aware of.

16      Q    So coming back to GNETS, you knew during your

17  period as Commissioner that there was a program for

18  children and adolescents with emotional and behavioral

19  disorders, correct?

20      A    Yes.

21      Q    And you knew that they were maintained in

22  segregated settings?

23      A    Yes.

24      Q    And to your knowledge, did GNETS provide

25  behavioral health care services to children and



1   adolescents with EBD during your time as Commissioner?

2       A    Yes.

3       Q    What behavioral health services were they?

4       A    Group therapy, counseling, psychological

5   evaluations.

6       Q    Were they evidence-based practices?

7       A    I don't know.

8       Q    How do you know that those are the services

9   that were offered by GNETS?

10      A    I am basing that on my visit to the GNETS

11  program that day back in the mid-nineties.

12      Q    Is that the extent of your knowledge?

13      A    Yes.

14      Q    Who on your staff at DBHDD was principally

15  responsible for coordinating with the Department of

16  Education when you were Commissioner?

17      A    Probably the child and adolescent, child/young

18  adult director, so that would be Dante and Matt Yancy

19  that I am aware of.

20      Q    Dante McKay or Matt Hanson and their staff?

21      A    Matt, not Matt Hanson, Matt Yancy.

22      Q    And did they report through the channels to

23  you that they were doing such coordination with GNETS?

24      A    Not that I recall.

25      Q    Was there any discussion of GNETS at the IDT



1    during the period when you were Commissioner of DBHDD?

2         A     Not that I recall.  But I didn't participate

3    in the IDT meetings.

4         Q     You were the chairman of the Behavioral Health

5    Council -- Coordinating Council?

6         A     Right.

7         Q     To which the IDT reported up.

8         A     Right.

9         Q     And you didn't hear of it?

10        A     Not of coordination with GNETS or the Psycho

11   Ed Centers that I recall.

12        Q     And the IDT was responsible for implementing

13   the system of care?

14        A     Not implementing, they were responsible for

15   the creation.  It was kind of a framework that was put

16   in place.  They didn't have authority to implement.

17        Q     Let's look at the system of care State plan.

18             MS. COHEN:  And if there is no objection, I'm

19        just going to mark a color copy as Exhibit 349.  It

20        was also produced in black and white as GA04245177

21        to 243, but if there is no objection, I will just

22        use it, and I gather there is none.

23             MR. BELINFANTE:  No objection.

24             MS. COHEN:  I will just use a color copy

25        because I think it is a little easier to see.



```
 1              (Plaintiff's Exhibit 349 was marked for
 2         identification.)
 3    BY MS. COHEN:
 4         Q    Do you see it, Commissioner?
 5         A    Not yet.  It is coming up now.  Okay.
 6              MR. HOLKINS:  You have control of the
 7         document, Commissioner.
 8         A    Great.
 9         Q    Do you want to take a minute to page through
10    it?  Just tell us when you are ready.
11              (Pause.)
12         A    Okay.
13         Q    This was created, I am going to represent to
14    you, in 2017, but have you seen it before?
15         A    Yes.
16         Q    Were you part of the planning for this?
17         A    No.
18         Q    When did you see it?
19         A    I don't recall.
20         Q    Did you see it at or about the time it was
21    issued?
22         A    I don't recall.
23         Q    Do you know who the principal authors were of
24    this?
25         A    No, I do not.
```



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                                    99

1    Q    Did you see it before it was in draft?

2    A    I don't recall.

3    Q    Did you see it while you were the Commissioner

4  at DCH?

5    A    Yes.

6    Q    Who sent it to you?

7    A    I don't recall.

8    Q    Let's look at Page 11.  There is Chronology of

9  Key Events.  Do you have that in front of you?

10    A    Not yet.  I am almost there.  Okay.

11    Q    Looking at 1992, do you see that?

12         MR. HOLKINS:  Commissioner, we are actually

13    taking control of the document back so we can

14    direct you to it.

15         THE WITNESS:  I am at the history of SOC.  I

16    see 1982, yes, 1992.  I see 1992.

17  BY MS. COHEN:

18    Q    Do you see figure 2 and the reference to 1992?

19    A    Yes.

20    Q    And it says, "SAMHSA required all states

21  receiving mental health block grant funds to develop a

22  separate children's plan addressing an organized,

23  comprehensive, community-based SOC."

24    A    Yes.

25    Q    Do you see that?  And do you recall that in



1   1992 SAMHSA required all states receiving mental health

2   block grants to implement such a plan for children?

3        A    I was not familiar with that back in 1992.

4        Q    But you became aware subsequently?

5        A    Yes.

6        Q    You understand SOC there to refer to --

7        A    Yes.

8        Q    -- the system of care?

9        A    Yes.

10       Q    And during your tenure in the Department, did

11  the Department hold a mental health block grant?

12       A    Yes.

13       Q    Were you part of the application process for

14  that?

15       A    Probably as Commissioner I was.

16       Q    In fact, as Commissioner, you were the

17  grantee, right?

18       A    I don't know.  I don't know.

19       Q    You don't remember?

20       A    Right.

21       Q    But in any case, as part of the mental health

22  block grant, the State of Georgia and the Department of

23  Behavioral Health and Developmental Disabilities was

24  required to describe its system of care plan for

25  children?



1    A    Yes.

2    Q    And GNETS is not mentioned in the system of

3  care plan, right?

4    A    I don't recall.

5    Q    You don't recall.  There is also reference in

6  the chronology, if we look at the year 2000, it says,

7  "A SAMHSA grant was awarded to Rockdale and Gwinnett

8  Counties to create system of care collaboratives called

9  Peach State Wraparound Initiative, eventually renamed

10  Kidsnet."  Is that what you were involved in?

11    A    Yes.

12    Q    And then in 2004, there was a further grant,

13  the SAMHSA Child and Adolescent State Infrastructure

14  Grant, the CADIG, C-A-D-I-G?

15    A    Yes.

16    Q    And were you aware of that?

17    A    Yes.

18    Q    What were the elements of the statewide

19  collaborative?

20    A    To put on the System of Care Academy and to in

21  essence use the work that had been done through the

22  initial Kidsnet grant to be kind of an incubator for

23  developing a system of care approach throughout the

24  State.

25    Q    Who had been part of the Kidsnet development?



1    Was there one CSB that led the way?

2        A    For the first Kidsnet one, yes, the

3    Gwinnett-Rockdale, GRN Community Service Board, yes.

4        Q    Who were the collaborators in that statewide

5    collaborative by category, not by specific name of

6    individual entity?

7        A    I am sorry, say that say question again.

8        Q    Kidsnet was a statewide system of care

9    collaborative, right?

10       A    It started as a Gwinnett-Rockdale, somewhat

11   Newton and then ultimately was embraced by the State to

12   be the statewide system of care framework.

13       Q    And that framework included collaborators?

14       A    Yes.

15       Q    And who were the collaborators by category?

16       A    At the statewide level?

17       Q    At the Kidsnet level.

18       A    DBHDD -- well, at the time it was DHR and it

19   was --

20       Q    That was the predecessor agency to DBHDD?

21       A    Right, and it was MH, Office of Mental Health.

22   Then it was Department of Juvenile Justice.  See, I

23   wasn't involved with that in 2000 -- I am trying to

24   think.

25            Let me just think about my timeline.  Yes,



1  Juvenile Justice, you had Mental Health, Family

2  Connection, and you had DFCS, Department of Family and

3  Children Services.

4      Q    Did the Department of Education play any role?

5      A    I don't recall them playing a role.

6      Q    Do you recall any role for the GNETS program

7  in that statewide collaboration?

8      A    I don't, but I am not sure that I was a member

9  of the statewide collaboration in 2005.

10     Q    Let me ask you something else.  In 2008, DBHDD

11  received approval for a 1915(c) waiver for, to provide

12  mental health services.  Were you involved in that in

13  any way?  I know you were not yet at the Department,

14  but did you have any involvement in stimulating or

15  advocating for the waiver?

16     A    Yes.

17     Q    What was your involvement?  This was when you

18  were at Viewpoint.

19     A    We were helping the State with their framework

20  of what that would look like because of our role with

21  Kidsnet.

22     Q    And what were your contributions to the

23  framework?

24     A    The System of Care Academies that were ongoing

25  from the early days of Kidsnet when GRN-Viewpoint



1  Health was administering that, and subject matter

2  expertise of leadership on system of care, of the

3  system of care model.

4      Q    Did you participate in writing a draft or

5  reviewing a draft of the CBAY waiver, which is

6  Community-Based Alternatives for Youth.

7      A    Community-Based Alternatives for Youth.  I

8  probably reviewed it, but I was not an author of it.

9  But I probably reviewed it.

10     Q    Ultimately, DBHDD received the waiver from

11  CMMS, correct?

12     A    Believe I so.

13     Q    And was that program successful?

14     A    I don't know.

15     Q    In your view as Commissioner, was it a

16  successful program?

17     A    I'd like to say yes.  Yes.

18     Q    What were the elements of its success?

19     A    Reduction of out-of-home placements; improved

20  school performances; keeping children out of the

21  juvenile justice system; helping children who were

22  ready to find part-time jobs in employment; reduced

23  number of violent or aggressive outbursts in home and

24  in schools and in their community.

25     Q    So according to -- those were metrics that are



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                          105

1   part of the program that DBHDD watched to measure the

2   success of the program?

3        A    I believe so, yes.

4        Q    And did community care providers like that

5   program?  Was that the feedback from community care

6   providers?

7        A    I don't know.

8        Q    You weren't aware that the community care

9   providers reacted positively to the CBAY waiver

10  program?

11       A    Yes.

12       Q    Yes, what?

13       A    Yes, they, the people that I spoke to, which

14  was a very limited number of people, primarily

15  community service boards, were pleased with the, what

16  CBAY was offering.

17       Q    What did they like about it?

18       A    That it was an additional tool that they had

19  to keep children and families together in their own

20  homes, in their own communities.

21       Q    By providing mental health services in the

22  community?

23       A    Yes.

24       Q    And by providing mental health services in

25  school?



1    A    In the limited -- I don't know about the
2  school aspect.  I just know that they liked it as a
3  whole.  I don't recall being told that they liked it in
4  the schools.
5    Q    Did that -- and this is what you heard when
6  you were the Commissioner of DBHDD as feedback from the
7  CSBs?
8    A    So I was -- I started in 2012.  CBAY was
9  really instrumental before I started as Commissioner.
10  But after I was Commissioner, there were still aspects
11  of CBAY that were going on and heard positive things
12  about it.
13    Q    So as Commissioner, you heard positive things
14  about it?
15    A    Yes.
16    Q    And as the CEO of Viewpoint, you also heard
17  positive things about it?
18    A    Yes.
19    Q    As CEO of Viewpoint, you had a positive
20  attitude toward this waiver?
21    A    Yes.
22    Q    Did the waiver sunset at a certain point?
23    A    I believe so.
24    Q    Why did the program end or sunset?
25    A    It was a Federal initiative where the Federal



1  funds go away.  And it was up to the State to continue

2  those, and I don't know if there was funding to

3  continue it as it was originally designed.

4      Q    Did the State make an effort to continue it?

5      A    Aspects of it, I believe so.

6      Q    But not the waiver program as a whole?

7      A    I don't know.

8      Q    Under the name CBAY?

9      A    I believe we were able to, even when I was

10  Commissioner, keep pieces of it, but I don't recall

11  what those pieces were.

12      Q    But the program as a whole sunsetted?

13      A    I believe that's right.

14      Q    I want to ask you about DBHDD.  I think you

15  were the second Commissioner?

16      A    Yes.

17      Q    That must have been quite an honor.

18      A    Of a lifetime.

19      Q    And the Legislature created the agency in what

20  year?

21      A    I believe it was either 2009 or 2010.

22      Q    What was the impetus for the creation of

23  DBHDD?

24      A    I think to get more attention to, to get more

25  attention to mental health, substance use and



1  developmental disabilities and break it up from being a

2  part of a much larger agency.

3      Q    In addition to the more kind of specific or

4  intentional attention that you are describing, was the

5  creation of DBHDD also important to the states

6  competing for and receiving SAMHSA grants?

7      A    I don't know.

8      Q    Would you recall that under the SAMHSA grants,

9  there was a concept of responsible state agency?

10     A    I don't know.  I am familiar with the single

11  state authority.

12     Q    Single state authority?

13     A    SSA.

14     Q    Thank you.

15     A    And that DBHDD was the single state authority

16  for the SAMHSA dollars that came from Substance Abuse

17  Mental Health Services Administration.

18     Q    So prior to 2009, there was not a single state

19  authority?

20     A    I think that it was MHDDAD, Mental Health

21  Developmental Disabilities substance use that fell

22  under the Department of Human Resources, DHR.

23     Q    So it was two agencies prior to that time?

24     A    It was a division under a department.

25     Q    And it became a separate agency?



1     A     And it became its own department.

2     Q     Thank you.  And DBHDD received many grants

3    from SAMHSA in the years 2009 through 2016, right?

4     A     Yes.

5     Q     The mental health block grant?

6     A     Yes.

7     Q     The, is it CHIPRA grant?

8     A     Yes.

9     Q     And --

10     A     I don't know if DBHDD got CHIPRA or DCH got

11    CHIPRA.

12     Q     But in any case --

13     A     The State got CHIPRA.

14     Q     The State got CHIPRA?

15     A     But I am not sure which one received those

16    funds.

17     Q     There were also grants for SAMHSA's Healthy

18    Transitions program?

19     A     I don't recall.

20     Q     Let's move on.  In 2009, were you aware that

21    my office, the Department of Justice, sued Georgia for

22    lack of community-based services?

23          MR. BELINFANTE:  I object to the form.

24     A     Say the question again, please.

25    BY MS. COHEN:



1    Q    Let me back up.  Exhibit 349 is the system of

2   care plan, right, that you identified?

3    A    Yes.  It is not up now.

4    Q    Sorry, it is hard with the electronic

5   exhibits.  I apologize.

6    A    No, that's okay.

7    Q    It is even harder to bring paper copies.

8   2009, right there?

9    A    Yes, I am familiar with that.

10    Q    And CHIPRA refers to the Children's Health

11   Insurance Program Reauthorization Act of 2009?

12    A    Yes.

13    Q    And the Department of Justice sued Georgia --

14    A    Yes.

15    Q    -- in that year citing a lack of

16   community-based services?

17    A    Yes, for adults, is my understanding.

18    Q    And then in 2010, according to this document,

19   the interagency directors team was founded from Kidsnet

20   Georgia Statewide SOC Collaborative?  Is that

21   consistent with your memory?

22    A    Yes.

23    Q    And the Governor's Office of Children and

24   Families was created?

25    A    Yes.



FRANK BERRY                                                  July 29, 2022
UNITED STATES vs STATE OF GEORGIA                                      111

1    Q    Then in 2011 on your watch, the Department

2    created, or this was prior to your joining the

3    Department, created an updated five-year plan for the

4    system of care?

5    A    I can't speak to the 2011 part.

6    Q    When you came into place, the 2010 system of

7    care plan was in effect, correct?

8    A    Yes.

9    Q    And that was something that you were

10   interested in the Department's pursuing faithfully?

11   A    Yes.

12   Q    Also in 2011 the Center of Excellence was

13   formed?

14   A    Yes.

15   Q    What is that?

16   A    I believe the Center of Excellence was a

17   partnership with Georgia State University to kind of be

18   the, the repository and the kind of almost like project

19   management of data and everything else related to

20   system of care for Georgia.

21   Q    Did you meet with representatives of the COE?

22   A    Yes, when they first were establishing the

23   partnership, I believe so.

24   Q    Who did you meet with?

25   A    I don't recall.



1    Q    Is Ann DiGirolamo one of the people you met

2    with?

3    A    Say the name again, please.

4    Q    Ann, and then the last name is hard but I will

5    spell it for you, DiGirolamo, D-I-G-I-R --

6    A    I don't recall meeting with her.

7    Q    Do you recall anyone you met with from the

8    COE?

9    A    I think I remember meeting with Karen Minyard

10   and Angie, but I don't recall Angie's last name.

11   Q    Was it Angie Snyder?

12   A    I don't recall the last name.

13   Q    And then in 2012 you became the Commissioner

14   of DBHDD and you pursued the system of care framework?

15   A    Yes.

16   Q    Do we need to break?

17   A    No, I just heard that, somebody say, "Here's

18   what I found."

19   Q    You were pursuing it in two capacities, the

20   system of care both as the chair at the Behavioral Care

21   Coordinating Council; is that right?

22   A    So this is an interesting time, and I think it

23   deserves a little bit of explanation.  So when I came

24   in --

25   Q    Even with our schedule?



1      A    Yes, I am sorry.

2           When I came in, the priority was the

3    settlement agreement with the United States Department

4    of Justice, which was adult-focused.

5           So I was a huge supporter and still am of the

6    system of care approach, but had to let our team focus

7    on that because the priority for the administration was

8    the settlement agreement that we had just signed maybe

9    ten months before I started, a little over a year

10   before I started.

11     Q    Let me interrupt you here, Commissioner,

12   because my question didn't relate to what was the

13   single priority of the Department.  My question related

14   to whether the system of care was something that the

15   Department focused on when you were Commissioner.

16     A    Okay, and sorry, I misunderstood.  I thought

17   you asked was that what I was focusing on.

18     Q    Yes.

19     A    I believe the Department was focused on it.

20     Q    And as part of the Behavioral Health

21   Coordinating Council, were memoranda of understanding

22   put in place to implement the system of care?

23     A    I believe so, yes.

24     Q    Are those sometimes referred to as MOUs?

25     A    Yes.



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              114

1    Q    What were the elements of the MOUs?

2    A    Broad scale, that the agencies would play

3    nicely together and work together for strategic

4    planning and how to help children and families through

5    a system of care model.

6    Q    And broad scale in 2015, which were the

7    participating agencies that signed MOUs?

8    A    Gosh, Department of Community Health,

9    Department of Family and Children Services, Department

10   of Early Learning and Childhood Education, Department

11   of Juvenile Justice, Department of Education, and I

12   don't recall who else.

13   Q    Do you recall that DBHDD was a signatory to

14   the MOUs?

15   A    Yes, I am sorry, the Department of Behavioral

16   Health and Developmental Disabilities.

17   Q    What was the significance of the signing of

18   the MOUs with regard to the system of care?

19   A    To demonstrate to the teams that the

20   leadership of the agency supported their work and to

21   codify that work.

22   Q    And the IDT actually at that time also drafted

23   operational guidelines; is that correct?

24   A    I don't recall.

25   Q    Also in 2015, DBHDD initiated a school-based



FRANK BERRY                                      July 29, 2022
UNITED STATES vs STATE OF GEORGIA                          115

 1  mental health pilot, in their chronology, 2015.  Move

 2  up the screen.

 3          THE VIDEOGRAPHER:  Mr. Berry, where is your

 4      microphone?  I heard you loud and clear, though.

 5          THE WITNESS:  That doesn't mean we get to

 6      start over.

 7  BY MS. COHEN:

 8      Q    If it happens again.

 9      A    I see it, okay, yes.

10      Q    Who from your agency led the pilot?

11      A    That was probably Dante McKay.

12      Q    What were the components of the pilot from

13  DBHDD's point of view?

14      A    I don't know.  I don't know.  I don't recall.

15      Q    What work needed to be done by DBHDD as a

16  State agency to facilitate a provision of mental health

17  services in the schools?

18      A    I believe that that may have been part of the

19  APEX project, I think, and they needed to provide

20  funding to the CSBs.  And I think there may have been

21  some other providers to staff some of that work.

22      Q    So what you are saying is that funding came

23  from DBHDD to the CSBs to provide services in staffing

24  school-based mental health programs?

25      A    Yes.



1    Q    Why weren't those funds provided by the usual
2  Medicaid funding?
3    A    I don't know.  I am not familiar that Medicaid
4  funding would provide that.
5    Q    Usually CSBs get reimbursement ultimately from
6  Medicaid funds for services provided?
7    A    Correct.
8    Q    And as part of the pilot and subsequent APEX
9  program, additional funding was provided so that the
10  CSBs could have professionals in the schools for
11  services that were not otherwise reimbursable?
12    A    So historically --
13    Q    Is that correct?
14    A    I don't know.  But historically, Medicaid, it
15  is real tricky to deliver Medicaid services in the
16  school system.  So --
17    Q    Let me just stop you there.  Is the reason it
18  was tricky, because there needed to be a developed
19  relationship with the particular school in order to
20  provide services?
21    A    No.
22    Q    What was the reason?
23    A    CMS rules and regulations of getting, of
24  delivering Medicaid-reimbursable services in the school
25  system, that was the biggest challenge.



1    Q    What was the obstacle?  Did CMS only reimburse

2    clinic-based services?

3    A    I don't know.

4    Q    What was the obstacle?

5    A    If I remember correctly, the ability to

6    deliver Medicaid-reimbursable services in the school

7    system may not have been allowed by CMS.

8    Q    How did DBHDD deal with that issue?

9    A    Before 2008 they used Grant in Aid funds to

10   provide some limited resources in the schools using

11   Grant in Aid dollars.  And after that, they kind of

12   stopped until APEX came along.

13   Q    How was the APEX program able to deal with

14   that obstacle?

15   A    They didn't bill for services.  They didn't

16   bill Medicaid.

17   Q    When you say "they," are you referring to the

18   CSBs?

19   A    Yes.

20   Q    Do you recall that funds came from the

21   Department, DBHDD, to the CSBs to compensate for time

22   spent establishing relationships with the schools?

23   A    Yes.

24   Q    What kind of services were those?

25   A    Group counseling, maybe some limited



 1  individual counseling, and some social services --

 2  social skills development.

 3      Q    But there was money paid by DBHDD for services

 4  that were not reimbursable through the Medicaid

 5  program?

 6      A    Correct.

 7      Q    And what were those services?

 8      A    Those, what I just named, individual therapy,

 9  group therapy and some social skills building.

10      Q    And was there also money paid to, as part of

11  that for the CSB to develop a relationship with a

12  particular school?

13      A    The CSBs would work with the local communities

14  to identify where there was a high prevalence of

15  children in a school that had a serious emotional

16  disturbance and try to target those resources there.

17      Q    Did they receive money from DBHDD to support

18  that effort?

19      A    I believe that's what the APEX money was for.

20      Q    And where did the APEX money come from?

21      A    I believe it was an appropriation from the

22  General Assembly.

23      Q    From the State of Georgia?

24      A    From the State of Georgia.

25      Q    I want to shift focus a little bit and ask you



1   about the DOJ letter of findings that was sent in 2015.

2   Let's put that up.

3          Actually, before we do that, I want to do one

4   other thing.  I want to ask you about the statute, the

5   DBHDD statute.

6       A    Okay.

7       Q    And while Patrick is putting that up, let me

8   just ask you:  Were you part of the effort to create

9   the agency?

10      A    No.

11      Q    From your role in Viewpoint, did you support

12  the creation of the agency?

13      A    I had nothing to do with it.

14      Q    Nothing?

15      A    Nothing.

16      Q    Did you see the legislation?

17      A    Yes.

18      Q    Before it was enacted?

19      A    No.

20      Q    But you are familiar with the DBHDD enabling

21  statute?

22      A    I am familiar with it.

23      Q    In fact, you followed it and enforced it

24  during your years as Commissioner?

25      A    I tried, yes.



1            (Plaintiff's Exhibit 350 was marked for

2       identification.)

3   BY MS. COHEN:

4       Q    So I am going to put up now as Exhibit 350 the

5   statute.  Is this the DBHDD enabling legislation?

6       A    I believe so, yes.

7       Q    What we have put up is Georgia Statute Section

8   37-120, Powers and Duties of the Department and the

9   Divisions.  Probably haven't looked at it in a while?

10      A    Correct.

11      Q    But you did look at it while you were

12  Commissioner?

13      A    Briefly.

14      Q    You were responsible for it?

15      A    Correct.

16      Q    For the implementation of it when you were

17  Commissioner?

18      A    Yes.

19      Q    And in Section 1 of the statute it says, it is

20  describing the powers and duties of the Department,

21  DBHDD and its divisions, and in Section 1 it says,

22  "Establish, administer and supervise the State programs

23  for mental health as well as developmental disabilities

24  and addictive diseases."

25           Do you see that?



1    A    I do.

2    Q    And you were aware then when you were

3  Commissioner, the charge of the Department was to

4  administer and supervise the State programs for mental

5  health?

6    A    Yes.

7    Q    And in Section 2 it says that it was "also the

8  responsibility of the Commissioner to direct, supervise

9  and control the medical and physical care and

10  treatment, recovery and social employment, housing and

11  community supports and services based on single or

12  co-occurring diagnoses provided by the institutions,

13  contractors and programs under its control, management

14  or supervision"?

15    A    Yes.

16    Q    And basically, under the Department's control,

17  management and supervision were all of the programs

18  with regard to the provision of mental health services

19  for children and adults?

20    A    I look at that differently.  Contractors and

21  programs under its control, yes.

22    Q    Were there other agencies in your view that

23  were charged with the establishing, administering and

24  supervising the State programs for mental health?

25    A    Yes.



```
 1        Q    What were they?
 2        A    The Department of Juvenile Justice and the
 3   Department of Education.
 4        Q    What was the role of the Department of
 5   Education with regard to provision of mental health
 6   services?
 7        A    It was my understanding that if a child was in
 8   a school system, had an IEP, that it was the school's
 9   responsibility to provide for those services that were
10   dictated by an IEP.
11        Q    The IEPs were mandated by the IDEA?
12        A    Yes.
13        Q    And apart from the IDEA, were mental time
14   health services provided to children, the
15   responsibility of the Department of Behavioral Health
16   and Developmental Disabilities?
17        A    I'm sorry, could you repeat that one more
18   time, please?
19        Q    Yes, apart from the IDEA services, was it the
20   responsibility of DBHDD to design and implement
21   services, mental health services --
22        A    Yes.
23        Q    -- for children?
24        A    Yes.
25             MR. BELINFANTE:  I object to the form.
```



```
 1          You can answer.
 2    BY MS. COHEN:
 3        Q    Did it share that responsibility with any
 4    other agency?
 5              MR. BELINFANTE:  I object to the form.
 6              You can answer.
 7        A    I don't know.
 8    BY MS. COHEN:
 9        Q    Were you aware of any other agency as
10    Commissioner that shared responsibility for the design
11    and implementation of mental health services?
12        A    Yes.
13        Q    For children?
14        A    Yes.
15        Q    What was that?
16        A    The Department of Juvenile Justice.
17        Q    Apart from the Department of Juvenile Justice,
18    were you aware of any agencies during the time when you
19    were Commissioner that had shared responsibility for
20    the design and implementation of mental health services
21    for children?
22              MR. BELINFANTE:  I object to form.
23              You can answer.
24        A    The school systems, the local school systems.
25        Q    I am referring to State agencies.
```



FRANK BERRY                                                    July 29, 2022
UNITED STATES vs STATE OF GEORGIA                                        124

1      A     The Department of Education.

2      Q     What were the services the Department of

3   Education during your tenure at DBHDD implemented with

4   regard to mental health services for children?

