```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,
                                  )CIVIL ACTION
 5            Plaintiff,          )NO. 1:16-cv-03088-ELR
                                  )
 6   vs.                          )
                                  )
 7   STATE OF GEORGIA,            )
                                  )
 8            Defendants.         )
                                  )
 9   - - - - - - - - - - - - - -  )

10

11              VIDEOTAPE DEPOSITION OF

12                  GARRY McGIBONEY

13

14       Wednesday, June 8, 2022, 9:28 a.m., EST

15

16

17

18

19

20           HELD AT:

21           Robbins Alloy Belinfante Littlefield LLC
             500 14th Street, N.W.
22           Atlanta, Georgia  30318

23           ----------------------------------------------

24

25           WANDA L. ROBINSON, CRR, CCR, No. B-1973
             Certified Shorthand Reporter/Notary Public
```



1                    APPEARANCES OF COUNSEL

2

3   Appearing on Behalf of the Plaintiff:

4

        KELLY GARDNER, ESQUIRE
5       VICTORIA LILL, ESQUIRE
        LAURA TAYLOE, ESQUIRE
6       U.S. Department of Justice
        Civil Rights Division
7       950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20579
8       T:  202.305.6630    F:
        E-mail:  kelly.gardner@usdoj.gov
9                 victoria.lill@usdoj.gov
                  laura.tayloe@usdoj.gov
10

11

12  Appearing on Behalf of the Defendant:

13

        ED BEDARD, ESQUIRE
14      DANIELLE HERNANDEZ, ESQUIRE
        MELANIE JOHNSON, ESQUIRE
15      Robbins Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
16      Atlanta, Georgia  30318
        T:  404.856.3261
17      E-mail:  ebedard@robbinsfirm.com
                 dhernandez@robbinsfirm.com
18               mjohnson@robbinsfirm.com

19

20

21

22

23

24

25



```
 1   ALSO PRESENT:
 2   VIA ZOOM:
 3           FRANCES COHEN, ESQUIRE
 4           PATRICK HOLKINS, ESQUIRE
 5           RENEE WOHLENHAUSE, ESQUIRE
 6           ANDREA HAMILTON, ESQUIRE
 7           LAURA CASSIDY TAYLOE, ESQUIRE
 8           SANDRA LE VERT, ESQUIRE
 9
10
11
12
13
14
15   ALSO PRESENT:
16        BRANDON BRANTLEY, Videographer
17
18
19
20
21
22
23
24
25
```



```
 1                    INDEX OF EXAMINATIONS

 2

 3   GARRY McGIBONEY

 4   By Ms. Lill                             Page 8

 5

 6

 7                    INDEX OF EXHIBITS

 8   PLAINTIFF'S

 9   NO.                 DESCRIPTION              PAGE

10   Exhibit 94   Notice of Deposition            10

11   Exhibit 95   9/9/2016 Email Chain From Garry    41
                  McGiboney To Marilyn Watson
12                GA00513208-GA00513209

13   Exhibit 96   1/12/2020 mail Chain From Garry    56
                  McGiboney To Camille Pendley
14                With Attachment
                  GA01624607-GA01624638
15
     Exhibit 97   12/8/2018 Email Chain From Garry   63
16                McGiboney To Kevin
                  With Attachment
17                GA01603055-GA01603063

18   Exhibit 98   Book Entitled "The Psychology of   68
                  School Climate 2nd Edition."
19                Electronically Produced
                  GA01577636-GA01573914
20
     Exhibit 99   1/12/2020 Email From Garry McGiboney  76
21                To Diane Durrence
                  GA02485396
22
     Exhibit 100  6/26/2020 Email Chain From Garry    105
23                McGiboney To Miriam Gudenrath
                  GA00572801-GA00572804
24

25
```



1                    INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                    PAGE

4    Exhibit 101 9/10/2015 Email Chain From Garry      116
5                McGiboney To Sue Smith
                 GA00501979-GA00501983

6    Exhibit 102 Undated Email From Garry McGiboney    136
7                To Senators and Representatives
                 GA00511814

8    Exhibit 103 2/9/2017 Email Chain From Matt        138
9                Jones To Garry McGiboney
                 GA00519154-GA00519155

10   Exhibit 104 8/13/2020 Message Subject: GNETS      149
11               GA01640573-GA01640574

12   Exhibit 105 9/8/2017 Email Chain From Garry       165
                 McGiboney To Myrel Seigler
13               GA00528290-GA00528291

14   Exhibit 106 9/9/2015 Email Chain From Garry       173
                 McGiboney To Roma Amin
                 With Attachment
15               GA02479129-GA02479132.032

16
     Exhibit 107 3/7/2019 Email From Garry McGiboney   188
17               To Gail Smith
                 GA00552974
18
     Exhibit 108 6/11/2019 Email Chain From Garry      196
19               McGiboney To Gail Smith
                 GA00557687
20
     Exhibit 109 12/8/2018 Email From Garry            207
21               McGiboney To Kevin Tanner
                 GA01603064 - Electronically Produced
22
     Exhibit 110 Book Entitled "A Journey with         214
23               Children an Characters"
                 Electronically Produced
24               GA0163061-GA01630923

25



1                    INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                     PAGE

4    Exhibit 111 12/29/2018 Email From Garry            220
                 McGiboney To Talley Wells
5                    GA00549038-GA00549039

6

7    Exhibit 112 8/20/2019 Email Chain From Garry       226
                 McGiboney To Vickie Cleveland
8                    GA00561590-GA00561593

9    Exhibit 113 8/28/2020 Email Chain From Talley      236
                 Wells To Dante McKay
10                   GA00007169-GA00007171

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1       THE VIDEOGRAPHER:  This will be the video

2    deposition of Garry McGiboney, being taken in

3    the matter of United States of America versus

4    State of Georgia.

5       Today's date is June 8th, 2022.

6       The time on the record is 9:28 a.m.

7       My name is Brandon Brantley.  I'm the

8    videographer.  The court reporter is Wanda

9    Robinson.

10      Counsel, please introduce yourselves for

11   the record, after which the court reporter will

12   swear in the witness.

13      MS. LILL:  Good morning.  My name is

14   Victoria Lill, on behalf of the United States.

15      MR. BEDARD:  Good morning.  My name is Ed

16   Bedard, on behalf of the State of Georgia.

17      I'm joined by my colleagues Melanie

18   Johnson and Danielle Hernandez.

19      MS. LILL:  And here in the room with me I

20   have Kelly Gardner on behalf of the United

21   States, as well as Laura Tayloe.

22      I will also ask -- would you like to have

23   the folks on Zoom introduced?

24      All right.  We're going to respectfully

25   decline to introduce everybody on the Zoom



 1      session, but we appreciate your attendance.

 2                  - - - - - -

 3                  GARRY W. McGIBONEY,

 4   being duly sworn, was examined and testified as

 5   follows:

 6                  - - - - - - -

 7   EXAMINATION

 8   BY MS. LILL:

 9      Q    Good morning, Dr. McGiboney.

10      A    Good morning.

11      Q    Thank you for coming today.

12      A    Sure.

13      Q    My name is Victoria Lill.  As you heard, I

14   represent the United States in this matter.

15           Can you please state your -- state your

16   full name for the record.

17      A    Garry Wade McGiboney.

18      Q    Great.  And I imagine that your counsel

19   has explained much of this to you, but today

20   basically we're going to have a lengthy

21   conversation, and I'm going to ask you questions,

22   and your only job is to answer them honestly and

23   completely.  Okay?

24      A    Okay.

25      Q    The court reporter has sworn you in, which

9



1   means that everything you say here today is under

2   oath and must be truthful.

3          Do you understand that?

4      A    Yes.

5      Q    So the court reporter is going to write

6   down what you say and what I say in order to create

7   a transcript of our conversation.  So in order to

8   ensure that she gets everything down, if you could

9   please speak at a measured pace and clearly.

10          It's also important that you say yes

11  versus saying uh-huh or versus nodding your head, so

12  that she can get that down on the record.

13          And, finally, you and I have to avoid

14  talking over one another.  So if you could let me

15  finish questions before you start an answer, and I

16  will do the same for you.

17          If at any point you don't understand a

18  question, please let me know that and I can try to

19  clarify the question.

20          Do you understand that?

21     A    Yes.

22     Q    Great.  And if you need a break at any

23  time, you should tell me or tell your attorney.

24  We'll probably finish whatever answer to whatever

25  question we've asked -- I've asked you, if we're in



1    the middle of it, and then we can identify a time to

2    take a break.

3            Does that, does that sound good?

4        A    Yes.

5        Q    Great.  And sometimes it happens that you

6    will give me an answer as completely as you can at

7    the time, and then later on during our time together

8    you may remember some additional information in

9    response to an earlier question.  If that happens,

10   please just tell me that you would like to add

11   something you said earlier, and you can do that.

12   Okay?

13       A    Yes.

14       Q    Great.  Is there any reason you can think

15   of why you will not be able to answer my questions

16   truthfully and completely today?

17       A    No.

18       Q    Do you have any questions before we

19   proceed today?

20       A    No.

21            MS. LILL:  I'm handing the court reporter

22       what I'd like to mark as exhibit -- Plaintiff's

23       Exhibit 94.

24            (WHEREUPON, Plaintiff's Exhibit-94 was

25        marked for identification.)



GARRY MCGIBONEY                                     June 08, 2022
UNITED STATES vs STATE OF GEORGIA                              11

1  BY MS. LILL:
2       Q    Dr. McGiboney, this is the notice we
3  served on the State for your deposition in this
4  matter.  Have you seen this --
5       A    Yes.
6       Q    -- before?
7            And who showed you this time?
8       A    Received it by hand delivery.
9       Q    Okay.
10      A    To my home.
11      Q    And approximately when was that?
12      A    Approximately two weeks ago.
13      Q    Okay.
14      A    Maybe three weeks ago.  I'm not sure.
15      Q    And have you ever been deposed before?
16      A    Yes.
17      Q    When was that?
18      A    15 years ago.
19      Q    And in what context?
20      A    More than once.  Once was a case when I
21  worked in the DeKalb County school system regarding
22  a school safety matter, and then prior to that a
23  personal deposition in a personal injury when I
24  suffered a traumatic brain injury in an accident of
25  someone else's making.



1    Q    Okay.  And you said both of those were
2    approximately 15 years ago?
3    A    15 -- the personal deposition was closer
4    to 20 years ago.
5    Q    Okay.  And were you a plaintiff or
6    defendant in one of those lawsuits?
7    A    The DeKalb was being sued, and the
8    personal injury I was the plaintiff.
9    Q    The plaintiff, okay.
10         And before today had you heard about this
11   case?
12   A    Yes.
13   Q    When do you recall first hearing about it?
14   A    Several years ago.  At least five years
15   ago.
16   Q    And what do you know about this case?
17   A    I know that the Department of Justice is
18   questioning the State on the GNETS programs.
19   Q    And what about the GNETS programs?
20   A    The quality of the programs.
21   Q    Anything else?
22   A    That pretty much sums it up.
23   Q    What did you do to prepare for this
24   deposition today?
25         MR. BEDARD:  I'll say, just, Garry, you



1        can say if you, if you met with an attorney.

2        Just don't speak about anything we talked

3        about.

4        A    Other than that, I haven't prepared

5   anything.

6        Q    Okay.  So did you meet with counsel?

7        A    We talked.

8        Q    And with whom did you meet?

9        A    Ed Bedard.

10        Q    And how many times?

11        A    Once.

12        Q    For approximately how long?

13        A    An hour.

14        Q    Okay.  And Mr. Bedard is representing you

15   in this matter?

16        A    Representing the State, as I understand

17   it.

18        Q    Okay.  Did counsel show you documents to

19   prepare?

20        A    We looked at, I believe, three documents.

21             MR. BEDARD:  And I'll say, you can again

22        say you've looked at documents, but I would

23        object to the extent it calls for any specific

24        documents that you looked at.

25        Q    So in preparing for the deposition, aside



1  from meeting with counsel, did you discuss the

2  substance of the deposition with anybody else?

3       A    No.

4       Q    None of your former colleagues at the

5  Department?

6       A    No.

7       Q    -- of Ed?

8            So I want to just run through -- as you

9  know, the world of education is filled with

10  acronyms, and some of those we'll be using sort of

11  repeatedly today, so I want to just run through them

12  and make sure we're on the same page so we don't

13  have to spell them all out.

14            So if I say "DBHDD," I'm referring to the

15  Georgia Department of Behavioral Health and

16  Developmental Disabilities.

17            Is that your understanding of that

18  acronym?

19       A    Yes.

20       Q    And do you understand the acronym "DCH" to

21  mean the Georgia Department of Community Health?

22       A    Yes.

23       Q    And the "Georgia DOE," or "GaDOE," do you

24  understand that to mean the Georgia Department of

25  Education?



GARRY MCGIBONEY                                    June 08, 2022
UNITED STATES vs STATE OF GEORGIA                          15

1        A    Yes.

2        Q    And the term "GNETS," do you understand

3   that to mean the Georgia Network for Educational and

4   Therapeutic Support?

5        A    Yes.

6        Q    "BIP," or a BIP, do you understand that to

7   mean Behavioral Intervention Plan?

8        A    Yes.

9        Q    An "FBA," do you understand that to mean a

10  Functional Behavior Assessment?

11       A    Yes.

12       Q    And "PBIS," do you understand that to mean

13  Positive Behavioral Interventions and Supports?

14       A    Yes.

15       Q    And I may refer in the deposition to a

16  general education setting.  Do you understand that

17  to mean a public school in Georgia where children

18  with significant emotional disabilities and other

19  behavioral health conditions receive instruction and

20  services alongside children who do not have

21  disabilities?

22       A    Yes.

23       Q    Dr. McGiboney, where did you go to school,

24  to college?

25       A    Georgia State university.



GARRY MCGIBONEY                                      June 08, 2022
UNITED STATES vs STATE OF GEORGIA                              16

```
 1      Q    Georgia State.  And when did you graduate
 2  from Georgia State?
 3      A    1984.  I'm the oldest person in the room.
 4      Q    And what was your major of study in
 5  college?
 6      A    Educational psychology.
 7      Q    And is that the degree that you received?
 8      A    I'm sorry?
 9      Q    And what degree did you receive?
10      A    Ph.D.
11      Q    In undergrad?
12      A    Psychology.
13      Q    Okay.
14      A    Bachelor's and master's.
15      Q    So you received a bachelor's from Georgia
16  State?
17      A    Yes.
18      Q    And where did you receive your master's?
19      A    Georgia State.
20      Q    Georgia State.  And what year was that?
21      A    '78.  1978.
22      Q    So you -- I'm sorry.  You graduated
23  undergrad, you told me, '84?
24      A    That was the Ph.D.
25      Q    When did you graduate undergrad?
```



1    A    The exact year?

2    Q    It's okay if you don't remember.

3    A    I don't recall the exact year.

4    Q    So you got your Ph.D. in '84.  Was that

5  also from Georgia State?

6    A    Yes.

7    Q    What was your area of focus for your

8  Ph.D.?

9    A    Educational psychology, school psychology,

10  and administration.

11    Q    And so you received a license -- you were

12  a psychologist, essentially, after having graduated?

13    A    I was a school psychologist.

14    Q    Okay.  How long were you licensed to

15  practice as a school psychologist?

16    A    Certification in Georgia to be a school

17  psychologist, I carried that until, I think -- I

18  think it was 1990.

19    Q    Are you currently employed?

20    A    Yes.

21    Q    By whom?

22    A    Sharecare, Incorporated.

23    Q    And what's your title at Sharecare?

24    A    Director of Government and Education

25  Programs.



1      Q     When did you assume that position?

2      A     October of 2020.

3      Q     Can you please describe the objectives of

4    Sharecare?

5      A     Sharecare is a digital health technical

6    company that supports about 84 health insurance

7    companies through their digital platform, but also

8    in helping clients navigate the health system.

9      Q     What are your duties and objectives in

10   this role?

11     A     Well, I work with government agencies,

12   state government agencies, because state employees

13   are covered by the State health benefits plan, and

14   there are programs to enhance employee well-being

15   through a program called Be Well, and we are trying

16   to encourage more state employees, all 400,000 of

17   them, to participate more in the Be Well program,

18   which is an employee well-being program.

19     Q     Okay.  And are you involved with children

20   at all in this?

21     A     Not directly, no.  I work with education

22   agencies through employee programs, doing

23   presentations and at conferences about the employee

24   well-being program to get more state employees to

25   participate in the well-being program.



1      Q     So right now your work is really focused
2   on employee well-being?
3      A     Yes.  That's correct.
4      Q     And do you interact with Georgia
5   Department of Education personnel in this role?
6      A     Seldom.  We may cross paths at a
7   conference, but other than that, no.
8      Q     How frequently would you say?
9      A     Not often.
10     Q     Before this position, what was your prior
11  employment position?
12     A     Georgia Department of Education.
13     Q     And what was, what was your title?
14     A     Deputy superintendent of Policy.
15     Q     And how long did you hold that role?
16     A     Approximately 12 years.
17           Well, let me correct that.  That specific
18  job was -- well, no, that was about 12 years, but I
19  did have another position at the Department of
20  Education prior to that as associate superintendent
21  of Support Services and Innovation.
22     Q     Okay.  So I want to break down the 12
23  years that you were deputy superintendent of Policy.
24           Did your precise title change at all
25  within those 12 years?



1        A    I'm sure the precise title probably did

2    change.  In the last year it was deputy

3    superintendent of School Climate and Safety, or some

4    of the policy issues became more related to school

5    climate and safety.  So that title was changed to

6    deputy superintendent of School Climate and Safety

7    -- School Climate and Safety.

8        Q    So approximately when did that happen?

9        A    '20, '21.  I'm sorry.

10            2019.  2019.

11       Q    So in 2019, you began to oversee school

12   climate and safety?

13       A    Well, that was already part of the duties

14   under the previous title, but there was more of a

15   focus on that.

16       Q    And before 2019, what was -- what was your

17   sort of more precise title or focus?

18       A    It was policy in charter schools.

19       Q    Policy in charter schools.  And how long

20   did that -- how long were you in that role?

21       A    That started in 2010.  So that title I

22   don't believe changed from 2010 to 2019.  I believe

23   it was the same.

24       Q    Did your job responsibilities change from

25   2010 to 2019?



1      A    Duties were added over the years.  It

2  started out being primarily working with the State

3  Board on policies and working with the legislature

4  on educational legislation, where I would go and

5  answer questions related to bills -- potential

6  legislation that could impact education.

7           So legislators would speak to me about the

8  possible impacts, both the pro and con of bills they

9  were proposing.

10          Then that was the beginning of the charter

11  school development in Georgia, and so that role

12  expanded as we in Georgia started adding more

13  charter schools.  So I started working more with

14  that area.

15     Q    Before 2010, what was your title?

16     A    That was when -- 2019, it was shifted to

17  deputy superintendent of School Climate and Safety.

18  So in 2020, when I left the department, that was the

19  title.

20     Q    Right.  So in '20 -- I'm sorry.  Before

21  2010, though, before you were --

22     A    Before 2010?

23     Q    -- you in the policy and charter position,

24  what were you -- what was your role?

25     A    Associate superintendent of -- as I recall



1   it was Support Services and Innovation.

2        Q    And how long were you in that position?

3        A    It wasn't long.  When I came to the

4   Department of Education in 2007, I was a program

5   manager for Safe and Drug-Free Schools for

6   approximately a year.  Then I was asked to become

7   associate superintendent.  In that first position,

8   about a year and a half.  And associate

9   superintendent, only for about a year and a half.

10       Q    Okay.  And before you were -- before 2007?

11       A    The DeKalb School System.

12       Q    What was your role in DeKalb?

13       A    Deputy superintendent of Support Services.

14       Q    What were your job responsibilities in

15   that role?

16       A    I oversaw the school psychologists, school

17   social workers, school nurses, special education,

18   school resource officers, school safety, legislative

19   affairs, and our outreach with the DeKalb juvenile

20   court, as well as the state court.

21       Q    How long were you in that role?

22       A    As deputy?  Three years.

23       Q    And prior to that?

24       A    Associate superintendent.

25       Q    Overseeing what?



1      A     The alternative school discipline

2   tribunals, and school safety.

3      Q     How long were you in that role?

4      A     I was in that role with those

5   responsibilities for several years.  I don't

6   remember the exact number of years, but the title

7   changed even though the responsibilities remained

8   the same.  It's just that the amount of

9   responsibilities increased.  So that's why the title

10  was changed from executive director to associate.

11     Q     So then you were executive director prior

12  to that?

13     A     Right.

14     Q     And what is executive director of?

15     A     Student relations.  And, again, that was

16  primarily school safety, student discipline, and the

17  discipline tribunals.

18     Q     You have a long history in education?

19     A     Prior to that, I was a school

20  psychologist.

21     Q     That was my next question.  So you were a

22  school psychologist in DeKalb?

23     A     Yes.  Beginning in 1975.

24     Q     And so when did, when did you end that

25  work?



1       A    Well, that -- I continued to be a school

2   psychologist for several years.  It was altogether

3   about 10 years.  The last five of those were a

4   combination of working as a school psychologist,

5   working with school discipline and working with the

6   discipline tribunals.  I was doing all of that.

7       Q    But you were working as a school

8   psychologist with sort of seeing students as a

9   psychologist --

10      A    Yes, yes.

11      Q    -- from '75 through what period?

12      A    You know, Goss-Lopez, the DeKalb School

13  System developed a due process.  After developing

14  the student code of conduct as required by

15  Goss-Lopez.  So we developed a tribunal process and

16  I served on the tribunal as a school psychologist.

17          And as that developed into more of a

18  requirement, then I shifted into administration and

19  started doing more administrative work related to

20  the discipline tribunals.

21      Q    Was that your first professional job

22  post-Ph.D., was school psychologist --

23      A    Yes.

24      Q    -- in DeKalb?

25      A    I did not have a Ph.D. at that time,



1  though.

2      Q    Okay.

3      A    That was '75.

4      Q    Okay.

5      A    I had a Master's degree.

6      Q    Okay.  So when you were working with

7  students as a school psychologist, did you provide

8  therapy?

9      A    No.  Assessment.

10     Q    Assessments.  And can you tell me about

11 what that process was like?

12     A    It was pretty standard operating

13 procedure.  At that time, a school would make a

14 referral for a student to be evaluated after going

15 through other interventions and prevention

16 activities, and so I'd schedule a meeting with the

17 parents to explain to them the process of the

18 evaluation, psychological evaluation.  Really, it

19 was called an education psychological evaluation.

20 And then I would meet individually with the student

21 to give an intelligence test, achievement test, and

22 typically a brief personality inventory.

23     Q    Were you familiar with the GNETS program

24 when you were working in DeKalb?

25     A    Yes.  We had a GNETS program in DeKalb.



1   It was called Psycho Educational Center at that

2   time.

3        Q    Did you interact with it?

4        A    No.

5        Q    Did you tell me that you were overseeing

6   alternative schools and essentially mental health

7   services in DeKalb?

8        A    No.  I'm not sure what time frame you're

9   talking about, but the student discipline process

10  and student discipline and alternative school,

11  DeKalb had several alternative schools.  One was for

12  students who had been suspended or expelled by the

13  tribunal, and they were suspended or expelled more

14  than 10 days.  So we offered them an alternative

15  school to attend rather than return to their

16  homeschool or sitting at home.

17             Then we had an alternative school that was

18  connected with the juvenile court.  Juvenile court

19  would contact me with a chronic truant child and we

20  would place them in truancy alternative school,

21  which was a small setting.  And the court would have

22  probation officers there as well.

23             And we had other alternative programs.  We

24  had another one, transition academy, students coming

25  out of DJJ, Department of Juvenile Justice.  Instead



1  of them going directly into their regular school

2  setting, we had a transition academy for them to

3  make the adjustment back into the school setting

4  before they actually attended the regular school

5  setting.

6      Q   But you did not in any way oversee the

7  GNETS program?

8      A   No.

9      Q   Did you refer students to the GNETS

10  program?

11     A   I don't recall referring any students to

12  the GNETS.  Now, I may have because that was a long

13  time ago, but if I did, it was very, very rare.

14     Q   And who in the DeKalb County School System

15  would have overseen the GNETS program or interaction

16  with the GNETS program?

17     A   I believe it was Glenda Molten at that

18  time.

19     Q   What was her role?

20     A   Director of special programs, I believe it

21  was.  I don't remember the exact title.

22     Q   Okay.

23     A   And of course I want to clarify.  In any

24  referral to -- there was no such thing as a referral

25  to GNETS.  It was an IEP.



1          After evaluation, there would be an IEP

2   meeting, and that process, if it was a referral to

3   GNETS, would have been made by the IEP, not by me.

4      Q    So I want to go back to your time as

5   deputy superintendent of Policy.

6          Can you -- I think you said essentially

7   that was from 2010 to 2019.

8          Can you list out your various job

9   responsibilities in this particular position?

10     A    As I said, I worked with the State Board

11  of Education policy development.  I worked with

12  legislators on reviewing education-related bills,

13  and in that they would ask questions about education

14  and what their bill may do for, or if there was any

15  intended consequence we would talk about that.

16         So I frequently testified at the

17  legislature and the house subcommittee or house

18  committee meetings and senate committee meetings.

19         We worked with the charter schools, with

20  the state charter commission.  We worked -- we

21  reviewed the budgets for the residential treatment

22  facilities.

23         Because the department was -- the

24  department is a flow-through for the funding that

25  goes to local schools, and that was the case with



1  the residential treatment facilities.

2          Homeschool programs, if a parent wants to

3  homeschool their child, they have to register with

4  the Department of Education.  That's all they have

5  to do, but they have to register with the department

6  declaring that they are going to homeschool their

7  child.

8          School safety, in that we worked with the

9  Georgia Emergency Management Agency to help schools

10  develop their safe school plans.  And I frequently

11  communicated with schools if there was information

12  that GEMA, Georgia Emergency Management Agency,

13  wanted to share with school districts, they needed

14  -- we had direct contact with them.  So I could send

15  emails to them in case there was any kind of a

16  pending emergency, like if there was the remnants of

17  a hurricane heading into State of Georgia, could

18  have potential impact on the school day.  I would

19  alert the schools.

20          I think that covers everything.

21      Q    And who did you report to?

22      A    The chief of staff.

23      Q    Who was?

24      A    Matt Jones.

25      Q    And who did you supervise?



1     A    You want all of them by name or their

2    positions or what?

3     Q    How many, approximate -- how many people,

4    approximately?

5     A    Direct, about 12.  About 12 direct

6    reports.

7          That includes secretarial staff,

8    administrative assistance.

9     Q    Can you, can you just list them by title?

10    A    I'll try.  We had a director of policy,

11    director of charter schools, program manager for

12    safe and drug-free schools, a specialist for safe

13    and drug-free schools, homeschool coordinator but

14    she also worked with residential treatment

15    facilities.  And there were two staff members that

16    helped her with homeschool.  They were

17    administrative assistants.

18          With the charter director, there were

19    four, there were four staff members under the

20    charter director, including a staff attorney.

21          I think that's all there were.

22    Q    In that role did you serve on any state

23    level committees or work groups?

24    A    State level?  I'm not sure what you mean

25    by state level.



1      Q     Well, did you serve on any committees or
2    working groups in that role?

3      A     Yes.

4      Q     And can you -- could you list them for me?

5      A     Okay.  The Georgia Supreme Court appointed
6    me to serve on the Georgia Supreme Court's Justice
7    for Children Committee.  I served two -- three terms
8    on that.  Those were two-year terms.  I served three
9    terms on that.

10            I served on the State's Juvenile Detention
11   Alternative Initiative Committee.  In fact, I'm
12   still serving on that.  JDAI.  In fact, I'm the
13   chair of that for the State.

14            I was on the cabinet of the Georgia
15   Reading Campaign, which is public/private entity
16   that's part of the Georgia Family Connection
17   Partnership.

18            The Carter Center School Base Behavioral
19   Health Advisory Committee.

20            The Georgia Partnership for Educational
21   Excellence, Learning Environment Committee.

22            The Behavioral Health Reform and
23   Innovation Commission, as a subcommittee member of
24   the subcommittee on children and adolescents.

25            I think that's all.



1       Q     Must have been tired between 2010 and

2    2019?

3       A     I left, I left out one.

4             The Council on Alcohol and Drugs.

5       Q     Thank you for listing those out for me.

6             And now just moving to the last position

7    that you held, which you said was deputy

8    superintendent for --

9       A     School Safety and Climate.

10      Q     -- School Safety and Climate.

11            Can you tell me about your roles and

12   responsibilities in that position?

