```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                )CIVIL ACTION
5           Plaintiff,          )NO. 1:16-cv-03088-ELR
                                )
6   vs.                         )
                                )
7   STATE OF GEORGIA,           )
                                )
8           Defendants.         )
                                )
9   - - - - - - - - - - - - - - )

10

11              VIDEOTAPE DEPOSITION OF

12                  GERONALD D. BELL

13

14        Monday, January 9, 2023, 9:03 a.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Firm
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23   ----------------------------------------------

24
            WANDA L. ROBINSON, CRR, CCR, No. B-1973
25      Certified Shorthand Reporter/Notary Public
```



```
 1                    APPEARANCES  OF  COUNSEL

 2

 3    Appearing on Behalf of the Plaintiff:

 4

 5        LAURA  CASSIDY  TAYLOE,  ESQUIRE
         MICHELLE  L.  TUCKER,  ESQUIRE
 6        KELLY  GARDNER,  ESQUIRE
         U.S.  Department  of  Justice
 7        Civil  Rights  Division
         950  Pennsylvania  Avenue,  N.W.
 8        Washington,  D.C.  20579
         T:   202.305.6630   F:   202.305.3488
 9        E-mail:   Laura.Tayloe@usdoj.gov
                   Michelle.Tucker@usdoj.gov
10                   kelly.gardner@usdoj.gov

11

12

13    Appearing on Behalf of the Defendant  and  the
     Witness:
14

15        DANIELLE  HERNANDEZ,  ESQUIRE
         Robbins  Alloy  Belinfante  Littlefield  LLC
16        500  14th  Street,  N.W.
         Atlanta,  Georgia   30318
17        T:   404.856.3261
         E-mail:   dhernandez@robbinsfirm.com
18

19

20

21

22

23

24

25
```



```
 1   ALSO PRESENT VIA ZOOM:

 2      U.S. Attorney's Office:

 3              VICTORIA LILL, ESQUIRE

 4              ANDREA HAMILTON, ESQUIRE

 5              ALLISON EVERS, ESQUIRE

 6

 7

 8              STACEY SUBER-DRAKE, ESQUIRE
                Georgia Department of Education
 9

10

11

12

13

14

15

16

17

18

19   ALSO PRESENT:

20        BRANDON BRANTLEY, Videographer

21

22

23

24

25
```



1                        INDEX OF EXAMINATIONS

2     GERONALD D. BELL

3

4     By Ms. Tayloe                                      Page 8

5

6

7                          INDEX OF EXHIBITS

8     PLAINTIFF'S

9     NO.                    DESCRIPTION                    PAGE

10    Exhibit 745   Notice of Deposition of               11
                    Geronald Bell
11
      Exhibit 746   Job Announcements                     43
12                  GA000024 - GA000030

13    Exhibit 747   March 2,016 Email Thread from         63
                    Jon Cooper To Randy Trowell
14                  With Excel Spreadsheet
                    GA00278716 - GA00278717
15

16    Exhibit 748   FY23 Appropriations Bill - HB 911     73

17    Exhibit 749   Allotment Sheet FY23                  97

18    Exhibit 750   April 5, 2019 Email Thread from      122
                    Don White To DOE Users
19                  With Attachments
                    GA00007217 - GA00007243
20
      Exhibit 751   7/22/2020 Email Thread from          143
21                  Geronald Bell To Leigh Ann Putman
                    GA00914269
22
      Exhibit 752   Weights For FTE Funding Formula      153
23
      Exhibit 753   January 14, 2016 Email Thread from   171
24                  Ted Beck to Geronald Bell
                    With Excell Spreadsheets
25                  GA00278336 - GA00278342



```
 1                  INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                    DESCRIPTION                    PAGE

 4    Exhibit 754  1/12/2016 Email Thread from          196
                   Geronald Bell To Ted Beck
 5                 With Excel Spreadsheet
                   GA00282006 - GA00282007
 6
      Exhibit 755  5/30/2018 Email from Geronald        213
 7                 Bell To Vickie Cleveland
                   With Attachments
 8                 GA00323476 - GA00323486

 9    Exhibit 756  July 21, 2016 Letter from Josh       220
                   Belifante/State of Georgia To
10                 Vanita Gupta
                   With Attachments
11
      Exhibit 757  10/12/2016 Email Thread from         238
12                 Geronald Bell To Beck/Cooper
                   With Attachment
13                 GA00280852 - GA00280854

14    Exhibit 758  1/8/2019 Email Thread from Teresa    241
                   MacCartney To House/Senate
15                 Personnel
                   GA00498712 - GA00499104
16
      Exhibit 759  8/19/2020 Email Thread from          243
17                 Geronald Bell To Cleveland/Handville
                   With Attachments
18                 GA00444299 - GA00444302

19    Exhibit 760  2/6/2020 Email from Geronald Bell    244
                   To Sara Arroy
20                 With Excel Spreadsheets
                   GA00378152 - GA00378155
21
      Exhibit 761  1/24/2017 Email Thread from          250
22                 Geronald Bell To Natalie Quaranto
                   GA00131067 - GA00131069
23

24

25
```



GERONALD D. BELL                                      January 09, 2023
UNITED STATES vs STATE OF GEORGIA                                    6

```
 1              INDEX OF EXHIBITS (Previously Marked)

 2    PLAINTIFF'S

 3    NO.                    DESCRIPTION                    PAGE

 4    Exhibit 375  3/16/2018 Email Thread from          235
                   Vickie Cleveland To
 5                 vcleve01@comcast.net
                   With Attachment
 6                 GA00317569 - GA00317571

 7    Exhibit 582  Organizational Charts                 30
                   GA000007 - GA000032
 8

 9    Exhibit 587  8/30/2016 Email Thread from          226
                   Amber McCollum To Geronald Bell
10                 With Attachments
                   GA03806083 - GA03806093
11

12    Exhibit 592  GNETS Budget Formula Information     154

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1              THE VIDEOGRAPHER:  This is the video

2        deposition of Geronald Bell, being taken in the

3        matter of United States of America versus State

4        of Georgia.

5              Today's date is January 9th, 2023.  The

6        time on the record is 9:03 a.m.

7              My name is Brandon Brantley.  I'm the

8        videographer.  Wanda Robinson is the court

9        reporter.

10             Counsel, please introduce yourselves for

11       the record, after which the court reporter will

12       swear in the witness.

13             MS. TAYLOE:  Laura Tayloe for the United

14       States.

15             MS. TUCKER:  Michelle Tucker for the

16       United States.

17             MS. GARDNER:  Kelly Gardner for the United

18       States.

19             MS. HERNANDEZ:  Danielle Hernandez for the

20       State of Georgia.

21                   - - - - - -

22             GERONALD D. BELL,

23    being duly sworn, was examined and testified as

24    follows:

25                   - - - - - - -



```
1   EXAMINATION
2   BY MS. TAYLOE:
3       Q    Good morning, Mr. Bell.
4       A    Good morning.
5       Q    Thank you for your time this morning.  I
6   represent -- I'm Laura Tayloe, as you heard, and I
7   represent the United States in this matter.
8            I'm here with my colleague, who you just
9   met, too, and I will be taking your deposition
10  today.
11       A    Okay.
12       Q    Could you state your full name and spell
13  your name for the record, please.
14       A    Yes.  My name is Geronald Bell,
15  G-E-R-O-N-A-L-D.  Last name is Bell, B-E-L-L.
16       Q    And am I correct you're being represented
17  by Ms. Hernandez for purposes of the deposition
18  today?
19       A    Yes.
20       Q    Have you ever been deposed before?
21       A    No.
22       Q    This has probably been explained to you
23  previously then, but we're going to have a
24  conversation where I'm going to ask questions, and
25  your job is to answer them completely and honestly
```



 1  as you can.  If you think of things later, you can

 2  always come back and supplement your answer.

 3          If you don't understand my question, feel

 4  free to ask me to rephrase or let me know you don't

 5  understand, and I'll see if I clarify it.

 6          MS. HERNANDEZ:  Before you start asking

 7      questions, you want to state on the record we

 8      reserve objections except to form and

 9      privilege?

10          MS. TAYLOE:  Sure.  Probably moving to

11      that now.

12          We'll state on the record that the parties

13      have agreed to reserve same objections except

14      as to form and privilege.

15          MS. HERNANDEZ:  Thank you.

16  BY MS. TAYLOE:

17      Q    So the court reporter is going to be

18  recording what you was and I say.  So I'm going to

19  ask that your answers be verbal, not a shake of the

20  head or nod of the head and not uh-uh or uh-huh but

21  yes and no.

22          Can you agree to try to do --

23      A    Yes.

24      Q    -- that?

25          And the other thing we're going to need to



1    do is to try to avoid talking over each other.  So

2    I'm going to ask you to let me finish my question

3    before you answer it, and I will let you finish your

4    answer before I ask my next question.

5              Is that okay?

6         A    Yes.

7         Q    And Ms. Hernandez may occasionally note an

8    objection for the record.  That doesn't mean you

9    shouldn't answer the question unless she instructs

10   you not to.  It's just she's putting something on

11   the record that she wants to note an objection, but

12   you can still answer the question.

13        A    Okay.

14        Q    And we will take occasional breaks but if

15   you need one aside from when we talk, just let us

16   know.  Let Ms. Hernandez or me know, and we can

17   figure out when the next good time to take a break

18   is.  Just if you're -- if there's a question

19   pending, I would ask you answer that question before

20   we take a break.

21        A    Okay.

22        Q    Is there any reason you can think of,

23   including any medication or any kind of disability,

24   why you would not be able to understand the question

25   and answer completely and truthfully today?



1        A    No reason I can think of.

2        Q    Okay.  Thank you.  Okay.

3             MS. TAYLOE:  Then I would like to mark as

4        Exhibit 745 the deposition notice.

5             (WHEREUPON, Plaintiff's Exhibit-745 was

6         marked for identification.)

7    BY MS. TAYLOE:

8        Q    And this is the one we practiced on.  So

9    Allison, my colleague, is going to put it on the

10   screen again and give you control so you can review

11   it.

12            When she gives you control, that means you

13   can scroll up and down.

14            THE VIDEOGRAPHER:  You need to share it

15       with the witness.  I changed that.  I'm sorry.

16            (Witness reviews exhibit.)

17       A    Okay.  I've read it.

18       Q    Okay, thank you.

19            Have you seen this document before?

20       A    Not to my knowledge, no.

21       Q    Were you informed -- this document is a

22   subpoena for you to testify at a deposition.  Were

23   you informed about this document?

24       A    Well, indirectly.  I mean I was informed

25   of the deposition but not -- I may have just missed



 1  it, so I don't want to say.  But, yeah, I was

 2  informed of the deposition through DOE counsel, but

 3  I didn't know of this particular document.

 4       Q    That's fine.

 5            Can you confirm that your presence here

 6  today is pursuant to this request for a deposition?

 7       A    Yes.

 8       Q    Did you do anything to prepare for today's

 9  deposition?

10       A    Not in specifics.  I know I spoke with

11  counsel, just as far as what was to be expected, but

12  nothing -- well, let me ask, what do you mean?  Do

13  you mean just getting ready for the deposition or

14  getting ready for GNETS, GNETS case?

15       Q    Okay.  I'm going to talk about the

16  deposition first.  To be clear, I'm not going to ask

17  you to reveal the substance of anything you

18  discussed with counsel, I'm just asking whether

19  there were discussions and any other kinds of

20  preparations you did for today's deposition.

21       A    Well, the general purpose on what a

22  deposition is.  It's my first one, so what to

23  expect, kind of answer questions.

24            That did occur, yes.

25       Q    And did you review any documents in



1  anticipation of the deposition?

2      A    No.

3      Q    Did you meet with anybody besides counsel?

4      A    No.

5      Q    Did you bring any documents with you

6  today?

7      A    No.

8      Q    So now back to your distinction for GNETS

9  generally.

10         Did you review documents in connection

11  with the litigation?

12     A    No, I did not.

13     Q    Did you speak with -- again, don't reveal

14  the substance of it, but did you speak with counsel

15  about the litigation?

16     A    Very, very generally.

17     Q    Did you speak with anybody besides counsel

18  about the litigation?

19     A    I think I told my -- I had to tell my

20  supervisor where I would be today, but not -- I told

21  him I was being deposed but I didn't -- I don't

22  think we talked very much about the case, though.

23     Q    Okay.  When you met with counsel to

24  discuss this upcoming defense, about how long would

25  you say that meeting was?



```
 1        A    Maybe 30, 45 minutes.

 2        Q    Okay.  And was that with Ms. Hernandez?

 3        A    Yes.

 4        Q    Was anybody else present?

 5        A    DOE counsel.  I'm sorry.  Ms. Stacey.

 6        Q    Suber-Drake?

 7        A    Suber-Drake.

 8        Q    Nobody else was present besides those two?

 9        A    No.

10        Q    Thank you.

11             And you mentioned you told your supervisor

12   that you were going to be out today.  We're going to

13   get this later, but as long as we just mentioned

14   him, could you state who your supervisor is?

15        A    Jon Cooper.

16        Q    Okay, thank you.

17             Have you spoken with anybody else in the

18   Department of Education who has been deposed in this

19   matter?

20        A    Yes.

21        Q    Have you spoken with them about their

22   depositions?

23        A    Very, very generally, I guess I would say.

24        Q    Who did you speak with?

25        A    I spoke with Amber McCollum.
```



```
 1      Q    And what kinds of things did you discuss
 2  generally with her?
 3      A    She said she wasn't allowed to talk about
 4  the case or anything, so she just talked about the
 5  process of being deposed, you know, the questions --
 6  not the questions but just the questioning, the
 7  process.  Basically explaining to me more what it
 8  would be like to be deposed.
 9      Q    Did she tell you anything about the
10  substance of the questions --
11      A    No.
12      Q    -- she was asked?
13           Have you read any deposition transcripts
14  or notes about the case?
15      A    No.
16      Q    And did you do anything else, any of this
17  help you to remember anything else to help you
18  prepare for today's deposition?
19      A    No.
20      Q    Thank you.
21           Do you understand this deposition is being
22  taken in connection with the litigation against the
23  State of Georgia relating to the GNETS program?
24      A    Yes.
25      Q    Are you aware -- well, I just called it
```



1   the GNETS program, but for the record it's the

2   Georgia Network for Educational and Therapeutic

3   Support.

4          A     Right.  I can't remember.

5          Q     We're going to go through a bunch of

6   acronyms in a bit because we all deal with them a

7   lot.

8                When did you first learn about this

9   litigation?

10         A     I don't know exactly.  I know it's -- I

11  mean it's been on the back burner I guess -- I'm

12  assuming a few years now but I don't remember

13  exactly when I learned.

14         Q     So was it recently or more close to the

15  time when the litigation was started?

16         A     I think I heard something was happening

17  when it first started but that was all I heard of.

18  You know, just basically something is happening but

19  that's it.

20         Q     Have you been involved in any of the

21  requests for documents, the production of documents

22  or responses to interrogatories?

23         A     Yes.

24         Q     What was your involvement?

25         A     I sent, you know, financial documents,



1   budget information.

2       Q    In what form -- did they ask you for

3   specific documents or did somebody ask you for

4   information generally and you sought the documents?

5       A    I believe they asked for specific

6   documents.  But I think it was -- I don't know.  I

7   mean I had to -- because it was a written request,

8   so I had to interpret what that meant, but I think

9   it was -- you know, I think it was specific.

10      Q    And who did that request come from?

11      A    I don't remember.

12      Q    Was it -- do you remember, was it from

13  counsel or was it from someone inside your division?

14      A    I think it was from counsel.

15      Q    Okay.  So now following up on those

16  abbreviations, we'll go through some acronyms.

17           Just so the record will be clear and we

18  make sure we have the same understanding of what

19  we're talking about, I want to tell you what I am

20  going to use as some acronyms and then I'm going to

21  ask you to explain some that come up in your report.

22  Is that okay?

23      A    Okay.

24      Q    So when I -- I might say GaDOE, and I know

25  you've said DOE.  Both of those will mean the



 1   Georgia Department of Education?
 2        A    Correct.
 3        Q    LEA means the local educational agency or
 4   authority?
 5        A    Agency.
 6        Q    Agency.  And SEA is State Education
 7   Agency?
 8        A    Correct.
 9        Q    SOB is the State Board of Education?
10        A    Correct.
11        Q    And OPB is the Office of Planning and
12   Budget in the Governor's Office?
13        A    Correct.
14        Q    A RESA is A Regional Educational Service
15   Agency?
16        A    Correct.
17        Q    I'm not sure whether you use these
18   acronyms, but if I say DBHDD, I'm referring to the
19   Department of Behavioral Health and Developmental
20   Disabilities?
21        A    Correct.
22        Q    EBD is emotional behavior disorder?
23        A    I mean, I'll take your word for that one.
24        Q    You'll understand that's what I mean?
25        A    Yeah.



1        Q     And if others come up, we can define them

2     as we use them, but those are the ones I anticipate

3     coming up.

4        A     Okay.

5        Q     And then there's a few acronyms that are

6     going to come up and I would like for you to tell me

7     what they stand for and give me a brief explanation

8     of what they mean.  We'll talk about some of them in

9     more detail, but just to lay the groundwork.

10              Can you tell me what FTE stands for?

11       A     Full Time Equivalent.

12       Q     What is that?

13       A     That is the method for calculating -- for

14    calculating the funding for a student in Georgia's

15    educational formula.

16       Q     And QBE?

17       A     Quality of Basic Education, which is

18    basically the funding formula for the State of

19    Georgia.

20       Q     And then I've seen references to LUA,

21    local unit of administration.  I'm just curious if

22    that's different from an LEA?

23       A     I don't use that term, so I mean -- yeah,

24    I would think it's the same thing, but I don't --

25    but if it's been -- I don't particularly use that.



GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              20

1        Q    We'll just say LEA then.

2        A    Yeah.

3        Q    Okay.  Thank you for that.

4             That's good background.  Now we're going

5   to turn to your background, the case background.

6             Can you tell me where you got your college

7   degree and what you studied there?

8        A    Undergrad I went to Morehouse, studied

9   economics.  And graduate school, I went to the

10  University of Michigan, got a master's in public

11  policy.

12       Q    And when did you get that master's?

13       A    2006.

14       Q    In public policy, okay.

15            And do you have any professional

16  certifications or licenses?

17       A    I've got some that are certified by the

18  state, like the State accounting series.  I want to

19  say there's some other stuff.  But I have to look at

20  my resume to remember, it's been so long.

21       Q    Okay.  So it sounds like you came to your

22  current position more from the policy side than the

23  educational side.  So I'm just going to ask, do you

24  have any education job experience?  Do you have an

25  education background?



1     A     Not particularly.  My first job with the

2   State was with -- actually at OPB.  So I've been in

3   budgeting, budgeting, that side -- you know, I want

4   to say if it's anything to do with defining my role,

5   it's been budgeting finance since I've been working

6   for the State.

7     Q     Okay.

8     A     So when I came over to the DOE, it was as

9   a budget analyst, and at the time it was for working

10  for federal formulas.  But, yeah, my role has always

11  been kind of in budget, just at different agencies.

12    Q     Understood.  Thank you.

13          So was OPB your first employment after

14  grad school?

15    A     No.

16    Q     What was that?

17    A     I worked a year for the, the Office of the

18  Comptroller of the Currency, in their Chicago

19  office.

20    Q     And what did that job briefly entail?

21    A     It was bank regulations.  Basically you're

22  the people that are supposed to stop meltdowns for

23  the banking system.

24    Q     That was in 2000 --

25    A     '06.



```
1          Q    That must have been fun.

2          A    Yeah.

3          Q    Okay.  And then after that you came to

4     OPB?

5          A    Right.

6          Q    What were your -- was your title there?

7     What were your responsibilities?

8          A    I was a policy analyst.  I think it

9     started out associate and graduated to policy

10    analyst two, but my job was essentially -- my main

11    job was to help craft the Government's budget

12    recommendations.  So basically I was assigned

13    certain agencies, Public Safety, Department of

14    Public Safety, Department of Defense, and a few

15    other small ones, and basically work with them to

16    come up with a budget recommendation that would go

17    into the Governor's budget recommend ratings.

18              And there were other tasks along the way,

19    but that was the main reason, the main part of my

20    job.  So from September through December, that's

21    what you were doing, and then throughout the rest of

22    the year you're kind of administering it, but --

23         Q    Understood.  So can I get a time frame

24    when were you at OPB?

