**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

**HALEY LIVINGSTON**

*January 30, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF GEORGIA

3                      ATLANTA DIVISION

4

5   UNITED STATES OF AMERICA,

6          Plaintiff,        CASE NO. 1:16-cv-03088-ELR

7   vs.

8   STATE OF GEORGIA,

9          Defendants.

10

11

12

13              VIDEOTAPED DEPOSITION OF

14                   HALEY LIVINGSTON

15            January 30, 2023, 9:23 a.m.

16                   Okefenokee RESA

17              1450 N. Augusta Avenue

18                   Waycross, Georgia

19

20

21        Deborah K. Lingonis, RPR, CCR 2883

22

23

24

25



```
 1                    APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiff:

 4            CRYSTAL ADAMS, ESQ.
              KELLY GARDNER, ESQ.
 5            US. DEPARTMENT OF JUSTICE
              Civil Rights Division
 6            950 Pennsylvania Avenue N.W.
              Washington, D.C.  20579
 7            202.598.9628
              crystaladams@usdoj.gov
 8            kellygardner@usdoj.gov

 9    On behalf of the Defendant:  (Appearing
      Remotely via Video Conference):
10
              MELANIE JOHNSON, ESQ.
11            ROBBINS ALLOY BELINFANTE LITTLEFIELD
              500 14th Street, N.W.
12            Atlanta, Georgia 30318
              404.856.3261
13
      On behalf of the Witness Haley Livingston:
14
              HIEU M. NGUYEN, ESQ.
15            HARBEN HARTLEY & HAWKINS
              340 Jesse Jewell Parkway
16            Wachovia Center, Suite 750
              Gainsville, Georgia 30501
17            770.534.7341
              hnguyen@hhhlawyers.com
18
      The Videographer:  (Appearing Remotely via Video
19    Conference)

20            Robert Pacheco
              Esquire Deposition Solution
21
      Also Present:  (Appearing Remotely Via Video
22    Conference)

23            Stacey Suber-Drake
              Chantel Mullen
24            Sandra LeVert
              Victoria Lill

25
```



```
 1                    INDEX TO EXAMINATION

 2

 3   WITNESS:  HALEY LIVINGSTON

 4   EXAMINATION                                    PAGE

 5   By Ms. Adams                                      7

 6   By Ms. Johnson                                  276

 7

 8                        - - -

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                        INDEX TO EXHIBITS

2

3   PLAINTIFF                DESCRIPTION                  PAGE

4   Exhibit 762              Subpoena to testify at a       12
                             deposition in a civil action
5

    Exhibit 763              Resume of Haley Livingston      18
6

    Exhibit 764              Email thread dated 10/30/19     68
7                            subject Re Canceled Harrell
                             Visit
8                            Bates-stamped GA00355023

9   Exhibit 765              Email thread dated May 2018     76
                             subject Re FY19 Assurances
10                           Bates-stamped GA00322368

11  Exhibit 766              Email thread dated 6/19/18      84
                             subject Re Academic Team
12                           Bates-stamped GA00327226

13  Exhibit 767              Enrollment numbers for three   144
                             school terms, Bates-stamped
14                           Harrell_TEMP_000294

15  Exhibit 768              Email thread dated 12/14/18    148
                             subject Re GNETS Enrollment
16                           Info
                             Bates-stamped GA00337967
17

    Exhibit 769              Email thread dated 12/17/18    188
18                           subject Re IEP Services
                             Bates-stamped GA00338096
19

    Exhibit 770              GNETS grant application, Bates- 191
20                           Stamped Harrell_TEMP_000883

21  Exhibit 771              Email thread with subject Re    201
                             Forward GNETS Webinar Link
22                           Bates-stamped GA00318852

23  Exhibit 772              Email thread with the           204
                             subject ABAS
24                           Bates-stamped GA00320618

25



| # | PLAINTIFF | DESCRIPTION | PAGE |
|---|-----------|-------------|------|
| 1 | PLAINTIFF | DESCRIPTION | PAGE |
| 2 | | | |
| 3 | Exhibit 773 | Email thread with the subject FY19 GNETS Budgets Allocations | 206 |
| 4 | | Bates-stamped GA00326832 | |
| 5 | Exhibit 774 | Email thread dated August 2020 with subject Re IC | 222 |
| 6 | | Bates-stamped GA04509328 | |
| 7 | Exhibit 775 | Email thread dated June 2019 with the subject Re Forward Coordinator and Social Worker Survey | 224 |
| 8 | | | |
| 9 | | Bates-stamped GA00347397 | |
| 10 | Exhibit 776 | Staff roster for Harrell from fiscal years 2020, 2021, 2022 | 228 |
| 11 | | Bates-stamped Harrell_TEMP_00263 | |
| 12 | Exhibit 777 | Email thread with the subject Re GNETS Calendar and SDQ Data | 234 |
| 13 | | | |
| 14 | | Bates-stamped GA00790800 | |
| 15 | Exhibit 778 | Email thread with the subject Re LCSW Grant | 236 |
| 16 | | Bates-stamped GA00347755 | |
| 17 | Exhibit 779 | Email thread dated May 2019 with subject Re RBT Status | 241 |
| 18 | | Bates-stamped GA00347076 | |
| 19 | Exhibit 780 | Email thread with the subject Re Forward Information on APEX | 249 |
| 20 | | Bates-stamped GA00353909 | |
| 21 | Exhibit 82 | Document titled 160-4-7-.15 Georgia Network for Educational and Therapeutic Support GNETS | 172 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |



1          Deposition of HALEY LIVINGSTON

2              January 30, 2023

3          THE VIDEOGRAPHER:  We are now on the video

4   record.  Today's date is January 30, 2023.  The time is

5   9:22 a.m. Eastern Standard Time.  This begins the video

6   conference deposition of Haley Livingston in the matter

7   of United States of America versus State of Georgia.

8          My name is Robert Pacheco.  I am your

9   videographer.  Your court reporter today is going to be

10  Ms. Deborah Lingonis, both representing Esquire

11  Depositions Solutions.

12          Would counsel please introduce yourselves and

13  your affiliation and the witness will be sworn in.

14          MS. ADAMS:  Crystal Adams with the Department

15  of Justice, United States.

16          MS. GARDNER:  Kelly Gardner for the United

17  States.

18          MR. NGUYEN:  Hieu Nguyen on behalf of the

19  witness.

20          MS. JOHNSON:  And Melanie Johnson for the

21  State of Georgia.

22          (Discussion off the record.)

23          THE VIDEOGRAPHER:  We never went off the

24  record.

25          MS. ADAMS:  You can swear in the witness.



1                              -o0o-

2                        HALEY LIVINGSTON,

3     having been produced and first duly sworn as a witness,

4     testified as follows:

5                           EXAMINATION

6     BY MS. ADAMS:

7         Q.   Good morning, Ms. Livingston.

8         A.   Good morning.

9         Q.   My name is Crystal Adams, and I represent the

10    United States.  I will be taking your deposition today.

11        A.   Okay.

12        Q.   Would you please state and spell your full

13    name for the record.

14        A.   My name is Haley Livingston, H-a-l-e-y

15    L-i-v-i-n-g-s-t-o-n.

16        Q.   I will be asking you a series of questions.

17    You are under oath and must provide complete and honest

18    answers to the questions.  The oath you just took is

19    the same oath you would take if you were testifying in

20    a court of law.

21             Do you understand?

22        A.   Yes, ma'am.

23        Q.   If you do not understand a question that I

24    ask, please let me know and I will try to rephrase the

25    question.  Okay?



1    A.    Okay.

2    Q.    If you are not sure of the answer or do not

3    have a complete answer, you should still answer the

4    question to the extent that you can.    Okay?

5    A.    Okay.

6    Q.    As you can see, the court reporter is

7    recording all that is said here.    Because she can only

8    record our words, please speak clearly and answer each

9    question with a verbal response.

10         For example, if you respond with uh-huh or by

11   shaking your head yes or no, the court reporter will

12   have trouble recording your answer.

13   A.    Right.

14   Q.    Also, to assist the court reporter in

15   capturing a complete and accurate record of our

16   conversation, we need to do our very best to avoid

17   talking over each other.

18         So I will do my best to try not to interrupt

19   you when you're answering, and I will ask you that you

20   do the best that you can to let me finish my complete

21   statement or question completely before starting to

22   answer.    Okay?

23   A.    Okay.

24   Q.    At certain points today you may give an answer

25   as completely as you can.    And then later on, it might



1  be five minutes or some other amount of time, you may

2  remember some additional information in response to

3  that earlier question.

4        If that happens, just please let me know.  And

5  then if you want to add something you said -- add to

6  something you said earlier, you will be able to share

7  and supplement.

8        A.   Okay.

9        Q.   Is there any reason you think that you will

10  not be able to answer my questions fully and truthfully

11  today?

12        A.   I wouldn't think so.

13        Q.   Am I correct that you are being represented by

14  Mr. Nguyen for purposes of your deposition today?

15        A.   Yes, ma'am.

16        Q.   If you need a break at any point, please tell

17  me or Mr. Nguyen.  If you realize that you need a break

18  while you are in the midst of answering any question, I

19  will ask that you finish the answer to that question,

20  and then we will discuss when or if to take a break.

21  Okay?

22        A.   Okay.

23        Q.   Your attorney may occasionally object to my

24  questions.  This is to put their objections and the

25  issue on the record.  Unless your attorney tells you



 1  not to answer, you can answer my question.  Okay?

 2       A.   Okay.

 3            MS. ADAMS:  And I will note for the record

 4  that United States counsel for the witness and the

 5  State of Georgia have agreed that all objections except

 6  as to form and privilege will be reserved until trial.

 7            MR. NGUYEN:  That's acceptable.

 8            MS. JOHNSON:  Agreed.

 9  BY MS. ADAMS:

10       Q.   Do you have any questions before we get

11  started?

12       A.   No, ma'am.

13       Q.   Okay.  Am I'm going to ask you a couple of

14  questions about your preparation for this deposition.

15  I want to make it clear that I am not going to ask you

16  to reveal the substance of any communications that you

17  have had with your attorney.

18       A.   Okay.

19       Q.   What did you do to prepare for this

20  deposition?

21       A.   I just had a phone call with my lawyer just to

22  let me know that it was happening and the date and time

23  and things like that.

24       Q.   Okay.  And who was present for that phone

25  call?



1      A.   Just myself.

2      Q.   And Mr. Nguyen?

3      A.   Yes, ma'am.

4      Q.   And was that the only time that you met?

5      A.   Yes, ma'am.

6      Q.   How long was that phone call?

7      A.   I would say maybe 30 minutes.

8      Q.   Okay.  And did you speak with Mr. Nguyen at

9  any other time in preparation for the deposition?

10     A.   No, ma'am.  Not over the phone, no, ma'am.

11     Q.   Did you meet with Mr. Nguyen in personal at

12  all?

13     A.   No, ma'am.

14     Q.   Did you speak to anyone else in preparation

15  for today's deposition?

16     A.   I spoke with Dr. Jacobs, the RESA director, my

17  boss, just to inform him that I had been giving this,

18  you know, information and that this was happening.  And

19  we also scheduled this room, and that was it.

20     Q.   Did you speak with anyone else in preparation

21  for today?

22     A.   No, ma'am.

23     Q.   Did you review any documents in preparation

24  for today's deposition?

25     A.   No, ma'am.



1    Q.   Did you review any deposition transcripts

2    prior to today?

3    A.   No, ma'am.

4    Q.   Did you bring any documents with you today?

5    A.   No, ma'am.

6    Q.   Did you do anything else at all to prepare for

7    today's deposition?

8    A.   No, ma'am.

9    Q.   Have you ever had your deposition taken?

10    A.   No, ma'am.

11    Q.   Have you ever been a plaintiff in a lawsuit?

12    A.   No, ma'am.

13    Q.   Have you ever been a defendant in a lawsuit?

14    A.   No, ma'am.

15    MS. ADAMS:   I ask that the court reporter mark

16    this document as Plaintiff's Exhibit 762.

17    (Plaintiff Exhibit 762 marked.)

18    BY MS. ADAMS:

19    Q.   I want to note for the record that the

20    documents today are marked as government exhibits.  The

21    government is the Plaintiff in this case, so I will

22    refer to them as Plaintiff's exhibit and the

23    corresponding number.

24    You have been handed Exhibit 762.  You can

25    take a moment to review the document and please let me



 1   know when you're finished.

 2           (Witness reviewing document.)

 3           THE WITNESS:  Okay.

 4   BY MS. ADAMS:

 5       Q.    This is a subpoena to testify at a deposition

 6   in a civil action.  The subpoena is directed to Haley

 7   Livingston, correct?

 8       A.    Yes, ma'am.

 9       Q.    Have you seen this document before today?

10       A.    No, ma'am.

11       Q.    Are you here today because of this document?

12       A.    Yes, ma'am.

13       Q.    Does the top of this document have the case

14   name United States v. Georgia?

15       A.    Yes, ma'am.

16       Q.    Do you understand that deposition is being

17   taken in connection with litigation against the State

18   of Georgia relating to the Georgia Network for

19   Educational and Therapeutic Support program?

20       A.    Yes.

21       Q.    Are you aware that this program is commonly

22   referred to as the GNETS program?

23       A.    Yes, ma'am.

24       Q.    So if I use the term GNETS, you understand

25   that I'm referring to the Georgia Network for



1   Educational and Therapeutic Support program?

2       A.   Yes.

3       Q.   When did you first learn about the GNETS

4   program?

5       A.   Probably -- well, not probably.  The first

6   year I started working at GNETS.

7       Q.   And when --

8       A.   I'm sorry.  That was the '16/'17, school

9   year.

10      Q.   Who told you about GNETS?

11      A.   The litigation?

12      Q.   Yes, I'm sorry.

13      A.   Well, I heard -- actually, I heard my staff

14  talking about it.  And then I went to the then

15  current -- or the director then, and I just asked her,

16  you know, because that was my first year hired on.

17          So I just asked her, you know, what is this

18  about, and basically she -- it was vague.  She just

19  said I think there's a lawsuit.  Maybe -- I think she

20  might have even said from some parents.  And I think

21  that's all she said because it was very vague.  Like, I

22  had no details at all.

23      Q.   Who was that director?

24      A.   Aubrey Rossignol.

25      Q.   What is your understanding of what this



1    lawsuit is about?

2        A.    I just -- my understanding is I would say that

3    it's kind of cloudy because you hear all kinds of, you

4    know, different perceptions of it.  But I've never

5    talked to anyone involved with it directly.

6            So I guess everything that I would know about

7    it would be hearsay other than the Department of

8    Justice and the State of Georgia and Georgia Education

9    being involved, I mean, about the GNETS centers, well,

10   centers but GNETS.

11       Q.    When did you first become familiar with the

12   GNETS program?

13       A.    Probably two years before I came.  I worked

14   for Ware County schools, so we always knew that it was

15   there, but I didn't really learn, you know, what they

16   did.  Sometimes it's confused as an alternative school

17   in our county, although it's not, but people confuse it

18   that way.

19           So I think maybe two years prior to coming to

20   work at Harrell Learning Center GNETS is when I knew

21   that it was a therapeutic environment for students.

22       Q.    What is your understanding of the purpose of

23   the GNETS program?

24       A.    The purpose is to provide a therapeutic

25   environment for students and to also take care of the



1  academic needs for those students who require more

2  intensive, like one-on-one time and counseling and

3  just, like a slower-pace setting and smaller setting.

4      Q.   Has the purpose of the program changed in any

5  way over time?

6      A.   I don't think so.  Not in my experience, no.

7      Q.   I may be using some acronyms today for

8  brevity.  I will explain a few of them now to make sure

9  that we're on the same page.

10          The first is Georgia DOE or GADOE.  When I say

11  Georgia DOE or GADOE will you understand that I'm

12  referring to Georgia Department of Education?

13     A.   Yes.

14     Q.   When I say DBHDD, will you understand that I'm

15  referring to the Georgia Department of Behavioral

16  Health and Developmental Disabilities?

17     A.   Yes.

18     Q.   When I say DCH, will you understand that I'm

19  referring to Georgia Department of Community Health?

20     A.   Yes.

21     Q.   When I say LEA, will you understand that I'm

22  referring to Local Education Agency?

23     A.   Yes.

24     Q.   When I say RESA, will you understand that I'm

25  referring to Regional Educational Service Agency?



1     A.   Yes.

2     Q.   When I say GNETS centers, will you understand

3   that I'm referring to stand-alone GNETS locations?

4     A.   Yes.

5     Q.   When I say GNETS school-based locations, will

6   you understand that I'm referring to GNETS locations

7   that are based in general education settings?

8     A.   Yes, ma'am.

9     Q.   When I say PBIS, will you understand that I'm

10   referring to Positive Behavioral Interventions and

11   Supports?

12     A.   Yes.

13     Q.   When I say EBD, will you understand that I'm

14   referring to Emotional and Behavioral Disabilities?

15     A.   Yes.

16     Q.   When I say general education settings, will

17   you understand that I'm referring to public schools in

18   Georgia where children with EBD and other behavioral

19   health conditions receive instruction and services

20   alongside children who do not have disabilities?

21     A.   Yes.

22     Q.   In the course of this lawsuit, did the Harrell

23   GNETS program receive a subpoena from the United States

24   requiring it to provide certain documents about a GNETS

25   program?



1     A.    Yes.

2     Q.    Did Harrell GNETS prepare a response to the

3  subpoena?

4     A.    Yes.

5     Q.    Who was primarily in charge of that effort?

6     A.    Myself and my assistant director.

7     Q.    Who is your assistant director?

8     A.    Tammy Gardner.

9     Q.    Did you review each response?

10     A.    What do you mean?

11     Q.    When you and your assistant director were

12  preparing the response to the subpoena for documents,

13  did you review all of the documents that were prepared

14  in response?

15     A.    Yes, ma'am.

16          MS. ADAMS:  I'm going to ask the court

17  reporter to mark this next document as Plaintiff's

18  Exhibit 763.

19          (Plaintiff Exhibit 763 marked.)

20  BY MS. ADAMS:

21     Q.    You have been handed Exhibit 763.  This is a

22  copy of your resume that we received from your

23  attorney.

24     A.    Yes, ma'am.

25     Q.    Do you recognize this document?



1        A.    Yes.

2        Q.    What is the highest level of education that

3   you have obtained?

4        A.    An Education Specialist Degree.

5        Q.    Where did you receive that degree?

6        A.    Valdosta State University.

7        Q.    When did you receive that degree?

8        A.    2012.

9        Q.    Did your degree have a focus or specialty?

10        A.    It was in curriculum instruction.

11        Q.    Do you have any other graduate or professional

12   degrees?

13        A.    I have a master's degree.  It's in

14   Interrelated Special Education and General Education.

15        Q.    And where did you receive that degree?

16        A.    Valdosta State.

17        Q.    What year did you receive that degree?

18        A.    2007.

19        Q.    Your resume notes that you attended both

20   Valdosta State and Waycross College, correct?

21        A.    Yes, ma'am.

22        Q.    What degree did you obtain from Valdosta

23   State?

24        A.    I went to the campus, Waycross College, but it

25   was a program through Valdosta State.  They were coming



 1    to that campus, so I got my bachelor's and master's.

 2    It was like a one-program kind of thing just on their

 3    campus.  But I did get an associate's degree through

 4    Waycross College.

 5         Q.   Okay.  And what field was that bachelor's

 6    degree in?

 7         A.   Interrelated Special Education and General

 8    Education.

 9         Q.   What year did you obtain that degree?

10         A.   The bachelor's in 2006 and then the master's

11    was in '07.

12         Q.   What focus was the associate's degree in?

13         A.   Associates of Science degree.

14         Q.   Are you currently pursuing any other

15    degrees?

16         A.   I am.

17         Q.   Which --

18         A.   I'm currently working on my doctorate.

19    Sorry.

20         Q.   That's okay.  Thank you.

21         A.   And leadership.

22         Q.   Where are you pursuing that degree?

23         A.   Valdosta State.  They can't get rid of me.

24         Q.   And are you writing a dissertation for that?

25         A.   Yes, ma'am.



1        Q.    What is your dissertation topic?

2        A.    It is on emotional intelligence and whether it

3    correlates with teacher-student relationship quality.

4        Q.    Does your dissertation have anything to do

5    with the GNETS program at all?

6        A.    No, ma'am.

7        Q.    Your resume notes that you have obtained an

8    ABD completion.  What does ABD mean?

9        A.    It's All But Dissertation.  Like, I finished

10   the courses that were associated with my program, and

11   now I'm just having to propose my study and move

12   forward with the dissertation part.

13       Q.    So you have finished your courses for the

14   doctorate and leadership that you're pursuing?

15       A.    Yes, ma'am.

16       Q.    Do you have any professional licenses?

17       A.    Just I have my Georgia Educator Certificate.

18       Q.    Do you have to renew that license or keep it

19   current in any way?

20       A.    Yes, ma'am.

21       Q.    Is it currently active?

22       A.    Yes, ma'am.  It's current through '27, I

23   believe.

24       Q.    Do you have any professional certificates?

25       A.    I have -- yes, I have a Gifted Endorsement.  I



1  have a behavioral specialist certification.  That's not

2  a degree.  It's a different degree.  And then I have a

3  Reading Endorsement, like elementary, and then, of

4  course, my leadership.

5        My sixth year does not have the leadership

6  part of it, so when I became or when I looked into

7  getting into an administrator role, I had to have that

8  Tier 2 certification.  So I added that on in '17.

9        Q.   So you say you have a Gifted Endorsement.  Can

10  you tell me more about what that is?

11        A.   That just means that I can teach gifted

12  courses if I were, like, a teacher, you know.  And then

13  I also teach the Gifted Endorsement course here at RESA

14  for the four adults.

15        Q.   What is the purpose of that class?

16        A.   It's the actual Gifted Endorsement that I

17  received.  I'm actually teaching it to other

18  professionals so they can get -- well, I actually teach

19  one class.  There's three classes.  I teach one of the

20  assessment course that allows them to get their

21  certification.

22        Q.   And you also have a reading endorsement.  Can

23  you also tell me what that means?

24        A.   That endorsement was -- I think it kind of

25  centered around elementary ed -- I mean elementary-age



1  kids on teaching them how to read.  It's breaking down,

2  you know, the phonics, and phonological awareness for

3  teaching young children how to read who may be

4  struggling.

5      Q.   Is that endorsement something that you have to

6  renew or keep active in any way?

7      A.   No, ma'am.

8      Q.   Is the Gifted Endorsement something you have

9  to renew or keep active?

10     A.   No, ma'am.

11     Q.   You mentioned that you have a behavioral

12 specialist certification.  Can you tell me more about

13 what that means?

14     A.   That was -- it's been a while, but it was

15 basically just a module, series of modules, that you

16 complete to just learn how to better deal with

17 behavior, with students who have behavior issues.

18          From what I can remember, it gave you, like,

19 strategies to use, specific strategies on specific

20 types of behaviors and things like that.

21     Q.   Are there any particular behaviors that the

22 certification focused on?

23     A.   Not that I'm aware of, no.  I think just in

24 general.

25     Q.   Okay.  Is that certification something that



1   you have to review or keep up with?

2       A.   No, ma'am.

3       Q.   And you mentioned the leadership Tier 2

4   certification that you received in 2017.

5       A.   Uh-huh.

6       Q.   Can you tell me more about what that

7   certification is about?

8       A.   That's just where you're able to be an

9   administrator.  You have to have that part of it.

10  Like, my sixth year I didn't have a leadership degree,

11  so it was in curriculum instruction.  So that part

12  allowed me to be an administrator in a building

13  overseeing other teachers, other educators.

14      Q.   Do you have any other credentials relevant to

15  your work in the GNETS program?

16      A.   No, ma'am.  Other than experience but no other

17  like certification.

18      Q.   What other type of experience are you

19  referencing there?

20      A.   Just all of my educational years have been in

21  special ed, and I've worked a lot with the students

22  with behavioral needs over the years.

23      Q.   Are you currently employed at the Harrell

24  GNETS program?

25      A.   Yes, ma'am.



1    Q.   What is your current job title?

2    A.   Director.

3    Q.   Am I correct, according to your resume, you

4  have been director since 2017?

5    A.   Yes, ma'am.

6    Q.   Have you served in that role full time since

7  then?

8    A.   Yes, ma'am.

9    Q.   What are your job responsibilities?

10    A.   I wear many hats.  But in the building in more

11  of a principal role, keeping the day-to-day, you know,

12  everything running day to day.  Managing staff,

13  students, scheduling.

14        In our building we -- it's different than a

15  big school system where you have a person who handles,

16  you know, different things.  So I've been anywhere from

17  like graduation coach.  I create the master schedule.

18  I evaluate staff.  I talk with kids who, you know, are

19  having issues at the time and they want to talk to me

20  or I have to intervene with a problem.

21        I work with parents.  I review IEPs.  I'm a

22  mentor with my teachers.  Like, new teachers, I mentor

23  them on how to write IEPs or facilitate writing lesson

24  plans and things like that, checking over to make sure

25  they're using the Georgia performance standards.



1    Q.   Your resume notes that in 2022 you became

2  director of two different sites for Harrell, the

3  Waycross and the Camden sites.  Correct?

4    A.   Yes.

5    Q.   Can you tell me more about why this Camden

6  site was added to the Harrell program?

7    A.   I believe the reason -- Camden county became a

8  part of our RESA, of OK RESA.  They were originally in

9  First District RESA, but then they decided -- I'm not

10  sure why -- but they decided to move and have their

11  school number up under OK RESA, Okefenokee RESA.

12         And I don't want to say many years because I

13  don't really know that.  I'm thinking it was a couple

14  of years, maybe one or two years, that they were under

15  our RESA but the GNETS site was not under our RESA.  So

16  it was under First District with Coastal GNETS.

17         And last year they decided -- I guess Coastal

18  and Camden decided together that they wanted the GNETS

19  site to be up under OK RESA also.  And that's all I

20  know.

21    Q.   Is the Waycross site a GNETS center?  A

22  stand-alone site?

23    A.   Yes, ma'am.

24    Q.   Is the Camden site a stand-alone center?

25    A.   Yes.



1    Q.   Your resume notes that one of your

2    responsibilities includes assessing teaching methods.

3    What does that involve?

4    A.   That involves observing teachers actually

5    teaching in the classroom and completing their TKES

6    evaluation.  TKES evaluation is our Teacher Keys

7    Effectiveness System.  I always get the acronyms mixed

8    up.  That's what we use to evaluate teachers.

9         So I observe teachers and evaluate them, and

10   then we meet together and collaborate on any weaknesses

11   or I provide tips for improvement or, hey, good job, a

12   pat-on-the-back kind of things.

13   Q.   Does anyone else evaluate teachers besides

14   you?

15   A.   Yes.  The assistant director.

16   Q.   Anyone else?

17   A.   That is all.

18   Q.   Your resume notes that one of your

19   responsibilities includes revising policies and

20   procedures.  Do you coordinate with anyone else to

21   perform those duties?

22   A.   I work with my administrative team within my

23   building if it's something within our building.  If

24   it's something that I think I need to collaborate with

25   or that I don't feel comfortable just my team handling,



1   then I will reach out to Dr. Jacobs.  That's my boss,

2   Dr. Jacobs, who is the RESA director.  So I collab with

3   him.

4       Q.   Do you coordinate with anyone else when you

5   are revising policies and procedures?

6       A.   I also collaborate with the special ed

7   directors of the eight counties that I serve.  It just

8   depends on what it is, what the topic is.  Yes.

9            I want to go back to a question you asked

10  because you brought up the Camden site.  Up until this

11  year, it was only myself and Ms. Gardner, the assistant

12  director that evaluates teachers.

13           But this year the site coordinator at the

14  Camden site, now he will too.  He just started actually

15  this month because he had to, you know, make sure he

16  was credentialed and all that.  So he will actually do

17  that the rest of this year.  I don't know if that's

18  relevant or not.

19      Q.   It is.  Thank you.

20      A.   I just wanted to be clear.

21      Q.   Thank you.  What is that site coordinator's

22  name?

23      A.   Joe Allen.  Joseph Allen, I'm sorry.

24      Q.   Do you also have a staff coordinator at the

25  Waycross site?



1      A.   Huh-uh.  No, I'm sorry.

2      Q.   Going back to my questions about revising

3   policies and procedures, do you receive approval or are

4   you required to receive approval from anyone before you

5   revise policies and procedures?

6      A.   I would say -- I would say no unless it's

7   something that will impact, you know, like

8   transportation or things that are up under the

9   counties.

10          You know, I can't make up some rule that

11   changes like transportation for a child or I don't --

12   we typically like to stay along the lines of -- I mean,

13   I align ourselves with how the LEAs that we serve do

14   things as far as discipline and things like that.

15          So I would say I only really make revisions

16   within my building like how we do our day-to-day

17   things.  If it's anything more or bigger than that then

18   I would reach out, you know, to SPED directors, special

19   ed directors or Dr. Jacobs, my director.

20      Q.   Your resume also notes that one of your

21   responsibilities includes serving as graduation coach.

22   Can you tell me more about what that means?

23      A.   I keep up with -- we have high school.  We

24   serve K through 12, so I have high-schoolers.  And I

25   keep up with their transcripts, the courses that they



 1  are scheduled, and I keep up with the courses that
 2  they've received credit for.
 3          If for some reason, you know, they did not
 4  receive credit, I have to make sure that we go back and
 5  do credit recovery or that they take something
 6  comparable, and then just really tracking those
 7  students through all four years to make sure that they
 8  have the courses that they need to graduate and that
 9  they're, you know, accomplishing those things,
10  whatever.
11      Q.   Does any other Harrell staff member serve as
12  graduation coaches?
13      A.   No.  I'm primarily that role.
14      Q.   Your resume also notes that one of your
15  responsibilities includes serving as administrative
16  representative with the crisis response team.  What is
17  the crisis response team?
18      A.   That is our in-house behavior team.  So we
19  meet and discuss children.  Well, we meet regularly,
20  but that's the team that comes together to
21  troubleshoot, like if a child is having an issue or
22  they are having an academic or behavioral issue, we
23  meet together.
24          Our team meets together to try to make a plan
25  for that student to get them back on track for success



 1  or to try to just look at all possible issues going on
 2  to try to make a better plan for them.
 3      Q.   Is there one crisis response team for both
 4  Waycross and Camden sites?
 5      A.   No.  There's two separate.
 6      Q.   There's two?
 7      A.   I mean, I would be -- we haven't really had
 8  that -- anything major come up yet.  But I would be the
 9  administrator on his team, but it would be his
10  building, his teachers for that.
11           Like, the site coordinator would lead it, but
12  I would be included.  But my people from the Waycross
13  site would not necessarily be included unless, you
14  know, it was assistant director or my Waycross behavior
15  specialist if needed.
16           But there's a counselor there, there's
17  teachers there, paras there that they're for their own
18  time.
19      Q.   And, for the record, when you're talking about
20  the site coordinator, you're talking about the site
21  coordinator for the Camden site, Mr. Allen?
22      A.   Yes, yes.
23      Q.   Your resume also notes that one of your
24  responsibilities includes serving as OK RESA
25  collaborative community member.  What is OK RESA?



1       A.    Okefenokee RESA.

2       Q.    And what is the purpose of the OK RESA?

3       A.    That is this building, but OK RESA facilitates

4    teachers -- or supports teachers, educators.  Well,

5    actually it supports the school system, our eight

6    counties.  It supports them academically,

7    instructional-wise, the labor-by-professional learning

8    for teachers.

9            But now the collaborative what you're asking,

10   right, is what that is.  That's the special ed

11   directors' team.  So all of the special ed directors

12   from the counties meet together, and I'm a part of that

13   meeting.

14      Q.    How often do those meetings occur?

15      A.    Usually once a month unless something happens.

16   I know whenever COVID was really hot and heavy, you

17   know, we might have skipped a month or we do it

18   virtually, but pretty much monthly.

19      Q.    Does anyone else attend those meetings besides

20   the special ed directors and yourself?

21      A.    We have Coastal Pines representatives.  We

22   have -- is it GVRA?  I always get those acronyms mixed

23   up.  Georgia Advocacy Agency Representative.  And then

24   just guest speakers.

25            We might have someone from, you know, I can't



1    remember it.  TeachTown, you know, the educational-type

2    agencies.  They might come in and try to tell us about

3    their product and see if any of the directors are

4    interested in, you know, buying their online platform

5    or something like that.

6          But predominantly it's the special ed

7    directors and myself and GLRS.  I'm sorry, GLRS

8    actually leads that.

9          Q.   What is GLRS?

10         A.   Oh, gosh.  I have to look that one up.  I

11   cannot think right now what those -- what the letters

12   stand for.

13         Q.   That's okay.

14         A.   It will come to me in a minute, I'm sure.

15         Q.   What is their role?

16         A.   They are -- they're on the special ed side of

17   things.  Like, they support systems on the special ed

18   end, so their target is special ed kids and staff.

19         They provide new teacher orientation, new

20   teacher mentoring academy but for special ed teachers,

21   if that makes sense.  I can't believe I can't think of

22   what that stands for.

23         Q.   That's okay.

24         A.   They'll be, like, you're fired.  You don't

25   know that.



1    Q.    And in these meetings that you have as the

2    collaborative, what is the purpose of those meetings?

3    A.    Just to bring all the special ed directors

4    together on the things that they have to complete.  It

5    kind of creates a forum for them.  And then I'm

6    included because those are my immediate contacts in the

7    counties.  That's who I collaborate with the most.

8         And then I give them an update of what goes on

9    at HLC monthly, shout-outs, you know, brags, or we come

10   together like if I'm having some sort of issue.  You

11   know, like if we had a transportation issue, I would

12   talk about that with them or I might give them like

13   reminders like, okay, y'all don't forget on Friday

14   we're having early release.  You know, things like

15   that.

16   Q.    You said that one of the things that you

17   discussed during these meetings is talking about the

18   things that the special ed directors have to complete.

19   A.    Uh-huh.

20   Q.    Can you tell me more about examples of what

21   kinds of things those are?

22   A.    I'm sorry, I didn't mean to interrupt you.  I

23   know they've discussed like their timelines.  You know,

24   they'll say don't forget that this is due at such and

25   such date.



1          A lot of things that I don't have anything to

2     do with, you know, honestly.  I don't have to complete

3     those same kinds of things like their budget and things

4     like that.

5          And then we'll talk about IEP writing and

6     whenever, you know, certain counties had the

7     Cross-Functional Monitoring, those type things, that

8     they want like reminders and things like that.

9          Like I said, some of the conversations I'm not

10    even sure of the details or what that means because I

11    don't do that specific job.  But they include me so

12    that we're all on the same page as far as our GNETS

13    kids go.

14    Q.   You also said that during the meetings that

15    you have in the collaborative, you will provide updates

16    about what's going on and sometimes raise certain

17    issues that are happening at Harrell.

18         Can you tell me more about examples of the

19    kinds of issues that you might talk about?

20    A.   I know at one time, early on when I first

21    started, an example would be like if I needed textbooks

22    or if I needed some -- a subscription to, like, online,

23    I know at one time -- I'm trying to think of what the

24    program was now.  It's because I'm having to think

25    about it I'm losing everything.



 1             Anyway, it was an online program that would
 2    help our kids, help our teachers and our kids.  The
 3    name has left me right now.  But I just mentioned that
 4    we would like to have that.  And then the directors
 5    were like, okay, we can make that happen, you know.
 6             I know I've also talked about our sensory room
 7    was a big need.  My dream sensory room that I wanted
 8    those kids to have, you know, I would mention some
 9    things.  And then the directors, as they could, would
10    let me know, hey, I'll get with you about that later.
11    I can probably help in that area.
12             So then we'd have a separate conversation
13    about one of the counties helping me purchasing items
14    for the sensory room, things like that.  It's like,
15    hey, we have this need, you know, can y'all help us.
16    And ours have been great, our RESA district
17    coordinators -- SPED directors are awesome.
18        Q.   You mentioned that Coastal Pines usually
19    attends the collaborative meetings.  What is Coastal
20    Pines?
21        A.   It's the technical college here in Waycross.
22    I mean, there are other places, too, but usually a
23    representative from there attends.
24        Q.   You also mentioned that you weren't sure about
25    the acronym GVRA or Georgia Advocacy attends the



1   collaborative meetings.  Who are they?

2        A.   That's Georgia Vocational Rehab.  They work

3   with students, high school students, on their

4   transition plans for, you know, college or I believe

5   for even jobs.  I'm not sure about that.

6             But I believe that they work with them for --

7   I know that they work with them to plan for what

8   they're going to do after high school and provide

9   support any way they can.

10       Q.   Do any GNETS students work with them?

11       A.   Yes.

12       Q.   Your resume notes that one of your

13  responsibilities includes serving as PBIS team leader.

14  What is PBIS?

15       A.   Positive Behavior Intervention System or

16  Supports.  I always get the two mixed up.  But it's a

17  positive intervention reward system basically, but

18  there's also a curriculum.

19            And we have expectations like they're

20  responsible, respectful, and in control.  That's our

21  three target things.  And then it's a school-wide

22  reward system.  I know I'm kind of rambling, I'm sorry.

23       Q.   What does your role as team leader involve?

24       A.   I lead conversations and generate reports.  We

25  have a student -- let's see.  We have like improvement



1   reports.  Like our staff, they take surveys on how we

2   can improve the system.  We talk to our students on how

3   we can improve our system.  They have input for, like,

4   rewards and things like that.

5          So I basically am kind of like just the

6   coordinator of all those loose ends, bringing the other

7   adults in the building to the table and then we plan

8   out like celebrations.  We plan out target areas like

9   if we're having a lot of maybe behaviors, negative

10  behaviors in the elementary.  What can we do to adjust

11  things or to turn that around.

12         Or if we're having like phenomenal behavior

13  like in our middle school group, you know, what we can

14  do to reward those for that, those children and

15  teachers for that behavior.

16     Q.   Your resume also notes that you serve as

17  professional learning trainer for OK RESA LEAs.  What

18  does that involve?

19     A.   That was when I was telling about the Gifted

20  Endorsement.  I teach Gifted Endorsement, a gift

21  endorsement course, and then I've also taught a special

22  education support course for Georgia TAPP teachers.

23     Q.   What is Georgia TAPP?

24     A.   It's the program where individuals can come

25  with like if they already have a four-year degree maybe



1  like in accounting or something, they can turn that

2  degree, that four-year degree into a teaching degree

3  through their program -- through the program like a

4  teacher program for someone who already has a four-year

5  degree.

6      Q.   Your resume also notes that you serve as an OK

7  RESA administrative team member.  What does that

8  involve?

9      A.   Whenever we come together -- we come together

10  like to make improvements or we talk about the

11  endorsement programs and things like that, how we can

12  make them better.  I'm a part of that team.

13        I'm sure it's because I'm one of the

14  facilitators of the course, but I meet with other

15  course facilitators, and we come together to discuss

16  how we can improve those programs or classes.

17      Q.   Your resume states that you began serving in

18  your current role in 2017 and prior to that you were

19  the interim director of Harrell GNETS for two months.

20      A.   Uh-huh.  Yes, sorry.

21      Q.   Were your responsibilities as interim director

22  any different than the ones that we were just

23  discussing for your current role?

24      A.   No, ma'am.

25      Q.   Before serving as an interim director at



1  Harrell GNETS, you were an assistant administrator at

2  Harrell?

3      A.   Yes.

4      Q.   And you served in that role from 2016 to

5  2017?

6      A.   Yes.

7      Q.   What were your responsibilities in that

8  role?

9      A.   A lot.  A lot of hats.  But I was the testing

10 coordinator.  I was the instructional coach.  I

11 still -- I did the master schedule.  I was still in the

12 same role with the graduation coach.

13         And I would also go in and observe teachers

14 and give them feedback on their instruction.  I would

15 also -- there in that role also, I met with children as

16 needed, you know.

17         And that was during the same year.  Like, that

18 was one year.  But the director at that time she got --

19 I think she was sick on two occasions.  So that was --

20 I had to, you know, I was interim director when she was

21 gone for about a month.  And then the other time she

22 was gone again for about a month.  That's what that

23 meant.

24     Q.   So the two months that you served as interim

25 director were not consecutive two months?



HALEY LIVINGSTON                                January 30, 2023
UNITED STATES vs STATE OF GEORGIA                            41

1      A.   Correct.

2      Q.   One of your responsibilities as assistant

3   administrator was serving as curriculum specialist?

4      A.   Uh-huh.

5      Q.   What did that involve?

6      A.   Again, that was making sure that teachers had

7   the materials they needed, they knew where to access

8   their standards, resources for teaching the standards.

9   We wanted them -- I shouldn't say that in past tense.

10  We want them to teach at the grade-level rigor.

11           And so my job then, and somewhat now too is

12  just to make sure that they have all the resources they

13  need.  And if there's instructional strategies, they

14  are doing what they're supposed to be doing in, you

15  know, giving the students the level of academics that

16  they deserve.

17           And I would also support new teachers in

18  writing lesson plans because they have lesson plans

19  that, you know, they have to submit their plan for the

20  week.  I would also help them with that.

21      Q.   You also served as instructional coach in this

22  role.  What did that involve?

23      A.   Well, probably what I just described more so

24  is pulling teachers and working with them on writing

25  lesson plans, and just trying to show them how to



1   connect assessment and instruction and things like that

2   and then pulling resources or showing them where the

3   resources are online, things like that.

4        Q.   You also served as supplemental programs

5   coordinator for LAMBS.  What was that role?

6        A.   Those are just the programs that we have come

7   in.  LAMBS, they're a church network in our area that

8   provides food for students that are less fortunate.

9        And so we had to coordinate with the churches

10  for pick up and what students needed, what kind of

11  things.  And the other thing was Help a Child Smile.

12  That's the dental van that comes once or twice a year.

13       And it was going around to our schools around

14  town.  And we knew from working in the school system

15  that they were getting that.  So we wanted to make sure

16  whenever I came on as director in '17, I believe we've

17  had them every year, but I wanted that to be added to

18  our kids too.

19       Q.   You also served as teacher/staff evaluator.

20  How was that role different from what you do in

21  evaluating teachers now in your current role?

22       A.   There's no difference.  I still evaluate

23  teachers and parapros as director.

24       Q.   Is anyone currently serving as assistant

25  administrator at Harrell now?



1    A.   Yes.

2    Q.   Who is that?

3    A.   Tammy Gardner.

4    Q.   I see.  So --

5    A.   And she does that.  We share that role.  She

6   also does evaluation of staff.  She also pulls them and

7   works with them on their lesson plans and things like

8   that.

9    Q.   Okay.  I recall that earlier you referred to

10   her in a slightly different title.  I think it was

11   assistant director?

12   A.   Assistant director, yes.

13   Q.   So is her official title an assistant director

14   or assistant administrator?

15   A.   It's assistant director.  Her title is

16   assistant director.  My title when I became -- when I

17   was hired was assistant administrator.  So whenever I

18   became director that next year, the '17 year, we

19   changed it to assistant director.  But it was the same

20   role, if that makes sense.

21   Q.   When you were serving as assistant

22   administrator you also were a Georgia TAPP mentor?

23   A.   Yes.

24   Q.   And I'm trying to remember.  I think we might

25   have already said what TAPP was, but can you just



 1  remind me.  Oh, I'm sorry, so Georgia TAPP is the
 2  program where folks convert their four-year degrees
 3  into a teaching degree?
 4      A.   Yes, ma'am.  Yes.
 5      Q.   You also served as therapeutic sessions
 6  provider.  What did that involve?
 7      A.   That would be when students came in, like if
 8  they were in the middle of like an emotional state,
 9  meltdown.  I know that's not professional language.
10  But when they're in the middle of an issue, they want
11  to speak sometimes with certain people, someone they
12  have a rapport with.
13          So those students would come in, and I would
14  be basically the one that they talked to through their
15  problem.  And we would get them past the problem and
16  figure out, you know, what initiated it, you know, what
17  happened, and just get the child's perspective.
18          And then the purpose is to just get them
19  through that issue so that they can get back to class
20  and don't miss instruction.
21      Q.   Who currently serves in that role now at
22  Harrell?
23      A.   Really, any of our staff can do that, but
24  primarily because that depends on the rapport, whoever
25  the student has the most rapport with at most times.



1              But primarily it is the behavior specialist,

2      and we also have an LCSW.  So those two gentlemen are

3      primarily in those roles -- that role, I'm sorry.

4          Q.   Prior to serving as assistant administrator,

5      you were a special education coordinator and inclusion

6      teacher?

7          A.   Yes.

8          Q.   And you served in those roles from 2007 to

9      2016?

10         A.   Yes.

11         Q.   Where did you work when you were a special

12     education coordinator?

13         A.   I worked for Ware County Schools.

14         Q.   Did you work at specific schools?

15         A.   I worked at an elementary school, yes.

16         Q.   Which elementary?

17         A.   Ruskin Elementary.

18         Q.   What were your responsibilities as special

19     education coordinator?

20         A.   I was responsible for overseeing like the

21     special education services in their IEPs.  For example,

22     like if there was speech listed, I had to make sure

23     they were getting their speech services.

24              I did the master schedule there also.  I

25     scheduled students to make sure that their hours --



1  they were scheduled in the hours per their IEP.  I
2  scheduled teachers -- well, that kind of goes together,
3  but make sure that they were aligning with that.

4        And I checked IEPs for like accommodations,
5  make sure that, you know, once we wrote an IEP and we
6  want to move from draft to finalizing that everything
7  was the way it should have been from the meeting.

8        I worked closely with parents in that role.  I
9  worked with -- I mentored teachers in that role.  I did
10  co-teaching walk-throughs.  I was a co-teacher also, so
11  coordinator and co-teacher was at the same time.

12        But I would do co-teaching walk-throughs and
13  provide input on kind of what are y'all doing great,
14  where are your needs areas, and helping those
15  relationships build between -- special ed and Gen Ed
16  teachers.

17        I was a member of the school improvement plan.
18  I was actually the behavior representative on the PBIS
19  team in that role.  And then I was also on like the
20  interview committee when we hired new teachers and
21  especially if they were going to be in the SPED
22  department.

23        But I think I was, or I know I was, on several
24  Gen Ed interviews also.  And then my last year that I
25  was there, I was the self-contained EBD class teacher.



1       Q.    What is the school improvement plan?

2       A.    Your school improvement plan -- each school

3   has a school improvement plan.  This is what is your

4   plan for making your school better.

5            You know, your team identifies weak areas or

6   needs improvement areas.  It can be anything.  And the

7   team comes together to come up with a plan to improve

8   those areas, and I was a part of that team.

9       Q.    And you said that you were the teacher of the

10  self-contained EBD class for one year?

11      A.    Yes, ma'am.

12      Q.    When you were serving as special education

13  coordinator, did you ever work on anything related to

14  GNETS?

15      A.    I did when I was in that self-contained

16  behavior class that very last year I was there.  I just

17  collaborated with the then-director.

18           We had some issues in my class with a student,

19  and she came over to provide like support, like let

20  someone else with fresh eyes come look and see how we

21  can remedy the problems, you know, or help the student

22  be more successful.

23           But that was the extent of it.  I don't even

24  think the student -- if I recall correctly, the student

25  never even went there.  I finished the year out with



1   him.

2       Q.   When you say that you collaborated with the

3   director and she came over to provide support, are you

4   referring to the person who was serving as director of

5   Harrell GNETS at the time?

6       A.   Yes, ma'am.

7       Q.   And when you say that she came over to provide

8   support, what kind of support did she provide?

9       A.   That's sort of similar to what we do now

10  still.  A county can request additional behavioral

11  support if what they're doing in the system is not

12  working, or it seems to not work, or the teacher, like

13  I felt I've tried everything.  What can I do next, kind

14  of thing.

15           That person, the director or whatever staff,

16  it just happened to be her with me, that year she came

17  over and observed and watched the student -- well, all

18  students, just how he interacted with everybody and me.

19           And then we met after her observation and

20  basically gave me tips or, you know, what she observed

21  and then maybe how I could do something better.  Or,

22  you know, what I was doing right, like don't stop doing

23  those kinds of things but then maybe try this.

24      Q.   Did a student in your self-contained EDD class

25  transition to GNETS while you were there?



1    A.    No, ma'am.

2    Q.    You mentioned that prior to the director

3  coming to observe that class you felt like you had

4  tried everything.

5         Can you tell me a little bit more about what

6  you had tried and whether you felt like you received

7  all the resources that you needed?

8    A.    I don't remember the details specifically.

9  But, I mean, I remember feeling like I had support from

10 my school.  I had support from my administrators, and I

11 had support from, like, my teacher team that I

12 collaborated with, my peers, my colleagues.  And I even

13 had -- I felt like I had parental support to the best

14 that they could do, you know, involvement.

15        But I still felt like I wasn't, you know,

16 reaching -- or the behaviors really I was putting it on

17 me.  But I felt like his behaviors were not changing

18 like I thought, and I wanted to be sure was I missing

19 something, you know, is it me, something that I don't

20 know even with all my experience, you know.

21        I just wanted to basically check with somebody

22 else, you know, to do what's best for him.  But I don't

23 remember the details anymore.  I just remember it got

24 really difficult.  I'd go home crying about it, you

25 know, stress about it, and I just needed to reach out.



1    And that's all I remember.

2        Q.   You also note in your resume that you served

3    as an inclusion teacher.  Is that a separate role from

4    what we've been talking about?

5            That is a co-teacher, so it's a separate role

6    but it was like during the day like a certain -- I

7    don't remember, but I'm just making up something.  But

8    maybe from like 7:30 in the morning until lunch I would

9    be doing co-teaching hours with kids in classrooms with

10   my partner teacher.

11           And then it might be like at, you know, 1:30 I

12   would come out because I wasn't scheduled to any

13   students for their IEP.  And when I wasn't scheduled

14   for students for their IEP, after that I would go out

15   and serve as coordinator, like managerial kind of

16   things, making sure -- checking paperwork.  And that's

17   when I would do my work, my walk-throughs for

18   co-teachers.

19       Q.   You served as special education coordinator

20   and inclusion teacher throughout the entire time of

21   2007 to 2016?

22       A.   Oh, well, actually, no.  My first year I did

23   not.  I was not coordinator my first year, I'm sorry.

24   I started that my second year.  I need to change that

25   on there.  But, yes, the majority of my years I was the



1  coordinator.

2      Q.   When you were serving in a co-teaching role,

3  what kinds of classes were you co-teaching?

4      A.   I co-taught -- I actually co-taught all

5  subjects K through 5 over the course of my career, but

6  I predominantly taught math all those years.  And for

7  the most part, it was second through fifth grade math.

8  That was the majority, but I taught everything.

9      Q.   Do you know if any of the students who you

10  taught as co-teacher ever transitioned to GNETS?

11      A.   I have a student in my building now that was

12  in my self-contained class, not co-teaching.

13      Q.   Was that the same student who you mentioned

14  earlier that the director came and observed?

15      A.   No.

16      Q.   How long has the student that you just

17  mentioned from your self-contained class who is now at

18  Harrell, how long has that student been at Harrell?

19      A.   I know since middle school.  He is a

20  high-schooler now.  He did not come from the class.

21  Like, we didn't send him to GNETS in elementary school.

22  I lost track of him for a while.  He left.

23      Q.   So he transferred to GNETS sometime when he

24  was in middle school and he's currently in high

25  school?



1        A.    Yeah, I believe so, uh-huh.

2        Q.    You mentioned that you were the behavioral

3    specialist for the PBIS team.  Can you tell me a little

4    bit more about what that involved?

5        A.    Just troubleshooting behaviors, if they had

6    pockets of behaviors or if it was, hey, I'm really

7    having a hard time with third grade right now.  They're

8    kind of, you know, off the chain a little bit.  What

9    can we do?  Let's strategize.  I just worked with the

10   team.  And I believe I was the only special ed

11   representative on the team, so it was kind of like a

12   dual thing.

13          So if there were special ed, or students that

14   were labeled special ed, that they were having, you

15   know, issues, I would know them more, I guess a deeper

16   knowledge about them, and I could contribute more to

17   like how to help remedy the problems.  So we --

18   basically I brought the SPED side into it or the SPED

19   perspective into the PBIS team.

20       Q.    From 2007 to 2016 you were always based at

21   Ruskin Elementary?

22       A.    Uh-huh, yes.

23       Q.    Thank you.  Do you know if Ruskin Elementary

24   ever referred any students to the GNETS program?

25       A.    Yes.



1    Q.   Do you know how many approximately?

2    A.   No, ma'am.

3    Q.   Do you recall any students in particular that

4  were referred to GNETS from Ruskin?

5    A.   No, ma'am.

6    Q.   How do you know that students were referred

7  from Ruskin to GNETS?

8    A.   I remember them from being at Ruskin, but I

9  don't remember any detail.  Some were there when I

10  came.  Like, the ones that I knew were from Ruskin,

11  they were there, and then since then they've come.  But

12  maybe I didn't teach them.  I just knew, you know.

13    Q.   Are you aware of any students who were

14  referred to GNETS from Ruskin who have since left

15  GNETS?

16    A.   Yes.  Well, I take that back.  I don't know --

17  I don't know for sure if he was at Ruskin when he was

18  referred.  I just know that he attended Ruskin but that

19  he has since -- he was actually one that we referred

20  out to go full time, and he went out while he was

21  attending Ruskin, while he was an elementary student,

22  yes.

23    Q.   If Ruskin refers students to GNETS, do those

24  students go to Harrell?

25    A.   Yes.



1    Q.    You mentioned the one student just recently

2  who you know was referred to go full time and left

3  Harrell.  Are there any other students that you know

4  came from Ruskin, went to Harrell, and have since left

5  Harrell?

6    A.    I can't think of anybody in particular.

7    Q.    Okay.  Prior to your time at Ruskin

8  Elementary, you were a cheerleading coach for Waycross

9  Middle School?

10   A.    Uh-huh, or during that time, yeah.

11   Q.    During the time, excuse me.

12   A.    Yes, ma'am.

13   Q.    You were a coach from 2007 to 2013?

14   A.    Yes, ma'am.

15   Q.    Did any of the students on the cheerleading

16  team participate in GNETS?

17   A.    No, ma'am.

18   Q.    How do you know that they did not participate

19  in GNETS?

20   A.    Well, I guess that would be my assumption, to

21  be honest.  I don't recall any of their names at my

22  school from when I've been there at GNETS.  So I guess

23  that would be how I know.  Outside of that time frame I

24  wouldn't know, I guess is how I should answer that.

25   Q.    Are you aware of any policies or practices



1  that allow students from GNETS to participate on a
2  cheerleading time?
3      A.    To be honest, I think it's just a -- it's kind
4  of like an understood.  That's our expectation, that
5  they're able to participate as their behavior allows
6  them to participate.
7           We -- I've never had a problem with that in
8  our area, our OK RESA eight districts.  If we meet
9  together as a team and the IEP team feels that they
10  should participate I'd say in basketball, making up
11  something, then they're allowed to do so.
12      Q.    So the IEP team is involved in deciding
13  whether a student can participate in something like a
14  cheerleading team?
15      A.    That's just usually when it's brought up, in
16  their IEP meeting.  Yes, ma'am.
17      Q.    Who brings up whether a student can
18  participate in an activity like cheerleading?
19      A.    My member of the IEP team.  To be honest,
20  sometimes it's me.  I might bring it up because I know
21  the interest of the child.  The caseload teacher might
22  bring it up because the child has been speaking of it
23  in the class.
24           Any IEP team.  The parents brought it up
25  before like, hey, Johnny is interested in tennis.  You



 1  know, would this be an option for him.  And we're just

 2  like, yes, let's talk about it.  We encourage it.

 3          MR. NGUYEN:  Can we take a break whenever?

 4          MS. ADAMS:  (Nodding head.)

 5      Q.   Since becoming GNETS director at Harrell, have

 6  any students participated on a cheerleading team?

 7      A.   Not with the school system that I'm aware of,

 8  no.

 9      Q.   Is there any other cheerleading team that a

10  student at Harrell has participated on?

11      A.   I'm not sure.

12      Q.   During your time at Harrell as a whole, are

13  you aware of any students at Harrell who have

14  participated on a cheerleading team?

15      A.   No, not cheerleading.  Other sports.

16      Q.   What other sports?

17      A.   They've participated in -- we've had football.

18  We've had soccer and what was that?  Football, soccer,

19  and, well, it's not a sports team but it's a technology

20  team.  We've had that.  And I want to think there was

21  another sport.  But, I'm sorry, I can't remember which

22  one.  I don't want to say the wrong one.

23      Q.   Are those Harrell GNETS or are they located

24  outside of GNETS?

25      A.   They're the county team like Ware County



1  Gators or Pierce County Gators.  I was giving examples
2  of their mascots.  They're with the LEAs, the sports
3  teams with the LEAs.
4      Q.   How were the students who participated in
5  football, soccer, the technology team allowed to
6  participate in those?
7      A.   I don't understand.  I don't understand the
8  question.
9      Q.   We were talking about how an IEP team is
10  usually involved in whether it's appropriate for a
11  student to participate.
12          Can you tell me what your understanding is as
13  to how students were able to participate in the
14  football, soccer, and technology teams?
15      A.   Well, it's just a conversation between all the
16  team members.  And the child is involved and we talk
17  about expectations.  And I guess just setting it up
18  really is mostly what they talk about because nobody
19  ever really pushes back on them being able to.
20          We just want to have all the expectations laid
21  out to begin with.  And then all of like grown-up
22  things, like the transportation all of that, figured
23  out.  So it might be like they ride the bus like they
24  normally would from our school back to their home
25  county.  And then instead of going to the house like



1  they normally would, they might take them to the high

2  school for practice, football practice.

3       We've had that recently this past year -- or,

4  no, this year, football.  So just pretty much things

5  like that are just worked out.

6  Q.   You mentioned that when it comes to

7  participating on a sports team, the IEP team is

8  considering whether the student's behavior would allow

9  a student to engage in that kind of activity.

10      Are there any particular behaviors that would

11 make it difficult for an IEP team to approve a student

12 participating on a team like that?

13 A.   The one part we have to make sure is that we

14 know the student that we're -- the ins and outs of the

15 student that we're talking about.

16      So if we know that a student has struggled

17 with anger in the past and then they're going to go --

18 you know, like explosive anger, like getting upset

19 really easily and becoming physically aggressive --

20 okay, just an example -- and they're wanting to play

21 football.

22      We have to go through the whole thing with

23 them, the parent, everybody so they make sure they know

24 what the expectations are.  And, of course, we wouldn't

25 be recommending them for a transition had they not



 1  shown that they've improved, you know, that they've

 2  changed and they've gotten the supports they need.

 3          But at the same time we're clear to say, okay,

 4  you've got to make sure.  Use your strategies.  You

 5  know, if you get out there -- I get on specific

 6  examples -- if you get out on the field and this

 7  scenario happens, then this is what you should do.

 8          Remember, you know, what you should do here or

 9  remember what you do at PE.  You know, try to give the

10  child and the parents like this heads-up.  You know,

11  this is your opportunity, go shine.

12          But don't forget.  You know, don't go

13  backwards or don't, you know, get your feelings hurt or

14  if you need to talk to somebody, do this.  You know,

15  use all your strageties.  That's basically what we kind

16  of go through.

17          Like I said, there's not a lot of pushback

18  from our counties about having them involved.  We just

19  want to be sure that -- my main thing is that the

20  student knows what the expectations are.  And we'll

21  support them to make sure that other staff do their

22  part to support them also.

23          MS. ADAMS:  We've been going for quite some

24  time, so let's go ahead and take a break and go off the

25  record.



1            THE VIDEOGRAPHER:  Going off video record
2    10:41 a.m.
3            (Recess.)
4            THE VIDEOGRAPHER:  We are now back on video
5    record 10:54 a.m.
6            THE WITNESS:  I wanted to clarify something.
7    BY MS. ADAMS:
8       Q.   Sure.
9       A.   When we were talking about my role and we
10   were -- you had asked about policies and procedures, I
11   think that I probably just used that interchangeably
12   when I shouldn't.
13           But like only the Board of Control and the
14   board office -- board members can change policy.  So I
15   didn't want to give the impression that I'm changing
16   any kind of policies.  I just change procedures within
17   my building when I was speaking on that earlier.
18           So just anything that needs to be changed in
19   the way we do things in my building.  So I guess that's
20   more a procedure-type thing than policy, and I wanted
21   to clarify that.
22      Q.   Thank you.
23      A.   Thank you.
24      Q.   What is the Board of Control?
25      A.   It is a group of superintendents.  It's the OK



1  RESA Board of Control, and it's made up of the area's

2  eight counties -- well, actually, I'm sorry, nine

3  counties, superintendents, and the RESA director.

4        And so anything that pertains to the Harrell

5  Learning Center like hiring, any normal things that

6  need to have board approval, that's my board.  They

7  approve everything.

8      Q.   So if you think a certain policy should be

9  changed or if there's anything that might require that

10 Board of Control's approval, do you have a process for

11 how you communicate with them about that?

12     A.   Yes, ma'am.  I submit like a recommendation.

13 Normally, it's mostly hires, like staff hiring.  So I

14 submit a recommendation form directly to the director,

15 RESA director, and then he presents it at the next

16 board meeting.

17     Q.   How often are the board meetings?

18     A.   Monthly, I believe.

19     Q.   You mentioned that the main reason that you

20 will communicate with the board through a

21 recommendation form is around staff hiring.

22        Are there any other reasons that you might

23 communicate with them about certain recommendations?

24     A.   Not that I can think of right now.

25     Q.   Okay.  Going back to the topic that we were



 1   discussing before the break, you were mentioning that
 2   there are a few students at Harrell who participate on
 3   LEA sports teams like football, soccer, and then also a
 4   technology team.
 5          I want to get a general sense of how many
 6   students at Harrell have participated on some kind of
 7   sports team or extracurricular team like the technology
 8   team since you became director at Harrell.
 9          Can you give me an estimate of how many
10   students there have been?
11      A.   I could not.
12      Q.   Do you think it's been more than ten?
13      A.   I would say no.
14      Q.   Okay.  Do you think it's been more than
15   five?
16      A.   I'm unsure.  I don't know the exact.
17      Q.   Are there any current students at Harrell
18   participating on any extracurricular teams?
19      A.   Yes.
20      Q.   How many students?
21      A.   On this semester -- actually, last semester,
22   two.
23      Q.   Okay.  And are any participating this
24   semester?
25      A.   I'm trying to think of sports.  I'm unsure, to



1  be honest.

2      Q.   Do you remember if any students participated

3  on extracurricular teams last school year?

4      A.   I'm unsure.

5      Q.   Is it any responsibility of a Harrell staff

6  member to inform students or parents that they can

7  participate on extracurricular teams?

8      A.   Can you say that again?

9      Q.   Is it the responsibility of any Harrell staff

10  member to inform students or parents that the students

11  can participate on extracurricular teams?

12     A.   I would say not like a set responsibility, but

13  we do, you know, give them information.

14     Q.   Going back to some of the abbreviations that

15  we've been using, we were talking about one in

16  particular, GLRS.  When you were using that term, were

17  you referring to the Georgia Learning Resources

18  System?

19     A.   Yes.

20     Q.   Okay.

21     A.   Thank you.

22     Q.   Your resume states that you are currently a

23  cheerleading coach for Ware County Middle School?

24     A.   Yes.

25     Q.   And you've been that coach since 2019?



1      A.    Yes.

2      Q.    Are any students on that team in GNETS?

3      A.    No.

4      Q.    And how do you know they're not in GNETS?

5      A.    Because I'm the director at the GNETS and I'm

6   the coach -- not being smart.  I mean, I don't want

7   that to sound smart-alecky I mean, I know the team and

8   I know my students, so no.

9      Q.    Okay.  Are there any specific eligibility

10  criteria for being on the team?

11     A.    Are you talking about to make the team?

12     Q.    Uh-huh.

13     A.    Yes.  I mean, I don't know if you'd call it

14  criteria.  Well, it's preferred.  We prefer or they

15  prefer you to have tumbling and can do a cheer and have

16  sharp motions and jumps, things like that.

17           There's also behavior -- I mean, there's also

18  criteria like you can't -- I don't -- I'm not going to

19  quote the exact number because I don't know.  But you

20  can't have write-ups.  You can't have been suspended.

21  And then I'm not sure if it's this year, but I know in

22  previous years there's also like a grade you had to

23  have.  Well, you can't be failing any classes, but you

24  had to have a certain grade to be able to remain on the

25  team.



 1              But if you, like, start failing classes, then

 2     they can, I guess, put you on probation or whatever the

 3     first steps they do.  I haven't had that happen, but I

 4     know that there's something out there that they kind of

 5     go by.  High expectations for all sports, I think.

 6          Q.    Okay.  You mentioned that your boss is the

 7     RESA director, correct?

 8          A.    Yes.

 9          Q.    Who is that person employed by?

10          A.    Okefenokee RESA.

11          Q.    Do you report to anyone else?

12          A.    No, ma'am.

13          Q.    Does anyone else besides the RESA director

14     evaluate your job performance?

15          A.    No.

16          Q.    How is your job performance evaluated?

17          A.    Through the LKES, the leader keys.

18          Q.    You mentioned LKES before.  Can you tell us a

19     little bit more about what that refers to?

20          A.    It's the -- it's like the teacher and leaders

21     have standards that they're evaluated on, and it has

22     different performance areas.  Like, organizational

23     management is one of them.  Communications is one area.

24     I can't think of anymore right now, I'm blank.

25              Anyway, each area is evaluated just like I



1  evaluate my teachers on their assessment, strategies or

2  their knowledge of the curriculum or their teaching

3  strategies.  I'm evaluating that same manner but more

4  like school-wide, you know, program kind of thing.

5       Q.   Who created the LKES assessment tool?

6       A.   I have no idea.  I would assume Georgia.  I

7  mean, it's the Georgia teacher keys so someone from our

8  state.

9       Q.   Who requires you to use the Georgia LKES

10  tool?

11      A.   I'm unsure.  I mean, that's just what I've

12  always been evaluated through, so I guess Ware County

13  has that policy or procedure.  And then we have the

14  same thing with RESA for the Harrell Center teachers.

15      Q.   Does anyone at GADOE collect your LKES

16  evaluation information?

17      A.   I'm unsure.

18      Q.   Does anyone else provide you feedback about

19  your job performance?

20      A.   Other than Dr. Jacobs, no.

21      Q.   If you receive a negative performance

22  evaluation, what are the consequences?

23      A.   I'm unsure.  I haven't had that happen.

24      Q.   How often do you receive a performance

25  evaluation from Dr. Jacobs?



1        A.    Twice a year.

2        Q.    Does anyone else receive information about

3    your performance evaluation?

4        A.    I'm unsure.

5        Q.    Where is your performance evaluation

6    submitted?

7        A.    In the platform.  I believe it's the TLE

8    platform I believe is what it's called.  Anyway, it's a

9    platform that has that program, the TKES and LKES

10   platform.

11       Q.    Do know who administers the platform that

12   you're referring to?

13       A.    I'm not sure.  I know it's in the SLDS.  I

14   have to log into the SLDS to get to it.

15       Q.    What's SLDS?

16       A.    It's the student learning -- I mean, oh, gosh,

17   I don't know.  Let me just do that.

18       Q.    Is SLDS managed by a specific entity?

19       A.    I'm unsure.  It's just the platform I log into

20   to do my evaluation.  I look at mine and do theirs.

21       Q.    Does anyone remind you to log into SLDS to do

22   your evaluation?

23       A.    Huh-uh.  Oh, no.  Well, I take that back.  He

24   doesn't have to, but now he will.  Like, when I was a

25   new director, okay, make sure -- don't forget to do



1  this, this, this, and this.  I mean, there's checks and

2  balances, yes.  But he doesn't have to do that because

3  I stay on top of my stuff.

4      Q.   Sorry.  The person you're referring to as "he"

5  is Dr. Jacobs?

6      A.   Yes, ma'am.

7      Q.   Do GADOE staff ever visit Harrell?

8      A.   We have had -- I believe they were related in

9  the PBIS department.  But I would say no, not --

10  especially, not recently have I had anyone from GADOE

11  visit, no.

12          MS. ADAMS:  I ask that the court reporter mark

13  this next document as Plaintiff's Exhibit 764.

14          (Plaintiff Exhibit 764 marked.)

15  BY MS. ADAMS:

16      Q.   You have been handed Exhibit 764.  This is a

17  copy of an email thread dated October 30, 2019.  The

18  most recent email was sent by you to Vickie Cleveland

19  and Lakesha Stevenson.

20          The bottom right-hand corner of the first page

21  of the document is marked GA00355023, and the email

22  subject reads Re Canceled Harrell Visit.  You can

23  review the document and let me know when you are ready.

24          (Witness reviewing document.)

25          THE WITNESS:  Okay.



1   BY MS. ADAMS:

2       Q.   Do you recognize this email thread?

3       A.   Yes.  I believe this was -- well, let me look

4   at the month.  The only -- the time that they come is

5   when we are doing our strategic plan review.  And I

6   don't remember the year, and I honestly don't remember

7   that it would be -- or don't think that it would be in

8   October.

9            But the only visit I ever remember having

10  Vickie come was for the strategic plan review at the

11  end of the year when we review our documentation for

12  the strat review.  I just can't remember any of the

13  details.  I can't remember the details, I'm sorry.

14      Q.   When you say "strat," you're talking about

15  strategic plan?

16      A.   Yes, ma'am.

17      Q.   What is the strategic plan review?

18      A.   There are -- each GNETS has to submit a

19  strategic plan or has to submit strategic plan

20  information, like whether they've taken care of each

21  area, almost like an improvement plan for school

22  systems, I would think that I would compare it to.

23           But it's got areas that, you know, it's got

24  instructional, behavioral, and there's sections that

25  you have to make sure you take care of, you know, like



1  are you doing the certain behavioral assessments.  Are

2  you looking at, like, instruction.  How are you

3  supporting your teachers, kind of thing.  It's almost

4  like a place to put in evidence that you're doing what

5  you're supposed to be doing.

6          And we used to do those on paper in notebooks

7  and things.  And so they would come and sit down with

8  you, and you present all of your -- basically proof is

9  how I try to say it -- proof that we've been doing what

10 we need to do for these kids.

11          And that's the only thing I can think of that

12 they would have been talking about coming for.

13     Q.   Who was Vickie Cleveland?

14     A.   She is the -- I feel like she's the lead

15 director of the special ed -- I mean, I'm sorry -- lead

16 director of the GNETS division at GADOE.  And then I

17 believe Lakesha is her assistant or partner or

18 assistant director maybe.  I'm not sure if that's the

19 correct title.

20          But she's the main person that is my first

21 point of contact at GADOE about anything at GNETS.

22     Q.   What is your understanding of Ms. Cleveland's

23 job responsibilities?

24     A.   With regard to GNETS, just being the point of

25 contact and basically like facilitator.  And then they



1   also schedule our meetings when we meet, directors'
2   meetings, GNETS directors' meetings.
3        Q.   When you say point of contact, do you mean the
4   point of contact for all GNETS directors?
5        A.   Yes.
6        Q.   In Ms. Cleveland's email to you, she informed
7   you that she would have a conflict with this visit and
8   that she would reschedule.  Correct?
9        A.   Yes.
10       Q.   Your response to her states, "Thanks for
11  letting me know."  Correct?
12       A.   Yes.
13       Q.   And your understanding as to why Ms. Cleveland
14  was planning to visit Harrell was to discuss the
15  strategic plan review?
16       A.   No.  I said I don't know -- looking at the
17  email and looking at the date, I don't know what it was
18  about.  I can't remember because I was just probably
19  talking outloud.
20            But I was saying that being October it doesn't
21  really line up with a time that we normally do our
22  strategic plan, so I don't know.  I didn't remember
23  this reasoning for her to visit or if -- really, to be
24  honest, if she even did.
25       Q.   Has Ms. Cleveland or someone else from GADOE



1    visited Harrell since 2019?

2        A.    I'm unsure.

3        Q.    We mentioned that you have an assistant

4    director at Harrell?

5        A.    Yes.

6        Q.    Does anyone else report to you?

7        A.    Yes.  All staff.

8        Q.    And who are the people on GNETS staff who

9    report to you?

10       A.    All teachers, parapros, the secretary, our

11   first aid technician, and our behavior specialist, and

12   any, like, contracted services, like counseling

13   services, they report to me also.

14            I don't know if report is really the word.

15   I'm not their evaluator, but we collab and checks and

16   balances kind of thing.  I believe that's all of the

17   titles.

18       Q.    We had also talked earlier about the other

19   campus and how there's a site coordinator at the Camden

20   campus.

21       A.    Oh, yes, yes.  He reports to me also, yes.

22   It's still new.

23       Q.    And all of the staff at that campus report to

24   you as well?

25       A.    They report to him because he's there.  But,



1  now, if there's an issue or they have a concern, I've

2  made it very clear that they can communicate with me

3  directly if they need to.  But their immediate

4  supervisor is Mr. Allen.

5      Q.   So he evaluates that staff?

6      A.   Yes.

7      Q.   Do you evaluate any of the staff at that

8  site?

9      A.   I evaluate him, uh-huh.

10     Q.   Do you use LKES or TKES to evaluate all of the

11 individuals at Harrell GNETS?

12     A.   Yes.

13     Q.   How often do you complete those evaluations?

14     A.   There's a required number per year.  And in

15 the last couple of years they've, you know, they've

16 changed that number.  But I always complete like a

17 required number of walk-throughs and conferences.

18     Q.   Who makes the requirement per year for the

19 number of times that you evaluate Harrell?

20     A.   I'm not sure.  I want to say GADOE, but I'm

21 not sure about that.

22     Q.   If someone on your staff receives a negative

23 evaluation, how is that person held accountable?

24     A.   They're put on an improvement plan.  It's

25 actually a professional development plan.  And whatever



1  the area is will be noted, and then they are assigned

2  professional development that matches their area of

3  deficit.

4      Q.   When is the last time that someone received a

5  negative evaluation on your staff?

6      A.   I'm unsure.

7      Q.   Has it happened this school year?

8      A.   No.

9      Q.   Did it happen last school year?

10     A.   I'm unsure.

11     Q.   Do you remember the last time that a staff

12  member at Harrell received a negative evaluation?

13     A.   I remember the topic.  It was about

14  instruction.  I mean, it wasn't -- it was

15  instruction-based, just needed help reaching the

16  expectation and, like, plan, lesson plan, submission on

17  time, and then them being thorough enough, kind of

18  thing.  Those kinds of things.

19     Q.   Do you notify anyone when a staff member

20  receives a negative evaluation?

21     A.   I notify Dr. Jacobs.

22     Q.   Do you notify anybody else?

23     A.   No.

24     Q.   Has a Harrell GNETS staff member ever been

25  terminated after they've received a negative



1  evaluation?

2      A.   Not that I'm aware of.

3      Q.   Do you have any working relationship with the

4  GADOE?

5          MR. NGUYEN:  Object to the form.  You may

6  answer the question.

7          THE WITNESS:  I'm not sure what you mean by

8  working relationship.

9  BY MS. ADAMS:

10     Q.   We talked about Ms. Cleveland and

11 Ms. Stevenson.  How would you define your relationship

12 with them?

13     A.   Professional.  I mean, I feel comfortable

14 reaching out to them and that's all.  I mean, I feel

15 comfortable reaching out to them, and they've been

16 helpful, you know, open to hearing my communication.  I

17 mean, that's all.  I don't -- I think that's it.

18     Q.   We've talked about the OK RESA a bit.  Can you

19 tell me what the RESA's responsibility is as it

20 pertains to Harrell GNETS?

21     A.   It's our fiscal agent.

22     Q.   What does that mean?

23     A.   The funding that we receive from Georgia and

24 from the federal -- our Georgia and federal funds come

25 through them.



1    Q.   Has the OK RESA always been the fiscal agent

2    for Harrell?

3    A.   I'm unsure.  I can just speak for the time

4    that I've been working with them, and that answer is

5    yes.

6    Q.   Are there any formal documents that

7    memorialize your relationship with the RESA?

8    A.   I'm unsure.

9         MS. ADAMS:  I'm going to ask the court

10   reporter to mark this next document as Exhibit 765.

11        (Plaintiff Exhibit 765 marked.)

12   BY MS. ADAMS:

13   Q.   You have been handed Exhibit 765.  This is a

14   copy of an email thread dated May 2018.  The most

15   recent email was sent by you to Ms. Cleveland and

16   others.

17        The first page of the document is marked

18   GA00322368.  The email subject reads Re FY19

19   Assurances.  Please take a moment to review and let me

20   know when you are finished.

21        (Witness reviewing document.)

22        THE WITNESS:  Uh-huh.

23   BY MS. ADAMS:

24   Q.   Do you recognize that email thread?

25   A.   Yes, yeah.



1    Q.    Turning to the third page of this exhibit, the

2    email in the thread dated May 16, 2018, sent at

3    1:41 p.m. was sent from Ms. Cleveland to you and

4    others.

5         It states, "See the attached FY19 assurances.

6    Please follow up with your fiscal agents, LEAs RESAs,

7    to get this signed."  Correct?

8    A.    Yes.

9    Q.    What does FY19 assurances mean?

10   A.    This is a document that we get signed.  FY is

11   the fiscal year '19, and it's the assurances that our

12   fiscal agent signs that we have to turn back in

13   normally with our strategic plan.

14   Q.    Do you know why you get assurances signed?

15   A.    I just know that it's -- that our

16   superintendents have to sign them.

17   Q.    What is your understanding as to why

18   Ms. Cleveland asked you to ask your fiscal agent to

19   sign the assurances?

20   A.    I believe it's because it's part of our --

21   what each GNETS has to do, each program has to do, and

22   turn in with our strategic plan documents.

23   Q.    Since 2018 has Ms. Cleveland or someone else

24   from GADOE asked you to send them assurances signed by

25   your fiscal agent?



1    A.   Well, each year it's just expected each year

2   so I'll know it's something that we have to do.

3    Q.   And you communicate with GADOE each year to do

4   that?

5    A.   Well, her.  But, I mean, we don't necessarily

6   talk about it each year.  Like, she doesn't have to

7   send out an email every time.  I just know that that

8   has to be done every year.  So I guess I didn't look at

9   it like that, but they're done each year.

10    Q.   Has Ms. Cleveland or someone else from GADOE

11   asked you to communicate with your RESA about anything

12   else to do with GNETS?

13    A.   I'm not sure.

14    Q.   Does Harrell GNETS have any formal agreements

15   with each county that you serve?

16    A.   Unsure about that.

17    Q.   You've mentioned that there are a number of

18   counties that participate or that have students that

19   participate in your program.

20    A.   Uh-huh.

21    Q.   How do you communicate with them?

22    A.   How do I communicate with the counties?

23    Q.   Yes.

24    A.   Phone calls, emails, things like that.

25    Q.   And the special education directors of those



1   counties also participate in meetings with you as well,

2   right?

3       A.   Yes.

4       Q.   What are your -- what are some of the meetings

5   that you attend as GNETS director?

6       A.   The collaborative with special ed directors

7   and then GNETS directors' meetings.

8       Q.   Anything else?

9       A.   I believe that would be it unless I signed up

10  for something that they're there.  But it's not like,

11  you know -- I'm trying to think -- like if we signed up

12  for, like, a legal conference or we signed up for --

13  what is that other one?  Anyway, training or whatever.

14  But that's not like I'm meeting with them.  We're just

15  all at the same place.

16      Q.   So you mentioned the GNETS directors'

17  meetings.  What is the purpose of those meetings?

18      A.   They bring -- I guess, making sure -- a lot of

19  our topic has been on strategic plan.  They'll have

20  reminders about that and making sure that everybody is

21  understanding the topics and making sure they're

22  taking -- I'm sorry, not taking but submitting like

23  documentation for each of those areas.

24           And then we talk about professional learning

25  because different sites post different trainings.  And



1   I'm trying to think.  They'll bring in different --

2   like, they brought in someone before about the TKES

3   platform, I mean, almost like going through training to

4   make sure new directors knew about this.

5          And then they brought in an i-Ready special --

6   I don't know if that's the correct title but an i-Ready

7   specialist to go over things because we already use the

8   i-Ready platform.

9          So they brought in someone like that to go

10  over, you know, how to work the program, what reports

11  you should do, and things like that.  So support,

12  instruction and behavioral support, is discussed and

13  planned.

14      Q.   Who manages the GNETS directors' meetings?

15      A.   It's usually led by Vickie and Lakesha.  We

16  have a -- I can't remember if it changes by year, but

17  there's like a lead GNETS director, and then they

18  coordinate some things, too, like some of the

19  professional learning.

20          So they're involved.  Whoever that person is

21  for the year is involved with probably -- in some of

22  the leading of the meetings or whatever.

23      Q.   Have you ever served in that role?

24      A.   No.

25      Q.   You mentioned that these meetings often



1  involve discussion of the strategic plan.  Who manages

2  the strategic plan process?

3      A.   Well, I believe it's us, all the GNETS

4  directors, and then we submit our strategic plan

5  through the GADOE portal.

6      Q.   Does anyone at GADOE review those plans?

7      A.   Yes, Vickie and Lakesha review.  I'm not sure

8  who else reviews, but they do along with whoever else,

9  and then they get back with us like if we have needs or

10 areas if there's something like -- like, I know if

11 there's something that's not submitted for an area that

12 they'll get back to me on that.

13      I had something that would not -- I guess the

14 file was corrupt or something, like she couldn't pull

15 it up.  Then they'll communicate back with me about

16 that, like, hey, I didn't get your such and such.  We

17 can't see it kind of thing.  Stuff like that.

18      Q.   Are you familiar with the GNETS directors'

19 executive committee?

20      A.   I'm unsure.  I know I've heard that before,

21 but I'm not sure who it is or what they do.

22      Q.   How often are the GNETS directors' meetings?

23      A.   They're not monthly.  I know that.  But

24 they're -- I think it would be safe to say maybe

25 quarterly, maybe.



1      Q.   Are the meetings required for directors?

2      A.   Yes.

3      Q.   Who requires participation in the meetings?

4      A.   Well, I say required, but it's just expected.

5   I mean, this is for the directors, so everyone should

6   attend.

7           And I know that -- I know if one of us is ever

8   gone, another director might reach out like, hey, or

9   they'll give us an update like if I'm going to be out

10  of one and I can't have anybody to sit it, I'll get

11  with another director and say, hey, can you, you know,

12  can you give me your notes or let me know of anything I

13  missed that I need to be aware of.

14     Q.   Does anyone take attendance at the meetings?

15     A.   I'm not sure.

16     Q.   Are you aware of efforts made by the Georgia

17  Assembly last school year to change funding for

18  GNETS?

19     A.   I'm aware that that happened.

20     Q.   What do you understand about the change that

21  was proposed?

22     A.   All I understand is that they want to move the

23  money.  Like, there's -- our grant money kind of sits

24  out there separate possibly from GADOE or special ed,

25  maybe.



 1          And all I understood was that they wanted to
 2    move it out from being by itself to under maybe special
 3    ed or the counties or something.  But I have very
 4    little understanding.  I know that sounds not very
 5    grownup of me, but that's my basic understanding of it.
 6          Q.   When you say they want to move the money, who
 7    are you referring to as "they"?
 8          A.   I took it as the legislature, government.
 9          Q.   Thank you.  Has that topic ever been discussed
10    at GNETS meetings?
11          A.   Some directors do ask, hey, you know, kind of
12    like what's going on.  I know when it was first
13    mentioned, like the rumor mill started going, you know,
14    some of the directors were scared or communicated that
15    they were nervous that that meant that they were going
16    to shut every GNETS down.
17          And then there was just conversations among
18    different directors who probably understood more about
19    it and they were, like, no, that's not what this means
20    and they try to, I guess, they try to explain what it
21    meant or whatever.
22          But, I mean, that's all that I know.  We
23    really talked about -- or I've been listening to.  I
24    don't talk much about it because I don't know much
25    about that part of it.



1        Q.   Are you aware of GNETS directors speaking with

2   anyone at GADOE about this issue?

3        A.   I know they asked Vickie and Lakesha in their

4   meetings.   I mean, in our directors' meetings they've

5   asked.   That's all.   They say do you have an update or

6   do y'all know.   And then all they say is we have to

7   wait until it's through the legislature.   We don't know

8   more than y'all know basically.

9        Q.   As GNETS director, have you served on any

10  committees or working groups?

11       A.   I was on some.   It's been several years ago.

12  I was on a group.   To be honest, I don't remember what

13  it was for at this point.   I can't believe I don't

14  remember.   I don't remember.   I'm just going to say I

15  don't remember.

16            MS. ADAMS:   I'm going to ask the court

17  reporter to mark this next document as Exhibit 766.

18            (Plaintiff Exhibit 766 marked.)

19  BY MS. ADAMS:

20       Q.   You have been handed Exhibit 766.   This is a

21  copy of an email thread dated June 19, 2018.   The first

22  page has been marked GA00327226.   The email subject is

23  Re Academic Team.   Please take a moment to review and

24  let me know when you are finished.

25            (Witness reviewing document.)



1          THE WITNESS:  Yes, I do remember this.  And,

2     again, I don't remember what -- I don't remember the

3     meeting and all that at this point.

4          But I do remember like pulling some things

5     together like how we do academics in our building, and

6     I shared that out with directors.  And I pulled

7     together like how our procedures are for how we

8     progress monitor and I presented that.

9          But I don't remember like the meetings or how

10    many times we met or anything like that.  It was almost

11    like I pulled some stuff together to share with the

12    committee.  I don't remember us doing anything together

13    as a committee, if that makes sense.

14    BY MS. ADAMS:

15        Q.   Okay.  The first email from Ms. Cleveland from

16    this thread was sent at 11:47 a.m.  And in the email

17    she asks, "Can you switch from the budget committee to

18    the academic committee or serve on both?"  Correct?

19        A.   Yes, ma'am.

20        Q.   Your response at 11:47 a.m. states, "I will do

21    whatever you want me to do.  I can do both."

22    Correct?

23        A.   Yes.

24        Q.   What is the budget committee?

25        A.   I'm not sure.  I don't even remember being



1   included with that, to be honest.

2       Q.   Do you remember if anyone led the academic

3   committee you were on?

4       A.   I don't remember.

5       Q.   Do you recall how Ms. Cleveland was involved

6   with these committees at all?

7       A.   I don't -- I don't understand -- I mean, I

8   don't know how she was involved.  The only discussion

9   we would have would be at our directors' meetings, I

10  guess, and I don't know her depth of involvement or

11  whatever.

12      Q.   Are you aware of any active committees where

13  GNETS directors are currently serving?

14      A.   I'm unsure.

15      Q.   Do you currently serve on any other

16  GNETS-related committees?

17      A.   No, ma'am.

18      Q.   Are you familiar with a GNETS strategic

19  planning committee?

20      A.   Yes.

21      Q.   What is the purpose of that committee?

22      A.   Okay.  I believe that was when they were

23  trying to making the strategic plan better and --

24  actually, I think we were all asked for maybe, like,

25  input at some point or another.



1          I don't remember if it was, like, live in a

2    meeting or if it was emails.  I'm not sure.  I can't

3    remember which way, but I know that we were asked for

4    suggestions about the strategic plan and how to make it

5    better.

6          But that's the extent that I remember, yeah.

7    I think it's been several years back when that was

8    created, and I'm not sure if it's still going or not.

9     Q.   When you say that was when they were trying to

10   make strategic planning better, who is "they"?

11    A.   Vickie and I guess the other directors.  You

12   know, there were some things about the strategic plan.

13   We were -- I know that we were submitting -- and this

14   is early on when I was a couple of years of being a

15   director.

16          But we were submitting the same information in

17   like two different places.  Things like that were

18   happening.  And then they were trying to, I guess,

19   consolidate maybe to try to get us not have to submit

20   all these things.

21          You know, like I said, we used to be paper to

22   so we were even trying to get it -- and that was

23   several years back -- but we were trying to get it into

24   like a platform instead of having everybody doing 52

25   different things.



1        So I know that that's part of the planning

2   that was on the agenda, not the agenda, but that was

3   one of the things we talked about, trying to figure out

4   a better way to fix the strategic planning.

5        Q.   When approximately did the strategic planning

6   process transition from being on paper to I guess

7   digital?

8        A.   I want to -- I want to think two years that I

9   know for sure that we submitted in the portal, through

10  the GADOE portal.  And then before that, I mean, you

11  could do electronic.  You could do like Google Docs or

12  something.

13       We always had to submit through the portal,

14  but there wasn't like a submission location, if that

15  makes sense.  It was just you had to put it, you know,

16  send it through there so it was secure.

17       But then they created in our portal now that

18  there's an actual place to submit.  You go in and put

19  in your documents into this formatted platform kind of

20  thing.  So that was the improvement in the last couple

21  of years.

22       Q.   Was anyone else besides Ms. Cleveland,

23  Ms. Stevenson, and GNETS directors involved in the

24  conversations around the GNETS strategic planning

25  committee?



1      A.   I'm not sure about that.

2      Q.   Do you participate in a LEA collaborative?

3      A.   No.

4      Q.   We did talk about the OK RESA collaborative

5  that you participated in.

6      A.   The special ed directors, yes, ma'am.

7      Q.   Okay.  Do you participate on an IDT

8  committee?

9      A.   I'm not sure what that is.

10     Q.   Are there any other committees or working

11 groups that we have not discussed?

12     A.   I don't think so.

13     Q.   We talked about how you have communicated with

14 Ms. Cleveland and sometimes Ms. Stevenson.  How

15 frequently do you communicate with them?

16     A.   Infrequently.

17     Q.   Do you speak with anyone else or communicate

18 with anyone else at GADOE besides them?

19     A.   Not on a regular basis.  I mean, I have

20 communicated with different people but not on a regular

21 basis.

22     Q.   Who are some of the people you've communicated

23 with besides Ms. Cleveland and Ms. Stevenson?

24     A.   Well, Ms. Belinda Tiller is our district

25 liaison, I believe is her title.  And I communicate



1 │ with -- I still don't communicate with her regularly,

2 │ but she comes to our collaborative meetings also.

3 │ She's the one I talked about earlier when I was trying

4 │ to think of those people.

5 │        And then I receive the directors -- there's a

6 │ special ed directors, like, update that the state level

7 │ director miss -- oh, my gosh.  Is it Ms. Wina Low?

8 │ She's the special ed director at the state level at

9 │ GADOE.

10 │        She sends out an email blast is what it's

11 │ called.  She calls it an email blast with special ed

12 │ updates.  And, I mean, that's just really her sending

13 │ out, but I don't really communicate with her.

14 │    Q.   Is there anyone else that you haven't

15 │ mentioned that you communicate with at GADOE?

16 │    A.   I'm unsure.  Not regularly.

17 │    Q.   You mentioned that Belinda Tiller is the

18 │ district liaison who participates in collaborative

19 │ meetings.  What is your understanding of her

20 │ responsibilities?

21 │    A.   I'm really unsure other than I know that she

22 │ brings information from GADOE to SPED directors like

23 │ reminders and deadlines or communicates professional

24 │ development opportunities, things of that nature.

25 │    Q.   Have you ever been asked to prepare a report



1   or consult with anyone on the governor's staff?

2       A.   On the governor's staff?  No, ma'am.

3       Q.   Have you ever been asked to prepare reports or

4   consult with anyone on the state legislature?

5       A.   No, ma'am.

6       Q.   When you first started working for the GNETS

7   program, what was your view as to how effective the

8   GNETS program was in serving students with EBD?

9       A.   When I first started working there, I had no

10  opinion.  I wasn't -- didn't know much about it.

11      Q.   What would a successful GNETS experience look

12  like for students who are currently being served by

13  your program?

14      A.   Well, I have probably two scenarios.  A

15  successful GNETS student would be one that came in for

16  whatever reason, whatever troubles they were dealing

17  with.  They received the support, the love, the

18  instruction, the counseling, everything, strategies.

19          They receive everything that we give in our

20  building, and then they turn around and transition back

21  out to their LEA and then are successful.  I mean,

22  because we've had kids that go out but then have to,

23  like, come back or they're not successful.

24          And then the other successful GNETS student

25  will be someone who remains in our GNETS setting but is



1  thriving and is successful but not necessarily one that

2  transitions out.  It's just that setting was least

3  restrictive for them and they are thriving in the

4  setting.

5          You know, everybody is happy.  Parents are

6  happy.  Students are happy.  We're seeing a change in

7  behavior.  We're seeing a positive change in emotions,

8  and the student typically doesn't want to leave.  But I

9  feel like that student is just as successful whether

10  they're there one year or whether they're there four

11  years if that's what that student needs.

12     Q.   What would an unsuccessful GNETS experience

13  look like for students currently in your program?

14     A.   I would say that maybe not being -- maybe

15  describing them as that first student but then the LEA

16  not allowing them to transition.  I mean, that's like

17  worst case scenario.  We haven't had that.  But I'm

18  just saying that would be unsuccessful to me, like just

19  being held back there when they have shown what they

20  need to show to transition out and not being allowed to

21  transition out.

22          Will you ask your question again?

23     Q.   What would an unsuccessful GNETS experience

24  look like for students currently in your program?

25     A.   Okay.  Then the other thing I think about is



 1  unsuccessful with the wrong type of student there.  And
 2  to explain that, our therapeutic-need kids, who need
 3  that environment, when they're exposed to another type
 4  of student like a student that doesn't -- I don't know
 5  how to explain it -- a student that doesn't match.
 6  Like, maybe it's like a conduct, a student with conduct
 7  issues, not like a severe therapeutic emotional need,
 8  if that makes sense.
 9       They just -- those kinds of kids disrupt that
10  environment that our kids with emotional needs need.
11  Some of those kids are just there and they disrupt the
12  environment with bad behavior, not like this emotional
13  need, you know, if that makes sense.  Not to get to
14  deep but, anyway, that would be a bad experience, those
15  two scenarios.
16       Q.  Going back to the example that you were
17  talking about in the second scenario where a student is
18  successful and staying in the Harrell setting, how do
19  you measure whether a student is thriving and
20  successful when they stay at Harrell?
21       A.   Well, it's individualized per child, so it
22  depends on what they came with, like what struggles
23  they have.  And a lot of it can be like social
24  situations.  How are they handling conflict with their
25  peers or how are they handling, you know, like their



 1   own self-management.  How they're progressing in their

 2   counseling sessions, their mindset.

 3         It's not always -- it's not always, I would

 4   say, like data on paper like you can look at a reading

 5   score or you can look at a math score to see if a

 6   student has progressed.

 7         This is more like -- when you're dealing with

 8   emotions, it's looking more at like what are they able

 9   to do now that they might not have been able to do then

10   and looking at what they require to, I guess, maintain

11   themselves, you know.

12         Are they needing someone right there with them

13   all day long to maintain their emotions, if that was

14   the case.  Then, you know, are they still having a hard

15   time with being in a group of, like, six.  We wouldn't

16   want to send -- they're not ready to go out in a group

17   of 35 or 30 kids.

18         So it's just individualized.  I mean, there's

19   no blanket thing.  We don't use a blanket thing.  They,

20   of course, have to meet their IEP goals, you know, but

21   there's also this part of them that we have to

22   consider, almost like their mental stability, you know,

23   on whether they're ready to transition.

24         I might have got off what you're asking me,

25   but anyway.



1    Q.   For the students who end up staying at

2    Harrell, is the goal for them to eventually transition

3    back to a full-time experience outside of the GNETS

4    program?

5    A.   That's everybody's goal, yes, ma'am.

6    Q.   You mentioned that for the students who stay

7    at Harrell and can still be successful, their progress

8    is not always measured through data on paper.

9        If the progress is not measured on paper, how

10   is it being measured?

11   A.   Well, I meant there's -- they're being

12   measured on paper.  I'm just saying it's not like

13   numbers on paper.  You can't measure emotions, you

14   know, whether they had a 52 this year and next year

15   they got a 98 or something, you know.

16       So we pull everything together.  We collect

17   data on paper.  That is not what I meant.  We collect

18   data on paper, and we put all of that together to

19   create this picture of the student.  So there's records

20   and documentation.  It's just not as simple as if it

21   were academic.

22   Q.   Thank you for that clarification.  Does your

23   definition of success for the students who stay at

24   Harrell include an academic component?

25   A.   They have academic goals in their IEP, but we



1   do not allow academics to determine whether they stay

2   or go.  They are strictly there -- they came to us for

3   a behavioral need or with a behavioral issue, and

4   that's what we evaluate, in our building, is what we

5   evaluate them on.

6          And we'll push back if, you know, like if a

7   county, an LEA, or whatever scenario just to make up

8   something, if they were to say, well, this kid has got

9   a learning disability and they're going to struggle

10  when they go back.  We understand that, but they still

11  deserve the opportunity, you know.

12         So we consider it.  It's in the big picture of

13  the child, but that's not what keeps them or, yeah,

14  that's not what keeps them at GNETS.

15  Q.   When we were talking a little bit earlier

16  about an unsuccessful GNETS experience, you mentioned

17  that one example of that would be an LEA not allowing a

18  student to transition.

19         Can you tell me more about what that could

20  look like, why a LEA would not allow a student to

21  transition?

22  A.   I mean, I'm really not sure other than that

23  scenario that I just brought up like them trying to say

24  that maybe their academics are poor or, you know, just

25  the simple fact of them being a GNETS student, labeled



1   a GNETS student sometimes because I feel like counties

2   know the behaviors that they send to us, the kids, you

3   know what I mean.

4          They know what types of behaviors.  They can

5   be severe and bad, you know, real rough behaviors,

6   sometimes scary behaviors.  So they can be a little

7   apprehensive of talking about them coming back.

8          And especially knowing our setting is so

9   small, they could maybe push back, we're worried about

10  this kid going to -- the same worries we have, a kid

11  going into a 30-student classroom.  But, like I said,

12  we don't really have a lot of that problem around here.

13      Q.   Are you aware of any situation across the

14  GNETS program more broadly where a county has either

15  hesitated or refused a student to transition back?

16      A.   No, no.

17      Q.   Are counties required to accept students back

18  into the full-time experience after a student has been

19  at GNETS?

20      A.   As far as I'm aware, if that's what the IEP

21  team decided, yes.  I mean, we generally

22  don't require -- I mean, we wouldn't expect like a

23  full-time transition the first time you're talking

24  about them going back.  But transition period is pretty

25  much expected if their data supports that they should



1    go back, yeah.

2        Q.    Does anyone or any entity enforce that

3    expectation?

4        A.    No.  It just falls back to the IEP team.  I

5    mean, is that considered -- I'm not sure if that is

6    considered what you're talking about.

7              I mean, it all goes back to the IEP team.

8    Like, we don't have -- none of us can just say, you

9    know, they're not allowed to go back or they're going

10   back.  You know, it all goes through the IEP team.

11       Q.    What makes a student eligible to participate

12   in GNETS?

13       A.    We follow the GNETS rule.  Pretty much it's

14   like any behavior that is severe to where -- I mean, we

15   look at it like severe where they're putting themselves

16   or others in danger, whether that's physically or

17   emotionally, you know, is pretty much how we look at

18   it.  And then it has to be -- what's the word I was

19   going to use?  It has to be severe in nature.

20       Q.    What is the GNETS rule?

21       A.    I can't quote it.

22       Q.    Just generally what is it?

23       A.    Well, it has to be a level of intensity and

24   severity of behavior to be considered, you know, for

25   the IEP team to even consider transitioning them to



1   GNETS.

2       Q.   Okay.  And the concept of the GNETS rule, what

3   is the actual GNETS rule as a whole?  Where does it

4   come from?

5       A.   I'm not sure.

6       Q.   Do you know if any entity or particular

7   individual created the GNETS tool?

8       A.   It's a State Board rule.  Yeah, it's a State

9   Board rule is the one I'm referring to.

10      Q.   Does anyone require that you follow it?

11      A.   It's expected that we do, yeah.  The GNETS

12  directors have communicated that we should follow that

13  rule and keep that rule in mind when we're considering

14  students to make sure that we only, you know, accept

15  students who meet that rule.

16      Q.   Are there specific disability diagnoses that

17  qualify a student to participate in GNETS?

18      A.   No.

19      Q.   Are there specific disability diagnoses that

20  disqualify a student from participating in GNETS?

21      A.   Not that I'm aware of.

22      Q.   Is there anything that makes a student

23  ineligible to participate in GNETS?

24      A.   Well, the data that's provided needs to show

25  that the LEA has, you know, has given their best effort



1  taking care of the child, you know, behaviorally and

2  that they provide interventions and supports to the

3  best of their ability.

4       But there's no set, like, criteria, you know,

5  that says you check these boxes and you get in or you

6  check these boxes and you're not eligible, no.  It just

7  all goes back to the IEP team.

8       Q.  Can you please -- excuse me.  Can you please

9  describe the process through which a student gets

10  referred to Harrell GNETS?

11      A.  Typically, the county will -- the LEA reaches

12  out with an observation.  A consult request is what

13  it's called, consultation request.  And they first

14  request one of our staff members to come observe the

15  child in their environment.

16      And while there, you know, we can in addition

17  to observing the child, we can look at, you know, some

18  of their data typically and have discussions with

19  teachers or other staff members about the child.

20      And at that point we provide recommendations

21  if we see anything that maybe the teachers or staff

22  aren't doing or what they can maybe do better like

23  strategies for curbing the behavior, we provide that.

24      And then typically they try those things, and

25  then they'll reach back out with us and, you know, we



1  might -- there's a timeline established.  And then at

2  the end of that timeline then it's, you know, maybe

3  consulting back and forth a little bit between whoever

4  went.

5          You know, our behavior specialist goes a lot,

6  so it might be that he communicates -- consults with

7  that teacher back and forth.  It can be, you know,

8  weeks, months.

9          And then if they pretty much, the county feels

10  like they've exhausted everything that they have tried

11  and have done for the child, then they'll send in our

12  student -- our confidential student information packet.

13          And that's just a list of pretty much all

14  their records like their special ed records, their

15  psychological, their IEP just so that our team --

16  they'll send it in for our team to review, like another

17  set of eyes almost, before we have like an IEP meeting.

18          And typically what we do is I'll type up or --

19  well, communicate.  I shouldn't say type because

20  there's different ways that we communicate our

21  recommendation once we've -- like, my team has looked

22  at everything and like, hey, you can still -- again,

23  you can do this or you can do this or you haven't tried

24  this or nice work doing this, you know.

25          Or, hey, you know, it might be that they've



1  said they've done this specific thing, but then there's

2  no data to show, you know, if the intervention has been

3  successful or not.

4         And so typically once that happens and we

5  provide that feedback back and forth, if things are

6  still not looking great or the student is still not

7  progressing, then we'll come together in the IEP team

8  to go from there.  Like, decide, okay, what do we need

9  to do now for this child.

10        And so typically that's when GNETS becomes one

11  of the considerations, the options I mean for

12  consideration.

13        Q.   And what happens at that point?

14        A.   Then the team just decides, you know, whether

15  there's enough, you know, like documentation or

16  support -- not support but to support transition to a

17  more restricted environment, which is us.

18        And parents are always involved.  They have

19  their input also.  And then if it's decided that that

20  would be the least restrictive environment, then other

21  details are discussed and making arrangements to make

22  it happen.

23        Q.   At what point do parents become involved in

24  the process?

25        A.   I'm unsure actually because a lot of my



1  experience has been that they're involved either prior

2  or during the IEP meeting.  I think a lot of these kids

3  are -- or from my experience, the special ed directors

4  have had working relationships with some of these

5  parents already because if they've gotten to that level

6  of need or, you know, then the county has already been

7  working with the parents, communicating with the

8  parents.

9        And typically my special ed directors will

10  mention that, you know, we've reached out to HLC for a

11  consult, you know, to get more ideas.  And then, hey,

12  we're going to have this IEP meeting.  HLC personnel

13  will be there, that kind of thing, you know.  So highly

14  communicative.  So I would say prior and during the IEP

15  process.

16     Q.   Earlier on in the process you mentioned that

17  there's a staff member from Harrell that comes in to

18  observe and look at data, and you mentioned that your

19  behavior specialist often goes.

20        Does anyone else from Harrell come and do

21  observations or any kind of visit?

22     A.   The administrators have to.  I go or I know my

23  assistant director, Ms. Gardner, she's gone also.

24  Predominantly, it's been, during my years there, have

25  been Mr. Terry my behavior specialist and myself.



1    Q.   Does Harrell keep any records of who is

2    referred to the GNETS program and the outcome of those

3    referrals?

4    A.   Yes.

5    Q.   How are those records kept?

6    A.   I keep them in an Excel document or, yeah, it

7    might be sheets, but yeah.

8    Q.   Does anyone else maintain those records

9    besides you?

10   A.   No.

11   Q.   Are those records reported to anyone?

12   A.   No, unless a county has asked, like a school

13   director has asked -- if they ask, hey, how many

14   referrals have we had this year, blah, blah, blah.  You

15   know, I will do that.  I'm not keeping it from them.

16   That's not something I share periodically or anything

17   like that.  It's more my record.

18   Q.   Going back to your discussion of the referral

19   process, you talked about your staff may make

20   recommendations for the school staff to take certain

21   approaches or try certain strategies.

22        How do you know that those strategies are

23   being implemented at the school?

24   A.   Only if they document them would we know.  I

25   mean, we ask them to keep a record of it.  And they



1   list out the intervention or the strategy, and then

2   they need to keep data to show that they've -- or what

3   the outcome was, you know.

4           But other than the data, the record, you know,

5   that would be the only way we would know.

6       Q.   Has there ever been a situation when a student

7   has been prepared to transition to GNETS or has

8   transitioned to GNETS and that supporting documentation

9   has not been present?

10      A.   During my time, no.

11      Q.   Are you aware of any time for Harrell GNETS

12  when supporting documentation about prior strategies or

13  interventions was not documented and a student still

14  transitioned?

15      A.   I'm unsure about that.

16      Q.   You mentioned that the IEP team is involved in

17  the GNETS referral process.  Who all is involved in

18  that team?

19      A.   There should be all the required members of

20  the IEP team.  So usually that's an LEA.  There's a Gen

21  Ed teacher from the LEA, parents, the student when the

22  parents file that, and then a representative from my

23  building would be there.

24          And then whoever else.  You know, if they're

25  discussing other things, too, evaluations, then it



1  might be a school psychologist.  It might be a speech

2  teacher It depends on their services.  If they have OT

3  or PT, it would be them, I mean they would be included

4  also.

5      Q.   Are you aware of any time when you have been

6  Harrell director when the required members of the IEP

7  team have not been present for the conversations about

8  GNETS referral?

9      A.   Not that I'm aware of, no, ma'am.

10     Q.   Okay.  I think we can go ahead and go off the

11 record.

12         THE VIDEOGRAPHER:  Going off video record

13 12:11 p.m.

14         (Recess.)

15         THE VIDEOGRAPHER:  We are now back on the

16 video record 1:07 p.m.

17 BY MS. ADAMS:

18     Q.   We've been talking a lot about lots of

19 abbreviations.  And for the record, I just want to make

20 sure that we're on the same page about the evaluation

21 acronyms we were using, LKES and TKES.

22         So TKES, how do you spell that?  T-K-E-E-S?

23     A.   T-K-E-S.

24     Q.   TKES.  And LKES is L-K-E-S?

25     A.   Yes.



1    Q.   Okay.  We were talking earlier about

2  successful GNETS experiences and unsuccessful GNETS

3  experiences, and you were mentioning that in certain

4  situations a student might have an unsuccessful GNETS

5  experience because they encountered the wrong type of

6  student or the wrong type of student might be in the

7  program and conducting themselves in a certain way and

8  that conduct can disrupt a student's experience.

9        Can you tell me more a bit about what you mean

10 when you say that there is a student who is conducting

11 themselves in a certain way and can disrupt an

12 experience?

13   A.   Well, I really haven't had that experience at

14 my school since I've been director, and so I would

15 really be speaking on experience from my first year

16 there and not be able to remember much of the details.

17        I just remember it being like a, you know,

18 mismatch in a student that just is not in like

19 therapeutic need or emotional need.  They're making,

20 like, choice behaviors on purpose, you know, on purpose

21 it seems like.  I mean, this is like opinion, of

22 course, from adults observing.  But other than that,

23 that's just what I meant.

24   Q.   So you said that you experienced that to some

25 degree in the first year you were at Harrell?



1    A.    Uh-huh, yeah.

2    Q.    What did you experience in particular?

3    A.    I mean, that was it.  I don't remember the

4  details.  I just remember there being like a mismatch

5  feeling like this child is having that behavior and

6  they honestly cannot help, you know, how they're

7  feeling and how they're acting at some points.

8         When this child can, they're making a

9  conscious choice, which is even, you know, sometimes

10  even feels like they're purposely even upsetting this

11  other one.  You know what I mean.  But I can't remember

12  like specific details at this time on that.

13    Q.    Do you recall whether there was just one

14  student who was behaving in this kind of consciousness?

15    A.    I don't know.

16    Q.    Do you recall how a student, like the student

17  you're remembering who is making these conscious

18  decisions, how that student would end up at GNETS?

19    A.    Do I remember how they did?

20    Q.    (Nodding head.)

21    A.    No.

22    Q.    Have you been presented with a situation where

23  a student, like the student you were talking about who

24  was making conscious choices to be disruptive, have you

25  encountered a situation since then where that kind of



1   student has been referred to GNETS?

2       A.    Not referred because I wouldn't know if they

3   were being that way or not had I not had experience

4   with them.  So I really can't answer that.

5       Q.    Okay.

6       A.    I mean, if you're asking me if a student like

7   that has been referred to my GNETS, yeah, I'm not sure

8   because I wouldn't have had experience with them if

9   they're just being referred, if that makes sense.

10      Q.    Have you in the GNETS referral process where

11  your staff goes in to observe in a different setting,

12  have you or your staff ever observed students who are

13  behaving in that kind of disruptive way that you're

14  talking about making conscious decisions?

15      A.    I'm not sure.

16      Q.    Would a student who behaves in the manner

17  you're talking about, making conscious decisions to be

18  disruptive, would that student qualify to be placed in

19  GNETS?

20      A.    It would depend on the student's data and

21  whether they were really making a conscious decision or

22  not.  So it's individual.

23      Q.    If a student was referred to go through the

24  GNETS observation/consultation process and the data

25  showed that the student was making conscious decisions



1  to be disruptive, what would your team do in that

2  situation in terms of making recommendations and

3  considering them for GNETS?

4      A.   I mean, if everything pointed to, you know,

5  was not according to their disability, then my team

6  would recommend that they not be placed at GNETS.

7      Q.   How would you know whether the student's

8  behavior was connected to their disability or not?

9      A.   I mean, really you wouldn't know until you had

10  experience with them.  I mean technically I guess they

11  could get into GNETS, any GNETS really, and you

12  wouldn't really know the extent of their behavior until

13  you had them, I guess.  But I really don't know how to

14  answer that.

15      Q.   If a student was in Harrell and the data was

16  showing that they were making conscious choices to be

17  disruptive, that they were not there to be served for a

18  particular disability, how would you proceed in that

19  situation?

20      A.   We would call an IEP meeting.  I mean, we

21  would come back to the IEP team, and we would show our

22  data and just meet together with the team and just

23  decide from there what's the best, least restrictive,

24  you know, for that student with all the information

25  given.  You know, like is this the best placement for



1  this student.

2      Q.   How might that student be served differently

3  from a student who wasn't making conscious choices to

4  be disruptive?

5      A.   I'm not sure.

6      Q.   Are there any particular services that you can

7  envision a student making conscious choices to be

8  disruptive needing to receive versus a student who was

9  not?

10     A.   I'm not sure because that would be on an

11  individual basis.

12     Q.   Are students who are not eligible for special

13  education eligible for GNETS?

14     A.   No.

15     Q.   And how do you know that?

16     A.   Because it's a service.  GNETS is an extension

17  service on the continuum, so it's only for students who

18  have an IEP are qualified for special ed services.

19     Q.   If a county wanted to talk to you about a

20  student who was not receiving special education

21  services and was seeking help for how to support that

22  student, what would you do?

23     A.   Well, I would say that I would explain to

24  them, you know, like the rule that, you know, GNETS is

25  only an option for students with special needs.  I



1  mean, I don't know that I've had -- or I mean -- say

2  that again.  Ask me the question again.

3       Q.   So if a county came to you and was seeking

4  observation or consultation services for a student who

5  was not eligible for special education, what would you

6  do?

7       A.   Oh, okay.  I mean, they probably could if they

8  had someone experiencing a behavior -- some behavior

9  issues but they're not yet special ed, we're still

10 allowed to go and provide any kind of recommendations

11 because that's just our area of behavior.

12          But we could not move forward with anything

13 like services or anything like that or get to heavily

14 involved because they're not special ed.

15      Q.   Where does the rule or requirement come from

16 that you're referring to that students who are not

17 eligible for special education are not served for

18 GNETS?

19      A.   GADOE.  I believe that's the GADOE policy.

20      Q.   You mentioned that there are two sites that

21 are served at Harrell GNETS, the Waycross and Camden

22 sites.

23      A.   Uh-huh.

24      Q.   And you mentioned that the Camden site

25 transitioned under Harrell fairly recently in 2022?



1       A.   Yes.

2       Q.   Do you recall approximately when in 2022 that

3  happened?

4       A.   I guess officially in July because we started

5  the new school year in August.  So July of '22.

6       Q.   Thank you.  Do you know why the Camden site

7  became a Harrell site?

8       A.   Other than the reason I gave earlier about

9  Camden is up under Okefenokee RESA and not, I believe,

10  First District RESA, and they wanted it to be the

11  same.

12       Q.   When you say "they," who are you referring

13  to?

14       A.   I believe Camden, the original decision or the

15  original conversation about changing was between Camden

16  and Coastal.  I'm not sure what that conversation

17  consisted of and whether that was the reasoning or not.

18            But that's what was brought to us is that the

19  reasoning is they were under our RESA and that they

20  would want our, you know, us to manage that site.

21       Q.   When did you -- who told you that Camden was

22  going to be under Harrell GNETS?

23       A.   I believe officially it was Dr. Jacobs.

24       Q.   Did anyone at OK RESA have to approve the

25  change for Camden to be under Harrell?



1      A.   I'm unsure.  But the Camden County

2  superintendent is one of the Board of Control members.

3  I mean, that's all I know is they would have had to

4  have a conversation together and then had a discussion

5  with me about, you know, hey, this is most likely going

6  to happen.  And it just went from there.

7      Q.   Did the Board of Control have to approve the

8  change?

9      A.   I'm not sure about that.  I'm not sure.  I

10  would assume, yes, but I'm not sure.

11      Q.   Did Dr. Jacobs have to give his own approval

12  for the change to happen?

13      A.   I'm not sure.

14      Q.   Were you consulted before the change

15  happened?

16      A.   Yes.

17      Q.   Did anyone ask you if you had any concerns or

18  if there were any questions that you had prior to the

19  change occurring?

20      A.   Yes.

21      Q.   What did that conversation look like?

22      A.   Just the concern was I was -- I communicated

23  that I was happy to help and that I felt that we could

24  really help them over there.

25           The only concern I had was the distance



1  because it's about an hour away.  So that was my only

2  concern.  And I had a question of whether they would

3  stay there at that site -- or before I knew that there

4  was going to be a distance problem, the other question

5  I had was, was it going to remain at that site or were

6  they going to change those kids to our -- bus them to

7  our Waycross site.

8           And that's really the only, you know,

9  conversations or concerns that I had, questions or

10  whatever.

11      Q.   Who decided that the children in the Camden

12  site were going to be at a Camden physical site as

13  opposed to coming to the Waycross site?

14      A.   I'm not sure if -- I know that the

15  superintendent did not want them traveling that far

16  because it is a long ride.  I don't know who made the

17  final decision, if it was a board thing or, you know,

18  him.  I'm not sure.

19      Q.   Where is the Camden site located originally

20  graphically?

21      A.   It's in Kingsland right next to their Board of

22  Education.

23      Q.   Why is an hour bus ride to long for students

24  to take in order to get to school?

25      A.   I'm not sure.



1    Q.   Do you have an opinion about how long a

2    student should travel?

3    A.   Oh, well, I feel like especially those with

4    behaviors, all on one bus, I feel like it might not be

5    in the best interest of the driver at times, you know.

6    But that's knowing the kids now.  Knowing the kids now,

7    there's a lot of physically aggressive kids.

8         So I didn't really have an opinion either way.

9    At the beginning, you know, I thought it would be fine

10   if they wanted to do it that way.  But really after the

11   fact I'm like, boy, I'm glad we didn't do that just

12   because of the kids but that's really it.

13   Q.   What, if any, other changes occurred when the

14   Camden site came under the Harrell site?  Were there

15   any other considerations besides transportation that

16   came up?

17   A.   Other than just staff, hiring new staff,

18   because a lot of staff left.  When Coastal pulled out,

19   their staff went with them.  So those were changes,

20   hiring people.

21   Q.   How many new staff had to be hired?

22   A.   There's three teachers, three paras.  So two

23   teachers, three paras and a site coordinator had to be

24   hired.

25   Q.   Do you know why the staff that had been there



1    previously decided to leave when the change occurred?

2        A.    I'm not sure.

3        Q.    Do you know where they left to go to?

4        A.    Well, I assume because they went to Coastal,

5    the other site, that the site coordinator left, and

6    he's a director at another Coastal site.

7              Coastal had several sites.  I'm not sure how

8    many.  Three, I think, but I'm not sure.  They had a

9    couple of different sites, and he went to go be the

10   director of that site and be actually a co-director

11   with the current director.  And some of those staff

12   members went with him.

13       Q.    Were there any changes to the finances and

14   funding structures for Harrell when the Camden site

15   came on board?

16       A.    I'm not sure.  I know that -- I know that

17   Coastal -- Coastal's fiscal agent is First District

18   RESA.

19             So I know that there had to -- there was an

20   agreement that they would pay -- that First District

21   RESA would basically give our RESA, Okefenokee RESA,

22   the funding for those kids for this year because it

23   was, you know, already allocated previous -- before the

24   change.

25             So I know that happened.  They funded that



1  site to Okefenokee RESA.

2      Q.   Moving forward, do you have any sense as to

3  whether your funding will increase now that you are

4  supporting more students?

5      A.   I'm not really sure.  I mean, I would assume

6  so, but I'm not sure because I don't deal with anything

7  with the budget at all.

8      Q.   Who does?

9      A.   Our CFO at RESA, Iris Collins.  She's always

10  taking care of the budget.

11      Q.   Do you know who decides how much money is

12  allocated to your program?

13      A.   There's -- the only thing I've ever heard was

14  that there's some formula that no one really knows what

15  it is.  But it's supposedly like a rolling average is

16  what I've been told of like maybe a couple, maybe three

17  years, I think.

18           But that's all I really know.  I don't know a

19  specific number or -- it's not like other funding that

20  a certain kid makes a certain amount per segment or

21  things like that.  It's not that way.

22      Q.   How will you learn how much money is allocated

23  to Harrell for the upcoming school year?

24      A.   Normally that just comes from the GADOE.  They

25  send out a spreadsheet or they send out your allocation



1    amount, which would be state and federal.

2         I don't know that.  I think they just give us

3    the state.  I don't think the federal amount comes from

4    GADOE.  But, anyway, that's how I know.  They just give

5    us a number, total.

6         Q.  Prior to learning that number from GADOE, is

7    there any process where you can request additional

8    funds or say, hey, now that I have this additional site

9    with additional kids, I'm going to need more money?

10        A.  I'm not sure.  I'm not sure if there's a

11   process or what the process is for that.  Now, I do

12   know in the past there's been different grants because

13   we've been allocated two grants.

14        We have a therapeutic grant where they were

15   offering to some of the GNETS sites a therapeutic --

16   who maybe needed a therapeutic staff member or

17   additional staff member.  And so I've been using that

18   money the last several of years to contract with a

19   counseling agency to bring more counseling into my

20   building.

21        And then the ESSER III grant that we received,

22   I think -- I believe we get it for three years.  I was

23   able to -- I'm going to be able to use that this year

24   and next year for additional, you know, counseling.

25   Actually, we'll be using it this year for counseling in



1   Camden.

2           So those were additional that -- I can't

3   remember if I spoke in person at first, but I know that

4   I've communicated with Vickie about that.  And then we

5   have to turn in, like, logs and things to show for what

6   we're spending the money.

7       Q.   So GADOE informed you about the two grant

8   opportunities?

9       A.   Yeah.

10      Q.   Going back to talking about the GNETS referral

11  process, have you ever been presented with a situation

12  where members of an IEP team disagree on whether a

13  student should be placed at Harrell?

14      A.   Placed at Harrell?  No, ma'am.  Not that I

15  recall, no.

16      Q.   Have you ever been presented with a situation

17  where members of the IEP team disagree as to what to do

18  regarding a student that has been brought to their

19  attention where Harrell has been involved?

20      A.   Say that again, I'm sorry.

21      Q.   I had asked you earlier whether you had been

22  presented with a situation where members of the IEP

23  team disagree on whether a student should be placed in

24  GNETS.

25          I'm wondering if there's any other situations



1  where Harrell has met with an IEP team to talk about a

2  student who is not yet at Harrell but there's some

3  disagreement about what to do for that student.

4       A.    Oh, okay.  Not with the IEP team, no.  Like, I

5  was talking to you earlier about when we're kind of

6  going back and forth with the consultation kind of

7  thing and we're kind of collaborating to try to help

8  with strategies, at that point we might say some things

9  like we don't have this in place, you don't have this

10 in place, or this would be good to do.

11         That's when those kinds of things are being

12 talked about.  Like, where they're getting the idea

13 from me or my staff that, you know, this kid, you know,

14 we're not going there -- we're not going to GNETS yet

15 or it's not close or something like that but not to the

16 point where we get in the IEP meeting.

17         It's kind of like those are preconversations

18 or something that we're trying to be preventative and

19 supportive at the same time because we really -- our

20 building, we really try to -- prevent is not the best

21 word.

22         I can't think of the word right now, but try

23 to almost prevent them from having to come if we can

24 help support them somehow out there because we want

25 them to be legitimately supposed to be there if they



1   come.  You know what I mean, I'm sorry.  But that's the
2   only thing I can think of for that.
3        Q.   So what I'm hearing is there might be some
4   times when your staff members are looped into
5   conversations with someone at a school from a county
6   and the school staff might be eager for a student to
7   transition to GNETS, but your staff are saying there
8   are things that need to happen before we can have that
9   conversation or before we can consider the student to
10  move forward with GNETS?
11       A.   Yes, exactly.
12       Q.   How often do those kinds of situations occur,
13  those kind of pre-IEP team conversations where there's
14  kind of a little bit of a disagreement or kind of your
15  team having to push back a little bit?
16       A.   Well, it's mainly with the classroom teacher.
17  I wouldn't say that it's with the administrators.  I
18  think it's more of when we're in conversations with the
19  people, like the teacher and the para and -- well, I
20  guess that's just two mainly -- but the ones that are
21  at their wit's end.
22            You have some teachers crying.  You know, they
23  don't know what else to do for this child or they're
24  frustrated, you know, with the behavior or they've
25  gotten hurt or just different scenarios like that.



1          But that's where most of -- because they
2     think -- they think and they feel like they've done
3     everything they can do.  So they're like, okay, you
4     know, they just need to go to GNETS or HLC.
5          But we're having to explain, you know, that
6     there's a process, that this and this is happening,
7     and, you know, you can try this, and almost trying to
8     calm them and let them step back I think a little bit
9     more.
10          It's not so much as the county is trying to,
11     like, throw them away and we're, like, no, you can't
12     send them.  You know, you're not being good enough to
13     them.  It's more of almost like a de-escalating the
14     situation kind of thing, and then a lot of times it's
15     with that classroom teacher, the majority of the time.
16          Or I can remember maybe like a newer
17     administrator or a special coordinator who doesn't
18     understand the whole process.  But other than that, I
19     mean, not much problems like that, you know, or not
20     push back.  It might just be they don't have something
21     in the documentation that they need.
22          They may have even done it.  It's just not
23     there.  Like, sometimes we'll get in conversations and
24     say, well, I mean, if you have some ABC data.  Oh, well
25     I got that.  They're not realizing that they already

1   have what we really are looking for or what they can

2   potentially have.

3          So those are the types of things that I mean

4   when we're having those conversations, not like we're

5   in an IEP meeting or the team is just -- some are

6   wanting to go and we're wanting them not to go or

7   whatever.

8       Q.   What is ABC data?

9       A.   That is Antecedent, Behavior, Consequence.  So

10  the antecedent is like what happens before the

11  behavior, and then you have the behavior, and then what

12  happens after the behavior.

13         And the consequence is what happens after the

14  behavior, but it could be positive or negative, you

15  know.  If I hug you, that's the behavior, you know.

16  And if you hug me back, then that was the consequence.

17         So we have to explain that to people, too,

18  that consequence doesn't always mean a negative.

19      Q.   What is the purpose of ABC data?

20      A.   That helps with establishing -- you kind of

21  use that in your FBA, Functional Behavioral Assessment

22  because you're trying to find out what the function of

23  the behavior is.

24         So ABC data helps us do that.  It breaks down

25  the behavior almost in, like, smaller parts.  It just



1  gives you more information about the behavior, and that

2  way you can create a strong behavior and intervention

3  plan which is a bit -- I'm sorry.

4      Q.   You were talking about how during the

5  observation and consultation process there can be

6  discussions between your Harrell staff and the

7  classroom teacher and possibly some other school staff.

8          Are there any kinds of trends in terms of

9  where students who are referred to Harrell come from in

10  terms of which classrooms they're coming from?

11          Are they coming from self-contained classrooms

12  or general education classrooms?

13      A.   Okay.  For the counties who have

14  self-contained classrooms in our OK RESA district, they

15  normally go there first.  They normally try to, like,

16  if they went from inclusion, they weren't working in

17  inclusion, they would try the self-contained.

18          So for the smaller counties, typically it's --

19  it can be inclusion for the smaller counties, but a lot

20  of times most counties can try them in some

21  self-contained first, like a smaller setting first.

22          And we kind of push that.  I push back on the

23  ones coming straight from inclusion because to me

24  that's not a natural next step.  You're in inclusion

25  co-teaching, and you might be in a class with 25 kids,



1    30 kids, and you're just getting co-teaching.

2            And I thought like that natural next step, if

3    the county has that available, would be a

4    self-contained class in your county.

5        Q.    Earlier we were talking about a continuum.

6    Can you tell me a bit more about what you mean by

7    continuum?

8        A.    It's sort of like that.  I feel like you go --

9    children go from Gen Ed, you know, in with nondisabled

10   peers.

11           And then once they experience difficulties or

12   have their own, like, learning disabilities or whatever

13   their issue is and they qualify for special ed, then

14   they naturally would flow into like an inclusion

15   classroom depending on the level of disability.

16           And so just speaking on behavior kids alone,

17   naturally they would go from Gen Ed to inclusion and

18   it's like a little bit more restrictive you know,

19   you're going from one adult and 25 kids and now you're

20   in two adults, 25 kids.

21           And then you can pull small groups, which is

22   what I used to do when I was in co-teaching.  And from

23   there, like I said, the next -- the more restrictive

24   would be a self-contained class because now you're

25   being pulled out of inclusion where there's SPED and



1   Gen Ed kids and two teachers.  Now you're only in with

2   SPED kids in most likely a smaller setting.

3          And then from there then you would go to

4   something like GNETS or other types of separate

5   schools.  Other sites have separate schools.  They're

6   not called GNETS, of course, but separate schools.

7          Actually to back up, GNETS could be

8   school-based.  So you could go through a self-contained

9   class first.  Then you could go to the GNETS classroom

10  in your county.  It might be in a different school than

11  your home school.

12         Then for us who are center-based, we don't

13  have any school-based classrooms, so we would be after

14  the self-contained LEA class, we would be the next

15  step.  And then what we've typically seen, kids -- the

16  next step would be like residential or we've had some

17  do home-based instruction over the years or -- well,

18  no, hospital homebound.  No, I'm sorry.  Residential

19  would be considered hospital homebound and then

20  home-based instruction.  Sorry.

21         It's just gradually, the continuum, it's like

22  it gradually gets more restrictive, but our hope is

23  that we can back down it, to go backwards, less

24  restrictive.

25      Q.  For counties that do not have self-contained



1  classrooms, what do you want to see them do with a

2  student or try with a student prior to having the

3  student come to GNETS?

4      A.   I mean, it would really depend on -- it's an

5  individual basis, you know, per kid.  But, I mean,

6  honestly, I think I would prefer like to show that

7  they're doing some kind of pull-out.

8          Even if it's not a self-contained class, I

9  would think that that child needs a person, some time

10 with a person.  If it's like an emotional-based type

11 thing, then I would think that they would need

12 counseling.

13         And if you're trying to refer them to a

14 therapeutic environment, then are they hooked up with

15 Unison already.  Are they hooked up with Cord of Three,

16 which is another counseling agency around here.  I

17 would ask those kinds of questions.  And I ask

18 questions like what kind of medications are they on.  I

19 mean, have y'all looked at every single thing all the

20 way around.

21         I would hope that they would at least do like

22 some type of pull-out like an hour a day or 30 minutes

23 a day or a couple of times during the day to just pull

24 that child and try to do some interventions with them

25 or get down to the bottom of what's going on.



1     Q.    Earlier when we were talking about the

2   referral process, you mentioned that there's a

3   confidential student information packet.

4     A.    Uh-huh.

5     Q.    And you said in that packet there are lots of

6   special education records.  Where does that packet come

7   from?

8     A.    The LEAs.  Normally it is the special ed

9   coordinator at the school and sometimes the special ed

10  director.  Just however their county does it.

11    Q.    Has an IEP team determined a student should be

12  placed in GNETS but you independently determined the

13  student's placement in GNETS would be inappropriate?

14    A.    No.  Like, you're saying everybody, all the

15  members of the IEP team, says that the least

16  restrictive should be GNETS and then I say no?

17    Q.    Yes, that situation, or if just some members

18  of the IEP team?

19    A.    No, no.  Well, I take that back.  Yes, a

20  parent has been the one to say no, I don't want him

21  going there.  Now, I have had that happen.  And then

22  sometimes they still came because we invite them to

23  come walk through.

24         We invite them to come meet the teachers to

25  try to make them feel better about it, and we really



1  believed in the kid needing the services we provide.

2  Or I know I can think of one out of the ones that

3  didn't.  I don't know what happened with the rest.  But

4  one just took him out and home-schooled him.

5        But that's the only time I ever remember

6  getting in an IEP meeting and someone is just, like,

7  we're pretty much in consensus saying this is what's

8  best to try and that the one or whoever people were

9  like, no, it was the parent.

10      Q.   What have parents said in those kinds of

11  conversations?

12      A.   Well, in a lot of things they say it's the

13  stigma of GNETS.

14        MS. JOHNSON:  I'm going to object to the form

15  of that question.

16  BY MS. ADAMS:

17      Q.   You can answer.

18      A.   Ma'am?

19      Q.   You can answer.

20      A.   Can you ask me again?

21      Q.   So we were talking about when parents are

22  saying that they don't want their student to attend

23  GNETS.  And I was asking you what parents were saying

24  in those conversations.

25        MS. JOHNSON:  Same objection.



1            MR. NGUYEN:  You can answer the question.

2            THE WITNESS:  Okay.  What they communicate to

3    us is like some of the bad things they've heard about

4    GNETS and that because there's this negative stigma on

5    GNETS, or some of them don't want their child -- they

6    have communicated they don't want their child to drive

7    out of the county because we're out of the county,

8    their home county.

9            And then that's really the only two that I can

10   I think of that they've said.  But, again, we'll try to

11   tell them to come see that we're different, basically.

12   BY MS. ADAMS:

13       Q.   How far do some families have to drive in

14   order to get their student to the Waycross or Camden

15   site?

16       A.   I believe that our furthest county is Charlton

17   County.  I can't remember if that is -- it's between

18   them.  I know that Charlton is close to -- it's an hour

19   away almost, I think.  It might be like 45 minutes.

20           But, anyway, that's the furthest, that and

21   maybe Coffee County.  They're about 40 minutes also.

22   So those are our furthest counties.

23       Q.   You mentioned that parents have sometimes

24   talked about the negative stigma of GNETS.  What do you

25   mean about that?



1          MS. JOHNSON:  Object to form.

2          THE WITNESS:  Just it's -- I mean, just like

3    it's a bad -- they'll say it's like a bad thing.  You

4    know, it's not a good thing.

5          I mean, I really don't have any detail on

6    that.  It's just they'll say things about knowing --

7    like, I know in one meeting, in particular, a parent

8    said well, I know so-and-so that comes here.  You know,

9    and I don't give in until you know who that is.

10         But they'll say basically they know who --

11   what kinds of kids come here and they don't, you know,

12   necessarily want their child around that.  And, you

13   know, sometimes their child is doing the same behavior,

14   you know.

15         But, I mean, that's just been what's been

16   said.  But, like I said, we always try to be positive

17   and encouraging about it.

18   BY MS. ADAMS:

19     Q.   You mentioned that one parent decided to

20   homeschool their child instead of have them come to

21   Harrell.

22     A.   Yeah.

23     Q.   Do you know why that parent made that

24   choice?

25     A.   I'm not sure.  I don't remember it being -- I



1  don't remember there being a conversation about any

2  kind of stigma or anything like that.  I do remember

3  just not wanting them to come, you know.  And I want to

4  think that that's the one they ended up moving.

5        So I don't know if this was the scenario where

6  she was kind of on the fence, regardless or whatever,

7  and just didn't want another change.  But I don't

8  remember the details really, to be honest.  I just know

9  that it wasn't about the stigma of the school.  That

10  one was not.

11        She just was dead set on my kid is not going

12  there.  And then we heard not too long after that -- I

13  mean, it's been a couple of years but that they moved

14  or whatever.  That might not have had anything at all

15  to do with GNETS really.

16  Q.   Do you or anyone on your staff have to approve

17  the decision for a student to be admitted to Harrell?

18  A.   No.  I mean, well, you can't -- a SPED just

19  can't call me and say, hey, I'm sending Sally over

20  tomorrow.  You know, there's procedures that we have,

21  and we have to stick to them and all the checks and

22  balances kind of thing.

23        So I don't know if approve is the word.  I

24  mean, I have to be notified and I have to be a part or

25  one of our centers has to be in the IEP team.  So I



1    don't know if I would use approved, but we have to

2    communicate and be involved in the process for them to

3    be able to come.

4        Q.   Is there anybody that has final say about

5    whether a student can finally come to Harrell?

6        A.   Just the IEP team.

7        Q.   Has Harrell ever declined to accept a

8    student?

9        A.   We send recommendations back, like my wording

10   is actually that this is not -- or there's not

11   sufficient documentation to show that this is the least

12   restrictive environment at this time, you know.

13           And then it might be like, hey, see my

14   recommendations or see my team's recommendations or

15   whatever.  So that's how we do it.

16       Q.   How often does that happen?

17       A.   I'm not sure.

18       Q.   Does it happen every semester?

19       A.   No.  I would say -- I mean, I would say that

20   some years it may be like once a year, or it might be a

21   couple of times that year.  But I don't really have a

22   count.

23       Q.   How often do you receive initial requests from

24   counties to have observation or consultation

25   conversations?



1     A.    I wish I had my chart.  I would think in a
2  year I might have maybe ten would be a safe number to
3  say.  Sometimes less, sometimes more.  You're just
4  saying referrals, right?
5     Q.    (Nodding.)
6     A.    Yeah, I would say that.
7     Q.    Does your program accept or agree to
8  participate in all requests for observations and
9  consultations?
10     A.    Yes.
11     Q.    When was the last time that your program sent
12  a recommendation saying that your recommendation is
13  that the student's least restrictive environment would
14  not be GNETS?
15     A.    I can't remember.
16     Q.    Has it happened this -- I'm sorry.
17     A.    I know last school year.
18     Q.    Do you know how many times it happened last
19  school year?
20     A.    I don't.
21     Q.    Do you know if it's happened this school
22  year?
23     A.    I was trying to think when you asked me that.
24  No, I don't think so.
25     Q.    What percentage of students who have been



1   referred to GNETS have actually been accepted or

2   recommended to be here from your team?

3       A.   I'm not sure.

4       Q.   Would you say it's the majority of students

5   who are referred or actually admitted or placed at

6   Harrell?

7       A.   I would say so because we have a smaller

8   number being referred.  And then the way that our

9   processes are I would say, yeah, majority.

10      Q.   Do you believe that every student currently

11  participating in Harrell GNETS should be participating

12  in GNETS as opposed to being back with their county?

13      A.   Yes.

14      Q.   We've talked a lot about the general process

15  for referring students to Harrell.  Is there a

16  different referral process than the one we've been

17  discussing for students who move to Georgia from a

18  different state?

19      A.   The process is pretty much the same.  They

20  have to send all the documentation.  But some of those

21  might be considered like direct transfers if their last

22  environment was matching up with ours.  Like, if they

23  were at a separate school for behavioral concerns or,

24  you know, whatever, we still communicate back and

25  forth.



1          The SPED directors and myself communicate back

2     and forth just to make sure of what type of school

3     because, you know, an alternative school is also a

4     separate school, but it's not a special therapeutic

5     school necessarily.

6          So we look through the documentation together.

7     They don't just call or email me and, hey, I got a --

8     well, they might try -- I need your documentation,

9     please.  Let's make sure we get this child in the right

10    environment, you know.  But, you know, we have checks

11    and balances on that to.

12         Q.   Is an IEP team still the final decider of

13    whether a student from a different state ends up at

14    Harrell?

15         A.   Yes.  Typically, they have like a transfer

16    meeting when a new kid comes in.  And so the IEP meets

17    on that to Basically they're giving us a heads-up on, I

18    guess, a potential that this child could be.

19         So we have a recommendation -- I mean, not a

20    recommendation, a representative at the meeting.  So if

21    that's what the team decides to continue doing, then we

22    can be there to answer questions.

23         Q.   The IEP team that is involved in the

24    conversation about a student who's moving from a

25    different state, is that IEP team made up of staff from



1  a county in Georgia or are they from the different

2  state that the student is coming from?

3      A.   Typically, I believe that they are from

4  Georgia.  It's the school that they're enrolling in,

5  their staff and then my staff and parents.

6      Q.   Is there a different admissions procedure than

7  the ones we've discussed for students who are from a

8  different part of the state?

9          So not from the counties that normally refer

10 to you but a different part of the state altogether.

11     A.   If they move -- one of the Coastal or the

12 Camden kids that was Coastal transferred to the

13 Waycross site, but they're like an automatic transfer.

14         If they're being served in the GNETS right

15 now, my site, and say they moved to Camden County, it

16 would be an automatic transfer.

17         They could just -- as long as they followed

18 their school's enrollment procedures, I mean their

19 county's enrollment procedures, they can start the next

20 day as long as they have all the paperwork.

21         There doesn't have to necessarily be an IEP

22 meeting.  But I think I've heard of parents requesting

23 an IEP meeting.  I mean, it hasn't happened with us.

24         But I've heard in other conversations that

25 they might request one because they might be trying to,



1   you know, get them in a different setting or something

2   or asking about a different setting potentially, I

3   guess.

4        But that hasn't happened with us.  I haven't

5   had that experience.

6        Q.   If a student was coming from, for example,

7   Atlanta and was being considered to transition to

8   Harrell GNETS, how would that referral process be

9   different from the process that we've been

10  discussing?

11       A.   Are they already a GNETS student -- I mean,

12  started in a GNETS in Atlanta?

13       Q.   Let's first talk about an example where they

14  are not currently a GNETS student in Atlanta.

15       A.   Okay.  So, no, they wouldn't automatically

16  come to my school.  They would have to enroll in their

17  county.  They would have to be in whatever their last

18  setting was, inclusion, self-contained, whatever, in

19  the LEA.  The only way that they can come directly to

20  us is if it said separate school GNETS on their IEP.

21       So for that one, no.  They would have to start

22  in the county.  They would have to do their own data.

23  They would have to -- they can ask us to do observation

24  and recommendations, I mean, strategies and things.

25  But they can't just automatically come.  For a student



1  that was served GNETS there, then they would be a

2  direct transfer.

3      Q.    Okay.

4      A.    And they could start immediately or, you know.

5      Q.    Is there a different admissions procedure than

6  the ones we've been discussing for students who are

7  released from residential treatment?

8      A.    We still follow the paperwork.  Like, if they

9  were served in GNETS first and they moved or they've

10  gone to residential, when they come back or when they

11  enter into another county or one of our counties, they

12  still have to gather all the paperwork and the team

13  meets.

14          That one is not as easy.  I mean, that one is

15  not as cut-and-dry.  It just depends on the certain

16  situation with the child I guess is how I'd answer that

17  one.

18          But it goes back to the county and having an

19  IEP team meeting, unless they left from a GNETS, went

20  to residential, and their last placement in their LEA

21  was GNETS, then they would still come directly to us,

22  you know, if they were at another GNETS.

23          But let's just say they were in the county

24  being served, they went residential, they wouldn't

25  automatically come to our school and then come back.



1   We'd still have to have a meeting and make sure that's

2   the right placement.

3       Q.   Is there a different referral or admissions

4   process for students who have been released from a

5   long-term stay in a hospital?

6       A.   The same thing would happen as I just

7   described at the IEP meeting.  There would have to be a

8   meeting.  All the data, everything about the student,

9   brought to the table and then we'd decide.

10          I mean, generally those do end up coming to us

11  because of their therapeutic need.  But what I've seen

12  over my experience is the ones who maybe do short-term

13  things or maybe just went for like a medication tweak,

14  they don't necessarily -- I mean, they don't

15  automatically come.

16          That was what they needed to get back on

17  track, and then they're, you know, able to stay in

18  their last setting, like self-contained or even some

19  inclusion.  Because I don't believe there is a kid that

20  has some type of emotional issue that needs to leave

21  inclusion or even the self-contained just to come to

22  GNETS just because they had that going.

23      Q.   We've mentioned that Harrell is one of many

24  GNETS programs across the state.

25      A.   Uh-huh.



1      Q.   Let's talk about how the program is

2   structured.  Which counties are currently served by

3   Harrell?

4      A.   We serve Atkinson County, Bacon County,

5   Brantley County, Coffee County, Clinch County, Pierce

6   County, and Ware County.

7      Q.   Do you serve -- I'm sorry.

8      A.   Is that seven or eight?  I think I missed

9   one.

10      Q.   Do you serve Charlton County?

11      A.   Charlton, yes.  Yes.

12      Q.   Do any of those counties have the ability to

13   refer a student to a school-based GNETS site?

14      A.   No, not in our RESA district.

15      Q.   How long has the Waycross site been operating

16   as a Harrell GNETS site?

17      A.   I'm not sure.  I know -- I want to think like

18   three decades, but I'm not a hundred percent sure.

19   It's been a long time.

20      Q.   The Waycross site has always been operating as

21   a Harrell GNETS site as long as you've been at

22   Harrell?

23      A.   Oh, yes, yes.

24      Q.   Prior to 2022 when Camden became another site,

25   had Harrell ever had more than one GNETS site?



1      A.    No.

2      Q.    While you have served as director at Harrell,

3   has your program served any students from a county not

4   included in the counties that we just mentioned?

5      A.    No.

6      Q.    Have there ever been any changes in the

7   counties served by Harrell since you've been

8   director?

9      A.    No.

10     Q.    How many students are currently enrolled in

11  the Harrell GNETS program for the current school

12  year?

13     A.    74.

14     Q.    Is that any different from the number of

15  students who were enrolled at the beginning of the

16  school year?

17     A.    Possibly because we've gained -- I mean, you

18  gain and lose, so the number might be close to the

19  same.  I don't know what was recorded at the very

20  beginning.  But we've received some students and lost

21  some students, so it might be close.

22     Q.    The students who have left the Harrell program

23  since the beginning of this school year, did they

24  transition back to their counties?

25     A.    No.  If they left and moved or -- well, hold



1   on.  Let me think.  I mean, we've have some partial

2   transition.  But, no, the ones that we're not counting

3   on our roster all -- they've moved.

4       Q.   When you say they've moved, do you know if

5   they've moved to other parts the state or to different

6   states?

7       A.   I'm not sure.

8       Q.   How many students did you have at Harrell last

9   school year?

10      A.   I'm not sure of the exact number.  I'd have to

11  see my chart.

12          MS. ADAMS:  I would like the court reporter to

13  mark this next document as Exhibit 767.

14          (Plaintiff Exhibit 767 marked.)

15  BY MS. ADAMS:

16      Q.   You have been handed Exhibit 767.  This

17  document was produced by Harrell to the United States.

18  The internal temporary reference number that we have

19  assigned to this document is Harrell_TEMP_000294.

20          Do you recognize this document?

21      A.   Yes.

22      Q.   What information does this document contain?

23      A.   It gives the enrollment numbers for the

24  last -- or three school years, three school terms.

25      Q.   Did you prepare this document?



1     A.   Yes.

2     Q.   Am I correct that there were 88 students

3   enrolled at Harrell in the 2021/2022 school year?

4     A.   Yes.

5     Q.   And there were 82 students enrolled in the

6   2020/2021 school year?

7     A.   Yes.

8     Q.   And 88 students enrolled in the 2019/2020

9   school year?

10    A.   Yes.

11    Q.   What are the lowest and highest grade levels

12  currently served in the Harrell program?

13    A.   Well, we serve K through 12, but we don't

14  currently have a kindergartner.

15    Q.   What is the most common disability diagnosis

16  for students at Harrell?

17    A.   I mean, I would say EBD and then possibly as a

18  runner-up, autism.

19    Q.   Do you have a sense of what percentage of

20  students at Harrell have EBD as their diagnosis?

21    A.   I don't, no.

22    Q.   What about for autism?

23    A.   No.

24    Q.   Are there any other disability diagnoses

25  prevalent among your current students?



1      A.    I mean, we have others who have, like, OHI.

2  That's typically it.

3      Q.    What is OHI?

4      A.    Other Health Impairment.

5      Q.    Do you believe that Harrell is an appropriate

6  place for students with OHI?

7      A.    I do depending on their behaviors and their

8  data.

9      Q.    Why is GNETS an appropriate placement for

10  students with OHI?

11      A.    It depends on what their needs are, really.

12  It's not blanket for OHI, but I feel like if their

13  behavioral needs and emotional needs just -- they just

14  happen to have an OHI label, then we're appropriate to

15  address their needs.  Then I feel like we're

16  appropriate.

17      Q.    Are there certain situations where a student

18  with an OHI diagnosis may not be appropriately served

19  at a GNETS program?

20      A.    That would be an individual basis based on

21  their individual behaviors and needs.  So it would

22  depend on the individual student.

23      Q.    Do you have any students at Harrell with

24  intellectual disabilities?

25      A.    I want to think that we have one right now.



1    I'm unsure.  I don't want to say because I can't

2    honestly remember if her area is that or not.

3           But she is served on like an adaptive

4    curriculum.  That doesn't necessarily mean that she is,

5    but I can't remember to be honest.

6       Q.   Have you had students with intellectual

7    disabilities at Harrell in the past?

8       A.   I'm not sure.  I want to say no, but I'm

9    unsure.  I don't want to lie.

10      Q.   If a county came to you to discuss a student

11   who had an intellectual disability, are there any

12   particular questions or concerns you might have about

13   having that student at Harrell?

14      A.   Yes.  Again, it depends on their behavior and

15   I guess in their county, what parts of the continuum of

16   services that they have, you know.

17          But I would think that it, again, depended on

18   the individual student.  And then in my head I'm

19   thinking of a student like that being very, very

20   physically aggressive or something along those lines,

21   not just because they're low functioning and, you know,

22   whatever their academic needs are or whatever, or even

23   like social needs.

24          I'm thinking of those kinds that are highly,

25   highly physically aggressive.  If the data supports it,



1  then I would take care of that kid to.  But, naturally,

2  it would be individual, yeah, case-by-case.

3        Yes, I would say -- it just hit me.  I know

4  for a fact at least one.  I served a child with MID in

5  our building.  It just hit me.  I just thought about

6  it.

7     Q.   What is MID, you said?

8     A.   The intellectually disabled.

9     Q.   Is that student still at Harrell?

10    A.   No.  He passed away.

11    Q.   I'm so sorry to hear about that.

12    A.   I thought about somebody else that jogged my

13  memory.  Like, wait a minute, that was his label or his

14  eligibility area.

15        MS. ADAMS:  I would like the court reporter to

16  mark this next document as Exhibit 768.

17        (Plaintiff Exhibit 768 marked.)

18  BY MS. ADAMS:

19    Q.   You have been handed a copy of Plaintiff's

20  Exhibit 768.  This is a copy of an email thread dated

21  December 14, 2018.  The email subject is Re GNETS

22  Enrollment Info.

23        The first page is stamped GA00337967.  Please

24  take a moment to review and let me know when you are

25  finished.



```
 1              (Witness reviewing document.)
 2              THE WITNESS:  Yes.
 3   BY MS. ADAMS:
 4       Q.    Do you recognize this email thread?
 5       A.    Yes.
 6       Q.    The first email from Ms. Cleveland located on
 7   the second page of this document was sent at 11:48 a.m.
 8   Am I correct she provides you Harrell enrollment
 9   numbers reported by you as of December 14, 2018?
10       A.    I don't remember if this was -- she was
11   telling me the numbers, like their numbers that they
12   had for us.  I don't remember if this is like a number
13   I reported actually.
14       Q.    Okay.
15       A.    Because the reason I say that is because what
16   I said at the top asking what the count was for,
17   because there was a fluctuate or whatever.
18              So I don't know if this was a number that I
19   reported or if this was a number that they showed us
20   having through like FTE or whatever through GADOE.
21       Q.    Okay.  So in Ms. Cleveland's email she's
22   providing enrollment numbers that she somehow obtained
23   for Harrell.  And those numbers were current as of
24   December 14, 2018, correct?
25       A.    Yes.
```



1    Q.   And she also provides the fiscal year 2018 FTE

2    count?

3    A.   Uh-huh.

4    Q.   What is FTE?

5    A.   That is the funding -- oh, gosh.  Every

6    student is counted under FTE, and that's how they earn

7    their funding.  So the FTE count would have been what

8    the county reported is how I'm thinking what GADOE is

9    showing possibly.

10   Q.   As in the number of students for that fiscal

11   year?

12   A.   Yes.

13   Q.   Am I correct that in her email Ms. Cleveland

14   tells you that the difference between the Harrell

15   enrollment as of December 14, 2018, and the FY2018 FTE

16   count is 29 students?

17   A.   Yes.

18   Q.   And she tells you that she needs to know who

19   the students are that transitioned back and what

20   services they are currently receiving and the

21   location?

22   A.   Right.

23   Q.   Am I correct that, in your response to her at

24   11:53 a.m., you tell Ms. Cleveland that Harrell

25   enrollment fluctuates so much?  That's on the top of



1   the second page.

2         A.   Oh, yes, yes.

3         Q.   What did you mean when you said the enrollment

4   fluctuated?

5         A.   Well, I was confused obviously.  Well, I was

6   confused because FY18 count, when it was counted,

7   because of the difference.  Because I'm usually not off

8   on differences.

9              And FY18 would actually be the 17/18 year, and

10  this number reported 12/14/18 is actually FY19.  So

11  that's kind of confusing unless she's calling that --

12  anyway, what was your question?  I'm sorry, I'm

13  thinking outloud.

14        Q.   That's okay.  I was wondering what you meant

15  by the enrollment fluctuating.

16        A.   I know that depending on when it's collected

17  or whatever, counted, we have students who either have

18  left or haven't enrolled yet or have moved or have

19  transitioned out.  I mean, there's all kinds of

20  different ways.

21             And for there to be that big of a number, from

22  what I can remember, I just would have questioned why

23  it's that big of a difference.  But I don't know the

24  rest of it.  I don't remember the rest of it to know

25  where it went from there.



1          But fluctuating means that we change

2    enrollment.  Like kids come, kids go, move in, move

3    out, and transition so...

4          Q.   In Ms. Cleveland's email she mentioned that

5    she wanted to know if there were students who were

6    transitioning back.  How common is it for students to

7    leave Harrell GNETS and then return to Harrell GNETS at

8    some other point?

9          A.   We've probably only had a -- you mean leaving

10   my site and then leaving and then coming back to my

11   site?

12         Q.   Yes.

13         A.   Because they moved or because they

14   transitioned out?

15         Q.   For any reason.

16         A.   Any reason.  Okay.  I've only had a handful

17   possibly that have, like, left or moved and then they

18   moved back to Waycross.  I have had only -- well, only

19   a few to attempt transition, and it didn't work and

20   they came back over the last couple of years.

21         I can think -- in my building right now, I can

22   think of maybe only two, you know, that have tried to

23   transition and they wanted to come back.  They were,

24   like, I can't do this, I don't want to do this, or they

25   showed out and we got down to the bottom of it.  It was



1   that they can't do it or they don't want to do it.

2          But there's more that have, like, left and

3   moved and come back.  And that happens too, you know.

4      Q.   Is transportation provided for students

5   attending Harrell?

6      A.   Yes.

7      Q.   Who provides the transportation?

8      A.   Each county transports their own kids, and we

9   do have some car riders.

10     Q.   Who pays for the transportation?

11     A.   Each LEA pays for it.

12     Q.   We talked a little bit about the counties that

13  are served by Harrell that are furthest away from

14  either the Camden or the Waycross site.

15         What is the typical length of transportation

16  for students participating in your program?

17     A.   Like one-way I would think maybe an hour tops.

18  Is that what you mean, like the time?

19     Q.   (Nodding head.)

20     A.   Okay.  I think it takes Ms. Trull about an

21  hour to get from Charlton.  She's the bus driver for

22  Charlton County.  It takes her typically an hour.

23     Q.   Do any of the transportation routes require

24  students to transfer from one bus or one vehicle to

25  another to get to their final destination?



1        A.    To my knowledge, only one county does that

2   where they have to meet another bus and get on.  I

3   think only one county does that.

4        Q.    Which county?

5        A.    Brantley, because the students are spread out

6   all over the county, and they live way out in the

7   country or one lives in town.  So I think they do it

8   that way there.  That's the only county that I remember

9   being told really that ever does that.

10       Q.    What is the approximate length of time that

11  that total trip takes for the students in Brantley

12  County?

13       A.    I'm not sure.

14       Q.    Is it more than an hour?

15       A.    I'm not sure because it's I think 25 minutes

16  to Nahunta, which is where like the center, the main

17  town is.  But I'm not sure past that.  I know it takes

18  25 minutes to get from Waycross to there, so I would be

19  assuming yes, maybe, but I'm not sure.

20       Q.    Do you have any groups of students at Harrell

21  who arrive later than the official school start time on

22  a regular basis?

23       A.    This year Brantley but it's because --

24  normally it's not but it's because of drivers.  You

25  know, it's within their transportation department --



 1  nothing to do with us or the students -- but something

 2  with their drivers maybe.  Missing drivers -- or, I

 3  mean, not missing drivers but lack of drivers.  I think

 4  they're having to pick up other people's routes.

 5      Q.   Do you have any groups of students in your

 6  program who leave earlier than the official end time on

 7  a regular basis?

 8      A.   No.

 9      Q.   Does Harrell keep attendance records of which

10  students attend Harrell each day?

11      A.   Yes.

12      Q.   Who collects that?

13      A.   Teachers put it into our student information

14  system.  And the secretary, my Harrell secretary, she

15  reports that out to each school.  There's one school

16  contact.  Each county has one school contact per

17  school.

18          So she sends attendance out to them.  Excuse

19  me, she sends out absences.  So they are to assume that

20  they are present, and she reports absences to those

21  schools.

22      Q.   Returning to what we were discussing a little

23  bit earlier in terms of transportation, you mentioned

24  that due to a lack of drivers in Brantley County

25  there's been a group of students who arrive to Harrell



1  later than the official start time on a regular basis.

2          How much later do students arrive after the

3  official school start time?

4      A.   It's about probably only like 10, 15 minutes

5  if it's different days.  And that's only been going on

6  the last -- well, just right before Christmas break,

7  but it's about 10, 15 minutes.

8      Q.   Going back to attendance records, you

9  mentioned that your secretary sends absences to the

10 various counties where the students are -- the counties

11 where the students were coming from.

12         Does your secretary share those attendance

13 records with anybody else?

14     A.   No.

15     Q.   Does anyone review that attendance data?

16     A.   Yes.

17     Q.   Who does?

18     A.   Well, we keep up with it.  But the counties,

19 they follow their policy about attendance and things

20 like that.  So if they have a policy that after the 5th

21 absence or unexcused or something, we try to follow

22 through with that.

23         And they'll let us know sometimes -- some

24 counties let us know and we'll talk to the parent

25 because we can get the parent on the phone, whereas



1    they won't answer their phone calls.

2            Or some counties take care of it themselves,

3    but we just make sure they have the data they need, you

4    know, the attendance or whatever and they reach out.

5    And then any, like, letters that need to go home or

6    whatever paperwork, they can email it to us or they can

7    send it on the bus if it's confidential or send it to

8    the portal and then we'll send it out.

9        Q.   What's the portal?

10       A.   The Georgia Department of Education has a

11   secure portal where you send -- like, if I wanted to

12   send something to you with my Social Security number on

13   it, I would send it through there and it's secure

14   instead of, like, through email or something.

15       Q.   Do you discuss Harrell attendance data with

16   anyone?

17       A.   Only the certain schools or the parent.

18       Q.   For a student to be in attendance on a given

19   school day, what proportion of the school day must they

20   be present?

21       A.   We follow the policies of the counties, and I

22   believe if they check out before 11:00, they're absent.

23   I'm pretty sure all counties are that way.  So it's got

24   to be the majority of the school day.

25       Q.   What is your average daily attendance rate



1   approximately?

2        A.    Oh, I would say high 90s.  I mean, they're

3   rarely absent.

4        Q.    Are students ever asked to stay home or are

5   students ever sent home due to their behavior?

6        A.    If they've been -- if they have an OSS day

7   they're sent home.  Now, if someone has to come for

8   like a major crisis, an emotional crisis, they will go

9   home with their parent sometimes.  But it's not that

10  we're making them go home.  It's if the parent was

11  there.

12        And it would probably just be in the best

13  interest of the child, you know, because it reached

14  that level of emotional, you know, emotionality that

15  they're exhausted or they can't come down or, you know,

16  they're nauseous now or whatever or just can't get

17  themselves together, they'll go home.

18        But we don't just send them home, you know,

19  unless it's for a consequence.  And then we don't do

20  OSS much, sending them home either, because we try to

21  take care of everything in our building and keep them

22  in school.  So that has to be something pretty rough,

23  pretty bad.

24        Q.    When you say OSS, you're referring to

25  out-of-school suspension?



1    A.   Yes, ma'am.

2    Q.   How often do students receive out-of-school

3  suspensions?

4    A.   Very rarely.

5    Q.   Have any students received an out-of-school

6  suspension this school year?

7    A.   Yes.

8    Q.   How many?

9    A.   I'm not sure of the number.  Review --

10   Q.   I'm sorry.

11   A.   I'm sorry.

12   Q.   Is it more than five different students?

13   A.   No, no.

14   Q.   You mentioned that sometimes students will go

15 home because they're having an emotional crisis and

16 sometimes their parents will be there.

17        Why might a parent already be on campus when a

18 student is having an emotional crisis?

19   A.   They were called in.  We call them in.  Not

20 for everything, but if it's reaching a certain level or

21 if they're maybe having like suicidal comments or

22 making suicidal comments or threatening harm to others

23 and, you know, we just can't bring them down.

24        But more so when it's more of like a

25 suicidal-type thing or either trying to harm themselves



1  or talking about harming themselves, we immediately

2  call parents and let them know.

3        And I would say the only other reason that we

4  send them away from our campus is if they're going to

5  the hospital for an evaluation.  Like, if our threat

6  assessment shows that they kind of -- I don't like to

7  say that in this way, but kind of score out, like, you

8  know, you have a plan.  You've told us all these

9  details.  We need you to go get checked out.

10        We'll send you away that way too.  But our

11  center always follows the parent to the ER with the

12  paperwork and makes sure they're all set before they

13  leave.

14     Q.    How often do students have emotional crises

15  that result in them leaving the campus during a school

16  day?

17     A.    Very few.  It's not very often at all.

18     Q.    Has that happened this school year?

19     A.    Yes.

20     Q.    How many different students did that happen

21  to?

22     A.    I would say this school year so far less than

23  five.

24     Q.    How many of those students were taken to the

25  hospital?



1       A.    At least half.  I'm trying to think.  I mean,
2   that would be pretty accurate.
3       Q.    For students who are given out-of-school
4   suspension, what kind of behavior would lead to them
5   receiving out-of-school suspension?
6       A.    That is reserved for people who -- students
7   who, like, physically assault somebody purposely, like
8   physically attack the teacher or has a history of
9   fighting, not on the first fight.  Like, if they get in
10  a fight with another peer, not the first one.
11          But if it's like being kind of chronic, you
12  know, the third or fourth time you do that, that would
13  result in that.  But we try not to suspend our students
14  at all.  It just has to be to that -- like a
15  next-level-type thing.  And we don't have very many
16  that do those kinds of things.
17          Now, I will say that, like, if we ever -- we
18  haven't had a lot of drug or vaping and smoking and
19  things like that.  If we have stuff like that, we've
20  had very little, a few things happen that way.  But we
21  always refer to the county for those type of things,
22  like we try to align with their procedures for handling
23  that type of behavior.
24          And so that would be the only reason that we
25  might do an OSS if that's the county policy and that's



1   what they told us to do.  Because I always consult with

2   them about behaviors that are, like, extreme, those

3   type of things.

4       Q.   When you say that a student could receive an

5   out-of-school suspension for physically assaulting

6   someone on purpose, how does Harrell determine whether

7   a student physically assaults someone on purpose?

8       A.   Oh, I was going somewhere with that, I'm

9   sorry.  Yeah, I mean, that's just like walking up to

10  you and like a punch in the face or, you know, pushing

11  a staff member down, kicking them or whatever.  Because

12  some of our kids do hit us when they're in an emotional

13  state, and it's not on purpose.  They're not coming

14  after you.

15          I mean, I've been elbowed in the eye here

16  before, and I did not suspend that child because I

17  just -- I was probably to close.  I can't remember the

18  details, but I just remember me getting elbowed.  And I

19  was not about to suspend them and put an OSS on the

20  record because I know he did not mean to do that.  He

21  was in an episode, you know.

22          Or if two students are fighting each other.

23  And it's the first time they're fighting, and I jump in

24  trying to split them up and I get hit.  You know, they

25  technically hit an adult but not on purpose.



1           So we try to do that because they get in their
2    emotions.  That's why they're there.  And we try to
3    only assign the consequences to something that you're
4    making a conscious choice, I'm going to walk up to you
5    and do something to you.  So we try to keep it even
6    like that or clear, not even.
7           Q.   You mentioned that there was at least one
8    student who received an out-of-school suspension I
9    believe you said this school year.  Do you remember the
10   reason why the student received the out-of-school
11   suspension?
12          A.   It was for fighting, but he had been kind
13   of -- I can't think of another word.  It's not chronic.
14   Chronic means like all the time.  But he had picked
15   fights and done it several, several times and so that
16   was like, you know, that's why he got that.
17          Q.   Are there any other examples of students who
18   received out-of-school suspension for the school year
19   where you remember the reason for the suspension?
20          A.   It's pretty much only when they're physically
21   assaulting someone.  I don't think there's anything
22   else.
23          Q.   When a student leaves school during the school
24   day, either for an emotional crisis or some other
25   reason, is that departure always reflected in the



1   attendance record?

2       A.   Yes.

3       Q.   How is --

4       A.   Well, let me take that back.  It might not

5   necessarily go into our student information attendance

6   system, but we have a contact log and we note it there.

7   It's noted that they left and why they left.

8            But our system that we use, it's not very

9   friendly as far as like comments.  You can't -- it's

10  not easy to put in comments so we keep it in a separate

11  spot.  But we notate for every kid when we have to

12  contact the parent, in general what it was about, and

13  then, like, if they left early and why we put a little

14  code there.

15      Q.   This contact log that you're mentioning, is

16  that something that you send to the counties?

17      A.   No, it's in-house, I mean, unless they request

18  it.  Like, why was Johnny absent or what happened with

19  Johnny.  We can always refer back.

20           Or if they get a call, well the teacher told

21  Johnny he could bring his, you know, pet dog to school,

22  we're, like, no, she didn't, and then we can go back.

23  Well, let me look on February 1st, go in there and

24  look.  Maybe she did, you know, just to verify things.

25  But, no, we don't send that anywhere.



1    Q.   So, for example, if a student went home early

2    from school because of an emotional crisis on, say

3    today, the Harrell staff would note that in the contact

4    log, but the county would assume that that student was

5    present for the full school day?

6    A.   No.  In that case if they left early, they're

7    either going to be considered absent or left early.

8    But present, we would let them know.  We let the

9    counties know that.  We do let them know that.

10    Q.   Okay.  But it's not through the official

11    attendance record that you have it.  It's some other

12    way?

13    A.   Well, we still email it, but I was just saying

14    that it's not in our attendance program that they --

15    which they don't log into that either.  That's why we

16    have to email.  It's like a separate student

17    information system just for our school.

18         So we don't necessarily put it in that every

19    time because of its own glitches but we report it out,

20    yes, because it would change their attendance.  Like,

21    if they left before 11:00, they would technically be

22    absent, but we want them to know why so there's a

23    record.

24    Q.   Do your attendance rates affect funding that

25    you receive in any way?



1      A.   I don't think so.

2      Q.   Are students ever asked to stay home or are

3   students ever sent home due to lack of staff?

4      A.   Never until COVID.  We did send students -- I

5   can't remember -- I don't think they made it.  So I

6   think we basically said -- like, our whole hospital

7   team had COVID one time.  So we had to say that we

8   would -- that those students would not be

9   transitioned -- not transition -- transported and that

10  we would provide, you know, work or online work.

11          Because we had it set up where with all that

12  going on, we had it set up where they were receiving

13  instruction even when they were not on campus because

14  we didn't want them to lose.

15          But that's been the only time because we have

16  substitutes.  I mean, they're far and few between, but

17  we have substitutes that come in or we have staff we

18  can kind of move around to compensate so that

19  instruction continues.

20          MS. ADAMS:  Okay.  We can go off the record.

21          THE VIDEOGRAPHER:  Going off video record at

22  2:38 p.m.

23          (Recess.)

24          THE VIDEOGRAPHER:  We are now back on video

25  record 2:49 p.m.



1  BY MS. ADAMS:

2      Q.   Ms. Livingston, from your experience of

3  Harrell, what is the shortest length of stay that

4  you've seen from the time a student begins receiving

5  GNETS services to the time that they are fully

6  transitioned back into a general education

7  environment?

8      A.   What has been the shortest?

9      Q.   (Nodding head.)

10     A.   I'm not sure.

11     Q.   Do you have an approximate sense?

12     A.   I'd feel comfortable saying like one school

13  year.  So, like, two semesters.

14     Q.   What is the longest length of stay that you've

15  seen from the time the student begins receiving GNETS

16  services to when they are fully transitioned back to a

17  general education environment?

18     A.   I would have to answer probably one of my

19  seniors right now.  He's been there since I've come.

20  But he's one of ours that doesn't -- like won't

21  transition.  So he didn't transition.  He's just still

22  there.

23          You asked about transition.  I don't know.

24  Would that be my answer?  Because he's not necessarily

25  transitioning, but he doesn't -- we have discussed



1    transition and we have encouraged transition, but he's
2    still there.  So he will be the longest.  So that's
3    been -- this is the seventh year.
4        Q.   Since 2017?
5        A.   Uh-huh.
6        Q.   What about the longest length of stay for a
7    student who actually has fully transitioned back to a
8    general education program?
9        A.   Let's see.  Probably -- approximately maybe,
10   like, maybe five semesters.  We look at -- I'm saying
11   semesters because we look at them after semesters.  So
12   we look at them the second semester -- I mean, after
13   the first semester and after the second semester, more
14   so my older ones.  Yeah, that's probably the longest.
15       Q.   You mentioned that you have a student who is
16   currently a senior and has been at Harrell since 2017.
17            How many students are there at Harrell who
18   have gotten to the GNETS program at some point since
19   you've been director and are still currently there now?
20       A.   Oh, I don't know.  I'm unsure of a specific
21   number.  Just in attendance, I mean.
22       Q.   Do you think it's more than five students?
23       A.   Oh, yeah.  There's more than five.  Now, like
24   without transitioning at all or have we tried?  Because
25   I have some that we've tried and --



1     Q.   If you could --

2     A.   -- they might have come back or whatever.

3     Q.   Yes, I'm thinking inclusive of students who

4   have left and come back as well.

5     A.   Okay.  I would say a little less than half.

6     Q.   And you currently have about 70 students, so a

7   little bit less than 70?

8     A.   Yeah, I mean, half.

9     Q.   I'm sorry a little bit less.  Half of 70.

10         Okay.  For the students who have been at

11   Harrell for an extended period of time, are there

12   specific resources or supports that are committed to

13   those particular students that help them transition out

14   of GNETS?

15     A.   Our biggest focus is like the counseling and

16   then their scheduled counseling sessions throughout the

17   day -- I mean throughout the week.  And then we have

18   outside agency counseling on top of that that's more

19   intensive or -- yeah, I guess that's the word.

20         And then just the relationships that they've

21   built in our building because I know there's been a

22   couple that I've encouraged.  Like, I brought up the

23   idea, like, hey, don't you want to transition?  Don't

24   you want to go?  We can even start with basketball or,

25   you know, start with something they like.



 1            Definitely if they are one of those that wants
 2    to hang around and it's getting close to high school,
 3    I'm, like, listen we need to try a class.  You know, I
 4    want to push them to do that.
 5            But they get there, I mean, and they -- I
 6    mean, it's mostly the kids, but parents, to when they
 7    get there they don't want to leave, you know.  So we
 8    try to encourage them to go out.  Did that answer your
 9    question?
10       Q.   Yes, thank you.
11       A.   Okay.  I lost track.
12       Q.   Do you review data regarding the average
13    length of time that students are enrolled in Harrell?
14       A.   I have.  We've looked at every student.  I
15    want to think it was two years ago I looked at every
16    file.  I looked at every file.  I looked at the reason
17    they came in.
18            I looked at the dates they came to us, their
19    enrollment date.  I looked at their FBAs, their BIPs,
20    their IEPs.  And it took a couple of months to look at
21    all of that.  So I do periodically, yeah, review that.
22       Q.   Who collects this data?
23       A.   I mean, it's just data in our school that's
24    collected all along.
25       Q.   So various GNETS staff collect the data?



1        A.    Yeah.

2        Q.    And you said you looked at that data about two

3    years ago.  Have you looked at it since then?

4        A.    Not in that manner.  Not in that capacity.  I

5    mean, I dug through every file.  But we look at data on

6    the students every nine weeks and then every semester.

7    We do what we call data triangulation.  And at the end

8    of each nine weeks, we do data triangulation.

9            So we'll do it with the elementary teachers,

10   and we look at every elementary kid.  We look at their

11   academics, their behavior, what other services they're

12   getting.

13           And then our behavior specialist or counselor,

14   whichever one, reports on their sessions like themes,

15   not "detail" details.  But, anyway, we just look at

16   every kid that way after each nine weeks.

17       Q.    We've talked about the shortest length of time

18   that a student is at Harrell and the longest.  Do you

19   have a sense of the average length of time that a

20   student is enrolled at Harrell?

21       A.    I'm not sure.

22       Q.    Do you have an approximate sense?

23       A.    I'm not sure because we have some that have

24   been there a while and then we have some that have not.

25   So I don't know.  I'm not sure.



1    Q.    Would you say it's over one year?

2    A.    Yes, I would say over one year.

3    Q.    Would you say it's more than three years?

4    A.    Overall, I'm not sure.

5         MS. ADAMS:  I'm going to hand the court

6    reporter what was previously marked as Plaintiff's

7    Exhibit 82.

8         (Plaintiff Exhibit 82 marked.)

9    BY MS. ADAMS:

10   Q.    You have been handed Plaintiff's Exhibit 82.

11   The top of the document is titled 160-4-7-.15, Georgia

12   Network for Educational and Therapeutic Support GNETS.

13        Do you recognize this document as the 2017

14   GNETS rule issued by GADOE?

15   A.    Yes.

16   Q.    Are you familiar with that document?

17   A.    Yes.

18   Q.    How are you familiar with that document?

19   A.    This is the rule that I was referencing

20   earlier that kind of guides, you know, or should guide

21   how we function as a GNETS and with our LEAs.

22   Q.    Have you received any training on it?

23   A.    It's been presented to us.  I wouldn't call it

24   training.

25   Q.    Who has presented the rule to you?



1      A.   I mean, it's been discussed in our GNETS
2  directors' meetings.
3      Q.   Who has discussed it with you?
4      A.   I would say Vickie and then the other
5  directors that were before me -- or, I mean, not before
6  me but, like, I know when I first came on, I had, like,
7  a mentor, GNETS director kind of person or a friend,
8  new friend, and we would talk about stuff, or in the
9  directors' meeting, like, Vickie might reference it or
10  whatever.  So I'm aware.
11      Q.   How often is the GNETS rule discussed with
12  you?
13      A.   Not very often.  It's just like it's there and
14  use it as a guideline.
15      Q.   Do you have any written guidance or manuals
16  about the GNETS rule?
17      A.   I'm unsure.  I don't know that there's a
18  manual, no.  And this is the guidance, so I don't think
19  there is guidance about this.  So I'm comfortable
20  saying no.
21      Q.   Let's turn to the bottom of the second page
22  and look at Provision 2(f).  Do you see that?
23      A.   Uh-huh.
24      Q.   It states, "The IEP team will assess at least
25  annually whether the student with disabilities is ready



1  to transition to a less restrictive setting.

2  Progress-monitoring data aligned with IEP goals should

3  be reviewed to determine if the student is ready to

4  receive a free appropriate education in a lesser

5  restrictive environment."

6         Is that correct?

7    A.   Yes.

8    Q.   Are you familiar with this provision?

9    A.   Yes.

10   Q.   How is this provision relevant to your role at

11 Harrell?

12   A.   I mean, this is done every time -- I mean,

13 every year they have their IEP meeting, you know, it's

14 brought up in some way, either by my staff and

15 sometimes the student.

16         I've been in a meeting before with a student

17 that blew us all away, you know, and we didn't know he

18 was going to bring it up.  We were like "hey."  And

19 then the parents bring it up sometimes.

20         So it's just whoever -- I mean, we always

21 address it, but it just depends on, I guess, the

22 opinions in the group whether it moves forward or not.

23   Q.   What is Harrell's goal with respect to exiting

24 students from GNETS?

25   A.   Our goal is to help fix where they're broken,



1  you know, give them the supports to make it out there

2  with GNETS peers or just a bigger group of, you know,

3  more than ten people.

4         Self-control, a growth mindset, and we want to

5  transition out as many kids as we can.  And we'll

6  even -- not that we have to.  I'm just saying I don't

7  mind being the bad guy or being the one that the --

8  whoever is mad in the meeting, if I want to stand up

9  for the kid, you know.

10         So I feel like that's our end goal, and we

11  don't roll them out like I would like to, to be honest.

12  But that's our end goal is for every one who -- every

13  one of them who can go out there and try it, try it.

14  Who can go out and be successful long-term that's what

15  we want too.

16     Q.   You said you don't roll them out like you

17  would like to.  What do you mean by that?  What keeps

18  you from being able to roll them out like you would

19  like to?

20     A.   It's more the student.  I mean, like I say

21  some of those we almost have more confidence in them

22  than they do sometimes.  Like, the ones who don't want

23  to leave or, you know, don't want to go transition, I

24  would like, you know, for those you can do this.  I

25  know that you can do this more than you can, or I feel



1    like you can do it more than you can.

2           Those are the ones that you want to just, you

3    know, go.  Go do it.  But we would like to see more is

4    what I meant by that rolling out.  I would like to see

5    more of them go than what we have actually, the numbers

6    going or at least going to try it.  But a lot of the

7    kids are a lot of the reason they're held back, not the

8    adults, if that makes sense.

9        Q.   Is there a goal for how long students stay at

10   Harrell?

11       A.   No.

12       Q.   Does Harrell conduct any analysis about

13   whether its goal for -- does Harrell conduct any

14   analysis about whether its goal for exiting students is

15   met?

16       A.   I mean, we really don't have like a goal to be

17   able to analyze.  I mean, like, our goal is kind of up

18   in the air.  We want as many of y'all to go as we can,

19   but we don't have a goal like we want to have 12 people

20   exiting this year and then look at it and did we meet

21   it, you know.  So I don't think we can look at it in

22   that manner.

23       Q.   Are there students who spend their entire

24   academic career at Harrell?

25       A.   I'm unsure about that because even the one I



1   told you that was there since I've been there, I don't

2   know when -- off the top, I don't know when he started.

3   So I'm not sure.

4       Q.   Are there students who spend a large portion

5   of their academic career at Harrell?

6       A.   Yes.

7       Q.   Does Harrell currently have any standardized

8   exit or transition criteria?

9       A.   No.  It's all their IEP goals and then the

10  other stuff I've talked about that's kind of -- we look

11  at IEP goals.  That's kind of the standard criteria.

12  But then we also factor in their wants and needs and

13  perceptions and emotions about it all to, which is --

14  that's the hard part.

15      Q.   Are you familiar with the Georgia Milestone?

16      A.   Yes.

17      Q.   What is that?

18      A.   That's the state assessment, end-of-course or

19  end-of-grade assessment.

20      Q.   Are you familiar with the Georgia Alternate

21  Assessment or GAA?

22      A.   Yes.

23      Q.   What is that?

24      A.   That is the assessment for students on an

25  adaptive curriculum.



1    Q.   Does exit criteria differ for students who are
2    GAA students or Milestone students?
3    A.   Typically not.  They're still the IEP goals.
4    Q.   You said typically.  Are there any
5    circumstances where exit criteria might differ for
6    either of those categories?
7    A.   The only thing I can I think of is just some
8    of our nonverbal autistic students who were physically
9    aggressive, you know, they might be meeting their goal
10   that's on paper but -- I don't know how to say it.
11        They look like they're meeting their goals,
12   but they still cannot maintain in a group bigger than
13   like four students or something like that.  So it's
14   like -- it does sound very contradictory.
15        You know, they're meeting their goals, their
16   IEP goals, but they're meeting it because they're in
17   the environment that's suitable for them, if that makes
18   sense.  So, yeah, a little bit of it is different, I
19   guess.  It looks different.
20   Q.   Should the IEP goals for those students that
21   you're referring to include goals that allow them to
22   maintain outside of the environment at Harrell?
23   A.   I'm not sure about that because then how would
24   we monitor them, you know.  Or you mean like -- do you
25   mean setting a goal, like that is your goal to be -- or



1  are you saying to set a goal that's going to be

2  accomplished in that setting.

3        Q.   (Nodding.)

4        A.   I don't think we would be able to do that

5  because they're not in that setting.

6        Q.   I'm trying to understand a bit how Harrell

7  staff supports a student who is like you described,

8  nonverbal, has autism, and is meeting their IEP goals,

9  but there might be something else that's making it

10  difficult for them to transition.

11        How do you support that student in achieving

12  all of their goals so that they can actually

13  transition?

14        A.   Well, the student I thought about when I

15  was -- or the couple that I was thinking about when I

16  was saying that, those are actually like the goals they

17  come in or they came in with because they're recent.

18        And we don't change goals when they come in

19  because those were the issues when they were out there.

20  So when they come in, that's when we're seeing they

21  receive the supports like the one-on-one, the tailored

22  instruction, the behavioral support, the smaller

23  classroom environment.

24        All of that is kind of contributing to --

25  contributing to their success.  But now if we were to



1   send them back where they just came from, they would

2   not -- most likely not be meeting those goals.  Well,

3   to add to that, which eventually is taken care of

4   because their goals are changed when they have another

5   meeting.  I mean, we don't just let them sit with the

6   same goals.

7          So if they are meeting those goals, then like

8   midterm when we've had them, there's no certain amount

9   of weeks, I mean, we need to have had them at least

10  like a semester to know what they're doing I would say

11  at least.  There's no hard number.

12         But at least get to know them.  And if they're

13  meeting their goals, okay, then what goals are they not

14  meeting or do they need new goals.  Then we'll amend

15  the IEP, change the IEP and add different goals.

16     Q.   How are the IEP goals communicated to

17  students?

18     A.   To students?  Verbally.  We have behavior --

19  we have academic and behavior conferences at the end

20  of -- we have them at the end of each nine weeks for

21  the data triangulation.  Sometimes it's not at the

22  exact timeline because their IEP might come up at a

23  different time in the end of the nine weeks.

24         You might have a September IEP -- I mean, I'm

25  sorry, you might have, yeah, a September IEP, so you're



1   talking about their goals with them before the end of

2   the nine weeks which is, you know, later.

3          But we have during the data triangulation like

4   a window that we have teachers meet with students and

5   talk about, you know, this is your behavior goal and

6   your IEP.  We'll teach them -- the little ones we teach

7   them what the IEP is, what the behavior goal is, what

8   does this mean.

9          And then so they typically talk about the

10  behavior goal.  And then, okay, what do you think you

11  can do to meet this goal?  What do you think or what do

12  you think you do not need to do to meet this goal,

13  whatever the case is.

14         And then they also do that with academics.

15  They sit them down, this is your academic goal.  You're

16  only reading 12 words correctly per minute.  We want

17  you to read, you know, 28, and ask them, you know, how

18  they feel about that because we're trying to be

19  therapeutic.  How do you feel about that?  What do you

20  think you can do to do this?

21         And then you kind of set this plan together.

22  That's just how we cover our IEP goals instead of

23  here's your IEP and you're in second grade, you know.

24  But we do that for high schoolers, too, all the way

25  up.



1        Q.    When an IEP team meets and decides that the

2    IEP goals need to be updated, are there any other exit

3    criteria that are also updated?

4        A.    The IEP goals are basically the exit criteria.

5    Now, we add other information in like the things I was

6    talking to you about like their emotional state or, you

7    know.  Like, I'll tell you one thing that we don't put

8    as a goal is, like, a goal not to say you're going to

9    kill yourself.  You know what I mean.  And a lot of our

10   kids do say things like that.

11          So that might be something that's mentioned in

12   the -- I don't know where.  You know, they might put in

13   the impact statement of the IEP.  But they put it in

14   the IEP somewhere so that it's there.

15          And if he just up and moves to California

16   tomorrow, they'll know the whole kid is how my people

17   write their IEPs.  But things like that wouldn't be an

18   IEP goal.

19          And if you're continuously saying that, we can

20   word something in the goal like, you know,

21   inappropriate comments.  But somewhere in there it

22   needs to be specific, and I don't ever want that to be

23   an IEP goal.

24          So that needs to be considered.  That would be

25   the only other thing that I would think, outside of our



 1  normal IEP criteria, that we would consider that I can
 2  think of right now.
 3      Q.   Could you envision a situation where a student
 4  has completed all of their IEP goals but is still
 5  expressing or experiencing some kind of suicidal
 6  ideation that prevents you from feeling comfortable
 7  from recommending that they transition?
 8      A.   We've had the situation like that.  And that
 9  just means that my teachers aren't -- well, they are
10  writing a good IEP but, obviously, we need to hone in
11  on something a little bit different or word it
12  differently, like I said, so we could -- that they can
13  kind of meet their goal without saying such a harsh
14  thing.
15           So we would just have to reword or, you know,
16  create a new goal basically.  Because, obviously, if
17  they're meeting all that, then you would think if
18  everything was good and they're meeting their goals,
19  they wouldn't be in the state of mind to say those
20  kinds of things anymore, but then we wouldn't feel
21  comfortable sending them off still in that state of
22  mind.
23           So it really just boils down to, you know,
24  writing an appropriate goal to fit.  That one is just a
25  hard one.  That is probably the hardest one is the



1   suicidal-type thing.  Because you can say threats and
2   things like that but to yourself.  Anyway, sorry, I ran
3   around the block on that one.
4       Q.   When was the last time that that kind of
5   situation happened?
6       A.   When they were meeting their goals and then
7   still had that?
8       Q.   (Nodding head.)
9       A.   Well, I think we had a situation last year
10  where the student, he was actually transitioning and --
11  no, it was not that, meaning 2022.  We were going to
12  transition him.  He had two classes at the high school.
13  We were going to transition him full time.  Like, he
14  was great, he's smart, he's been showing much -- I
15  mean, very much improvement, being responsible.
16          And he had something traumatic happen with his
17  mom going into the hospital, and we ended up having to
18  back off because he said I'm not doing it.  Like, he
19  was going to go all the way back.  And he's, like, I'm
20  not going to high school.
21          I'm, like, yes, you've got to.  You cannot go
22  backwards kind of thing.  Okay.  So that was the
23  situation where we backed off of that because
24  everything looked great.  But he sabotaged himself,
25  basically, self-sabotage.



1         But we figured out why because he was having

2    this happen at home, and it just sent him back

3    emotionally to.  So that was the latest scenario, so we

4    just kept him at two classes.  We talked him into

5    keeping two classes instead of going to four.

6         So our plan is for him to start back full time

7    next year in the fall, but that was all circumstantial.

8    That was just -- had that not happened with his mom, he

9    probably would be full-time at the high school right

10   now, you know.  But it got pretty bad there.

11       Q.   Are there any other examples that you can

12   think of where that kind of situation happened?

13       A.   Not right off.  Sometimes it's just in them

14   like not wanting to leave.  I don't know how else to

15   explain that.  It's almost like -- I take it as a

16   compliment, because y'all love us and don't want to

17   leave us.

18        But at the same time it's hard to explain.

19   Like, well, they've met all their criteria or they've

20   met their goals.  We're struggling.  Like the senior I

21   told you about, we struggled having a goal for him, you

22   know.  We know he still has some emotions that he has a

23   hard time dealing with but nothing like he was in the

24   past.

25        He's not hurting anybody.  He's not hurting



1    himself, but you couldn't get him to walk out those

2    doors and go to transition.  So he's a senior now, but

3    he's one that over the years that we talked about,

4    people talk about like the GNETS center being shut down

5    or having to be sent back into schools, you know,

6    because it's not fair and all this.

7            He's the one that I actually worry about

8    because of that.  He would be more lost and traumatized

9    to be sent to the high school than staying with us, you

10   know.  But, anyway, I can't think of another specific

11   scenario besides, you know, those couple.

12       Q.   What does transition look like for a Harrell

13   student?

14       A.   Typically, we try to -- in high school it has

15   to be like a course, you know.  And it's really

16   whatever they're comfortable with.  Normally the high

17   school, they recommend one class.

18           And then so if we agree with that well, yes,

19   we agree, everybody is recommending one class.  Now,

20   I've had maybe one or two that were maybe, like, I

21   might recommend two classes.  But it just depends on

22   their academic abilities to You don't want to overwhelm

23   them if they're struggling academically.

24           We also look at their strength area.  If

25   there's strength in math, we maybe want a math or



1   science type of course.  If they don't have an academic

2   strength, we encourage like maybe the PE.  Like,

3   especially if they haven't had health and PE yet, we'll

4   recommend that.

5          And then like middle grade kids and

6   elementary, we do courses like -- or parts of the day

7   because we have to align partial days with our days.

8   We want to make sure they're not missing -- you know if

9   they're going to be gone in the morning, we've got to

10  make sure that they're getting LEA there, and we make

11  sure that they get math and science and everything else

12  at our school.

13         So we typically try to schedule together with

14  the LEAs so that we're taking care of the whole kid,

15  and they're still getting their counseling because you

16  don't want them to drop off that either.

17         But counties that are far like, let's see,

18  Douglas or Charlton, we've had to do where they go a

19  day or two days.  They might do Tuesday, Thursday, or

20  something like that because by the time you get there

21  and back you're wasting their academic time,

22  instructional time.  So we start out with maybe a day

23  or two days, so that's how we do it.  We don't want

24  them to miss instruction.

25      Q.   Okay.



1          MS. ADAMS:  I ask that the court reporter mark

2    this next document as Plaintiff's Exhibit 769.

3          (Plaintiff Exhibit 769 marked.)

4    BY MS. ADAMS:

5      Q.    You've been handed Plaintiff's Exhibit 769.

6    This is a copy of an email thread dated December 17,

7    2018, with the subject Re IEP Services.

8          The page on the top has been marked

9    GA00338096.  You can review the document and let me

10   know when you're finished.

11          (Witness reviewing document.)

12          THE WITNESS:  Okay.

13   BY MS. ADAMS:

14     Q.    Do you recognize this email thread?

15     A.    Yes.

16     Q.    Am I correct that in your first email sent at

17   9:16 a.m. you state, "I had a question about the

18   current IEP services column.  When students withdraw

19   and move, we don't always know their services in their

20   new location especially if they move out of county.

21          Also, if a student transitions back to home

22   county, we can't see their IEP once they are no longer

23   served here to know exact services.  I know change in

24   service would have been discussed in the transition

25   meeting, but once the county gets the student back, for



1    whatever reason, they determine self-contained

2    inclusion, co-teaching, et cetera and amend the IEP as

3    their team sees fit."

4           Did I read that correctly?

5      A.   Yes.

6      Q.   Why were you emailing Ms. Cleveland and

7    Ms. Stevenson about services students receive after

8    their transition from Harrell?

9      A.   I was trying to think.  The only -- IEP

10   services column?  The only thing I can I think of is

11   they were asking us for information.  I don't remember

12   if that is -- I can't think right now clearly if that

13   is in our -- I don't think that's in our strat stuff

14   that we submit.

15          I'm trying to let it sink in for a minute to

16   try to help myself remember.  The only thing I can

17   think of is they were requesting that information.  And

18   I was explaining to her I don't know where to get this

19   information from or that I thought I might have missed

20   something.  Like, am I supposed to be tracking these

21   kids after they move away and didn't know that I was.

22          That's the only thing I can think of because I

23   don't remember if when I was digging through all the

24   files, I told you I had to look at every file and we

25   had to -- we had to submit information.



1           It could have possibly been then, but I don't

2    know for sure because that's not the time.  I don't

3    know if that's the date, the school year.  That would

4    have been FY19.

5        Q.   Does GADOE still ask you for information about

6    the services that students receive after they

7    transition from Harrell?

8        A.   I haven't been asked, no, huh-uh.  That's what

9    I'm saying.  It's not in our normal strat thing.  But a

10   couple of years ago we were asked to submit information

11   on each student and that was -- that's the only thing I

12   can I think of it might be.

13          Because the next time I remember being asked

14   that I think was when I was asked to like send stuff to

15   y'all that y'all requested, and I still didn't have

16   those numbers.

17       Q.   Okay.  When you said we don't always know

18   their services in their new location, were you stating

19   that Harrell staff do not know what services, if any,

20   students receive after students exit Harrell?

21       A.   Like, if they move away or if they fully

22   transition out, we know what was decided in the IEP

23   meeting when we left.  They might be going to the

24   self-contained class.

25          But to speak on them a year after the fact or



1   whatever, no, we don't.  And then we don't -- for up

2   until a couple of years ago, we didn't have -- we had

3   to log in under each county's Infinite Campus or Power

4   schools or whatever, their student information system.

5          Well, we didn't always have access to them

6   after they left us.  So as soon as they were gone from

7   the county or gone from us, they removed our access or

8   they were gone.

9          So that's what this is probably about is just

10  that information because I keep up with whether our

11  kids have graduated if they're with us, you know, and

12  their services, of course.  But that's the only thing I

13  can think of what that was about.

14      Q.   Okay.  Thank you.

15      A.   And it sounds like they were asking about that

16  day.

17          MS. ADAMS:  I'm going to ask the court

18  reporter to mark this next document as Plaintiff's

19  Exhibit 770.

20          (Plaintiff Exhibit 770 marked.)

21  BY MS. ADAMS:

22      Q.   You have been handed what has been marked

23  Plaintiff's Exhibit 770.  This document was produced by

24  Harrell to the United States.  The bottom of the first

25  page is Bates-stamped with the internal temporary



1  reference number that we have assigned

2  Harrell_TEMP_000883.

3         The document is over 50 pages long, and I'm

4  not going to ask you about every single page.  I will

5  guide you to look at specific pages, and I will mainly

6  focus on the last 17 pages.  But please feel free to

7  take a look, and let me know when you've had a chance

8  to review.

9         (Witness reviewing document.)

10        THE WITNESS:  I'm good.

11  BY MS. ADAMS:

12    Q.    Do you recognize the information in this

13  document?

14    A.    Yes.

15    Q.    What information does it contain?

16    A.    This is our GNETS grant application.

17    Q.    What is the GNETS grant application?

18    A.    It's just a yearly submission that we have to

19  do as directors, answering the questions, putting in

20  the numbers, student, staff.  But we call it different

21  sections of information about students, staff, the

22  program.

23    Q.    Did you prepare this document?

24    A.    Yes.

25    Q.    Let's turn to the page stamped



1  Harrell_TEMP_00023, which is towards the end of the

2  exhibit.

3       A.   923?

4       Q.   923.

5       A.   Okay.

6       Q.   It contains the heading Student Transition

7  Form.  Do you see that page?

8       A.   Yes.

9       Q.   Am I correct that this page contains a chart

10  with the first column listing the name of school

11  districts?

12      A.   Yes.

13      Q.   Does the second column state returned to home

14  school, slash, district?

15      A.   Yes.

16      Q.   And the fifth column states residential

17  placement, all short-term stabilization?

18      A.   Yes.

19      Q.   Looking at the second column, how many

20  students transitioned back to their home schools or

21  districts during the 2022 fiscal year?

22      A.   Four.

23      Q.   Let's turn to the page stamped

24  Harrell_TEMP_000905, which is towards the middle of the

25  exhibit.  It also contains the heading Student



1    Transition Form but lists information for fiscal year

2    2021.

3        A.    Yes.

4        Q.    Looking at the second column, how many

5    students transitioned back to their home schools or

6    district during the 2021 fiscal year?

7        A.    Five.

8        Q.    Let's turn to the page stamped

9    Harrell_TEMP_000887, which is towards the middle of the

10   exhibit.  It also contains the heading Student

11   Transition Form but lists fiscal year 2020.

12           At the top left-hand corner -- excuse me.

13   Looking at the second column on this page, how many

14   students transitioned back to their home schools or

15   districts during the 2020 fiscal year?

16       A.    17.

17       Q.    Why do you think there was such a significant

18   difference in the number of students who transitioned

19   to their home schools or districts in the 2021 and 2020

20   (sic) fiscal years compared to the 2020 fiscal year?

21       A.    I'm not sure.

22       Q.    How many students have transitioned back to

23   their home schools or districts in the 2023 fiscal

24   year, this current fiscal year?

25       A.    I'm not sure.



1    Q.   Do you expect the total number of students who

2    transition back to their home schools or districts this

3    fiscal year to be any higher or lower than in past

4    years?

5    A.   I'm not sure.  I don't really anticipate

6    anything, I guess.  This is an individual basis so...

7    Q.   Okay.  Looking back at the page stamped with

8    the last three numbers 887, let's look at the fifth

9    column labeled Residential Placement.

10        How many students transitioned to residential

11   placement during the fiscal year for 2020?

12   A.   Five.

13   Q.   Why might have a student at Harrell GNETS

14   transition to a residential placement?

15   A.   Heavy suicidal ideations and attempts.  We've

16   had students go from -- I mean, for like animal

17   cruelty.  I mean, it happens outside of school.  Like,

18   we've had very few go from school, if that makes sense.

19        Like the major ones that have to go have been

20   basically 1013 outside of school.  And then the ones

21   that have been from our assessments is, like I told you

22   we send them to the ER to get assessed, those are

23   normally suicidal only.

24        But I did think about something with this.

25   The way that we are marking, going back to your



1    previous question --

2        Q.    Uh-huh.

3        A.    -- I think the way that we were marking these

4    like this for that year, return to home school district

5    could have been -- and I'd have to go back and look to

6    make sure -- but it could have been I was counting

7    everybody that went at all and then later interpreted

8    it differently like this is people who have gone back

9    full time.

10           So I'm thinking this number, if you look at

11   2022, that four might not be true either because we're

12   not looking at any partial transitions when this one

13   might have been looking at everybody.

14           That's the only thing I can think of because

15   looking back at all of this, that doesn't even look,

16   you know, I mean I reported what I had.  I'm just

17   saying this doesn't look right.  I feel like we've had

18   more than that.  But I'm thinking that's full out

19   transition, not partial.

20       Q.    Okay.

21       A.    That's the only thing I can think of with the

22   difference there.

23       Q.    Do you remember any other reason why students

24   in fiscal year 2020 transitioned to residential

25   placement?



1    A.   No, not specifically other than those kinds of

2  things.

3    Q.   You mentioned 1013.  What does that mean?

4    A.   That's just our -- what we use to indicate

5  that they needed to be -- they had a threat assessment

6  done and were sent to the ER or sent to the hospital

7  for evaluation.

8    Q.   Do you remember if any of the students who

9  transitioned to residential placement in 2020 returned

10  to Harrell afterward?

11    A.   I'm not sure.  I'm inclined to say yes.

12    Q.   Okay.

13    A.   Because I don't remember very many like

14  leaving and not coming back.  I think they came back,

15  but I'm not a hundred percent sure of the number.

16    Q.   Do you have any views as to whether the GNETS

17  program prevents students from being placed in

18  residential treatment facilities?

19        MR. NGUYEN:  Object to the form.  You may

20  answer the question.

21        THE WITNESS:  Ask me one more time, please.

22  BY MS. ADAMS:

23    Q.   Do you have any views as to whether the GNETS

24  program prevents students from being placed in

25  residential treatment facilities?



1           MR. NGUYEN:  Same objection.  You may answer

2    the question.

3           THE WITNESS:  My personal opinion is that we

4    do what we do in our building.  So I don't know if

5    that's going to answer your question because it's not

6    generalized to all GNETS.

7           But what we do in our building, because we

8    have seen it, you know, and we can turn kids around

9    because of our relationships.  And I feel like what we

10   do there is very important and that we have stopped

11   some kids from having to go that far.

12   BY MS. ADAMS:

13       Q.   Do you have -- I'm sorry.

14       A.   I was done.

15       Q.   Do you have any thoughts as to whether the

16   Georgia GNETS program, as a whole, prevents students

17   from being placed in residential treatment

18   facilities?

19       A.   I would like to think so.  But I just can't

20   speak on what they do and how they do it in their

21   building.

22       Q.   Do you or anyone on your Harrell program staff

23   collect data relevant to whether the Harrell program

24   prevents students from being placed in residential

25   treatment facilities?



1    A.   I don't think so.

2    Q.   In the fiscal year 2022 or the current fiscal

3  year, did any students return to Harrell after

4  transitioning to a less restrictive environment?

5    A.   Yes.  The one student we spoke about earlier,

6  the traumatic -- the mom, the family issue.  Another

7  student who -- two this year.  I'm not sure about last

8  year.  I don't think so last year, no.  This year, yes,

9  though, two.

10   Q.   Okay.  We're going to move on from this

11 exhibit, but please keep it nearby because we'll

12 probably come back to it again.

13        What are the sources of funding from which

14 your GNETS program receives financial support?

15   A.   We have the state grant, we have a federal

16 grant, and then we have like income support from

17 counties.

18   Q.   What is the process for receiving a GNETS

19 state grant fund?

20   A.   I'm not sure.

21   Q.   So we've talked about the grant fund

22 application.  Is there any other paperwork that you or

23 your staff is required to complete to receive state

24 funding?

25   A.   Not that I do.  I don't know if Miss Iris does



1    or not, but I don't.

2         Q.   Do you submit an annual budget with your grant

3    application?

4         A.   She does.  I don't.

5         Q.   Do you provide any information or

6    documentation so that that annual budget can be

7    submitted?

8         A.   I send -- all this information that goes into

9    the grant app is the extent to what I send to GADOE.

10   And then I just help her with the staffing pattern just

11   where they're assigned, what they're doing, the

12   teachers and staff.  But other than that, no, I don't

13   have anything else to do with the budget.

14        Q.   Once your grant application has been approved,

15   does anyone tell you how the state funds can be used?

16        A.   No, not me.

17        Q.   How do you know if there are any limitations

18   on how the state funds can be used?

19        A.   I communicate with Iris.

20        Q.   Who tells Iris how the funds can be used?

21        A.   I don't know.

22        Q.   What kinds of expenses are covered by the

23   GNETS state grant?

24        A.   I'm not sure.  Well, actually, I know -- I

25   believe salaries.  I think I know that part, but other



1   than that, I don't know.

2        MS. ADAMS:  I'm going to ask the court

3   reporter to mark this next document Plaintiff's Exhibit

4   771.

5        (Plaintiff Exhibit 771 marked.)

6   BY MS. ADAMS:

7   Q.   You have been handed Plaintiff's Exhibit 771.

8   This is a copy of an email thread with the subject Re

9   Forward GNETS Webinar Link.  The first page has been

10  marked GA00318852.  You can take a moment to review and

11  let me know when you're finished.

12       (Witness reviewing document.)

13       THE WITNESS:  Okay.

14  BY MS. ADAMS:

15  Q.   Do you recognize this email thread?

16  A.   Uh-huh.

17  Q.   Am I correct that in Ms. Cleveland's email

18  dated April 2, 2018, she states, "See the link below to

19  register for this webinar regarding allowable use of

20  GNETS funds.  We've had a few questions come up and I

21  think this webinar will be helpful for all."

22       Do you see that?

23  A.   Yes.

24  Q.   Thank you.  In your response on April 9, 2018,

25  you responded to ask Ms. Cleveland if the session was



 1   recorded.  Correct?

 2        A.   Yes.

 3        Q.   What did you understand Ms. Cleveland to mean

 4   by allowable use of GNETS funds?

 5        A.   I mean, just reading it now, I would think it

 6   would just be what you can spend the funds on.

 7        Q.   Ms. Cleveland stated we've had a few questions

 8   come up.  Have you had any questions about the

 9   allowable use of GNETS funds?

10        A.   I don't know -- I'm unsure like through the

11   years.  I mean, I may have asked something, you know,

12   that I was asked to ask.  But I know that I'm one of

13   the very few, like probably four or five, that do not

14   do their own budget.  Like, somebody else does their

15   budget.

16             So I know that in some of the directors'

17   meetings, they'll say things about having to do their

18   budget or ask each other questions, and the majority of

19   the time I have no idea what they're talking about

20   because I don't do my budget.

21             So some of the terms they're using I'm

22   clueless.  So I probably should have watched the

23   webinar.  But, anyway, I don't recall even getting it

24   after that.  So most likely that's what it was about.

25             The thing that I can remember that most



1  recently that I asked about funds was the ESSER funds

2  because it's for like therapeutic-type things or

3  whatever, and I was trying to -- you know, I was

4  questioning about something I could purchase when it

5  has to be in this other category.

6       So, I mean, that was the only thing I remember

7  asking her specifically about how to do a budget, like

8  spend the money.

9       Q.   When you say asking her, who do you mean by

10  her?

11      A.   Vickie.  Clarify like, hey, I have this idea.

12  Can I -- it was recently.  It was at the beginning

13  of -- I want to say at the beginning of this year.

14      But, anyway, that's the only time is if she's

15  asked me to ask something or clarify something or like

16  that one time I asked if I could spend that money on

17  the autism robot thing, social skills guy, and it

18  wasn't covered.  So that was it.

19      Q.   So sometimes your CFO Iris will ask you to ask

20  Ms. Cleveland questions or sometimes, like this most

21  recent example, you will directly ask Ms. Cleveland

22  questions?

23      A.   Right.  And it's only if I've asked her

24  something.  And she's, like, I'm not sure.  You need to

25  get with this and this to see -- like that.  I don't



1  know if it's allowable.  So that's the only thing I can

2  think about in the past before this year.

3       Q.   And when you ask Ms. Cleveland a question like

4  that, what does she do?

5       A.   She'll try to help me find out.  She'll try to

6  find the answer.  I think we ended up -- I don't

7  remember if she answered me directly or if one of them

8  had to end up getting involved, too, and hash it out or

9  to figure it out.

10          Because, again, I'm like the middleman.  I

11  don't know half of what you're talking about, honestly.

12  So we'll probably get it figured out together.  But

13  that's what I'm saying.  I'm very blind about the whole

14  budget thing because I've never had to do it.

15      Q.   Okay.  I'm going to ask the court reporter to

16  mark this next document as Plaintiff's Exhibit 772.

17          (Plaintiff Exhibit 772 marked.)

18  BY MS. ADAMS:

19      Q.   You have been handed Plaintiff's Exhibit 772.

20  This is a copy of an email thread with the subject

21  ABAS.  The first page has been marked GA00320618.

22          You can take a moment to review and let me

23  know when you're finished.

24          (Witness reviewing document.)

25          THE WITNESS:  I'm good.



HALEY LIVINGSTON                                    January 30, 2023
UNITED STATES vs STATE OF GEORGIA                              205

```
 1   BY MS. ADAMS:
 2       Q.   Do you recognize this email thread?
 3       A.   Yes.
 4       Q.   Am I correct that in your email to
 5   Ms. Cleveland you state, "We were wondering if we could
 6   use the ABAS for our ASD and low-functioning students
 7   in our inspiration classes?  Do you think this would be
 8   an option?"
 9            Do you see that?
10       A.   Yes, sorry.
11       Q.   Am I correct that later in the same email you
12   state, "We could administer once or twice a year
13   whatever your recommendation would be.  I would like to
14   get it added into our budget if so."
15       A.   Yes.
16       Q.   What is the ABAS?
17       A.   It is an Adaptive Behavior Assessment Skill.
18       Q.   What is ASD?
19       A.   Autism Spectrum Disorder.
20       Q.   What is an inspiration class?
21       A.   Oh, it's our adaptive kids, the kids who take
22   the adaptive assessment.
23       Q.   Why did you want to use the ABAS?
24       A.   Just another measure for data in better
25   understanding the students.  We use ABAS for our other
```



1   kids, not the GAA, the other kids and SDQ.

2          So we wanted to have more information on our

3   adaptive kids, so we were asking that, because they

4   have a schedule for us to complete the ABAS and SDQ,

5   but they always talked about -- but have never

6   mentioned any of those.

7          So I thought I had to ask for permission to do

8   that from her because that was one of my first couple

9   of years.  But I found out later that I can just do

10  that with the LEAs, you know, complete the assessments

11  and add them to my budget if I wanted to.

12     Q.   Since -- I'm sorry, hold on.  Do you know how

13  Ms. Cleveland responded to your request?

14     A.   I don't remember if she did actually -- I

15  mean, if it's there.  But I don't remember if she

16  did.

17     Q.   Do you know what role, if any, Ms. Cleveland

18  has in determining your budget?

19     A.   I don't know.

20          MS. ADAMS:  I'm going to ask the court

21  reporter to mark this next exhibit as Plaintiff's

22  Exhibit 773.

23          (Plaintiff Exhibit 773 marked.)

24  BY MS. ADAMS:

25     Q.   You've been handed a copy of Plaintiff's



1  Exhibit 773.  This is an email thread with the subject

2  FY19 GNETS Budget Allocations.  The first page has been

3  stamped GA00326832.

4          You can take a moment to review and let me

5  know when you're finished.

6          (Witness reviewing document.)

7          THE WITNESS:  Yes.

8  BY MS. ADAMS:

9      Q.   Do you recognize this email thread?

10     A.   Yes.

11     Q.   Am I correct that Lisa Futch emailed you and

12 others on June 14?

13     A.   Yes.

14     Q.   In her email, Ms. Futch states, "I put

15 together a chart for us based on our March draft

16 allocations and the allocations we received today via

17 email.  It is attached.  I think I did this right.  Did

18 you all look at the allocations and are you as shocked

19 as I am?  Where did the additional 1.7 million go?"

20         Did I read that correctly?

21     A.   Yes, ma'am.

22     Q.   Am I correct that you forwarded Lisa's email

23 to Ms. Cleveland and asked Ms. Cleveland, did you

24 receive this from Lisa Futch?

25     A.   Yes.



1    Q.   In Ms. Cleveland's response to you she states,
2    "I'm meeting with budget tomorrow regarding the
3    allocations.  Greg Jacobs emailed to I will update
4    everyone after my meeting."
5         Did I read that correctly?
6    A.   Yes.
7    Q.   Am I correct that in your response to
8    Ms. Cleveland dated June 15 you state, "Great.  Thanks
9    for the update.  I appreciate you being our Chihuahua."
10        Is that right?
11   A.   Yes.
12   Q.   What additional 1.7 million was Ms. Futch
13   referring to?
14        MR. NGUYEN:  Object to the form.  You can
15   answer the question.
16        THE WITNESS:  I believe it was when they saw
17   that we were getting budget cuts.  I think she got the
18   budget.  She's one of the ones that does her budget.
19        And she got the allocations and noticed that
20   we were cut.  I'm assuming that was the total, maybe,
21   and she was asking about it, and then Dr. Jacobs asked
22   to.
23   BY MS. ADAMS:
24   Q.   You said that you were thinking about this
25   being a situation when we were getting budget cuts.



1    What budget cuts are you referring to?

2        A.    The GNETS budget cut.

3        Q.    And when did that take place?

4        A.    Well, it had to have shown -- I'm assuming if

5    it's what I'm thinking of, it was when they gave us our

6    allocations for that upcoming year because this is in

7    June of '18, so it's got to be the budget for the

8    upcoming year.

9        Q.    Do you know the reason for the budget cuts?

10       A.    I do not.

11       Q.    What did you understand Ms. Cleveland to mean

12   when she said she would be meeting with budget

13   regarding the allocations?

14       A.    I don't know.

15       Q.    What did you mean when you told Ms. Cleveland

16   I appreciate you being our Chihuahua?

17       A.    Well, I'll take that back.  I took it like she

18   was going to figure out where the cut was or why

19   because that's the reason Lisa reached out to her was

20   like, hey -- or reached out to everybody like, hey,

21   we're missing money here.  Why?

22            I took it as that she was -- that if she's

23   speaking with whoever with the budget meeting, maybe

24   she would find that out.  And then, you know, because

25   she looks out for us and is looking out for the



 1  program, so I figured that she was going to figure out
 2  why we got the cuts or whatever.
 3      Q.   Do you know what she meant when she said she
 4  was meeting with budget who she might have been meeting
 5  with?
 6      A.   No.
 7      Q.   Do you recall what Ms. Cleveland learned about
 8  the missing $1.7 million?
 9      A.   I don't.
10      Q.   Since 2018 have there been any other similar
11  situations where you or other GNETS directors have been
12  concerned about budget allocations that you have
13  received?
14      A.   I do know that our numbers have -- I mean, not
15  the numbers but the budget has been cut since then.  I
16  mean, that's the extent of it, you know.
17      Q.   How have budget cuts affected your program?
18      A.   I guess it hasn't -- well, when we've lost a
19  teacher or a parapro we weren't always able to replace
20  them.  I mean, that's staffing basically, yeah.
21           Because I mean other things -- like, the
22  students won't go without like the materials and things
23  like that because the LEAs will always support us.
24  They're good about that.  But just that staff members,
25  you know, we haven't been able to fill some of our



1   positions.

2       Q.    How does not being able to fill some positions

3   impact your students?

4       A.    Well, for us we, you know, we made sure that

5   they didn't feel it as much as we could, you know.  But

6   we just rearranged some things and made the best of

7   what we had.

8            This past year was the first year -- I mean,

9   this year is the first year that, not because of budget

10  cuts, but just because we couldn't re-fill the

11  position.  Just interest, people interest, was the

12  first time that we didn't have a certified teacher in

13  our high school math.

14           All my years we've pretty much had somebody,

15  and so they had to do, like, the online program.  But I

16  know if that would have happened then that would have

17  been something that would have hurt -- I'm thinking

18  would have hurt the kids.

19           But luckily we didn't have that happen because

20  of the budget.  It was just this past year, and it was

21  because someone left.  But I could see other programs

22  that it would be hurting them, staff.

23      Q.    Would you prefer to have a teacher to be

24  instructing students in person as opposed to students

25  relying on an online course?



1    A.   Oh, yes.  Yes.

2    Q.   Are Harrell staff funded through multiple

3  funding sources?

4    A.   From what I know, I believe that the majority

5  of our staff are funded through state funding and then

6  a few, I think, are from federal.  But that's all that

7  I know.

8    Q.   Let's refer back to the exhibit containing

9  grant application information.  I believe that was --

10  I'm not remembering the exhibit.  770?  Exhibit 770 and

11  that was stamped with the last three numbers 883.

12         Let's turn to the page stamped with the last

13  three numbers 921.  It contains the heading staffing

14  pattern and it lists information for fiscal year 2022.

15         Does this page contain information for all of

16  the Harrell GNETS staff for fiscal year 2022?

17    A.   Yes.

18    Q.   Am I correct that this page contains a chart

19  with the first column labeled staff?

20    A.   Yes.

21    Q.   And the second column states staff type?

22    A.   Yes.

23    Q.   The third column states state grant?

24    A.   Yes.

25    Q.   The fourth column states federal VI-B?



1    A.   Yes.

2    Q.   And the fifth column states total?

3    A.   Yes.

4    Q.   Looking at the fourth column, were any of the

5  staff positions federally funded in fiscal year 2022?

6    A.   No.

7    Q.   So all of the staff positions were state

8  funded in fiscal year 2022?

9    A.   Yes.

10    Q.   Are all of the staff positions for the current

11  fiscal year state funded?

12    A.   I'm not sure.

13    Q.   The first row lists secretary, correct?

14    A.   Yes.

15    Q.   How many of these staff members did you have

16  in fiscal year 2022?

17    A.   How many secretaries?

18    Q.   Yes.

19    A.   One.

20    Q.   How many do you have this year?

21    A.   One.

22    Q.   What are their responsibilities?

23    A.   Answering the phones, communicating

24  attendance, communicating or sending report cards,

25  communicating with transportation, communicating with



1  the -- she's like the in-between between me and the

2  schools, like if a school calls and wants information.

3  Some things she has to get and the rest I have to get.

4        And then just the general -- anything that the

5  secretary does.  Makes copies.  She also has certain

6  students that request -- we have requests in our

7  building, so when a student feels like they're upset,

8  or they're upset and they feel like they're really

9  getting going or if they feel like they need to speak

10 to someone, their person, they have a request paper.

11        So they'll ask for a request with

12 Miss So-and-so, and it can be any of us, and then

13 they're allowed to go -- we'll, radio and say are you

14 available and she'll say yes or whoever says yes.  And

15 so she does that also.  She has her certain students

16 that pick her.

17    Q.    How many GNETS social workers did you have in

18 fiscal year 2022?

19    A.    Let's see.  Two.

20    Q.    What are their responsibilities?

21    A.    They are -- they do the same kinds of things

22 like the requests, some counseling.  And then one --

23 well, that's not the same year, but the year before

24 that she would kind of help with IEP stuff and pulling

25 groups.



1    Q.   When you say pulling groups, what do you

2   mean?

3    A.   We have individual counseling and then we have

4   like group counseling, but it's more of like social

5   skills.  It's not getting into your deep, dark stuff in

6   front of everybody.

7        It's more like social skills kind of things.

8   And then we also pull in some of our PBIS strategies or

9   expectations, I mean, not strategies but PBIS things.

10   So small groups.

11    Q.   Do you have any social workers this current

12   school year?

13    A.   Not lately as such, no.  We have a behavior

14   specialist and then the counseling that we contract

15   with Cord of Three.  No one with that title, in other

16   words, yeah.

17    Q.   Did either of the two individuals what were

18   labeled social workers for the 2022 fiscal year leave

19   Harrell?

20    A.   Yes, yeah.

21    Q.   Why did they leave?

22    A.   I'm not sure.  Well, one moved.  Her and her

23   husband moved.  And then, honestly, I'm thinking one of

24   those might be the one we have now.  So I only can say

25   that one moved.  So I think that someone we have now is



1    still on there.

2        Q.    How many GNETS special education specialists

3    did you have in the 2022 fiscal year?

4        A.    One.

5        Q.    What are their responsibilities?

6        A.    I'm not sure who -- that's got to be -- that's

7    probably our behavior specialist is who she's got

8    designated for that.

9              That's our behavior specialist, and he does

10   therapeutic sessions and counseling sessions and -- I

11   mean, like the pull-out, small group sessions and

12   one-on-one therapeutic.

13       Q.    How many behavior specialists do you have for

14   this current school year?

15       A.    One.

16       Q.    How many GNETS teachers did you have in the

17   2022 fiscal year?

18       A.    Eight.

19       Q.    In the rows dealing with instructional staff

20   there is a row just for new stuff and there's also a

21   row for existing staff.  And I see eight existing staff

22   under the GNETS teacher row, and then I also see two

23   GNETS teachers that are listed as new staff.

24             So would that be a total of ten teachers or am

25   I misreading that?



1    A.    No, it would be a total of ten.  But I'm not

2    sure -- I'm not sure what that means, like existing and

3    the new, because they were maybe brought on that year.

4    I don't know why she's got it that way, but that should

5    be ten, yeah.

6    Q.    Okay.  How many teachers do you have for the

7    current school year?

8    A.    Nine.

9    Q.    How many paraprofessionals did you have for

10   the 2022 fiscal year?

11   A.    Eleven.

12   Q.    How many do you have this year?

13   A.    Oh, gosh.  We just lost a couple.  I'm unsure.

14   I'm unsure because we lost some and we have subs

15   and it's a mess.  What did I say?

16   Q.    I think you said you had subs and something

17   about a mess.

18   A.    Oh, we have subs and I've moved people around

19   so I was saying it was a mess in my head trying to

20   figure out how many I had because it just all happened

21   like the past week.  Two of our paras left.  So I'm

22   unsure of the number.  I don't want to give you a wrong

23   number.

24   Q.    Why did a few of your paraprofessionals

25   leave?



1    A.   One retired and then I don't know the others.
2    They just left.
3    Q.   I do not see assistant director listed
4    anywhere in this list.  Is that individual missing from
5    this list?
6    A.   I'm not sure.
7    Q.   Okay.
8    A.   I don't do this part.
9    Q.   Okay.  So the director listed in this chart is
10   likely referring to you, the one person?
11   A.   Yes, yeah.
12   Q.   Okay.  Do any psychologists work for
13   Harrell?
14   A.   No.
15   Q.   Why not?
16   A.   I'm not sure.
17   Q.   Do you think it would be helpful to have a
18   psychologist working at Harrell?
19   A.   I don't think -- I mean, I'm not sure because
20   I've never had one.  But my experiences with the
21   psychologists in the county are -- they pretty much are
22   doing what they do in the counties for us anyway.  So
23   there's no difference than when I was in Ware, my
24   experience with the psychologists.
25        And then the way that we work now is if



1 | there's tests that need to be done, for like re-evals

2 | or whatever, the counties do it.  Like, if they're a

3 | Ware County kid, then a Ware County psychologist would

4 | come do it.

5 |        So I've never had the experience of having one

6 | in the building.  I wouldn't know, you know, pros or

7 | cons really because we have our other behavior staff,

8 | our other behavior specialist to do things, work with

9 | kids and stuff.

10 |    Q.   Do psychologists that work for the counties

11 | come to Harrell sites physically?

12 |    A.   Yes.

13 |    Q.   From this conversation did we not discuss any

14 | current Harrell staff?

15 |    A.   I believe we've covered everybody.

16 |    Q.   Except for the assistant director --

17 |    A.   I think -- when I'm looking back at that, I

18 | think that the social worker, like, label, I'm thinking

19 | that that covers my counselor and my behavior

20 | specialist.

21 |    Q.   Okay.

22 |    A.   And then the special education specialist or

23 | whatever, I'm thinking that is my assistant director --

24 |    Q.   Okay.

25 |    A.   -- because she's -- our instructional coach is



1   one of her titles.  But that's just me trying to put

2   that together because I don't do that part.  But that

3   would make sense.  That would cover everybody.

4       Q.   Okay.  Let's go ahead and go off the record.

5            THE VIDEOGRAPHER:  Going off video record

6   4:09 p.m.

7            (Recess.)

8            THE VIDEOGRAPHER:  We are now back on video

9   record 4:23 p.m.

10  BY MS. ADAMS:

11      Q.   Do you have any vacant positions this school

12  year?

13      A.   Yes.

14      Q.   Which positions are those?

15      A.   High school math teacher and -- well, just

16  recently two paraprofessionals.

17      Q.   Do you have any long-term substitutes?

18      A.   Not at this time, no.

19      Q.   Have you ever had any long-term substitutes?

20      A.   We have.

21      Q.   What positions were those long-term

22  substitutes filling?

23      A.   We had one in adaptive -- Elementary

24  Adaptive.

25      Q.   Any others?



1      A.   I believe that's it.

2      Q.   Okay.  How long did that person serve as a

3   long-term substitute?

4      A.   I believe it was half of the school year.

5      Q.   How long has the high school math position

6   been vacant?

7      A.   Just this year.

8      Q.   Who has been filling in for the high school

9   math teacher?

10      A.   We have our paraprofessional who is

11   facilitating an online program in collaboration with

12   the instructional coach.

13      Q.   Who is filling in for two paraprofessionals?

14      A.   Substitute paraprofessionals.

15      Q.   Are those substitute paraprofessionals

16   long-term or do they vary?

17      A.   Long-term.

18      Q.   When do you expect to fill the high school

19   position?

20      A.   I don't, honestly, don't expect to fill it.

21   We've had it open, you know, posted and we just haven't

22   gotten any bites.  That's one of the hardest ones even

23   in a Gen Ed setting that we've heard -- or I've

24   heard.

25      Q.   How long do you expect the two parapros'



1  positions to be open?

2      A.   Not very long.  Those are much easier to

3  fill.

4           MS. ADAMS:  I would like the court reporter to

5  mark this next document as Plaintiff's Exhibit 774.

6           (Plaintiff Exhibit 774 marked.)

7  BY MS. ADAMS:

8      Q.   You have been handed Plaintiff's Exhibit 774.

9  This is a copy of an email thread dated August 2020

10  with the subject Re IC.  The bottom of this first page

11  is stamped GA04509328.

12           You can review the document and let me know

13  when you're finished.

14           (Witness reviewing document.)

15           THE WITNESS:  Okay.

16  BY MS. ADAMS:

17      Q.   Do you recognize this email thread?

18      A.   Uh-huh.

19      Q.   Turning to the second page of this document

20  looking toward the bottom of that page, am I correct

21  that on August 10, 2020, you emailed Darlene Todd and

22  stated, "I do not have any new teachers but I do have

23  one long-term sub, same as last year."

24           Is that correct?

25      A.   Yes.



1    Q.   Was there one long-term substitute teacher at

2  Harrell during the 2019/2020 school year?

3    A.   Yes.  She came -- I believe she came at the

4  end of the one year and then stayed the next year.

5    Q.   So the long-term substitute came at the end of

6  the 2019/2020 school year and stayed during the

7  2020/2021 year?

8    A.   Yeah, it had to be, yes.

9    Q.   Do you recall if this long-term substitute

10  teacher, that's referred to in this email, is the same

11  that you were referencing earlier who was covering the

12  elementary adaptive?

13    A.   Yeah, that's her.

14    Q.   And you said that she had stayed for about

15  half a school year.  Is that still your

16  understanding?

17    A.   Well, it might be a little bit more than that

18  because now this is jogging my memory because if she

19  was there last year, then it would have had to have

20  been a little bit more than half, yeah.

21    Q.   Is that long-term substitute still at Harrell

22  now?

23    A.   No.

24       MS. ADAMS:  I'm going to ask the court

25  reporter to mark this next document as Plaintiff's



1  Exhibit 775.

2          (Plaintiff Exhibit 775 marked.)

3  BY MS. ADAMS:

4      Q.   You have been handed Plaintiff's Exhibit 775.

5  This is a copy of an email thread dated June 2019 with

6  the subject Re Forward Coordinator and Social Worker

7  Survey.

8          This first page is stamped GA00347397.  You

9  can take a moment to review and let me know when you're

10  finished.

11          (Witness reviewing document.)

12          THE WITNESS:  Okay.

13  BY MS. ADAMS:

14      Q.   Do you recognize this email thread?

15      A.   Yes.

16      Q.   Am I correct that on June 3, 2019,

17  Ms. Cleveland emailed you and others asking you to

18  complete a coordinator survey and social worker

19  survey?

20      A.   Yes.  Sorry, I'm reading while I'm saying

21  that.

22      Q.   Do you know why Ms. Cleveland was asking you

23  to complete these surveys?

24      A.   I'm not sure.

25      Q.   Am I correct that on June 4, 2019, you



1   responded to Ms. Cleveland stating I completed my
2   survey.  I do not have a coordinator or social
3   worker?
4       A.   Yes.
5       Q.   Do you recall why there was no coordinator or
6   social worker on staff at Harrell in 2019?
7       A.   We don't have a coordinator position, and I
8   believe that would have been the year -- oh, I believe
9   that might have been the year we didn't have one.  I'm
10  unsure.
11       I can't remember -- I have my timeline off
12  because we had one and she left and then we had
13  somebody else.  So I'm unsure.
14       Q.   So there have been times when Harrell has not
15  had a social worker on staff?
16       A.   Right.
17       Q.   But you do have a social worker now?
18       A.   I do not have a social worker, no.
19       Q.   You have a --
20       A.   I have a counselor and a behavior
21  specialist.
22       Q.   Okay.  Do you think it is important to have a
23  social worker on staff with Harrell?
24       A.   Well, like with the psychologist, I don't
25  really know because our needs are being taken care

1  of -- well, our kids needs are being taken care of with

2  our counselor from Cord of Three and our behavior

3  specialist.

4        And then if we need additional support, then

5  we reach out to the LEA social worker.  Like, if there

6  were like -- I don't know.  If there's like a -- I

7  think that's who kind of contacts us about attendance

8  sometimes in certain counties, or if there's a DFACS

9  report in certain counties, that's who reaches out to

10 us.

11        But I feel like they would be important for

12 GNETS overall, but we are taking care of things with

13 who we have, our counselor and behavior specialist.

14     Q.   You said DFACS.  What is that?

15     A.   DFACS, Department of Family and Children

16 Services.  So, like, if we have to make a report, we

17 let the county know, or my behavior specialist does,

18 because of people calling about things.  But we let

19 them know, and that's who they forward it to is the

20 social worker at the school.

21     Q.   Okay.  Are you required to submit any

22 information about your various staff members' job

23 responsibilities or performance to anyone?

24     A.   No.  Well, like, ask me again.  Hold on.

25     Q.   Are you required to submit any information



 1  about your staff members' job responsibilities or their

 2  performance to anyone?

 3      A.   Oh, their performance, yes.  I will report

 4  that to Dr. Jacobs, like I would teachers, if they're

 5  not doing what they're supposed to be doing or if I

 6  need to put them on a plan just like I do with the

 7  certified staff.  But other than that, no.

 8      Q.   Are there any records that you submit to

 9  anyone about the types of interventions that your staff

10  members have implemented or the ways in which your

11  staff have interacted with students?

12      A.   Now, in our grant app we submit things that we

13  provide for children, academics and behaviorally.  But

14  as far as reporting out interventions and things like

15  that, no.  I mean, unless we're listing something in

16  their IEP but not like report out to RESA or report out

17  to GADOE or anything like that, no.

18      Q.   So there aren't any logs or records of certain

19  functions or conduct that staff do on a regular basis

20  that you report to anyone?

21      A.   Like, negative?  Are you speaking about

22  anything or just negative?

23      Q.   Just anything, not just negative.

24      A.   Well, for our therapeutic sessions because

25  it's tied to a grant -- that grant I told you about,



 1   the two grants -- we have to do -- our counselors have

 2   to do logs, therapeutic logs.

 3          And so they -- I believe it's like the student

 4   and then maybe like the topic that you covered that we

 5   have to submit to Lakesha by the 4th of every month.

 6   It's monthly.

 7          And then other than that, just what's in the

 8   grant app.  Our strategic plan also, yes, we have to

 9   provide documentation for the strategic plan too.

10      Q.   Okay.  So you mentioned that you submit

11   certain logs to Lakesha.  Do you know why Lakesha

12   collects that information?

13      A.   As I understand it, it's because it's

14   supporting us receiving the grant.  It's almost like, I

15   guess, this is what we're getting for our money kind of

16   thing.  That's how I took it.

17      Q.   And that's something that you continue to

18   submit to GADOE?

19      A.   Yes.

20          MS. ADAMS:  I'm going to ask the court

21   reporter to mark this next document as Plaintiff's

22   Exhibit 776.

23          (Plaintiff Exhibit 776 marked.)

24   BY MS. ADAMS:

25      Q.   You have been handed Plaintiff's Exhibit 776.



1  This is a staff roster for Harrell from fiscal years

2  2020, 2021, and 2022.  It was produced by Harrell to

3  the United States.

4          The internal temporary reference number that

5  we have assigned to this is Harrell_TEMP_00263.

6          (Witness reviewing document.)

7  BY MS. ADAMS:

8      Q.   Do you recognize this document?

9      A.   Yes.

10     Q.   Did you prepare this document?

11     A.   No.

12     Q.   Do you know who prepared this document?

13     A.   I believe it's Miss Iris.

14     Q.   And she's the CFO for the RESA?

15     A.   Yes.

16     Q.   Am I correct that this document contains a

17 chart for fiscal years 2020 through fiscal year 2022?

18     A.   Yes.

19     Q.   The chart lists each staff member's

20 identification information including their name,

21 position, and professional licensing or

22 certification?

23     A.   Yes.

24     Q.   For behavior interventionists employed in your

25 program, are they required to possess any professional

1    qualifications or certifications?

2        A.    Which?

3        Q.    Sorry, behavior specialist I think you called

4    them.

5        A.    Oh, yes.

6        Q.    Are they required to possess any professional

7    qualifications or certifications?

8        A.    I haven't had to -- the behavior specialist, I

9    haven't had to fill.  He's been there since I've come,

10   and he has a bachelor's degree in psychology, I

11   believe.  So, I mean, that's just what he has.  So I'm

12   sure if we had to fill that, we'd want the same

13   caliber, you know.

14       Q.    Okay.  Are you aware of any specific

15   certifications like from the Georgia Professional

16   Standards Commission that behavior specialists are

17   required to have?

18       A.    I'm not aware of that.

19       Q.    Looking at the last page of this exhibit,

20   which contains the staff roster for fiscal year 2022

21   and looking at the third row where behavioral

22   specialist Jermell Terry is listed, his professional

23   licensing certification is listed as clearance.

24   Correct?

25       A.    Yes.



1     Q.   What does clearance mean?

2     A.   Clearance is basically you've been cleared by

3  the PSC to work with children but you do not have a

4  certification like an educator certification or a

5  paraprofessional license if he's not a

6  paraprofessional.

7          So he doesn't fall under those two

8  certifications.  So he has a clearance.  That means

9  he's been cleared, like the rest of us, to work with

10 children.

11    Q.   What is PSC?

12    A.   Oh, Professional Standards Commission or

13 Georgia Professional Standards Commission.

14    Q.   And Mr. Terry is your only behavior

15 specialist, correct?

16    A.   Yes.

17    Q.   Are teachers employed in your program required

18 to possess any professional qualifications or

19 certifications?

20    A.   Yes.

21    Q.   What are the required qualifications?

22    A.   They have to be content certified for their

23 grade band, and they also have to be certified in

24 special ed.

25    Q.   Where are those qualifications set out?



1      A.   I believe the Georgia PSC.

2      Q.   So those are state-required qualifications?

3      A.   Yes, ma'am.

4      Q.   For the current school year, are there any

5   teachers who are not fully qualified or certified?

6      A.   This school year, no.  Everybody is

7   certified.

8      Q.   For the fiscal year 2022, were there any

9   teachers who were not professionally licensed or

10  certified?

11     A.   Chelsey Haymon (phonetic) was our elementary

12  teacher.  She was on -- I mean, let me think.  She was

13  on provisional license, which that means she was going

14  to do something like Georgia TAPP but the master's

15  program.  So she had a four-year degree already, but

16  she was getting into the master's program.  And then

17  that's all.

18     Q.   Are there any teachers -- sorry, excuse me.

19  Are teachers in GNETS expected to meet the same

20  certification requirements as teachers in general

21  education settings?

22     A.   Yes.

23     Q.   Are there specific qualifications or

24  certifications for paraprofessionals?

25     A.   Yes.  They have to take a paraprofessional



1  GACE or they can have 60 course hours, basically an

2  associate's or you have to take a paraprofessional

3  GACE.

4      Q.   And GACE is?

5      A.   It's the state -- oh, gosh I can't remember

6  what it's -- it's what educators have to take.  Like, I

7  would have to take a special ed GACE or a Gen Ed GACE

8  to be certified.  I can't remember what the letters

9  stand for, but I think it's like the title or the

10  assessment title.

11      Q.   For the current school year, do you have any

12  paraprofessionals who are not fully certified or

13  qualified?

14      A.   No.

15      Q.   For the 2022 fiscal year, did you have any

16  paraprofessionals who weren't properly certified?

17      A.   No.

18      Q.   Are there any staff employed at Harrell

19  currently who are not qualified or certified to serve

20  in their roles?

21      A.   No.

22          MS. ADAMS:  I'm going to ask the court

23  reporter to mark this next document as Plaintiff's

24  Exhibit 777.  You have been handed Plaintiff's Exhibit

25  777.



 1              (Plaintiff Exhibit 777 marked.)

 2    BY MS. ADAMS:

 3       Q.    This is a copy of an email thread with the

 4    subject Re GNETS Calendar and SDQ Data.  The first page

 5    is stamped GA00790800.  Please review and let me know

 6    when you're finished.

 7              (Witness reviewing document.)

 8              THE WITNESS:  I'm ready.

 9    BY MS. ADAMS:

10       Q.    Do you recognize this email thread?

11       A.    Yes.

12       Q.    Who is Nakeba Rahming?

13       A.    She was the state director or the GNETS State

14    Director before Vickie.

15       Q.    Okay.  Am I correct that on July 20, 2017,

16    Nakeba Rahming emailed you and the other GNETS

17    directors stating that she was going to finalize

18    guidance and procedures for professional qualifications

19    as it relates to GNETS?

20       A.    Yes.

21       Q.    She asked you to email her any questions or

22    concerns, correct?

23       A.    Yes.

24       Q.    Am I correct that on July 21, 2017, you

25    responded to Ms. Rahming asking, "Does our PE teacher



1   have to be a certified (maybe retired) teacher, or

2   could we have what we've had, a personal trainer?  If

3   so, what qualifications does the personal trainer have

4   to have?"

5            Is that correct?

6       A.   Yes.

7       Q.   Why did you ask if Harrell's PE teacher had to

8   be certified?

9       A.   Because when I came on, that was my first year

10  or starting my first year as director.  My first year

11  there they did not have a PE teacher, and I thought it

12  was important for them to have a PE teacher.

13           And so what we had was somebody who was I

14  guess a certified -- what I thought was a certified

15  personal trainer, and he would do, you know, like

16  workout stuff with them.

17           But I thought that it needed to be a teacher.

18  So that's why I asked her that, and we were looking for

19  one.  And so when I asked Dr. Jacobs about it, he said

20  we would have to ask her, you know, what it would have

21  to be because it was his first time kind of interacting

22  with or being involved with GNETS.

23           So it was just basically us finding out what

24  our roles are.  And, of course, now that's a stupid

25  question because they have to be a certified teacher



 1   and we've had one, sorry.

 2          But, yeah, that was just trying to find out if

 3   what has been going on is appropriate or do we need to

 4   change because I was feeling like I wanted to change.

 5      Q.   Okay.  I'm going to ask the court reporter to

 6   mark this next document as Plaintiff's Exhibit 778.

 7          (Plaintiff Exhibit 778 marked.)

 8   BY MS. ADAMS:

 9      Q.   You have been handed Plaintiff's Exhibit 778.

10   This is a copy of an email thread with the subject Re

11   LCSW Grant.  The bottom of the first page is stamped

12   GA00347755.  Please take a moment to review and let me

13   know when you're finished.

14          (Witness reviewing document.)

15          THE WITNESS:  Okay.

16   BY MS. ADAMS:

17      Q.   Earlier we were talking about you emailing

18   Ms. Rahming to understand whether your PE teacher had

19   to have a certain kind of certification.

20          And you were talking about how it was kind of

21   early on in your time as director, and you were talking

22   to your boss and you were both trying to figure things

23   out.  And I believe you were saying something about how

24   you wanted to make sure you understood what the rules

25   were around certification and various staff.

1          So when you mentioned you were trying to get a
2    sense of what the rules were, what do you mean by that
3    in terms of rules?
4        A.   Certification.  Back then I didn't understand
5    certification so I didn't -- I mean, to be quite
6    honest, I didn't even have my head wrapped around,
7    like, our SPED teachers had to have content area and
8    SPED to be qualified, highly qualified or
9    professionally qualified.  I don't know which one is
10   the right word now.
11         Anyway, so that was what that was about.  And
12   now as I have had years, I understand all that now, but
13   that was early on.  I wasn't sure if that was okay, you
14   know, for him to be the personal trainer to be doing it
15   and us calling it PE.  That didn't feel right to me.
16       Q.   Thank you.  And you found it helpful to seek
17   clarification from GADOE --
18       A.   Yes.
19       Q.   -- to help you understand what the rules
20   were?
21       A.   Yes.
22       Q.   Okay.  On this email thread there are emails
23   between you and Ms. Cleveland, correct?
24       A.   Yes.
25       Q.   Do you recognize this email thread?



HALEY LIVINGSTON                                    January 30, 2023
UNITED STATES vs STATE OF GEORGIA                            238

```
1        A.   Yes.

2        Q.   Am I correct that on June 11, 2019, you

3   emailed Ms. Cleveland stating, "I am really looking for

4   a way to make my person qualify for the LCSW position.

5   He is great, and we were hoping we could maybe read the

6   grant and find a way for him to be the one we can

7   hire."  Is that right?

8        A.   Yes.

9        Q.   You continue in the email and say, "A loophole

10  maybe.  What do you think?  Are there specific services

11  this person will provide?  LCSW versus LPC, is it more

12  for social work type things or counseling students?"

13            Is that correct?

14       A.   Yes.

15       Q.   Later in the email you asked, "Is this grant

16  coming from DOE SPED department?"  Correct?

17       A.   Yes.

18       Q.   Am I correct that Ms. Cleveland responded

19  stating, "The focus of the work is for therapeutic and

20  counseling supports.  The grant is awarded from GADOE.

21  I have confirmed the scope of work with staff rehab.

22  The candidate would have to have LCSW or MSW

23  certification."  Correct?

24       A.   Yes.

25       Q.   What was the LCSW position you were
```



1  referencing?

2      A.    It's Licensed Clinical Social Worker.  And we

3  had someone in mind who actually is working with our

4  students now who has -- oh, gosh, what is an LPC?

5  Licensed -- I can't remember right now what LPC stands

6  for.  But he's -- what do you call it -- like a higher,

7  I don't know, more highly qualified person I think, or

8  a higher qualified person than LCSW.

9          But, anyway, I didn't understand all the

10  acronyms and who was okay for what.  And it was for the

11  therapeutic grant, and the therapeutic grant had

12  specific criteria that you had to work with.

13          So she was telling me that she had gotten with

14  staff rehab, which is -- I believe is more of like a

15  substitute -- or not a substitute -- like a hiring

16  platform or company that she put out the criteria for,

17  and it helped us find someone.

18          And so we ended up going with that person

19  instead, a social worker instead of the LPC.  So that

20  was basically her clarifying that.  I don't remember if

21  she emailed back about it anymore or if we just talked.

22  We got it worked out.

23      Q.    Okay.  You said that there's an individual who

24  you referenced in this email saying "He is great.

25  We're really hoping he can be the one we hire."



1          You're saying that that individual is
2    currently working with your students?
3      A.    Yes.  He's with Cord of Three.
4      Q.    Okay.  And what is Cord of Three?
5      A.    It is a counseling service.  We contract with
6    him.
7      Q.    Would you prefer that this individual was
8    working as an employee of Harrell GNETS?
9      A.    Oh, it doesn't matter to me.  You know, I was
10   just wanting to get him on board because I knew what he
11   could do with our kids, and he cares about, you know,
12   moving them along.
13         So I really wasn't picky about if we hired him
14   from RESA or if y'all gave us a state grant.  We just
15   wanted to get him before anybody else stole him.
16   Sorry.
17     Q.    The person who you ended up hiring into that
18   LCSW position, is that person still with Harrell?
19     A.    No.
20     Q.    And that position was state grant funded?
21     A.    I'm thinking this is the one that -- the
22   grant, the separate grant, not like the state funding
23   for GNETS and federal funding for GNETS.  It's a state
24   grant, therapeutic grant.
25     Q.    Okay.



1        A.    I'm thinking that that's what that was.  This

2   is one of the first years I think we got it.  So that's

3   why I didn't understand what all -- who I could hire

4   with it.

5        Q.    Okay.

6             MS. ADAMS:  I'm going to ask the court

7   reporter to mark this next document as Plaintiff's

8   Exhibit 779.

9             (Plaintiff Exhibit 779 marked.)

10  BY MS. ADAMS:

11       Q.    You have been handed Plaintiff's Exhibit 779.

12  This is a copy of an email thread dated May 2019 with

13  the subject Re RBT Status.  The first page has been

14  stamped GA00347076.

15            Please review and let me know when you're

16  finished.

17            (Witness reviewing document.)

18            THE WITNESS:  I'm finished.

19  BY MS. ADAMS:

20       Q.    Do you recognize this email thread?

21       A.    Yes.

22       Q.    On May 29, 2019, Ms. Cleveland emailed you

23  stating, "It has been brought to my attention from

24  TeachTown that the following staff did not complete the

25  coursework for RBT certification.  Please provide an



 1   update via email as to why staff did not finish the

 2   coursework.  Funds were budgeted for this training and

 3   I need to provide an update."

 4           Do you see that?

 5       A.   Yes.

 6       Q.   Underneath the text of Ms. Cleveland's email

 7   there is a chart labeled "didn't finish coursework" and

 8   Leander Gore is listed next to Harrell LC.  Correct?

 9       A.   Yes.

10       Q.   In your response on May 30, 2019, you stated

11   "Gore simply refused to complete."  Correct?

12       A.   Yes.

13       Q.   What is RBT certification?

14       A.   Registered Behavior Technician.

15       Q.   And why would someone need to have RBT

16   certification?

17       A.   Well, you don't have to have it to work in

18   GNETS.  It was just something that was offered to --

19   it's almost like when I was telling -- saying something

20   about the Gifted Endorsement earlier.  It's like an

21   extra layer of certification.

22           It's something along those lines, and I've

23   actually gone through it, too, but I didn't come out as

24   a registered RBT because you have to do some kind of

25   extra things.



 1          But basically to be fully certified, you have
 2   to complete all those steps.  And he just did not
 3   complete all the steps to be a fully registered
 4   behavior technician.
 5          Q.   Do any of your current staff have RBT
 6   certification?
 7          A.   No.
 8          Q.   So Mr. Terry, your behavioral specialist, does
 9   not have RBT certification?
10          A.   No.
11          Q.   Are there any other types of certifications
12   like this RBT certification that Mr. Terry has outside
13   of the bachelor's degree we mentioned earlier?
14          A.   He is a Mindset De-escalation and Restraint
15   trainer and LSCI trained.  I'm not sure of what else.
16          Q.   What is LSCI?
17          A.   It's Life Space Crisis Intervention, and it's
18   basically like -- program is not the word, but you go
19   through and train to learn how to de-escalate
20   situations, get to know certain types of kids.
21          It teaches you how to talk them through their
22   crisis or their trauma to get them to calm down, to
23   de-escalate and it -- there's like steps that you go
24   through.  And you learn each step on where to take --
25   you're kind of walking the child through.



1           And then by the end you figure out why they

2      were acting the way they were acting and then how they

3      can turn it around next time.  And then you also teach

4      them some, like, replacement skill.  Like, instead of

5      doing that, you can do this kind of thing.  So,

6      intervention.

7           Q.   In this email you and Ms. Cleveland are

8      discussing Mr. Leander Gore.  Who is he?

9           A.   Well, at the time he was one of our crisis

10     response team members, paraprofessional certification.

11     Now, actually this year, he's our teacher.  He's

12     provisional.  He's almost finished working on his

13     master's.  So he's one of our elementary teachers.

14          Q.   How did you react when you learned that

15     Mr. Gore refused to complete the RBT course?

16          A.   Initially, I was upset about it, but then I

17     later found out that he had, like, personal issues

18     going on.  And he had just found out that his program

19     he was in, the educational program for being a teacher,

20     was not accredited after he was told it was accredited.

21          And so he did all this coursework and at the

22     end of it with a bachelor's degree that he couldn't

23     even use in Georgia.  So all that kind of painted this

24     picture.  You know, he just was like -- had a rough

25     time.



1          So I don't know if she said anything back or

2     not.  I mean, that was all there was to that that I

3     remember.

4          Q.   Okay.  Have there been any other instances

5     where Harrell staff have refused or failed to complete

6     the steps necessary to receive certain certification?

7          A.   No.  No, and I hate that, too, because that

8     makes him look bad.  I don't mean look bad, but he's

9     never ever refused to do anything like, I'm not doing

10    it, I don't care kind of thing.

11          And I know that, just putting it that way,

12    without knowing all the details.  I did make him look

13    bad, but learning everything else made it make more

14    sense because it was out of character for him just to

15    refuse to do something.

16         Q.   We have talked a bit throughout the day about

17    Cord of Three, and you talked about how it's a

18    counseling service --

19         A.   Yes.

20         Q.   -- that Harrell contracts for.  And we've also

21    talked about Unison as well.

22         A.   Yes.

23         Q.   And Unison is similar to Cord of Three.  They

24    provide counseling service?

25         A.   Yes.



1     Q.   How many students in Harrell's program

2   participate in either Unison or Cord of Three

3   counseling?

4     A.   Together -- well, the majority of our students

5   participate with Cord of Three's counselor when he's

6   working with us.  He works Tuesday through Thursday.

7   So everybody -- well, I say everybody, but about 90

8   percent of them, you know, go through -- get exposed to

9   him in counseling sessions, but that's when he is

10  basically the HLC employee.

11         So if he has any -- I don't know the number of

12  any that he has through Cord of Three in our building.

13  If he does, then those would be done on outside time.

14  Like, whatever day, Monday or Friday, on their own time

15  kind of thing.

16         Because when he's in our building, he's our

17  employee.  So he's technically not Cord of Three during

18  that time.  That's just who we're contracted with.

19         But I would say that with Unison, I'm not sure

20  a number, a specific number, but I would say less than

21  half are -- not contracted but are signed up with

22  Unison.

23    Q.   Are the students who receive Unison services

24  students who were already receiving Unison services

25  before they arrived at Harrell?



1       A.    Some.  But some started when they got to us

2    with our encouragement and help to get them

3    connected.

4       Q.    The students who receive Unison services, how

5    often are they receiving those services?

6       A.    It varies per kid.  Some kids maybe have a

7    session a week, and some kids may have two different

8    kinds of sessions.  I don't know what the sessions are

9    called right now.

10           But, like, one comes -- maybe just a general

11   counselor, and then another one might come for the same

12   child later in the week, but they're more of an

13   intensive -- I can't think of the name -- but more like

14   an intensive therapist or whatever their titles are.

15           Then we have some that might be like once a

16   month.  They're all just different according to their

17   plan at Unison.

18      Q.    You mentioned that the individual who is

19   contracted through Cord of Three, but between Tuesday

20   and Thursday he is at Harrell and essentially working

21   for Harrell.  And you said that there's 90 percent of

22   your students who are exposed to that person.

23           What does that counseling service look like?

24   How frequently is that happening?

25      A.    Daily, individual sessions daily.  They rotate



1  through him and other behavioral specialists daily.

2  Most of our students -- the majority of our students

3  have anywhere between three and four sessions a week.

4      Q.   Okay.  When you said that sometimes Cord of

5  Three might meet with students outside of that Tuesday

6  to Thursday window and it might happen on Monday or

7  Friday, what did you mean by that?

8      A.   Well, if they -- I don't know -- I don't know

9  the children, the students in our building, if they are

10  signed up.  Like, kids are signed up through Unison,

11  but the counselor sees them on campus.

12         There's nobody that's signed up, if they are,

13  signed up with Cord of Three that he sees on our campus

14  because it would be -- what do you call it?  I don't

15  know the word, kind of contradictory.

16         Like, he doesn't mix his Cord of Three time

17  with HLC time, if that makes sense.  He's on a separate

18  contract with us.  So if they -- and he might have

19  zero.

20         I'm just saying if they are signed up through

21  Cord of Three for services that that's on their own

22  time and not during the school day, whereas he is

23  contracted with us to do sessions during the school

24  day.

25      Q.   Okay.



1       A.   I was trying to make that separate, but I know
2  I messed it up.

3           MS. ADAMS:   I would like the court reporter to
4  mark this next document as Plaintiff's Exhibit 780.

5           (Plaintiff Exhibit 780 marked.)

6  BY MS. ADAMS:

7       Q.   You've been handed Plaintiff's Exhibit 780.
8  This is an email thread with the subject Re Forward
9  Information on APEX.  The bottom of the first page of
10 the document is stamped GA00353909.

11          Please review and let me know when you're
12 finished.

13          (Witness reviewing document.)

14          THE WITNESS:   I'm ready.

15      Q.   Do you recognize this email thread?

16      A.   Yes.

17      Q.   Am I correct that on October 7, 2019, you
18 emailed Ms. Cleveland stating, "According to our Unison
19 partners we, HLC, are not considered an APEX school
20 even though around 80 percent of our students are
21 served through Unison and another percentage by another
22 mental health provider -- excuse me -- by other mental
23 health providers."

24      A.   Yes.

25      Q.   Do you remember what Ms. Cleveland told you in



1  response to your email?

2       A.    I do not.

3            MS. JOHNSON:   Object to form.

4  BY MS. ADAMS:

5       Q.    What is APEX?

6       A.    Honestly, at this time I'm not sure.  I'm

7  pretty sure someone explained to me around this time

8  what it was.  I just remember one of our Unison

9  counselors who came in and that they -- I think it

10 started out about having money to help with PBIS or do

11 celebration days or do different things for students at

12 different schools.

13           And I was, like, hey, well, we need that

14 because I to get everything that the schools get for

15 our school even though we're not technically a school.

16 But, anyway, I remember them just saying that whoever

17 it was had checked into it for us and that we were not

18 listed as an APEX school.  And I didn't understand

19 that, so I emailed her and asked her this.

20           I seem to think that maybe somebody got back

21 with me about the fact that we were not a school.  In

22 the eyes of the State we're a service.  So then I

23 further checked into it.  I don't even think I sent

24 anything further to her.  I checked into it because if

25 our students were listed under, say, a Ware County



 1  school, could we still not get supported because

 2  they're technically Ware County school kids.

 3         But then it just kind of fell through the

 4  crack.  Like, nobody got back to me or they said no or

 5  whatever because I normally don't stop pushing until I

 6  get a clear answer.

 7         But I just think that they were, like, no,

 8  you're not listed under blah, blah, blah.  But that's

 9  what it was to her.  I was trying to clarify, too,

10  because I wasn't even sure what APEX was.

11     Q.   Do you believe that your GNETS students should

12  be able to receive APEX services?

13     A.   At that time I did.  I mean, like I said, I'm

14  not sure even now what all that entails.  But, yes, I

15  believe that whatever anybody else gets my kids deserve

16  to.

17         MS. ADAMS:  Let's go ahead and go off the

18  record.

19         MR. NGUYEN:  Robert, did you hear that?

20         THE VIDEOGRAPHER:  Going off video record

21  5:09 p.m.

22         (Recess.)

23         THE VIDEOGRAPHER:  We're now back on video

24  record 5:20 p.m.

25  BY MS. ADAMS:



1    Q.   Ms. Livingston, earlier we were talking about

2    Cord of Three and the services it provides to your

3    students, and you said roughly 90 percent of students

4    receive some kind of Cord of Three service.  And you

5    talked about how there could be three to four sessions

6    within a week that students are meeting with Cord of

7    Three.

8         Are they meeting both with the LPC as well as

9    the behavioral specialist when they're receiving those

10   services?

11   A.   Yes.

12   Q.   Out of the three to four -- excuse me.  Out of

13   the three to four sessions that a student might receive

14   Cord of Three services, how many of those sessions

15   would be with the LPC?

16   A.   I'm not sure.

17   Q.   Do you have any sense as to whether a student

18   might meet with the LPC more than one time in a week?

19   A.   Most likely, yes.

20   Q.   And would that be for the majority of students

21   who receive Cord of Three services?

22   A.   I'm not sure.  I'm not sure exactly because

23   they split them up and that was for both of them.

24   Q.   Unison?

25   A.   No.  That was for my behavior specialist and



1   Cord of Three, the counselor and the behavior

2   specialist together.  They work together to take care

3   of the load on the days of the week and all that.

4          So I'm not sure how -- I wouldn't be able to

5   tell you how they split, you know, like what percentage

6   or whatever that he does by himself.

7      Q.   And by "he" you mean the LPC?

8      A.   Right.

9      Q.   Who decides when a student meets with the LPC

10  versus the behavior specialist?

11     A.   Well, it's pretty much made during data

12  triangulation.  Each nine weeks we assess the schedule,

13  so teachers are in there.

14         One of the administrators, we like one of them

15  to be there -- not always can make it -- but one of us

16  likes to be there.  And then both the behavior

17  specialist and the LPC are in there to complete the

18  data triangulation and then they decide among

19  themselves.

20         And it might be just per student need.  It's

21  not really like person -- I mean, well, it is.  It

22  might be that Mr. Terry, the behavior specialist, has

23  more rapport this week because that can change by the

24  week, you know, he might hate him next week, but this

25  week he was loving Mr. Terry.



1        So he might feel like he can relate more with

2   him that week, so he might have him all three days or

3   he might have him two days and then Cord of Three one

4   day or something like that.  But they work it all out.

5        Most of the time it's set at the time of the

6   data triangulation.  And then as kids change or as

7   things happen, you know, they might -- we've even had a

8   kid a couple of weeks ago where he got upset with

9   Mr. Terry for whatever reason, and he's, like, I'm

10  never speaking to you again.

11       So instead of him refusing all of his

12  counseling sessions, then they trade it over to

13  Mr. Tracy, which is Cord of Three, just for that week.

14       Q.    Mr. Tracy is the LPC?

15       A.    Yes, Tracy Crews.

16       Q.    How long are the counseling sessions that

17  students have?

18       A.    A variety.  Sometimes it's a set -- you know,

19  for some kids you can say we're going to take 30

20  minutes, we're going to take 20 minutes, and then some

21  kids it's at their time frame.

22       If a child gets in there today, he might talk

23  and be fine or talk for 10 minutes and then they're all

24  good.  He's ready to get back to class.  If they want

25  to get back to class and they're good, we want them to

 1   be in class.

 2          But then some kids will go in and you think

 3   it's going to be a 10-minute session and they get into

 4   something real deep and they're in there an hour.  So

 5   it just depends on the kid.  We try to individualize

 6   everything that we can and try to meet them where they

 7   are.

 8       Q.   Are any of the counseling services from Unison

 9   or Cord of Three group sessions?

10       A.   No.  No, no they're individual.  Now,

11   sometimes Mr. Tracy, Cord of Three, may do like a pair,

12   you know.  I think that he was doing chest maybe with

13   some of them -- chess not chest -- and so he might

14   group them like that occasionally.  But for the most

15   part it's individual across the board.

16       Q.   Much earlier on in the day we were talking

17   about certain students who have been at Harrell for

18   quite some time, many years, a big portion of their

19   academic career.

20          And we talked about how for those students

21   there might be additional types of supports that would

22   be offered to them, and I believe you mentioned

23   counseling is one of those services.

24          Is counseling offered for those students above

25   and beyond what is offered through Unison or Cord of

1 | Three?  Do the students who have been here a long time
2 | receive additional counseling outside of what's offered
3 | to the majority of students?
4 |     A.    Not unless they are -- not unless they are
5 | doing an outside agency other than Unison or Cord of
6 | Three.  But when they're in our building, we give them
7 | what they're given normally.
8 |     Q.    Okay.
9 |     A.    I'm sorry.  I mean, the topics just might
10 | vary.  You know, like trying to, instead of talking
11 | about their maybe past trauma, they start focusing on
12 | how to be an adult, you know, how to get over some of
13 | these adult things or approach some of these adult
14 | things for when they get ready to leave or graduate or
15 | whatever it is.  So they just change their topics.
16 |     Q.    Okay.  I also want to go back to something
17 | that we talked about earlier when we were talking about
18 | staff vacancies, and you mentioned that there's a high
19 | school math teacher position that's been open for a
20 | while.  And we talked about how to compensate for that
21 | opening there's, I believe you said, a staff member who
22 | is facilitating an online program?
23 |     A.    Yes.
24 |     Q.    And I asked you if you would prefer to have a
25 | teacher in person versus online, and you said you would



1    prefer to have a teacher in person.

2         A.    Uh-huh.

3         Q.    Can you tell me a little bit more about why

4    you think that would be important?

5         A.    Not all students are, like, virtual learners.

6    You know, there are some topics that I, myself, need.

7    I need to sit here and talk to you.  I need to be able

8    to ask you questions.

9              I need to read your face.  I need your

10   encouragement.  You know, I need to ask you 5,000

11   questions to get to where we're going whereas the

12   computer you can't do that.  You're just, you know,

13   clicking the answers.

14             Now, the one thing with him is he facilitates

15   it in a way that he sits down and works with him.  So,

16   I mean, it's kind of like a hybrid almost because I

17   know he's not up there just teaching.  He's using that

18   but he's teaching along with the program.

19             And so he'll sit down and complete the

20   work-through problems with him.  So I would say it's

21   more of a hybrid because we don't just put them on and,

22   hey, finish that program and let us know when you're

23   done.

24             But I think it's important to have that

25   interaction, you know.  It's kind of like text.  You



1  don't always know how to interpret a text.  You know, I

2  might think you're angry at me by something that you

3  texted when you weren't.

4        And I feel like that is quadrupled when you're

5  doing online work.  You're not understanding the work.

6  You're not understanding how to navigate or whatever

7  the problem is that a person could give you.

8        And they just don't -- I feel like you can get

9  a better caliber of instruction, academics and, well,

10 behaviorally, because you're having to also navigate a

11 social situation, where the computer takes that away

12 from our students.

13        I mean, takes away the opportunity to have to

14 navigate those relationships that they would normally

15 have to do.  You know, frustration with the teacher,

16 I'm going to have to work that with you where it's just

17 going to make it flat working on a program.

18        So it's like a twofold kind of thing,

19 academics and really socially I think it's better to

20 have an in-person teacher teaching you.

21   Q.   Are there any students at Harrell who are

22 screened for gifted services?

23   A.   We have had.  Let's see, I believe we had two

24 since I've been there, possibly three.  I think we've

25 had three that have been on our radar because my



1  assistant director and myself are both gifted teachers

2  or, you know, gifted-minded teachers.

3          And we were, like, hold on, there's something

4  special going on here.  So we did reach out and get

5  them, I guess, finished.  One was in the process when

6  they left their school and so got him finished up

7  testing, and I think he ended up qualifying.

8          And then the other two we -- so then we meet

9  with teachers and facilitate how to better instruct

10 them because they're not used to having I guess a

11 gifted student, you know.

12     Q.   Are all students at Harrell screened for

13 gifted services?

14     A.   I'm not sure.  Well, not through us.  Not like

15 our -- we had to request that with the county.  Like,

16 hey, we need to you look at this kid.  They're really

17 bright.  We think they're possibly gifted.  We had to

18 bring that up.

19          I don't think they're -- not at the point they

20 come to us.  They might be screened when they're in

21 elementary school or in the LEA but not once they get

22 to us.

23     Q.   Are the two students that you're referring to

24 who were screened for gifted services, are they

25 receiving gifted services at Harrell specifically?



1    A.    They do not.  One doesn't go to our school

2    anymore.  And then the one -- the other one was the one

3    I was speaking of earlier that was transitioning for

4    two classes.

5         We wanted him to go to four, so he's kind of

6    pushing back a little bit on the system.  He has the

7    system problem.  And so I think -- I want to think that

8    one of his classes this semester is an advanced

9    content, but that's what they do at the high school.

10        Like, my own daughter is in advanced content.

11   That's how they get their gifted services in high

12   school.  So that's the extent that I know.  Nobody

13   comes to our schools and serves him for gifted.

14   Q.    Okay.  The student who left is no longer at

15   Harrell?

16   A.    Uh-huh.

17   Q.    Did that student ever receive gifted services

18   while they were at Harrell?

19   A.    I'm not sure.  I mean, no one came.  But

20   gifted services looks different for different counties.

21   I really can't remember.  Right now I can't remember

22   what county it was, so I can't answer that.  I'm not

23   sure a hundred percent.

24   Q.    If a student was screened at Harrell for

25   gifted services, how would they receive their gifted



1   services?

2       A.   I'm not sure.  We've really never had it

3   happen that way.  Like I said that one, he just kind

4   of -- I don't even know if they went through with,

5   like, the paperwork, you know.  So I don't even know

6   that it's official that he's gifted.  He was just being

7   kind of difficult.

8       Q.   Does Harrell track graduation records for its

9   students?

10      A.   For ours, yes.  If they graduated while

11  they're with us, yes.  But if they leave, then I don't

12  know.

13      Q.   For this school year are there any students

14  that you would expect to graduate at the end of the

15  school year?

16      A.   Oh, yes.  I believe we have two, three

17  seniors.  We have three seniors this year.

18      Q.   And do you expect all three to graduate?

19      A.   Uh-huh.

20      Q.   Last school year how many students at Harrell

21  graduated high school?

22      A.   I don't remember the numbers from last year.

23  But since I've been there every senior that we've had

24  has graduated.

25      Q.   Okay.  What type of diploma do students



1    receive when they graduate from Harrell?

2        A.    They get the Gen Ed diploma.  Well, now, some

3    of those, like adaptive students, I believe they

4    get that -- I don't remember.  They changed it.  Well,

5    you might not know, but they changed it.

6           Georgia has changed it back and forth, so I'm

7    really not sure which one.  But I think they get like a

8    special ed type, and then our other kids that are

9    getting the regular standards, they get a Gen Ed

10   diploma.

11       Q.    Okay.  Last year did any students drop out of

12   school when they were at Harrell?

13       A.    No.  Not last year, no.

14       Q.    Have any students dropped out of school this

15   year?

16       A.    No.

17       Q.    Since you've been director, have any students

18   at Harrell dropped out of school?

19       A.    I can't remember the exact year, but it's

20   either -- it's a couple of years ago.  Maybe two years

21   ago we had one.  He moved in in one of the counties.

22   He moved in.  He came to our school.

23          Just it felt like a blur, you know, like a

24   little short period of time and then he -- it was at

25   the end of the school year, and then he was supposed to



 1  come back the next school year to start up just like

 2  everybody else.  And then we got word that his guardian

 3  let him quit.  That's the only one that I can remember.

 4      Q.   Okay.

 5      A.   And we didn't have him very long.  We weren't

 6  even really able to get to know him that well because

 7  it was, I mean, literally, they kept pulling him out of

 8  it, that kind of thing.

 9      Q.   Okay.  Do students of Harrell attend promotion

10  or graduation ceremonies?

11      A.   Yes.

12      Q.   And do they attend with general education

13  students?

14      A.   Yes.

15      Q.   Does Harrell offer advanced placement or

16  honors courses?

17      A.   We have in the -- I'm trying to think.  I

18  would say no.  Well, if they do, they get it at their

19  high school.  Like, if they transition, they're getting

20  it there.  So I don't know if that's technically us

21  offering it.  They're not doing it in our building but

22  it's offered.

23      Q.   Okay.  How many students are taking APR

24  (phonetic) honor courses this school year?

25      A.   None right now.



1    Q.   Were students ever taking APR honor courses

2    this school year?

3    A.   I'm unsure.  I'm unsure because I'm thinking

4    that one did last semester.  I'm just going to say I'm

5    unsure.  We try.

6    Q.   Okay.  Does Harrell facilitate opportunities

7    for students to attend sporting events?

8    A.   I wouldn't say we facilitate that because we

9    wouldn't provide transportation or anything.  I mean,

10   we encourage them to be involved or if people are

11   talking about the game or whatever, hey, are you going?

12   Well, you should go.  You can meet new friends, things

13   like that.

14   Q.   Okay.  Are Harrell students invited to any

15   prom or dance?

16   A.   We haven't had that come up.  We've had our

17   own dances and prom and we have our own awards day.  We

18   don't have a gym.  I mean, we don't have -- what do you

19   call it -- an auditorium with seating in it or a stage.

20        So we even -- one of the local middle schools

21   has an auditorium right down the road from us.  And so

22   we make it more like a field trip.  We have an

23   end-of-the-year awards ceremony where they're all

24   recognized for academics like normal.

25        But then our seniors still walk.  If they want



1  to, they still walk and do cap and gown and all that,

2  pictures and everything with their county.  But we try

3  to do the same kind of thing for them at our awards

4  ceremony in case they don't want to go in that big

5  crowd and do their thing.  So we try to do that.

6      Q.   Okay.  Have your students at Harrell taken

7  their school picture this year?

8      A.   No.  Actually, it is I believe in two weeks.

9  It's in February.

10     Q.   Okay.  And will their school picture appear in

11 their county school's yearbook?

12     A.   No.

13     Q.   Does Harrell have its own yearbook?

14     A.   Yes, we have our own yearbook.

15     Q.   Let's go off the record.

16          THE VIDEOGRAPHER:  Going off video record

17 5:39 p.m.

18          (Recess.)

19          THE VIDEOGRAPHER:  We're now back on video

20 record 5:45 p.m.

21 BY MS. ADAMS:

22     Q.   Let's refer back to the grant application

23 exhibit.  I believe that was Exhibit 770, and it has

24 the last three numbers 883 stamped on the front.  Let's

25 turn to the page stamped with the last three numbers



1    926.

2          It contains the heading Service Delivery

3    Severe Behavior Management and De-escalation.  Do you

4    see that page?

5        A.   Yes.

6        Q.   This page contains information for fiscal year

7    2022, correct?

8        A.   Yes.

9        Q.   Am I correct that 15 students or 21 percent of

10   your students were restrained in fiscal year 2022?

11       A.   Yes.

12       Q.   Does that percentage strike you as high?

13          MR. NGUYEN:  Object to the form.  You may

14   answer the question.

15          THE WITNESS:  It is higher than we like,

16   yes.

17   BY MS. ADAMS:

18       Q.   Is Harrell taking any steps to lower the

19   number of students who are restrained?

20       A.   Yes.

21       Q.   What steps is Harrell taking to lower the

22   number?

23       A.   We increase -- for those who aren't already

24   at, you know, three or four days, we increase

25   counseling sessions.  We pull in -- we do -- what is it



1  called?  We don't officially name anything.  We do

2  parent conferences.

3         We go through our LSCI processes to see if,

4  you know, if there were any I wouldn't say -- maybe

5  like clues, you know, kind of go back in their data.

6  We have IBFs in our school.  We have IBFs.  They're

7  inappropriate behaviors forms.  That's how we track our

8  behaviors.

9         So we typically go back through there to see

10  if there's any, you know, if it's a student -- well,

11  let me say this.  If it's a student that typically

12  doesn't have to or doesn't require -- they're not being

13  a harm to themselves or others, then we'll dig through

14  all of that.

15         Now, if it's just one that is normally

16  physically aggressive, then we still go through the

17  same processes, but we pretty much already know it was

18  like a trigger.  It was this or that.

19         But with ones that we typically don't have to

20  do that with, we really go digging, like what in the

21  world?  You know, why did you get to this level that

22  you had to be restrained, you know, and why weren't you

23  de-escalating because we always try the de-escalation

24  first and normally you de-escalate.

25         So we just dig back into their file and their



1  data and things to try to figure that out and make a

2  plan so it doesn't have to happen, you know.

3      Q.   For this current school year, approximately

4  how many restraints have been administered at

5  Harrell?

6      A.   Oh, we've had only maybe two or three.  Yes,

7  I'm comfortable with that.

8      Q.   In the text box at the bottom of this page

9  that we're looking at --

10     A.   Tell me the page again.  I moved my finger.

11     Q.   It ends in 926.

12     A.   Okay.

13     Q.   The last sentence in the paragraph of the text

14 box states, "Records are kept organized by student date

15 and updated timely."  Correct?

16     A.   Yes.

17     Q.   Who was responsible for recording restraints

18 at Harrell?

19     A.   It is our -- one of our crisis response team

20 members, and she puts in all of our data.  Like our

21 inappropriate behavior forms go into SWIS, which is a

22 platform that connects -- it kind works along the

23 lines -- I mean, it works with PBIS and it allows us to

24 put in our data, and it creates charts and graphs for

25 us for the IEP meetings.



1          But, anyway, she puts those in as well as
2    keeps up with the forms, restraint forms.  Each time a
3    restraint happens we document the details on a form and
4    they're kept in a notebook.  But witnesses have to sign
5    off, and then I review them daily, any restraint that
6    had to happen that day.

7          I mean, most of them I know about.  Our center
8    is not that big.  But if there was for some reason I
9    was out of the building or whatever, I always touch
10   back that afternoon or the next morning so that I know
11   kind of what happened, the details, and I sign off on
12   those too.

13      Q.   The number of restraints that have occurred at
14   Harrell this calendar -- sorry, this school year --
15   were you including the Camden site in that total as
16   well?

17      A.   No.

18      Q.   Okay.  How many restraints including the
19   Camden site?

20      A.   I'm not sure about Camden.

21      Q.   Okay.

22      A.   More than three.

23      Q.   Okay.  More than five?

24      A.   Most likely, yes.

25      Q.   More than ten?



1    A.   Yes.

2    Q.   More than 20?

3    A.   No.

4    Q.   Okay.

5    A.   I feel comfortable like around 10, but that's

6  what I think it is.

7    Q.   Last school year did the Camden site also have

8  a high number of restraints?

9    A.   I'm not sure.

10    Q.   Is the site coordinator at Camden responsible

11  for recording the restraint data?

12    A.   Yes.

13    Q.   Do you coordinate with the Camden site

14  coordinator around debriefing after a restraint

15  occurs?

16    A.   Not every one but, yes, I have access to the

17  data or access to the forms and things, and we do

18  debrief over, you know, weekly everything that

19  happens.

20    Q.   Is the Camden site taking any steps to lower

21  the number of students being restrained?

22    A.   Yes.  And they've noticed a difference already

23  from the beginning of the year.  The majority of their

24  restraints were one student very, very physically

25  aggressive.



1          So they had an IEP meeting, and they made some

2     changes on both ends like, you know, just the center

3     was doing some different things and then parents were

4     doing different things and encouraging the student to

5     do some different things and they did some scheduling

6     things too to try to help the behavior overall, which

7     ultimately, thankfully reduced the restraints because

8     he kind of dropped off being so physically violent.

9          Q.   Does Harrell have a seclusion room?

10         A.   No.

11         Q.   Does the Camden site have a seclusion room?

12         A.   No.

13         Q.   Very early on in the day you mentioned that

14    you had this dream, kind of ideal vision of a sensory

15    room.

16         A.   Uh-huh.

17         Q.   Can you tell me whether that sensory room was

18    ever actually created?

19         A.   Yes.

20         Q.   Is that located at the Waycross site?

21         A.   Yes.

22         Q.   Is there a sensory room at the Camden site?

23         A.   There is not a sensory room.  There are

24    sensory items but there's not a room like we have at

25    the Waycross site.



1    Q.   Would you like there to be a sensory room at
2  the Camden site?
3    A.   Oh, yeah, I would.
4    Q.   Is there any funding that would allow that to
5  happen?
6    A.   I mean, we've purchased things to create a
7  space, like to create space, create an environment.
8  But there's no specific space that we have at our
9  Waycross site.
10        But we've built items to create more of a
11  sensory-type situation or give them options for
12  sensory.  So we've done that.  So, yes, there's been
13  funding for that.
14    Q.   Has the funding for the sensory room been
15  state funding?
16    A.   I'm not sure.
17    Q.   What does your sensory room at the Waycross
18  site look like?
19    A.   It is -- I mean, like do you want me to
20  describe the items?
21    Q.   Yeah.
22    A.   We have a ball pit.  We have a rock climbing
23  wall with pads.  We have like -- it used to be an old
24  locker room I think in the old school before the
25  renovation.



1          So there's these concrete walls like little

2     stalls, and somebody has already come through and put

3     tables -- or tabletops in them.  So each stall is

4     something different.  So this one has like trinkets and

5     things you twist and turn.

6          This one has kinetic sand.  This one has

7     LEGOs.  Like, we glued LEGO walls and they can play

8     LEGOs.  And then this one has those little gel things

9     that get fat in water or whatever.  They feel really

10    good put in your hand.  And then one stall has a

11    chalkboard.  The walls are chalkboard and they can just

12    write on the chalkboards.

13          And then we have those -- I don't know what

14    they're called -- but the big, like sensory wall things

15    that you can buy.  They're like this wide (indicating).

16    They're made of wood but they have something that feels

17    like grass and something that feels like sandpaper,

18    something that makes noise, kind of like those baby

19    things that you can do all these little different

20    things on like roll the rattle and do all that kind of

21    stuff.

22          And then we have another sensory wall, wooden

23    thing that's hanging on the wall, that they can move

24    things on and make noises, different noises.  And then

25    there's one that's more of like sparkly-type things and



1    puzzles.

2            And then there's a black room, not a room but

3    like another stall.  And it's got a -- it's like a

4    black light kind of theme and has like see-through

5    little curtains, almost like little pieces of, you

6    know, fringe kind of thing.

7            Anyway, that's there and it's got tactile

8    walls, bumpy walls.  And then there's another one with

9    like an egg chair.  And then there's a marble wall.  I

10   don't know if you've seen one of those before.  It's

11   this thing that's like this big and it's got all these

12   marbles in it and they like to rub it.  And then we

13   also have the sequins that you can rub one way and it

14   changes color or whatever.  We have a wall of those.

15           And then we have -- I'm not sure what it's

16   called, but it's this big tire.  It's like a blow-up

17   tire thing.  It looks like a big truck tire but it's

18   just the tube, inner tube part that's bouncy and they

19   jump on it and hold the bars.

20           And we have two trampolines, and we have two

21   huge beanbags.  I think that's it.  That's pretty much

22   it.

23       Q.   Do all of your students at the Waycross site

24   have access to that room?

25       A.   Yes.  Yeah, our adaptive kids love it the



1   most, but our other kids do too.  But our other, kids

2   especially like the elementary, they like the

3   playground better, so they go out there and run

4   around.

5       Q.   Is there any reason why a student at the

6   Waycross site would not be able to access the sensory

7   room?

8       A.   Right now there's one student on probation.

9   He's one of our adaptive kids because as soon as he

10   walks in there he tries to destroy everything.  And so

11   we're just -- we think it might be more of like a "him"

12   thing than the room.

13       So right now he's just kind of like on pause

14   because I think they're trying to get his medication

15   right or something.  And so we think it's just more of

16   another issue because he used to be fine in the room.

17   But no, it's open for everybody.

18       Now, our high-schoolers, you won't catch them

19   in there unless they're going to help a teacher clean

20   up or do something.  We also have music plans.  Some of

21   them like to go in there -- go in there and just chill

22   out, I mean with a teacher, of course.

23       But that's the only one right now that's kind

24   of, like, not allowed until we figure you out.

25       Q.   Is there anything else you would like to add



1  to the sensory room to make it extra dream-ideal?

2      A.   There's probably a lot.  I might have to build

3  another room.  But, no, I mean just as kids like things

4  because everything in there is -- basically somebody in

5  the building liked that thing.  Oh, another one was

6  rice or beans and rice.  They like to stick their hand

7  in there and like the way it feels.

8          So it's just as different things come along or

9  they like different things, like, oh, I want to do

10  that.  And, okay, simmer down.  We've only got one

11  room, you know.  But I can't think of anything else off

12  the top of my head right now.

13      Q.   Okay.

14      A.   But I'm proud of it because they enjoy it and

15  it works.

16      Q.   We'll go off the record, please.

17          THE VIDEOGRAPHER:  Going off video record

18  5:59 p.m.

19          (Discussion off the record.)

20          THE VIDEOGRAPHER:  We are now back on video

21  record 6:00 o'clock.

22          MS. ADAMS:  Thank you, Ms. Livingston.  That's

23  all we have for the United States.

24      A.   Okay.  Thank you.

25                          EXAMINATION



1  BY MS. JOHNSON:

2      Q.   Hi, Ms. Livingston.  My name is Melanie

3  Johnson, and I represent the State of Georgia in this

4  matter.  And I know you've been here for a long day, so

5  I just have a few more questions for you.  I promise

6  not to take too long.

7      A.   Okay.

8      Q.   You testified earlier that your supervisor is

9  someone with the RESA; is that correct?

10     A.   Yes, ma'am.

11     Q.   Is that also the person who hired you?

12     A.   Yes, ma'am.

13     Q.   Okay.  Does the RESA also pay your salary?

14     A.   Yes, ma'am.

15     Q.   You also testified earlier that your program

16  uses the TKES and LKES program in order to conduct

17  evaluations, correct?

18     A.   Yes.

19     Q.   Has the state ever conducted your evaluation

20  using TKES and LKES?

21     A.   No, ma'am.

22     Q.   Okay.  Has anyone from the state ever

23  conducted an evaluation of any of your staff members of

24  your program?

25     A.   Not that I'm aware of, no, ma'am.



1    Q.   Who makes the personnel decisions with regards

2  to your program?

3    A.   My staff.  I mean, me and my administrative

4  team, we interview and recruit, interview, however you

5  want to call it, and then we make a recommendation to

6  Dr. Jacobs for the board to approve.

7    Q.   Okay.

8    A.   So we initially pick the staff members and

9  then we submit to Dr. Jacobs at RESA.

10    Q.   Okay.  Does the state have any role in that

11  process?

12    A.   No, ma'am.

13    Q.   Okay.  We also discussed IEP team earlier

14  today.  Are you aware of whether a member from the

15  State of Georgia is a member of an IEP team?

16    A.   No, ma'am.

17    Q.   And just to clarify, no, you're not aware or

18  no, a member from the state is not a member of the IEP

19  team?

20    A.   I am not aware that a member of the state is

21  on any of my IEP teams.

22    Q.   Okay.  Are you familiar with your program's

23  IEP teams generally?

24    A.   Yes, ma'am.  Usually it's just my staff

25  members and the LEA staff members.



1     Q.   Okay.  And you're not aware of any particular
2     State of Georgia employees on those teams as well?
3     A.   Correct.  I'm not.
4     Q.   And along the same lines, are you aware of any
5     instance in which the state participated in an IEP
6     team's decision?
7     A.   No.
8     Q.   Okay.  And, to your knowledge, has the State
9     of Georgia ever encouraged a decision that was
10    different than that of the IEP teams?
11    A.   No, ma'am.
12    Q.   And my last question, earlier today you
13    mentioned a negative stigma that can be associated with
14    GNETS.  And I just wanted to know do you ever receive
15    positive feedback regarding your program?
16    A.   Yes, ma'am.  That actually has been all that
17    we have received.  I mean, you know, every now and then
18    you might have a parent disgruntled, you know, mad
19    about a specific situation.  But it's always been
20    resolved and we've always had positive feedback about
21    our program.
22         And since then, you know, the thing that we
23    hear, you know, the gossip or the rumor mill that we
24    hear with other programs, we just don't have, we
25    haven't had in our building.  And so we're really proud



1  of our good name with our program because we haven't

2  had that, the stigma.

3        Once the parents get in there and see, they

4  meet us and their students have experience in our

5  building, that goes away.

6     Q.   Great.  Okay.  Well, that concludes my

7  questions tonight.  And, again, I really appreciate

8  your time tonight.

9     A.   Thank you.

10    Q.   Thank you.

11        MS. JOHNSON:  We can go off the record.

12        THE VIDEOGRAPHER:  Going off video record 6:00

13  o'clock.  Go ahead.

14        (Off the record discussion.)

15        THE VIDEOGRAPHER:  We're now back on video

16  record at 6:00 o'clock p.m.  Read or waive?

17        MR. NGUYEN:  The witness will read and sign

18  the transcript.

19        THE VIDEOGRAPHER:  And before we go off the

20  record, would anybody like to order the transcript or

21  video at this time?

22        MS. GARDNER:  The United States has a standing

23  order.

24        MS. JOHNSON:  The State of Georgia does not

25  need a copy of the video, just an E-transcript is fine.



1              THE VIDEOGRAPHER:  This concludes today's

2    videotaped deposition.  The time is going to be

3    6:06 p.m.  Going off the record now.

4              (Signature reserved.)

5              (Deposition concluded at 6:06 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



REPORTER DISCLOSURES

The following representations and disclosures are made in compliance with Georgia Law, more specifically:

Article 10(B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms).

OCGA 9-11-28(c) (disqualification of reporter for financial interest).  OCGA 15-14-37(a) and (b) (prohibitions against contracts except on a case-by-case basis).

I am a certified court reporter in the State of Georgia.  I am a subcontractor for Esquire Deposition Solutions.  I have been assigned to make a complete and accurate record of these proceedings.

I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is determined solely by the terms of my subcontractor agreement.

This 9th day of February 2023.

_____
Deborah K. Lingonis, RPR, CCR 2883



1                    C E R T I F I C A T E

2    STATE OF GEORGIA:

3    COUNTY OF CHATHAM:

4

5            I hereby certify that the foregoing

6    transcript was reported, as stated in the caption, and

7    the questions and answers thereto were reduced to

8    typewriting under my direction; that the foregoing

9    pages represent a true, complete, and correct

10   transcript of the evidence given upon said proceeding,

11   and I further certify that I am not of kin or counsel

12   to the parties in the case; am not in the employ of

13   counsel for any of said parties; nor am I in any way

14   interested in the result of said case.

15           This 9th day of February 2023.

16

17

18   _____
     Deborah K. Lingonis, RPR
19   CCR 2883

20

21

22

23

24

25



800.211.DEPO (3376)
EsquireSolutions.com

```
1                    ESQUIRE ERRATA SHEET

2

3

4    Esquire Job ID:  J9160458

5    Case Caption:  USA v. State of Georgia

6

7

8         DECLARATION UNDER PENALTY OF PERJURY

9

10         I declare under penalty of perjury that I

11   have read the entire transcript of my deposition taken

12   in the above-captioned matter or the same has been read

13   to me, and the same is true and accurate, save and

14   except for changes and/or corrections, if any, as

15   indicated by me on the DEPOSITION ERRATA SHEET hereof,

16   with the understanding that I offer these changes as if

17   still under oath.

18         Signed on this _____ day of

19   _____, 2023.

20

21

22

23         _____

24                    HALEY LIVINGSTON

25
```



HALEY LIVINGSTON                                    January 30, 2023
UNITED STATES vs STATE OF GEORGIA                              285

```
 1                    DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____ Change to:_____

 3   _____

 4   Reason for change: _____

 5   Page No._____Line No._____ Change to:_____

 6   _____

 7   Reason for change: _____

 8   Page No._____Line No._____ Change to:_____

 9   _____

10   Reason for change: _____

11   Page No._____Line No._____ Change to:_____

12   _____

13   Reason for change: _____

14   Page No._____Line No._____ Change to:_____

15   _____

16   Reason for change: _____

17   Page No._____Line No._____ Change to:_____

18   _____

19   Reason for change: _____

20   Page No._____Line No._____ Change to:_____

21   _____

22   Reason for change: _____

23

24   SIGNATURE:_____DATE:_____

25           HALEY LIVINGSTON
```



HALEY LIVINGSTON                                      January 30, 2023
UNITED STATES vs STATE OF GEORGIA                              286

1              DEPOSITION ERRATA SHEET

2  Page No._____Line No._____ Change to:_____

3  _____

4  Reason for change: _____

5  Page No._____Line No._____ Change to:_____

6  _____

7  Reason for change: _____

8  Page No._____Line No._____ Change to:_____

9  _____

10 Reason for change: _____

11 Page No._____Line No._____ Change to:_____

12 _____

13 Reason for change: _____

14 Page No._____Line No._____ Change to:_____

15 _____

16 Reason for change: _____

17 Page No._____Line No._____ Change to:_____

18 _____

19 Reason for change: _____

20 Page No._____Line No._____ Change to:_____

21 _____

22 Reason for change: _____

23

24 SIGNATURE:_____DATE:_____

25          HALEY LIVINGSTON



_____
    Exhibits

9160458 Hal
ey.
Livingston
PREVIOUSLY
MARKED.
EXHIBIT82
   5:20
   172:7,8,
   10

9160458 Hal
ey.
Livingston.
EXHIBIT762
   4:4
   12:16,17,
   24

9160458 Hal
ey.
Livingston.
EXHIBIT763
   4:5
   18:18,19,
   21

9160458 Hal
ey.
Livingston.
EXHIBIT764
   4:6
   68:13,14,
   16

9160458 Hal
ey.
Livingston.
EXHIBIT765
   4:9
   76:10,11,
   13

9160458 Hal
ey.
Livingston.
EXHIBIT766

   4:11
   84:17,18,
   20

9160458 Hal
ey.
Livingston.
EXHIBIT767
   4:13
   144:13,
   14,16

9160458 Hal
ey.
Livingston.
EXHIBIT768
   4:15
   148:16,
   17,20

9160458 Hal
ey.
Livingston.
EXHIBIT769
   4:17
   188:2,3,5

9160458 Hal
ey.
Livingston.
EXHIBIT770
   4:19
   191:19,
   20,23
   212:10
   265:23

9160458 Hal
ey.
Livingston.
EXHIBIT771
   4:21
   201:3,4,
   5,7

9160458 Hal
ey.
Livingston.
EXHIBIT772
   4:23

   204:16,
   17,19

9160458 Hal
ey.
Livingston.
EXHIBIT773
   5:2
   206:22,23
   207:1

9160458 Hal
ey.
Livingston.
EXHIBIT774
   5:5
   222:5,6,8

9160458 Hal
ey.
Livingston.
EXHIBIT775
   5:7
   224:1,2,4

9160458 Hal
ey.
Livingston.
EXHIBIT776
   5:10
   228:22,
   23,25

9160458 Hal
ey.
Livingston.
EXHIBIT777
   5:12
   233:24,25
   234:1

9160458 Hal
ey.
Livingston.
EXHIBIT778
   5:14
   236:6,7,9

9160458 Hal
ey.
Livingston.
EXHIBIT779
   5:16
   241:8,9,
   11

9160458 Hal
ey.
Livingston.
EXHIBIT780
   5:18
   249:4,5,7

_____
          $

$1.7
   210:8

_____
          -

-o0o-
   7:1

_____
          0

07
   20:11

_____
          1

1.7
   207:19
   208:12

10
   156:4,7
   222:21
   254:23
   270:5

10-minute
   255:3

1013
   195:20
   197:3

10:41
   60:2

10:54
   60:5

11
   238:2

11:00
   157:22
   165:21

11:47
   85:16,20

11:48
   149:7

11:53
   150:24

12
   29:24
   145:13
   176:19
   181:16

12/14/18
   151:10

12:11
   106:13

14
   148:21
   149:9,24
   150:15
   207:12

15
   156:4,7
   208:8
   266:9

16
   77:2

16/'17
   14:8



**160-4-7-.15**
  172:11

**17**
  22:8
  42:16
  43:18
  188:6
  192:6
  194:16

**17/18**
  151:9

**18**
  209:7

**19**
  77:11
  84:21

**1:07**
  106:16

**1:30**
  50:11

**1:41**
  77:3

**1st**
  164:23

——————

**2**

**2**
  22:8 24:3
  201:18

**2(f)**
  173:22

**20**
  234:15
  254:20
  270:2

**2006**
  20:10

**2007**
  19:18

**45:8**
**50:21**
**52:20**
**54:13**

**2012**
  19:8

**2013**
  54:13

**2016**
  40:4 45:9
  50:21
  52:20

**2017**
  24:4 25:4
  39:18
  40:5
  168:4,16
  172:13
  234:15,24

**2018**
  76:14
  77:2,23
  84:21
  148:21
  149:9,24
  150:1,15
  188:7
  201:18,24
  210:10

**2019**
  63:25
  68:17
  72:1
  224:5,16,
  25 225:6
  238:2
  241:12,22
  242:10
  249:17

**2019/2020**
  145:8
  223:2,6

**2020**

**194:11,**
**15,19,20**
**195:11**
**196:24**
**197:9**
**222:9,21**
**229:2,17**

**2020/2021**
  145:6
  223:7

**2021**
  194:2,6,
  19 229:2

**2021/2022**
  145:3

**2022**
  26:1
  112:25
  113:2
  142:24
  184:11
  193:21
  196:11
  199:2
  212:14,16
  213:5,8,
  16 214:18
  215:18
  216:3,17
  217:10
  229:2,17
  230:20
  232:8
  233:15
  266:7,10

**2023**
  6:2,4
  194:23

**21**
  234:24
  266:9

**22**
  113:5

**25**
  125:25
  126:19,20
  154:15,18

**27**
  21:22

**28**
  181:17

**29**
  150:16
  241:22

**2:38**
  166:22

**2:49**
  166:25

——————

**3**

**3**
  224:16

**30**
  6:2,4
  11:7
  68:17
  94:17
  126:1
  128:22
  242:10
  254:19

**30-student**
  97:11

**35**
  94:17

——————

**4**

**4**
  224:25

**40**
  131:21

**45**
  131:19

**4:09**
  220:6

**4:23**
  220:9

**4th**
  228:5

——————

**5**

**5**
  51:5

**5,000**
  257:10

**50**
  192:3

**52**
  87:24
  95:14

**5:09**
  251:21

**5:20**
  251:24

**5:39**
  265:17

**5:45**
  265:20

**5:59**
  276:18

**5th**
  156:20

——————

**6**

**60**
  233:1

**6:00**
  276:21



280:12,16

**6:06**
281:3,5

─────────────

**7**

─────────────

**7**
249:17

**70**
169:6,7,9

**74**
143:13

**762**
12:16,17,
24

**763**
18:18,19,
21

**764**
68:13,14,
16

**765**
76:10,11,
13

**766**
84:17,18,
20

**767**
144:13,
14,16

**768**
148:16,
17,20

**769**
188:2,3,5

**770**
191:19,
20,23
212:10
265:23

**771**
201:4,5,7

**772**
204:16,
17,19

**773**
206:22,23
207:1

**774**
222:5,6,8

**775**
224:1,2,4

**776**
228:22,
23,25

**777**
233:24,25
234:1

**778**
236:6,7,9

**779**
241:8,9,
11

**780**
249:4,5,7

**7:30**
50:8

─────────────

**8**

─────────────

**80**
249:20

**82**
145:5
172:7,8,
10

**88**
145:2,8

**883**
212:11

**265:24**

**887**
195:8

─────────────

**9**

─────────────

**9**
201:24

**90**
246:7
247:21
252:3

**90s**
158:2

**921**
212:13

**923**
193:3,4

**926**
266:1
268:11

**98**
95:15

**9:16**
188:17

**9:22**
6:5

─────────────

**A**

─────────────

**a.m.**
6:5 60:2,
5 85:16,
20 149:7
150:24
188:17

**ABAS**
204:21
205:6,16,
23,25

206:4

**abbreviations**
63:14
106:19

**ABC**
123:24
124:8,19,
24

**ABD**
21:8

**abilities**
186:22

**ability**
100:3
142:12

**absence**
156:21

**absences**
155:19,20
156:9

**absent**
157:22
158:3
164:18
165:7,22

**academic**
16:1
30:22
84:23
85:18
86:2
95:21,24,
25 147:22
176:24
177:5
180:19
181:15
186:22
187:1,21
255:19

**academically**
32:6
186:23

**academics**
41:15
85:5
96:1,24
171:11
181:14
227:13
258:9,19
264:24

**academy**
33:20

**accept**
97:17
99:14
134:7
135:7

**acceptable**
10:7

**accepted**
136:1

**access**
41:7
191:5,7
270:16,17
274:24
275:6

**accommodations**
46:4

**accomplished**
179:2

**accomplishing**
30:9

**accountable**
73:23



accounting
  39:1

accredited
  244:20

accurate
  8:15
  161:2

achieving
  179:11

acronym
  36:25

acronyms
  16:7 27:7
  32:22
  106:21
  239:10

acting
  108:7
  244:2

action
  13:6

active
  21:21
  23:6,9
  86:12

activity
  55:18
  58:9

actual
  22:16
  88:18
  99:3

Adams
  6:14,25
  7:6,9
  10:3,9
  12:15,18
  13:4
  18:16,20
  56:4
  59:23
  60:7

68:12,15
69:1 75:9
76:9,12,
23 84:16,
19 85:14
106:17
130:16
131:12
132:18
144:12,15
148:15,18
149:3
166:20
167:1
172:5,9
188:1,4,
13
191:17,21
192:11
197:22
198:12
201:2,6,
14 204:18
205:1
206:20,24
207:8
208:23
220:10
222:4,7,
16 223:24
224:3,13
228:20,24
229:7
233:22
234:2,9
236:8,16
241:6,10,
19 249:3,
6 250:4
251:17,25
265:21
266:17
276:22

adaptive
  147:3
  177:25

205:17,
21,22
206:3
220:23,24
223:12
262:3
274:25
275:9

add
  9:5
  180:3,15
  182:5
  206:11
  275:25

added
  22:8 26:6
  42:17
  205:14

addition
  100:16

additional
  9:2 48:10
  119:7,8,
  9,17,24
  120:2
  207:19
  208:12
  226:4
  255:21
  256:2

address
  146:15
  174:21

adjust
  38:10

administer
  205:12

administered
  268:4

administers
  67:11

administrative
  27:22
  30:15
  39:7
  278:3

administrator
  22:7
  24:9,12
  31:9 40:1
  41:3
  42:25
  43:14,17,
  22 45:4
  123:17

administrators
  49:10
  103:22
  122:17
  253:14

admissions
  138:6
  140:5
  141:3

admitted
  133:17
  136:5

adult
  126:19
  162:25
  256:12,13

adults
  22:14
  38:7
  107:22
  126:20
  176:8

advanced
  260:8,10
  263:15

Advocacy

32:23
36:25

affect
  165:24

affected
  210:17

affiliation
  6:13

afternoon
  269:10

afterward
  197:10

agencies
  33:2

agency
  16:22,25
  32:23
  119:19
  128:16
  169:18
  256:5

agenda
  88:2

agent
  75:21
  76:1
  77:12,18,
  25 117:17

agents
  77:6

aggressive
  58:19
  116:7
  147:20,25
  178:9
  267:16
  270:25

agree
  135:7
  186:18,19

agreed



10:5,8

**agreement**
117:20

**agreements**
78:14

**ahead**
59:24
106:10
220:4
251:17
280:13

**aid**
72:11

**air**
176:18

**align**
29:13
161:22
187:7

**aligned**
174:2

**aligning**
46:3

**Allen**
28:23
31:21
73:4

**allocated**
117:23
118:12,22
119:13

**allocation**
118:25

**allocations**
207:2,16,
18 208:3,
19 209:6,
13

**allowable**
201:19
202:4,9

204:1

**allowed**
24:12
55:11
57:5
92:20
98:9
112:10
214:13
275:24

**allowing**
92:16
96:17

**alongside**
17:20

**Alternate**
177:20

**alternative**
15:16
137:3

**altogether**
138:10

**amend**
180:14
189:2

**America**
6:7

**amount**
9:1
118:20
119:1,3
180:8

**analysis**
176:12,14

**analyze**
176:17

**anger**
58:17,18

**angry**
258:2

**animal**
195:16

**annual**
200:2,6

**annually**
173:25

**answering**
8:19 9:18
192:19
213:23

**answers**
7:18
257:13

**antecedent**
124:9,10

**anticipate**
195:5

**anymore**
49:23
65:24
183:20
239:21
260:2

**APEX**
249:9,19
250:5,18
251:10,12

**app**
200:9
227:12
228:8

**application**
192:16,17
199:22
200:3,14
212:9
265:22

**apprehensive**
97:7

**approach**

256:13

**approaches**
104:21

**appropriately**
146:18

**approval**
29:3,4
61:6,10
114:11

**approve**
58:11
61:7
113:24
114:7
133:16,23
278:6

**approved**
134:1
200:14

**approximate**
154:10
167:11
171:22

**approximately**
53:1 88:5
113:2
158:1
168:9
268:3

**APR**
263:23
264:1

**April**
201:18,24

**area**
36:11
42:7 55:8
65:23,25
69:21
74:1,2

81:11
112:11
147:2
148:14
186:24
237:7

**area's**
61:1

**areas**
38:8
46:14
47:5,6,8
65:22
69:23
79:23
81:10

**arrangements**
102:21

**arrive**
154:21
155:25
156:2

**arrived**
246:25

**ASD**
205:6,18

**asks**
85:17

**assault**
161:7

**assaulting**
162:5
163:21

**assaults**
162:7

**Assembly**
82:17

**assess**
173:24
253:12



**assessed**
 195:22

**assessing**
 27:2

**assessment**
 22:20
 42:1
 66:1,5
 124:21
 160:6
 177:18,
 19,21,24
 197:5
 205:17,22
 233:10

**assessments**
 70:1
 195:21
 206:10

**assign**
 163:3

**assigned**
 74:1
 144:19
 192:1
 200:11
 229:5

**assist**
 8:14

**assistant**
 18:6,7,11
 27:15
 28:11
 31:14
 40:1 41:2
 42:24
 43:11,12,
 13,14,15,
 16,17,19,
 21 45:4
 70:17,18
 72:3
 103:23
 218:3

 219:16,23
 259:1

**associate's**
 20:3,12
 233:2

**Associates**
 20:13

**assume**
 66:6
 114:10
 117:4
 118:5
 155:19
 165:4

**assuming**
 154:19
 208:20
 209:4

**assumption**
 54:20

**assurances**
 76:19
 77:5,9,
 11,14,19,
 24

**Atkinson**
 142:4

**Atlanta**
 139:7,12,
 14

**attached**
 77:5
 207:17

**attack**
 161:8

**attempt**
 152:19

**attempts**
 195:15

**attend**
 32:19

 79:5 82:6
 130:22
 155:10
 263:9,12
 264:7

**attendance**
 82:14
 155:9,18
 156:8,12,
 15,19
 157:4,15,
 18,25
 164:1,5
 165:11,
 14,20,24
 168:21
 213:24
 226:7

**attended**
 19:19
 53:18

**attending**
 53:21
 153:5

**attends**
 36:19,23,
 25

**attention**
 120:19
 241:23

**attorney**
 9:23,25
 10:17
 18:23

**Aubrey**
 14:24

**auditorium**
 264:19,21

**August**
 113:5
 222:9,21

**autism**

 145:18,22
 179:8
 203:17
 205:19

**autistic**
 178:8

**automatic**
 138:13,16

**automatically**
 139:15,25
 140:25
 141:15

**average**
 118:15
 157:25
 170:12
 171:19

**avoid**
 8:16

**awarded**
 238:20

**awards**
 264:17,23
 265:3

**aware**
 13:21
 23:23
 53:13
 54:25
 56:7,13
 75:2
 82:13,16,
 19 84:1
 86:12
 97:13,20
 99:21
 105:11
 106:5,9
 173:10
 230:14,18
 277:25
 278:14,

 17,20
 279:1,4

**awareness**
 23:2

**awesome**
 36:17

_____

          **B**
_____

**baby**
 273:18

**bachelor's**
 20:1,5,10
 230:10
 243:13
 244:22

**back**
 28:9 29:2
 30:4,25
 44:19
 53:16
 57:19,24
 60:4
 61:25
 63:14
 67:23
 77:12
 81:9,12,
 15 87:7,
 23 91:20,
 23 92:19
 93:16
 95:3
 96:6,10
 97:7,9,
 15,17,24
 98:1,4,7,
 9,10
 100:7,25
 101:3,7
 102:5
 104:18
 106:15
 110:21



120:10
121:6
122:15
123:8,20
124:16
125:22
127:7,23
129:19
134:9
136:12,24
137:1
140:10,
18,25
141:16
143:24
150:19
152:6,10,
18,20,23
153:3
156:8
164:4,19,
22 166:24
167:6,16
168:7
169:2,4
176:7
180:1
184:18,19
185:2,6
186:5
187:21
188:21,25
193:20
194:5,14,
22 195:2,
7,25
196:5,8,
15 197:14
199:12
209:17
212:8
219:17
220:8
237:4
239:21
245:1
250:20

251:4,23
254:24,25
256:16
260:6
262:6
263:1
265:19,22
267:5,9,
25 269:10
276:20
280:15

backed
184:23

backwards
59:13
127:23
184:22

Bacon
142:4

bad
93:12,14
97:5
131:3
132:3
158:23
175:7
185:10
245:8,13

balances
68:2
72:16
133:22
137:11

ball
272:22

band
231:23

bars
274:19

based
17:7
52:20
146:20

207:15

basic
83:5

basically
14:18
23:15
37:17
38:5
44:14
48:20
49:21
52:18
59:15
70:8,25
84:8
117:21
131:11
132:10
137:17
166:6
182:4
183:16
184:25
195:20
210:20
231:2
233:1
235:23
239:20
243:1,18
246:10
276:4

basis
89:19,21
111:11
128:5
146:20
154:22
155:7
156:1
195:6
227:19

basketball
55:10
169:24

Bates-
stamped
191:25

beanbags
274:21

beans
276:6

began
39:17

begin
57:21

beginning
116:9
143:15,
20,23
203:12,13
270:23

begins
6:5
167:4,15

behalf
6:18

behaves
109:16

behaving
108:14
109:13

behavior
23:17
30:18
31:14
37:15
38:12,15
45:1
46:18
47:16
55:5 58:8
64:17
72:11
92:7
93:12
98:14,24

100:23
101:5
103:19,25
108:5
110:8,12
112:8,11
122:24
124:9,11,
12,14,15,
23,25
125:1,2
126:16
132:13
147:14
158:5
161:4,23
171:11,13
180:18,19
181:5,7,
10 205:17
215:13
216:7,9,
13 219:7,
8,19
225:20
226:2,13,
17 229:24
230:3,8,
16 231:14
242:14
243:4
252:25
253:1,10,
16,22
266:3
268:21
271:6

behavioral
16:15
17:10,14,
18 22:1
23:11
24:22
30:22
48:10
52:2



69:24
70:1
80:12
96:3
124:21
136:23
146:13
179:22
230:21
243:8
248:1
252:9

**behaviorally**
100:1
227:13
258:10

**behaviors**
23:20,21
38:9,10
49:16,17
52:5,6
58:10
97:2,4,5,
6 107:20
116:4
146:7,21
162:2
267:7,8

**believed**
130:1

**Belinda**
89:24
90:17

**big**
25:15
36:7
96:12
151:21,23
255:18
265:4
269:8
273:14
274:11,

16,17

**bigger**
29:17
175:2
178:12

**biggest**
169:15

**BIPS**
170:19

**bit**
49:5
52:4,8
65:19
75:18
96:15
101:3
107:9
122:14,15
123:8
125:3
126:6,18
153:12
155:23
169:7,9
178:18
179:6
183:11
223:17,20
245:16
257:3
260:6

**bites**
221:22

**black**
274:2,4

**blah**
104:14
251:8

**blank**
65:24

**blanket**
94:19
146:12

**blast**
90:10,11

**blew**
174:17

**blind**
204:13

**block**
184:3

**blow-up**
274:16

**blur**
262:23

**board**
60:13,14,
24 61:1,
6,10,16,
17,20
99:8,9
114:2,7
115:17,21
117:15
240:10
255:15
278:6

**boils**
183:23

**boss**
11:17
28:1 65:6
236:22

**bottom**
68:20
128:25
152:25
173:21
191:24
222:10,20
236:11
249:9
268:8

**bouncy**
274:18

**box**
268:8,14

**boxes**
100:5,6

**boy**
116:11

**brags**
34:9

**Brantley**
142:5
154:5,11,
23 155:24

**break**
9:16,17,
20 56:3
59:24
62:1
156:6

**breaking**
23:1

**breaks**
124:24

**brevity**
16:8

**bright**
259:17

**bring**
12:4 34:3
55:20,22
79:18
80:1
119:19
159:23
164:21
174:18,19
259:18

**bringing**
38:6

**brings**
55:17
90:22

**broadly**
97:14

**broken**
174:25

**brought**
28:10
52:18
55:15,24
80:2,5,9
96:23
113:18
120:18
141:9
169:22
174:14
217:3
241:23

**budget**
35:3
85:17,24
118:7,10
200:2,6,
13
202:14,
15,18,20
203:7
204:14
205:14
206:11,18
207:2
208:2,17,
18,25
209:1,2,
7,9,12,23
210:4,15,
17 211:9,
20

**budget allo
cations**
210:12

**budgeted**
242:2

**build**
46:15



276:2

**building**
24:12
25:10,14
27:23
29:16
31:10
32:3 38:7
51:11
60:17,19
85:5
91:20
96:4
105:23
119:20
121:20
148:5
152:21
158:21
169:21
198:4,7,
21 214:7
219:6
246:12,16
248:9
256:6
263:21
269:9
276:5
279:25
280:5

**built**
169:21
272:10

**bumpy**
274:8

**bus**
57:23
115:6,23
116:4
153:21,24
154:2
157:7

**buy**

273:15

**buying**
33:4

—————

C

—————

**calendar**
234:4
269:14

**caliber**
230:13
258:9

**California**
182:15

**call**
10:21,25
11:6
64:13
110:20
133:19
137:7
159:19
160:2
164:20
171:7
172:23
192:20
239:6
248:14
264:19
278:5

**called**
67:8
90:11
100:13
127:6
159:19
230:3
247:9
267:1
273:14
274:16

**calling**

151:11
226:18
237:15

**calls**
78:24
90:11
157:1
214:2

**calm**
123:8
243:22

**Camden**
26:3,5,7,
18,24
28:10,14
31:4,21
72:19
112:21,24
113:6,9,
14,15,21,
25 114:1
115:11,
12,19
116:14
117:14
120:1
131:14
138:12,15
142:24
153:14
269:15,
19,20
270:7,10,
13,20
271:11,22
272:2

**campus**
19:24
20:1,3
72:19,20,
23 159:17
160:4,15
166:13
191:3
248:11,13

**Canceled**
68:22

**candidate**
238:22

**cap**
265:1

**capacity**
171:4

**capturing**
8:15

**car**
153:9

**cards**
213:24

**care**
15:25
69:20,25
100:1
118:10
148:1
157:2
158:21
180:3
187:14
225:25
226:1,12
245:10
253:2

**career**
51:5
176:24
177:5
255:19

**cares**
240:11

**case**
12:21
13:13
92:17
94:14
165:6
181:13

265:4

**case-by-
case**
148:2

**caseload**
55:21

**catch**
275:18

**categories**
178:6

**category**
203:5

**celebration**
250:11

**celebration
s**
38:8

**center**
15:20
26:21,24
61:5
66:14
154:16
160:11
186:4
269:7
271:2

**center-
based**
127:12

**centered**
22:25

**centers**
15:9,10
17:2
133:25

**ceremonies**
263:10

**ceremony**
264:23
265:4



Certificate
  21:17

certificates
  21:24

certification
  22:1,8,21
  23:12,22,
  25 24:4,
  7,17
  229:22
  230:23
  231:4
  232:20
  236:19,25
  237:4,5
  238:23
  241:25
  242:13,
  16,21
  243:6,9,
  12 244:10
  245:6

certifications
  230:1,7,
  15 231:8,
  19 232:24
  243:11

certified
  211:12
  227:7
  231:22,23
  232:5,7,
  10 233:8,
  12,16,19
  235:1,8,
  14,25
  243:1

cetera
  189:2

CFO
  118:9

203:19
229:14

chain
  52:8

chair
  274:9

chalkboard
  273:11

chalkboards
  273:12

chance
  192:7

change
  50:24
  60:14,16
  82:17,20
  92:6,7
  113:25
  114:8,12,
  14,19
  115:6
  117:1,24
  133:7
  152:1
  165:20
  179:18
  180:15
  188:23
  236:4
  253:23
  254:6
  256:15

changed
  16:4
  43:19
  59:2
  60:18
  61:9
  73:16
  180:4
  262:4,5,6

changing
  49:17

60:15
113:15

character
  245:14

charge
  18:5

Charlton
  131:16,18
  142:10,11
  153:21,22
  187:18

chart
  135:1
  144:11
  193:9
  207:15
  212:18
  218:9
  229:17,19
  242:7

charts
  268:24

check
  49:21
  100:5,6
  157:22

checked
  46:4
  160:9
  250:17,
  23,24

checking
  25:24
  50:16

checks
  68:1
  72:15
  133:21
  137:10

cheer
  64:15

cheerleading
  54:8,15
  55:2,14,
  18 56:6,
  9,14,15
  63:23

Chelsey
  232:11

chess
  255:13

chest
  255:12,13

Chihuahua
  208:9
  209:16

child
  29:11
  30:21
  42:11
  55:21,22
  57:16
  59:10
  93:21
  96:13
  100:1,15,
  17,19
  101:11
  102:9
  108:5,8
  122:23
  128:9,24
  131:5,6
  132:12,
  13,20
  137:9,18
  140:16
  148:4
  158:13
  162:16
  243:25
  247:12
  254:22

child's

44:17

children
  17:18,20
  23:3
  30:19
  38:14
  40:15
  115:11
  126:9
  226:15
  227:13
  231:3,10
  248:9

chill
  275:21

choice
  107:20
  108:9
  132:24
  163:4

choices
  108:24
  110:16
  111:3,7

Christmas
  156:6

chronic
  161:11
  163:13,14

church
  42:7

churches
  42:9

circumstances
  178:5

circumstantial
  185:7

civil
  13:6



clarificati
on
  95:22
  237:17

clarify
  60:6,21
  203:11,15
  251:9
  278:17

clarifying
  239:20

class
  22:15,19
  44:19
  46:25
  47:10,16,
  18 48:24
  49:3
  51:12,17,
  20 55:23
  125:25
  126:4,24
  127:9,14
  128:8
  170:3
  186:17,19
  190:24
  205:20
  254:24,25
  255:1

classes
  22:19
  39:16
  51:3
  64:23
  65:1
  184:12
  185:4,5
  186:21
  205:7
  260:4,8

classroom
  27:5
  97:11

122:16
123:15
125:7
126:15
127:9
179:23

classrooms
  50:9
  125:10,
  11,12,14
  127:13
  128:1

clean
  275:19

clear
  10:15
  28:20
  59:3 73:2
  163:6
  251:6

clearance
  230:23
  231:1,2,8

cleared
  231:2,9

Cleveland
  68:18
  70:13
  71:13,25
  75:10
  76:15
  77:3,18,
  23 78:10
  85:15
  86:5
  88:22
  89:14,23
  149:6
  150:13,24
  189:6
  201:25
  202:3,7
  203:20,21
  204:3

205:5
206:13,17
207:23
208:8
209:11,15
210:7
224:17,22
225:1
237:23
238:3,18
241:22
244:7
249:18,25

Cleveland's
  70:22
  71:6
  149:21
  152:4
  201:17
  208:1
  242:6

clicking
  257:13

climbing
  272:22

Clinch
  142:5

Clinical
  239:2

close
  121:15
  131:18
  143:18,21
  162:17
  170:2

closely
  46:8

cloudy
  15:3

clueless
  202:22

clues

267:5

co-director
  117:10

co-taught
  51:4

co-teacher
  46:10,11
  50:5
  51:10

co-teachers
  50:18

co-teaching
  46:10,12
  50:9
  51:2,3,12
  125:25
  126:1,22
  189:2

coach
  25:17
  29:21
  40:10,12
  41:21
  54:8,13
  63:23,25
  64:6
  219:25
  221:12

coaches
  30:12

Coastal
  26:16,17
  32:21
  36:18,19
  113:16
  116:18
  117:4,6,
  7,17
  138:11,12

Coastal's
  117:17

code

164:14

Coffee
  131:21
  142:5

collab
  28:2
  72:15

collaborate
  27:10,24
  28:6 34:7

collaborate
d
  47:17
  48:2
  49:12

collaborati
ng
  121:7

collaborati
on
  221:11

collaborati
ve
  31:25
  32:9 34:2
  35:15
  36:19
  37:1 79:6
  89:2,4
  90:2,18

colleagues
  49:12

collect
  66:15
  95:16,17
  170:25
  198:23

collected
  151:16
  170:24

collects
  155:12



170:22
228:12

college
19:20,24
20:4
36:21
37:4

Collins
118:9

color
274:14

column
188:18
189:10
193:10,
13,16,19
194:4,13
195:9
212:19,
21,23,25
213:2,4

comfortable
27:25
75:13,15
167:12
173:19
183:6,21
186:16
268:7
270:5

comments
159:21,22
164:9,10
182:21

Commission
230:16
231:12,13

committed
169:12

committee
46:20
81:19
85:12,13,

17,18,24
86:3,19,
21 88:25
89:8

committees
84:10
86:6,12,
16 89:10

common
145:15
152:6

commonly
13:21

communicate
61:11,20,
23 73:2
78:3,11,
21,22
81:15
89:15,17,
25 90:1,
13,15
101:19,20
131:2
134:2
136:24
137:1
200:19

communicated
83:14
89:13,20,
22 99:12
114:22
120:4
131:6
180:16

communicates
90:23
101:6

communicating
103:7

213:23,
24,25

communication
75:16

communications
10:16
65:23

communicative
103:14

community
16:19
31:25

company
239:16

comparable
30:6

compare
69:22

compared
194:20

compensate
166:18
256:20

complete
7:17 8:3,
15,20
23:16
34:4,18
35:2
73:13,16
199:23
206:4,10
224:18,23
241:24
242:11
243:2,3
244:15
245:5
253:17

257:19

completed
183:4
225:1

completely
8:21,25

completing
27:5

completion
21:8

compliment
185:16

component
95:24

computer
257:12
258:11

concept
99:2

concern
73:1
114:22,25
115:2

concerned
210:12

concerns
114:17
115:9
136:23
147:12
234:22

concluded
281:5

concludes
280:6
281:1

concrete
273:1

conditions
17:19

conduct
93:6
107:8
176:12,13
227:19
277:16

conducted
277:19,23

conducting
107:7,10

conference
6:6 79:12

conferences
73:17
180:19
267:2

confidence
175:21

confidential
101:12
129:3
157:7

confirmed
238:21

conflict
71:7
93:24

confuse
15:17

confused
15:16
151:5,6

confusing
151:11

connect
42:1

connected
110:8
247:3



connection
   13:17

connects
   268:22

cons
   219:7

conscious
   108:9,17,
   24
   109:14,
   17,21,25
   110:16
   111:3,7
   163:4

consciousne
ss
   108:14

consecutive
   40:25

consensus
   130:7

consequence
   124:9,13,
   16,18
   158:19

consequence
s
   66:22
   163:3

considerati
on
   102:12

considerati
ons
   102:11
   116:15

considered
   98:5,6,24
   127:19
   136:21
   139:7
   165:7

182:24
249:19

consisted
   113:17

consolidate
   87:19

consult
   91:1,4
   100:12
   103:11
   162:1

consultatio
n
   100:13
   112:4
   121:6
   125:5
   134:24

consultatio
ns
   135:9

consulted
   114:14

consulting
   101:3

consults
   101:6

contact
   70:21,25
   71:3,4
   155:16
   164:6,12,
   15 165:3

contacts
   34:6
   226:7

content
   231:22
   237:7
   260:9,10

continue

137:21
228:17
238:9

continues
   166:19

continuousl
y
   182:19

continuum
   111:17
   126:5,7
   127:21
   147:15

contract
   119:18
   215:14
   240:5
   248:18

contracted
   72:12
   246:18,21
   247:19
   248:23

contracts
   245:20

contradicto
ry
   178:14
   248:15

contribute
   52:16

contributin
g
   179:24,25

control
   37:20
   60:13,24
   61:1
   114:2,7

Control's
   61:10

conversatio
n
   8:16
   36:12
   57:15
   113:15,16
   114:4,21
   122:9
   133:1
   137:24
   219:13

conversatio
ns
   35:9
   37:24
   83:17
   88:24
   106:7
   115:9
   122:5,13,
   18 123:23
   124:4
   130:11,24
   134:25
   138:24

convert
   44:2

coordinate
   27:20
   28:4 42:9
   80:18
   270:13

coordinator
   28:13,24
   31:11,20,
   21 38:6
   40:10
   42:5
   45:5,12,
   19 46:11
   47:13
   50:15,19,
   23 51:1
   72:19
   116:23

117:5
123:17
129:9
224:6,18
225:2,5,7
270:10,14

coordinator
's
   28:21

coordinator
s
   36:17

copies
   214:5

copy
   18:22
   68:17
   76:14
   84:21
   148:19,20
   188:6
   201:8
   204:20
   206:25
   222:9
   224:5
   234:3
   236:10
   241:12
   280:25

Cord
   128:15
   215:15
   226:2
   240:3,4
   245:17,23
   246:2,5,
   12,17
   247:19
   248:4,13,
   16,21
   252:2,4,
   6,14,21
   253:1



254:3,13
255:9,11,
25 256:5

**corner**
68:20
194:12

**correct**
9:13 13:7
19:20
25:3 26:3
41:1 65:7
70:19
71:8,11
77:7 80:6
85:18,22
145:2
149:8,24
150:13,23
174:6
188:16
193:9
201:17
202:1
205:4,11
207:11,22
208:7
212:18
213:13
222:20,24
224:16,25
229:16
230:24
231:15
234:15,
22,24
235:5
237:23
238:2,13,
16,18,23
242:8,11
249:17
266:7,9
268:15
277:9,17
279:3

**correctly**
47:24
181:16
189:4
207:20
208:5

**correlates**
21:3

**corrupt**
81:14

**counsel**
6:12 10:4

**counseling**
16:2
72:12
91:18
94:2
119:19,
24,25
128:12,16
169:15,
16,18
187:15
214:22
215:3,4,
14 216:10
238:12,20
240:5
245:18,24
246:3,9
247:23
254:12,16
255:8,23,
24 256:2
266:25

**counselor**
31:16
171:13
219:19
225:20
226:2,13
246:5
247:11
248:11

**253:1**

**counselors**
228:1
250:9

**count**
134:22
149:16
150:2,7,
16 151:6

**counted**
150:6
151:6,17

**counties**
28:7 29:9
32:6,12
34:7 35:6
36:13
59:18
61:2,3
78:18,22
79:1 83:3
97:1,17
125:13,
18,19,20
127:25
131:22
134:24
138:9
140:11
142:2,12
143:4,7,
24 153:12
156:10,
18,24
157:2,21,
23 164:16
165:9
187:17
199:17
218:22
219:2,10
226:8,9
260:20
262:21

**counting**
144:2
196:6

**country**
154:7

**county**
15:14,17
26:7
45:13
48:10
56:25
57:1,25
63:23
66:12
78:15
96:7
97:14
100:11
101:9
103:6
104:12
111:19
112:3
114:1
122:5
123:10
126:3,4
127:10
129:10
131:7,8,
16,17,21
136:12
138:1,15
139:17,22
140:11,
18,23
142:4,5,
6,10
143:3
147:10,15
150:8
153:8,22
154:1,3,
4,6,8,12
155:16,24
161:21,25

165:4
188:20,
22,25
191:7
218:21
219:3
226:17
250:25
251:2
259:15
260:22
265:2,11

**county's**
138:19
191:3

**couple**
10:13
26:13
73:15
87:14
88:20
117:9
118:16
128:23
133:13
134:21
152:20
169:22
170:20
179:15
186:11
190:10
191:2
206:8
217:13
254:8
262:20

**courses**
21:10,13
22:12
29:25
30:1,8
187:6
263:16,24
264:1



**coursework**
241:25
242:2,7
244:21

**court**
6:9 7:20
8:6,11,14
12:15
18:16
68:12
76:9
84:16
144:12
148:15
172:5
188:1
191:17
201:2
204:15
206:20
222:4
223:24
228:20
233:22
236:5
241:6
249:3

**cover**
181:22
220:3

**covered**
200:22
203:18
219:15
228:4

**covering**
223:11

**covers**
219:19

**COVID**
32:16
166:4,7

**crack**
251:4

**create**
25:17
95:19
125:2
183:16
272:6,7,
10

**created**
66:5 87:8
88:17
99:7
271:18

**creates**
34:5
268:24

**credentiale
d**
28:16

**credentials**
24:14

**credit**
30:2,4,5

**Crews**
254:15

**crises**
160:14

**crisis**
30:16,17
31:3
158:8
159:15,18
163:24
165:2
243:17,22
244:9
268:19

**criteria**
64:10,14,
18 100:4
177:8,11
178:1,5
182:3,4
183:1

185:19
239:12,16

**Cross-
functional**
35:7

**crowd**
265:5

**cruelty**
195:17

**crying**
49:24
122:22

**Crystal**
6:14 7:9

**curbing**
100:23

**current**
14:15
21:19,22
25:1
39:18,23
42:21
62:17
117:11
143:11
145:25
149:23
188:18
194:24
199:2
213:10
215:11
216:14
217:7
219:14
232:4
233:11
243:5
268:3

**curriculum**
19:10
24:11
37:18

41:3 66:2
147:4
177:25

**curtains**
274:5

**cut**
208:20
209:2,18
210:15

**cut-and-dry**
140:15

**cuts**
208:17,25
209:1,9
210:2,17
211:10

─────────

D

─────────

**daily**
157:25
247:25
248:1
269:5

**dance**
264:15

**dances**
264:17

**danger**
98:16

**dark**
215:5

**Darlene**
222:21

**data**
94:4
95:8,17,
18 97:25
99:24
100:18
102:2

103:18
105:2,4
109:20,24
110:15,22
123:24
124:8,19,
24 139:22
141:8
146:8
147:25
156:15
157:3,15
170:12,
22,23,25
171:2,5,
7,8 174:2
180:21
181:3
198:23
205:24
234:4
253:11,18
254:6
267:5
268:1,20,
24
270:11,17

**date**
6:4 10:22
34:25
71:17
170:19
190:3
268:14

**dated**
68:17
76:14
77:2
84:21
148:20
188:6
201:18
208:8
222:9
224:5
241:12



dates
    170:18

daughter
    260:10

day
    25:12
    50:6
    94:13
    128:22,23
    138:20
    155:10
    157:19,24
    158:6
    160:16
    163:24
    165:5
    169:17
    187:6,19,
    22 191:16
    245:16
    246:14
    248:22,24
    254:4
    255:16
    264:17
    269:6
    271:13
    277:4

day-to-day
    25:11
    29:16

days
    156:5
    187:7,19,
    23 250:11
    253:3
    254:2,3
    266:24

DBHDD
    16:14

DCH
    16:18

de-escalate
    243:19,23

267:24

de-
escalating
    123:13
    267:23

de-
escalation
    243:14
    266:3
    267:23

dead
    133:11

deadlines
    90:23

deal
    23:16
    118:6

dealing
    91:16
    94:7
    185:23
    216:19

Deborah
    6:10

debrief
    270:18

debriefing
    270:14

decades
    142:18

December
    148:21
    149:9,24
    150:15
    188:6

decide
    102:8
    110:23
    141:9
    253:18

decided

26:9,10,
17,18
97:21
102:19
115:11
117:1
132:19
190:22

decider
    137:12

decides
    102:14
    118:11
    137:21
    182:1
    253:9

deciding
    55:12

decision
    109:21
    113:14
    115:17
    133:17
    279:6,9

decisions
    108:18
    109:14,
    17,25
    278:1

declined
    134:7

deep
    93:14
    215:5
    255:4

deeper
    52:15

defendant
    12:13

deficit
    74:3

define
    75:11

definition
    95:23

degree
    19:4,5,7,
    9,13,15,
    17,22
    20:3,6,9,
    12,13,22
    22:2
    24:10
    38:25
    39:2,5
    44:3
    107:25
    230:10
    232:15
    243:13
    244:22

degrees
    19:12
    20:15
    44:2

Delivery
    266:2

dental
    42:12

department
    6:14 15:7
    16:12,15,
    19 46:22
    68:9
    154:25
    157:10
    226:15
    238:16

departure
    163:25

depend
    109:20
    128:4
    146:22

depended
    147:17

depending
    126:15
    146:7
    151:16

depends
    28:8
    44:24
    93:22
    106:2
    140:15
    146:11
    147:14
    174:21
    186:21
    255:5

deposition
    6:1,6
    7:10 9:14
    10:14,20
    11:9,15,
    24 12:1,
    7,9 13:5,
    16 281:2,
    5

Depositions
    6:11

depth
    86:10

describe
    100:9
    272:20

describing
    92:15

deserve
    41:16
    96:11
    251:15

designated
    216:8

destination



153:25

**destroy**
275:10

**detail**
53:9
132:5
171:15

**details**
14:22
35:10
49:8,23
69:13
102:21
107:16
108:4,12
133:8
160:9
162:18
171:15
245:12
269:3,11

**determine**
96:1
162:6
174:3
189:1

**determined**
129:11,12

**determining**
206:18

**development**
73:25
74:2
90:24

**Development**
**al**
16:16

**DFACS**
226:8,14,
15

**diagnoses**
99:16,19

145:24

**diagnosis**
145:15,20
146:18

**differ**
178:1,5

**difference**
42:22
150:14
151:7,23
194:18
196:22
218:23
270:22

**differences**
151:8

**differently**
111:2
183:12
196:8

**difficult**
49:24
58:11
179:10
261:7

**difficultie**
**s**
126:11

**dig**
267:13,25

**digging**
189:23
267:20

**digital**
88:7

**diploma**
261:25
262:2,10

**direct**
136:21
140:2

**directed**
13:6

**directly**
15:5
61:14
73:3
139:19
140:21
203:21
204:7

**director**
11:16
14:15,23
18:6,7,11
25:2,4
26:2
27:15
28:2,12
29:19
31:14
39:19,21,
25 40:18,
20,25
42:16,23
43:11,12,
13,15,16,
18,19
48:3,4,15
49:2
51:14
56:5
61:3,14,
15 62:8
64:5
65:7,13
67:25
70:15,16,
18 72:4
79:5
80:17
82:8,11
84:9
87:15
90:7,8
103:23
104:13

106:6
107:14
117:6,10,
11 129:10
143:2,8
168:19
173:7
218:3,9
219:16,23
234:13,14
235:10
236:21
259:1
262:17

**directors**
28:7
29:18,19
32:11,20
33:3,7
34:3,18
36:4,9,17
71:4
78:25
79:6 80:4
81:4
82:1,5
83:11,14,
18 84:1
85:6
86:13
87:11
88:23
89:6
90:5,6,22
99:12
103:3,9
137:1
173:5
192:19
210:11
234:17

**directors'**
32:11
71:1,2
79:7,16
80:14

81:18,22
84:4 86:9
173:2,9
202:16

**disabilitie**
**s**
16:16
17:14,20
126:12
146:24
147:7
173:25

**disability**
96:9
99:16,19
110:5,8,
18 126:15
145:15,24
147:11

**disabled**
148:8

**disagree**
120:12,
17,23

**disagreemen**
**t**
121:3
122:14

**discipline**
29:14

**discuss**
9:20
30:19
39:15
71:14
147:10
157:15
219:13

**discussed**
34:17,23
80:12
83:9
89:11



102:21
138:7
167:25
173:1,3,
11 188:24
278:13

**discussing**
39:23
62:1
105:25
136:17
139:10
140:6
155:22
244:8

**discussion**
6:22 81:1
86:8
104:18
114:4
276:19
280:14

**discussions**
100:18
125:6

**disgruntled**
279:18

**Disorder**
205:19

**disqualify**
99:20

**disrupt**
93:9,11
107:8,11

**disruptive**
108:24
109:13,18
110:1,17
111:4,8

**dissertatio
n**
20:24
21:1,4,9,

12

**distance**
114:25
115:4

**district**
26:9,16
36:16
89:24
90:18
113:10
117:17,20
125:14
142:14
193:14
194:6
196:4

**districts**
55:8
193:11,21
194:15,
19,23
195:2

**division**
70:16

**Docs**
88:11

**doctorate**
20:18
21:14

**document**
12:16,25
13:2,9,
11,13
18:17,25
68:13,21,
23,24
76:10,17,
21 77:10
84:17,25
104:6,24
144:13,
17,19,20,
22,25
148:16

149:1,7
172:11,
13,16,18
188:2,9,
11
191:18,23
192:3,9,
13,23
201:3,12
204:16,24
207:6
222:5,12,
14,19
223:25
224:11
228:21
229:6,8,
10,12,16
233:23
234:7
236:6,14
241:7,17
249:4,10,
13 269:3

**documentati
on**
69:11
79:23
95:20
102:15
105:8,12
123:21
134:11
136:20
137:6,8
200:6
228:9

**documented**
105:13

**documents**
11:23
12:4,20
17:24
18:12,13
76:6

77:22
88:19

**DOE**
16:10,11
238:16

**dog**
164:21

**doors**
186:2

**Douglas**
187:18

**draft**
46:6
207:15

**dream**
36:7
271:14

**dream-ideal**
276:1

**drive**
131:6,13

**driver**
116:5
153:21

**drivers**
154:24
155:2,3,
24

**drop**
187:16
262:11

**dropped**
262:14,18
271:8

**drug**
161:18

**dual**
52:12

**due**
34:24

155:24
158:5
166:3

**dug**
171:5

**duly**
7:3

**duties**
27:21

_____

E

**E-
TRANSCRIPT**
280:25

**eager**
122:6

**earlier**
9:3,6
43:9
51:14
60:17
72:18
90:3
96:15
103:16
107:1
113:8
120:21
121:5
126:5
129:1
155:6,23
172:20
199:5
223:11
236:17
242:20
243:13
252:1
255:16
256:17
260:3
277:8,15



278:13
279:12

**early**
34:14
35:20
87:14
164:13
165:1,6,7
236:21
237:13
271:13

**earn**
150:6

**easier**
222:2

**easily**
58:19

**Eastern**
6:5

**easy**
140:14
164:10

**EBD**
17:13,18
46:25
47:10
91:8
145:17,20

**ed**
22:25
24:21
28:6
29:19
32:10,11,
20 33:6,
16,17,18,
20 34:3,
18 46:15,
24 52:10,
13,14
70:15
79:6
82:24

83:3 89:6
90:6,8,11
101:14
103:3,9
105:21
111:18
112:9,14
126:9,13,
17 127:1
129:8,9
221:23
231:24
233:7
262:2,8,9

**EDD**
48:24

**education**
15:8
16:12,22
17:7,16
19:2,4,14
20:7,8
38:22
45:5,12,
19,21
47:12
50:19
78:25
111:13,20
112:5,17
115:22
125:12
129:6
157:10
167:6,17
168:8
174:4
216:2
219:22
232:21
263:12

**educational**
13:19
14:1
16:25

24:20
172:12
244:19

**educational
-type**
33:1

**educator**
21:17
231:4

**educators**
24:13
32:4
233:6

**effective**
91:7

**Effectivene
ss**
27:7

**effort**
18:5
99:25

**efforts**
82:16

**egg**
274:9

**elbowed**
162:15,18

**electronic**
88:11

**elementary**
22:3,25
38:10
45:15,16,
17 51:21
52:21,23
53:21
54:8
171:9,10
187:6
220:23
223:12
232:11

244:13
259:21
275:2

**elementary-
age**
22:25

**Eleven**
217:11

**eligibility**
64:9
148:14

**eligible**
98:11
100:6
111:12,13
112:5,17

**email**
68:17,18,
21 69:2
71:6,17
76:14,15,
18,24
77:2 78:7
84:21,22
85:15,16
90:10,11
137:7
148:20,21
149:4,6,
21 150:13
152:4
157:6,14
165:13,16
188:6,14,
16 201:8,
15,17
204:20
205:2,4,
11 207:1,
9,14,17,
22 222:9,
17 223:10
224:5,14
234:3,10,

21 236:10
237:22,25
238:9,15
239:24
241:12,20
242:1,6
244:7
249:8,15
250:1

**emailed**
207:11
208:3
222:21
224:17
234:16
238:3
239:21
241:22
249:18
250:19

**emailing**
189:6
236:17

**emails**
78:24
87:2
237:22

**emotional**
17:14
21:2 44:8
93:7,10,
12 107:19
141:20
146:13
158:8,14
159:15,18
160:14
162:12
163:24
165:2
182:6

**emotional-
based**
128:10



emotionalit
y
  158:14

emotionally
  98:17
  185:3

emotions
  92:7
  94:8,13
  95:13
  163:2
  177:13
  185:22

employed
  24:23
  65:9
  229:24
  231:17
  233:18

employee
  240:8
  246:10,17

employees
  279:2

encountered
  107:5
  108:25

encourage
  56:2
  170:8
  187:2
  264:10

encouraged
  168:1
  169:22
  279:9

encourageme
nt
  247:2
  257:10

encouraging
  132:17

271:4

end
  33:18
  69:11
  95:1
  101:2
  108:18
  122:21
  141:10
  155:6
  171:7
  175:10,12
  180:19,
  20,23
  181:1
  193:1
  204:8
  223:4,5
  244:1,22
  261:14
  262:25

end-of-
course
  177:18

end-of-
grade
  177:19

end-of-the-
year
  264:23

ended
  133:4
  184:17
  204:6
  239:18
  240:17
  259:7

endorsement
  21:25
  22:3,9,
  13,16,22,
  24 23:5,8
  38:20,21
  39:11

242:20

ends
  38:6
  137:13
  268:11
  271:2

enforce
  98:2

engage
  58:9

enjoy
  276:14

enroll
  139:16

enrolled
  143:10,15
  145:3,5,8
  151:18
  170:13
  171:20

enrolling
  138:4

enrollment
  138:18,19
  144:23
  148:22
  149:8,22
  150:15,25
  151:3,15
  152:2
  170:19

entails
  251:14

enter
  140:11

entire
  50:20
  176:23

entity
  67:18
  98:2 99:6

environment
  15:21,25
  93:3,10,
  12 100:15
  102:17,20
  128:14
  134:12
  135:13
  136:22
  137:10
  167:7,17
  174:5
  178:17,22
  179:23
  199:4
  272:7

envision
  111:7
  183:3

episode
  162:21

ER
  160:11
  195:22
  197:6

Esquire
  6:10

essentially
  247:20

ESSER
  119:21
  203:1

established
  101:1

establishin
g
  124:20

estimate
  62:9

evaluate
  25:18
  27:8,9,13

42:22
  65:14
  66:1
  73:7,9,
  10,19
  96:4,5

evaluated
  65:16,21,
  25 66:12

evaluates
  28:12
  73:5

evaluating
  42:21
  66:3

evaluation
  27:6 43:6
  66:16,22,
  25 67:3,
  5,20,22
  73:23
  74:5,12,
  20 75:1
  106:20
  160:5
  197:7
  277:19,23

evaluations
  73:13
  105:25
  277:17

evaluator
  42:19
  72:15

events
  264:7

eventually
  95:2
  180:3

everybody's
  95:5

evidence



HALEY LIVINGSTON
UNITED STATES vs STATE OF GEORGIA

January 30, 2023
Index: exact..facilities

70:4

**exact**
62:16
64:19
144:10
180:22
188:23
262:19

**EXAMINATION**
7:5
276:25

**examples**
34:20
35:18
57:1 59:6
163:17
185:11

**Excel**
104:6

**excuse**
54:11
100:8
155:18
194:12
232:18
249:22
252:12

**executive**
81:19

**exhausted**
101:10
158:15

**exhibit**
12:16,17,
22,24
18:18,19,
21 68:13,
14,16
76:10,11,
13 77:1
84:17,18,
20
144:13,

14,16
148:16,
17,20
172:7,8,
10 188:2,
3,5
191:19,
20,23
193:2,25
194:10
199:11
201:3,5,7
204:16,
17,19
206:21,
22,23
207:1
212:8,10
222:5,6,8
224:1,2,4
228:22,
23,25
230:19
233:24
234:1
236:6,7,9
241:8,9,
11 249:4,
5,7
265:23

**exhibits**
12:20

**existing**
216:21
217:2

**exit**
177:8
178:1,5
182:2,4
190:20

**exiting**
174:23
176:14,20

**expect**

97:22
195:1
221:18,
20,25
261:14,18

**expectation**
55:4
74:16
98:3

**expectation
s**
37:19
57:17,20
58:24
59:20
65:5
215:9

**expected**
78:1 82:4
97:25
99:11
232:19

**expenses**
200:22

**experience**
16:6
24:16,18
49:20
91:11
92:12,23
93:14
95:3
96:16
97:18
103:1,3
107:5,8,
12,13,15
108:2
109:3,8
110:10
126:11
139:5
141:12
167:2

218:24
219:5
280:4

**experienced**
107:24

**experiences**
107:2,3
218:20

**experiencin
g**
112:8
183:5

**explain**
16:8
83:20
93:2,5
111:23
123:5
124:17
185:15,18

**explained**
250:7

**explaining**
189:18

**explosive**
58:18

**exposed**
93:3
246:8
247:22

**expressing**
183:5

**extended**
169:11

**extension**
111:16

**extent**
8:4 47:23
87:6
110:12
200:9

210:16
260:12

**extra**
242:21,25
276:1

**extracurric
ular**
62:7,18
63:3,7,11

**extreme**
162:2

**eye**
162:15

**eyes**
47:20
101:17
250:22

_____

**F**

**face**
162:10
257:9

**facilitate**
25:23
259:9
264:6,8

**facilitates**
32:3
257:14

**facilitatin
g**
221:11
256:22

**facilitator**
70:25

**facilitator
s**
39:14,15

**facilities**
197:18,25



198:18,25

**fact**
96:25
116:11
148:4
190:25
250:21

**factor**
177:12

**failed**
245:5

**failing**
64:23
65:1

**fair**
186:6

**fairly**
112:25

**fall**
185:7
231:7

**falls**
98:4

**familiar**
15:11
81:18
86:18
172:16,18
174:8
177:15,20
278:22

**families**
131:13

**family**
199:6
226:15

**fat**
273:9

**FBA**
124:21

**FBAS**
170:19

**February**
164:23
265:9

**federal**
75:24
119:1,3
199:15
212:6,25
240:23

**federally**
213:5

**feedback**
40:14
66:18
102:5
279:15,20

**feel**
27:25
70:14
75:13,14
92:9 97:1
116:3,4
123:2
126:8
129:25
146:12,15
167:12
175:10,25
181:18,19
183:20
192:6
196:17
198:9
211:5
214:8,9
226:11
237:15
254:1
258:4,8
270:5
273:9

**feeling**

49:9
108:5,7
183:6
236:4

**feelings**
59:13

**feels**
55:9
101:9
108:10
214:7
273:16,17
276:7

**fell**
251:3

**felt**
48:13
49:3,6,
13,15,17
114:23
262:23

**fence**
133:6

**field**
20:5 59:6
264:22

**fight**
161:9,10

**fighting**
161:9
162:22,23
163:12

**fights**
163:15

**figure**
44:16
88:3
204:9
209:18
210:1
217:20
236:22

244:1
268:1
275:24

**figured**
57:22
185:1
204:12
210:1

**file**
81:14
105:22
170:16
171:5
189:24
267:25

**files**
189:24

**fill**
210:25
211:2
221:18,20
222:3
230:9,12

**filling**
220:22
221:8,13

**final**
115:17
134:4
137:12
153:25

**finalize**
234:17

**finalizing**
46:6

**finally**
134:5

**finances**
117:13

**financial**
199:14

**find**
124:22
204:5,6
209:24
236:2
238:6
239:17

**finding**
235:23

**fine**
116:9
254:23
275:16
280:25

**finger**
268:10

**finish**
8:20 9:19
242:1,7
257:22

**finished**
13:1
21:9,13
47:25
76:20
84:24
148:25
188:10
201:11
204:23
207:5
222:13
224:10
234:6
236:13
241:16,18
244:12
249:12
259:5,6

**fired**
33:24

**fiscal**
75:21
76:1



77:6,11,
12,18,25
117:17
150:1,10
193:21
194:1,6,
11,15,20,
23,24
195:3,11
196:24
199:2
212:14,16
213:5,8,
11,16
214:18
215:18
216:3,17
217:10
229:1,17
230:20
232:8
233:15
266:6,10

fit
183:24
189:3

fix
88:4
174:25

flat
258:17

flow
126:14

fluctuate
149:17

fluctuated
151:4

fluctuates
150:25

fluctuating
151:15
152:1

focus
19:9
20:12
169:15
192:6
238:19

focused
23:22

focusing
256:11

folks
44:2

follow
77:6
98:13
99:10,12
140:8
156:19,21
157:21

food
42:8

football
56:17,18
57:5,14
58:2,4,21
62:3

forget
34:13,24
59:12
67:25

form
10:6
61:14,21
75:5
130:14
132:1
193:7
194:1,11
197:19
208:14
250:3
266:13
269:3

formal
76:6
78:14

formatted
88:19

forms
267:7
268:21
269:2
270:17

formula
118:14

fortunate
42:8

forum
34:5

forward
21:12
112:12
118:2
122:10
174:22
201:9
224:6
226:19
249:8

forwarded
207:22

found
206:9
237:16
244:17,18

four-year
38:25
39:2,4
44:2
232:15

fourth
161:12
212:25
213:4

frame
54:23
254:21

free
174:4
192:6

frequently
89:15
247:24

fresh
47:20

Friday
34:13
246:14
248:7

friend
173:7,8

friendly
164:9

friends
264:12

fringe
274:6

front
215:6
265:24

frustrated
122:24

frustration
258:15

FTE
149:20
150:1,4,
6,7,15

full
7:12 25:6
53:20
54:2
165:5
184:13
185:6

196:9,18

full-time
95:3
97:18,23
185:9

fully
9:10
167:5,16
168:7
190:21
232:5
233:12
243:1,3

function
124:22
172:21

Functional
124:21

functioning
147:21

functions
227:19

fund
199:19,21

funded
117:25
212:2,5
213:5,8,
11 240:20

funding
75:23
82:17
117:14,22
118:3,19
150:5,7
165:24
199:13,24
212:3,5
240:22,23
272:4,13,
14,15

funds



75:24
119:8
200:15,
18,20
201:20
202:4,6,9
203:1
242:2

**furthest**
131:16,
20,22
153:13

**Futch**
207:11,
14,24
208:12

**FY**
77:10

**FY18**
151:6,9

**FY19**
76:18
77:5,9
151:10
190:4
207:2

**FY2018**
150:15

──────────

**G**

──────────

**GA00318852**
201:10

**GA00320618**
204:21

**GA00322368**
76:18

**GA00326832**
207:3

**GA00327226**
84:22

**GA00337967**
148:23

**GA00338096**
188:9

**GA00347076**
241:14

**GA00347397**
224:8

**GA00347755**
236:12

**GA00353909**
249:10

**GA00355023**
68:21

**GA00790800**
234:5

**GA04509328**
222:11

**GAA**
177:21
178:2
206:1

**GACE**
233:1,3,
4,7

**GADOE**
16:10,11
66:15
68:7,10
70:16,21
71:25
73:20
75:4
77:24
78:3,10
81:5,6
82:24
84:2
88:10
89:18
90:9,15,
22 112:19

118:24
119:4,6
120:7
149:20
150:8
172:14
190:5
200:9
227:17
228:18
237:17
238:20

**gain**
143:18

**gained**
143:17

**game**
264:11

**Gardner**
6:16 18:8
28:11
43:3
103:23
280:22

**gather**
140:12

**Gators**
57:1

**gave**
23:18
48:20
113:8
209:5
240:14

**gel**
273:8

**Gen**
46:15,24
105:20
126:9,17
127:1
221:23
233:7

262:2,9

**general**
17:7,16
19:14
20:7
23:24
62:5
125:12
136:14
164:12
167:6,17
168:8
214:4
232:20
247:10
263:12

**generalized**
198:6

**generally**
97:21
98:22
141:10
278:23

**generate**
37:24

**gentlemen**
45:2

**Georgia**
6:7,21
10:5
13:14,18,
25 15:8
16:10,11,
12,15,19
17:18
21:17
25:25
32:23
36:25
37:2
38:22,23
43:22
44:1
63:17

66:6,7,9
75:23,24
82:16
136:17
138:1,4
157:10
172:11
177:15,20
198:16
230:15
231:13
232:1,14
244:23
262:6
277:3
278:15
279:2,9
280:24

**gift**
38:20

**gifted**
21:25
22:9,11,
13,16
23:8
38:19,20
242:20
258:22
259:1,11,
13,17,24,
25
260:11,
13,17,20,
25 261:6

**gifted-
minded**
259:2

**give**
8:24
34:8,12
40:14
59:9
60:15
62:9
63:13



HALEY LIVINGSTON
UNITED STATES vs STATE OF GEORGIA

January 30, 2023
Index: giving..gown

82:9,12
91:19
114:11
117:21
119:2,4
132:9
175:1
217:22
256:6
258:7
272:11

giving
11:17
41:15
57:1
137:17

glad
116:11

glitches
165:19

GLRS
33:7,9
63:16

glued
273:7

GNETS
13:22,24
14:3,6,10
15:9,10,
12,20,23
17:2,3,5,
6,23,24
18:2 21:5
24:15,24
26:15,16,
18,21
35:12
37:10
39:19
40:1
47:14
48:5,25
51:10,21,
23 52:24

53:4,7,
14,15,23
54:16,19,
22 55:1
56:5,23,
24 64:2,
4,5 69:18
70:16,21,
24 71:2,4
72:8
73:11
74:24
75:20
77:21
78:12,14
79:5,7,16
80:14,17
81:3,18,
22 82:18
83:10,16
84:1,9
86:13,18
88:23,24
91:6,8,
11,15,24,
25 92:12,
23 95:3
96:14,16,
25 97:1,
14,19
98:12,13,
20 99:1,
2,3,7,11,
17,20,23
100:10
102:10
104:2
105:7,8,
11,17
106:8
107:2,4
108:18
109:1,7,
10,19,24
110:3,6,
11
111:13,

16,24
112:18,21
113:22
119:15
120:10,24
121:14
122:7,10
123:4
127:4,6,
7,9 128:3
129:12,
13,16
130:13,23
131:4,5,
24 133:15
135:14
136:1,11,
12 138:14
139:8,11,
12,14,20
140:1,9,
19,21,22
141:22,24
142:13,
16,21,25
143:11
146:9,19
148:21
152:7
167:5,15
168:18
169:14
170:25
172:12,
14,21
173:1,7,
11,16
174:24
175:2
186:4
192:16,17
195:13
197:16,23
198:6,16
199:14,18
200:23
201:9,20

202:4,9
207:2
209:2
210:11
212:16
214:17
216:2,16,
22,23
226:12
232:19
234:4,13,
16,19
235:22
240:8,23
242:18
251:11
279:14

GNETS-
RELATED
86:16

goal
95:2,5
174:23,25
175:10,12
176:9,13,
14,16,17,
19 178:9,
25 179:1
181:5,7,
10,11,12,
15 182:8,
18,20,23
183:13,
16,24
185:21

goals
94:20
95:25
174:2
177:9,11
178:3,11,
15,16,20,
21 179:8,
12,16,18
180:2,4,

6,7,13,
14,15,16
181:1,22
182:2,4
183:4,18
184:6
185:20

good
7:7,8
27:11
121:10
123:12
132:4
183:10,18
192:10
204:25
210:24
254:24,25
273:10
280:1

Google
88:11

Gore
242:8,11
244:8,15

gosh
33:10
67:16
90:7
150:5
217:13
233:5
239:4

gossip
279:23

government
12:20,21
83:8

governor's
91:1,2

gown
265:1



grade
    51:7 52:7
    64:22,24
    145:11
    181:23
    187:5
    231:23

grade-level
    41:10

gradually
    127:21,22

graduate
    19:11
    30:8
    256:14
    261:14,18
    262:1

graduated
    191:11
    261:10,
    21,24

graduation
    25:17
    29:21
    30:12
    40:12
    261:8
    263:10

grant
    82:23
    119:14,21
    120:7
    192:16,17
    199:15,
    16,19,21
    200:2,9,
    14,23
    212:9,23
    227:12,25
    228:8,14
    236:11
    238:6,15,
    20 239:11
    240:14,

20,22,24
    265:22

grants
    119:12,13
    228:1

graphically
    115:20

graphs
    268:24

grass
    273:17

great
    36:16
    46:13
    102:6
    184:14,24
    208:8
    238:5
    239:24
    280:6

Greg
    208:3

group
    38:13
    60:25
    84:12
    94:15,16
    155:25
    174:22
    175:2
    178:12
    215:4
    216:11
    255:9,14

groups
    84:10
    89:11
    126:21
    154:20
    155:5
    214:25
    215:1,10

grown-up
    57:21

grownup
    83:5

growth
    175:4

guardian
    263:2

guess
    15:6
    26:17
    52:15
    54:20,22,
    24 57:17
    60:19
    65:2
    66:12
    78:8
    79:18
    81:13
    83:20
    86:10
    87:11,18
    88:6
    94:10
    110:10,13
    113:4
    122:20
    137:18
    139:3
    140:16
    147:15
    169:19
    174:21
    178:19
    195:6
    210:18
    228:15
    235:14
    259:5,10

guest
    32:24

guidance
    173:15,

18,19
    234:18

guide
    172:20
    192:5

guideline
    173:14

guides
    172:20

guy
    175:7
    203:17

GVRA
    32:22
    36:25

gym
    264:18

─────────────

        H

─────────────

H-A-L-E-Y
    7:14

Haley
    6:1,6
    7:2,14
    13:6

half
    161:1
    169:5,8,9
    204:11
    221:4
    223:15,20
    246:21

hand
    172:5
    273:10
    276:6

handed
    12:24
    18:21
    68:16

76:13
    84:20
    144:16
    148:19
    172:10
    188:5
    191:22
    201:7
    204:19
    206:25
    222:8
    224:4
    228:25
    233:24
    236:9
    241:11
    249:7

handful
    152:16

handles
    25:15

handling
    27:25
    93:24,25
    161:22

hang
    170:2

hanging
    273:23

happen
    36:5 65:3
    66:23
    74:9
    102:22
    114:6,12
    122:8
    129:21
    134:16,18
    141:6
    146:14
    160:20
    161:20
    184:16
    185:2



211:19
248:6
254:7
261:3
268:2
269:6
272:5

**happened**
44:17
48:16
74:7
82:19
113:3
114:15
117:25
130:3
135:16,
18,21
138:23
139:4
160:18
164:18
184:5
185:8,12
211:16
217:20
269:11

**happening**
10:22
11:18
35:17
87:18
123:6
247:24

**happy**
92:5,6
114:23

**hard**
52:7
94:14
177:14
180:11
183:25
185:18,23

**hardest**
183:25
221:22

**harm**
159:22,25
267:13

**harming**
160:1

**Harrell**
15:20
17:22
18:2
24:23
26:2,6
30:11
35:17
39:19
40:1,2
42:25
44:22
48:5
51:18
53:24
54:3,4,5
56:5,10,
12,13,23
61:4
62:2,6,8,
17 63:5,9
66:14
68:7,22
71:14
72:1,4
73:11,19
74:12,24
75:20
76:2
78:14
93:18,20
95:2,7,24
100:10
103:17,20
104:1
105:11
106:6

107:25
110:15
112:21,25
113:7,22,
25 116:14
117:14
118:23
120:13,
14,19
121:1,2
125:6,9
132:21
133:17
134:5,7
136:6,11,
15 137:14
139:8
141:23
142:3,16,
21,22,25
143:2,7,
11,22
144:8,17
145:3,12,
16,20
146:5,23
147:7,13
148:9
149:8,23
150:14,24
152:7
153:5,13
154:20
155:9,10,
14,25
157:15
162:6
165:3
167:3
168:16,17
169:11
170:13
171:18,20
174:11
176:10,
12,13,24
177:5,7

178:22
179:6
186:12
189:8
190:7,19,
20 191:24
195:13
197:10
198:22,23
199:3
212:2,16
215:19
218:13,18
219:11,14
223:2,21
225:6,14,
23 229:1,
2 233:18
240:8,18
242:8
245:5,20
246:25
247:20,21
255:17
258:21
259:12,25
260:15,
18,24
261:8,20
262:1,12,
18 263:9,
15 264:6,
14 265:6,
13
266:18,21
268:5,18
269:14
271:9

**Harrell's**
174:23
235:7
246:1

**Harrell_
temp_00023**
193:1

**Harrell_
temp_000294**
144:19

**Harrell_
temp_000883**
192:2

**Harrell_
temp_000887**
194:9

**Harrell_
temp_000905**
193:24

**Harrell_
temp_00263**
229:5

**harsh**
183:13

**hash**
204:8

**hate**
245:7
253:24

**hats**
25:10
40:9

**Haymon**
232:11

**he'll**
257:19

**head**
8:11 56:4
108:20
147:18
153:19
167:9
184:8
217:19
237:6
276:12

**heading**
193:6,25



194:10
212:13
266:2

**heads-up**
59:10
137:17

**health**
16:16,19
17:19
146:4
187:3
249:22,23

**hear**
15:3
148:11
251:19
279:23,24

**heard**
14:13
81:20
118:13
131:3
133:12
138:22,24
221:23,24

**hearing**
75:16
122:3

**hearsay**
15:7

**heavily**
112:13

**heavy**
32:16
195:15

**held**
73:23
92:19
176:7

**helped**
239:17

**helpful**
75:16
201:21
218:17
237:16

**helping**
36:13
46:14

**helps**
124:20,24

**hesitated**
97:15

**hey**
27:11
36:10,15
52:6
55:25
81:16
82:8,11
83:11
101:22,25
103:11
104:13
114:5
119:8
133:19
134:13
137:7
169:23
174:18
203:11
209:20
250:13
257:22
259:16
264:11

**Hieu**
6:18

**high**
29:23
37:3,8
51:24
58:1 65:5
158:2

170:2
181:24
184:12,20
185:9
186:9,14,
16 211:13
220:15
221:5,8,
18 256:18
260:9,11
261:21
263:19
266:12
270:8

**high-
schooler**
51:20

**high-
schoolers**
29:24
275:18

**higher**
195:3
239:6,8
266:15

**highest**
19:2
145:11

**highly**
103:13
147:24,25
237:8
239:7

**hire**
238:7
239:25
241:3

**hired**
14:16
43:17
46:20
116:21,24
240:13
277:11

**hires**
61:13

**hiring**
61:5,13,
21
116:17,20
239:15
240:17

**history**
161:8

**hit**
148:3,5
162:12,
24,25

**HLC**
34:9
103:10,12
123:4
246:10
248:17
249:19

**hold**
143:25
206:12
226:24
259:3
274:19

**home**
49:24
57:24
127:11
131:8
157:5
158:4,5,
7,9,10,
17,18,20
159:15
165:1
166:2,3
185:2
188:21
193:13,20
194:5,14,
19,23

195:2
196:4

**home-based**
127:17,20

**home-
schooled**
130:4

**homebound**
127:18,19

**homeschool**
132:20

**hone**
183:10

**honest**
7:17
54:21
55:3,19
63:1
71:24
84:12
86:1
133:8
147:5
175:11
237:6

**honestly**
35:2 69:6
108:6
128:6
147:2
204:11
215:23
221:20
250:6

**honor**
263:24
264:1

**honors**
263:16

**hooked**
128:14,15



hope
   127:22
   128:21

hoping
   238:5
   239:25

hospital
   127:18,19
   141:5
   160:5,25
   166:6
   184:17
   197:6

hot
   32:16

hour
   115:1,23
   128:22
   131:18
   153:17,
   21,22
   154:14
   255:4

hours
   45:25
   46:1 50:9
   233:1

house
   57:25

hug
   124:15,16

huge
   274:21

huh-uh
   29:1
   67:23
   190:8

hundred
   142:18
   197:15
   260:23

hurt
   59:13
   122:25
   211:17,18

hurting
   185:25
   211:22

husband
   215:23

hybrid
   257:16,21

─────────────

            I
─────────────

i-ready
   80:5,6,8

IBFS
   267:6

IC
   222:10

idea
   66:6
   121:12
   169:23
   202:19
   203:11

ideal
   271:14

ideas
   103:11

ideation
   183:6

ideations
   195:15

identificat
ion
   229:20

identifies
   47:5

IDT

89:7

IEP
   35:5
   46:1,5
   50:13,14
   55:9,12,
   16,19,24
   57:9
   58:7,11
   94:20
   95:25
   97:20
   98:4,7,
   10,25
   100:7
   101:15,17
   102:7
   103:2,12,
   14
   105:16,20
   106:6
   110:20,21
   111:18
   120:12,
   17,22
   121:1,4,
   16 124:5
   129:11,
   15,18
   130:6
   133:25
   134:6
   137:12,
   16,23,25
   138:21,23
   139:20
   140:19
   141:7
   173:24
   174:2,13
   177:9,11
   178:3,16,
   20 179:8
   180:15,
   16,22,24,
   25 181:6,

7,22,23
   182:1,2,
   4,13,14,
   18,23
   183:1,4,
   10 188:7,
   18,22
   189:2,9
   190:22
   214:24
   227:16
   268:25
   271:1
   278:13,
   15,18,21,
   23 279:5,
   10

IEPS
   25:21,23
   45:21
   46:4
   170:20
   182:17

III
   119:21

immediately
   140:4
   160:1

impact
   29:7
   182:13
   211:3

Impairment
   146:4

implemented
   104:23
   227:10

important
   198:10
   225:22
   226:11
   235:12
   257:4,24

impression
   60:15

improve
   38:2,3
   39:16
   47:7

improved
   59:1

improvement
   27:11
   37:25
   46:17
   47:1,2,3,
   6 69:21
   73:24
   88:20
   184:15

improvement
s
   39:10

in-between
   214:1

in-house
   30:18
   164:17

in-person
   258:20

inappropria
te
   129:13
   182:21
   267:7
   268:21

inclined
   197:11

include
   35:11
   95:24
   178:21

included
   31:12,13
   34:6 86:1



106:3
143:4

includes
27:2,19
29:21
30:15
31:24
37:13

including
229:20
269:15,18

inclusion
45:5
50:3,20
125:16,
17,19,23,
24
126:14,
17,25
139:18
141:19,21
189:2

inclusive
169:3

income
199:16

increase
118:3
266:23,24

independent
ly
129:12

indicating
273:15

individual
99:7
109:22
111:11
128:5
146:20,
21,22
147:18
148:2

195:6
215:3
218:4
239:23
240:1,7
247:18,25
255:10,15

individuali
ze
255:5

individuali
zed
93:21
94:18

individuals
38:24
73:11
215:17

ineligible
99:23

Infinite
191:3

Info
148:22

inform
11:17
63:6,10

information
9:2 11:18
63:13
66:16
67:2
69:20
87:16
90:22
101:12
110:24
125:1
129:3
144:22
155:13
164:5
165:17

182:5
189:11,
17,19,25
190:5,10
191:4,10
192:12,
15,21
194:1
200:5,8
206:2
212:9,14,
15 214:2
226:22,25
228:12
229:20
249:9
266:6

informed
71:6
120:7

Infrequentl
y
89:16

initial
134:23

initially
244:16
278:8

initiated
44:16

input
38:3
46:13
86:25
102:19

ins
58:14

inspiration
205:7,20

instance
279:5

instances

245:4

instruct
259:9

instructing
211:24

instruction
17:19
19:10
24:11
40:14
42:1
44:20
70:2
74:14
80:12
91:18
127:17,20
166:13,19
179:22
187:24
258:9

instruction
-based
74:15

instruction
al
40:10
41:13,21
69:24
187:22
216:19
219:25
221:12

instruction
al-wise
32:7

intellectua
l
146:24
147:6,11

intellectua
lly
148:8

intelligenc
e
21:2

intensity
98:23

intensive
16:2
169:19
247:13,14

interacted
48:18
227:11

interacting
235:21

interaction
257:25

interchange
ably
60:11

interest
55:21
116:5
158:13
211:11

interested
33:4
55:25

interim
39:19,21,
25 40:20,
24

internal
144:18
191:25
229:4

interpret
258:1

interpreted
196:7

Interrelate
d



19:14
20:7

**interrupt**
8:18
34:22

**intervene**
25:20

**intervention**
37:15,17
102:2
105:1
125:2
243:17
244:6

**interventionists**
229:24

**interventions**
17:10
100:2
105:13
128:24
227:9,14

**interview**
46:20
278:4

**interviews**
46:24

**introduce**
6:12

**invite**
129:22,24

**invited**
264:14

**involve**
27:3
37:23
38:18
39:8
41:5,22

44:6 81:1

**involved**
15:5,9
52:4
55:12
57:10,16
59:18
80:20,21
86:5,8
88:23
102:18,23
103:1
105:16,17
112:14
120:19
134:2
137:23
204:8
235:22
264:10

**involvement**
49:14
86:10

**involves**
27:4

**Iris**
118:9
199:25
200:19,20
203:19
229:13

**issue**
9:25
30:21,22
34:10,11
44:10,19
73:1 84:2
96:3
126:13
141:20
199:6
275:16

**issued**
172:14

**issues**
23:17
25:19
31:1
35:17,19
47:18
52:15
93:7
112:9
179:19
244:17

**items**
36:13
271:24
272:10,20

_____

**J**
_____

**Jacobs**
11:16
28:1,2
29:19
66:20,25
68:5
74:21
113:23
114:11
208:3,21
227:4
235:19
278:6,9

**January**
6:2,4

**Jermell**
230:22

**job**
25:1,9
27:11
35:11
41:11
65:14,16
66:19
70:23
226:22

227:1

**jobs**
37:5

**Joe**
28:23

**jogged**
148:12

**jogging**
223:18

**Johnny**
55:25
164:18,
19,21

**Johnson**
6:20 10:8
130:14,25
132:1
250:3
277:1,3
280:11,24

**Joseph**
28:23

**July**
113:4,5
234:15,24

**jump**
162:23
274:19

**jumps**
64:16

**June**
84:21
207:12
208:8
209:7
224:5,16,
25 238:2

**Justice**
6:15 15:8

_____

**K**
_____

**keeping**
25:11
104:15
185:5

**Kelly**
6:16

**keys**
27:6
65:17
66:7

**kicking**
162:11

**kid**
96:8
97:10
118:20
121:13
128:5
130:1
133:11
137:16
141:19
148:1
164:11
171:10,16
175:9
182:16
187:14
219:3
247:6
254:8
255:5
259:16

**kids**
23:1
25:18
33:18
35:13
36:2,8
42:18
50:9



70:10
91:22
93:2,9,
10,11
94:17
97:2
103:2
115:6
116:6,7,
12 117:22
119:9
125:25
126:1,16,
19,20
127:1,2,
15 132:11
138:12
152:2
153:8
162:12
170:6
175:5
176:7
182:10
187:5
189:21
191:11
198:8,11
205:21
206:1,3
211:18
219:9
226:1
240:11
243:20
247:6,7
248:10
251:2,15
254:6,19,
21 255:2
262:8
274:25
275:1,9
276:3

kill
182:9

kind
15:3 20:2
22:24
27:12
34:5
37:22
38:5
42:10
46:2,13
48:8,13
50:15
52:8,11
55:3 58:9
59:15
60:16
62:6 65:4
66:4 70:3
72:16
74:17
81:17
82:23
83:11
88:19
103:13,21
108:14,25
109:13
112:10
121:5,6,
7,17
122:13,14
123:14
124:20
125:22
128:7,18
133:2,6,
22 151:11
160:6,7
161:4,11
163:12
166:18
172:20
173:7
176:17
177:10,11
179:24
181:21
183:5,13

184:4,22
185:12
214:24
215:7
226:7
228:15
235:21
236:19,20
242:24
243:25
244:5,23
245:10
246:15
248:15
251:3
252:4
257:16,25
258:18
260:5
261:3,7
263:8
265:3
267:5
268:22
269:11
271:8,14
273:18,20
274:4,6
275:13,23

kindergartn
er
145:14

kinds
15:3
34:21
35:3,19
48:23
51:3
74:18
93:9
121:11
122:12
125:8
128:17
130:10
132:11

147:24
151:19
161:16
183:20
197:1
200:22
214:21
247:8

kinetic
273:6

Kingsland
115:21

knew
15:14,20
41:7
42:14
53:10,12
80:4
115:3
240:10

knowing
97:8
116:6
132:6
245:12

knowledge
52:16
66:2
154:1
279:8

———————

L

L-I-V-I-N-
G-S-T-O-N
7:15

L-K-E-S
106:24

label
146:14
148:13
219:18

labeled
52:14
96:25
195:9
212:19
215:18
242:7

labor-by-
professiona
l
32:7

lack
155:3,24
166:3

laid
57:20

Lakesha
68:19
70:17
80:15
81:7 84:3
228:5,11

LAMBS
42:5,7

language
44:9

large
177:4

latest
185:3

law
7:20

lawsuit
12:11,13
14:19
15:1
17:22

lawyer
10:21

layer
242:21



**LC**
242:8

**LCSW**
45:2
236:11
238:4,11,
22,25
239:8
240:18

**LEA**
16:21
62:3 89:2
91:21
92:15
96:7,17,
20 99:25
100:11
105:20,21
127:14
139:19
140:20
153:11
187:10
226:5
259:21
278:25

**lead**
31:11
37:24
70:14,15
80:17
161:4

**leader**
37:13,23
65:17

**leaders**
65:20

**leadership**
20:21
21:14
22:4,5
24:3,10

**leading**
80:22

**leads**
33:8

**Leander**
242:8
244:8

**learn**
14:3
15:15
23:16
118:22
243:19,24

**learned**
210:7
244:14

**learners**
257:5

**learning**
15:20
32:7
38:17
61:5
63:17
67:16
79:24
80:19
96:9
119:6
126:12
245:13

**LEAS**
29:13
38:17
57:2,3
77:6
129:8
172:21
187:14
206:10
210:23

**leave**
92:8
117:1
141:20
152:7

155:6
160:13
170:7
175:23
185:14,17
215:18,21
217:25
256:14
261:11

**leaves**
163:23

**leaving**
152:9,10
160:15
197:14

**led**
80:15
86:2

**left**
36:3
51:22
53:14
54:2,4
116:18
117:3,5
140:19
143:22,25
151:18
152:17
153:2
164:7,13
165:6,7,
21 169:4
190:23
191:6
211:21
217:21
218:2
225:12
259:6
260:14

**left-hand**
194:12

**legal**

79:12

**legislature**
83:8 84:7
91:4

**legitimatel
y**
121:25

**LEGO**
273:7

**LEGOS**
273:7,8

**length**
153:15
154:10
167:3,14
168:6
170:13
171:17,19

**lesser**
174:4

**lesson**
25:23
41:18,25
43:7
74:16

**letters**
33:11
157:5
233:8

**letting**
71:11

**level**
19:2
41:15
90:6,8
98:23
103:5
126:15
158:14
159:20
267:21

**levels**
145:11

**liaison**
89:25
90:18

**license**
21:18
231:5
232:13

**licensed**
232:9
239:2,5

**licenses**
21:16

**licensing**
229:21
230:23

**lie**
147:9

**Life**
243:17

**light**
274:4

**likes**
253:16

**limitations**
200:17

**lines**
29:12
147:20
242:22
268:23
279:4

**Lingonis**
6:10

**link**
201:9,18

**Lisa**
207:11,24
209:19



Lisa's
   207:22

list
   101:13
   105:1
   218:4,5

listed
   45:22
   216:23
   218:3,9
   230:22,23
   242:8
   250:18,25
   251:8

listen
   170:3

listening
   83:23

listing
   193:10
   227:15

lists
   194:1,11
   212:14
   213:13
   229:19

literally
   263:7

litigation
   13:17
   14:11

live
   87:1
   154:6

lives
   154:7

Livingston
   6:1,6
   7:2,7,14
   13:7
   167:2
   252:1

276:22
277:2

LKES
   65:17,18
   66:5,9,15
   67:9
   73:10
   106:21,24
   277:16,20

load
   253:3

local
   16:22
   264:20

located
   56:23
   115:19
   149:6
   271:20

location
   88:14
   150:21
   188:20
   190:18

locations
   17:3,5,6

locker
   272:24

log
   67:14,19,
   21 164:6,
   15 165:4,
   15 191:3

logs
   120:5
   227:18
   228:2,11

long
   11:6
   51:16,18
   94:13
   115:16,23

116:1
133:12
138:17,20
142:15,
19,21
176:9
192:3
221:2,5,
25 222:2
254:16
256:1
263:5
277:4,6

long-term
   141:5
   175:14
   220:17,
   19,21
   221:3,16,
   17 222:23
   223:1,5,
   9,21

longer
   188:22
   260:14

longest
   167:14
   168:2,6,
   14 171:18

looked
   22:6
   101:21
   128:19
   170:14,
   15,16,18,
   19 171:2,
   3 184:24

looped
   122:4

loophole
   238:9

loose
   38:6

lose
   143:18
   166:14

losing
   35:25

lost
   51:22
   143:20
   170:11
   186:8
   210:18
   217:13,14

lot
   24:21
   35:1 38:9
   40:9
   59:17
   79:18
   93:23
   97:12
   101:5
   102:25
   103:2
   106:18
   116:7,18
   123:14
   125:19
   130:12
   136:14
   161:18
   176:6,7
   182:9
   276:2

lots
   106:18
   129:5

love
   91:17
   185:16
   274:25

loving
   253:25

low
   90:7

147:21

low-
functioning
   205:6

lower
   195:3
   266:18,21
   270:20

lowest
   145:11

LPC
   238:11
   239:4,5,
   19 252:8,
   15,18
   253:7,9,
   17 254:14

LSCI
   243:15,16
   267:3

luckily
   211:19

lunch
   50:8

_____

M

_____

mad
   175:8
   279:18

made
   61:1 73:2
   82:16
   115:16
   132:23
   137:25
   166:5
   211:4,6
   245:13
   253:11
   271:1
   273:16



main
  59:19
  61:19
  70:20
  154:16

maintain
  94:10,13
  104:8
  178:12,22

major
  31:8
  158:8
  195:19

majority
  50:25
  51:8
  123:15
  136:4,9
  157:24
  202:18
  212:4
  246:4
  248:2
  252:20
  256:3
  270:23

make
  10:15
  16:8
  25:24
  28:15
  29:10,15
  30:4,7,24
  31:2 36:5
  39:10,12
  41:12
  42:15
  45:22,25
  46:3,5
  58:11,13,
  23 59:4,
  21 64:11
  67:25
  69:25
  80:4

87:4,10
96:7
99:14
102:21
104:19
106:19
129:25
137:2,9
141:1
157:3
175:1
187:8,10
196:6
220:3
226:16
236:24
238:4
245:12,13
249:1
253:15
258:17
264:22
268:1
273:24
276:1
278:5

makes
  33:21
  43:20
  73:18
  85:13
  88:15
  93:8,13
  98:11
  99:22
  109:9
  118:20
  160:12
  176:8
  178:17
  195:18
  214:5
  245:8
  248:17
  273:18
  278:1

making
  41:6 47:4
  50:7,16
  55:10
  79:18,20,
  21 86:23
  102:21
  107:19
  108:8,17,
  24
  109:14,
  17,21,25
  110:2,16
  111:3,7
  158:10
  159:22
  163:4
  179:9

manage
  113:20

managed
  67:18

management
  65:23
  266:3

managerial
  50:15

manages
  80:14
  81:1

Managing
  25:12

manner
  66:3
  109:16
  171:4
  176:22

manual
  173:18

manuals
  173:15

marble

274:9

marbles
  274:12

March
  207:15

mark
  12:15
  18:17
  68:12
  76:10
  84:17
  144:13
  148:16
  188:1
  191:18
  201:3
  204:16
  206:21
  222:5
  223:25
  228:21
  233:23
  236:6
  241:7
  249:4

marked
  12:17,20
  18:19
  68:14,21
  76:11,17
  84:18,22
  144:14
  148:17
  172:6,8
  188:3,8
  191:20,22
  201:5,10
  204:17,21
  206:23
  222:6
  224:2
  228:23
  234:1
  236:7
  241:9

249:5

marking
  195:25
  196:3

mascots
  57:2

master
  25:17
  40:11
  45:24

master's
  19:13
  20:1,10
  232:14,16
  244:13

match
  93:5

matches
  74:2

matching
  136:22

materials
  41:7
  210:22

math
  51:6,7
  94:5
  186:25
  187:11
  211:13
  220:15
  221:5,9
  256:19

matter
  6:6 240:9
  277:4

meaning
  184:11

means
  22:11,23
  23:13



29:22
35:10
83:19
152:1
163:14
183:9
217:2
231:8
232:13

**meant**
40:23
83:15,21
95:11,17
107:23
151:14
176:4
210:3

**measure**
93:19
95:13
205:24

**measured**
95:8,9,
10,12

**medication**
141:13
275:14

**medications**
128:18

**meet**
11:11
27:10
30:19,23
32:12
39:14
55:8 71:1
94:20
99:15
110:22
129:24
154:2
176:20
181:4,11,
12 183:13

232:19
248:5
252:18
255:6
259:8
264:12
280:4

**meeting**
32:13
46:7
55:16
61:16
79:14
85:3 87:2
101:17
103:2,12
110:20
121:16
124:5
130:6
132:7
137:16,20
138:22,23
140:19
141:1,7,8
173:9
174:13,16
175:8
178:9,11,
15,16
179:8
180:2,5,
7,13,14
183:17,18
184:6
188:25
190:23
208:2,4
209:12,23
210:4
252:6,8
271:1

**meetings**
32:14,19
34:1,2,17
35:14

36:19
37:1
61:17
71:1,2
79:1,4,7,
17 80:14,
22,25
81:22
82:1,3,14
83:10
84:4 85:9
86:9
90:2,19
173:2
202:17
268:25

**meets**
30:24
137:16
140:13
182:1
253:9

**Melanie**
6:20
277:2

**meltdown**
44:9

**member**
30:11
31:25
39:7
46:17
55:19
63:6,10
74:12,19,
24 103:17
119:16,17
162:11
256:21
278:14,
15,18,20

**member's**
229:19

**members**

57:16
60:14
100:14,19
105:19
106:6
114:2
117:12
120:12,
17,22
122:4
129:15,17
210:24
213:15
227:10
244:10
268:20
277:23
278:8,25

**members'**
226:22
227:1

**memorialize**
76:7

**memory**
148:13
223:18

**mental**
94:22
249:22

**mention**
36:8
103:10

**mentioned**
23:11
24:3
36:3,18,
24 49:2
51:13,17
52:2 54:1
58:6
61:19
65:6,18
72:3
78:17

79:16
80:25
83:13
90:15,17
95:6
96:16
103:16,18
105:16
112:20,24
129:2
131:23
132:19
141:23
143:4
152:4
155:23
156:9
159:14
163:7
168:15
182:11
197:3
206:6
228:10
237:1
243:13
247:18
255:22
256:18
271:13
279:13

**mentioning**
62:1
107:3
164:15

**mentor**
25:22
43:22
173:7

**mentored**
46:9

**mentoring**
33:20

**mess**



217:15,
17,19

messed
249:2

met
11:4
40:15
48:19
85:10
121:1
176:15
185:20

met all
185:19

methods
27:2

MID
148:4,7

middle
38:13
44:8,10
51:19,24
54:9
63:23
187:5
193:24
194:9
264:20

middleman
204:10

midst
9:18

midterm
180:8

Milestone
177:15
178:2

mill
83:13
279:23

million

207:19
208:12
210:8

mind
99:13
175:7
183:19,22
239:3

mindset
94:2
175:4
243:14

mine
67:20

minute
33:14
148:13
181:16
189:15

minutes
9:1 11:7
128:22
131:19,21
154:15,18
156:4,7
254:20,23

mismatch
107:18
108:4

misreading
216:25

missed
82:13
142:8
189:19

missing
49:18
155:2,3
187:8
209:21
210:8
218:4

mix
248:16

mixed
27:7
32:22
37:16

module
23:15

modules
23:15

mom
184:17
185:8
199:6

moment
12:25
76:19
84:23
148:24
201:10
204:22
207:4
224:9
236:12

Monday
246:14
248:6

money
82:23
83:6
118:11,22
119:9,18
120:6
203:8,16
209:21
228:15
250:10

monitor
85:8
178:24

Monitoring
35:7

month
28:15
32:15,17
40:21,22
69:4
228:5
247:16

monthly
32:18
34:9
61:18
81:23
228:6

months
39:19
40:24,25
101:8
170:20

morning
7:7,8
50:8
187:9
269:10

motions
64:16

move
21:11
26:10
46:6
82:22
83:2,6
112:12
122:10
136:17
138:11
152:2
166:18
188:19,20
189:21
190:21
199:10
273:23

moved
133:13

138:15
140:9
143:25
144:3,4,5
151:18
152:13,
17,18
153:3
215:22,
23,25
217:18
262:21,22
268:10

moves
174:22
182:15

moving
118:2
133:4
137:24
240:12

MSW
238:22

multiple
212:2

music
275:20

N

Nahunta
154:16

Nakeba
234:12,16

names
54:21

natural
125:24
126:2

naturally
126:14,17
148:1



nature
  90:24
  98:19
nauseous
  158:16
navigate
  258:6,10,
  14
nearby
  199:11
necessarily
  31:13
  78:5 92:1
  132:12
  137:5
  138:21
  141:14
  147:4
  164:5
  165:18
  167:24
needed
  31:15
  35:21,22
  40:16
  41:7
  42:10
  49:7,25
  74:15
  119:16
  141:16
  197:5
  235:17
needing
  94:12
  111:8
  130:1
negative
  38:9
  66:21
  73:22
  74:5,12,
  20,25
  124:14,18

131:4,24
227:21,
22,23
279:13
nervous
  83:15
network
  13:18,25
  42:7
  172:12
newer
  123:16
next-level-
type
  161:15
Nguyen
  6:18
  9:14,17
  10:7
  11:2,8,11
  56:3 75:5
  131:1
  197:19
  198:1
  208:14
  251:19
  266:13
  280:17
nice
  101:24
nodding
  56:4
  108:20
  135:5
  153:19
  167:9
  179:3
  184:8
noise
  273:18
noises
  273:24

nondisabled
  126:9
nonverbal
  178:8
  179:8
normal
  61:5
  183:1
  190:9
  264:24
notate
  164:11
note
  10:3
  12:19
  50:2
  164:6
  165:3
notebook
  269:4
notebooks
  70:6
noted
  74:1
  164:7
notes
  19:19
  21:7 26:1
  27:1,18
  29:20
  30:14
  31:23
  37:12
  38:16
  39:6
  82:12
noticed
  208:19
  270:22
notified
  133:24

notify
  74:19,21,
  22
number
  12:23
  26:11
  64:19
  73:14,16,
  17,19
  78:17
  118:19
  119:5,6
  135:2
  136:8
  143:14,18
  144:10,18
  149:12,
  18,19
  150:10
  151:10,21
  157:12
  159:9
  168:21
  180:11
  192:1
  194:18
  195:1
  196:10
  197:15
  217:22,23
  229:4
  246:11,20
  266:19,22
  269:13
  270:8,21
numbers
  95:13
  144:23
  149:9,11,
  22,23
  176:5
  190:16
  192:20
  195:8
  210:14,15
  212:11,13

261:22
265:24,25

_____

        O
_____

oath
  7:17,18,
  19
object
  9:23 75:5
  130:14
  132:1
  197:19
  208:14
  250:3
  266:13
objection
  130:25
  198:1
objections
  9:24 10:5
observation
  48:19
  100:12
  112:4
  125:5
  134:24
  139:23
observation
/
consultatio
n
  109:24
observation
s
  103:21
  135:8
observe
  27:9
  40:13
  49:3
  100:14
  103:18



109:11

**observed**
48:17,20
51:14
109:12

**observing**
27:4
100:17
107:22

**obtain**
19:22
20:9

**obtained**
19:3 21:7
149:22

**occasionally**
9:23
255:14

**occasions**
40:19

**occur**
32:14
122:12

**occurred**
116:13
117:1
269:13

**occurring**
114:19

**occurs**
270:15

**October**
68:17
69:8
71:20
249:17

**offer**
263:15

**offered**
242:18

255:22,
24,25
256:2
263:22

**offering**
119:15
263:21

**office**
60:14

**official**
43:13
154:21
155:6
156:1,3
165:10
261:6

**officially**
113:4,23
267:1

**OHI**
146:1,3,
6,10,12,
14,18

**Okefenokee**
26:11
32:1
65:10
113:9
117:21
118:1

**older**
168:14

**one-on-one**
16:2
179:21
216:12

**one-program**
20:2

**one-way**
153:17

**online**
33:4

35:22
36:1 42:3
166:10
211:15,25
221:11
256:22,25
258:5

**open**
75:16
221:21
222:1
256:19
275:17

**opening**
256:21

**operating**
142:15,20

**opinion**
91:10
107:21
116:1,8
198:3

**opinions**
174:22

**opportunities**
90:24
120:8
264:6

**opportunity**
59:11
96:11
258:13

**opposed**
115:13
136:12
211:24

**option**
56:1
111:25
205:8

**options**

102:11
272:11

**order**
115:24
131:14
277:16
280:20,23

**organizational**
65:22

**organized**
268:14

**orientation**
33:19

**original**
113:14,15

**originally**
26:8
115:19

**OSS**
158:6,20,
24 161:25
162:19

**OT**
106:2

**out-of-school**
158:25
159:2,5
161:3,5
162:5
163:8,10,
18

**outcome**
104:2
105:3

**outloud**
71:19
151:13

**outs**
58:14

**overseeing**
24:13
45:20

**overwhelm**
186:22

_____

**P**
_____

**p.m.**
77:3
106:13,16
166:22,25
220:6,9
251:21,24
265:17,20
276:18
280:16
281:3,5

**Pacheco**
6:8

**packet**
101:12
129:3,5,6

**pads**
272:23

**pages**
192:3,5,6

**painted**
244:23

**pair**
255:11

**paper**
70:6
87:21
88:6 94:4
95:8,9,
12,13,17,
18 178:10
214:10

**paperwork**
50:16
138:20



140:8,12
157:6
160:12
199:22
261:5

**para**
122:19

**paragraph**
268:13

**parapro**
210:19

**paraprofess
ional**
221:10
231:5,6
232:25
233:2
244:10

**paraprofess
ionals**
217:9,24
220:16
221:13,
14,15
232:24
233:12,16

**parapros**
42:23
72:10

**parapros'**
221:25

**paras**
31:17
116:22,23
217:21

**parent**
58:23
129:20
130:9
132:7,19,
23
156:24,25
157:17

158:9,10
159:17
160:11
164:12
267:2
279:18

**parental**
49:13

**parents**
14:20
25:21
46:8
55:24
59:10
63:6,10
92:5
102:18,23
103:5,7,8
105:21,22
130:10,
21,23
131:23
138:5,22
159:16
160:2
170:6
174:19
271:3
280:3

**part**
21:12
22:6
24:9,11
26:8
32:12
39:12
47:8 51:7
58:13
59:22
77:20
83:25
88:1
94:21
133:24
138:8,10

177:14
200:25
218:8
220:2
255:15
274:18

**partial**
144:1
187:7
196:12,19

**participate**
54:16,18
55:1,5,6,
10,13,18
57:6,11,
13 62:2
63:7,11
78:18,19
79:1
89:2,7
98:11
99:17,23
135:8
246:2,5

**participate
d**
56:6,10,
14,17
57:4 62:6
63:2 89:5
279:5

**participate
s**
90:18

**participati
ng**
58:7,12
62:18,23
99:20
136:11
153:16

**participati
on**
82:3

**partner**
50:10
70:17

**partners**
249:19

**parts**
124:25
144:5
147:15
187:6

**passed**
148:10

**past**
41:9
44:15
58:3,17
119:12
147:7
154:17
185:24
195:3
204:2
211:8,20
217:21
256:11

**pat-on-the-
back**
27:12

**pattern**
200:10
212:14

**pause**
275:13

**pay**
117:20
277:13

**pays**
153:10,11

**PBIS**
17:9
37:13,14
46:18

52:3,19
68:9
215:8,9
250:10
268:23

**PE**
59:9
187:2,3
234:25
235:7,11,
12 236:18
237:15

**peer**
161:10

**peers**
49:12
93:25
126:10
175:2

**people**
15:17
31:12
44:11
72:8
89:20,22
90:4
116:20
122:19
124:17
130:8
161:6
175:3
176:19
182:16
186:4
196:8
211:11
217:18
226:18
264:10

**people's**
155:4

**percent**
142:18



197:15
246:8
247:21
249:20
252:3
260:23
266:9

**percentage**
135:25
145:19
249:21
253:5
266:12

**perceptions**
15:4
177:13

**perform**
27:21

**performance**
25:25
65:14,16,
22 66:19,
21,24
67:3,5
226:23
227:2,3

**period**
97:24
169:11
262:24

**periodically**
104:16
170:21

**permission**
206:7

**person**
25:15
48:4,15
65:9 68:4
70:20
73:23
80:20

120:3
128:9,10
173:7
211:24
214:10
218:10
221:2
238:4,11
239:7,8,
18
240:17,18
247:22
253:21
256:25
257:1
258:7
277:11

**personal**
11:11
198:3
235:2,3,
15 237:14
244:17

**personnel**
103:12
278:1

**perspective**
44:17
52:19

**pertains**
61:4
75:20

**pet**
164:21

**phenomenal**
38:12

**phone**
10:21,24
11:6,10
78:24
156:25
157:1

**phones**

213:23

**phonetic**
232:11
263:24

**phonics**
23:2

**phonological**
23:2

**physical**
115:12

**physically**
58:19
98:16
116:7
147:20,25
161:7,8
162:5,7
163:20
178:8
219:11
267:16
270:24
271:8

**pick**
42:10
155:4
214:16
278:8

**picked**
163:14

**picky**
240:13

**picture**
95:19
96:12
244:24
265:7,10

**pictures**
265:2

**pieces**
274:5

**Pierce**
57:1
142:5

**Pines**
32:21
36:18,20

**pit**
272:22

**place**
70:4
79:15
88:18
121:9,10
146:6
209:3

**placement**
110:25
129:13
140:20
141:2
146:9
193:17
195:9,11,
14 196:25
197:9
263:15

**places**
36:22
87:17

**plaintiff**
12:11,17,
21 18:19
68:14
76:11
84:18
144:14
148:17
172:8
188:3
191:20
201:5
204:17
206:23
222:6

224:2
228:23
234:1
236:7
241:9
249:5

**Plaintiff's**
12:16,22
18:17
68:13
148:19
172:6,10
188:2,5
191:18,23
201:3,7
204:16,19
206:21,25
222:5,8
223:25
224:4
228:21,25
233:23,24
236:6,9
241:7,11
249:4,7

**plan**
30:24
31:2 37:7
38:7,8
41:19
46:17
47:1,2,3,
4,7 69:5,
10,15,17,
19,21
71:15,22
73:24,25
74:16
77:13,22
79:19
81:1,2,4
86:23
87:4,12
125:3
160:8
181:21



185:6
227:6
228:8,9
247:17
268:2

planned
80:13

planning
71:14
86:19
87:10
88:1,4,5,
24

plans
25:24
37:4
41:18,25
43:7 81:6
275:20

platform
33:4
67:7,8,9,
10,11,19
80:3,8
87:24
88:19
239:16
268:22

play
58:20
273:7

playground
275:3

pockets
52:6

point
9:16
70:21,24
71:3,4
84:13
85:3
86:25
100:20

102:13,23
121:8,16
152:8
168:18
259:19

pointed
110:4

points
8:24
108:7

policies
27:19
28:5
29:3,5
54:25
60:10,16
157:21

policy
60:14,20
61:8
66:13
112:19
156:19,20
161:25

poor
96:24

portal
81:5
88:9,10,
13,17
157:8,9,
11

portion
177:4
255:18

position
211:11
221:5,19
225:7
229:21
238:4,25
240:18,20
256:19

positions
211:1,2
213:5,7,
10
220:11,
14,21
222:1

positive
17:10
37:15,17
92:7
124:14
132:16
279:15,20

possess
229:25
230:6
231:18

possibly
82:24
125:7
143:17
145:17
150:9
152:17
190:1
258:24
259:17

post
79:25

posted
221:21

potential
137:18

potentially
124:2
139:2

Power
191:3

practice
58:2

practices

54:25

pre-iep
122:13

preconversa
tions
121:17

predominant
ly
33:6 51:6
103:24

prefer
64:14,15
128:6
211:23
240:7
256:24
257:1

preferred
64:14

preparation
10:14
11:9,14,
20,23

prepare
10:19
12:6 18:2
90:25
91:3
144:25
192:23
229:10

prepared
18:13
105:7
229:12

preparing
18:12

present
10:24
70:8
105:9
106:7

155:20
157:20
165:5,8

presented
85:8
108:22
120:11,
16,22
172:23,25

presents
61:15

pretty
32:18
58:4
97:24
98:13,17
101:9,13
130:7
136:19
157:23
158:22,23
161:2
163:20
185:10
211:14
218:21
250:7
253:11
267:17
274:21

prevalent
145:25

prevent
121:20,23

preventativ
e
121:18

prevents
183:6
197:17,24
198:16,24

previous
64:22



117:23
196:1

**previously**
117:1
172:6

**primarily**
18:5
30:13
44:24
45:1,3

**principal**
25:11

**prior**
12:2
15:19
39:18
45:4 49:2
54:7
103:1,14
105:12
114:18
119:6
128:2
142:24

**privilege**
10:6

**probation**
65:2
275:8

**problem**
25:20
44:15
55:7
97:12
115:4
258:7
260:7

**problems**
47:21
52:17
123:19
257:20

**procedure**
66:13
138:6
140:5

**procedure-type**
60:20

**procedures**
27:20
28:5
29:3,5
60:10,16
85:7
133:20
138:18,19
161:22
234:18

**proceed**
110:18

**process**
61:10
81:2 88:6
100:9
102:24
103:15,16
104:19
105:17
109:10,24
119:7,11
120:11
123:6,18
125:5
129:2
134:2
136:14,16,19
139:8,9
141:4
199:18
259:5
278:11

**processes**
136:9
267:3,17

**produced**
7:3
144:17
191:23
229:2

**product**
33:3

**professional**
19:11
21:16,24
38:17
44:9
73:25
74:2
75:13
79:24
80:19
90:23
229:21,25
230:6,15,22
231:12,13,18
234:18

**professionally**
232:9
237:9

**professionals**
22:18

**program**
13:19,21,22 14:1,4
15:12,23
16:4
17:23,25
19:25
21:5,10
24:15,24
26:6
35:24
36:1

38:24
39:3,4
44:2
52:24
66:4 67:9
77:21
78:19
80:10
91:7,8,13
92:13,24
95:4
97:14
104:2
107:7
118:12
135:7,11
142:1
143:3,11,22 145:12
146:19
153:16
155:6
165:14
168:8,18
192:22
197:17,24
198:16,22,23
199:14
210:1,17
211:15
221:11
229:25
231:17
232:15,16
243:18
244:18,19
246:1
256:22
257:18,22
258:17
277:15,16,24
278:2
279:15,21
280:1

**program's**
278:22

**programs**
39:11,16
42:4,6
141:24
211:21
279:24

**progress**
85:8
95:7,9

**Progress-monitoring**
174:2

**progressed**
94:6

**progressing**
94:1
102:7

**prom**
264:15,17

**promise**
277:5

**promotion**
263:9

**proof**
70:8,9

**properly**
233:16

**proportion**
157:19

**propose**
21:11

**proposed**
82:21

**pros**
219:6

**proud**
276:14
279:25



provide
  7:17
  15:24
  17:24
  27:11
  33:19
  35:15
  37:8
  46:13
  47:19
  48:3,7,8
  66:18
  100:2,20,
  23 102:5
  112:10
  130:1
  166:10
  200:5
  227:13
  228:9
  238:11
  241:25
  242:3
  245:24
  264:9
provided
  99:24
  153:4
provider
  44:6
  249:22
providers
  249:23
providing
  149:22
provision
  173:22
  174:8,10
provisional
  232:13
  244:12
PSC
  231:3,11
  232:1

psychologic
al
  101:15
psychologis
t
  106:1
  218:18
  219:3
  225:24
psychologis
ts
  218:12,
  21,24
  219:10
psychology
  230:10
PT
  106:3
public
  17:17
pull
  81:14
  95:16
  126:21
  128:23
  215:8
  266:25
pull-out
  128:7,22
  216:11
pulled
  85:6,11
  116:18
  126:25
pulling
  41:24
  42:2 85:4
  214:24
  215:1
  263:7
pulls
  43:6

punch
  162:10
purchase
  203:4
purchased
  272:6
purchasing
  36:13
purpose
  15:22,24
  16:4
  22:15
  32:2 34:2
  44:18
  79:17
  86:21
  107:20
  124:19
  162:6,7,
  13,25
purposely
  108:10
  161:7
purposes
  9:14
pursuing
  20:14,22
  21:14
push
  96:6 97:9
  122:15
  123:20
  125:22
  170:4
pushback
  59:17
pushes
  57:19
pushing
  162:10
  251:5
  260:6

put
  9:24 65:2
  70:4
  73:24
  88:15,18
  95:18
  155:13
  162:19
  164:10,13
  165:18
  182:7,12,
  13 207:14
  220:1
  227:6
  239:16
  257:21
  268:24
  273:2,10
puts
  268:20
  269:1
putting
  49:16
  98:15
  192:19
  245:11
puzzles
  274:1

_____

Q

quadrupled
  258:4
qualificati
ons
  230:1,7
  231:18,
  21,25
  232:2,23
  234:18
  235:3
qualified
  111:18
  232:5

  233:13,19
  237:8,9
  239:7,8
qualify
  99:17
  109:18
  126:13
  238:4
qualifying
  259:7
quality
  21:3
quarterly
  81:25
question
  7:23,25
  8:4,9,21
  9:3,18,19
  10:1 28:9
  57:8 75:6
  92:22
  112:2
  115:2,4
  130:15
  131:1
  151:12
  170:9
  188:17
  196:1
  197:20
  198:2,5
  204:3
  208:15
  235:25
  266:14
  279:12
questioned
  151:22
questioning
  203:4
questions
  7:16,18
  9:10,24



10:10,14
29:2
114:18
115:9
128:17,18
137:22
147:12
192:19
201:20
202:7,8,
18
203:20,22
234:21
257:8,11
277:5
280:7

**quit**
263:3

**quote**
64:19
98:21

---

**R**

---

**radar**
258:25

**radio**
214:13

**Rahming**
234:12,
16,25
236:18

**raise**
35:16

**rambling**
37:22

**ran**
184:2

**rapport**
44:12,24,
25 253:23

**rarely**
158:3
159:4

**rate**
157:25

**rates**
165:24

**rattle**
273:20

**RBT**
241:13,25
242:13,
15,24
243:5,9,
12 244:15

**re-evals**
219:1

**re-fill**
211:10

**reach**
28:1
29:18
49:25
82:8
100:25
157:4
226:5
259:4

**reached**
103:10
158:13
209:19,20

**reaches**
100:11
226:9

**reaching**
49:16
74:15
75:14,15
159:20

**react**
244:14

**read**
23:1,3
181:17
189:4
207:20
208:5
238:5
257:9
280:16,17

**reading**
22:3,22
94:4
181:16
202:5
224:20

**reads**
68:22
76:18

**ready**
68:23
94:16,23
173:25
174:3
234:8
249:14
254:24
256:14

**real**
97:5
255:4

**realize**
9:17

**realizing**
123:25

**rearranged**
211:6

**reason**
9:9 26:7
30:3
61:19
91:16
113:8
149:15

152:15,16
160:3
161:24
163:10,
19,25
170:16
176:7
189:1
196:23
209:9,19
254:9
269:8
275:5

**reasoning**
71:23
113:17,19

**reasons**
61:22

**recall**
43:9
47:24
53:3
54:21
86:5
108:13,16
113:2
120:15
202:23
210:7
223:9
225:5

**receive**
17:19,23
19:5,7,
15,17
29:3,4
30:4
66:21,24
67:2
75:23
90:5
91:19
111:8
134:23
159:2

162:4
165:25
174:4
179:21
189:7
190:6,20
199:23
207:24
245:6
246:23
247:4
251:12
252:4,13,
21 256:2
260:17,25
262:1
279:14

**received**
18:22
22:17
24:4 30:2
49:6
74:4,12,
25 91:17
119:21
143:20
159:5
163:8,10,
18 172:22
207:16
210:13
279:17

**receives**
73:22
74:20
199:14

**receiving**
111:20
150:20
161:5
166:12
167:4,15
199:18
228:14
246:24



247:5
252:9
259:25

recent
68:18
76:15
179:17
203:21

recently
54:1 58:3
68:10
112:25
203:1,12
220:16

Recess
60:3
106:14
166:23
220:7
251:22
265:18

recognize
18:25
69:2
76:24
144:20
149:4
172:13
188:14
192:12
201:15
205:2
207:9
222:17
224:14
229:8
234:10
237:25
241:20
249:15

recognized
264:24

recommend
110:6

186:17,21
187:4

recommendat
ion
61:12,14,
21 101:21
135:12
137:19,20
205:13
278:5

recommendat
ions
61:23
100:20
104:20
110:2
112:10
134:9,14
139:24

recommended
136:2

recommendin
g
58:25
183:7
186:19

record
6:4,22,24
7:13 8:8,
15 9:25
10:3
12:19
31:19
59:25
60:1,5
104:17,25
105:4
106:11,
12,16,19
162:20
164:1
165:11,23
166:20,
21,25

220:4,5,9
251:18,
20,24
265:15,
16,20
276:16,
17,19,21
280:11,
12,14,16,
20 281:3

recorded
143:19
202:1

recording
8:7,12
268:17
270:11

records
95:19
101:14
104:1,5,
8,11
129:6
155:9
156:8,13
227:8,18
261:8
268:14

recovery
30:5

recruit
278:4

reduced
271:7

refer
12:22
128:13
138:9
142:13
161:21
164:19
212:8
265:22

reference
144:18
173:9
192:1
229:4

referenced
239:24

referencing
24:19
172:19
223:11
239:1

referral
104:18
105:17
106:8
109:10
120:10
129:2
136:16
139:8
141:3

referrals
104:3,14
135:4

referred
13:22
43:9
52:24
53:4,6,
14,18,19
54:2
100:10
104:2
109:1,2,
7,9,23
125:9
136:1,5,8
223:10

referring
13:25
16:12,15,
19,22,25
17:3,6,

10,14,17
48:4
63:17
67:12
68:4 83:7
99:9
112:16
113:12
136:15
158:24
178:21
208:13
209:1
218:10
259:23

refers
53:23
65:19

reflected
163:25

refuse
245:15

refused
97:15
242:11
244:15
245:5,9

refusing
254:11

regard
70:24

Regional
16:25

register
201:19

registered
242:14,24
243:3

regular
89:19,20
154:22
155:7



156:1
227:19
262:9

**regularly**
30:19
90:1,16

**rehab**
37:2
238:21
239:14

**relate**
254:1

**related**
47:13
68:8

**relates**
234:19

**relating**
13:18

**relationshi
p**
21:3
75:3,8,11
76:7

**relationshi
ps**
46:15
103:4
169:20
198:9
258:14

**release**
34:14

**released**
140:7
141:4

**relevant**
24:14
28:18
174:10
198:23

**relying**
211:25

**remain**
64:24
115:5

**remains**
91:25

**remedy**
47:21
52:17

**remember**
9:2 23:18
33:1
43:24
49:8,9,23
50:1,7
53:8,9
56:21
59:8,9
63:2
69:6,9,
12,13
71:18,22
74:11,13
80:16
84:12,14,
15 85:1,
2,4,9,12,
25 86:2,4
87:1,3,6
107:16,17
108:3,4,
11,19
120:3
123:16
130:5
131:17
132:25
133:1,2,8
135:15
147:2,5
149:10,12
151:22,24
154:8
162:17,18

163:9,19
166:5
189:11,
16,23
190:13
196:23
197:8,13
202:25
203:6
204:7
206:14,15
225:11
233:5,8
239:5,20
245:3
249:25
250:8,16
260:21
261:22
262:4,19
263:3

**remembering**
108:17
212:10

**remind**
44:1
67:21

**reminders**
34:13
35:8
79:20
90:23

**removed**
191:7

**renew**
21:18
23:6,9

**renovation**
272:25

**rephrase**
7:24

**replace**
210:19

**replacement**
244:4

**report**
65:11
72:6,9,
13,14,23,
25 90:25
165:19
213:24
226:9,16
227:3,16,
20

**reported**
104:11
149:9,13,
19 150:8
151:10
196:16

**reporter**
6:9 8:6,
11,14
12:15
18:17
68:12
76:10
84:17
144:12
148:15
172:6
188:1
191:18
201:3
204:15
206:21
222:4
223:25
228:21
233:23
236:5
241:7
249:3

**reporting**
227:14

**reports**

37:24
38:1
72:21
80:10
91:3
155:15,20
171:14

**represent**
7:9 277:3

**representat
ive**
30:16
32:23
36:23
46:18
52:11
105:22
137:20

**representat
ives**
32:21

**represented**
9:13

**representin
g**
6:10

**request**
48:10
100:12,
13,14
119:7
138:25
164:17
206:13
214:6,10,
11 259:15

**requested**
190:15

**requesting**
138:22
189:17

**requests**
134:23



135:8
214:6,22

require
16:1 61:9
94:10
97:22
99:10
153:23
267:12

required
29:4
73:14,17
82:1,4
97:17
105:19
106:6
199:23
226:21,25
229:25
230:6,17
231:17,21

requirement
73:18
112:15

requirements
232:20

requires
66:9 82:3

requiring
17:24

RESA
11:16
16:24
22:13
26:8,9,
11,15,19
28:2
31:24,25
32:1,2,3
36:16
38:17
39:7 55:8
61:1,3,15

65:7,10,
13 66:14
75:18
76:1,7
78:11
89:4
113:9,10,
19,24
117:18,21
118:1,9
125:14
142:14
227:16
229:14
240:14
277:9,13
278:9

RESA's
75:19

RESAS
77:6

reschedule
71:8

reserved
10:6
161:6
281:4

residential
127:16,18
140:7,10,
20,24
193:16
195:9,10,
14 196:24
197:9,18,
25
198:17,24

resolved
279:20

resources
41:8,12
42:2,3
49:7
63:17

169:12

respect
174:23

respectful
37:20

respond
8:10

responded
201:25
206:13
225:1
234:25
238:18

response
8:9 9:2
18:2,9,
12,14
30:16,17
31:3
71:10
85:20
150:23
201:24
208:1,7
242:10
244:10
250:1
268:19

responsibilities
25:9
27:2,19
29:21
30:15
31:24
37:13
39:21
40:7 41:2
45:18
70:23
90:20
213:22
214:20
216:5

226:23
227:1

responsibility
63:5,9,12
75:19

responsible
37:20
45:20
184:15
268:17
270:10

rest
28:17
130:3
151:24
214:3
231:9

restrained
266:10,19
267:22
270:21

restraint
243:14
269:2,3,5
270:11,14

restraints
268:4,17
269:13,18
270:8,24
271:7

restricted
102:17

restrictive
92:3
102:20
110:23
126:18,23
127:22,24
129:16
134:12
135:13
174:1,5

199:4

result
160:15
161:13

resume
18:22
19:19
21:7 25:3
26:1
27:1,18
29:20
30:14
31:23
37:12
38:16
39:6,17
50:2
63:22

retired
218:1
235:1

return
152:7
196:4
199:3

returned
193:13
197:9

Returning
155:22

reveal
10:16

review
11:23
12:1,25
18:9,13
24:1
25:21
68:23
69:5,10,
11,12,17
71:15
76:19



81:6,7
84:23
101:16
148:24
156:15
159:9
170:12,21
188:9
192:8
201:10
204:22
207:4
222:12
224:9
234:5
236:12
241:15
249:11
269:5

reviewed
174:3

reviewing
13:2
68:24
76:21
84:25
149:1
188:11
192:9
201:12
204:24
207:6
222:14
224:11
229:6
234:7
236:14
241:17
249:13

reviews
81:8

revise
29:5

revising

27:19
28:5 29:2

revisions
29:15

reward
37:17,22
38:14

rewards
38:4

reword
183:15

rice
276:6

rid
20:23

ride
57:23
115:16,23

riders
153:9

right-hand
68:20

rigor
41:10

road
264:21

Robert
6:8
251:19

robot
203:17

rock
272:22

role
22:7
25:6,11
30:13
33:15
37:23
39:18,23

40:4,8,
12,15
41:22
42:5,20,
21 43:5,
20 44:21
45:3
46:8,9,19
50:3,5
51:2 60:9
80:23
174:10
206:17
278:10

roles
45:3,8
233:20
235:24

roll
175:11,
16,18
273:20

rolling
118:15
176:4

room
11:19
36:6,7,14
271:9,11,
15,17,22,
23,24
272:1,14,
17,24
274:2,24
275:7,12,
16 276:1,
3,11

Rossignol
14:24

roster
144:3
229:1
230:20

rotate
247:25

rough
97:5
158:22
244:24

roughly
252:3

routes
153:23
155:4

row
213:13
216:20,
21,22
230:21

rows
216:19

rub
274:12,13

rule
29:10
98:13,20
99:2,3,8,
9,13,15
111:24
112:15
172:14,
19,25
173:11,16

rules
236:24
237:2,3,
19

rumor
83:13
279:23

run
275:3

runner-up
145:18

running
25:12

Ruskin
45:17
52:21,23
53:4,7,8,
10,14,17,
18,21,23
54:4,7

─────────

S

─────────

sabotaged
184:24

safe
81:24
135:2

salaries
200:25

salary
277:13

Sally
133:19

sand
273:6

sandpaper
273:17

scared
83:14

scary
97:6

scenario
59:7
92:17
93:17
96:7,23
133:5
185:3
186:11

scenarios
91:14



93:15
122:25

**schedule**
25:17
40:11
45:24
71:1
187:13
206:4
253:12

**scheduled**
11:19
30:1
45:25
46:1,2
50:12,13
169:16

**scheduling**
25:13
271:5

**school**
14:8
15:16
25:15
26:11
29:23
32:5
37:3,8
38:13
42:14
45:15
46:17
47:1,2,3,
4 49:10
51:19,21,
24,25
54:9,22
56:7
57:24
58:2
63:3,23
69:21
74:7,9
82:17
104:12,

20,23
106:1
107:14
113:5
115:24
118:23
122:5,6
125:7
127:10,11
129:9
133:9
135:17,
19,21
136:23
137:2,3,
4,5 138:4
139:16,20
140:25
143:11,
16,23
144:9,24
145:3,6,9
154:21
155:15,
16,17
156:3
157:19,24
158:22
159:6
160:15,
18,22
163:9,18,
23 164:21
165:2,5,
17 167:12
170:2,23
184:12,20
185:9
186:9,14,
17 187:12
190:3
193:10,14
195:17,
18,20
196:4
211:13
214:2

215:12
216:14
217:7
220:11,15
221:4,5,
8,18
223:2,6,
15 226:20
232:4,6
233:11
248:22,23
249:19
250:15,
18,21
251:1,2
256:19
259:6,21
260:1,9,
12
261:13,
15,20,21
262:12,
14,18,22,
25 263:1,
19,24
264:2
265:7,10
267:6
268:3
269:14
270:7
272:24

**school's**
138:18
265:11

**school-
based**
17:5
127:8,13
142:13

**school-wide**
37:21
66:4

**schoolers**
181:24

**schools**
15:14
17:17
42:13
45:13,14
127:5,6
155:21
157:17
186:5
191:4
193:20
194:5,14,
19,23
195:2
214:2
250:12,14
260:13
264:20

**science**
20:13
187:1,11

**scope**
238:21

**score**
94:5
160:7

**screened**
258:22
259:12,
20,24
260:24

**SDQ**
206:1,4
234:4

**seating**
264:19

**seclusion**
271:9,11

**secretaries**
213:17

**secretary**
72:10
155:14

156:9,12
213:13
214:5

**sections**
69:24
192:21

**secure**
88:16
157:11,13

**Security**
157:12

**see-through**
274:4

**seek**
237:16

**seeking**
111:21
112:3

**sees**
189:3
248:11,13

**segment**
118:20

**self-
contained**
46:25
47:10,15
48:24
51:12,17
125:11,
14,17,21
126:4,24
127:8,14,
25 128:8
139:18
141:18,21
189:1
190:24

**Self-
control**
175:4



self-
management
  94:1

self-
sabotage
  184:25

semester
  62:21,24
  134:18
  168:12,13
  171:6
  180:10
  260:8
  264:4

semesters
  167:13
  168:10,11

send
  51:21
  77:24
  78:7
  88:16
  94:16
  97:2
  101:11,16
  118:25
  123:12
  134:9
  136:20
  157:7,8,
  11,12,13
  158:18
  160:4,10
  164:16,25
  166:4
  180:1
  190:14
  195:22
  200:8,9

sending
  90:12
  133:19
  158:20
  183:21

213:24

sends
  90:10
  155:18,19
  156:9

senior
  168:16
  185:20
  186:2
  261:23

seniors
  167:19
  261:17
  264:25

sense
  33:21
  43:20
  62:5
  85:13
  88:15
  93:8,13
  109:9
  118:2
  145:19
  167:11
  171:19,22
  176:8
  178:18
  195:18
  220:3
  237:2
  245:14
  248:17
  252:17

sensory
  36:6,7,14
  271:14,
  17,22,23,
  24 272:1,
  12,14,17
  273:14,22
  275:6
  276:1

sensory-
type
  272:11

sentence
  268:13

separate
  31:5
  36:12
  50:3,5
  82:24
  127:4,5,6
  136:23
  137:4
  139:20
  164:10
  165:16
  240:22
  248:17
  249:1

September
  180:24,25

sequins
  274:13

series
  7:16
  23:15

serve
  28:7
  29:13,24
  30:11
  38:16
  39:6
  50:15
  78:15
  85:18
  86:15
  142:4,7,
  10 145:13
  221:2
  233:19

served
  25:6
  40:4,24
  41:21

42:4,19
  44:5 45:8
  50:2,19
  80:23
  84:9
  91:12
  110:17
  111:2
  112:17,21
  138:14
  140:1,9,
  24 142:2
  143:2,3,7
  145:12
  146:18
  147:3
  148:4
  153:13
  188:23
  249:21

serves
  44:21
  260:13

service
  16:25
  111:16,17
  188:24
  240:5
  245:18,24
  247:23
  250:22
  252:4
  266:2

services
  17:19
  45:21,23
  72:12,13
  106:2
  111:6,18,
  21 112:4,
  13 130:1
  147:16
  150:20
  167:5,16
  171:11

188:7,18,
  19,23
  189:7,10
  190:6,18,
  19 191:12
  226:16
  238:10
  246:23,24
  247:4,5
  248:21
  251:12
  252:2,10,
  14,21
  255:8,23
  258:22
  259:13,
  24,25
  260:11,
  17,20,25
  261:1

serving
  29:21
  30:15
  31:24
  37:13
  39:17,25
  41:3
  42:24
  43:21
  45:4
  47:12
  48:4 51:2
  86:13
  91:8

session
  201:25
  247:7
  255:3

sessions
  44:5 94:2
  169:16
  171:14
  216:10,11
  227:24
  246:9



247:8,25
248:3,23
252:5,13,
14
254:12,16
255:9
266:25

set
63:12
100:4
101:17
133:11
160:12
166:11,12
179:1
181:21
231:25
254:5,18

setting
16:3
57:17
91:25
92:2,4
93:18
97:8
109:11
125:21
127:2
139:1,2,
18 141:18
174:1
178:25
179:2,5
221:23

settings
17:7,16
232:21

seventh
168:3

severe
93:7 97:5
98:14,15,
19 266:3

severity

98:24

shaking
8:11

share
9:6 43:5
85:11
104:16
156:12

shared
85:6

sharp
64:16

she'll
204:5
214:14

sheets
104:7

shine
59:11

shocked
207:18

short
262:24

short-term
141:12
193:17

shortest
167:3,8
171:17

shout-outs
34:9

show
41:25
92:20
99:24
102:2
105:2
110:21
120:5
128:6
134:11

showed
109:25
149:19
152:25

showing
42:2
110:16
150:9
184:14

shown
59:1
92:19
209:4

shows
160:6

shut
83:16
186:4

sic
194:20

sick
40:19

side
33:16
52:18

sign
77:16,19
269:4,11
280:17

signature
281:4

signed
77:7,10,
14,24
79:9,11,
12 246:21
248:10,
12,13,20

significant
194:17

signs

77:12

similar
48:9
210:10
245:23

simmer
276:10

simple
95:20
96:25

simply
242:11

single
128:19
192:4

sink
189:15

sit
70:7
82:10
180:5
181:15
257:7,19

site
26:6,15,
19,21,22,
24 28:10,
13,14,21,
25 31:11,
13,20,21
72:19
73:8
112:24
113:6,7,
20 115:3,
5,7,12,
13,19
116:14,23
117:5,6,
10,14
118:1
119:8
131:15

138:13,15
142:13,
15,16,20,
21,24,25
152:10,11
153:14
269:15,19
270:7,10,
13,20
271:11,
20,22,25
272:2,9,
18 274:23
275:6

sites
26:2,3
31:4
79:25
112:20,22
117:7,9
119:15
127:5
219:11

sits
82:23
257:15

situation
97:13
105:6
108:22,25
110:2,19
120:11,
16,22
123:14
129:17
140:16
183:3,8
184:5,9,
23 185:12
208:25
258:11
272:11
279:19

situations
93:24



107:4
120:25
122:12
146:17
210:11
243:20

**sixth**
22:5
24:10

**skill**
205:17
244:4

**skills**
203:17
215:5,7

**skipped**
32:17

**slash**
193:14

**SLDS**
67:13,14,
15,18,21

**slightly**
43:10

**slower-pace**
16:3

**small**
97:9
126:21
215:10
216:11

**smaller**
16:3
124:25
125:18,
19,21
127:2
136:7
179:22

**smart**
64:6
184:14

**smart-
alecky**
64:7

**Smile**
42:11

**smoking**
161:18

**so-and-so**
132:8
214:12

**soccer**
56:18
57:5,14
62:3

**social**
93:23
147:23
157:12
203:17
214:17
215:4,7,
11,18
219:18
224:6,18
225:2,6,
15,17,18,
23 226:5,
20 238:12
239:2,19
258:11

**socially**
258:19

**Solutions**
6:11

**sort**
34:10
48:9
126:8

**sound**
64:7
178:14

**sounds**

83:4
191:15

**sources**
199:13
212:3

**space**
243:17
272:7,8

**sparkly-
type**
273:25

**speak**
8:8 11:8,
14,20
44:11
76:3
89:17
190:25
198:20
214:9

**speakers**
32:24

**speaking**
55:22
60:17
84:1
107:15
126:16
209:23
227:21
254:10
260:3

**special**
19:14
20:7
24:21
28:6
29:18
32:10,11,
20 33:6,
16,17,18,
20 34:3,
18 38:21
45:5,11,

18,21
46:15
47:12
50:19
52:10,13,
14 70:15
78:25
79:6 80:5
82:24
83:2 89:6
90:6,8,11
101:14
103:3,9
111:12,
18,20,25
112:5,9,
14,17
123:17
126:13
129:6,8,9
137:4
216:2
219:22
231:24
233:7
259:4
262:8

**specialist**
19:4 22:1
23:12
31:15
41:3 45:1
52:3
72:11
80:7
101:5
103:19,25
171:13
215:14
216:7,9
219:8,20,
22 225:21
226:3,13,
17 230:3,
8,22
231:15

243:8
252:9,25
253:2,10,
17,22

**specialists**
216:2,13
230:16
248:1

**specialty**
19:9

**specific**
23:19
35:11
45:14
59:5 64:9
67:18
99:16,19
102:1
108:12
118:19
168:20
169:12
182:22
186:10
192:5
230:14
232:23
238:10
239:12
246:20
272:8
279:19

**specifically**
49:8
197:1
203:7
259:25

**Spectrum**
205:19

**SPED**
29:18
36:17
46:21



52:18
90:22
126:25
127:2
133:18
137:1
237:7,8
238:16

**speech**
45:22,23
106:1

**spell**
7:12
106:22

**spend**
176:23
177:4
202:6
203:8,16

**spending**
120:6

**split**
162:24
252:23
253:5

**spoke**
11:16
120:3
199:5

**sport**
56:21

**sporting**
264:7

**sports**
56:15,16,
19 57:2
58:7
62:3,7,25
65:5

**spot**
164:11

**spread**
154:5

**spreadsheet**
118:25

**stability**
94:22

**stabilizati
on**
193:17

**staff**
14:13
25:12,18
28:24
30:11
33:18
38:1 43:6
44:23
48:15
59:21
61:13,21
63:5,9
68:7
72:7,8,23
73:5,7,22
74:5,11,
19,24
91:1,2
100:14,
19,21
103:17
104:19,20
109:11,12
116:17,
18,19,21,
25 117:11
119:16,17
121:13
122:4,6,7
125:6,7
133:16
137:25
138:5
162:11
165:3
166:3,17

170:25
174:14
179:7
190:19
192:20,21
198:22
199:23
200:12
210:24
211:22
212:2,5,
16,19,21
213:5,7,
10,15
216:19,
21,23
219:7,14
225:6,15,
23 226:22
227:1,7,
9,11,19
229:1,19
230:20
233:18
236:25
238:21
239:14
241:24
242:1
243:5
245:5
256:18,21
277:23
278:3,8,
24,25

**staffing**
200:10
210:20
212:13

**stage**
264:19

**stall**
273:3,10
274:3

**stalls**
273:2

**stamped**
148:23
192:25
193:23
194:8
195:7
207:3
212:11,12
222:11
224:8
234:5
236:11
241:14
249:10
265:24,25

**stand**
33:12
175:8
233:9

**stand-alone**
17:3
26:22,24

**standard**
6:5
177:11

**standardize
d**
177:7

**standards**
25:25
41:8
65:21
230:16
231:12,13
262:9

**standing**
280:22

**stands**
33:22
239:5

**start**
65:1
138:19
139:21
140:4
154:21
156:1,3
169:24,25
185:6
187:22
256:11
263:1

**started**
10:11
14:6
28:14
35:21
50:24
83:13
91:6,9
113:4
139:12
177:2
247:1
250:10

**starting**
8:21
235:10

**state**
6:7,21
7:12 10:5
13:17
15:8
19:6,16,
20,23,25
20:23
44:8 66:8
90:6,8
91:4 99:8
119:1,3
136:18
137:13,25
138:2,8,
10 141:24
144:5



162:13
177:18
182:6
183:19,21
188:17
193:13
199:15,
19,23
200:15,
18,23
205:5,12
208:8
212:5,23
213:7,11
233:5
234:13
240:14,
20,22,23
250:22
272:15
277:3,19,
22
278:10,
15,18,20
279:2,5,8
280:24

state-
required
232:2

stated
202:7
222:22
242:10

statement
8:21
182:13

states
6:7,15,17
7:10 10:4
13:14
17:23
39:17
63:22
71:10
77:5

85:20
144:6,17
173:24
191:24
193:16
201:18
207:14
208:1
212:21,
23,25
213:2
229:3
268:14
276:23
280:22

stating
190:18
225:1
234:17
238:3,19
241:23
249:18

Status
241:13

stay
29:12
68:3
93:20
95:6,23
96:1
115:3
141:5,17
158:4
166:2
167:3,14
168:6
176:9

stayed
223:4,6,
14

staying
93:18
95:1
186:9

step
123:8
125:24
126:2
127:15,16
243:24

steps
65:3
243:2,3,
23 245:6
266:18,21
270:20

Stevenson
68:19
75:11
88:23
89:14,23
189:7

stick
133:21
276:6

stigma
130:13
131:4,24
133:2,9
279:13
280:2

stole
240:15

stop
48:22
251:5

stopped
198:10

strageties
59:15

straight
125:23

strat
69:12,14
189:13
190:9

strategic
69:5,10,
15,17,19
71:15,22
77:13,22
79:19
81:1,2,4
86:18,23
87:4,10,
12 88:4,
5,24
228:8,9

strategies
23:19
41:13
59:4
66:1,3
91:18
100:23
104:21,22
105:12
121:8
139:24
215:8,9

strategize
52:9

strategy
105:1

strength
186:24,25
187:2

stress
49:25

strictly
96:2

strike
266:12

strong
125:2

structured
142:2

structures

117:14

struggle
96:9

struggled
58:16
185:21

struggles
93:22

struggling
23:4
185:20
186:23

student
30:25
37:25
44:25
47:18,21,
24 48:17,
24 51:11,
13,16,18
53:21
54:1
55:13,17
56:10
57:11
58:9,11,
14,15,16
59:20
67:16
91:15,24
92:8,9,
11,15
93:1,4,5,
6,17,19
94:6
95:19
96:18,20,
25 97:1,
15,18
98:11
99:17,20,
22 100:9
101:12
102:6



105:6,13,
21 107:4,
6,10,18
108:14,
16,18,23
109:1,6,
16,18,23,
25
110:15,24
111:1,2,
3,7,8,20,
22 112:4
116:2
120:13,
18,23
121:2,3
122:6,9
128:2,3
129:3,11
130:22
131:14
133:17
134:5,8
136:10
137:13,24
138:2
139:6,11,
14,25
141:8
142:13
146:17,22
147:10,
13,18,19
148:9
150:6
155:13
157:18
159:18
162:4,7
163:8,10,
23 164:5
165:1,4,
16 167:4,
15 168:7,
15 170:14
171:18,20
173:25

174:3,15,
16 175:20
179:7,11,
14 183:3
184:10
186:13
188:21,25
190:11
191:4
192:20
193:6,25
194:10
195:13
199:5,7
214:7
228:3
252:13,17
253:9,20
259:11
260:14,
17,24
267:10,11
268:14
270:24
271:4
275:5,8

**student's**
58:8
107:8
109:20
110:7
129:13
135:13

**students**
15:21,25
16:1
23:17
24:21
25:13
30:7
37:3,10
38:2
41:15
42:8,10
44:7,13
45:25

48:18
50:13,14
51:9
52:13,24
53:3,6,
13,23,24
54:3,15
55:1
56:6,13
57:4,13
62:2,6,
10,17,20
63:2,6,10
64:2,8
78:18
91:8,12
92:6,13,
24 95:1,
6,23
97:17
99:14,15
109:12
111:12,
17,25
112:16
115:23
118:4
125:9
135:25
136:4,15,
17 138:7
140:6
141:4
143:3,10,
15,20,21,
22 144:8
145:2,5,
8,16,20,
25 146:6,
10,23
147:6
150:10,
16,19
151:17
152:5,6
153:4,16,
24 154:5,

11,20
155:1,5,
10,25
156:2,10,
11 158:4,
5 159:2,
5,12,14
160:14,
20,24
161:3,6,
13 162:22
163:17
166:2,3,
4,8
168:17,22
169:3,6,
10,13
170:13
171:6
174:24
176:9,14,
23 177:4,
24 178:1,
2,8,13,20
180:17,18
181:4
188:18
189:7
190:6,20
192:21
193:20
194:5,14,
18,22
195:1,10,
16 196:23
197:8,17,
24
198:16,24
199:3
205:6,25
210:22
211:3,24
214:6,15
227:11
238:12
239:4
240:2

246:1,4,
23,24
247:4,22
248:2,5,9
249:20
250:11,25
251:11
252:3,6,
20 254:17
255:17,
20,24
256:1,3
257:5
258:12,21
259:12,23
261:9,13,
20,25
262:3,11,
14,17
263:9,13,
23 264:1,
7,14
265:6
266:9,10,
19 270:21
274:23
280:4

**study**
21:11

**stuff**
68:3
81:17
85:11
161:19
173:8
177:10
189:13
190:14
214:24
215:5
216:20
219:9
235:16
273:21

**stupid**



235:24

**subject**
68:22
76:18
84:22
148:21
188:7
201:8
204:20
207:1
222:10
224:6
234:4
236:10
241:13
249:8

**subjects**
51:5

**submission**
74:16
88:14
192:18

**submit**
41:19
61:12,14
69:18,19
81:4
87:19
88:13,18
189:14,25
190:10
200:2
226:21,25
227:8,12
228:5,10,
18 278:9

**submitted**
67:6
81:11
88:9
200:7

**submitting**
79:22
87:13,16

**subpoena**
13:5,6
17:23
18:3,12

**subs**
217:14,
16,18

**subscriptio
n**
35:22

**substance**
10:16

**substitute**
221:3,14,
15 223:1,
5,9,21
239:15

**substitutes**
166:16,17
220:17,
19,22

**success**
30:25
95:23
179:25

**successful**
47:22
91:11,15,
21,23,24
92:1,9
93:18,20
95:7
102:3
107:2
175:14

**sufficient**
134:11

**suggestions**
87:4

**suicidal**
159:21,22
183:5

195:15,23

**suicidal-
type**
159:25
184:1

**suitable**
178:17

**superintend
ent**
114:2
115:15

**superintend
ents**
60:25
61:3
77:16

**supervisor**
73:4
277:8

**supplement**
9:7

**supplementa
l**
42:4

**support**
13:19
14:1
33:17
37:9
38:22
41:17
47:19
48:3,8,11
49:9,10,
11,13
59:21,22
80:11,12
91:17
102:16
111:21
121:24
172:12
179:11,22

199:14,16
210:23
226:4

**supported**
251:1

**supporting**
70:3
105:8,12
118:4
228:14

**supportive**
121:19

**supports**
17:11
32:4,5,6
37:16
59:2
97:25
100:2
147:25
169:12
175:1
179:7,21
238:20
255:21

**supposed**
41:14
70:5
121:25
189:20
227:5
262:25

**supposedly**
118:15

**survey**
224:7,18,
19 225:2

**surveys**
38:1
224:23

**suspend**
161:13
162:16,19

**suspended**
64:20

**suspension**
158:25
159:6
161:4,5
162:5
163:8,11,
18,19

**suspensions**
159:3

**swear**
6:25

**SWIS**
268:21

**switch**
85:17

**sworn**
6:13 7:3

**system**
25:15
27:7 32:5
37:15,17,
22 38:2,3
42:14
48:11
56:7
63:18
155:14
164:6,8
165:17
191:4
260:6,7

**systems**
33:17
69:22

_____

**T**

_____

**T-K-E-E-S**
106:22



**T-K-E-S**
  106:23

**table**
  38:7
  141:9

**tables**
  273:3

**tabletops**
  273:3

**tactile**
  274:7

**tailored**
  179:21

**takes**
  153:20,22
  154:11,17
  258:11,13

**taking**
  7:10
  79:22
  100:1
  118:10
  187:14
  226:12
  263:23
  264:1
  266:18,21
  270:20

**talk**
  25:18,19
  34:12
  35:5,19
  38:2
  39:10
  56:2
  57:16,18
  59:14
  78:6
  79:24
  83:24
  89:4
  111:19
  121:1

139:13
142:1
156:24
173:8
181:5,9
186:4
243:21
254:22,23
257:7

**talked**
  15:5 36:6
  44:14
  72:18
  75:10,18
  83:23
  88:3
  89:13
  90:3
  104:19
  121:12
  131:24
  136:14
  153:12
  171:17
  177:10
  185:4
  186:3
  199:21
  206:5
  239:21
  245:16,
  17,21
  252:5
  255:20
  256:17,20

**talking**
  8:17
  14:14
  31:19,20
  34:17
  50:4 57:9
  58:15
  60:9
  63:15
  64:11
  69:14

70:12
71:19
93:17
96:15
97:7,23
98:6
106:18
107:1
108:23
109:14,17
120:10
121:5
125:4
126:5
129:1
130:21
160:1
181:1
182:6
202:19
204:11
236:17,
20,21
252:1
255:16
256:10,17
264:11

**Tammy**
  18:8 43:3

**TAPP**
  38:22,23
  43:22,25
  44:1
  232:14

**target**
  33:18
  37:21
  38:8

**taught**
  38:21
  51:6,8,10

**teach**
  22:11,13,
  18,19

38:20
41:10
53:12
181:6
244:3

**teacher**
  22:12
  27:6
  33:19,20
  39:4 45:6
  46:25
  47:9
  48:12
  49:11
  50:3,10,
  20 55:21
  65:20
  66:7
  101:7
  105:21
  106:2
  122:16,19
  123:15
  125:7
  161:8
  164:20
  210:19
  211:12,23
  216:22
  220:15
  221:9
  223:1,10
  232:12
  234:25
  235:1,7,
  11,12,17,
  25 236:18
  244:11,19
  256:19,25
  257:1
  258:15,20
  275:19,22

**teacher-
student**
  21:3

**teacher/
staff**
  42:19

**teachers**
  24:13
  25:22
  27:4,8,9,
  13 28:12
  31:10,17
  32:4,8
  33:20
  36:2
  38:15,22
  40:13
  41:6,17,
  24 42:21,
  23 46:2,
  9,16,20
  66:1,14
  70:3
  72:10
  100:19,21
  116:22,23
  122:22
  127:1
  129:24
  155:13
  171:9
  181:4
  183:9
  200:12
  216:16,
  23,24
  217:6
  222:22
  227:4
  231:17
  232:5,9,
  18,19,20
  237:7
  244:13
  253:13
  259:1,2,9

**teaches**
  243:21



teaching
  22:17
  23:1,3
  27:2,5
  39:2 41:8
  44:3 66:2
  257:17,18
  258:20

Teachtown
  33:1
  241:24

team
  27:22,25
  30:16,17,
  18,20,24
  31:3,9
  32:11
  37:13,23
  39:7,12
  46:19
  47:5,7,8
  49:11
  52:3,10,
  11,19
  54:16
  55:9,12,
  14,19,24
  56:6,9,
  14,19,20,
  25 57:5,
  9,16
  58:7,11,
  12 62:4,
  7,8 64:2,
  7,10,11,
  25 84:23
  97:21
  98:4,7,
  10,25
  100:7
  101:15,
  16,21
  102:7,14
  105:16,
  18,20
  106:7

  110:1,5,
  21,22
  120:12,
  17,23
  121:1,4
  122:13,15
  124:5
  129:11,
  15,18
  133:25
  134:6
  136:2
  137:12,
  21,23,25
  140:12,19
  166:7
  173:24
  182:1
  189:3
  244:10
  268:19
  278:4,13,
  15,19

team's
  134:14
  279:6

teams
  57:3,14
  62:3,18
  63:3,7,11
  278:21,23
  279:2,10

technical
  36:21

technically
  110:10
  162:25
  165:21
  246:17
  250:15
  251:2
  263:20

technician
  72:11

  242:14
  243:4

technology
  56:19
  57:5,14
  62:4,7

telling
  38:19
  149:11
  239:13
  242:19

tells
  9:25
  150:14,18
  200:20

temporary
  144:18
  191:25
  229:4

ten
  62:12
  135:2
  175:3
  216:24
  217:1,5
  269:25

tennis
  55:25

tense
  41:9

term
  13:24
  63:16

terminated
  74:25

terms
  110:2
  125:8,10
  144:24
  155:23
  202:21
  237:3

Terry
  103:25
  230:22
  231:14
  243:8,12
  253:22,25
  254:9

testified
  7:4
  277:8,15

testify
  13:5

testifying
  7:19

testing
  40:9
  259:7

tests
  219:1

text
  242:6
  257:25
  258:1
  268:8,13

textbooks
  35:21

texted
  258:3

thankfully
  271:7

theme
  274:4

themes
  171:14

then-
director
  47:17

therapeutic
  13:19
  14:1
  15:21,24

  44:5 93:7
  107:19
  119:14,
  15,16
  128:14
  137:4
  141:11
  172:12
  181:19
  216:10,12
  227:24
  228:2
  238:19
  239:11
  240:24

therapeutic
-need
  93:2

therapeutic
-type
  203:2

therapist
  247:14

thing
  20:2
  42:11
  48:14
  52:12
  58:22
  59:19
  60:20
  66:4,14
  70:3,11
  72:16
  74:18
  81:17
  88:20
  92:25
  94:19
  102:1
  103:13
  115:17
  118:13
  121:7
  122:2



123:14
128:11,19
132:3,4
133:22
141:6
159:25
161:15
178:7
182:7,25
183:14
184:1,22
189:10,
16,22
190:9,11
191:12
196:14,21
202:25
203:6,17
204:1,14
228:16
244:5
245:10
246:15
257:14
258:18
263:8
265:3,5
273:23
274:6,11,
17 275:12
276:5
279:22

**things**
10:23
23:20
25:16,24
27:12
29:8,14,
17 30:9
33:17
34:4,14,
16,18,21
35:1,3,7,
8 36:9,14
37:21
38:4,11

39:11
42:1,3,11
43:7
48:23
50:16
57:22
58:4
60:19
61:5
64:16
70:7
74:18
78:24
80:7,11,
18 85:4
87:12,17,
20,25
88:3
90:24
100:24
102:5
105:25
118:21
120:5
121:8,11
122:8
124:3
130:12
131:3
132:6
139:24
141:13
156:19
161:16,
19,20,21
162:3
164:24
182:5,10,
17 183:20
184:2
197:2
202:17
203:2
210:21,22
211:6
214:3,21
215:7,9

219:8
226:12,18
227:12,14
236:22
238:12
242:25
250:11
254:7
256:13,14
264:12
268:1
270:17
271:3,4,
5,6 272:6
273:5,8,
14,19,20,
24,25
276:3,8,9

**thinking**
26:13
147:19,24
150:8
151:13
169:3
179:15
196:10,18
208:24
209:5
211:17
215:23
219:18,23
240:21
241:1
264:3

**thought**
49:18
116:9
126:2
148:5,12
179:14
189:19
206:7
235:11,
14,17

**thoughts**

198:15

**thread**
68:17
69:2
76:14,24
77:2
84:21
85:16
148:20
149:4
188:6,14
201:8,15
204:20
205:2
207:1,9
222:9,17
224:5,14
234:3,10
236:10
237:22,25
241:12,20
249:8,15

**threat**
160:5
197:5

**threatening**
159:22

**threats**
184:1

**Three's**
246:5

**thriving**
92:1,3
93:19

**throw**
123:11

**Thursday**
187:19
246:6
247:20
248:6

**tied**
227:25

**Tier**
22:8 24:3

**Tiller**
89:24
90:17

**time**
6:4,5 9:1
10:22
11:4,9
16:2,5
25:6,19
31:18
35:20,23
40:18,21
46:11
48:5
50:20
52:7
53:20
54:2,7,
10,11,23
55:2
56:12
59:3,24
69:4
71:21
74:4,11,
17 76:3
78:7
94:15
97:23
105:10,11
106:5
108:12
121:19
123:15
128:9
130:5
134:12
135:11
142:19
153:18
154:10,21
155:6
156:1,3
161:12



162:23
163:14
165:19
166:7,15
167:4,5,
15 169:11
170:13
171:17,19
174:12
180:23
184:4,13
185:6,18,
23
187:20,
21,22
190:2,13
196:9
197:21
202:19
203:14,16
211:12
220:18
235:21
236:21
244:3,9,
25
246:13,
14,18
248:16,
17,22
250:6,7
251:13
252:18
254:5,21
255:18
256:1
262:24
269:2
280:8,21
281:2

**timeline**
101:1,2
180:22
225:11

**timelines**
34:23

**timely**
268:15

**times**
44:25
73:19
85:10
116:5
122:4
123:14
125:20
128:23
134:21
135:18
163:15
225:14

**tips**
27:11
48:20

**tire**
274:16,17

**title**
25:1
43:10,13,
15,16
70:19
80:6
89:25
215:15
233:9,10

**titled**
172:11

**titles**
72:17
220:1
247:14

**TKES**
27:5,6
67:9
73:10
80:2
106:21,
22,24
277:16,20

**TLE**
67:7

**today**
6:9 7:10
8:24
9:11,14
11:21
12:2,4,20
13:9,11
16:7
165:3
207:16
254:22
278:14
279:12

**today's**
6:4
11:15,24
12:7
281:1

**Todd**
222:21

**told**
14:10
113:21
118:16
154:9
160:8
162:1
164:20
177:1
185:21
189:24
195:21
209:15
227:25
244:20
249:25

**tomorrow**
133:20
182:16
208:2

**tonight**
280:7,8

**tool**
66:5,10
99:7

**top**
13:13
68:3
149:16
150:25
169:18
172:11
177:2
188:8
194:12
276:12

**topic**
21:1 28:8
61:25
74:13
79:19
83:9
228:4

**topics**
79:21
256:9,15
257:6

**tops**
153:17

**total**
119:5
154:11
195:1
208:20
213:2
216:24
217:1
269:15

**touch**
269:9

**town**
42:14
154:7,17

**track**
30:25

51:22
141:17
170:11
261:8
267:7

**tracking**
30:6
189:20

**Tracy**
254:13,
14,15
255:11

**trade**
254:12

**train**
243:19

**trained**
243:15

**trainer**
38:17
235:2,3,
15 237:14
243:15

**training**
79:13
80:3
172:22,24
242:2

**trainings**
79:25

**trampolines**
274:20

**transcript**
280:18,20

**transcripts**
12:1
29:25

**transfer**
137:15
138:13,16
140:2



153:24

**transferred**
 51:23
 138:12

**transfers**
 136:21

**transition**
 37:4
 48:25
 58:25
 88:6
 91:20
 92:16,20,
 21 94:23
 95:2
 96:18,21
 97:15,23,
 24 102:16
 105:7
 122:7
 139:7
 143:24
 144:2
 152:3,19,
 23 166:9
 167:21,23
 168:1
 169:13,23
 174:1
 175:5,23
 177:8
 179:10,13
 183:7
 184:12,13
 186:2,12
 188:24
 189:8
 190:7,22
 193:6
 194:1,11
 195:2,14
 196:19
 263:19

**transitione
d**

51:10
105:8,14
112:25
150:19
151:19
152:14
166:9
167:6,16
168:7
193:20
194:5,14,
18,22
195:10
196:24
197:9

**transitioni
ng**
 98:25
 152:6
 167:25
 168:24
 184:10
 199:4
 260:3

**transitions**
 92:2
 188:21
 196:12

**transportat
ion**
 29:8,11
 34:11
 57:22
 116:15
 153:4,7,
 10,15,23
 154:25
 155:23
 213:25
 264:9

**transported**
 166:9

**transports**
 153:8

**trauma**
 243:22
 256:11

**traumatic**
 184:16
 199:6

**traumatized**
 186:8

**travel**
 116:2

**traveling**
 115:15

**treatment**
 140:7
 197:18,25
 198:17,25

**trends**
 125:8

**trial**
 10:6

**triangulati
on**
 171:7,8
 180:21
 181:3
 253:12,18
 254:6

**trigger**
 267:18

**trinkets**
 273:4

**trip**
 154:11
 264:22

**trouble**
 8:12

**troubles**
 91:16

**troubleshoo
t**

30:21

**troubleshoo
ting**
 52:5

**truck**
 274:17

**true**
 196:11

**Trull**
 153:20

**truthfully**
 9:10

**tube**
 274:18

**Tuesday**
 187:19
 246:6
 247:19
 248:5

**tumbling**
 64:15

**turn**
 38:11
 39:1
 77:12,22
 91:20
 120:5
 173:21
 192:25
 193:23
 194:8
 198:8
 212:12
 244:3
 265:25
 273:5

**Turning**
 77:1
 222:19

**tweak**
 141:13

**twist**
 273:5

**twofold**
 258:18

**type**
 24:18
 35:7
 93:1,3
 101:18,19
 107:5,6
 128:10,22
 137:2
 141:20
 161:21,23
 162:3
 187:1
 212:21
 238:12
 261:25
 262:8

**types**
 23:20
 97:4
 124:3
 127:4
 227:9
 243:11,20
 255:21

**typical**
 153:15

**typically**
 29:12
 92:8
 100:11,
 18,24
 101:18
 102:4,10
 103:9
 125:18
 127:15
 137:15
 138:3
 146:2
 153:22



178:3,4
181:9
186:14
187:13
267:9,11,
19

**U**

**uh-huh**
8:10 24:5
34:19
39:20
41:4
52:1,22
54:10
64:12
73:9
76:22
78:20
108:1
112:23
129:4
141:25
150:3
168:5
173:23
196:2
201:16
222:18
257:2
260:16
261:19
271:16
**ultimately**
271:7
**Underneath**
242:6
**understand**
7:21,23
13:16,24
16:11,14,
18,21,24
17:2,6,9,

13,17
57:7
82:20,22
86:7
96:10
123:18
179:6
202:3
209:11
228:13
236:18
237:4,12,
19 239:9
241:3
250:18
**understandi
ng**
14:25
15:2,22
57:12
70:22
71:13
77:17
79:21
83:4,5
90:19
205:25
223:16
258:5,6
**understood**
55:4
83:1,18
236:24
**unexcused**
156:21
**Unison**
128:15
245:21,23
246:2,19,
22,23,24
247:4,17
248:10
249:18,21
250:8
252:24

255:8,25
256:5
**United**
6:7,15,16
7:10 10:4
13:14
17:23
144:17
191:24
229:3
276:23
280:22
**University**
19:6
**unsuccessfu
l**
92:12,18,
23 93:1
96:16
107:2,4
**unsure**
62:16,25
63:4
66:11,17,
23 67:4,
19 72:2
74:6,10
76:3,8
78:16
81:20
86:14
90:16,21
102:25
105:15
114:1
147:1,9
168:20
173:17
176:25
202:10
217:13,
14,22
225:10,13
264:3,5

**upcoming**
118:23
209:6,8
**update**
34:8 82:9
84:5 90:6
208:3,9
242:1,3
**updated**
182:2,3
268:15
**updates**
35:15
90:12
**upset**
58:18
214:7,8
244:16
254:8
**upsetting**
108:10

**V**

**vacancies**
256:18
**vacant**
220:11
221:6
**vague**
14:18,21
**Valdosta**
19:6,16,
20,22,25
20:23
**van**
42:12
**vaping**
161:18
**varies**
247:6

**variety**
254:18
**vary**
221:16
256:10
**vehicle**
153:24
**verbal**
8:9
**Verbally**
180:18
**verify**
164:24
**versus**
6:7 111:8
238:11
253:10
256:25
**VI-B**
212:25
**Vickie**
68:18
69:10
70:13
80:15
81:7 84:3
87:11
120:4
173:4,9
203:11
234:14
**video**
6:3,5
60:1,4
106:12,16
166:21,24
220:5,8
251:20,23
265:16,19
276:17,20
280:12,
15,21,25



view
    91:7

views
    197:16,23

violent
    271:8

virtual
    257:5

virtually
    32:18

vision
    271:14

visit
    68:7,11,
    22 69:9
    71:7,14,
    23 103:21

visited
    72:1

Vocational
    37:2

_____

        W
_____

wait
    84:7
    148:13

waive
    280:16

walk
    129:23
    163:4
    186:1
    264:25
    265:1

walk-
throughs
    46:10,12
    50:17
    73:17

walking
    162:9
    243:25

walks
    275:10

wall
    272:23
    273:14,
    22,23
    274:9,14

walls
    273:1,7,
    11 274:8

wanted
    26:18
    28:20
    36:7 41:9
    42:15,17
    49:18,21
    60:6,20
    83:1
    111:19
    113:10
    116:10
    152:5,23
    157:11
    206:2,11
    236:4,24
    240:15
    260:5
    279:14

wanting
    58:20
    124:6
    133:3
    185:14
    240:10

Ware
    15:14
    45:13
    56:25
    63:23
    66:12
    142:6

218:23
    219:3
    250:25
    251:2

wasting
    187:21

watched
    48:17
    202:22

water
    273:9

Waycross
    19:20,24
    20:4
    26:3,21
    28:25
    31:4,12,
    14 36:21
    54:8
    112:21
    115:7,13
    131:14
    138:13
    142:15,20
    152:18
    153:14
    154:18
    271:20,25
    272:9,17
    274:23
    275:6

ways
    101:20
    151:20
    227:10

weak
    47:5

weaknesses
    27:10

wear
    25:10

webinar
    201:9,19,

21 202:23

week
    41:20
    169:17
    217:21
    247:7,12
    248:3
    252:6,18
    253:3,23,
    24,25
    254:2,13

weekly
    270:18

weeks
    101:8
    171:6,8,
    16 180:9,
    20,23
    181:2
    253:12
    254:8
    265:8

whichever
    171:14

wide
    273:15

Wina
    90:7

window
    181:4
    248:6

wit's
    122:21

withdraw
    188:18

witnesses
    269:4

wondering
    120:25
    151:14
    205:5

wood
    273:16

wooden
    273:22

word
    72:14
    98:18
    121:21,22
    133:23
    163:13
    169:19
    182:20
    183:11
    237:10
    243:18
    248:15
    263:2

wording
    134:9

words
    8:8
    181:16
    215:16

work
    15:20
    24:15
    25:21
    27:22
    37:2,6,7,
    10 45:11,
    14 47:13
    48:12
    50:17
    80:10
    101:24
    152:19
    166:10
    218:12,25
    219:8,10
    231:3,9
    238:12,
    19,21
    239:12
    242:17



253:2
254:4
258:5,16

**work-through**
257:20

**worked**
15:13
24:21
45:13,15
46:8,9
52:9 58:5
239:22

**worker**
219:18
224:6,18
225:3,6,
15,17,18,
23 226:5,
20 239:2,
19

**workers**
214:17
215:11,18

**working**
14:6
20:18
41:24
42:14
48:12
75:3,8
76:4
84:10
89:10
91:6,9
103:4,7
125:16
218:18
239:3
240:2,8
244:12
246:6
247:20
258:17

**workout**
235:16

**works**
43:7
246:6
257:15
268:22,23
276:15

**world**
267:21

**worried**
97:9

**worries**
97:10

**worry**
186:7

**worst**
92:17

**wrapped**
237:6

**write**
25:23
182:17
273:12

**write-ups**
64:20

**writing**
20:24
25:23
35:5
41:18,24
183:10,24

**written**
173:15

**wrong**
56:22
93:1
107:5,6
217:22

**wrote**
46:5

———————

Y

———————

**y'all**
34:13
36:15
46:13
84:6,8
128:19
176:18
185:16
190:15
240:14

**year**
14:6,9,16
19:17
20:9 22:5
24:10
26:17
28:11,13,
17 40:17,
18 42:12,
17 43:18
46:24
47:10,16,
25 48:16
50:22,23,
24 58:3,4
63:3
64:21
67:1
69:6,11
73:14,18
74:7,9
77:11
78:1,3,6,
8,9
80:16,21
82:17
92:10
95:14
104:14
107:15,25
113:5
117:22
118:23

119:23,
24,25
134:20,21
135:2,17,
19,22
143:12,
16,23
144:9
145:3,6,9
150:1,11
151:9
154:23
159:6
160:18,22
163:9,18
167:13
168:3
172:1,2
174:13
176:20
184:9
185:7
190:3,25
193:21
194:1,6,
11,15,20,
24 195:3,
11 196:4,
24 199:2,
3,7,8
203:13
204:2
205:12
209:6,8
211:8,9,
20
212:14,16
213:5,8,
11,16,20
214:18,23
215:12,18
216:3,14,
17 217:3,
7,10,12
220:12
221:4,7
222:23

223:2,4,
6,7,15,19
225:8,9
229:17
230:20
232:4,6,8
233:11,15
235:9,10
244:11
261:13,
15,17,20,
22
262:11,
13,15,19,
25 263:1,
24 264:2
265:7
266:6,10
268:3
269:14
270:7,23

**yearbook**
265:11,
13,14

**yearly**
192:18

**years**
15:13,19
24:20,22
26:12,14
30:7
50:25
51:6
64:22
73:15
84:11
87:7,14,
23 88:8,
21 92:11
103:24
118:17
119:18,22
127:17
133:13
134:20



```
    144:24
    152:20
    170:15
    171:3
    172:3
    186:3
    190:10
    191:2
    194:20
    195:4
    202:11
    206:9
    211:14
    229:1,17
    237:12
    241:2
    255:18
    262:20
```

**young**
```
    23:3
```