5      A     I don't recall the office, but I know that

6   they put a significant amount of attention to a big

7   education initiative that focused on a healthy

8   environment that included mental health, PB -- I don't

9   recall the initiative.

10     Q     Did that relate to the provision of mental

11  health services?

12     A     I don't know.

13     Q     So you don't know whether the Department of

14  Education during your tenure as Commissioner of DBHDD

15  was responsible for the provision and implementation of

16  mental health services for children?

17     A     I do not.

18     Q     Are you referring to the positive behavioral

19  supports --

20     A     Yes.

21     Q     -- when you talk about DOE programs?

22     A     Yes.

23     Q     Do you refer to it here as DOE or GaDOE?

24     A     I refer to it as DOE.

25     Q     DOE?



1        A    The Department of Education, DOE.

2        Q    Had you heard it called GaDOE, Georgia

3   Department of Education?

4        A    No.

5        Q    As Commissioner, did your Department decide

6   whether or not Georgia would seek funds from the

7   Federal agencies for the implementation of mental

8   health services for children?

9        A    Please repeat that one more time.

10       Q    Sure.  As Commissioner, was it your

11  responsibility or the Department's responsibility to

12  determine whether to apply for funding from the Federal

13  agencies?

14       A    Yes.

15       Q    Did anyone else share, any other agency share

16  that responsibility?

17       A    I don't know.

18       Q    Did you participate in negotiations over the

19  State annual budget?

20       A    I participated in negotiations of the DBHDD

21  and DCH budgets.

22       Q    On behalf of DBHDD when you were Commissioner

23  there and --

24       A    Yes.

25       Q    -- on behalf of DCH when you were Commissioner



1    there?

2        A    Yes.

3        Q    Who were the participants in the various

4    points, points of contact in those negotiations?

5        A    I am sorry, who were the participants from?

6        Q    From the various players involved in the

7    negotiations with regard to the budget.

8        A    The Governor's chief financial officer, our

9    chief financial officer at DBHDD, and at DCH and their

10   teams, and then members of the General Assembly.

11           MS. COHEN:  Now let's look at the letter of

12       findings of July 15, 2015, and we will mark it as

13       Exhibit 51 (sic).  And it was produced by the

14       State, but I am going to also just use a clean pdf

15       unless there is any objections.

16           MR. BELINFANTE:  No objection.

17           MS. COHEN:  Did I say 352?

18           MR. HOLKINS:  You said 51.

19           MS. COHEN:  351, sorry.  We will mark it as

20       Exhibit 351.

21           (Plaintiff's Exhibit 351 was marked for

22       identification.)

23           MS. COHEN:  And we can also mark as Exhibit

24       352 at the same time an email from Amy Howell dated

25       July 16, 2015 with the Bates stamp GA01177742, mark



1      that as Exhibit 352.

2              (Plaintiff's Exhibit 352 was marked for

3        identification.)

4              THE WITNESS:  And it is gone again.  I am

5        sorry, it is not up again.

6   BY MS. COHEN:

7        Q    We will get it up for you.

8        A    Okay.  While you are pulling that up, 351, the

9   appropriations is 341 over at the Capitol, in case you

10  were wondering.  That was just filler time while it is

11  being pulled up.

12             MR. BELINFANTE:  The Supreme Court too.

13             THE WITNESS:  In 341?

14             MR. BELINFANTE:  Yes.

15       A    Okay, it is up.

16       Q    Is this a copy of, we are looking at Exhibit

17  352 right now, an email from Amy Howell dated July 16,

18  2015, was Amy Howell a State employee at that time?

19       A    Yes.

20       Q    In what capacity did she serve?

21       A    She was general counsel for the Department of

22  Behavioral Health and Developmental Disabilities.

23       Q    By this email, did she send you a copy of the

24  DOJ letter of findings?

25             MR. HOLKINS:  Mr. Berry, you have the control



1        of the document if you want to scroll.

2            THE WITNESS:  I am trying to scroll to see if

3        there was an attachment.

4        A     Yes.

5    BY MS. COHEN:

6        Q     You recall that she sent you a link?

7        A     Yes.

8        Q     So that you could get to the finding letter?

9        A     Yes.

10       Q     And let's look at 351.  That is the finding

11   letter.  Did you review this on or about July 15th or

12   16th?

13       A     Yes.

14       Q     Did you discuss it with your general counsel,

15   Amy Howell?

16       A     Probably.

17       Q     Prior to receiving this letter, you were aware

18   that the Department of Justice was investigating the

19   GNETS program; is that right?

20       A     Yes.

21       Q     Had you discussed the GNETS program with

22   members of your staff prior to receiving the letter?

23       A     No, not that I recall.

24       Q     After you received the letter, did you have

25   conversations about the letter with members of your



1  staff?

2      A    Yes.

3      Q    Were any of those conversations outside the

4  presence of counsel?

5      A    I don't recall.

6      Q    Did you give any instructions to your staff

7  with regard to collaborating with the GNETS program

8  when you received this letter?

9      A    Not that I recall.

10     Q    Did you have conversations about the letter

11  with Judy Fitzgerald?

12     A    I don't recall.

13     Q    Did you review the letter of findings in

14  connection with preparing for this deposition?

15     A    I did not.

16     Q    So in 2015 you received this and the

17  Department of Justice took the position that the

18  State's resources should be redirected to offer other

19  effective behavioral and mental health education, were

20  you aware of that?

21     A    Please repeat the question.

22     Q    Sure.  And I will actually refer you, I am

23  paraphrasing from a paragraph on Page 3 of the letter.

24  Do you see where it says, "We conclude that the State's

25  administration of the GNETS program violates Title 2.



1  The State administers the GNETS program in a manner
2  that results in students with disabilities being
3  unnecessarily segregated from their peers"?  Did that
4  come to your attention in 2015 when you looked at the
5  letter?
6       A    Yes.
7       Q    And did you agree with that comment?
8            MR. BELINFANTE:  I object to the form.
9       A    I believe that back then that everything
10  should be done to keep children and families together
11  in their own homes and in their own communities and in
12  their own schools.  But by that point, I had recognized
13  that there are shades of gray at times.
14            I don't know what the best alternative was,
15  but I cannot say that I agreed with this
16  wholeheartedly, but I believe that children and
17  families should be served together and that children
18  should be able to be served in their own homes and
19  schools.
20  BY MS. COHEN:
21       Q    Apart from whether you -- did you investigate
22  that situation at all?
23       A    No.
24       Q    Did you believe it was within your charge at
25  DBHDD to investigate the services that were being



1  provided to individuals with disabilities in the GNETS

2  schools?

3      A    No.

4      Q    Did you believe the Department had any

5  responsibility for seeing whether or not the services

6  provided to those children were adequate?

7      A    I did not believe that we had any legal

8  authority to look at what GNETS or the school system

9  was doing in their school systems.

10     Q    Did you believe that you had a legal

11 responsibility to see whether individuals with mental

12 health disabilities were receiving adequate services?

13     A    Not in the school system.

14     Q    Did you look into whether the individuals in

15 the GNETS program were receiving services in other

16 ways?

17         MR. BELINFANTE:  I object to the form.

18     A    Not that I recall.

19 BY MS. COHEN:

20     Q    You didn't look into that?

21     A    I did not.

22     Q    You knew from your experience at the

23 Gwinnett-Rockdale-Newton CSB, that CSBs terminated or

24 suspended services while students were in the GNETS

25 program?



1      A      Yes.

2      Q      Did that raise concerns for you as

3  Commissioner as to whether when the Department of

4  Justice said that the services were inadequate and that

5  children in the GNETS system could be adequately served

6  with appropriate supports in the general education

7  school, did that cause you to investigate?

8      A      No.

9      Q      Did it cause you to take any action?

10     A      The action we took was to be responsive when

11  we were asked to meet with DOE to discuss GNETS.  And

12  our team met with DOE along with, I believe, the

13  Department of Community Health at the time to discuss

14  how to remedy, potential remedies.

15     Q      And that was at the invitation of counsel?

16     A      I believe so.

17     Q      And did those meetings take place with counsel

18  present?

19     A      I believe so.

20     Q      And as a result of those meetings, what action

21  did DBHDD take to remedy the situation?

22     A      I don't believe that we took any action

23  because I don't believe we felt that it was DBHDD's

24  responsibility.

25     Q      I didn't ask you why, I asked you whether



FRANK BERRY                                         July 29, 2022
UNITED STATES vs STATE OF GEORGIA                        133

1    DBHDD took any action.

2        A    Not that I recall.

3        Q    From your work at the CSB, you were aware at

4    the time the DOJ letter of findings was received, that

5    supports and services that CSB provided were capable of

6    supporting children in general education schools?

7        A    Please repeat that.

8        Q    Yes, I don't think it was a great question.

9    Let me back up.

10            From your experience at the CSB, it was your

11   belief that with additional services and supports in a

12   general education school, students could attend those

13   schools rather than a segregated school?

14       A    Yes.

15            MS. COHEN:  Now let's look at Page 14 of the

16       letter, Patrick.  Thanks.

17       A    Okay.

18       Q    Do you see the sentence that Patrick has

19   highlighted for us?

20       A    Yes.

21       Q    It says, "The State fails to ensure that

22   students with behavioral-related disabilities receive

23   services with supports including effective and

24   coordinated mental health services which could enable

25   them to remain in or be returned to integrated



 1  education placements appropriate to their needs."

 2         You agreed with that at that time, didn't you?

 3         MR. BELINFANTE:  I object to the form.

 4     A    I don't recall whether I agreed or disagreed

 5  with it.

 6  BY MS. COHEN:

 7     Q    Do you agree with it now?

 8         MR. BELINFANTE:  I object to form.

 9     A    I agree.

10     Q    You agree now that the State failed to ensure

11  that students with behavioral-related disabilities

12  received appropriate services and supports to remain in

13  general education schools?

14     A    Again, it is hard to one hundred percent say I

15  agree, because there are pockets where when you deliver

16  community-based services in the schools, things can be

17  successful.  But there are also times when states or

18  communities have had to remove --

19     Q    Let me ask you something else, Commissioner.

20  Maybe it will help you answer my question, which is,

21  sometimes services are not effective for whatever

22  reason; is that right?

23     A    Yes.

24     Q    And is the reason that you can't one hundred

25  percent agree because sometimes it is hard to determine



1  what the cause of a failure of service is?

2      A    Yes.

3      Q    But you do agree that the State failed to

4  provide appropriate services in the schools to support

5  individuals with mental health problems?

6          MR. BELINFANTE:  I object to the form.

7      A    I believe the State could have done a, could

8  do a better job of providing more supports and services

9  in a general school setting.  I don't know that I would

10  categorize it as the State has failed, but I believe

11  the states, all states and communities and school

12  systems along with providers and partners can do a

13  better job of serving children in schools.

14  BY MS. COHEN:

15      Q    Was that your belief in 2015?

16      A    Yes.

17      Q    Did you discuss that belief with counsel in

18  2015?

19          MR. BELINFANTE:  I object.

20          Don't answer anything that requires you to

21      talk about conversations you had with counsel.

22          MS. COHEN:  Thanks.  I hadn't made the record

23      clear and I just wanted to, that you would instruct

24      him not to answer on any conversations with counsel

25      with respect to this subject.



1          MR. BELINFANTE:  That's right, yes.

2          MS. COHEN:  I think we are going to take a

3     break now.  Another electronic problem.

4          THE VIDEOGRAPHER:  We are off the record at

5     2:01 p.m.

6          (Recess.)

7          THE VIDEOGRAPHER:  Back on the record at 2:13

8     p.m.

9   BY MS. COHEN:

10     Q    So, Commissioner, when you were Commissioner

11  of DBHDD, you thought it was important that children

12  receive appropriate services and supports to remain in

13  a general education setting?

14     A    Yes.

15     Q    You also thought it was important that a child

16  not be put in a more restrictive setting until it was

17  established that appropriate services and supports

18  could not aid the child in remaining in the --

19     A    Yes.

20     Q    -- general ed setting?

21          MS. COHEN:  Now let's move on.  I don't know

22     about everybody else, but I seem to have lost my

23     internet connection.  Let me see if I can fix that.

24          This is a whole new realm of problems that

25     didn't exist when I started practice.  How about



1    you, Josh?

2          MR. BELINFANTE:  That's right, the same.

3          MS. COHEN:  But we appreciate you working with

4    us, getting it done.

5          MS. HUGHES:  I miss all the paper.  I know you

6    don't miss it, right?

7          MS. COHEN:  I don't miss it.  Carrying it

8    around was terrible.

9          THE VIDEOGRAPHER:  Off the record at 2:15.

10          (Recess.)

11          THE VIDEOGRAPHER:  Back on the record at 2:18

12    p.m.

13          (Plaintiff's Exhibit 353 was marked for

14    identification.)

15  BY MS. COHEN:

16    Q    We are going to show you a new exhibit, and

17  this is, what did you tell me, 353, and mark as Exhibit

18  353 the final report of the Youth Mental Health and

19  Substance Use Disorders Senate Subcommittee 2015.  And

20  it has been stamped with the Bates numbers GA00073996.

21  Are you familiar with this report?

22    A    No, I am not.

23    Q    You were familiar with the Senate committee,

24  right?

25    A    I don't recall this committee.



1    Q    Let me see if I can jog your memory.  In late

2    2015, a committee of the Georgia Senate studied mental

3    health and substance abuse issues and invited you as

4    Commissioner of DBHDD and Dr. McGiboney from DOE to

5    come and testify.  Does that refresh your recollection?

6    A    It does not.

7    Q    How about if I say you brought with you an

8    individual named Mr. Fretwell, and that Mr. Fretwell

9    gave testimony on behalf of DBHDD, do you know who

10   Mr. Fretwell is?

11   A    Yes.

12   Q    Who is he?

13   A    He was the director at the time I believe of

14   Substance Use Preventive Services -- Prevention.

15   Q    And he gave testimony at that time and you

16   went with him?

17   A    I don't recall going with him, but if it is on

18   the record, then that's the case.  But I don't recall

19   that meeting.

20   Q    Let's look at the report at Page 3.  And

21   Dr. McGiboney, this records his discussion that,

22   "Advances in behavioral treatment such as improving the

23   school climate by providing a solid foundation of

24   general behavior intervention and prevention principles

25   such as PBIS can have a tremendous impact on children."



1              Do you recall his testimony?

2       A    I do not.

3       Q    Do you agree with it?

4       A    Yes.

5       Q    Did you obtain a copy of the report at the

6  time it issued?

7       A    I don't recall.

8       Q    Do you recall where DOE or DBHDD had an

9  official reaction to the report?

10      A    I don't recall.

11      Q    Did you consult with Dr. McGiboney or anyone

12 else about testifying and the report?

13      A    I don't recall.

14      Q    At Page 12, the Committee recommended an

15 increase in funding for behavioral therapy.  Do you see

16 that?

17      A    Yes.

18      Q    It also found a lack of clinical services in

19 Georgia school system.  Did you concur in those

20 recommendations?

21      A    I concur now.  I don't recall whether I

22 concurred then.

23      Q    In the testimony, neither Mr. Fretwell nor

24 Dr. McGiboney mentioned GNETS.  I represent that to

25 you.  Was the failure to mention -- did -- let me back



1   up.

2          Did you consider GNETS to provide effective

3   behavioral therapy treatment in 2015?

4      A    I didn't think -- I never thought about that.

5      Q    You never thought about it at all?

6      A    No.

7      Q    As part of the mental health block grants when

8   you were Commissioner at DBHDD, did you have an

9   obligation to provide annual reports to SAMHSA?

10     A    Yes.

11         MS. COHEN:  Let's mark as Exhibit 354 a copy

12     of the 2015 Mental Health Block Grant Annual

13     Report.  This is one that I have downloaded from

14     the internet at the suggestion of your office,

15     Josh, and we have given it the Bates designation

16     R002809.

17         MR. BELINFANTE:  Okay.

18         (Plaintiff's Exhibit 354 was marked for

19     identification.)

20  BY MS. COHEN:

21     Q    Are you familiar with this annual report, Mr.

22  Berry?

23     A    I am familiar that we submitted reports.  I

24  don't know that I am familiar with this particular

25  report.



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                          141

1     Q    Have you ever seen it before?

2     A    I don't recall.

3     Q    You are listed on the first page as the

4   contact person --

5     A    Yes.

6     Q    -- for the grantee of the block grant.  Do you

7   see that?

8     A    Yes, I do.

9     Q    Were you aware at the time that you were the

10  contact person for the grantee of the block grant?

11    A    Yes.

12    Q    Rough numbers, how much money did DBHDD

13  receive under this block grant?

14         MR. BELINFANTE:  I am sorry, who is

15    controlling this, is it the witness?

16         MR. HOLKINS:  Right now we have control.  We

17    can give control to the witness if you prefer.

18         MS. COHEN:  Did we give Josh a copy?

19         MR. HOLKINS:  I have not given him a copy of

20    this.

21         MS. COHEN:  Let's email him a copy.

22         MR. HOLKINS:  I have to stop sharing my screen

23    to do that.

24         MR. BELINFANTE:  It's okay.

25         MS. COHEN:  If you want a copy, we can email



1    it to you right now.

2         MR. BELINFANTE:  Sure, but no, we can keep

3    going.  I mean, if you need to see the document

4    other than the first page.

5  BY MS. COHEN:

6    Q    Would you like control of it?

7    A    No, it is fine.  It is not up now.

8    Q    That is because we are emailing it to counsel.

9         MR. HOLKINS:  It is in transit.

10        MR. BELINFANTE:  Thanks.

11        MR. HOLKINS:  I will put this back up.

12   Q    So rough numbers, how much did DBHDD receive

13 under the block grant?

14   A    I don't know.

15   Q    You don't know?

16   A    No.

17   Q    What was the budget of DBHDD, rough numbers,

18 in 2015?

19   A    About 1.3 billion.

20   Q    That was 1.3 billion in State appropriation?

21   A    That may have been a combination of state and

22 Federal funds.

23   Q    In fact, it was the total amount spent by,

24 under the Department's supervision in state and Federal

25 funds for mental health and developmental disability



1  services, right?

2      A    And substance use.

3      Q    And substance use, I forgot.

4           How much of that was to provide behavioral

5  health services to children and adolescents, just

6  ballpark.

7      A    Under $100 million.

8      Q    Under 100 million?

9      A    I don't know.  Let me reframe that, I don't

10  know.

11      Q    But that's your sense of numbers?

12      A    No.  After thinking about it for a second, I

13  don't know how much of it went to child and adolescent

14  services.

15      Q    Why did you come up with 100 million?

16      A    I was thinking of our crisis stabilization

17  units that we ran and put a concrete State dollar

18  figure with those, and then some of the system of care

19  work that we did, but I don't know how much dollars

20  went out for uninsured children to the community

21  service boards or other providers.  And I think that

22  would increase that number.

23      Q    Let's look at Page 14 where the report states

24  in school year, school fiscal -- State fiscal year,

25  excuse me, in State fiscal year 14, there were 72,136



1  children and adolescents ages 4 to 17 with a behavioral

2  health diagnosis receiving at least one behavioral

3  health service out of 173,461 use with a behavioral

4  diagnosis served in the public mental health system.

5  Do you see that?

6       A    I do.

7       Q    And the report goes on to say, "This

8  represents 41.59 percent of the youth served in the

9  public mental health system based on claims and

10  encounters data."  Do you see that?

11      A    Yes.

12      Q    What is claims and encounters data,

13  Commissioner?

14      A    If a provider delivers a service, that would

15  be an encounter.  And then they submit for

16  reimbursement, which would be a claim for reimbursement

17  from either a state, the State or from -- I don't know

18  if this includes the CMOs or not.  But a claim and

19  encounter is, you deliver a service and then you get

20  reimbursed for a claim.

21      Q    And DBHDD tracked its claims and encounters

22  data?

23      A    Yes.

24      Q    And these figures in the report were provided

25  by individuals working for DBHDD who served under you?



1        A    Say that again.

2        Q    The figures in the report came from people who

3    worked for you at DBHDD?

4        A    The figures in the report were more than

5    likely pulled from the system of providers who were

6    submitting this information to the Department and the

7    Department would compile this data.

8        Q    So the individuals who worked for the

9    Department of Behavioral Health Services, DBHDD,

10   compiled this information?

11       A    Yes.

12       Q    And they believed it to be true and accurate

13   at the time that they compiled it?

14       A    Yes.

15       Q    And you believed it to be true and accurate at

16   the time the report was submitted?

17       A    Yes.

18       Q    So is it fair to say that the population --

19   excuse me -- is it fair to say that the population of

20   children and adolescents ages 14 to 17 -- excuse me,

21   ages -- sorry, Commissioner, I don't know what that

22   noise is.  We have had a large number of electronic

23   hangups today.

24       A    I have lived with that for ten years.

25            MS. HUGHES:  It is a train.



1    A    After working here for so long, you get used

2    to it, even after coming back after a year being away.

3    BY MS. COHEN:

4    Q    At Page -- is it fair to say that the

5    population of children and adolescents in Georgia ages

6    4 to 17 with a behavioral health diagnosis was

7    substantially underserved?

8    A    I don't know.

9    Q    So at the time when you were Commissioner of

10   DBHDD, was the population of children age 4 to 17 with

11   a behavioral health diagnosis underserved?

12   A    I don't know.

13   Q    Did you consider it within your

14   responsibilities at the time to look into whether there

15   were adequate services provided for behavioral health

16   diagnoses to children between the ages of 4 and 17?

17   A    Yes.  I looked at it as, so DBHDD served the

18   uninsured and there were mechanisms for the rest of the

19   population to get their services.  When I was

20   Commissioner of DBHDD, I was under the impression that

21   the CMOs were delivering the care to the majority of

22   children, and I did not look to see whether they were

23   underserved or not.

24   Q    So my question was, did you consider it within

25   your responsibilities at the time to look into whether



1  that population received adequate services?

2      A    I did not.  I did not look into it.  Was it my

3  responsibility?  Yes.

4      Q    It was within your responsibility?

5      A    Yes.

6      Q    And you alluded to the provision of insurance

7  for treatment, to cover services provided to children

8  with mental health diagnoses?

9      A    Say that one more time.

10     Q    Yes.  I heard you to refer to the

11  responsibility of different agencies with respect to

12  this population.

13     A    Yes.

14     Q    Is what you were referring to that the

15  responsibility to pay for services provided is divided

16  among different agencies?

17     A    Yes.

18     Q    Such that DBHDD had responsibility for SSI

19  recipients?

20     A    No.

21     Q    No?

22     A    So I looked at it as uninsured children, DBHDD

23  was the safety net for them, and we looked at it as

24  before school and after school and on weekends.  And

25  the care management organizations for insured children



1 | were responsible for behavioral health, mental health
2 | care primarily before school, after school and on
3 | weekends for those insured, and during the day it was
4 | Education's responsibility to provide those services.
5 | That's how we looked at it as a State.
6 |     Q    Understood.  What you are referring to is
7 | paying for services?
8 |     A    Yes.
9 |     Q    And my question relates to determining what
10 | services shall be provided.  Did the Department of
11 | Behavioral Health and Developmental Disabilities during
12 | your time as Commissioner have the responsibility to
13 | determine what behavioral health services should be
14 | provided?
15 |     A    Yes, with the focus on before school and after
16 | school and on weekends, not during the school day.
17 |     Q    So the Department of Behavioral Health and
18 | Developmental Disabilities had no responsibility during
19 | the years between 2012 and 2016 to provide treatment
20 | services during the entire day to individuals, children
21 | with behavioral and developmental disabilities?
22 |         MR. BELINFANTE:  I object to the form.
23 |         You can answer.
24 |     A    We did not believe that that was our
25 | responsibility, to be in the schools.



 1   BY MS. COHEN:

 2       Q    And there is nothing, of course, in the DBHDD

 3   enabling legislation that supports a distinction

 4   between the responsibility of DBHDD during the school

 5   day and otherwise, is there?

 6       A    I don't believe there is.

 7            MR. BELINFANTE:  I object to form.

 8       A    I don't know.  I don't believe so.

 9   BY MS. COHEN:

10       Q    In this report in the same section, there is a

11   requirement to describe the target for the coming year.

12   Were you aware of that?

13       A    Yes.

14       Q    And here it states that, "The target for the

15   coming year is to increase the number of youth served

16   by 100."

17       A    Yes, I see that.

18       Q    Why was the target so modest when there were

19   so many thousands of children not receiving services?

20       A    I don't know.

21       Q    Let's look at Page 23 in the Section III of

22   this report, Expenditure Reports, and you can see there

23   is a table.  And it reports children -- the set-aside

24   for children's mental health services.  Is the

25   reporting here of the total expenditures for children



1    and youth receiving mental health services?

2         A    I am sorry, is there more to the question?

3         Q    No.

4         A    Could you reask it again, please?

5         Q    Sure.  Is the reporting here in this Table 4,

6    is that the total expenditures for children and youth

7    receiving mental health services?

8         A    I don't recall what our total spend was.

9         Q    Did you verify it at the time?

10        A    I don't recall.

11        Q    There is an estimated spend for or

12   estimated/actual.  What does that refer to,

13   estimated/actual in the column furthest to the right?

14        A    It probably was when the report was generated,

15   what we were thinking it was going be and then what the

16   actual.  So the first two years we probably had

17   concrete closeout, year-end closeout of what it

18   actually was.  This was probably too close to the time

19   the report was generated to have a finalized, I would

20   suspect, audited, to make it actual.

21        Q    But you needed to report to SAMHSA that you

22   were spending more --

23        A    Yes.

24        Q    -- than you had in previous year?

25        A    Yes.



1    Q    And the amount in State fiscal year 2014 was,

2    rough numbers, $66 million?

3    A    Yes.

4    Q    Are you familiar with the amount of the GNETS

5    budget at that time?

6    A    No.

7    Q    Do you know what the amount of the GNETS

8    budget was at any time?

9    A    No.

10   Q    Did you ever look into it?

11   A    No.

12   Q    So you were Commissioner of DBHDD?

13   A    Yes.

14   Q    And you had a population, according to this

15   report, that was not receiving services, was not

16   receiving services, and you knew that -- did you know

17   that GNETS had a budget coming from the State?

18   A    Yes.

19   Q    And you knew that the State was appropriating

20   money every year to pay for the GNETS program?

21   A    No, I did not know that.  I didn't know if it

22   was Federal or state money.