13      A     I was working very closely with the

14   Georgia Emergency Management Agency, and also worked

15   with FEMA, Federal Emergency Management Agency.

16            In fact, FEMA asked me to help -- FEMA

17   offers six courses for school districts across the

18   nation on school safety, and I helped -- they asked

19   me to help write the curriculum.

20            And I do -- I am a master trainer for the

21   U.S. Department of Education Ready Emergency

22   Management for Schools Center, called REMs, on

23   behavior threat assessment.

24            So I worked in the world of the emergency

25   management emergency preparation.  I helped schools



1  -- I created safe school template, because in
2  Georgia, by state law, schools have to have a safe
3  school plan.  So working with experts, we developed
4  a safe school plan template, and that's what
5  schools -- most of the schools are using as their
6  safe school plan guide.

7            Worked with the State Patrol; worked with
8  legislators on legislation pertaining to school
9  safety, including what courses may be most
10  applicable for school resource officers.  And worked
11  with the Georgia Association of School Resource
12  Officers and worked with -- we had a School Justice
13  Partnership, where I worked with several juvenile
14  judges and worked with the office of the courts,
15  court administration of CA, on the School Justice
16  Partnership, where we actually went into communities
17  and tried to support the development of a
18  collaborative between the local school system and
19  the local juvenile court.

20            Also, I helped schools with the
21  implementation of the state law which is School
22  Climate and Student Attendance Protocol Committee.
23  It's required in Georgia for every Superior Court to
24  create a School Climate and Student Attendance
25  Protocol Committee, which is made up of local DA,



1  local solicitor, local school system, local public

2  health.  All the other entities that touch children.

3         So I actually would go to local juvenile

4  courts, because usually the Superior Court judge

5  would assign that responsibility to the juvenile

6  court.  In Georgia, the juvenile court judges,

7  except for two exceptions, are appointed by the

8  Superior Court.  So they would ask me to come in and

9  talk to their juvenile court about how to develop

10 the protocol for implementing the State law.  I did

11 that quite often.

12        And then also I worked with PBIS.  We

13 worked very diligently to expand PBIS to as many

14 schools as possible.  When I left the department, we

15 were up to 1,400 schools that were implementing

16 PBIS, and that was part of the school climate title

17 because school climate is of course enhanced by the

18 PBIS model.

19        That's the SAMHSA approved or SAMHSA

20 endorsed model for improving school climate, is

21 PBIS.  I worked with that team.

22    Q    So PBIS and school climate fell

23 underneath --

24    A    Yes.

25    Q    -- your purview in that role?



1           And how did -- have you worked to enhance

2    mental health supports for students in schools?

3        A    Well, I worked -- I'm on the Advisory

4    Committee of the Carter Center's school-based

5    behavioral health.  So I've actually done

6    presentations at the Carter Center, at the Rosalynn,

7    Rosalynn Carter Annual Mental Health Symposium.

8           MR. BEDARD:  I'll object to form on the

9        last question.

10   BY MS. LILL:

11       Q    In your last -- in your last position, who

12   did you report to?

13       A    Chief of staff.

14       Q    Was also Matt Jones?

15       A    Yes.

16       Q    And who were your direct reports?

17           Just by title.

18       A    Direct reports to me?

19       Q    Yes, in your role as --

20       A    All those ones I just listed before, those

21   12.

22       Q    That carried over when you went to School

23   Safety and Climate?

24       A    I understand your question.  Those direct

25   reports, it was -- including the two positions that



1   GEMA had part-time with us, we had a collaborative

2   with GEMA so that they would provide two staff

3   members, but they really were not under my direct

4   supervision but I worked directly with them.  That

5   was five, five direct reports.

6       Q    Did any of them relate to PBIS or School

7   Climate?

8       A    Yes.

9       Q    What were those titles?

10      A    I'm sorry?

11      Q    What were the titles of the individuals

12  who were involved?

13      A    The direct report was the program -- the

14  State program manager for PBIS.  And in that, that

15  was a staff of about 20.

16      Q    So the state program manager for PBIS

17  reported directly to you?

18      A    Yes.

19      Q    And what was that individual's name?

20      A    Jason Byars.

21      Q    In that role who in the Georgia Department

22  of Education was not a direct report to you, did you

23  most frequently interact with?

24      A    Was not a direct report?

25          MR. BEDARD:  Object to form.



 1       A    I'm not sure how to answer that.  You

 2    know, we had cabinet meetings and we had impromptu

 3    meetings to discuss policies or to discuss an issue.

 4    So that's kind of hard to answer that question

 5    specifically.

 6       Q    So members of the executive cabinet?

 7       A    Yes.  Yes.

 8       Q    Okay.  Do you believe that providing

 9    access to mental health services and supports in

10    schools is important?

11       A    Yes.

12       Q    And why is that?

13       A    Because of access.

14       Q    Tell me more about what you mean by that.

15       A    That's where the children are most of the

16    day, and it's -- it would make sense if we could

17    provide services for children that's intended to

18    improve their lives, then school could be an access

19    point for that.

20       Q    And do you believe that mental health

21    services when provided in schools improves the lives

22    of children?

23            MR. BEDARD:  Object to form.

24       A    Well, there are, there are services in

25    schools now provided by BHDD called the Apex



1  program, and it seems to be working well.

2      Q    When you worked at the Department of

3  Education, did you believe providing access to

4  mental health services and supports in schools was

5  important?

6      A    Yes.

7           MR. BEDARD:  Object to form.

8      A    That's why I was on the Advisory Committee

9  for the Carter Center.

10     Q    What information or data supports or

11 informs your beliefs about the importance of mental

12 health services in schools?

13          MR. BEDARD:  Object to form.

14     A    My work as a school psychologist.

15     Q    Anything else?

16     A    You asked where did that come from and it

17 came from my work as a school psychologist.

18     Q    Are you aware of other information or data

19 that informs your belief about the importance of

20 mental health services in schools?

21     A    Well, there's data related to increasing

22 access to mental health services when students are

23 in school, due to transportation problems primarily.

24 Transportation, meaning it's difficult for some

25 parents to check their child out of school -- get



1  off work, check their child out of school and then

2  go to a therapist or a treatment center, and then

3  come back to school.  Some parents, it's very

4  difficult for them to have that transportation.

5          So access is a big issue.

6          But that's also true with physical

7  services, too.  That's why dental hygiene is an

8  issue.  That's why there's a mobile unit that drives

9  around schools in the rural part of Georgia that

10  offers dental health.  So it's not just mental

11  health.

12          It's just a rural access issue.

13     Q    And what are the positive effects of

14  enhanced access to mental health in schools, if any?

15          MR. BEDARD:  Object to form.

16     A    Well, hopefully, you have a healthier

17  child and you have improved or increased -- improved

18  academic outcomes.

19     Q    And have you advocated for enhanced access

20  to mental health in schools in your roles at the

21  Georgia Department of Ed?

22     A    We encouraged schools to work with the

23  Community Service Boards.

24     Q    In what other ways have you advocated for

25  enhanced access to mental health in schools in your



1  roles at the Department of Ed?

2      A    There's been legislation over the years

3  that supported the idea of a concept of increased

4  access for mental health services for children,

5  including schools but not limited to schools.

6      Q    Are there any other ways that you

7  advocated for enhanced access to mental health in

8  schools?

9      A    Well, we've advocated -- the Commission,

10  the Behavioral Health Reform and Innovation

11  Commission has advocated for House Bill 1013, which

12  passed this recent session, called the Georgia

13  Mental Health Parity Act, and while it doesn't

14  specifically say schools, it's related to increasing

15  the workforce in mental health to elevate access for

16  children, adolescents and adults to mental health

17  services.

18      Q    You mentioned CSBs?

19      A    Community Service Boards.

20      Q    What is a Community Service Board?

21      A    That's the local community provider of

22  behavioral health services.  They are linked to the

23  Department of Behavioral Health and Developmental

24  Disabilities.

25      Q    And tell me more about the work you have



1  done with -- you mentioned there was --

2      A    I haven't worked directly with them,

3  except when I was in DeKalb and worked with the

4  DeKalb CSB.  But we just encourage schools to have a

5  relationship with a Community Service Board so they

6  can share resources.

7              For example, if there's a -- we were

8  advocating for mental health awareness.  So we

9  advocated for the Community Service Boards to

10 provide some mental health awareness training for

11 educators, but we were able to, through the budget

12 process, get a line item in 2018 by the Georgia

13 legislature to provide mental health awareness for

14 educators through the -- through NAMI, the National

15 Alliance on Mental Illness and through Mental Health

16 America.  And through the Georgia State

17 collaborative, they offer training, mental health

18 awareness training for educators.

19              MS. LILL:  May I ask the court reporter to

20      mark this document as 95 for plaintiffs.

21              (WHEREUPON, Plaintiff's Exhibit-95 was

22       marked for identification.)

23 BY MS. LILL:

24      Q    Dr. McGiboney, this is an email exchange

25 between you and Marilyn Watson.  The last email was



1  sent on September 9th, 2016.

2          And at the very top, the subject matter is

3  "Re:  Please."

4          And if you see at the very top of the

5  first page -- I'm sorry.  It's -- the Bates-stamp is

6  Georgia, GA00513208.

7          Your email to Ms. Watson -- who is Ms.

8  Watson, first of all?

9    A    She was the program manager for Safe and

10  Drug-Free Schools.

11    Q    And you say to her in this email:  "Tell

12  them I'm going all over the State endorsing the need

13  for a comprehensive children's mental health plan."

14          Do you see that?

15    A    Yes.

16    Q    Can you tell me more about your efforts

17  there?

18    A    We were trying to -- we were endorsing the

19  idea of a comprehensive mental health plan for

20  children's mental health based on the lack of access

21  in some communities to mental health services.  So I

22  was talking to different community groups and

23  schools trying to get information about what access

24  they actually have to mental health services for

25  children.



1     Q    And in your view, would a comprehensive
2  children's mental health plan encompass school-based
3  mental health services?
4     A    It would be community and school.  Again,
5  I can't emphasize it enough, the primary point is
6  access.
7     Q    When we talk about school-based mental
8  health, have you been an advocate for mental health
9  services in student zone schools?
10    A    In?
11    Q    In student zoned schools.
12    A    Student zoned schools?  I don't know what
13 that means.
14    Q    The general -- the general education
15 schools which they are --
16    A    Yes.
17    Q    -- going to attend?
18    A    Yes.
19    Q    What initiative have you championed in
20 that regard?
21    A    There's been legislation.  I've testified
22 in the house study committees and senate study
23 committees on bills that related to children's
24 mental health and access to mental health services
25 in schools came up during those hearings.



1      Q    What would you consider to be the

2   successes in your efforts to advocate for

3   school-based mental health services?

4      A    Well, House Bill 1013, the Georgia Mental

5   Health Parity Act, that was based on a lot of the

6   work that was done by the Behavioral Health Reform

7   and Innovation Commission and, as I said earlier,

8   I'm on the subcommittee of children and adolescents,

9   and that bill enforces and requires parity.

10  Insurance companies treat mental health as physical

11  health, which will have an impact on children in the

12  community as well as schools.

13          So I think that's a major step toward

14  improving access to mental health services to

15  everyone in Georgia, including children and

16  adolescents, as well as adults.  And that was really

17  the culmination of a lot of bills that were -- a lot

18  of study committees, I should say, on mental health

19  that started many years ago.

20     Q    In the, in the document that I -- we were

21  just looking at, you say:  "If anyone brings up

22  GNETS, simply say that we can't say much at this

23  time because of the pending litigation but that more

24  access to mental health services would help that

25  situation too."



```
1              Do you see that?
2         A    Yes.
3         Q    Which pending lawsuit were you referring
4    to?
5         A    At that time I -- I guess it's this one,
6    the Department of Justice.
7         Q    And what did you understand about this
8    lawsuit at that time?
9         A    The same as my understanding now, that the
10   Department of Justice has concerns about the quality
11   of services at the GNETS.
12        Q    And the email goes on to say that more
13   access to mental health services would help that
14   situation too."
15             By more access to mental health services,
16   were you referring to the need for a comprehensive
17   children's mental health plan?
18        A    Yes.  When, when referring to GNETS,
19   that's also a referral to all public schools.  That
20   if we improve, increase access to mental health
21   services for children in schools and in communities,
22   that would include all schools and all programs,
23   ideally.
24        Q    And that would include school-based mental
25   health services?
```



1      A     Yes.

2      Q     And what is, what is that situation you

3  refer to in this document?

4      A     The GNETS.

5      Q     So tell me how mental health services in

6  schools would help the situation with GNETS?

7      A     Well, GNETS, like all the other public

8  schools, could benefit from more access to more

9  service.  A part of the issue is the workforce.

10 There are a lot -- there are many schools, including

11 GNETS, who would like to have more mental health

12 service but access to mental health service has been

13 a challenge for decades in Georgia.  Just not enough

14 psychiatrists, not enough clinical psychologists,

15 there are not enough licensed professional

16 counselors, and there are not enough psychiatric

17 social workers.

18          Just go down the list of those who touch

19 mental health, and there's a shortage in every

20 field.

21     Q     Did you feel at the time that school-based

22 mental health services would help Georgia defend

23 against the United States lawsuits alleging GNETS

24 did not provide integrated services?

25     A     No.  No, ma'am.  My concern is about what



1  was best for children.  I wasn't concerned about the

2  litigation.  Any time we -- there is litigation.

3  You know, it's prudent to not, not go into what we

4  don't know about.

5      Q    You referenced efforts by the Department

6  of Ed to encourage work between schools and CSBs.

7  Did the Department of Behavioral Health and

8  Disabilities -- Developmental Disabilities, have a

9  role in encouraging that work between CSBs and the

10  schools?

11      A    Yes.  Yes.  Their director of adolescent

12  services oversees the Apex program, that provides

13  therapists through BHDD and to schools, and I

14  believe they are up to now about 700 schools.  They

15  have a therapist, and that's funded by the State.

16          And, yes, they're encouraging schools to

17  take advantage of that program.  Their challenged,

18  too, by the workforce issues.

19      Q    And who particularly at DBHDD is involved

20  in this effort?

21      A    Dante McKay is the person that I work most

22  directly with, and I believe he's still over

23  adolescent services at DBHDD.

24      Q    Anybody else?

25      A    Some of his staff members, but there's



1  been some changes in the staff, staffing there, so.

2  It was primarily with Dante.

3      Q    And are there other state agencies that

4  are involved in that effort?

5      A    Not that I'm aware of.

6      Q    DCH?

7      A    I don't know what their role would be if

8  they are.

9      Q    You told me what the value of having CSBs

10 and schools work together would be, in your view?

11         MR. BEDARD:  Object to form.

12     A    Well, the access to services, access to

13 professional learning, continuity of care if a

14 student is being seen by a CSB therapist but is also

15 in school, it would be advantageous for the child to

16 have those two institutions talking to each other

17 for continuity of care for that child.

18     Q    And the Department of Education was

19 involved in encouraging this work?

20     A    Just encouraging, yes.

21     Q    Was that the limit of the department --

22     A    That's all -- that's all we could do.

23     Q    Why do you say that?

24     A    Because we can't require the public

25 school.  We can't require the public school to offer



1  mental health services and we can't require the CSBs

2  to provide mental health services.

3          I say "we."  The Department of Education

4  cannot do either one of those, but we can be the, we

5  can be the facilitator.  We can take a role of

6  trying to encourage the relationship to exist

7  between the two entities.

8      Q    So I want to talk about school climate.

9  Can you tell me what school climate is?

10     A    It's the -- it's a combination of things.

11 It's the safety and security and support, the

12 character of the school.

13     Q    What's the character of the school mean?

14     A    That includes the facility being clean.

15 It includes faculty and staff interacting with each

16 other in a positive way, staff interacting with the

17 students in a positive way.

18          It's like developing a small system of

19 care, a small community at the school where people

20 recognize each other, acknowledge each other, care

21 for each other, engage with each other.

22          It's like workplace climate.

23     Q    And what makes a positive versus a

24 negative school climate?  Can you give me examples

25 of a positive school climate?



1       A    All the things I just said.  If you walk

2   into a school and you see students talking to each

3   other and staff talking to each other and you see

4   students engaged with teachers, you see a lot of

5   positive energy in the school.  You see a school

6   that's clean.  You go to the bathroom, it's clean.

7   You go to the cafeteria, it's clean.

8            You see a lot of membership in club

9   activities, you see a lot of parents, volunteers in

10  the school, and parents participating and students

11  participating in after-school activities.

12      Q    Can you paint a picture for me of what a

13  negative school climate might look like?

14      A    The grass is not cut, debris in the

15  school, on the school campus.  The hallway is not

16  clean, the bathroom is not clean.

17           Very little interaction between the

18  teachers and the students, very little interaction

19  between the students themselves.

20           A sense of no one really interacted much

21  at all.

22      Q    How does that impact the students?

23           MR. BEDARD:  Object to form.

24      A    Well, they want somebody who cares and

25  concern -- has concern about them and they want



1  somebody to interact with them and to know them and

2  ask them how they're doing.  We're talking about

3  socialization.  Somebody cares about them.  They

4  want to be at the school.

5      Q    And if the bathroom is dirty, how does

6  that make the students --

7      A    Well, they won't go.

8           MR. BEDARD:  Object to form.

9      A    They won't go, and it just leaves an

10  impression to the students that the adults don't

11  care enough to keep the facility clean.

12           Just like in the workplace, if you work --

13  if your office and the building you work in, you go

14  to the bathroom and it's dirty, how do you feel?  If

15  you go to your office and nobody asks how you're

16  doing after you've been out two or three days, how

17  do you feel?  It's the same as -- the school climate

18  is the same as the workplace climate.

19           There's been a lot of research on both,

20  how they impact employees and how they impact

21  children.

22      Q    And in the school context, what -- does

23  PBIS relate to school climate?

24      A    Yes.

25      Q    And what is PBIS?



1      A      Positive Behavioral Interventions and

2  Supports.

3      Q      Can you describe sort of the basic

4  structure and concept of PBIS?

5      A      Yes.  It's developed in phases, where the

6  introductory phase is to share with the faculty and

7  staff the concept of and the importance of social

8  connections, having structure within the school but

9  having structure that's accompanied by positive

10  interactions, and it's not just all negative.

11          Also, the basic is talking to

12  administrators as well as about the operation of the

13  school, where discipline is administered fairly and

14  equally, where interaction with the staff by the

15  administrators is handled fairly and equally and

16  with encouragement.  And the facility must be clean.

17  The facility has to be safe and secure.

18          Then they phase in the training of the

19  staff on how to recognize and employ methods to

20  interact with each other and interact with staff,

21  with students.  Using processes like appreciative

22  inquiry, find out what actually works when you're

23  working with a child, even if it only works for 30

24  seconds and there's something within that 30 seconds

25  that allows you to more successfully engage with



1  that child eventually.

2          So the focus is on shifting to a positive

3  approach.  You know, it's not -- and it's based on

4  research that's been endorsed by SAMHSA, and so it's

5  not the only model for improving school climate but

6  it's one that's researched based.  So that's the one

7  that the Department of Education supported, because

8  it's research based.

9      Q    Thank you.

10          What are your beliefs about the importance

11  of school climate?

12     A    I think it's critically important.

13     Q    How so?

14     A    Because it increases the likelihood of

15  children having successful experience in school, and

16  it's also -- the research shows a positive school

17  climate is a protective factor for children, in that

18  they feel socially connected and they feel safe and

19  they feel secure.  And children are like adults.  If

20  you like going to where you spend most of your day,

21  then you'll have more successful outcomes.

22          If you like where you work, you're more

23  likely to have a successful career.  If you don't

24  like where you work, you're more likely to go

25  somewhere else.  Well, the child can't go to



1  somewhere else.  So it's incumbent upon us to make

2  that school climate positive.

3       Q    Did you have these same beliefs when you

4  were working at the Georgia Department of Ed?

5       A    Absolutely.

6       Q    And did your beliefs on the subject change

7  at all over time?

8       A    No.

9       Q    Is positive school climate important for

10  every single student?

11       A    Absolutely.

12            MR. BEDARD:  Object to form.

13       Q    Are there any categories of students that

14  are excluded --

15            MR. BEDARD:  Object to --

16       Q    -- from that --

17            MS. LILL:  Strike that.

18  BY MS. LILL:

19       Q    Are there any categories of students for

20  whom school climate is not important?

21       A    No, I can't think of anybody.

22       Q    Is there information or data that supports

23  or informs your beliefs about the importance of

24  school climate?

25       A    There's a good body of research about



1  school climate, the importance of school climate.

2          You can look at the National School

3  Climate website, and the U.S. Department of

4  Education has a lot of information about that and

5  they support improving school climate in schools.

6      Q    What are the positive effects of good

7  school climate?

8      A    Improved attendance, improved academic

9  outcomes, fewer out-of-school suspensions.

10         There's some showing even teacher

11 retention is improved.

12     Q    Does it improve mental health?

13         MR. BEDARD:  Object to form.

14     A    I don't know of any research specifically

15 saying school climate improves mental health.

16 There's some talking about it as a protective

17 factor.  So that if a child has some mental health

18 issues, a positive school climate can actually

19 protect them from that becoming a major issue in the

20 school.

21     Q    And what are the negative effects of a

22 poor school climate on students?

23         MR. BEDARD:  Object to form.

24     A    It can -- there's some research showing

25 that there would be an increase in confrontations,



1  negative interaction between students.  For example,

2  more bullying, higher teacher turnover rates, less

3  involvement by parents in the schools, lower

4  academic outcomes.

5      Q    How does a poor school climate impact

6  mental health of students?

7      A    Well, there's no research on that that I'm

8  aware of --

9          MR. BEDARD:  Object to form.

10     A    -- about the mental health.  So I don't

11  know really how to answer that question.

12          MS. LILL:  I'm going to hand the court

13      reporter what I would like to have marked as

14      Plaintiff's Exhibit 96.

15          (WHEREUPON, Plaintiff's Exhibit-96 was

16       marked for identification.)

17          MR. BEDARD:  This is 96?

18          MS. LILL:  96.

19  BY MS. LILL:

20     Q    So, for the record, this is an email chain

21  between you, Dr. McGiboney, and Camille Pendley, on

22  January 12th, 2020, and the front page is marked

23  GA01624607.

24          This document has an attachment, which is

25  also -- which you also have.



1          So in this document -- do you recognize

2     this email?

3          A    Yes.

4          Q    Okay.  So Ms. Pendley states that she's

5     attaching the Voices report based on interviews with

6     three school-based behavioral health providers here.

7     She asked if you would give it a review.

8          Do you see that?

9          A    Yes.

10         Q    And above you say:  "Thank you for

11    allowing me to review the SBBH report.  It's

12    extremely well done and informative.  I did make

13    some suggestions (and a few observations), as you

14    will see in the attachment."

15         Who is Ms. Pendley?

16         A    At that time she worked for the Georgia

17    Voices -- Voices for Georgia's Children.

18         Q    And what is that organization?

19         A    It's an advocacy group for children.

20         Q    You agreed to provide comments on this

21    draft document, correct?

22         A    I was asked to, yes.

23         Q    Okay.  If you turn to Page 3 of that draft

24    document, you will see there is a comment on the

25    document and there is text that you appear to have



1  added.

2      A    Right.

3      Q    Do you see that?

4      A    Yes.

5      Q    The text says:  "When schools have a

6  positive school climate, school-based behavioral

7  health services and other interventions are more

8  likely to be effective."

9      A    What column?  You're on Page 3?

10     Q    I'm sorry.  Right where the -- yep, on

11  Page 3.

12     A    I see my comment in the margin.

13     Q    Right.  And the comment is attached to

14  text that is italicized?

15     A    I see.  Okay.

16     Q    That text says:  "When schools have a

17  positive school climate, school-based behavioral

18  health services and other interventions are more

19  likely to be effective."

20          Do you see that?

21     A    Yes.

22     Q    Does it appear that you added that text

23  in?

24     A    Yes, it appears that way.

25     Q    Does this accurately reflect your beliefs



1  about the effects of school climate?

2      A    Yes.

3      Q    Why are behavioral health services and

4  other interventions more likely to be effective when

5  schools have a positive climate?

6      A    Because they're more welcomed.  It doesn't

7  do a child a lot of good to go through a therapist

8  at school and then go into a dirty hallway or go

9  into a hallway and be bullied or pushed up against

10 the locker room.  I'm not sure the therapeutic

11 service would help over a long term if they then

12 faced a very negative school climate.

13     Q    And on Page 21, if you could turn to Page

14 21.

15         MR. BEDARD:  Just for the record, this is

16     the Page 21 of the Voices report, correct?

17         So Bates No. GA01624629?

18         MS. LILL:  Yeah.

19     Q    And, actually, I'm sorry.  If we could

20 stick with three for a second.  So GA01624611.

21         The comment that you attach to that text

22 says that:  "This addition is supported by Apex

23 therapists and this conclusion is part of an article

24 being published in the School Psychology Review

25 Journal this spring."



1      A    Yes.

2      Q    Does that accurately reflect --

3      A    Yes, I wrote that.

4      Q    -- your understanding?  Yes.

5           So it's your understanding that Apex

6   therapists believe that when schools have a positive

7   school climate, school-based behavioral health

8   services and other interventions are more likely to

9   be effective?

10          MR. BEDARD:  Object to form.

11     A    The article referenced there was an

12  article that was -- research was from Georgia State

13  University and they studied Apex and school climate,

14  and the finding of the article was that Apex

15  therapists can improve school climate.  And that was

16  based on more positive interaction, more positive

17  outcomes, more availability, and the therapists

18  working with staff members to better serve students.

19     Q    Okay.  If we can --

20     A    And you will find out I was a co-author of

21  that article, with others.

22     Q    And what's the name of that article?

23     A    I don't recall the exact name, but it was

24  School-Based Therapists and School Climate,

25  something similar to that.



1      Q    And what were your -- what did you write
2   about in that article?
3      A    Just the school climate section,
4   describing what school climate is.
5      Q    Did you talk about the importance of
6   school climate?
7      A    Yes, that's in the article.
8      Q    Okay.  If you could turn to Page 21, which
9   I will read the Bates number for that.
10          It's GA01624629.
11          Do you see a comment with your initials at
12  the top of this page?
13     A    Yes.
14     Q    And do you see attached to that comment
15  that there appears to be some italicized text that
16  you added in?
17     A    Yes.
18     Q    So this sentence says:  "All of this can
19  help a student have their need met before it
20  worsens, and contributes to a positive school
21  climate, and you added:  "While a positive school
22  climate can create conditions that encourage
23  students to engage with other students and staff
24  members."
25          Do you see that?



1       A    Yes.

2       Q    And the attached comment says:  "GM" --

3   your initials -- "I'm trying to make the point that

4   sometimes a negative school climate can be an

5   incubator for behavior issues."

6            Do you see that?

7       A    Yes.

8       Q    Do you believe that that is true?

9       A    Yes.

10      Q    Can you tell me more about what you meant

11  with regard to positive school climate in this

12  regard?

13      A    What I mentioned earlier.  If a student is

14  having some issues, personal issues, whether it's

15  long-term or short-term, that can be exacerbated by

16  negative school climate.

17      Q    So you believe that a negative school

18  climate can be an incubator for negative behavior?

19      A    Yes.

20           MR. BEDARD:  Is that it with this one?

21           MS. LILL:  I think so.

22           MR. BEDARD:  If you're at a good stopping

23      point, and we've been going for like an hour

24      and 15.

25           MS. LILL:  This is a good stopping point.



GARRY MCGIBONEY                                    June 08, 2022
UNITED STATES vs STATE OF GEORGIA                        63

1       So why don't we take a little break.

2            We can do about 10 minutes.  Does that

3       work?

4            MR. BEDARD:  Works for me.

5            MS. LILL:  Come back at 11 or so.  Thank

6       you.

7            THE VIDEOGRAPHER:  We're Off the record at

8       10:49 a.m.

9            (A recess was taken.)

10           THE VIDEOGRAPHER:  We're back on the

11      record at 11:10 a.m.

12           MS. LILL:  I'm going to hand the court

13      reporter what I would like marked as Exhibit

14      97.

15           (WHEREUPON, Plaintiff's Exhibit-97 was

16       marked for identification.)

17   BY MS. LILL:

18      Q    Dr. McGiboney, do you recognize this

19   email?