25         A    August 2007 through July 2011.
```



1        Q      Great.  Am I correct in understanding the

2    way you referred to other smaller ones, the

3    Department of Education is not one of the ones you

4    oversaw while you were there?

5        A      No.

6        Q      And then where did you go after OPB?

7        A      I went to DFCS, Department of Family and

8    Children Services, which is housed in the Department

9    of Human Services now.

10       Q      And what was your job there?

11       A      Budget analyst.

12       Q      So did you have similar responsibilities

13   but in a new --

14       A      Well --

15       Q      -- department?

16       A      It's different.  Like I say, you can just

17   tell from the title I went from policy analyst to

18   budget analyst.  While policy analyst we were -- at

19   OPB we did, you know -- we were helping come up with

20   the Governor's budget recommendation, which is

21   basically policy.

22            When you go to work in a state agency,

23   your job is to administer the budget.  So you're a

24   budget analyst.  So, so it's different working for

25   the Governor versus working for a state agency



 1   because you're not developing the budget so much as

 2   managing it.

 3            But, you know, it was -- so, yeah, it was

 4   a different -- that was the main difference.  But,

 5   yeah, just still budget work, you know, doing

 6   formulas and what-not.

 7       Q    That was a helpful clarification.  Thank

 8   you for that distinction.

 9            And the time frame for your time at DFCS?

10       A    What, what was it -- July, July 2011

11   through January 2013.

12       Q    And then when did you start work at the

13   Department of Education?

14       A    February 1, 2013.

15       Q    And in what position did you begin work at

16   GaDOE?

17       A    I was a budget analyst two.

18       Q    And in that position, to whom did you

19   report?

20       A    At the time, it was Brian Hampton.

21       Q    Did it change?

22       A    Brian Hampton has since retired and now I

23   report to Jon Cooper but, but --

24       Q    Did you report to Jon Cooper when you were

25   still a budget analyst?



1        A     Not then.  Not then.

2        Q     So during the entire time you were a

3    budget analyst you reported to Brian Hampton but he

4    retired after that?

5        A     Right.  So Jon moved into Brian's role and

6    at that time I reported under Jon.  So, so.

7        Q     What were your responsibilities as a

8    budget analyst?

9        A     Started out initially calculating, um, the

10   federal formulas.  So the big -- the State -- big

11   education funding formulas that come to the State.

12           The big ones are like Title I, II, III.

13   And then the special education ones, which funds

14   GNETS.

15           So it was basically, you know, these

16   funding formulas have rules and you've got to

17   allocate them out according to the different LEAs.

18   So it was my job to basically follow those rules,

19   administer them and work with the program staff to

20   administer them, particularly when it comes to the

21   charter schools.  That was, you know, where the work

22   came in.

23           So, yeah, it was working with those

24   federal funding formulas first and then over to the

25   state formulas, and now I kind of do a little bit of



1   both.

2        Q    You said you switched over to state

3   funding formulas.  Was that while you were a budget

4   analyst?

5        A    No.  That was when Brian retired, Jon

6   moved up.  I moved into Jon's role kind of at the

7   time.

8        Q    And when was that?

9        A    It's murky when I was at DOE.  I want to

10  say 2000 -- '16, '17, but I don't know for sure.

11       Q    And what -- did you get a new title when

12  that change happened?

13       A    Yeah.  Since I've been there, I've been

14  budget analyst two, and then senior budget analyst.

15  Now I'm assistant budget director.

16       Q    Let me make sure I got that right.

17            So for a time you were a budget analyst,

18  budget analyst two, senior budget analyst, and

19  currently you're assistant budget director?

20       A    Yeah.

21       Q    Okay.  And as assistant budget director,

22  you report to Jon Cooper, who you said moved into

23  the role?

24       A    He's the budget director, yes.

25       Q    Thank you.



1           And so you said you did federal formulas

2    at first and then switched over to state formulas,

3    and now you do some of each; is that correct?

4        A    Correct.

5        Q    Doing some of each, was that when you

6    became the assistant budget director?

7        A    Yeah.  I mean it's -- as we've come in

8    through our unit and people leave, you know, the

9    roles kind of got switched -- stuff gets switched

10   around.  When someone leaves, I pick up something.

11   When someone new comes on, like they will take on a

12   different role.

13          So it was just -- like now, you know, we

14   kind of just making sure -- Jon and I -- like I say,

15   I've been there 10 years.  He's been there longer

16   than that.  So we kind of make sure, you know, the

17   institution logic doesn't get lost.

18       Q    So it's not that certain jobs can have

19   certain responsibilities, it's more balancing the

20   load between overseeing certain funds?

21       A    Exactly.

22       Q    Thank you.  That's helpful.

23          And you mentioned that special education

24   funds fund GNETS.  Has that always been the case?

25       A    Well, it's -- GNETS grants, which I don't



 1  know if you've seen the spreadsheet, part of their

 2  funding comes from the IDEA funding.  So that's what

 3  I meant by that.

 4       Q    Okay.  I have some questions about -- I'll

 5  get to it in a minute, but I thought that tied in

 6  with what you just said, but I'll have a document to

 7  go over together and ask you some questions.

 8       A    Okay.

 9       Q    When you were a budget analyst, did you

10  have any direct reports?

11       A    No.

12       Q    And assistant budget director, do you have

13  any direct reports?

14       A    Not currently.  We're looking to hire one.

15       Q    Is that what you said?

16       A    I believe that's the plans, to hire

17  someone right now.  We'll see.

18       Q    I would like to ask if you can give a

19  general overview of how the budget office or offices

20  in the Department of Education work.  I'm asking

21  because I feel like there's a number of divisions

22  that have budget personnel in them, and I'm not sure

23  how the overall budget office interacts with the

24  budget personnel in the different divisions, if you

25  understand my question.



1       A     So just within DOE?

2       Q     Yes.

3       A     Okay.  So we're the central budget office

4    for the Department of Education.  So if you have

5    people who are budget analysts who are assigned to

6    different units outside of our unit, their role is

7    to be kind of a subject matter expert for them.

8    Like they will do, you know, I guess administrative

9    jobs, like processing purchase orders and helping,

10   helping, you know, with contracts and just basically

11   being more -- keeping more specifically for their

12   units.

13          So our job is to do that for the whole

14   agency.  So although we won't, you know -- just as

15   a, I don't know, control factor.  We don't do the

16   purchase orders and stuff like that.  So we can't

17   spend any money, but, yeah, our role is to just be a

18   resource for everyone.

19          In essence, we can do basically their job

20   entirely, it's just --

21      Q     You're overseeing their -- the different

22   levels there?  Is that what you're getting at?

23      A     Yeah.  I'm not saying they work under us

24   because it's not that.  It's just, you know -- we,

25   we -- I guess -- I don't know how the best way to



 1   say it because I've never --

 2        Q    Well, let me introduce a document and we

 3   can talk about it.

 4        A    Okay.

 5             MS. TAYLOE:  I would like to call up --

 6        it's a document that was previously introduced

 7        as Plaintiff's Exhibit 582, and it is

 8        identified as GA 000007, and it's an

 9        organizational chart that the State has

10        produced to us with a number of charts within

11        it.

12        Q    So I'll give you a chance to review it

13   once it's pulled up.

14             I'm going to say, you don't need to --

15   it's too long to read.  I'll point to where I have

16   questions.

17        A    Okay.

18        Q    It looks small on my screen but I think

19   you can enlarge it if you need to.

20             (WHEREUPON, Plaintiff's Exhibit-582 was

21         marked for identification.)

22   BY MS. TAYLOE:

23        Q    I'd like to direct you to the page on this

24   that has 000017 in the bottom right corner, if you

25   scroll down a couple of pages.



1       A     000017?

2       Q     I'm not sure about the number of zeros but

3    it ends with 17.

4       A     Okay.

5       Q     So am I correct in understanding that your

6    office is the one in the far left column, the Budget

7    Office?

8       A     Correct.

9       Q     So Jon Cooper, does he report to Ted Beck?

10      A     Well, he reports to the CFO.  That's now

11   Rusk Roam.

12      Q     I'm sorry.  So the same position but that

13   position has --

14      A     Right.

15      Q     -- changed?

16            Thank you for clarifying.  Okay.

17            Then you mentioned Amber McCollum before.

18   Where would she be in this chart?

19      A     She would be under Federal Programs, I

20   believe.

21            Let me see if I can make it bigger.

22            So under -- it would be under Federal

23   Programs.  That would be for Special Education, so

24   unless it's in --

25      Q     So under Federal Programs, it says Special



1    Education Service and Supports?

2        A    Yes.

3        Q    In that group there's a place that says

4    Budget.  That's where Amber would work?

5        A    Right.

6        Q    So she -- the budget office is listed

7    under Special Education Supports and GNETS is under

8    that, but she would help administer the grants for

9    GNETS as well?

10       A    So, so -- here's how -- I guess this one

11   is easier.  Like my role is to kind of help her come

12   up with the overall -- like the person in our

13   office, we would help her come up with -- or their

14   unit come up with the allocations for each LEA.

15   Then her budget unit would be responsible for

16   working with the LEAs as far as setting up their

17   budgets in our system so they can get reimbursed as

18   they spend, so that they meet federal guidelines,

19   whatever.

20            I guess that's -- when their budget unit

21   -- that's my understanding of it, let me be clear.

22   I don't want to speak defensively, but my

23   understanding of it is her budget office is

24   responsible for being -- working with the, the LEAs

25   like.  Whereas I'm working directly with her to get



1   -- so we give them a number, and then they have to

2   budget that number.

3       Q    Okay.  So that -- actually, I'm going to

4   leap frog a bit.  So that was another one of my

5   questions farther down the road.

6           So when -- a certain amount is allocated.

7   It's not transferred to the fiscal agent, it's just

8   sort of held in reserve and then the fiscal agent

9   makes a request to her office to have that money

10  disbursed on behalf of whatever purchase order or

11  whatever spending they are seeking to get payment

12  for?

13      A    That's for the federal money they receive.

14  But, yes.  We have a system called the consolidated

15  application.  Again, I'm not an expert on this, but,

16  yes, that money is loaded into that system according

17  to the guidelines they have, whatever those rules

18  are, and when they're -- and most of our grants,

19  pretty much all of our grants, with the exception of

20  our GB funding are reimbursement.  So you have to

21  spend the money and then apply for reimbursement for

22  it.

23      Q    Okay.  You said that is how it works for

24  federal grants.  Is it different for state grants?

25      A    I think, I think it may be the same.  I



1   don't want to -- I don't know.  Let me just be

2   clear, I don't know.

3        I know it's not for our main QBE funding.

4   Our main state grant, the main state funding that

5   goes out, I know we send that out 1/12th -- you

6   know, every month you get an equal share of your

7   allotment.  But the money that we send out for state

8   grants, like GNETS or preschool disability services,

9   or any of those, I think those are all reimbursement

10  based, too.  So I think they have to submit a budget

11  and then request the money, but that's -- I'm not

12  sure.

13       Q    That's helpful.

14            So for the QBE funding formula, that

15  money -- those funds get sent to the fiscal agents

16  every month, you said, for them to spend during that

17  month; is that correct?

18       A    Right.

19       Q    And for the GNETS funding it is held for a

20  reimbursement after the GNETS programs have made

21  certain expenditures?

22       A    Right.

23       Q    Thank you.  Okay.

24            I want to turn to a different page.  Let's

25  look at the one that ends in 09, so the third page



1   of the document.

2        A    Okay.

3        Q    Do you see how in this one fed programs is

4   under School Improvement?

5        A    We have multiple federal programs.  I

6   think this one -- well, is there a date on this?

7   Because I know we've done several updates.

8        Q    At the top it says revised, was it May

9   1st, 2015?  This is a while ago.

10       A    Yeah.  So, yeah, I would think we made

11  several changes because on the previous document you

12  had head of Federal Programs as Nakeba Rahming, and

13  she hasn't been there in a while.  So it was

14  probably done several reorgs since then.

15       Q    Do you know what the impetus is for the

16  reorganizations?  Because do you see GNETS

17  program -- I'm sorry -- on this org chart at all?

18       A    Do I see GNETS?  That would be special

19  education director Deborah Gay.  It would be under

20  there.

21            And to answer your first question, no,

22  that question in the superintendent's office, so I

23  don't know.  You have to ask them about reorgs.

24  But, yeah, GNETS would have been at the time, in

25  2015, would have been under special education



1   director Deborah Gay.

2       Q    So it's not listed here but you believe

3   that's where the funding would have been channeled

4   through?

5       A    Yes.

6       Q    Then I would like to look at the pages

7   that end with 12 -- let's start with the one that

8   ends 12.

9            This one you can see at the top is dated

10  revised April 1st, 2016?

11      A    Uh-hum.  (Affirmative.)

12      Q    And then over on the right, do you see

13  there's a line kind of drawn down from the top line

14  and then there's a box there that has GNETS with

15  Nakeba Rahming in it?

16      A    Uh-huh.  (Affirmative.)

17           MS. HERNANDEZ:  To the right.

18      A    To the right.  Sorry.

19      Q    So do you know how funding for GNETS would

20  have been done under this structure?

21           MS. HERNANDEZ:  Objection.

22      A    Well, it hasn't changed.  The funding for

23  GNETS hasn't changed.

24           The funding formula hasn't changed.  It's

25  been -- inputs in the formula have changed, which



 1  have increased or decreased the funding, but the

 2  formula hasn't changed.

 3       Q   By inputs, do you mean the amount of

 4  funding to work with?

 5       A   By inputs, I mean the number of students

 6  who are calculated in the formula, and the funding

 7  formula is based on teacher salary.  So as we've

 8  increased the teacher's salary, it's gone up.  We

 9  haven't decreased the teacher's salary.

10            So, yes, as we've made changes to the

11  salary, it's gone up.

12       Q   Do I understand you to say that this org

13  chart might represent some kind of reporting

14  structure, but the funding has always gone through

15  Special Education?

16       A   Well, you know, I don't -- I mean I don't

17  know, you know, the mechanics of it, how the program

18  is operated.  I'm just talking about the funding

19  hasn't changed.  So I don't know what the org chart

20  represents as far as what GNETS -- how they are

21  managed or what-not.

22       Q   Fair enough.  You're saying the

23  administration of the budgets has always gone

24  through Special Education?

25       A   Right.



1      Q    So that's helpful for getting me oriented
2    in terms of the budget office.
3           I want to go back for just a second to
4    your job responsibilities and sort of round out
5    with, do you have regular meetings with anybody in
6    GaDOE regarding special education funding?
7      A    No.  We actually kind of -- pass this on
8    for the most part, but, no, we -- when it's time to
9    do the allocations, my most recent role is to kind
10   of just back-check the allocations but I don't think
11   we -- we don't -- ask how Carmen does it now, who
12   does it now, but when I did it, we would meet, you
13   know, to discuss the allocations but nothing more
14   regular than that.
15     Q    When you said you've passed this on for
16   the most part, can you tell me what you mean by
17   that?
18     A    Well, right now, like I said, we switched
19   around.  So technically we have a federal budget --
20   assistant budget director now, who I guess the last
21   year, the last year has taken it over, so.
22     Q    And who is that?
23     A    Carmen Fryemeier.
24     Q    Hernandez.
25     A    Hernandez.



1    Q    When you say taken that on, what are you

2    referring to?

3    A    Most of the stuff -- most of the stuff

4    that I used to do she does now.  So, like I said,

5    I'm kind of the back-stop now.

6    Q    So does she calculate allocations under

7    the QBE formula?

8         MS. HERNANDEZ:  Object to form.

9    A    No.  Just GNETS.  Actually, I still do

10   GNETS, but the special education formulas.  So I

11   think you asked about the special education

12   formulas, to be clear.

13   Q    I see.

14   A    Which I interpret that as IDEA, which

15   Carmen does that.  I still do GNETS, yes.

16   Q    That's helpful.  So Carmen Fryemeier does

17   the -- I'm sorry, the IDEA funding?

18   A    That's correct.

19   Q    For the record, I don't think we did that

20   acronym.  That's Individuals with Disabilities

21   Education Act?

22   A    Yes.

23   Q    So Carmen handles the IDEA allocations?

24   A    Right.

25   Q    And you continue to do the QBE and GNETS



1   allocations?

2        A     Right.  I want to be clear.

3        Q     Thank you for that.

4              So are there meetings, regular meetings,

5   having to do with either of those allocations, the

6   QBE or GNETS allocations?

7        A     No.  It's, it's -- well, with QBE

8   allocations there's tons of meetings.  What, 11 --

9   10, 11 billion dollars.  Yeah, we have several

10  meetings.

11       Q     Who are they with?

12       A     With the various budget offices.  So

13  they're several questions.

14       Q     When you say various budget offices, does

15  that mean the different budget offices within --

16       A     No.  It means outside.  The Governor's

17  budget office, the House budget office, the Senate

18  budget office.  The appropriators, I should say.

19       Q     And that was for -- did you say that was

20  for the QBE funds?

21       A     Yes.  With all of them, yeah.  The QBE

22  funding we meet with more.

23       Q     What are the purposes of those meetings?

24       A     There's a lot of data that goes into those

25  formulas.  So it's to make sure that we're all using



1   consistent data.  That, you know, that we're all --

2   there's always quirks.  So are we all on the same

3   page with how to handle an issue and, again, we

4   don't go with whatever the appropriators do, but we

5   just want to understand what they do.  So, you know,

6   we don't want any surprises.

7       Q    Are those scheduled meetings, or it is

8   more often someone from the House or Senate office

9   would ask for clarification on some data point?

10      A    So maybe it would be -- maybe a quick

11  overview.

12           So we go through -- I guess there's

13  different budget seasons.  So the Governor's budget

14  season is from September, the 1st of September, when

15  agencies submit their budget requests, till

16  basically when he submits his book, his budget

17  report.

18           So from September to December we're

19  meeting with the Governor's Office, or the Office of

20  Planning and Budget, however you want to say it.

21           So we're meeting with them, and they ask

22  their questions.  They're doing what they need to do

23  to get information for the budget office.

24           Then January through April or May, that's

25  when the session, the legislature is in session.  So



 1   that's when we're meeting with them.  We still meet

 2   with the Governor's Office but those are the ones

 3   that -- the ball is in their court at that point.

 4   So we're meeting -- we're meeting with them to

 5   answer their questions and help them come up with

 6   the actual appropriations document.

 7        Q    That was super helpful.  Thank you very

 8   much for walking me through that timeline.

 9        A    Okay.

10        Q    Are there any reports or analyses produced

11   along the way in any of those stages?

12        A    Yeah.  I mean we, we try to come up with

13   estimates.  I mean we're trying to -- like I said,

14   it's a substantial amount of money and we're kind of

15   doing this -- we're working.

16             So, you know, we have as many people

17   looking at these calculations coming up with it.

18   So, you know, we try to come up with estimates for

19   the grants, you know.  They will look at our

20   estimates and we compare numbers.

21             We have to provide the data, the student

22   data, the teacher data, all the data that goes into

23   those formulas.  So, you know, we're providing that.

24   So I mean just whatever they need.

25        Q    Okay.  And you said this happens a lot



1   with respect to the QBE formula given the amount of

2   money at stake.  Are there comparable meetings

3   relating to the GNETS grants?

4        A    Right.  Yeah.  I mean so for them to

5   calculate it, they need -- like I say, it's -- the

6   QBE grant, the funding is based on students,

7   teachers and then the federal piece, you know, how

8   much they want to do federal.

9             So we have to provide student data to, to

10  the budget offices, the student data and the teacher

11  data.

12       Q    Thank you.  And then aside from these

13  meetings, do you belong -- do you work on any

14  committees in connection with your work?

15       A    No.

16       Q    I think we're done with that document.

17  Thank you.

18            MS. TAYLOE:  We have covered some of this

19       but I would like to introduce a document that

20       was identified as Attachment BB, and this will

21       be Exhibit 746, Plaintiff's Exhibit 746.

22            (WHEREUPON, Plaintiff's Exhibit-746 was

23        marked for identification.)

24  BY MS. TAYLOE:

25       Q    This was produced by the State.  It



1   includes a number of job announcements, and the

2   second page of the document, the one marked Georgia

3   000025, was identified as -- was identified with

4   your name at the top.

5            So I'd like you to look at that job

6   announcement and let me know when you've finished

7   reviewing it.

8            (Witness reviews exhibit.)

9       A    Okay.

10      Q    Was this the listing for the position

11  which you now hold at the Department of Education?

12      A    I believe so.

13      Q    And I think you were struggling to

14  remember whether you started in 2016 or 2017.  Does

15  this refresh your recollection as to when you

16  started?

17      A    It does.

18      Q    And when would that have been?

19      A    I'm sorry?

20      Q    When do you think you started in this

21  position?

22      A    2017.

23      Q    Okay.  Was -- this posting was in March.

24  Do you think you started shortly after that?

25      A    I don't remember exactly.  It takes time



1  with -- it takes a little time because -- well -- so

2  I don't remember.  I'm assuming it was within two

3  months of that.  Yes, within.  So I believe it's,

4  what, May.

5        Q    Thank you.

6             And you were still in the division, just a

7  different --

8        A    Right.

9        Q    Okay.  Did this posting accurately reflect

10  the responsibilities you had at the time you were

11  hired in that position?

12       A    Yes, I believe so.

13       Q    Thank you.  And we've talked a little bit

14  about the changes since then in terms of the

15  reassignment of certain grant funds and things, but

16  is there anything else that has changed besides what

17  we've already discussed?

18       A    Again -- we've hired -- we have someone

19  now who specializes with the education funding

20  formula.  So that's Carmen, what I was talking about

21  before.

22            But, yeah, everything else is basically

23  the same.

24       Q    And she specializes in the IDEA funding?

25  Is that what you --



1      A     Well, all the federal funding formula, but

2   that includes the IDEA.

3      Q     And one of the items listed is provides

4   recommendations on fiscal and budgetary matters.

5   What does that entail?

6      A     Well, anything.  I mean we meet with --

7   you know, I guess it depends on the audience.

8           So we meet with the Governor's budget

9   office.  We kind of say -- if they ask us questions

10  or ask our advice on things, we do monthly budget

11  projections with staff at DOE.  So, you know, we're

12  answering their questions.

13          Yeah, basically just depends, but we are

14  the, the budget experts, I guess.

15     Q     And can you think of any kind of

16  recommendation you have offered before?

17     A     I mean there are usually technical things.

18  Say we're coming down to the end of the year and

19  we're, you know -- they don't have -- we don't have

20  enough money, you know.  So we're like, so can we,

21  can we charge some expenses to another fund source?

22  Can we, you know, can we move people around?  Can we

23  do this?  You know, what can we do.  Or if we have

24  too much money, you know, what can we -- how can we

25  spend this money?  How can we, we increase this



 1  purchase order?  Can we do this?

 2          That's if we're dealing with the staff.

 3      Q    So those recommendations sound -- I know

 4  you don't like saying under you, but those are

 5  downstream, like to the people who are administering

 6  the funds?

 7      A    Right, right.  Yeah.

 8      Q    Do you also offer recommendations

 9  upstream, to those who are appropriating the funds?

10      A    I have but those are more -- those are

11  trickier, because you're starting to get into policy

12  recommendations.  So, yeah, we, we -- I mean budget

13  is policy, I mean money.  You know, that's the

14  ultimate.  Especially what matters to you is the

15  budget documents.

16          So when I say -- you say up, you're

17  talking to OPB or to the budget offices.  So, yeah,

18  we've talked about things, we've recommended things

19  to them, but, again, there's more -- that process

20  gets filtered a little bit more carefully going up.

21      Q    Have you ever made recommendations

22  regarding any of the formulas you administer?

23      A    I mean maybe.  I don't recall off the top

24  of my head.

25      Q    You mentioned some of the other offices



1   you have worked with.  Are there individual people,

2   for instance in the Office of Planning and Budget,

3   are there individuals you're most often in contact

4   with there?

5        A    They change a lot.  I mean we got people

6   now, but whoever is in that role, we're going to be

7   in contact with a lot, but, but -- just the people

8   -- division directors and the coordinators.

9             We have an analyst who is assigned to us.

10  So when I worked at OPB, I was assigned an analyst,

11  to, to -- for the safety.  There's an analyst at OPB

12  who is assigned to DOE.  Allison, I think is her

13  name.

14       Q    So you're saying whoever works in that

15  role, you're talking about the analyst that is

16  assigned to the Department of Education?

17       A    Right.

18       Q    Whoever that is, that might change, but

19  that's who you deal with?

20       A    Right.

21       Q    Thank you.

22            What about at the House and Senate budget

23  offices?

24       A    Well, the House, Actually, Sara Arroyo has

25  been there quite a while.  So we dealt with her for,



1   you know, for a number of years.

2       Q    You said only House.  Is that because the

3   House originates the bill, but the Senate doesn't

4   have --

5       A    It goes -- I mean the House has to

6   originate it, but the Senate -- no, you asked about

7   the House.  I thought you did.

8       Q    I meant to ask about both.  So you

9   answered about the House.  Is there someone on the

10  Senate side?

11      A    Yeah.  Austin now, but Senate side changes

12  a little bit more often, too.  But, yes, there's

13  someone there.

14      Q    And what about the department of -- I'm

15  sorry -- the Board of Education, do you consult with

16  them on any of these matters?

17      A    If it goes to that level, it's mostly Rusk

18  Roam, or Jon, my supervisor, who will talk with

19  them.

20      Q    What do you mean if it goes to that level?

21  Are there only certain kinds of things that are

22  discussed with the Board?

23      A    No, no.  If they need -- if we have a talk

24  with the Board, usually just Rusk, being the CFO,

25  will handle that.  I mean some things, but mostly



1   that stuff is handled -- he'll take care of that.

2       Q    Do you work with any other state agencies

3   or departments on budget matters?

4       A    No.  Well, I mean not, not regularly.

5   Just those three budget offices and that's --

6       Q    For instance, I asked before -- I defined

7   before the Department of Behavioral Health and

8   Developmental Disabilities.  Do you ever work with

9   them on working funding together?

10      A    I mean we've had a grant with them before.

11  I don't think we have recently.  I know we have

12  worked with them, yes.

13      Q    What was the grant you're thinking of?

14      A    I don't recall exactly.  I know it was a

15  DBHDD grant, I do remember that.  I don't recall the

16  specifics of it.

17      Q    Do you remember the purpose it was for?

18      A    No, I don't.

19      Q    You just remember that there was?

20      A    Yeah.

21      Q    And do you ever work with Medicaid offices

22  on funding?

23      A    No, not -- no.

24           MS. TAYLOE:  I think we're done with that

25           document, Allison.  Thank you.

1    Q    In terms of the funds you oversee, you've

2    mentioned federal and state funds.  Do you have any

3    involvement with local educational funds?

4    A    Well, they, they originate -- the local

5    origination of finds originates with the State.  So

6    once we send it out, no.  But, yes.  I mean we're,

7    we're responsible for calculating those allocations

8    for the LEAs.

9          What do you mean specifically?

10   Q    I think I mean something different.  You

11   said they originate with the State.  You're talking

12   about state funds that have been allocated to LEAs,

13   right?

14   A    Right.

15   Q    I'm talking about any funds that the local

16   education agencies themselves contribute towards

17   funds?

18   A    No.

19   Q    So it's not part of your calculations to

20   match or offset or anything --

21   A    Oh, well -- I don't know.  So we have what

22   we call local 5 mil share, which is basically, in

23   essence, what a local school district has to pay for

24   to participate in QBE.

25          So we calculate that as five -- you know,



1  it's 5 mill.  So we calculate that for the districts

2  and subtract that from the QBE earnings that we send

3  out.

4          So let's say we calculate QBE at 11

5  billion, local 5 mill share may be 2 billion.  So

6  we'll send out -- end up sending out nine billion.

7          That's sort of a high level, but that's

8  basically how it works.

9      Q    So it's the -- the formula assumes they

10  will contribute, the LEAs will contribute that

11  amount.  Is there a requirement they contribute that

12  amount, or will they just be less that much funding

13  if they don't contribute that amount?

14     A    They're going to be less that amount

15  regardless.  So they can contribute more.  If they

16  contribute less, than -- you know, I don't know how

17  they could function by contributing less.  But,

18  yeah, it's just calculating how much we're going to

19  withhold from their earnings.

20     Q    And you said some LEAs may contribute

21  more?

22     A    Most do, I mean.  I think the funding

23  formula now has teachers' salaries at 39,000;

24  whereas if you start here in Metro Atlanta, most are

25  going to be -- starting salaries are going to be



1   forties and fifties, at least.

2        Q    Is there any comparable requirement for a

3   local contribution in the QBE formula?

4        A    No.  Not to my knowledge.  Well, let me

5   just say not to my knowledge.

6        Q    Is it possible it's there without you

7   knowing?

8             MS. HERNANDEZ:  Objection.

9        A    I don't know.  I mean, yeah I don't know

10  all the funding because I don't, I don't know the

11  funding formula -- or the funding streams for the

12  GNETS service.  All I know is what the State sends

13  out.

14       Q    But the State -- what the State sends out

15  does not include an amount subtracted for the local

16  share?

17       A    No, no, we don't do that for the GNETS.

18       Q    But it does for QBE?

19       A    Well, there's, there's -- there's

20  austerity in the formula in the GNETS, but it's not

21  the same thing as the local five mil share that's in

22  QBE.

23       Q    Can you explain how the austerity factors

24  into that, what I'm asking?

25       A    I think it's just a holdover from budget



1  cuts in the past, but it's -- there's an amount that
2  is reduced, which is you can see on the spreadsheets
3  from the formula, but -- there's an amount that's
4  reduced but it's not like -- it's not calculated
5  like local five mil share.  It's just an amount
6  that's reduced from the -- you know, from the QBE
7  formula.
8       Q    And is that also taken from the QBE
9  funding, the austerity reduction?
10      A    I don't know if it is now.  I don't think
11 there's an austerity in QBE now.  But it has been.
12 It always has, you know.
13      Q    So, I'm sorry, I just want to make sure I
14 get this right.
15           So there was an austerity budget -- I'm
16 sorry -- austerity reduction for both QBE and GNETS
17 at some point?
18      A    Yes, we've had -- yeah, we've had
19 austerity reduction.
20      Q    And now you're not sure there's still an
21 austerity reduction in QBE, but there's still an
22 austerity reduction in GNETS?
23      A    Well, I mean I am sure it's not one in QBE
24 right now, you know, but -- I don't know what the
25 Governor's recommendation is going to be right now.



1   And I don't know what his recommendation for GNETS

2   is going to be either for next year, so.

3       Q    Okay.  I'm not asking you to speculate

4   about in the future.  But for the budget that's

5   currently in place --

6       A    Yeah.

7       Q    -- there is an austerity reduction for

8   GNETS?

9       A    Right.

10      Q    That was not in the QBE?

11      A    Correct.

12      Q    And that's separate from the five mil

13  share, which is taken out of the QBE formula but is

14  not taken out of the GNETS formula?

15      A    Correct.

16      Q    Thank you for walking me through that.

17           Then I have a list of funds that may have

18  an educational connection to it, so I'm curious if

19  your office -- and I don't mean you but your office

20  might deal with these funds, if I can run through

21  them.

22           We've already talked about the IDEA funds.

23  They come through your office and Carmen Fryemeier

24  mostly oversees them?

25      A    Uh-hum.  (Affirmative.)



1      Q    Is there any other source of special

2   education funds?

3      A    No.  I think that's the biggest one, I

4   mean.

5      Q    And then there are Title I funds for low

6   income schools; is that correct?

7      A    Correct.

8      Q    Does your office oversee those funds?

9      A    Yes.  They flow through us and we --

10     Q    What do you mean by flow through?

11     A    I mean we're a pass-through agency for

12  most of those.

13         So we get them and we get money for

14  administering them, and they're carve-outs for

15  particular grants, like school improvement.  There

16  used to be one for academic achievement but that's

17  about all.

18         Yeah, our job is to take it and send it

19  on, but -- US Ed can't keep track of every charter

20  school that's open everywhere.  So that's what our

21  role is, is to -- with the charter schools or any

22  changes happen, so a school grows significantly, or

23  any type of thing like that happens, they have rules

24  for how it is to be divided up, but we have to do

25  that division, so.

1     Q    I see.

2     A    So, yeah.

3     Q    And you mentioned an administrative share,

4   something like that.  Is that the one percent that

5   gets -- well, I shouldn't ask that.

6          What did you mean by administrative share?

7     A    I don't know the exact amount now, but,

8   yes, it's a percentage that, that we can withhold

9   for, for -- for administering the program.

10    Q    Then Title VI funds for rural schools,

11  does your office oversee those?

12    A    Yes.  Is it Title VI?  Title V?  I can't

13  remember, but yes.

14    Q    What about the ESSA Act, does that come

15  with funding?

16    A    Yes, that's what, that's what Title I is

17  -- I mean on that is --

18    Q    All that is Title I?

19    A    Yeah.

20    Q    Okay.  Sorry.

21         And the ARP, does that funding also come

22  through your office?

23    A    Yes.  Well, the portion that's for

24  education, yes.

25    Q    And there is -- was there an educational



1  component to the CARES, the Coronavirus Aid, Relief,

2  and Economic Stability Act?

3        A    Yes.

4        Q    And that funding came through your office?

5        A    I think some of it.  So, yes.  So I won't

6  say all of it because some of it could have gone

7  through the Governor's Office.

8             And that's the case for the ARP money as

9  well.  Some of it could have went directly to the

10  Governor's Office but some came directly to the

11  Department of Education.  So I don't know if it was

12  all of it or just some.  But, yes, we have some of

13  that come through.

14        Q    And ESSER, too, the Elementary and

15  Secondary School Emergency Relief Fund, did you also

16  get funding through there?

17        A    Yes.

18        Q    And then for each of those that you said

19  yes to, are there restrictions on that, or is it --

20  does GaDOE decide how to distribute those?

21        A    There are restrictions, but I don't know

22  the, the details on that.  I haven't handled that.

23  That would be Carmen and other people on our staff.

24        Q    Okay.  And do they mainly get distributed

25  to the LEAs to use, and there's some flexibility,

1   they get distributed to the LEAs on decisions on how

2   to use those funds?

3         MS. HERNANDEZ:  Objection.

4   A    I -- it's been very -- like I say, I

5   haven't followed it as closely because I haven't

6   worked with that as closely.  But I know some of it

7   has been used for salary supplements or bonuses or

8   what-not.  Some of it has been used to offset grants

9   that have been cuts.

10         So I don't -- you know, I think it's kind

11   of been varied on how it's been used.  Some of it

12   has been used for particular projects.  Just a lot

13   of different things.

14   Q    Okay.  What about the SAMHSA, which is

15   Substance Abuse and Mental Health Services

16   Administration, do you ever deal with SAMHSA

17   funding?

18   A    I remember, you know, loaded the budget or

19   seeing the grant amendments come in but I don't know

20   how it was spent.

21   Q    Who would handle that?

22   A    Well, when I was working with that, it

23   would have been Amber.  You know, she was, you know

24   -- that would have fallen under special -- Amber

25   McCollum.  That would have fallen under Special



1   Education.

2        Q    And what about -- have you heard of

3   Project AWARE?

4        A    I've seen the money and, you know, loaded

5   it in the budget, but again don't know how it was

6   spent.

7        Q    And when you say loaded in the budget,

8   what does that mean?

9        A    Oh, you have to -- we have a budget

10  system.  So before you can actually spend the money,

11  we've got to load it into the budget.  So we have to

12  load it into that budgeting system so that you can

13  actually spend it.

14       Q    Is that a budget system for -- is that

15  part of the QBE or is that separate?

16       A    No.  That's for the State of Georgia.

17  Yeah, just People Soft, or you might hear it called

18  Teamworks Financials, or what-not, but, yeah, just

19  -- it's just a technical process -- technical thing

20  you have to do before you can start spending the

21  money.

22       Q    And then who can start spending it?

23       A    Whoever that program manager or that unit

24  or what-not.

25       Q    So do some of these funds get loaded for



1  the -- does the Office of the Whole Child have a

2  program manager?

3      A    I think we're, we're in between one right

4  now.  They are -- I don't -- I mean I think the

5  person who is there is -- I don't know.  Actually, I

6  don't know.

7      Q    Is that how you mean, it gets loaded to

8  that unit, and then whoever is the project manager,

9  program manager there, can administer that --

10     A    No.  I guess I shouldn't -- I'm speaking

11 real general.  It's like you get a check.  You can't

12 do anything until you take it to the bank and put it

13 in your account.  That's what I mean, you know.

14     Q    And the account is just the State of

15 Georgia?

16     A    Yeah.

17     Q    It's not more specific than that?

18     A    Yeah.  That's what I mean.  I'm sorry.

19     Q    That's all right.  Thank you for

20 explaining.

21          Okay.  And have you heard of a System of

22 Care Expansion Grant?

23     A    No.

24     Q    So I just want to confirm.  From your

25 answer it sounds like, is GaDOE involved in any



1    Medicaid payments made for services provided in

2    schools?

3         A    Not to my knowledge.

4         Q    So I think -- was that -- the ones we just

5    went over, does that cover as much as you can

6    remember the federal funds that you're also

7    administering?  Are there other federal funds?

8         A    Just relate to the special education or

9    what?

10        Q    I guess education generally.

11        A    I mean there are way more.  Do you mean --

12   do you want me to try to list them?

13        Q    That sounds like that would be unfairly

14   burdensome to you.

15             Are there any that you can think of that

16   might apply to Special Education or the GNETS

17   programs?

18        A    No, no.

19        Q    And so the rest of the funds that your

20   office administers that might relate to Special

21   Education or GNETS would be state grants or state

22   funds?

23        A    To my knowledge, yes.

24             MS. TAYLOE:  I would like to introduce

25        GA00278716 as Exhibit 747.



1              (WHEREUPON, Plaintiff's Exhibit-747 was

2         marked for identification.)

3    BY MS. TAYLOE:

4         Q    For some of these exhibits, Mr. Bell,

5    there's going to be an email that is kind of just to

6    orient you and the thing that we're going to discuss

7    is the attachment to it.  So this is one of those

8    emails.

9              It is a March 2016 email from Jon Cooper

10   to a number of people -- I'm sorry, to one person

11   but copying a number of people, including you.

12             It says:  "Formula Assignments for FBO

13   Team."

14             Can you first tell me who Randy -- is it

15   pronounced Trowell -- is?

16        A    Yes.  He's a former DOE employee.

17        Q    And he was in your office, your unit?

18        A    He was -- he was a director of -- I don't

19   remember his exact title, but when he was here --

20   for a while -- the last role that he was in was CFO.

21   When our previous CFO left, he served as interim

22   CFO.  But he works in our -- you know, the Financial

23   Services Unit.

24        Q    What is the FBO Team?

25        A    Finance and Budget Operations.



1    Q    And that's within GaDOE?

2    A    Yes.

3    Q    Then I'd like to look at the attachment to

4  that document, which is a spreadsheet.  I'll give

5  you a minute to review that.

6         (Witness reviews exhibit.)

7    A    Okay.

8    Q    So does this reflect the grants that you

9  oversaw in March of 2016?

10   A    I believe so, yes.

11   Q    And I know we talked about kind of

12 reassignments along the way, different times, but

13 this is generally the body of grants that are

14 overseen by your office?

15   A    Yep, yep.  I mean it's grown since then.

16   Q    Okay.  What other -- are there --

17   A    The, the CARES Act, all of the

18 stimulus-related grants that we've added.  The rural

19 grant, which I think is in here but has just been

20 renamed.

21        And the -- I think that's it.  There could

22 be one or two more.

23   Q    And this -- the email in the chart refer

24 to this as the formula assignments.  Are there other

25 kinds of budget work besides formula assignments?



1      A    Yes.  There's -- do you want me to list
2   it?
3      Q    Yes.
4      A    There's a technical -- technical stuff.
5   So, you know, we have -- we're submitting purchase
6   orders for contracts or to buy things.  So they have
7   to use the correct budget codes to, to pay for this.
8   So our job is to make sure they're using those
9   codes, correct them when they're wrong -- you know,
10  when they submit wrong codes.
11          Every month you've got to request our cash
12  from the State.  So we have to request our
13  allotment, I guess.  We've got to submit budget
14  amendments.
15          So basically when our spending is
16  changing, we -- also we've got to submit our budget
17  requests.  When the Governor's Office tells us to --
18  we actually get a finalized budget.  We put that
19  information in our budget.  I don't know.  Just a
20  lot of stuff day-to-day.
21     Q    Thank you.  That helps save us time down
22  the road when I was going to ask you some of those
23  questions.
24          Another thing I was trying to get here,
25  are there also competitive grants?  Does your office



1    oversee any competitive grants?

2         A     My office -- I say my office.  Our office

3    doesn't really do -- I want to be clear.  I'm

4    speaking of FBO.  FBO doesn't really do independent

5    -- competitive grants.  If there are competitive

6    grants, they're handled within the program that they

7    originate from, to my knowledge.

8              So there are some grants I think that you

9    have to apply for but, again, that's the extent of

10   my knowledge.

11        Q     Okay.

12        A     There are some that exist, and they're

13   going to be handled by the program staff but not by

14   us, say.

15        Q     And can you give me an example of what you

16   mean by program staff?

17        A     Let me see.  21st Century, I think they

18   have competitive grants.  And I think that's

19   something with technology or what-not.  I don't

20   know.

21             But the people who work in the 21st

22   Century program, they're the ones who would refer

23   the grant applications and kind of go through it and

24   what-not.

25        Q     So they get an appropriation that gives



1  them a certain amount of money, and rather than

2  using a formula to allocate it, they can open it up

3  for competitive applications for a share of that

4  funding?

5      A    Yes, that's correct.

6      Q    Thank you.

7           Are there any competitive -- so are there

8  any competitive grants in connection with just

9  general education settings?

10          I was going to say QBE but I know not QBE

11 because that's a formula.

12     A    Right.  Like I say, nothing, nothing

13 within the FBO unit.

14          I think they're all relatively smaller

15 ones.  I don't think there's a lot of them, but I

16 know there's a few that would apply.

17     Q    That's helpful.

18          On this chart can you tell me what SB10

19 funding?

20     A    Yes.  That is our special needs voucher

21 program.  So essentially there's a program where if

22 you're a parent and your kid has an IEP that says

23 you're here -- special needs or what-not, you can

24 take that IEP and go to a private school and receive

25 the funding formula equivalent for what that student



1    would have earned in a private -- in a public

2    school.

3              So you can take that and we would send

4    that equivalent to the school for the parent.  So

5    the parent would have to sign off on the check.  The

6    check would go to the school.  They would have to

7    sign off that it's going to the school.

8        Q    Thank you.  And then if that amount didn't

9    cover the school, it would be up to the parent and

10   the school to fund the difference?

11       A    That's to my -- to my understanding.

12       Q    Okay.  There's also CTAE listed on this

13   chart.  Can you tell me what CTAE is?

14       A    Career Technical Agriculture Education.

15             So this is like the 4-H, the Future

16   Farmers of America and people who are interested in

17   working, going to technical school.  So you're

18   interested in learning skills like, you know,

19   welding or like things -- things like that.

20       Q    Do you know why that one is listed as

21   federal -- or state/federal?

22       A    Because they receive federal funds.  It's

23   also State funds, too.  So it's matching.  That one

24   has an explicit match.

25       Q    By explicit match, what does that mean?



1      A    That I think we have to put up so much

2   state funding to receive federal finding.  So I

3   think we put -- I don't know if it's 50/50 or 75/25.

4   I don't know the details off the top of my head.

5      Q    Do you know why GNETS isn't listed as

6   state/fed since it also receives federal funds?

7           MS. HERNANDEZ:  Objection.

8      A    I think it's just -- I don't think that

9   level of thought went into it.  I think it's mostly

10  because of the state funding portion.

11          To be honest, the federal portion is

12  really determined by the federal staff at DOE.  So I

13  don't think -- they basically -- they tell me the

14  number.  They tell me how they want to calculate

15  that number and we go from there.

16          So it's really no -- nothing beyond that.

17     Q    Okay.  The other ones listed for you

18  include equalization and local shares.  Is that

19  related to what we talked about before, the five

20  mill?

21     A    Yeah, the local five mill share.

22     Q    What's the equalization part of that?

23     A    What it's supposed to do in theory, if a

24  county has significantly less wealth -- so we

25  determine wealth by property values per student.  So



1    if, you know -- obviously, if you have a county with
2    -- your median home price is 500,000, you're going
3    to have a higher tax base than a county where the
4    median home price is like 200.
5              So this is kind of a state funding to kind
6    of equalize them to the statewide average, whatever
7    that average is.  So that's usually anywhere
8    between, last few years, between four and 700
9    million.  So it's a pretty good size, but that's the
10   overall grant.  But that's what that is.
11        Q    And the school nurse one, what's the
12   school nurse?
13        A    Yeah.  It's basically just the funding
14   portion in the grant.  The schools receive so many
15   nurses per so many students.  So you get so many
16   students, you get a nurse.
17              It's really some portion, but our nurses
18   in the State of Georgia are really passionate.  So
19   over the last few years our student counts have been
20   relatively flat, in some cases declined.  And so,
21   like I said, if your number of students go down, the
22   number of nursing funding goes down.
23              So what happened -- so we basically broke
24   it out and now it's just a separate grant calculated
25   that way.



1      Q    Just to make sure I understand, is there a

2    nurse also part of account be and this is on top of

3    that, or is the nurse only through this grant?

4      A    I think it was broken out of QBE.  If you

5    look at our grant, our funding -- I have to see when

6    we actually broke -- I know it's broken out now.  I

7    don't know if it was broken out then.  I think it

8    was just -- at the time it was within QBE.  I think

9    Jon just separated it out just so that we can --

10   actually, I don't want to speak to Jon's state of

11   mind.

12         But, yeah, I think it was in QBE at the

13   time, but, like I say, it's always been such a --

14   they always noticed it, so.

15     Q    So now it's separately funded?

16     A    Yeah, yeah.

17     Q    Okay.  And if we take this opportunity for

18   you to give a brief explanation about T&E?

19     A    Training and experience.  Real simple,

20   it's -- the funding formula pay if paid for the base

21   cost of the teachers, which the cost of a teacher

22   with zero to two years which suggests a bachelor's

23   degree.  As teachers get more experience and get,

24   you know, more education, I will say they move up

25   the salary scale.  T&E pays that difference when

1   they move up the salary scale.

2          So basically if you have a school district

3   and you hire all brand-new teachers at one year

4   experience or no experience, you get zero T&E.  But

5   if you are in a school district with everybody had

6   30-something years of experience and Ph.D.s, you get

7   a whole lot.

8          So that's basically how it works.

9     Q    So the QBE includes the base salary and

10  then any other extra, the T&E comes from the

11  separate grant?

12    A    Yes.

13    Q    Okay.  That's also very helpful.

14         MS. TAYLOE:  We're done with that exhibit.

15     Thank you, Allison.

16  BY MS. TAYLOE:

17    Q    So I have some questions about process

18  now, and we have kind of -- we've touched on some of

19  it before because it's hard to define something

20  without explaining where it is in the process and

21  vice versa, so I'll try to streamline this, but we

22  have a good head start from your past explanations.

23         I want to start by a looking at HB 911.

24         MS. TAYLOE:  I'm going to introduce that

25     as Plaintiff's Exhibit 748.



1              (WHEREUPON, Plaintiff's Exhibit-748 was
2          marked for identification.)
3              MS. TAYLOE:  This doesn't have a Bates
4          Stamp number because I just took this off the
5          State website.
6      BY MS. TAYLOE:
7          Q    This is a super long document, as I'm sure
8      you're well aware, so we're not going to look at all
9      that.
10             I'm going to ask you generally, are you
11     familiar with the FY23 appropriations bill?
12         A    Yeah.  Yes.
13         Q    Then I would like you to turn to page --
14     well, the page numbers are kind of funny on this
15     document.
16             So Page 61.  The PDF shows it as Page 71.
17         A    Yeah.
18         Q    It's the beginning of Section 24.
19         A    Which section?  Is it QBE or GNETS?
20         Q    It's Department of Education generally.
21         A    Okay.
22             (Witness reviews exhibit.)
23         A    Okay.
24         Q    There you are.
25         A    Okay.



GERONALD D. BELL                                      January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              74

1        Q    Okay.  And for the record, this is the

2    State appropriations bill for the Fiscal Year 2023?

3        A    Okay.

4        Q    Is that correct?

5        A    Yes.

6        Q    And is it correct Section 24 sets forth

7    the appropriations to the Department of Education

8    generally?

9        A    Yes.

10       Q    And the amount appropriated for this year

11   was shown on Line 1813, is $12,825,676,638.  Is that

12   correct?

13       A    Yes and no.  I mean the federal funds are

14   -- federal funds are informational.  They're an

15   estimate because you don't know at the beginning of

16   the year.  So they're not a hard number.  It's an

17   estimate, and sometimes they take the approach of

18   just -- you want to just stick -- you know, make

19   that on the low end.

20            But, yes, the federal funds are an

21   estimate.  The State funds are a hard number.

22       Q    Is that because the federal and state

23   appropriations happen at different times --

24       A    Right.

25       Q    -- so it's not known -- okay, that makes



1   sense.
2           So with that caveat, I'll keep that caveat
3   in mind.
4           That's roughly the funding available to
5   the State for education for the year?
6       A   Yes.
7       Q   And your office oversees the
8   administration of all of those funds?
9       A   Correct.
10      Q   So the federal funds and grants shown in
11  Line 1814, is that the part that you say is an
12  estimate?
13      A   Yes.
14      Q   And the rest of it on the next page,
15  starting with Line 1819, the state funds, that's the
16  part you said is set?
17      A   Yes.  State funds is a hard number.
18      Q   The State funds is over 10-1/2 half
19  billion.  So that's the majority of the education
20  funds available?
21      A   Yes.  I'm sorry.
22      Q   Can you tell me what it means when it says
23  not specifically identified in the Federal Funds
24  line, and the other funds line?
25      A   Yes.  There are certain grants that the



1  | Governor and General Assembly wanted to keep a
2  | specific eye on and make sure they weren't being
3  | appropriated or being moved around in ways without
4  | their approval.
5  |         And if you go through the document, you'll
6  | see some of them, like tentative Medicaid.  There's
7  | some other ones, but those are the ones that kind of
8  | stick out.  But you'll see them at the beginning of
9  | the document.
10 |         Everything else, there's so many things --
11 | everything else mostly was categorized as not
12 | identified, not specifically identified.  So it's
13 | basically a catch-all for all the other federal fund
14 | sources.  And it's basically just an accounting, you
15 | know, an accounting for ease or number or whatever.
16 |     Q    Does that mean the department has
17 | discretion how to spend them, or not?
18 |     A    No, no.  It has discretion on where it's
19 | spent in the budget.  But I mean we still -- you
20 | know, we're in -- we obviously still have to follow
21 | the rules for the federal -- that the Federal
22 | Government has when they give us a grant.  If the
23 | Governor has advice, you know, we follow it.  But
24 | with the, with -- the ones that are identified, if
25 | they're identified within a particular program, we