23   Q    Did you ever look at the possibility while you

24   were Commissioner of DBHDD of examining the GNETS

25   system to see whether it could be more, more effective



 1  treatment could be made through school-based mental

 2  health services?

 3      A    No.

 4      Q    If I told you that the amount of the GNETS

 5  budget was roughly between 60 and $70 million for this

 6  fiscal year, does that refresh your recollection?

 7      A    For this fiscal year?

 8      Q    No.

 9      A    For that fiscal year?

10      Q    That fiscal year, 2014.

11      A    It does not.  I don't remember.

12      Q    Would 60 or $70 million have been a material

13  figure to the State's expenditure for children and

14  adolescent mental health at that time?

15      A    Can you explain, ask the question again,

16  please?

17      Q    Would 60 or $70 million have been a material

18  additional figure if the State were able to take money

19  from the GNETS program and put it into the services

20  that DBHDD was overseeing for children and adolescents

21  with mental health services?  Would that have been a

22  material addition?

23      A    Yes.

24      Q    Let's look at the CBAY waiver.  We are going

25  to mark -- are we up to 355?  We are going to mark



1   three exhibits, 355, 356 and 357.

2          And those are three documents, I am going to

3   identify them and then ask you to identify them, but

4   just for purposes of marking them, the three documents

5   related to the waiver are a public notice from 2015, a

6   CBAY fact sheet, and a Center of Excellence document

7   describing the waiver.

8       A    Okay.

9       Q    As soon as we get them pulled up, we will

10  number each one of them.

11         So the first one we have is the public notice.

12         MS. COHEN:  We will mark that as Exhibit 355.

13         (Plaintiff's Exhibit 355 was marked for

14      identification.)

15         MS. COHEN:  Pull up the next one.  We will

16      mark the CBAY fact sheet as Exhibit 356.

17         (Plaintiff's Exhibit 356 was marked for

18      identification.)

19         MS. COHEN:  And then the Center of Excellence

20      document will be 357.

21         (Plaintiff's Exhibit 357 was marked for

22      identification.)

23  BY MS. COHEN:

24      Q    Looking at the public notice, can you identify

25  that document?



1       A    Yes.

2       Q    And this is the CBAY waiver that you testified

3    about previously?

4       A    Yes.

5       Q    And that was the one that was approved in

6    2015?

7       A    I believe so.

8       Q    And you had done some work advocating for it

9    on behalf of the Gwinnett, Rockdale and Newton

10   Community Services Board?

11      A    Yes.  By then it may have been Viewpoint

12   Health.

13      Q    Or on behalf of Viewpoint Health?

14      A    Yes.

15      Q    But whoever it was, you were advocating for

16   it?

17      A    Yes.

18      Q    Because you thought it was important to enable

19   school-based mental health services in the local public

20   schools?

21      A    Along with other community mental health

22   services, schools, yes, along with others.

23      Q    So you were actually advocating for the

24   provision on the CMS waiver of mental health services

25   to children during the school day; is that correct?



FRANK BERRY                                       July 29, 2022
UNITED STATES vs STATE OF GEORGIA                      155

1    A    Yes.

2    Q    And that's because the interface between

3  children and the opportunity to provide services is at

4  its height during the school day, is that right, for

5  most children?

6    A    And after school.

7    Q    But children spend a significant portion of

8  their day in school; isn't that correct?

9    A    Yes, they do.

10   Q    And after school, children go in different

11 directions?

12   A    Yes.  The one caveat, though, is that not all

13 children want to get their mental health services in a

14 school-based setting.  So it is not just --

15   Q    My question to you was whether children spend

16 a significant part of their day in school.

17   A    Yes.

18   Q    And during that time, mental health services

19 can be made available to them?

20   A    Yes, they can.

21   Q    And that's an effective period of time to

22 offer mental health services?

23   A    For some children, yes.

24   Q    For the majority of children in the school

25 system who need mental health treatment, right?



1      A    I don't know if it is the majority.  I would
2  say for many.  I don't know if it is the majority.
3      Q    Perhaps you would agree it is a significant
4  portion of the population?
5      A    I would say it is a -- I don't know if I would
6  say significant.  I don't know.
7      Q    You just don't know?
8      A    No.
9      Q    Okay.  Can you identify this exhibit, 255, the
10  public notice -- 355, excuse me.
11      A    Can I, I am sorry?
12      Q    Can you identify it?
13      A    Yes.
14      Q    What is it?
15      A    It is the public notice that went out as part
16  of the application or the proposal to CMS.  You have to
17  do a public notice in order to get a waiver.
18      Q    So it is legally required and you were
19  informing the community that a waiver was being sought?
20      A    Correct.
21      Q    And then if I scroll down, it says that, "The
22  target population," and I am moving my cursor under it
23  in the second full paragraph, "The target population
24  includes individuals ages 4 through 21 with" severe --
25  "serious emotional and behavioral disturbances as a



1  primary diagnosis of mental illness."

2        Do you see that?

3     A    I do.

4     Q    It goes on to say that, "CBAY focuses on

5  intensive family-driven care management services which

6  coordinates behavioral health services to help sustain

7  the family in the community and reduce reliance on

8  residential treatments."

9        Do you see that?

10    A    Yes.

11    Q    And was that your belief at the time?

12    A    Yes.

13    Q    That intensive family-driven care management

14  service to coordinate behavioral health services would

15  help sustain the family in the community and reduce the

16  reliance on residential treatment?

17    A    Yes.

18    Q    What are these number figures that are

19  attached to the public notice?

20    A    Those are the reimbursement rates for services

21  that could be offered by a provider under the CBAY

22  waiver.

23    Q    Why were they published with the public

24  notice?

25    A    I think it was a requirement by CMS that you



1  publish your rates.

2      Q    So this is a fact sheet by Parent to Parent of

3  Georgia.  Are you familiar with that organization?

4      A    I am not familiar with Parent to Parent.

5      Q    Let's look at the fact sheet here.  It says,

6  "CBAY is the five-year Federal demonstration grant

7  project targeting children who have been diagnosed with

8  serious emotional and behavioral disturbances."

9          That's accurate?

10     A    Yes.

11     Q    And then it goes on to say that it was a very

12  competitive process to get the CBAY grant.  I am

13  paraphrasing.  It says Georgia, quote, "Georgia is one

14  of ten states"?

15     A    Yes.

16     Q    "Who received this grant award," close quote.

17     A    Yes.

18     Q    That's accurate to your knowledge?

19     A    Yes.

20     Q    So it is a very competitive process to get

21  this --

22     A    Yes.

23     Q    -- waiver.  Do you know whether the other ten

24  states with the waiver have all sunsetted it?

25     A    I don't know.



1    Q    Did you make any inquiries with CMS in an

2  effort to prevent the termination of the waiver?

3    A    The Department may have.  I didn't -- I don't

4  know.

5    Q    Let me show you 357 which is the third of

6  these documents.  This is a sheet on high-fidelity

7  wraparound prepared by the Center of Excellence in

8  October 2018.  Did you receive a copy of that at the

9  time?

10    A    Yes.

11    Q    From the Center of Excellence?

12    A    I don't recall from who.

13    Q    Did you review it at the time?

14    A    Yes.

15    Q    In the section called Why Wraparound, do you

16  see that with bullets?

17    A    Yes.

18    Q    It says, "The purpose of the wraparound was to

19  ensure that caregivers and youth have access to needed

20  resources, supports and services."

21        And you agree with that?

22    A    Yes.

23    Q    "And also to ensure family voices are heard

24  and that they are full decisionmakers in charge of

25  their own lives."



1          Do you agree with that?

2     A    Yes.

3     Q    And in what way did the wraparound ensure that

4     families' voices were heard and that they were full

5     decisionmakers?

6     A    We had family members that served on advisory

7     boards.  We had encouraged family members to be an

8     active member of their child's treatment team.  We

9     had -- we hired in the early -- in the mid-1990s,

10    families who had gone through the system to help other

11    families navigate the complex systems.

12         We believed that the key to a child's success

13    was engaging the whole family and families had a voice

14    at the table and were the drivers of what their

15    families needed; not the traditional way of thinking

16    that the mental health people were the experts, but

17    that the families were the experts.

18    Q    And the third bullet says, "To ensure the

19    wraparound to ensure families have ownership of the

20    planning process in partnership with the team and are

21    in agreement and committed to carrying out the plan."

22         And I gather you agree with that as well?

23    A    Yes.

24    Q    It says here that there is an initial

25    demonstration grant that ended in September of 2012?



FRANK BERRY                                        July 29, 2022
UNITED STATES vs STATE OF GEORGIA                        161

1    A    Yes.

2    Q    And thereafter, DBHDD sustains the program

3  through a combination of Federal and state-funded

4  sources.

5    A    Yes.

6    Q    Do you remember what the cost of this program

7  was approximately?

8    A    I do not.

9    Q    Was it more or less than $70 million?

10    A    I don't recall.

11    Q    Even rough numbers?

12    A    I don't.

13    Q    So the APEX pilot, I think you testified, was

14  launched in 2015?

15    A    Roughly, I believe so.

16    Q    With funding from SAMHSA?

17    A    I don't recall whether it was SAMHSA money or

18  State funds.

19    Q    That's right, I am sorry, you testified to

20  that.  What was the impetus for the creation of the

21  APEX program?

22    A    An additional tool in the tool belt to help

23  serve children and keep them in their homes and offer

24  additional supports.

25    Q    Now, we haven't talked about multi-tiered



 1   service delivery programs.  Are you familiar with that

 2   term?

 3        A    Multi-tiered, no.

 4        Q    No.  Are you familiar with PBIS, positive

 5   behavioral supports?

 6        A    Yes.

 7        Q    And did you know that that is a multi-tiered

 8   system?

 9        A    No.

10        Q    You didn't?

11        A    No.

12        Q    You are not familiar with the concepts of Tier

13   1 being the general population, Tier 2 being a

14   population that requires more intensive care, and Tier

15   3 being a population that requires intensive supports?

16        A    Not that I recall right now.

17        Q    So you don't know, you are just not familiar

18   with that, okay.

19             MS. COHEN:  I want to mark as Exhibit 358 what

20        I am going to represent is a download from the

21        current DBHDD website, and it is a download of

22        frequently asked questions regarding APEX.

23             (Plaintiff's Exhibit 358 was marked for

24        identification.)

25   BY MS. COHEN:



1    Q    Have you seen this before, Commissioner?  We

2   will give you control.

3    A    No.

4    Q    Let me direct your attention to a question,

5   "In which types of schools can APEX be implemented?"

6   Do you see that?

7    A    Yes.

8    Q    It straddles Pages 2 and 3 of this Exhibit

9   358.

10   A    Yes.

11   Q    And it talks about APEX therapists, clinicians

12  and behavioral health support staff embedded within

13  public schools and public charter schools.  You are

14  familiar with that?

15   A    Yes.

16   Q    And they also help with life skills

17  development and other non-therapeutic activities.  That

18  is accurate as far as you know?

19   A    Yes.

20   Q    It says that, "APEX services cannot be

21  provided in private charter schools, GNETS stand-alone

22  facilities," and et cetera.

23       What was the reason that APEX services could

24  not be provided in GNETS stand-alone facilities?

25   A    I don't know.



1    Q    What was the policy when you were Commissioner

2    of DBHDD?

3    A    I don't know.

4    Q    What was DCH's participation in APEX?

5    A    I don't recall what DCH's -- I don't know that

6    DCH had a role in APEX.

7    Q    So DCH was not a collaborator with APEX --

8    excuse me -- with DBHDD in APEX when you were

9    Commissioner of DCH?

10   A    I don't recall.  I don't recall Medicaid

11   funding APEX, which is what DCH's role would have been,

12   and I don't recall whether they were or were not.

13   Q    DCH and DBHDD each have a manual, right?

14   A    Yes.

15   Q    And was that one of your innovations at DCH or

16   did it always have a manual?

17   A    Always had a manual.

18   Q    What is the purpose of the manual at DBHDD?

19   A    I believe to lay out the category of services

20   and the requirements that you need to meet in order to

21   deliver those services, provider manual, if that is

22   what you are referencing.

23   Q    Yes.  So the provider manual described the

24   services that were reimbursable under the Georgia State

25   Medicaid program?



1      A    Yes.

2      Q    Is the provider manual for DCH, does it have a

3   similar purpose?

4      A    Yes.

5      Q    And it described the qualifications for

6   providers?

7      A    Yes.

8      Q    And what certifications or licenses they

9   needed?

10     A    Yes.

11     Q    One of the roles of DBHDD vis-a-vis the

12  Medicaid program was determining what services would be

13  provided under the Georgia State Medicaid program?

14     A    Say that again.

15     Q    Yes.  It was the role of DBHDD in creating

16  this provider manual to make a determination of what

17  services would be provided for behavioral health?

18     A    Yes, they coordinated with DCH on, here are

19  the behavioral health services that we would like to

20  have, I called it Medicaid-reimbursable, Medicaid-able,

21  if you will.

22     Q    You used the term "like."  The provider manual

23  actually established the requirements for which

24  services were Medicaid-able, in your language, right?

25     A    Say it one more time.



1    Q    Sure.  The provider manual for DBHDD set forth

2   the services that DBHDD had agreed to provide under the

3   State Medicaid plan?

4    A    Through its network of providers.

5    Q    Yes.

6    A    Yes.

7    Q    And I think you just said that it collaborated

8   with DCH to some extent on that on its manual?

9    A    For Medicaid-reimbursable services, yes.

10    Q    And through that collaboration, it was

11   determined what Medicaid services under the Georgia

12   State plan would be reimbursable by DCH?

13    A    Yes.

14    Q    And there were requirements for certification

15   or licensing requirements under Georgia State law?

16    A    Yes.

17    Q    And that was one of your roles as

18   Commissioner, to review the manual and the services

19   offered and make sure that they were appropriate?

20    A    It was the responsibility of our Medicaid team

21   to make certain of that.

22    Q    Under -- reporting to you?

23    A    Yes, two layers below, but, yes.

24    Q    So this Medicaid team would determine, their

25   role was to determine what services were appropriate



1   for reimbursement?

2       A    The Medicaid team's role was to look at

3   regulatory compliance and finance as it related to

4   Medicaid services.  So they, if a DBHDD needed a

5   certain type of service that they thought would be

6   helpful to treat people with significant, serious

7   persistent mental illness, then DBHDD would usually

8   present an evidence-based practice that had been

9   approved by SAMHSA and then request that DCH get that

10  in the State plan so that it could be reimbursed by

11  Medicaid.

12      Q    And the services that DBHDD requested were

13  services in DBHDD's judgment that were necessary for

14  successful behavioral services for this population?

15      A    Yes.

16      Q    And DBHDD also had the obligation to provide

17  adequate behavioral health services to this population?

18      A    Through its network of providers, yes.

19      Q    And DBHDD determined what licensing and

20  certification was necessary to, under Georgia law to

21  perform the services?

22      A    Yes.

23      Q    This is why collaboration between DCH and

24  DBHDD was necessary to create the APEX system; isn't

25  that right?



1    A    I don't know if APEX was one of those services

2    that was Medicaid-reimbursable, so I don't know if

3    there was coordination on APEX.

4    Q    You don't recall that APEX offered a basket of

5    services that was Medicaid-reimbursable?

6    A    That's what I don't recall.

7    Q    Are you aware of any -- I know you said you

8    didn't remember the FAQ, but are you aware that GNETS

9    stand-alone facilities were excluded from the APEX

10   program?

11   A    I was not.

12   Q    Are you aware that there has not been any

13   collaboration between APEX and GNETS programs with very

14   narrow exception?

15   A    I am not.

16         MS. COHEN:  Let's go to, what number are we up

17      to, 359?  We need a second.

18         THE WITNESS:  You want to break?

19         MS. COHEN:  Sure.

20         THE VIDEOGRAPHER:  Off the record at 3:11 p.m.

21         (Recess.)

22         THE VIDEOGRAPHER:  We are back on the record

23      at 3:18 p.m.

24         (Plaintiff's Exhibit 359 was marked for

25      identification.)



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                         169

```
 1   BY MS. COHEN:
 2       Q    We have marked as Exhibit 359 a July 2019
 3   email from Erica Fener Sitkoff of Georgia Voices which
 4   was marked when produced GA00004975 and attachment
 5   4980.  Do you see those, Commissioner?
 6       A    Yes.
 7       Q    Let's start with the email.  Who is Erica
 8   Fener Sitkoff?
 9       A    She was the executive director of Voices for
10   Georgia's Children.
11       Q    What is Voices for Georgia's Children?
12       A    An advocacy organization.
13       Q    Was that an advocacy organization that
14   advocated for school-based mental health services?
15       A    I believe that they were an advocacy
16   organization that advocated for comprehensive
17   children's behavioral health services that included
18   school-based services.
19       Q    This is an invitation to a closed-door meeting
20   of advocates.  Do you see that?
21       A    I do.
22       Q    Did you participate in the meeting?
23       A    I believe I did.
24       Q    Who else participated?
25       A    I don't recall who else, but it was a roomful.
```



1    But I don't recall individuals that were there.

2        Q    Who was there on behalf of State agencies?

3        A    I don't recall.

4        Q    Why was it called a closed-door meeting?

5        A    I don't know why they called it a closed-door

6    meeting.

7        Q    Was it by invitation only?

8        A    I don't know that either.

9        Q    Have you been to other closed-door meetings

10   with advocates before?

11       A    I don't recall being, ever attending another

12   meeting that had a title of closed-door meeting.

13       Q    Looking at the bottom email, that is an email

14   from Polly McKinney dated July 3, 2019.  Who is Polly

15   McKinney?

16       A    I think she was a policy director for Voices

17   for Georgia's Children and worked with Erica.

18       Q    Her email lists invitees from certain Georgia

19   agencies.  Do you see that?

20       A    I do.

21       Q    DHS?

22       A    Yes.

23       Q    DCH?

24       A    Yes.

25       Q    DBHDD?



1    A    Yes.

2    Q    DPH?

3    A    Yes.

4    Q    And then OCA?

5    A    Yes.

6    Q    And GOSA?

7    A    Yes.

8    Q    DECAL?

9    A    Yes.

10   Q    GBI?

11   A    Yes.

12   Q    Cheryl Benefeld from the DOE K through 12?

13   A    Yes.

14   Q    DNR?

15   A    DHR.

16   Q    Excuse me, DHR?

17   A    No, no, you are right, it is DNR.  DNR, yes, I

18   see that.

19   Q    What was DNR?

20   A    Department of Natural Resources.

21   Q    Do you recall that each of these agencies sent

22   representatives to the event?

23   A    I don't recall if these are the people that

24   were at the event.  They may have been invited but I

25   don't recall who all attended.



1     Q     But you felt it was of sufficient importance
2  to go?
3     A     Yes.
4     Q     And this is an event to consider what was
5  necessary to ensure child safety and healthy
6  development?
7     A     Yes.
8     Q     Looking at the confirmed panelists, Director
9  Rawlings was among them?
10    A     Yes.
11    Q     And yourself?
12    A     Yes.
13    Q     And Commissioner Fitzgerald?
14    A     Yes.
15    Q     And Commissioner Toomey of DPH?
16    A     Yes.
17    Q     And Rachel Davidson of the Office of Child
18  Advocate?
19    A     Yes.
20    Q     And Executive Director Hawkins from the
21  Governor's Office of Student Achievement?
22    A     Yes.
23    Q     And the others listed here?
24    A     Yes.
25    Q     So each of these individuals felt that this



1  meeting was of sufficient importance to attend?

2      A    Yes.

3      Q    There are certain questions that Ms. McKinnon

4  posed that are listed here.  Did you respond to those

5  questions on behalf of DCH?

6      A    Yes.

7      Q    What were the initiatives that you thought

8  should be provided?

9      A    So we -- DCH, in my time there, we took the

10 path of, we were the regulatory, compliance and finance

11 agency and relied on the subject matter experts to

12 bring us the initiatives that they needed to serve

13 their populations, and how could DCH then support their

14 initiatives.

15          So DCH was not a service provider, so --

16 stop -- so we didn't -- when I was there for the four

17 and a half years, we really focused on supporting those

18 other agencies with their initiatives because we were

19 an insurance company.  Medicaid is an insurance plan,

20 not a service delivery plan.

21          So if DBHDD or DFCS or Juvenile Justice saw

22 that there was something that would, or education, they

23 saw that there was something that they could deliver,

24 it was up to us then to figure out whether we could

25 work with CMS to get CMS to make that a



1    Medicaid-reimbursable service.

2         So from an initiative standpoint, that's what

3    I spoke about at that conference, or at that

4    presentation.

5    Q    You didn't say anything about policy

6    initiatives that you thought were urgent for

7    implementation at that time?

8    A    Not that I recall, but I may have, but not

9    that I recall because we were pretty set on laying out

10   exactly what I just said.

11   Q    While you were at DCH, did the Department

12   launch any initiatives with regard to service delivery

13   for children and adolescents with serious behavioral

14   health issues?

15   A    We partnered with DBHDD to offer services for

16   children on the autism spectrum, but again, the goal

17   was we had to get with CMS to get those new services

18   Medicaid-reimbursable.  That was our role.

19        And then DBHDD, through its network of

20   providers, then contracted for those services.  So

21   autism was probably the biggest kind of, in the last

22   four to five years, we really need support with autism

23   services, and here's some State funding that can be

24   used as the Federal match, let's use that, draw down

25   the Federal match, let's come up with a State plan

1    amendment and get autism to be a Medicaid-reimbursable

2    service.

3        Q    Were there any other initiatives during your

4    time at DCH?

5        A    Not that I recall.

6        Q    How often did you meet with disability or

7    education advocacy organizations as Commissioner of

8    DCH?

9        A    Very infrequently at DCH.

10       Q    Less than once a year?

11       A    At DCH, probably once a year.

12       Q    How often did you meet with disability or

13   education advocacy organizations when you were at

14   DBHDD?

15       A    Three to four times a month.

16       Q    So in that role you had more frequent contact

17   with the advocates?

18       A    Yes.

19       Q    Have you met with Voices for Georgia's

20   Children in connection with your role at DBHDD?

21       A    I don't recall.

22       Q    Have you met with representatives of Voices

23   for Georgia's Children in your role at DCH?

24       A    Yes.

25       Q    When was that?



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                            176

1   A    What was the date of this, from probably once

2   to twice a year from 2016 to 2019.

3   Q    What was the subject matter of those

4   conversations?

5   A    Autism services, getting funding for autism

6   services; we need support from Medicaid for higher

7   reimbursement rates for this type of a service; we are

8   concerned about children in PRTFs and if there's a way

9   to look at rate increases for PRTFs so that they will

10  be able to serve more children in Georgia; those kinds

11  of discussions.

12  Q    Did you have similar discussions with

13  representatives of the ARC?

14  A    Not at DCH.

15  Q    At DBHDD?

16  A    I believe so.

17  Q    Were you able to remember the name of any of

18  the representatives of Voices for Georgia's Children

19  that you met with?

20  A    Erica Sitkoff and Pauline McKinnon.

21  Q    How about at ARC?

22  A    I don't recall.

23  Q    Are you familiar with the Georgia Advocacy

24  Office, the GAO?

25  A    I am.



1      Q     What is the role of the GAO?

2      A     To make my head hurt.  No.

3            They are an advocacy organization that

4   advocates on behalf of people with significant, serious

5   persistent mental illness and developmental

6   disabilities and other vulnerable populations that may

7   need support from usually the Department of Behavioral

8   Health and Developmental Disabilities or the Department

9   of Community Health.

10     Q     And does GAO have official status under the

11  Federal statute?

12     A     They do.

13     Q     What is that?

14     A     They can go in anywhere they want and check on

15  conditions and things like that.

16     Q     Do you know the name for their role?

17     A     I do not.

18     Q     Have you heard reference to a protection and

19  advocacy organization?

20     A     I have, yes.

21     Q     Do you understand that the GAO has official

22  status as the protection and advocacy organization for

23  individuals in the State of Georgia?

24     A     I do.

25     Q     And how about the National Alliance for the



1  | Mentally Ill, did you meet with representatives from

2  | that group?

3  |     A    Yes, at DBHDD.

4  |     Q    With regard to children's, services to

5  | children and adolescents?

6  |     A    No.  When I would meet with them, it was more

7  | focused on the adult in the settlement agreement that

8  | we had with the United States of America's Department

9  | of Justice.

10 |     Q    I am going to ask you to go on to the next

11 | exhibit now which is 360.

12 |          MS. COHEN:  Can we put that up?

13 |          Actually, I'm sorry, I don't want to mark

14 |     that.  Let's mark as 360 the government's report.

15 |          THE WITNESS:  And I will start referring to

16 |     you guys as DOJ.  We were once in a meeting and I

17 |     was told, refer to us as the United States of

18 |     America's Department of Justice, so I am doing that

19 |     out of respect, but if y'all are comfortable with

20 |     DOJ, I will do DOJ.

21 |          I just wanted to make sure you understood why

22 |     I was saying that.  I don't mean to belabor that.

23 |     So I just wanted to be respectful of that.

24 |          MS. COHEN:  Thank you.

25 |          THE WITNESS:  Okay.



1          MS. COHEN:  I am going to mark as Exhibit 360

2      roughly a hundred-page document which is titled

3      Georgia Network for Educational and Therapeutic

4      Support Program Evaluation Executive Summary, and

5      it is dated from January of 2015.

6          (Plaintiff's Exhibit 360 was marked for

7      identification.)

8  BY MS. COHEN:

9      Q    Have you seen this before, Commissioner?

10     A    I have seen it, but I probably did not read

11  it, the whole thing.

12     Q    Did you read any part of it?

13     A    Yes.

14     Q    How did it come to you?

15     A    I don't recall.

16     Q    Did you read the executive summary?

17     A    I believe so.

18     Q    No?

19     A    I believe so.

20     Q    You believe so.  Sorry, I misheard you.

21          Did you have any role in writing this report?

22     A    I don't believe so.

23     Q    Did you see it before it was published?

24     A    I don't recall.

25     Q    Did you know that the Governor's office, in



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              180

1   October of 2013, the Governor's Office of Planning and

2   Budget Initiative initiated a program evaluation on

3   GNETS?

4       A    I don't recall knowing that.

5       Q    You weren't aware of that?

6       A    I don't recall that.

7       Q    Just a second, I have to look up some

8   information.

9           Let's just look quickly at the executive

10  summary which you did read.  And in the summary of

11  findings, do you see the first finding?

12      A    I do.

13      Q    The last sentence says, "With the enhanced

14  emphasis on early intervention and involvement of GNETS

15  trained staff in key decision points, more students are

16  receiving needed services in regular schools rather

17  than entering GNETS."