20      A    Dated December 2018?

21      Q    Yes.

22      A    Yes.

23      Q    So this is an email dated December 8,

24   2018.  The Bates-stamp is GA01603055, and the

25   subject is "Children's Mental and Adult Outcomes."



```
 1           And it appears that you're sending this
 2   email to somebody named Kevin?
 3       A    Yes.
 4       Q    Do you see that?
 5       A    Yes.
 6       Q    Do you know who Kevin?
 7       A    Is Kevin Tanner.
 8       Q    And who is Kevin Tanner?
 9       A    At that time, he was a state
10   representative.
11       Q    And you say in this email:  "I cannot
12   adequately express my excitement about the creation
13   of a Mental Health Reform Commission modeled after
14   the Criminal Justice Reform Commission."
15           Do you see that?
16       A    Yes.
17       Q    You say:  "It is one of the most, if not
18   the most, needed work the State of Georgia can do to
19   help our children and adults."
20       A    Yes.
21       Q    And then you go on to say:  "You probably
22   have most of the data I've included in the
23   attachment, but I wanted to make sure you had
24   statistics about youth."
25           Do you see that?
```



```
 1       A    Yes.
 2            MS. LILL:  Did I hand someone a document
 3       with highlighting?
 4       A    I don't see any highlights on this one --
 5  oh, yes.
 6       Q    I'm going to trade you.  It's the same
 7  document.  Apologies.
 8            Which is marked GA01603058.
 9       A    Yes.
10       Q    Page 3 of this document.
11       A    Yes.
12       Q    First of all, I should ask, did you
13  prepare this time?
14       A    Yes.
15       Q    It's entitled "Children's Mental Health
16  and Adult Outcomes."
17            Do you recall when you prepared it?
18       A    I don't recall the exact date, no.
19       Q    Do you have an estimate?
20       A    Within the last four years.
21       Q    And do you recall for what purpose you
22  prepared this?
23       A    This was prepared for hearings in the
24  House of Representatives, state committees on mental
25  health, and I was asked by the chairman of those
```



1  committees to do research on mental health as it

2  related to, as much as I could, to schools.

3        Q     Okay.

4        A     And at that time Kevin Tanner was chairman

5  of one of those state committees.  At that time, it

6  was during that -- there were several study

7  committees between 2013 and 2019, different titles

8  in the house and senate, that addressed mental

9  health.  Not just children's mental health but

10 mental health.

11            So they asked me to do some research on

12 that related to children's mental health.

13       Q     Okay.  Did you prepare this document to

14 advocate for children's mental health in schools in

15 Georgia?

16       A     It's research on mental health.

17            MR. BEDARD:  If we can pause for a second,

18       I just saw something come across.  I think

19       there isn't any sound on the Zoom.

20            (Discussion ensued off the record.)

21 BY MS. LILL:

22       Q     So on Page 3 of this document, the third

23 bullet point from the top, it says:  "An unstable/

24 unhealthy, non-supportive, non-responsive school

25 climate can exacerbate the conditions of students



1  with mental health problems."

2          Do you see that?

3      A    Yes.

4      Q    Did you believe this statement to be

5  accurate when you wrote it?

6      A    It comes from the research I footnoted.

7      Q    Do you believe the statement to be

8  accurate?

9      A    Based on the research that was done by the

10  researcher who wrote it.

11     Q    Do you believe it is still accurate today?

12         MR. BEDARD:  Object to form.

13     A    Yes.  I haven't seen any research that

14  contradicts it.

15     Q    And the next bullet point, which is the

16  fourth bullet point down, says:  "Interventions to

17  improve school climate promotes the emotional and

18  behavioral well-being of children and adolescents,

19  particularly ones with mental or physical health

20  problems."

21         Do you see that?

22     A    Yes.

23     Q    Did you believe this statement to be

24  accurate when you wrote it?

25     A    That's reflected in the research noted in



1    the footnote.

2        Q    Do you believe there has been any changes

3    to the research to make this statement untrue?

4        A    I haven't -- I'm not aware of any.

5        Q    The third bullet point from the bottom,

6    you reference a study that, quote "found that over

7    time the mental health status the students worsened

8    if the conditions of the school climate did not

9    improve."

10       A    Yes.

11       Q    Did you believe that statement to be

12   accurate when you wrote it?

13       A    It's a reflection of the research I noted

14   in the footnote.

15       Q    Do you know of any research that has

16   changed?

17       A    I'm not aware of any.

18       Q    So you believe that statement is still

19   supported by research today?

20       A    To my knowledge, yes.

21           MS. LILL:  I am going to introduce

22       electronically Exhibit 98 for the plaintiffs.

23           It is entitled "The Psychology of School

24       Climate 2nd Edition."

25           Can you all see that?



1            MR. BEDARD:  I can see it.

2            For my benefit, Victoria, is this a

3      document that's been produced in the case?

4            MS. LILL:  Yes.  I was about to read the

5      Bates number.  It's marked GA01573636 is the

6      first page of this document.

7  BY MS. LILL:

8      Q    Dr. McGiboney, do you recognize this

9  document?

10     A    Yes.

11     Q    And what is it?

12     A    It looks like, it looks like a draft of a

13 document.

14     Q    Do you believe this to be the final?

15     A    I can't tell from what I'm looking at.

16     Q    Did you write this?

17     A    Yes.  The second edition was not

18 published, though.

19     Q    Why was the second edition not published?

20     A    I don't -- I don't recall.

21     Q    Were there significant changes that were

22 made between the first edition and the second

23 edition?

24     A    Additional research.  Typically, when you

25 have a second edition, it's for the most part the



1  same but there's more research added.

2       Q    So the research has been updated?

3       A    Yes, but it wasn't updated enough to

4  publish.

5       Q    Bear with me.  You don't write short

6  books.

7            I'm on Page 58, which is GA01573693.

8            And you'll see here, Dr. McGiboney, that

9  it says "Chapter Three:  School Climate, Social

10 Emotional Learning, and Mental Health Summary

11 Points."

12           Do you see that?

13      A    Yes.

14      Q    Can you just describe what you're doing

15 there?

16      A    Summarization of the chapter, the most

17 salient points of the chapter, because it was

18 intended to be a textbook.

19      Q    Okay.  And so I want to direct you to this

20 one where my cursor is over.  It says, "Declines in

21 school climate quality are associated with declines

22 in psychological and behavioral adjustment with

23 adolescent students."

24           Do you see that?

25      A    Yes.



1     Q    Did you believe that to be true when you

2  wrote it?

3     A    That's similar to the footnote that you

4  referenced earlier in the document, that I created

5  for Kevin Tanner.  So yes.

6     Q    And do you believe it to be accurate

7  today?

8     A    Yes.

9     Q    And the next bullet point here says:

10 "Interventions to improve school climate may promote

11 the emotional and behavioral well-being of children

12 and adolescents, particularly ones with social

13 emotional and health issues."

14        Do you see that?

15    A    Yes.

16    Q    And did you believe that to be accurate

17 when you wrote it?

18    A    Yes, based on the research.

19    Q    Do you believe it to be accurate today?

20    A    I'm not aware of any contradicting

21 research.

22    Q    Thank you.

23        Moving down to this bullet point here, it

24 says:  "The social environment, the interactions

25 between and among students, is a component of



1  climate."

2       A    Yes, I see that.

3       Q    Do you believe that to be accurate?

4       A    Yes.  Based on the research.

5       Q    And what do you mean when you say the

6  interactions between and among students?

7       A    Whether they talk to each other in a

8  positive way, whether they get along with each

9  other, whether they engage with each other in

10  meaningful social -- socially responsible ways.

11       Q    Moving down to the very last bullet point,

12  it says:  "School climate can further destabilize

13  children who already have social emotional issues

14  and may even compromise external efforts to address

15  children's mental health status, and the negative

16  effects can be long term."

17            Did you believe that to be true when you

18  wrote it?

19       A    Yes.  That's again based on the research

20  that's referenced in the other document.

21       Q    And do you believe that to be true today?

22       A    I'm not aware of any research that

23  contradicts that.

24       Q    And can you explain what this bullet point

25  means?



1      A    Which one?

2      Q    This last one.

3      A    The last one.

4      Q    How can school climate further destabilize

5    children who already have social/emotional issues?

6      A    Well, if they have a negative school

7    climate, where, say, bullying is an issue, and the

8    child already has some emotional issues and is very

9    emotionally vulnerable, being exposed to negative

10   interactions repeatedly, day in and day out, by

11   other students would have a negative impact.

12         A negative school climate is not -- we're

13   not talking about a bad day at the school.  We're

14   talking about negative school climate that exists

15   for a long period of time.  So that encounter -- the

16   negative encounter is when negative socialization,

17   negative social interactions.  We're talking about

18   over a long period of time, the impact it could have

19   on children.

20     Q    Can you tell me what your understanding of

21   the GNETS program is?

22         MR. BEDARD:  Object to form.

23         Object to form.  You can answer.

24     A    Well, it's embedded in the title.  It's a

25   network of education and therapeutic services for



1  children who have been placed in the program by an

2  IEP process after an evaluation and observations.

3       Q    How is the program structured?

4            MR. BEDARD:  Object to form.

5       A    How it's structured?

6            As far as I know, it's set up like another

7  school, in that you have a principal or a director

8  who has administrative staff, who has a teaching

9  staff, who has a custodial staff, and they also

10 ensure that the students have transportation to the

11 program.

12           If that's what you mean by the form of the

13 program, as far as I know.

14      Q    Do you understand there to be regional

15 programs?

16      A    Yes.  There are GNETS programs that serve

17 more than one school district.

18      Q    Do you know how many regional programs

19 there are?

20      A    I don't recall.

21      Q    What is the purpose of the GNETS program?

22      A    To serve children who are placed there by

23 the IEP, just like a child is placed for any other

24 service by the IEP.

25      Q    And what is the service to be provided?



 1       A    A combination of education, therapeutic

 2   services.

 3       Q    What is the goal of the program, as you

 4   understand it?

 5       A    Well, the goal of an IEP, which is the

 6   mechanism, the controlling mechanism for placement

 7   of a child into special education programs,

 8   regardless of what that program is, the ultimate

 9   goal is for the child to make enough improvement to

10   not need those interventions if possible.

11           The goal of IEP should be to meet the

12   needs of the child, that the IEP committee agrees

13   these, these -- this is the list of needs for the

14   child and the IEP should address those needs.

15       Q    Are there any other goals of the GNETS

16   program?

17           MR. BEDARD:  Object to form.

18       A    Any other schools?

19       Q    Are there any other goals?

20       A    Goals?  I'm sure there are.

21       Q    You're sure there are, but you don't know

22   what they are?

23       A    I'm not sure what -- the goals in the IEP

24   are going to be different.  That's why it's called

25   Individual Education Program.  Each child is going



 1  to have an individual goal.

 2        So the goal of the GNETS program should be

 3  whatever is in the IEP as far as the goal for that

 4  child.

 5     Q    Was the GNETS program created to -- for a

 6  particular purpose?

 7             MR. BEDARD:  Object to form.

 8             You can answer.

 9     A    For a particular purpose?  I suppose it

10  was, as I recall, was for children who had severe

11  emotional or behavioral problems.

12     Q    What is the target population for GNETS?

13             MR. BEDARD:  Object to form.

14     A    The students who have severe emotional or

15  behavioral problems.

16             MS. LILL:  I'm going to introduce

17        Plaintiff's Exhibit 99, Which was produced to

18        the United States as GA02485396.

19             (WHEREUPON, Plaintiff's Exhibit-99 was

20        marked for identification.)

21  BY MS. LILL:

22     Q    And this is -- Dr. McGiboney, this is on

23  August 2020 email between you and Diane Durrence?

24     A    Uh-hum.  (Affirmative.)

25     Q    The subject matter is GNETS.



1    A    Yes.

2    Q    Who is -- do you recognize this email?

3    A    Yes.  Diane Durrence is the chief of

4  school nursing for the Georgia Department of Public

5  Health.

6    Q    Okay.  And you reference her question

7  about the GNETS schools.  Do you recall what her

8  question was?

9    A    Yes.  This was during the pandemic.  We

10  work with the Department of Public Health to -- for

11  schools to report cases of COVID to the Department

12  of Public Health, and they created a program where

13  they included a drop-down menu for schools so it

14  would be easy for them to go in and find their

15  school and report COVID.

16        So she was asking should GNETS be a part

17  of that reporting system.

18    Q    Okay.  So you write, regarding the

19  question about the GNETS schools:  These "are

20  psychological education centers that serve severely

21  emotional disturbed students.  Some are programs and

22  some are schools but the students are there full

23  day."

24        Does this -- do you see that?

25    A    Yes.



GARRY MCGIBONEY                                    June 08, 2022
UNITED STATES vs STATE OF GEORGIA                          78

1      Q     Does this accurately reflect your

2   understanding of the GNETS program?

3      A     Yes.

4      Q     What do you mean when you say summer

5   programs and summer schools?

6      A     Because it's my understanding that some of

7   the programs for severely emotionally disturbed

8   children are housed in school settings, in

9   traditional school settings.

10          There's like a satellite -- they used to

11   call it satellite programs of GNETS, where they make

12   the transition from GNETS back to the school.  And

13   there's a satellite transition program.  So that's

14   what I was referencing.

15     Q     And you say "but the students are there

16   full day?"

17     A     That was to my knowledge.

18     Q     When did you first become aware of GNETS?

19     A     When I worked in the DeKalb County School

20   System when they were called Psycho Educational

21   Centers.

22     Q     Have you conducted facility visits to

23   GNETS?

24     A     Yes.

25     Q     When?



1      A     As I recall, it was 2008.  Possibly into

2    2009.

3      Q     Annually?

4      A     No.

5      Q     How frequently?

6      A     Once.

7      Q     And how many facility visits did you do at

8    that time?

9      A     I was asked by the director of the GNETS

10   program at that time to visit our -- I think it was

11   eight facilities.

12     Q     Who is the GNETS director at that time?

13     A     Ginny O'Connell.  G-I-N-N-Y.

14     Q     She was the State director of the program?

15     A     Yes.

16     Q     And why did she ask you to visit eight

17   facilities?

18     A     She never said -- I was relatively new at

19   the Department of Education and she knew I had a

20   background in school safety, and she asked me -- she

21   said, Dr. McGiboney, I'd like for you to visit these

22   GNETS.  It was either eight or 10.  I think it was

23   eight.

24           And as I recall, she just said I want you

25   to visit and let me know what you think.  She didn't



1  say why or that she had any concerns.  She just said
2  that I want you to visit these eight -- I think it
3  was eight.
4       Q    Do you remember which facilities you
5  visited?
6       A    I don't remember all of them.  I remember
7  one in Richmond County School System, one in Hall
8  County, one in Baldwin County, Bibb County,
9  Carrollton County -- it was either Carroll City or
10 Carrollton County.  Carroll County or Carrollton
11 City.  I can't remember which one it was.
12           And I don't recall the others.
13      Q    Were these standalone centers?
14      A    Standalone buildings, yes.
15      Q    You said Ms. O'Connell asked you to let
16 you know what -- let her know what you thought?
17      A    Yes.
18      Q    And what did you think?
19      A    You want me to go through each one and
20 tell you what I thought?
21      Q    Yes.  Let's start with -- let's start with
22 Richmond.  You said that first.
23           Do you recall whether that was Sand Hills?
24      A    Sand Hills.
25      Q    So it was the center at Sand Hills?



1      A      Yes.

2      Q      And what do you recall about your visit to

3  the Sand Hills GNETS program?

4      A      Well, we reported to Ginny O'Connell and

5  to the superintendent of Richmond County School

6  System that the building was subpar.  Subpar.  That

7  it had issues, such as water damage, ceiling tiles

8  hanging down that had not been replaced, restroom

9  facilities that were not up to par, fencing around

10  the building that -- chain-link fence around the

11  building that would impede emergency exit.

12          And other issues with the building.  It

13  was an old building that just needed to be

14  renovated, or the program needed to be moved.

15      Q      Anything else that you observed in that

16  visit?

17      A      The playground was -- access to the

18  playground was impeded by a tree that had fallen,

19  and by the condition of the tree it appeared to have

20  been there a long time.  So the children did not

21  have access to the playground.

22      Q      Was there anything else that you can

23  recall about that visit?

24      A      Not specifically.

25      Q      Do you recall approximately how many



1  students were enrolled at that facility?

2       A    I don't remember.

3       Q    So you mentioned then Hall -- a facility

4  in Hall County next?

5       A    Yes.  I believe that was Pioneer RESA.

6       Q    Pioneer RESA.  Thank you.

7       A    Pioneer.

8       Q    Tell me what you remember about your visit

9  to the facility?

10      A    A subpar facility.  There was an old

11 facility, very old, and we were concerned about

12 emergency exits, and we were concerned about the

13 size of the classrooms.  We were concerned about the

14 bathroom facilities.

15           There was a building that was also

16 occupied by -- I believe it was DFCS.  There was

17 another state or local agency in the building, and

18 they had closed access to that part of the building,

19 which in an emergency would have only left one exit

20 point.  So we were concerned about them working with

21 that government agency to make sure there was

22 emergency exit access.

23           There were some maintenance issues.  There

24 was peeling paint.  There was a playground, but the

25 students did not have access to the playground



1  because it was owned by that other state agency or

2  local agency.  I don't recall if it was state or

3  local government.  And they had refused to allow the

4  GNETS students to have access to the playground.

5      Q    Do you recall anything else about that

6  facility?

7      A    The cafeteria or access to the food

8  service area was small.

9      Q    When you say size of concerns, you said

10  you had concerns about size of classrooms?

11      A    Yes.

12      Q    What did you mean by that?

13      A    They were small.  The desks that were in

14  there were too close to the walls, and it just was

15  crowded conditions in the classroom.

16      Q    Do you recall approximately how many

17  students were in attendance there?

18      A    I don't recall any of the numbers in the

19  GNETS visits.  It wasn't a large number of students,

20  I do know that.

21      Q    When you visited these facilities, did you

22  do any assessment of the mental health or

23  therapeutic supports?

24      A    No.

25      Q    Is it fair to say it was just a facility



1   assessment?

2       A    Yes.

3       Q    So moving to --

4       A    I do remember there was one near Valdosta.

5   I think it was Lowndes County we also visited.  I

6   think it was Lowndes County.

7            I'm sorry I interrupted you.

8       Q    Yes, and I promised our court reporter

9   that we would not interrupt one another.  So we'll

10  work harder on that.

11      A    I'm sorry.

12      Q    It's okay.  I do it, too, sometimes.

13           So can I ask you if anyone accompanied you

14  on these visits?

15      A    Yes.

16      Q    And who --

17      A    Marilyn Watson and Jeff Hodges.

18      Q    Marilyn Watson?

19      A    Marilyn Watson and Jeff Hodges.  Marilyn

20  was the program manager for Safe and Drug-Free

21  Schools, and Jeff was the specialist for Safe and

22  Drug-Free Schools.

23      Q    Moving to Baldwin County, do you recall

24  whether that was the Oconee GNETS?

25      A    Yes, I believe it was.



1     Q    So it was, it was a standalone building?

2     A    Yes.

3     Q    And can you tell me about what you saw?

4     A    It was an older elementary school

5  building.  Again, it was some maintenance issues

6  because the building was old.  Not a lot of concerns

7  there.  It was just more of maintenance issues than

8  anything else, as I recall.  I don't remember any

9  specific, specific concerns we had there.

10    Q    And the facility that you visited in Bibb

11  County, was that the Elam --

12    A    Yes.

13    Q    -- Alexander GNETS program?

14         And that was also a standalone building?

15    A    Yes.

16    Q    And what were your observations about that

17  building?

18    A    It was actually a very -- it was a very

19  old building, very old building.  But actually it

20  was very well-maintained to be so old, the

21  maintenance.  In fact, we commended the maintenance

22  team because the building was in really good shape

23  to be so old as far as maintenance, but it still had

24  heating issues and air-conditioning issues.  We were

25  concerned particularly about the heating issues.



1   The gas heaters were actually suspended from the

2   ceiling, which we were concerned about that.

3           There was -- the lunchroom facility was

4   subpar, and the size of it, the kitchen equipment

5   was very old and needed to be updated, and there was

6   -- frequently they had problems with some of the

7   kitchen equipment in preparing food.  So sometimes

8   they had to satellite food in because they had

9   difficulty preparing the food, as I recall.

10      Q    Is that a concern?

11      A    Well, yes.

12           MR. BEDARD:  Object to the form.

13      A    I mean you -- you know, ideally you want

14   to have -- you don't have to have warm or hot food

15   every day but you do want to have that periodically

16   for children, at least have access to a healthy

17   menu.

18           And they did the best they could and were

19   providing meals, but there was sometimes a

20   logistical problem for them because of the condition

21   of the building.  So sometimes lunch was not --

22   sometimes lunch was delayed, for example.

23           So it wasn't an egregious problem but it

24   was something they would correct.

25      Q    Anything else that you remember about your



1  visit to the Elam Alexander GNETS program?

2      A    Not that I recall.

3      Q    Do you recall anything about a playground

4  there?

5      A    I was trying to remember the playground.

6  I don't remember any issues with the playground.  I

7  don't remember there being any issues there.

8      Q    Okay.  Moving to Carrollton City, or

9  County, you don't recall the name of that GNETS

10  program?

11     A    No.  I think -- actually, I had trouble

12  finding it.  I think it's in the -- I don't know if

13  it's -- it's whatever program serves Carroll County

14  and Carrollton City School District.  I'm not sure

15  which -- I don't recall the name of it.

16     Q    And what do you recall about your visit to

17  the Carrollton County or City GNETS?

18     A    Again, it was a very old building but it

19  also was well maintained.

20          I don't recall any physical issues.  We

21  were concerned about emergency exit through one end

22  of the building.  They had temporarily stored

23  equipment there, so we asked them to have the

24  hallways clear, but that was more of a practice than

25  a facility issue.



1          Again, it was just an old building they
2    were having trouble maintaining.
3          Lighting was an issue in a couple of the
4    parts of the building.  And they were working on
5    trying to address that.
6          They had limited playground access.
7    Q    Why do you say that?
8    A    Well, where the building was located, it
9    just didn't have access to a playground that was
10   readily and easily accessible.
11   Q    What was --
12   A    You had to go around -- if I recall, you
13   had to go around the building to get to the
14   playground.  And I don't recall -- I can't remember
15   much about the playground itself, since that was 14
16   years ago.
17   Q    And was -- do you recall whether the
18   Carrollton GNETS was referred to as Burwell?
19   A    I can't remember.  I'm sorry.
20   Q    That's okay.
21         Is there anything else you remember about
22   the Carrollton facility?
23   A    Yes.  We were concerned about the location
24   of the building.
25   Q    Tell me about that.



1      A     It was next to a cemetery.

2      Q     Tell me why that's a concern for you.

3      A     Well, if you look out the front windows of

4  all the classrooms in the front of the building, you

5  see a cemetery.  We just didn't think that was

6  conducive for students to be in that position where

7  they could see a cemetery and grave markers every

8  day.

9      Q     Did you feel that created a negative

10  school climate?

11      A     That was our -- that was our opinion, yes.

12      Q     Was there anything else about the

13  Carrollton facility that you recall?

14      A     No.

15      Q     You mentioned the -- that you also visited

16  the Valdosta site?

17      A     I can't remember.  It was Lowndes County

18  or Valdosta.

19      Q     And that was also a standalone building?

20      A     Yes.

21      Q     And what do you recall about that

22  facility?

23      A     The building was in actually very good

24  shape.  I don't recall it being -- it was an old

25  building but it wasn't as old as some of the others.



1   It was very well-maintained.

2        Q     Anything else you recall?

3        A     They had several seclusion rooms.

4        Q     Were those in use?

5        A     I'm sorry?

6        Q     Were those in use?

7        A     Yes.

8        Q     Did you observe those being used?

9        A     No, not while we were there.

10       Q     Can you describe how you understand the

11  room to have been used?

12       A     They told us they were used when students

13  were out of control, and they put them in the

14  seclusion room to give them time to safely calm

15  down.  That's what we were told.

16       Q     And what did the room look like?

17       A     Very small.  I don't know the footage.

18             As I recall, a panel door so staff could

19  see the students, and nothing in the room.

20             Of course, it was lighted.  That's about

21  all I remember about it.

22       Q     What did you think about the seclusion

23  rooms?

24       A     We discouraged the use of it.

25       Q     Did you tell that to the program?



1      A    Yes.

2      Q    And what did they say in response?

3      A    We just told them -- I told the program

4  manager, Ginny O'Connell, and I told the director of

5  that program there at GNETS that we don't think

6  that's a good idea to use the seclusion rooms.

7      Q    How did you communicate this to the

8  director?

9      A    At the center or the Department of

10  Education?

11      Q    Well, first starting at the center.  How

12  was the feedback delivered to the --

13      A    Each time we went to a center -- and keep

14  in mind, too, I visited several more traditional

15  schools to do safety assessments as well, not just

16  GNETS.

17          Each time we would meet with the

18  administrative staff when we arrived, and then we'd

19  do the walk-through, and then at the end of the

20  walk-through we would sit and debrief.  And it was

21  during the debriefing that I told the director that

22  we didn't think it was a good idea to use the

23  seclusion rooms.

24      Q    Is there anything else that you recall

25  about the Valdosta facility?



1      A    No.

2      Q    Did you see seclusion rooms being used in

3  the other facilities that you visited?

4      A    All of them, as I recall, had seclusion

5  rooms, but as best I can remember, the director said

6  they no longer used them.

7           In fact, some of them, they were using

8  them for storage rooms.

9      Q    Did you deliver feedback by the facilities

10  to the GNETS directors in person after each visit?

11     A    Yes.

12     Q    How did you relay your observations about

13  your -- about these facility visits to the Georgia

14  Department of Education?

15     A    In writing.  And I talked to Ms.

16  O'Connell.

17     Q    Was there a written report?

18     A    Yes.

19     Q    And when did you write that,

20  approximately?

21     A    Typically, when we do a safety assessment,

22  it's written within three months after the visit.

23     Q    Why do you discourage these seclusion

24  rooms?

25     A    Because there are other ways to manage



1  behavior.

2        Q     And what are those?

3        A     Well, there's training that staff can

4  receive on how to manage students, and CPI training,

5  Crisis Prevention Intervention training, training

6  staff on how to deescalate verbally and even

7  training on deescalate physically.

8        Q     Would you say those are better

9  alternatives to using the seclusion room?

10       A     My opinion, yes.

11       Q     And what is that opinion based on?

12       A     I haven't seen any evidence that the

13  seclusion room has any long-term benefits in

14  correcting the behavior.

15       Q     So after you, after you delivered this

16  feedback to the GNETS directors in person and after

17  you drafted this report, what actions were taken to

18  improve --

19       A     I'll tell you the ones I know about.

20       Q     Let me finish.  I just want to finish the

21  question so we're not talking over one another.

22       A     I'm sorry.

23       Q     So what actions were taken to improve the

24  subpar conditions that you described in the report?

25       A     Well, we'll take them one at a time.



1             Hall County, they closed the facility and
2    moved the program to a better facility, which was a
3    middle -- a small middle school that was -- they had
4    built a new middle school and they were moving
5    students out of the older middle school, and that's
6    where they relocated the GNETS program to.
7             And the director was actually so proud of
8    that, he called me and said I want you to come and
9    see our new facility.  So they moved to a new
10   facility.
11            In Bibb County, the director of that GNETS
12   program called me about three to six months later
13   and thanked me because of the report, she said we're
14   moving to a new facility.
15            Similar to Hall County, there was an
16   elementary school that was -- the population had
17   outgrown the elementary school and they were
18   building a new elementary school.  So they were
19   going to repurpose the elementary school to house
20   the GNETS program at Elam.  And she asked me to come
21   visit that, and I did.  And it was a very nice
22   facility.
23            Baldwin County, they did -- and I think
24   there's been a change since even then.  This was a
25   long time ago.  But they did some extensive



1  remodeling of the program -- of the facility.  They

2  corrected everything that we spotted.

3          And I forgot to mention at Baldwin they

4  had a roof leakage problem, drainage problem, and

5  they corrected that.

6          I think the program was eventually moved

7  to another facility but I'm not certain about

8  Baldwin, but I know they made some improvements

9  there.

10          Carrollton, I don't know what -- I don't

11  recall, they were going to move the program.  That

12  was the plan, to move the program.  I don't recall

13  if they did.

14          Richmond County, the superintendent called

15  me personally and said he's going to close Sand Hill

16  and move it to a -- at that time, they had built a

17  new middle school and he said he was going to

18  reserve a wing at the new middle school for the

19  GNETS program.  And whether it's still there, I'm

20  not sure, but they closed Sand Hill facility and

21  moved that program as well.