```
 1   just can't move them to another program and spend
 2   them.
 3              So it's basically restricting the money,
 4   because we're program-base budgeting.  So you
 5   couldn't take -- if you were in DHS, you couldn't
 6   just take 10 million and 10 and move it from
 7   adoption services to out of home care services
 8   without talking to the Governor's Office.  Like, you
 9   know -- but we're federal, so we can move those
10   monies between the programs and we supplement it,
11   but you would have to get the Governor's office and
12   the General Assembly's approval to move those
13   identified funds in ways.  Whereas the
14   non-identified don't have that level of scrutiny,
15   just the normal level of scrutiny.
16        Q    Thank you.
17              Then there's a line that says Other Funds
18   in between federal and state.  What are Other Funds?
19        A    It's anything that's not federal.  So I
20   mean for us it can be bond funds.  That's mostly
21   what it is, bond funding that's put in there.
22              It could be revenue.  So our virtual
23   school, GAVS, Georgia Virtual School, the money they
24   collect from tuition, that's other funds.  Basically
25   anything that's not a federal grant and we don't
```

1   receive directly.

2          So if another agency receives a federal

3   grant and they contract with us, it becomes other

4   funds for us because it's federal funds for them.

5   So, like I say, anything that's not federal.

6      Q    Thank you.

7          Then under Line 1820, there is a statement

8   about QBE formula and the base unit cost of

9   $2,897.26.

10          Can you tell me what that -- I think we've

11   talked about it, but can you tell me what that is

12   there?

13     A    I would want to look at our alignment

14   sheet.  I've never actually -- I never -- because I

15   always go straight to the program, so.

16          But I think it's -- what it's supposed to

17   be is the per FTE cost of a high school student,

18   which is the base cost.  And it's the lowest cost.

19          So if you're looking at a high school

20   student, FTE, like one -- they would divide it into

21   six FTEs.  So one-sixth of that should be 2000 --

22   that number.  But I want to check before I say

23   that's exactly what that is, because I never paid

24   attention.  So I'm wondering if they -- if that's

25   something, just a holdover and they don't update it.



1    Q    I have another document that has that

2  number in it.  We can confirm it when you see that.

3         I want to talk about, when you say 1/6th,

4  is that because of the segments?  Is it divided by

5  the segments?

6    A    Yes.

7    Q    When we see the other document, we can try

8  to figure that out together.

9         But depending upon whether it's segments

10  or whole, this is the number that's used for the

11  basis for the QBE funding calculation?

12    A    I'd say that I need to verify that, but

13  that's my assumption.

14    Q    Then in this document I want to skip

15  forward a few pages to Page 65, but again the number

16  is funny.  So I'll just say Section 24.7.

17    A    24.7, yeah.

18    Q    In that section, Lines 1913 through 1915

19  all have the same dollar amount.  Can you tell me

20  what those lines mean?

21    A    That's where most of the Federal Programs

22  funding is spent.  That's the title -- Title I

23  funding.  That half million, Special Education

24  funding, that six or 700,000 -- or six or 700

25  million.  You know, all the -- most of the federal



1   grant funding that goes out to districts.

2          So some of the funding may be in other

3   places but this is most of the funds that are going

4   out to the school systems as the programs -- as the

5   purpose says.

6          Q    So would this include IDEA funding?

7          A    Yes.  But, again, that's the funding

8   that's going out to the systems.

9          Q    And then in Line 1916, it refers to the

10  previous years appropriations bill, and is that

11  reflecting the -- can you explain what the numbers

12  in Line 1916 are?

13         A    Yeah.  So there are no -- there's no

14  change in state funds, and it doesn't look like

15  there was any change in -- because the bill is

16  mostly going to show changes in state funds, but

17  there doesn't look like there was any change in the

18  federal funding either.  That's why I say this an

19  estimate with this.  So basically we, you know, we

20  carried over the amount from the previous year, HB

21  81, into, into this amount.

22         Q    So the numbers in the box would be if

23  there was any change from the previous year?

24         A    Right.

25         Q    Do you see in Line 1917 where it says



1   "Transfer funds from the Georgia Network for
2   Educational and Therapeutic Support," and it says
3   "GNETS" in parentheses, "program to the Federal
4   Programs program to reflect dissolution of state
5   level GNETS program?"  Do you see that?
6        A    Yes.
7        Q    And then it says in parentheses: "CC:No."
8             First, does CC:No mean it was denied in
9   conference committee?
10       A    Yes.
11       Q    Do you know what this entry is referring
12  to?
13       A    To my understanding was that it was --
14  that we were -- not "we."  That the budget offices
15  were thinking about -- this is just me.  So, no, I
16  -- maybe I shouldn't -- I don't want to speculate on
17  what they were -- the, the -- all I know is that it
18  was proposed to close the GNETS programs and move
19  them out to -- back to the individual systems, but
20  they decided not to do that at the time.
21       Q    And who "they" be, when you say that?
22       A    The conference committee.  So the
23  legislature.  This is a legislative document.
24            So the legislature was looking at it and I
25  guess they decided not to do it.



1   Q    And was it your understanding they were

2   proposing to close the programs or to reroute the

3   funding for the programs?

4        MS. HERNANDEZ:   Objection.

5   A    I'd have to go back and look at the

6   document because I don't want to -- you can see it,

7   if you look at the sentence budget of the document.

8   So that's where the answer will be.   So whenever

9   they -- whatever they submit out -- sent out would

10  tell you if they were doing it.   I don't remember if

11  they were -- if they moved the money or if they

12  were, you know, just taking the money and closing

13  it.

14  Q    You said you have to go back and look at

15  the document.   What document are you referring to?

16  A    The Senate's version of the budget

17  document.   So this one is the final document.   But,

18  you know, you have the Governor's rec, the House

19  rec, the Senate rec, and then conference committee.

20  So the conference committee is the final, but if the

21  change was made, I think it was in the Senate's

22  recommendation.

23  Q    So the House recommended making the

24  change, the Senate -- no, I'm sorry.

25       How would you know it would by the Senate



GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              83

 1 | version that --
 2 |      A    I think it was the Senate.  I remember I
 3 | think that was the Senate.  That's my recollection
 4 | is.  But you can go find -- I mean, like I say, you
 5 | can go look at the different versions of the budget
 6 | document and see.
 7 |      Q    Thank you.
 8 |           Was the Department of Education consulted
 9 | about this proposal?
10 |           MS. HERNANDEZ:  Objection.
11 |      A    I don't know.  I mean I believe so.  I
12 | mean but that would have been conversation in the
13 | superintendent's office.  So I wouldn't have sat in
14 | on those.
15 |      Q    Was it discussed with you?
16 |      A    No.
17 |      Q    Do you know if GaDOE had a position on the
18 | proposed change?
19 |           MS. HERNANDEZ:  Objection.
20 |      A    No.
21 |      Q    No -- sorry.  No, you don't know if they
22 | did?
23 |      A    No, I don't know.
24 |      Q    You said it was at the superintendent
25 | level.  Who, who would have been consulted about



1  this proposal at that --

2       A    That's if they were.  I don't know.  But I

3  mean If they talk to anyone, it would have been the

4  Board, the superintendent, you know.

5  Superintendent, which it was -- his chief of staff

6  Matt Jones.  I don't know beyond that.

7       Q    It would have been at that level?

8       A    Yeah.

9       Q    Okay, thank you.

10           Do you know when it's at the point where

11  you're saying the House and Senate had different

12  versions that were resolved at conference committee,

13  is there an opportunity for other interested parties

14  or stakeholders to weigh in at that stage?

15       A    Yes.  They have appropriations meetings.

16  So you can -- they have public meetings on the

17  documents.  So we meet with both budget offices on

18  both -- I say "we," the Department of Education, but

19  every agency meets with them.

20           And I'll say, you know, the committee

21  chairman.  So people will meet with him privately,

22  too, but they have public discussions as well.

23       Q    So are you aware of any feedback that was

24  provided to them about this proposal?

25       A    No.



1       Q    Okay.  Then the next section is, on GNETS,

2  Section 24.8, and just to confirm, this is the

3  appropriations for FY23.  Can I confirm that this is

4  funding for the school year 2022-23?

5       A    Sorry, repeat your question.

6       Q    I want to make sure that I understand

7  correctly that it's called the fiscal year '23

8  budget, and is that for the school year 2022-23?

9       A    Yes.

10      Q    Because the fiscal year is that year ends,

11  not the year it starts?

12      A    Right.

13      Q    Thank you for confirming that.

14           And then -- so the amounts shown in Line

15  1919, the State appropriated $65,427,745 to the

16  GNETS program for that school year?

17      A    Again, the federal funds is an estimate.

18  So it may not be that amount.

19      Q    Okay.  So the part we can be sure about,

20  the state appropriated $54,104,943 to the GNETS

21  program for that year?

22      A    Correct.

23      Q    Following up on your qualification about

24  the federal funds being an estimate, has the final

25  amount appropriated in the federal funds category



1   ever been far off from the estimate?

2           MS. HERNANDEZ:  Objection.

3       Q    In your experience?

4       A    Well, I don't usually compare it because I

5   know this isn't a document for that.  If you want

6   the federal amount, you basically just go to the

7   Board item.  So I don't -- I never try to pull it.

8   I never compare it.

9       Q    But if it were substantially off, would

10  you be dealing with budget amendments or something

11  to account for the difference?

12          MS. HERNANDEZ:  Objection.

13      A    We don't have to -- we don't have to load

14  the -- actually, like so we don't have to load the

15  federal money that's in here in our internal system.

16  We load it in our state budget system, or our -- the

17  other budget system we have with the Government's

18  budget office.  So we can correct that at any point.

19  And we load in the amount based on the board item in

20  our internal system.  So it's not -- I guess it's

21  not an issue.

22      Q    Are the amounts we just discussed, the

23  state amount and estimated federal amounts, are they

24  generally consistent with past years?

25      A    So it's been -- the state amount has been



1  fluctuating because the student count has been going

2  down.  So, so -- I mean it's been declining, but the

3  rate of decline is -- I haven't -- you know, I

4  haven't really looked to do it as a trend analysis.

5  But I know the student count has been going down

6  significantly.  So fewer students within the

7  program.

8       Q    Do you see in Line 1930 that it says,

9  "Reduce formula funds for enrollment and training

10  and experience decline"?

11      A    Uh-hum.  (Affirmative.)

12      Q    So there's no way to know from this how

13  much that decline is based on declining enrollment

14  and how much is based on declining T&E expenses?

15      A    Not from here.  You have to kind of look

16  at the spreadsheet.

17      Q    Then in Line 1931, it says:  "Increase

18  funds to offset the austerity reduction to the GNETS

19  grants."

20           I know you mentioned earlier about the

21  GNETS grants.  Can you explain what this line does?

22      A    It basically adds in that 2. -- that 2.4

23  million to reduce the impact of those, of that

24  austerity reduction.

25      Q    Did it eliminate that or just reduce the



GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              88