18          Was that true, to your knowledge?

19      A    I don't recall whether that was -- I don't

20  recall that.

21      Q    Did you ask the Governor how the GNETS trained

22  staff was contributing to the reduction of children

23  participating in GNETS?

24      A    I did not.

25      Q    Do you know now?



1    A    No.

2    Q    It said that, "The effort of the staff was

3  reducing the number of students that are enrolled in

4  GNETS."

5         Did you know if that was true when you read

6  the executive summary?

7    A    I don't recall.

8    Q    You read it in 2015?

9    A    Right.

10    Q    The report called for a State-level program

11  manager to oversee the program.  Do you see that in the

12  second full paragraph under Summary of Findings?

13    A    Yes.

14    Q    "And the program manager should provide

15  technical assistance to help the 24 programs with data

16  collection and reporting and ensure the programs are

17  providing services on a consistent basis."

18    A    Yes.

19    Q    What is the reference to 24 programs?

20    A    I believe is that it is the 24 GNETS programs.

21    Q    Did you agree in 2015 that 24 GNETS programs

22  needed a State program manager?

23    A    I did not have an opinion.

24    Q    There's also a discussion of revising the

25  funding formula for the program.  Do you recall that?



1    A    Yes.

2    Q    What were the reasons that adjustments to the

3    funding formula were being considered?

4    A    I don't know.  I just remember reading that,

5    but I don't know why.

6    Q    Have you heard that the GNETS program, the way

7    it is constructed, may provide a financial incentive

8    for local school districts to enroll individuals in

9    GNETS?

10   A    No.

11   Q    Did you watch the budget process with regard

12   to GNETS that we had last June in the State of Georgia?

13   A    No.

14   Q    The televised comments?

15   A    No.

16   Q    It says here, now I am referring to this

17   second, can you see my cursor?

18   A    Yes.

19   Q    I am referring to the second paragraph.

20   "Students have access," and that's referring to GNETS

21   students, "to regular classes and other school

22   activities if their individual education plan indicates

23   that these are appropriate."

24        Was that accurate to your knowledge?

25   A    Give me just a moment, please.



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                              183

1          (Pause.)

2     A    I don't know.

3     Q    I am going to move now to Pages 16 and 17 of

4  the pdf which is 11 and 12 of the document.  And this

5  relates to availability of resources and continuum of

6  care.  Do you see that?

7     A    Yes.

8     Q    How did you understand the use of the words

9  "continuum of care" in this executive summary?

10    A    Back then I didn't have an opinion on it.  I

11 looked at the continuum of care being whatever options

12 were available in the local community.

13    Q    It says that, "Outside of Metro Atlanta," this

14 is the last paragraph on 11 that carries over onto Page

15 12, "Outside of Metro Atlanta, resources such as mental

16 health services are at times limited and in some cases

17 very scarce."

18         Do you agree that that is an accurate

19 description of the state of affairs in Georgia in 2015?

20    A    Yes.

21    Q    And going over onto Page 12, it says, "Because

22 other services are not readily available or are so far

23 away, not a feasible alternative, GNETS becomes the

24 primary source for most services provided to the

25 students."



1           Do you see that?

2      A    Yes.

3      Q    Did that worry you as of 2015, that GNETS was

4  the primary service provider rather than one of the

5  CSBs?

6      A    I don't recall reading that in 2015.  I don't

7  recall reading that, period, but that would cause me

8  concern.

9      Q    Is it important that mental health services

10 are readily available to children across Georgia in

11 their own communities as an alternative to GNETS?

12     A    Yes.

13     Q    What role does DBHDD have in working to ensure

14 that mental health services are readily available to

15 children across the State in their own communities?

16     A    A limited role, because their funding supports

17 uninsured children, so DBHDD plays a limited role, and

18 the network of providers is responsible for the

19 delivery who have contracts with the CMOs which are run

20 through DCH.

21     Q    I am a little confused.  Which is the State

22 agency that is responsible to ensure that mental health

23 services are readily available to children across the

24 State in their own communities?

25     A    It is a combination, it is both DBHDD and DCH.



FRANK BERRY                                          July 29, 2022
UNITED STATES vs STATE OF GEORGIA                         185

1    Q    So under your leadership, what steps did DBHDD

2    take toward that end of making services readily

3    available?

4    A    The funding of APEX, the establishment of

5    crisis stabilization units, and for uninsured children,

6    a reimbursement mechanism to fund services that

7    otherwise could not be supported because there was no

8    other way to support them, and some prevention services

9    and some clubhouses which were after school programs

10   for children to go from 3:00 until 9:00 to provide

11   social skills, potentially individual and group therapy

12   settings, in a more, like a clubhouse, a place where

13   kids would want to go.

14   Q    What role did DBHDD take with regard to the

15   students in the GNETS program when you were

16   Commissioner?

17   A    I don't believe we took any role in providing

18   services to the GNETS programs.

19   Q    And when you were Commissioner at DCH, what

20   was DCH's role in working to ensure that mental health

21   services were readily available to Medicaid-enrolled

22   children across the State in their own communities?

23   A    Holding the care management organizations

24   accountable for delivering and offering a comprehensive

25   array of services to help children with serious



1  emotional disturbance.

2      Q    How were the care management organizations

3  held accountable by DCH?

4      A    Contract management, potentially through

5  contract amendments, reviewing performance-based

6  indicators and things like that.

7      Q    Did you play a role in directing the agency's

8  actions in that regard?

9      A    Yes.

10     Q    Did DCH review the services that were provided

11 by the GNETS program when you were Commissioner?

12     A    Not that I recall.

13         MS. COHEN:  We just lost service.  Perhaps it

14     is a good time to take a break, take a ten-minute

15     break.

16         THE VIDEOGRAPHER:  Off the record at 3:48 p.m.

17         (Recess.)

18         THE VIDEOGRAPHER:  Back on the record at 3:54

19     p.m.

20 BY MS. COHEN:

21     Q    So at the bottom of Page 11, carrying over

22 onto Page 12 of Exhibit 360, it is discussing the

23 service we have already talked about how services often

24 aren't available in the local school system.  And it

25 says, the letter says, "Because other services are not



1  readily available, or are so far away, not feasible to

2  an alternative, GNETS becomes the primary source for

3  most services provided to the students."

4          Was that true when you left DCH in 2021?

5      A    I don't know, because there were so many

6  things that were put in place during COVID that I don't

7  know whether GNETS was the primary source --

8      Q    Fair enough.  Let me ask you, in February of

9  2020, just before the onset of COVID and I believe the

10 Governor shut the schools in March of 2020, but in

11 February of 2020, was this, was it still true that

12 GNETS was the primary source for most services provided

13 to students in areas where other services were not

14 available?

15     A    I did not look at it that way.

16     Q    You didn't look into it in 2019?

17     A    I didn't look at it that way.  I never looked

18 at GNETS as being the primary provider.

19     Q    So you don't agree with this statement?

20     A    I don't.

21     Q    Did you advise the Governor's Office of Budget

22 and Planning?

23     A    I did not.

24     Q    Did you take any steps following reading as

25 much of this report as you read?



1    A    No.

2    Q    Did you designate a member of your staff to

3  read the report?

4    A    Yes.

5    Q    Who was that?

6    A    I believe it was Rachel King.

7    Q    And did she come back to you and raise any

8  issues about this report?

9    A    I am sorry, when was the this report given?

10   Q    It was in 2015.

11   A    No, that would have been Amy Howell in 2015.

12  And I don't recall a followup discussion.

13   Q    So you asked Amy Howell to review the report

14  in 2015?

15   A    What was the month?

16   Q    January.

17   A    I don't recall who I asked to look it over.

18   Q    What was the charge you gave to Amy Howell in

19  January of 2015?

20   A    I don't recall now.  I may have misspoken.  I

21  don't recall if I gave this report to anybody.

22   Q    Well, thank you, Commissioner.  Subject to any

23  questions your counsel may have -- I am getting a

24  question.

25        What was the role of earnings -- I am sorry,



FRANK BERRY                                         July 29, 2022
UNITED STATES vs STATE OF GEORGIA                          189

1    strike that.

2           What work are you doing for Ernst & Young now?

3       A    I am helping states with transforming their

4    state agencies to become high-performing agencies of

5    state government.

6       Q    So what are the specific tasks that you are

7    concerned with?

8       A    Looking at are they organized, operationally

9    organized for success; are they utilizing their

10   internal team members to the highest possible way that

11   they can be utilized; are they meeting CMS requirements

12   as it relates to what's called modularity in regards to

13   billing and claims and -- claims, billing,

14   reimbursements, customer service, call centers; the use

15   of technology to help Medicaid authorities and state

16   agencies improve the way that they do customer service

17   interactions, project management; states that have big,

18   large project management challenges, helping them

19   figure out how to develop a project management team;

20   helping establish health care analytics offices;

21   predictive analytics so they can get better prepared

22   for what's coming down the pipe; helping them with

23   looking at, are they tapping into all of their Federal

24   resources as best as they can; how are they -- do they

25   need help with unwinding from the public health state



 1  of emergency; helping them with constituent care

 2  coordination models that help agency heads and

 3  directors have realtime information on how an

 4  individual may be making their way or challenged

 5  throughout the system and things like that.

 6      Q    You have a staff at E&Y that assists you with

 7  that work?

 8      A    I do not.  I work with a team of people but I

 9  don't have a staff.

10      Q    A team of people?

11      A    Yes.  I don't supervise anybody.

12      Q    You don't supervise them?

13      A    No.

14      Q    But you work with a team?

15      A    Yes.

16      Q    Of other managing directors and their

17  subordinates?

18      A    And senior managers and managers and other

19  managing directors and partners.

20      Q    Which states are you currently consulting to?

21      A    We are in discussion with several states of

22  ways to help them and the EY team is working very

23  actively in Maryland and in North Carolina in their

24  health and human service area.  There is work in

25  Florida, some of which I am engaged in, and in some



 1  states that I am not.

 2      Q    Let me just consult with my colleague.

 3           (Pause.)

 4           MS. COHEN:  We have nothing further subject to

 5      any questions that your counsel may ask.

 6           MR. BELINFANTE:  I just have a few.

 7                       EXAMINATION

 8  BY MR. BELINFANTE:

 9      Q    Commissioner, you were talking about your work

10  with E&Y.  Do you do any work IN Georgia for E&Y?

11      A    No.

12      Q    Is that intentional?

13      A    Yes.

14           MR. BELINFANTE:  And I think that's all I've

15      got.  Thank y'all.

16           MS. COHEN:  Thank you.

17           THE VIDEOGRAPHER:  We are off the record at

18      4:03 p.m.

19

20           (Deposition concluded at 4:03 p.m.)