22          I can say this.  I'm uncertain about

23  Carrollton, but the other places, what we

24  recommended they do, they did.

25      Q    Why is it that it took your



1    recommendations for these changes to occur?

2              MR. BEDARD:  Object to form.

3        A    I can't really answer that.

4        Q    What additional GNETS facility visits have

5    you done since these, if any?

6        A    I remember visiting the one in Atlanta

7    Public School System.  I don't recall the name of

8    it.  Again, that was a long time ago.  It wasn't

9    really a facility visit as much as it was -- I think

10   it was professional learning.  I think we did a -- I

11   think we were doing some training on PBIS for the

12   GNETS there, but it wasn't a facility visit.

13             I can't say exactly what the visit was

14   now, but it was not for the facility.

15       Q    Do you have any recollections about that

16   visit?

17       A    I don't remember too much about that

18   facility.  They were talking about at that time

19   relocating that one also.

20       Q    Why?

21       A    I don't know.  The facility was -- I

22   didn't -- I don't recall it being in bad shape.

23       Q    Have you visited any GNETS facility since

24   then?

25       A    I don't think so.



1      Q    Did you have any duties at the Department
2  of Education with respect to GNETS?
3      A    No.
4      Q    So in all of your time at the Department
5  of Education, you never had any duties with respect
6  to GNETS?
7      A    Indirectly.  When I was associate
8  superintendent for Support Service and Innovative --
9  and Innovation a short period of time, that included
10 special education.  So GNETS was part of special
11 education, but I don't recall working directly with
12 any issues that came up regarding GNETS at that
13 time.
14     Q    Did you meet with anybody regarding GNETS
15 regularly?
16     A    Not that I recall, no.
17     Q    Did you ever meet with anybody at DBHDD
18 about GNETS?
19     A    I don't think so.
20     Q    Anybody at DCH?
21     A    No.
22     Q    Any non-state stakeholders?
23     A    No, I don't -- I don't recall meeting with
24 anyone else.
25     Q    So in connection with the GNETS program,



1  have you ever coordinated directly with Nakeba

2  Rahming?

3       A    No -- well, I'll take that back.

4            We -- the department scheduled public

5  hearings about GNETS, and the chief of staff, Matt

6  Jones, asked me and our policy team -- which

7  included me and the director of policy and our

8  director of charter schools also helped with policy

9  -- if we could go to some of those public hearings

10 and help Nakeba facilitate the hearings.

11           We didn't do a presentation.  We didn't

12 ask questions.  We didn't participate.  We just

13 helped her facilitate some of those hearings.

14      Q    So was your involvement with Nakeba

15 limited to the public hearings on the GNETS?

16      A    That was pretty much -- that's all I

17 recall doing.  I don't -- she was on the cabinet, so

18 we -- we talked during cabinet meetings and after

19 and before, but I don't recall having any direct

20 work with Nakeba about GNETS other than these public

21 hearings.

22      Q    And what did you understand her job title

23 to be?

24      A    To work directly with the GNETS programs.

25      Q    In what way?



1      A     I suppose to oversee and find out what

2   they needed.

3      Q     And would she also provide GNETS programs

4   with what they needed?

5            MR. BEDARD:  Object to form.

6      A     I don't really know what she did on a

7   day-to-day basis.  And I never saw her job

8   description, so I don't, I don't know that I can

9   fully answer that.

10     Q     How often would you say you discussed

11  GNETS with Ms. Rahming?

12     A     Very seldom.

13     Q     In connection with GNETS, have you

14  coordinated directly with Debbie Gay?

15     A     Coordinated?  Well, we talked when she was

16  at the Department of Education.

17     Q     Did you talk about GNETS with Ms. Gay?

18     A     If I recall -- I'm trying to recall the

19  timing.  I'm trying to remember if she was over

20  Ginny O'Connell at that time or not, and I don't

21  recall.

22           I think Debbie Gay was at the department

23  when Ginny O'Connell was there.  So Ginny would have

24  answered to Debbie Gay.  I think that's the timing

25  there.



1      Q    And what --

2      A    I'm not sure when Nancy Hartsaul and Kim

3  -- I can't remember her last name.

4          There were two other directors of Special

5  Education, and I don't recall when they were over

6  Ginny O'Connell, nor when Debbie Gay was.

7      Q    What was Ms. Gay's job title?

8      A    Director of Special Education.

9      Q    Did she ever have a different job title

10 when she was at the Department of Education?

11     A    I'm sure she did.  Titles change.

12     Q    Do you know what Ms. Gay's role was with

13 respect to the GNETS program, if any?

14     A    It would have been whoever was over the

15 GNETS program would have -- would be a direct report

16 to her, as I recall.

17     Q    So do you believe that Nakeba Rahming

18 reported directly to Debbie Gay?

19     A    I think Debbie Gay had left.  I'm not sure

20 when Debbie Gay retired, but I think, I think Nakeba

21 came after Debbie Gay, and the department thought

22 that it was -- that the GNETS was so important that

23 it needed to have a person that had some experience

24 and would be a direct report to the chief of staff.

25          So it's my understanding, and I may be



1  incorrect on this, I think Nakeba reported to the

2  chief of staff.

3      Q    And why did the department think GNETS was

4  so important?

5           MR. BEDARD:  Object to form.

6      A    I'm not sure why she was hired for that

7  specific role.

8      Q    Did you coordinate with Ms. Gay at all

9  with respect to the GNETS program?

10     A    Not that I recall.

11     Q    How often would you say you discussed

12 GNETS with Ms. Gay, if at all?

13     A    Seldom.

14     Q    Have you coordinated directly with Vickie

15 Cleveland in connection with the GNETS program?

16     A    No.

17     Q    Do you know what her job title was?

18     A    No.  She replaced, as I -- my

19 understanding is she replaced Nakeba.

20     Q    So what would her role be with respect to

21 GNETS?

22     A    Same as -- I thought the same as Nakeba,

23 to help the GNETS programs, support the GNETS

24 programs.

25     Q    Did you ever coordinate with Vickie



1  Cleveland at all with respect to GNETS?

2        A    Not that I recall.

3        Q    Have you ever coordinated directly with

4  Zelphine Smith-Dixon in connection with GNETS?

5        A    No.  But we did, we did talk often.

6             At one time PBIS was one of her

7  responsibilities, and when the Office of School

8  Safety and Climate was developed, PBIS then went

9  under me.

10            So Zelphine and I talked a lot about

11  school climate, talked a lot about the PBIS, and I

12  did -- she invited me to do presentations for the

13  Georgia Association of Special Education -- Special

14  Educators, but I don't recall talking about GNETS.

15        Q    What was her job title?

16        A    Director of Special Education.

17        Q    And do you understand her to have a role

18  with respect to GNETS?

19        A    In that job I'm sure she did but I'm not

20  sure what her relationship was with Vickie

21  Cleveland.  As far as whether she was a direct

22  report to Zelphine or not, I don't know.

23        Q    Do you recall ever speaking with Zelphine

24  about GNETS?

25        A    I just don't recall that ever coming up.



1      Q    Did you ever coordinate directly with

2  Clara Keith with respect to GNETS?

3      A    No, I don't remember talking to Clara

4  about GNETS.

5      Q    And what -- do you know what Clara's job

6  title was?

7      A    No, I don't.  When I first went to the

8  Policy Division she was -- I replaced her.  She was

9  deputy superintendent of Policy, and I don't recall

10  what her new title was.  I don't recall what her new

11  title was.

12          And then she retired, retired and came

13  back, as I understand, working part-time.

14      Q    And what was that role when she returned?

15      A    I don't know.  I didn't, I didn't work

16  with her.

17      Q    Do you believe Clara Keith worked on the

18  GNETS program?

19      A    I really don't know.

20      Q    Have you ever coordinated with Shawn Owen

21  with respect to the GNETS program?

22      A    No.  Not GNETS.  I talked to Shawn about

23  federal programs but not about GNETS.

24      Q    And what is Shawn's job title?

25      A    I don't know what her title is now.  I



 1  think she's deputy superintendent for Federal

 2  Programs.

 3      Q    Do you know whether she had a role with

 4  respect to GNETS?

 5      A    I don't know.

 6      Q    Are there any others at the Department of

 7  Education that you recall discussing GNETS with?

 8      A    I don't recall talking to anyone else.

 9      Q    Did you have any involvement with

10  facilitating funding of the GNETS program?

11      A    No.

12      Q    Do you know whether the State GNETS

13  funding appropriation is determined anew annually?

14      A    I don't know.

15           MR. BEDARD:  Object to form.

16      A    I don't know.  I don't have knowledge of

17  the GNETS funding.

18      Q    When you were deputy superintendent of

19  Policy and External Affairs, did you deal with

20  fiscal appropriations at all?

21      A    No.  Only in that -- well, I'll qualify

22  that.

23           Only in that we were made aware of what

24  funding would be available for public education,

25  primarily through the QBE formula, the FTE counts.



1    The QBE allocations to school systems and we tried

2    to work the legislators on the public funding.

3        Q    Do you have any sense of how much money is

4    appropriated to GNETS annually, if any?

5             MR. BEDARD:  Object to form.

6        A    I don't know.

7             MS. LILL:  I'm going to hand the court

8        reporter Plaintiff's Exhibit 100, which was

9        produced to the United States and is marked

10        GA00572801.

11             (WHEREUPON, Plaintiff's Exhibit-100 was

12          marked for identification.)

13    BY MS. LILL:

14        Q    Dr. McGiboney, this is an email chain

15    between you and a woman named Miriam Gudenrath.

16             Do you recognize this email?

17        A    Yes.

18        Q    It's dated -- the last email sent is dated

19    6/26/2020, and the subject matter is Re:  Fiscal

20    Year 21 Budget.

21             So on the second page of this document,

22    which is marked GA00572802, Miriam Gudenrath emails

23    you noting that "GNETS took an almost 10 million

24    dollar cut.  Do you think this will impact some of

25    the very small GNETS to the extent they have to



1   close up shop?"

2           Do you see that?

3       A   Yes.

4       Q   Who is Miriam Gudenrath?

5       A   She's on the PBIS staff.

6       Q   You respond:  "I'm not certain.  There is

7   a major movement to place several GNETS students

8   back in their home schools."

9           Do you see that?

10      A   Yes.

11      Q   Where did you learn that there is a major

12  movement to move students back to their home

13  schools?

14      A   During those public hearings, that's what

15  Nakeba said.

16      Q   What did Nakeba say exactly?

17      A   As I recall, they were -- "they" being the

18  school systems that housed the GNETS -- they were

19  reviewing IEPs to see -- to make sure that the GNETS

20  was the appropriate placement.

21      Q   Who was reviewing IEPs?

22      A   Local level.

23      Q   What prompted them to review?

24      A   I don't know --

25          MR. BEDARD:  Object to form.



1      A    I'm just recalling what she said during a

2   public hearing.

3      Q    How did this impact funding in the fiscal

4   year '21?

5      A    I don't know.

6           MR. BEDARD:  Object to form.

7      Q    Do you know how this information was

8   transmitted to the legislature such that they would

9   then lower the budget?

10     A    Mimi -- as we call, Miriam -- Mimi, was

11  referencing the report from the Georgia School Board

12  Association, and I'm not sure how the Georgia School

13  Board Association acquired their information.

14          Georgia School Board Association is an

15  advocacy group but they do work closely with

16  legislators.

17     Q    So you say "GNETS and schools" in response

18  to her question of a major movement by whom.

19          What specifically are you referring to

20  there?

21     A    That IEPs were being reviewed.

22     Q    How did this review of IEPs lead you to

23  believe there was a major movement?

24     A    Just by somewhat Nakeba was saying to --

25  in the public hearings, that there was due diligence



1  taking place about the IEPs, just to review those

2  and to see if the GNETS was -- remained the most

3  appropriate placement.

4       Q    Did you think that was a good idea?

5       A    It's always a good idea to review IEPs, on

6  an annual basis.  Or if there's a change in the

7  child's behavior, it's a good idea to keep the IEPs

8  updated.

9       Q    Do you know anything about the GNETS

10  funding process?

11       A    Not really.  Just it's a -- as I

12  understand, it's a separate line item in the

13  funding.

14       Q    Do you know who initiates a proposal for

15  funding?

16       A    No.  Typically, all funding comes from the

17  -- it's my understanding funding really starts with

18  the House of Representatives and the budget

19  committee.  But there's a lot of people involved in

20  building the budget.  It's a very -- the State

21  budget is extremely complex.

22       Q    Is the Governor's Office involved in

23  funding?

24       A    The Governor's Office would be involved in

25  building the State budget, yes.



1      Q    Is the Georgia State Board of Education

2  involved?

3           MR. BEDARD:  Object to form.

4      A    I don't think so.  I don't think there's a

5  role for the State Board of Education, unless it's

6  in an advisory capacity.

7      Q    And is there anybody at the Georgia

8  Department of Education who's involved?

9      A    The State school superintendent makes the

10  report to the legislature every year about the needs

11  of public education.

12      Q    And who at the Department of Education, if

13  anyone, supports the State school superintendent

14  doing that?

15      A    The chief financial officer.

16      Q    Who is that?

17      A    I'm not sure who it is now.  I think it's

18  Rusk Roam.  I believe it's Rusk.  I'm not sure now.

19      Q    Are you aware of a bill that was recently

20  under consideration in the Georgia legislature to

21  reassign the funding for the GNETS program?

22      A    I heard something about funding being

23  reassigned.

24      Q    And what do you know about that?

25      A    Only what I read in one of the reports



1  from the Georgia School Board Association.

2      Q    And what did it say?

3      A    As I recall, the funding would be shifted

4  from the current mechanism to then be put into the

5  QBE formula.

6      Q    Can you explain that?

7      A    If there's a separate category for

8  funding, it doesn't typically follow the standard

9  funding for FTE, which is full-time equivalent

10 students.  And there's two FTE counts, one in

11 October and one in March.  And based on the number

12 of students -- and the full-time equivalent is six

13 class periods a day.  Why they call it FTE is

14 because some schools have seven class periods, some

15 students have five.  So the FTE is based on the six.

16         So that's why it's not exactly one student

17 equals a certain amount of dollars.  It's the FTE

18 that equals a certain number of dollars.

19         So the FTE count, one in October and one

20 in March, is what builds the budget for the school

21 system, local school system for the next year based

22 on the State funding.

23         If it's a separate category of funding,

24 they don't base it on FTE because if they did, they

25 wouldn't get enough money typically, because it's



1    based on the number of students, not based on need.

2           So if you have a school that has -- like a

3    GNETS, where all the students have an IEP, they have

4    more needs.  So the idea was to fund them at a

5    higher level based on their need and not just on the

6    number.

7       Q    That's what you understand the bill --

8       A    The bill, as I understand, was to move it

9    from that categorical funding to QBE funding.

10      Q    And did you also understand that funding

11   would be routed directly to LEAs?

12      A    Yes.

13      Q    And how is that different?

14      A    All QBE funding is routed to local school

15   systems.

16      Q    And how does the GNETS program currently

17   work?

18           MR. BEDARD:  Object to form.

19      A    It's specifically for GNETS.

20      Q    So there is a line item of appropriated

21   funds --

22      A    Right.

23      Q    -- directly from the State to the GNETS

24   program?

25      A    It's a categorical funding, the category



 1  being GNETS.

 2      Q    What do you think the purpose of such a

 3  change would be?

 4          MR. BEDARD:  Object to form.

 5      A    I don't know.

 6      Q    Was this idea of routing funding of LEAs

 7  ever discussed while you were at the Department of

 8  Education?

 9      A    Not with me, no.

10      Q    Do you know of others who discussed it?

11      A    No.

12      Q    Do you have any, with respect to that

13  bill, do you have any opinion about the advisability

14  of making such a change?

15      A    In my opinion, it would reduce the amount

16  of funding available for GNETS.

17      Q    How so?

18      A    Because it's based on essentially a

19  headcount, and the GNETS don't have that many

20  students, so they would lose a considerable amount

21  of funding.  If you just look at the funding, the

22  difference in the categorical funding and the QBE

23  funding, they would lose, in my opinion and the

24  opinion of others, they would lose a significant

25  amount of money.



1    Q    Who proposed this bill, do you know?

2    A    I don't know.

3    Q    So, in your opinion, such a shift would

4  harm GNETS students?

5    A    Certainly it would impact and limit the

6  services that would be available to GNETS, in my

7  opinion.

8         If you look at it just by the -- I can

9  leave my opinion out of it and just look at it by

10  the categorical funding.  The numbers don't add up,

11  that the funding would be the same because it's not

12  categorical anymore.

13    Q    Have you discussed this bill with others?

14    A    The Georgia Association of Educational

15  Leaders called me, and when word got out about the

16  bill and wanted to know what I thought about

17  essentially what you have asked about the funding,

18  and wanted to know if I thought it would be a

19  significant cut, and I said yes, if you just look at

20  the funding formula, it would have to be a

21  significant cut just based on the numbers.

22         Then Mimi asked me about it here in this

23  correspondence here, and then I think a RESA

24  director, I believe, called -- asked me the same

25  question.



1      Q    A recent director of what?

2      A    I don't recall which one called me.

3           Regional Education Service Agency.  I'm

4   sorry, I should have said that.  Regional Education

5   Service Agency.

6      Q    So a RESA director?

7      A    Yes.  We call it RESA, R-E-S-A.

8           Called me about it, just to informally ask

9   what I thought, and again the answer was I don't see

10  how it could not cut because of the way the funding

11  is formulated.

12     Q    What is the Georgia Association of

13  Educational Leaders?

14     A    That's an advocacy group.

15     Q    What do they advocate for?

16     A    Public education.

17          It's an umbrella organization for the

18  Georgia Association of High School Principals, the

19  Georgia Association of Elementary School Principals,

20  the Georgia Association of Middle School Principals,

21  the Georgia Association of Special Educators.

22          I think that's all -- no, no.  I'm sorry

23  the Georgia School Superintendent's Association.

24          All those associations are under the

25  umbrella of GAEL, G-A-E-L, Georgia Association of



1    Educational Leaders.

2        Q    And this organization called you recently

3    about this bill?

4        A    Well --

5            MR. BEDARD:  Object to form.

6        A    -- during the session.

7        Q    Did they express the concerns for the

8    students in GNETS?

9        A    They expressed concern about the funding

10   and how it would impact GNETS.

11       Q    Do you know what that organization's

12   opinion of the GNETS program is?

13           MR. BEDARD:  Object to form.

14       A    I don't know what their official opinion

15   is.

16           MS. LILL:  I think we're going to take a

17       break for lunch.

18           THE VIDEOGRAPHER:  Off the record at 12:29

19       p.m.

20           (A recess was taken.)

21           THE VIDEOGRAPHER:  We're back on the

22       record at 1:50 p.m.

23   BY MS. LILL:

24       Q    Welcome back, Dr. McGiboney.

25           Have you had a nice lunch?



1       A    Yes.   Thank you.

2            MS. LILL:   I am going to hand the court

3       reporter what we are going to mark as

4       Plaintiff's Exhibit 101.

5            (WHEREUPON, Plaintiff's Exhibit-101 was

6       marked for identification.)

7   BY MS. LILL:

8       Q    This document was produced to the United

9   States as GA00501979, and it is an email chain

10  between you, Dr. McGiboney, and Sue Smith, from

11  September of 2015.

12           Do you recognize this --

13      A    Yes.

14      Q    -- email chain?

15           Who is Sue Smith?

16      A    She's the director for the Georgia Parent

17  Support Network.

18      Q    And do you interact with her regularly or

19  did you interact with her regularly?

20      A    Every Tuesday I participate either as a

21  presenter or as a participant in their weekly

22  meetings and have for about two years now,

23  regularly.  But I've known Sue Smith for probably 20

24  years.

25      Q    The very earliest email in this chain,



1  which is dated July 15, 2015, bears the Bates No.

2  GA00501981.  Timothy Pratt shares a summary of the

3  DOJ's findings in its investigation of the GNETS

4  program.

5           Do you see that?

6      A    Yes.

7      Q    So I want to -- in this document you share

8  some opinions with Ms. Smith about the GNETS

9  program.

10          Do you see that?

11     A    Yes.

12     Q    I want to walk through those opinions and

13 ask you some questions about them.

14     A    Okay.

15     Q    So, first, in the July 17th, 2015 email

16 you write:  "We have excellent GNETS and we have

17 some that need a lot of attention."

18          Do you see that?

19     A    17th?

20     Q    It's at the very top.

21     A    I see the 15th.

22     Q    Oh.

23     A    I see the --

24     Q    July 17th, 2015.  So at the very bottom?

25     A    The first page says September 15th, and



1  the second page has July 16th and July 15th.  Third

2  page has July 15th.

3      Q   If you look at the very bottom of the

4  first page.

5      A   Bottom of the first page.

6      Q   At the very bottom, it says on July 17th,

7  2015.

8      A   Oh, the very bottom.

9      Q   Yeah, and it says Sue, and it goes on to

10  the next page.

11      A   Okay.  I'm with you.

12      Q   So you say in this document:  "From

13  Garry's point of view, we have excellent GNETS and

14  we have some that need a lot of attention."

15          Can you tell me which of the GNETS are

16  excellent GNETS?

17      A   The ones in -- in my opinion, the ones --

18  there are two GNETS programs in DeKalb County, and I

19  think they are well run, and I think they do very

20  well.

21      Q   And what are you basing that opinion off

22  of?

23      A   When I worked in the DeKalb County School

24  System.

25      Q   And I believe earlier in our discussion



1  today, when I asked you what level engagement you
2  had with the GNETS program in DeKalb, you said it
3  was minimal?
4      A    It was minimal.  But I heard good things
5  about the GNETS program in DeKalb from parents and
6  from others.
7      Q    So is that secondhand information the
8  basis for your assertion that there are -- that that
9  program is an excellent GNETS program?
10     A    Yes.
11     Q    And what did you believe made it
12 excellent?
13     A    Well, from what I heard, parents were
14 pleased with the program.  They had very little
15 staff turnover from what we -- from what I heard.
16          They were innovative.  They were always
17 looking for ways to improve the program.
18          You have to understand in the school
19 district, it's like a small -- it's like a family.
20 People talk.  We share information, we hear
21 information.
22     Q    And this assessment of the DeKalb GNETS
23 program, from what time period would you say it --
24     A    Until I left in 2007.
25     Q    So from 2007 to 2015, when you wrote this



1  email, had you been familiar with the DeKalb GNETS

2  program or any changes made to it?

3       A    No.

4       Q    So in this document, when you refer to

5  excellent GNETS, are there others aside from the

6  DeKalb program that you are referring to?

7       A    Well, the one I visited in Elam, a

8  terrific staff.  The facility had problems, and I've

9  already outlined those, but the staff was excellent.

10          We met with the staff.  They were

11 enthusiastic about what they were doing.  The

12 director was completely dedicated what she was

13 doing.  She loved her job.  She love the kids.  The

14 kids would hug her in the hallway.

15          You walk down the hallway and the class

16 change, the kids are talking to each other, they're

17 hugging the teachers.  They're, you know,

18 high-fiving everybody.  It was just a very positive

19 climate.

20          While the facility needed help and they

21 did move it, you could tell it was a very good

22 program.

23          The one in Baldwin County was very

24 similar.  The facility was not the best that I've

25 ever seen, but a lot of interaction between



1  students.  That's one thing you can't hide.  You

2  can't fake that.  That's pretty natural.  When you

3  walk in the school, you see how the kids interact

4  with each other, the staff interact with each other.

5       I always go into the cafeteria because

6  that's where you really also get a good feel for the

7  social determinants of the school, and it was very

8  positive there.

9       Those two come to mind as being -- you

10  walk out of the building and say, I wish they had a

11  better facility, but you walk out with a smile

12  because you know the kids are just being taken care

13  of and they're happy and they want to be there.

14       And there were parents in the building,

15  volunteers in the building, at both Baldwin and in

16  Elam.

17     Q    Do you recall whether the name -- do you

18  recall the name of the director at Elam when you

19  visited?

20     A    I believe her last name is Wolf.  I can't

21  remember her first name.  I should remember her

22  first name because she works for the Georgia

23  Positive Behavior Supports Association.

24     Q    It wasn't Brook, was it?

25     A    No.  I'm sorry.



1      Q    Okay.

2      A    I believe she's still there.

3      Q    Okay.  And in this same document you say

4   "There are GNETS that need a lot of attention."

5           What are you basing that opinion on?

6      A    That was in reference back to those ones

7   that I visited years before.

8      Q    Was that assertion solely based on the

9   visits that you conducted back in 2007?

10     A    Yes, because that's really the only thing

11  I had to base it on.  But I did -- and I had

12  communicated to Sue that many of those facilities

13  that I visited did make some corrections.

14     Q    So since 2007, when you did those visits,

15  have you reviewed data about the GNETS program?

16     A    No.

17     Q    So continuing in this same document, you

18  say:  "We have too many GNETS facilities that are

19  not up to par."

20          What do you mean when you say "not up to

21  par"?

22     A    The facilities are -- the ones I visited

23  were old facilities and the facilities were not up

24  to standards that you would expect your child to

25  attend.



1      Q     Did you believe them to be unsafe?

2      A     I don't -- I can't say that I thought they

3  were unsafe.  We were concerned about, as I

4  mentioned earlier, some of the ability to exit the

5  buildings in an emergency, because you need to have

6  obviously more than one exit that's readily

7  accessible.

8            So in that regard we were concerned about

9  evacuation capabilities.  But as far as overall

10 safety, I couldn't say they were unsafe.

11     Q     You talked a little bit about ventilation

12 concerns.  Does that raise safety issues?

13           MR. BEDARD:  Object to form.

14     A     I don't recall saying ventilation.  There

15 were ceiling tiles that were hanging loose at Sand

16 Hill, that I did mention the heating and

17 air-conditioning in Elam.

18           Ventilation, I don't recall that being an

19 issue per se, but obviously what I just said would

20 impact or could impact ventilation.

21     Q     And when you say that there are too many

22 GNETS facilities that are not up to par, would that

23 include lack of cleanliness?

24     A     It would include those items that I listed

25 concerns about.  Emergency access, bathrooms being



1  kept up -- being kept clean, general maintenance.

2        Access to the playground.

3   Q   And to the point about access to

4  playgrounds, if a facility is lacking amenities that

5  are available in general education settings, does

6  that make them not up to par, in your opinion?

7        MR. BEDARD:  Object to form.

8        Go ahead.

9   A   It depends on how the facility is utilized

10 because there are some schools, typical schools,

11 that have playgrounds and they're seldom used, for

12 whatever reason, an administrative decision.  So

13 it's not the quality of the playground; it's the use

14 of the playground.

15       So in the GNETS, if they had access to a

16 playground still, it would come down to how is it

17 used.  Is it utilized?  How is it utilized?  When is

18 it used utilized?

19       There would be probably be some students

20 like in a regular school setting where a playground

21 is probably not the best environment for them to be

22 in if they have behavior issues.

23       But we would want students to have access

24 to an area where they can exercise.  Whether it has

25 playground equipment or not, that's a matter of



1  opinion.  But as long as there's some area to

2  exercise, run around and play, interact, maybe have

3  games, supervised games.

4        That's what I'm talking about when I'm

5  talking about a playground.  Because you go to some

6  playgrounds and kids -- some kids don't even play on

7  the equipment.  If they are a certain age, they're

8  not interested in that, but they would like to

9  participate in running around and playing, throwing

10 the football, throwing baseball, kicking a soccer

11 ball.

12    Q    And are those activities important to

13 school climate?

14        MR. BEDARD:  Object to form.

15    A    I think so.

16    Q    Why?

17    A    Exercise, the social interaction when

18 they're together on the playground.  And that

19 benefits children.  Benefits adults as well.

20    Q    So returning to this -- returning to this

21 document, you say:  "There is a need for more

22 Transition Programs in regular school settings that

23 would reduce the number of students in GNETS

24 facilities."

25        Do you see that?



1      A    Yes.

2      Q    How would -- what kinds of transition

3  programs?

4      A    Satellite programs.

5      Q    What is a -- what do you mean when you say

6  satellite programs?

7      A    Those are the programs that -- I assume

8  they still exist.  I don't know.

9          Satellite programs were the programs that

10  were between a traditional classroom schedule and

11  GNETS.  It was a transition either to GNETS or

12  transition back from GNETS.