```
1   impact of it?
2        A    I think it just reduced it.
3        Q    Then in Line 1925, it talks about
4   addressing agency recruitment and retention needs.
5             Do you know what that is in reference to?
6        A    So that was one of the -- I think that one
7   is big, big priorities last legislative session,
8   which we are all grateful for.
9             To basically increase state salaries to
10  reflect -- or basically -- yeah.  To help with
11  turnover.  I mean he has -- I don't have the numbers
12  off the top of my head, but we've just lost so many
13  employees due to basically low salaries.
14            So this was to increase it, and this is
15  just for the program manager within the GNETS
16  program.  So it was just one person that we're
17  funding here.  But it was part of that incentive to
18  increase salaries to retain -- to help retain more
19  employees.
20       Q    So the entry for Line 1925 is just for the
21  program manager?
22       A    Yes.
23       Q    That's helpful.
24            Is there a similar effort for other GNETS
25  teachers and parapros?
```



1    A    Yes, 1929.  So the teacher -- it was 5,000

2   for state employees, but teachers had already

3   increased by 3,000 in a previous year.  So the

4   teachers increased by 2000.  So everybody has gotten

5   the 5,000 increase.

6    Q    Thank you.

7         The last one on this, in Line 1933,

8   there's no funding associated with it, but there's a

9   directive to GaDOE, which reads:  "The Department of

10  Education is directed to evaluate, in consultation

11  with stakeholders, the GNETS program to provide

12  strategic statutory recommendations and funding

13  formula updates to the Office of Planning and

14  Budget, the House Budget and Research Office, and

15  the Senate Budget and Evaluation Office by November

16  1, 2022.  (CC:Yes)."

17        Did I read that correctly?  Do you see

18  that?

19   A    Yes.

20   Q    Did the Department of Education conduct

21  the evaluation as directed here?

22   A    I believe so -- you know, I don't know.  I

23  believe so, yes, but I don't -- well, I believe so,

24  but I don't know.

25   Q    Were you involved in the evaluation?



1      A    I know we've talked about it, but, again,

2   some of these questions would be handled by the, at

3   the deputy superintendent, the superintendent and

4   deputy superintendent level.

5           So I don't -- I can't speak to every

6   meeting they've had and what they've -- but I

7   believe they have, but I don't know for sure.

8      Q    Do you know who the stakeholders were that

9   GaDOE consulted with?

10          MS. HERNANDEZ:  Objection.

11     A    I mean it would be the GNETS program

12  managers.  So but I don't -- you know, again, I

13  don't know how much they've talked with.

14     Q    And when you say GNETS program managers,

15  do you mean the regional GNETS program managers?

16     A    Yeah, yeah.  Or the directors.  The GNETS

17  directors.  Yeah, just anybody who is working at the

18  center.

19     Q    And what were the statutory -- I'm sorry.

20          What were the strategic recommendations

21  and funding formula updates that were referred to,

22  referred to here?

23          MS. HERNANDEZ:  Objection.

24     A    I don't know.

25     Q    Did you see a copy of the evaluation



1   report?

2       A    No.

3       Q    And what makes you believe it was done?

4       A    I mean they've had discussions.  I think

5   I've been asked to provide some information, but,

6   you know --

7       Q    What information were you asked to

8   provide?

9       A    Just questions, budget questions on the

10  amount.  You know, just the number -- how much has

11  been spent on allocations versus -- yeah, just

12  general budget questions.

13      Q    Has -- have past appropriations bill

14  included instructions to conduct an evaluation like

15  this?

16      A    No, not recently.

17      Q    Not recently?  So it may have happened

18  before?

19      A    I don't want to speak on bills that I

20  haven't seen, you know, but I'm saying in my time I

21  haven't seen it.

22      Q    So not in your time at least?

23      A    Yeah.

24      Q    Is there any other mechanism by which the

25  department provides these sorts of recommendations



1   and updates?

2       A    I mean it's not, it's not -- it's not

3   always so formal.  I guess it's, you know, we have

4   conversations, we call people.  People set up

5   meetings, you know, impromptu meetings.

6           So, like I said, that could have happened

7   any time.  And so I don't, you know -- so, yeah, I

8   don't know.  But I mean, like I say, we -- yeah,

9   it's not outside the realm of possibility.  We've

10  had multiple conversations, so.

11          MS. TAYLOE:  Danielle, I would just ask if

12      there is an evaluation along with this, I think

13      with have a pending request for this, but I

14      renew our request for that.

15          The next document is going to take a bit,

16      so if this is a good time to take a break, we

17      can take a break.

18          THE VIDEOGRAPHER:  Off the record at 11:02

19      a.m.

20          (A recess was taken.)

21          THE VIDEOGRAPHER:  Back on the record at

22      11:22 a.m.

23  BY MS. TAYLOE:

24      Q    Welcome back.

25          I had a few questions I wanted to just



1   follow up on from this morning's round.

2          You mentioned a Carmen Hernandez and

3   Carmen Fryemeier, and I'm curious if that's the same

4   person and she has a new name, or if they're two

5   different people?

6      A    They're the same person.  I just -- I

7   can't remember which is her last name.

8      Q    Is it hyphenated or --

9      A    No.  It's --

10     Q    I've seen documents with Carmen Fryemeier.

11  Is that the person you're talking about, or is there

12  also a Carmen Hernandez?

13     A    I think Carmen Hernandez was her name

14  before she was married.  So I think it's Carmen

15  Fryemeier, I think.

16     Q    Thank you for that.

17         I wanted to ask you a few more questions

18  about the directives we were talking about right

19  before the break, and you side there had been --

20  there had been discussions that you've been a part

21  of about the request from the -- in the

22  legislative -- in the bill.

23         What were those -- start with, who were

24  those discussions with?

25     A    I thought I was -- I said I'd been asked



1   questions about -- you're talking about like the
2   November 1 directive?
3        Q    Yes.
4        A    So I've been asked questions, you know,
5   throughout this time over the last few months,
6   budget questions.  But I don't know that I've --
7   well, I mean I don't know -- I guess we've been in
8   some meetings and talked just generally about the
9   budget questions that they had, but I don't know,
10  did I have anything else or --
11       Q    You said there had been discussions.  I
12  guess you didn't say you had been involved in the
13  discussions.
14       A    I say, I say -- it's not, it' not -- yes,
15  I mean I -- yes, they've been -- they've been
16  talking about it.  I mean I just can't imagine they
17  haven't been talking about it.  Like I say, it's not
18  as formal as, you know, meetings.  Like I say, it's
19  been phone calls, it's been discussions, talks, but
20  I don't know that I've been in any of them.
21       Q    Okay.  Who requested information from you
22  about the request?
23       A    Tiffany -- is her last name Taylor?  I'll
24  just call her Tiffany.  I don't know her last name.
25  Deputy superintendent.



1              I can get her full name to you.

2       Q    Deputy superintendent of the Georgia

3   Department of Education?

4       A    She's over the policy unit.  So I know

5   she's asked some questions about -- in fact, she was

6   putting together a document.  I don't know if this

7   is that document or something, but she was asking

8   for some budget information for us to verify and to

9   provide some budget information.

10      Q    What kind of budget information was she

11  asking about?

12      A    Just how much -- you know, basically the

13  GNETS budget, program budgets.

14      Q    And when you say budgets, plural, does

15  that mean --

16      A    Multiple years.

17      Q    Multiple years, not the allocations?

18      A    No.  I don't -- she wasn't asking for a

19  specific allocation.  Not LEA allocation, but just

20  multiple years.

21      Q    And what was the range of years she was

22  asking about?

23      A    I think I did the last three years, three

24  or -- maybe three years, five years.  I don't

25  recall.



1        Q     And just the overall numbers for GNETS?

2        A     Yes.  I mean I broke it out, you know,

3    however she needed it.  So I may have broken it out

4    from the total amount, but -- but, yes, basically.

5        Q     What breakouts are you referring to?

6        A     I might have broken it out by allocations

7    versus, versus how much went to contracts or

8    in-house state submitted, versus how much for

9    program staff, and then maybe state versus federal.

10   Just things like that.

11       Q     Thank you.  When you mention in-house

12   program staff, who is that referring to?

13       A     The GNETS program manager is Vickie closer

14   land.

15       Q     Would that also that include Lakesha

16   Stevenson?

17       A     She works under Vickie, but I don't think

18   she's housed within the GNETS program.  I think --

19   so I think she's in the policy unit.  But I think

20   she works under Vickie.  So I guess yes.  But I

21   don't, I don't -- honestly, I don't know how they

22   want to divvy that up.  So I'll let them answer

23   that.

24       Q     Thank you.  Okay.

25             That catches me up.  Thanks for walking me



 1   back with that.
 2           MS. TAYLOE:  So I would like to introduce
 3        as document -- I'm sorry -- Plaintiff's Exhibit
 4        749 a document called "Allotment Sheet FY23."
 5           (WHEREUPON, Plaintiff's Exhibit-749 was
 6         marked for identification.)
 7   BY MS. TAYLOE:
 8        Q    And this -- I'll give you a second to
 9   review it.  Can you see it on your screen?
10        A    Yeah.
11           (Witness reviews exhibit.)
12        A    Okay.
13        Q    Are you familiar with this document?
14        A    Yes.
15        Q    I was curious what you call it in your
16   office because I see both earning sheet and
17   allotment sheet in the name.
18        A    Probably allotment sheet.
19        Q    What does earning sheet mean?
20        A    I think it was just something used here,
21   but, I mean -- yes.  I mean these are our QBE
22   earnings, yes.
23        Q    So I just want to explain that this
24   allotment sheet was taken from GaDOE's website but
25   on the website there's a search tool that prints it



1  in a PDF version that appears to drop some numbers

2  in the totals columns.  You can see some at the

3  bottom end with commas.

4       A    Yes.

5       Q    So is it safe to assume that those numbers

6  in the live version would be the totals of the

7  numbers above, that it indicates it's totaling?

8       A    Yes.  I mean I had to look at the

9  specifics, but yes.  I mean it should be -- the

10  cells should add up, you know.

11      Q    So I can't see the last three digits in

12  some of them, but they would be there in the live

13  sheet?

14      A    Yes.

15      Q    Otherwise, this PDF version is the same as

16  one you can access in your office through some

17  portal?

18      A    That's correct, yes.

19      Q    Who prepares this allotment sheet?

20      A    We have our -- our IT staff.  They have a

21  system that calculates it.  We work in conjunction

22  with them.  So we have to provide certain

23  information to them.  So it's basically our IT unit

24  and us, but the IT unit is the one who actually

25  publishes it.



1        But, yeah, we have to provide the

2   information and allow the information that goes into

3   it.

4        Q    What information do you provide to

5   generate this?

6        A    So they can calculate the earnings based

7   on the, the -- the FTEs, they can calculate that,

8   like the QBE earnings, because they have the FTE

9   data, they have T&E data.

10       We have to provide local five mill data,

11  as well as the categorical grants, the categorical

12  grants.  We have to provide that to them.  So the

13  things that you see under that, that -- that total.

14       And then if there are any other changes

15  that we have to make that they wouldn't know about.

16       Q    So where does the FTE and T&E data come

17  from that they use for this?

18       A    Okay.  So the FTE data is -- there's QBE

19  FTEs and there's regular FTEs.  So when we're

20  talking about QBE FTEs, that's a funding calculation

21  which is set out in 20 -- in O.C.G.A. -- the

22  Official Code of Georgia.  There's a calculation, a

23  funding calculation for that.

24       And so the FTEs here are calculating --

25  are being calculated based on that, that definition



1  that's laid out in Georgia Code.  And so that's a

2  combination of the last three student count -- FTE

3  counts.

4            And this one is actually Amendment 2.  So

5  this incorporates significant growth.  So the new

6  charters who don't have three preceding counts, we

7  have to fund them.  So we take their new student

8  count data and add that in.  And the charters who

9  have grown, we've got to incorporate that as well.

10      Q    I'm going to put the charters aside for a

11 bit and just ask what the FTE counts that are used

12 for, the QBE FTEs?

13      A    Oh, the -- so it's the three, three most

14 recent counts.  So to calculate the '23 allotment,

15 we would calculate that initially.  This was

16 calculated last budget -- last year.  The '23 count

17 was calculated last fall and winter.

18            So the three most recent at the time were

19 the '22-1 count, which was the October -- yeah, the

20 October 2021 count; and then the spring count for

21 '21, which is March '21; and then the October count

22 for 2020.

23      Q    Are they weighted equal, the three FTE

24 counts?

25      A    No.



1        Q    How are they weighted?

2        A    It's -- I can't verbally say it.  It's a,

3    it's a count based on, based on the code.  If you

4    want after this, I can send you a kind of a

5    spreadsheet that shows that, but, no, they're not

6    weighted equally.

7             I think there's slightly more weight given

8    to the most recent count, but, but it's not a

9    straight-up calculation.

10       Q    And the counts that are used are actual

11   student counts as of certain days in March and

12   October of every year?

13       A    Yes.

14       Q    And is this reported by the LEAs?

15       A    Yes, they report this to us.

16       Q    And is it reported to a system that your

17   -- that you access to be able to provide this

18   information to the IT staff?

19       A    No.  They report it to our IT staff.  So

20   they report it directly to the IT.  Like I say --

21       Q    Because they do that part, that's right.

22       A    Yeah.

23       Q    Is there some kind of shared document or

24   shared drive where this information is accessible by

25   the people reporting it and people who use it, or do



1   they have to email it to them or some person?

2        A    I don't know the specifics.  I do know

3   there's a verification process but, no, I don't know

4   how they actually enter it in, but I know they have

5   to submit it.

6        Q    So the LEAs report the FTE counts, and

7   from that the IT staff calculates the QBE FTE for

8   use in this document?

9        A    Right.  Well, yeah -- well, we calculate

10  it as well.  We calculate it separately.  Like we

11  have -- I have spreadsheets that calculate it.

12           So we, we -- just as a check, you know, we

13  -- they'll come up with a number, we come up with a

14  number.  We make sure we're calculating the right

15  thing, so.

16       Q    And then how does -- where does the T&E

17  data come from that they use for this?

18       A    That is also reported by the districts

19  because, as I say, that's teacher data and that's

20  number of years of experience, education level.  So

21  that's reported by the LEA district to our IT unit

22  and they compile it and put it together.

23       Q    And which year's teacher data would that

24  be?

25       A    The most recent one available.  So, so for



1  '23, when we're calculating '23, the most recent

2  available was 22-1.  So October of '21.  Yeah.

3       Q    And that's not weighted?  That's just the

4  one most recent year?

5       A    Yes.

6       Q    That's helpful.  Thank you.

7            So IT calculates those things, you add in

8  the pieces you mentioned, and then this document is

9  assembled somewhere?  Who puts it together?

10      A    The IT staff, they print it and they put

11  it on our website.

12      Q    What stage of the budget year would this

13  be happening in?

14      A    So nothing that's finalized until the

15  appropriations document comes out.

16           So we have an idea of what the numbers are

17  is going to look like almost right away, so we can

18  kind of calculate it, but we don't know what the

19  Governor's Office is going to recommend, what the

20  House and the budget are going to pass and approve.

21           So for '23, we don't -- so the '23 budget

22  actually wasn't signed -- it's one of the last

23  documents -- the budget for the next fiscal year is

24  always one of the last documents -- budgets signed

25  by the legislature.  So during that legislative



1  session they have 40 days.  So it's usually one of

2  the last documents.  So we won't see that until

3  April.

4           I mean, you know, but it can -- for the

5  pandemic, when -- was that 2020?  That document

6  didn't come out till right before the end of July --

7  or right before the end of June.  I'm sorry.  So

8  we've had some really late days.

9           But usually it's April or May.

10      Q    So are there versions of this document

11  that are done earlier with estimates?

12      A    Not for '23.  So we didn't publish -- we

13  don't publish the '23 until after it's been signed

14  by the Governor.  We don't publish the initial '23

15  until it's been signed by the Governor.

16           So we won't have -- for like '24, we won't

17  have that until after that's signed by the Governor.

18      Q    So this document doesn't appear on the

19  website until after the appropriations bill has been

20  finalized and you've had a chance to incorporate all

21  the data and produce this spreadsheet?

22      A    Right.

23      Q    So that will be usually spring or early

24  summer?

25      A    We usually wait to do the first one right



1    at -- right before the year is coming out.  But,

2    yeah.  But, early spring, early summer, yeah.

3       Q    And then this is the document I referenced

4    before that had the number 2,897.28 in the upper

5    corner there, and it says "the basic unit cost is

6    defined to be the amount of."  And we also saw this

7    number in HB 911.  I'm curious now if that is the

8    number used to determine QBE funding?

9       A    It still is -- I would need to see the --

10   so basically what this is -- what I'm thinking it

11   has to do with is like with the QBE weight.  So I

12   would need to see the weights -- the spreadsheet for

13   the weights, which with do publish.

14          But, yeah, I mean, if you're asking if

15   this matches this -- this number on here matches

16   that, but I still don't know -- this still doesn't

17   tell you very much.  I would need to look at the

18   actual QBE weights to see what this number really

19   is.  So, yeah.

20      Q    So we're going to talk about the formulas

21   in more detail later, but right now I want to walk

22   through this document and get a sense of what the

23   different pieces of it are.

24          So can you give a general description of

25   what falls -- or what's considered a direct



1  instructional cost?

2       A    Yeah.  That is -- it's going to be, you

3  know, the things that are -- you can directly charge

4  to a student.  So the teachers in the class.  You

5  have a class with 20 students and, you know, you

6  have a teacher.  You divide those 20 students up by

7  one teacher.  You're going to pay for so much for

8  paper based on those students.  You know, pencils,

9  direct supplies.

10           You know, you're going to do -- I want to

11  say -- I wish I had the spreadsheet.

12           Yeah, I mean it's basically those things

13  that are directly attributable to a student, which

14  are usually staff, staff -- in the classroom staff.

15  Like I side, there's also supplies and -- I think

16  those are the big costs.  There may be some smaller

17  ones I can't think of right now.

18       Q    And then indirect costs?

19       A    Again, those are -- they're bigger costs,

20  like you're not going to say you need so many

21  principals.  You're only going to have one

22  principal, you know, for a certain class -- you

23  know, so many students, you might, you might

24  generate a principal.  But it's not, you know, it's

25  not directly tied to it.



1           So let's say psychologists, I think that

2    might be an indirect -- I think that's an indirect.

3    Let's see.

4           Facility maintenance and operations.  So,

5    you know, just keeping up with buildings.  Heating,

6    that's not really student -- a classroom thing but

7    you've got to have --

8        Q    Are some of --

9        A    -- heat.

10       Q    Are some of these costs, I'm sorry, more

11   linked to the number of buildings than the number of

12   students?

13       A    Yeah, or just -- yeah, it's just not

14   direct instructional.  So it's kind of one of those

15   things like if it's directly tied to instruction,

16   then you say that.  But if it's not, if it's

17   everything else, everything else that goes into a

18   school system.  So that would be indirect.

19       Q    And then what's the difference -- or the

20   phrases here are "earnings" and "earned positions"

21   at the very top of the sets of columns.

22       A    So that's -- I guess that's basically

23   calculating how many -- I've never actually,

24   actually done the math on this, but I think that's

25   the number in the formula -- that base count.  Like



1    I say, we were talking about the base the formula

2    finds.  That this is what would be calculated by --

3    for each of those individual programs.

4              So for the number, for all the

5    kindergarten students in the State of Georgia, the

6    number of students would generate 6515.46 teachers.

7         Q    So the earnings is the number of dollars

8    that would be generated by the FTE for that

9    category?

10        A    Right.

11        Q    And the earned positions is how many

12   positions that would fund?

13        A    Right.

14        Q    Okay.  And just to clarify, is this -- you

15   said earlier that the basic unit cost is for a high

16   school student.  So are these categories under

17   direct instructional cost, are those different

18   ratios based on the amount it takes to educate --

19   the amount considered necessary to educate the

20   different levels of students here, different

21   categories of students?

22        A    Repeat that.  I'm sorry.  One more time.

23        Q    I'm sorry, I didn't say that clearly.

24             You said the basic unit cost was based on

25   a high school student?



1        A      Right.

2        Q      And then there are ratios for each of

3   these different categories of students that are

4   applied to the base unit cost?

5        A      That's correct.  That's correct, yes.

6        Q      And do you know what those -- why there's

7   a different ratio used for each of those categories?

8        A      Well, it's just -- again, this is an older

9   form, but the, the -- my understanding of the logic

10  behind it is -- I mean, yes, you can't have -- you

11  may have class with 25 high school students in it

12  and one teacher, but you can't do that for

13  kindergarten.  You'll kill your teacher.

14              So I think it's kind of recognizing

15  different students at different levels are -- you

16  know, kind of cost more to educate.

17              So basically we're saying the high school,

18  the generic high school student is the cheapest

19  student to educate.  You know, 10th grader in a

20  normal class, you can have the biggest class and

21  what-not.  That's the cheapest one.

22              As you see the weights, like, you know, so

23  you can -- it's clearer when you look at the weight,

24  the QBE weights, but, you know, you can kind of see

25  how that applies to a kindergarten, kindergarten



1   AIP, you know, gifted students, those different

2   categories.  So...

3        Q    I think I muddied things by using the word

4   "ratio".  So what I understand you to say, the ratio

5   goes to the earned positions because you can have

6   different numbers of students in a class for

7   different categories; is that correct?

8        A    Oh, okay, yes.  Yes.

9        Q    What I probably should have said is

10  multiplier then for the first part because the high

11  school student has a multiplier of one, and then the

12  base cost, but other categories of students have

13  different multiplier of GEs -- there's a different

14  word for it that I can't remember now.

15       A    You mean weights?

16       Q    Weights, yeah.  Is that --

17       A    Well, okay, I mean -- this is how I think

18  -- I think I understand.  So let me know if I'm

19  answering your question correctly.

20            But I mean each of these, each of these

21  categories has their own definition.  That's why I

22  said you can see that in the weights, have their own

23  definition for how many teachers they get.  So if

24  that's what you want to see, we can see that in the

25  weights.



1              Are you asking for a different thing?

2        Q    I think there's something before the

3    ratio.  Like the weights -- the FTE earnings for a

4    kindergartener is greater than the FTE earnings for

5    the same number of high school students; is that

6    correct?

7        A    Right.

8        Q    Because they have a different weight?

9    There's more weight given -- it just takes more --

10       A    Right.

11       Q    -- to educate a kindergartener than a high

12   school student?

13       A    Correct.

14       Q    And then from that money, then use a

15   different ratio to get the number of teachers based

16   on how many students you can have in a class for

17   that group; is that correct?

18       A    So I don't know that a ratio of teachers

19   is the same or -- I think the ratio of teachers is

20   what drives that weight.  I think that's -- so when

21   you -- I think you got to flip it, I think is what

22   -- so when they come up with a formula, the first

23   thing they did was establish the weight, the weight

24   -- the ratios.  So they said you may need -- I think

25   for kindergarten is one teacher for every 6.5



1  students, or something like that.  I think that's

2  the number, or maybe it's a little higher.

3          But I think that's the weight.  Then they

4  -- they kind of came up with those ratios and then

5  applied it -- applied it to, to the teacher salary.

6  So to calculate how much it would, it would cost.

7          So, yeah, I think it's, it's tied -- they

8  were tied together.  I don't think they're separate.

9      Q    Okay.  Okay.

10         Part way down this chart it has "QBE

11  Formula Earnings."  It's kind of about

12  three-quarters of the way down.

13     A    Uh-huh.  (Affirmative.)

14     Q    That's one of the ones that's cut off on

15  mine.  I just want to confirm that is the sum of the

16  direct instructional costs and the indirect costs?

17     A    Yes.

18     Q    And then they're categorical grants.  You

19  mentioned them before.

20         What, for instance, is the transportation?

21  Why is transportation a categorical grant item?

22     A    It just always -- basically that's funding

23  for, for bus purchases, and that's just how it's

24  been handled.

25     Q    So LEAs are responsible for paying the



1  drivers and things, but the State buys the capital

2  expenses for the buses?

3       A    I think it's fair to say it pays a portion

4  of both costs.  So, yeah.  The money that we send

5  out is for both.

6       Q    Then -- so the total earnings for QBE,

7  which is a few lines below that, is that the QBE

8  formula earnings plus the categorical grants?

9       A    What are you looking at?  I'm sorry.

10      Q    So under categorical grants there's a

11  couple of examples, there's transportation,

12  sparsity, and nursing, and then it says, "Total

13  Earnings for Quality Basic Education."  I just want

14  to make sure I understand that is the sum of the QBE

15  formula earnings plus the categorical grants?

16      A    Yes.

17      Q    And then there's the equalization, which

18  we talked about before, and adding that in gives you

19  the total state funding on this allotment sheet; is

20  that correct?

21      A    Yes.

22      Q    I'm just confirming because with the

23  numbers missing, I can't see that they add up, but

24  I'm assuming they add up.

25      A    Yes.



1    Q    And then -- then there's nothing in the
2  columns below that in the QBE Earnings but then
3  there are some items in the State Funds column, the
4  Charter, the Military.  Why are they in the State
5  Funds column but not the QBE column?
6    A    Because they're not.
7         Well, the Charter Commission Admin, that's
8  an admin fee.  I'm sorry.  The Charter Commission
9  Admin, that's an admin fee, that minus 7 million.
10        The Military Counselors, that's just an
11 additional grant.  I think it just made more sense
12 not to list it as QBE earnings.
13        The Local Charter Supplement, again,
14 that's not -- it's a separate grant outside of QBE.
15        And the State Commission Charter
16 Supplement -- so they just make more sense not to
17 call them QBE earnings.
18   Q    So which of the totals that we just
19 discussed, because there are couple of different
20 ways they're phrased, which one would be the one
21 that's used to calculate the LEA allocations?
22   A    All of them.  These are all going out to
23 the LEAs.
24        Everything on this sheet is going out to
25 LEAs.  So the total that we would currently send



1  out, based on this sheet, is 10 billion, that final

2  number.  Total funding on this allotment sheet,

3  10,358,525, whatever the last three numbers are.

4       Q    So that's what you use to figure out how

5  much each LEA gets?

6       A    Right.

7       Q    So even though that takes away the five

8  mill, that's not taken away proportionally?  It's

9  just -- the total is calculated and then that's

10  distributed?

11       A    Well, all of this stuff is taken away

12  proportionally.  This is just for the State as a

13  whole.

14       Q    Okay.

15       A    Like we publish a sheet for this, for

16  every LEA.  So you can see every LEA, what their

17  sheet -- what their individual numbers look like.

18       Q    I see.  So it's not this is taken and then

19  divided up; it's the numbers for each LEA are

20  entered into their own allotment sheet --

21       A    Right, and this is the sum --

22       Q    -- and then summed up for this?

23       A    Yes.

24       Q    Understood.  Thank you.  That's helpful.

25            Can you -- this is just a minor thing, but



1    can you tell me why there are all these zeros in the

2    middle grade six through eight row?

3         A    Oh.   We don't use that program anymore.

4    We don't use that QBE category anymore.   That was a

5    recommendation -- basically a decision by the

6    governors -- the previous governors and the current

7    governor and the legislature not to fund that

8    category.   Basically, all those middle students, we

9    put them in the middle grade -- middle school

10   program.

11        Q    So they had previously been separate

12   middle grade and middle school programs --

13        A    Right.

14        Q    -- and they got unified?

15        A    Right.

16             MS. HERNANDEZ:   Can we take a two-minute

17        break?

18             MS. TAYLOE:   Sure.

19             THE VIDEOGRAPHER:   Off the record at 11:54

20        a.m.

21             (A recess was taken.)

22             THE VIDEOGRAPHER:   Back on the record at

23        11:58 a.m.

24   BY MS. TAYLOE:

25        Q    Under that little -- a few lines under



1    that, there's five categories of students with
2    disabilities.
3              Can you tell me why there are five rows
4    for that?
5        A    You know, I don't know the -- I don't know
6    the distinctions.  I just know those are different
7    QBE categories for, for -- you say five -- or six?
8    No, five, I'm sorry.
9        Q    Do you know who defined the categories?
10       A    No.  I mean I know it's defined in Georgia
11   Code, but I don't know who defined them, no.
12       Q    Just to be clear, this QBE spreadsheet
13   does not include any funding for GNETS?
14       A    No.
15       Q    Because that's on a separate grant system?
16       A    Correct.
17       Q    Then I want to -- well, as we discussed,
18   each LEA receives an allotment sheet like this that
19   has the same terms and same definitions for all the
20   columns and row headings?
21       A    Yes.
22       Q    Then I'm going to skip to -- I have
23   another document that I got from the website.  It's
24   called "Weights for FTE Funding Formula," which I
25   think is the one you were referring to?



1      A    Yes.

2      Q    If we can pull that up, that may help us

3  clear my understanding of the things we've been

4  discussing.

5           (Witness reviews exhibit.)

6      Q    Is this the document you were referring to

7  earlier when you were talking about --

8      A    Yes.

9      Q    So is it correct this sheet sets forth --

10  I was using the terms "ratios" and "multipliers" for

11  different categories of students for calculating the

12  QBE funding.  Did I -- how to ask that.

13           So let's just walk through it.

14           The teacher/student ratio in the first row

15  under Category, I assume that is what it sounds

16  like, this is what we talked about, the number of

17  students per -- that generates a teacher under the

18  earnings formula?

19      A    Yes.  The very first row, yes.

20      Q    So in this instance, if you had a larger

21  number of students --

22           MS. TAYLOE:  I'm sorry.  Let me rephrase

23      that.

24  BY MS. TAYLOE:

25      Q    You would get more teachers under the



1  formula for kindergartners than you would for upper

2  elementary under this ratio?

3       A     Kindergarten versus -- yes.

4       Q     And then what is the row below it that

5  says "Weight"?  What does that mean?

6       A     That is how much more in overall funding

7  it gets compared to that base weight for high school

8  students.

9             So a kindergarten student basically costs,

10 say, 67 percent more, 67.73 percent more than a high

11 school student.

12      Q     I understood that to mean that that was a

13 multiplier that was used to the FTE count and then

14 applied to the teacher/student ratio.  Is that not

15 correct?

16      A     This, this is a calculation, that weight

17 -- so I apologize.  I'm so used to thinking of it in

18 terms of the spreadsheet.

19            So we calculate it based on the

20 definitions that are defined.  So I'm looking at it

21 like, you know, 15 students.  So how many ever

22 students divided by 15 is how many teachers you get.

23 That's how many teachers we're funding.

24            Then you see for the age, parapro, 118,

25 counselors one to 450.



1            So those are the definitions that we're

2    defining.  And I think overall, once you calculate

3    all of those, the weight comes up to that -- this

4    amount.

5            Let me see if that makes sense based on --

6        Q    Let me point you to -- so for kindergarten

7    early intervention the ratio is 11, and also for

8    primary grades early intervention the ratio is 11,

9    but the weight is different.  So I don't think it's

10   just --

11       A    Okay.  I would need to look at

12   spreadsheets to make sure because I'm just so used

13   to looking at it that way.

14           Now, some of them change over time, you

15   know, just because the inputs change, but -- if it's

16   okay, can I look at a spreadsheet and come back to

17   that?

18       Q    I'm not even sure -- I was trying to make

19   sure I understood it.  I'm not sure it's that

20   specifically important for our purposes.  Just

21   enough to say that the FTE formula -- I'm sorry.

22   The FTE number is used, according to this chart, to

23   generate the FTE earnings, which generates the

24   number of teachers allotted either for the LEA or

25   for the school?



1    A    Right.

2    Q    That's correct, okay.

3         And who sets these teacher/student ratios?

4    A    It's set in code, Georgia Code.

5    Q    And the weights, are these weights also in

6    the code?

7    A    Yes.

8    Q    And so they're updated periodically by the

9    legislature?

10   A    Yes.

11   Q    So I'd like to flip through a couple of

12   pages.

13        I'm sorry.  On Page 3, it says -- the

14   categories across the top are the Special Education

15   categories?

16   A    Yeah.

17   Q    And the ratios there for -- for instance,

18   a social worker, for a special education category

19   three, which contains EBD students, is one and then

20   there's a colon 2475.  Does that mean the funding

21   formula generates one psychologist for every 2,475

22   students?

23   A    Yes.

24   Q    And that's actually the same number for

25   all the special education students; is that correct?



1       A    Yes.

2       Q    And the same for social workers, one

3   social worker for every 2,475 students in special

4   ed?

5       A    Yes.

6       Q    So this chart includes -- there are

7   multipliers and ratios for gifted students and

8   students needing remedial education as well; is that

9   correct?

10      A    Yes.

11      Q    And those are all part of the QBE formula?

12      A    Yes.

13      Q    And students in alternative education

14  program are included in here as well?

15      A    Yes.

16      Q    And ESOL, does that stand for English for

17  Speakers of Other Languages?

18      A    Yes.

19      Q    That's included in this as well?

20      A    Yes.

21      Q    I think we're done with that document

22  then.

23           MS. TAYLOE:  I'd like to mark as Exhibit

24      750, Plaintiff's Exhibit 750, GA00007217.

25           (WHEREUPON, Plaintiff's Exhibit-750 was



1          marked for identification.)

2     BY MS. TAYLOE:

3          Q    This is an April 5, 2019 email from John

4     White to DOE users and attaching an All DOE Update

5     Webinar on education-related legislation held the

6     same day.

7               I have a few questions about this to do

8     some more with process clarification and definitions

9     and things.

10              First, who is John White?

11         A    He's an employee at the Department of

12    Education.  I don't know his specific title but I

13    know he works in Federal Programs.

14         Q    Okay.  And do you receive emails that are

15    sent to DOE Users?

16         A    I believe so, yes.  I think so.

17         Q    And the email says:  "Thank you for

18    attending our webinar today," and attaches a

19    PowerPoint.

20              Did you attend the webinar?

21         A    I don't recall.

22         Q    Do you want to take a minute to look over

23    it because I'm going to ask you some questions about

24    what's in it?

25              (Witness reviews exhibit.)



1    A    Okay.

2    Q    After reviewing it, does that help you

3    remember whether or not you attended the webinar?

4    A    No.  No -- yes -- I mean I'm -- maybe I

5    went or maybe I just tried the information.  So I

6    don't know.

7    Q    Is this the kind of -- is this kind of

8    update given every year?

9    A    In some form or another, yes.

10   Q    And at what point is this summary

11   prepared?

12   A    Well, it's, you know, by the Governor -- I

13   mean the superintendent's office.  So whatever

14   session is up, and, you know, it's kind of on their

15   schedule, so.  Because this is --

16   Q    But usually pretty close to after the end

17   of the legislative session?

18   A    Yes.

19   Q    And for what purpose?

20   A    Just to let staff know what was happening

21   in the world of DOE, or the world of education.  You

22   know, the State.  Any changes.

23   Q    Then looking at the third page, because

24   the numbers -- so the production number ends with

25   7221.



1        A    7221, okay.

2        Q    Is it correct this is just an overview of

3    the general process and timeline, and after that the

4    next few pages are a list of education-related bills

5    from the past session?

6        A    That's my understanding of it.

7        Q    Then on page, starting on 7226, it starts

8    with the education appropriations bill?

9        A    Yes.

10       Q    Then the next two pages show the increase

11   in funding for education over the last 10 years.  Is

12   that from the appropriations bills like the one we

13   just reviewed?

14       A    Yes.

15       Q    And if there had been changes in the

16   federal amounts, since that was estimated, would

17   those be reflected in these summaries?

18       A    No.  This is all state funds.

19       Q    Okay.

20       A    Well, I mean, the most recent few years --

21   let me be clear.  The most recent years are all

22   state funds.  So I'm assuming this is all state

23   funds.  I know the 10 states, that was state -- and

24   9 -- so, yeah.

25       Q    And the appropriations over the last 10



1    years ranged from just under seven billion in fiscal

2    year '11 and '12 to over 10.6 billion in fiscal year

3    '20.  Is that correct?

4         A    To my understanding, yes.

5         Q    That's what this summary puts forth?

6         A    Yeah, yeah.  I mean I don't -- I would

7    want to go look at the bills myself and verify, but

8    I'm assuming that's what John did, yes.

9         Q    And then the next page says Funding by

10   Type, and I'm curious here, would GNETS be in this

11   chart by grant or by program?

12        A    It would be in grants.

13        Q    Okay.

14        A    That's my assumption but I don't know for

15   sure, but I'm assuming it would be grants.

16        Q    Because in your office you use it in terms

17   of the grants?  That's how it's funded?

18        A    Correct.  Yeah, where -- so how we're

19   dividing this, at least to my understanding of how

20   this chart is being broken out is what we send out

21   for QBE, what we send out to local education

22   agencies via grants, and then what's left over,

23   which is Program Admin and State Schools.

24        Q    So it's program administrative costs?

25   It's not some kind of educational program?



1      A     No.  It's the admin.

2      Q     Okay.

3      A     You see it's titled .79 percent --

4   actually, I think that's the State Schools is .79

5   percent.  I think the .33 is --

6      Q     That's what I was going to ask next

7   because I can't tell from the shading here.

8            So the program is the .33?

9      A     Well, I don't, I don't -- I can't.

10     Q     Well, so the Program and the State Schools

11   are the smallest ones?

12     A     Yes.  As much as I can tell you.

13     Q     That's fine.

14           Then the 8.35 percent shaded one is

15   Grants?

16     A     Uh-hum.  (Affirmative.)

17     Q     And the 90 percent plus one is QBE?

18     A     That's correct.

19     Q     What other kinds of things are funded

20   through the grants besides GNETS?

21     A     The -- you know, our, our -- our CTAE

22   grant, the ones we discussed earlier.

23           The Preschool Disabilities Services grant.

24     Q     So all the ones we've talked about on that

25   division of grant responsibility list?



1          A     Right.   The title -- all that stuff.

2          Q     I'm going to skip a couple of pages to the

3    one that ends 7232, is reference to Communities in

4    Schools.

5                What is that?

6          A     7322?  It is a grant that goes out, and

7    that is the extent of my knowledge with it.

8                Every year I load, I load the budget, and

9    forget about it, basically.  So I could get more

10   information, but all I know it's a grant that goes

11   out.  I don't know exactly what for.

12               I think I looked at a board item but, you

13   know, I can't recall exactly what it says its

14   purpose is.

15         Q     Okay.  And then on the next page it

16   discusses, in the second bullet, a pilot program to

17   evaluate the effectiveness of the program.  Can you

18   tell me what that means?

19         A     No, I don't know.  I wasn't involved with

20   that.

21         Q     Does GaDOE have the authority to review

22   programs that it grants to determine whether they're

23   being effective?

24               MS. HERNANDEZ:  Objection.

25         A     Yeah, I don't, I don't know.  I mean I --



1    I mean I think they're charged by the legislature,

2    but again I don't know anything about this.

3        Q    Okay.  Then on the next page there's a

4    couple of entries on GNETS reductions in funding.

5    Can you just explain this?

6            I don't understand the parentheses inside

7    parentheses and what's being offset.

8        A    So I believe it was -- and this is just

9    from reading this.  I'd have to look at the

10   appropriations bill, but I believe the overall

11   reduction was 3.5 million, and that the two pieces

12   that went into that was a $4.8 million decline based

13   on student counts and, and -- well, based on student

14   counts and T&E changes, I'm assuming, but they don't

15   say that here.  Then we added in 1.3 million for,

16   for behavioral and therapeutic service contract.

17           So the negative 4.8 plus the positive 1.3

18   equals the 3.5.

19       Q    So are these behavioral service -- I'm

20   sorry.  Behavioral and therapeutic services

21   contracts in addition to the regular grant funding?

22       A    Yes.  Well, they're separate, yes.

23       Q    Are contracts generally accounted for

24   differently than grants?

25       A    I'm sorry, what do you mean?





1      Q    If there's a contract with a service

2    provider, is that paid through the grant or it is

3    paid separately, or does it depend on who entered in

4    the contract?

5      A    So with these contracts in particular they

6    will be paid for at DOE.  So, so we -- GaDOE would

7    be paying for this.

8           So if an LEA enters into a contract, we

9    won't see that.  That's LEA's spending.  It would

10   just be an allocation to them.

11          But, yeah, this is GaDOE contracts.

12     Q    Do you know what the GaDOE contract is

13   for?

14     A    I, I -- I've looked at them, but I would

15   defer to Vickie Cleveland.  She's expert on that.

16     Q    And for the record, who is Vickie

17   Cleveland?

18     A    The GNETS program manager.

19     Q    But it says redirected for existing

20   behavioral and therapeutic services contracts.

21          Do you understand where they're being

22   redirected from?

23     A    I don't understand the language, no.

24     Q    But we know it's a -- Georgia Department

25   of Education is paying 1.2 plus million --



1        A     That's the budget.

2        Q     -- dollars for those service contracts?

3        A     Yes.  I'm sorry, I didn't mean to -- but

4    that was the budget.

5              So I don't know if that actually was the

6    amount that was spent that year but that was the

7    budget.

8        Q     Then on the next page I have a question

9    why -- it says non-QBE formula grants on that page.

10   But GNETS is also a non-QBE formula grant, correct?

11       A     Correct.  This is a budget.  So if you're

12   looking at a budget document or any of them, there's

13   a budget that says non-QBE formula grants.  So GNETS

14   has its own program.

15             This one is for the sparsity and the

16   residential treatment facilities grant.  So it's a

17   program designation, not -- just a specific program

18   designation, not a general catch-all.

19       Q     So the programs are the sparsity and

20   residential facility grants?

21       A     No.  The program is non-Quality Based

22   Education formula grants.  It just incorporates

23   sparsity and residential treatment facility grants.

24   The program name, specific name is non-Quality Basic

25   Education formula grants.



1    Q    But GNETS is not part of that program?

2    A    Right.  GNETS is its own program.

3    Q    Thank you.  So I think we've kind of

4    covered appropriations, and now I want to talk about

5    what happens after that once we've got all the

6    appropriations that we've just gone through.

7         Can you describe the process in your

8    office after appropriated money has been set?

9    A    Yeah.  It's relatively simple.  I mean so

10   after the appropriations process is finished, the

11   legislators pass the bills, the Governor has signed

12   it.  What I'll do is usually reach out to the, the

13   legislative budget office, the House and the Senate,

14   and ask them for their worksheets basically so I can

15   see the detail in the numbers that, that show up in

16   the appropriations document.

17        And then I'll just incorporate those

18   changes into -- well, I basically take their

19   document and incorporate it into my worksheet so

20   I'll make sure that I'm matching legislative intent.

21        And then once we do that, sometimes

22   there's money in there that hasn't been specifically

23   allocated for something, and so what we've done with

24   that in the past is either it goes under contracts

25   or we just increase it -- well, more likely is



1   increase the allocations that go out to the

2   districts.

3          But that's something I would do in

4   consultation with the GNETS program manager.  She'll

5   kind of let me know if she needs contracts or we're

6   just going to send it out in allocations.

7          And then I'll work with them on

8   calculating those allocations, getting the

9   spreadsheet, and updating the federal funds portion

10  of it.  Then we basically take it to the Board.

11         So that's the process.

12    Q    Okay.  When you talk about the worksheet

13  and making sure you're matching legislative intent,

14  does that mean any updates to the formula that might

15  have been included?

16    A    Right.  They're not going to tell -- I

17  mean budget offices don't usually tell you -- like

18  the Governor isn't going to tell us beforehand if

19  he's proposing a salary increase or, you know,

20  something else that may change the inputs in the

21  formula.

22         So sometimes they make changes and you

23  don't know what that change is without seeing what

24  they did in the spreadsheet because they calculate

25  it -- they have a spreadsheet that calculates it,



1   too, so.

2       Q    So do they send you a spreadsheet with the

3   changes and you put in this year's numbers, or do

4   they send you some information that you use to

5   update the spreadsheet formula calculator?

6       A    No.  They usually will send the actual

7   spreadsheets.  I mean it's just a worksheet, so they

8   don't -- you know, they always say don't share this

9   or anything, but they'll send their worksheet that

10  drove the final number that you see in the

11  appropriations bill.

12      Q    So if somebody had changed, for instance,

13  the weight of something or a ratio somewhere, it

14  will already be in the spreadsheet when it comes to

15  you?

16      A    Hopefully, yes.

17      Q    But that's why you say you check to make

18  sure that you're matching --

19      A    Yes, yes.

20      Q    -- your numbers match their numbers?

21      A    Yeah.  Because I want to see -- I want to

22  see if they -- you know, basically if they -- if

23  they've done something different than or they've

24  incorporated something different in their numbers,

25  because the number might come out the same, but they



1  might say instead of sending this to allocations, do

2  5 million for this or for contracts.  Or instead of

3  doing contracts, do more in allocation.

4       Q    I see.  I see.  Okay.

5            And you said you -- I can't remember your

6  word, I don't want to mischaracterize it, but you

7  consult with the State Board of Education or run it

8  by the State Board of Education at that point?  What

9  is the State Board's --

10      A    Also -- so once we, once we have it -- the

11 final -- all the numbers and once we have a budget

12 for it, which is what Vickie, you know, Vickie and

13 her supervisors will come up with, like a budget for

14 that amount, like let's say it's 60 million and

15 we've got to say how much for allocation, how much

16 for contracts, how much for her staff, her salary.

17 You know, once we allocated all that, that amount,

18 we've got to get that approved, particularly the

19 piece that goes out to the LEAs.

20           So you've got to get that approved, and

21 that approval comes from the State Board.  So we'll

22 take it to the Board once we have it.  You know,

23 there's a process for that.  But, but she'll take it

24 to the Board.

25      Q    Okay, that's good.



1          And at what point -- at what point do the

2    fiscal agents learn what their allocation amount is

3    going to be?

4        A    Well, they're asking all throughout the

5    process.  So we, we -- sometimes we give them off

6    the record estimates based on the Governor's rec,

7    but because the numbers have been changing so much

8    lately, we've kind of stopped doing that because

9    nobody likes to hear they're going to get a number

10   and it goes down.

11         So we kind of stopped -- try, try to

12   weight until we go through the whole process.  So,

13   you know, once we -- once we get through the, the --

14   once the final bill is signed off, once we get

15   through session, signing and all of that, we can

16   kind of come up with an estimate real quick and send

17   that out.  But usually that's a few questions to be

18   answered before that.

19       Q    And you said before, am I correct in

20   remembering, that would be -- I'm sorry, when would

21   that be?

22       A    Oh, like I said, it varies.  You know,

23   like I mean it's -- because this is going to be part

24   of the big budget.  So that's usually, like I say,

25   the last document that's signed.  So, you know,

1  you're talking -- we've had sometimes -- their goal
2  is always -- the goal was always to get done before
3  Master's week.  So good, good year we're done before
4  the 1st of April.  Certainly before -- when Easter
5  -- anyway, around that time, April.
6          But it can go later if things are -- they
7  need more time.
8      Q    I'm sorry.  That's when the -- I though
9  that was when the legislation was done.  When have
10  the allocations been approved by the State Board of
11  Education?
12      A    Oh, I'm sorry.  I thought you -- I'm
13  sorry.  Usually they don't take that until June, the
14  June or July board meeting.  So it's always either
15  one of those two board meetings.  So the board
16  meetings are usually at the end of the month, the
17  June or July board meeting.
18      Q    So then the fiscal agents won't receive
19  their estimated allocation until early July or early
20  August?
21      A    No, no.  They will -- when it goes to the
22  Board, that's final -- it's finalized at that point.
23  So I'm saying like Vickie will -- we can give them
24  an estimate as soon as -- as soon as session is over
25  with.  We can tell them offline, you know, this is



1   what we're looking at, these are the numbers that

2   we're looking at.

3            Like when it goes to the Board, that's the

4   final process for them because that gives them --

5   the process is start spending.

6       Q    So it's final at least as to the state

7   funds?

8       A    Right.

9       Q    And so they would get that information in

10  early July or early August?

11      A    No.  They would get that -- they would

12  have that July 1, they would know what their budget

13  is.

14      Q    I'm sorry.  Help me figure out.  Because

15  you said it goes to the State Board of Education in

16  the June or July meeting, which is at the end of the

17  month.

18      A    Yeah, and I think it's pretty much always

19  -- I think there's been a rare exception where it

20  goes to July.  So I think it's always pretty much

21  June when they've taken it.

22            So, yeah, let me be clear, I think it's --

23  think there's only been one time where they had to

24  take it to July and I think it was because we had to

25  take it back for some reason.  But I think, I think