21

22

23

24

25



```
 1   Caption:          USA v. STATE OF GEORGIA
     Deposition of:   FRANK BERRY
 2   Date:             JULY 29, 2022

 3               DECLARATION UNDER PENALTY OF PERJURY

 4      I declare under penalty of perjury that I have read
     the entire transcript of my deposition taken in the
 5   above-captioned matter or the same has been read to me
     and the same is true and accurate, save and except for
 6   changes and/or corrections, if any, as indicated by me
     on the DEPOSITION ERRATA SHEET hereof, with the
 7   understanding that I offer these changes as if still
     under oath.

 8
        Signed on the _____ day of _____, 2022.
 9

10   _____
     Frank Berry
11

12   Page: Line:      Reads as:          Should read:

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```



FRANK BERRY                                              July 29, 2022
UNITED STATES vs STATE OF GEORGIA                            193

1    Page: Line:        Reads as:            Should read:

2    _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____



1                    D I S C L O S U R E

2

3        I, Richard Bursky, CCR, do hereby disclose pursuant
    to Article 10.B. of the Rules and Regulations of the
4    Board of Court Reporting of the Judicial Council of
    Georgia that I am a Georgia CCR here as a
5    representative of Appalachian Court Reporting (ACR),
    who was requested to take this deposition by Esquire
6    Deposition Solutions, who was contacted by the party
    taking the deposition to provide court reporting
7    services for this deposition.

8        Neither I, nor ACR, nor Esquire Deposition Solutions
    will be taking this deposition under any contract
9    prohibited by O.C.G.A. Section 15-14-37(a) and (b), and
    not disqualified for a relationship of interest under
10    O.C.G.A. 9-11-28(c).

11        Neither I, nor ACR, nor Esquire Deposition Solutions
    have any contract to provide reporting services with
12    any party to the case, any counsel in the case, or any
    reporter or reporting agency from whom a referral might
13    have been made to cover this deposition.  The firm will
    charge its usual and customary rates to all parties in
14    the case, and a financial discount will not be given to
    any party to this litigation.

15

16

17

18    _____        _____
    Firm Representative                     Date

19

20

21

      _____        08/01/2022

23    Appalachian Court Reporting             Date

24

25



1                   CERTIFICATE OF COURT REPORTER

2

3    STATE OF GEORGIA       )

4    COUNTY OF HENRY        )

5

6         I hereby certify that the foregoing deposition

7    was reported as stated in the caption, by the method of

8    shorthand machine stenotype, and the questions and

9    answers thereto were reduced to typewriting by me; that

10   the foregoing pages represent a true, correct, and

11   complete transcript of the evidence given on July 29,

12   2022, by the witness, Frank Berry, who was first duly

13   sworn by me.

14        This the 1st day of August, 2022.

15

16

17

18

22        _____
          Richard Bursky, CCR
23        Certified Court Reporter
          Certificate # 2509

24

25



**Exhibits**

8227040 Fra
nk.Berry.
EXHIBIT348
  83:15

8227040 Fra
nk.Berry.
EXHIBIT349
  97:19
  98:1
  110:1

8227040 Fra
nk.Berry.
EXHIBIT350
  120:1,4

8227040 Fra
nk.Berry.
EXHIBIT351
  126:20,21

8227040 Fra
nk.Berry.
EXHIBIT352
  126:23,24
  127:1,2,
  16,17

8227040 Fra
nk.Berry.
EXHIBIT353
  137:13,
  17,18

8227040 Fra
nk.Berry.
EXHIBIT354
  140:11,18

8227040 Fra
nk.Berry.
EXHIBIT355
  153:12,13

8227040 Fra
nk.Berry.
EXHIBIT356

  153:16,17

8227040 Fra
nk.Berry.
EXHIBIT357
  153:21

8227040 Fra
nk.Berry.
EXHIBIT358
  162:19,23
  163:8,9

8227040 Fra
nk.Berry.
EXHIBIT359
  168:24
  169:2

8227040 Fra
nk.Berry.
EXHIBIT360
  179:1,6
  186:22

_____

**$**

$100
  143:7

$66
  151:2

$70
  152:5,12,
  17 161:9

_____

**1**

1
  83:14
  120:19,21
  162:13

1.3
  142:19,20

100
  48:13

143:8,15
149:16

**10:58**
  69:18

**11**
  99:8
  183:4,14
  186:21

**11:18**
  69:22

**11:30**
  77:17

**11:32**
  77:20

**11:48**
  87:2

**12**
  139:14
  171:12
  183:4,15,
  21 186:22

**12:42**
  88:2,4

**13th**
  18:19

**14**
  133:15
  143:23,25
  145:20

**15**
  7:21
  126:12

**15th**
  128:11

**16**
  126:25
  127:17
  183:3

**16th**
  128:12

**17**
  144:1
  145:20
  146:6,10,
  16 183:3

**173,461**
  144:3

**18**
  11:19

**1915(c)**
  103:11

**1966**
  9:14

**1982**
  99:16

**1991**
  10:1,8,17
  11:9

**1992**
  99:11,16,
  18 100:1,
  3

**1992-'93**
  71:15

**1993**
  16:7
  48:13

**1995**
  11:9
  12:20
  13:4
  14:20
  23:20
  25:6
  34:24
  37:19
  40:4
  71:1,4,10

**1996**
  71:11

**1999**

12:25
13:4,19
14:20,22
25:7
34:25
40:4
71:1,4,
10,11

**1st**
  18:19
  19:4,9,14

_____

**2**

2
  99:18
  121:7
  129:25
  162:13
  163:8

**2000**
  34:25
  101:6
  102:23

**2000s**
  49:15

**2002**
  8:13

**2004**
  14:22
  15:23
  16:2
  34:25
  37:19
  40:5
  70:23
  71:13
  72:8
  76:9,13
  101:12

**2005**
  35:1
  103:9



2006
   40:5

2007
   27:14,17,
   18 70:23

2007-'8
   76:9

2008
   17:9,14
   27:18
   76:13
   78:19
   103:10
   117:9

2009
   16:14
   17:14,15
   78:23
   107:21
   108:18
   109:3,20
   110:8,11

2010
   40:15,25
   107:21
   110:18
   111:6

2011
   111:1,5,
   12

2012
   15:23
   16:2
   18:12,19
   19:4 53:1
   54:17
   76:23
   78:23
   90:21
   106:8
   112:13
   148:19
   160:25

2013
   180:1

2014
   151:1
   152:10

2015
   22:19,23
   23:10
   94:22
   114:6,25
   115:1
   119:1
   126:12,25
   127:18
   129:16
   130:4
   135:15,18
   137:19
   138:2
   140:3,12
   142:18
   153:5
   154:6
   161:14
   179:5
   181:8,21
   183:19
   184:3,6
   188:10,
   11,14,19

2016
   18:20
   19:11,13,
   14 22:9,
   21,24
   23:10
   53:2
   76:23
   90:21
   94:22
   109:3
   148:19
   176:2

2017
   98:14

2018
   65:19
   159:8

2019
   169:2
   170:14
   176:2
   187:16

2020
   187:9,10,
   11

2021
   19:18
   54:17
   187:4

2022
   5:4 73:2

21
   156:24

220
   51:18

226
   51:18

23
   149:21

24
   181:15,
   19,20,21

243
   97:21

25
   62:1

255
   156:9

29
   5:4 10:2

2:01
   136:5

2:13
   136:7

2:15
   137:9

2:18
   137:11

2nd
   19:12

_____

3

_____

3
   129:23
   138:20
   162:15
   163:8
   170:14

30
   6:5 47:15

30th
   19:5 20:3

31st
   19:5

341
   127:9,13

348
   83:14,15

349
   97:19
   98:1
   110:1

350
   120:1,4

351
   126:19,
   20,21
   127:8
   128:10

352
   126:17,24
   127:1,2,
   17

353
   137:13,
   17,18

354
   140:11,18

355
   152:25
   153:1,12,
   13 156:10

356
   153:1,16,
   17

357
   153:1,20,
   21 159:5

358
   162:19,23
   163:9

359
   168:17,24
   169:2

360
   178:11,14
   179:1,6
   186:22

37-120
   120:8

3:00
   185:10

3:11
   168:20

3:18
   168:23

3:48
   186:16

3:54
   186:18

_____

4

_____

4



144:1
146:6,10,
16 150:5
156:24

**40**
47:15
49:11

**41.59**
144:8

**49**
88:21,22,
23

**49-5**
51:18

**4980**
169:5

**4:03**
191:18,20

**4E**
14:15

___

**5**

**51**
126:13,18

___

**6**

**6**
9:14 35:1
37:21
84:12
86:14

**60**
152:5,12,
17

___

**7**

**7**

37:21
40:5
84:9,13

**72,136**
143:25

___

**9**

**93**
49:13

**95**
27:14
72:2 76:8

**97**
71:11

**99**
37:19
56:14
72:2 76:8

**9:00**
185:10

**9:26**
5:5

___

**A**

**a.m.**
5:5
69:19,22
77:18,21
87:3

**abbreviated**
20:14

**abdicate**
75:22

**ability**
32:25
60:6
117:5

**absolutely**

67:15

**abuse**
85:22
86:2
108:16
138:3

**Academies**
85:6
103:24

**Academy**
84:22
85:1
101:20

**acceptable**
6:1

**access**
33:1
75:12
81:2
90:5,8,
10,12
91:14
159:19
182:20

**accessing**
78:24

**accomplish**
56:8,18

**accountable**
89:12
185:24
186:3

**accurate**
86:13
145:12,15
158:9,18
163:18
182:24
183:18

**achieve**
84:16
86:18

**Achievement**
172:21

**acronym**
22:1 23:9

**act**
58:1
62:11
110:11

**acting**
62:12

**action**
11:11
132:9,10,
20,22
133:1

**actions**
186:8

**active**
64:12,15
65:4
160:8

**actively**
76:25
77:3
190:23

**activities**
38:20,22
72:14
163:17
182:22

**activity**
65:7

**actual**
150:16,20

**acute**
90:9

**add**
59:23

**addictive**
120:24

**addition**
108:3
152:22

**additional**
105:18
116:9
133:11
152:18
161:22,24

**address**
79:9

**addressing**
99:22

**adequate**
131:6,12
146:15
147:1
167:17

**adequately**
57:22
132:5

**adjustments**
182:2

**administer**
120:22
121:4

**administering**
104:1
121:23

**administers**
130:1

**administration**
85:23
86:3
108:17
113:7
129:25

**administrative**
17:4



25:15

**administrator**
76:12

**admit**
42:4

**adolescent**
12:17
13:10,11,
14 25:20,
22 26:2,
6,13
30:10
32:18
42:9
58:20
59:7
60:22
71:12
96:17
101:13
143:13
152:14

**adolescents**
29:7
47:21
58:21
90:24
93:10,24
95:18
96:1
143:5
144:1
145:20
146:5
152:20
174:13
178:5

**adult**
79:2
96:18
178:7

**adult-
focused**

113:4

**adults**
28:19
56:14
78:22
79:3,7,10
90:2
110:17
121:19

**advances**
70:15
138:22

**advantages**
66:18

**advise**
187:21

**advisory**
160:6

**advocacy**
169:12,
13,15
175:7,13
176:23
177:3,19,
22

**Advocate**
172:18

**advocated**
169:14,16

**advocates**
84:15
86:16
169:20
170:10
175:17
177:4

**advocating**
81:9 86:4
103:15
154:8,15,
23

**affairs**
183:19

**afternoon**
36:21
88:1

**age**
11:18
146:10

**agencies**
47:20,23
48:1,2,6,
7 50:15
52:15
53:5,18
54:8
55:3,8,
13,18,21
56:7
58:7,25
61:19
72:19
74:10,16
75:7
77:25
86:17
108:23
114:2,7
121:22
123:18,25
125:7,13
147:11,16
170:2,19
171:21
173:18
189:4,16

**agencies'**
61:20

**agency**
15:1
17:17
18:22
19:24
34:6 50:6
53:19

63:2,6
77:10
86:4
102:20
107:19
108:2,9,
25 114:20
115:10,16
119:9,12
123:4,9
125:15
173:11
184:22
190:2

**agency's**
186:7

**agenda**
84:4

**ages**
144:1
145:20,21
146:5,16
156:24

**aggressive**
104:23

**agree**
89:17
130:7
134:7,9,
10,15,25
135:3
139:3
156:3
159:21
160:1,22
181:21
183:18
187:19

**agreeable**
6:6

**agreed**
130:15
134:2,4
166:2

**agreement**
56:1,4,
11,13,18,
20 58:2,5
78:25
79:20
113:3,8
160:21
178:7

**aid**
27:14,15,
21,24
37:21
117:9,11
136:18

**aide**
38:11,18
43:1
67:18

**aides**
26:19
72:13,24
73:1

**Aileen**
5:15 56:3

**Alliance**
177:25

**allowed**
42:21
117:7

**alluded**
147:6

**alternative**
21:23
130:14
183:23
184:11
187:2

**alternatives**
14:9,10,
19 104:6,
7



ambiguity
  93:17

amendment
  175:1

amendments
  186:5

America
  5:3

America's
  56:2
  79:1,20
  178:8,18

amount
  57:18
  60:5
  91:18
  124:6
  142:23
  151:1,4,7
  152:4

Amy
  126:24
  127:17,18
  128:15
  188:11,
  13,18

analytics
  189:20,21

Angie
  112:10,11

Angie's
  112:10

Ann
  112:1,4

annual
  64:23
  125:19
  140:9,12,
  21

answers
  40:22

APEX
  92:13
  93:9,22,
  25  95:7,
  8,13
  115:19
  116:8
  117:12,13
  118:19,20
  161:13,21
  162:22
  163:5,11,
  20,23
  164:4,6,
  7,8,11
  167:24
  168:1,3,
  4,9,13
  185:4

apologize
  110:5

application
  100:13
  156:16

apply
  125:12

appointed
  48:18

appointment
  78:14

approach
  49:25
  52:16
  53:21
  71:25
  72:9
  101:23
  113:6

approaches
  71:22

appropriati
ng
  151:19

appropriati
on
  118:21
  142:20

appropriati
ons
  127:9

approval
  103:11

approved
  47:3
  154:5
  167:9

approximate
ly
  16:16,17
  161:7

ARC
  176:13,21

area
  88:13
  190:24

areas
  187:13

arithmetic
  73:12

arm
  52:18

array
  185:25

art
  89:21

aspect
  106:2

aspects
  28:13
  106:10
  107:5

Assembly
  118:22

126:10

assertive
  57:5

assessment
  90:9

assigned
  36:4  37:8
  82:13

assistance
  66:20,22
  67:3
  181:15

assists
  190:6

Atlanta
  183:13,15

attached
  157:19

attachment
  21:17
  128:3
  169:4

attend
  23:24
  32:8,9,11
  78:7
  133:12
  173:1

attended
  171:25

attending
  170:11

attention
  21:16
  41:7,11
  49:16
  107:24,25
  108:4
  124:6
  130:4
  163:4

attitude
  106:20

attorney-
client
  7:9

audited
  150:20

auditor's
  40:16
  41:1

August
  18:19

author
  104:8

authorities
  189:15

authority
  74:1,3,20
  77:23
  78:1,7
  97:16
  108:11,
  12,15,19
  131:8

authors
  98:23

autism
  48:23
  174:16,
  21,22
  175:1
  176:5

availabilit
y
  183:5

avenue
  68:15

Avondale
  15:11

award
  158:16



**awarded**
101:7

**aware**
24:18
39:7,8
42:13
60:16
82:10
92:2
95:9,15
96:19
100:4
101:16
105:8
109:20
121:2
123:9,18
128:17
129:20
133:3
141:9
149:12
168:7,8,
12 180:5

———————
**B**
———————

**bachelor's**
38:10,18

**back**
16:22
17:2,3,7,
12 35:23
42:16
43:2
45:13,14
49:18
52:13
60:11
61:9
69:21
70:2
71:12
72:7
77:20

80:12
81:21
82:3 88:3
89:6
95:16
96:11
99:13
100:3
110:1
130:9
133:9
136:7
137:11
139:25
142:11
146:2
168:22
183:10
186:18
188:7

**ballpark**
143:6

**barred**
89:1,3

**based**
74:21
82:22
121:11
144:9

**basically**
121:16

**basing**
96:10

**basis**
35:12
181:17

**basket**
168:4

**Bates**
126:25
137:20
140:15

**bed**
82:6,7

**beds**
50:2

**began**
71:15,19

**begin**
55:19
71:24

**behalf**
32:5,7
85:12
125:22,25
138:9
154:9,13
170:2
173:5
177:4

**behavior**
138:24

**behavioral**
12:7,8,13
13:15
14:1
15:1,4,7
18:16
20:19,25
21:4,24
24:7
26:14,19
28:4
34:10
38:11,18
42:5,25
48:13
53:10
54:3,11,
13,21,22
55:3,8,
15,18,22
56:9,10,
15 57:3
58:8,12,
20 59:14

61:9 62:9
63:13
64:1,8,9,
18,20
65:10
66:6
67:14,18
68:6
70:12
72:13,20,
24 73:1
74:9
76:18
77:7 78:6
80:15
86:11
89:14,24
91:6
92:25
93:2,15
95:18,25
96:3 97:4
100:23
112:20
113:20
114:15
122:15
124:18
127:22
129:19
138:22
139:15
140:3
143:4
144:1,2,3
145:9
146:6,11,
15 148:1,
11,13,17,
21 156:25
157:6,14
158:8
162:5
163:12
165:17,19
167:14,17
169:17

174:13
177:7

**behavioral-
related**
133:22
134:11

**behaviors**
32:15
73:20
81:16

**belabor**
178:22

**belief**
133:11
135:15,17
157:11

**believed**
145:12,15
160:12

**believers**
38:5

**Belinfante**
5:17 6:2,
6,13 7:9
18:1
36:7,14,
17 46:5,7
51:6,17
52:11
66:23
81:10
83:8
91:15
93:18
97:23
109:23
122:25
123:5,22
126:16
127:12,14
130:8
131:17
134:3,8
135:6,19



136:1
137:2
140:17
141:14,24
142:2,10
148:22
149:7
191:6,8,
14

**Bell**
5:15 56:3

**belt**
161:22

**Benefeld**
171:12

**Berry**
5:2,19
83:22
86:14
115:3
127:25
140:22

**BHCC**
58:4,19
62:8,14,
16 63:6
64:3,5
65:8 77:3

**big**
21:10
53:25
78:25
82:2,11
124:6
189:17

**biggest**
116:25
174:21

**bill**
48:13
117:15,16

**billed**
37:18,21

**billing**
27:3,7,10
189:13

**billion**
142:19,20

**biography**
84:12

**bit**
6:15
29:13
62:5
71:17
112:23
118:25

**black**
97:20

**Blau**
85:25

**block**
99:21
100:2,11,
22 109:5
140:7,12
141:6,10,
13 142:13

**board**
12:19,21,
24 15:18
16:10
23:23
48:10,11,
16,18
49:1
68:23
72:22
102:3
154:10

**boards**
50:10
79:9 91:3
105:15
143:21
160:7

**born**
9:13

**Boston**
44:3

**bottom**
170:13
186:21

**branch**
74:16

**Brandon**
5:6

**Brantley**
5:6

**break**
8:20,23
28:18
62:5
69:14
108:1
112:16
136:3
168:18
186:14,15

**Briefly**
120:13

**bring**
14:17
28:3 82:3
110:7
173:12

**broad**
32:1
114:2,6

**brochure**
83:12
84:13,21
86:13
89:10,20

**brought**
71:23,24
138:7

**budget**
125:19
126:7
142:17
151:5,8,
17 152:5
180:2
182:11
187:21

**budgets**
125:21

**build**
57:22

**building**
57:7 72:8
76:6
118:9

**buildout**
57:6

**bullet**
160:18

**bullets**
159:16

**Bureau**
15:16

**Bursky**
5:7 9:6

**busy**
44:22
45:1,4,11

**buy-in**
56:17
74:7

─────────────

**C**

─────────────

**C-A-D-I-G**
101:14

**CADIG**
101:14

**call**
7:3,6
189:14

**called**
11:12
25:3
61:23
84:21
101:8
125:2
159:15
165:20
170:4,5
181:10
189:12

**campus**
15:6,10

**campuses**
15:12

**capable**
133:5

**capacities**
112:19

**capacity**
10:11
30:9
127:20

**Capitol**
127:9

**care**
12:6,7,8,
9,15
17:7,18
24:13,18
27:19,22
28:7,16,
21 34:15
35:1,8
37:12,14,
16 47:6,
8,13,16,
19 48:22,
24 49:3,



5,7,12,19
50:13,16
51:4,9,15
52:6,10,
16,19,21
53:4
57:8,13
61:21
69:1
70:4,9,18
71:13,18,
25 72:7,9
73:8
77:25
78:13,18,
21 79:16
83:11
84:4,6,22
85:1,3,5,
8,16
86:5,9
88:17,18
89:13,15,
20,22,23
90:1,5,
11,15,20
91:2,4,5
92:7
93:10,23
94:4,12,
17,20,21
95:25
97:13,17
100:8,24
101:3,8,
20,23
102:8,12
103:24
104:2,3
105:4,5,8
110:2
111:4,7,
20
112:14,20
113:6,14,
22 114:5,
18 121:9

143:18
146:21
147:25
148:2
157:5,13
162:14
183:6,9,
11 185:23
186:2
189:20
190:1

caregivers
159:19

Carolina
10:25
11:1,3,4
71:21
73:10
190:23

carried
95:3

carries
183:14

carrying
137:7
160:21
186:21

case
8:11
11:13
12:11,12,
14 37:12,
14,16
38:3
100:21
109:12
127:9
138:18

caseload
53:25

cases
183:16

categories
21:9
26:11

categorize
62:12
135:10

category
102:5,15
164:19

cautious
60:7

caveat
155:12

CBAY
104:5
105:9,16
106:8,11
107:8
152:24
153:6,16
154:2
157:4,21
158:6,12

center
11:16
24:6 30:1
31:2
42:23
44:3,5
46:14
111:12,16
153:6,19
159:7,11

centers
15:7
23:12,14,
15,19,24
28:17
41:15
51:2
81:22
97:11
189:14

CEO
16:12
17:1,13,
14,15
18:11
78:11,17
106:16,19

certificati
on
166:14
167:20

certificati
ons
10:5 26:4
165:8

cetera
163:22

chair
54:20
55:1,6
59:13,15
76:19,20
93:14
112:20

chaired
58:23

chairing
59:2

chairman
97:4

chairs
48:19
58:24

challenge
68:9
72:20
116:25

challenged
73:21
190:4

challenges
20:19

21:5,24,
25 24:8
54:3
55:17
56:23,25
57:1,2,21
67:20
89:14
189:18

chance
73:19

change
16:11
27:17,20
28:10,13,
22,24
65:8

changed
78:20

channels
96:22

charge
121:3
130:24
159:24
188:18

charged
40:8
121:23

charter
163:13,21

check
36:22
177:14

Cheryl
171:12

chief
16:24,25
60:2,3
126:8,9

chiefs
59:7



**child**
  9:17,23
  12:17
  13:9,11,
  14 25:20,
  21 26:2,6
  30:10
  36:20
  37:3,8
  38:17
  41:22
  42:24
  47:16,17
  50:11
  58:21
  59:7
  60:22
  67:19
  71:12
  72:18
  81:15
  82:13
  96:17
  101:13
  122:7
  136:15,18
  143:13
  172:5,17

**child's**
  38:24
  160:8,12

**child/young**
  96:17

**Childhood**
  114:10

**children**
  10:25
  11:9,18
  12:2,4
  14:8,9
  15:8
  21:3,18,
  23 23:22
  24:2,11,
  16 26:13

  27:5,8
  28:19
  29:7
  30:15
  32:18
  34:10
  38:19
  40:14
  41:25
  42:9,24
  44:23
  47:10,21
  49:2,22,
  25 50:9,
  20 52:16
  54:2
  58:14,19
  59:22
  61:24
  62:2
  66:5,20,
  22 67:3
  68:6,16
  70:12
  71:16,18,
  23 72:1,
  9,13
  74:13
  79:6
  81:25
  82:3 85:8
  90:2,23,
  25 91:8,
  13,19
  93:1,10,
  23 95:18,
  25 100:2,
  25 103:3
  104:20,21
  105:19
  110:23
  114:4,9
  118:15
  121:19
  122:14,23
  123:13,21
  124:4,16

  125:8
  130:10,
  16,17
  131:6
  132:5
  133:6
  135:13
  136:11
  138:25
  143:5,20
  144:1
  145:20
  146:5,10,
  16,22
  147:7,22,
  25 148:20
  149:19,
  23,25
  150:6
  152:13,20
  154:25
  155:3,5,
  7,10,13,
  15,23,24
  158:7
  161:23
  169:10,11
  170:17
  174:13,16
  175:20,23
  176:8,10,
  18 178:5
  180:22
  184:10,
  15,17,23
  185:5,10,
  22,25

**children's**
  47:14
  99:22
  110:10
  149:24
  169:17
  178:4

**CHIPRA**
  109:7,10,

  11,13,14
  110:10

**chose**
  89:8

**chronic**
  20:19

**chronology**
  99:8
  101:6
  115:1

**citing**
  110:15

**citizens**
  48:15

**claim**
  144:16,
  18,20

**claims**
  144:9,12,
  21 189:13

**class**
  11:10

**classes**
  182:21

**classroom**
  81:1

**classrooms**
  30:14

**clean**
  126:14

**clear**
  31:23
  46:9 71:4
  115:4
  135:23

**clients**
  31:6
  35:16
  39:20

**climate**

  138:23

**clinic-
based**
  117:2

**clinical**
  21:11
  29:7 36:5
  38:10
  42:9 46:3
  139:18

**clinician**
  25:24
  31:12
  32:7 37:2
  42:22
  72:15,21

**clinicians**
  24:13
  26:1,4,10
  31:13,15,
  25 32:2,
  9,10,14
  33:5
  34:1,2,9
  35:14
  36:5,12
  38:3,5,9
  42:12,19
  43:7 50:5
  76:7
  163:11

**clinics**
  68:7

**close**
  25:18
  150:18
  158:16

**closed-door**
  169:19
  170:4,5,
  9,12

**closeout**
  150:17



closets
  42:1

cloudy
  69:2

clubhouse
  185:12

clubhouses
  185:9

CMMS
  104:11

CMOS
  79:12
  95:13
  144:18
  146:21
  184:19

CMS
  46:13
  47:1,3
  116:23
  117:1,7
  154:24
  156:16
  157:25
  159:1
  173:25
  174:17
  189:11

co-
occurring
  121:12

codify
  114:21

COE
  111:21
  112:8

Cohen
  5:12,21,
  23 6:3,8
  7:12
  36:10
  37:6 46:8

51:12
67:1
69:13,16,
23 70:1
77:16,22
81:13
83:9,13,
25 88:5
91:21
93:21
97:18,24
98:3
99:17
109:25
115:7
120:3
123:2,8
126:11,
17,19,23
127:6
128:5
130:20
131:19
133:15
134:6
135:14,22
136:2,9,
21 137:3,
7,15
140:11,20
141:18,
21,25
142:5
146:3
149:1,9
153:12,
15,19,23
162:19,25
168:16,19
169:1
178:12,24
179:1,8
186:13,20
191:4,16

coined
  47:15

cold
  78:2

collaborate
d
  166:7

collaborati
ng
  129:7

collaborati
on
  47:23
  50:23
  55:2
  70:11
  79:18
  93:3
  103:7,9
  166:10
  167:23
  168:13

collaborati
ve
  53:11
  54:12
  93:5
  101:19
  102:5,9
  110:20

collaborati
ves
  101:8

collaborato
r
  164:7

collaborato
rs
  102:4,13,
  15

colleague
  191:2

collection
  45:22
  46:25

181:16

colon
  86:20

color
  97:19,24

colored
  20:8

column
  150:13

combination
  32:6
  142:21
  161:3
  184:25

comfortable
  37:3
  69:16
  178:19

commenced
  22:22

comment
  130:7

comments
  182:14

commercial
  27:12

Commission
  48:19
  93:15

Commissione
r
  8:8 18:5,
  15,17,25
  19:2,19,
  23 20:6
  41:17
  51:25
  52:2,3,4
  54:19,22,
  24 59:25
  60:8

63:18
69:6 77:5
78:4,12
79:14
85:15,20
88:6
90:21
92:6,12,
20 95:17
96:1,16
97:1
98:4,7
99:3,12
100:15,16
104:15
106:6,9,
10,13
107:10,15
112:13
113:11,15
119:24
120:12,17
121:3,8
123:10,19
124:14
125:5,10,
22,25
132:3
134:19
136:10
138:4
140:8
144:13
145:21
146:9,20
148:12
151:12,24
163:1
164:1,9
166:18
169:5
172:13,15
175:7
179:9
185:16,19
186:11
188:22



191:9

**Commissione
rs**
76:10

**committed**
160:21

**committee**
71:6
137:23,25
138:2
139:14

**communicati
on**
39:18
50:5

**communicati
ons**
42:18

**communities**
12:5 14:8
47:11
49:6
51:10
57:7,11,
22 67:6
71:16
72:15
76:16
105:20
118:13
130:11
134:18
135:11
184:11,
15,24
185:22

**community**
11:16
12:2,19,
21,24
15:18
16:9
19:1,3,
15,17

23:23
28:18
39:10,11,
19 48:9,
11,15,19,
25 49:4
50:9,18
51:1
54:25
57:5,17,
20,24
58:12
59:12
68:23
72:21
76:6,10
79:9
80:14
91:3
102:3
104:24
105:4,5,
8,15,22
114:8
121:11
132:13
143:20
154:10,21
156:19
157:7,15
177:9
183:12

**community-
based**
11:23
14:9,18
38:21
40:6,13
67:16
71:22
72:7 85:8
99:23