13          Because it's difficult to go from GNETS

14  program or any kind of program that's not, not in

15  the regular high school or regular elementary school

16  or middle school, where they just all of a sudden

17  show up at another school.

18          It's difficult for kids transferring from

19  a middle school to a high school, or elementary

20  school to a middle school.  So the transition

21  program just helps them make that transition, or the

22  satellite program helps them make that transition,

23  in my opinion.

24      Q    So you say:  "Transition programs in

25  regular school settings that would reduce the number



1  of students in GNETS facilities."

2      A    The satellite programs typically are in a

3  regular school facility.

4      Q    And do you think it's -- in saying this,

5  are you saying that you feel that students should be

6  -- the number of students in GNETS facilities should

7  be reduced?

8            MR. BEDARD:  Object to form.

9      A    If that's what the IEP asks for.  If we

10  had an increase in the number of satellite programs,

11  perhaps when the IEP is reviewed each year a

12  satellite program might be more appropriate.

13      Q    So if there were more satellite programs

14  available, you're saying that perhaps IEP teams

15  would place students in those programs?

16            MR. BEDARD:  Object to form.

17      A    I can't say that's what would happen, but

18  it would be worth exploring.

19      Q    And why is it worth exploring?

20            MR. BEDARD:  Object to form.

21      A    Because, like I said earlier, IEP should

22  be reviewed on a regular basis because children

23  change, their needs change.  They develop skills,

24  they develop coping skills.  They also develop other

25  needs.



1          So that it may be the IEP should be

2     changed and updated.  That IEP might, might -- if

3     updated on a regular basis or reviewed on a regular

4     basis, it could be a different outcome, which one of

5     those options might be the satellite program.

6          Q    Earlier when you said that facilities are

7     not up to par for children, you know, for a school,

8     what standard are you applying?

9          A    There's a -- when we went into those

10    schools, like in the GNETS, like we went into every

11    other school for a safety assessment, we had a

12    checklist, and the checklist was developed over time

13    from many, many resources, including fire codes and

14    state codes and other codes.

15          So we'd go through and look at the

16    checklist, and the checklist included things like

17    air-conditioning, heating, maintenance, general

18    maintenance, which includes bathrooms and emptying

19    trash cans and everything else related to general

20    maintenance.  Painting, cleaning of the gutters,

21    cleaning of the -- cutting the grass, trimming

22    hedges, making sure there's no debris in the parking

23    lots, making sure the playgrounds have no obstacles

24    or hazards.

25          So it was based on a checklist of



1   standards and expectations and quotes.

2       Q    Is that a checklist that's set by the

3   Department of Education?

4       A    It was.

5       Q    Is it documented somewhere?

6       A    It may still be on the website.  There's a

7   safe school plan on the DOE website, and the safe

8   school plan includes a checklist.

9       Q    Returning to this document here, you go on

10  to say in this very same email:  "With state funding

11  cutbacks (remember that funding for GNETS is a line

12  item each year) the amount of...therapeutic services

13  in GNETS have been reduced."

14           What was the fiscal year funding cut to

15  the GNETS programs that you were referring to here?

16      A    I don't recall.

17      Q    Do you recall approximately how much

18  funding was cut?

19      A    No.  And that was, that was based on

20  secondhand information.

21      Q    What secondhand information?

22      A    Coming from those who worked with the

23  budgets.

24      Q    Were you receiving that information in

25  advance of the cuts?



1        A    No.

2        Q    Do you know what therapeutic services, if

3   any, were cut?

4        A    No.

5        Q    So you go on to say here that:  "Georgia

6   needs to tell the Department of Justice that we are

7   committed to improving the facilities, committed to

8   better identification of student needs, and

9   reinstate mental health services."

10           Do you see that?

11       A    Yes.

12       Q    When you say "we," who are you referring

13  to?

14       A    State of Georgia, Department of Education.

15       Q    You then say on the very first page of

16  this email chain, in another email to Sue, that you,

17  quote:  "Recommend three things in this order:  (1)

18  an independent (maybe a team from OSEP) review of

19  all the GNETS IEPs and let the independent reviews

20  determine the appropriateness of the services; (2)

21  suggest that the state restore all funds for therapy

22  services; and (3) ask the state to review every

23  GNETS to determine what building repairs and

24  upgrades are necessary and then float a state

25  building bond."  In parenthesis:  "We do state



1  building bonds all the time."

2         So I want to break -- do you see that?

3     A    Yes.

4     Q    I want to break these recommendations down

5  and discuss them one by one.

6         Did you ever recommend to anyone employed

7  by the State that an independent review of GNETS

8  IEPs occur?

9     A    No.

10    Q    So you recommended -- you said this only

11 to Ms. Smith?

12    A    As I recall, yes.

13    Q    Did you have questions in your mind about

14 the appropriateness of placement for GNETS students?

15    A    That's difficult to answer.  I don't know

16 that I had any particular concerns, other than it's

17 not common to place a student in the GNETS program.

18 So therefore it would be, in my opinion, appropriate

19 to review those IEPs pretty often.

20    Q    Did an independent review of GNETS IEPs

21 ever happen, to your knowledge?

22    A    I thought it did but I can't verify that

23 it did.

24    Q    When you refer to OSEP, are you referring

25 to the Federal Department of Education?



1      A     Yes.  The Office of Special Education

2   Programs.

3      Q     And how would your recommendation to Ms.

4   Smith work in theory?

5      A     In theory, a team could -- a team of

6   experts who have experience in developing and

7   implementing IEPs could review IEPs to see what's in

8   the IEPs, what the students' needs were, and if the

9   recommendation of the IEP was an appropriate

10  recommendation based on the knowledge they had of

11  the student at that time.

12     Q     And why did you think it be important that

13  an outside entity or individual be the person to

14  review IEPs?

15     A     Just a different perspective from a

16  different group of people that have different levels

17  of expertise.

18     Q     And moving to the second recommendation,

19  did you ever suggest that the State restore all

20  funds for therapy services?

21     A     No.

22     Q     So this was just a recommendation that was

23  a theoretical one to Ms. Smith?

24     A     Yes.

25     Q     And why did you not make this



1  recommendation to the state?

2      A    I wasn't working with the GNETS program.

3      Q    When you said this to Ms. Smith, were you

4  specifically referring to therapy students -- to

5  therapy services for students in GNETS?

6      A    Yes.

7      Q    Were you referring to therapy services in

8  general education that would allow students to

9  remain in general education versus going to GNETS?

10     A    One and two would be related.  The first

11  recommendation and the second would impact the

12  second one, or could impact the second one.

13          In other words, if the IEP is reviewed and

14  services could be provided in a satellite program in

15  a regular school setting with more therapeutic

16  services, then that would be worth -- that would be

17  a good reason to review the IEP.

18     Q    And do you say that because more

19  integrated settings are preferential?

20     A    Well, the least restrictive environment is

21  always preferential.

22          MR. BEDARD:  Object to form on the last

23      question.

24     Q    Did restoration of funds for therapy ever

25  happen?



1       A      I don't know.

2       Q      Who would know?

3       A      The Department of Education.  Staff that
4   works with the budget would know.

5       Q      And as to the third recommendation, did
6   you ask anyone employed by the State to review every
7   GNETS to determine what building repairs and
8   upgrades are necessary?

9       A      No.

10       Q      So this was also a recommendation that you
11   made only to Ms. Smith?

12       A      Well, I had, more generally speaking, not
13   just GNETS, Mike Rowland, who handles facilities.

14              Each school district's five-year facility
15   plan went to the State Board for approval, and the
16   five-year facility plans includes all the facilities
17   in a school system, including GNETS, even if it's
18   being used by more than one school district.

19              So everything that went to the State Board
20   had to come through Policy.  So we would look at the
21   five-year plans and sometimes those five-year plans
22   would include a GNETS in the five-year plan, but we
23   didn't specifically, as I recall, talk about the
24   intricacies of each five-year plan, but they did
25   come through Policy, and within those documents



1  there may have been facilities referred to that

2  included GNETS.

3       Q     But just to go back to my question, did

4  you ever ask anyone employed by the State to review

5  every GNETS to determine what building repairs and

6  upgrades were necessary?

7       A     No.  I was not working with GNETS.

8       Q     So this was sort of a theoretical --

9       A     Yes.

10      Q     -- suggestion that you made to Ms. Smith?

11      A     Based on the visits that I had several

12  years ago.

13      Q     Did you have reason to believe that such a

14  review would be necessary?

15      A     Not based on specific information or

16  complaints that I had.

17      Q     To your knowledge, was such a review done?

18      A     I don't know.

19      Q     What is a state building bond,

20  Dr. McGiboney?

21      A     The State sets aside facility construction

22  bonds for the construction of schools, that people

23  buy the bonds.  That's how they get the money to pay

24  for the schools, and then there's interest on those

25  bonds, and that's how the investors get their money



1  back.  And the building bonds, the amount varies

2  from year to year.

3      Q    And did you ever recommend that the State

4  float a building bond to improve GNETS?

5      A    No.  I was not working --

6          MR. BEDARD:  Object to form.

7      A    I was not working with GNETS.

8      Q    At this time you were -- at the time when

9  this email was sent, in September of 2015, you were

10  deputy superintendent of Policy and External

11  Affairs; is that correct?

12      A    Yes.

13      Q    So if there was a matter that involved --

14  so, for example, this lawsuit, were you involved in

15  crafting the Department's response to this lawsuit

16  in that role?

17      A    No.

18          MS. LILL:  I'm going to hand the court

19      reporter what I'd like to have marked as

20      Plaintiff's Exhibit 102.

21          (WHEREUPON, Plaintiff's Exhibit-102 was

22       marked for identification.)

23  BY MS. LILL:

24      Q    So this is an email that was produced to

25  the United States as GA00511814.  The subject is



 1   "GNETS Facility - Cedarwood Program."

 2           Do you recognize this email?

 3       A   Yes.

 4       Q   And did you send this email?

 5       A   Yes.  I was asked to send the email.

 6       Q   And why did you send these emails

 7   regarding GNETS?

 8       A   I was asked by leadership in the

 9   department to notify state senators,

10   representatives, where GNETS facilities might be

11   closed or assessed, and the leadership in the

12   Department of Education wanted to let the State

13   representatives or senators know, in case they

14   received a phone call from constituents about a

15   GNETS program.

16       Q   And does, does this kind of a job duty

17   fall within the external affairs portion of your

18   job?

19       A   Because I -- I'm sorry.

20           Because I worked with legislators at that

21   time.

22       Q   So did you have any role in recommending

23   the facility assessments that were referenced here?

24       A   No.  And I did not write the letter.

25   That's a form email that I was asked to send to



1  state senators and state representatives.

2      Q    So do you know who arranged for the

3  facility assessments that were referenced here?

4      A    No, I do not.

5      Q    Who particularly asked you to send this --

6  these letters out?

7      A    It was either the chief of staff -- I

8  believe it was the chief of staff.

9      Q    Do you know who arranged for the facility

10 assessments that are referenced here?

11     A    No, I do not.

12     Q    Do you know what those assessments

13 entailed?

14     A    No.

15          MS. LILL:  I'm going to hand the court

16      reporter what I'd like to have marked as

17      Plaintiff's Exhibit 103.

18          (WHEREUPON, Plaintiff's Exhibit-103 was

19       marked for identification.)

20 BY MS. LILL:

21     Q    This document was produced to the United

22 States and has the Bates No. GA00519154.

23          This is an email between you,

24 Dr. McGiboney, and Matt Jones, dated February 9th,

25 2017.



1              Do you recognize this email?

2      A     Yes.

3      Q     So in your response at the top, you say:

4  "GNETS is a good example of how the system works.

5  The program was in a challenging situation.  We

6  selected an out of state expert who was approved by

7  the State Board.  Working in tandem with the Board,

8  significant and systematic progress has been made."

9              Who selected an out of state expert?

10     A     That was Matt Jones that wrote that.

11     Q     I'm sorry, you're right, Matt Jones wrote

12  that.

13             Do you know who the, who the out of state

14  expert he refers to was?

15     A     I'm not certain at that time.  No, I don't

16  know.

17     Q     And do you know for what purpose?

18     A     No.

19     Q     Do you know what significant and systemic

20  progress he's referring to that resulted from the

21  hiring of this expert?

22     A      No.  Looking at the 2017, that may have

23  been Nakeba because she had a -- she was very

24  well-qualified.

25     Q     Was she --



1      A    But I --

2      Q    Did she come from out of state?

3      A    I believe so.

4      Q    Did you review the facility assessment

5   summary documents?

6      A    Related to this?  No.

7      Q    Who made the decision to close these

8   facilities?

9      A    I don't know.

10      Q    Did you participate in any of those

11   decisions?

12      A    No.

13      Q    So you have been -- we talked a lot about

14   your work advocating for positive school climate for

15   many years; is that correct?

16      A    Yes.

17      Q    And you believe positive school climate

18   has myriad positive effects on students; is that

19   correct?

20      A    Yes.

21      Q    And you believe that a negative school

22   climate can harm students in myriad ways, correct?

23      A    It could have a negative effect on them.

24      Q    Do you also believe that the effective

25   provision of mental and behavioral health depends on



1  a positive school climate?

2       A    It depends --

3            MR. BEDARD:  Object to form.

4       A    -- depends on it, but it can enhance the

5  outcomes, I believe.

6       Q    Can a negative school climate exacerbate

7  challenging behaviors?

8            MR. BEDARD:  Object to form.

9       A    We don't know that for a fact, but if you

10  ask my opinion, I would say yes.

11       Q    Does a negative school climate make it

12  difficult to provide effective mental and behavioral

13  health services to students?

14            MR. BEDARD:  Object to form.

15       A    Again, there's no evidence to that effect,

16  but my opinion is yes.

17            MS. LILL:  I'm going to share a document

18       on my screen.  You have to give me a minute

19       here.

20  BY MS. LILL:

21       Q    So I'm going to direct your attention to

22  Exhibit 98, which we've already introduced, which is

23  the manuscript for the Psychology of School Climate.

24            MR. BEDARD:  This is the digital one?

25            MS. LILL:  It is and I'm sharing it.



 1              (Discussion ensued off the record.)

 2    BY MS. LILL:

 3        Q    So this is Chapter 10 of this book that

 4    you wrote, Dr. McGiboney.  And I want to direct you

 5    to this sentence here that starts with "Improving?"

 6        A    Yes.

 7        Q    It says:  "Improving school climate

 8    without considering the physical conditions of

 9    schools will be counterproductive."

10              Do you agree with that?

11        A    Yes.

12        Q    And here, the sentence starting -- this is

13    the same chapter, starting with "The condition."

14              "The condition of the school building

15    matters and it's difficult to effectively change

16    school climate without also improving those building

17    conditions."

18              Do you agree with that statement?

19        A    Yes.

20        Q    Same chapter, Page 164 here, starting with

21    "The double-trouble."

22              "The double-trouble for schools is a

23    school with facility issues and other negative

24    school climate components.  In those circumstances,

25    the students have very little likelihood of



1   fulfilling their potential and teachers will find

2   the conditions for learning compromised."

3            In the next paragraph it goes on to say:

4   "Woolner, McCarter, Wall, and Higgins found that the

5   interaction of the physical conditions of the school

6   and the school climate were important for all

7   students, but especially important for students with

8   special needs."

9            Do you agree with that?

10       A    That's what was reported in that research.

11       Q    Are you aware of any research that has

12   undermined this statement?

13       A    No.

14       Q    In your extensive experience researching

15   school climate and advocating for positive school

16   climate, if a school is dirty, how does that impact

17   school climate?

18            MR. BEDARD:  Object to form.

19       A    It gives the impression to the students

20   and staff that the leadership doesn't care.

21       Q    In our discussion earlier you referenced

22   the importance of having clean and functional

23   restrooms?

24       A    Yes.

25       Q    Is that important for a positive school



1 | climate?

2 |     A    Yes, in my opinion.

3 |     Q    Why?

4 |     A    Again, it's back to expectation.  If you

5 | go into a restroom where there's, whether it's a

6 | school or any facility you go into and it's dirty

7 | and filthy, then you have to question whether the

8 | leadership is dedicated to the staff and to the

9 | students, or in a, in a -- in a building that has

10 | clients or customers, you'd have to question whether

11 | they really are concerned about the clients or the

12 | customers if the restrooms are dirty.

13 |     Q    And if the grass is uncut, how does that

14 | negatively --

15 |     A    Well, that -- by, by itself, that would

16 | not be an indication of a negative school climate.

17 | It's the collective impact of the hedges not being

18 | trimmed, the grass not being cut, the general

19 | maintenance of the campus not being considered by

20 | leadership, not just the grass not being cut.

21 |     Q    And what does that communicate to

22 | students?

23 |     A    Again --

24 |         MR. BEDARD:  Object to form.

25 |     A    Again, does, does anyone care about the



1  appearance of the building?  Does anyone care about

2  the maintenance of the building?  And consequently,

3  do they care about the students and staff?

4      Q    If there was a visible pest infestation in

5  the building, how would that impact school climate?

6      A    Well, that could be a health issue as

7  well, which would impact school climate.  Because

8  you want the school climate -- that includes safety

9  and security and a sense of well-being.  And if it's

10 insect infestation, that's not going to facilitate a

11 feeling of well-being.

12      Q    And in this, in this statement in your

13 book that I just read to you, "Woolner, McCarter,

14 Wall, and Higgins found that the interaction of the

15 physical conditions of the school and the school

16 climate were important for all students, but

17 especially for students with special needs," if you

18 found these conditions in a school for students with

19 special needs, is that negative impact greater on

20 those students?

21      A    In my opinion, yes, because they're more

22 vulnerable.

23      Q    Does that also apply to students with

24 emotional and behavioral needs?

25      A    They're more vulnerable.



1     Q    If the walls within a school are largely

2  bear of any student work or art, what impact, if

3  any, would that have on school climate?

4          MR. BEDARD:  Object to form.

5     A    That's not a straightforward question, and

6  I'll tell you why.  Because in some jurisdictions

7  the fire code prevents schools from putting up

8  student work.  They consider it a fire hazard.

9          And that varies from school district to

10 school strict based on the fire codes and based on

11 the inspection by the fire marshal.

12         And I know that from experience because

13 going -- having gone into schools, I've noticed the

14 difference, whether there will be some that had

15 artwork everywhere, and some that there is not

16 artwork anywhere.  And most of the time where

17 there's no artwork, they would say, well, the fire

18 marshal told us to take it down.

19         So because of that, I can't answer your

20 question directly.

21    Q    That's fair.

22         Does the -- if a school had a poor smell,

23 would that negatively impact school climate?

24         MR. BEDARD:  Object to form.

25    A    If it remained.  So if it persisted.



1            There's all kinds of smells in schools.

2        Q    Fair enough.

3        A    Most of them are not pleasant but you

4    don't want them to linger, you know, day-in and

5    day-out.  The same smells day-in and day-out.

6        Q    If there's no art room at a school, how

7    does that impact -- how does that impact school

8    climate?

9            MR. BEDARD:  Object to form.

10       A    It doesn't really have an impact, in my

11   opinion, because many times, particularly elementary

12   school, the art teacher has a rolling class, and

13   they go into classrooms and have the art lessons in

14   the class.  So there's not really an art room per

15   se.

16           And then in some high schools and middle

17   schools there is an art room.  But even with those,

18   some of them have shifted more to the mobile art

19   program going into classrooms, instead of the

20   students having to get up and leave the classroom,

21   go down the hallway, go to an art room.  It's

22   bringing the art to them.

23           So I can't say it really would have an

24   impact not having an art room, per se.

25       Q    In your writing around school climate, do



1  you discuss the importance of participation in

2  extracurricular activities?

3      A    Yes.

4      Q    How is that important to school climate?

5      A    Well, it's not just extracurricular

6  activities, because some of those activities can

7  take place -- the term "extracurricular" implies it

8  is always after school.  There are some

9  opportunities that schools provide to students for

10  extracurricular activities during the school day.

11          So that perhaps you may remember study

12  halls.  Well, those study hall periods now have been

13  turned into activity periods for lot of schools

14  where a student can participate, say, in a chess

15  club during that period of time.

16          But it's important to have, in my opinion,

17  again my opinion, based on the research and

18  experiences, that students do well in school when

19  they feel connected, when they feel engaged.  And

20  one way to do that is to have a lot of clubs and

21  activities for them to engage in other than just the

22  academic work.

23      Q    We talked about PBIS a little bit earlier.

24  How does PBIS help create a positive school climate?

25  It addresses all those issues -- all those



1  determinants we talked about earlier:  The social,

2  emotional, the camaraderie, the engagement, the

3  connectedness, the cleanliness of the building, the

4  availability of someone to talk to if the student

5  has concerns, the welcome -- the parents are

6  welcomed to come into the building, encouraged to

7  come into the building, or the volunteers are

8  encouraged to come into the building.

9          All those are important components of a

10  positive school climate.

11          MS. LILL:  I'm going to hand the court

12      reporter what I'd like to have marked as

13      Plaintiff's Exhibit 104.

14          (WHEREUPON, Plaintiff's Exhibit-104 was

15       marked for identification.)

16  BY MS. LILL:

17      Q    This was produced to us by the State and

18  bears the Bates labeled GA01640573.

19          This appears to be an email that may have

20  remained in draft form.  The subject matter is

21  GNETS, and it says it was sent on 8/13/2020.

22          Do you see that?

23      A    Yes.

24      Q    This was an email that was produced from

25  your records, Dr. McGiboney.  Do you recognize this



1   document?

2           MR. BEDARD:  I just object to the extent

3       -- I don't see anything on the document itself

4       that indicates that it was from McGiboney's

5       files, but I'll just put that on the record.

6           If you recognize it, you can say so.

7   A    No, I don't.

8   Q    You don't recall preparing this?

9   A    No, I don't.  The contents makes reference

10  to the school offices, school safety and climate,

11  and PBIS, but as far as this document, I don't

12  recall this.

13  Q    So at the very bottom of this document --

14  A    On the first page?

15  Q    No.  I'm sorry.  The second page.

16  A    The second page.

17  Q    About five lines down, it starts with

18  GaDOE, Georgia Department of Ed, PBIS.

19           Do you see that?

20  A    Yes.

21  Q    It says:  "Georgia Department of Ed PBIS

22  has 4 levels of school recognition."

23  A    Right.

24  Q    "With specific criteria all

25  schools/programs must meet to achieve that level."



1        A    Yes.

2        Q    Does this accurately reflect the four

3   level system?

4        A    Yes.  The installing, the emerging, the

5   distinguished, operational.

6        Q    So installing level, "schools are either

7   participating in year one training or building their

8   PBIS system framework."  Is that accurate?

9        A    Yes.

10       Q    And for Emerging, "initial fidelity met."

11            Is that accurate?

12       A    Yes.

13       Q    Operational, "evidence provided for

14   high-fidelity of Tier I implementation."

15       A    Yes.

16       Q    Is that correct?  Did you say yes?

17       A    Yes.

18       Q    Sorry.

19            And Distinguished, "high fidelity at Tier

20   I and installing Tier II system."

21            Is that correct?

22       A    Yes.

23       Q    Is there anything that you would want to

24   add to clarify about the ratings system to further

25   explain it?



1          MR. BEDARD:  Object to form.

2      A    I believe these are short descriptions of

3  it.  There is a fidelity measure.  Reference to

4  fidelity is not just incidental.  There is a

5  fidelity measure of the effectiveness of PBIS, so

6  that you know that it's being implemented correctly.

7      Q    And can you give a general overview of

8  what supports are provided in each tier?

9      A    It is based somewhat on the school itself.

10  There's not a canned program that you take into the

11  school and say this is what you have to do.

12          There is some consideration given to where

13  is the school now.  For example, there's a review of

14  the data, how many suspensions, how many office

15  discipline referrals, academic standing.

16          A lot of data is reviewed in the first --

17  in the installing, to get the staff -- because the

18  staff helps build the overall plan.  The PBIS is a

19  framework from which the facilitator can work to

20  help the staff develop plan that's unique to that

21  school based on those measures of fidelity.

22          It starts with a data review.  So the

23  installing is helping the school identify what's

24  important, what do they have trouble with, what

25  should they be working on.



1          It could be a school that's doing well
2    academically but they don't have very many ways for
3    students to engaged with each other.  They don't
4    have very many ways to build on those social
5    determinants.  So the school may decide to build a
6    network of extracurricular activities or
7    intracurricular activities.  That may be something
8    they do.
9          And then the next level is, how are they
10   going to do that?  How can the staff participate in
11   that?
12         And the operation end is, are they
13   actually doing it?
14         And then the distinguished part is, how
15   well is it working?  Is it helping just a few
16   students or it is helping all students?  Do all
17   students have access to this or just a few?
18         So it goes through an organic development
19   process as well.
20      Q    So are there schools that have fully
21   implemented PBIS at all tiers?
22      A    Yes.
23      Q    And what level on this rating system would
24   they be at?
25      A    At the top level.



1      Q    So distinguished?

2      A    Distinguished, yes.

3      Q    So the distinguished rating here says

4  "high fidelity at Tier I and installing Tier II

5  system."

6           So what I'm asking is, if you have a

7  school that has installed all three tiers and it's

8  implementing them with fidelity, does that school --

9  is there any rating beyond distinguished?

10     A    Not, not formally.  You know, within the

11 PBIS framework, that's really based on those four.

12 But there are some schools that continue to be

13 outstanding in what they're doing and they have

14 terrific outcomes for students and so there are some

15 incentives for them to be named and recognized.

16          Particularly with their peer groups.  This

17 school has been the distinguished school for, say,

18 five years, so we want to recognize the work they're

19 doing.

20          So there's other ways to recognize what

21 they're doing beyond the framework itself.

22     Q    And Tier II and Tier III supports, can you

23 talk -- can you explain just what those are?

24     A    Tier I is every classroom.  Tier I is all

25 children.  And that's the strength, in my opinion,



1  of school climate, and PBIS is that it's for

2  everybody.  You improve the -- you lift everybody

3  up.  That's the value of workplace climate, that's

4  the value of school climate, and Tier I is everyone.

5  It's not just focusing on kids who are having,

6  quote, problems.

7          Tier II is more localized in that you

8  identify a smaller group of students who may be

9  showing a need for more direct and more often

10 interventions or supports.  They just need to have a

11 little extra attention and maybe a little extra

12 support.  Maybe they're having difficulty with

13 attendance because of home problems.  So there may

14 be a coordinated effort with a local social worker

15 from DFCS or the school social worker working with

16 DFCS to try to work on the attendance issue.

17         So that's not Tier I because it's not

18 everyone, but it's Tier II because the child is

19 having more problems, but it's not Tier III because

20 they don't need special education.

21         So as you can imagine, it's like the

22 pyramid.  You have all students in Tier I, and then

23 it gets a little bit more narrow, and of course Tier

24 III is when you have the more direct intervention,

25 like with special education.



1           So PBIS was not really intended to go all
2    the way to Tier III, but the U.S. Department of
3    Education has encouraged school districts, through
4    Project AWARE, which is bringing mental health
5    services into schools.
6           The Project AWARE grant, as you probably
7    are aware, is the federal grant, encourages schools
8    to even include some of the PBIS principals even in
9    Tier III, but not, not as -- not as an intervention
10   and not as therapeutic services, but as, again,
11   focusing on how the elements of a positive school
12   climate can even impact Tier III.
13      Q    Thank you.  And we're going to talk more
14   about Project AWARE in a little bit, but that was
15   very helpful.
16           So returning to this document, if you move
17   just a couple of lines down, just to the very -- the
18   content at the very end of this document, it says
19   that there was no recognition in 2019-2020 school
20   year due to school closures from COVID.
21           Do you understand that to have been true?
22      A    Yes.
23      Q    And then it states that the "recognition
24   below is included separately for GNETS only for the
25   purposes of this report," and it lists the



1  distinguished, operational, emerging, and installing

2  readings for the -- and it says above, the 2018-2019

3  school year, number of schools at each recognition

4  level.

5         Do you have any reason to believe this is

6  inaccurate?

7         MR. BEDARD:  Object to form.

8    A    Do I believe that it is accurate?

9    Q    Do you believe that this is accurate?

10   A    I would speculate that it is.  It looks

11  like it probably is accurate, but I cannot validate

12  that.

13   Q    So in the distinguished category listed

14  here, it has 58 schools and programs, four GNETS

15  programs, and six sites within the programs.

16        Is that an indication that in 2019 of all

17  the GNETS programs four programs received

18  distinguished ratings?

19        MR. BEDARD:  Object to form.

20        I think he already testified he doesn't

21     know if the numbers are correct or not.