```
 1    -- most of the time it's June.

 2              And so they know beginning July 1, and

 3    again because it's reimbursement-base, you know,

 4    they have an idea but they're not submitting

 5    requests right away.  So it's not as -- I don't

 6    know.  It's not as urgent for them, or at least they

 7    don't make it seem that way.

 8       Q    But they presumably would have hired their

 9    staff by then, correct?

10       A    Yeah.  They have an idea, general idea.  I

11    mean before that.  I guess that's what I was trying

12    to convey.  Once the session is over with, we can

13    kind of give them an idea of what their numbers --

14    what their budget is going to look like, so, you

15    know, they're not completely blind going into June,

16    July.

17              But -- but, yeah.

18              MS. TAYLOE:  I think now might be a good

19         break.  We're going to talk about the formulas

20         next and that might be a good chunk.

21              Lunch all right?

22              (Discussion ensued off the record.)

23              MS. TAYLOE:  I'll start on the funding

24         formula and then we can take a break.

25
```



1   BY MS. TAYLOE:

2       Q    So when we looked at the QBE formula --

3   I'm sorry -- the QBE allotment sheet before, you

4   confirmed GNETS funds were not included in that

5   because it's a separate -- by a separate grant.

6            Can you please describe the GNETS funding

7   for me, though?

8       A    Yeah.  So it's a separate funding formula.

9   It in some ways look similar to GNETS -- I mean to

10  QBE, but there's some -- several distinctions.

11           The way the student funding count is

12  calculated is different.  So the way the student

13  count that you see in the funding formula, that's

14  calculated a little bit differently.  And the ratios

15  don't tie exactly to any category that you see in

16  QBE.  It comes close to the Special Ed Category 3, I

17  believe, or Category 4, one of those, but it's not

18  exactly that either, so.  But it's the same

19  principal where, you know, the teacher funding is --

20  the teacher salary is what influences the direct

21  instruction money that they earn, and then they

22  receive indirect instruction based on -- but again

23  that's based on teacher salary, too, but that's

24  based on, like I said, the directors and the -- I

25  want to say psychologists and what-not, social



1    workers.

2           But, yeah, so it mirrors QBE in that part

3    of the funding that's determined by student counts,

4    the instructional piece, and then there's a part of

5    the funding that's determined by teacher training

6    and experience.  So, you know, based on T&E they'll

7    get additional funding.

8           And then there's a final piece of the

9    federal funding, which, like I said, the Federal

10   Programs staff kind of determines how much they want

11   to add to it or how they -- they have to set up a

12   formula, at least that's my understanding, to, to

13   determine how much goes to the districts.

14          So, yeah, I mean that's basically the high

15   level.  So I mean if you want to delve into

16   something or...

17      Q    Yeah.  Before we go into the specifics,

18   though, you mentioned indirect staff.  Given the

19   purposes of GNETS, are there more indirect staff or

20   different ratios for the psychologists or social

21   workers or any other indirect staff that might be

22   included?

23      A    I don't have the spreadsheet in front of

24   me, so I don't know if it -- you know, if it's

25   drastically different.



1        Q    I think I have one here that we can look

2    at then.

3        A    Okay, yeah.

4        Q    And do you -- I don't think I asked you

5    this when we talked about the lawsuit.

6             What is your understanding of the purpose

7    of the GNETS program?

8        A    My understanding of the purpose of the

9    GNETS program -- again, I don't -- I'm not an expert

10   on it, so I don't know much, but my rough

11   understanding is that -- you know, that these are

12   kids -- you know, a lot of these are kids who have,

13   you know, severe needs, and I think the lawsuit is

14   basically a disagreement on what's the best way to

15   handle these kids, you know, that population.  Like

16   how are we -- are we best serving them by, you know,

17   kind of moving them to the side or, or leaving them

18   in the traditional setting that hasn't -- that

19   hasn't worked for them.

20             So I mean that's my understanding.  It's

21   just, you know, ideas that I -- a question that I

22   don't know I'm qualified to answer.

23        Q    Just to clarify, when you said severe

24   needs, do you have an understanding of particular

25   type of needs?



1        A    Well, I think it's a combination of

2    behavioral problem.  I mean I think it's -- I

3    thought it was more so when they talked about it,

4    they stress behavioral problems, meaning, you know,

5    fighting and, you know, just that type of -- that's,

6    that's what's been brought up to me, but I don't

7    know if that's the main criteria for the kids, but

8    that's -- that they just don't respond well to

9    authority.

10            Because, again, that's all I know, and

11   that's --

12        Q    Okay.  I'm not -- I'm just curious about

13   what your view on it, not making you be a lawyer for

14   it.

15        A    Yeah.

16            MS. TAYLOE:  I would like to introduce as

17       document number -- Plaintiff's Exhibit 752

18       GA00914269.

19            (Discussion ensued off the record.)

20            MS. TAYLOE:  It's 751.  You're right.

21            (WHEREUPON, Plaintiff's Exhibit-751 was

22        marked for identification.)

23   BY MS. TAYLOE:

24        Q    This is a July 2020 email from you to

25   Leigh Ann Putman.



1              Could you tell me who Leigh Ann Putman is?

2       A    I don't remember.

3       Q    I'll give you a minute once the document

4   is up to review it.

5              (Witness reviews exhibit.)

6       A    Okay.

7       Q    Does this help you remember who Leigh Ann

8   Putman is?

9       A    Well, I don't remember her specifically

10  but I do remember the issue, or what was happening

11  here.

12      Q    Okay.  What was the issue?

13      A    I think they were moving students from one

14  GNETS facility to another, and so they wanted the

15  funding associated with those students to be moved,

16  and so they asked me to calculate how much that

17  would -- what that would be.

18      Q    Okay.  And you made reference to a

19  three-year weighted average used to determine the

20  funding student count.

21              Is this what you were referencing when you

22  gave a summary of it, that the student count is

23  different?

24      A    Yes.

25      Q    Can you explain the three-year weighted



 1   average, please?

 2       A    So in GNETS, we don't use -- they don't --

 3   well, I think they do have FTEs.  But we don't use

 4   the FTE count to determine their funding formula.

 5   What we use is called Student Record, which is

 6   basically a record of all the students who been at

 7   each GNETS facility throughout the year.  So that's

 8   gathered at the end of the year.  Obviously, we have

 9   to close the year out to see who all has been there.

10           So we'll take that for each year and

11   calculate it.

12       Q    When you say at the end of the year who

13   the students who have been there, does that mean

14   it's like a point in time at the end of the year, or

15   a total of all the students who had been there at

16   any point during the year?

17       A    Right.  It's, it's, yeah, a total of every

18   unique GTID who has been at that GNETS center.  So

19   if they were there for just a day, they were in that

20   count.  If they were there, you know.

21       Q    And you said center, but is that also true

22   for the GNETS classrooms?  Are you familiar with

23   GNETS classrooms?

24       A    No.

25       Q    When I use these terms, GNETS centers are



1  where students are receiving GNETS services in a

2  standalone place where only GNETS students are

3  served, and GNETS classrooms are in a classroom with

4  only GNETS students but they're in a general

5  education school building so that other students

6  might be in the building there, too?

7       A    Okay.

8       Q    Do you know if the student count includes

9  students in GNETS classrooms?

10      A    I'm not sure.  Yeah, I'm not sure.  I

11  think it might, but I'm not sure.

12      Q    And then what is the, the three-year

13  weighted average aspect of that?  What's done with

14  that count?

15      A    That's how we determine how much -- how

16  many students to fund in GNETS.  So it's the funding

17  counts.

18      Q    So this formula has -- for instance, you

19  take the count from fiscal year '19 and weight it at

20  50 percent, and the count from fiscal year '18 and

21  weight it at 25 percent, and the count from fiscal

22  year 2000 -- fiscal year '17 and weight that at 25

23  percent, to get the three-year weighted average.  Is

24  that correct?

25      A    That's correct.



1      Q     Why is that formula used?

2      A     Well, I think it was an effort to make it

3   clearer and more -- yeah, clearer and more

4   transparent.

5            The old formula was basically a rolling

6   average, and there just was no way to kind of audit

7   it, I guess, and just -- we didn't like that one, so

8   -- not didn't like it.  I think the programs have

9   wanted to make something clearer.

10           And so I think they asked to change it or

11   asked to update it.  I don't know.

12     Q     So, so this is the updated formula?

13     A     Yes.

14     Q     When was the formula changed?

15     A     I don't remember exactly.  I want to say

16   maybe '15 or '16.  But I don't know.

17     Q     When you say the old formula was a

18   weighted average, how is that different -- this is a

19   weighted average, too, isn't it?  Was it different

20   weights?

21     A     No.  It was a -- so the old formula took

22   -- you took the weighted average from the previous

23   year and added it to -- and then averaged it with

24   the new year.  I think that was how it worked.

25           So you took the funding count that you



1    used in the previous year and then take the new

2    year's count and then do an average that.

3            So basically you were always using the

4    count that you used -- the final count that you used

5    for the prior year.  So there was no way to get

6    back -- you have to go back to the beginning of time

7    to come up with the original number because you're

8    always using the funding count that was used in the

9    prior year's funding formula.

10       Q    So the old formula used a funding number

11   -- a student count from the prior year and the

12   current year?

13       A    No.  It used, it used the funding count

14   that was used to come up with the current year's

15   budget, and then it averaged it with the current

16   year's budget to come up with a new one.

17       Q    Oh.  Oh, oh, oh.  So the funding count for

18   the previous year's budget was already an average of

19   all the prior years?

20       A    Yes.

21       Q    And now you're adding in a new --

22       A    Right.

23       Q    -- one more data point into an already

24   average?

25       A    Yeah.



1      Q    I see.  So this is now cutting it off.
2  It's all going back three years instead of averaging
3  historically everything?
4      A    Yeah.
5      Q    Thank you.  I didn't understand that
6  before.  Okay.
7           So why is this formula used at all?  I
8  understand now the history of it, but why is this
9  formula used instead of FTE count?
10          MS. HERNANDEZ:  Objection.
11          Go ahead.
12     A    I don't know.  I think it's a, it's a --
13  can you repeat the question?  I just want to make
14  sure on what you're --
15     Q    Why is this rolling average, or this
16  three-year weighted average used instead of the FTE
17  count?
18          MS. HERNANDEZ:  Objection.
19     A    Well, one, they don't have --
20          MS. HERNANDEZ:  Same objection.
21          Sorry.  Go ahead.
22     A    They don't have the FTE count for this.  I
23  think it was because this population is -- it's a
24  harder population to get.
25          So like one FTE is a point in time.  Like



1   this population, you know, you just -- you can't --

2   I mean it was just, it was just understood that it

3   would be harder to just use one year, one day's

4   worth of data to come up with it.  Just felt like

5   that wouldn't be an accurate representation of the

6   number of students they served.

7          And so that, and then the three-year count

8   is that, you know, you want it to have some trend

9   data.  You don't want it to be big shocks to the

10  system.  You don't want any big shocks.  You want

11  them to be able to plan for fluctuations.

12         So I would say just because the student

13  population, they fluctuate a lot.

14     Q    Do you know who decided to use this

15  rolling average?

16     A    I don't know exactly, but the Federal

17  Programs staff.

18     Q    The Federal Programs staff decided the

19  GNETS formula count?

20     A    Well, the GNETS program -- I mean -- I say

21  the Federal Programs staff, but the GNETS program

22  staff.  So I believe Vickie was at the time, and

23  then whoever her supervisor was at the time.  I

24  don't know if it was Nakeba at the time or Debbie

25  Gay.  Just -- but, at the end on up, their



1   supervisors, so.

2       Q    So it sounds like -- do you have an idea

3   about when this formula may have been created?

4       A    I mean I was at DOE when we did it.  I

5   mean I -- they asked for a three-year average.  That

6   kind of gave some -- you know, gave a little bit

7   more weight to the last one.  So that's -- I mean I

8   think I might have come up with the suggestion of

9   the 50/25/25, but, you know, I just proposed it.  I

10  didn't say let's do this.  But they liked the idea

11  of it, I think, and, you know, we came up with it

12  and been using it since.

13      Q    Do you know when the preceding formula was

14  created?

15      A    No.  Like I said, just based on how it was

16  calculated, I mean it had been around a long time.

17          The guy before me who did GNETS, he

18  retired.  I think he spent his whole life at DOE --

19  or maybe not his whole life, But at least 10 to 15

20  years doing the formula.  So he, you know -- so I

21  think it might have predated him.

22      Q    What was his name?

23      A    Harry Rapsher, R-A-P-S-H-E-R.  I think

24  that was it.

25      Q    And in this email you say:  "Each year the



1  budget offices may use discretion regarding the most

2  appropriate procedures to amend and allocate the

3  State grant."  Is that correct?

4       A    Yes.

5       Q    And how, how did you come to understand

6  that you had that discretion?

7       A    No, I don't mean me.  I didn't mean my

8  budget office.  I mean the Office of Planning and

9  Budget, the House, and the Senate.

10      Q    Okay.  What kind of direction did they

11 give as to how -- what is the most appropriate way

12 to amend and allocate the State grant?

13      A    The spreadsheet.  The spreadsheets that we

14 use is basically, like I said, the legislative

15 intent, or that's how we interpret it.

16           So if they do something different in their

17 spreadsheet, we're going to follow it.  So if they

18 change something in that spreadsheet.

19           Just because we said something or -- they

20 can decide they want to change the funding formula,

21 we give them that.  You know, they -- we don't set

22 policy.  We don't set that.  They do.

23      Q    Okay.  So the only discretionary part is

24 the -- you said there's some that's not been

25 allocated, you can use that either for contracts or



1    additional supplements to LEAs?

2         A    Right.

3         Q    Okay.

4              MS. TAYLOE:  I think that's a good

5         stopping place to stop for lunch.

6              THE VIDEOGRAPHER:  We're off the record at

7         12:57 p.m.

8              (A recess was taken.)

9              THE VIDEOGRAPHER:  Back on the record at

10        1:53 p.m.

11             MS. TAYLOE:  Thank you everybody for your

12        patience while we corrected my oversight.

13             I would like to call back up the document

14        titled "Weights for FTE Funding Formula," as I

15        neglected to introduce it as an exhibit, and

16        we're going to give it an exhibit number now.

17   BY MS. TAYLOE:

18        Q    Mr. Bell, is this a document we discussed

19   before?

20        A    Yes.

21        Q    When I discussed this with you, I

22   neglected to introduce it as an exhibit.

23             MS. TAYLOE:  So I would now like to have

24        that marked as Plaintiff's Exhibit No. 752.

25             (WHEREUPON, Plaintiff's Exhibit-752 was



 1              marked for identification.)

 2              MS. TAYLOE:  Thank you for allowing me to

 3         correct the record.

 4              Next I would like to call up a document

 5         previously introduced as Plaintiff's Exhibit

 6         No. 592.

 7              (WHEREUPON, Plaintiff's Exhibit-592 was

 8          marked for identification.)

 9              (Discussion ensued off the record.)

10    BY MS. GARDNER:

11         Q    I'll give you've second to review this,

12    Mr. Bell, and let me know when you've had a chance.

13              (Witness reviews exhibit.)

14              MS. TUCKER:  Are you able to scroll down?

15              THE WITNESS:  No.

16    BY MS. TAYLOE:

17         Q    Let me know when you've had a chance to

18    look it over.

19              (Witness reviews exhibit.)

20         A    Yes.  I'm ready.

21         Q    Have you seen this document before?

22         A    I've seen the information in it before, or

23    most of it, but I don't know I've seen this

24    particular document.

25         Q    Where have you seen the information in it



1   before?

2       A    In my spreadsheet.  I'm sure they got it

3   from, or most of it, from me, in conversations with

4   me.

5       Q    So do you know who prepared this document?

6       A    Well, I saw from the previous email that

7   it was Amber McCollum, but I don't -- but I don't

8   know.

9       Q    What is this document used for?

10      A    I don't know how it's used.  Maybe

11  information purposes.

12      Q    And you said you think they took the

13  information from the spreadsheet?

14           MS. HERNANDEZ:  Objection.

15      A    Yeah, I don't know -- I mean, like I say,

16  I don't remember exactly, but over the years we've

17  had several conversations with them about how the

18  formula is -- how it's calculated.  So I'm assuming

19  this would have occurred after one of those

20  conversations.

21      Q    Okay.  Would you say -- if you look at the

22  column -- I'm sorry -- the entries that say totals,

23  can you confirm whether the information contained in

24  this document is accurate as to how the totals are

25  calculated?



1      A     You mean Support Total, Formula Total,
2    State Earned Total?
3      Q     Yes.
4      A     Support Total seems like that's right.  It
5    may be missing something.  But that seems close.
6            Formula Total -- the formula total, maybe
7    that's how the spreadsheet is -- but I would say
8    direct and indirect.  I wouldn't just say
9    instructional support, but maybe that's how the
10   spreadsheet -- the wording in the spreadsheet.  So I
11   don't have a problem with that formula total.
12           The State Earned Total, I would call that
13   austerity.  I don't -- so I wouldn't say the federal
14   -- I mean the federal funds are subtracted from the
15   Formula Total to determine the State Earned Total.
16           I would say the State Earned Total is
17   austerity substracted from the formula totals in
18   determining the State Earned Total, because I don't
19   know it's always been exactly the federal funding,
20   so.  But, you know, but it has been an austerity
21   amount.
22           So those are the three.
23     Q     Can you explain that a little bit more?  I
24   don't understand the difference between the federal
25   funds being subtracted and the austerity funds being



1  subtracted.

2      A    Well, there's an amount -- there's an

3  austerity amount in the formula and -- there's an

4  austerity amount in the formula but I don't know --

5  it doesn't always equal the federal funding.  So

6  it's just an amount that's determined by the budget

7  offices.  So it doesn't always equal the federal

8  funding.  So I don't want to say it's the federal

9  funds in total, because I don't even know that's

10  their intent, is to subtract out the federal

11  funding.

12      Q    So is there always an austerity element in

13  a budget, or just some years?

14          MS. HERNANDEZ:  Objection.

15      A    With GNETS, during my time there, there

16  has been austerity pretty much every year but it's

17  been reduced in some cases for some grants.

18      Q    Is it reduced in some years by using

19  federal funds to offset the reduction?

20      A    I believe it has been used that way.

21  Sometimes it's state funds that are used to reduce

22  it.  So, yeah, it's -- the past few years state fuds

23  have offset it.  We've had additional state funds to

24  allocate.

25      Q    So with the caveat that it may be more



1    accurate for the State Earned Total to say austerity
2    funds instead of federal funds --
3         A    Correct.
4         Q    -- that would be correct?
5         A    Yes.
6         Q    And the description of the federal funds,
7    you said the Federal Program people determine how
8    much is allocated.  Does this seem right to you?
9         A    It does.
10        Q    And the State Funds Available, is that
11   calculation accurately reported there?
12        A    State funds -- State Funds Available?
13             I don't know what that's trying to
14   represent, honestly.  These are the funds allocated
15   based on the percentage between the amount of funds
16   appropriated and the state earned funds.  I don't --
17   I don't know what that's really trying to say,
18   actually.
19        Q    If the amount allocated by the
20   appropriations bill were less than the total of
21   earned funds, would they be awarded proportionally?
22             MS. HERNANDEZ:  Objection.
23        A    So we always have -- or with this one,
24   we've always asked for their worksheets to get their
25   intent.  So I -- we don't have to -- I mean in



1    theory I guess we would reduce it if that were the

2    case, but we always have the worksheets so we know

3    what their intent is.  So it's kind of impossible

4    for it to be less than what they intended because --

5    unless the worksheets have a different number than

6    the amount that's in the appropriations bill.

7         Q    So are you saying the amount allocated --

8    sorry.  The amount appropriated is never less than

9    the earnings?

10        A    No.  Maybe I'm, maybe I'm thinking of it

11   differently than what you were saying.

12             So can you repeat -- can you restate your

13   question?

14        Q    I might be using terms wrong and you can

15   explain it the way it makes sense to you.

16             What I understood from your last answer

17   was my previous question didn't really make sense

18   because the amount that is earned by the formula is

19   available through appropriations, and I was just

20   trying to confirm that is correct?

21        A    Yes.  So I mean -- let me see if I can say

22   it this way.  If they say they want to appropriate,

23   allocate 50 million, and want to send out 5 million

24   in contracts, they're going to put 55 million in the

25   budget.  So I'm saying unless they say -- unless



1  they give me a worksheet that says we want an

2  allocation 50 million and 5 million in contracts but

3  the worksheet totals 50 million instead of the 55

4  million, which it should, you know, or at least

5  based on the worksheet.

6          So long as it totals what they -- what

7  their intent is, there's no way for it to be less

8  than.  But if they send a worksheet in, and then,

9  say, at the last minute it goes to Congress

10  Committee and the bottom is falling out the economy

11  and we've got to cut everything 10 percent, then,

12  yes, we will reduce everything proportionately.

13  That will be -- that's the only way that will make

14  sense.  Does that make sense?

15      Q    I think so.  So because the allotment

16  sheets are calculated based on appropriations, that

17  anyone's earnings should always be a percentage of

18  what is appropriated, it should never add up to more

19  than what was appropriated?

20      A    Right.

21      Q    I want to go through a couple of things in

22  this document then.

23          Where there are -- first, it says student

24  count.  It's here referred to FTE.  But I want to

25  confirm, it's not FTE, it's the student count we



1   talked about before?

2       A    Yes.

3       Q    And where students are referenced in this

4   document for purposes of staff ratios, is that also

5   using the weighted average or the rolling average

6   that we discussed?

7       A    Yes.

8       Q    And the T&I -- sorry -- T&E here is

9   determined by CPI report.  Is that what we said

10  before, the districts report the T&E themselves?  Is

11  that the report that this comes from?

12      A    Yes.

13      Q    And then District Operations Cost, it says

14  Category III funding.

15           What does that mean?

16      A    So I guess it is based on the direct

17  operation -- the direct operation cost is based on

18  the special ed Category III.  So the special

19  education Category III that was referenced in the

20  weights document, it is mirroring that for materials

21  and supplies, travel, textbooks, and equipment

22  replacement.

23      Q    What numbers or ratios are used there?

24      A    I don't know.  I'd have to go back and

25  look at that weight sheet.  But it's whatever the



1    Category III weights are.

2        Q    So it's incorporating whatever that year's

3    Category III weights and ratios are?

4        A    Correct.

5        Q    And then -- so all those things that we

6    just listed there are direct instructional costs; is

7    that correct?

8        A    Yes -- at least -- yes.

9        Q    Did direct instructional costs in the

10   earnings sheet, the QBE earnings sheets, include

11   educator salaries, also materials and travel and

12   textbooks?

13       A    Yes.  To my knowledge, yes.

14       Q    And then the next line there is FTE

15   Support Salary.  FTE Support Salary cost includes

16   funds for supervisors, psychologists, and social

17   workers.

18            Do you see that?

19       A    Yes.

20       Q    Are there any ratios or numbers included

21   in that section?

22       A    There are ratios.  I don't remember

23   specifically for the GNETS formula.  They're in the

24   formula's Excel spreadsheet.

25       Q    So they're built into the spreadsheet,



1    they're not visible on this document?

2        A    Right.

3        Q    Do you know what they are?

4        A    Not off the top of my head.

5        Q    Would we be able to calculate them in

6    reverse by dividing numbers on the spreadsheet?

7        A    Yes.

8        Q    Then for Director Cost, it says, "The

9    director cost is consistent across all programs."

10            Is that still true?

11       A    Yes.

12       Q    Who establishes the director's salary?

13            MS. HERNANDEZ:  Objection.

14       A    It's been the same number.  One teacher --

15   I think it's one teacher for -- so obviously it's

16   not the full cost of a director, but it's been that

17   same number since before my time.

18       Q    Are you saying the director is paid a

19   teacher's salary, and then the rest of their salary

20   comes from somewhere else?

21       A    I don't know.  You'd have to ask the LEA,

22   I mean, but that's what we fund.  So maybe they are

23   paying the teacher's salary but that's just what we

24   fund.

25       Q    I was trying to understand what you said.



1   What does the State fund as far as the director

2   salary?

3        A    I think it's just one teacher, one

4   teacher's salary.  But let me -- actually, let me

5   double-check on the spreadsheet, but it's just one

6   position.

7        Q    Is there a difference between cost in

8   salary?  Does cost include something besides salary?

9        A    Yes.  There's -- we separate health

10  insurance, but there's FICA, there's -- if they're a

11  State employee, there's ERS, TRS, those types of

12  costs.  So the State pays a portion of those costs.

13       Q    The State pays a portion of those costs

14  for all teachers?

15       A    Yes.

16       Q    And for all GNETS personnel?

17       A    Yes.  It's built into the formula, yes.

18       Q    Then the next line -- yeah, the next line,

19  Operating Cost, it doesn't say how it's calculated.

20  How is Operating Cost calculated?

21       A    And I don't remember off the top of my

22  head.  I think it's -- well, I don't remember off

23  the top of my head.  It's just built in the

24  spreadsheet.

25       Q    But that would not be something we could



Case 1:16-cv-03088-ELR   Document 409   Filed 11/07/23   Page 165 of 263

GERONALD D. BELL                          January 09, 2023
UNITED STATES vs STATE OF GEORGIA                      165

1  calculate backwards from the spreadsheet?  It's not

2  just a matter of dividing by the number of students,

3  correct?

4      A    I think it is -- I think it's -- I would

5  verify with the spreadsheet but I think it's

6  something like $10,000 per so many students.  But I

7  think.  That's just -- you can see it on the

8  spreadsheet, whatever it is.

9      Q    Here it says for the federal funds there's

10  a range table represented in increments of 50

11  students.  Do you know what that means?

12      A    The federal program -- yes.  Or somewhat.

13  The federal program staff, they determine how much

14  in additional federal funding each district -- each

15  LEA -- or each GNETS center will get and the bands

16  they use.  I think there are 50 student bands, 50,

17  50 students.

18          So, you know, for 100, 150 students, you

19  get so much.  For 151 to 250, you get so much.  I

20  think that's how it was set up.

21      Q    Federal Program staff, that's GaDOE's

22  Federal Program staff?

23      A    Correct.

24      Q    Do the data that is reported in the grant

25  application submitted by the GNETS programs or the



1   fiscal agents, does that data play any role in the

2   operation of this formula?

3        A    Repeat that one more time.  Sorry.

4        Q    I'll lie a better foundation.

5             Are you familiar with the GNETS grant

6   application?

7        A    Not really, no.

8        Q    Okay.  Does your office have any

9   involvement with the processing of the GNETS grant

10  application?

11       A    No.

12       Q    Do you know where the numbers for applying

13  this formula in the spreadsheet come from?

14            MS. HERNANDEZ:  Objection.

15       A    I do know that the -- yeah, the student

16  count, that comes from student record data.  The CPI

17  data is submitted to us.

18            So those are the only two that go into the

19  formula.  Yeah.  Those are the only two data points

20  that we use in calculating the formula, at least

21  that the budget office uses.

22            So I don't know what happens beyond that.

23       Q    So student count would account for FTE,

24  and T&E you mentioned, too.  What about

25  paraprofessional cost and support salary costs,



1   where would that information for this formula come

2   from?

3       A    Those are based on student counts.

4            So the student count is what will drive

5   the directs and most of the indirect instruction.

6   There will be ratios based on student counts.  So

7   that will drive that.

8            The CPI data will drive the T&E and health

9   insurance numbers that we calculate.

10           And then the student count data would be

11  used to help calculating the federal funding piece

12  as well.

13      Q    Okay.  So if students need different types

14  of services, that wouldn't play a role in this

15  formula?

16      A    No.

17      Q    And if students had more extensive needs

18  than students in other GNETS programs, that's not

19  accounted for in this formula?

20      A    No.

21           MS. HERNANDEZ:  Objection.

22      Q    Is there any funding for training allowed

23  for in this formula?

24      A    I want to look at the spreadsheet to see

25  if there's any professional development money in