104:6,7
109:22
110:16
134:16

**company**
173:19

**compensate**
117:21

**competing**
108:6

**competitive**
158:12,20

**compile**
145:7

**compiled**
145:10,13

**complex**
160:11

**compliance**
167:3
173:10

**component**
12:1

**components**
115:12

**comprehensi
ve**
28:16
47:9,16
50:11
99:23
169:16
185:24

**comprehensi
vely**
53:23

**concentrate**
9:22

**concept**
47:5 49:8
65:23
77:23
79:23
83:11
108:9

**concepts**
80:13
162:12

**concern**
184:8

**concerned**
176:8
189:7

**concerns**
76:14
132:2

**conclude**
129:24

**concluded**
191:20

**concrete**
143:17
150:17

**concur**
139:19,21

**concurred**
139:22

**conditions**
177:15

**conference**
84:5,6
85:2 86:1
174:3

**confidence**
60:6

**confined**
41:25

**confirm**
22:3

**confirmed**
172:8

**confuse**
61:17

**confused**
38:13

184:21

**confusing**
62:3

**connection**
37:5
39:13
51:23
103:2
129:14
136:23
175:20

**Connections**
50:21
51:3

**considered**
182:3

**consist**
38:14

**consistent**
81:8
110:21
181:17

**constituent**
190:1

**constructed**
182:7

**consult**
139:11
191:2

**consulting**
190:20

**consumers**
84:14
86:15

**contact**
7:4 24:16
53:19
62:24
63:7
126:4
141:4,10



175:16

context
23:21
89:21

continue
18:21
85:7
107:1,3,4

continued
49:15
72:4,8

continuum
83:11
89:13,20
90:1,5,
11,14,20
91:5 92:6
183:5,9,
11

contract
186:4,5

contracted
91:3
174:20

contractors
121:13,20

contracts
27:22
28:7
184:19

contributin
g
180:22

contributio
ns
103:22

control
41:12
83:21,22
98:6
99:13
121:9,13,

16,21
127:25
141:16,17
142:6
163:2

controlling
141:15

conversatio
n
7:16

conversatio
ns
128:25
129:3,10
135:21,24
176:4

conveyed
45:11

COO
17:5,6,8
25:18

coordinate
157:14

coordinated
53:21
54:9
133:24
165:18

coordinates
157:6

coordinatin
g
47:20
54:2,5,
13,14,21
55:14
56:9,16
57:4 58:8
59:15
61:10
62:10
63:13
64:1,9,

10,21
76:18
77:8 78:6
93:15,16
96:15
97:5
112:21
113:21

coordination
24:14
37:12,14,
17 55:7
96:23
97:10
168:3
190:2

coordinator
s
24:18

copies
110:7

copy
97:19,24
127:16,23
139:5
140:11
141:18,
19,21,25
159:8

correct
7:2 8:2
11:17
14:4 16:1
24:21
25:16
28:4
35:11,13
56:5 62:8
63:8,9
64:24
66:16
70:5
76:20

79:13
82:20,21
91:14
95:19
104:11
111:7
114:23
116:7,13
118:6
120:10,15
154:25
155:8
156:20

correctiona
l
57:14

Corrections
53:24
58:11

correctly
117:5

cost
161:6

council
53:11
54:2,5,
12,13,14,
21,24
56:9,16
57:4 58:9
59:15
61:10
62:10
63:14
64:2,9,
10,21
65:10
76:19
77:8 78:6
93:16
97:5
112:21
113:21

counsel

5:9 6:9
9:1 23:7
60:4
127:21
128:14
129:4
132:15,17
135:17,
21,24
142:8
188:23
191:5

counseling
34:13,14
96:4
117:25
118:1

counselors
26:8

counties
13:12,17
27:1
33:17
73:14
79:4
101:8

Counties'
33:21

county
10:9,21
12:18
13:10
25:4
26:16,22,
23 29:18
30:2,3
31:3 34:3
43:2,18
44:7,9
48:19
50:14
76:9

couple
38:25



FRANK BERRY
UNITED STATES vs STATE OF GEORGIA

July 29, 2022
Index: court..DBHDD

47:7 59:6
73:1 94:8

**court**
5:7,10
127:12

**cover**
147:7

**coverage**
91:9

**COVID**
187:6,9

**create**
14:18
101:8
119:8
167:24

**created**
48:12
53:14
92:16
98:13
107:19
110:24
111:2,3

**creating**
56:4
94:11
165:15

**creation**
52:23
57:25
58:4
79:11
97:15
107:22
108:5
119:12
161:20

**creative**
14:6
74:20

**credentiale
d**
38:8

**credentials**
10:4

**crisis**
90:10
143:16
185:5

**criteria**
24:5 42:6

**critical**
90:10

**CSB**
13:5,6
16:6 27:9
29:8
31:6,12
33:22,24
34:12,22
35:19
39:4
42:10
50:19
51:23
70:2,5
71:9 73:7
74:4
75:18
76:2
78:13
102:1
118:11
131:23
133:3,5,
10

**CSB's**
48:6

**CSBS**
93:4,6
95:6,8,11
106:7
115:20,23
116:5,10

117:18,21
118:13
131:23
184:5

**curiosity**
14:13

**current**
162:21

**cursor**
156:22
182:17

**customer**
189:14,16

—————————

**D**

—————————

**D-I-G-I-R**
112:5

**Dante**
59:10,15
60:12,16
61:1
96:18,20
115:11

**data**
39:3
45:22
46:24
111:19
144:10,
12,22
145:7
181:15

**date**
5:4 6:17
16:15
176:1

**dated**
126:24
127:17
170:14
179:5

**dates**
14:21

**Davidson**
172:17

**day**
11:22,24
12:3,4
19:13,18
75:21
96:11
148:3,16,
20 149:5
154:25
155:4,8,
16

**day-in**
60:10

**day-out**
60:10

**days**
6:5 19:5
49:17,18
81:21
103:25

**DBB**
91:1

**DBHDD**
18:7,18,
22 19:9
20:6 23:7
51:25
52:4
54:19
59:2,8,9,
17 65:5
68:21,24,
25 69:6
75:1
76:20,21,
24 78:4,
12 79:15
86:17
89:18
90:20

92:6,7,12
93:3,6,16
94:10
96:14
97:1
102:18,20
103:10
104:10
105:1
106:6
107:14,23
108:5,15
109:2,10
112:14
114:13,25
115:15,23
117:8,21
118:3,17
119:5,20
120:5,21
122:20
124:3,14
125:20,22
126:9
130:25
132:21
133:1
136:11
138:4,9
139:8
140:8
141:12
142:12,17
144:21,25
145:3,9
146:10,
17,20
147:18,22
149:2,4
151:12,24
152:20
161:2
162:21
164:2,8,
13,18
165:11,15
166:1,2



167:4,7,
12,16,19,
24 170:25
173:21
174:15,19
175:14,20
176:15
178:3
184:13,
17,25
185:1,14

**DBHDD's**
89:12
115:13
132:23
167:13

**DBHDD-
SPONSORED**
84:24

**DCH**
18:7 20:6
52:2
63:10,13
74:9
93:3,6,8
99:4
109:10
125:21,25
126:9
164:6,7,
9,13,15
165:2,18
166:8,12
167:9,23
170:23
173:5,9,
13,15
174:11
175:4,8,
9,11,23
176:14
184:20,25
185:19
186:3,10
187:4

**DCH's**
164:4,5,
11 185:20

**deal**
117:8,13

**dealing**
8:13

**Debbie**
17:20,22,
25 18:3

**DECAL**
171:8

**December**
18:19
19:4,9,
12,14

**decide**
125:5

**decision**
180:15

**decisionmak
ers**
159:24
160:5

**decisions**
78:10

**dedicated**
40:9

**deep**
38:5

**deficit**
21:16

**defined**
42:6
48:15

**definition**
18:8

**definitivel
y**
93:13

**degree**
9:17,25
10:8
38:18
46:20,21

**deliver**
48:13
69:1
75:14
91:2,4
116:15
117:6
134:15
144:19
164:21
173:23

**delivering**
37:13
75:11
116:24
146:21
185:24

**delivers**
144:14

**delivery**
13:16
162:1
173:20
174:12
184:19

**demonstrate**
46:25
85:10
114:19

**demonstrati
on**
158:6
160:25

**department**
6:21 8:14
11:11
13:20,23
14:3,7
17:25

18:2,15
19:1,3,
15,16
22:15,21
29:10,17,
21,24
33:18
34:5 49:1
50:9,20
53:24
54:1,22,
25 55:18
56:2,19
58:3,11,
12,13,14,
15 59:12
60:11,23
63:23
64:17,19
72:3,4,16
74:13,14,
15,18,23
75:6,18
76:24
77:1,12,
24 79:1,
15,21
85:13
89:11
91:2,3,6,
12,18
92:15,16
94:11
96:15
100:10,
11,22
102:22
103:2,4,
13
108:22,24
109:1,21
110:13
111:1,3
113:3,13,
15,19
114:8,9,
10,11,15

117:21
120:8,20
121:3
122:2,3,
4,15
123:16,17
124:1,2,
13 125:1,
3,5
127:21
128:18
129:17
131:4
132:3,13
145:6,7,9
148:10,17
159:3
171:20
174:11
177:7,8
178:8,18

**Department'
s**
84:16
85:9
86:18
111:10
121:16
125:11
142:24

**departments**
33:21
74:8
88:16

**dependent**
51:9

**deposed**
6:23

**deposition**
5:2 6:14
7:16,19
8:6,9,10
129:14
191:20



describe
  38:15
  60:1 86:8
  100:24
  149:11

describes
  89:11,17

describing
  37:17
  108:4
  120:20
  153:7

description
  183:19

deserves
  112:23

design
  122:20
  123:10,20

designate
  188:2

designation
  140:15

designed
  24:2
  107:3

designee
  65:21

determination
  32:14
  165:16

determine
  125:12
  134:25
  148:13
  166:24,25

determined
  46:23
  166:11
  167:19

determining
  148:9
  165:12

develop
  40:13
  52:19
  73:18
  99:21
  118:11
  189:19

developed
  14:14
  36:23
  52:7
  71:22
  116:18

developing
  14:8 72:6
  101:23

development
  9:17,23
  15:6,7
  38:16
  52:21
  101:25
  118:2
  163:17
  172:6

developmental
  18:16
  48:14
  54:23
  55:19
  57:9,16
  58:13
  64:18
  89:15
  90:3 91:7
  100:23
  108:1,21
  114:16
  120:23
  122:16

127:22
142:25
148:11,
18,21
177:5,8

DFCS
  51:2
  72:17
  74:9,14
  75:1
  103:2
  173:21

DHR
  102:18
  108:22
  171:15,16

DHS
  170:21

diagnosed
  20:21
  158:7

diagnoses
  21:9,10,
  12,14
  121:12
  146:16
  147:8

diagnosis
  20:21
  21:6,8,12
  144:2,4
  146:6,11
  157:1

dialogue
  55:20

dictated
  122:10

difference
  37:12

differently
  29:14,16
  121:20

Digirolamo
  112:1,5

direct
  60:4
  91:2,4
  99:14
  121:8
  163:4

directing
  186:7

direction
  51:8

directions
  155:11

Directly
  26:15

director
  10:13
  12:18
  13:2,9,
  11,13,24
  14:1,2,25
  15:4,15
  17:6
  25:19,21
  26:1,6,13
  29:6 30:9
  32:17
  42:8
  59:21
  60:17,22
  61:7 70:4
  71:11
  88:12
  96:18
  138:13
  169:9
  170:16
  172:8,20

directors
  61:11,13
  62:7
  110:19
  190:3,16,

19

disabilities
  18:16
  54:23
  55:19
  57:10,16
  58:13
  64:18
  89:15
  90:3 91:7
  100:23
  108:1,21
  114:16
  120:23
  122:16
  127:22
  130:2
  131:1,12
  133:22
  134:11
  148:11,
  18,21
  177:6,8

disability
  48:14
  142:25
  175:6,12

disagreed
  134:4

disciplines
  90:2

discuss
  128:14
  132:11,13
  135:17

discussed
  57:3
  128:21

discussing
  186:22

discussion
  30:22



52:14
55:20
77:19
87:4
94:16
96:25
138:21
181:24
188:12
190:21

discussions
55:13
176:11,12

diseases
120:24

disorder
21:18

disorders
10:24
21:17
34:10
42:5
95:19
137:19

distinct
39:14
90:22

distinction
149:3

district
24:20
67:22
80:13

districts
48:4
67:23
93:4,6
182:8

disturbance
11:10
20:25
21:13,25
118:16

186:1

disturbance
s
21:4 93:1
156:25
158:8

dive
56:10

divided
147:15

division
108:24

divisions
88:16
120:9,21

DJJ
15:12
74:14

DNR
171:14,
17,19

document
83:23
94:5 98:7
99:13
110:18
128:1
142:3
153:6,20,
25 179:2
183:4

documents
8:3 94:6
153:2,4
159:6

DOE
65:7
124:21,
23,24,25
125:1
132:11,12
138:4

139:8
171:12

DOJ
119:1
127:24
133:4
178:16,20

dollar
143:17

dollars
27:14,15,
21,24
37:22
108:16
117:11
143:19

door
69:24

download
162:20,21

downloaded
140:13

DPH
171:2
172:15

draft
99:1
104:4,5

drafted
114:22

draw
74:24
174:24

drivers
160:14

driving
68:24

Duke
10:22

duly

5:20

duties
70:3
120:8,20

dynamic
89:15

_____

E

_____

E&y
190:6
191:10

earlier
28:2
49:17
74:10
77:23

early
49:14,15,
18 58:15
67:17
74:15
103:25
114:10
160:9
180:14

earnings
188:25

easier
97:25

ebbs
90:7

EBD
20:25
21:15
30:4
48:23
93:10,24
96:1

ed
23:12,14,
15,19,24

24:6,23
25:13
30:1
31:1,8,14
32:1,12,
19 33:6,
11,14,15
35:17,20
36:5 37:8
39:5,25
40:3,23
41:5,15,
20 42:22
43:6,8
44:3,5,11
50:13,16
78:2
80:7,24
81:1,21,
22 92:2
97:11
136:20

education
9:15 18:2
29:10,17,
21,24
30:7
31:19
33:2 34:5
40:10,11
43:18
50:10
58:14,16
63:23
64:8,11,
20 66:12
74:18,23
75:6,7
76:24
77:1,12,
24 80:1,
14 96:16
103:4
114:10,11
122:3,5
124:1,3,



7,14
125:1,3
129:19
132:6
133:6,12
134:1,13
136:13
173:22
175:7,13
182:22

Education's
148:4

Educational
22:2
179:3

effect
111:7

effective
45:23
89:13
129:19
133:23
134:21
140:2
151:25
155:21

effort
107:4
118:18
119:8
159:2
181:2

elected
65:12
78:8
86:16

electronic
110:4
136:3
145:22

elementary
10:14
73:23,24

elements
101:18
104:18
114:1

eligible
32:11

email
7:4,6,7
126:24
127:17,23
141:21,25
169:3,7
170:13,18

emailing
142:8

embedded
163:12

embraced
51:11
67:13
85:6
102:11

emergency
190:1

emotional
11:10
20:24
21:4,13,
24,25
34:10
42:5 93:1
95:18
118:15
156:25
158:8
186:1

emphasis
78:22,23
79:5
180:14

employ
43:16

employed
10:20
12:16,23
15:16
18:21,24
43:19,24
88:7

employee
17:24
127:18

employees
26:12
38:2 54:8
86:18

employer
11:14
15:19,21
22:16

employment
10:7
33:14
104:22
121:10

enable
67:5 83:1
133:24
154:18

enabling
119:20
120:5
149:3

enacted
51:14
119:18

encounter
144:15,19

encounters
144:10,
12,21

encouraged
160:7

encouraging
70:10
79:18

end
11:9
106:24
185:2

ended
85:4
160:25

energies
40:9

enforced
119:23

engage
77:9

engaged
72:14
190:25

engagement
38:21

engaging
160:13

enhance
14:16

enhanced
180:13

enhancement
13:25
14:16
72:6

enroll
182:8

enrolled
24:15
181:3

ensued
77:19
87:4

ensure

133:21
134:10
159:19,23
160:3,18,
19 172:5
181:16
184:13,22
185:20

entail
14:5

enter
28:7

entering
180:17

entire
19:21
54:18
63:16,21,
24 148:20

entity
16:5
53:14
102:6

entrance
24:5,6
42:6

environment
17:18
28:21,22
88:17
89:16
124:8

environments
83:5

equivalent
61:25

Erica
169:3,7
170:17
176:20



**Ernst**
88:7,11
189:2

**essence**
101:21

**establish**
120:22
189:20

**established**
136:17
165:23

**establishing**
111:22
117:22
121:23

**establishment**
185:4

**estimated**
150:11

**estimated/actual**
150:12,13

**evaluation**
179:4
180:2

**evaluations**
96:5

**evening**
36:21

**evenings**
75:20

**event**
84:24
171:22,24
172:4

**events**
22:11
99:9

**eventually**
101:9

**evidence**
45:24
94:7

**evidence-based**
45:16
46:4,13,20 47:2
82:24
96:6
167:8

**exact**
6:17
16:15
53:2

**EXAMINATION**
6:7 191:7

**examining**
151:24

**examples**
21:19

**Excellence**
111:12,16
153:6,19
159:7,11

**exception**
47:3
168:14

**exceptions**
39:13,21
75:15,17

**exchanged**
39:4 45:6

**excluded**
168:9

**excuse**
14:21
18:2 44:5
143:25

**145:19,20
156:10
164:8
171:16**

**executive**
74:16
169:9
172:20
179:4,16
180:9
181:6
183:9

**exhibit**
83:14,15
97:19
98:1
110:1
120:1,4
126:13,20,21,23
127:1,2,16
137:13,16,17
140:11,18
153:12,13,16,17,21 156:9
162:19,23
163:8
168:24
169:2
178:11
179:1,6
186:22

**exhibits**
110:5
153:1

**exist**
136:25

**expect**
9:3

**expenditure**
149:22

152:13

**expenditures**
149:25
150:6

**experience**
20:9 33:4
131:22
133:10

**expertise**
104:2

**experts**
160:16,17
173:11

**explain**
30:16
152:15

**explanation**
112:23

**extended**
45:21

**extensive**
18:7

**extent**
67:7
96:12
166:8

**EY**
190:22

────────

**F**

────────

**faced**
55:19
56:24

**facilitate**
55:12,20
115:16

**facilities**
15:9 35:2

41:5 69:1
163:22,24
168:9

**facility**
11:20,22
12:15
24:25
25:13
29:1
30:13
33:14
34:18
43:8
44:8,17
72:17
81:3

**fact**
84:10
86:7
100:16
119:23
142:23
153:6,16
158:2,5

**factor**
78:14

**failed**
134:10
135:3,10

**fails**
133:21

**failure**
135:1
139:25

**fair**
94:23
145:18,19
146:4
187:8

**faithfully**
111:10

**familiar**
18:6



20:11,24
21:20
22:6 23:2
31:18
45:17
46:15
53:11
92:18,21
100:3
108:10
110:9
116:3
119:20,22
137:21,23
140:21,
23,24
151:4
158:3,4
162:1,4,
12,17
163:14
176:23

**families**
35:3,4,5,
8,10
49:22
59:22
67:5
82:10
85:9
105:19
110:24
114:4
130:10,17
160:10,
11,13,15,
17,19

**families'**
160:4

**family**
9:18,23
36:20
49:1
50:9,20,
21 51:3

54:1
58:14
74:13
84:15
86:15
103:1,2
114:9
157:7,15
159:23
160:6,7,
13

**family-driven**
157:5,13

**FAQ**
168:8

**favor**
69:9

**feasible**
183:23
187:1

**February**
187:8,11

**Federal**
14:15,16
74:24
75:12
86:3,17
106:25
125:7,12
142:22,24
151:22
158:6
161:3
174:24,25
177:11
189:23

**federally**
28:17

**feedback**
105:5
106:6

**feel**
28:19

**feeling**
38:6

**fell**
108:21

**felt**
37:3,4
56:6 68:3
132:23
172:1,25

**Fener**
169:3,8

**figure**
74:19
99:18
143:18
152:13,18
173:24
189:19

**figures**
144:24
145:2,4
157:18

**filler**
127:10

**final**
137:18

**finalized**
150:19

**finance**
167:3
173:10

**financial**
126:8,9
182:7

**financing**
14:6,14
28:10

**find**
6:19

104:22

**finding**
128:8,10
180:11

**findings**
22:16,23
119:1
126:12
127:24
129:13
133:4
180:11
181:12

**fine**
8:20
142:7

**finished**
13:25
16:23

**firm**
6:13,22,
23,24
7:17 8:1

**fiscal**
143:24,25
151:1
152:6,7,
9,10

**Fitzgerald**
129:11
172:13

**five-year**
111:3
158:6

**fix**
136:23

**Florida**
9:18,19
10:18,19
190:25

**floundering**
77:8

**flows**
90:7

**focus**
73:12
80:4
113:6
118:25
148:15

**focused**
40:6,7
56:14
73:11
79:7
93:17
113:15,19
124:7
173:17
178:7

**focuses**
157:4

**focusing**
78:20
79:19
113:17

**follow**
67:11

**followup**
188:12

**force**
68:24

**foreign**
73:15

**forgot**
143:3

**form**
5:24 18:1
36:7,14,
18 46:5
51:6,17
52:11
66:23
70:8



80:9,10
81:10
83:8
91:15
93:18
109:23
122:25
123:5,22
130:8
131:17
134:3,8
135:6
148:22
149:7

**formal**
9:15 22:7
94:4,6,19

**formally**
93:19
94:4

**formed**
111:13

**formula**
181:25
182:3

**foster**
12:3
34:15,19,
20,23
35:1,5,8,
10

**found**
112:18
139:18

**foundation**
138:23

**founded**
16:6
110:19

**frame**
55:10,16

**framework**

97:15
102:12,13
103:19,23
112:14

**Fran**
5:12

**Frank**
5:2,19

**frequency**
38:23

**frequent**
175:16

**frequently**
37:25
162:22

**Fretwell**
138:8,10
139:23

**front**
99:9

**full**
41:8
156:23
159:24
160:4
181:12

**fully**
63:10

**function**
53:17

**fund**
185:6

**funding**
14:17
27:13,20
78:19
79:11
91:18
107:2
115:20,22
116:2,4,9

125:12
139:15
161:16
164:11
174:23
176:5
181:25
182:3
184:16
185:4

**funds**
14:15,16
74:24
75:12
99:21
107:1
109:16
116:1,6
117:9,20
125:6
142:22,25
161:18

**funny-
looking**
84:9

**furthest**
150:13

**future**
17:18,19

———————

**G**

———————

**GA00004975**
169:4

**GA00073996**
137:20

**GA01177742**
126:25

**GA04245177**
97:20

**Gadoe**
78:2

124:23
125:2

**GAO**
176:24
177:1,10,
21

**Gary**
85:25

**gather**
97:22
160:22

**gave**
138:9,15
188:18,21

**Gay**
17:20,22,
25 18:3

**GBI**
171:10

**gen**
81:1

**general**
32:2
39:16,22,
23 45:10
60:3
66:12
73:14
79:25
80:14
88:19
89:24
118:22
126:10
127:21
128:14
132:6
133:6,12
134:13
135:9
136:13,20
138:24
162:13

**generated**
150:14,19

**Georgia**
5:4,18
13:20,22
15:11,13
17:24
18:15,22,
25 19:3
22:1,23
23:15,18
24:6,23
25:13
27:19,25
31:1,7,14
32:1,12,
19 33:6,
11,14
35:17,20
36:4
39:5,24
40:2,22,
23 41:1,
5,20 43:8
44:5,11
50:12,16
51:5,14
53:15
54:12
67:12
71:15,19
73:10,11
80:7,24
82:20
88:25
89:2,6
92:1
100:22
109:21
110:13,20
111:17,20
118:23,24
120:7
125:2,6
138:2
139:19



146:5
158:3,13
164:24
165:13
166:11,15
167:20
169:3
170:18
176:10,23
177:23
179:3
182:12
183:19
184:10
191:10

**Georgia's**
93:9,23
169:10,11
170:17
175:19,23
176:18

**Georgians**
89:13

**give**
57:1
73:19
80:8
83:20
129:6
141:17,18
163:2
182:25

**glad**
79:22

**GNETS**
21:20,22
22:4,6,7,
18 23:10
24:12
25:12
29:1,23,
25 30:13
31:7
32:12,19

33:11,14,
16,20
35:20
39:4
40:16
41:5,20
42:23
43:4,8
45:14
80:6,24
81:21
83:6
92:3,9
95:16,24
96:9,10,
23,25
97:10
101:2
103:6
128:19,21
129:7,25
130:1
131:1,8,
15,24
132:5,11
139:24
140:2
151:4,7,
17,20,24
152:4,19
163:21,24
168:8,13
180:3,14,
17,21,23
181:4,20,
21 182:6,
9,12,20
183:23
184:3,11
185:15,18
186:11
187:2,7,
12,18

**GNETS-
PSYCHO**
37:8

**goal**
67:5,8
81:24
174:16

**golly**
73:9

**good**
5:21,22
80:20
186:14

**goodwill**
74:2,21
76:6

**GOSA**
171:6

**gosh**
57:5
114:8

**government**
48:12,17
53:22
74:4
189:5

**government'
s**
178:14

**Governor**
74:17
180:21
187:10

**Governor's**
74:17
110:23
126:8
172:21
179:25
180:1
187:21

**graduates**
38:19

**grant**
27:14,15,

21,24
37:21
85:3
99:21
100:11,22
101:7,12,
14,22
109:5,7
117:9,11
140:12
141:6,10,
13 142:13
158:6,12,
16 160:25

**grantee**
100:17
141:6,10

**grants**
86:8
100:2
108:6,8
109:2,17
140:7

**gray**
81:12
130:13

**great**
60:6,7
69:17
98:8
133:8

**GRN**
102:3

**GRN-
VIEWPOINT**
103:25

**ground**
94:22

**group**
34:13
35:2
58:22
96:4

117:25
118:9
178:2
185:11

**groups**
42:24

**grow**
14:23

**guess**
38:13
81:20
84:12

**guidelines**
114:23

**guy**
84:9

**guys**
178:16

**Gwinnett**
13:12,17
20:10
25:4
26:25
30:2,3
31:2
44:7,8
50:14
79:4
101:7
154:9

**Gwinnett-
rockdale**
102:3,10

**Gwinnett-
rockdale-
newton**
12:19,21,
24 13:5,
18 15:18
16:6,9
17:5
23:13,23
31:6



35:15
50:19
70:5
131:23

---

**H**

---

**half**
173:17

**hands**
41:8

**hands-on**
76:11

**hang**
9:6

**hangups**
145:23

**Hanson**
96:20,21

**hard**
73:2
110:4
112:4
134:14,25

**harder**
110:7

**hate**
74:22

**Hawkins**
172:20

**head**
19:23
50:3
60:25
71:6,10
177:2

**headquarters**
15:12

**heads**

77:10
190:2

**health**
10:24
11:8,15,
16 12:6,
7,8,9,13,
15,17
13:15
14:1
15:1,5,8
16:13,20
17:2,18,
25 18:16
19:1,3,
15,17
20:19,21
21:5
26:14
28:4,16,
17,18,20
39:11,12,
19 42:9
47:15,16
48:14
50:18,19
51:2
53:10,20,
25 54:4,
11,13,21,
22,25
55:3,8,
15,18,22
56:9,10,
15 57:3
58:8,12,
13 59:12,
14 61:8,9
62:10
63:13
64:1,8,
10,18,20
65:10,24
66:2,6,15
67:14,20
68:2,6,

10,13,17,
24 69:7
70:12
72:20
73:4,15
74:9 75:8
76:18
77:7
78:6,18
79:23
80:15,18
81:9
85:23
86:3,11
88:17
89:15,24
91:6
92:25
93:2,15
95:25
96:3 97:4
99:21
100:1,11,
21,23
102:21
103:1,12
104:1
105:21,24
107:25
108:17,20
109:5
110:10
113:20
114:8,16
115:1,16,
24 120:23
121:5,18,
24 122:5,
14,15,21
123:11,20
124:4,8,
11,16
125:8
127:22
129:19
131:12
132:13

133:24
135:5
137:18
138:3
140:7,12
142:25
143:5
144:2,3,
4,9 145:9
146:6,11,
15 147:8
148:1,11,
13,17
149:24
150:1,7
152:2,14,
21
154:12,
13,19,21,
24
155:13,
18,22,25
157:6,14
160:16
163:12
165:17,19
167:17
169:14,17
174:14
177:8,9
183:16
184:9,14,
22 185:20
189:20,25
190:24

**healthy**
109:17
124:7
172:5

**hear**
40:18
41:4,19
46:9,10
54:3
55:17
81:14

97:9

**heard**
20:14
23:7,9
41:22,25
44:17
45:15
106:5,11,
13,16
112:17
115:4
125:2
147:10
159:23
160:4
177:18
182:6

**hearing**
23:5

**height**
155:4

**held**
42:10
186:3

**helped**
49:22

**helpful**
167:6

**helping**
88:15
103:19
104:21
189:3,18,
20,22
190:1

**helps**
34:7

**hey**
75:16
77:6

**high**
9:16



FRANK BERRY
UNITED STATES vs STATE OF GEORGIA

July 29, 2022
Index: high-fidelity..importance

38:19
86:15
118:14

**high-fidelity**
159:6

**high-intensity**
90:13

**high-performing**
189:4

**higher**
176:6

**highest**
53:22
189:10

**highlighted**
133:19

**hire**
60:6

**hired**
59:21
60:16
160:9

**hiring**
59:19

**historically**
116:12,14

**history**
10:7
67:12
99:15

**hold**
49:13
100:11

**Holding**
185:23

**Holkins**

5:13
69:25
83:22
86:24
98:6
99:12
126:18
127:25
141:16,
19,22
142:9,11

**home**
7:24 24:3
34:20
35:2,23
36:21,22,
25 37:7,9
38:7,9,11
40:14
82:7,14,
17 84:18
104:23

**home-based**
38:6 83:2

**homes**
12:3,5
34:19,23
50:2
57:11
105:20
130:11,18
161:23

**honor**
107:17

**hope**
9:11

**hopeful**
35:22
46:22

**hospital**
78:24

**hour**
37:15

**hours**
75:11

**House**
48:13

**housed**
72:15

**housing**
121:10

**Howell**
126:24
127:17,18
128:15
188:11,
13,18

**huge**
113:5

**Hughes**
5:15 56:3
137:5
145:25

**human**
108:22
190:24

**hundred**
134:14,24

**hundred-page**
179:2

**hung**
41:22

**hurt**
177:2

**hybrid**
38:4

**hyperactivity**
21:16

―――――――
    **I**
―――――――

**IDEA**

122:11,
13,19

**identification**
83:16
98:2
120:2
126:22
127:3
137:14
140:19
153:14,
18,22
162:24
168:25
179:7

**identified**
110:2

**identify**
118:14
153:3,24
156:9,12

**IDT**
61:12,13,
15,25
62:18
63:4,7,
11,20
64:1,25
65:21
96:25
97:3,7,12
114:22

**IDTS**
61:21

**IEP**
32:3,8,
24,25
75:13
122:8,10

**IEPS**
31:21
74:24
122:11

**III**
149:21

**Ill**
178:1

**illness**
20:11,18
157:1
167:7
177:5

**impact**
138:25

**impacted**
78:19

**impetus**
107:22
161:20

**implement**
56:20