22   A    That's what the document says.  I don't --

23  I can't verify it.

24   Q    So earlier I showed you Exhibit 99, which

25  was an email that you sent to Diane Durrence, that



1  characterized sort of the GNETS program and the

2  types of students that it served?

3      A    Right.

4      Q    And in that email you wrote:  "There are

5  psychological education centers that serve severely

6  emotionally disturbed students."

7          Is that, is that your understanding of the

8  population of students that the GNETS program

9  serves?

10          MR. BEDARD:  Object to form.

11     A    Generally speaking, yes.

12     Q    Are there any exceptions to that?

13     A    Not that I'm aware of.

14     Q    If a school serving this population of

15  students, so a GNETS school, was implementing PBIS,

16  what level of services would this category of

17  students need?

18          MR. BEDARD:  Object to form.

19     A    Level of service?

20     Q    So tier.  I'm sorry.

21          What tier level?

22     A    It would, it would -- you're talking about

23  PBIS tier?

24     Q    Yes.

25     A    It would go through the same process of



1  emerging and, and the Tier I would be all the
2  students in the GNETS program, just like Tier I
3  would be all the students in the typical school.
4      Q    Do students with severe emotional and
5  behavioral challenges need Tier II and Tier III
6  supports, in your opinion?
7            MR. BEDARD:  Object to form.
8      A    Technically, they're already in Tier III
9  as far as least restrictive environment, but that
10 doesn't mean you can't focus on improving the
11 climate of the school or even taking the tier -- the
12 multitiered concept into a GNETS program and have
13 something that impacts all the students, even though
14 they each have their own Individual Education
15 Program.
16     Q    So, in your opinion, can a GNETS program
17 have an effective PBIS program?
18     A    I think it can.  In my opinion, it can.
19 That's why we tried to add PBIS to the GNETS
20 programs.  At least we, as a department, offered it
21 to the GNETS programs.
22     Q    And has that been successful?
23     A    Well, according to this document, which
24 frankly, again, I don't recognize, which is it seems
25 like it's an unusual document because even the



1   font's unusual.

2          But we were seeing some success.  When I

3   left the department, we were seeing some success in

4   implementing the components of PBIS in the GNETS

5   program.

6          It's different.  It's a different setting,

7   just like every school that you implement PBIS is a

8   little bit different.  That's why it's not a canned

9   program, and that's why it has proven to be

10  effective in a lot of schools because it's not a

11  forced program.  It's volunteer.  Nobody is required

12  to do it.

13         That's the essential part of PBIS, is that

14  it's not required.  In some states PBIS is required.

15  In Georgia, it's not required.  It's all voluntary.

16         So us to have I believe all the GNETS

17  trying to implement PBIS and 1,400 schools

18  implementing PBIS is I think a tribute to the PBIS

19  staff because, again, it's all voluntary.  The

20  schools don't have to do it.

21     Q    And you said that there was some evidence

22  that it was taking hold --

23     A    Yes.

24     Q    -- in GNETS?

25         What, what is that evidence that you



 1  reviewed?

 2      A    The data there.

 3      Q    But is there other evidence aside from

 4  what I showed you --

 5      A    Just -- I'm sorry, I didn't mean to

 6  interrupt you.

 7           Other evidence?  Anecdotal reports.  When

 8  I met with the PBIS team, they were pretty excited

 9  about some of the progress being made in some of the

10  GNETS.

11      Q    If a GNETS program was rated as emerging,

12  what does that indicate, if anything, about how it's

13  serving its students?

14           MR. BEDARD:  Object to form.

15      A    Emerging means there's some changes taking

16  place that are discernible.  And it could be more

17  interaction between students.  It could be more

18  interaction between staff.  It could be more

19  interaction between staff and parents.

20      Q    If general education schools were

21  effectively implementing PBIS with fidelity,

22  including Tier II and Tier III supports, would that

23  allow students with emotional and behavioral

24  disabilities to receive services and supports in

25  more integrated settings?



1             MR. BEDARD:  Object to form.

2      A    I couldn't really answer that.  I don't

3  have any research I can point to for that to answer

4  that.

5      Q    When did -- when did the State of Georgia

6  begin its PBIS initiatives in earnest?

7      A    I believe -- I believe that was around

8  2002 -- 2001, 2002.  Around that time frame.

9             No, maybe it was closer to 2004.

10            When I came to the department in 2007, we

11  had about -- we only had about 60 schools

12  implementing PBIS.  So that became one of my

13  missions, so to speak, was to expand the program.

14            At that time, it was focusing very

15  narrowly on just those schools, and I just felt like

16  there was more to offer and more that could be done.

17  And the State school superintendent at that time

18  encouraged that expansion.

19            So we went into a number of schools, spoke

20  to a number of educational associations and said

21  this is what we have to offer.  But, again, it was

22  voluntary.

23            So the growth of it was encouraging.

24  People wanted their schools to be better.

25      Q    Are you surprised that in 2022 there are



1  GNETS programs that have not fully implemented PBIS?

2      A    No.  It would be the same as asking was I

3  surprised that any school is not fully implementing

4  PBIS because it depends on where they started.

5          One of the challenges of any school is --

6  can be staff turnover.  As you know, in education,

7  generally speaking across the board, there's a lot

8  of teacher and staff turnover.

9          So sometimes schools, if for some reason

10 they had a significant number of staff turnover,

11 they would almost have to go back to the installing

12 phase or the emerging phase so that everybody -- the

13 new staff members are also trained and caught up to

14 date.

15         So it really is -- it depends on the

16 situation.

17         So to say, answer your question, no, I'm

18 not surprised because it depends on where those

19 schools started.  They could have had a leadership

20 change and start all over.

21     Q    Are you familiar with the concept of the

22 Interconnected Systems Framework?

23     A    Yes.

24         MR. BEDARD:  Victoria, if you're -- I

25     don't know if this is the same subject or



1       you're moving to something else, but I think

2       we've been going about an hour and a half.

3            MS. LILL:  We can take a break if you

4       like.  Sure.

5            THE VIDEOGRAPHER:  Off the record at 3:06

6       p.m.

7            (A recess was taken.)

8            THE VIDEOGRAPHER:  Back on the record at

9       3:18 p.m.

10  BY MS. LILL:

11       Q    Dr. McGiboney, right before the break I

12  was asking you about the Interconnected Systems

13  Framework.

14            Are you familiar with that concept?

15       A    Yes.

16       Q    Is it also referred to as ISF?

17       A    That's my understanding.

18       Q    Can you describe the Interconnected

19  Systems Framework as you understand it?

20       A    It's a framework from the U.S. Department

21  of Education, endorses to, as I understand it, to

22  link more behavioral health services with schools.

23       Q    Do you understand it to be in use in

24  Georgia?

25       A    Yes.



1      Q     In what way?

2      A     Through PBIS and through the Project

3  AWARE.

4      Q     And does somebody at the State oversee

5  implementation of an Interconnected Systems

6  Framework?

7      A     Not directly.  We have a Project AWARE

8  grant, and our PB -- the department's PBIS program

9  manager talks about, to school districts, about the

10  interconnected framework, and Project AWARE is part

11  of the PBIS team.

12     Q     We will talk a little bit more about this

13  in a few minutes.  Thank you.

14           MS. LILL:  I'm handing the court reporter

15      what I'd like to have marked as Plaintiff's

16      Exhibit 105.

17           (WHEREUPON, Plaintiff's Exhibit-105 was

18        marked for identification.)

19  BY MS. LILL:

20     Q     This document was produced to the United

21  States and it has the Bates-stamp No. GA00528290.

22  It is an email chain between Dr. McGiboney and Myrel

23  Seigler, dated September 8, 2017.

24           Dr. McGiboney, does this document look

25  familiar to you?



1      A    No, I don't -- I can't say I recall this,

2  except -- I'm trying to remember who Myrel Seigler

3  is.

4      Q    So it appears on September 7, 2017 that

5  Myrel Seigler emails you with questions about

6  something that appeared in cabinet minutes, and that

7  particular item appears to be a contract to provide

8  applied behavioral analysis principles as a

9  self-guided professional development and support

10  platform designed for teachers and

11  paraprofessionals.

12          Do you see that?

13          MR. BEDARD:  Object to the form.

14      A    Yes.

15      Q    And Myrel Seigler asks you if this is

16  something that school counselors and social workers

17  should be aware of.

18          Do you see that?

19      A    Yes.

20      Q    In your reply, September 8, 2017, you say:

21  "This Board item is only for the GNETS programs.

22  It's ABA training because we are out of IDEA

23  compliance at the GNETS."

24          Do you see that?

25      A    Yes.



1      Q    How are the GNETS out of IDEA compliance?

2      A    I don't recall.

3      Q    Do you recall anything about this email or

4  what you meant here?

5      A    No, I don't.

6      Q    In your opinion as a psychologist focused

7  on student mental health, what kinds of behavioral

8  health services should be provided to students with

9  emotional and behavioral disabilities in GNETS?

10      A    Depends on what they need.

11      Q    Can you give me some samples of the kinds

12  of services --

13      A    GNETS?

14      Q    -- that they would need?

15      A    Well, I have not worked in a GNETS, so I

16  couldn't fully answer that question.  Again, it

17  would depend on what the IEP calls for, because

18  mental health is on a scale of 1 to 10 as far as

19  severity.  So it depends on what the IEP asks for.

20      Q    Do you understand the IEPs of these

21  students to require a high level of need?

22           MR. BEDARD:  Object to form.

23      A    I would think so with GNETS.

24      Q    Would you think that students with this

25  level of need would need counseling?



1          MR. BEDARD:  Object to the form.

2      A     Again, it depends on how you define

3  counseling and also depends on the IEP.

4      Q     Would you expect GNETS to employ

5  psychologists?

6          MR. BEDARD:  Object to form.

7      A     Again, it depends on the IEP.

8      Q     Do you understand students in GNETS to

9  have a high level of need for therapeutic services?

10      A     I know it's -- the IEP team has determined

11  that's the least restrictive environment.  By the

12  nature of the name, education therapeutic services

13  would imply to be, yes, they have a higher level of

14  need than typical students.

15      Q     And do you understand them to have mental

16  health and behavioral-related disabilities?

17      A     I don't know that all of them have both.

18      Q     Do you know what the entrance criteria is

19  for GNETS?

20      A     No.

21      Q     Earlier today we looked at your book, the

22  Psychology of School Climate.  Do you discuss

23  student/teacher interactions in your book?

24      A     Yes.

25      Q     Do you discuss whether those interactions



1  impact school climate?

2       A    Yes.

3       Q    And what do you say in your book about

4  that?

5       A    That those interactions are important.

6       Q    Can you tell me more about what kinds of

7  interactions you think are important?

8       A    That hopefully they will be positive

9  interactions and repeated interactions.

10      Q    And does that include the learning, the

11 teaching and learning?

12      A    Learning doesn't take place without

13 engagement.

14      Q    Tell me more about what that means.

15      A    That means that the teacher and the

16 student have to connect.  They have to understand

17 each other.  That's the definition of engagement,

18 and from that engagement learning takes place, or

19 can take place.

20      Q    Do you have an opinion about how online

21 learning impacts school climate?

22      A    Well, if they're not in school, so it's

23 difficult to make that connection.

24      Q    If they're in school and learning largely

25 from programs on a computer, how does that impact



1  the school climate?

2          MR. BEDARD:  Object to form.

3      A    There are a lot of schools that have had

4  online programs for years, and that can still have a

5  positive school climate.

6      Q    If students were learning entirely or

7  largely by computer in the presence of a school

8  building, do you have an opinion about what impact,

9  if any, that has on school climate?

10     A    It could still --

11         MR. BEDARD:  Object.

12     A    -- a positive school climate, because

13  they're not going to be sitting at their computer

14  for seven hours.  They'll have to interact with

15  others.  They'll have to go in the hallway.  They'll

16  have to go into the cafeteria.

17         So there's still plenty of opportunities

18  to have a positive school climate while they're

19  there.

20     Q    And if that school doesn't have a

21  cafeteria?

22     A    What I'm saying is there will be other

23  opportunities than just sitting at the computer.

24  They're not going to look at their computer for six

25  or seven hours.  So what they do when they're not



1  working on their computer is important.

2      Q    What is Project AWARE?

3      A    I don't have a lot of knowledge about

4  Project AWARE.  I know it's a federal grant where a

5  state can apply, state agency can apply for the

6  grant, and typically it's -- the State, working with

7  three identified school districts, typically small,

8  medium, large district, to help them integrate ISF,

9  which is the merging of behavioral health services

10 supports with PBIS.

11     Q    Who initiated Project AWARE?

12     A    The Federal Government.

13     Q    What is your understanding of why it was

14 created?

15     A    To expand behavioral health services in

16 schools.

17     Q    Does the Department of Education have

18 direct responsibility over Project Aware?

19     A    It's their --

20          MR. BEDARD:  Object to form.

21     A    -- grant.

22     Q    I'm sorry, the Georgia Department of

23 Education -- does the Georgia Department of

24 Education have direct responsibility over

25 implementation of Project AWARE in the State of



1    Georgia?

2              MR. BEDARD:  Object to form.

3         A    In Georgia, yes.  It's a state -- the

4    State Education Agency, which is the Department of

5    Education applied for the grant.  So we are the

6    grantee, and we work with three local school

7    districts within the Project AWARE guidelines

8    provided by the U.S. Department of Education.

9         Q    Okay.  So stepping back, so the department

10   of the -- the Georgia Department of Education

11   applied for a grant to participate --

12        A    Yes.

13        Q    -- in Project AWARE; is that correct?

14        A    That's correct.

15        Q    And that grant was awarded to the Georgia

16   Department of Education?

17        A    That's correct.

18        Q    Okay.  And so the Georgia Department of

19   Education now participates in Project AWARE?

20        A    Yes.

21        Q    And the Georgia Department of Education

22   has direct oversight over implementation of Project

23   AWARE in Georgia?

24             MR. BEDARD:  Object to form.

25        A    Yes.



1     Q    And what, if any, has your role been in

2   implementation of Project AWARE in Georgia?

3     A    None, because the project manager for PBIS

4   is the one who oversees the person who is working

5   with that grant.

6     Q    Earlier we discussed the fact that at some

7   point you oversaw PBIS?

8     A    Yes.  The direct report is the program

9   manager.

10    Q    So were you overseeing the person who

11  oversaw implementation of Project AWARE?

12    A    She's not a direct report, no.  Her -- she

13  reports directly to the program manager of PBIS.

14    Q    So are you aware of how much money was

15  granted to the department, the Georgia Department of

16  Education, for Project AWARE?

17    A    I don't recall.

18        MS. LILL:  I'm going to hand the court

19      reporter what I'd like to have marked as

20      Plaintiff's Exhibit 106.

21        (WHEREUPON, Plaintiff's-Exhibit-106 was

22      marked for identification.)

23  BY MS. LILL:

24    Q    So I've just handed Exhibit 106 to the

25  court reporter, and you now have that,



1   Dr. McGiboney.

2           This document was produced to us bearing

3   the Bates-stamp GA02479129.  It is an email between

4   you and Roma Amin, dated September 9, 2015.

5           I have also provided the attachment, which

6   is a PowerPoint.  The PowerPoint, I will note, was

7   produced in native with the Bates-stamp GA02479132,

8   and we have imaged it and provided it here with

9   sub-Bates labels.

10          So the first page of the PowerPoint is

11  stamped GA02479132.001.

12          Do you recognize this document,

13  Dr. McGiboney?

14      A    Yes.

15      Q    Your email -- first of all, who is Roma

16  Amin?

17      A    She worked in the -- I think she worked

18  for state representative Katie Dempsey in the House

19  of Representatives.

20      Q    And her email to you indicates that she's

21  asking you to testify in connection with the House

22  Study Committee on Children's Mental Health.  Is

23  that correct?

24      A    Yes.

25      Q    Did you prepare this PowerPoint in



1  connection with your testimony?

2      A    Yes.

3      Q    Is the attached PowerPoint the one that is

4  referred to in the emails between you and Ms. Amin?

5      A    As I recall, yes.

6      Q    Did you prepare the content of this

7  PowerPoint yourself?

8      A    Yes.

9      Q    Can you please turn to Pages 14 to 16, as

10 labeled on the PowerPoint.

11         I'd like you to just review the bullet

12 points on Pages 14 to 16, and I'm going to ask you

13 if they accurately describe Project AWARE and the

14 goals for the program?

15     A    To the best of my knowledge, yes.

16     Q    Last you knew, were these still the goals

17 of Project AWARE?

18     A    I do not believe they changed.  There were

19 two grants, and I believe they were the same.

20     Q    Tell me about that when you say there are

21 two grants.

22     A    There was a grant that was recently

23 awarded to the Department of Education, and then

24 there was this grant, and grant one and grant two.

25         It was three different school districts,



1  however, for the second grant.

2      Q    I see.  So each time that the Georgia

3  Department of Education has received a grant for

4  Project AWARE, it has been for three school

5  districts --

6      A    Yes.

7      Q    -- to participate?

8      A    Yes.  That's the requirement in the grant.

9      Q    Okay.  What is the target population for

10  Project AWARE?

11          MR. BEDARD:  Object to form.

12      A    It's for school-age children, primarily

13  middle and high school, as I recall.

14      Q    And is it any child?  Or is it a child

15  with a particular kind of need for mental health

16  services?

17      A    It involves a screening process, as I

18  recall.  So there would be a distinction between a

19  Tier I and Tier II.  So this would be related more

20  to Tier II.

21          As we were talking about earlier, PBIS was

22  moving at the request of the Department of Education

23  to start implementing more Tier II interventions, as

24  well as Tier I.

25      Q    It might be helpful if you just give us an



1  overview of your understanding of what Project AWARE

2  is in your own words.

3       A    As I mentioned earlier, it's an effort to

4  expand awareness of mental health and behavioral

5  health issues among the staff, and also provide some

6  Tier II interventions for students.

7       Q    Do you know whether there are any specific

8  criteria for youth to be served through Project

9  AWARE?

10      A    Yes.  The grant is -- the grant

11  requirements are very specific.

12      Q    And can you tell me about those?

13      A    Not specifically, no.

14      Q    Could students who meet the eligibility

15  criteria for GNETS services benefit in theory from

16  the services offered through Project AWARE?

17      A    In theory, yes.

18           MR. BEDARD:  Object to the form.

19      Q    Are services through Project AWARE

20  available to students enrolled in GNETS?

21      A    The grant -- the federal grant is very

22  specific.  It requires the state agency applying for

23  the grant to identify a small, small size based on

24  the student enrollment, and medium size school

25  system based on student enrollment, and a large





 1  school system based on student enrollment.

 2          So it's for school districts specifically.

 3  It's not for programs.

 4      Q    So GNETS is a program?

 5      A    Yes.  It's not a school district.

 6      Q    But do the students attending GNETS belong

 7  to a school district?

 8      A    Most of them do, yes.

 9      Q    Are they -- is there -- does the school

10  district own the student in terms of are they

11  responsible for providing the student's education,

12  even when the student is in GNETS?

13      A    Yes.

14          MR. BEDARD:  Object to form.

15      Q    And so do you know where -- can you give

16  me the name of one of the counties that is working

17  with Project AWARE?

18      A    During this grant, Muscogee, Newton and

19  Spalding County.

20      Q    So if you had a student who was attending

21  Muscogee, who lived in Muscogee school district and

22  was a public school student and that student was

23  attending a GNETS program, could that student

24  receive services through Project AWARE?

25          MR. BEDARD:  Object to form.



1      A    I can't specifically answer that.  I would
2  imagine they could since that's part -- if that
3  GNETS is part of that particular school district.

4      Q    Do you know who tracks how many behavioral
5  health services are provide annually through Project
6  AWARE in Georgia?

7      A    The grant requires an evaluation.  So that
8  that would be part of the evaluation of the grant.

9      Q    Do you know who would do that evaluation?

10     A    I believe in the grant I think Georgia
11 State University is the grant evaluator.

12     Q    Do you know who, if anyone, tracks
13 outcomes for children receiving behavioral health
14 services through Project AWARE?

15     A    Again, it would be part -- any evaluation
16 of the grant would be through the same process.

17     Q    Have you ever reviewed that data?

18     A    I don't -- we looked at the data from the
19 first one, but that was a long time ago.

20          And when I say review, that was just the
21 report back to US Ed.

22     Q    And you say "we"?

23     A    The Department of Education.

24     Q    Who specifically in the department
25 reviewed that?



1      A     The Project AWARE coordinator.

2      Q     Who is the Project AWARE coordinator?

3      A     Rebecca Blanton.

4      Q     Have you ever reviewed data about whether

5  students in the GNETS program have ever received

6  services from Project AWARE?

7      A     No.

8      Q     Do you know whether anyone at the

9  Department of Education has reviewed that kind of

10  data?

11      A     If there's data related to the Project

12  AWARE grant, it would be the Project AWARE

13  coordinator.

14      Q     In your opinion, would it be important to

15  review data about whether -- data on whether

16  students in the GNETS program had received services

17  via Project AWARE?

18      A     Well, keep in mind the majority of Project

19  AWARE is for professional learning.  It's not direct

20  services to students.  Most of the project is

21  centered around the youth mental health first aid,

22  which is training provided by Mental Health America,

23  so that staff members are more aware of and able to

24  identify the mental health needs, behavioral health

25  needs of children.



1          So the large focus is on professional

2     learning.

3          Q    So on Page 15 of the PowerPoint I handed

4     you, if you look at the second-to-last bullet, it

5     says developing -- the title of this slide is

6     "Project AWARE Implementation, and that bullet says,

7     "Developing mental health referral processes for the

8     three school systems to expedite the delivery of

9     mental health services from providers for student in

10    crisis."

11         Can you explain how that, how that

12    happens?

13         MR. BEDARD:  Object to the form.

14         A    When staff members are trained in the

15    mental health awareness.  They are more likely to

16    discern when a student may have a mental health

17    issue or mental health crisis, and from that they

18    would know who then to refer the student to.  It

19    could be to the counselor, who then makes the

20    referral to the parent or to a Community Service

21    Board, or they may find out that a student already

22    has a provider, so they just make sure the provider

23    knows that the student is having some issues.

24         Q    And then on the very next page, on 16, the

25    top bullet says:  "Developing agreements with



1  private mental health providers in the three school

2  systems to provide mental health services in the

3  school or community."

4        So you just told me that Project AWARE is

5  perhaps focused on professional learning and

6  training.  This bullet point seems to indicate that

7  it also -- one of the goals is also direct provision

8  mental health services.  Is that accurate?

9    A    It's the referral to mental health

10  services.

11        So that staff member, if they are aware of

12  mental health issues, they know what -- they know

13  the difference between a referral to the discipline

14  office and a referral to the counseling office.

15  They'll make a referral to the counseling office now

16  that they're aware because they have been made aware

17  of what mental health issues could look like, how

18  they could be manifest.  So then they make an

19  appropriate referral.

20        And then the system that's already in

21  process hopefully would expedite that referral to

22  the CSB, or to the private provider, depending on

23  what the parent's insurance situation may be.

24    Q    Has there been any discussion of expansion

25  of the Project AWARE model?



1          MR. BEDARD:  Object to form.

2     A    The Project AWARE staff does provide youth

3  mental health training beyond those three school

4  districts if requested, and the U.S. Department of

5  Education said that's okay.

6     Q    Beyond the provision of Project AWARE to

7  three counties, has there been discussion either at

8  the state or federal level that you're aware of?

9          MR. BEDARD:  Object to form.

10    A    About expanding --

11    Q    About expanding Project AWARE, so that it

12  goes beyond three school systems in a state?

13    A    No, we haven't talked to the U.S. Ed about

14  that, but there is an expansion of mental health

15  awareness training.

16    Q    Through Project AWARE?

17    A    No.  Through state funding.

18    Q    And tell me about that.

19    A    The legislature did a line item 2018 to

20  allow the Department of Education to work with the

21  National Alliance on Mental Illness and the Georgia

22  Mental Health -- I'm sorry, Mental Health America,

23  to go out, as I mentioned earlier, to provide

24  training, and also the Georgia collaborative project

25  provides training for teachers and other educators



1  on mental health awareness.

2         And at last count we had over 35,000

3  teachers have been trained.

4      Q    So I want to move to a discussion about

5  Apex.

6         Can you tell me what the Georgia Apex

7  program is?

8      A    Just at the service level, the Department

9  of Developmental -- the Department of Behavioral

10 Health and Developmental Disabilities, DBHDD,

11 received funding to provide a mental health

12 therapist in school, in a school setting.

13     Q    So the Department of Behavioral -- DBHDD

14 received funding to provide mental health therapists

15 in schools?

16     A    Yes.

17     Q    Where did they receive that funding from?

18     A    I think it's coalescing of state and

19 federal funds, but I'm not absolutely certain of

20 that.

21     Q    What is your -- why was Georgia Apex

22 program created?

23         MR. BEDARD:  Object to form.

24     A    To address the access to mental health

25 services.



1      Q     In schools?

2      A     In schools.

3      Q     How is Georgia Apex different than Project

4    AWARE?

5      A     It's therapists in schools, and Project

6    AWARE is not therapists in schools.

7      Q     What is the goal of the Georgia Apex

8    project -- program?

9            MR. BEDARD:  Object to form.

10           Object to form; calls for speculation.

11   BY MS. LILL:

12     Q     Does the Georgia Apex program have a goal?

13     A     To --

14           MR. BEDARD:  Object to form.

15     A     -- provide access to mental health

16   services.

17     Q     And what is the goal of Project AWARE?

18           MR. BEDARD:  Object to form.

19     A     To make staff members aware of mental

20   health.

21     Q     How do the goals for the two programs --

22   are they the same?

23           MR. BEDARD:  Object to form.

24     A     No.  Apex is direct service in the

25   schools.  Project AWARE is awareness of identifying



1  students who may have a mental health or behavioral

2  health issue, which then could lead to a referral to

3  a Community Service Board or referral to a private

4  provider or just informing the parents.

5      Q    So is it accurate for me to say that Apex

6  is direct provision of mental health services in

7  schools?

8      A    Yes.

9      Q    And Project AWARE is identification of a

10 mental health need and referral out of the school to

11 a community provider?

12     A    That's part of it.  But as it says in the

13 name, Project AWARE is awareness of mental health.

14 Awareness of behavioral health issues.

15     Q    How was the Apex program initiated --

16         MR. BEDARD:  Object to form.

17     Q    -- in the State of Georgia?  How did it

18 come to be?

19         MR. BEDARD:  Object to form.

20     A    I don't know.  I don't know the origin.

21     Q    Are there individuals and agencies within

22 the State that were proponents of the program?

23     A    Proponents?

24     Q    Advocated for a program like Apex?

25     A    I don't know.



1     Q    Can you explain to me how Apex actually

2   gets providers into schools?

3     A    That's a good question.  I'm not certain.

4          It's a complex process for two reasons:

5   One is because of the workforce shortage, and the

6   other is transportation and location of the schools

7   and the provider.

8     Q    Can you tell me what you do know about how

9   that process works?

10    A    That's entirely up to DBHDD.  They make

11  all the selections of the providers and they select

12  the schools.

13    Q    Does the Apex program involve a

14  partnership between Community Service Boards and

15  schools?

16    A    I don't know.

17    Q    So it's your understanding DBHDD has

18  direct responsibility over the Apex program?

19    A    They do.  It's their program.

20    Q    Why was it set that way?

21         MR. BEDARD:  Object to form; calls for

22     speculation.

23    A    I don't know.

24         MS. LILL:  I'm going to hand the court

25     reporter what I'd like to have marked as



1      Plaintiff's Exhibit 107.

2            (WHEREUPON, Plaintiff's Exhibit-107 was

3       marked for identification.)

4  BY MS. LILL:

5      Q    This was a document that was produced to

6  us by the State.  It bears the Bates Stamp labeled

7  GA00552974.

8            And it is an email from -- between Dr.

9  McGiboney and Gail Smith, dated March 7th, 2019, and

10  the subject is "Re:  Apex Funding and Counselors."

11            I believe we already looked at a document

12  between you and Gail Smith, but can you remind me

13  who Gail Smith is?

14      A    No.  That was Sue Smith.

15      Q    Sue Smith.  Okay.

16            Who is Gail Smith?

17      A    At that time she was a lobbyist for the

18  Georgia Association of School Counselors.

19      Q    And in this document, Ms. Smith asks you,

20  quote:  "If the Governor's Office/DOE will provide

21  guidance on how to utilize Apex counselors."