```
 1    there.  I don't know right now off the top of my
 2    head.  I don't know.  It might be one of the smaller
 3    aspects, but I don't know.
 4         Q    Then after application of this, or
 5    calculation based on this formula, that is how the
 6    State budget for GNETS is allocated; is that
 7    correct?
 8         A    Well, I mean there's always little things
 9    that happen every year, but this is mainly how it's
10    calculated.
11         Q    And who -- we kind of touched on this
12    before, but do you know who decided on this, these
13    elements of this formula?
14         A    It was before my time.
15         Q    And what kinds of little things might come
16    up that might vary it some years?
17              MS. HERNANDEZ:  Objection.
18         A    Lawsuits.  New contracts, new things.  So,
19    yeah, just -- things like that, that they may have
20    to add more money to the program.
21              Not so much the formula.  So, I don't
22    know, maybe you asked me that.  So the formula.
23    But, you know, but even staying with the formula,
24    the teacher's salary is a big input.  If that
25    changes, it will change it.
```



1            But they can change -- this one isn't set

2    out in code, so you can change an element of it, if

3    they come together.  So any budget office can

4    recommend a change.  You know, we don't recommend

5    changes.  We kind of stay with -- but if they decide

6    they want to change the funding formulas for it, I

7    think it would just -- they could just do it within

8    their -- in calculating the funding formula.  So...

9        Q    When you said new contracts, what does

10   that mean?  How would that affect this?

11       A    It wouldn't, you know, as I'm thinking of

12   it, because I think you're just talking about the

13   formula.

14            So, no, the formula itself will not change

15   based on the -- it would just be the -- if you

16   change the inputs, but they can change any of the,

17   any of the -- any element of this can be changed.

18   This is how we kind of guide it, but they could

19   change it because it doesn't require legislation to

20   change this.

21            So it can be changed at any point.  But

22   typically it kind of stays static, except for the

23   student count and the teacher salary information.

24       Q    And when you say not set out in code, you

25   mean this funding formula is not determined by code?



 1  | This is --
 2  |      A    To my knowledge.
 3  |      Q    -- the spreadsheet and the department --
 4  | the appropriators decide it but it's not code based?
 5  |      A    To my knowledge, it is not cited in code.
 6  | So yeah.
 7  |      Q    And when you were telling me before, you
 8  | were citing code sections before, that was for the
 9  | QBE formula?
10  |      A    Yes.  Was it O.C.G.A. 2-8-166, something
11  | like that.
12  |      Q    I'm not going to double-check that.
13  |           Are there GNETS funds that remain
14  | unallocated?
15  |      A    No.  The goal is to -- when we set out the
16  | budget the end of the year is we make sure we are
17  | funding the minimum that the legislature has for the
18  | allocation.  So whatever they said, what we need for
19  | personnel costs, then what was needed for contracts
20  | or -- contracts at DOE, and then anything that's
21  | left over, we've added that to the allocations that
22  | have gone out, or at least the program staff has
23  | recommended -- has asked me to proportionately
24  | allocate that to the, to that.
25  |           So if there is money left over, it's

1  because we didn't quite spend enough in contracts

2  that we had budgeted, but it's not intentional.

3      Q    The contracts you mentioned, is that like

4  the document we saw before, we talked about

5  therapeutic contracts?

6      A    Yes.

7      Q    And those are funded by the Department of

8  Education?

9      A    Yes.

10          MS. TAYLOE:  I would like to introduce,

11      try to do it this right time, 753, GA00278336.

12          (WHEREUPON, Plaintiff's Exhibit-753 was

13       marked for identification.)

14  BY MS. TAYLOE:

15      Q    Let me know when you've had a chance to

16  see that.

17          (Witness reviews exhibit.)

18      Q    The spreadsheets that are attached to

19  that, we'll look at them separately in spreadsheet

20  form.

21      A    Okay.

22      Q    So this is a January 2016 email from Ted

23  Beck to you and a few others and it is forwarding an

24  email from Kerri Wilson.

25          Can you tell me who Kerri Wilson is?



1      A     At the time Kerri Wilson was the -- she

2   was either the division director at OPB or the

3   acting director.  I think she was the full-time

4   director, division director at this point.  So she

5   was over the education unit, in the Office of

6   Planning and Budget.

7      Q     It's called -- do you have a sense from

8   either the titles of the attachments or the date

9   what stage this would be shared at?

10      A     So if she sent this in January 14, 2016,

11   these are the Governor's recs.  So they're not the

12   final -- they weren't final.  They were just the --

13   what the Governor recommended.

14      Q     And who are the other people on the list

15   she distributed it to?

16      A     That Kerri sent it to?

17      Q     Yes.

18      A     Christine Murdock at the House, she's

19   director -- I think she's now the director but was

20   the deputy director.

21            Sara Arroyo at the House, she was our

22   house budget analyst.

23            Melody, the former director at the Senate

24   budget office, and then she copied Teresa, who was

25   the director of OPB at the time, and Lee Wright,



1  who -- oh, he was the division director at the time.
2  This must have been when Kerri was still
3  coordinating.
4       So Lee Wright was the division director in
5  OPB over our unit.  Keith Kim was our analyst.
6       Q    So these are all people in the House and
7  Senate -- House and Senate Budget Offices and OPB?
8       A    Correct.
9       Q    At this stage this is the Governor's
10  recommendation to the legislature on education
11  spending?
12       A    Yes.
13       Q    Ted forwarded it to you.  Can you tell me
14  what you would use this information for at this
15  stage?
16       A    This is to understand the intent.  I mean,
17  you know, you see the numbers on the page, but, you
18  know, as you're seeing the documents, you can see
19  the budget for GNETS being 60 million, but that
20  doesn't tell you how much goes to allocations, how
21  much goes to staffing.
22       So this is -- we need these documents to
23  see what their intent is, say, what they're actually
24  funding.
25       Q    When you said earlier you were able to



1  give some programs some estimate of what their

2  programs might look like, would you use this

3  document to provide those estimates?

4      A    I think what I was saying was that --

5  previously we would have.  You know, we use the

6  Governor's rec.  Because some of them, like GNETS,

7  didn't change very much, and then we had some

8  turbulence where things changed a lot after the

9  Governor's rec, and so we stopped doing it based on

10 the Governor's rec, started waiting until the House

11 and the -- basically started waiting until the

12 process was almost over.

13     Q    What happened in the years when things

14 changed a lot between the Governor's recommendation

15 and the final appropriations?

16          MS. HERNANDEZ:  Objection.

17     A    We've had cuts.  Sometimes the economy was

18 growing.  Sometimes the priority changed.  Sometimes

19 -- I think one year the Governor proposed an

20 increase that we weren't able to do.

21          So I'll say the big input -- or one of the

22 big inputs for the GNETS grant is teacher's

23 salaries.  If he puts in a teacher's salary that

24 increases it 3,000 and they say we can't do that,

25 that's going to make a drastic difference in the



1    formulas.

2            I think that happened one year.  Actually,

3    that was the thing that made us stop, because the

4    Governor proposed a $3,000 increase in '19 that was

5    passed and he proposed a $2,000 increase, because

6    that was one of the things that he initially

7    campaigned on and was elected on, was increasing

8    teacher's salaries 5,000.  So he proposed an

9    additional 2000 the next year, but because of the

10   economy, because of whatever, we weren't able to do

11   that.

12           So, so the 2,000 was put in there but we

13   had to take it out because it wasn't funded when it

14   went through the legislature.

15       Q    Thank you.  That is helpful background.

16           One of the attachments to this is

17   identified as the GNETS funding formula document,

18   the one that ends in 8342.  We'll look through that

19   one.

20           Is this the spreadsheet you've been

21   referring to periodically when you say --

22       A    Yes.

23       Q    -- you want to see the GNETS spreadsheet?

24           Can you confirm these calculations reflect

25   the application of the funding formula that we



1   discussed for the then upcoming school year, which
2   would have been school year '17?  Not the numbers
3   but just the structure of it?
4        A    Yes.
5        Q    Is this how you receive it?  You get this
6   attachment like that as an attachment, or is it in a
7   shared document database that you can look at?
8        A    It's usually email.  But, yeah, it's an
9   attachment.
10       Q    Do you know who creates this spreadsheet?
11       A    We all have a formula -- we all have a
12  version of it.  So we all use this same template to
13  kind of estimate it.  So everybody kind of has
14  something that looks like this for GNETS.
15       Q    This one is the Governor's recommendations
16  that would have come from the Governor's -- in case
17  the Governor recommended any changes, this would
18  have come from the Governor's office?
19       A    This would have, yeah.
20       Q    You said we all have it.  This is all the
21  people that we just saw, like the people in the
22  House, and the Senate, and the OPB, and your office
23  share, have access to these kinds of documents?
24       A    Yes.  This is just a spreadsheet.
25  Everybody who does it, GNETS, they calculate it kind



1   of based -- using a spreadsheet that looks something
2   like this.
3       Q    On the first sheet, Column A, those 24
4   rows, are those the fiscal agents for the 24
5   regional GNETS programs?
6       A    Yes, I believe so.
7       Q    And again it says FTE, but that's not the
8   FTE, it's the student count for GNETS?
9       A    Yes.
10      Q    In the next double of rows, how does it
11  work if a fractional staff member is funded?  What
12  do district or fiscal agents do when they have
13  funding for a fraction of a staff member?
14          MS. HERNANDEZ:  Objection.
15      A    I don't know how they, how they manage it,
16  but I think -- obviously, you can't hire part of a
17  person.  I think there's some flexibility in the
18  budgeting.
19          You know, we fund that cost, but I think
20  they have flexibility on how they manage to do it.
21      Q    What would you think that flexibility
22  looks like?
23          MS. HERNANDEZ:  Objection.
24      A    Again, I don't know because I don't know
25  if they get other funds.  I don't know their



1    budgets.  I don't know if they receive other funding

2    outside of what they receive from us, or if they,

3    you know -- so, you know, when they submit their

4    budget -- I don't know.  I'm not involved with their

5    budgets getting approved in the application.

6         Q    Are the salaries here calculated from the

7    same scale as teachers in the QBE formula?

8         A    They are now.  I don't know if they were

9    back then.  In the past, they increased the salary

10   scale -- or the teacher's salary that was used for

11   GNETS to provide additional funding for it.  Like I

12   say, that's a big driver.

13           In the past they've used a higher salary

14   for that, but then it was changed.  We wanted to be

15   consistent across all grants and everything.  We

16   wanted to make sure we used the same teacher's

17   salary and this was the -- the budget offices

18   decided on this.

19           So they made a change, and I don't know

20   when that change actually occurred.  But the money

21   that -- but, yeah.  So they've changed it so that it

22   was -- now it will match.  What you see is the

23   traditional teacher's salary.

24           But, again, I don't know if it matched

25   back then.



1    Q    When you say the budget office decided

2  this, which budget office is that?

3    A    I don't remember.  I want to say it was

4  the House, but I don't remember.

5    Q    And I just didn't follow.  Whose salaries

6  -- who teachers' salaries used to be higher?

7    A    GNETS did.  That was a way to increase the

8  amount of funding that was put in the system, or at

9  least that's what happened.  I'm assuming that was

10  the intent.  But it was changed.

11    Q    Do you know where they get the salaries

12  for psychologists?

13    A    You can look at the salary detail -- or,

14  actually, can I look at it?  Because psychologists

15  are 12 months.  So teachers were funded on 10 months

16  and psychologists are 12 months.  So you'll see

17  that.

18         So here's 10 month people and 12 month.

19    Q    But do you know where they got the amount

20  for that 12 months?

21    A    It's the teacher -- it's the same

22  teacher's salary.  It's a teacher's salary at 12

23  months.

24    Q    For teachers it is, but is there a

25  comparative for psychologists?



1        A    So we fund everybody -- is that a teacher

2   salary or a secretary or admin?  Everybody,

3   teachers, directors, psychologists, they're all

4   teacher salary for 12 months.

5              So I mean it's the same number.  You can

6   see -- I don't know if you can see it.  But

7   35118.70, if you go back to the formula.

8        Q    So psychologists are paid at a teacher's

9   rate in GNETS?

10             MS. HERNANDEZ:  Objection.

11       Q    Except possibly for the 12 months as

12  opposed to the 10 month issue?

13       A    So let's see.  They are 40 -- 40789.

14             I can see here they were paid at 10 month,

15  yes, I guess.  That's how this spreadsheet works,

16  yeah.

17       Q    And is the same ratio used here as for QBE

18  funding?

19       A    I have to look at the sheet right now but

20  I think it was -- the previous sheet said they were

21  trying to match Category III, the Special Education

22  Category III.  So I don't know if they matched it in

23  every funding category, but I think it was -- in

24  some of them it was matching the special ed Category

25  III.



1      Q    And a minute ago I asked you -- you said

2   the budget office, possibly the House Budget Office,

3   decided to equalize the teacher rates.  Can you tell

4   me when that was?

5      A    I don't remember exactly.  2017, 2018.

6           No, it had to be 2018, because this is

7   2017.

8           This is above the teacher rate.  It's

9   35118.

10     Q    Now that have you this spreadsheet, we

11   talked about operations before and you weren't sure

12   how it was calculated.  Is there anything in here

13   that helps you remember how operations was

14   calculated?

15     A    Operations funding in detail.  2500 --

16   this is the breakout of the operations funding.

17   Make it bigger.

18           So you have supplies, travel, equipment,

19   miscellaneous, insurance, workers' compensation, and

20   -- what are we doing here?

21           And we fund that amount for every 50

22   students.

23     Q    So that amount that was set forth on the

24   detail page is for every 50 students?

25     A    Correct.



1    Q    Then in the row -- I'm sorry -- the column

2    that says Less Federal Funds, is this where we

3    talked about you would characterize this as

4    austerity but here its labeled as federal?

5    A    Yeah.  It was just how they labeled it.  I

6    don't -- you know, we told them that they shouldn't

7    label it that way or -- but, yeah.  It was supposed

8    to be austerity.  You know, it was -- I don't know

9    if in the past they were trying to reduce all states

10   for the federal funds, but it was just an austerity

11   cut, but I don't think they changed the heading on

12   this.

13   Q    Who decides about the austerity cut?

14   A    You know, it's the governor -- this is the

15   Governor's Office.  So they determine this.

16   Q    So at least as far as this states, this is

17   the Governor's recommendation and the General

18   Assembly might do a different austerity cut?

19   A    Correct.

20   Q    Do you see a place in this formula for any

21   training?

22   A    Let's see.

23        No.  Not explicitly, no.

24   Q    So if GNETS programs were going to offer

25   any training from their allocated funds, it would



1    have to come out of the general pool?  They don't
2    have a specific amount designated for training?
3        A    Yes.
4            THE WITNESS:  Do you mind if I take a
5        second to stretch my legs?
6            MS. TAYLOE:  Sure.  Can we go off the
7        record.
8            THE VIDEOGRAPHER:  Off the record at 2:41
9        p.m.
10           (A recess was taken.)
11           THE VIDEOGRAPHER:  Back on the record at
12       2:44 p.m.
13   BY MS. TAYLOE:
14       Q    There were some things in the QBE earnings
15   or allotment sheets that we talked about earlier,
16   but I want to ask if they are accounted for anywhere
17   here in the GNETS funding formula?
18           Is there anyplace that includes things
19   covered by the categorical grants?
20       A    Not specifically, no.
21       Q    What does it cover unspecifically?
22       A    Again, in this year's formula the
23   teacher's salary was a little bit higher than --
24   this was 2017.  So the teacher's salary would have
25   been -- I don't know.  Would have been 34092, which



1  I think is -- yeah.  34096, or -- yeah, it would
2  have been something like that.  I don't remember
3  exactly.
4          So let me -- but -- so there was
5  additional money in there because the teacher's
6  salary was a little higher.  So they weren't being
7  funded at the same level as a Category III student
8  would because they would have been based on a
9  teacher's salary of 34092 at the time, and this one
10 had 34 -- or actually it was whatever it was before
11 that time, 1.03.  So this one had 35108.7.
12          Does that make sense?
13          So there was additional money in here
14 because the teacher's salary was higher than it was
15 in the QBE funding formula.
16     Q    So back before the salaries were
17 equalized, you're saying that the programs could
18 have used the higher teacher salaries to pay for
19 nurses or transportation or something else that was
20 covered under the categorical grant?
21     A    Yes.  It went out via the allocations,
22 but, but that's what I was saying.  So it doesn't --
23 there was no money for those grants specifically but
24 there was additional money in there above the QBE
25 funding level of teachers.



1        Q     Okay.  Was there anything comparable to

2    the five mill local contribution requirement?

3        A     No.  Well, I mean, the austerity, yes, but

4    I mean that's not the same thing.  So, no, not

5    really.

6        Q     Any funding for specialist teachers for

7    elementary students?

8        A     Any funding?  What do you mean by that?

9        Q     On the QBE formula, for elementary

10   students there's places for special like arts and

11   music and special teachers like that.

12       A     Oh.  No, not specifically.

13       Q     Any funding for a tech specialist?

14       A     No.

15       Q     Any funding for remediation?

16       A     No, not specifically.  No.

17       Q     And any funding for English for Second

18   Language Learners?

19       A     No.

20       Q     Then when we talked about the student

21   count, we touched briefly on whether it counted

22   students in the centers and classrooms.  Do you know

23   if there's any place in the formula for funding

24   services provided by GNETS programs providing

25   consultative services?



1              Do you know what consultative services

2    are?

3        A    No.

4        Q    Is there any funding that would appear in

5    the formula for instances where a GNETS teacher goes

6    to a student in a general education setting and

7    supports the student or the student's teacher in

8    that general education setting?

9              MS. HERNANDEZ:  Objection.

10       A    So I don't know how we categorize teachers

11   -- so I would want to look it up before I answer

12   definitively.  But I assume there's a way to capture

13   a teacher who helps out in the -- like I'm assuming

14   they would be represented somewhere in the CPI data,

15   even if it's just partial, you know, being

16   represented in the CPI data for -- you know, that

17   goes into a local school system who comes from a

18   GNETS center and works in that local school system.

19             So at least as far as T&E.  I'm assuming

20   they would be captured, but I don't know off the top

21   of my head.

22       Q    That makes me wonder, the CPI data is

23   reported by the LEAs reporting their own teachers,

24   correct?

25       A    Yes.



1     Q    So that might account for teachers in the

2   LEA, but would the CPI data include teachers from a

3   GNETS program that come into their classroom?

4     A    I mean if you're coming into that LEA,

5   then I'm assuming they're employing you on some

6   level.  Again, I'm not an expert on how -- what LEAs

7   include in they're reporting, but I would think we

8   would be able to capture that, or should be able to

9   capture that.

10    Q    So is it fair to say it's not in the GNETS

11  formula, but if, if they're being funded, it would

12  be through LEAs and their teacher reporting?

13    A    That would be my assumption, but I don't

14  know.

15    Q    Are you aware of any sources of funding

16  for students in a general education setting who are

17  exhibiting emotional and behavioral challenges?

18          MS. HERNANDEZ:  Objection.

19    A    Not particularly.

20          MS. TAYLOE:  I'm done with that exhibit,

21    Allison.

22    Q    Do you provide training to anybody about

23  the GNETS funding formula?

24    A    Not regularly but I have.

25    Q    To whom?



1      A     People ask questions, so.

2            Internal staff at DOE, directors that ask

3    me to ask questions -- ask questions of me.

4      Q     By directors, you mean GNETS program

5    directors?

6      A     Yes.

7      Q     When you answer their questions, do you

8    answer them individually, or do you actually conduct

9    training for more than the person who asked the

10   question?

11     A     I've done a combination of both, I think.

12   So I think I've answered questions individually and

13   I think I've done some group sessions as well.  I

14   think I have.

15     Q     When would you say the last time you've

16   done that was?

17     A     I don't recall.

18     Q     So it's not a regularly scheduled --

19     A     No.

20     Q     -- either annual or for new directors or

21   anything like that?

22     A     No.

23     Q     Do you field questions -- we talked a

24   little bit about this.

25           Do you field questions about the



```
 1   allocations from personnel within the GNETS programs
 2   or their fiscal agents?
 3        A    Yes.  People ask questions about
 4   everything.
 5        Q    And what types of questions have you
 6   received?
 7        A    Why did they go up?  Why did they go down?
 8             What, what does this mean?  How is this
 9   calculated?  Those types.
10        Q    Are you generally able to answer their
11   questions?
12        A    Yeah -- yes, I can look and see and
13   basically compare it to the previous year or
14   what-not and see what happened.
15        Q    Do you ever get questions about anything
16   beyond the math of the calculations?
17        A    No, not really.
18        Q    So you haven't received any concerns about
19   how the formula works?
20        A    Not that I can recall.  I mean I know my
21   first response, if anything that would happen, would
22   be to refer them to the program staff.  I can't
23   speak on policy.
24        Q    Again, program staff would be Vickie or --
25        A    Yes.  GaDOE program staff.
```



1       Q    Have you received questions from GNETS

2  programs about them not having enough funds to meet

3  their students' needs?

4            MS. HERNANDEZ:  Objection.

5       A    Maybe.  You know, I don't know.  I don't

6  recall.

7       Q    Have you any shared --

8            MS. TAYLOE:  Strike that.

9       Q    Have you ever shared any concerns about

10  the operation of the formula with anybody else?

11      A    No.

12           What do you mean?  You mean outside of

13  GaDOE program staff and what-not.

14      Q    Including inside or out?

15      A    They've talked about their concerns with

16  me, so we've had discussions about it.

17      Q    Okay.  Who has shared concerns with you?

18      A    I don't know.  I've had meetings with the

19  two previous directors of Special Education.  So

20  Zelphine Smith-Dixon and Debbie Gay.  I know I've

21  had meetings with them.

22      Q    And what were the concerns they shared

23  with you or that you discussed?

24      A    Well, it was just mostly -- to be blunt,

25  we were trying to figure out ways to get more money



1  to the system.  So, you know, we were trying to see

2  if there were strategies that we could go through in

3  the appropriations process.  But, again, that would

4  require the Governor's approval and the legislators

5  that we were talking with, how to talk with them.  I

6  think we were kind of going through those stages.

7       Q    Did you come up with ways, or were you

8  successful in getting more money appropriated?

9       A    Well, there was -- there's cons and there

10  were -- there were pros and cons for each of the

11  things that we proposed.

12           So there was -- you know, there was some

13  talk of -- I think one discussion mentioned changing

14  them to the schools versus programs, and that would

15  allow them to be under an LEA and receive money.

16  But, but we -- the systems needed some freedom --

17  or -- I don't understand.  You have to speak with

18  the GaDOE program staff, but that would kind of

19  restrict the systems in a way that they didn't think

20  was conducive to their mission or what-not.

21           So we had ideas but we hadn't come to the

22  stage of how to implement it, so.

23       Q    How long ago would you say that proposal

24  was considered?

25       A    This was, I want to say, maybe



GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              192

1  pre-pandemic.  So three, four years.

2       Q    Do you have an understanding of what they

3  said would restrict their programs in a way not

4  conducive to the mission meant?

5       A    No -- that's just my language.  But, no, I

6  don't know.  I don't know.  It was just -- all I

7  knew was that they were like -- they didn't think

8  that would be good for the programs to make them

9  schools versus -- versus program.

10      Q    "They" were Zelphine Smith-Dixon and

11 Debbie Gay or somebody else?

12      A    More than just them.  So it was, you know,

13 just -- I don't want to say that's how it was

14 relayed to me.  It was relayed to me but it wasn't

15 just from one person, I think.

16      Q    So it may have been them speaking on

17 behalf of some program directors --

18      A    Yes.

19      Q    -- or someone else?

20      A    May have been, yes, speaking on behalf

21 GNETS directors.  Who knows.  I don't know.  Yeah.

22      Q    Have there been any other proposals

23 besides the one to make them schools and not

24 programs?

25      A    No, not that I've been involved in.  I



1  think we were wanted to look at the whole formula at

2  some point but...

3       Q    And when we were talking about budget, you

4  said there had been discussions about closing the

5  GNETS schools or possibly rerouting the money.

6            Was that one of the other possibilities

7  discussed in this context?

8            MS. HERNANDEZ:  Objection.

9       A    No, I was not involved in those

10  discussions, but, but you saw in the bill last year

11  that, that, yeah, that was something that the

12  legislature was considering.  But I wasn't involved

13  in those discussions.

14       Q    Okay.  So these changes that you and

15  others were considering proposing, sounds like you

16  -- somebody decided there were reasons not to do it,

17  but did you understand that had program staff been

18  in favor of these ideas that that would have been

19  something GaDOE would have had the authority to

20  pursue?

21            MS. HERNANDEZ:  Objection.

22       A    I mean I -- depends on the things.  I

23  mean, like I say, anything we do, we don't

24  appropriate anything.  So we can't -- so if it's

25  going to involve more money, we've got to get



1  approval from the Governor's Office and the

2  legislature -- the legislature.

3           So, so that's, that's basically the -- you

4  know, you have to -- there are only -- well, say it

5  this way.  But, you know, you just got to -- you

6  know, there's -- when it gets to the point of having

7  to talk to OPB and asking for money, that's -- the

8  superintendent is going to bring that.  So you've

9  got to think about are we ready to bring this to the

10 superintendent.  You know, before that you got to

11 get through, you know, the deputy superintendent.

12          So just a big process when you're talking

13 about taking and asking for money.  You know, it's

14 just -- I don't know how it is at the federal level

15 but, you know, when you're going through the

16 appropriations process, you've got to be very

17 careful.

18     Q    Yeah.  So apart from appropriations,

19 though, if we were talking about level of closing a

20 program or moving it from a program to a school,

21 that would require funding or approval from the

22 legislature, wouldn't it?

23     A    That one wouldn't have but, like I said,

24 there was some -- I don't remember all the details.

25 Like I say, this was pre -- we had just kind of had



1  a conversation, I think, and then things just

2  changed.

3          So -- yeah, it was just -- I think that

4  one was a timing issue.  But I don't know what those

5  reasons were, why they were hesitate on that, but

6  they had reasons.

7      Q    If they approved, do you think you would

8  have taken it to the Board of Education?

9          MS. HERNANDEZ:  Objection.

10     A    That's really not my call.  I'm not going

11 to undermine -- these are -- I know they're

12 professionals and, you know, I know Zelphine and

13 what-not, they would try to do what was best, so.

14     Q    I'm sorry, I didn't mean to suggest

15 undermining.  I mean if they had been in support of

16 these ideas, what the next step would have been.

17     A    Oh, yeah.

18     Q    The next step would have gone to the State

19 Board of Education?

20     A    Yeah.  Well, the next step would have gone

21 to the superintendent's office, gone to the deputies

22 and the superintendent's office, and then if they're

23 okay with it, then, yes, we take it to the Board.

24          But -- well, actually, honestly I don't

25 know how the dynamic with the Board, but I just say



1  we take it to the superintendent's office and then

2  take it to the Governor.  So I don't know the Board

3  -- I think the superintendent would inform the

4  Board, but I don't want to speak for him.

5       Q    And they would know the process after --

6       A    Yes.

7       Q    -- after that level?  Okay.

8            MS. TAYLOE:  I would like to introduce as

9       Plaintiff's Exhibit 754 document GA00282006.

10           (WHEREUPON, Plaintiff's Exhibit-754 was

11        marked for identification.)

12  BY MS. TAYLOE:

13      Q    This is another email with spreadsheet

14  attachments that we can look at separately.

15           This is a January 2017 email from you to

16  Ted Beck?

17      A    Yeah.

18           (Witness reviews exhibit.)

19      Q    Entitled "GNETS Counts," with the

20  attachment "FY18 GNETS Counts" spreadsheet, and it

21  says:  "Attached are the counts used in the GNETS

22  formula from FY13-FY18."

23      A    Okay.

24      Q    Do you routinely send this information to

25  Ted and Jon?



1       A    Um, yes.  Well, I mean, during the budget

2   session it's basically whatever they ask for.  So

3   this is -- in January, this is the beginning of the

4   budget session with the legislature.  So they're

5   asking a lot of questions.  So when they were asking

6   questions, we would sit in -- Ted and, in this case

7   Rusk, the information that he needs to answer the

8   questions.

9       Q    This is most likely in response to a

10  request from one of them?

11      A    Yes.

12      Q    Or in that case probably from Ted.  Okay.

13           And then the attachment starts with number

14  -- ends with No. 2007, is the attachment,

15  spreadsheet attachment.

16           (Witness reviews exhibit.)

17      Q    When you have control, you can enlarge

18  that if it makes it easier.

19           So this is FY 18 GNETS count, is the title

20  of this document.

21           Can you tell me what years would be used

22  to calculate the student count for FY18?

23      A    Again, this was -- this must have been

24  when we made -- right before we made the change.

25  Because you see it still had that rolling average.