71:24
97:16
100:2
113:22
122:20

**implementation**
120:16
123:11,20
124:15
125:7
174:7

**implemented**
92:12
124:3
163:5

**implementing**
86:9
97:12,14

**importance**
56:7
172:1
173:1



important
    37:4 56:6
    67:10
    108:5
    136:11,15
    154:18
    184:9

impression
    40:2,7
    45:10
    146:20

impressions
    43:3

improve
    189:16

improved
    104:19

improving
    138:22

inadequate
    132:4

inappropriate
    41:4,19

incentive
    182:7

incidents
    41:5,20

included
    72:12
    102:13
    124:8
    169:17

includes
    144:18
    156:24

including
    75:20
    133:23

incorporated

94:17

increase
    139:15
    143:22
    149:15

increases
    176:9

incubator
    101:22

independence
    57:17

independent
    48:18

indicators
    186:6

individual
    32:23
    34:13
    37:15
    45:8 54:5
    62:25
    65:4
    90:16
    102:6
    118:1,8
    138:8
    182:22
    185:11
    190:4

individualized
    31:19

individuals
    20:17,20
    21:6 30:4
    36:4
    48:23
    53:20,23
    76:15
    84:18
    90:2,23
    131:1,11,

14 135:5
144:25
145:8
148:20
156:24
170:1
172:25
177:23
182:8

influence
    79:22

information
    80:10
    145:6,10
    180:8
    190:3

informing
    156:19

Infrastructure
    101:13

infrequently
    175:9

initial
    101:22
    160:24

initiated
    114:25
    180:2

initiative
    94:18,20
    95:3
    101:9
    106:25
    124:7,9
    174:2
    180:2

initiatives
    17:7
    70:19,20,
    22 71:7,
    13,14

72:10
73:8 76:3
78:13
92:11,14
173:7,12,
14,18
174:6,12
175:3

innovations
    70:4,14,
    17,18
    71:7
    164:15

inquiries
    159:1

instance
    26:19
    28:17,19
    37:14
    59:25
    67:19
    72:15

institutional-based
    57:8

institutions
    57:10,20
    121:12

instruct
    135:23

instruction
    9:2 46:10

instructions
    129:6

instrument
    74:6

instrumental
    56:4
    106:9

instrumentality
    48:12,17

insurance
    27:7,9,10
    91:13,17
    110:11
    147:6
    173:19

insured
    147:25
    148:3

intake
    72:18

integrated
    79:25
    80:7
    133:25

intellectual
    57:9,15
    89:14
    90:3

intensive
    50:1
    157:5,13
    162:14,15

intention
    94:11

intentional
    108:4
    191:12

interactions
    189:17

interagency
    61:10,13
    62:7
    110:19

interest
    60:13



interested
  18:8
  111:10

interesting
  112:22

interface
  155:2

internal
  189:10

internet
  136:23
  140:14

interrupt
  19:7
  113:11

interrupting
  86:22

intervals
  53:5

intervention
  138:24
  180:14

interview
  60:12

interviewed
  71:23

introduce
  5:9  85:21

introductory
  85:25

investigate
  130:21,25
  132:7

investigating
  128:18

invitation

132:15
169:19
170:7

invited
  138:3
  171:24

invitees
  170:18

involve
  50:4,5

involved
  11:7,10
  50:15
  58:7,19
  59:19
  63:6
  94:15,16
  101:10
  102:23
  103:12
  126:6

involvement
  103:14,17
  180:14

issue
  8:13
  75:21
  117:8

issued
  98:21
  139:6

issues
  53:21
  55:14
  70:12
  138:3
  174:14
  188:8

J

January

179:5
188:16,19

Javier
  6:25  7:1

job
  13:1,4
  15:3
  16:18,19,
  23  18:14
  60:8
  75:19
  88:11
  135:8,13

jobs
  17:5
  104:22

jog
  138:1

Johnson
  61:4

joined
  12:20

joining
  111:2

Josh
  5:17,23
  6:13
  137:1
  140:15
  141:18

judgment
  80:9,10
  167:13

Judy
  129:11

July
  5:4  9:14
  22:19
  126:12,25
  127:17
  128:11
  169:2

170:14

jump
  9:10

June
  19:4,6,18
  20:3
  182:12

justice
  8:14
  11:12
  13:21,23
  14:3,7,17
  15:16
  22:15,22
  33:24
  50:8,21
  54:1
  56:2,19
  58:3
  72:3,5,17
  74:14
  75:1
  79:1,21
  102:22
  103:1
  104:21
  109:21
  110:13
  113:4
  114:11
  122:2
  123:16,17
  128:18
  129:17
  132:4
  173:21
  178:9,18

juvenile
  8:14
  13:20,23
  14:3,7,17
  15:16
  33:23
  50:8,21
  54:1

72:3,5,16
74:14
75:1
102:22
103:1
104:21
114:11
122:2
123:16,17
173:21

K

Karen
  112:9

keeping
  56:16
  104:20

key
  99:9
  160:12
  180:15

keynote
  85:22

kids
  39:24
  45:2
  68:10,25
  185:13

Kidsnet
  101:10,
  22,25
  102:2,8,
  17
  103:21,25
  110:19

kind
  8:11  38:4
  39:3
  46:21
  55:22
  70:9
  75:19



82:6,10
94:6
97:15
101:22
108:3
111:17,18
117:11,24
174:21

**kinds**
68:7
176:10

**King**
188:6

**knew**
24:4
61:12
92:22
95:16,21
131:22
151:16,19

**knowing**
180:4

**knowledge**
43:22
44:13
95:24
96:12
158:18
180:18
182:24

——————————

**L**

——————————

**Labor**
58:15

**lack**
77:25
109:22
110:15
139:18

**language**
165:24

**large**
145:22
189:18

**larger**
58:22
108:2

**late**
138:1

**launch**
174:12

**launched**
161:14

**law**
53:15
166:15
167:20

**lawsuit**
8:13
11:11,12
22:8,24

**lawyer**
7:16

**lay**
164:19

**layers**
166:23

**laying**
174:9

**leaders**
26:20,21,
23,24

**leadership**
104:2
114:20
185:1

**leading**
89:12

**learn**
6:14
23:18,25

33:3
40:15,25
44:21

**Learning**
58:16
74:15
114:10

**leave**
11:25
33:10

**leaving**
9:16
13:18
20:1  94:1

**led**
102:1
115:10

**left**
13:2,11
18:22
19:9,13
187:4

**legal**
131:7,10

**legally**
156:18

**legislation**
119:16
120:5
149:3

**legislative**
51:8  94:9

**legislative
ly**
64:9

**Legislature**
51:14
107:19

**lens**
90:7

**Leon**

10:9,20

**letter**
22:16,23
119:1
126:11
127:24
128:8,11,
17,22,24,
25  129:8,
10,13,23
130:5
133:4,16
186:25

**level**
26:7
29:13
38:9,10
46:20
52:17,22
53:22
57:13
61:23,25
65:7
73:23,24
74:8
75:10,18,
19  76:11
81:23
88:14
94:15,24,
25  95:1
102:16,17

**levels**
60:15

**licensed**
26:7,8

**licenses**
10:5
165:8

**licensing**
166:15
167:19

**life**
38:24

57:16
163:16

**lifetime**
107:18

**limited**
91:18
105:14
106:1
117:10,25
183:16
184:16,17

**link**
91:12
128:6

**listed**
141:3
172:23
173:4

**lists**
170:18

**literally**
73:17

**litigation**
22:22
23:6

**live**
57:16

**lived**
145:24

**lives**
159:25

**living**
12:3

**local**
24:20
26:16,20
29:12,13,
18,22
31:11
33:17
34:2



39:19
40:10
43:19,25
48:3,4
50:10,21
52:14,17
57:13
61:22,25
66:9
67:6,13,
21,22,23
72:14,16,
17,24
73:23
74:6
75:10
80:14
81:23
82:14,17
83:2
93:4,6
95:1
118:13
123:24
154:19
182:8
183:12
186:24

long
7:13
12:23
17:12
18:14,17
19:2,16
25:8
30:20
46:24
66:14
67:12,23
89:1
146:1

long-term
14:10
20:18

longer

6:16
86:25

looked
29:22,25
75:19
120:9
130:4
146:17
147:22,23
148:5
183:11
187:17

looming
78:25

lose
24:16
35:24

lost
69:4
136:22
186:13

lot
27:9
39:13,18
41:10
57:8
71:17
83:10

loud
115:4

lower-
intensity
90:14

LPCS
26:8

luncheon
87:5

M

made
24:11,19

31:17
32:13
37:25
70:16
78:10
135:22
152:1
155:19

main
15:10,11
50:22

maintained
95:21

majority
146:21
155:24
156:1,2

make
7:4 9:1
28:18
32:16
33:16
53:10
71:3
90:14
107:4
150:20
159:1
165:16
166:19,21
173:25
177:2
178:21

making
38:2
185:2
190:4

male
44:18

management
12:14
27:19,22
28:7
37:12,14,

16 88:18
111:19
121:13,17
147:25
157:5,13
185:23
186:2,4
189:17,
18,19

manager
11:13
12:11,12
181:11,
14,22

managers
38:3
190:18

managing
88:12
190:16,19

mandated
51:4
64:10
122:11

manner
130:1

manual
164:13,
16,17,18,
21,23
165:2,16,
22 166:1,
8,18

March
187:10

mark
83:13
97:19
126:12,
19,23,25
137:17
140:11
152:25

153:12,16
162:19
178:13,14
179:1

marked
83:15
98:1
120:1
126:21
127:2
137:13
140:18
153:13,
17,21
162:23
168:24
169:2,4
179:6

marking
153:4

Maryland
190:23

master's
9:17,25
10:8
38:8,18

match
61:23
174:24,25

material
152:12,
17,22

Matt
59:6 61:2
96:18,20,
21

matter
5:2 104:1
173:11
176:3

maximizatio
n
13:25



14:2 72:6

maximum
 67:6

Mcgiboney
 138:4,21
 139:11,24

Mckay
 59:10,15,
 17 96:20
 115:11

Mckinney
 170:14,15

Mckinnon
 173:3
 176:20

meaning
 21:4
 50:18
 65:10

meant
 20:18

measure
 105:1

mechanicall
y
 50:4

mechanism
 185:6

mechanisms
 146:18

Medicaid
 14:15
 27:4,5,16
 46:2,14
 88:14,16
 116:2,3,
 6,14,15
 117:16
 118:4
 164:10,25
 165:12,13

166:3,11,
 20,24
 167:2,4,
 11 173:19
 176:6
 189:15

Medicaid-
able
 165:20,24

Medicaid-
enrolled
 185:21

Medicaid-
reimbursabl
e
 116:24
 117:6
 165:20
 166:9
 168:2,5
 174:1,18
 175:1

medical
 121:9

Medicare
 46:14

meet
 33:5
 44:19
 111:21,24
 132:11
 164:20
 175:6,12
 178:1,6

meeting
 112:6,9
 138:19
 169:19,22
 170:4,6,
 12 173:1
 178:16
 189:11

meetings

50:25
 55:12
 64:23
 97:3
 132:17,20
 170:9

member
 54:11,23
 63:10
 64:11,19
 65:10
 103:8
 160:8
 188:2

members
 24:10,11
 26:16,22
 27:5
 33:17
 42:13
 43:18
 54:6
 84:15
 86:16
 126:10
 128:22,25
 160:6,7
 189:10

memoranda
 113:21

memory
 22:13
 65:13
 110:21
 138:1

mental
 10:24
 11:8,15,
 16 12:9,
 17 20:11,
 18,21
 28:18
 39:11,12
 42:9

47:14
 50:18
 51:1
 53:20,25
 61:7
 65:24
 66:1,15
 67:20
 68:2,10,
 13,17
 69:7
 73:4,15
 79:23
 80:18
 81:9
 85:23
 86:3
 99:21
 100:1,11,
 21 102:21
 103:1,12
 105:21,24
 107:25
 108:17,20
 109:5
 115:1,16,
 24 120:23
 121:4,18,
 24 122:5,
 13,21
 123:11,20
 124:4,8,
 10,16
 125:7
 129:19
 131:11
 133:24
 135:5
 137:18
 138:2
 140:7,12
 142:25
 144:4,9
 147:8
 148:1
 149:24
 150:1,7

152:1,14,
 21
 154:19,
 21,24
 155:13,
 18,22,25
 157:1
 160:16
 167:7
 169:14
 177:5
 183:15
 184:9,14,
 22 185:20

Mentally
 178:1

mention
 139:25

mentioned
 74:9
 77:23
 101:2
 139:24

mentor
 38:17

message
 45:3 85:7

met
 44:16
 62:16,17,
 18 112:1,
 7 132:12
 175:19,22
 176:19

metrics
 104:25

Metro
 183:13,15

MH
 102:21

MHDDAD
 108:20



microphone
  115:4

mid-1990s
  160:9

mid-
nineties
  49:15
  96:11

million
  143:7,8,
  15 151:2
  152:5,12,
  17 161:9

mind
  41:16
  75:5

mindful
  91:24

minor
  9:24

minute
  7:14 19:7
  98:9

minutes
  7:21
  69:14

Minyard
  112:9

misheard
  179:20

mission
  14:11,23
  40:12
  68:19
  84:16
  86:18
  89:12,17

misspoken
  188:20

misundersto
od

113:16

model
  38:4 57:8
  104:3
  114:5

models
  190:2

modern
  28:3,4

modernize
  17:17,19

modest
  149:18

modularity
  189:12

moment
  182:25

money
  118:3,10,
  17,19,20
  141:12
  151:20,22
  152:18
  161:17

Monica
  61:1,3

month
  6:15 38:1
  39:1
  175:15
  188:15

monthly
  50:25

months
  10:22
  11:1
  113:9

morning
  5:21,22
  11:25

motions
  5:24

Mountain
  11:8,15
  12:15

mountains
  10:25
  11:6

MOUS
  113:24
  114:1,7,
  14,18

move
  17:4
  71:15
  90:16
  109:20
  115:1
  136:21
  183:3

movement
  49:7
  71:20
  72:8
  78:18,21
  81:9
  82:3,19,
  20 85:11

movements
  49:5

moving
  57:7
  60:21
  156:22

Multi-
agency
  61:24
  62:2

multi-
tiered
  161:25
  162:3,7

─────────────

        N

named
  17:25
  18:2
  118:8
  138:8

narrow
  168:14

national
  82:19
  88:14
  177:25

Natural
  171:20

nature
  42:18

navigate
  160:11

necessarily
  68:10

needed
  79:7
  115:15,19
  116:18
  150:21
  159:19
  160:15
  165:9
  167:4
  173:12
  180:16
  181:22

negotiation
s
  125:18,20
  126:4,7

net
  147:23

network
  22:1

166:4
167:18
174:19
179:3
184:18

newspaper
  23:4

Newton
  13:12,17
  20:10
  27:1 79:4
  102:11
  154:9

nicely
  114:3

night
  50:3
  82:6,7

nineties
  49:14
  67:17

noise
  145:22

non-
clinical
  38:14

non-
therapeutic
  163:17

norm
  75:17

normal
  81:16

North
  10:25
  11:1,2,4
  71:21
  73:10
  190:23

notarizatio
n



6:4

**note**
53:10

**notice**
70:14
153:5,11,
24
156:10,
15,17
157:19,24

**notified**
6:22,23
31:16

**November**
19:14

**number**
104:23
105:14
143:22
145:22
149:15
153:10
157:18
168:16
181:3

**numbers**
137:20
141:12
142:12,17
143:11
151:2
161:11

——————————

O

——————————

**object**
18:1
36:7,14,
17 46:5
51:6,17
52:11
66:23
81:10

83:8
91:15
93:18
109:23
122:25
123:5,22
130:8
131:17
134:3,8
135:6,19
148:22
149:7

**objection**
7:9 9:4
97:18,21,
23 126:16

**objections**
5:24 9:1,
2 126:15

**obligation**
140:9
167:16

**observe**
30:12

**observed**
30:15

**obstacle**
117:1,4,
14

**obtain**
139:5

**OCA**
171:4

**occasion**
25:10
51:20

**occur**
50:23,24

**occurred**
30:23

**October**

159:8
180:1

**OCYF**
60:17

**offer**
49:1,2
66:20,22
67:3 68:8
73:25
129:18
155:22
161:23
174:15

**offered**
34:14
35:1
73:16
90:19
91:5
92:7,8
96:9
157:21
166:19
168:4

**offering**
80:18
105:16
185:24

**offers**
80:24
81:5

**office**
15:11
50:22
51:2,3
59:21
61:3
72:17,21
74:17
102:21
109:21
110:23
124:5
140:14

172:17,21
176:24
179:25
180:1
187:21

**officer**
16:24,25
60:3
126:8,9

**offices**
189:20

**official**
78:8
139:9
177:10,21

**officials**
86:17

**ombudsman**
58:16

**ongoing**
103:24

**onset**
187:9

**open**
87:1

**operating**
16:24,25
60:3

**operational**
114:23

**operationally**
189:8

**operations**
60:10

**opinion**
181:23
183:10

**opportunities**

52:19

**opportunity**
14:24
66:5,20,
21 67:3
68:8
155:3

**opposition**
73:6

**options**
183:11

**order**
47:8
116:19
156:17
164:20

**organization**
17:10
28:3,13,
16,24
34:22
158:3
169:12,
13,16
177:3,19,
22

**organizational**
60:2

**organizations**
27:19,23
28:8 34:3
147:25
175:7,13
185:23
186:2

**organized**
99:22
189:8,9

**original**
16:18,23



originally
  107:3

out-of-home
  104:19

outbursts
  104:23

outfit
  88:9

outings
  38:23

outpatient
  34:14
  35:12
  68:6

outreach
  76:14

overlap
  59:17

oversee
  13:15
  181:11

overseeing
  15:6
  55:2,7
  152:20

ownership
  160:19

——————
      P
——————

p.m.
  88:2,4
  136:5,8
  137:12
  168:20,23
  186:16,19
  191:18,20

Pages
  163:8
  183:3

paid
  118:3,10

panelists
  172:8

paper
  40:20
  110:7
  137:5

paragraph
  129:23
  156:23
  181:12
  182:19
  183:14

paraphrasing
  129:23
  158:13

Parent
  158:2,4

parents
  68:4

parents'
  32:7

Parker
  61:1,3

part
  28:6,14
  29:23
  30:1
  34:15
  45:24
  51:8
  58:2,4
  70:14
  73:7
  74:15,25
  89:23
  93:9,16,
  22 94:12,
  20 98:16
  100:13,21
  101:25

105:1
108:2
111:5
113:20
115:18
116:8
118:10
119:8
140:7
155:16
156:15
179:12

part-time
  104:22

participant
  64:12,16

participants
  70:11
  126:3,5

participate
  31:13
  52:20,23
  64:8,20
  67:6
  77:10
  78:5 97:2
  104:4
  125:18
  169:22

participated
  32:14
  50:13,17
  125:20
  169:24

participating
  63:10
  76:25
  77:3
  114:7
  180:23

participation
  64:22
  164:4

partly
  10:16

partnered
  174:15

partnering
  28:16

partners
  52:17
  76:15
  135:12
  190:19

partnership
  111:17,23
  160:20

passionate
  79:6,15

path
  173:10

Patrick
  5:13
  83:18
  119:7
  133:16,18

Pauline
  176:20

Pause
  98:11
  183:1
  191:3

pay
  41:10
  147:15
  151:20

paying
  41:6
  148:7

PB

124:8

PBIS
  138:25
  162:4

pdf
  84:13
  126:14
  183:4

Peach
  101:9

peers
  130:3

penalty
  6:5

pending
  8:24

people
  55:20
  57:7,9,
  12,15
  60:6,7
  74:19
  76:5,8
  78:20
  105:13,14
  112:1
  145:2
  160:16
  167:6
  171:23
  177:4
  190:8,10

percent
  56:15
  134:14,25
  144:8

perform
  12:12
  36:5
  167:21

performance
-based



186:5

**performances**
  104:20

**period**
  13:3  16:4
  20:5
  25:19
  26:5,12
  27:18
  34:11
  36:3,11
  37:7  40:3
  45:21
  48:21
  95:17
  97:1
  155:21
  184:7

**periodic**
  53:5

**periods**
  18:10
  34:11
  40:3

**perjury**
  6:5

**persistent**
  20:18
  167:7
  177:5

**person**
  37:3  90:7
  141:4,10

**personally**
  79:5

**Ph.d.**
  26:7

**phone**
  7:4,6

**photograph**
  86:14

**physical**
  121:9

**Pico**
  7:1

**picture**
  82:11

**pieces**
  107:10,11

**pillow**
  50:2

**pilot**
  115:1,10,
  12  116:8
  161:13

**pipe**
  189:22

**place**
  7:23
  45:20
  49:3
  75:25
  97:16
  111:6
  113:22
  132:17
  185:12
  187:6

**placement**
  24:22

**placements**
  104:19
  134:1

**places**
  86:14

**plaintiff's**
  83:15
  98:1
  120:1
  126:21
  127:2
  137:13
  140:18

153:13,
17,21
162:23
168:24
179:6

**plan**
  52:6,10,
  13,14,21
  53:4
  97:17
  99:22
  100:2,24
  101:3
  110:2
  111:3,7
  160:21
  166:3,12
  167:10
  173:19,20
  174:25
  182:22

**planning**
  98:16
  114:4
  160:20
  180:1
  187:22

**plans**
  31:19

**play**
  13:22
  32:10
  93:7
  103:4
  114:2
  186:7

**played**
  49:2
  61:19

**players**
  126:6

**playing**
  72:4
  103:5

**plays**
  184:17

**pleased**
  105:15

**pockets**
  134:15

**point**
  15:24
  59:16
  62:24
  63:7
  64:15
  76:12
  92:2
  94:10
  106:22
  115:13
  130:12

**pointing**
  56:3

**points**
  61:19,20
  62:20,23
  126:4
  180:15

**policy**
  164:1
  170:16
  174:5

**Polly**
  170:14

**populate**
  21:12,15

**population**
  53:25
  54:1  81:2
  90:22
  145:18,19
  146:5,10,
  19  147:1,
  12  151:14
  156:4,22,
  23

162:13,
14,15
167:14,17

**populations**
  173:13
  177:6

**portion**
  155:7
  156:4

**posed**
  173:4

**position**
  36:23
  129:17

**positive**
  106:11,
  13,17,19
  124:18
  162:4

**positively**
  105:9

**possibility**
  151:23

**post-
traumatic**
  21:17

**postgraduat
e**
  10:12,16

**potential**
  22:8  23:6
  53:19
  132:14

**potentially**
  32:23
  39:1
  73:25
  185:11
  186:4

**powers**
  120:8,20



practice
  29:6
  35:18
  46:3,4,21
  47:2,3
  136:25
  167:8

practices
  45:16
  46:16,18
  82:24
  96:6

practicing
  26:8

Pratt
  7:1

predecessor
  102:20

predictive
  189:21

prefer
  141:17

preferred
  46:11

prefers
  46:12

preparation
  7:21

prepare
  7:19
  17:17
  79:2
  88:15

prepared
  7:18
  159:7
  189:21

preparing
  129:14

presence
  65:9

129:4

present
  132:18
  167:8

presentatio
n
  174:4

presentatio
ns
  76:10

presented
  57:3

presently
  88:6,7

preserve
  9:1 36:12

pressure
  79:8

pretty
  39:14,16,
  23 74:10
  174:9

prevalence
  10:24
  118:14

prevalent
  28:11

prevent
  159:2

prevention
  138:14,24
  185:8

Preventive
  138:14

previous
  52:14
  60:25
  150:24

previously
  15:19,21

88:20
92:1 95:1
154:3

PRFT
  82:9

primarily
  50:8
  105:14
  148:2

primary
  157:1
  183:24
  184:4
  187:2,7,
  12,18

principal
  73:19
  98:23

principally
  96:14

principles
  138:24

prior
  17:5
  20:10
  23:10,16
  34:24
  108:18,23
  111:2
  128:17,22

priority
  81:15,24
  113:2,7,
  13

private
  163:21

privilege
  7:10

problem
  136:3

problems

135:5
136:24

proceedings
  32:3

process
  31:10,12
  100:13
  158:12,20
  160:20
  182:11

produced
  97:20
  126:13
  169:4

productions
  18:7

professiona
l
  10:4

professiona
ls
  116:10

program
  10:13,21
  11:12,24
  12:1,3,4
  13:19
  21:20,22
  22:18
  23:16,25
  24:6,13
  29:25
  30:16,19
  31:2
  32:12,19
  33:6,11,
  24 34:16
  35:17,20
  37:8
  39:3,4,5,
  19,25
  40:3
  41:2,20,
  23 42:3,4

43:3,14,
16 44:11
71:21
80:7
92:9,13
93:9,22
94:12
95:9,17
96:11
103:6
104:13,16
105:1,2,
5,10
106:24
107:6,12
109:18
110:11
116:9
117:13
118:5
128:19,21
129:7,25
130:1
131:15,25
151:20
152:19
161:2,6,
21 164:25
165:12,13
168:10
179:4
180:2
181:10,
11,14,22,
25 182:6
185:15
186:11

programs
  24:15
  27:8
  29:8,11
  30:4,7
  33:20
  42:19
  115:24
  120:22

121:4,13,
17,21,24
124:21
162:1
168:13
181:15,
16,19,20,
21 185:9,
18

**progressive**
73:18

**project**
11:6
111:18
115:19
158:7
189:17,
18,19

**promising**
46:15,18
47:2

**proof**
45:24

**proponent**
49:19
66:1,15,
19 68:2,
13 69:7,
10

**proposal**
156:16

**protection**
177:18,22

**proven**
45:22

**provide**
35:10
42:25
43:14,16
57:12,17
91:13,17
95:24
103:11

115:19,23
116:4,20
117:10
122:9
135:4
140:2,9
143:4
148:4,19
155:3
166:2
167:16
181:14
182:7
185:10

**provided**
44:14
48:23
49:25
54:9
90:20
116:1,6,9
121:12
122:14
131:1,6
133:5
144:24
146:15
147:7,15
148:10,14
163:21,24
165:13,17
173:8
183:24
186:10
187:3,12

**provider**
12:6,7,8,
9 144:14
157:21
164:21,23
165:2,16,
22 166:1
173:15
184:4
187:18

**providers**
79:18
84:15
86:16
91:4
95:8,10
105:4,6,9
115:21
135:12
143:21
145:5
165:6
166:4
167:18
174:20
184:18

**providing**
32:20
34:9 37:9
47:9,20
55:3,8
70:11
75:6,7
105:21,24
135:8
138:23
181:17
185:17

**provision**
115:16
121:18
122:5
124:10,15
147:6
154:24

**PRTFS**
30:8
40:14
68:25
81:25
82:5
176:8,9

**psych**
81:20

**Psycho**
23:12,13,
15,19,24
24:6,23
25:13
30:1
31:1,7,14
32:1,12,
19 33:6,
11,14,15
35:17,20
36:4
39:5,25
40:2,23
41:5,15,
20 42:22
43:8
44:3,5,11
50:12,16
80:7,24
81:21,22
92:2
97:10

**psychologic
al**
96:4

**psychologis
t**
43:19,24
44:16

**psychologis
ts**
26:8

**PTSD**
21:17

**public**
10:9
27:7,9,10
30:2
31:11
39:19
48:16
66:9
144:4,9

153:5,11,
24 154:19
156:10,
15,17
157:19,23
163:13
189:25

**public/
private**
48:7

**publish**
158:1

**published**
157:23
179:23

**pull**
53:18
153:15

**pulled**
127:11
145:5
153:9

**pulling**
67:17
127:8

**purportedly**
81:5

**purpose**
28:6 37:9
42:4
159:18
164:18
165:3

**purposes**
153:4

**pursued**
72:10
112:14

**pursuing**
111:10
112:19



pushing
    28:15

put
    8:21
    45:20
    65:14
    83:18,20
    94:4
    97:15
    101:20
    113:22
    119:2
    120:4,7
    124:6
    136:16
    142:11
    143:17
    152:19
    178:12
    187:6

putting
    119:7

─────────

Q

qualificati
ons
    165:5

qualified
    28:17

qualifies
    21:6

quasi-
public/
private
    48:6

question
    8:17,24
    9:3 32:2
    34:7
    35:25
    36:3
    41:16

51:13
66:25
68:12
69:3 76:2
80:19,20
93:20
94:14
102:7
109:24
113:12,13
129:21
133:8
134:20
146:24
148:9
150:2
152:15
155:15
163:4
188:24

questions
    9:10
    32:15
    162:22
    173:3,5
    188:23
    191:5

quick
    60:2

quickly
    8:16
    180:9

quote
    86:14
    158:13,16

─────────

R

R002809
    140:16

Rachel
    172:17
    188:6

raise
    132:2
    188:7

raising
    52:15

ran
    143:17

rate
    176:9

rates
    157:20
    158:1
    176:7

Rawlings
    172:9

reach
    75:16
    77:1

reached
    46:19
    60:19
    77:5

reacted
    105:9

reaction
    139:9

read
    40:20
    51:20
    179:10,
    12,16
    180:10
    181:5,8
    187:25
    188:3

readily
    183:22
    184:10,
    14,23
    185:2,21
    187:1

reading
    23:4
    73:12
    182:4
    184:6,7
    187:24

ready
    98:10
    104:22

real
    60:2
    68:24
    116:15

realm
    136:24

realtime
    190:3

reask
    150:4

reason
    17:16
    78:1
    93:25
    116:17,22
    134:22,24
    163:23

reasons
    20:1
    68:1,12
    77:2
    182:2

Reauthoriza
tion
    110:11

rebranded
    16:12
    17:11,13,
    15 18:11

rebranding
    17:16
    28:3,6,14
    29:2

recall
    16:15,22,
    23 17:21,
    23 18:4
    22:25
    23:1,8,11
    25:6,9,11
    29:4
    30:17,18
    33:4,9,
    12,15,19
    34:4,8
    41:14,21,