22            Do you see that?

23      A    Yes.

24      Q    And you replied:  DBHDD -- I'm sorry.

25            "Apex is strictly a BHDD function.  The



1   DOE has nothing to do with the program and the

2   Governor's Office will not provide guidance since

3   the program is housed in BHDD.  I have criticized

4   the rollout of Apex because BHDD has not included

5   the DOE or school counselors ."

6          Do you see that?

7      A    Yes.

8      Q    When you say BHDD there, do you mean

9   Departmental of Behavioral Health and Developmental

10  Disabilities, DBHDD?

11     A    Yes.

12     Q    Is there a practice or policy that the

13  Governor's Office gives guidance for the Department

14  of Education but not for the Department of

15  Behavioral Health and Developmental Disabilities?

16          MR. BEDARD:  Object to form.

17     A    I can't answer that question.

18     Q    You say here in the email:  "The

19  Governor's office will not provide guidance since

20  the program is housed in BHDD."

21          What did you mean when you said that?

22     A    Going back to the first sentence, Apex is

23  strictly a BHDD function.

24     Q    Are you saying if there was such feedback

25  from the Governor's office or guidance, it would go



 1  directly to that agency?

 2       A    No.  What I'm saying is the guidance would

 3  come from BHDD to DOE, and not from the governor.

 4       Q    Thank you for that.

 5            What specifically are your criticisms of

 6  the rollout of Apex, as you say here?

 7       A    As I said here, they did not contact

 8  school counselors to get suggestions of how it would

 9  be rolled out, how it would be introduced to

10  schools.

11       Q    Who didn't, when you say "they"?

12       A    DBHDD.  But they have corrected that and

13  now they do include school counselors when they work

14  with schools.

15       Q    Tell me about that correction.

16       A    What do you want to know?

17       Q    How did it come about?

18       A    Well, they now work with the Department of

19  Education, with the -- the Department knows more

20  about what schools are being selected and what

21  schools are now included in the Apex network.

22       Q    How did that change come about?

23       A    Just over time as Apex evolved into a --

24  as new programs developed organically, they realized

25  what they needed to do to make it work more



1  effectively.

2      Q    And what's the basis for your

3  understanding that this correction has been made, as

4  you said?

5      A    It's not really a correction.  It's just a

6  natural progression of development of a program, and

7  I know -- and I've learned that from the director

8  the program, Dante McKay.

9      Q    So that --

10     A    He works at DBHDD.  As I mentioned

11  earlier, he's the director of adult, adolescent

12  services.

13     Q    And so is it -- are you saying that the

14  basis for your understanding that this progression

15  has happened comes from conversations that you've

16  had --

17     A    Yes.

18     Q    -- with Mr. McKay?  Yes?

19     A    That's correct.

20     Q    Why do you -- I believe you said that you

21  feel it's important that school counselors be

22  included in the Apex process.  Why do you think that

23  is important?

24     A    Because Apex counselors, the therapist is

25  coming into the building, and it makes for a



1  smoother transition and introduction of the

2  therapist to a student.  If the counselor already

3  knows the students, can introduce them.  Also the

4  counselor can be the contact point when the Apex

5  person comes into the building and introduced not

6  only to the students but also to the staff, as well

7  as parents, for that matter.

8       Q    Do you think the Department of Education

9  should be included in the Apex program?

10      A    No, not necessarily.  We were advocating

11  for BHDD to make sure they worked with school

12  counselors, and that's why Gail Smith, who was

13  working for the School Counselors Association, was

14  asking the DOE to help convince Apex, or BHDD, to

15  work more closely with school counselors.

16      Q    When you say we were advocating for DBHDD

17  to make sure they worked with school counselors, who

18  is "we"?

19      A    Me.

20      Q    So returning to this document, you then

21  write:  "I think your organization should ask to

22  meet with BHDD Commissioner Judy Fitzgerald to

23  express your concerns.  She certainly knows how I

24  feel about it."

25           Do you see that?



 1      A    Yes.

 2      Q    What concerns have you expressed to Judy

 3  Fitzgerald about the Apex program?

 4      A    What we've already talked about.

 5      Q    And how did you express those concerns?

 6      A    Pretty much the same way I expressed it to

 7  you just now, that, Commissioner, please include

 8  school counselors in this process.  They have a role

 9  to play and they can make it much easier for your

10  Apex therapist.

11      Q    And did you do that in person?

12      A    I know Judy.  We talk frequently, when I

13  was at the Department of Education.

14      Q    So is this in a single sit-down meeting or

15  a series of --

16      A    It's over time.  As programs -- as I

17  mentioned earlier, programs developed organically

18  and you learn what works and what doesn't work.

19      Q    And what did Ms. Fitzgerald say to you in

20  response to the feedback you provided?

21      A    That we'll work on it.  She was

22  responsive.

23      Q    Who else have you spoken to, if anyone,

24  about your concerns relating to the Apex program?

25      A    I think it was just those two, since



1  they're more directly -- they're directly involved

2  with the Apex program.

3      Q    So returning to this email, you say:  "You

4  should read HB 514.  It will be on the House Floor

5  today.  You will see why BHDD campaigned against the

6  bill."

7          Do you see that?

8      A    Yes.

9      Q    And what was HB 514?

10     A    I don't recall.  There's an HB 154 every

11  year -- or 541 -- 514.

12          There's an HB 514 every session, every two

13  years.  So I don't recall what that is.

14     Q    So would Google be correct that HB 514

15  could have been the, in 2019, could have been the

16  creation of the Georgia Mental Health Reform and

17  Innovation Commission?

18          MR. BEDARD:  Object to form; calls for

19     speculation.

20     A    Could be.

21     Q    And do you know why DBHDD would campaign

22  against a mental health --

23     A    No.

24     Q    -- bill?

25          Are there any other state agencies outside



1  of DBHDD that have responsibilities relating to

2  Apex?

3      A    Not to my knowledge.

4      Q    Does the Apex program have a target

5  population?

6           MR. BEDARD:  Object to form.

7      A    I don't know that it has a target

8  population.  I can't really answer that.

9      Q    What group of students does it intend to

10 serve?

11     A    It's my understanding it's middle school

12 and high school age students.

13     Q    Any student in middle or high school?

14     A    Middle school and high school.

15     Q    Could students who receive services

16 through Project AWARE also benefit from services

17 provided through Apex?

18          MR. BEDARD:  Object to form.

19     A    If there is an Apex therapist in the

20 school that are a part of Project AWARE, yes.

21     Q    Do you know whether those three school

22 systems that participate in Project AWARE also have

23 Apex services within them?

24     A    I don't know.

25     Q    Could students who meet the eligibility



1  criteria for GNETS services benefit, in theory, from

2  the services offered through Apex?

3          MR. BEDARD:  Object to form.

4      A    If the therapist was in the building.

5      Q    Are Apex services available to students in

6  the GNETS program?

7      A    I don't know if they are one of the 700

8  schools or not.  I don't recall.

9      Q    Do you know of any category of students

10 who are not eligible for Apex services for any

11 reason?

12     A    I'm not aware of any.

13         MS. LILL:  I'm going to hand the court

14     reporter what I'd like to have marked as

15     Plaintiff's Exhibit 108.

16         (WHEREUPON, Plaintiff's Exhibit-108 was

17     marked for identification.)

18 BY MS. LILL:

19     Q    So this document was produced to the

20 United States and bears the Bates label GA00557687.

21         It is a document, an email exchange,

22 between you and Gail Smith, on June 11, 2019.

23         And I meant to ask you about this document

24 a few minutes ago.  But at the bottom of this

25 document Ms. Smith says -- first of all, I should



1   ask you, do you recognize this document?

2        A    Yes.

3        Q    At the bottom, for the bottom of the page,

4   in her email to you, she says:  "School counselors

5   are asking questions about when/how districts will

6   receive the funding or the counselor for Apex.

7   We've explained that the funding goes to the CSBs

8   and they hire the providers.  My concern is a

9   comment that someone made in our meeting yesterday.

10  I believe it was Dante who said school districts

11  have to request the providers.  Do

12  superintendents/principals know that?  If they

13  don't, who is responsible for telling them?"

14        Do you see that?

15        A    Yes.

16        Q    And you replied, on June 11th:  "It's

17  incredible to me that Dante implied that schools are

18  not asking for APEX therapists because they may not

19  know about the programs.  The problem they do not

20  want to admit is DBHDD is not meeting the needs of

21  school systems.  I've had several school

22  superintendents contact me frustrated with DBHDD

23  because they do not have the workforce to put APEX

24  therapists in schools.  Effingham County, for

25  example, told me that their CSB said it would be



1  years before an APEX would be available.  The $8

2  million more Governor Kemp gave to BHDD for Apex was

3  in the news across the State."

4          Do you see all that?

5      A    Yes.

6      Q    Can you tell me about the sentiments that

7  you're expressing here about DBHDD's operation of

8  Apex?

9      A    The same as before, and it has been

10  improved.

11     Q    Okay.  And at the time did you feel

12  schools were aware of Apex but unable to secure

13  mental health services?

14     A    No.  It's my understanding from this, the

15  reference was that the process schools would have to

16  ask for Apex therapists through the CSBs, and the

17  implication was that the schools were not asking for

18  help.  Well, that wasn't always the case.  Dante

19  thought it was, but when I informed him that schools

20  are asking their CSB -- or through behavioral

21  health, DBHDD, for help, and then he looked into it

22  and he said we can do better with that.

23          So I went back to what I talked about

24  earlier, better communication between BHDD and

25  school districts, and they did improve that



1  substantially.

2      Q    Was this email written at a time when you

3  were in the deputy superintendent for School Safety

4  and Climate position?

5      A    No.  I was still External Affairs.

6      Q    You were?

7      A    Yes, according to this.

8      Q    And was this within your purview of --

9      A    I was still working with legislators, and

10  Gail Smith was a lobbyist for the Georgia School

11  Counselors Association.  So in her capacity as a

12  lobbyist and me still working with legislators, she

13  often asked me questions that pertained to state

14  agencies and to legislation.

15     Q    I understand now.

16          What evidence did you have of the scenario

17  you described in Effingham County.  You said here

18  that the county generally "told me that their CSB

19  said it would be years before an APEX would be

20  available."

21     A    I talked to the school superintendent in

22  Effingham County.  He called me.

23     Q    And did he call you frustrated?

24     A    Yes.

25     Q    And what did you say to him?  Or her?



1      A    I would relay that information to BHDD and

2   hopefully they would improve the process, which they

3   did.

4      Q    You reference that Governor Kemp gave an

5   additional $8 million to Apex.  What was your

6   opinion of how that money was being utilized?

7      A    How it was being utilized?

8      Q    Uh-hum.

9      A    I didn't have an opinion about how it was

10   being utilized.  I had an opinion with Dante McKay

11   and the Commissioner about how it should be

12   utilized, which was expanding Apex and more

13   collaboration with school counselors.

14         So that funding provided them more

15   opportunity to find more providers.

16      Q    Do you believe Apex could be expanded

17   today?

18      A    With funding.

19      Q    Should it be?

20      A    Well, two things:  You have to have

21   funding.  You also have to have workforce.

22         MR. BEDARD:  Object to form on the last

23      question.

24         And on the prior one.

25      Q    Back to Exhibit 106, which is the



1  PowerPoint that I had provided you, on Page 18 --

2       A    18?

3       Q    18.  The very last bullet here says:

4  "GAP," which seems to be the Georgia Apex Project.

5            Is that right?

6       A    Yes.

7       Q    GAP is collaborating with Project AWARE.

8            Can you tell me what that collaboration

9  looks like?

10      A    If there's a therapist in the school that

11  was provided by Apex, then the staff being aware

12  through the mental health awareness training.

13  That's the connection.

14           They would make the -- they would know how

15  to make appropriate referral to the Apex therapist.

16      Q    Is awareness part of the Apex model as

17  well?

18      A    No.

19      Q    So who identifies the student need in

20  order to refer the student to an Apex therapist?

21      A    The process works the same as it works for

22  a school counselor.  A teacher may make a referral

23  to the counselor.  In this case the teacher would

24  make a referral to the counselor, who then makes a

25  referral to the Apex therapist.



1           The whole idea of Project AWARE is to make
2    people aware of what to look for.
3       Q    So you, I believe, just stated that the
4    individuals in the school would -- who might be
5    participating in GAP and Project Aware might be
6    collaborating.  Is there anybody at the State level
7    who's dealing with Project AWARE that is
8    collaborating with somebody who is dealing with
9    Apex?
10      A    The, uh -- Rebecca Blanton, who is
11   coordinator for the Project AWARE, and Dante McKay
12   worked together.  Formally and informally.  They are
13   both on the IDT, the Interagency Directors Team.
14   And many times the Apex gives an update of the IDT
15   meeting, and Project AWARE gives an update.
16           So, yes, they worked together.
17      Q    Do you think it's important that those
18   people collaborate?
19      A    Yes.
20      Q    Why?
21      A    They're serving the same children.
22      Q    And what are the benefits of interagency
23   collaboration when you're serving the same
24   population?
25           MR. BEDARD:  Object to form.



1      A    Access to mental health services.

2      Q    Do you believe that interagency

3  collaboration expands access to mental health

4  services?

5      A    Yes.

6      Q    When you were at the Department of

7  Education, were those individuals overseeing the

8  Apex program and Project AWARE coordinating with the

9  individuals overseeing the GNETS program?

10     A    I don't know.

11     Q    If there was such collaboration, would it

12  be of value?

13          MR. BEDARD:  Object to form.

14     A    It depends on the type of collaboration.

15     Q    What do you mean by that?

16     A    It depends on the needs of the student.

17     Q    What would good, positive collaboration

18  look like in that regard?

19     A    With GNETS students?

20     Q    Between folks overseeing the Apex program,

21  Project Aware, and the GNETS program.

22     A    Again, it would go back to are they

23  meeting the needs of the students?  Is there

24  something in Project AWARE and something in Apex

25  that would meet the needs of the students in GNETS?



1      Q    Do you think it's safe to assume that

2   certain GNETS students are going to need counseling

3   services?

4      A    Yes, some of them would need counseling

5   services.

6      Q    And I believe you've already testified

7   that the goal of the Apex program is to provide

8   counseling services to students?

9      A    Yes.

10          MR. BEDARD:  Object to form.

11     Q    Is that correct?

12     A    Yes.

13     Q    So would it be important for the people

14   overseeing the GNETS program to coordinate with the

15   people overseeing the Apex program to provide mental

16   health services in the form of counseling --

17          MR. BEDARD:  Object to form.

18     Q    -- to a population of students?

19     A    Apex is run by BHDD.  That would be their

20   decision.

21     Q    I understand it would be their decision

22   but I'm asking you in your opinion as somebody who

23   has done extensive work coordinating and advocating

24   for mental health services in schools, and for

25   interagency collaboration, if you think that that



1  kind of collaboration would be important?

2      A    It could be important if the need was

3  there.

4      Q    And do you think that a percentage of

5  GNETS students are going to need counseling

6  services?

7          MR. BEDARD:  Object to form.

8      A    A percentage would need counseling, just

9  like a percentage of kids in a typical school would

10  need counseling.

11      Q    Do you think it's a higher percentage of

12  students in the GNETS program who need counseling?

13      A    Most likely.

14          MR. BEDARD:  Object to form.

15      Q    Does the Department of Education play any

16  role with respect to budgeting for Apex?

17      A    No.

18      Q    Does the Department of Education have any

19  role with respect to strategic planning for Apex?

20      A    Not that I'm aware.

21          MS. LILL:  If we could do just like a

22      five-minute break.

23          MR. BEDARD:  Sure.

24          MS. LILL:  That would be great.

25          THE VIDEOGRAPHER:  Off the record at 4:24



 1      p.m.

 2            (A recess was taken.)

 3            THE VIDEOGRAPHER:  We're back on the

 4      record at 4:42 p.m.

 5  BY MS. LILL:

 6      Q    Dr. McGiboney, I want to direct you back

 7  to Exhibit 108, which is the email between you and

 8  Gail Smith.

 9            In this email you say to Ms. Smith that

10  "DHDD is not meeting the needs of school systems."

11            What is the basis -- we talked about some

12  of the basis for that statement earlier, where you

13  talked about the Apex program not appropriately sort

14  of including school counselors.  Is that an accurate

15  statement?

16      A    Yes.

17      Q    And is there any other basis for the

18  statement that DBHDD is not meeting the needs of

19  children in schools?

20      A    No.  It was limited to that.

21      Q    Does the Department of Education do any

22  behavioral health needs assessments?

23      A    No.

24      Q    Do they survey superintendents about the

25  behavioral health needs?



```
1        A     Not to my knowledge.

2              MS. LILL:  I'm back to share -- somebody

3        is telling me there's no sound.

4              Can you all hear us?

5              MR. BEDARD:  She wrote that at 4:30.

6              MS. LILL:  Sorry.  I don't know why but

7        things are just coming through.  I don't know.

8              Sorry.  Okay.

9              (Discussion ensued off the record.)

10             MS. LILL:  Let me share.

11             I'm going to share a document on my screen

12       that I'd like to mark Plaintiff's Exhibit 109.

13             (WHEREUPON, Plaintiff's Exhibit-109 was

14       marked for identification.)

15   BY MS. LILL:

16       Q     Earlier -- and this was marked, this was

17   produced to the United States with the Bates-stamp

18   GA01603064.

19             And this is an email from December 8,

20   2018, from you, Dr. McGiboney, to Kevin Tanner.

21             I shared a version of this document

22   earlier, which appeared to be incomplete.  Do you

23   recall us reviewing --

24       A     Yes.

25       Q     -- this document?
```



1          Okay.  This is -- this appears to be the

2   complete version that you actually sent to Mr.

3   Tanner.  I believe the version that we showed you

4   earlier may have been a draft version.  So I wanted

5   to show you this document, and I want to direct your

6   -- I want to direct your attention to the third

7   paragraph.

8          And here it says:  "I think First Lady

9   Kemp should focus on children's mental health birth

10  to 18.  A comprehensive mental health plan for

11  children has not been developed in Georgia.  No

12  matter what GaBHDD says and tries to make you

13  believe there is not a comprehensive mental health

14  plan for children."

15         Do you see that?

16     A    Yes.

17     Q    Why do you say there's not a comprehensive

18  mental health plan for children?

19     A    What is that date of that?  '18?

20         '18.  Well, that was part of the reason

21  why the Behavioral Health Reform and Innovation

22  Commission was created, and from that the Georgia

23  Mental Health Parity Act was passed this year, and

24  that's moving toward a comprehensive mental health

25  plan for children, adolescents and adults.



1       Q    Moving towards?

2       A    Yes.  The bill is in 77 pages and it's

3  very comprehensive legislation.

4       Q    So up until now, do you believe there's

5  been a comprehensive mental health plan for children

6  in Georgia?

7       A    There's some gaps.

8       Q    And what are those gaps?

9       A    Workforce -- workforce shortages

10  primarily.

11       Q    Anything else?

12       A    It all starts from that, and then I don't

13  want to have to rehash the entire Mental Health

14  Parity Act, but it addresses many of those reasons

15  for shortages, and also the additional funding that

16  could be developed from the bill that requires

17  parity.

18       Q    Are you familiar with the range of

19  publicly available behavioral health services

20  available to children in Georgia?

21       A    Not the full range.

22       Q    You are not -- you are not aware of the

23  full range of behavioral health services available

24  to students in Georgia?

25       A    I'm not sure anyone is aware of the full



1  range.

2       Q    Publicly available?

3       A    Well, there's private providers as well.

4       Q    But I'm asking about the full range of

5  publicly available services.

6       A    Publicly available would be primarily

7  through BHDD, the Community Service Board.

8       Q    So would counseling be one of those

9  services?

10      A    Well, there's, there's a lot of LPCs that

11 are hired by BHDD, and there's a lot of LPCs that

12 are private providers.

13      Q    Would peer support be a publicly available

14 service?

15      A    Care support?

16      Q    Peer.

17      A    Peer support?  Well, there are peer

18 support specialists trained by or funded by BHDD,

19 certified peer specialists.  There's probably two or

20 3,000 of those trained, funded by BHDD and being

21 trained with assistance from the Georgia Parent

22 Support Network.

23      Q    And how about intensive intervention

24 services and supports?

25      A    BHDD is responsible for intensive.



1    Q    Do you think it's important for students
2  to have access to these services and supports in
3  schools?
4    A    Yes.  Anyone who has a mental health
5  issue, whether it's a child or adolescent or adult,
6  should have access to mental health services.  And
7  that was the genesis of the Mental Health Parity
8  Act.
9    Q    And that they have them -- they have
10  access to them in schools?
11    A    If that's the most accessible point.  Some
12  parents prefer not to have that done at the school.
13    Q    We are going to return to the Psychology
14  of School Climate.  Let me just pull it up.
15            MR. BEDARD:  It's the digital one?
16            MS. LILL:  It's digital, yeah.
17            Happy to know our Department of Justice
18      library has a copy of Psychology of School
19      Climate on hand.
20  BY MS. LILL:
21    Q    So starting right here, this is on Page
22  194.
23            You say:  "Minority students who have
24  opportunities to communicate with other students in
25  conditions that encourage interactions,



1  connectedness, and engagement benefit from a

2  positive school climate, and there is a reason why."

3        Do you see that?

4     A    Yes.

5     Q    And can you tell me what the reason why?

6     A    If you read the next sentence, it

7  explains.

8     Q    "According to Griffith schools with more

9  racially and ethnically diverse student populations

10 show significantly less satisfaction with the school

11 environment"?

12    A    Yes.

13    Q    Please explain what that means.

14    A    That in -- the research has shown, that is

15 referenced there -- and you have to read further on

16 to it -- that high schools that were highly

17 segregated, the students, the minority students were

18 not pleased with the environment of the school.

19    Q    So American high schools that are highly

20 segregated are not -- the students are not pleased

21 with the environment of the school?

22    A    That's what the research was showing from

23 the University of California.

24    Q    Is this true -- does this research apply

25 for all minority --



```
 1        A    I can't answer that.

 2        Q    -- populations?

 3             Do you believe that minority students who

 4   have opportunities to communicate with other

 5   students in conditions that encourage interactions,

 6   connectedness, and engagement benefit from a

 7   positive school climate?

 8        A    Yes.

 9        Q    Do you believe that applies to students

10   with disabilities?

11        A    Yes.

12        Q    Do you believe that applies to students

13   with emotional and behavioral disabilities?

14        A    It applies to all students.

15             MS. LILL:  I'm going to be sharing a new

16        exhibit electronically, which I'd like to have

17        marked Plaintiff's Exhibit 109.

18        Q    Dr. McGiboney, this is --

19             I think this is Exhibit 110.

20             The other one was on the record.

21             MS. LILL:  It's on the record.

22             So, I'm sorry.  Thank you for that.

23             I think they were making that noise

24        because they didn't like your book.  A lot of

25        groaning.
```



1              THE WITNESS:  That's a real possibility.

2              (Discussion ensued off the record.)

3              MS. LILL:  It's just because it's Exhibit

4       110.  So no worries about that.

5              (WHEREUPON, Plaintiff's Exhibit-110 was

6       marked for identification.)

7   BY MS. LILL:

8       Q    So, Dr. McGiboney, Exhibit 110 is another

9   book that you wrote, the manuscript which was

10  provided by the State in its production and is

11  labeled GA0163061.

12             And this book is called "A Journey with

13  Children and Characters."

14             Are you familiar with this book?

15      A    Yes.

16      Q    Did you write this book?

17      A    Yes.

18      Q    Was this book published?

19      A    Yes.

20      Q    In what year?

21      A    I don't recall.

22      Q    Let me just see if I can find it.  It

23  looks like it was copyright 2019.

24             Does that sound right?

25      A    Sounds about right.



1      Q    So on Page 113 of this document, you -- a
2  little earlier frankly -- Page 112 you talk about a
3  Level System.
4           I can give you control of this if you
5  you'd like to review the Level System.
6           You should have control of the document
7  now.
8      A    You want me to do something?
9      Q    I wanted to give you the opportunity to
10  review these pages, because you discuss a Level
11  System, and I want to ask you something that
12  pertains to that.  So I just want to make sure you
13  have an opportunity to familiarize yourself with
14  your discussion of the Level System.
15      A    Okay.
16      Q    If you are already familiar with it,
17  that's fine.
18           In this document you say:  "Concepts, such
19  as the Level System and other forms of segregation
20  are not only unholy and inhuman but downright
21  dangerous for a nation."
22           Do you see that?
23      A    Yes.
24      Q    Is that your belief?
25           MR. BEDARD:  Object to form.



1       A       You're taking it out of context.  Level

2    System referenced there is the Level System some

3    school districts had in the 1960s, where they put

4    students in Level 1, Level II, or Level III, based

5    on what they thought their cognitive or academic

6    abilities were.

7              So that's the old system.  Schools haven't

8    done that Level System in decades.

9       Q       So in this, in this sentence here, you

10   say:  "Dehumanizing concepts such as the Level

11   System," which you've just explained?

12      A       Right.

13      Q       And then you say:  "And other forms of

14   segregation are not only unholy and inhuman but

15   downright dangerous for a nation."

16             And I'm asking you, aside from the Level

17   System, do you believe that forms of segregation are

18   unholy and inhuman?

19      A       Yes, I do.

20      Q       How so?

21             MR. BEDARD:  Object to form.

22      A       Because the segregation and the term I'm

23   talking about there is not having access to

24   appropriate education or not having access to

25   healthcare, not having access to things that apply



1   to quality of life based on race or sex or national

2   origin, based on categories of possible

3   discriminations.  Simply not right to be segregated

4   based on those characteristics, and therefore

5   segregation is, to me, not having access to quality

6   of life.

7        Q    Those different classes that you just

8   referred to, would people with disabilities be

9   included in that list?

10       A    Could be, yes.

11       Q    Is segregation stigmatizing?

12            MR. BEDARD:  Object to form.

13       A    It can be.

14       Q    Is that part of why you consider it to be

15   unholy and inhuman?

16       A    Yes.

17       Q    What made the Level System dehumanizing?

18       A    It placed children in categories

19   arbitrarily.  And too often Level I, which was in

20   the lower level of education potential, were

21   overrepresented by poor children and children of

22   color and children who didn't have good language

23   skills.  And Level III were represented by --

24   overrepresented by children who had access to higher

25   quality of life opportunities, usually higher



1    income.

2         Q    How does segregation, if at all, affect

3    school climate?

4         A    I don't know because there has not been

5    any research in segregation in school climate that

6    I'm aware of.

7         Q    If students of a particular minority group

8    are segregated, away from other peers, can that

9    create a sense of stigma?

10             MR. BEDARD:  Object to form.

11        A    It depends on what you mean by other

12   peers, because -- well, it depends on what you mean

13   by other peers.

14        Q    Peers who are not in that minority group?

15        A    Well, I think -- it's opinion that the

16   more and more varied people that children have

17   access to, the richer their opportunities are.

18        Q    In what ways is segregation stigmatizing?

19             MR. BEDARD:  Object to form.

20        Q    You earlier said segregation can be

21   stigmatizing, and I'm asking you what ways it can be

22   stigmatizing?

23        A    If segregation is based on labeling or

24   categorization or characterization or one of those.

25        Q    Do you think it's important for students



1  with behavioral disabilities to have positive role

2  models for good behavior?

3      A   Yes.

4      Q   Does that -- how is that best effectuated?

5          MR. BEDARD:  Object to form.

6      A   I assume you're talking about adult role

7  models?

8      Q   No.  I'm talking about who have students

9  who have behavioral challenges, because they have a

10  disabilities is it important for them to have access

11  to peers who have positive behavior, who they can

12  learn from?

13     A   Yes.  It's always good for a child being

14  in a situation where they can learn self-regulation.

15     Q   And if students are in a facility attended

16  only by other students with behavioral challenges,

17  does that become challenging?

18         MR. BEDARD:  Object to form.

19     A   Well, I don't want to stigmatize or

20  categorize children like you're talking about

21  because you're kind of categorizing them yourself.

22         But children can interact with other types

23  of children that have similar problems but also they

24  can interact with children that have different types

25  of problems, but still the interaction can be rich



1  and can be wholesome, and it can be effective.

2          MS. LILL:  We're in the home stretch, Dr.

3     McGiboney.

4          MR. BEDARD:  Famous last words.

5          MS. LILL:  It is a home stretch.

6          I'm going to hand the court reporter what

7     I would like to have marked as Plaintiff's

8     Exhibit 111.

9          (WHEREUPON, Plaintiff's Exhibit-111 was

10      marked for identification.)