```
 1            This doesn't have it, and I don't --
 2   honestly, I don't remember the actual formula for
 3   calculating that rolling average, but it used a
 4   rolling average from the previous year, the funding
 5   count they used in the previous year, and averaged
 6   that with the actual count from the current year,
 7   and then you get a -- let's see.
 8            Actually, FY18 -- yeah, it's a different
 9   spreadsheet that has this information where it was
10   calculated.
11            So, no, I don't remember how this one --
12   how we actually calculated it exactly.  I mean I
13   would have to look at the spreadsheet, but I know we
14   used the funding count for the previous year and
15   kind of averaged it with the actual count that you
16   see, which in this case this was 20 -- whatever.
17   That was the actual count from that student report
18   that year.
19        Q    Okay.  So setting aside for the moment
20   whether this is the old or new formula, under the
21   current formula you use the actual count from Year 2
22   and Year 3 prior and the budget count for the year
23   before?  Is that correct?
24        A    Under the current, the current formula?
25        Q    Yes.
```



1       A    You use the most recent three student

2    record counts, and you just weight the most recent

3    at 50 percent of the other two at 25.

4            So you weight the most recent heavier but

5    it's just the last three student counts.

6       Q    But is the most recent student count

7    actually available, or do you use the budget -- the

8    number from the budget for that year, which is not

9    an actual count?

10      A    The most recent student count will be

11   available.  It will just be the year ending before

12   that.

13           So when we were coming up with the

14   allocation for '23, when we were coming up for this

15   year's allocation, we were doing this in '21, in the

16   fall of '21, we had to come up with the numbers.  So

17   we had the student record count for 2021 available

18   because that's calculated at the end of the year.

19   So we had the student record count for 2021, 2020,

20   and 2019.

21           Now, so we were doing it to '24, you know,

22   we were doing it with 2022 data, '21, and '20.

23           So I don't know what years went into this

24   rolling average, but we were still doing it that

25   way.  But I know it had to do with the funding count



1  from the prior year, and I don't know how many times

2  we used that, so.

3       Q    Okay.  But I know how it works now, which

4  is very helpful.

5            And even though this may have been under

6  the previous formula, it is still possible -- well,

7  let's just look at Elam Alexander in Bibb County as

8  an example.

9            So in that example the program counts were

10  increasing from 2013 to 2018.  Is that correct?

11       A    The problem counts --

12       Q    It's in Bibb County.

13       A    You said the program counts were

14  increasing?  I don't know that I can see -- I don't

15  have that here.  I think these were all the rolling

16  averages that we have here.  At least the averages

17  that were funded, that's what you see here, on this

18  column.  It's FY13.  These were the funded amounts.

19       Q    Okay.

20       A    And then this one, I don't know -- it's

21  508.13, yeah.  That was what was funded, and this is

22  the actual count for that year, whatever year this

23  was.

24       Q    And is it true that under the formula in

25  use in this document programs with increasing



1    enrollment would be funded for an actual count that

2    is lower than -- they would be funded an amount that

3    is lower than the actual count?

4        A    I don't want to say -- not necessarily.

5    If the trend is going up, so the two -- the last

6    three years -- well, I don't know.  We have to look

7    at it, because I don't want to say that's always the

8    case because it depends on the numbers.

9        Q    Well, in Bibb County the numbers went up,

10   the funding numbers went up every year, which even

11   if there was some variation in the actual numbers,

12   the funding numbers went up every year?

13       A    Right.

14       Q    And at the end of that period the funding

15   for the actual count of 519, the funding was 508.13;

16   is that correct?

17       A    Right.  Yes.

18       Q    So at least in this example the program is

19   underfunded based on student count?

20            MS. HERNANDEZ:  Objection.

21       A    Yeah, I don't -- I mean I definitely won't

22   say underfunded.  I just -- it's whatever that

23   funded count is.  So, again, this is just the nature

24   of the population.  You don't -- this is just a

25   record of all the students who have gone through.



1            So in some sense it's always going to be

2    artificially high because it's not -- like I say, it

3    doesn't -- it's not keeping track of like the number

4    of students who are there regularly.  It's just

5    everybody who came through, which I think that was

6    intentional.

7            So, so I mean I wouldn't use -- definitely

8    wouldn't use the language underfunded, but, like I

9    say, I just have to look and see how the numbers --

10   what the numbers were that went into calculating

11   that rolling average, and I don't have that right

12   here because this is just the funded counts, these

13   numbers right here.

14        Q    What are the current rules on carryovers

15   for GNETS program funding?

16        A    Can you be more specific?  What do you

17   mean?

18        Q    If a program -- I didn't want to put you

19   on the spot by saying programs with decreasing

20   enrollments are overfunded because I understand your

21   qualifications on the reverse.

22            But there might be some programs that have

23   an actual count that is lower than the funding level

24   and they might have that money -- like you said,

25   because of fluctuations they might have more



1    students the next year.  Are they able to save the

2    money from the year they're sort of nominally

3    overfunded to use in the year when they've got more

4    students come back that might not be reflected in

5    that year?

6            MS. HERNANDEZ:  Objection.

7        A    I'm not, I'm not -- that's an accounting

8    question.  I think they can carry over some of it

9    via accounting mechanisms.  I don't know what those

10   specifically are.

11           I mean I think it's just -- but I don't

12   think it's in, in perpetuity.  Like I think maybe

13   you can carry over from the prior year into the

14   current year and use it, but you can't keep carrying

15   from two years and three years.  I don't think you

16   can do that, not with state funds.

17       Q    But that was handled more by another

18   division, by the accounting folks?

19       A    Right.  They have to get all that figured

20   out during close-out the remainder year.

21       Q    Just to confirm, in the case of GNETS,

22   that accounting question would be -- who would

23   answer that accounting question for GNETS?

24           MS. HERNANDEZ:  Objection.

25       A    Well, the person -- just the person,



1   Wilamet -- she left not too ago, but the Financial

2   Services Unit.  So Amy Rowell I believe is the

3   director of that unit.  So someone on her staff.

4   Amy R-O-W-E-L-L.

5        Q    Amy Rowell would be the person who handles

6   it now because somebody just left?

7        A    Yeah.  Well, she left -- how long ago was

8   it now?  I lose track of time.  Maybe it was last

9   year this time.

10            But she was an employee who had been

11  there.

12            Regina Hailey had been there a long time,

13  and she used to handle that.  But I don't know who

14  handles it now.

15            Regina Hailey, H-A-I-L-E-Y.

16       Q    Thank you.

17            Are you familiar with how students in a

18  GNETS program are reported, are reported for

19  residence purposes and home school purposes?

20       A    Not, not particularly, no.

21       Q    Does that impact your work at all?

22            MS. HERNANDEZ:  Objection.

23       A    Well, the student record data will have

24  them assigned a GNETS center, but I don't need to

25  know what their systems -- system of residence is.



 1   Or we don't need to know that as far as calculating

 2   the formula.

 3        Q    Do you know where the IDEA funds for a

 4   given student are directed?

 5        A    Yes.  I mean that one will go to -- to the

 6   LEA where the students are located.

 7        Q    Does your office oversee that?

 8        A    The disbursement of the LEA funds?

 9        Q    Allocation of it, yeah.

10        A    Yes.

11        Q    Okay.  So if a student resides in one

12   district but attends a GNETS program in a different

13   district, do you know where the IDEA funds for that

14   student go?

15             MS. HERNANDEZ:  Objection.

16        A    I believe it would be in the district that

17   they resided in.

18        Q    Do you know why that is?

19             MS. HERNANDEZ:  Objection.

20        A    No.  I mean that's just how the data is

21   reported.

22        Q    Okay.  And I think we touched on this

23   before, but is there any requirement that the

24   district of residence contribute anything towards

25   the special education services of the student in the



1    GNETS program?

2        A    Not to my knowledge.

3        Q    I may have asked this before, and I'm

4    sorry, my notes are now jumbled.

5             I know the process has been -- the

6    Governor makes a request to the General Assembly,

7    and the General Assembly makes the appropriations,

8    and then you carry out allocations from there.  But

9    I've lost track at what point the State Board of

10   Education participates in any of those steps.

11            Can you clarify that for me?

12       A    Yeah.  So I think before we, before we

13   submit our budget recommendation to the -- our

14   budget request to the Governor, we get it approved

15   from them, and so before the Governor starts, you

16   know, the State Board weighs in there.

17            And then after it's signed off by the

18   legislature and the Governor, then we present it to

19   the Board for their approval also.

20       Q    And the part -- you submitted that part,

21   is that the allocations that the Board approves?

22       A    Yes.

23       Q    Okay.  So I misspoke when I asked the

24   question.  I just want to make sure I'm clear now.

25            So the Department of Education submits the



1    request to the Governor, the Governor submits the

2    recommendation to the General Assembly?

3         A     Right.

4         Q     And the State Board of Education weighs in

5    before you submit the request to the Governor?

6         A     Right.

7         Q     Thank you for clarifying that.

8               And what is your office's role with the

9    preparation of the request, the request to the

10   Governor?

11        A     You're talking about anything in

12   particular or just overall budget requests?

13        Q     I guess overall.  Do you -- what do you

14   start from?  What do you add?

15              At what point do you get priorities or

16   preferences added into it?

17        A     Yeah, so the basic stuff, I mean there's

18   going to be some basic instructions that we get.  So

19   we just enter that according to their, their

20   directions.  But --

21        Q     According to whose directions?

22        A     The Governor's direction.  So they may say

23   enter this much for, for changes to TRS, that we're

24   going to change the TRS rate.  These are the

25   numbers.  Or, you know, enter this much for -- we



1  want to see your estimate for QBE or what-not.

2          So we'll enter that in based on whatever

3  their instructions are.

4      Q    I'm sorry, I don't want to interrupt you,

5  but I want to make sure I'm following.

6          So even before you submit the budget

7  request, you get directions from the Governor that

8  help guide the formation of the request?

9      A    Sometimes, yes.

10     Q    So directions, then request, then

11  recommendation, then bill?

12     A    Yeah.  I mean it's -- I mean like the

13  Governor will give instructions, I mean.  So most of

14  the time the instructions are flat budget or two

15  percent increase.  I mean I've been here long enough

16  to have seen the kind of scenarios where four, six,

17  10 percent decrease, or two percent increase, two

18  percent decrease.

19         So the Governor's instructions will lay

20  out what he wants to see in our budget request, and

21  then there are the offline conversations that will

22  inform some of our requests.

23         So, you know, the Governor may speak to

24  the superintendent, or the superintendent may have a

25  priority that he wants and he'll talk to the



1   Governor about getting it funded, and he may give us

2   the okay to ask for it or not, you know.

3            So, yes, so those are -- that -- we'll do

4   that stuff.  But that's the second part what I just

5   said, was that if the OPB or the Governor or the

6   superintendent, any of those offices, has an idea,

7   they'll talk with each other and they still come

8   together and let us know what we should enter in as

9   far as our requests.

10            So that's what, you know, we're -- I meant

11  to say with having the basic stuff and then it's

12  high level stuff, we'll get those instructions and

13  enter that in as well.

14       Q    That's helpful.

15            So something like you were giving an

16  example of, two percent increase or 10 percent

17  decrease, that seems like that would be sort of an

18  across the board?  Based on revenues or something

19  they know they're going to have more or less

20  generally, or they give it specifically to the

21  Department of Education, is going to have to make

22  this amount of changes, it's not across the Board?

23       A    There's a general set of instructions for

24  everybody, but they could be -- you know, we could

25  be told to do something specific.



1      Q    And are there any specific, either -- so

2    the increases, that would be across the Board, but

3    what about, does the superintendent or anybody give

4    a specific, within Department of Education, want to

5    ramp this up or slow this down or anything like that

6    kind of level of instructions before the

7    recommendation or the request is formed?

8      A    Well, you know, we can -- they'll usually

9    ask us what they -- I mean the last few years it's

10   been very rare for us to ask for anything in the

11   request.  So -- I would go back to where we could

12   just ask.  But when I was at OPB and my first years

13   at DOE, we -- they were given more freedom to ask

14   for things, to ask for how to manage their budgets.

15         When I say ask for things, it was usually

16   budget cuts.  We had to figure out how to cut the

17   budget.

18         So, so I want to make sure I'm answering

19   your question.

20     Q    I think you are.  So if there are budget

21   cuts, who decides whether things are just cut

22   proportionally across the board or if there are

23   certain programs or grants or funds or something

24   that are, that are churned a little bit more than

25   others?



1       A    The superintendent.  I don't think any

2    governor has ever just said you've got to do it

3    proportionally.  I think most them don't want you to

4    do that.  They will tell you they don't want you to

5    do that.  So it's usually the superintendent who

6    will tell us, you know, his priorities, and I think

7    he'll do that in consultation with his deputy

8    superintendents and what-not.

9       Q    Have you ever gotten any specific

10   instructions or directions with respect to budget

11   about GNETS?

12      A    No, no specific instruction.

13      Q    About special education?

14      A    No.

15      Q    So once you've gotten these directions --

16   I'm sorry -- instructions and guidance on what the

17   request might look like, what sorts of data from

18   what sources do you gather to form the request?

19      A    The FTE data and the CPI data, and a lot

20   of other smaller sources of data.  Like GNETS and

21   student record data and preschool, three -- counsel

22   three- and four-year olds.  So stuff like that.

23      Q    Do you ever look at any kind of

24   effectiveness measures when determining what your

25   request would look like?



1      A     Yes.  We include performance measures with

2   our budget requests every year.  So those should be

3   kind of giving us an idea, but I don't think we --

4   you know, with the bigger -- with education -- with

5   QBE and GNETS, I don't think I've seen any, you

6   know, any direct performance measures.  I mean...

7   yeah.

8      Q     You haven't seen any performance measures

9   for QBE or GNETS?

10     A     Oh, we have them.  I just -- I mean to say

11  I haven't reviewed them personally.  Sorry.

12           To be clear on that, we have but I just

13  haven't reviewed them personally.

14     Q     Do you know if somebody does before the

15  request is --

16     A     Yes.

17     Q     Who, who would review them?

18     A     We have I guess an entire team dedicated

19  to that.  Like the policy team -- the policy staff,

20  they, they keep track of the performance measures

21  for DOE, or GaDOE.

22     Q     And then after you've collected or your

23  team has collected all this information from these

24  different sources, how does that get put together

25  into the request?



1        A    We have a system.  There's an online

2    system.  So you just enter the data into the system.

3        Q    Is that the budget development tracking

4    sheet?

5        A    It's called PBCS, planning budget -- I

6    don't know what the acronym stands for.

7        Q    And that's the system that you enter the

8    data into?

9        A    Yes.

10        Q    And then it generates a request based on

11    that, or generates spreadsheets or something based

12    on that?

13        A    It will -- it will be the electronic

14    version of our requests, yes.

15        Q    So there's a template of the requests --

16        A    Yes.

17        Q    -- that you sort of update?

18        A    Right.

19        MS. TAYLOE:  I'd like to introduce as

20        document seven -- I'm sorry -- Plaintiff's

21        Exhibit 755 document GA00323476.

22        (WHEREUPON, Plaintiff's Exhibit-755 was

23         marked for identification.)

24    BY MS. TAYLOE:

25        Q    This is a May 2018 email from you to



1   Vickie Cleveland, attaching a number of documents.

2            (Witness reviews exhibit.)

3        A    Okay.

4        Q    Okay.  Are these -- it is accurate to say

5   these documents are presented in connection with the

6   Board approval of allocations?

7        A    Yes.

8        Q    Are some of the template items here

9   similar to what you use to present to the Board for

10  approval of a budget request?

11       A    Yes.

12       Q    What -- how do Vickie Cleveland and, if

13  appropriate -- Amber McCollum is copied on this.

14  How do they use these spreadsheets -- sorry, these

15  documents?

16            MS. HERNANDEZ:  Objection.

17       A    I think Vickie was new at the time and I

18  think she was asking for some documents to show how

19  it was done in the past.

20            So this is -- basically, I just gave her

21  the documents from the prior year that we took from

22  the 2018 GNETS allocations so she could see how it

23  was done.

24       Q    How would she know how much money or any

25  information that was needed to be added to the



1   template for the new year's request?

2       A    I provided that probably in a separate

3   email, provided her the allocation amounts.

4       Q    On the second page of the document it's

5   got the number ending in 3477 at the bottom of the

6   page.

7       A    Okay.

8       Q    Under the -- in the Rationale box it

9   mentions that the purpose is to support students

10  with severe emotional -- social, emotional and

11  behavioral challenges.  Do you see that?  Intense

12  social, emotional/behavioral challenges?

13      A    Yes.

14      Q    Is there any mechanism to ensure that the

15  funds are used to provide support for those

16  challenges?

17           MS. HERNANDEZ:  Objection.

18      A    Is there any mechanism to ensure that it's

19  -- funding is being used for -- to go against those

20  challenges?  Is that what you're saying?

21      Q    Yeah.

22      A    I don't know.  I mean not, not clearly

23  defined, no.

24      Q    Is there --

25      A    The point of the program, I guess, is --



1   so the funds in the program, the allocation to the

2   districts should be used for that, but, yeah.

3        Q    Do you see where it says GNETS is an

4   option that -- on the continuum support that

5   prevents children from requiring residential or more

6   restrictive placement?

7             It's in that same block but before the --

8   prior to supports.

9        A    Yes, I see it.

10       Q    Is there any way to check that the funds

11  are used effectively in support of that purpose?

12            MS. HERNANDEZ:  Objection.

13       A    Not specifically.  I mean the GNETS

14  program does keep -- is the first step before they

15  go into the residential treatment facilities.  So

16  just by having the GNETS program kind of is the

17  defining -- is doing that.

18       Q    And in the block that says Performance

19  Metrics, you're saying there's a different division

20  that checks on the performance metrics?

21       A    Which part are you looking at?

22       Q    There's a block that's titled

23  "Performance" and within that, the third bold

24  headline says "Performance Metrics."

25       A    Yes.  I don't know who does it



1   specifically, so I don't want to say.  But I think
2   it was the policy unit, but, again, that's just me
3   speculating.  I think they -- I know they gather the
4   data but I don't know if they are the ones who are
5   collecting it as well or who are, who are
6   responsible for it.  So I don't know if the GNETS
7   staff is responsible for it in Policy, but I know we
8   get it from the Policy.
9        Q    You get the requests from the Policy
10  Division?
11       A    No.  We gather the data.  When we're
12  putting it into our budget request, we gather it
13  from the Policy unit.
14       Q    What do you get from Policy?
15       A    Actually, let me think on this.  Actually,
16  I don't know if we get it from Policy.  I don't know
17  if it's something that Vickie -- I don't know.  I
18  have to verify in my documents.  So I don't want to
19  say.
20            I know we gather the data.  The budget
21  unit, we are responsible for gathering data, but I
22  don't know if we get it from -- because I don't have
23  to actually enter it.  So I don't know who the team
24  on our staff gets it from directly.  I was assuming
25  it was Policy but I could be wrong.  So I don't want

1    to assume.

2         Q    Okay, that's fine.

3              What information are you talking about

4    gathering?  What information do you gather?

5         A    The performance metrics.

6         Q    And what is that -- what are the data

7    being analyzed?

8         A    I don't know.  That's what I'm saying, I

9    don't see the data.  I don't have the -- it's in

10   Governor's budget request.  So I just never -- you

11   know, during that time of the year when I was

12   looking at so much.  I don't know what they use for

13   their performance measures but they do have them.

14   So I do know that.

15        Q    So what is the basis then for your

16   understanding that the GNETS program is designed to

17   serve, you know, students as a last resort before

18   requiring residential or more restrictive

19   placements?

20        A    That it exists -- you know, basically that

21   it exists.

22             They don't -- before they go to the

23   residential treatment or residential centers, they

24   go to a GNETS program, which they don't have an

25   overnight component.  So, so -- this one, like they



1   just go during the day, but they are able to go back

2   to their home at night.

3        Q    So your understanding isn't based on --

4   you've never seen a report that says this many --

5        A    No.

6        Q    -- students have been diverted from GNETS

7   placement by virtue of -- I'm sorry -- from a

8   residential placement by virtue of an enrollment in

9   GNETS?

10       A    No.  I just know that it's not overnight.

11  So I know the residential treatment centers are.

12       Q    Is it your understanding that every

13  student who goes to a residential treatment

14  placement has been to a GNETS before they get placed

15  there?

16       A    No.  No, I don't know.

17       Q    So are you aware of any studies or

18  measurements to determine whether only -- that GNETS

19  only serve students with severe emotional/behavioral

20  challenges that could not be served in a gen ed

21  setting?

22       A    No.

23       Q    I asked you before about the grant

24  application process and you said you're not -- am I

25  remembering correctly, you said you're not involved



1    in that process?

2        A    That's correct.

3        Q    Do you get information from the

4    consolidated application as part of any data you

5    use?

6        A    No.

7             MS. TAYLOE:  I would like to introduce as

8        Plaintiff's Exhibit 756, a July 21, 2016 letter

9        from the State.

10            (WHEREUPON, Plaintiff's Exhibit-756 was

11        marked for identification.)

12   BY MS. TAYLOE:

13       Q    I'll give you a second.  You don't have to

14   read it but I want to ask you about one part of it.

15   I want to give you a chance to review it.

16            (Witness reviews exhibit.)

17       A    Okay.

18       Q    Okay.  This is a July 21, 2016 letter from

19   Josh Belifante to Ms. Vanita Gupta.

20            Have you seen this letter before?

21       A    Not to my recollection.

22       Q    Do you remember being consulted on it when

23   it was being written?

24       A    Not that I know of.

25       Q    And the part I want to ask you about is



1    limited.  The section numbered 6, Funding and

2    Allocation, if you turn to that.

3           If you could read aloud the first

4    paragraph of that section, please.

5       A    The GDOE -- "The GDOE is currently working

6    with the GNETS program directors to make sure the

7    grant application process is both streamlined and

8    effective and includes provisions for appropriate

9    therapeutic services.  This conversation is not

10   limited to the GDOE and the GNETS program, but it

11   includes community-based providers of therapeutic

12   services and other stakeholders."

13      Q    Were you among the GaDOE personnel working

14   with GNETS program directors to make sure the

15   application process was streamline and effective?

16      A    No.

17      Q    Do you know who was?

18           MS. HERNANDEZ:  Objection.

19      A    No.

20      Q    Do you know how the grant application

21   process includes provisions for appropriate

22   therapeutic services?

23           MS. HERNANDEZ:  Objection.

24      A    No.

25      Q    Do you know how community-based providers



1   of therapeutic services and other stakeholders have

2   been included, as mentioned in this paragraph?

3           MS. HERNANDEZ:  Object.

4   A     No.

5   Q     Could you read the next paragraph, please?

6   A     "These efforts are not only significant

7   and meaningful in their own right, but they are also

8   having an impact now.  The GDOE's efforts will only

9   be enhanced by the additional data and collaboration

10  that these efforts will yield, and it would be

11  premature to prejudge what the data would review or

12  for GaDOE to seek to impose a uniform solution

13  before sufficient information is known and analyzed.

14  But, it is abundantly clear that GDOE is working

15  diligently to enhance the educational experience for

16  Georgia's children, and it is willing to take bold

17  and decisive action when necessary.  We encourage

18  you to meet with GDOE, including Ms. Rahming, should

19  you want to learn more about work being performed at

20  the GDOE.  We would be happy to assist in that

21  regard."

22  Q     Thank you.

23          Have there been changes since 2016 with

24  respect to the additional data and collaboration

25  referenced in this paragraph?



1              MS. HERNANDEZ:  Objection.

2        A    I don't know.  I mean my role stays the

3   same but I don't know what other things have changed

4   or not changed.

5        Q    So there's no additional data that's come

6   across in your work?

7        A    No.

8        Q    Has anyone reached out to you about --

9   where they reference "sufficient information is

10  known and analyzed," have they reached out to you to

11  get information to assist in that analysis?

12       A    No.

13       Q    And where the letter says, "GaDOE is

14  willing to take bold and decisive action where

15  necessary," what do you understand that to mean?

16       A    I don't know.  I mean I -- yeah.  That

17  would be the superintendent, you know.  So I don't

18  know.

19       Q    Do you believe the superintendent has the

20  authority to change the formulas used to establish

21  GNETS funding?

22              MS. HERNANDEZ:  Objection.

23       A    Again, we're not the appropriators.  So,

24  you know, we're the agency.  So the superintendent

25  represents the agency.  So if you want to change the



GERONALD D. BELL                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                                224

1  funding, he can, he can ask, ask the legislature and

2  what-not.  He can ask them, but I don't think he can

3  -- he can't unilaterally change the funding that

4  would bring in more funding.

5      Q    I didn't ask about appropriations but

6  about the formulas used.

7          MS. HERNANDEZ:  Same objection.

8      Q    You said those weren't established by

9  code, so I'm curious if you think the superintendent

10 has the ability to change the formulas?

11         MS. HERNANDEZ:  Same objection.

12     A    Yeah, I don't think, I don't think he -- I

13 mean it's just me speculating.  So I don't -- but

14 you'd have to do that in conjunction with one of the

15 -- with the budget offices, so the appropriators.

16 Because if we change it and they don't agree with

17 it, it does no good.

18     Q    Does GaDOE have the authority to alter the

19 reporting instructions so that when students are

20 referred to regional GNETS programs the LEA does not

21 continue to receive that funding?

22         MS. HERNANDEZ:  Objection.

23     A    Well, when they -- when they're coded to

24 GNETS, they don't -- they aren't coded to, to the

25 LEA anymore.  So, you know, for that segment they



 1   will be GNETS.  So they wouldn't report on the LEAs.
 2   The FTE reports for that period.
 3           So what you're saying, I guess we already
 4   sort of do that.
 5       Q   Well, if they attend during that FTE count
 6   in the fall, for instance, and then get referred to
 7   and enrolled in a GNETS program, would the LEA still
 8   get some of the IDEA funding for that student?
 9       A   Well, they're on that count day.  If
10   they're there on that count day, then they're
11   included in the count.  So if they are later
12   transferred to a GNETS, then, you know -- it doesn't
13   matter.  They were there on the count day, so --
14   sorry.  I lost track.  Lost my track -- my thinking.
15       Q   So which LEA would receive funding for a
16   student who -- my understanding was students who are
17   coded for GNETS, that's a program code, but their
18   school code is still with their residence LEA; is
19   that correct?
20       A   My understanding, and I would need to look
21   at it, but my understanding is once you're coded to
22   GNETS, you kind of drop out of the FTE reporting, so
23   you're not counted.  But even if you were -- but if
24   you were in there on those count days, then you were
25   in there, you know.



1          So if I'm in there on the day that we do
2    our 2022-1 count, that's fine, and I later become
3    GNETS, then that's fine, I just won't count in the
4    FTE counts going forward if I'm still GNETS.
5          Q    Okay.  Does GaDOE have the authority to
6    require that LEAs make matching contribution funds
7    -- I'm sorry -- contribute matching funds or any
8    funding to the regional GNETS programs to whom they
9    refer GNETS students?
10              MS. HERNANDEZ:  Objection.
11         A    I'm not an expert on what Board rules we
12   can use or what the powers of the State Board, so.
13              MS. TAYLOE:  I think we are ready for a
14         break, 15 minutes or so.
15              THE VIDEOGRAPHER:  We're off the record at
16         3:57 p.m.
17              (A recess was taken.)
18              THE VIDEOGRAPHER:  Back on the record at
19         4:17 p.m.
20              MS. TAYLOE:  I would like to introduce a
21         document previously introduced as plaintiff
22         Exhibit 587.
23              Its Bates number is GA03806083 and the
24         attachment.
25              (WHEREUPON, Plaintiff's Exhibit-587 was



1          marked for identification.)

2              (Discussion ensued off the record.)

3      A    I have it now.

4   BY MS. TAYLOE:

5      Q    This is an August 2016 email from Amber

6   McCollum to you, with an attachment, and the

7   attachment is called "GNETS Program FAQ."

8      A    Uh-hum.  (Affirmative.)

9              (Witness reviews exhibit.)

10     Q    Do you remember receiving this from Ms.

11  McCollum?

12     A    I don't know the exact date but I do

13  recognize this document.

14     Q    She describes in the email that the

15  document explains how GNETS students are reported in

16  FTE; is that correct?

17     A    Yes.

18     Q    In the FAQ itself, do you see a No. 1,

19  that says, "Who reports the GNETS students for all

20  state data level collections"?

21     A    Yes.

22     Q    And what is the answer by who reports that

23  student?

24     A    "The resident system of the student even

25  if the student attends non-GNETS classes in a school



1   in the system where the GNETS program is located."

2       Q    So can you explain to me or reconcile

3   this?  We had a conversation before trying to figure

4   out how students were reported.

5           Does this help?

6       A    Yes, it -- they still don't earn -- I

7   think that's -- maybe that's the distinction I'm

8   making because they're not earning QBE funds.  So

9   they're not, they're not assigned an FTE category --

10  or an FTE category.  So they may be assigned to that

11  as far as just an overall count, but they're not

12  earning QBE FTE weight.

13      Q    Would IDEA funding be allocated to the

14  district on the basis of the student's being

15  reported this way?

16      A    I believe so, yes.  Because I think they

17  use the overall count, and so we use -- I believe it

18  was school lunch data, which that was always

19  reported.  I think I used -- which had the total

20  number of students and then the breakout, which the

21  lunch category is free and reduced, what-not.  So it

22  had the total number of students.

23          So I think that would include them but I

24  would have to verify.  But I think that is what we

25  used and I think that's what we were told to use.



1  So I think it does.

2      Q    And do you know who decided this reporting

3  system?

4           MS. HERNANDEZ:  Objection.

5      A    Well, this is -- you know, with any of

6  these documents it goes through the same approval

7  process.  So anything -- this is an official DOE

8  document.  So the data collections unit probably

9  wrote it up and it was approved by the Board,

10  approved by the superintendent.

11      Q    Does that just mean this document or the

12  policy or both?

13      A    I'm not a hundred percent sure but both is

14  my, my thinking.

15      Q    Do you know what the basis for this

16  decision is?

17      A    Well, this might have been decided by a

18  superintendent past.  I don't know that this is a

19  new, new policy or anything.  So it just may be a

20  carryover.

21           So, so I don't want to say this was

22  something specifically addressed by this Board or

23  this superintendent.  But, but -- so I mean it just

24  may be historical, that this is what we've done,

25  kind of just carried on.



1    Q    Okay.  But this is a State of Georgia

2    decision, this is not an IDEA requirement?

3    A    I don't know.  I don't know that -- this

4    is State of Georgia but I don't know -- we didn't

5    make it because it was an IDEA requirement, so I

6    don't -- yeah.

7    Q    Then we were also trying to figure out if

8    students would be reported by the LEA for purposes

9    of funding consultative services.  Do you remember

10   that conversation?

11   A    Yes.

12   Q    Can you look at No. 7 on the following

13   page of this document?

14   A    This is the page that ends in 86?

15   Q    Yes.

16   A    Okay.  I'm sorry, what is your question?

17   Q    Does this help answer the question about

18   whether there would be funding available for a GNETS

19   teacher to support a student in order to help that

20   student remain in a GNETS -- I'm sorry -- in a gen

21   ed setting?

22        MS. HERNANDEZ:  Objection.

23   A    At the time you were asking me the

24   question I was thinking -- I thought you were asking

25   would the teacher data be reported in there if they



1   were teaching -- if they were going to a GNETS

2   center.  I thought you were asking about the

3   teacher.

4           With this, the QBE funding is set up to

5   account for those three days, those three different

6   count days.  It's designed to set up so that it's

7   not tied to a particular student.  So it's not that

8   -- because we understand that student counts

9   fluctuate, you know, throughout.  So any time a

10  student is eligible for, if they come, and they come

11  in, they're eligible for QBE funds.  So there's no

12  district that say we can't take a student, we don't

13  have the money for it.  That student, if they meet

14  the eligibility criteria to be a student.

15          So I don't -- yeah, I mean -- I think this

16  is saying, you know, if those kids who are not quite

17  students, just coming in for consultative services,

18  which I see that's -- yeah.  So these are not quite

19  students.  They're just -- yeah.  So but those ones

20  who are students, full-time students, they would

21  have the funding.  So I think that's a difference,

22  or at least to my understanding.

23      Q    Okay.  So what I was asking before was

24  whether there was funding available to help a

25  student in a general education setting who had



1  behavioral challenges receive support from a GNETS

2  teacher.  And on the GNETS side you said no, but

3  there might be some if the teacher is funded through

4  the LEA, you thought that might appear in the

5  teacher count information.

6          And so I'm pointing to this to suggest

7  that it looks to me -- I can't say that.

8          I'm wondering, if you having read this, do

9  you still think it's possible for a student who is

10  in a general education setting and experiencing

11  behavioral challenges, if that support could be

12  funded through the LEA side?

13          MS. HERNANDEZ:  Objection.

14     A    I guess I'm still -- I keep hearing

15  teacher funding as well as student funding and I

16  keep mixing them up.  So I want to make sure I'm

17  answering.

18          Can we break the question down a little

19  bit more so I can make sure?  Because I want to be

20  clear on what I'm answering.

21     Q    Okay.  If a student is in a general

22  education setting and they're having trouble,

23  sometimes GNETS directors have said they will send a

24  consultative teacher out to the gen ed setting to

25  either support the student or to help support the



1   teacher to know how to manage the student's

2   behaviors.

3        A    Okay.

4        Q    Do you understand that?

5        A    Well, I'm not familiar with that, but you

6   can give me more information.

7        Q    That's what they said they do.

8        A    Okay.  Yeah.

9        Q    And I've been trying to find out if that's

10  -- you know, if a GNETS program is kind of short on

11  staffing and they need all the staff they have for

12  the students in the program, is there any funding

13  available to provide this service back in the gen ed

14  setting, and I haven't been able to find where that

15  funding would come from.  It's not in the GNETS

16  formula, and from this I'm just trying to see if you

17  can shed any light on whether it would be possible

18  to be funded another way?

19             MS. HERNANDEZ:  Objection.

20       A    Well, you know, I don't -- again, I don't

21  have any specific examples, so I don't want to

22  speculate on what can be done.

23             But they're often MOUs and MOAs and

24  what-not between local schools, local LEAs and GNET

25  centers.  So maybe this could be covered between



1   them without explicitly being covered by state

2   funding.

3          So I don't, I don't -- yeah, I don't know.

4   I don't got an idea.  So I don't know how they would

5   handle that, that side.

6       Q    MOUs and MOAs are voluntary, correct?

7       A    Yeah.

8       Q    So then the last sort of process question,

9   just sort of, is your office involved at all in the

10  processing of drawdown reports?

11      A    No.

12      Q    Close-out reports?

13      A    No.

14      Q    Does that happen -- you referenced the

15  accounting office?

16      A    Yes.

17      Q    That would be an accounting function as

18  well?

19      A    Yes.

20          MS. TAYLOE:  I would like to introduce as

21      Plaintiff's Exhibit 757 --

22          MS. TAYLOE:  No, I'm sorry.  It's a

23      previous.  Strike that.

24          It's previously introduced Plaintiff's

25      Exhibit 375.



1              (WHEREUPON, Plaintiff's Exhibit-375 was

2         marked for identification.)

3              MS. TAYLOE:  Do you have the document,

4         Allison?

5              MS. EVERS:  Laura, can you say the

6         document ID number?

7              MS. TAYLOE:  Michelle has it.  Thanks.

8              MS. EVERS:  Okay.

9    BY MS. TAYLOE:

10        Q    This is a March 2018 email thread between

11   Vickie Cleveland, Nakeba Rahming, and Zelphine

12   Smith-Dixon, attaching a document outlining how Ms.

13   Rahming and Ms. Dixon can support Ms. Cleveland.

14             Is that correct?

15        A    Yes, that's what it looks like.

16        Q    Do you see an attachment entitled "GNETS

17   Program Manager Support"?

18        A    Yes.

19        Q    Have you seen that before?

20        A    No.  This is my first time seeing it.

21        Q    Do you see where you are listed on the

22   chart?

23        A    GNETS Budget?

24        Q    Yes.  And the one also GNETS program level

25   data?



1        A    Oh, yeah.

2        Q    Is there any support that you've -- that

3   you provide to Vickie Cleveland or the GNETS program

4   that we have not already discussed?

5        A    No.  It's limited to the student record

6   data coming up to the funding account.

7        Q    And when it says "program level data"

8   there, what do understand program level to mean?

9        A    Just the funding -- student record count

10  -- well, the funding count.

11            I don't know what they mean.  It's

12  basically whatever -- whatever they ask of me but

13  it's usually going to be related to that

14  spreadsheet.

15       Q    So let me clarify my question because we

16  refer to the GNETS program sometimes to mean the

17  statewide program, and sometimes you're talking

18  about regional GNETS programs, meaning the Cedarwood

19  or the North Metro GNETS.

20            Do you know which she would have meant

21  talking about program level data?

22            MS. HERNANDEZ:  Objection.

23       A    The only thing that would make sense to me

24  is the statewide, because I don't deal with the

25  individual district.



1    Q    Were you involved at all in the GNETS

2    accountability side of the chart?

3    A    Not to my knowledge.  I mean, you know,

4    anything with OPB, they might have asked me a

5    question, but I don't know.  Not to my knowledge.

6    Q    Did anyone ask program level data from you

7    in connection with any studies or analysis focused

8    on accountability?

9    A    No.

10   Q    Did you participate in any of the meetings

11   with Vickie Cleveland?

12   A    What meetings?  When she was first hired?

13   Q    I thought -- I don't have the document in

14   front of me.  I thought the document referenced some

15   meetings with Vickie Cleveland.

16   A    Well, this one is from 2018.  So that was

17   several years ago.  I think that was right around

18   when she first started and Nakeba was going out.

19        So, you know, if it was meetings then,

20   just to help her, yes, I know I met with her several

21   times, just kind of going over what I did.

22   Q    And so you met with her several times,

23   meaning when she was newly -- new to the department?

24   A    Right.

25   Q    Did you have any ongoing meetings with her



1    or ongoing communication with her?

2        A    I mean there was just work, work meetings.

3    This is pre-pandemic, so we were all in the office.

4    So, yeah, just go up to the office and talk and

5    answer questions when she had them.

6        Q    Nothing scheduled, just as questions

7    arose?

8        A    Yes.

9        Q    We talked a little bit before about some

10   work you did with OPB at various points during the

11   budget cycle.  I have a few questions about other

12   communications with personnel at OPB.

13            MS. TAYLOE:  So now I'm going to introduce

14       as Plaintiff's Exhibit 5 -- 757 -- I'm so

15       sorry -- document GA00280852.

16            (WHEREUPON, Plaintiff's Exhibit-757 was

17        marked for identification.)

18   BY MS. TAYLOE:

19       Q    This is an October 2016 email thread

20   between you and Ted Beck --

21       A    Uh-hum.

22       Q    -- and Jon Cooper.

23            I'll give you a minute to review it.

24            (Witness reviews exhibit.)

25       Q    Are you good?



1      A    Yeah.

2      Q    Can you describe briefly what this

3   exchange is about?

4      A    Yes.  Part of the Governor's budget report

5   is, like I say -- included in it is I guess a

6   breakout of each agency, their roles and

7   responsibilities.  So that's part of the book, the

8   book he publishes every year.  So we ask -- things

9   change, so we're asked to update it, and this was

10  that process for 20 -- for the 2017 and '18 budget

11  cycle.

12     Q    So the budget report is different -- the

13  budget recommendation is at the front end of the

14  budget when it sends to the General Assembly.  Is

15  this a report sort of looking back over the past

16  year or something different?

17     A    No.  It's, it's included in the budget

18  recommendation.

19          So it's included with the budget

20  recommendation.  So it's -- when you go -- when you

21  turn to the Department of Education page, that page

22  that you are reading, that would be one of the first

23  pages, basically that layout of the department, and

24  then it will go into the recommendations as far as

25  the cuts, adds, and then you see the performance



1    measures.  That's usually the layout that you would

2    see.  Then you see a summary.

3            So this is just part of the book that the

4    Governor publishes.

5        Q    So this is in October.  Is this preparing

6    for the recommendation that's going to be for the

7    legislative session starting in January?

8        A    Yes.

9        Q    Okay.  Thank you.

10           And then it talks about, in the email --

11   I'm having trouble matching up -- there were some

12   highlights and edits.  Do you know from the email

13   who made which edits in this document?

14       A    I don't know.  No, I don't know.

15       Q    So Keith Kim said -- well, first, I should

16   say, who is Keith Kim?

17       A    He's our analyst at the time.

18       Q    He said:  "I've made some updates that I'm

19   aware of," and asks DOE to edit and update what

20   needs to be updated.

21           So some of them are likely to be from

22   Keith Kim?

23       A    Yeah.

24       Q    And then you forward it to Ted.  I'm not

25   sure if all the edits here are from Keith or if you



1   made some, too?

2       A    I don't recall.  I mean I might have but I

3   don't recall.

4       Q    Okay.  Did you make -- do you regularly --

5   usually make any changes when it comes to you or do

6   you just send it on for someone else to make

7   changes?

8       A    No.  Something like this I would be the

9   one -- I would be expected to make the change.

10      Q    So if there were numbers -- for instance,

11  there are some number changes here.  Is it likely

12  you made those updates?

13      A    If it was something Keith didn't do it, it

14  was more likely me.  But Ted could have done

15  something.  But more likely that I did it.

16           MS. TAYLOE:  Then I'd like to introduce as

17      Plaintiff's Exhibit 758 document GA00498712.

18           (WHEREUPON, Plaintiff's Exhibit-758 was

19       marked for identification.)

20  BY MS. TAYLOE:

21      Q    This is an email thread January of 2019

22  from Teresa MacCartney to some House and Senate

23  representatives -- not representatives but

24  personnel.  Is that correct?

25      A    Yes.



GERONALD D. BELL                                January 09, 2023
UNITED STATES vs STATE OF GEORGIA                          242

1    Q    And it says:  Attached is the embargoed

2    amended FY19 and FY20 budgets.

3         Can you tell me what embargoed and amended

4    budget means?

5    A    I think she just meant don't share it with

6    anybody outside of this chain or outside of your

7    staff.  Basically, don't take it to the news.

8    That's my assumption but I don't know.

9    Q    And then can you look at the next page to

10   confirm this is what the final document of the

11   Governor's budget report looks like?

12   A    Yes.  I mean I believe so.  Yeah, I

13   believe that's -- that looks like what it would look

14   like.

15   Q    So the document we looked at immediately

16   before this is the kind of document you reviewed for

17   ultimate inclusion in a budget report like this?

18   A    Yes.

19   Q    And after that she sent the sections on to

20   Department of Education that are marked as Page 172.

21   It's an excerpt from the report.

22        It's a long document.  If you go all the

23   way --

24   A    Yeah.

25   Q    If it helps, it's 8890.



1        A    8890.

2             (Witness reviews exhibit.)

3        Q    So the section that starts "Department of

4   Education Roles and Responsibilities," that has the

5   text describing the Education Department's purview,

6   and the funding numbers after it, this is the final

7   version of the document we looked at before that you

8   were providing input on?

9        A    Correct.

10       Q    Thank you very much.

11            MS. TAYLOE:   I would like to introduce as

12       Plaintiff's Exhibit 759 GA00444299.

13            (WHEREUPON, Plaintiff's Exhibit-759 was

14        marked for identification.)

15   BY MS. TAYLOE:

16       Q    This is an August 2020 email thread from

17   you to Vickie Cleveland and Nicholas Handville, with

18   others copied.

19            Is that correct?

20       A    Yes.

21       Q    Who is Nicholas Handville?

22       A    He works in our data collections unit.

23       Q    And the subject line here is FY -- sorry

24   -- "Re:FY20 Performance Measures."

25            Is this the same thing we were talking



1  about, performance metrics, before?  Is that the

2  same thing as this?

3       A    I don't know if they used this for that

4  but I know I provide this.  But, yes, yes, budget

5  data provided by the students.  So, yeah, I -- yes.

6       Q    So is this the information you were

7  referring to before that you provide data to the

8  team to analyze performance?

9       A    I wasn't thinking of this at the time,

10  but, yeah, just budget data.  But, yes, I guess we

11  could say the program level data.

12       Q    What data were you thinking of that you

13  provided to --

14       A    I wasn't thinking of anything.  Just the

15  budget data.  So, yeah, I guess this could apply.

16       Q    So do you think, is there any other sort

17  of programmatic or effectiveness measures that you

18  provide information on?

19       A    No.

20       Q    Okay.

21            MS. TAYLOE:  We're done with that one.

22            I'd like to introduce as Plaintiff's

23       Exhibit 760 document GA00378152 with its

24       attachments.

25            (WHEREUPON, Plaintiff's Exhibit-760 was



1         marked for identification.)

2   BY MS. TAYLOE:

3         Q     This is a February 6, 2020 email from you

4   attaching three spreadsheets to Sara Arroy.  I

5   believe you told us before she was the person you

6   had contact within the House for several years?  She

7   was the one who was sort of constant there, your

8   contact there?

9         A     Right.

10        Q     What prompted you to send these to Ms.

11  Arroyo?  Was that something routine or did she maybe

12  request this?

13        A     She probably requested it.

14        Q     The subject line says, "GNETS Source

15  Data."

16              Do you know what that means?  Why does it

17  say Source Data?

18        A     I don't remember why I named it that way.

19  Maybe that's what she said when she asked me.  I'm

20  assuming she called me and asked me for this.  So I

21  just used the same terminology, but it was the

22  funding count information.

23        Q     Okay.  And then what's the names of the

24  attachments there?  The first one says:  Final GNETS

25  program enrolled-demog spreadsheet.



1              Does that stand for enrollment

2    demographics?

3         A    Right.  Yes.

4         Q    And then the next one FTEs, just want to

5    clarify again, this is the GNETS student count?

6         A    Yes.

7         Q    And then the last one says:  Final GNETS

8    program enrollment by primarea.

9              Can I ask if that is the primary area of

10   exceptionality?

11        A    That's my understanding of it, or at least

12   that would be my guess.

13        Q    Well, we'll look at the document and you

14   can confirm that.

15        A    Okay.

16        Q    Looking at the first attached spreadsheet,

17   which is the one that ends in 8153.

18             So is this the attachment with the

19   enrollment demographics?

20        A    Yes.

21        Q    And for each regional GNETS program,

22   there's a row with the breakout data?

23        A    Yes.

24        Q    And is the student count in Column D, is

25   that an actual count?



1      A     This is the student record count for that

2   year.

3      Q     So this is in February.  Would this be the

4   student record count for the past year or interim

5   student?  Because you said the student record count

6   was at the end of the year?

7      A     Yes.  So this would have been for the

8   previous -- this is 2020.  Yes, this is student

9   school year 2019.

10     Q     The previous year, okay.  All right.

11           Then Columns E through K list each

12  programs enrollment broken out by race and

13  ethnicity; is that correct?

14     A     Yes.

15     Q     And L and M, break it out by enrollment by

16  gender?

17     A     Yes.

18     Q     And N reflects how many in each program

19  qualifies as economically disadvantaged?

20     A     Yeah.  I don't know how it's defined but,

21  yes, that's the name of the column.  I don't know

22  how they define it.

23     Q     And Column O reflects how many students at

24  each program qualify as English language learners;

25  is that correct?



1        A    Yes.

2        Q    Is that the same when we talked before

3    about ESOL, the ESOL element in the QBE?  Is that

4    for English language learners?

5        A    Well, it's not the same because it doesn't

6    -- it's not a funding category.  So but --

7        Q    Those who would be eligible for English to

8    Speakers of Other Languages would be English

9    speakers as well as students?

10        A    I assume so.  I don't know.

11        Q    And the last column reflects how many each

12    program are students with disabilities?

13        A    Yes.  It says how it's labeled.

14        Q    And what would the General Assembly do

15    with this information?

16        A    I think I provided this as general

17    information to Sara because I think she asked -- she

18    asked specifically for the count, and -- the funding

19    count and the most recent count.  So I think I tried

20    to provide, and this is what our tech services that

21    provide it to me.  So I just provided that

22    information to her.

23            MS. TAYLOE:  Do we have 8155?

24            (Discussion ensued off the record.)

25        Q    Does this confirm our understanding of the



1    Excel spreadsheet's name was in fact for primary

2    area of exceptionality?

3          A    Yes, yes.

4          Q    What do the letters in parenthesis under

5    the Disabilities category stand for?

6          A    I don't know.

7          Q    Do you know who determines what a

8    student's primary area of exceptionality is?

9          A    I don't know.

10         Q    Do you know why there are students in some

11   GNETS programs whose primary exceptionality is

12   listed as hearing impairment or deaf?

13         A    I don't know.

14         Q    Similar for traumatic brain injury?

15         A    Yes, I don't know.

16         Q    Do you know how these various disabilities

17   reported here are taken into account as part of the

18   funding allocations for these programs?

19              MS. HERNANDEZ:  Objection.

20         A    Well, for GNETS we just use the student

21   records.  So the sum of all the -- so there's no

22   distinction between any one in any of those

23   categories.  It's just the 413, the 136, the 219.

24         Q    I'm sorry.  What were those numbers?

25         A    Oh, I'm just saying the total GNETS



 1  students.

 2        Q    I see.  Okay.

 3             So it's just the count of the number of

 4  students without regard to what their primary

 5  disability is listed as?

 6        A    Yes.

 7        Q    Do you know what the General Assembly

 8  would do with this information?

 9        A    Again, I just provide it to them.  I don't

10  know what they -- how they used it or if they used

11  it or what.

12             MS. TAYLOE:  Then the last communication

13        with other government agency document I want to

14        look at I'd like to introduce as Plaintiff's

15        Exhibit 761, GA00131067.

16             (WHEREUPON, Plaintiff's Exhibit-761 was

17          marked for identification.)

18  BY MS. GARDNER:

19        Q    I'll give you a second to look this over.

20             (Witness reviews exhibit.)

21        A    Okay.

22        Q    This is a January 2018 email thread with

23  Jon Cooper and Natalie Quaranto.  Is that correct?

24        A    Yes.

25        Q    Who is Natalie Quaranto?



1      A    She was our state budget analyst at the

2   time.

3      Q    What was she asking for in response to

4   your last email?

5      A    She was asking for information regarding

6   the Government's budget request.

7      Q    And she was asking specifically for --

8      A    One second.

9           Go ahead.  I'm sorry.

10     Q    Do you need another second to look at it?

11     A    Oh, just information about one item about

12  the, the leadership team will continue to monitor

13  the implementation of each item in this section.  So

14  she was asking about that, that wording, or what was

15  meant by that.

16     Q    She's in fact asking for some detailed

17  plans for improvements?  Do you see that?

18     A    Yes.

19     Q    And specific steps they plan to take to

20  align with their new strategic plan?

21     A    Yes.

22     Q    Were you able to answer those questions?

23     A    I think -- as I said in the previous

24  email, I forwarded it to Nakeba Rahming, who was the

25  program manager at the time, to answer it.



1          So I don't know if she copied me on her

2    answer or, or what-not.  I know I sent it out to

3    Nakeba to answer.

4          Q    So you don't --

5          A    I don't remember if I was included on the

6    answer.  I know that she answered.  I just don't

7    know if she had a phone call or if she sent me an

8    email and then copied me or what.

9          Q    So you don't know what the specific plans

10   or detailed plans for improvement were?

11         A    I don't remember, no.

12         Q    Clarify one point.  We talked before about

13   Ted Beck used to be the -- is it chief financial

14   officer?

15         A    Yes.

16         Q    Now Rusk Roam is?

17         A    Yes.

18         Q    When did that -- did Rusk Roam immediately

19   follow Ted Beck in that position?

20         A    No.  Randy Trowell was interim for a

21   while.

22         Q    Do you know when those changes took place?

23         A    Either '19 or '20.

24         Q    For both?  Or how long do you think Randy

25   Trowell served as interim?



1        A    I think -- I think Ted left, I want to

2   say, January of '19 -- January of 2018 or -- I mean

3   2019.  Then Randy was interim for a few months, and

4   then Rusk became the CFO in '19, I believe.

5             But those years could be shifted one year

6   each way, so it could be '18 and '19 when the

7   changes were made, but I just don't remember.

8        Q    That's your best estimate?

9        A    Yeah.  The only thing I can tell you now

10  is what was before the pandemic and what was after.

11       Q    That's a good dividing line.

12            Are you familiar with the State's 2010

13  audit of the GNETS program?

14       A    No.

15       Q    Had you heard of the State's audit?

16       A    No.  That was before my time.  I mean I

17  might have seen it but I don't think so.

18       Q    Okay.  Have you heard of anything having

19  changed as a result of the audit or having been

20  implemented as a result of the audit findings?

21            MS. HERNANDEZ:  Objection.

22       A    I don't know.  The specific 2010 audit

23  finding?

24       Q    Uh-hum.

25       A    I don't know.



1    Q    Has GaDOE developed financial requirements

2   to hold programs accountable for staffing to the

3   stated requirements?

4         MS. HERNANDEZ:  Objection.

5    Q    For GNETS programs?

6    A    Could you repeat that question?

7    Q    I'm sorry.

8         Has GaDOE developed consistent or

9   financial requirements to hold GNETS programs

10  accountable for staffing to the stated requirements?

11        MS. HERNANDEZ:  Objection.

12   A    I don't know.

13   Q    Are you familiar with the GNETS rule?

14   A    Maybe.  I don't know.  Can you be more

15  specific?

16   Q    It's a code section that sets forth the

17  requirements for the State Educational Agency and

18  Local Education Agencies, what they need to do.

19   A    I've read -- if you're talking about the

20  Board rule, yes.  I've read that, yes.

21   Q    Who do you understand to be the State

22  Educational Agency in that rule?  Do you have an

23  understanding whether it's the Department of

24  Education or the State Board of Education?

25   A    I don't, I don't distinguish between the



1    two.  I think it's the Board and the Department of

2    Education.  I use the terms interchangeably.

3        Q    So the GNETS rule requires the SEA to

4    monitor GNETS to ensure compliance with federal and

5    state rules, policies and procedures and the

6    delivery of appropriate instructional and

7    therapeutic services.

8            Is the Department of Education involved in

9    that monitoring?

10           MS. HERNANDEZ:  Objection.

11       A    If we are, I don't know.  That wouldn't be

12   -- that's outside of my realm.

13       Q    Were you in your current position -- I

14   have to go back to my notes -- but in the summer of

15   2016?

16       A    In my current position, no.  But I was at

17   DOE, but yes.

18       Q    Were you involved at all in any funding

19   decisions relating to the State's closure of nine

20   GNETS facilities during that summer?

21       A    No -- I mean I don't remember -- I don't

22   remember.  I don't remember actually.  I don't

23   recall.  I'm sorry.

24       Q    Okay.

25           MS. TAYLOE:  I think we're ready for one



1    last break just to consult.

2            THE VIDEOGRAPHER:  We're off the record at

3        5:20 p.m.

4            (A recess was taken.)

5            THE VIDEOGRAPHER:  The time is 5:32 p.m.

6            We're back on the record.

7    BY MS. TAYLOE:

8        Q    I just wanted to clarify, I asked you

9    about Medicaid before but I don't know that I asked

10   the question the right way, so can you tell us

11   whether your office has any involvement in funding

12   for services in schools that are reimbursable by

13   Medicaid?

14       A    I don't know.  I know there was -- I don't

15   know.  I know there was something mentioned but I

16   don't know the details off the top of my head.

17   Yeah.

18       Q    Is it -- like if I told you what services

19   the State represents are offered in schools, would

20   that help you, or that wouldn't help you because --

21   I'm not sure what you're not clear comes from.

22       A    There was something mentioned, that I

23   don't know they were saying they could potentially

24   be reimbursed by Medicaid.  But I don't know what

25   happened with that.  I don't know where -- there was



 1  something -- this was back when Ted was still there,

 2  something that was mentioned then, but, again, it

 3  hadn't gotten to the point where it had gotten to

 4  me.  It was just like I sat in on a conversation

 5  where it was mentioned, sat in on a meeting where it

 6  was mentioned, but I don't know any details, any

 7  more details than that.

 8      Q    Do you remember who was at the meeting

 9  where it was mentioned?

10      A    Like I say, I just remember I think Ted

11  was the one who said something, but I don't know who

12  else was there.

13      Q    And would you have remembered if anybody

14  from another agency was at that meeting?

15      A    Yes.  I mean if it was a big meeting, I

16  mean I'm assuming I would remember it more, but it

17  must have been just us at DOE talking.

18          MS. GARDNER:  I think then we're done.

19      Thank you so much for your time, Mr. Bell.  I

20      appreciate your patience working with me in all

21      those budget terms and everything.

22          THE WITNESS:  No problem.

23          MS. TAYLOE:  Danielle, do you have any

24      questions?

25          MS. HERNANDEZ:  I don't, no.



1          MS. TAYLOE:  Then we're done.  Thank you.

2          THE VIDEOGRAPHER:  We're off the record at

3     5:34 p.m.

4          (Whereupon, the deposition concluded at

5     5:34 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6            I hereby certify that the foregoing

7    transcript of GERONALD D. BELL was taken down, as

8    stated in the caption, and the questions and answers

9    thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   258 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 16th day of January, 2023.

22

23   _____

24        Wanda L. Robinson, CRR, CCR No. B-1973
             My Commission Expires 10/11/2023

25



800.211.DEPO (3376)
EsquireSolutions.com

1                    D I S C L O S U R E

2    STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
     FULTON COUNTY       GERONALD D. BELL - 1/09/23
3                 Pursuant to Article 10.B of the Rules and

4    Regulations of the Board of Court Reporting

5    of the Judicial Council of Georgia, I make the

6    following disclosure:

7              I am a Georgia certified court reporter.

8    I am here as a representative of Esquire Deposition

9    Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Attorney's

11   Office to provide court reporter services for this

12   deposition.  Esquire Deposition Solutions, LLC will

13   not be taking this deposition under any contract

14   that is prohibited by O.C.G.A. 9-11-28 (c).

15             Esquire Deposition Solutions, LLC has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21             Esquire Deposition Solutions, LLC will

22   charge the usual and customary rates to all parties

23   in the case, and a financial discount will not be

24   given to any party to this litigation.

25