    24 42:2
    43:24
    44:18,25
    45:2
    53:2,8
    58:17
    59:9
    63:19
    64:19
    65:3,6
    85:17,18
    94:19
    96:24
    97:2,11
    98:19,22
    99:2,7,25
    101:4,5
    103:5,6
    106:3
    107:10
    108:8
    109:19
    111:25
    112:6,7,
    10,12
    114:12,
    13,24
    115:14
    117:20
    124:5,9
    128:6,23
    129:5,9,
    12 131:18
    133:2



134:4
137:25
138:17,18
139:1,7,
8,10,13,
21 141:2
150:8,10
159:12
161:10,17
162:16
164:5,10,
12 168:4,
6 169:25
170:1,3,
11
171:21,
23,25
174:8,9
175:5,21
176:22
179:15,24
180:4,6,
19,20
181:7,25
184:6,7
186:12
188:12,
17,20,21

receive
66:5,8
80:15
118:17
133:22
136:12
141:13
142:12
159:8

received
10:8
103:11
104:10
109:2,15
128:24
129:8,16
133:4
134:12

147:1
158:16

receiving
82:16
99:21
100:1
108:6
128:17,22
131:12,15
144:2
149:19
150:1,7
151:15,16
180:16

recess
69:20
87:5 88:1
136:6
137:10
168:21
186:17

recidivism
57:14

recipients
147:19

recognize
84:1,2

recognized
130:12

recollectio
n
32:13
35:21
138:5
152:6

recommend
33:13,25

recommendat
ion
24:19

recommendat
ions

32:16
33:16
139:20

recommended
139:14

recommendin
g
34:2

record
5:5,10
8:21 19:8
69:18,21
71:3
77:14,17,
19,20
86:24
87:2,4
88:3
135:22
136:4,7
137:9,11
138:18
168:20,22
186:16,18
191:17

records
138:21

recovery
121:10

redirected
129:18

reduce
57:14
73:20
157:7,15

reduced
104:22

reducing
181:3

reduction
104:19
180:22

refer
24:10
31:6,21
47:19
62:20
90:4
100:6
124:23,24
129:22
147:10
150:12
178:17

reference
99:18
101:5
177:18
181:19

referencing
164:22

referral
24:11
31:10,13,
16 35:19
81:20
82:9

referred
23:11,13
31:7 49:7
57:25
113:24

referring
20:20
22:24
34:6 48:1
61:15
62:21,24
66:9
89:25
90:23
117:17
123:25
124:18
147:14
148:6

178:15
182:16,
19,20

refers
89:11,20
110:10

reframe
143:9

refresh
138:5
152:6

regard
22:18
37:16
41:1
51:14
52:5
55:14
65:7
84:14
114:18
121:18
122:5
124:4
126:7
129:7
174:12
178:4
182:11
185:14
186:8

regional
15:7
26:21,22

regular
42:23
43:6
81:1,16
180:16
182:21

regulations
116:23

regulator



74:4

**regulatory**
167:3
173:10

**reimbursabl
e**
116:11
118:4
164:24
166:12

**reimburse**
117:1

**reimbursed**
144:20
167:10

**reimburseme
nt**
46:2 47:1
116:5
144:16
157:20
167:1
176:7
185:6

**reimburseme
nts**
189:14

**relate**
113:12
124:10

**related**
70:9
111:19
113:13
153:5
167:3

**relates**
148:9
183:5
189:12

**relations**
9:18,23

**relationshi
p**
35:18,24
36:13,24
62:8
95:6,13,
15 116:19
118:11

**relationshi
ps**
73:18
117:22

**reliance**
157:7,16

**relied**
61:21
173:11

**remain**
12:23
18:12,17
19:2,16
79:25
82:16
83:1
133:25
134:12
136:12

**remaining**
136:18

**remedies**
132:14

**remedy**
132:14,21

**remember**
6:20 8:15
17:2 19:5
30:21,22
45:3,5,10
50:22
65:21
73:3 85:4
100:19
112:9

117:5
152:11
161:6
168:8
176:17
182:4

**remove**
134:18

**renamed**
101:9

**rendering**
43:25

**renewed**
53:4

**reorganizat
ion**
28:11

**reorganized**
15:20,24

**repeat**
66:25
122:17
125:9
129:21
133:7

**rephrase**
8:18

**replicated**
45:25

**report**
26:1,20
40:16
41:1
42:16
43:2
58:22
61:3
74:16
94:8,9
96:22
137:18,21
138:20

139:5,9,
12
140:13,
21,25
143:23
144:7,24
145:2,4,
16
149:10,22
150:14,
19,21
151:15
178:14
179:21
181:10
187:25
188:3,8,
9,13,21

**reported**
26:5,16
62:9,13
97:7

**reporter**
5:8,10
77:14

**reporting**
26:12,15
76:7
77:24
149:25
150:5
166:22
181:16

**reports**
39:3
41:4,19
60:4
140:9,23
149:22,23

**repository**
111:18

**represent**
98:13
139:24

162:20

**representat
ive**
63:19,20,
24 64:4,
25

**representat
ives**
111:21
171:22
175:22
176:13,18
178:1

**represented**
6:9

**represents**
144:8

**reputation**
84:14

**request**
32:9
89:3,4
167:9

**requested**
167:12

**require**
47:1 52:6

**required**
47:24
91:12
94:9
99:20
100:1,24
156:18

**requirement**
53:3 64:7
86:7
149:11
157:25

**requirement
s**
164:20



165:23
166:14,15
189:11

**requires**
79:24
135:20
162:14,15

**research**
10:23
11:6
45:21
82:22

**reserved**
5:25

**residential**
11:20
34:17
68:25
71:18
157:8,16

**resigned**
20:3,4

**resources**
90:6
108:22
117:10
118:16
129:18
159:20
171:20
183:5,15
189:24

**respect**
135:25
147:11
178:19

**respectful**
178:23

**respond**
173:4

**responses**
9:5

**responsibil
ities**
13:13
15:4
146:14,25

**responsibil
ity**
55:1,6
75:14,22
88:13
121:8
122:9,15,
20 123:3,
10,19
125:11,16
131:5,11
132:24
147:3,4,
11,15,18
148:4,12,
18,25
149:4
166:20

**responsible**
13:16
41:7
75:11
91:8
96:15
97:12,14
108:9
120:14
124:15
148:1
184:18,22

**responsive**
132:10

**rest**
81:2
146:18

**restrictive**
83:5
136:16

**result**

85:3
132:20

**results**
130:2

**retired**
20:4

**returned**
133:25

**revenue**
13:24
14:2 72:5

**review**
128:11
129:13
159:13
166:18
186:10
188:13

**reviewed**
52:24
104:8,9

**reviewing**
104:5
186:5

**revising**
181:24

**Richard**
5:7

**Robbins**
6:13,22,
23,24
7:17,25

**robust**
14:23
49:5,14
55:22
57:13

**Rock**
25:3

**Rockdale**
12:18

13:10,12,
17 20:10
26:25
43:2 79:4
101:7
154:9

**Rockdale-
gwinnett**
48:22

**Rockdale-
gwinnett-
newton**
16:21
35:19

**role**
12:10
13:22
17:20
25:15
31:15
32:10,16
42:7,8,10
49:2
55:11
61:20
70:15
72:4 76:3
77:5 79:7
93:7
103:4,5,
6,20
119:11
122:4
164:6,11
165:15
166:25
167:2
174:18
175:16,
20,23
177:1,16
179:21
184:13,
16,17
185:14,

17,20
186:7
188:25

**roles**
165:11
166:17

**rollout**
57:5

**roomful**
169:25

**rose**
78:11

**rotate**
51:1,3
58:25

**rotated**
58:24

**rough**
141:12
142:12,17
151:2
161:11

**roughly**
6:15
65:14,16,
17,19
152:5
161:15
179:2

**route**
77:25

**rule**
73:14

**rules**
8:16
116:23

**run**
184:19

**rural**
10:25
11:6



### S

**safety**
  147:23
  172:5

**SAMHSA**
  85:22
  86:2,8
  99:20
  100:1
  101:7,13
  108:6,8,
  16 109:3
  140:9
  150:21
  161:16,17
  167:9

**SAMHSA's**
  109:17

**scale**
  114:2,6

**scarce**
  183:17

**schedule**
  112:25

**school**
  9:16
  10:9,12,
  13,14,21
  21:23
  24:12,20
  29:18,22
  30:2,14
  31:11
  33:1,19
  35:23
  38:19,20
  42:19,22,
  23,25
  43:1,18,
  19,24,25
  44:6,16
  48:4 66:6

67:21,22
68:11
73:19,23,
24 75:11,
20 80:13,
15,16,17
81:1,16
82:14,17
83:2
93:4,6
104:20
105:25
106:2
116:16,
19,24
117:6
118:12,15
122:8
123:24
131:8,9,
13 132:7
133:12,13
135:9,11
138:23
139:19
143:24
147:24
148:2,15,
16 149:4
154:25
155:4,6,
8,10,16,
24 182:8,
21 185:9
186:24

**school's**
  75:14,21
  122:8

**school-**
**based**
  65:24
  66:1,15
  67:8,13,
  25 68:2,
  13 69:7
  72:23,25

73:4
79:23
80:17,18
81:8
92:25
93:2
114:25
115:24
152:1
154:19
155:14
169:14,18

**schools**
  12:5 24:3
  29:12,20
  32:9,13,
  24 39:12,
  20 66:10,
  12 67:13,
  16,18
  72:24
  73:1,9,
  11,16
  75:11,15
  84:19
  104:24
  106:4
  115:17
  116:10
  117:10,22
  130:12,19
  131:2
  133:6,13
  134:13,16
  135:4,13
  148:25
  154:20,22
  163:5,13,
  21 180:16
  187:10

**scratch**
  37:1

**screen**
  86:22
  115:2

141:22

**scroll**
  128:1,2
  156:21

**section**
  120:7,19,
  21 121:7
  149:10,21
  159:15

**sections**
  51:18,19

**seek**
  125:6

**segregated**
  80:16,25
  81:1
  95:22
  130:3
  133:13

**selective**
  88:24

**Senate**
  137:19,23
  138:2

**send**
  127:23

**sends**
  80:13

**senior**
  76:11,14
  190:18

**sense**
  34:17
  69:4
  143:11

**sentence**
  133:18
  180:13

**separate**
  22:11
  39:14

40:11
74:18,22,
25 77:25
99:22
108:25

**September**
  160:25

**serve**
  14:7
  19:19
  44:22
  45:2
  57:7,15
  79:3
  81:15
  127:20
  161:23
  173:12
  176:10

**served**
  6:17
  12:2,4
  22:8
  39:20
  57:8
  63:4,7
  130:17,18
  132:5
  144:4,8,
  25 146:17
  149:15
  160:6

**service**
  12:19,21,
  24 15:15,
  18 16:9
  23:23
  33:2
  34:15
  36:5
  37:23,24
  48:10,11
  49:1
  50:10
  68:23



72:21
79:9
84:15
86:16
91:3
102:3
105:15
135:1
143:21
144:3,14,
19 157:14
162:1
167:5
173:15,20
174:1,12
175:2
176:7
184:4
186:13,23
189:14,16
190:24

**services**
12:13
13:10,12,
14,15
15:8 21:7
22:2,5
25:20,22
26:2,6
27:3 29:7
30:10
32:18,20,
22 33:1
34:9,14
35:9 36:6
37:10,13,
17 38:14
40:6,13
42:10
43:14,17
44:1,14
45:20
46:14
47:10,14,
17,21
48:14,23,

25 49:2,
12 50:1,
9,20
54:2,9
55:4,9,15
57:6,24
58:14,20
65:24
66:2,6
67:8,14,
16,25
68:2,11,
14,16,17
69:8
70:12
71:12,20
72:12
73:4,15
74:14
75:7,8
79:23,24
80:15
81:6
82:8,16
83:2
85:23
86:3
89:25
90:10
91:14
92:25
93:2
95:25
96:3,8
103:3,12
105:21,24
108:17
109:22
110:16
114:9
115:17,23
116:6,11,
15,20,24
117:2,6,
15,24
118:1,3,7
121:11,18

122:6,9,
14,19,21
123:11,20
124:2,4,
11,16
125:8
130:25
131:5,12,
15,24
132:4
133:5,11,
23,24
134:12,
16,21
135:4,8
136:12,17
138:14
139:18
143:1,5,
14 145:9
146:15,19
147:1,7,
15 148:4,
7,10,13,
20
149:19,24
150:1,7
151:15,16
152:2,19,
21
154:10,
19,22,24
155:3,13,
18,22
157:5,6,
14,20
159:20
163:20,23
164:19,
21,24
165:12,
17,19,24
166:2,9,
11,18,25
167:4,12,
13,14,17,
21 168:1,

5 169:14,
17,18
174:15,
17,20,23
176:5,6
178:4
180:16
181:17
183:16,
22,24
184:9,14,
23 185:2,
6,8,18,
21,25
186:10,
23,25
187:3,12,
13

**serving**
23:22
42:14
52:16
71:16,23
72:1,9
135:13

**set**
166:1
174:9

**set-aside**
149:23

**setting**
42:25
43:6
66:6,7
80:1,7,
16,25
135:9
136:13,
16,20
155:14

**settings**
21:23
90:17,19
95:22

185:12

**settlement**
56:1,10,
13,18,20
78:25
79:19
113:3,8
178:7

**severe**
21:24
156:24

**shades**
81:12,14
130:13

**Shadow**
25:3

**share**
123:3
125:15

**shared**
123:10,19

**sharing**
141:22

**sheet**
153:6,16
158:2,5
159:6

**shift**
79:11
118:25

**shifted**
78:22
79:6

**shoulder**
78:2

**show**
137:16
159:5

**shown**
8:3



FRANK BERRY
UNITED STATES vs STATE OF GEORGIA

July 29, 2022
Index: shows..started

shows
 45:22

shut
 69:23
 187:10

sic
 126:13

sides
 33:25

signatory
 114:13

signed
 6:5 55:25
 113:8
 114:7

significanc
e
 114:17

significant
 21:4,17
 24:7
 57:18
 60:5
 124:6
 155:7,16
 156:3,6
 167:6
 177:4

signing
 114:17

siloed
 39:16,23
 74:10

Silva
 11:1

similar
 52:18
 165:3
 176:12

single
 108:10,

12,15,18
 113:13
 121:11

single-day
 30:24

sir
 6:10 9:13
 43:21

sit
 73:2

site
 45:25

Sitkoff
 169:3,8
 176:20

situation
 24:19
 130:22
 132:21

situations
 67:4 68:7

skills
 38:16
 118:2,9
 163:16
 185:11

sleep
 82:5,7

small
 41:25

SMI
 20:14

Smoky
 11:8,15
 12:15

Snyder
 112:11

SOC
 99:15,23
 100:6

110:20

social
 9:24 26:7
 33:18,19,
 21 38:16,
 20 72:13
 118:1,2,9
 121:10
 185:11

solely
 76:6

solid
 138:23

sought
 156:19

sounds
 60:14

source
 27:13,20
 183:24
 187:2,7,
 12

sources
 28:10
 161:4

spaces
 42:1

speak
 7:13 8:5
 9:9 37:20
 111:5

speaking
 85:12,17,
 18 91:8

special
 35:5

specific
 102:5
 108:3
 189:6

specificall
y
 47:3

spectrum
 174:16

speculating
 43:21

speed
 56:16

spell
 112:5

spend
 41:13
 92:20,21,
 23 150:8,
 11 155:7,
 15

spending
 38:20
 150:22

spent
 56:14
 117:22
 142:23

split
 33:23
 75:5,9

spoke
 84:7
 105:13
 174:3

sponsored
 85:2

SSA
 108:13

SSI
 147:18

stabilizati
on
 143:16
 185:5

staff
 33:10
 50:6 60:3
 96:14,20
 115:21
 128:22
 129:1,6
 163:12
 180:15,22
 181:2
 188:2
 190:6,9

staffing
 115:23

stamp
 126:25

stamped
 137:20

stand
 22:1
 61:13

stand-alone
 163:21,24
 168:9

standard
 81:3

standpoint
 67:12
 174:2

start
 115:6
 169:7
 178:15

started
 13:9,24
 19:12,14
 55:24,25
 77:4
 92:15
 94:18
 102:10
 106:8,9
 113:9,10



136:25

**starting**
  37:1

**state**
  5:3,17
  9:18,20
  14:1,25
  15:3,4,
  12,14,15
  18:21
  22:7,22
  23:5
  27:15,25
  29:17
  30:7
  34:1,4,6
  37:21
  40:16
  41:1
  48:1,12,
  17 49:4
  52:5,15,
  18,21
  53:3,4,
  18,22
  54:8
  55:2,7,
  13,21
  56:12
  57:10,19
  58:16
  60:9
  61:7,19
  63:18,25
  74:8,16
  75:10
  78:24
  79:9
  82:2,4
  85:6
  86:8,17
  94:21
  97:17
  100:22
  101:9,13,
  24 102:11

  103:19
  107:1,4
  108:9,11,
  12,15,18
  109:13,14
  111:17
  115:16
  118:23,24
  120:22
  121:4,24
  123:25
  125:19
  126:14
  127:18
  130:1
  133:21
  134:10
  135:3,7,
  10
  142:20,
  21,24
  143:17,
  24,25
  144:17
  148:5
  151:1,17,
  19,22
  152:18
  161:18
  164:24
  165:13
  166:3,12,
  15 167:10
  170:2
  174:23,25
  177:23
  181:22
  182:12
  183:19
  184:15,
  21,24
  185:22
  189:4,5,
  15,25

**State's**
  129:18,24

  152:13

**state-
funded**
  161:3

**State-level**
  181:10

**state-of-
the-art**
  28:20

**statement**
  94:23
  187:19

**states**
  5:3,12,
  14,16 6:3
  11:11
  56:1
  71:17
  79:1,20
  88:15,21,
  22,23,25
  99:20
  100:1
  108:5
  113:3
  134:17
  135:11
  143:23
  149:14
  158:14,24
  178:8,17
  189:3,17
  190:20,21
  191:1

**statewide**
  101:18
  102:4,8,
  12,16
  103:7,9
  110:20

**status**
  177:10,22

**statute**

  51:14,21
  52:5 53:3
  119:4,5,
  21 120:5,
  7,19
  177:11

**stay**
  24:15
  35:21
  36:12
  82:7

**steps**
  7:22
  36:13
  185:1
  187:24

**stigma**
  28:19

**stimulating**
  103:14

**stipulating**
  5:23

**stop**
  91:10
  116:17
  141:22
  173:16

**stopped**
  117:12

**straddles**
  163:8

**strategic**
  114:3

**streams**
  14:18
  78:19

**stress**
  21:18

**strike**
  5:25
  189:1

  **structure**
  60:2
  75:24,25

**struggle**
  68:5 75:2

**student**
  31:11
  32:11
  79:24
  80:13
  172:21

**students**
  11:24
  42:4 67:5
  80:25
  83:1
  130:2
  131:24
  133:12,22
  134:11
  180:15
  181:3
  182:20,21
  183:25
  185:15
  187:3,13

**studied**
  138:2

**study**
  10:23

**stuff**
  74:25

**subcommitte
e**
  58:21,23
  59:3
  137:19

**subject**
  104:1
  135:25
  173:11
  176:3
  188:22



191:4

**submit**
144:15

**submitted**
140:23
145:16

**submitting**
145:6

**subordinates**
190:17

**subsequent**
116:8

**subsequently**
100:4

**substance**
10:24
53:20
85:22
86:2
107:25
108:16,21
137:19
138:3,14
143:2,3

**substantially**
146:7

**substantive**
7:15

**success**
77:11
104:18
105:2
160:12
189:9

**successful**
47:18
67:24
104:13,16
134:17

167:14

**successfully**
57:19

**sued**
23:5
109:21
110:13

**sufficient**
172:1
173:1

**suggestion**
140:14

**summary**
179:4,16
180:10
181:6,12
183:9

**sunset**
106:22,24

**sunsetted**
107:12
158:24

**superintendent**
65:11
77:6 78:5

**supervise**
17:20
120:22
121:4,8
190:11,12

**supervising**
121:24

**supervision**
121:14,17
142:24

**support**
22:5
47:10
57:18

68:8
72:23
73:25
84:18
85:10
89:13
91:19
118:17
119:11
135:4
163:12
173:13
174:22
176:6
177:7
179:4
185:8

**supported**
114:20
185:7

**supporter**
113:5

**supporting**
72:22
133:6
173:17

**supports**
33:2
73:13
79:25
82:16
83:3
121:11
124:19
132:6
133:5,11,
23 134:12
135:8
136:12,17
149:3
159:20
161:24
162:5,15
184:16

**supposed**
41:9,10

**Supreme**
127:12

**suspect**
150:20

**suspended**
131:24

**sustain**
157:6,15

**sustains**
161:2

**swear**
5:10

**sworn**
5:20

**system**
10:10
14:17
17:7
29:22
30:2
43:20,25
44:6
47:6,8,
13,19
48:22,24
49:3,5,7,
12,19
50:13,15,
16 51:4,
9,15
52:6,10,
15,16,19,
21 53:4
55:23
57:14
61:21
70:4,9,18
71:13,24,
25 72:8
73:8
78:13,18,

21 79:3
84:4,6,22
85:1,3,5,
16 86:4,
8,11
89:21,23,
25 92:3
93:9,23
94:4,12,
17,20,21
97:13,17
100:8,24
101:2,8,
20,23
102:8,12
103:24
104:2,3,
21 110:1
111:4,6,
20
112:14,20
113:6,14,
22 114:5,
18
116:16,25
117:7
122:8
131:8,13
132:5
139:19
143:18
144:4,9
145:5
151:25
155:25
160:10
162:8
167:24
186:24
190:5

**systems**
24:12
29:18
67:21
78:24
79:16



123:24
131:9
135:12
160:11

———————————

**T**

**table**
149:23
150:5
160:14

**taking**
38:16,19
99:13

**talk**
124:21
135:21

**talked**
34:1
94:25
161:25
186:23

**talking**
31:25
37:3 40:4
41:14
45:13
68:22
70:10
76:9
82:12
191:9

**talks**
84:13
163:11

**tangled**
19:8

**tapping**
189:23

**target**
118:16
149:11,

14,18
156:22,23

**targeting**
158:7

**tasks**
189:6

**team**
24:10,11
26:16,20,
21,22,23
33:17
36:23
41:14
43:18
60:11
61:11,13,
24 62:2,7
86:15
110:19
113:6
132:12
160:8,20
166:20,24
189:10,19
190:8,10,
14,22

**team's**
167:2

**teams**
13:16
57:6 58:1
114:19
126:10

**technical**
181:15

**technically**
64:4,6
91:7

**technology**
86:23
189:15

**teeth**
67:17

**televised**
182:14

**ten**
69:14
113:9
145:24
158:14,23

**ten-minute**
186:14

**tenure**
70:16,23
92:16
100:10
124:3,14

**term**
18:9
20:12,16,
24 21:2,
13 22:7
45:17
46:15
47:6,14
53:9,11
66:4
70:18
89:21
162:2
165:22

**terminate**
35:18

**terminated**
131:23

**termination**
159:2

**terms**
18:6 20:7
32:11
45:15
46:2 52:9
76:18

**terrible**
60:14
137:8

**test**
22:13

**testified**
76:25
92:1
154:2
161:13,19

**testifies**
5:20

**testify**
138:5

**testifying**
139:12

**testimony**
43:7
138:9,15
139:1,23

**therapeutic**
22:2
32:20
34:15,19,
22 35:1,8
37:10,13
43:14,17,
25 44:13
75:8 81:5
179:3

**therapists**
163:11

**therapy**
32:23
34:13,14
37:15
46:3 96:4
118:8,9
139:15
140:3
185:11

**thing**
40:11
76:17
83:10
119:4

179:11

**things**
62:3
106:11,
13,17
134:16
177:15
186:6
187:6
190:5

**thinking**
75:4
143:12,16
150:15
160:15

**thought**
41:9
72:19
80:8
113:16
136:11,15
140:4,5
154:18
167:5
173:7
174:6

**thousand**
37:20

**thousands**
149:19

**thread**
69:4

**Tier**
162:12,
13,14

**time**
5:4,25
6:16 8:3
9:9 13:3
16:4
17:13
18:10
19:21



20:5
22:10
23:3 24:1
25:12,19
26:12
27:19
30:21
32:17
36:3
37:19
38:20
42:11
45:21
50:12
54:18,20,
21,24
55:5
56:15
59:3
60:23
63:16,21,
24 64:17
65:4
67:13,23
68:23
70:2
72:11
73:3,11
74:5 76:2
78:4,25
80:6,19
86:4
89:7,18
90:6
91:24
92:5,20,
21 96:1
98:20
102:18
108:23
112:22
114:22
117:21
122:13,18
123:18
125:9
126:24

127:10,18
132:13
133:4
134:2
138:13,15
139:6
141:9
145:13,16
146:9,14,
25 147:9
148:12
150:9,18
151:5,8
152:14
155:18,21
157:11
159:9,13
165:25
173:9
174:7
175:4
186:14

timeline
102:25

times
24:10
32:6,8
38:25
42:21
47:7
50:10
62:17,18
68:4,9
74:10
90:13
130:13
134:17
175:15
183:16

tired
20:2

title
13:1
14:15
16:18

17:3 61:6
70:8,15
88:11
129:25
170:12

titled
179:2

titles
13:4

today
6:9
145:23

today's
5:4 8:6

told
77:9
88:20
106:3
152:4
178:17

tool
68:3
105:18
161:22

tools
14:6

Toomey
172:15

top
81:24

total
142:23
149:25
150:6,8

touch
24:14,16
35:15,16,
22 36:12

tracked
144:21

traditional

160:15

train
145:25

trained
180:15,21

training
35:6

transcript
6:4

transfer
33:23,25

transformat
ion
62:1
88:14,15

transformin
g
189:3

transit
142:9

transition
57:19

transitioni
ng
57:10

Transitions
109:18

treat
167:6

treatment
34:18
57:6
90:12
121:10
138:22
140:3
147:7
148:19
152:1
155:25
157:16

160:8

treatments
157:8

tremendous
138:25

trial
5:25 9:2

tricky
116:15,18

true
21:11
145:12,15
180:18
181:5
187:4,11

trust
60:5

type
167:5
176:7

types
14:13
163:5

typical
38:15

_____

U

ultimately
17:1
36:25
90:11
102:11
104:10
116:5

umbrella
21:10,15

unavailabil
ity
68:5



FRANK BERRY                                                      July 29, 2022
UNITED STATES vs STATE OF GEORGIA                    Index: undergraduate..website

undergraduate
  9:19

underserved
  146:7,11,
  23

understand
  8:17
  20:16
  21:2
  32:18
  33:23
  42:15
  45:19
  46:18
  47:8
  55:21
  56:7,11,
  17 57:12
  73:25
  77:2 82:1
  94:14
  100:6
  177:21
  183:8

understanding
  42:3,6
  43:15
  66:14
  110:17
  113:21
  122:7

understood
  12:11
  18:9 20:8
  31:18
  35:25
  40:15
  48:20
  52:20
  62:24
  76:1 78:9
  82:12
  148:6

178:21

uninsured
  91:8,13,
  19 143:20
  146:18
  147:22
  184:17
  185:5

United
  5:3,12,
  13,15 6:3
  11:11
  56:1
  79:1,20
  113:3
  178:8,17

units
  143:17
  185:5

University
  9:18,20
  10:23
  111:17

unnecessarily
  130:3

unwinding
  189:25

upcoming
  88:16

updated
  111:3

urgent
  174:6

usual
  116:1

utilized
  189:11

utilizing
  189:9

— V —

vaguely
  45:3

varied
  38:25

variety
  38:12
  47:9

vary
  49:4

vehicles
  14:14

verbal
  9:5

verify
  150:9

versus
  5:3

video
  5:1 7:24

view
  21:15
  29:20,23
  75:10
  82:6,11
  94:10
  104:15
  115:13
  121:22

viewed
  47:13
  74:23

Viewpoint
  15:25
  16:13,20
  17:2,11
  18:11
  20:9
  48:21

50:19
68:23
78:11,17
95:4
103:18
106:16,19
119:11
154:11,13

violates
  129:25

violent
  104:23

virtues
  85:15

vis-a-vis
  165:11

visit
  24:22
  25:8,10
  29:8,10,
  20 30:4,
  24 31:1,5
  36:20,22
  37:7,9
  38:9,11,
  15 96:10

visited
  29:1,12
  30:1,12
  31:2
  42:20
  43:8
  44:7,8

visits
  37:25
  38:2

voice
  160:13

voices
  159:23
  160:4
  169:3,9,
  11 170:16

175:19,22
176:18

vulnerable
  177:6

— W —

waive
  6:4

waiver
  103:11,15
  104:5,10
  105:9
  106:20,22
  107:6
  152:24
  153:5,7
  154:2,24
  156:17,19
  157:22
  158:23,24
  159:2

walk
  7:22

wanted
  24:15
  36:24
  47:7
  73:11
  76:17
  135:23
  178:21,23

watch
  111:1
  182:11

watched
  105:1

ways
  74:20
  131:16
  190:22

website



FRANK BERRY
UNITED STATES vs STATE OF GEORGIA

July 29, 2022
Index: week..Zoom

162:21

**week**
6:17 39:1

**weekend**
38:21

**weekends**
75:20
147:24
148:3,16

**white**
97:20

**wholehearte
dly**
130:16

**Willie**
11:12
71:21

**window**
86:25

**wonderful**
86:23

**wondering**
127:10

**Woods**
65:11

**word**
62:23

**words**
45:1,5
183:8

**work**
9:24
11:2,4,5,
7 15:17
18:10
33:17,18,
21 34:1,2
35:4
38:6,10
42:23
47:20

50:7
51:23
56:8
61:21
62:13
73:6
74:10
78:12
88:22,23,
24 101:21
114:3,20,
21
115:15,21
118:13
133:3
143:19
154:8
173:25
189:2
190:7,8,
14,24
191:9,10

**worked**
10:9,22
11:8,18
33:5
71:21
145:3,8
170:17

**workers**
26:7
33:19

**working**
11:1
29:21,22,
23 34:20
35:10
68:5
73:14
81:22
84:14
86:15
88:21,25
89:1,6
137:3

144:25
146:1
184:13
185:20
190:22

**works**
86:23

**world**
28:4
47:15
54:4

**worry**
184:3

**wrap**
47:17

**wraparound**
47:9,12,
14 49:12,
25 71:20,
25 72:12
85:8
101:9
159:7,15,
18 160:3,
19

**writing**
73:12
104:4
179:21

**written**
32:25
75:13

────────

**Y**

────────

**y'all**
178:19
191:15

**Yancy**
59:6 61:2
96:18,21

**YDCS**
14:12

**year**
9:25
10:17
15:22
17:8,10
53:2
62:16,17,
18 94:8
101:6
107:20
110:15
113:9
143:24,25
146:2
149:11,15
150:24
151:1,20
152:6,7,
9,10
175:10,11
176:2

**year-end**
150:17

**years**
10:2,15
14:20
33:4,22,
24 47:15
49:11
53:1,7
54:16
62:1,2
63:25
64:13,14
65:14,15,
16,17
76:23
78:17
85:5
90:21
109:3
119:24
145:24

148:19
150:16
173:17
174:22

**York**
6:18

**Young**
88:7,11
189:2

**youth**
15:6,7
104:6,7
137:18
144:8
149:15
150:1,6
159:19

────────

**Z**

────────

**Zoom**
7:25
83:17
86:25