11  BY MS. LILL:

12      Q    This is a document that was produced to us

13  by the State.  It bears the Bates-stamp GA00549038,

14  and it is an email chain between you, Dr. McGiboney,

15  and Talley Wells, from December 29th, 2018.  And it

16  has -- it's "Subject:  Re: ?"

17          And I want to direct you to your response

18  to Mr. Wells at the top.

19          First of all, who is Talley Wells?

20      A    At that time he was the director of

21  Georgia Appleseed Law and Justice Center.

22      Q    And in your email on December 29th to Mr.

23  Wells, you write:  "We have" -- this is toward the

24  bottom of your email.

25          "We have much more to do to maintain our



1  gains while moving forward at the same time.  We

2  still have alternative school quality issues, GNET

3  issues, discipline tribunal issues and others, but

4  there are things we can do if we think differently.

5  For example, incentivize local school systems to

6  bring the student 'home' by funding the students at

7  $18,000 instead of the approximately $12,500 now.

8  Sure, the state would have to upfront more money but

9  look at how much could be saved on the long run."

10        Do you see that?

11    A   Yes.

12    Q   What did you mean in 2018, nearly 2019

13  here, when you said "we still have GNET issues"?

14    A   I don't know if it was related -- it was

15  apparently, looking at the rest of the email, it was

16  related to identifying through the IEP process the

17  students who were most appropriate for GNETS.

18    Q   Where do you see that?

19    A   Well, you're asking me why I said that.

20  That's what I'm answering to your question, is it

21  was probably in relation to the conversation that I

22  had with him about GNETS and IEPs.

23    Q   Okay.  Were there any other GNET issues

24  that you believe you were referring to at this time?

25    A   Not at that time, not that I'm aware of.



1      Q     And what specifically about student IEPs

2  and GNETS were you --

3      A     Well --

4      Q     -- identifying?

5      A     -- Talley and I had talked about the

6  funding for GNETS.  He was concerned and Appleseed

7  was concerned about whether the funding was

8  appropriate or should the funding be reviewed for

9  GNETS.

10     Q     And tell me what you mean about -- what

11 you mean by that?

12     A     If the GNETS needed more funding.  As I

13 recall.

14     Q     And what did -- what was your belief about

15 that?

16     A     Public education can always use more

17 funding and programs for all children.  GNETS,

18 whether it's a GNETS program or other programs, can

19 always benefit from more funding.

20     Q     And what did Mr. Wells feel about that, if

21 you know?

22           MR. BEDARD:  Object to form.

23     A     Well, I can't say what he felt about it.

24 Georgia Appleseed is an advocacy group for children.

25     Q     You say:  "There are things we can do if



1  we think differently."

2         In what ways do you think that you need to

3  think differently with respect to GNETS?

4     A    What services they have, and is there --

5  are they asking for different services, would be the

6  context of that.

7     Q    Can you explain the idea that you're

8  putting forth in this email about incentivizing

9  local school systems to bring the student home?

10    A    Incentivize is related to more awareness,

11  more aware of mental health issues, and that was

12  kind of the genesis of providing mental health

13  awareness training for educators, so they would know

14  more about what behavioral health issues look like

15  and how they're manifest.

16    Q    And what did you mean when you said a

17  local school system could be incentivized to bring

18  the student home?

19    A    If they understood more of mental health

20  issues, and perhaps that could in the long run

21  influence the IEP.

22    Q    So that the child could be served in their

23  general education setting?

24    A    If, if that was the most appropriate

25  place, yes.



GARRY MCGIBONEY                                          June 08, 2022
UNITED STATES vs STATE OF GEORGIA                              224

1      Q    Is -- can that be the most appropriate

2   place when more services are available there?

3      A    It depends on the individual.

4           MR. BEDARD:  Object to form.

5      Q    What do the dollar amounts you offer

6   represent?

7      A    Approximations.

8      Q    So why would $18,000 incentivize a local

9   school district to bring the student home?

10          MR. BEDARD:  Object to form.

11     A    The point being if they were brought home,

12  they would probably need more services or different

13  types of services, which would cost more.

14     Q    Did you just say if they were brought home

15  they would probably need more services, which would

16  cost more?

17     A    Yes.

18     Q    Why do you believe that?

19     A    It's just speculation on my part, that if

20  they come back to the school district and they have

21  high-level needs based on the IEP, they're going to

22  need more services there, at the school.

23     Q    Are you aware of what the State

24  appropriates to the GNETS program annually?

25     A    No.



1    Q    If I told you it was $75 million, would

2   you be surprised?

3         MR. BEDARD:  Object to the form.

4    A    It's just the number by itself.  I really

5   would not have reaction to it.  It would depend on

6   how many students and the services they're receiving

7   and the IEP.

8         I keep going back to the IEP, because

9   that's the controlling document.  That determines

10  what they need.

11   Q    So I'm still trying -- I just really want

12  to understand the difference between the 18,000 and

13  the 12,500 and why you -- just sort of what the

14  basis for those numbers are.

15   A    That long ago, I don't know.  I don't know

16  what the full context of that email was about, was a

17  broader discussion than what's reflected here, and

18  that broader discussion was what more, if anything,

19  could we do for students who have emotional and

20  behavioral disabilities.

21   Q    How else, in your opinion, could school

22  districts be incentivized or equipped to serve

23  students with emotional and behavioral disabilities

24  and in more integrated settings?

25   A    I think some of that goes back to



1   workforce issues in the mental health area.

2           MS. LILL:  I'm handing the court reporter

3       what I'd like to have marked as Plaintiff's

4       Exhibit 112.

5           (WHEREUPON, Plaintiff's Exhibit-112 was

6        marked for identification.)

7   BY MS. LILL:

8       Q    This is a document that was produced to us

9   by the State, and it bears the Bates No. GA00561590,

10  and this, Dr. McGiboney, is an email chain between

11  you and Vickie Cleveland from August of 2019.

12      A    Uh-hum.  (Affirmative.)

13      Q    The subject matter is "Very Important:

14  Expansion of School Nursing Services."

15          So this email chain starts with an email

16  from you to superintendents about a joint effort to

17  enhance access to school nursing --

18      A    Yes.

19      Q    -- for students.  Do you see that?

20      A    Yes.

21      Q    Who was involved in that joint effort?

22      A    DCH.

23      Q    And the Department of Education?

24      A    Yes.

25      Q    And Ms. Cleveland emailed you asking



1  whether GNETS programs have access to an expansion

2  of nursing services in connection with this new

3  initiative; is that correct?

4      A    Correct.

5      Q    Do you remember this exchange?

6      A    Yes.

7      Q    And in your response, at the very top of

8  this email, you state that:  "State Medicaid is

9  checking into if and how GNETS and other programs

10 might qualify for expanding of school nursing

11 services.  In the meantime, the general belief was

12 school nurses could bill under Special Education

13 provisions of Medicaid.  I'll let you know what the

14 State Medicaid finds out from CMS."

15          Do you see that?

16     A    Yes.

17     Q    Then you go on to say that the general

18 belief was -- "the general belief was school nurses

19 could bill under Special Education provisions of

20 Medicaid."  Right.

21          Earlier in this email chain you ask Ms.

22 Cleveland whether GNETS school nurses are billing

23 for Medicaid now, and she says, "The Futures program

24 is not currently billing for Medicaid."

25          Do you see that?



GARRY MCGIBONEY                                  June 08, 2022
UNITED STATES vs STATE OF GEORGIA                        228

1        A    Yes.

2        Q    Would GNETS be leveraging Medicaid to pay

3   for needed mental health and therapeutic services

4   for students in the program?

5             MR. BEDARD:  Object to form; calls for a

6        legal conclusion.

7        A    I don't know.

8        Q    Can mental and behavioral health services

9   for students be billed to Medicaid?

10       A    I don't know about the --

11            MR. BEDARD:  Same objection.

12       A    I don't know about the mental health

13  services.

14       Q    Can behavioral health services?

15       A    I don't know about that.

16            This effort was a joint effort with the

17  Department of Education, DCH, to send in an

18  amendment to the State Medicaid Plan, like 16 other

19  states at that time had done, to expand school

20  nursing services for children.  That was school

21  nursing services.  It wasn't behavioral health,

22  mental health.  It was school nursing services.

23            School nurses do not provide mental

24  health.

25       Q    Right.



1           MR. BEDARD:  And just for the record, I

2      lodge an objection to that last question.

3  BY MS. LILL:

4      Q    Are you aware of schools -- in your role

5  in the Department of Education, were you aware of

6  schools billing Medicaid for the provision of

7  medical services that were provided to students in

8  schools?

9      A    Yes.  School nurses have been able to bill

10 Medicaid for certain school nursing services.

11     Q    Are you aware of other services aside from

12 school nursing services --

13     A    Not that I'm aware of.

14     Q    Let me just finish the question so I have

15 it on the record.

16     A    I'm sorry.

17     Q    It's okay.

18          So are you aware of other services aside

19 from nursing services where schools have effectively

20 billed Medicaid for coverage of those services?

21     A    Not that I'm aware of.

22     Q    If you weren't aware of that, who at the

23 Department of Education would be aware of that?

24     A    That being schools --

25     Q    Any effort -- yeah, of any schools that



1  were billing Medicaid for services aside from school

2  nursing services.

3          MR. BEDARD:  Object to form.

4      A    I don't know that anybody at the

5  Department would know that.

6      Q    In your time at the Department, did you

7  ever have any discussions with anybody else in state

8  agencies, whether at the Department of Education or

9  elsewhere, about schools billing Medicaid for the

10  provision of medical services to students?

11      A    Medical services?

12      Q    Let's start with medical.

13      A    Yes, the school nursing.

14      Q    Okay.  Same question, in your time at the

15  Department, did you ever have any discussion with

16  anybody else in the State, whether at the Department

17  of Education or elsewhere, about schools billing

18  Medicaid for the provision of mental health or

19  behavioral health services for children?

20      A    I don't recall that coming -- I don't

21  recall that being in any discussions that I was

22  involved in except until there was some discussion

23  with -- when Apex first came up about the different

24  ways to expand the workforce and to expand access,

25  but that was in the initial stages of the discussion



1  about -- when BHDD first told us about Apex, but

2  then they got funding for the Apex program.

3      Q    You have referenced a number of times this

4  equity bill that just passed?

5      A    Yes.  Parity bill.

6      Q    Parity bill.  Does the parity bill address

7  billing Medicaid for --

8           MR. BEDARD:  Object --

9      Q    -- billing Medicaid for the provision of

10  mental health or behavioral health services to

11  students in schools?

12          MR. BEDARD:  Object to form.

13     A    I don't know if it does or not.  It's a

14  very comprehensive, very complex bill, and I can't

15  say if it does or does not.

16     Q    Who would know if it does?

17          MR. BEDARD:  Object to form.

18     A    I can read the bill.

19     Q    So the -- this very complex parity bill

20  that you refer to, when I asked you about a

21  comprehensive mental health plan for children, you

22  replied and said that -- please tell me if this is

23  correct -- but that you felt that there wasn't yet a

24  comprehensive mental health plan for children in

25  place but that this parity bill was getting the



1   State on its way to one?

2       A    Yes.

3       Q    And you have also referenced this parity

4   bill as being complex and very lengthy.  Have -- I

5   guess what forms the basis of your opinion that that

6   plan is going to get the State of Georgia to a

7   comprehensive children's mental health plan?

8       A    The bill is a --

9            MR. BEDARD:  Object to -- I object to the

10       form; asked and answered.

11           Go ahead.

12      Q    You can answer the question.

13      A    The bill is accompanied by increase in

14  funding for mental health, substantial increase in

15  funding for mental health, which means the CSBs will

16  get more funding.

17           It also includes incentives for more

18  professionals to go into mental health professions,

19  student loan forgiveness for students who would go

20  into mental health and agree to practice in the

21  State of Georgia.

22           The bill includes increase to the funding

23  to mental health providers.  Georgia is one of the

24  lowest in the nation in the mental health provider

25  funding, reimbursement rates.



1          So the reimbursement rates will be

2    increased, which will bring more providers back into

3    the insurance network, and that will address more

4    and provide an increase in workforce development.

5          And all those access points will benefit

6    not only adults but children as well.

7       Q    Have you read the entire bill?

8       A    Yes.

9       Q    Will enhanced funding a loan create a

10   successful, comprehensive children's mental health

11   plan?

12          MR. BEDARD:  Object to form.

13      A    The bill covers different levels of

14   intervention.  It's not just the complex needs.

15   There's portions of the bill that address complex

16   needs of children.

17          Children have complex needs, I should say.

18          But it also includes prevention and

19   intervention for early identification of children

20   who may have behavioral mental health needs for

21   early treatment.

22          All those are elements that would be

23   necessary if you had a comprehensive plan.

24      Q    Does the plan address how state agencies

25   are supposed to interact to effectuate -- I'm sorry



 1   -- the bill, does that address how state agencies

 2   are supposed to interact to effectuate the goals

 3   that you have articulated --

 4           MR. BEDARD:  Object --

 5      Q   -- the bill?

 6           MR. BEDARD:  Sorry.  Object to form.

 7      A   Many state agencies in some way, obviously

 8   BHDD, touches mental health.  But other state

 9   agencies also in some way touch mental health.

10   Either they're trying to find mental health services

11   replacement or peer support specialists.

12           So the bill recognizes that those state

13   agencies need to work together.  So in the bill the

14   Governor's Office of Student Health and -- Health

15   Strategy and Coordination has oversight of mental

16   health in Georgia.  That gives the oversight for

17   that office to coordinate and make sure that each

18   state agency that touches mental health are

19   coordinating their efforts with other state

20   agencies.

21      Q   So I just want to summarize what you said

22   to make sure I understand it.

23           So in the bill, the Governor's Office of

24   Student Health and Health Strategy?

25      A   Office of Health Strategy and



1    Coordination.

2        Q    I'm sorry.  I'm reading the transcript and
3    I -- and so the Office of Health Strategy and
4    Coordination within the Governor's Office oversees
5    what?

6        A    The application of the Mental Health
7    Parity Bill and the -- the interconnectivity of the
8    state agencies when mental health is, is the issue.

9            So that DFCS, for example, and DCH, they
10   cannot work alone without working with BHDD if the
11   child has some mental health or behavioral needs.

12           So the oversight means to encourage all
13   those state agencies to work together.

14       Q    Does that include the Department of
15   Education?

16       A    Yes.

17       Q    I want to just ask, if in preparation for
18   today's deposition, if you reviewed any transcripts
19   of prior depositions in this case?

20       A    No.

21       Q    So just a few final questions about
22   document collection.

23           Did you receive a litigation hold notice
24   in connection with this case?

25       A    I received a subpoena.



1       Q    Do you recall at any point receiving

2   what's called a litigation hold notice?

3       A    No.  I'm not sure what that is.

4       Q    Were you ever asked to collect documents

5   as part of the State's effort to respond to our

6   discovery requests?

7       A    For today?

8       Q    In general, over the last -- we filed this

9   lawsuit in 2016.

10      A    Actually, I don't remember.

11      Q    Okay.

12      A    I don't remember.

13      Q    Have you collected -- have you personally

14  collected any documents in connection with the

15  State's effort to respond to our -- to the

16  Department of Justice's discovery requests?

17      A    No.

18      Q    Can I ask you one last thing?

19           MS. LILL:  I'm going to hand the court

20      reporter what I'd like to have entered as

21      Plaintiff's Exhibit 113.

22           (WHEREUPON, Plaintiff's Exhibit-113 was

23       marked for identification.)

24  BY MS. LILL:

25      Q    This was a document that was produced to



1  us.  It's labeled GA000 -- sorry.  GA00007169.

2          And Dr. McGiboney, this is an email

3  exchange between you and Talley Wells on August of

4  2020.  The subject is "Re:  "Greetings from North

5  Carolina and a Favor."

6          And your email to Mr. Wells on August

7  25th, 2020, which is on the second page, you begin

8  that email by saying:  "Great to hear from you,

9  Talley."

10          Do you see that response?

11     A    Yes.

12     Q    Below, in the next paragraph, it says:  "I

13  need to let you know that I was recently blindsided

14  at the Georgia Department of Education.  They took

15  mental health, school climate/PBIS, school safety,

16  student discipline, and policy work away from me,

17  which left me working with only public health.  It

18  was a devastating blow to me and totally unexpected.

19  I'm trying to fight off despondency.  I guess they

20  don't want employees to have opinions and ask

21  questions and make suggestions."

22          You say:  "I purposely included Dante in

23  this email so he will know what is going on, because

24  I'm sure he is not aware of the internal picture and

25  I don't want him to think I've lost interest in



1  children's mental health or school climate."

2          Do you recognize this email?

3      A    Yes.

4      Q    You say "they took mental health, school

5  climate/PBIS, school safety, student discipline, and

6  policy work away from me."

7          Who took those areas away from you?

8      A    I don't want to answer that question.

9      Q    Dr. McGiboney, you're under oath and I

10 have to ask you to answer the question.

11     A    The chief of staff.

12     Q    And that would be?

13     A    Mr. Jones.

14     Q    What did it mean for Matt Jones to take

15 these areas away from you?  Did they reassign them

16 to someone else?

17          MR. BEDARD:  Object to form.

18     A    I don't know.

19     Q    Did they bar you from working on them all

20 together?

21     A    My goal was -- I was shifted to work

22 exclusively with public health.  This was during the

23 COVID.

24     Q    Did Mr. Jones allow you to work on mental

25 health and these other issue areas but take away



1  decision-making authority?

2      A    No.  My job was public health.

3      Q    How did you learn that these areas were

4  taken away from you?

5      A    An email that was sent to DOE employees.

6      Q    Which DOE employees?

7      A    Everyone, I suppose.

8      Q    Do you recall?

9      A    It went all DOE.  To all DOE.

10     Q    And did the email -- what did the email

11  say specifically?

12     A    That some of these -- it didn't list all

13  of these here but it listed like PBIS and those that

14  would be shifted over to whatever department it was.

15  Teaching and learning, I think.  I don't recall it

16  mentioning mental health.

17     Q    Do you recall who wrote that email?

18     A    Matt Jones.

19     Q    And did you -- did Matt Jones provide you

20  with any rationale for taking these areas away from

21  you?

22     A    He called me one day and said public

23  health has requested that you work with them because

24  of the pandemic and they have great respect for you

25  and they want you to work with public health, to



1  which I replied, well, that's good, I'm working with

2  them now.

3         He never mentioned anything about all

4  those being taken away until I saw the email that

5  went to everyone.  He never mentioned that to me.

6      Q    What was your response to Matt Jones when

7  you learned that these --

8      A    He did not return my phone calls, nor did

9  the superintendent.

10     Q    So you attempted to contact him by

11 phone to --

12     A    -- yes.

13     Q    -- discuss this?

14        And he did not respond to any of your

15 calls?

16     A    Left messages for both of them and neither

17 one of them responded.

18     Q    You say in this document I guess you don't

19 -- "I guess they don't want employees to have

20 opinions and ask questions and make suggestions."

21        Did someone tell you this?

22     A    That was my opinion.

23     Q    Do you believe that your asking questions,

24 making suggestions, and having opinions about school

25 mental health and school climate issues got these



1  subjects taken away from you?

2      A    I don't know.

3           MR. BEDARD:  Object to form.

4      A    I don't know.

5      Q    What is your opinion -- you said -- when I

6  said to you, I quoted, "I guess they don't want

7  employees to have opinions and ask questions and

8  make suggestions," did someone tell you this, and

9  you said that's my opinion.  And what is your

10 opinion based off of?

11     A    There was no rationale for taking all of

12 those away from me.  We were making progress in all

13 those areas.

14          That was my opinion.

15     Q    Why do you think they took these issue

16 areas away from you?

17     A    I don't know.  There was never any

18 complaints about it.  In fact, it was always

19 accolades about the work that was being done.  So

20 why, I don't know.

21     Q    Do you have an opinion?

22     A    I don't know.

23     Q    What were the questions, opinions and

24 suggestions that you refer to in this email?

25     A    How to improve all those programs.  And if



1  I had an opinion about something, I expressed my

2  opinion.

3      Q    And did you feel -- you said:  "I guess

4  they don't want employees to have opinions and ask

5  questions and make suggestions."

6          Did you feel that your questions and

7  opinions and suggestions on mental health were

8  unwelcomed?

9      A    I can't answer that because I don't know

10  why they made that decision.

11     Q    You reference in relation to Dante wanting

12  him to know the internal picture.

13          What is the internal picture that you're

14  not sure he's aware of?

15     A    That all those elements that -- including

16  the Apex program and mental health, was no longer

17  working with me.

18     Q    Did you discuss these areas being taken

19  away from you with other colleagues at the

20  Department of Education?

21     A    Not at that time.

22     Q    And subsequently, did you discuss this?

23     A    Well, people wanted to know what happened.

24  We had a -- we had a statewide network, school

25  districts, CSBs, parent support groups.  We had a



1 whole network and all of a sudden I'm not part of
2 it, and people called left and right and texted
3 messages and personal email messages wanting to know
4 did I retire, did I leave, did I get a better job
5 offer.  They just wanted to know what happened to
6 me.
7      Q    And when you say network, did you mean a
8 network of folks interested in mental health?
9      A    That.  Interested in mental health,
10 interested in school climate, interested in all
11 those things listed there.
12      Q    Who -- after you -- these areas were taken
13 away from you, who was overseeing these areas?
14      A    I don't know.
15      Q    You don't know?
16      A    As I recall, the email mentioned -- some
17 of them but I don't recall what it was.  PBIS, as I
18 mentioned earlier, was going to go to teaching and
19 learning.
20           I think mental -- I can't remember if
21 mental health was even mentioned, but some of that
22 was supposed to go to a new group called Whole
23 Child.
24           So it was divided up into -- and sent to
25 other people.



1     Q     So if issue areas that pertain to school

2  mental health and school climate are divided up and

3  overseen by different people, does that inhibit the

4  effective provision of mental health and behavioral

5  services?

6          MR. BEDARD:  Object to form.

7     A     From the DOE's perspective?

8     Q     Yes.

9     A     I don't know.

10    Q     What would be your opinion about dividing

11 up issue areas like that?

12    A     I don't know how to answer that.

13    Q     Well, you were the deputy superintendent

14 of the Department of --

15    A     Right.

16    Q     -- Education.  Would that be an advisable

17 way?

18          MR. BEDARD:  Object to form.

19          I think it misstates his responsibilities,

20     but you can answer.

21    A     The way it was set up was working.

22    Q     Why did you leave the Georgia Department

23 of Education?

24    A     Because I -- I had put my heart and sole

25 into all that and losing it was, was difficult.



1          So the CEO of Sharecare and some others,

2   when they heard that I was leaving the DOE, because

3   I gave basically a two-week notice when I was

4   leaving DOE, and I started getting inquiries of

5   whether I'd like to come and work for them, and the

6   CEO of Sharecare took it upon himself to contact me

7   personally, and he said that some of the work I was

8   doing, like with the Behavioral Health Reform

9   Commission, that subcommittee, and my work with the

10  Council on Alcohol and Drugs, I worked with JDAI,

11  that could continue, he said.

12          He wanted me to come work for them and

13  that work -- he would be glad for that work -- for

14  me to continue to work with those entities that were

15  serving children.

16      Q    At the time you left the Georgia

17  Department of Education, did you have concerns about

18  the State Government's commitment to student mental

19  health?

20      A    To what?

21      Q    To student mental health.

22      A    Everybody can be replaced.  I don't mean

23  to imply I could not be replaced.

24          So it just depends on what their goals

25  were.



1      Q    But did you have concerns about the

2    State's commitment to student mental health?

3      A    That's why the -- that's one of the

4    reasons, in my opinion, and is personally why the

5    work of the Behavioral Health Reform Commission and

6    the Mental Health Parity Act was so important.

7      Q    Because you did have concerns?

8      A    I had concerns about children's mental

9    health.

10      Q    Are you familiar, shy of the Parity Act,

11    of the Georgia government's efforts to ensure access

12    to school-based behavioral health?

13          MR. BEDARD:  I'm sorry.  I didn't quite

14      understand what that question was.  If you can

15      read it back or if you can repeat it.

16          MS. LILL:  Sure.

17    BY MS. LILL:

18      Q    So Dr. McGiboney had said I had concerns

19    about children's mental health in response to my

20    last question.  And I'd like to know, with as much

21    specificity as you can provide, what those concerns

22    were at the time that you left the Department of

23    Education?

24      A    The ongoing concern about students having

25    access to mental health services, whether it was in



1  the community or in the school.

2        Georgia ranks 48 in the nation according

3  to the Georgia Mental Health -- to the Mental Health

4  America 2022 report.  48 in the nation.

5     Q    In what regard?

6     A    Mental health access.

7     Q    And did you have concerns about the State

8  leadership's oversight of school mental health

9  initiatives?

10    A    I've always had that concern.  I'm going

11 to have that concern until we do something more

12 about it.

13    Q    Did the concern grow when you -- when

14 those areas were taken away from you?

15    A    No.  The concern is still going to be

16 there until we have more access for children.

17        MS. LILL:  Dr. McGiboney, I think those

18     are all of the questions I have for you today.

19        But I just want to note that I think it's

20     very clear to all of us in reviewing the

21     documents that were provided from your files

22     that you have a sincere commitment to mental

23     health services.

24        I thank you for that.

25        THE WITNESS:  Thank you.



1        MR. BEDARD:  If we can take 10 -- what

2    time is it?  We can take till maybe 6 o'clock,

3    and just let me look over my notes and see if

4    I've got any questions.

5        MS. LILL:  Yeah.

6        THE VIDEOGRAPHER:  Off the record at 5:51

7    p.m.

8        (A recess was taken.)

9        THE VIDEOGRAPHER:  We're back on the

10   record at 6:07 p.m.

11       MR. BEDARD:  No questions from us.

12       Dr. McGiboney, I really appreciate your

13   time.  Thank for taking the time out of your

14   day to come and testify.  Appreciate it.

15       MS. LILL:  Thank you.

16       THE VIDEOGRAPHER:  We're off the record at

17   6:07 p.m.

18       (Whereupon, the deposition concluded at

19   6:07 p.m.)

20

21

22

23

24

25



1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6            I hereby certify that the foregoing

7    transcript of GARRY McGIBONEY was taken down, as

8    stated in the caption, and the questions and answers

9    thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   248 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 16th day of June, 2022.

22                    _Wanda L. Robinson_

23           _____

24           Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023

25



GARRY MCGIBONEY                                   June 08, 2022
UNITED STATES vs STATE OF GEORGIA                      250

1                    D I S C L O S U R E

2  STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
   FULTON COUNTY     ) GARRY McGIBONEY - 6/08/22
3              Pursuant to Article 10.B of the Rules and

4  Regulations of the Board of Court Reporting

5  of the Judicial Council of Georgia, I make the

6  following disclosure:

7              I am a Georgia certified court reporter.

8  I am here as a representative of Esquire Deposition

9  Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Attorney's

11  Office to provide court reporter services for this

12  deposition.  Esquire Deposition Solutions, LLC will

13  not be taking this deposition under any contract

14  that is prohibited by O.C.G.A. 9-11-28 (c).

15              Esquire Deposition Solutions, LLC has no

16  contract/agreement to provide court reporter

17  services with any party to the case, or any counsel

18  in the case, or any reporter or reporting agency

19  from whom a referral might have been made to cover

20  this deposition.

21              Esquire Deposition Solutions, LLC will

22  charge the usual and customary rates to all parties

23  in the case, and a financial discount will not be

24  given to any party to this litigation.

25

1              ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Deponent Name:   GARRY McGIBONEY

3    Case Caption:    United States of America vs. State
                      of Georgia
4

5    Case No. :   1:16-cv-03088-ELR

6        I do hereby certify that I have read all
     questions propounded to me and all answers given by
7    me on the 8th day of June 2022, taken before Wanda
     L. Robinson, and that:
8

9    _____1) There are no changes noted.

10   _____2) The following changes are noted:

11       Pursuant to state rules of Civil Procedure
     and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
     in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
     the reason given for making them.
14       Accordingly, to assist you in effecting
     corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line          Change         Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



1                    CERTIFICATE  OF DEPONENT

2

3       I hereby certify that I have read and examined

4    the foregoing transcript, and the same is a true and

5    accurate record of the testimony given by me.  Any

6    additions or corrections that I feel are necessary,

7    I will attach on a separate sheet of paper to the

8    original transcript.

9

10                   _____

11                          Signature of Deponent

12

13      I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                   _____

21                          NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25