```
 1              DEPOSITION ERRATA SHEET

 2

 3

 4   Our Assignment No. J9066991

 5   Case Caption: UNITED STATES OF AMERICA

 6   vs. STATE OF GEORGIA

 7

 8       DECLARATION UNDER PENALTY OF PERJURY

 9        I declare under penalty of perjury

10   that I have read the entire transcript of

11   my Deposition taken in the captioned matter

12   or the same has been read to me, and

13   the same is true and accurate, save and

14   except for changes and/or corrections, if

15   any, as indicated by me on the DEPOSITION

16   ERRATA SHEET hereof, with the understanding

17   that I offer these changes as if still under

18   oath.

19        Signed on the _____ day of

20   _____, 2023.

21

22   _____

23             GERONALD D. BELL

24

25
```



1               DEPOSITION ERRATA SHEET

2     Page No._____Line No._____Change to:_____

3     _____

4     Reason for change:_____

5     Page No._____Line No._____Change to:_____

6     _____

7     Reason for change:_____

8     Page No._____Line No._____Change to:_____

9     _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25           GERONALD D. BELL



GERONALD D. BELL                              January 09, 2023
UNITED STATES vs STATE OF GEORGIA                         263

```
 1              DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No._____Line No._____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No._____Line No._____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25          GERONALD D. BELL
```

