**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

**JASON BYARS**

*December 02, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

4  UNITED STATES OF AMERICA,
                                )CIVIL ACTION
5          Plaintiff,           )NO. 1:16-cv-03088-ELR
                                )
6  vs.                          )
                                )
7  STATE OF GEORGIA,            )
                                )
8          Defendants.          )
                                )
9  - - - - - - - - - - - - - - - )

10

11              VIDEOTAPE DEPOSITION OF

12                    JASON BYARS

13

14      Friday, December 2, 2022, 9:01 a.m., EST

15

16

17

18

19

20        HELD AT:

21

          Robbins Alloy Belinfante Littlefield LLC
22        500 14th Street, N.W.
          Atlanta, Georgia  30318
23        ---------------------------------------------

24

          WANDA L. ROBINSON, CRR, CCR, No. B-1973
25        Certified Shorthand Reporter/Notary Public



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              2

```
 1                    APPEARANCES  OF  COUNSEL

 2

 3    Appearing on Behalf of the Plaintiff:

 4
          KELLY GARDNER, ESQUIRE
 5        CLAIRE CHEVRIER, ESQUIRE
          U.S. Department of Justice
 6        Civil Rights Division
          950 Pennsylvania Avenue, N.W.
 7        Washington, D.C. 20579
          T:  202.305.6630   F:
 8        E-mail:  kelly.gardner@usdoj.gov
                   claire.cherier@usdoj.gov
 9

10

11    Appearing on Behalf of the Defendant:

12
          MELANIE JOHNSON, ESQUIRE
13        ANNA EDMONDSON, ESQUIRE
          Robbins Alloy Belinfante Littlefield LLC
14        500 14th Street, N.W.
          Atlanta, Georgia  30318
15        T:  404.856.3261
          E-mail:  mjohnson@robbinsfirm.com
16                 aedmondson@robbinsfirm.com

17

18

19

20

21

22

23

24

25
```



```
 1    ALSO PRESENT VIA ZOOM:

 2       U.S. Attorney's Office:

 3             FRANCES COHEN, ESQUIRE

 4             VICTORIA LILL, ESQUIRE

 5             ANDREA HAMILTON, ESQUIRE

 6             LAURA CASSIDY TAYLOE, ESQUIRE

 7

 8

 9

10             STACEY SUBER-DRAKE, ESQUIRE
               Georgia Department of Education
11

12

13

14

15

16

17    ALSO PRESENT:

18          MAYA CARTER, Videographer

19

20

21

22

23

24

25
```



JASON BYARS                                December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          4

```
 1                    INDEX OF EXAMINATIONS

 2

 3    JASON BYARS

 4    By Ms. Chevrier                          Page 7

 5

 6

 7                     INDEX OF EXHIBITS

 8    PLAINTIFF'S

 9    NO.                  DESCRIPTION            PAGE

10    Exhibit 671   Subpoena To Testify At A Deposition  11
                    Jason Byars
11
12    Exhibit 672   8/16/2019 Email Thread From Jason   63
                    Byars To Garry McGiboney
                    GA00303633 - GA00303634
13
14    Exhibit 673   5/17/2019 Email Thread From Jason   68
                    Byars To Garry McGiboney
15                  GA01029947 - GA01029951

16    Exhibit 674   Georgia PBIS Implementation Process  83
                    For Districts and Schools
17
      Exhibit 675   February 10, 2020 Hall County       107
18                  Schools Presentation
                    GA00308255.001 - GA00308255.079
19
      Exhibit 676   11/18/2019 Email Thread From Jason  110
20                  Byars To Lara Sims
                    With Attachment
21                  GA00305518 - GA00305526

22    Exhibit 677   2/5/2020 Email Thread From Jason    116
                    Byars To Feldmann, Patterson
23                  With Attachment
                    GA00307145 - GA00307146
24                  GA00307146.001 - GA00307146.011

25
```



JASON BYARS                                           December 02, 2022
UNITED STATES vs STATE OF GEORGIA                               5

1                    INDEX OF EXHIBITS (Continued)

2      PLAINTIFF'S

3      NO.                    DESCRIPTION              PAGE

4      Exhibit 678   District Guidance for PBIS        142
                     Implementation - Updated 9.17.22
5

6      Exhibit 679   10/3/2019 Email Thread From Jason  168
                     Byars To Tamara Etterling
7                    GA00304824 - GA00304827

8      Exhibit 680   12/17/2019 Email Thread From Jason  176
                     Byars To Kent McIntosh
9                    With Attachment
                     GA00305809 - GA00305814
10

11     Exhibit 681   7/2/2020 Email Thread From Jason   195
                     Byars To Garry McGiboney
       GA00311038 - GA00311040
12

13     Exhibit 682   8/22/2019 Email From Sandra DeMuth  222
                     To Tammi Clarke
       With Attached Spreadsheet
14                   GA00303767 - GA00303768

15     Exhibit 683   5/27/2019 Email Thread From Sandra  241
                     DeMuth To Ashley Beaver and Recipients
16                   GA00301609 - GA00301612

17     Exhibit 684   5/31/2019 Email Thread From Sandra  247
                     DeMuth To Benjamin Moore and Recipients
18                   GA00301756 - GA00301757

19     Exhibit 685   4/18/2020 Email Thread From Tammi   250
                     Clarke To Jason Byars and Recipients
20                   GA00308757 - GA00308758

21     Exhibit 686   7/25/2019 Email Thread From Tammi   252
                     Clarke To Sandra DeMuth and Recipients
22                   GA00302987 - GA00302988

23     Exhibit 687   1/25/2019 Email Thread From Sandra  256
                     DeMuth To Jason Byars
24                   GA00298913 - GA00298914

25



```
 1                    INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                   DESCRIPTION              PAGE

 4    Exhibit 688   9/17/2020 Email Thread From Justin   265
                    Hill To Jason Byars
 5                  GA01045886 - GA01045887

 6    Exhibit 689   3/10/2020 Email Thread From Jason    271
                    Byars To Garry McGiboney
 7                  With Attachment
                    GA00307769 - GA00308255
 8
      Exhibit 690   6/30/2016 Email From Jason Byars     274
 9                  To Sarah West
                    GA02616081
10
      Exhibit 691   1/16/2019 Email From Terrence        283
11                  Wilson To Talley Wells
                    GA00298789 - GA00298790
12
      Exhibit 692   5/11/2020 Email From Jason Byars     286
13                  To Curlandra Smith
                    With Attachment
14                  GA00309926 - GA00309930

15    Exhibit 693   8/6/2020 Email Thread From Jason     308
                    Byars To Miriam Gudenrath
16                  GA00311700 - GA00311702

17    Exhibit 694   6/23/2020 Email Thread From Jason    311
                    Byars To Emily Graybill
18                  GA00310731 - GA00310732

19

20

21

22

23

24

25
```



1           THE VIDEOGRAPHER:  Today's date is

2     December 2nd, 2022, and the time is 9:01 a.m.

3           This will be the videotape deposition of

4     Jason Byars, in the matter of the United States

5     of America versus the State of Georgia, taken

6     at 500 14th Street, Northwest, in Atlanta,

7     Georgia.

8           Would counsel please identify themselves

9     for the record.

10          MS. CHEVRIER:  Claire Chevrier for the

11    United States.

12          MS. GARDNER:  Kelly Gardner for the United

13    States.

14          MS. JOHNSON:  Melanie Johnson for the

15    State of Georgia.

16                - - - - - - -

17                JASON BYARS,

18    being duly sworn, was examined and testified as

19    follows:

20                - - - - - - -

21    EXAMINATION

22    BY MS. CHEVRIER:

23    Q     Good morning, Mr. Byars.

24    A     Good morning.

25    Q     Thank you for coming in today.



1          MS. CHEVRIER:  This is the deposition of

2       Jason Byars in the lawsuit titled United States

3       versus Georgia, Case No. 1:16-CV-03088, in the

4       U.S. District Court for the Northern District

5       of Georgia.

6    BY MS. CHEVRIER:

7       Q    Mr. Byars, for the record, I would like to

8    reintroduce myself.  My name is Claire Chevrier and

9    I am a trial attorney in the Educational Opportunity

10   section of the Civil Rights Division at the United

11   States Department of Justice.

12          I represent the United States in this

13   lawsuit and will be taking your deposition today.

14          Will you please state and spell your full

15   name for the record.

16      A    Sure.  Jason William Byars. J-A-S-O-N,

17   W-I-L-L-I-A-M, B-Y-A-R-S.

18      Q    Thank you.

19          And I'm sure your attorney has explained

20   much of this to you but we are basically going to

21   have a conversation today, a long conversation.  I

22   am going to ask you some questions and your job is

23   to answer the questions honestly and completely.

24   Okay?

25      A    Okay.



1    Q    And you were just sworn to tell the truth

2    by the court reporter, and that oath that you just

3    took is the same oath that you would take if you

4    were testifying in a court of law, and it puts you

5    under the same obligation to tell the truth that you

6    would be under any court.

7         Do you understand?

8    A    I do.

9    Q    And my questions and your answers will be

10   recorded by the court reporter today, and so please

11   understand that you will need to speak clearly and

12   answer all questions orally so the court reporter

13   can capture your answers accurately.

14        For example, she won't be able to record a

15   head nod or shake.  Do you understand?

16   A    I do.

17   Q    And the other thing that you and I will

18   need to work to avoid is talking over one another.

19   I will do my best not to interrupt you when you're

20   answering and I will ask you do your best to let me

21   finish asking questions even if you know the answers

22   to them.

23   A    Perfect.  Thank you.

24   Q    And if at any point you do not understand

25   a question, you should feel free to stop me and say



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          10

1  so, and then I will clarify my question for you.

2  Okay?

3          A     Thank you.  Yes.

4          Q     And know that your attorney may

5  occasionally object to my questions.  This is to put

6  their objections on the record.  It does not mean

7  you shouldn't answer the question.  Unless your

8  counsel tells you not to answer, you should go ahead

9  and answer.

10              And, Mr. Byars, if you would like to take

11  a break for any reason, that's fine.  I just ask

12  that if you're in the middle of a question or if I

13  just asked a question that we answer what we're in

14  the middle of before taking a break.

15              Do you understand?

16          A     Thank you.  Yes.

17          Q     And sometimes it will happen you will give

18  an answer as completely as you can and then later

19  on, maybe five minutes or maybe an hour later you'll

20  remember additional information in response to that

21  question.  If that happens, please feel free to add

22  anything to something that you've answered earlier.

23          A     I understand.

24          Q     How are you feeling today?

25          A     A little nervous.



1    Q    Is there any reason why you would not be

2  able to answer questions fully and truthfully today?

3    A    No.

4    Q    And, for example, you're not on any

5  medication that would inhibit your ability to answer

6  my questions?

7    A    No.

8    Q    And do you have any questions for me

9  before we proceed?

10    A    I do not.

11    Q    Thank you.

12        MS. CHEVRIER:  I'd like the court reporter

13        to mark this document as Plaintiff's Exhibit

14        671.

15        (WHEREUPON, Plaintiff's Exhibit-671 was

16         marked for identification.)

17  BY MS. CHEVRIER:

18    Q    Mr. Byars, this is the certificate of

19  service filed with the court that states the United

20  States served a subpoena on September 17th, 2022 for

21  your testimony -- I believe we actually emailed

22  it -- for your deposition in connection with this

23  lawsuit against the State of Georgia relating to

24  Georgia Network for Educational and Therapeutic

25  Supports.



1            Have you seen the attached subpoena to

2   testify before?

3        A    I have.

4        Q    And when did you see it?

5        A    Yesterday.

6        Q    And who showed it to you?

7        A    Ms. Johnson emailed it to me.

8        Q    What's your understanding of what this

9   lawsuit is about?

10       A    I really don't have a full understanding

11  of what this lawsuit is about.

12       Q    Okay.  Do you have -- what's your not full

13  understanding?

14       A    I really am not a hundred percent sure why

15  the State of Georgia is being sued.  I mean I just

16  -- I don't know the reasons why.  If I -- it would

17  be pure speculation if I answer.

18       Q    And what is your understanding of the

19  GNETS program?

20       A    I have a pretty good understanding of the

21  GNETS program having worked with GNETS dating back

22  to when I was an assistant principal in Fayette

23  County and principal in Fayette County.

24            We worked with the GNETS programs pretty

25  regularly, all the way up to my current position,



1    including when I was at the State department.

2              So I understand the services they provide.

3    I understand, you know -- I visited a few of them.

4    I referred students to the GNETS programs.  I mean

5    I've evaluated and recognize them for their

6    implementation of PBIS while I was at the State

7    department.

8         Q    Excellent.  So we will definitely dive

9    deeper into a lot of what you just said.

10             Preliminarily, what the purpose does GNETS

11   serve, in your opinion?

12        A    In my opinion, we have students with some

13   pretty significant behavior issues that aren't able

14   to be met in a regular education classroom, or even

15   sometimes in our self-contained classrooms, and so

16   they need more of a therapeutic setting to really

17   get that intensive support for their behaviors.  And

18   so our GNETS programs are able to provide what in

19   the public school I wasn't able to provide.

20        Q    And what are the goals of the GNETS

21   program?

22        A    I'm not familiar with what their goals

23   are.

24        Q    You already touched on this a little bit.

25   What's the target population for the GNETS program?



1              MS. JOHNSON:  Object to form.

2              You can answer.

3              THE WITNESS:  Thank you.

4        A    It's really our students with our most

5    significant behavior issues and diagnoses, to get

6    them the therapeutic support that they need in order

7    to be successful.

8        Q    When did you first become aware of GNETS?

9        A    I don't have a date.  I'll give you a

10   general time range.

11       Q    Sure.

12       A    It was probably the mid-'90s when I was a

13   teacher in Fayette County that I became aware of our

14   GNETS program that served Fayette County students.

15       Q    Have you read any court filings in

16   connection with this lawsuit?

17       A    I have not.

18       Q    And we'll talk more about your employment

19   history in a bit, but to you currently work for the

20   Georgia Department of Education?

21       A    I do not.

22       Q    And are you represented by counsel here

23   today?

24       A    I am.

25       Q    Who is representing you?



1       A    Ms. Melanie Johnson.

2       Q    And is it your understanding that the

3  Robbins Firm is representing the State of Georgia in

4  this matter?

5       A    That's my understanding.

6       Q    And how did you learn that were you going

7  to be represented by the Robbins Firm for the

8  purpose of your deposition today?

9       A    Ms. John -- I'm sorry.

10           Ms. Johnson emailed me to let me know that

11  -- to save this date.

12      Q    And did you talk to anyone to prepare for

13  this deposition today?

14      A    I did.

15      Q    And who is that person?

16      A    I talked to Ms. Johnson on the phone, and

17  I talked to our legal counsel, Mr. Dan Murphy.  I

18  mean he represents Northeast Georgia RESA.

19      Q    And what did you do to prepare for this

20  deposition today?

21      A    I spoke to those two people.

22      Q    Did you meet with them in person?

23      A    No, ma'am.

24      Q    And was there anyone else present other

25  than of the two attorneys who you mentioned --



```
 1        A     No, ma'am.

 2        Q     -- when you spoke on the phone?

 3              And did you read any deposition

 4    transcripts in this litigation prior to this

 5    deposition today?

 6        A     No, ma'am.

 7        Q     Did you talk with anyone else about this

 8    deposition?

 9        A     No, ma'am.

10        Q     Did you talk to anyone at GaDOE?

11        A     At -- no.

12        Q     Have you ever been deposed before, Mr.

13    Byars?

14        A     In my divorce hearing.

15        Q     And have you ever been a plaintiff in a

16    lawsuit?

17        A     No, I have not.

18        Q     And have you ever been a defendant in a

19    lawsuit?

20        A     No, I have not.  Again, except for my

21    divorce.

22        Q     There are a bunch of acronyms and

23    definitions that we're going to talk about today,

24    and I'd like to go over what they mean so that we

25    have the same understanding, if that's okay with
```



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          17

1  you.

2       A    That's perfect.  In education we're really

3  good at those.

4       Q    When I refer to "GaDOE," do you understand

5  that I mean the Georgia Department of Education?

6       A    I do.

7       Q    When I refer to "GNETS" or "the GNETS

8  program," do you understand I'm referring to the

9  Georgia Network for Educational and Therapeutic

10 Support?

11      A    I do.

12      Q    And when I refer to the regional -- a

13 "regional GNETS program," do you understand I'm

14 referring to one of the 24 regional GNETS programs

15 across the State of Georgia?

16      A    I do.

17      Q    When I refer to "GNETS center" or

18 "centers," I'm referring to a standalone GNETS

19 location.

20      A    Okay.

21      Q    When I refer to "GNETS school-based

22 location," I'm referring to a GNETS location that is

23 based in a general education setting?

24      A    Okay.

25      Q    When I say "general education setting,"



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            18

```
 1   I'm referring to a public school in Georgia where
 2   students with emotional and behavioral disorders and
 3   other behavior and health conditions receive
 4   instruction and services alongside students who do
 5   not have disabilities?
 6            And I'm going to start speaking more
 7   slowly.
 8            When I say "EBD," I'm referencing
 9   emotional and behavioral disorders?
10       A    I understand.
11       Q    When I say "LEA," I'm referencing local
12   education agencies, or school districts.
13       A    I understand.
14       Q    When I say "SEA," I'm referencing State
15   Education Agency?
16       A    I understand.
17       Q    When I say "RESA," I'm referencing A
18   Regional Education Service Agency?
19       A    I understand.
20       Q    When I say "IEP," I'm referencing an
21   Individual Education Program?
22       A    Understand.
23       Q    When I say "B-I-P" or "BIP," I'm
24   referencing a Behavioral Intervention Plan?
25       A    I understand.
```



1      Q    When I say "FBA," I'm referencing a

2  Functional Behavior Assessment?

3      A    I understand.

4      Q    When I see "PBIS," I'm referencing

5  Positive Behavior Interventions and Support?

6      A    I understand.

7      Q    And when I say "MTSS," I'm referencing

8  Multitiered System of Support.

9      A    I understand.

10     Q    So let's turn to you.

11     A    Okay.

12     Q    What college did you graduate from?

13     A    For my bachelor's degree?

14     Q    Yes.

15     A    Berry College in Rome, Georgia.

16     Q    What year was that?

17     A    1992.

18     Q    And in what field?

19     A    Broad field of social science and

20  education, secondary education.

21     Q    Excellent.  Do you possess any other

22  degrees?

23     A    I do.

24     Q    From where?

25     A    I have a master's degree from the



```
 1   University of Georgia, and I have a specialist
 2   degree from Liberty University in Lynchburg,
 3   Virginia, and I have completed all of my course work
 4   for my doctorate degree from Nova Southeastern
 5   University in Fort Lauderdale, Florida.  I just
 6   haven't completed the dissertation.
 7        Q    Congratulations.
 8        A    Thanks.
 9        Q    Do you hold any professional
10   certifications or licenses?
11        A    I do.  I'm certified by the State of
12   Georgia in middle grades education and educational
13   leadership.
14        Q    Excellent.  And could you tell me the
15   dates of when you graduated with your master's?
16        A    My master's was in 1998.  I think August
17   time frame.
18        Q    And what about the certification?
19        A    Which certification?  With the PS,
20   Professional Standards?
21        Q    Yes.
22        A    So that was first in 1992.
23        Q    Okay.
24        A    And then that was for middle grades, and
25   then starting in 1998 for my ed leadership, and I've
```



1  held those since both of those dates.

2       Q    Are you currently employed, Mr. Byars?

3       A    I am.

4       Q    By who?

5       A    I'm currently employed by Northeast

6  Georgia RESA.  I work 49 percent for them, and I

7  also do contract work for Hall County schools.

8       Q    Okay.  What is your job title?

9       A    For Northeast Georgia RESA, my job title

10  is the Director of School Climate.

11            And for Hall County schools, my job title

12  is School Effectiveness and Climate Officer.

13       Q    And is this considered one role or two

14  different jobs?

15       A    Two different jobs.  It's two -- one's a

16  49 percent job, since I'm retired from the State,

17  and then the other is straight contract work.

18       Q    When did you assume the position with the

19  Northeast Georgia RESA?

20       A    August 1st, 2nd.  Around that time frame.

21       Q    And what about Hall County?

22       A    That was beginning of September.

23       Q    And what are your job responsibilities and

24  objectives with your role at Northeast Georgia RESA?

25       A    So my job responsibilities is I support



1  the 15 school districts that are in Northeast

2  Georgia RESA with their implementation of PBIS, if

3  they're an implementing district.  If they're not an

4  implementing district, it's whatever I can do to

5  support the climate, behavior, and really provide

6  training and professional learning.

7          The other side of that job is our

8  wraparound coordinators that are in the RESA.  I

9  support them as well.  So that students have needs

10  that are not academic.  Any of those nonacademic

11  needs, we try to support those.  And so I have

12  contacts and liaisons in each one of the districts,

13  and I work to support them to make sure that

14  behaviorally and then with all the wraparound

15  supports that students have what they need.

16      Q    And do you interact with GaDOE in your

17  role at the Northeast Georgia RESA?

18      A    I do.

19      Q    With whom?

20      A    With Jeannie Morris.  She took my place as

21  the school climate program manager, and all of her

22  team.  Probably most directly with Ben Moore.  Ben

23  is the technical assistant specialist at the DOE

24  that supports Northeast Georgia RESA and Pioneer

25  RESA.  Hall County is in RESA, and I support



JASON BYARS                                     December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            23

1    Northeast Georgia, so Ben is my really direct

2    contact.

3              But those are all former colleagues, so I

4    stay in contact with all of them pretty close.

5         Q    Sounds good.

6         A    Justin Hill, he's the associate

7    superintendent.  Justin was the program manager

8    prior to me being at the DOE, and we have a great

9    relationship.  So I stay in contact with him as

10   well.

11        Q    And how frequently would you say that you

12   interact with GaDOE in your current role at

13   Northeast Georgia RESA?

14        A    I would probably say that I'm in contact

15   with them weekly.  It's probably -- very few weeks

16   that go by that I'm not in some type of

17   communication, either a phone call, a text, an

18   email, a meeting, a training.  So it's pretty

19   regular.

20        Q    And who do you report to in your role at

21   Northeast Georgia RESA?

22        A    Lori Ellison, the executive director.

23        Q    The executive director of what?

24        A    Northeast Georgia RESA.

25        Q    Thank you.  And does anyone report to you?



1      A     They do.  Rob Johnson is one of our school

2    climate specialists, and Todd Magee is our

3    wraparound coordinator specialist.

4      Q     Excellent.  And so turning to your

5    position with Hall County, what are your

6    responsibilities and objectives with that role?

7      A     Very similar.  I really focus on the

8    middle and high schools, and then I have a colleague

9    who focuses on the elementary schools.

10          We're rolling out PBIS in Hall County, so

11   not all schools are implementing.  So it's really

12   about the rollout.

13          A lot of work that we've done in the past

14   with integrating mental health supports, Hall County

15   has a real push for that.  So I've got some

16   experience there, and so helping them to that.

17          But it's really focusing on middle and

18   high schools, improving their effectiveness and

19   their climate using PBIS framework.  And if they are

20   not using the PBIS framework, again, like with RESA,

21   what can I do to support the learning environment

22   for the principals and teachers.

23      Q     Do you interact with GaDOE in your role at

24   Hall County?

25      A     I do.  Very similar.  You know, my contact



 1   most directly is with Ben Moore because he's the

 2   person at the DOE that supports Pioneer RESA, which

 3   Hall County is involved with.

 4           So when we have trainings and Ben comes

 5   out and does trainings with us, you know, I interact

 6   with him regularly.  So kind of same time frame as

 7   with RESA as well.

 8       Q    And you mentioned Jeannie Morris and

 9   Justin Hill.  Do you interact with them in your role

10   with Hall County as well?

11       A    I do.  Not as much as probably with the

12   RESA, just because I'm just covering that one

13   county.  But if there's a specific question, yeah.

14   But, you know, it's kind of hard to draw that line

15   because I think RESA in Hall County really is I'm

16   just supporting these 16 counties.  So if I have a

17   question, that's really going to apply to everything

18   that I'm doing and everything that I'm serving,

19   because it's not like two separate jobs.  The work

20   is so closely related.  It's applicable across

21   really both jobs, which is a really great place to

22   be.

23       Q    I understand.  And who to you report to

24   with your position at Hall County?

25       A    Suzanne Jarrard.  She's the executive



800.211.DEPO (3376)
EsquireSolutions.com

JASON BYARS                                         December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            26

1  director of secondary schools.

2      Q    And does anybody report to you?

3      A    No, which is really nice.

4      Q    What was your place of employment

5  immediately before these current positions?

6      A    Before RESA and Hall County?

7      Q    Correct.

8      A    Georgia Department of Education.  But I

9  was retired for two months.

10     Q    Okay.  What was your title at GaDOE?

11     A    The program manager for -- and it changed

12 several times.  I was always a program manager.

13 That was the title.  The office that I was in

14 changed a couple of times.

15     Q    How long did you hold that role?

16     A    I went to the Department of Education

17 January the 2nd of 2019, and I left May 30th of 2022

18 of this year.

19     Q    And what led you to apply for this role?

20     A    So Justin Hill, who was the program

21 manager before me, he got a promotion to a

22 director's job.  So it opened it up.

23          At the time, I was serving in Griffin

24 Spaulding as the PBIS district coordinator and I was

25 also the program manager for Project AWARE, which is



1   a mental health grant through the Substance Abuse of

2   the Mental Health Services Administration.

3          So through that we really learned how to

4   integrate behavior and mental health services

5   together to really support students, and I worked

6   very closely with the DOE at that time because the

7   DOE was the SEA who received the grant.  Griffin was

8   one of the LEAs that was partnered with the DOE.  So

9   I got to work really closely with them.

10         And I really thought the work that we're

11  doing in the districts really needs to be what we

12  need to be doing across the State.  So it just -- it

13  was the right opportunity to really try and impact

14  how we're serving kids across the State.

15         And I had several people at the DOE who

16  really encouraged me.  They kind of liked the work

17  we were doing in the district and they said this is

18  really what we need to be doing across the State.

19  So I had a couple of people who really encouraged me

20  to go.  And at that point in my career it was

21  probably the last time that that position was going

22  to open up, and so I decided to apply.

23      Q    That's great.  When you say DOE, are you

24  referring to the Georgia Department of Education?

25      A    I am.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            28

1        Q     Thank you.

2              And who did you report to in that role?

3        A     All right.  So when I first arrived, I

4    reported to Zelphine Dixon, and then our office

5    moved under Garry McGiboney, and then our office

6    moved under Justin Hill.

7              So while I was there, I reported to three

8    different people.

9        Q     And what was the office under when you

10   reported to Zelphine --

11       A     Special Education.

12       Q     Right.  That's an example of you know the

13   answer, but we'll try for the court reporter not to

14   talk over one another.

15       A     Sorry.

16       Q     And when you reported to Garry McGiboney,

17   what was the officer under?

18       A     It was called the office of school safety

19   and climate.

20       Q     And when you reported to Justin Hill, what

21   was the office under?

22       A     Curriculum and Instruction.

23       Q     Thank you.

24              Who evaluated you in this role?

25       A     Each of the three people who we just named



1    evaluated me.  So Zelphine, and then Garry, and then

2    Justin.

3         Q    And who reported to you in this role?

4         A    Okay.  Be patient.  All right.

5              So on our team, and I had people come and

6    go, and so I want to be as thorough as I can to

7    answer that.

8              Anthony Feldmann, Tammi Clarke, Ben Moore,

9    Nicholas Handville, Rebecca Blanton, Timi Hunt,

10   Brandy Woolridge, Susan Barrow, Mimi Gudenrath,

11   G-U-D-E-N-R-A-T-H.  Sandy DeMuth, Bob Burgess, Amber

12   Phillips.

13             Did I say Amber Phillips?  Amber Phillips.

14             Sorry.  I'm going from desk to desk.  I've

15   got to do it visually.

16             Sharlene Patterson.

17             I think that covers everybody.

18        Q    Thank you.  And you can add more later if

19   you think of them.

20        A    If I think of someone, I'll add.

21             I did have the opportunity to hire a

22   couple of people that I did not -- that their

23   onboarding date was after I retired.  So I hired

24   them but then I never really supervised them.

25        Q    And you don't have to specify for each



1  person, but generally what roles did the individuals

2  who reported to you hold?

3      A    Generally, they were all called technical

4  assistant specialists.  TA specialists.

5      Q    And then did they have more specific areas

6  that they covered?

7      A    So Georgia's RESA network, each of the TA

8  specialists covered one, two or three RESAs.

9          We had a couple of people that were a

10  little more specific in their role.  Brandon

11  Woolridge was our early learning person.  So she

12  really covered that.

13          Rebecca Blanton handled the Project AWARE

14  grant.

15          I just thought of someone else.  Shannon

16  Weist.  She was on our team.

17          Nicholas Handville, he handled the

18  technology side of our work.

19          Everybody else supported RESAs, and

20  everybody had like a little special project.  Like

21  Toni was my team lead for Tier II training, so --

22  but that was all encompassed in their work as a TA

23  specialist.

24      Q    Did Sandy DeMuth have a specific area as a

25  TA specialist?



 1        A     She did.   Sandy -- well, one, she really

 2    helped with our GNETS.   When we do our evaluation at

 3    the end of the year, she's the one that kind of

 4    organized that for us.

 5              She also went -- she was also one of our

 6    SWIS facilitators and trainers.   She also worked

 7    with our school climate transformation grant to

 8    provide supports to schools and districts.

 9        Q     What were your duties and objectives as

10    PBIS manager?

11        A     So I'm going to give you what I used to

12    tell people is my elevator speech, if you ask me

13    that question.

14              We know that improving school climate is

15    complicated and we know we want to do it right and

16    we're here to help.   So the objective is to really

17    improve school climate for students and adults.

18        Q     And did your duties and objectives change

19    over time?

20        A     I think they changed a little bit.   I

21    think each office we moved to had a different focus.

22    So when we first were under Special Education, it

23    was about really PBIS and the Project AWARE grant.

24              When we moved under Garry, we did take

25    more an approach around school safety.



1         And then when we moved under Justin, it

2    was really about the curriculum and getting behavior

3    lesson plans written and doing videos to model what

4    we were trying to teach for teachers.

5         So I think every office that we were

6    under, we had a little different focus that really

7    made us better each time.

8         Q    And who set these duties and objectives

9    for you?

10        A    Each of those three leaders.

11        Q    And that's Zelphine, Garry, and Justin?

12        A    Correct.

13        Q    Did you interact with regional GNETS

14   programs while you were in this role?

15        A    A little but not a ton.

16        Q    In what ways did you interact with them?

17        A    We would hold some of our state meetings

18   at the GNETS in Macon.  I'm drawing a blank on the

19   name of it right now.

20        But we would -- centrally located in the

21   state, super welcoming place.  So we would have

22   our -- some of our state meetings there.

23        That would be -- we did that a couple of

24   times.

25        Q    Was that the Elam Alexander --



1    A    That's the one.

2    Q    -- Academy GNETS program?

3    A    It is.  It is.

4         So for me personally, that was my contact.

5    Each of the TA specialists, they had a little bit

6    more direct contact because that's who supported --

7    that's who -- they supported that school.

8         I guess the other indirect contact with

9    them would be at the end of the year when we were

10   doing our recognition of all schools, including our

11   GNETS sites, and we would take a look at their data

12   and those kind of things, and we would assign

13   recognition, but not really.  I mean that was us at

14   the Georgia Department of Education sitting around a

15   table like this and looking over data and artifacts.

16   Q    And you said that Justin -- sorry.  You

17   said Jeannie Morris now holds the position --

18   A    She does.

19   Q    -- is that correct?

20   A    She does.  And actually now that you say

21   that, Jeannie Morris was on my team.  I don't know I

22   mentioned her name earlier.

23   Q    Thank you.

24        Do you know what her qualifications are

25   for this role?



```
 1        A     So one --
 2              MS. JOHNSON:  Object to form.
 3              You can answer.
 4              THE WITNESS:  Thank you.
 5        A     Well, Jeannie was a TA specialist for us.
 6   She served three RESAs down in South Georgia.  She
 7   served Heart of Georgia, First District, and maybe
 8   Coastal Plain.
 9              And so she had experience, you know,
10   working with PBIS.  She had experience leading
11   schools.
12              Jeannie also, I believe, worked closely
13   with MTSS, and she also worked closely with special
14   education.
15              So, you know, to my recollection, those
16   are I think some of the things that help make her
17   qualified.  I wasn't involved in that interview
18   process to select her, so I'm not really sure what
19   they discussed.
20        Q     To your knowledge, has the position been
21   changed at all since you left?
22        A     Not that -- not that anyone -- not that
23   I'm aware of.
24              I do think, again, where they're located
25   has changed again.  And so I'm sure there's some
```



1    nuances in her position with that change.  But I

2    know that they're with the Office of Whole Child now

3    and not Curriculum and Instruction.

4           Justin is also continuing to lead that, so

5    he left Curriculum Instruction.  So there's probably

6    going to be some continuity with him still being

7    there as associate superintendent, but as far as

8    like her particular role, I'm not really aware of

9    anything.

10       Q    And why did you leave the position?

11       A    I retired.

12       Q    Good for you.

13       A    Yes.

14       Q    Prior to working as PBIS program manager,

15   where did you work?

16       A    I worked with Griffin Spalding County

17   schools, and I was their PBIS district coordinator

18   and Project AWARE coordinator.

19       Q    Was that one job with two big

20   responsibilities?

21       A    It was.

22       Q    What years did you hold this position?

23       A    2015 to -- 2015 to 2019.

24       Q    And who did you report to at this role?

25       A    Sheila Mincey.  She was our director of



 1  special education.

 2       Q    And is that the director for the Griffin

 3  Spaulding School District?

 4       A    She was, and she's retired now.  But she

 5  was my direct supervisor.

 6       Q    And do you have any direct reports?

 7       A    I did.

 8       Q    Who were they?

 9       A    Okay.  Ethan Englehart, Kelly Petaccio,

10  Debbie Crisp, Dana Welch.

11            Those were my direct reports.

12       Q    And what positions did they hold?

13       A    Okay.  Ethan, Dana and Kelly were all

14  mental health clinicians.  Debbie Crisp was my

15  assistant, so she was like -- she was a part-time

16  employee and -- I don't exactly remember Debbie's

17  title per se, but she was an assistant.

18       Q    And what were your duties in this role?

19       A    So my duties were I supported Griffin

20  Spaulding.  All schools implemented the PBIS

21  framework.  So it was to make sure that that was

22  done with fidelity, providing training and supports

23  to schools.

24            And then the reason why I went there was

25  Griffin Spaulding was selected by the State of



1  Georgia to be one of the three LEAs for the Project

2  AWARE grant, and that was to integrate mental health

3  services into the schools.  And so I oversaw, like

4  you said, those two big projects, PBIS and Project

5  AWARE.

6      Q    And just to make sure that I heard you

7  correctly, did you say that it was your job to

8  introduce PBIS to Griffin Spaulding School District

9  or that they already --

10     A    They were already trained, and I think

11 they got trained -- I don't, I don't remember the

12 dates.  But they had all already been trained and I

13 was going to continue that work and support them.

14     Q    Did you interact with regional GNETS

15 programs while you were in this role?

16     A    I did.

17     Q    In what ways?

18     A    So Mainstay Academy in Griffin, they

19 implemented the PBIS framework.  So they were one of

20 my schools, just like the other 20 schools in the

21 district.

22          And so I interacted with them, just like I

23 did all the other schools.  Provide support, do

24 walk-throughs.  They attended my monthly coach's

25 meetings to get professional learning and training.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           38

1        Q     Did you interact with GaDOE in this

2    position?

3        A     I did.

4        Q     In what ways?

5        A     As the Project AWARE coordinator.  Again,

6    that was a direct connection to GaDOE because we

7    were one of three LEAs.  So I had regular

8    interaction.

9              Rebecca Blanton was the project manager at

10   the Georgia Department of Education for Project

11   AWARE, and so I interacted with her very regularly,

12   attended meetings monthly, attended conferences,

13   presented.

14       Q     And prior to holding this position at

15   Griffin Spaulding School District, what was your

16   employment?

17       A     You want all the roles or just the -- you

18   want to go role by role?

19       Q     Let's go role by role.

20       A     Let's go role by role.

21             So right prior to that I was a principal

22   in Fayette County at Bennett's Mill Middle School.

23       Q     What years did you hold that position?

24       A     2013 to 2015.

25       Q     What were your duties in that role?



1        A     I served as principal to the school, so

2    everything under the sun that had to do with the

3    daily operation of the school was my responsibility.

4        Q     And did you interact with GaDOE in that

5    position?

6        A     I did because we, and not regularly but it

7    was during Fayette County's initial implementation

8    of PBIS rollout, and we volunteered to be one of the

9    first schools in Fayette County that first cohort,

10   so I got to be trained by the Department of

11   Education, you know, when I was the principal there.

12           Other than that, as a principal, I had

13   very little interaction with the Georgia Department

14   of Education.

15       Q     Did you interact with any regional GNETS

16   programs while you were principal?

17       A     I did.  The GNETS that supported Fayette

18   County.  If we needed to have a meeting or placement

19   about a student, it would be that type of

20   interaction.

21       Q     What was your job before you were

22   principal?

23       A     So prior to that, I was the assistant

24   principal and athletic director at McIntosh High

25   School in Peachtree City, and I held that role from



1   2011 to 2013.

2        Q    Did you interact with any GNETS programs

3   in that role?

4        A    With any what programs?

5        Q    Regional GNETS programs.

6        A    I don't recall any interactions while I

7   was there with GNETS.  I don't recall any student

8   placements.

9        Q    And prior to that position, what was your

10  role?

11       A    And so prior to that, I was an assistant

12  principal and testing coordinator at Starr's Mill

13  High School.  I held that role from 2004 to 2011.

14       Q    And did you interact with any regional

15  GNETS programs while in that role?

16       A    I don't recall.  None are coming to mind.

17  I just don't remember if I did or I did not.

18       Q    And before your role at Starr's Mill, what

19  was your role?

20       A    I was an assistant principal and athletic

21  director at Whitewater Middle School, and I was

22  there from 1998 -- 19 -- 1998 to 2004, assistant

23  principal and athletic director.

24       Q    And did you interact with regional GNETS

25  programs in that role?



1       A    I do remember interacting with GNETS while

2  I was at Whitewater Middle School, and again it was

3  meeting with students who needed additional supports

4  and attended IEP meetings and those kinds of things

5  for placement.

6          Seemed like I had more -- you know, most

7  of the time those placements happened in the -- more

8  in the middle school, you know, as we see behaviors

9  develop, than they did in the high school.  That's

10 why I just don't remember at McIntosh or Starr's

11 Mill.  But I do recall at Whitewater having some of

12 those meetings.

13      Q    Did you hold any other positions at

14 Whitewater?

15      A    I did.  I was a teacher from '92 to '98

16 while I was at Whitewater Middle School.

17      Q    What did you teach?

18      A    I taught -- my first year I taught science

19 in the seventh grade, and then after that I taught

20 eighth grade social studies.

21      Q    And did you hold any positions before

22 that?

23      A    That was it.

24      Q    Sounds good.

25          Do you have any professional



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            42

1   organizational memberships?

2       A    I'm a member of GAEL.  The other

3   professional memberships now, especially that I'm

4   retired, I don't keep those any longer.

5       Q    What is GAEL?

6       A    Georgia Association of Educational

7   Leaders.

8       Q    And have you held any leadership positions

9   in professional organizations?

10      A    I have.  All right.  So I was the

11  president of the Georgia Association for Positive

12  Behavior Supports.

13           I have served as -- I'm secretary, vice

14  president, and president of the Georgia Association

15  for Secondary School Principals in District G, which

16  is that Fayette County region.

17           Those are the couple that are coming to

18  mind right now.

19      Q    Sounds good.  So let's move on.

20           How would you define school climate?

21      A    School climate is to use Peter DeWith.

22  It's the plate that everything we do in schools sits

23  on.

24           It's -- everything from when the students

25  get on the bus to the students get off is their



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            43

1   school climate.  Yeah, it encompasses everything

2   about a student's day.

3        Q    Would is PBIS?

4        A    PBIS, Positive Behavioral Interventions

5   and Supports, is a three-tiered framework in which

6   schools operate to make sure that behavior and

7   expectations are set and taught.  Just like we teach

8   academics, we believe that behavior can be learned,

9   therefore it should be taught.

10           And so the framework is three-tiered.

11  Tier 1 is what all students get, that positive

12  climate.  Everyone gets that instruction.  Everyone

13  has expectations that are set.

14           And then for students that need a little

15  additional support we have Tier 2 supports.  And

16  that is just more intensification of what we do at

17  Tier 1.  Oftentimes it's done in group settings.  So

18  you may have a group of students who may need some

19  additional supports, so you pull them together and

20  provide some additional interventions or strategies.

21           And then Tier 3 are the most intensive.

22  That's for students with pretty significant behavior

23  concerns that Tier 1 and Tier 2 weren't working for.

24  And so we try to intensify what we were doing at

25  Tier 2, or maybe change an intervention or a



1   strategy to make sure that that student is also

2   successful.

3          But the most important thing about PBIS is

4   it's not a curriculum, it's not a thing that you do,

5   it's a framework and it's how schools operate.

6      Q     And how does PBIS play a role with school

7   climate?

8      A     So I think probably the best way to

9   describe that is PBIS makes improving school climate

10  intentional.  I think that if, if we think that

11  those things are going to happen just automatically

12  or by chance, they don't.  Having been in the school

13  for a long time and at a district, you may have good

14  intentions but if you're not intentional about

15  setting up a framework and having people that are

16  going to, you know, be held accountable, having an

17  action plan, PBIS is that framework to improve

18  school climate.  It gives the intentionality around

19  it.

20     Q     To your knowledge, what is the status of

21  PBIS in GaDOE currently?

22          MS. JOHNSON:  Object to form.

23          You can answer.

24          THE WITNESS:  Thank you.

25     A     Can you help me with that?  The status?



1    Q    More broadly, is PBIS something that GaDOE

2    supports --

3    A    Yes.

4    Q    -- based on your experience?

5    A    Yes, yes.

6    Q    What regulations in Georgia are applicable

7    to PBIS?

8         MS. JOHNSON:  Object to form.

9         You can answer.

10   A    Regulations?  Help me with --

11   Q    Are there any laws or codes that apply to

12   PBIS or reference PBIS, to your knowledge?

13        MS. JOHNSON:  Object to form.

14        You can answer.

15   A    Are there any -- so let me tell you a

16   little of what my understanding of how PBIS first

17   came to be.

18        1997, reauthorization of IDEA, it was

19   identified that some students with behavioral issues

20   were being excluded from other educational

21   opportunities, and so PBIS came about as a way to

22   address some of those behavior concerns and

23   implement the frameworks, and the National TA Center

24   was set up in order to address some of that.

25        To my understanding, that's how PBIS came



1  to be, you know, a framework.  If there's anything

2  specific in Georgia statute, I'm not aware of it.

3      Q    Is PBIS useful for students with

4  disabilities?

5      A    It is.

6      Q    How so?

7      A    Again, that intentionality, the structure,

8  all students benefit from explicit instruction,

9  being taught skills.

10          PBIS approaches behavior like we do

11  academics, and that is, it's a skill deficit.  So

12  many times I think students with behavior concerns

13  and disabilities, people think that it's a will and

14  they're just misbehaving, and it's not the case.

15  They don't have the skills.

16          And us just telling them to do this,

17  telling is not teaching.  We have to be intentional

18  about teaching the skills and breaking those down,

19  and that's what PBIS does when it's implemented with

20  fidelity.

21          And so it benefits all students, but I

22  think it especially benefits them and we really see

23  it working well with some of our students with

24  disabilities.

25      Q    Would you agree that PBIS is useful for



1  decreasing challenging behaviors for students with

2  disabilities?

3      A    Say that one more time.  I want to listen

4  carefully.

5      Q    Would you agree that PBIS is useful for

6  decreasing challenging behaviors for students with

7  disabilities?

8      A    Yes, I would agree with that statement.

9      Q    And how would you define challenging

10  behaviors, generally?

11      A    Generally?

12      Q    Generally or in that context.

13      A    Yeah.  I think challenging behaviors, the

14  first thing that I think about is when a student is

15  exhibiting challenging behaviors, it is interfering

16  with their ability to learn or maybe their

17  classmate's ability to learn.

18          I think challenging behaviors is also

19  subjective to the settings.  You know, we have some

20  settings that a challenging behavior may not be

21  noticed at all, and then we have some settings where

22  challenging behaviors may really stand out, just

23  even in the general population.

24          Some of the behaviors we see in

25  kindergarten and meltdowns, if you saw that in a



1   high school it would really be a challenging

2   behavior, but it's pretty typical for a

3   five-year-old.

4         So it's -- for me, it's is it interfering

5   with their ability to learn?  And then that becomes

6   the challenge, is we're not able to provide their

7   education.

8    Q    What are your personal beliefs about the

9   importance of school climate?

10   A    My personal beliefs?  I came out of

11   retirement to make sure that schools are still

12   improving their climate.

13        For me it's the foundation of everything

14   else that we're going to do in school.  Personally,

15   I think building the relationships with students and

16   adults is the primary importance of school climate,

17   and that's where everything begins.

18        So it's kind of what I've dedicated this

19   back third of my career to doing, and even when I

20   was in the school as an administrator and principal,

21   improving and building school climate was one of the

22   most important things I did every day.

23   Q    Did you have these beliefs while you

24   worked at GaDOE?

25   A    I did.



1      Q    And did they change over time at all?

2      A    About school climate?  No.  It was only

3  reinforced with the work, and especially when you

4  see schools and school districts that are really

5  implementing the work and doing a great job and you

6  see the difference, it really feeds you to want to

7  do that more.

8      Q    What information or data informs your

9  beliefs about the importance of school climate?

10      A    What information or data?

11         So we -- I think outcome data for schools,

12  when you see a school or a district that is really

13  working to implement PBIS with fidelity or working

14  on school climate with fidelity and you see the data

15  or the results, I think it's two things:  I think

16  it's the qualitative data and the quantitative data.

17  It's not just the numbers.  Some of the most

18  powerful things are the stories and the testimonies

19  that you hear about school climate.  I think that's

20  some of the most powerful.

21         So I can think of stories and data that

22  both inspire me equally to know that the work's

23  important.

24      Q    Do you have any professional role models

25  or thought leaders on this topic that you look up



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            50

1   to?

2        A    I do.

3        Q    Who are they?

4        A    Garry McGiboney, he's still one of my

5   mentors, and he's one that really inspired me when I

6   was at the Department of Education to pursue, pursue

7   what I believed in, and that was when I got there,

8   that integration mental health services into what we

9   were already doing and to stay focused on school

10  climate and to stay focused on, you know, the work

11  that PBIS -- that we were doing.

12           So I would probably say he's top of my

13  list.

14       Q    What are the positive effects of a good

15  school climate?

16       A    Positive, so increased academics.  We see

17  that schools with positive school climate have

18  higher academic achievement.  We see that they have

19  higher attendance rates.

20           We see a lower attrition for faculty and

21  staff in schools with positive climate.

22           We have students that are happier and

23  healthier, and we take a look at data, like the

24  Georgia State Health Survey.

25           We see a correlation in the community, in



 1 | juvenile court cases.  So we know that the skills

 2 | that we're teaching in schools transfer to the

 3 | community.

 4 |         So it's pretty far reaching, school

 5 | climate.  Ultimately, we're there to teach and keep

 6 | students in school.

 7 |         And so a reduction in disciplinary

 8 | hearings, reduction in suspensions, days of

 9 | expulsions are all -- can be attributed to a

10 | positive school climate.

11 |     Q    What are the negative effects of a poor

12 | school climate?

13 |     A    The opposite of everything I just told

14 | you.  You know, we see low graduation rates.

15 |         One of the big indicators is when we take

16 | a look at attendance, and not just the students but

17 | also the faculty and staff, and that's a, that's a

18 | big red flag.

19 |         But poor academic achievement, low

20 | graduation rates, low scores on Georgia Student

21 | Health Survey, high clinic visits, transiency of

22 | students.

23 |         I think those are some of the big ones

24 | that pop into my mind.

25 |     Q    What is a district -- sorry.



1          What is the school's role in creating a

2   positive school environment?

3       A    We train and -- we train through PBIS, and

4   I believe that all begins with the principal.  The

5   principal has to be the person that's leading that.

6          The school -- again, I'm going to go back

7   using the word intentional -- the school has to be

8   intentional about setting up policies, practices and

9   hiring people that are going to support that.

10          It's not something that's going to happen,

11   and if you just -- if you just leave it to run its

12   own course, the chances are it's not going to, it's

13   not going to be a positive climate.

14          You have to work at it.  It has to be a

15   focus and, you know, as a principal it was my job to

16   take care of the faculty and the staff and the

17   adults in the building so that they would take care

18   of the children in the building.

19          And so you have to have a common vision, a

20   common message.  Schools have to set expectations.

21   Schools have to teach those expectations.  They have

22   to practice and model.  They have to give it

23   acknowledgment and feedback when students and adults

24   meet the expectations.

25          So there's a lot of responsibilities on



 1  the school.  It all lie with that school and that

 2  leadership to establish that climate.

 3      Q    What is the district or LEA's role in

 4  creating a positive climate?

 5      A    Support.  I'm thinking about my role when

 6  I was in Griffin at the district level, like what

 7  was my role.  My role was to support and train and

 8  give feedback and sometimes have some crucial

 9  conversations when things weren't going well and

10  what we say may not be going well.

11          But really my job at the district or the

12  LEA is to provide that support.  What is it that you

13  as a school need to be or need to have in order to

14  be successful?  And it's my job to provide that to

15  you.

16      Q    What is the State's role in supporting

17  schools or LEAs creating a positive school

18  environment?

19      A    So that domino continues.  So what I look

20  for at the State level is to provide that support to

21  the districts.  What training, what guidance, what

22  professional learning do you need at the district

23  level so that you can help support implementation at

24  the school level.

25      Q    Did you advocate for improving school



1   climate in your role at GaDOE?

2        A    I did.

3        Q    In what ways?

4        A    I think it kind of -- really increasing

5   what we were doing, understanding -- and I think one

6   of the big changes that I made when I got to the

7   Department of Education, what I mentioned previously

8   about it's hard to talk about student behavior and

9   not include the conversation around mental health.

10  And I think by addressing mental health concerns in

11  our schools I mean definitely improves school

12  climate.

13          And it was a pretty good shift in

14  thinking, in what we were doing, and so I think that

15  was one of the big things.

16          Continuing to improve our training was a

17  big part of it.  When I, when I arrived at the

18  Department of Education, we had a Tier 1 training.

19  We didn't have a Tier 2 or a Tier 3 training.  So

20  those were both goals of mine, and so those

21  trainings have been developed.

22          And we developed a training on equity that

23  we know that we have to drill down in data and take

24  a look at some of the disproportionality that was

25  going on in our behavior and discipline.  So we



1  developed a training around that, and we improved

2  our classroom practices training of once we rolled

3  PBIS out schoolwide, how do we get that into the

4  classrooms, to the teachers.  So we improved that as

5  well.

6          So I really wanted to improve our training

7  manuals.  We totally revised how we trained and why

8  we had stuff included in our curriculum.

9          So I think all of those things, kind of

10 based on your previous questions, that training and

11 professional learning is what people counted on.  So

12 we needed be the very best.

13         So I looked to expand it and improve on

14 what we really had in addition to the mental health.

15    Q    And did you advocate for these changes for

16 all schools or just a subset of schools?

17    A    All schools.  So that's what I just

18 described to you, that's what's available to every

19 school in the state.

20    Q    And what do you believe you achieved in

21 the way of enhancing school climate in Georgia?

22    A    I'm hoping that we were really able to

23 train schools and districts to look at every aspect

24 of school climate, to look at every aspect of not

25 just PBIS but also the mental health.



1           You know, what I really wanted was for

2    schools that have been implementing for a few years,

3    I wanted to be able to go deeper with them.  And for

4    schools that are just now coming on with

5    implementation, I really wanted to have a really

6    stronger fidelity of training for our new schools.

7           So kind of the -- I used to say we want to

8    really improve the breadth and the depth of what

9    we're doing.  So expanding Tier 1, Tier 2, Tier 3.

10   Classroom equity, we expanded the breadth.

11          But also for those schools that were

12   implementing with fidelity, how could we go a little

13   bit deeper with them.

14          So I'm hoping that -- I'm hoping that

15   that's some of the things that I was able to change.

16       Q    Has GaDOE endorsed the use of PBIS

17   framework?

18       A    They have.

19       Q    Who at GaDOE made the decision to endorse

20   this framework?

21       A    That happened before I was at the

22   Department of Education, so I don't know.

23       Q    Do you know any reasoning for the

24   endorsement?

25       A    I don't.



1      Q    Why would a Department of Education

2   endorse a PBIS framework?

3      A    One of the things that is really important

4   with our framework and everything that we do is that

5   it's research and evidence-based.

6          And so for a lot of educational agencies,

7   that's really important.  Tear trends come and go in

8   education, and I've seen it over my 30-plus year

9   career, but to have something that has the research

10   and the evidence-base behind it, that you know has

11   been proven, it's been proven in multiple areas,

12   multiple states, multiple schools, and there's a ton

13   of research behind it, I think that's really

14   important in education.

15          So I think that's one of the things that

16   PBIS carries with it, is that research and

17   evidence-base.

18      Q    What, if any, incentives are provided by

19   GaDOE to school districts or schools to encourage

20   them to adopt the PBIS framework?

21          MS. JOHNSON:  Object to form.

22          You can answer.

23      A    Give me examples of -- we don't provide

24   any funds to schools.  What we are able to provide

25   is -- or what the DOE, GaDOE, is able to provide --



 1   and I still say "we" -- but is that training and

 2   support to schools.

 3        Q    So let me word this differently.

 4        A    Okay.

 5        Q    Does GaDOE encourage the PBIS framework?

 6             MS. JOHNSON:  Object to form.

 7        A    I don't know how to answer that.  You

 8   know, GaDOE is a big institution, so when we say

 9   does GaDOE, that's hard to answer.

10        Q    Does GaDOE do anything to support school

11   districts that implement PBIS?

12        A    Yes.  So they've committed salaries,

13   people, web services, trainings, travel.

14             You know, we have -- the Department of

15   Education provides a budget.  So all of that is

16   support to be able to provide PBIS trainings and

17   supports.

18             They've committed to having a team there,

19   expanding that team.  So I would say that's an

20   indication for me of support.

21        Q    Based on your years of experience working

22   at GaDOE, has GaDOE prioritized PBIS implementation?

23             MS. JOHNSON:  Object to form.

24        A    While at the DOE?  I felt supported as the

25   PBIS program manager.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            59

1      Q    Do you believe that providing access to

2   mental health services and supports in schools is

3   important?

4      A    I really do.

5      Q    Why is that?

6      A    I think what we have seen is -- and when

7   you take a look at the research and the data around

8   it, many of the onset of mental illnesses are

9   occurring while -- during school-aged time, and if

10   we're not looking at that and recognizing that,

11   oftentimes the parents aren't recognizing that

12   something's going on with their children.

13         So I think it's important that we provide

14   those supports to our -- to our students, because we

15   know that that onset is happening while they're with

16   us, and it interferes with their ability to live,

17   laugh, love, and learn.  And that learn part is our

18   responsibility.

19         And so we've got to meet those needs to

20   make sure that they're successful.

21      Q    Did you have these same beliefs while you

22   worked at GaDOE?

23      A    I did.  It's the reason why I went there.

24      Q    And did your beliefs change at all over

25   time?



 1         A     No.

 2         Q     Are you familiar with the term

 3    "school-based mental health"?

 4         A     I am.

 5         Q     What does it mean to you?

 6         A     School-based mental health are any type of

 7    services and supports that we can offer within the

 8    school setting that's going to help the mental

 9    health of students and adults.

10         Q     And are you in favor of school-based

11    mental health --

12         A     I am.

13         Q     I'm going to just finish that sentence.

14               Are you in favor of school-based mental

15    health services?

16         A     Services, yes.

17         Q     What information or data supports or

18    informs your beliefs about the importance of

19    school-based mental health services?

20         A     A lot of the work that I've done over the

21    years with Project AWARE has really educated me

22    about mental health.  Particularly, I saw what we

23    were able to do in Griffin, and then when I moved to

24    the State Department, and that is through the

25    Project AWARE grant, being able to train adults in

 1  youth mental health First Aid, and hearing those

 2  stories of, hey, Jason, let me tell you what

 3  happened.  It wasn't with the student but maybe it

 4  was a family member, and because of my training we

 5  were able to recognize they were in crisis and we

 6  were able to get them help.

 7            Those stories are really powerful.

 8            When I see students and they've learned

 9  breathing techniques or an elementary age student is

10  helping another friend with calming techniques.

11            So I've seen it in action and I've seen

12  the benefits of it.

13       Q    Did you ever advocate for enhanced access

14  to mental health in schools while you were employed

15  by GaDOE?

16       A    I did.

17       Q    In what ways?

18       A    Through the promotion of the work that we

19  were doing with the Project AWARE grant, some of the

20  things we were doing.  I trained youth mental health

21  First Aid.  I'm a trainer for that.  So I definitely

22  advocated for that.

23            I advocated for using different types of

24  universal screenings for behavior, to try to get to

25  some of those internalizing behaviors when students



1   are struggling.

2           You know, just about everything that -- we

3   were doing access to outside services so that we

4   could request -- when we had a student who's --

5   where it was in crisis or needed more services than

6   we could provide in school base, how to write

7   memorandums of understanding so that you could

8   request assistance from your Community Service

9   Boards or private providers to get students that

10  assistance.

11          Even to training our counselors and social

12  workers and psychologists on the Columbia Suicide

13  Severity Rating Scale, so that they could interview

14  students and be able to tell if they were in crisis

15  and they needed to get additional assistance.

16          So, you know, just a wide variety of ways

17  that I, you know, I tried to promote mental health

18  services in schools.  Speaking at conferences,

19  local, state, national, international conferences,

20  including mental health conferences, school-based

21  mental health conferences.  By the work that we were

22  doing in Georgia, to try to encourage other states

23  and other districts and countries to also adopt some

24  of that.

25          MS. CHEVRIER:  I'd like the court reporter



1          to mark this document as Plaintiff's Exhibit

2          672.

3                (WHEREUPON, Plaintiff's Exhibit-672 was

4           marked for identification.)

5    BY MS. CHEVRIER:

6          Q    Mr. Byars, this is an email thread between

7    you and Garry McGiboney from August 16th, 2019.

8    Correct?

9          A    Yes.

10         Q    And it's Bates No. GA00303633.

11              Do you recognize this email thread?

12         A    To the extent that my name is on it, I

13   recognize it.  I'll have to read it to see if I...

14         Q    Who is Garry McGiboney?

15         A    Garry McGiboney is a former deputy

16   superintendent in the Georgia Department of

17   Education.

18         Q    And in what context did you work with Mr.

19   McGiboney?

20         A    Dr. McGiboney was my direct supervisor

21   while I was at the DOE.  I don't recall if at the

22   time this email was written if he was my direct

23   supervisor or if I was still in the Office of

24   Special Education.

25         Q    Now that you've looked at this email, do



JASON BYARS                                  December 02, 2022
UNITED STATES vs STATE OF GEORGIA                        64

1   you recognize this email?

2       A    Let me, let me look it over.

3            (Witness reviews exhibit.)

4       Q    We're going to go through this email

5   together.

6       A    Sure.

7       Q    Do you recognize it at all?

8       A    I do.

9       Q    In the email at the bottom of the first

10  page, do you see where you wrote to Dr. McGiboney:

11  "As you are well aware PBIS is not 'school-based

12  mental health services' and is certainly not only at

13  Tier 1"?

14      A    I do.

15      Q    On the next page, Bates number GA00303634,

16  do you see where you wrote:  "But to frame PBIS as

17  school-based mental health services is inaccurate

18  and misleading."

19      A    Uh-huh.  (Affirmative.)

20      Q    Sorry.  For the record, do you --

21      A    Yes, I do.  Sorry.

22      Q    What do you mean by these statements?

23      A    So let's go back to Page 1.

24           PBIS is not school-based mental health

25  services.  PBIS is a framework, and within that



1   framework it's -- this indicates it's flipped.  PBIS

2   is the framework and in the framework we can offer

3   services at Tier 1, Tier 2, Tier 3.

4           I don't have the slide in front of me, but

5   PBIS is also not just a Tier 1.  PBIS also provides

6   services at Tier 2 and Tier 3.

7           So I was making the clarification that

8   PBIS is the framework.  The certifications go within

9   the framework.  It's not the other way around.  And

10  that includes Tier 1, Tier 2, and Tier 3.

11      Q    Is it accurate to say school-based mental

12  health services can be one of the services provided

13  through the PBIS framework?

14      A    Correct.

15          So in the PBIS training, we don't train

16  mental health services as part of PBIS.  But in that

17  framework of behaviors, you can also tier in mental

18  health services at Tier 1, Tier 2, Tier 3, just like

19  we do behavior services.

20      Q    So is it possible that a school that has

21  adopted a PBIS framework would not include

22  school-based mental health services?

23      A    Very possible.

24      Q    But it is also possible that a PBIS

25  program at a school could incorporate school-based



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          66

1    mental health services?

2        A     A PBIS framework at a school could

3    incorporate mental health services as well.

4        Q     If mental health concerns are manifesting

5    as behavioral challenges for a particular student,

6    do you think that the PBIS framework, if it did not

7    incorporate school-based mental health services

8    would sufficiently address those behavior

9    challenges?

10            MS. JOHNSON:  Object to form.

11            You can answer.

12       A     You said sufficiently.  That's hard to

13   answer.  I do believe that the PBIS framework, and

14   given some consistencies to behaviors, would benefit

15   students who have -- mental wellness is a continuum.

16   We all have mental wellness.  Some days our mental

17   wellness is better than other days, just based on

18   factors going on in our lives, stress, trauma, those

19   types of things.

20            And so I believe that PBIS framework and

21   that consistency helps the mental wellness of

22   everyone that's in that building.

23            For students with diagnoseable mental

24   illnesses, would it be sufficient?  I don't know

25   that it would be sufficient.  Does it help to have a



1    positive school climate?  I think it helps.  But I

2    also believe that there are students and adults who

3    need additional supports.

4         Q    For students who need additional supports,

5    if they attend a school that has adopted the PBIS

6    framework but that framework does not incorporate

7    school-based mental health, will that student's

8    needs be met?

9              MS. JOHNSON:  Object to the form.

10             You can answer.

11        A    It's hard to generalize on that question.

12   Mental illness is -- there's all types of mental

13   illnesses, and to say as a blanket that PBIS is

14   going to address all of those, I don't -- I don't

15   know that I can state that.

16        Q    Do you agree that mental health services

17   are essential for some children to participate in

18   school?

19             MS. JOHNSON:  Object to form.

20        A    Say that one more time for me.

21        Q    Do you agree that mental health services

22   are essential for some children to participate in

23   school?

24             MS. JOHNSON:  Object to form.

25        A    I think it would be beneficial for some



1   students.

2       Q    What services are typically important to

3   address emotional or behavioral challenges for

4   students?

5       A    Emotion regulation skills, learning to

6   recognize your emotions and be able to identify, and

7   then having the skills to self-regulate I think is

8   really important.

9           I think providing some skill groups for

10  our students around particular skills.  Sometimes it

11  may be around grief or loss, be able to provide

12  those types of supports.

13          I think we take a look at what the

14  individual or groups of students need and see what

15  we can do to best meet that.

16          I think really the key, though, is skill

17  development and given students and adults skills to

18  be able to regulate their emotions and build

19  resiliency.

20          MS. CHEVRIER:  I'd like the court reporter

21      to mark this document as Plaintiff's Exhibit

22      673.

23          (WHEREUPON, Plaintiff's Exhibit-673 was

24       marked for identification.)

25          MS. CHEVRIER:  The Bates No. of this, the



1        first page of this document is GA01029947.

2   BY MS. CHEVRIER:

3        Q    This is an email between you, Mr. Byars,

4   and Dr. Garry McGiboney, with the most recent email

5   in the thread dated May 17th, 2019.

6             Is that correct?

7        A    It is.

8        Q    And do you recognize this email?

9        A    I do.

10       Q    Let's turn to Dr. McGiboney's email from

11  -- email to you from 11:01 a.m. on May 17th.  That's

12  on the second page, which is Bates No. GA01029948.

13            Let's look at the second bullet point that

14  he sent to you.  Do you see where he wrote:  "Also,

15  the GaDOE as a policy position has serious concerns

16  about advocating for mental health screening"?

17       A    Uh-hum.  (Affirmative.)

18       Q    Sorry?

19       A    I do see that.  Sorry.

20       Q    What do you understand this to mean?

21            MS. JOHNSON:  Object to form.

22            If you need additional time to read

23       through the document, take your time.

24            THE WITNESS:  Okay, thank you.

25            (Witness reviews exhibit.)



 1        A     Can you ask that question one more time,

 2   please?

 3        Q     Sure.  You see where Dr. McGiboney wrote:

 4   "Also, the GaDOE as a policy position has serious

 5   concerns about advocating for mental health

 6   screening"?

 7        A     Yes.

 8        Q     What did you understand this to mean?

 9        A     I understood that to mean that some of the

10   work that we were doing through the Project AWARE

11   grant was around -- and I think language here is a

12   little confusing.

13             We used mental health screening in place

14   of behavior screening, and so I think the concern

15   there was we were doing behavior screening using a

16   couple of instruments, and the Department of

17   Education I think had a policy, you know, based on

18   what Dr. McGiboney is saying here, that it had

19   concerns about that, that we as the DOE were

20   promoting that.

21        Q     Why would GaDOE have concerns about mental

22   health screenings being promoted?

23             MS. JOHNSON:  Object to form.

24        A     I can't answer that question.

25        Q     It was your understanding that --



 1          MS. CHEVRIER:  Sorry.  Take it back.
 2   BY MS. CHEVRIER:
 3      Q    Was it your understanding that GaDOE had a
 4   concern about your promoting mental health
 5   screenings in schools?
 6          MS. JOHNSON:  Object to form.
 7      A    I do recall the confusion over the
 8   screening.  And, again, I remember the State
 9   Department of Education grant, the Project AWARE
10   grant, the screening was part of the grant, and so I
11   do recall the concern.
12      Q    What were the specific concerns?
13      A    I don't remember what the specific concern
14   was.  I remember the term "mental health screening"
15   was a concern because the SRSS and the SDQ, which
16   are the two instruments we use, are behavior
17   screeners.  So I think the concern was over some of
18   the confusion of mental health screener and behavior
19   screener.
20      Q    And what is the SRSS?
21      A    The SRSS stands for Student Risk Screening
22   Scale, and the SDQ stands for Strength and
23   Difficulties Questionnaire.  They are both behavior
24   screeners.
25      Q    Did it concern you that there were



 1  concerns about school-based mental health screeners?

 2      A    Um, I don't know that it concerned me.  I

 3  had so much respect for Garry and trusted him that I

 4  thought it was, you know, like I said, excellent

 5  feedback.  You know, I was new in that position, so

 6  making me aware of some of those concerns I think

 7  was helpful.

 8      Q    How would you define inclusion?

 9      A    How would I define inclusion?

10          I would say my definition would be the

11  integration of students with all skill and ability

12  levels and to -- you know, one classroom or one

13  setting.

14      Q    Do you think inclusion is important for

15  students with disabilities?

16      A    I do believe it is important.

17      Q    Why?

18      A    I think that both students with

19  disabilities and students without disabilities, they

20  have a lot to learn from each other.  They have a

21  lot to -- a lot of ways they can support one

22  another.

23          I think in a lot of instances it builds

24  empathy.  I think in a lot of instances I've seen it

25  direct students' career paths.



1          So I think it's -- it can be very

2    beneficial.

3          Q    Based on your education and experience,

4    what types of behaviors are typically not able to be

5    served in the general education setting?

6          A    Define general education setting for me,

7    because I'm thinking about -- you know, middle

8    school that I was a principal of, I had

9    self-contained EBD classes there, I had a mild and

10   moderate class there, I had a severe and profound,

11   nonverbal students, students with feeding tubes, and

12   I had gifted students in that same class -- in that

13   same school.  Not class.  In that same school.

14          So they were all under my roof.  So to me

15   that's gen ed -- to me that defines the general

16   education setting.

17          So I just need to know, do you mean like

18   in a general ed classroom or a general ed school?

19          Q    Let's go with your definition and general

20   education school building.  What, based on your

21   education and experiences, are the types of

22   behaviors that are not typically served in a general

23   education school setting?

24          A    The only ones that really stand out to me

25   are those behaviors that are so severe that they



1    pose safety risks to the student or to others.
2    Those would be the only ones that I really remember.
3    While I was at the building level that we, we
4    couldn't educate -- just about anything else we were
5    able to educate.
6         Q    If the PBIS framework is implemented with
7    fidelity, could it reduce these types of behaviors
8    that pose safety risks?
9              MS. JOHNSON:  Object to form.
10        A    With the students with the most severe
11   behaviors?  Is that who you're referring to, or just
12   in general?
13        Q    Yes.  You just referenced that students
14   who pose safety risks to themselves or others might
15   not, in your opinion, be able to get served in the
16   general education setting.  Is that correct?
17        A    Correct.
18        Q    If PBIS is implemented with fidelity,
19   could it reduce those types of safety risk
20   behaviors?
21        A    It definitely can, yes.
22        Q    And if PBIS is implemented with fidelity,
23   could it reduce the number of students needing an
24   alternative placement outside of the general
25   education setting?



1            MS. JOHNSON:  Object to form.

2       A    Ask that question one more time.

3       Q    Sure.  You stated before that if PBIS is

4    implemented with fidelity, it could reduce the types

5    of behaviors that you were discussing that pose

6    safety risks, correct?

7       A    Correct.

8       Q    So if PBIS is implemented with fidelity,

9    could it reduce the need for those students to be

10   educated in alternative settings outside of the

11   general education setting?

12           MS. JOHNSON:  Object to form.

13      A    Could it?  Could it?

14           That's a hard question to answer.  When

15   you say alternative setting, if we have a PBIS

16   implemented, expectations are taught, they're

17   reinforced, feedback is given.  You know, we're

18   doing that with fidelity.  It could reduce some of

19   the instances that for a disciplinary hearing would

20   get a student expelled, assigned to an alternative

21   school.

22           So I do see that building that positive

23   climate could reduce some students being assigned to

24   an alternative setting.

25           I also think that there's some behaviors,



1   internal, that even within the PBIS framework and

2   setting they're still going to need additional

3   support.

4            So that's why I'm struggling a little bit.

5   Yes, I see that improving the overall climate and

6   reducing students' misbehavior, but I also know

7   there are still students who are going to need

8   additional supports.

9        Q    Is it fair to say PBIS framework being

10  implemented with fidelity could reduce some students

11  being able to --

12           MS. CHEVRIER:  Sorry.  Let me rephrase.

13       Q    Is it correct to say that if PBIS is

14  implemented with fidelity, it could reduce the need

15  for some students to attend an alternative placement

16  outside of the general education setting?

17           MS. JOHNSON:  Object to form.

18       A    I think that's fair to say.

19           MS. CHEVRIER:  Is this a good time to stop

20      for a break?

21           THE WITNESS:  I'm ready.

22           MS. CHEVRIER:  Sounds good.

23           THE VIDEOGRAPHER:  The time is 10:36 a.m.,

24      and we are off the record.

25           (A recess was taken.)



1            THE VIDEOGRAPHER:  The time is 11:05 a.m.,
2       and we are on the record.
3  BY MS. CHEVRIER:
4       Q    Hey, Mr. Byars.
5            Earlier you were talking about your
6  position at GaDOE, correct?
7       A    Correct.
8       Q    And you mentioned that it was housed in a
9  number of different offices at GaDOE; is that right?
10      A    Correct.
11      Q    What was your position in each of those
12 offices?
13      A    My position didn't change.  I was the
14 program manager in each one of those offices.
15      Q    And were you a program manager for
16 something specific?
17      A    PBIS, school climate, school safety and
18 climate.
19      Q    And so what was your full title?
20      A    So my tile was PBIS -- program manager.
21 That was my title.
22           I think when I first got there it was --
23 it may have been PBIS program manager, but pretty
24 soon it changed to school climate program manager.
25      Q    But were you doing the same thing



JASON BYARS                                      December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            78

```
 1   regardless --
 2        A    Same work.  And when I say changed
 3   offices, my physical office never changed until we
 4   went home for the pandemic, but the office that I
 5   was -- the department that I was assigned to.
 6        Q    So you were a program manager initially,
 7   maybe PBIS program manager?
 8        A    I think it was pretty soon after I got
 9   there that the -- we changed from just being PBIS to
10   school climate, because what we wanted to do is make
11   sure all schools in our state, regardless of whether
12   you were implementing PBIS or not, that you were
13   supported.
14        Q    And you mentioned that you have a master's
15   degree.  Is that right?
16        A    That's correct.
17        Q    And what was the focus of your master's
18   degree?
19        A    Educational leadership.
20        Q    And you mentioned you're working towards a
21   Ph.D. at Nova Southeastern University?
22        A    I have stopped.  I completed that
23   coursework and stopped.  It was for an Ed.D., not a
24   Ph.D.
25        Q    And what was the focus of the Ed.D.?
```



1       A    The focus was the implementation of a
2   Saturday day school program for students as an
3   alternative suspension.
4       Q    And did you do any internships or
5   practicums as part of either of those degrees?
6       A    As part of the degrees, no.
7       Q    Did you separately?
8       A    I did an internship prior to becoming an
9   assistant principal when I was a teacher, and that
10  was in Fayette County.  They had their own internal
11  internship program.
12      Q    And do you have any ABA training?
13      A    No ABA training.
14      Q    When I say ABA, what do you take me to
15  mean for that?
16      A    Applied behavior analysis.
17      Q    That's my understanding as well?
18      A    Okay.
19      Q    And do you have any formal training
20  regarding PBIS?
21      A    Did I have any formal?  Yes.  I was
22  trained as a principal by the Georgia Department of
23  Education.  So I went through their Tier 1 training.
24           And then I have attended numerous
25  conferences and trainings from a wide variety of



1  places.  The International PBIS Forum, the PBIS

2  Leadership Forum.

3       Q    And earlier we discussed that sometimes

4  students' behaviors might cause a safety risk; is

5  that right?

6       A    Correct.

7       Q    Can you provide some examples of the types

8  of behaviors that cause a safety risk?

9       A    Sure.  Some elopement behaviors, when a

10 student leaves the school building.  That can pose a

11 safety risk.

12           Students who can't self-regulate and get

13 really angry, throwing things or hitting people.

14 Those provide safety risks.

15      Q    And before you said that behaviors that

16 cause safety risks might cause a student to need an

17 alternative setting.  Is that right?

18      A    Correct.

19      Q    Are the behaviors you just described the

20 behaviors that can cause a student to need an

21 alternative setting?

22      A    Could.  Not always.

23      Q    What do you mean by not always?

24      A    Sometimes students were able to work with

25 and give them strategies and techniques that they're



1  able to regulate and manage their behaviors.  And

2  sometimes we're not.  Sometimes they're so acute or

3  so severe that they need an additional placement.

4      Q    And if PBIS is implemented with fidelity,

5  can it help students achieve that behavior

6  regulation?

7      A    It can help.

8      Q    How would you define mental health

9  services?

10      A    That's a broad -- so that's a broad

11  question.

12      Q    I can narrow it a little bit.

13          How would you define school-based mental

14  health services?

15      A    There you go.

16          School-based mental health services are

17  those things we can do in schools that aren't

18  therapeutic in nature but they do help with

19  self-regulation.  They do help with maybe

20  mindfulness, breathing techniques.  Some of those

21  things that we can do within a school setting to

22  help students regulate.

23      Q    And who delivers those types of

24  school-based mental health services?

25      A    It depends.  Sometimes they're done at



1    Tier 1 with all teachers in the classroom setting.

2         Sometimes school counselors do those.

3    Sometimes we have people with, you know, additional

4    expertise who come in and lead some of those.

5         So a wide variety of people.  It depends

6    on the skill being taught as to who delivers it.

7    Q    When you say that school-based mental

8    health services are not therapeutic, how are you

9    defining therapeutic?

10   A    To me therapeutic is something that

11   requires additional certification or training in

12   order to deliver.

13   Q    Sorry, can you say that again?

14   A    Something -- intervention or strategy that

15   requires additional professional training or

16   certification in order to deliver it.

17   Q    What kind of additional certifications or

18   trainings?

19   A    Like ABA.  That would be a perfect

20   example.

21   Q    Are there any school-based mental health

22   services that are therapeutic?

23        MS. JOHNSON:  Object to form.

24   A    When outside agencies are able to come in

25   and deliver some of those services, they can be



```
 1 | therapeutic.
 2 |      Q    Let's talk a bit more about PBIS.
 3 |           MS. CHEVRIER:  I'd like the court reporter
 4 |      to mark this document as Plaintiff's Exhibit
 5 |      673 -- 674.
 6 |           (WHEREUPON, Plaintiff's Exhibit-674 was
 7 |       marked for identification.)
 8 | BY MS. CHEVRIER:
 9 |      Q    Mr. Byars, this is a document titled,
10 | "Georgia PBIS Implementation Process for Districts
11 | and Schools," correct?
12 |      A    Correct.
13 |      Q    And do you recognize this document?
14 |      A    I do.
15 |      Q    Who created this document?
16 |      A    Initially who created this document I do
17 | not know.
18 |      Q    Do you know of anyone who's updated this
19 | document?
20 |      A    Um, our team has updated this document.
21 | This most current revision I do not know.
22 |      Q    And when you say "our team," to whom are
23 | you referring?
24 |      A    I'm sorry.  PBIS team, the school climate
25 | team at the Georgia Department of Education.
```



1       Q     Thank you.

2             Is this process mandatory for districts in

3    Georgia who are choosing to implement PBIS?

4             MS. JOHNSON:  Object to form.

5       A     Is this process mandatory for the school

6    districts that are implementing?  This is a best

7    practices, our recommended process.

8             There are always situations where there

9    may be something we have to adjust, but this is our

10   recommended process.

11      Q     Let's turn to Page 3.

12            Do you see where it says the following

13   definition of PBIS:  "PBIS is an evidence-based,

14   three-tiered framework designed to improve student

15   outcomes"?

16      A     Yes, ma'am.

17      Q     Do you generally agree with that

18   definition?

19      A     Yes, ma'am.

20      Q     What do you understand the reference

21   three-tiered framework to mean?

22      A     Like we described earlier.  What we do at

23   Tier 1, for all students, that works for about 80

24   percent of our students generally.

25            The other 20 percent need additional



 1   tiered supports.  About 15 percent of those are

 2   going to respond with a little more intensive Tier 2

 3   supports, and then about five percent need that real

 4   targeted intensive support in order to be

 5   successful.

 6       Q    What kinds of systems and practices would

 7   you expect to see at Tier 1?

 8       A    We would hope that we would see behavior

 9   matrices that identify common language.  We want to

10   see evidence that those expectations and procedures

11   and rules have been taught.

12           We want to see that there's a feedback and

13   acknowledgment system to acknowledge and give

14   feedback when students meet those expectations or

15   they don't meet those expectations.

16           We want to see, you know, more positive

17   than negative interactions with students.

18           Those are some of the things we expect to

19   see when we visit schools.

20       Q    What did you mean by behavior matrices?

21       A    So one of the first things that we do is

22   we have schools develop a behavior matrix.  So they

23   identify these are the expectations for our school.

24   We recommend two to three -- two or three or five

25   expectations, and simply stated these are the



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                                    86

1   overarching things we want students to do while

2   they're here.  Be safe, be respectful, be

3   responsible, for example.

4           And so those are the expectations.  We put

5   those on a behavior matrix, and then for each

6   location in the school, the hallway, the classroom,

7   the cafeteria, the media center, the front office,

8   the bus, the playground, the gym, we identify what

9   does it look like to be safe, respectful and

10  responsible.  And we put those on a behavior matrix

11  and we hang those as visuals, as reminders, for

12  students and adults and we ask that we use that

13  language, and those are behavior matrices.

14      Q    How do interventions and services at Tier

15  1 fit into the system that you just described?

16      A    It's the foundation.  So the behavior

17  matrix, that's a foundational piece at Tier 1.

18          The feedback and acknowledgment system,

19  that's a foundational piece at Tier 1.

20          So when we train initially how we conduct

21  the team meeting, that's a foundational.  The data

22  that we pull, that's foundational.

23          All of those things are things that we do

24  at Tier 1.

25      Q    Who provides these practices at Tier 1?



1        A     Who provides the practices or the training

2    at Tier 1?

3        Q     Both.

4        A     The trainings are provided by the Georgia

5    Department of Education, and within those trainings

6    the practices are taught.

7        Q     And then who implements those practices at

8    the school level?

9        A     They have -- we ask -- and it's in part of

10   our implementation guide -- that each school

11   identify a team that has a school coach, they have

12   an administrator, they have representation from

13   faculty and staff on that team, and it's the team's

14   responsibility to implement at the school.

15             So they oversee it, but it's really

16   everyone in the building's responsibility, but

17   there's a team who guides that work.

18       Q     And you've described expectations at Tier

19   1.  Are there interventions at Tier 1?

20       A     There's not really -- interventions happen

21   more at Tier 2 and Tier 3 than they do at Tier 1.

22   By definition, an intervention is something

23   additionally.

24       Q     And what type of students are intended

25   recipients of Tier 1?



1        A    Every single student.  It's intended for

2   everyone.

3        Q    And does that include special education

4   students?

5        A    It includes special education students.

6        Q    And what type of data is used at Tier 1?

7        A    So we, we take a look at what we call our

8   Big Five.  We take a look at -- we look at our

9   office discipline referrals.  We take a look at by

10  grade level.  We take a look at it by day of the

11  week, by month of the year.  We take a look at it by

12  location in the building, and time of day.

13            And what we're doing is we're looking for

14  patterns to say how can we be predictive and try and

15  say what's the pattern of behaviors so we can get

16  ahead of it instead of constantly reacting to it.

17            So that's an example.  I mean schools vary

18  from school to school on what, you know, what data

19  to pull it by, demographics.  They'll pull it by

20  gender.  So that we're really able to drill down and

21  write precise problem statements.

22            So the data is endless.

23        Q    And so you mentioned the Big Five.  That's

24  how you look at ODR?

25        A    It's the categories within the Office



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          89

1   Disciplinary Referrals.

2        Q     And when I say ODR, we're talking about

3   Office Disciplinary Referrals?

4        A     We are.

5        Q     Is there any other type of data that is

6   helpful for Tier 1?

7        A     There is.  Attendance data is really

8   helpful.  Nurse visits, that's really helpful data

9   at Tier 1.

10            Like I said, the ODR data, like archived

11  historical data from last year.  So if we take a

12  look at, hey, December is coming up.  Let's take a

13  look at what December looked like last year in our

14  school, so let's cut off some of the problems.

15            Drilling down into the reasons for the

16  ODR, what was the disciplinary infraction.  That's

17  really helpful.

18            If a school is used in the universal

19  screening, that universal screening data is really

20  helpful.

21       Q     You mentioned attendance data.  Would it

22  be important for a school to have access to that

23  attendance data so that they can review Tier 1's

24  effectiveness?

25       A     Yes.



1      Q    Are you familiar with Tier 1's system

2    teams?

3      A    Tier 1 system teams?  That term doesn't

4    ring a bell.

5      Q    Okay.  What kind of systems and practices

6    would you expect to see at Tier 2?

7      A    At Tier 2, what we're looking at is

8    grouping students for skill development.  One of the

9    most common practices is helping identify based on a

10   student's function of behavior why they're behaving

11   the way they are.  And then one of our most common

12   practices at Tier 2 is Check In and Check Out.  And

13   that's pairing students with a trusted adult, and

14   they set goals.  So make the goals to be on time to

15   their classes.  And so they check in in the morning

16   with that adult, they set that goal, and then they

17   check out and let the adult know how they did.

18         We do that and we group students together.

19   And so that's a common practice at Tier 2.

20     Q    What other common practices exist at Tier

21   2?

22     A    Skill groups.  Behavior skill groups are a

23   common practices at Tier 2.

24         Groups based on -- I mentioned earlier

25   like a grief group or loss group.  That may be a



1   common practice at Tier 2.

2           Students who need help self-regulating,

3   maybe get together and teach a breathing skill.  You

4   know, those are all common things that happen at

5   Tier 2.

6           It's that little bit of additional help

7   that students may need in order to be successful.

8       Q    And who provides the training for Tier 2?

9       A    The Georgia Department of Education has a

10  Tier 2 training.

11      Q    And who is responsible for implementing

12  the systems and practices at the school level in

13  Georgia?

14      A    The same group that's responsible at Tier

15  1.  That team at the school is the group that's

16  responsible.  And then just depending on the

17  strategy, it can encompass a wide variety of people

18  in the school.

19          Check In Check Out, for an example, that's

20  really for any adult in the building.  If you're a

21  trusted adult and a kid identifies you as kind of

22  their go-to person, that can be anybody in the

23  building.  It could be your cafeteria worker, your

24  SRO, your principal, a teacher, a counselor.

25      Q    Are there any services provided as part of



1 | Tier 2 that are not provided by school staff?

2 |     A   There could be a Tier 2, like a mentoring

3 | program, an outside mentor who's not a school staff

4 | member.

5 |       Check and Connect is a mentoring program,

6 | and oftentimes those mentors are people who are in

7 | the community.  So that's an example of something

8 | that could be an outside staff member that helps

9 | implement a Tier 2 practice.

10 |     Q   Are any of the systems and practices

11 | provided as part of Tier 2 things that require

12 | additional funding?

13 |       MS. JOHNSON:  Object to form.

14 |     A   There are things that -- curriculums if a

15 | faculty -- or school decides they want to

16 | participate.  Curriculum.

17 |       Training, like for mentors.  So, yeah,

18 | there's -- there could be some additional expenses

19 | really at all three-tiers, depending on how you want

20 | to implement.  But at Tier 2 for sure, it could be a

21 | case.

22 |     Q   Who provides the funding for those?

23 |     A   The schools and the districts provide that

24 | funding.

25 |     Q   Do they get any funding from GaDOE?



JASON BYARS                                      December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          93

1        A     They do not receive funding from the
2    Georgia Department of Education.
3        Q     And what types of students are intended
4    recipients of Tier 2 services?
5        A     Can we go back to the previous question
6    just for a second?
7        Q     Sure.
8        A     Through some -- like the Project AWARE
9    grant, we could provide some training and services
10   for schools, like for youth and health for state,
11   and those kinds of things.  It's not direct funding
12   but through grants they could help get people in the
13   schools trained.
14           So after you -- after we kind of moved
15   from that question, I thought that could be
16   interpreted as funding if we helped with -- through
17   grants and stuff to get people trained.
18           And now ask that other question again.
19       Q     Sure.  What types of students are the
20   intended recipients of Tier 2?
21       A     Yeah.  So we kind of described those
22   matrices and those expectations and behaviors that
23   we expect to see and the skills that we're hoping to
24   develop so that they're able to meet.
25           For those students who aren't able to meet



 1  those expectations, that may need a little bit more

 2  time or a little bit more support in order to meet

 3  the expectations, those are the students that Tier 2

 4  services are designed to help.

 5      Q    And so would that include a mixture of --

 6  so would that include students in the general

 7  education?

 8      A    Absolutely.

 9      Q    And would that include students with

10  special education needs?

11      A    It very well could.

12      Q    And where are Tier 2 services and

13  interventions provided?

14      A    It could be across the entire school.

15  Like Check In Check Out, that's really -- it's

16  across the entire school.

17          Skill groups could be provided in

18  classrooms.  They could be -- I've seen them

19  outside, sitting in small groups.  I've seen them in

20  the counselor's office.

21          So depends on the school and kind of

22  what's available and what's the climate, what's the

23  culture.

24      Q    So these -- so Tier 2 can be provided in a

25  general education school?



1        A    Absolutely.

2        Q    And can it be -- and can Tier 2 be

3   provided in a general education classroom?

4        A    Yes.

5        Q    And what types of data might be used for

6   Tier 2?

7        A    So we'll go back to the example of the

8   Check In Check Out.  We have what's called a daily

9   progress report.  So we set goals.

10            So if I have a goal of, you know, on being

11  respectful, my goal is to get the teacher's

12  attention, I'm going to raise my hand and I'm going

13  to do that 80 percent of the time.  We have a daily

14  progress report, and so as I go through the day, the

15  teacher records, Jason was able to raise his hand in

16  my class 90 percent of the time.

17            So we collect that data over time.  And so

18  what we're looking for in anything that we collect

19  around Tier 2 is, are the students developing the

20  skills that were targeted, you know, and the entire

21  reason they're getting that additional Tier 2 is to

22  develop the skill.  Are they developing those

23  skills?  And we try to collect that data around

24  that.

25        Q    You mentioned Office Disciplinary



1  Referrals with Tier 1.  Is that also something you
2  would look at for Tier 2?
3      A    Absolutely.  Absolutely.  If, if -- so by
4  definition students at Tier 2, when we take a look
5  at ODRs, are those students who have received
6  between two and five Office Disciplinary Referrals.
7  That is one way that we can identify students that
8  may need additional supports.
9          So we take a look at that.  So, you know,
10  and we'll take a look.  Have they gotten any more
11  office discipline referrals?  Are they getting the
12  referrals for the same behavior or is it a different
13  behavior?
14          So, yeah, we would look at ODRs.
15      Q    And what other data would you look at to
16  make sure that Tier 2 is effective?
17      A    So they're individual data, discipline
18  data.  You know, really at Tier 2 it's about that
19  student and those skills.
20          So it's really that individual data.
21      Q    You said earlier that Tier 1 is for all
22  students, correct?
23      A    Correct.
24      Q    And you specified that you would look at
25  things like attendance records?



1      A    Sure.

2      Q    In Tier 1, correct?

3      A    Yes.

4      Q    So when we move to Tier 2, should the

5   school be looking at both the attendance records and

6   what was described at Tier 1 and what's described as

7   Tier 2?

8      A    That's right.  Everything that you're --

9   you're continuing, and then you're layering

10  additional data.

11     Q    What systems and practices would you

12  expect to see at Tier 3?

13     A    At Tier 3 it's really that more intensive

14  one-on-one working with the student.

15          So as a administrator I may work with a

16  student one-on-one, or my counselor may work with a

17  student one-on-one.  But it's really providing that

18  intensive support.

19          We may continue some of the things that we

20  were doing at Tier 2, but we may intensify the

21  frequency or the duration of whatever that

22  intervention is.

23     Q    And are there examples of additional

24  interventions that don't exist at Tier 2 that are

25  used at Tier 3?



JASON BYARS                                         December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              98

1        A    There are.  So it may be that students

2   receive dialectical skills training at Tier 3 that

3   they may not have received at Tier 2.

4             So there definitely could be additional

5   interventions or strategies at Tier 3 that weren't

6   used at Tier 2.

7        Q    What are dialectical skills trainings?

8        A    Dialectical skills is that think, feel,

9   act cycle.  So help identify --

10       Q    Can you repeat yourself?

11       A    Sure.  Dialectical skills, the think,

12  feel, act cycle.

13            So training students to be able to

14  recognize what they're thinking because that's going

15  to be what they end up feeling, and that's going to

16  be how they act.

17            So we want to interrupt that cycle of --

18  if I'm having negative thoughts, how do I get that

19  out of my mind, and it gives us skills like

20  breathing skills, so that they're able to regulate

21  their emotions and hopefully be preventative and not

22  act out.

23       Q    You mentioned before that school

24  administrators or school counselors might administer

25  those interventions; is that right?



1        A      That's correct.

2        Q      Is there anybody else?

3        A      They really could be administered by

4   anybody in the school.  And then some school systems

5   have outside people come in, social workers may come

6   in and do it.  Some people have specific behavior

7   specialists and they come in and do it.  Some of

8   them are even ABA certified.

9               So we have seen in Georgia over the past

10  few years behavior specialists being hired in a lot

11  of schools, in a lot of districts.  Some behavior

12  specialists are assigned one-on-one with a student

13  with some significant behavior concerns.  Some are

14  allowed to do the groups, like we've just described.

15              So it's a wide variety.

16       Q      You mentioned at Tier 3 a number of

17  possible people outside of the school providing

18  services.  Who -- is that right?

19       A      Correct.

20       Q      Who would provide funding for those

21  services?

22              MS. JOHNSON:  Object to form.

23       A      The school district or the -- the school

24  district would be the ones that are responsible if

25  there were any additional incurred costs.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           100

1     Q    Do you know how schools are connected to
2   those services or interventions?
3          MS. JOHNSON:  Object to form.
4     A    I don't.  It's a wide variety.  I can tell
5   you about my personal experience.
6     Q    Sure.
7     A    So when I was in the district, it was just
8   through building relationships with community
9   members, reaching out to community members and
10  seeking those relationships, developing
11  relationships and, you know, knowing that there's
12  somebody in a private practice that we can benefit.
13  Our local Community Service Boards provide a lot of
14  those services.  So trying to build relationships
15  with them.
16          Write memorandums of understanding with
17  them so that they can come in and help our students.
18    Q    And what types of students are the
19  intended recipient of Tier 3 services?
20    A    Those students are the ones with some of
21  the most intense behaviors that we're trying to, to
22  help build skills with, and it's for the ones who
23  we've tried some of the skills at Tier 2 they
24  haven't been successful, so we're going to intensify
25  that support.



1            And, again, it could be, it could be a

2    change in the strategy or intervention.  We could be

3    using the same strategy or intervention but we're

4    going to do it more frequently.  So maybe going from

5    two days a week to five days a week.  Or going from

6    15 minutes a day to 30 minutes a day.

7            And so the frequency and the intensity

8    could increase, same intervention, and it will be a

9    Tier 3 intervention.

10        Q    And what are the -- so you mentioned that

11   Tier 3 is for students with the most severe

12   behaviors, correct?

13        A    Correct.

14        Q    Can you provide some examples of what you

15   mean by most severe behaviors?

16        A    You know, that they're -- maybe they're

17   constantly disruptive.  Maybe they have difficulty

18   regulating emotions.  Maybe it's escape behaviors,

19   leaving classrooms.

20           Some of those behaviors, like I mentioned

21   earlier, pose a safety risk or are so disruptive to

22   the learning environment that they're not able to

23   learn or they prevent other students from being able

24   to learn.

25           Having meltdowns in class, where they are



1   angry or not -- you know, emotionally regulated.

2          Some of those are the more intense things

3   we're seeing.

4      Q    And can students with disabilities receive

5   Tier 3 services?

6      A    Yes, they can.

7      Q    And can students without documented

8   disabilities receive Tier 3 services?

9      A    Yes, they can.

10     Q    And you mentioned a number of different

11  kinds of Tier 3 services and interventions.  Where

12  are these provided?

13     A    They're in the schools.

14     Q    And where in the schools are they

15  provided?

16     A    Any locations that we kind of discussed

17  earlier.  That's school by school, what's available.

18         Some schools have empty classrooms, some

19  don't have empty classrooms.  It's just -- it's

20  school by school.

21     Q    You mentioned Tier 1 and Tier 2 services

22  can be provided in a general education school,

23  correct?

24     A    Yes.

25     Q    And that they can be provided in a general



JASON BYARS                                        December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              103

1    education classroom, correct?

2         A    Correct.

3         Q    Can Tier 3 be provided in a general

4    education school?

5         A    Yes, it can.

6         Q    Can Tier 3 be provided in a general

7    education classroom?

8         A    When you say classroom, are you talking

9    about the physical environment of a classroom, or

10   are you defining that as classroom as in with 20, 25

11   kids?

12        Q    Either.

13        A    Okay.  In the physical space, yes.

14             By definition, Tier 3 is more

15   individualized in its support.  So it probably

16   wouldn't happen with a classroom filled with 25 or

17   30 kids.

18        Q    Could it exist with pull-out support?

19        A    Yes.

20        Q    Could it exist with push-in support?

21        A    Uh, I could see it with push-in support if

22   I know that I have a student there and I'm going in

23   to provide that kind of one-on-one support.  I can

24   see that.

25        Q    Just for the record, when I say push-in



1   support, I mean a student is in a classroom with the

2   20 some-odd students you referenced and someone

3   comes into the classroom to provide those services.

4        A    To provide the services or to monitor,

5   kind of to monitor and data collect, I could see

6   that being what would be appropriate for the

7   push-in.

8        Q    What data is helpful at Tier 3 to review

9   for a school?

10       A    Still collecting the same data that we

11  collected at Tier 1 and 2.  Again, it's that

12  individualized data.  That's really the most

13  important data.

14            How is the student responding to the

15  strategy or intervention, and are they meeting their

16  goals.

17       Q    So you would look at ODRs?

18       A    I would look at ODRs.

19       Q    And things like attendance?

20       A    Attendance.

21       Q    And would you look at suspension rates?

22       A    I would look at the individual suspension.

23  So you're not really looking at overall school rates

24  or things like that, but I'm really honing in on

25  that individual.



JASON BYARS                                  December 02, 2022
UNITED STATES vs STATE OF GEORGIA                        105

1      Q    Should the services and interventions

2   provided under Tier 1 be similar across schools?

3      A    They should be --

4           MS. JOHNSON:  Object to form.

5           Sorry.  Object to form.

6           You can answer.

7           THE WITNESS:  Thank you.

8      A    They should be similar across schools.

9      Q    And should they serve the same purpose

10  across schools?

11          MS. JOHNSON:  Object to form.

12     A    They should serve the same purpose across

13  the schools.

14     Q    So you just said that Tier 1 services

15  should be similar across schools, correct?

16     A    Correct.

17     Q    Does that include different types of

18  schools?

19     A    It does.

20     Q    So, for example, should Tier 1 services be

21  the same at a public school serving general

22  education schools and an alternative school?

23     A    That's correct.

24     Q    And would Tier 1 services also look

25  similar at a GNETS school?



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            106

1        A    Very similar.

2             MS. JOHNSON:   Object to form.

3        Q    And you said very similar?

4        A    They should.

5        Q    Are there any ways that they would be

6   different?

7        A    So every school is going to personalize

8   that based on their expectations, based on -- you

9   know, many schools tie those expectation their

10  mascots and their colors.  So no schools look

11  exactly alike but the practices are similar.

12            We should see some of the same things in

13  every school.  We should see expectations, we should

14  see matrices.  It doesn't matter if it's a general

15  ed, alternative, GNETS site.  It doesn't matter.  We

16  should see those same practices at Tier 1.

17       Q    In your experience as program manager at

18  GaDOE, did you see that Tier 1 services were the

19  same across schools in Georgia?

20            MS. JOHNSON:   Object to form.

21       A    Tier 1 services or practices?

22       Q    Let's say Tier 1 services and practices.

23  Let me repeat the question.

24            In your experience as PBIS program manager

25  or program manager, did you see that Tier 1 services



1  or practices were the same across schools?

2          MS. JOHNSON:  Object to form.

3      A   I definitely saw consistency.  Levels of

4  and fidelity of implementation were not always the

5  same.  Some schools did it better than others.

6          So were there schools that I walked in

7  that didn't have their expectations posted?  There

8  were.

9          Do I know that those schools were trained

10  to do that?  They were if they went through -- they

11  went through our training.

12          So that's why the service that we provide,

13  the training that we provided was consistent, but

14  that individual practice may not necessarily be the

15  same.  And so we give that feedback.

16          MS. CHEVRIER:  I'd like the court reporter

17      to mark this document as Plaintiff's Exhibit

18      675.

19          (WHEREUPON, Plaintiff's Exhibit-675 was

20       marked for identification.)

21  BY MS. CHEVRIER:

22      Q   This is a PowerPoint for Hall Count

23  Schools, dated February 10, 2020, correct?

24      A   It is.

25      Q   And it starts with Bates No.



1    GA00308255.001.

2              It lists you as the presenter, correct?

3    A    Correct.

4    Q    Are you also the author of this?

5    A    I am.

6    Q    Or created of this PowerPoint?

7    A    I am.

8    Q    And did you present this PowerPoint?

9    A    I did.

10   Q    Let's look at Slide 7.

11             And that's Bates No. GA00308255.007.

12             Do you see the PBIS pyramid?

13   A    I do.

14   Q    Can you explain how this pyramid is used

15   to describe the tiers of PBIS?

16   A    Absolutely.

17             So the green part of the pyramid, that's

18   Tier 1.  That's what all students receive.

19             The yellow part of the pyramid, that's

20   Tier 2.  That's what we just described as those

21   students who need a little additional support and

22   are able to meet those expectations.

23             And the top of the red, that's Tier 3.

24   You know, here it's identified as tertiary

25   prevention, and that's those students who need that



1    more intensive support.

2        Q    Why is the green portion, which you just

3    said represents Tier 1, the largest portion of the

4    pyramid?

5        A    Because what, what we know is that for 80

6    percent, and that green represents that 80, that 80

7    percent of our students are going to be successful

8    just with that Tier 1 supports.

9             The yellow represents that 15 percent who

10   will probably need additional support.  And the five

11   represents that -- red represents that five percent,

12   or Tier 3, that's going to need the most intensive

13   support.

14            So we try and make those colors

15   representative of Tier 1, that's going to be

16   successful; Tier 3, who need additional supports;

17   Tier 3, who need daily supports.

18       Q    Thank you.

19       A    You're welcome.

20       Q    Should the distribution of students in the

21   different tiers be similar across schools?

22       A    They could be different.

23       Q    Why?  What would make them different?

24       A    For example, in alternative setting, or a

25   GNETS setting, we know that those have students with



1  some of the most intense behaviors, and so we know

2  they're going to need additional supports based on

3  their disability status.

4        So it could look differently based on who

5  -- what services.  So we may have 100 percent of

6  students receiving additional supports.

7     Q    So in a GNETS school, would you expect to

8  see more students receiving Tier 3 services?

9     A    I would --

10        MS. JOHNSON:  Object to form.

11    A    I would, and I would -- I would.

12        MS. CHEVRIER:  I'd like the court reporter

13     to mark this document as Plaintiff's Exhibit

14     676.

15        (WHEREUPON, Plaintiff's Exhibit-676 was

16     marked for identification.)

17  BY MS. CHEVRIER:

18    Q    This is an email thread between you, Mr.

19  Byars, and Laura Simms and Sharlene Patterson, with

20  Linda Curry copied.  Is that correct?

21    A    Correct.

22    Q    And it's dated November 18, 2019, correct?

23    A    Yes.

24    Q    Who is Lara Sims?

25    A    Lara Sims, she was the school climate



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           111

1  specialist for Middle Georgia RESA.

2      Q    And who is Sharlene Patterson?

3      A    Sharlene Patterson was our TA specialist

4  at the Georgia Department of Education who supported

5  Middle Georgia RESA.

6      Q    And who is Linda Curry?

7      A    I don't remember Linda's title, but she

8  was also down at Middle Georgia RESA, but I don't

9  remember Linda's title.

10     Q    Do you recognize this email?

11     A    I do.

12     Q    Attached to this email is the district

13 Tier II Readiness Packet, correct?

14     A    Yes.

15     Q    And the Bates-stamp for that is

16 GA00305520.  Correct?

17     A    Correct.

18     Q    Do you recognize this document?

19     A    I do.

20     Q    Who created this document?

21     A    We had a Tier II team at the Georgia

22 Department of Education.  I don't recall everybody

23 that was on that team, but the team at the Georgia

24 Department of Education when they were putting

25 together our Tier II training created the readiness



1  document.

2       Q    Why was it created?

3       A    Because we were developing a Tier II

4  training, and the readiness packet is to see if

5  schools and districts are implementing with fidelity

6  Tier I, and are they ready for -- to be trained in

7  Tier II.

8       Q    Let's look at Page 6 of this packet, which

9  is Bates No. GA00305525.

10           Do you see in the fourth box down with

11  text where it mentions an early warning system?

12       A    I do.

13       Q    What is an early warning system?

14       A    Early warning system is anything that we

15  take a look at to let us know that there may be a

16  student that's at risk.  ODRs is a perfect example.

17  How you look at your ODRs is a perfect example of an

18  early warning system.

19           Like I mentioned earlier, those students

20  who have two to five office disciplinary referrals,

21  those are students that we would identify as at

22  risk.  So do they have a process for pulling that

23  data and taking a look?  Are there some students

24  that are at risk?

25       Q    So the early warning system is the process



1   to review things like ODRs?

2       A    Correct.

3       Q    And do general education schools typically

4   use early warning systems?

5       A    I would think it varies from school to

6   school.

7       Q    Should they, if they are implementing the

8   PBIS framework?

9       A    They should.  They should look at that on

10  a monthly basis.  We train that in Tier I, that you

11  meet on a monthly basis, and one of the things you

12  do is you take a look at your data.

13      Q    Could students who are at risk of being

14  placed in a more restrictive setting be identified

15  through an early warning system?

16           MS. JOHNSON:  Object to form.

17      A    That's not what it's designed for.

18      Q    What is the early warning system designed

19  for?

20      A    To, to identify students who may be

21  showing behaviors that could put them at risk of

22  additional office referrals, additional suspensions.

23  It really is that preventive part to say, hey, let's

24  put eyes on these students.  We see they've gotten

25  two referrals, and so we want to identify those



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          114

1  students so we can say do we have those supports,

2  what's going on, what's going on in their lives that

3  we can support them.

4       Q    So is it correct to say that it's designed

5  to locate concerning behaviors?

6       A    It's more about identifying the student

7  than the behaviors.

8       Q    So is it correct to say the early warning

9  system is useful for identifying students who might

10  need additional supports?

11       A    That's accurate.

12       Q    And do you see on this page where it

13  references in the last box, social-emotional

14  learning curriculum?

15       A    I do. I'm sorry.  Go ahead.

16       Q    What is the social-emotional learning

17  curriculum?

18       A    There's no one.  So there's not a

19  social-emotional learning curriculum.

20            What this is referencing is do you have a

21  way when you identify small groups of students, like

22  we've talked about earlier, who may need

23  self-regulation skills.  Do you have a curriculum?

24  Do you have a set of lesson plans?  How do you teach

25  those skills?



```
1               And that's what that is referring to.
2          Q    Is it accurate to say the early warning
3     system can be used to identify students who need a
4     social-emotional learning curriculum?
5          A    That's a perfect way to describe it.
6          Q    How is it determined what tier of services
7     a student requires?
8          A    So when we take a look at ODRs, students
9     with zero to one office referrals are at Tier I.
10    Students with two to five office referrals are at
11    Tier II.  Students with six or more office referrals
12    are at Tier III.  That's one way.
13              The other way may be through a referral
14    system or request for assistance.  So as a teacher I
15    might refer a student to a counselor because maybe
16    the behavior is so intensive or maybe it lasts for
17    so long or it's so disruptive that I feel like they
18    need immediate attention.
19              So that's really the two ways we take a
20    look at their pattern of behavior, and then we take
21    a look at referrals and requests of assistance from
22    staff members.
23              MS. CHEVRIER:  I'd like the court reporter
24         to mark this document as Plaintiff's Exhibit
25         678 -- Exhibit 677.
```



 1                    (WHEREUPON, Plaintiff's Exhibit-677 was
 2            marked for identification.)
 3    BY MS. CHEVRIER:
 4        Q    This is an email from you, Mr. Byars, to
 5    Anthony Feldmann and Sharlene Patterson, dated
 6    February 5th, 2020.   Correct?
 7        A    Correct.
 8        Q    And it's Bates No. GA00307145.
 9             Do you recognize this email?
10        A    I do.
11        Q    Who is Anthony Feldmann?
12        A    Tony is a TA specialist at the Georgia
13    Department of Education.
14        Q    So is he one of the people who reported to
15    you?
16        A    He is.
17        Q    And attached is a PowerPoint presentation;
18    is that correct?
19        A    It is.
20        Q    And it starts with Bates No.
21    GA00307146.001.
22             Do you recognize this PowerPoint?
23        A    I do.
24        Q    Did you present this PowerPoint?
25        A    I did.



1        Q    Can you turn to Page 3 of the PowerPoint,

2    which is Bates No. GA00307146.003.

3             What is MTSS?

4        A    MTSS is a multitiered system of support.

5        Q    And how, if at all, is that connected to

6    PBIS?

7        A    PBIS is a multitiered system of support.

8    We've described Tier I, Tier II, and Tier III.

9    That's the definition of a multitiered system of

10   support.

11            MTSS, multitiered system of support, is

12   that overarching umbrella, and PBIS is an example of

13   a multitiered system of support.

14       Q    And what was the purpose of this

15   PowerPoint?

16       A    So it looks like, based on my email to

17   Toni, this was a presentation that I did with our

18   MTSS team.  They had -- they have monthly webinars,

19   and I think this PowerPoint is one that I did when I

20   was invited to present to the MTSS coordinators for

21   around the State.

22       Q    Can we turn to Page 8 -- or Slide 8 of

23   this PowerPoint, which is Bates No. GA00307146.008.

24            Do you see where it says "Screening" at

25   the top of this slide?



1      A    I do.

2      Q    Do you see on the right-hand side where it

3   says "PBIS"?

4      A    I do.

5      Q    And do you see where it says "Office

6   Disciplinary Referrals"?

7      A    I do.

8      Q    Is this what you were referencing earlier

9   where it shows Tier I and then the number of office

10  disciplinary referrals that would categorize a

11  student to be in Tier I?

12     A    That's exactly right.

13     Q    And is it correct where it says Tier II

14  equals two to five, it would be two to five office

15  disciplinary referrals that would require a student

16  for Tier II services?

17     A    That's correct.

18     Q    And am I correct that Tier III equals six

19  plus, means that if a student receives six plus

20  office disciplinary referrals, they would be Tier

21  III?

22     A    Correct.

23     Q    Is there a time frame in which that would

24  happen?  Like what is the time frame in which a

25  student would need six or more office disciplinary



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           119

1    referrals?

2        A    I don't understand that question because

3    student -- student needs zero office referrals.

4    They don't -- I don't understand the question.

5        Q    Sorry.  Let me explain.

6            My question, is it in one school year they

7    would have to have more than six disciplinary

8    referrals to be Tier III?

9        A    Correct.  Some schools take a look from

10   year to year.  And so let's say the school year ends

11   and we have a student who just got their sixth

12   referral or seventh referral in April.  A school may

13   that next year decide, hey, let's make sure that

14   that student gets those additional supports from the

15   very beginning and let's see if we can help continue

16   to build those skills.

17           But each school does that differently.

18   Some of them start over.  Some of them continue on.

19       Q    If Tier I is implemented with fidelity,

20   would you expect ODRs to decrease across the school?

21       A    I would expect that.

22       Q    And what is meant by "with fidelity"?

23       A    So when we talk about implementing with

24   fidelity, PBIS, we talk about some of the things

25   we've already talked about.  Do you have your



JASON BYARS                                      December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          120

1   expectations, are they posted, have you taught

2   those, do you model them, do you reinforce them, are

3   you -- have four to one positive to negative ratios

4   when you're talking with your students.

5          So there's a lot of factors that go into,

6   you know, fidelity of implementation.

7      Q    Underneath where it says "Office

8   Disciplinary Referrals" on Slide 8 of this

9   presentation, do you see where it says "Teacher

10  Request for Assistance"?

11     A    I do.

12     Q    Is that what you referenced earlier as far

13  as another way a student could be identified for a

14  tier?

15     A    That's exactly right.

16     Q    And what would that look like if a teacher

17  requested assistance?  How would that culminate in a

18  child being assigned to a different tier?

19     A    School to school, that varies.  Some have

20  informal process of me just coming to the counselor

21  and saying, hey, can you -- I'm worried about Jason.

22         Some have a formal process of actually

23  referring, but it's really school to school.

24     Q    Do you see the third bullet point under

25  PBIS on this slide says "Universal Screener"?



1      A     I do.

2      Q     We mentioned SRSS and SDQ earlier,

3   correct?

4      A     We did.

5      Q     So how are those used to identify what

6   tier a student should be placed in?

7      A     Good question.

8           So those two screeners are behavior

9   screeners, and they each identify internalizing and

10  externalizing behaviors, and when we administer

11  those to screeners, what it lets us know is if

12  students have no indication of concern, a slight

13  indication of concern, or an elevated indication of

14  concern for internalizing or externalizing

15  behaviors.

16          So when we have -- that's another piece of

17  data, just like the attendance, the ODRs, clinic

18  visits, the other things that we mentioned.  That's

19  another piece of data that we can take a look at to

20  say this student may be at risk.

21          So if they're elevated on an internalizing

22  and the externalizing scale, that would be an

23  indication of concern we would want to get

24  additional supports to that student.

25          Briefly, the difference between the two,



1   the SRSS, Student Risk Screening Scale-IE stands for

2   internalizing and externalizing.  Let's you know

3   both of these measure both.

4           The SRSS is generally a teacher rating

5   scale.  The SDQ is generally a self-rating scale.

6   So the students rate themselves.  More appropriate

7   at the secondary level.  The SRSS more appropriate

8   at the elementary level.

9       Q    Thank you.

10          Could the SRSS-IE and the SDQ-IE be used

11  to progress monitor the effectiveness of

12  interventions?

13      A    Let me think about that.

14          I think they could, and let me tell you

15  how.

16          One of the things that we do with our

17  universal screeners is we take a look using that

18  same 20 percent threshold.  So if I administer one

19  of the screeners and I see that more than 20 percent

20  of my students are elevated on the externalizing

21  scale, that may let me know I need to implement

22  intervention schoolwide because it's more than 20

23  percent.

24          So the next time when I administer that

25  screener and it's gone down and now only 17 percent



1   are only elevated, I can use that to monitor that to

2   say, is our intervention that we're using working?

3   Well, based on our screening data, yes.

4            So I definitely used it in that way.

5       Q    Do students move between the tiers as

6   their needs change?

7       A    They do.  And it's as needs change/as

8   skills get developed.

9            So what we want to see is if I'm working

10  on a skill at Tier II, once a student develops that

11  skill, we want them -- they'll be back at tier --

12  you know, at Tier I, and maybe not receiving those

13  interventions or strategies any longer.  What we

14  hope is then they internalize that and they are able

15  to do that on their own and they're not having to

16  have that instruction.

17      Q    How is that determined that a student's

18  tier should change?

19      A    Each student, they have a goal set.  So

20  the goal may be right now that we're able to use

21  attention signal.  So instead of hollering out, I

22  raise my hand, or whatever the strategy is.  I do it

23  70 percent of the time.  Once we meet that goal, we

24  may bump it up, now we want you to do it 80, 80

25  percent of the time.



1          So the school works with that student to
2    say what's the level at which we feel like this
3    student is being successful, and once they're able
4    to meet that and we review that data, then that
5    student no longer receives that intervention or
6    strategy.  We hoped they developed that skill.
7          Q    And how frequently should it be determined
8    whether the student has met those goals?
9          A    We try to meet every two to three weeks to
10   review data.  That's what we recommend for best
11   practices.  Every two to three weeks.
12         Q    When you say "we," who's the "we"?
13         A    The team at the school.  We mentioned that
14   PBIS team.  That team is the one that reviews data.
15   And so the PBIS team at the school.
16         Q    And so would they be reviewing the data
17   for all students when they meet?
18         A    Not all students in the school.  Only
19   those students who have been identified as needing
20   Tier II supports or Tier III supports.  They do
21   continue to monitor school-wide data.
22         Q    Let's go back to the Hall County
23   PowerPoint, which is Exhibit 675.
24              Can you look at Slide 8 of this
25   PowerPoint.  And the Bates number for that is



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           125

```
 1    GA00308255.008.
 2              Do you see on that slide where it provides
 3    the following definition of PBIS:  "An
 4    evidence-based, data-driven decision-making
 5    framework for establishing the social culture and
 6    behavioral supports needed for a school to be an
 7    effective learning environment for all students and
 8    staff"?
 9        A    I see that.
10        Q    And do you agree with that definition?
11        A    I do agree with that definition.
12        Q    We discussed a different definition
13    earlier that focused on PBIS's three-tiered
14    framework; is that right?
15        A    Yes.
16        Q    Do you agree with both definitions?
17        A    I do.
18        Q    Do you agree with one more than the other?
19        A    So here the word "framework" is in red.
20    To me three-tiered framework, framework, same thing.
21    It makes no difference to me.
22        Q    Got you.
23              And in this definition evidence-based is
24    in bold; is that right?
25        A    It is.
```



1       Q    And you created this PowerPoint?

2       A    I did.

3       Q    Why did you make it in bold?

4       A    I think there's a lot of misconceptions

5   about what PBIS and what PBIS is not.  So whenever I

6   present on PBIS, I make sure that I let my audience

7   know that this is an evidence-base, it's researched

8   backed framework.  That it's not something that

9   someone put together without doing their due

10  diligence or research and evidence.

11           So it's really important to me when I

12  present to emphasize that.

13           The two things that you see,

14  evidence-based and framework, are the two key things

15  I want people to take away from this slide.  One,

16  it's steeped in evidence; and, two, it's not a

17  curriculum, it's not something that you do, it's not

18  an intervention, it's not a strategy, it's not a

19  program.  It's a framework.

20           So that's why those two are highlighted

21  and bolded in red.

22      Q    Does PBIS rely on schoolwide data?

23      A    It does rely on schoolwide data.  It does

24  utilize schoolwide data.

25      Q    How so?



1        A    So the schoolwide discipline data,

2    attendance data, we take a look at trends.  We take

3    a look at where our problem areas are.  Again, going

4    back to the Big Five Report, that's schoolwide data.

5    Where are these problems happening, what day are

6    they happening, what time are they happening.

7    That's all schoolwide data.

8        Q    And how should that schoolwide data that

9    you just described inform the PBIS framework at a

10   school level?

11       A    We use that data to drill down and develop

12   precise problem statements.

13            So when we look at that data, we drill

14   down in it and we go, okay, so if we're going to

15   solve some of the disciplinary issues at our school,

16   let's drill down on the data and let's find out

17   where it's really happening.  What students?  Is it

18   a six grade problem in the bathroom, in the morning?

19            And so we really try to drill down and be

20   precise so we can start problem solving using the

21   data.

22       Q    Is it important to use baseline data?

23       A    It is important to use baseline data.

24       Q    What kind of baseline data would be used?

25       A    Everything that we've mentioned today.



1  The office disciplinaries is our No. 1.  So are we

2  seeing a decrease in our office disciplinary

3  referrals?  That's one of the measures.

4         Are we seeing a reductions in our

5  suspensions, in our expulsions, our days of ISS?

6  Because what we're trying to get to is, are students

7  spending more time in class than out of class, and

8  that's really the goal, because we know if students

9  are in class, chances are they're learning more,

10 they're getting educated, they're going to be better

11 prepared.

12        So what we try to do is drill down, help

13 some of those exclusionary disciplinary practices

14 that are putting kids out of class.  So we establish

15 that baseline to say, are we getting better in those

16 areas?  Are fewer students being suspended out of

17 school?  Are fewer students missing class time?  Are

18 administrators spending more time on instruction and

19 less time disciplining students?

20        All those are great baselines to establish

21 so we can measure progress, and it's one of our

22 fidelity measures.  When I mentioned outcome data

23 earlier, those are all outcome data measures that we

24 establish from a baseline.

25    Q    Thank you.  And we'll get -- we'll talk



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            129

1    more about that shortly.

2              What data systems for the collection of

3    data do schools typically use?

4        A    The primary thing that they use is their

5    own Student Information System.  That varies from

6    school to school.  Infinite Campus is one of the

7    most popular.  Infinite Campus.

8              So that's one of the most popular.  It's

9    not the only one.  We also train schools using SWIS.

10   And you're going to ask me what SWIS stands for,

11   aren't you?

12             Schoolwide Information System, I think.

13             And it's a data collection platform that

14   helps us to also focus on major referrals, minor

15   referrals.  So things that may be slightly

16   disruptive but we know if we can problem solve

17   around some of the little things, the big things

18   won't happen.

19             It also helps us to problem solve around

20   what we perceive the function of the behavior is,

21   which a lot of school information systems don't do.

22             Our policy is to require the schools to

23   use SWIS in Year 1, and then they choose later if

24   they want to use it or not.  And what we really are

25   using that for is the training mechanism to teach



 1  them how to drill down into data, to do exactly what
 2  we kind of just described.
 3       Q    And how are schools provided those data
 4  systems?
 5       A    The schoolwide -- the systemwide, that's
 6  the district, they choose that.  So whatever that
 7  process is for each district.  I don't know.
 8       Q    So who pays for the systems for the
 9  districts?
10            MS. JOHNSON:  Object to form.
11       A    I can't speak for that.  I don't know.
12       Q    And is your review of the schoolwide data
13  that you just described a critical element of the
14  PBIS framework?
15       A    It's one of the most important things that
16  we do.
17       Q    So if a school is not reviewing their
18  schoolwide data, would you be concerned about their
19  implementation of PBIS framework?
20       A    I would, and I would coach them on how to
21  do that.
22            Oftentimes, they don't know how.  You
23  know, it's sometimes a foreign practice.  That's why
24  we model that and train on SWIS.  Because we want
25  you to learn how to do it.



1        Q      In your experience, do schools typically

2    collect data with fidelity?

3        A      They do.

4        Q      And in your experience do schools

5    typically review their schoolwide data with

6    fidelity?

7        A      You know, we've got more than 1,500

8    schools implementing in the State.  I've been in

9    less than five percent of those.  It's hard for me

10   to speak to every school.

11       Q      Does PBIS rely on student specific data?

12       A      Well, the ODRs are student specific.

13       Q      So if I were the principal of a school

14   that's implementing the PBIS framework, I would look

15   at ODRs both schoolwide and look at student specific

16   information?

17       A      Yes.

18       Q      And is it the same data systems used to

19   track schoolwide data and student specific data?

20       A      In my experience it is.  My experience has

21   been in the districts that I've worked with Infinite

22   Campus, and so I can pull schoolwide data and I can

23   pull individual data.  But, you know, other student

24   information systems that I'm not familiar with, you

25   know, I don't know if they -- how they handle that.



1          But I would imagine they can drill down

2     into individual data because it's the individual

3     data that makes the cumulative schoolwide data.

4          Q     Thank you.

5                What is applied behavioral analysis?

6          A     I don't have an answer.

7          Q     Are you familiar with applied behavioral

8     analysis?

9          A     I am.

10         Q     How, if at all, does behavioral function

11    play a role in designing interventions for students?

12               MS. JOHNSON:  Object to form.

13         A     I think if we can identify the function of

14    the behavior.  Some interventions and strategies

15    work well for some functions but not well for

16    others.

17         Q     Is there any level of education or

18    experience that someone needs in order to provide

19    ABA services?

20         A     I have no idea.

21         Q     Is adopting the Georgia PBIS framework

22    required for Georgia public schools?

23         A     No.

24         Q     Is it encouraged at all?

25               MS. JOHNSON:  Object to form.



1        A     I encourage it.

2        Q     So my next question is, who's encouraging

3   it?  So you are encouraging it.  Who else?

4        A     The PBIS team at the DOE, I know they

5   encourage it.  School climate specialists across the

6   State are encouraging it.

7              I would think a lot of our schools that

8   are implementing are encouraging it.

9        Q     And how is it encouraged?

10       A     I think really it's that face-to-face --

11   like for me it's face-to-face, word of mouth,

12   building relationships, being available, answering

13   questions, having a statewide conference that

14   informs people.

15       Q     What factors influence whether a school

16   adopts PBIS, in your experience?

17       A     Oftentimes, it's about leadership.  So I

18   think one of the biggest factors sits in the office

19   of the superintendent of the district.

20              I think leadership is probably the No. 1

21   thing.  It's the No. 1 thing that at the DOE we say

22   you have to have that administrator buy in for it to

23   be effective because it has to be supportive.

24              I think also people -- schools and

25   districts look at their discipline data, and they



 1  go, this could be better, what can we do to improve

 2  it.

 3          So I think that's another big factor.

 4      Q    Do you recall any discussions at GaDOE

 5  about the possibility of making PBIS implementation

 6  mandatory?

 7      A    I don't remember really discussions to

 8  make it mandatory.  The discussion was always we

 9  don't want to make it mandatory because oftentimes

10  when you make things mandatory, people are going to

11  resist it just because you made it mandatory.

12          We always say we work with the living and

13  we work with those people who want and need our

14  services, because we find we have better buy-in,

15  therefore we have better implementation, better

16  fidelity, better results.

17      Q    Why would a district choose not to

18  participate?

19      A    I have no idea.

20          I'm sorry.  I have no idea.

21      Q    And are there any incentives to try to get

22  districts to participate, outside of the statewide

23  conferences that you just referenced?

24      A    There used to be on the Georgia School

25  Climate Survey.  If you were an implementing PBIS



1   school, you got some bonus points on the Star

2   Climate Rating, but we don't use the Star Climate --

3   I guess we're -- I guess we're still not using it.

4           So that is no longer really an incentive.

5       Q    What would you suggest GaDOE could do to

6   increase the number of schools implementing PBIS?

7       A    Honestly, I don't know that a goal should

8   be to increase numbers.  I've never really been

9   about that.

10          I think the goal is to meet people where

11  they are and meet their needs.  So I'm not at the

12  DOE anymore, so I'm not -- I don't really have an

13  opinion there.

14          But numbers really was not ever a thing

15  for me.

16      Q    Is implementation done differently for

17  PBIS at an elementary school level compared with a

18  secondary or high school level?

19      A    Different in that you want your lessons,

20  your expectations to be age-appropriate.

21          An example, we encourage schools to hang

22  their matrices at eye level for students.  So you

23  can imagine in an elementary school those are hung

24  at a lower level so that they're eye level for

25  elementary age kids, versus in the middle and high



1    school, they are up a little bit higher.

2            That's a simple example, but the

3    expectations in the bathroom, those are going to be

4    different in an elementary school than a secondary

5    school.

6            The similarity is the process, the

7    development, but you have to adopt it to your

8    age-group.

9            MS. CHEVRIER:  Is this a good place to

10       stop?

11           THE VIDEOGRAPHER:  The time is 12:24 p.m.,

12       and we are off the record.

13           (A luncheon recess was taken.)

14           THE VIDEOGRAPHER:  The time is 1:17 p.m.,

15       and we are on the record.

16    BY MS. CHEVRIER:

17       Q    Hi, Mr. Byars?

18       A    Hello.

19       Q    Let's refer back to the implementation

20    process packet that we marked as Plaintiff's Exhibit

21    673 -- sorry.  674.

22            Can you turn to the top of Page 4, please.

23            At the very bottom do you see where it

24    states:  "District Implementation"?

25       A    I do.



1    Q    Is it your understanding that this

2  document provides the steps for a district to

3  implement the PBIS framework in Georgia?

4    A    That's correct.

5    Q    Let's turn to the next page.

6         Do you see where there are different

7  numbers in gray circles?

8    A    I do.

9    Q    Is it your understanding these indicate

10  the different steps to implement PBIS framework in

11  Georgia?

12    A    That's correct.

13    Q    Who follows these steps?  Is it a school

14  district?

15    A    It is the school district.  If you look

16  back on Page 4, this is the district implementation

17  steps.

18    Q    And is PBIS adopted at the district or LEA

19  level, or at the school level?

20    A    It's adopted -- we like for it to be

21  adopted at the district level.  There have been some

22  times where we've started with the school who wanted

23  to pilot it.  But ideally what we want, we want a

24  district commitment because they -- one of the

25  things we asked for is a district coordinator who



1  helps coordinate the trainings for all the schools,

2  and so the implementation -- we really want it to be

3  district wide.

4      Q    Under Step 1, do you see where it says --

5  after providing reading materials it says:  "Connect

6  with the GaDOE School Climate School Specialist or

7  the RESA SCSS & schedule an initial PBIS Info

8  Meeting"?

9      A    Yes, ma'am.

10     Q    What does SCSS stand for?

11     A    That's a new acronym since I left.  I

12  think it stands for School Climate Support

13  Specialist.

14     Q    And are you familiar with the role that

15  those play?

16     A    I hold that role at Northeast Georgia

17  RESA, so yes.

18     Q    And can you describe what you and they do

19  in that role?

20     A    Sure.  What we're really about is one

21  being a liaison between the districts and our RESAs

22  and the Department of Education.  And we also

23  support the Department of Education in trainings and

24  professional learnings.  And really a bulk of what

25  we do is that hands-on coaching and walking beside



1  the districts and the schools in their PBIS

2  implementation.

3      Q    Is it correct you said you report to the

4  executive director for the RESA?

5      A    That's correct.

6      Q    Is it your understanding that SCSS

7  typically reports to the executive director of their

8  RESA or superintendent of an LEA?

9      A    I don't know the answer to that for all 16

10  RESAs.  I just don't know.

11      Q    Does every RESA have a designated SCSS?

12      A    They do.

13      Q    And so what circumstances would school

14  districts to meet with RESA SCSS versus a GaDOE

15  school climate program specialist?

16      A    They're really -- they go hand and hand.

17  Sometimes it may just be a scheduling.  Maybe I can

18  get to a school climate specialist a little quicker

19  than I can get to the DOE TA person.

20          Typically, the school climate specialists

21  are located in that area and the DOE TA specialists,

22  they live all around our state.  So they're not

23  geographically located like the school climate

24  specialists.

25      Q    Are you familiar with the GaDOE school



1    climate specialist role?

2         A    I am.

3         Q    Can you describe what they do?

4         A    Those are -- well, what were previously

5    known as TA specialists that we talked about today,

6    and their role is to support the RESAs.

7         Q    And they report to the program manager in

8    the position you used to hold?

9         A    That's correct.

10        Q    Are you familiar with the type of

11   information that either the GaDOE school program or

12   the RESA, SCSS, provide during the initial PBIS

13   meetings?

14        A    Yes.

15        Q    And what information is shared?

16        A    Much of that information is making sure

17   that the districts understand what the commitment to

18   PBIS means, what the training looks like, what

19   readiness looks like.  Do they have things in place?

20   Are they really -- are they ready to commit?  Do

21   they have a district coordinator?  Is the

22   superintendent on board?

23             Goes back to those leaders have to be on

24   board.  So getting those commitment letters, setting

25   up training schedules.



1        Q    Is any other support provided by GaDOE

2    during Stage I?

3        A    Is any other support provided by GaDOE at

4    Stage I?

5             That's really that exploration phase -- I

6    mean so the DOE is really there to answer questions,

7    meet with you.  It's really that exploration phase.

8    So it's not until we kind of get through that phase

9    that trainings and those kinds of things happen.

10            So not to -- not typically at that point.

11       Q    Can you think of any not typical time that

12   more support was needed?

13       A    That's what I was kind of trying to kind

14   of think about is when would a time -- being that we

15   would have gone in and done that.  Now, keep in

16   mind, I was a program manager starting in 2019.

17   This work started in 2008.  So it's hard for me to

18   say, but I can't think of a -- I can't think of an

19   example where we did something like that.  That I

20   did anyway.

21       Q    Do you see No. 2, Step 2, where it says

22   "Making a Commitment to Georgia PBIS"?

23       A    I do.

24       Q    And do you see underneath where it says

25   "GaDOE PBIS District Agreement?



1        A    I do.

2             MS. CHEVRIER:  I'd like the court reporter

3        to mark Plaintiff's Exhibit 678.

4             (WHEREUPON, Plaintiff's Exhibit-678 was

5         marked for identification.)

6   BY MS. CHEVRIER:

7        Q    Let's look at the last page of this.

8             Do you see where it says "PBIS District

9   Implementation Agreement"?

10       A    I do.

11       Q    Do you recognize this document?

12       A    I do.

13       Q    This document has a location for the

14  superintendent to sign.  Is that right?

15       A    That's correct.

16       Q    What purpose does this document serve?

17       A    What we really want is to, one, so that --

18  oftentimes we want to make sure, one, the

19  superintendent is aware that people have reached

20  out.

21             The other thing is we want to make sure

22  that that superintendent's committed to the

23  implementation and the fidelity of implementation of

24  PBIS.

25       Q    Once a superintendent signs this



JASON BYARS                                           December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              143

1    agreement, are they required to move forward with

2    implementing PBIS?

3        A    At any time if a superintendent says we've

4    decided not to, whether they've signed this or not,

5    we can't require anything.

6             So if a superintendent says we've changed

7    our mind, then we wouldn't follow -- continue on.

8        Q    Once a superintendent signs this

9    agreement, what, if anything, are they required to

10   do next?

11       A    So the -- really, the superintendent,

12   depending on how hands-on the superintendent is, you

13   know, we set up -- we start with our initial

14   trainings, and the superintendent may or may not

15   attend those trainings.  We've had systems where

16   they have and systems where they haven't.

17            We love it when superintendents come

18   because we want them to be aware from the ground up

19   kind of what PBIS implementation looks like.

20            A lot of them have an idea but they really

21   don't fully understand until you go through the

22   training.  You know, that's true for -- no matter

23   they're superintendent, a principal or a teacher.

24   Getting that training is really important.

25            MS. JOHNSON:  I don't mean to interrupt.



1        This document is not Bates-stamped, right?

2             MS. CHEVRIER:  That's correct.

3             MS. JOHNSON:  Thank you.

4   BY MS. CHEVRIER:

5        Q    Let's go back to the Georgia PBIS

6   Implementation Process Packet, Exhibit 674.

7             Do you see under Step 2, and this is on

8   Page 5 of the document.

9             MS. CHEVRIER:  Which is also not

10       Bates-stamped.

11            MS. JOHNSON:  Thank you.

12       Q    Do you see under Step 2 where it says:

13  "Explore Schoolwide Information Systems?  (SWIS)"?

14       A    I do.

15       Q    And this -- and then it says "Year 1

16  school implementation," correct?

17       A    Correct.

18       Q    We've talked a little bit about what SWIS

19  is.  Can you let me know, how is SWIS connected to

20  the PBIS framework?

21       A    So the -- all the conversation we've had

22  around data collection.  SWIS is an information data

23  collection system, and it's specific to Office

24  Disciplinary Referrals, major and minor infractions.

25            So it's a place where that type of data is



1  entered so that we're able to problem solve around

2  it.

3       Q    In your experience, is SWIS an effective

4  tool for gathering the data necessary to implement

5  PBIS with fidelity?

6       A    It's very effective.

7       Q    And how would -- how does SWIS -- sorry.

8            How does SWIS maximize effectiveness?

9       A    The most important thing about SWIS is the

10  training that districts and schools receive.  That's

11  where the -- that's where the real magic is, is it

12  trains leaders, teachers, assistant principals, your

13  data person, on really how to drill down into data,

14  how to collect and drill down into data.

15       Q    Is it also helpful not just for collecting

16  data but for reviewing that data?

17       A    Very helpful.

18       Q    In your experience, is SWIS easy to use?

19       A    Is it easy to use?  It's a new way of

20  collecting and entering data.  Easy -- it's hard to

21  define easy.  Learning anything new has challenges,

22  and so it does require training.

23       Q    Are Georgia schools that adopt the PBIS

24  framework required to use SWIS?

25       A    So prior to me coming to the DOE, that was



1  a requirement.  There are -- were incidents where

2  people, for a wide variety of reasons, maybe

3  financially they couldn't afford it, or -- that we

4  would make concessions.

5         I can't think of a specific example, but I

6  do remember us having those conversations around

7  should we continue to have SWIS be mandatory.

8     Q    Why would a school stop using SWIS?

9     A    Um, the No. 1 reason that we hear is it's

10  double entry.  So you have to enter that data into

11  your Student Information System, like Infinite

12  Campus, and enter into SWIS.  And so somebody has to

13  do double entry.  The No. 2 reason is there is a

14  cost associated with it.

15         So those are really the top two reasons

16  why people stopped using SWIS.

17     Q    How is SWIS paid for for school districts?

18     A    I don't -- I don't know.  Different

19  funding sources in different school systems.

20     Q    Does GaDOE pay for SWIS for school

21  districts?

22     A    No.

23     Q    Can we turn to page -- I guess we're still

24  on Page 5 of the implementation agreement.  Can we

25  look at where it says Step 3.



1           And do you see where it says:  "Identify

2   the District Community Leadership Team"?

3       A    Yes.

4       Q    What is the District Community Leadership

5   Team?

6       A    So the District Community Leadership Team,

7   just like we have the team at the school that

8   oversees implementation in that school, your

9   district team oversees implementation of PBIS in all

10  the schools in the district.

11      Q    And do you see underneath -- we're now on

12  Page 6 -- where it says there are two branches of

13  the same team, the district -- the DCLT has two

14  branches of membership?

15      A    I do.

16      Q    Do you see where it says "Executive

17  Branch"?

18      A    I do.

19      Q    What is the executive branch of the

20  District Community Leadership Team?

21      A    So those are -- your members of your

22  district team who have oversight over -- things like

23  your budget, your superintendent, and the

24  decision-making people are over that.  So anything

25  to do with policy issues, budget issues.  That's



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          148

1   that executive team.

2       Q    Does the executive team receive training

3   on PBIS?

4       A    That varies from system -- from district

5   to district.  Some members attend training with

6   their schools and some don't.  But it's not a

7   requirement.

8       Q    And does GaDOE provide support in setting

9   up these executive branches of DCLTs?

10      A    Coaching is how I would best describe

11  that.

12      Q    What kind of coaching?

13      A    Coaching on who should be on that team.

14  You know, try to get your superintendent on there,

15  try to get whoever your CFO is on there, your

16  personnel people.

17           So like we try to coach on who should

18  really be on that district team.

19      Q    Do you see where it says "Implementation

20  Branch"?

21      A    I do.

22      Q    What is the implementation branch of the

23  District Community Leadership Team?

24      A    So -- I'm sorry.

25           So that is the actual how we're going to



1  roll out PBIS.  That team.  So that will be some of

2  your principals, that will be some of your coaches.

3  So the actual implementation of PBIS.  So different

4  than the policy part, but actually boots on the

5  ground, doing the work part.

6      Q    And is it important to include academic

7  coaches in the implementation team?

8      A    If you have academic coaches, I think that

9  would be beneficial.

10     Q    Are therapeutic service providers ever

11 include on the implementation team?

12     A    It varies from system to system, I'm sure.

13     Q    And how are these individuals provided

14 training?

15     A    Same as the schools.  You know, if they

16 come through district, the district training when we

17 train the schools.

18          And, again, school climate specialists and

19 the GaDOE team members provide that coaching and

20 support to them.

21     Q    Do you see the last paragraph on Page 6

22 where it says "Communication Loop"?

23     A    I do.

24     Q    What is the communication loop?

25     A    The communication loop is a term that



1  really just describes to make sure that everyone on

2  the district leadership team on both sides, that we

3  know what's going on, that we hold regular meetings,

4  at least twice a year so that we're able to

5  communicate the vision, we're able to communicate

6  back to the executive team what's going on, how

7  mentation is going in the schools, what the needs

8  are financially, HR-wise.

9      Q    Do you see where it says the Executive

10  Committee is responsible for removing barriers?

11     A    I do.

12     Q    What, in your experience, what kind of

13  barriers do schools face when implementing PBIS?

14     A    Some of the budget, if there's any cost

15  associated.  Time, having time for training, having

16  time for coaching.

17          Those are two big ones.

18     Q    In your experience, how do schools work to

19  overcome those barriers?

20     A    A lot of times it's partner -- as far as

21  budget concerns, partnering with community partners

22  and letting them help them out.  Donations,

23  partnerships.

24          And then the time is the big one because

25  it's just -- especially at the school level, it's



1 | hard to find common time for people to meet.  So you
2 | end up doing it after hours.
3 |        Some districts have provided a stipend for
4 | their coaches, some have provided an extra planning
5 | period to help kind of offset some of those time
6 | barriers.  People are creative in how they do it,
7 | and all the districts we serve it probably is a
8 | little bit different in every one.
9 |    Q    Going back to SWIS for a moment, can SWIS
10 | help school staff see whether or not students are
11 | making progress towards their goals?
12 |    A    Very similar -- yes, very similar to the
13 | way it is when we drill down even in IC.
14 |    Q    By IC, do you mean Infinite Campus?
15 |    A    I do.  Because you're able to, one, see
16 | that data as an aggregate, but you're also able to
17 | disaggregate that data down as well to see, hey,
18 | from November last year to November this year we see
19 | our tardies have decreased.  So you're able to
20 | monitor progress over time.
21 |    Q    So if -- would SWIS help you identify if a
22 | student is not meeting their goals?
23 |    A    Individual student or group of students?
24 |    Q    Individual students.
25 |    A    If you pulled an individual student report



1   out of SWIS or out of Infinite Campus, I mean you

2   could see if their ODRs are increasing.

3          It depends on if you enter the data from

4   like their daily progress reports.  So if I'm

5   monitoring a student's progress on their daily

6   progress reports, if I enter that in IC, Infinite

7   Campus, or SWIS, then it could.  But you have to

8   enter it in order to determine if you're -- does

9   that make sense?

10          Whatever you want to be able to monitor

11   you have to enter.

12      Q    Is it best practice to monitor that kind

13   of data?

14      A    It is.

15      Q    And so if that data is being entered into

16   SWIS, SWIS can help identify if a student is not

17   meeting their goals?

18      A    It can.

19      Q    Can SWIS be used to help identify students

20   who might be at risk of serious behaviors?

21      A    It could.  Very similar with the way we do

22   it in Infinite Campus.  Taking a look at those

23   office disciplinary referrals.

24      Q    So can SWIS also be used as a tool to help

25   identify students who might be at risk of meeting a



1   more restrictive setting?

2        A    Um, it could.  If you're taking a look at

3   some of the major behaviors that you've entered in

4   there and you see a pattern of major behaviors, that

5   could be an indication that student may need

6   additional services.

7        Q    Let's turn to Step 4 of the Implementation

8   Agreement, which is on Page 7.

9             Do you see where it says "Setting

10  priorities and Improving Systems"?

11       A    I do.

12       Q    And it includes using the District Systems

13  Fidelity Inventory tool to self-evaluate and build

14  action steps, correct?

15       A    Correct.

16       Q    Are you familiar with the District Systems

17  Fidelity Inventory?

18       A    I am.

19       Q    If I refer to it as DSFI, do you know I'm

20  referring to the District Systems Fidelity

21  Inventory?

22       A    I do.

23       Q    What is the DSFI?

24       A    So the DSFI is a tool that the districts

25  take, and each area of implementation has



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           154

1  indicators.  And so it's a rating scale.  And so the

2  district goes through and rates where they are on

3  implementation.

4          And the fidelity part about that is how

5  well are we implementing.  So not in place, fully --

6  partially in place or fully in place.

7      Q    And when we say how well we are

8  implementing, we mean implementing PBIS?

9      A    Correct.

10     Q    Does GaDOE require that the DSFI is used?

11     A    The DSFI is not required but we do

12 strongly encourage it and we promote it as best

13 practice.

14     Q    Can school districts implement PBIS

15 without ever using the DSFI?

16     A    They could.

17          Sorry.

18     Q    Let's look at Step 5 on the same page.  Do

19 you see where it says "School Investigation

20 Criteria"?

21     A    I do.

22     Q    And it says:  "The DCLT will develop

23 criteria in partnership with the GaDOE School

24 Climate Program Specialist and the RESA SCSS to

25 identify which schools will become demonstration



1    sites for PBIS"?

2        A    Yes.

3        Q    And then it says:  "It is recommended that

4    you begin with a small number of sites (1-3)

5    depending on the size of the district."  Correct?

6        A    Correct.

7        Q    In your experience, what are some of the

8    criteria chosen to help determine which schools will

9    be PBIS demonstration sites?

10       A    The first and most important thing is the

11   willingness of the principal.  That really is

12   paramount to success.

13            If you don't have a principal that's

14   bought in or leadership that's bought in, it's

15   probably not going to be successful.  So that's No.

16   1.

17            Two is schools who have demonstrated a

18   need, maybe they have some behavior concerns and

19   they're really motivated to improve things, they've

20   got some problems with climate.  Maybe their Star

21   Climate Rating, back when we were doing that, maybe

22   that was lower than they wanted.  They were

23   motivated.

24            So leadership and motivation are really

25   the two things that determine that.



1    Q    And why does PBIS implementation start

2    with just a few sites?

3    A    We like to refer to those as pilot sites.

4    What you want to do is you want to start small and

5    then build on that.  Resources is a big thing.  So

6    if we start small, we feel like we have enough

7    resources and enough coaching.

8         We also kind of learn and start

9    understanding the community, the districts, their

10   policies, how they operate.  And that's easier to do

11   on a small scale.  It's easier to scale up than it

12   is to start really big and try and support, you

13   know, a large implementation.

14   Q    Let's look at Step 6, on Page 8.

15        Do you see where it says "Implementation

16   and Scaling Up"?

17   A    I do.

18   Q    It says that "PBIS begins with school

19   teams being trained in Tier I."  Correct?

20   A    Correct.

21   Q    How does Tier II build off of Tier I?

22   A    How does Tier II build off of Tier I?  Are

23   you talking like operationally?  Like we hold Tier I

24   training and then Tier II training?

25   Q    Yes.



1      A    So Tier II really -- each one of our

2   trainings come at the request of the schools or

3   district.  So sometimes it's need based.  So when

4   they feel like they really need some Tier II

5   training, they'll come to us.

6           Sometimes it's, hey, we've been

7   implementing Tier I for a certain number of years,

8   we need to add Tier II.  And the data is indicating

9   that we have, you know, 40 percent of our kids at

10  Tier 2, we need to get trained on that.

11          So it's a combination of things but it's

12  really about that relationship and that partnership

13  between the Georgia Department of Education, the

14  RESA school climate specialist, and the district

15  coordinator, really working together to say when are

16  we ready for Tier II implementation.

17      Q    And how is it determined when a school is

18  ready for Tier II implementation?

19      A    It's most -- generally it's at the request

20  of the school.

21      Q    And what about Tier III?

22      A    So Tier III training, which has not been

23  rolled out officially yet, they have developed the

24  Tier III training and it's been presented to the

25  department team for feedback they're going to pilot



1  it in a few sites and it will be ready for rollout,

2  but very similar -- it's going to be a similar

3  process.  It will be at the request of the school or

4  district.

5       Q    Let's refer back to the Tier II Readiness

6  Packet.  I believe it was Plaintiff's Exhibit 676,

7  and it was an email and then inside that email there

8  was the attachment of the Tier II Readiness Packet.

9            Can you look at Page 4 of this packet,

10  which is Bates-stamped GA00305521.

11            Do you see where it says "Tier II

12  Prerequisites"?

13       A    I do.

14       Q    Does this mean that each of the below

15  items must be complete or fulfilled prior to a

16  school implementing Tier II?

17       A    I think that having Tier I in place and in

18  place with fidelity gives a good foundation for Tier

19  II, and so I think that's why some of these criteria

20  were set, to make sure that some of those

21  foundational pieces are in place.

22       Q    And how does it provide a good foundation?

23       A    Well, we know if, if we can take a look at

24  our self-assessment scores and the faculty is bought

25  in, it's easier to build on that.



1          If we take a look at our tier fidelity

2     inventory at the school, which is the school version

3     of the DSFI, the TFI, and we take a look that the

4     team says these, these systems are in place, now we

5     have something to build on.

6          It's just like building a house.  If you

7     don't have that good foundation, the rest of it is

8     going to crumble, and we feel that's the same way.

9     Having a good solid Tier I is important to add Tier

10    II on top.

11     Q    So do schools need to have Tier I in place

12    in order to build a Tier II?

13     A    There's conflicting opinions about that.

14    One opinion is that, yeah, you need to have fully

15    implemented Tier I in place before you can do Tier

16    II.

17          The other train of thought is our students

18    have Tier II needs now, so how do we meet those

19    needs now.  We don't have time to wait three years

20    to fully implement Tier I and add Tier II, like we

21    have needs now.

22          So there's really two different trains of

23    thought out there.

24          I'm personally more inclined to the train

25    of thought of our kids need the services now, and so

JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          160

1  PBIS at the national level has really seemed -- has
2  shifted.  Instead of saying implement Tier I, get it
3  done with fidelity, and then add on, it's really how
4  do we build the entire system from the ground up as
5  we're implementing how do we do Tier I, Tier II, and
6  Tier III from the beginning to make sure all kids
7  get those supports.

8      Q    Based on the implementation packet that we
9  were reading, is it correct to say that GaDOE is
10 following that other model, of first building Tier
11 I, then Tier II, and then Tier III?

12     A    I think that's fair.

13     Q    Looking at the Tier II Prerequisites
14 document, is it fair to say that according to this
15 document schools must have Tier I in place that
16 effectively supports the majority of students before
17 they build Tier II?

18     A    I think that accurate -- that accurately
19 reflects that, yes.

20     Q    And is whether or not a school has a Tier
21 I in place measured by -- that's effectively
22 supporting a majority of students measured by 85
23 percent or more of students in the zero to one ODR
24 range?

25     A    That's a measure.  You know, there are



1  several measures.  Your TFI scores, your SAS scores.

2  That's what we call the percentage of students at

3  Tier I.  So that's a measure.

4        So there's a wide variety of measures.

5    Q    What happens if a school is not able to

6  meet these Tier II prerequisites?

7    A    I'm sure if I'm the school climate

8  specialist in Northeast Georgia and I have a school

9  that they're demonstrating that need but they don't

10 have 85 percent of the students at Tier I, my

11 argument is going to be that's showing a need.  I

12 can't get my -- I can't get 85 percent of mine at

13 Tier I.  I need those Tier II services, which means

14 I have more than that percentage at Tier II that

15 need those services.  I need the training.

16        And so it's going to be one of those times

17 where we work with that relationship, and I go to my

18 DOE TA person and say, here's, here's why we really

19 need Tier II more so.

20   Q    If a school is not able to fulfill these

21 prerequisites, are they provided additional support?

22   A    That's a great point.  That's the whole

23 key to coaching, is this is where we want to get

24 them to.  And some schools, it takes less than a

25 year, some schools it takes years.



1             You know, the coaching is really where --

2     what I tell people the magic is about PBIS is.  It's

3     not you're trained, go and do it.  It's you're

4     trained and I'm going to walk beside you and we're

5     going to do it together.

6             So get to these criterias is a

7     partnership, and it's the coaching is where all that

8     happens.

9        Q    Who provides that coaching?

10       A    The Georgia Department of Education, the

11    TA specialist, the school climate specialist, the

12    district coordinators.

13       Q    Have you ever experienced a situation in

14    which a school even with support is not able to

15    reach these prerequisites?

16       A    Sure.  You know, we have schools that, you

17    know -- I can't name them off the top of my head,

18    but have been recognized at the installing level for

19    years just because they can't get that outcome data

20    up to where it needs to be.

21       Q    And what happens in that case as far as

22    PBIS implementation is concerned?

23       A    Support continues, coaching continues.

24       Q    Would the school never be allowed to

25    implement Tier II?



1      A    I don't think so.  I think that's a

2  perfect example of a school that needs Tier II

3  supports.

4      Q    If a school is not able to fulfill the

5  prerequisites on this document for Tier II, is it

6  possible that they won't ever implement Tier II?

7      A    You'll have to ask the DOE that question.

8  I mean I know my opinion, but it's not my decision

9  anymore.

10      Q    Have you seen schools that have stalled

11  out after just Tier I implementation and haven't

12  gotten to Tier II implementation after many years?

13      A    I can't name an example.

14      Q    Do you have any sense of how many schools

15  that have started the implementation for PBIS have

16  not yet achieved Tier II?

17      A    I don't.

18      Q    Is it fair to say that a school may

19  attempt to reach Tier II for as long as 10 years but

20  not successfully get to Tier II?

21          MS. JOHNSON:  Object to form.

22          You can answer.

23      A    So schools don't really attempt to get to

24  Tier II.  What you see here is what we establish as

25  Tier I with fidelity.



1          So if you're asking do schools implement

2     for years and not get to Tier I with fidelity,

3     sometimes that happens.  Or sometimes they'll reach

4     it and then the next year they'll not reach it.

5          Q    So based on this model that GaDOE is

6     endorsing as far as needing to fully implement Tier

7     I before implementing Tier II, is it possible that a

8     school will just have Tier I for many years before

9     they implement Tier II?

10          MS. JOHNSON:  Object to form.

11          A    That's, that's possible.  Even if they

12     meet fidelity, they may not implement Tier II for

13     years.

14          And I think, if you'll see at the bottom

15     of -- in the middle of that chart, it says:  "If the

16     above criteria has not been met, please meet with

17     your district coordinator, review the data and

18     determine next steps."

19          That's the relationship piece, to say what

20     can we do to support you or what do we need to do to

21     maybe move on and let's get Tier II trained.

22          Q    Let's turn to the next page, which is

23     Bates-stamped GA00305522.

24          Do you see where this says "Principal's

25     Agreement"?



1        A    I do.

2        Q    What is the purpose of this agreement?

3        A    Very similar to the superintendent's

4   agreement.  Like I said a couple times today,

5   leadership is the most important thing, and having

6   the principal on board is the most important thing

7   at the school level.

8             And so this Principal's Agreement is

9   saying that -- a couple of things:  One, the

10  principal is going to provide a team to attend the

11  training so that we know that the Tier I training

12  happens and that they'll make sure that there's a

13  coach assigned at the school.  They're going to make

14  sure that there's an administrator at the school

15  that's going to serve on that team.  It doesn't have

16  to be the principal, but it needs to be an

17  administrator, someone who can make decisions.

18            So it's an agreement, just the

19  understanding of, one, we understand the

20  implementation process, I need to have a team, I

21  need to have a coach, I need to have an

22  administrator, I'm committing to training, I'm

23  committing to implementation.

24       Q    What happens if a principal fails to

25  follow through with this commitment?



1        A    PBIS usually isn't very successful, and

2    luckily that happens very rarely.  Where we see it

3    more regularly is Principal A agrees to it, they

4    leave, a new principal comes in and they're not

5    bought in.  And what we try to do is we try to sit

6    down and get a new Principal's Agreement with the

7    new principal so they understand what's going in.

8             There's times where people sign it and

9    then the follow-through is not there.  Then there's

10   people that sign it and they're even better than the

11   one before.  So it's a wide variety.

12       Q    Let's refer back to the implementation

13   process one more time, which is Exhibit 674, and

14   let's turn to Page 8 of this agreement -- or of this

15   implementation process.

16            Do you see where it says "Implementation

17   and Scaling Up"?

18       A    I do.

19       Q    Do you see under Step 6 where it says

20   building all three-tiers can take three to five

21   years?

22       A    Yes.

23       Q    To your knowledge, do other states use the

24   model that you described where you provide tier --

25   you build tiers sometimes simultaneously?



1      A    I don't know the answer to that.

2      Q    Why would a school not be able to fully

3   implement all three tiers in five years?

4           MS. JOHNSON:  Object to form.

5      A    As I mentioned previously, change in

6   leadership is one of the big reasons.  Commitment to

7   the implementation, that's one of the biggest things

8   we see.  Not having that coach who's really moving

9   the work forward, not following the fidelity of

10  implementation as far as teaching the expectations.

11          It can break down in a lot of different

12  areas, but it really comes down to are they

13  implementing with fidelity.  If they are

14  implementing with fidelity, we feel like they're

15  pretty successful.

16     Q    Based on your experience with GaDOE, what

17  is the longest period of time a school in Georgia is

18  required to implement all three tiers?

19     A    I do not know.

20     Q    Do you have a sense of how often schools

21  require more than five years to implement all three

22  tiers?

23     A    I don't know.

24     Q    Would it concern you if a school was

25  unable to implement all five -- all three tiers



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              168

1   within five years?

2        A    No.  As a matter of fact, at our

3   conference recently, the research is showing that

4   full implementation can take, and most likely for

5   the addition of Tier III, up to 10 years.

6             So it wouldn't be concerning at all.

7             MS. CHEVRIER:  I'd like the court reporter

8        to mark this next document as Plaintiff's

9        Exhibit 679.

10            (WHEREUPON, Plaintiff's Exhibit-679 was

11         marked for identification.)

12  BY MS. CHEVRIER:

13       Q    This is an email between you, Mr. Byars,

14  and Tamara Etterling, from October 3rd, 2019.

15  Correct?

16       A    Correct.

17       Q    And it's Bates No. GA00304824.

18            Do you recognize this email?

19       A    I do.

20       Q    Who is Tamara Etterling?

21       A    The director of student services for Hall

22  County schools.

23       Q    About halfway down the email, and I will

24  read it without school specific information, it

25  says:  "In the initial training PBIS teaches to



1  establish 2-3 schoolwide expectations.  After a

2  school has solid fidelity (70% plus on TFI), then we

3  train the school in Classroom PBIS where we assist

4  teachers in developing classroom rubrics for

5  behavior."  Correct?

6       A    Correct.

7       Q    What is TFI?

8       A    Tier Fidelity Inventory, and that is the

9  DSFI, the TFI is the school version of that, where

10  the school team indicates whether the implementation

11  is not in place, partially in place, or fully in

12  place.

13       Q    And how is it administered?

14       A    Best practices is you have an outside

15  person come and sit with the team.  That they, they

16  score it.  It's scored on like a scale of zero, one,

17  two, zero not in place, two fully in place for each

18  item, and an outside person comes and builds

19  consensus.  But the team, the school team, they

20  score it.

21       Q    And who is typically that outside person?

22       A    It could be the school climate specialist.

23  It could be a coach from another school.  It could

24  be the person from the DOE.

25            And really that's that first couple of



JASON BYARS                                        December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              170

```
 1  times that we score it, and then after that the
 2  school teams is able to score it on their own.
 3       Q    When you say DOE, you mean the Georgia
 4  Department of Education?
 5       A    I do.
 6       Q    And what are some examples of schoolwide
 7  expectations?
 8       A    Be safe, be responsible, be respectful.
 9       Q    So from the behavior matrices --
10       A    Correct.
11       Q    -- that you referenced earlier?
12       A    That's correct.
13       Q    And how does starting -- how does the
14  implementation described in this email, starting
15  with one to two, two to three schoolwide
16  expectations fit within the broader implementation
17  steps that we've been going through?
18       A    That's one of the first key things that we
19  train in Tier I, is to establish your expectations.
20       Q    All right.  And let's turn back to the
21  Implementation Agreement, and on Page 8, do you see
22  where it says, "Evaluation and Continual
23  Improvement"?
24       A    I do.
25       Q    So who does the individual evaluations?
```



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            171

1          A     The school evaluations?  The school

2     evaluations are done at the district level, between

3     the coach of the school and their district

4     coordinator.

5          Q     And do schools have to submit anything to

6     GaDOE as far as their PBIS implementation goes?

7          A     They do.  They upload discipline -- their

8     discipline data to the Department of Education,

9     their Tier I ODRs, so the students with zero to one

10    referrals, all that is uploaded to the Department of

11    Education.

12         Q     Are those metrics used to determine

13    whether or not a PBIS program is having intended

14    effect?

15         A     In essence, that data is used to assign a

16    recognition level from the Department of Education.

17    And so based on their fidelity of implementation and

18    their outcome data, they get recognized.

19         Q     So you mentioned schools are required to

20    submit their ODRs.  Are they required to submit

21    anything else?

22         A     They are.  There is walk-through data, an

23    action plan, TFI scores, SAS scores.

24         Q     Previously you mentioned attendance is

25    something important to look as you're implementing



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           172

1    PBIS, correct?

2        A    Correct.

3        Q    Do schools have to submit attendance

4    information --

5        A    They do not -- sorry.

6        Q    -- to GaDOE?

7        A    They do not submit that information.

8        Q    Do schools have to submit any interaction

9    that students have with school resource officers?

10       A    No.

11       Q    Do schools have to submit restraint data

12   to GaDOE?

13       A    Not for -- not to the PBIS team.

14       Q    Do they have to submit seclusion records

15   for PBIS at GaDOE?

16       A    No, they do not.

17       Q    Do they have to submit arrests that take

18   place at school as part of their PBIS report?

19       A    No, they do not.

20       Q    Do they have to submit in-school

21   suspension numbers as part of their PBIS report?

22       A    They do.

23       Q    What about out-of-school suspension

24   numbers?

25       A    They do.



JASON BYARS                                December 02, 2022
UNITED STATES vs STATE OF GEORGIA                        173

1      Q    What about expulsions?

2      A    I don't believe expulsions is part of the

3   formula.

4      Q    If a student was arrested at school, would

5   that be considered an ODR?

6      A    If it was entered as an office

7   disciplinary referral, yes.  But if it was not,

8   schools handle that differently.  It just depends if

9   it was entered as a referral.

10     Q    So is it possible that a school could have

11  a pattern and practice of having students arrested

12  at their location but that information not get to

13  the PBIS team at GaDOE?

14     A    If it's not entered into the Student

15  Information System, I don't know if the DOE would

16  have those records.  But I -- I mean I don't know.

17     Q    Is it possible that a school could have a

18  pattern and practice of restraining students but

19  that information would not get to the PBIS team at

20  GaDOE?

21     A    I don't know.

22     Q    Do you think that information like

23  restraints and seclusions and arrests are helpful

24  for assessing the efficacy of a PBIS program?

25     A    I think any behavior that interferes with



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                                  174

1   the learning environment is important.

2        Q    Do you think it's important to track those

3   things, restraints, seclusions, and arrests, for

4   implementing PBIS at a school?

5        A    I do, and as a district coordinator I

6   thought it was really important to be able to assess

7   those practices.

8             So that, you know, I kind of knew -- one,

9   I had a pulse of what's going on, because what

10  behaviors are leading to those and how can I help

11  with that?  Again, I want to get on the front side

12  of those behaviors and try to prevent those from

13  happening.

14       Q    So we did talk about some of the data that

15  does get transmitted to the PBIS team at GaDOE.  Who

16  reviews that data?

17       A    The school climate team.

18       Q    And do you review it all together or do

19  the specific specialists review just the schools

20  that are under their purview?

21       A    It's a combination of those.

22            So the coach of the school and the

23  district coordinator, they recommend a recognition

24  level, and the DOE specialist, they review that for

25  the schools that they serve, and if they agree with



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          175

1  it, they sign off on it.  If they don't agree with
2  it, the practice has been they bring it to the team,
3  and we sit as a team and come to a decision.
4       Q    Do those same specialists review the
5  action plans for specific schools' PBIS programs?
6       A    They do.
7       Q    And do they review the self-assessment
8  surveys?
9       A    They do.
10      Q    What would make EOY data concerning?
11      A    If we saw that through the PBIS
12  implementation suspension rates were continuing to
13  go up, days of suspension were continuing to go up,
14  if we weren't seeing a decrease in those, that would
15  be a -- that would be a concern.
16           I mean we would want to drill out and
17  figure out kind of what's going on.
18      Q    How does GaDOE respond if a school's EOY
19  data is concerning?
20      A    We work directly with the school climate
21  specialists and the district coordinators to try and
22  find out what supports we could offer, what
23  additional trainings we would offer.
24           MS. CHEVRIER:  I'd like the court reporter
25      to mark this next document as Plaintiff's



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            176

```
 1        Exhibit 680.
 2             (WHEREUPON, Plaintiff's Exhibit-680 was
 3         marked for identification.)
 4   BY MS. CHEVRIER:
 5        Q    This is an email thread between you, Mr.
 6   Byars, and Ken McIntosh dated December 16 and 17th
 7   2019.  Correct?
 8        A    Yes.
 9        Q    The Bates number is GA00305809.
10             Do you recognize this email?
11        A    I do.
12        Q    Who is Ken McIntosh?
13        A    Kent McIntosh is at the University of
14   Oregon.  He is one of the -- he may have on here his
15   actual title.
16             He's a co-director of our National TA
17   Center that I mentioned on PBIS.  He's one of the
18   co-directors of our National Center.
19        Q    Attached to this email is a document
20   entitled "Georgia DOE Positive Behavioral
21   Interventions and Supports, Levels of School
22   Recognition for 2019-2020 School Year."
23             Correct?
24        A    Correct.
25        Q    And that's Bates -- it starts with
```



1    Bates-stamp GA00305811.

2            Do you recognize this document?

3        A    I do.

4        Q    Who created this document?

5        A    The school climate PBIS team at the

6    Department of Education.

7        Q    Do you know why it was created?

8        A    This is our guidance to schools on the

9    levels of recognition.

10       Q    Let's go to Page 3 of the attachment.  So

11   Bates No. GA00305813.

12           Do you see where it says "Level:

13   Emerging" at the top?

14       A    I do.

15       Q    And do you see where it says "Outcome Data

16   and Artifacts" underneath that?

17       A    I do.

18       Q    The second bullet point says:  "Tier I

19   state reportable Office Discipline Referrals (ODRs)

20   all students" equal zero to one, less than 75

21   percent.  Correct?

22       A    Greater than 75 percent.

23       Q    Greater.  Greater than 75 percent,

24   correct?

25       A    Correct.



1        Q    What does that mean?

2        A    It means that 75 percent of more of the

3    students in that school have zero or one office

4    referrals.

5        Q    And why is that an important metric to

6    track?

7        A    Tier I ODRs is important because what we

8    want to try and reduce are those repeat -- repeated

9    behaviors.  That goes back to skill development.  If

10   we have a student, group of students who have two,

11   three, four, five referrals, we're not giving them

12   the skills to be successful.

13            We understand we're dealing with students,

14   and a student may have a slip-up, but what that

15   indicates to us is for the most part the students

16   are able to meet the expectations that the school

17   has set forth.

18       Q    You mentioned previously that ODRs is one

19   of the metrics that are reviewed by the GaDOE PBIS

20   team and the TA specialists, correct?

21       A    That's right.

22       Q    Is there any independent evaluation to

23   determine whether that information provided is

24   accurate?

25       A    So that information has to be signed off



1    by the superintendent of the districts.

2         Q    So if I was a school leader and I misread

3    school data and submitted an error, the school

4    superintendent would be in place to possibly catch

5    that error?

6         A    Possibly.  But I don't know.

7         Q    Is there any other mechanism in place to

8    possibly catch errors of this nature?

9         A    Not that I'm aware of.

10        Q    Let's go back into this email and the

11   attachment, the first page of the attachment, which

12   is GA00305811.

13             Do you see where it says "Tiered Fidelity

14   Inventory (TFI) Walkthrough and TFI Assessment

15   Guidance"?

16        A    I do.

17        Q    Were walk-throughs a typical part of the

18   PBIS evaluation process when you were a program

19   manager?

20        A    They are.

21        Q    So they were then and they are now?

22        A    They are, yes.

23        Q    And they were then?

24        A    And they were then.

25        Q    Did GaDOE contract with individuals to do



1  walk-throughs?

2       A    Contract, no.

3       Q    So who did those walk-throughs?

4       A    The TAs and the Department of Education,

5  the school climate specialists at the department --

6  at the RESAs, and the district coordinators in the

7  districts.

8       Q    Can we turn to Page 2 of this attachment,

9  which is Bates No. GA00305812.

10           Do you see where it specifies levels

11  "Installing, Emerging -- or on the next page,

12  Emerging, and then Operational, and Distinguished?

13      A    I do.

14      Q    Who sets these standards?

15      A    The school climate team at the Department

16  of Education.

17      Q    At the Georgia Department of Education?

18      A    Correct.

19      Q    And are these levels also a national PBIS

20  standard or are they specific to Georgia?

21      A    They're specific to the State.

22      Q    And is the criteria under each of these

23  levels Georgia specific?

24      A    They are.

25      Q    The installing category is broken down by



1    training year and post-training year, correct?

2         A    Correct.

3         Q    What's meant by that?

4         A    So the first year of -- when you're a new

5    PBIS school and you're getting trained, recognition

6    level will be installing, and that's that training

7    year.  You're building your Tier I system.

8              After that you are eligible for

9    installing, emerging, operational, or distinguished

10   based on your data.  And so you'll see the

11   post-training year, it's more about the fidelity of

12   your implementation and not the fact that you're

13   being trained.  So it's more about the outcomes.

14        Q    On the next page, the emerging categories

15   says "Initial Fidelity Met," correct?

16        A    Correct.

17        Q    What is meant by that?

18        A    It means you've got your system in place,

19   you've got -- your SAS has been completed, your

20   walk-throughs are being done, your TFI is being

21   completed.  Those initial fidelity things that we

22   think are important, you've been able to do those.

23        Q    And who assesses the program to determine

24   whether or not that criteria has been met?

25        A    Those scores are submitted as part of this



1  process to the Georgia Department of Education

2  School Climate Team.

3       Q    So that's part of the process that

4  occasionally the whole team will review to determine

5  whether or not they've gotten the appropriate level

6  of certification?

7       A    That's right.  That happens in the

8  summertime.

9       Q    The operational category has evidence

10 provided for high fidelity of Tier I implementation

11 listed next to it.  Correct?

12      A    Correct.

13      Q    What is meant by that?

14      A    So what you'll see is it graduates up from

15 a TFI score, the emerging category to now of 70 now

16 to 85 percent.  And so what we're seeing is that a

17 greater degree of fidelity in what we're asking

18 schools to do has been achieved.

19      Q    On the next page, the distinguished

20 category has "Installing the Tier II System" written

21 next to it.  Correct?

22      A    Correct.

23      Q    What is meant by that?

24      A    In addition to all the Tier I PBIS

25 features, what we've asked is that they assess using



1  the TFI, how the implementation of their Tier II

2  services are -- are they not in place, in place,

3  fully implemented.

4       Q    Of the schools participating in GaDOE

5  PBIS, do you know how many have achieved

6  distinguished status?

7       A    I don't know off the top of my head.

8       Q    Do you have a ballpark?

9       A    I don't.

10       Q    Have any schools ever transitioned down a

11  level?

12       A    Yes.

13       Q    Why would that happen?

14       A    Most frequently it's because of the

15  outcome data.  Maybe an increase in ODRs and

16  increase in days.  That can happen for a wide

17  variety of reasons.

18            At this time that we're looking at this

19  document, if a school's population increased by 300

20  students, we didn't have a mechanism in place for

21  adjusting that you have 300 more kids, you're

22  probably going to have more ODRs but it's because

23  you have more kids.

24            We didn't have a mechanism in place to

25  account for that adjustment.  We made those



1  corrections recently, but that may be a perfect

2  example of why a school may not qualify for

3  operational.  They go back to emerging.

4         Those are the kind of conversations that

5  we try to have, and we would say, hey, this school

6  has this many more students.  When we take look at

7  their discipline, it's still pretty close, but yet

8  they're going to have more.  So we try to catch

9  those types of things.

10         But oftentimes it's -- they just don't

11  meet the criteria.

12     Q    Are there any rewards for achieving one

13  level or another?

14     A    Just the recognition.  You get a

15  certificate, and it says operational, distinguished.

16         The thing about the distinguished schools,

17  those are the schools we really hold up as our model

18  schools.  And so if we have someone that says, hey,

19  Jason, I want to visit a school that's implemented

20  PBIS, can you give me a list of some, those are

21  going to be some that we know have high fidelity,

22  are getting the outcomes.  So those would be the

23  ones that we would recommend.

24         So that's a little more recognition.  It

25  doesn't guarantee someone's coming to visit your



1   site, but it does at least give us a list of, hey,

2   these are some that are really doing well.

3        Q    Let's refer back to the email that starts

4   this exhibit, which is Bates No. GA00305809, between

5   you and Mr. -- and Kenneth McIntosh.

6             He writes:  "A little birdie told me that

7   schools in Georgia will no longer be eligible for

8   recognition if they use corporal punishment."

9             Correct?

10       A    Correct.

11       Q    How did you respond to him?

12       A    You want me to read it or you want me to

13  nutshell?

14       Q    The nutshell.

15       A    Okay.  Yes.  So the, the decision was for

16  those distinguished schools, those that we hold as

17  our model sites, that we weren't going to allow

18  schools to be recognized as distinguished if they

19  continued to use corporal punishment.

20            They could still be recognized at the

21  operational, emerging or installing level, but we in

22  PBIS were not going to hold them up as one of our

23  model sites if they used corporal punishment.

24       Q    How do you define corporal punishment for

25  the purpose of the criteria for reaching



 1  distinguished status?

 2      A    We use -- sorry.

 3           We use the State definition of corporal

 4  punishment, and I can't quote that.

 5      Q    Do you know what percentage of schools in

 6  Georgia still use corporal punishment?

 7      A    I do not.

 8      Q    Do you know what percentage of GNETS

 9  programs still use corporal punishment?

10      A    I do not.

11      Q    Why is it that schools can't achieve a

12  distinguished status if they use corporal

13  punishment?

14      A    In our opinion, on our team, corporal

15  punishment does not embody what we're trying to

16  teach through PBIS.  It's truly about a punishment

17  and not disciplining students.  What we try to

18  promote through PBIS is to discipline students, and

19  discipline's root is disciple, which means to teach.

20           So our whole goal is to teach, and we

21  don't feel corporal punishment is a teaching

22  mechanism, it's a punishment mechanism.

23      Q    And who made the decision that corporal

24  punishment couldn't be used in a school seeking

25  distinguished status?



1        A     Our team.

2        Q     While you were on it?

3        A     Yes.

4        Q     Can -- are there other factors like

5    corporal punishment that could preclude schools from

6    earning distinguished status?

7        A     If they don't -- the criteria here, if

8    they don't meet any of that criteria, it could

9    preclude them.

10       Q     Can schools still earn distinguished

11   status if they've had students arrested from their

12   schools?

13       A     Yes.  That's not an indicator.

14       Q     And can schools still earn the

15   distinguished status if they use restraint?

16       A     Yes.

17       Q     And can they still earn distinguished

18   status if they use seclusion in violation of Georgia

19   Law?

20       A     That's not specifically spelled out,

21   though.

22       Q     And if there's a pattern and practice of

23   frequent arrests at a school, could a school --

24   could that school still receive distinguished

25   status?



1             MS. JOHNSON:  Object to form.

2        A     They -- technically they could.

3        Q     And so are there no additional categories,

4   installing, emerging, operational, distinguished,

5   that recognize a program that implements Tier III?

6        A     No, because we haven't provided the

7   training for Tier III yet, and so it's hard to set

8   those standards when we haven't provided that

9   training yet.

10        Q     Who within schools receive PBIS training?

11        A     The school team.

12        Q     And is there a different kind of training

13   for different members of the school team?  Like

14   would a school principal receive different training

15   than teachers?

16        A     No.

17        Q     And would teachers receive different

18   training than paraprofessionals?

19        A     No.

20        Q     And who provides the training for these

21   teams?

22        A     The Georgia Department of Education, and

23   in some cases the school climate support specialist

24   and the RESA.

25        Q     And is the training mandatory if they've



JASON BYARS                                December 02, 2022
UNITED STATES vs STATE OF GEORGIA                      189

1   opted into adopting the PBIS framework?

2       A    Yes.

3       Q    And how frequently does training occur?

4       A    It's on an as-requested basis.

5       Q    So it's requested but it's also mandatory?

6       A    So if I'm --

7            MS. JOHNSON:  Object to form.

8       A    If I'm a school or a district and I want

9   to become a PBIS school or district, I request the

10  training from the DOE.

11      Q    Got you.  And then once I've started that

12  request process, then once it's offered to me, I

13  have to participate in it?

14           MS. JOHNSON:  Object to form.

15      A    It's kind of like the question about the

16  superintendent.  If at any point they say we've

17  decided not to implement, then they could stop.  But

18  to be recognized as a PBIS school and all that, you

19  have to go through the training.

20      Q    Does the staff who attend these trainings

21  have follow-up supervision with someone who has

22  competencies in these areas?

23           MS. JOHNSON:  Object to form.

24      A    The DOE, the RESA, and the district

25  coordinator all provide support to schools.



1    Q    And they have background in PBIS and are

2    able to provide the necessary supports?

3    A    That's correct.

4    Q    And are there any tests or deliverables

5    that trainees need to complete in order to

6    demonstrate that they've mastered the material from

7    training?

8    A    No.

9    Q    Are you familiar with Functional

10   Behavioral Assessments?

11   A    I am.

12   Q    What, if any, FBA training is provided

13   within the PBIS framework?

14   A    We don't provide FBA training.

15   Q    Are you familiar with Behavioral

16   Intervention Plans, or BIPs?

17   A    I am.

18   Q    Is there any training on BIPs provided

19   within the PBIS framework?

20   A    No.  Those would be seen as Tier III.

21   Q    What funds, if any, does the State

22   contribute to support PBIS?

23         MS. JOHNSON:  Object to form.

24   A    To schools or districts or within the

25   Department of Education?



1    Q    To schools or districts.

2    A    They don't provide funds to schools or

3    districts.

4    Q    What about within the GaDOE?

5    A    They provide the personnel and the support

6    for the personnel.  That's what the Department of

7    Education provides.

8    Q    Do you know what the annual budget for

9    PBIS is?  Annually for the State?

10   A    So there's several different funding

11   streams that are braided together.

12        I believe when I was overseeing the

13   budget, the budget through special education was $2

14   million.

15        The budget from the school climate

16   transformation grant was $750,000.

17        The budget from Project AWARE, I don't

18   recall that off the top of my head.  But that budget

19   came and then part of that was also distributed to

20   the three LEAs.

21        And then the State budget provides -- I

22   don't remember that amount but it provided for two

23   additional team members through the State budget,

24   and it also provided for the RESA school climate

25   specialist salaries.  But that was the State budget,



1   not the Department of Education.  But we braided

2   those budgets together to support the work.

3       Q    How much does the legislature appropriate

4   to PBIS?

5       A    I don't know the total amount, but enough

6   for two positions on the PBIS team and the RESA

7   school climate specialists.

8            I used to remember those numbers, and I've

9   forgotten them.

10      Q    Good for you.

11      A    Yeah.

12      Q    And what was -- you mentioned what the

13  annual budget was.  How much was requested when you

14  were a PBIS program manager?

15      A    2 million.  From special education.

16           The other two's were grants that were

17  given.  So -- that we applied for and were awarded.

18  So those were set.

19      Q    Who pays for the trainings provided to

20  LEAs and RESAs and school staff that GaDOE provides?

21      A    What expenses are we talking about?  So

22  when you say pay for training?

23      Q    Sure.  Who pays for the salaries for the

24  persons who are giving those trainings?

25      A    So it depends on how they're funded.  So



1   on my team, and we listed all those people, some

2   funds -- some IDEA funds fund salaries, some school

3   transformation grant funds salaries, some State

4   budget funds salaries, some Project AWARE money

5   funds salaries.

6          So it depends on who's doing the training

7   where their funds come from.

8      Q    And who pays for, for example, travel,

9   overhead costs?

10     A    So those come from either the IDEA budget,

11  school transformation grant budget, or the Project

12  AWARE budget.

13     Q    And I think you mentioned this before.

14  Who pays for the RESA SCSS staff?

15     A    That's the State budget.

16     Q    And what are the broad ways in which the

17  State reviews, assesses, or regulates the

18  implementation of PBIS?

19         MS. JOHNSON:  Object to form.

20     A    When you say the State, who do you mean?

21     Q    GaDOE.

22     A    The school climate team or someone outside

23  the school climate team.

24     Q    Within the school climate team.

25     A    How do we regulate PBIS implementation?



1    Q    Yes.

2    A    Walk-throughs, the interviewer recognition

3    system, a lot of coaching, a lot of visits.

4    Q    All what we've been talking about, for the

5    most part?

6    A    Absolutely.

7    Q    As of the time that you left GaDOE, about

8    how many school districts were using the PBIS

9    framework?

10    A    I would be speculating.  I don't remember

11    a number.

12    Q    Do you know if the number was expanding or

13    contracting?

14    A    It was continuing to expand.  Every year

15    that I was at the DOE we were increasing the number

16    of districts and schools that were implementing.

17    Q    What staff positions at a school are

18    necessary for the full implementation of PBIS?

19    A    The one that's really vital is the school

20    coach.  That's the one that we recognize, that the

21    PBIS team to say this is really important.

22         Having an administrator on the team is

23    really important, but that's not -- it's not an

24    initial staff member.  It's identified

25    administrator.



1          So on that team people have roles, but the

2   coach is really one of them -- one of the critical

3   roles.

4      Q    Is there any education or experience

5   that's necessary for the coach to have that role?

6      A    No.  We don't -- no.

7          MS. CHEVRIER:  I'd like the court reporter

8      to mark this next document as Plaintiff's

9      Exhibit 681.

10         (WHEREUPON, Plaintiff's Exhibit-681 was

11          marked for identification.)

12  BY MS. CHEVRIER:

13     Q    This is an email from you, Mr. Byars, to

14  Dr. McGiboney, with Emily Graybill copied, dated

15  July 2nd, 2020.  Correct?

16     A    Correct.

17     Q    And it is Bates No. GA00311038.

18         Do you recognize this email?

19     A    I do.

20     Q    Who is Emily Graybill?

21     A    Dr. Graybill is the director from the

22  Center for Leadership and Disability at Georgia

23  State University.

24     Q    You wrote:  "There has been a significant

25  increase over the past few years for districts to



1  hire what is commonly called a 'Behavior

2  Specialist.' However, there is no governance or

3  guidance as to how to define a 'Behavior Specialist'

4  or what qualifies mon to serve in this job role (job

5  description).  Districts use these positions from

6  anywhere between a classified employee assigned to a

7  single student to an educator that is ABA certified.

8  Additionally, there is no organization to support

9  these educators by providing PL.  Recognizing this

10 gap, Emily Graybill and I have been trying to figure

11 out how we can organize and support 'Behavior

12 Specialists' in Georgia through a collaboration

13 between GSU and the GaPBIS unit."

14         Correct?

15    A    Correct.

16    Q    What does PL mean in this context?

17    A    Professional learning.

18    Q    And what does GSU mean in this context?

19    A    Georgia State University.

20    Q    And what did you mean by recognizing this

21 gap?

22    A    So we have seen school districts

23 recognizing that they have students who need that

24 additional in-school behavior support, but defining

25 what we see advertised jobs for behavior



1   specialists, there's a large gap that exists on that

2   skill level and job description or lack of job

3   description.  And so what we wanted to try to do is

4   fill that gap with some training, some professional

5   learning, so that at least we knew behavior

6   specialists in Georgia were all receiving some

7   similar training, they all had similar skills.

8        Q    By classified employee, did you mean like

9   a one-to-one aide?

10       A    Correct.

11       Q    Why is it important for behavior

12  specialists to have a certain knowledge base?

13       A    I think that if someone's going to be

14  assigned to really help a student develop skills and

15  build skills, they need to be knowledgeable about

16  how to do that.  And I think we were seeing some

17  situations where people were being hired and they

18  didn't have -- they didn't have the skills and they

19  didn't have a community that they could go to if

20  they had a question or they were trying to help a

21  student, like they didn't have someone they could

22  call and say, hey, I know you're a behavior

23  specialist in the next county over.

24           So we were trying to build that type of

25  community.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           198

1      Q    At the time you left GaDOE, were there
2   still behavior specialists who in your opinion did
3   not have the necessary training or qualifications to
4   fulfill those roles?
5      A    I can't cite a specific person for
6   example, but I do think we need to continue to
7   develop behavioral specialists in our state.
8      Q    How do behavior specialists interact with
9   the PBIS framework?
10     A    That's left to the school and district.
11     Q    To your knowledge, were there ever
12  behavior specialists implementing the PBIS framework
13  without the proper qualifications necessary to do
14  so?
15     A    If a behavior specialist was trained in
16  PBIS Tier I, then they were trained.
17     Q    And if they weren't?
18         Were you aware of any behavior specialists
19  who weren't adequately trained who are still
20  participating in the implementation of PBIS at their
21  school?
22     A    That is not necessarily true to just
23  behavior specialists.  People leave PBIS teams all
24  the time and they're replaced on the team, and the
25  people that are replaced don't always get the



1    training.

2            There's sometimes that we'll have an

3    entire school team and nobody was in the initial

4    training.  And so we try to constantly monitor that

5    and decide when we need to go back to a school and

6    re-train.

7            So that's not unique to a behavior

8    specialist.  That's part of the attrition of

9    schools.

10       Q    Your initial idea, according to this

11   email, was to create a PSC certification within the

12   PBIS endorsement, correct?

13       A    Correct.

14       Q    What does PSC stand for?

15       A    Professional Standards Commission.

16       Q    And according to this email, that was not

17   a viable option, correct?

18       A    Correct.

19       Q    Why not?

20       A    The Professional Standards Commission is

21   not taking on any new certifications.  They just

22   don't have the manpower to create the task force to

23   help explore it, and so they're just not taking on

24   any new certifications right now.

25       Q    According to this email, you planned for



1    three other ways to support an organized behavior

2    specialist, correct?

3         A    Correct.

4         Q    The first was to create a subgroup on the

5    GaDOE community forum, correct?

6         A    That's correct.

7         Q    Why in your opinion was this needed?

8         A    So I just mentioned that there's not a

9    commonplace for behavior specialists to come

10    together, and that's what the forum was designed

11    for.  It was designed to connect educators from

12    around the State with a common interest, and so

13    creating that behavior specialist would be a place

14    where they could come together and share ideas and

15    ask questions.

16         Q    And was this executed?

17         A    Yes -- sorry.

18         Q    -- as planed?

19         A    Yes, it was.

20         Q    And did it fulfill the need you were

21    hoping it would?

22         A    It didn't because that --

23         Q    I'm sorry, did you say it did or did not?

24         A    It did not.  That community forum, GaDOE

25    community, it just didn't take off like we hoped it



1    would.  It was at least a launching point and it was

2    a place where we did trainings that we could direct

3    people to.

4            We were hoping it would take -- get a

5    little more traction, but it was a starting point.

6        Q    The second way that you sought to support

7    an organized behavior specialist was to create

8    micro-courses based on feedback you received in the

9    GaDOE community forum, correct?

10       A    Correct.

11       Q    And these were to include 20 to 30 minute

12   standalone courses housed on GAPBIS.org, correct?

13       A    Correct.

14       Q    Why in your opinion was that needed?

15       A    The training aspect, again on how to

16   deliver those skills, I think was really important,

17   the training and teaching skills.

18           And we also know it's hard to pull people

19   together.  It's hard to get subs.  Travel is

20   expensive.  So if we could do that as online

21   modules, I think it would better serve the needs of

22   the behavior specialists.

23       Q    And was this executed?

24       A    It was not.  The community part kind of

25   had to happen first to get the feedback, to build



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            202

1   the courses, and that community part just didn't

2   take off.  So the second didn't happen.

3       Q    The third plan responsibility is to create

4   a series of courses that you hope to develop into a

5   PBIS behavioral specialist endorsement through a PSC

6   in the future, correct?

7       A    Correct.

8       Q    And why in your opinion was that needed?

9       A    So that was more of an intensive training

10  with Dr. Graybill and myself on some of the things

11  they asked about earlier, FBAs and BIPs and how to

12  score those, and how PBIS as a framework fits into

13  all of this.

14           So that was the real intensive training

15  part of it.

16           And then the micro-courses were more skill

17  development.

18      Q    And was this executed?

19      A    It was.

20      Q    And what types of topics did these courses

21  cover outside of what you just listed?

22      A    Those were, those were the main topics.

23           Tier III supports and mental health were

24  also two topics that we covered.

25      Q    And, to your knowledge, is that effort



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            203

1    ongoing?

2        A    It is.  Dr. Graybill and I are still

3    planning to teach it again this year.

4        Q    What's your understanding of what

5    constitutes a therapeutic setting?

6        A    I don't have -- I don't know.

7        Q    You stated earlier that you are familiar

8    with the GNETS program, correct?

9        A    Correct.

10       Q    And are you aware that there are both

11   school-based and center-based GNETS programs -- or

12   GNETS sites?

13       A    Yes.

14       Q    And do you know if the school-based

15   locations of regional GNETS programs are a part of

16   the PBIS programs at the schools where they're

17   co-located?

18            MS. JOHNSON:  Object to form.

19       A    I don't know the answer to that question.

20   I will tell you that in general GNETS sites were

21   trained as schools, an independent school, and not

22   as part of a school if it was attached to.

23       Q    And so were they trained to create their

24   own PBIS framework?

25       A    Correct.



1    Q    And if a regional GNETS program adopts the

2    PBIS framework, is it implemented in all of the

3    regional GNETS program sites?

4              MS. JOHNSON:  Object to form.

5    A    I don't know the answer to that.

6              MS. CHEVRIER:  I think this is a good time

7         to stop and take a break, if that works for

8         you.

9              THE WITNESS:  Perfect.

10             THE VIDEOGRAPHER:  The time is 2:47 p.m.,

11        and we are off the record.

12             (A recess was taken.)

13             THE VIDEOGRAPHER:  The time is 3:10 p.m.,

14        and we are on the record.

15   BY MS. CHEVRIER:

16   Q    Let's circle back to the funding that we

17   were discussing previously.

18             You mentioned that there is some staff on

19   the PBIS team that is funded by GaDOE; is that

20   right?

21   A    Correct.

22   Q    And how many positions are funded by

23   GaDOE?

24   A    I don't remember the number.

25   Q    Do you have a ballpark sense of what that



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          205

```
 1  funding is for those positions?
 2       A    For salaries for -- salaries, benefits --
 3  I just don't remember.
 4       Q    Do you have a sense of what the salary and
 5  benefits would be for one individual on the PBIS
 6  team?
 7       A    So it's a -- based on years of experience.
 8  There could be a $30,000 swing.
 9       Q    So what's the range?
10       A    The range is probably 85 -- 75 to probably
11  95, a hundred.
12       Q    Okay.  And how many staff members are paid
13  for by GaDOE?
14       A    I don't know that number off the top of my
15  head.
16       Q    Okay.  From the PBIS team, I mean do you
17  have a ballpark for how many?
18       A    So the names that I gave you earlier, so
19  that's the -- some of those people are still in that
20  current team, and they've hired a couple other
21  people, but like Bob Burgess has left.  So I mean I
22  have to really sit and think and write it out to
23  give you an exact number.
24       Q    Do you remember how many people were on
25  the staff that you oversaw for the GaDOE PBIS team?
```



1        A    At any given time 12 to 16.

2        Q    So the maximum number of staff that GaDOE

3    paid for was -- for the PBIS team was 16?

4        A    I'm guessing -- again, I don't remember

5    the exact number.

6        Q    But it couldn't be more than the number of

7    people who were on that team, correct?

8        A    That DOE paid for PBIS and school climate?

9        Q    Correct.

10        A    Correct.

11        Q    So is it correct to say 16 would be a max

12    while you were there?

13        A    I'm estimating 16.

14        Q    And then those individuals would have been

15    paid, I think you said, between 75 to $100,000 a

16    year?

17        A    Correct.

18        Q    Okay.  And GaDOE was potentially paying

19    for up to 16 salaries between 75,000 to $100,000 a

20    year, for the GaDOE PBIS team?

21        A    Again, that's an estimate.

22        Q    And you had mentioned SAS scores.  Can you

23    just, for the record, tell me what that acronym

24    stands for?

25        A    Absolutely.  Self Assessment Survey.



1          The Self Assessment Survey is taken by the

2    entire faculty and staff of the school, and it goes

3    through the elements of PBIS and it asks the entire

4    staff which ones are not in place, which ones are in

5    place, which ones are partially in place, and then

6    it also has another scale of -- it's not a priority,

7    a low priority, or a high priority.

8          So it lets us know what's in place, and

9    then what are the plyers that the staff thinks for

10   PBIS implementation.

11        Q    You mentioned before that Tier III

12   training has not been rolled out yet by GaDOE; is

13   that correct?

14        A    That is correct.

15        Q    Is it your understanding the Tier III

16   training is in development?

17        A    It is complete.  It's one of my babies.

18   It was one of the things that I really wanted done,

19   and the program manager called me just a few weeks

20   ago and said it's complete, we're piloting it with

21   our team, and then we're piloting it with schools.

22        So it's complete and it's going to be

23   rolled out relatively soon.  I'm really excited

24   about it.

25        Q    That's great.  Have you seen the content



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            208

1  of this training?

2       A    I have not.

3       Q    Did you work on the development of this

4  training?

5       A    I did not.  I had a team at the Department

6  of Education who worked on it, and actually Jeannie

7  Morris, the new program manager, was the team lead

8  on that.

9       Q    Do you think it should include FBA and BIP

10  training?

11      A    I think it should include an overview of

12  FBA and BIP.  I don't know that a full training.  I

13  think it would be time prohibitive to do a full FBA

14  and BIP training within Tier III training.

15      Q    And you mentioned before that BIPs are a

16  Tier III intervention; is that correct?

17      A    Correct.

18      Q    Where else, if not by GaDOE, would someone

19  receive training to develop a BIP?

20      A    Colleges and universities do that.

21  Georgia State does FBA and BIP training.

22           Probably some of the RESAs, you could get

23  FBA and BIP training at RESAs, where professional

24  learning is offered.

25      Q    And are there place -- are there schools



1  in Georgia that have implemented Tier III even

2  though the Tier III training has not been ruled out

3  yet?

4      A    They have aspects of Tier III in place.

5  For example, when I was in Griffin, a lot of our

6  mental health services and those behavior supports

7  we were offering, those were really Tier III

8  supports.  We had been formally trained but we knew

9  what our needs were and we had that grant to help us

10  develop some of the ways to meet those needs.

11      Q    When did GaDOE first start supporting

12  PBIS?

13      A    I believe 2008.

14      Q    And is it typical for it to take, you

15  know, over a decade to roll out Tier III training?

16      A    I don't know it's typical in rolling out

17  Tier III training.  There's not enough Tier III

18  trainings out there to kind of know what's typical.

19          I knew it was a need in our state and I

20  knew we needed to meet the need.

21      Q    Why do you think that need needed to be

22  met?

23      A    Just hearing and having been in the

24  district to see the needs and in really hearing in

25  some of those really intense behaviors that our



1    schools were struggling with, and they didn't know

2    how to help those children, and so when you hear

3    that, you travel around the State and you do

4    presentations, you travel the country and you talk

5    to people and you start hearing that same theme over

6    and over again.

7              Plus I had firsthand knowledge in a

8    district that had pretty significant individual

9    student needs.  So I knew coming from the district

10   when I got here that was something we had to do for

11   our state.

12        Q    And is the goal of Tier III training

13   roll-out to decrease those severe behaviors in

14   students who require Tier III services?

15        A    Correct.  It's, again, skill builds, so

16   that those behaviors decrease.

17        Q    And what support is given by GaDOE to a

18   school that is currently trying to implement Tier

19   III but hasn't received the training yet?

20        A    I don't -- I don't think there's any

21   official support that the DOE offers.

22        Q    And we talked before about the different

23   levels, installing, emerging, operational, and

24   distinguished.  Would you hope to see that student

25   outcomes improve as the levels increase?



1    A    That's correct.  That's kind of the

2   purpose of that recognition system, is as the

3   recognition level goes up, the outcomes also go up,

4   and that's how you meet those needs.

5            And since you brought that up, one of the

6   questions you asked a few minutes ago was something

7   to the effect of could a student who's been arrested

8   multiple times, could that school still be

9   operational or distinguished.  I've been thinking

10  about that question, and I went back and I looked,

11  and I think it was this year, that you provided

12  Exhibit 680, I think is the year that we removed one

13  thing from this, and that was schools that were on

14  the persistently dangerous list wouldn't be

15  recognized with some of our -- and we never had

16  that.  We never had a school on the persistently

17  dangerous list.

18            So it was either 2018 or '19 that we

19  removed that off of here, but when you asked that

20  question, it made me think why didn't we think about

21  that and we did have that caveat in about the

22  persistently dangerous.

23            So some behaviors, like what you're

24  describing, if that would have gotten a school on

25  the persistently dangerous list, that is something



JASON BYARS                                December 02, 2022
UNITED STATES vs STATE OF GEORGIA                        212

1  we would have taken a look at.

2      Q    Thank you for circling back with that.

3           So what does cause a school to be put on a

4  persistently dangerous list?

5      A    And I don't remember all the definitions

6  of that, but the severe criminal type behaviors, if

7  those are repeated.

8           You mentioned arrests.  So depending on

9  what those arrests are for.  But I really have to go

10 back and look that up.

11          Again, it's not something we luckily had

12 to deal with.  So it's not something that I looked

13 at very regularly, but I did remember it being a

14 part of our rubric.

15     Q    Thank you.  And so just to be clear, you

16 said that schools being on the persistently

17 dangerous list was removed from that.  How was it

18 included previously on the earlier iterations?

19     A    And I was looking back to see if I could

20 remember, and it seems like that to receive a PBIS

21 recognition, you couldn't have been on that list at

22 any level.

23          That's the way I remember, but I'd have to

24 go back and pull like 2018 to go back and look at.

25     Q    Got you.  So it was like an exclusionary



 1  criteria, like using corporal punishment is now?

 2      A    Correct.

 3      Q    And so to go back, you just agreed that as

 4  school's levels increase, so go from installing to

 5  distinguished, that you would see student outcomes

 6  improve?

 7      A    Correct.

 8      Q    And what data would that be based on?

 9  Would it be based on ODRs decreasing?

10      A    Exactly.

11      Q    And ISS decreasing?

12      A    Yes.

13      Q    And OSS decreasing?

14      A    Yes.

15      Q    Any others that I'm missing?

16      A    So we also take a look at that Tier I

17  data, the increase of the number of students at Tier

18  I.  The --

19      Q    And that's linked to ODRs, though?

20      A    That's linked to ODRs.

21          So the data that we looked at, what we

22  defined that is a stable declining, and we

23  understood you may have a little uptick of five

24  percent.  We consider that stable.

25          So anything that was 15 percent or below



1   was what we considered stable or declining.  So we

2   wanted you to maintain where you were or improve

3   that.

4        Q    In your current position as school climate

5   director for Northeast Georgia RESA, do you ever

6   interact with Rutland Academy GNETS program?

7        A    I have.

8        Q    And in what ways?

9        A    So once I went out -- both times were to

10  go out and meet with their director and again try

11  and start doing like I do with a lot of schools and

12  districts.  I've tried to visit one-on-one's with

13  every school district that I'm serving.  So I've

14  been out and had those one-on-one meetings with

15  everybody.

16           And so she's one of my schools.  So to go

17  out and really begin that relationship with her.

18       Q    So does the Rut -- does Rutland currently

19  use the PBIS framework?

20       A    They do.

21       Q    And do you know their current status, as

22  far as installing, merging, operational,

23  distinguished?

24       A    I don't.

25       Q    And have you conducted any facility visits



1    of regional GNETS programs in your capacity as PBIS

2    director at -- program manager at GaDOE?

3         A    Like an official like walk-through type or

4    just a visit?

5         Q    Let's do walk-through first.

6         A    No.

7         Q    Have you done any just visits?

8         A    I have.

9         Q    In what way?

10        A    So like I mentioned earlier that Elam

11   Alexander, I held meetings there.  It's a great

12   place to hold meetings and they do a real good job

13   with PBIS implementation.  So it's a great

14   environment for people to really see and feel what

15   it looks like.  And those were my meetings with my

16   school climate specialists from around the State.

17             So there have probably been a couple of

18   places like that I've had a meeting like in a GNETS,

19   and they wanted to walk me around and show me kind

20   of what they're doing and how their implementing.

21        Q    Do you have a sense, ballpark, for how

22   many facilities you've done those informal

23   walk-throughs?

24        A    As a DOE person --

25        Q    Yes.



1        A     -- or totality.

2        Q     As a DOE person.

3        A     Definitely Elam, definitely Mainstay in

4   Griffin.

5              There was one down in First District that

6   I visited.  So I'd probably say maybe three.

7        Q     And who coordinated those visits?

8        A     I probably coordinated because I was going

9   down for a meeting or something like that.  So I'm

10  sure I'm the person who set that up.

11       Q     And did you analyze the nature and quality

12  of the therapeutic supports available to students at

13  those locations?

14       A     No.

15       Q     Did you assess the school climate in those

16  facilities?

17       A     No.

18       Q     Did you analyze anything else?

19       A     No.

20       Q     When was the last time you visited a GNETS

21  facility in your capacity as program manager at

22  GaDOE?

23       A     Oh, wow.

24              Pre-pandemic.

25       Q     And what about visits in your current



1  position?

2      A    Let's see here.  I visited Rutland, went

3  out to see Celeste.  It may have been in November.

4  So maybe last month.

5      Q    And what was the purpose of that visit?

6      A    I went out to do an after-action review

7  with her to teach her about how to do after-action

8  reviews, just a tools skill that we use.

9      Q    And who coordinated that visit?

10      A    Who coordinated that visit?  Um, I think

11  Celeste -- I mean it was just -- Celeste and I

12  coordinated that together.

13          Lori Allison, of course I keep her

14  involved whenever I go visit schools and districts.

15  I don't know that there was a lot of coordination

16  that was going on.  It was a need that popped up and

17  I side I could help out.

18      Q    Sounds good.  What was that need?

19      A    To learn how to do after-action reviews.

20      Q    And did you analyze the nature and quality

21  of the therapeutic supports available to students

22  while you were there?

23      A    I did not.

24      Q    Did you assess the school climate in those

25  facilities?



1    A    I did not.

2    Q    Did anyone you supervise at GaDOE

3    participate in facility visits in GNETS facilities?

4    A    They did.

5    Q    In what capacity?

6    A    Walk-throughs.  That would be probably --

7    one of the primary things in our role at the DOE,

8    would be to conduct walk-throughs.

9    Q    And how frequently were walk-throughs done

10   by GaDOE staff in GNETS facilities?

11   A    It's as requested.  We really weren't on a

12   schedule per se.  It's more when there was a need,

13   especially when you have new coaches and new

14   district coordinators and they just don't feel

15   comfortable doing them.  It's a real good way to get

16   out and coach.  So once we kind of coach those up --

17   coach those people up on those, then they start

18   doing them themselves.

19   Q    You mentioned you weren't on any kind of

20   schedule for those walk-throughs.  Are other schools

21   on a schedule for walk-throughs?

22   A    They are.  We ask the schools to do two

23   walk-throughs a year, and it just varies how they

24   handle those.  Some schools handle it themselves,

25   some have their district coordinators come out.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          219

1              I've been invited now in my new role in

2     RESA.  I've been invited out to a lot of school

3     walk-throughs, which is a lot of fun to get to go

4     out and see the schools.

5              And then sometimes, like Ben Moore, who is

6     our DOE person, sometimes when he's available, he'll

7     go with us.  So it just varies.  But we ask schools

8     to do two a year.

9         Q    And that's true for GNETS schools as well?

10        A    Correct.

11        Q    When was the last time that someone you

12    supervised advised GNETS facility?

13        A    Currently supervise?

14        Q    No.  Someone who you supervised as -- when

15    you were program manager.

16        A    Oh, I don't know that.

17        Q    And when we talk about walk-throughs, are

18    these the TFI walk-throughs?

19        A    They sometimes are referred to as TFI

20    walk-throughs because we're looking for those

21    elements of the TFI when we do our walk-through.

22        Q    Did you have any duties at GaDOE with

23    respect to GNETS?

24        A    Other than the implementation of PBIS.

25    That was really it.



JASON BYARS                                December 02, 2022
UNITED STATES vs STATE OF GEORGIA                         220

1      Q    And did you meet with anybody regarding
2   GNETS while you were at GaDOE?
3      A    Did I meet with anybody regarding GNETS
4   when I was at GaDOE?
5           Maybe early on in this litigation.  Stacey
6   Suber-Drake and I met to talk about -- I think there
7   were some documents that we had to produce, and so I
8   had to get those together.
9           So I do remember that.
10     Q    What is Sandy DeMuth's title?
11     A    Sandy is one of our school climate
12  transformation grant specialists.  So she's funded
13  -- she's part-time funded by the school climate
14  transformation grant to support the work of the
15  grant.
16     Q    And she's someone who reported to you?
17     A    She is.
18     Q    And what was your -- and did she have any
19  specific job or responsibility related to GNETS?
20     A    She did.  So she's the one who organized
21  collecting the data for the end of year recognition.
22          Because their programs are not schools,
23  they get to submit their data through SLDS, like
24  most schools.
25     Q    Can you say what SLDS is?



1          A      State Longitudinal Data System.

2                 And that's where we upload our data, the

3    office disciplinary referral data and all that data

4    that gets uploaded to the State.

5                 And so we had to create another form for

6    our alternative GNETS, any program that didn't have

7    a school number, that was able to submit.  They had

8    to submit it in a different way.  So Sandy organized

9    and led all that, collected the data, used the jot

10   form and disseminated it to the sites.

11         Q      And while you were at GaDOE, did you have

12   any communication with other staff at GaDOE who were

13   responsible for the GNETS programs?

14                MS. JOHNSON:  Object to form.

15         A      I honest -- I don't.  I can't tell you

16   who's over GNETS at the DOE.  So if I had contact

17   with that person, I don't -- I mean I don't know.

18   But nothing specific about GNETS.

19         Q      Did you ever communicate with Zelphine

20   Smith-Dixon about the GNETS program?

21         A      I can't say that I did or didn't.  I just

22   don't remember.

23         Q      Did you ever communicate with Vickie

24   Cleveland about the GNETS program?

25         A      I don't remember.



1        Q    Did you ever communicate with Shaun Owen
2   about the GNETS program?
3        A    I don't remember.
4        Q    Are GNETS programs required to use the
5   PBIS framework?
6        A    No one's required.  It's voluntary.
7        Q    Do you know if all of the GNETS programs
8   use the PBIS framework?
9        A    I don't know that off the top of my head.
10  I don't know.
11       Q    Do you know whether all GNETS programs
12  receive PBIS training?
13       A    I don't know that either.
14       Q    Do you know at what level installing,
15  emerging, operational, or distinguished most GNETS
16  programs are currently operating?
17       A    I don't.
18            MS. CHEVRIER:  I'd like the court reporter
19       to mark this document as Exhibit 682.
20            (WHEREUPON, Plaintiff's Exhibit-682 was
21        marked for identification.)
22  BY MS. CHEVRIER:
23       Q    The Bates stamp is GA00303767.
24            This is an email from Sandy DeMuth to
25  Tammi Clarke, on which you are copied, correct?



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           223

1      A     It is.

2      Q     And it is from August 22nd, 2019?

3      A     Correct.

4      Q     And do you see there where it says

5   "Attachments:  Jot Form, Final sign off 8-21-19,"

6   and then it shows it's an Excel spreadsheet?

7      A     I do.

8      Q     So I'm going to share that Excel

9   spreadsheet with you on a computer.

10      A     Okay.

11      Q     I believe I have now given you remote

12   control so that you can move within.

13            So this is an Excel spreadsheet that

14   provides information about GNETS and alternative

15   school PBIS implementation statuses, correct?

16      A     Correct.

17      Q     And it includes the program's PBIS

18   training year, correct?

19      A     Sorry.  I'm having to scroll over.

20      Q     No worries.

21      A     Okay.  I do see the PBIS training year

22   now, yes.

23      Q     And it also includes the State's

24   recommendation as far as its level, correct?

25      A     It does.



JASON BYARS                                        December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              224

1     Q    And do you recognize this spreadsheet?

2     A    I don't necessarily recognize this

3  spreadsheet.  Again, this was kind of the internal

4  document that Tammi and Sandy would use.  Where I

5  would see this information would be if there was,

6  you know, like we talked about earlier, where you

7  see there was a district coordinator recommendation

8  and the date recommendation, if there was a

9  difference, then Sandy would have brought to it our

10  team.

11         Just it's like AC -- A.Z. Kelsey says they

12  want to be operational.  We say they want to be

13  emerging.  Let's talk about it.

14     Q    But you do see this was attached to an

15  email on which you were copied?

16     A    Correct.

17     Q    Can you scroll to where it says Coastal

18  Academy Hinesville?

19     A    Okay.

20     Q    There are PBIS training years listed as

21  2012 to 2013, correct?

22         Sorry, we're testing your Excel

23  spreadsheet skills.

24     A    2012, 2013.  Correct.

25     Q    And the State remediation is that they are



1  emerging, correct?

2      A    Sorry, I'm having to scroll back up to the

3  top and make sure I'm on the right column.

4           That's correct, emerging.

5      Q    Is it standard for a school not to reach

6  operational status after seven years?

7           MS. JOHNSON:  Object to form.

8      A    I don't -- I don't know.  I don't -- I've

9  not looked at that kind of data.

10     Q    And do you have any reason to question the

11  data that appears in this spreadsheet?

12     A    I do not.

13     Q    Why might it take so long for a school to

14  reach operational status?

15     A    Probably fidelity implementation.

16     Q    Does it concern you that it's taken

17  Coastal Academy Hinesville this long to achieve

18  operational status?

19     A    So this is an example, this is a data

20  point in time.  They could have been operational the

21  previous year, we don't know.  They could have been

22  operational for five years in a row.  I don't know.

23          So it's hard to say whether I have

24  concerns about that, that on this one data point in

25  time that they were emerging, the recognition level.



1      Q    If they had been emerging the entire time,

2   would you have concerns?

3      A    I would, I would want to know why we're

4   not able to, to get the outcomes that we're looking

5   for.

6      Q    Would it concern you if more GNETS

7   programs had stalled in their PBIS implementation?

8      A    It concerns --

9           MS. JOHNSON:  Object to form.

10     A    It concerns me that any school, not just

11  GNETS, and we have those discussions about any of

12  our schools that aren't able to, you know, kind of

13  move forward and implement with fidelity and what

14  kind of coaching and what's going on.

15          So is it concerning about GNETS?

16  Concerning about GNETS, it's concerning about

17  elementary schools, middle schools, high schools.

18     Q    We discussed earlier that the

19  distinguished category is reserved for schools that

20  are installing Tier II systems with fidelity,

21  correct?

22     A    Correct.

23     Q    If a school is still at the emerging

24  status, does that mean they are not yet implementing

25  Tier II with fidelity?



1     A     PBIS Tier II as recorded on their TFI,

2   correct.

3     Q     Do you know how many GNETS programs are

4   providing all three tiers of the PBIS framework?

5     A     I don't know.

6     Q     Do you know how many general education

7   schools are providing all three tiers of the PBIS

8   framework in Georgia?

9     A     I don't.

10     Q     We spent a lot of time talking about the

11   PBIS framework.  Are there any ways that you would

12   expect the framework to work differently at a GNETS

13   program?

14          MS. JOHNSON:  Object to form.

15     A     I've never worked in a GNETS, so I don't

16   know.

17     Q     Do Tier I services and interventions at a

18   GNETS program look the same as Tier I services and

19   interventions at a general education school?

20     A     They do look very similar.

21     Q     And what about at Tier II?

22     A     At Tier II, I would think probably the

23   behaviors are a little more intensive, and so I

24   would think we would probably see a wider number of

25   students at Tier II than we would in a regular



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            228

1   education school, just because of the nature of the

2   students who are in our GNETS programs.

3        Q    And just for the record, when you say that

4   you would expect it to be -- behaviors to be more

5   severe, is that at a GNETS program compared to a

6   general education school?

7        A    That's correct.

8        Q    And what about at Tier III?

9        A    The same.  I would expect probably to see

10  more students who need Tier III -- Tier II and Tier

11  III services in a GNETS than I would in a regular

12  education setting.

13       Q    Are there any services provided through

14  the PBIS framework, to your knowledge, that are only

15  provided in GNETS settings?

16       A    Not to my knowledge.

17       Q    Would you expect to see other services

18  provided through PBIS at a GNETS program compared

19  with the GNETS setting?

20       A    I don't -- I don't know that services

21  would be the word that I would use.  How we coach

22  the GNETS may be a little different, just because we

23  know that their population is a little different and

24  that they have some higher needs and we want to make

25  sure we meet those needs.  But training and services



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           229

1   that we provide would probably be the same.

2          Training on Check In Check Out and SWIS,

3   those things would be the same.  And then how we

4   coach may be okay.  How do we do this for a larger

5   number of students?  How do we do this for every

6   student here through GNETS to make sure they're

7   getting what they need?  So more the coaching.

8       Q    The services might be the same but the

9   coaching for how to provide those services to more

10  students might be different?

11      A    Correct.

12      Q    Would you expect to see more mental health

13  services in GNETS programs?

14          MS. JOHNSON:  Object to form.

15      A    Provided by whom?

16      Q    Who should be providing mental health

17  services in schools?

18      A    Earlier we were talking about like

19  school-based mental health versus people that came

20  in from the outside that you had memorandums of

21  understanding.

22          So I think you have to take a look at the

23  population in your GNETS to see if they need the

24  mental health services.

25      Q    Would you expect to see more behavioral



1  services in the GNETS setting?

2        A    I would.

3        Q    And what would you expect that to look

4  like?

5        A    So I think in some of the GNETS that I

6  visited, there's much more focus on some of the

7  occupational therapy skills, more places for

8  students to take breaks, more -- just more ways to

9  meet individual needs than we see in the regular

10  education program.  Breakrooms, calming corners,

11  those kinds of things.

12        Q    Are there any differences with the

13  implementation process for regional GNETS programs

14  compared with the general education public schools?

15        A    Will you say that one more time?

16        Q    Sure.  We spent a lot of time talking

17  about the implementation process --

18        A    Right.

19        Q    -- for school districts, correct?

20        A    Correct.

21        Q    And then we talked also about what the

22  implementation would look like from a school

23  perspective, correct?

24        A    Correct.

25        Q    Would you expect that to look different



1  for a GNETS, a regional GNETS program?

2       A    So that implementation process that we've

3  talked about, I wouldn't expect that to look

4  different.  But, again, that coaching part of it, I

5  would expect that to, to look different, just

6  because the needs are a little bit different.

7       Q    Do individual GNETS, regional GNETS

8  program directors chose to implement PBIS?

9       A    I don't know the answer to that question.

10      Q    Do you know if the LEA ever choses to

11 implement PBIS and that decision is then made for

12 GNETS programs?

13      A    I don't know.

14      Q    Do you know if the regional GNETS program

15 is ever --

16           MS. CHEVRIER:  Let me rephrase.

17      Q    Do you know if the fiscal agent for the

18 GNETS programs ever decide to implement GNETS --

19 PBIS?

20      A    I don't know.

21      Q    Are regional GNETS directors similar to

22 principals, required to make a written commitment if

23 they choose to implement PBIS?

24      A    They are, and it's really because they're

25 looked at as their own LEA.  It's really more of



1  that superintendent's agreement because we kind of

2  look at that as an individual LEA.

3       Q    And what happens if a GNETS director backs

4  out after making such a commitment?

5       A    Kind of what we discussed before.  You

6  know, we wouldn't follow through with the training.

7  We definitely want the director on board.

8       Q    What GNETS programs -- sorry.

9            Do GNETS programs use SWIS?

10      A    Initially, yes.  I don't know which ones

11 still use SWIS.

12      Q    Why would they have stopped using SWIS?

13      A    The same reasons that we stated

14 previously, the top two reasons:  Double entry and

15 the cost.

16      Q    Are GNETS programs required to develop

17 their own district community leadership teams?

18      A    I only can speak to Griffin RESA, where I

19 was a part of it.  We had our Mainstay Academy

20 there.  It was just treated as another school.  And

21 since that building was housed in the -- in Spalding

22 County, our DLT, District Leadership Team,

23 represented them just like they were any of the

24 other schools.

25            So that's my only experience.  I don't



1  know how the other areas handle that.

2       Q    We previously discussed that the Tier II

3  readiness, in the Tier II Readiness Packet, that it

4  specifies that in order for a school to present Tier

5  II services, 85 percent or more students must be in

6  a zero to one ODR range or the under one ODR per 100

7  students, correct?

8       A    Correct.

9       Q    Does this prerequisite also apply to GNETS

10 programs?

11      A    So those prerequisites from that time have

12 changed, and I don't remember the full -- I don't

13 remember the details of the changes, but what we did

14 recognize was it probably wasn't fair to hold GNETS

15 to that same standard just because we knew by the

16 very definition of those students being in a GNETS

17 program that they probably had behavior challenges.

18           And so would it be fair to hold them to

19 that same standard?  So we changed that.  And I

20 don't -- again, I don't remember the details but I

21 do remember the conversation saying we've got to

22 look at GNETS as GNETS and not as the same

23 comparison to a public high school, public

24 elementary school, public middle school.

25      Q    So does that mean GNETS schools have



JASON BYARS                                     December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           234

1   different criteria they need to fulfill in order to

2   implement Tier II?

3        A    To implement Tier II?  No.

4             The recognition is what's a little

5   different.

6        Q    And that's the recognition for the

7   different levels:  Installing, emerging,

8   operational?

9        A    That's correct.

10        Q    Earlier we discussed possible barriers a

11   school or district may face when implementing PBIS,

12   correct?

13        A    We did.

14        Q    And would you expect to see similar

15   barriers at a GNETS program?

16        A    I would see similar barriers.

17        Q    Are there barriers that you would expect

18   to only see for GNETS programs, or that you think

19   are more likely to see in GNETS programs?

20        A    I think some of the intensity of some of

21   the behaviors that we see in the GNETS can sometimes

22   pose a barrier, just because every student there,

23   it's almost as if Tier I doesn't exist.  Like every

24   student there needs additional supports.  So how do

25   we get those resources and make sure every



JASON BYARS                                       December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              235

```
 1   individual student receives that.

 2          So to me that's one of the biggest

 3   barriers with our GNETS and implementation.

 4      Q   We previously discussed how students are

 5   assigned to the tier of services that they require,

 6   correct?

 7      A   Correct.

 8      Q   Would this assignment process be similar

 9   in a regional GNETS program?

10          For example, we previously discussed the

11   Tier I services are for students with zero to one

12   ODRs?

13      A   Correct.

14      Q   And that Tier II is for students with two

15   to five ODRs?

16      A   Correct.

17      Q   And that Tier III is for students with six

18   plus ODRs?

19      A   Right.

20      Q   So would this be the same for a GNETS, a

21   regional GNETS program?

22      A   So we would still identify Tier I, Tier

23   II, and Tier III that way.  What that may mean is

24   that 80/15/5 may look different in a GNETS if you

25   have students with multiple referrals.  But we still
```



JASON BYARS                                     December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            236

1   say Tier I, Tier II, Tier III.

2       Q    When you say 80/15/5, you mean that -- you

3   typically want to see 80 percent of students in Tier

4   I, 15 in Tier II, and five in Tier III?

5       A    Correct.

6       Q    And that the percentages of where students

7   are placed within the tiers might change in a GNETS

8   program?  Is that what you're saying?

9       A    That's correct.

10      Q    But that what qualifies students to be in

11  the different tiers would not change?

12      A    Correct.

13      Q    And would teacher requests for assistance

14  similarly impact a student's tier placement at a

15  regional GNETS program?

16      A    Yes.

17      Q    Would you expect regional GNETS programs

18  to also use universal screeners, like the SRSS-IE

19  and SDQ-IE?

20      A    My experience was at the -- when I was in

21  Griffin Spaulding and I was using universal

22  screeners, we didn't screen the students in our

23  GNETS.  We knew -- we already knew that they were

24  going to have some elevated behavior needs.  So we

25  knew that by their very placement.  So we didn't

1  feel the need to go and do an additional screening.

2     Q    Is it correct that you said earlier that

3  both of these screenings can look at both

4  internalized and externalized behaviors?

5     A    That's correct.

6     Q    Was there a different way you identified

7  internalized behaviors for GNETS students if you

8  didn't use these screeners?

9     A    No.  That was more part of their IEP

10  process, and as they talk about the individual needs

11  of the students, they would talk about the -- their

12  behavior needs.

13     Q    Would you expect for a regional GNETS

14  program to use any other information in addition to

15  what we've discussed in order to assign students to

16  different tiers?

17     A    I don't know enough about the -- some of

18  the things that they do in GNETS to be able to

19  answer that.

20     Q    Would you --

21     A    Those three things that we use would -- I

22  think two of those three, the ODRs and the referrals

23  by the teachers, I think would be more -- we would

24  feel comfortable in PBIS.

25     Q    You would feel comfortable that GNETS



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            238

```
 1   programs used those?
 2        A    Correct.
 3        Q    Would you expect regional GNETS programs
 4   to utilize the early warning systems we discussed
 5   previously?
 6        A    I would think that would be beneficial.
 7        Q    Why would it be beneficial?
 8        A    Again, the whole approach to being
 9   proactive, making sure we have service ready and in
10   place.  I think that's beneficial for all students,
11   including students that are in our GNETS locations.
12        Q    And would you expect regional GNETS
13   programs to use the social-emotional learning
14   curriculum that we discussed earlier?
15        A    I think it would be beneficial for
16   students in GNETS as well.
17        Q    And why would it be beneficial?
18        A    It's about skill development and, you
19   know, social-emotional learning curriculums.  We
20   would want to see those implemented at Tier I
21   because it's beneficial for all students.
22        Q    I think we may have hinted at this, but
23   would you expect more students to be in Tier II or
24   Tier III in a regional GNETS program compared with a
25   general education public school?
```



1        A     I would expect that.

2        Q     And we touched upon this as well.  Do the

3    regional GNETS programs have the same PBIS reporting

4    requirements to GaDOE as general education public

5    schools?

6        A     This past year we changed those, and we

7    wanted to make sure we were being fair.  We changed

8    a couple of things:  One, we tier schools.  So when

9    we do that, we rank order our elementary schools,

10   our middle schools, our high schools, our GNETS, so

11   that they're being compared to like schools.

12             And what we, what we found was we're -- we

13   may have a school that last year had one office

14   referral, and this year they had two.  And so the

15   data showed that they had 100 percent increase.

16   They had two referrals.  They're still in that top

17   10 percent of elementary schools.

18             And so we wanted to give them a way to

19   look at it two different ways.  If you're not stable

20   or declining but you're still in that top 10

21   percent, it meets that criteria.

22             And so when we did that, we did that for a

23   couple -- with a couple of things in mind, and one

24   was our GNETS.  Was it fair to rank them as another

25   middle school or high school and compare them to a

1  general ed population.  We didn't think that was

2  fair, so we set those criteria based on the

3  population.

4          So in that regard it's a little bit

5  different for GNETS.  It's a little bit different

6  for high schools.  So it's a little bit different

7  for everybody, and that's so we could be fair to

8  them and give every school the benefit of the doubt

9  that they're doing the very best that they can, and

10  we want to acknowledge that.

11     Q    So you were comparing GNETS programs to

12  other GNETS programs?

13     A    Correct.

14     Q    As far as -- we've talked about the

15  different data and information that schools need to

16  report to the GaDOE PBIS team, correct?

17     A    Correct.

18     Q    Did the GNETS programs have any differing

19  requirements as far as what they had to report to

20  GaDOE?

21     A    Not that I remember.  We could look back

22  at that spreadsheet and see.

23     Q    We're about to.

24     A    Okay.

25     Q    Do regional GNETS programs submit their



1    end of year data through a different portal?   I

2    think you mentioned that.

3         A    Jot form.

4         Q    And that jot form is a different portal

5    than what general education schools do?

6         A    Correct.

7         Q    Or use?

8         A    Or use, yes.

9         Q    Why do regional GNETS programs submit

10   their end of year data through a different portal?

11        A    Because they're not -- assigned a state ID

12   number as a school.  They're a program, and you have

13   to have that state ID number to be able to access

14   SLDS, State Longitudinal Data System.

15        Q    And are regional GNETS programs required

16   to provide --

17             MS. CHEVRIER:  Strike that.

18             I'd like the court reporter to mark this

19        document as Plaintiff's Exhibit 683.

20             (WHEREUPON, Plaintiff's Exhibit-683 was

21        marked for identification.)

22   BY MS. CHEVRIER:

23        Q    This is an email from Sandy DeMuth to a

24   number of different people, including you, Mr.

25   Byars, dated May 27th, 2019.  Correct?



1        A    Correct.

2        Q    And it's Bates No. GA00301609.

3             Do you recognize this email?

4        A    I do.

5        Q    Can you turn to Page 3 of this email,

6   which is Bates No. GA00301611.

7             Is this the copy of the jot form PBIS end

8   of year report that regional GNETS programs

9   submitted?

10       A    Yes, it is.

11       Q    And am I correct that regional GNETS

12  programs were required as part of this form to

13  submit ODR data?

14       A    Correct.

15       Q    And ISS data?

16       A    Correct.

17       Q    And OSS data?

18       A    Correct.

19       Q    But not arrest data?

20       A    Correct.

21       Q    And not restraint data?

22       A    Correct.

23       Q    And not seclusion data?

24       A    Correct.

25       Q    Is there any other data that they are



1  required to submit as far as student behavior

2  metrics?

3      A    Student behavior metrics, ODRs, ISS, OSS.

4  That's the only behavior data metrics that they

5  submit.

6      Q    You mentioned earlier that attendance data

7  is really important for PBIS implementation; is that

8  correct?

9      A    It is.

10     Q    Are they required to submit any sort of

11  attendance data?

12     A    They're not.

13     Q    And if some LEAs do not provide the GNETS

14  programs with access to their attendance records,

15  would that harm the GNETS programs' ability to use

16  that metric when implementing PBIS?

17         MS. JOHNSON:  Object to form.

18     A    If who doesn't give access?

19     Q    So we mentioned before that GNETS programs

20  are not schools, they're programs?

21     A    Correct.

22     Q    If they -- if a GNETS program does not

23  have access to attendance records, would it be

24  harmful as far as their implementation of PBIS that

25  they would not be able to review those types of



 1  records?

 2          MS. JOHNSON:  Object to form.

 3      A    I don't know that it would be harmful,

 4  detrimental.  Attendance is a good indication of

 5  climate and culture.  It's why we look at it.  But I

 6  don't know that it would interfere with PBIS

 7  implementation.

 8      Q    If, if some GNETS programs don't get their

 9  students bussed to them during half days, would that

10  interfere with attendance data?

11          MS. JOHNSON:  Object to form.

12      A    I don't -- I don't know.  I don't know how

13  they collection that attendance data.

14      Q    But generally attendance data is one of

15  the many things that a school could look at to see

16  whether or not their implementing PBIS has improved

17  student outcomes?

18      A    It is.  What we hope is if you have a

19  positive school climate, place where kids want to

20  be, that your attendance goes up.  That's kind of

21  that correlation that we're hoping is going to

22  happen.

23      Q    And so if you don't have access to your

24  attendance data, you just don't have access to that

25  data point, which could indicate that your school



1    climate is benefiting students?

2         A    Correct.

3              MS. JOHNSON:  Object to form.

4         A    Correct.  That's just a data point we

5    couldn't examine.

6         Q    Let's look back at the exhibit -- can we

7    look back at Exhibit 682, and let's now actually

8    look at the email that was sent.

9              So this again is the email that Sandy

10   DeMuth sent to Tammi Clarke on which you're copied,

11   correct?

12        A    Yes.

13        Q    Do you see where Sandy wrote:  "I did

14   check with GNETS programs that were 'iffy' or if I

15   thought something wasn't right and I talked to the

16   director."

17        A    Yes.

18        Q    What did you understand her to mean by

19   iffy?

20             MS. JOHNSON:  Object to form.

21        A    You know, I don't remember the

22   conversations that we were having about the time

23   this email was sent.  So I honestly don't remember.

24        Q    Okay.  Do you see where she wrote:  "I

25   know nothing about Rockdale Academy (I think that's



JASON BYARS                                      December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          246

 1   what it's called).  That may be the only one that

 2   doesn't have a state recommendation"?

 3        A    Yes.

 4        Q    Is Rockdale Academy a GNETS program?

 5        A    I don't know.

 6        Q    If it were a GNETS -- or if it were a part

 7   of a GNETS program, would it concern you that Sandy

 8   knew nothing about it?

 9             MS. JOHNSON:  Object to form.

10        A    I have no opinion about this, so that's

11   going to be pure speculation.  So I don't know.

12        Q    And why would a program not have a state

13   recommendation?

14        A    If their district coordinator didn't make

15   -- enter a recommendation.

16        Q    And why would their district coordinator

17   not enter a recommendation?

18        A    I don't -- I don't know.

19        Q    Are there PBIS programs in GNETS programs

20   held to the same -- so are PBIS programs and GNETS

21   programs held to the same standard as general

22   education schools when they're being reviewed as far

23   as the levels, installing, emerging, operational,

24   and distinguished?

25        A    They are.




1              MS. CHEVRIER:  I'd like the court reporter

2          to mark this as Plaintiff's Exhibit 684.

3              (WHEREUPON, Plaintiff's Exhibit-684 was

4           marked for identification.)

5    BY MS. CHEVRIER:

6         Q    This is an email from Sandra DeMuth to

7    you, Mr. Byars, and a number of other individuals,

8    dated May 31st, 2019.  Correct?

9         A    Correct.

10        Q    It's Bates No. GA00301756, correct?

11        A    Correct.

12        Q    Do you recognize this email?

13        A    I do.

14        Q    Let's look at the fourth paragraph, okay.

15             Do you see where Sandy writes:  "The only

16   difference with GNETS is they are 'excused' from

17   Tier 1 percent so that section is not there when

18   they click GNETS.  Your alternative program need to

19   include their through the -- "need to include there

20   through the door enrollment."

21        A    Correct.

22        Q    What do you understand "excused from Tier

23   1 percent" to mean?

24        A    Remember we talked earlier about by the

25   very nature of students being at a GNETS, they have



1  additional behavior concerns.  So that really looks

2  like at Tier I we have a very small percentage of

3  students, in that zero to one.  That's what I think

4  that means.

5        So they may not have had to meet -- during

6  this year, they may not have had to meet that

7  criteria, which would change how the GNETS are

8  looked at and given their recommendation.

9    Q    Why are GNETS programs excused from the

10  Tier I percent requirement?

11    A    Like I said, the nature of students at the

12  GNETS and their behavior concerns probably are going

13  to have more than those zero to one office

14  referrals.  And so what they in essence do would be

15  eliminate just about every alternative school

16  program and GNETS program from being able to be

17  recognized.

18    Q    And who made the decision to exempt these

19  programs from that requirement?

20    A    So that would have been a team decision.

21  If this was in May of 2019, I came in January of

22  2019.  So probably the previous summer, in the

23  summer of 2018, when they were putting together the

24  requirements for the upcoming school year, it was

25  made at that time.



1     Q    Would it be surprising to you if a GNETS

2   program had a large percentage of its students

3   receiving only Tier I services?

4     A    Depends on what those services are.  Tier

5   I services in a GNETS may look very different than

6   Tier I services in a regular education program

7   because the needs are greater.

8          So Tier I means all students are receiving

9   it.  So if we're providing intense one-on-one

10  intervention to every student, that's now a Tier I

11  intervention because everybody is getting it.  So

12  that wouldn't surprise me.

13    Q    You previously stated that if Tier I is

14  being implemented with fidelity, you would expect

15  ODRs to decrease, correct?

16    A    Correct.

17    Q    Would you expect this to be true with the

18  GNETS program as well?

19         MS. JOHNSON:  Object to form.

20    A    I would expect that.  I would expect as

21  the fidelity of PBIS implementation increases, that

22  ODRs would also decrease.

23         MS. CHEVRIER:  I'd like the court reporter

24         to mark this document as Plaintiff's Exhibit

25         685.



```
 1              (WHEREUPON, Plaintiff's Exhibit-685 was
 2         marked for identification.)
 3   BY MS. CHEVRIER:
 4      Q    This is an email thread between you, Mr.
 5   Byars, Tammi -- from Tammi Clarke and on which
 6   others are copied.  Correct?
 7      A    Correct.
 8      Q    And the most recent email in this chain is
 9   April 18, 2020?
10      A    Correct.
11      Q    And it's Bates No. GA00308757.
12      A    Correct.
13      Q    Do you recognize this email?
14      A    I do.
15      Q    Can we look at the email from April 14th,
16   2020, from Tammi Clarke to you and others.
17           It's on the bottom of that first page.
18      A    Oh, got you.
19      Q    Do you see where Tammi wrote:  "I have a
20   question about GNETS...in the past we've waived the
21   Tier I % requirement for them...during our EOY group
22   meetings it came up there are other programs (like
23   alternative schools, etc.) who also have a difficult
24   time meeting that criteria"?
25      A    Correct.
```



1    Q    Do you see your response from April 17th,

2   2020, in which you write:  "I am not sure about

3   GNETS and the Tier I %.  I think we have waived it

4   for GNETS and maybe Alternative Schools"?

5    A    I do.

6    Q    Do you see Tammi Clarke's response from

7   April 18th, 2020?

8    A    I do.

9    Q    In which she writes:  "In the past we only

10   waived it for GNETS"?

11    A    I do.

12    Q    So we talked previously about the need for

13   the Tier I percent to be waived being based on the

14   likelihood of seeing more ODRs in the student

15   population, correct?

16    A    Correct.

17    Q    Why do you think that this was only waived

18   for GNETS programs and not alternative schools?

19    A    I think in our alternative schools,

20   sometimes it's not the number of referrals that a

21   student has, it's the referral that a student has,

22   that gets placed in an alternative school.

23         So I think we're dealing with a little bit

24   different of a population.  So I would imagine that

25   was probably part of the decision.

1         I also know that kind of what I just

2   described a few minutes ago, when we are -- when

3   we're looking at this email dated April 18th, 2020,

4   that was also right after the beginning of COVID and

5   we didn't have end of year -- it was suspended for

6   the next two years.  We didn't use our end of year

7   recognition system again until this past year.

8         And again we tried to rectify some of the

9   things that you see in this email by comparing like

10  schools to like schools, including our alternative

11  school programs.

12        MS. CHEVRIER:  I'd like the court reporter

13     to mark this as Plaintiff's Exhibit 686.

14        (WHEREUPON, Plaintiff's Exhibit-686 was

15       marked for identification.)

16  BY MS. CHEVRIER:

17     Q    This is an email from Tammi Clarke to a

18  number of people, including you, Mr. Byars, dated

19  July 25th, 2019.  Correct?

20     A    Correct.

21     Q    Do you recognize this email?

22     A    I do.

23     Q    Do you see where she says:  "Alternative

24  schools/GNETS don't have student records data, GOSA

25  data or Appleseed data"?





1      A      Correct.

2      Q      What does GOSA data stand for?

3      A      Governor's Office of Student Achievement.

4      Q      And is the Governor's Office of Student

5  Achievement data?

6      A      They have a discipline dashboard.

7      Q      And it's your understanding that GNETS

8  doesn't have access to that dashboard?

9      A      They have --

10             MS. JOHNSON:  Object to form.

11     A      They have -- they have access.  Their data

12  is not reported there because they're not a school.

13     Q      And what does Appleseed data mean to you?

14     A      Again, Georgia Appleseed is -- I don't

15  know how to describe them.  An advocacy group.  They

16  really help students who are underserved and

17  marginalized, especially when it comes to

18  disciplinary hearing.  They do a lot of work around

19  discipline.  They have an educator's toolkit.

20             Again, they report out on schoolwide data.

21  And so because the GNETS and many alternative

22  programs aren't schools, they're data is not

23  reflected in the Appleseed data as well.

24     Q      And what kind of discipline data appears

25  in the GOSA data?



1        A    I don't remember off the top of my head.

2        Q    And is it your understanding that GNETS

3   doesn't have access to Appleseed data?

4             MS. JOHNSON:  Object to form.

5        A    They have -- when you say access to it,

6   it's on a website.  It's public.  Everyone has

7   access to it.

8        Q    Does Appleseed work with GNETS programs?

9             MS. JOHNSON:  Object to form.

10       A    Appleseed doesn't work with schools at

11   all.  They report data.

12       Q    Okay.

13       A    Does that make sense?

14       Q    Yes.  You had previously stated that

15   Appleseed is an advocacy organization that works

16   with and helps underserved students, correct?

17       A    Students.  Individual students.

18       Q    So they don't work with schools but they

19   do work with students?

20       A    Correct.

21       Q    Is it your understanding that Appleseed

22   works with GNETS, with students who attend GNETS

23   programs?

24       A    I don't know.

25       Q    Do you know why the lack of this data



1 | would come up in the PBIS context for this email?

2 |      A    Give me a second.  I'll read through the

3 | thread and see if I can help answer that question.

4 |            (Witness reviews exhibit.)

5 |      A    So it looks like Sandy was preparing a

6 | principal overview for schools or a district that

7 | was coming up and she was looking for data to

8 | access.  So if, you know, there were leaders in

9 | there from alternative schools or GNETS that were in

10 | that training, that data wouldn't be available to

11 | them to do their overview.

12 |            And I also see one of the concerns was

13 | that that data, it's lagging data.  It's usually a

14 | couple years old.

15 |            So I think the -- the concern -- and again

16 | when you see those numbered points from Tammi, it's

17 | in reference to putting together that principal's

18 | overview.

19 |      Q    Thank you.

20 |            Do GNETS programs receive the same PBIS

21 | training that general education public schools

22 | receive from GaDOE?

23 |      A    They do.

24 |      Q    And who from regional GNETS programs

25 | participate in those trainings?



1      A    So they'll have a school team, just like
2  we've described earlier.
3           MS. CHEVRIER:  I'd like the court reporter
4      to mark this document as Plaintiff's Exhibit
5      687.
6           (WHEREUPON, Plaintiff's Exhibit-687 was
7       marked for identification.)
8  BY MS. CHEVRIER:
9      Q    This is an email from Sandra DeMuth to
10  you, Mr. Byars, dated January 25th, 2019, correct?
11     A    Yes.
12     Q    It's Bates No. GA00298913, correct?
13     A    Correct.
14     Q    Do you see where she writes:  "Could you
15  add Tier I booster and Tier II training for GNETS?"
16     A    Yes.
17     Q    And do you see where she writes:  "The
18  programs and sites could really use a PBIS booster
19  and they want to include this"?
20     A    Yes.
21     Q    What did you understand "could really use
22  a PBIS booster" to mean?
23     A    So do you remember a little while ago we
24  were talking about if I have a school team and
25  through attrition many of those school team members



1   leave and new staff members come, those staffs
2   weren't -- those new staff members were not involved
3   in the original training.
4           So when that happens, we offer these types
5   of boosters, so we get the new team kind of up to
6   speed.  So we may have five people on the team,
7   three of them may be new and two of them may have
8   been in the original training.  So it sounds like
9   Lara Sims was asking for a booster, probably a
10  scenario like that.
11          That happened -- generally boosters are
12  requested when there's been a change on that school
13  team.
14      Q    Do you see where she writes -- do you see
15  where Sandra writes:  "I think this might need to
16  look somewhat different than what we already do but
17  I'm not sure what that needs to look like without
18  doing some consulting with GNETS folks."
19      A    Uh-hum.  I see that.
20      Q    Did you -- do you agree that it needed to
21  look different for GNETS?
22      A    Did I agree?  Did I agree or do I agree?
23  Because I don't see a response after this from me.
24      Q    So do you agree, standing here now, that
25  training for GNETS might need to look different than



1  training for other schools?

2      A    It does.  We need to -- we provide that

3  same training.

4          The training I'm not sure needs to look

5  different, but definitely the coaching needs to look

6  different.  And I'm imagining when she's talking

7  about that booster, boosters are very specific.  So

8  if I'm developing a booster, it's going to be

9  specific to that school.

10         So in a training, it's usually multiple

11 schools in a training.  So we may have five, 10

12 schools in a training.  The boosters are, hey, Jason

13 can you come to our school and provide that.

14         Those, I think, need to look different.

15     Q    Do you know whether she did consult with

16 people from GNETS after this email exchange?

17     A    Sandy consulted with GNETS all the time.

18 She was our liaison.  She was really good.  She kept

19 a pulse, and I would imagine today she's still doing

20 that.

21     Q    Do you know what, if anything, she learned

22 about what the booster described in this email

23 needed to look like?

24     A    I don't know.

25     Q    Let's refer back all the way to the Hall



1   County PowerPoint, which I believe was Exhibit 675.

2        Once you have it, let's turn to Page 18.

3   Or Slide 18.

4        Do you see where it states, "Centers for

5   Disease Control and Prevention Report - June 2019"?

6        A    I do.

7        Q    And then it says that it tracked over

8   14,000 middle and high school students over 20

9   years?

10       A    Correct.

11       Q    And then it quotes, it says:  "Students

12  who felt connected to their school and family

13  adolescents grew up safer and with better mental

14  health than those who were disconnected as

15  teenagers"?

16       A    Correct.

17       Q    And you created this PowerPoint?

18       A    I did.

19       Q    We discussed that earlier?

20       A    I did.

21       Q    Why did you include this?

22       A    Because it speaks to the importance of

23  school climate and culture.  It speaks to the

24  importance of why we need to connect with our

25  students.  Teenagers need something to be connected



1   to.  If they're not connected to something positive,

2   they're going to find something else to connect to,

3   unfortunately.  So we need to provide that.

4          And my point in putting this slide in for

5   educators is, don't listen to just what educators

6   are saying.  This is the Centers for Disease

7   Control.  This is what doctors are saying needs to

8   happen with our adolescents.  It's not just PBIS.

9   It's this is the medical community, and the

10  follow-up slide is the most powerful.

11     Q    And what does it mean for a student to

12  feel connected to their school?

13     A    You know, one of the things that we often

14  ask students is, who's your trusted adult here?  Is

15  there somebody in this building you can go to?  Who

16  are you involved with?  How are you connected?

17         I remember as a principal I used to tell

18  my students, you can't do everything at school, but

19  you can do something at school, and you can do

20  something that connects you to your school and it's

21  going to make your education more meaningful, if you

22  feel a part of something.

23         And it was a requirement in my own home

24  personally for my own daughters, because I know the

25  value of that.



1    Q    And what are some examples of things that
2  students do to feel connected to their schools?
3    A    Be part of a club, an art, a sports team.
4  Volunteer.  Have -- you know, have a peer group.
5  Have a trusted adult at school.
6    Q    Do you believe that PBIS helps students
7  feel connected to their schools?
8    A    I do.
9    Q    And so you somewhat touched on this.
10  Based on your experience and education, do
11  extracurricular activities help students feel
12  connected to their schools?
13    A    They do.
14    Q    Could going to school with other children
15  from your neighborhood help students feel connected
16  to their school?
17    A    It could.
18    Q    Having the opportunity to attend school
19  functions, like pep rallies or school dances, help
20  students feel connected to their school?
21    A    They could.
22    Q    Do you have any other examples we haven't
23  mentioned of ways that students feel connected to
24  their schools?
25    A    Not off the top of my head.  You know, I



1  think being connected at school -- I like to -- I

2  like whatever the environment, whatever the school,

3  find some way to get involved.

4        There's magnet schools for arts.  We have

5  magnet schools for science.  We have -- you know,

6  find something at your school, whatever school that

7  is, that you can get invested in.  Make that, make

8  that your community.  Wherever that building is,

9  wherever that location is make that your community.

10     Q    And what is your concern if students don't

11 have access to those sorts of things?  What might

12 result?

13        MS. JOHNSON:  Object to form.

14     A    The next slide.  This is why I include

15 this in here.

16        Connected adult -- adolescents were less

17 than half as likely to be victims of physical

18 violence, use illicit drugs, or be diagnosed with

19 sexually transmitted diseases in their 20s and 30s,

20 which is a significant decline in risk.

21        Being a part of something reduces a lot of

22 risk.  Being a part of something increases the

23 chance you go graduate, increases your friend group,

24 makes you have healthy relationship.

25        We talked about our sources of strength.



1   Help relationships is one of those sources of

2   strength.  It gives you something to draw on when

3   you're having a tough time.

4       Q    What is the Interconnected Systems

5   Framework?

6       A    Interconnected Systems Framework is the

7   blending of PBIS and mental health supports.

8       Q    And what is your opinion of the

9   Interconnected Systems Framework?

10      A    It's vital to its -- ISF, Interconnected

11  Systems Framework, really is PBIS now.  ISF was a

12  term that was used early on as we were beginning

13  that integration, and now we don't really talk about

14  PBIS without the mental health aspect.

15          So people call it PBIS 2.0, but what we're

16  really moving to is just the way that we, that we

17  train at PBIS, and it's one of the things that we

18  were changing in our Tier I training and all of our

19  trainings, is we have to show how mental health

20  supports are integrated at Tier I.

21      Q    And why is it important?

22      A    Um, behaviors communication, and

23  oftentimes things that are going on in our student's

24  personal lives, that behavior is communicating some

25  of those things.  Anxiety, depression, loneliness,



1    homelessness, sexual abuse.

2              So we had to be trained to see that and

3    recognize that and, you know, the students are

4    sending us those signals of what's going on in their

5    lives and we have to be trained and aware of them so

6    that we can pick up on them.

7        Q    Are you familiar with Apex?

8        A    I am familiar with Apex.

9        Q    What is Apex?

10       A    Roughly, loosely, Apex is being able to --

11   they provide mental health supports and counseling

12   in the schools and they partner with schools and

13   districts.

14       Q    So is it accurate to say that Apex

15   provides services in some schools in Georgia?

16       A    Yes.

17       Q    And can Apex provide mental health

18   clinicians for some schools in Georgia?

19       A    I don't -- I'm not sure everything that

20   Apex provides.

21       Q    And how, if at all, does PBIS interact

22   with Apex services?

23       A    Apex probably provides services in PBIS

24   schools, but that's probably about it.

25             MS. CHEVRIER:  I'd like the court reporter



1          to mark this as Plaintiff's Exhibit 688.

2               (WHEREUPON, Plaintiff's Exhibit-688 was

3           marked for identification.)

4    BY MS. CHEVRIER:

5          Q     This is an email between you, Mr. Byars,

6    and Justin Hill, from September 17th, 2020, correct?

7          A     Correct.

8          Q     And he was forwarding you an email from

9    Deborah Gay; is that correct?

10         A     Yes, correct.

11         Q     And it's Bates No. GA01045886?

12         A     Yes.

13         Q     Who is Justin Hill?

14         A     Justin Hill is the associate

15   superintendent at the Georgia Department of

16   Education.

17         Q     And he's the same person who you reported

18   to initially when you first worked at GaDOE?

19         A     Not initially.  I initially reported to

20   Zelphine Smith-Dixon, then to Garry McGiboney, then

21   to Justin Hill.  So when I retired, Justin was my

22   direct supervisor.

23         Q     And who is Deborah Gay?

24         A     Deborah Gay was the former special --

25   director of special education before Zelphine



1    Smith-Dixon, I believe.

2         Q    And that's at GaDOE?

3         A    That's correct.

4         Q    And in the email from Deborah that Justin

5    is forwarding to you, she wrote:  "We are working

6    with APEX project to bring this into Georgia and it

7    will create a great opportunity for PBIS schools

8    working with the APEX project."  Correct?

9         A    That's what it says.

10        Q    What did you understand this to mean?

11        A    I think Justin was giving me some

12   background information.

13            So as I kind of look through the timeline

14   of this, this is when I was working -- the initial

15   email was when I was working in Griffin Spalding

16   County schools as the Project AWARE and PBIS

17   district coordinator.

18            Susan Barrett -- you asked about ISF.  She

19   wrote the monograph for ISF.  She came to Georgia to

20   train us on the Interconnected Systems Framework.

21            Looks about the same time that Debbie was

22   -- sent this email to some people on the PBIS team,

23   and she must have been working at the same time with

24   Apex to bring their services to Georgia.  It doesn't

25   sound like maybe they were in Georgia at that time.



1          But because all the AWARE districts that
2    are on this email, they were all PBIS districts.  So
3    I don't know if she was generalizing that Susan was
4    coming to work with PBIS districts.
5          Q    Do you agree that students that utilize
6    the PBIS framework can additionally benefit from
7    using Apex services?
8          A    I agree with that.
9          Q    To your knowledge, do GNETS programs have
10   access to Apex services?
11         A    I don't know.  I don't know the answer to
12   that.
13         Q    So I assume based on your resume that you
14   are aware of Project AWARE.  Is that correct?
15         A    I am.
16         Q    What is Project AWARE?
17         A    Project AWARE, Advancing Wellness and
18   Resiliency in Education.
19          It is a grant from the Substance Abuse and
20   Mental Health Services Administration.  We'll refer
21   to that from here on out as SAMHSA, and it provided
22   money, a grant to states.  States then chose LEAs to
23   work with, and it was about the integration of
24   mental health services and supports into the
25   schools.



1      Q    And is it useful for students with

2   emotional and behavioral disabilities to be a part

3   of a Project AWARE school?

4      A    Yes, it is.

5      Q    Can Project AWARE help create school-based

6   mental health programs in schools?

7      A    Yes, it can.

8      Q    And can it help create school-based mental

9   health programs in schools that are staffed by

10  mental health clinicians?

11     A    Ask that one more time to me.

12     Q    Sure.  So you said before that Project

13  AWARE can help create school-based mental health

14  programs, correct?

15     A    Correct.

16     Q    Are those school-based mental health

17  programs ever staffed by mental health clinicians?

18     A    Um, the states that have implemented

19  Project AWARE have all done it differently.

20          We had district level clinicians, not

21  school-based clinicians.  It's, it's a little nuance

22  but it's a big difference.  So I had one clinician

23  who covered maybe a group of schools and provided

24  supports.

25          So ask the question one more time.



1    Q    Sure.  So would -- is it correct to say

2  that mental health clinicians provided school-based

3  mental health services, it's just that some of those

4  clinicians served multiple schools?

5    A    Correct, yes.

6    Q    And what purpose do mental health

7  clinicians serve?

8    A    One of the key things is students that are

9  in crisis, being able to help.  So many of our

10  school counselors, they're not trained in handling

11  those types of really significant crises, especially

12  students who are having suicidal ideations.  Having

13  somebody that's trained to handle that is really

14  important.  So we use them in those crises-type

15  situations.

16          We also use them at Tier II to provide

17  some of -- we talked about skilled groups a lot

18  today.  Used our clinicians to provide some of those

19  skill groups, grief groups, loss groups, groups to

20  self-regulate.

21          So clinicians provided those types of

22  supports to the schools and to the students.

23    Q    And what are the benefits of school-based

24  mental health programs?

25    A    So the -- one of the -- when we first



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          270

1   began this work in 2015, one of the biggest barriers

2   was the stigma.  You know, now on TV a lot of nights

3   we hear so-and-so speaking out about their mental

4   health, so-and-so is advocating to raising money for

5   mental health.  That wasn't going on seven, eight

6   years ago, and the stigma was really there.

7          And so because of that, oftentimes parents

8   wouldn't take their children or even recognize that

9   their students were in crisis because many of them

10  were living with mental illnesses as well, and so

11  they weren't recognizing those.

12         So by being able to train staff members

13  and have people in the schools recognize that and

14  provide those services, one, it eliminated the

15  stigma, and we knew we were able to get the services

16  to the kids because they were in school.

17         And parents were much more inclined to

18  have someone come to the school and work with their

19  child than they were to have to take them to a

20  counselor's office.  The stigma around that still is

21  very great.

22         The districts that we were serving, there

23  was a lot of poverty.  Transportation was an issue.

24  Oftentimes parents, they didn't have cars just to

25  take them to a counselor or take them to a therapist

1  or take them to a hospital.  So we had to be able to

2  provide those things in the school system.

3          So the benefits are just -- I mean we

4  could be here a few more days to really talk about

5  just the changes that I've seen when we're able to

6  provide those school-based mental health services.

7  It's just -- it opens the doors.

8          There's an imbalance in education.

9  There's an imbalance in people knowing how to

10 navigate systems and navigating medical personnel.

11 I have people, a daughter that's in crisis, that's

12 suicidal and the mom is saying, Mr. Byars, I don't

13 even know who to call.

14         People don't even know how to navigate the

15 system.  But if they have a relationship with their

16 school and they trust them, then we can help them.

17         MS. CHEVRIER:  I'd like the court reporter

18     to mark this document as Plaintiff's Exhibit

19     689.

20         (WHEREUPON, Plaintiff's Exhibit-689 was

21     marked for identification.)

22 BY MS. CHEVRIER:

23   Q    This is an email from you, Mr. Byars, to

24 Garry McGiboney, dated March 10th, 2020, correct?

25   A    Correct.



```
 1        Q    And it's Bates No. GA00307769?

 2        A    Correct.

 3        Q    Do you recognize this email?

 4        A    I do.

 5        Q    Attached is a draft white paper about

 6   Project AWARE, correct?

 7        A    Correct.

 8        Q    Do you recognize the attachment?

 9        A    I do.

10        Q    The attachment is at Bates No. GA0030770?

11        A    Correct.

12        Q    Who created this white paper?

13        A    I did.

14        Q    Why did you create this white paper?

15        A    If you'll see on Page 2, Project AWARE,

16   SAMHSA had announced another round of funding of

17   Project AWARE grants, and I was creating a white

18   paper to submit to the superintendent for

19   documentation of why I thought the State of Georgia

20   should submit another application to receive another

21   round of funding from SAMHSA for Project AWARE in

22   our state.

23        Q    On page -- underneath the title on that

24   first page, it says:  "A 'focus' on partnerships in

25   collaboration between state and local systems
```



1    promote the healthy development of school-aged youth

2    and prevent youth violence."  Correct?

3        A    Correct.

4        Q    If we turn to Page 2, Bates No.

5    GA00307771.

6             Under Problem Statement, do you see where

7    it reads:  "Students living with mental illness are

8    more likely to drop out of school, enter the

9    juvenile justice system, and die by suicide"?

10       A    I do.

11       Q    Do you agree with that statement?

12       A    I do.

13       Q    Does this describe part of the problem

14   Project AWARE was seeking to address?

15       A    It does.

16            MS. CHEVRIER:  It may make sense to take a

17       break.

18            THE VIDEOGRAPHER:  The time is 4:44 p.m.,

19       and we are off the record.

20            (A recess was taken.)

21            THE VIDEOGRAPHER:  The time is 5:19 p.m.,

22       and we are on the record.

23            MS. CHEVRIER:  I'm going to ask the court

24       reporter to mark this as Plaintiff's Exhibit

25       690.



1              (WHEREUPON, Plaintiff's Exhibit-690 was

2         marked for identification.)

3    BY MS. CHEVRIER:

4         Q    Mr. Byars, this is an email between you,

5    someone named Sarah, and Cheryl Benefield copied,

6    dated June 30th, 2016, correct?

7         A    Correct.

8         Q    And who is Cheryl Benefield?

9         A    Cheryl Benefield worked with the

10   Department of Education.  She worked with the

11   Project AWARE grant, and she worked in the Office of

12   Whole Child.

13        Q    And who is the Sarah that sent this email?

14        A    All right.  So since the subject is a

15   GCASE Conference Presentation Proposal, she must

16   have been the person at GCASE that was taking the

17   proposals for presentations at the conference, and

18   it looks like Cheryl and I were doing a presentation

19   at the GCASE conference.

20        Q    What is GCASE?

21        A    Georgia Council -- it's special educators.

22   Georgia Council or Association for Special

23   Educators.

24        Q    Is your facial expression indicating that

25   that's an estimation of what --



1        A     That is an estimation.  Like we said,

2    we're really good at acronyms, and I sometimes

3    forget what they mean.

4        Q     No worries.

5              This was sent to your email

6    jason.byars@gscs.org.  Is that right?

7        A     That's correct.

8        Q     Does GSCS stand for Griffin Spalding

9    County Schools?

10       A     It does.

11       Q     And so is it correct that you sent this

12   email when you were a district coordinator of

13   Project AWARE and PBIS for Griffin Spalding County

14   Schools?

15       A     Correct.

16       Q     Let's turn to the email.

17             Do you see where you wrote:  "I recall

18   sitting through countless IEP, SST, and 504 meetings

19   where we struggled to find the answer for the

20   behaviors we were experiencing.  What I have learned

21   since joining Project AWARE is that we are

22   approaching the child all wrong"?

23       A     Yes.

24       Q     Do you see where you continued:  "Yes, we

25   discussed the function of the behavior but now we



1  are exploring what is the root cause of the

2  function.  It has been eye opening"?

3       A    Yes.

4       Q    What did you mean when you wrote that you

5  had previously been, quote, "approaching the child

6  all wrong"?

7       A    So we weren't looking at it from that

8  skill perspective and that skill deficit.  We

9  weren't looking at it as -- we were looking at the

10  functions of the behavior, but we weren't looking at

11  really what the root cause, why were they seeking

12  the attention, why were they trying to escape.

13            And so it was really about how do we get

14  to that root cause of behavior and really be able to

15  help the child.

16       Q    And how was Project AWARE eye-opening for

17  you?

18       A    Project AWARE -- and this presentation

19  looks like it's also about the universal screening

20  tools that we talked about.  So Project AWARE was

21  eye-opening in numerous ways, universal screening

22  being one of those, and I think that's what this is

23  getting to the root of it.  We probably were doing a

24  conference presentation proposal on the universal

25  screening tools that we were using.

1           But those universal screening tools really

2    helped identify -- we talked about earlier things

3    that we weren't looking at, like those internalizing

4    behaviors.

5           And so I say here that that tool has been

6    very valuable in that process of helping to get to

7    some of those root causes, you know, what are child

8    -- what are children experiencing.

9       Q    And are they universal screeners that

10   you've discussed here the same universal screeners

11   we were discussing previously --

12      A    Yes.

13      Q    -- like the SRSS?

14      A    Yes, ma'am.  The SRSS in the elementary

15   school.  The SDQ in the secondary schools.

16      Q    Are you a proponent of Project AWARE?

17      A    I'm a huge proponent of Project AWARE.

18      Q    How, if at all, does PBIS interact with

19   Project AWARE?

20      A    The State in the first Project AWARE

21   grant, when I was in Griffin, identified schools

22   that were implementing PBIS or in the process of

23   adopting PBIS, understanding that those mental

24   health services, we were going to approach that as a

25   tiered approach.  The strength of PBIS was the



1  schools and districts already understood that tiered

2  approach model, so that we didn't have to go and

3  teach that whole model.  They understood that.  Now

4  we just showed here's how mental health supports get

5  layered into the framework you've already built.

6      Q    Thank you.

7           You mentioned the first Project AWARE

8  grant?

9      A    Correct.

10     Q    How many Project AWARE grants have there

11 been?

12     A    So we are in the second Project AWARE

13 grant right now.  The State received 2020 -- 2020 or

14 2021 -- I think it was 2020, and so the State

15 received a second Project AWARE grant following the

16 first one that ended in 2019 and identified three

17 more LEAs, and we're currently implementing it

18 again.

19     Q    Is it correct that the first Project AWARE

20 grant also covered three LEAs?

21     A    That's correct.

22     Q    Of which one was Griffin County -- Griffin

23 Spalding County schools?

24     A    Correct.

25     Q    So now in the second grant, is it three



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            279

1  additional LEAs?

2       A    Three additional.

3       Q    To your knowledge, did any GNETS programs

4  participate with Project AWARE?

5       A    I can tell you about Griffin Spaulding.

6  GNETS was part of, you know, everything that we did.

7  So I worked with the GNETS site, the alternative

8  school site, just like I would any other school.

9       Q    And so that was Mainstay Academy in

10 Griffin?

11      A    Mainstay Academy.  That's the only one I

12 can speak to directly.

13      Q    And so because the LEA, Griffin County

14 Spalding -- Griffin Spalding County schools received

15 the Project AWARE grant and was one of the sites,

16 the GNETS program, that -- that the LEAs serves as

17 the fiscal agent also included the GNETS program in

18 the programming; is that correct?

19      A    Correct.

20      Q    If an LEA received the Project AWARE grant

21 but they weren't a fiscal agent for a GNETS program

22 but maybe they just sent students to that GNETS

23 program, do you know whether those students would

24 benefit from Project AWARE?

25      A    If that site was in an LEA that was



1 | participating with Project AWARE, it's about the

2 | site, it's not about -- it's not about the school

3 | system where the students were from.

4 |        I guess is that what you're asking?

5 |    Q    Sure.  So as an example, Bibb County sends

6 | students to Elam Alexander?

7 |    A    Correct.

8 |    Q    But Bibb County is not a fiscal agent for

9 | Elam Alexander?

10 |    A    Got you.

11 |    Q    If Bibb County were to participate in

12 | Project AWARE, do you know whether or not that means

13 | the students it sends to a GNETS program would

14 | benefit from Project AWARE?

15 |    A    I don't know the answer to that.  Bibb

16 | County is actually one of the LEAs for the current

17 | Project AWARE, but I don't know how they're handling

18 | that.  I just don't know.

19 |    Q    Would that be an LEA decision?

20 |    A    It would be.

21 |        Another example, and I think this is kind

22 | of what you were also getting to, when I was in

23 | Griffin we had students from other districts who

24 | came to Mainstay Academy.  Well, they benefitted

25 | because they were part of the -- of that GNETS site.



1    Q    Thank you.  That's helpful.

2         What were the benefits that Mainstay

3    Academy saw through the Project AWARE grant?

4    A    Some of the things that we did, you know,

5    for all schools.  Youth mental health First Aid

6    training.  Many of the staff at GNETS got trained in

7    the youth mental health First Aid, if not all of

8    them.  So that was, that was a big deal.

9         I previously mentioned we did not do the

10   screening at GNETS.  That was a decision that we

11   made.  We just felt like probably that wasn't

12   needed.

13        The additional mental health supports that

14   were provided to all schools, the GNETS had access

15   to those.

16        A lot of the training and professional

17   learning that we did, Lauren Flanigan was their PBIS

18   district coordinator.  And so the PBIS district

19   coordinator also oversaw the Project AWARE grant

20   implementation.  So it was nice to have that, that

21   unit.

22        She received all the trainings and all the

23   professional learning.

24   Q    To your knowledge, do any GNETS programs

25   have school-based mental health services staffed by



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          282

```
 1   mental health clinicians?

 2       A    I don't know the answer to that.

 3       Q    Are you familiar with CSBs?

 4       A    I am familiar with Community Service

 5   Boards.

 6       Q    And what are Community Service Boards?

 7       A    They're local agencies that are there to

 8   help provide counseling services to our students.

 9       Q    How, if at all, does PBIS interact with

10   CSBs?

11       A    Really another Tier III, when we're taking

12   a look at requesting assistance and writing

13   memorandums of understanding, to partner with people

14   to help, help us with our students with some

15   significant behaviors.

16            One of the first people I would tell

17   people to reach out to are your local Community

18   Service Boards, reach out to your CSB and see if you

19   can write a memorandum of understanding with them,

20   see if they could partner with you to come in and

21   provide support and provide training.

22       Q    And so that partnership can look like CSB

23   is sending people to schools?

24       A    Yes.

25       Q    And are you familiar with Georgia
```



1  Appleseed's Bridges to Behavioral Wellness program?

2       A    I'm not familiar with that.

3            MS. CHEVRIER:  I'm going to ask the court

4       reporter to mark this document as Plaintiff's

5       Exhibits 691.

6            (WHEREUPON, Plaintiff's Exhibit-691 was

7        marked for identification.)

8  BY MS. CHEVRIER:

9       Q    This is an email from Terrence Wilson to

10 Talley Wells and Michael Waller, with undisclosed

11 additional recipients.  Is that correct?

12      A    It is.

13      Q    Do you recognize this email?

14      A    It's not ringing a bell to me.

15      Q    Do you see in the last paragraph on the

16 first page, and that's Bates No. GA00298789, where

17 it says "Georgia Appleseed's Bridges to Behavioral

18 Wellness project will identify why many of Georgia's

19 school children do not receive needed behavioral

20 health and autism services, and develop the policy

21 solutions that will ensure children get the services

22 they need"?

23      A    I see that.

24      Q    Do you have any reason believe that that

25 information is inaccurate?



1      A     That it isn't accurate?

2      Q     That, that it is inaccurate?  Do you

3   have --

4      A     Inaccurate?

5      Q     -- any reason to believe it is inaccurate?

6      A     I don't have -- I don't really have an

7   opinion.

8      Q     Are you familiar with Sources of Strength?

9      A     I am familiar with Sources of Strength.

10     Q     What is Sources of Strength?

11     A     Sources of Strength is an upstream

12  approach to suicide prevention.  It identifies eight

13  areas, and basically what Sources of Strength does,

14  it's a program that's implemented at elementary

15  schools and secondary schools, and it identifies

16  that -- it basically says we're all going to go

17  through tough times, and when we go through tough

18  times, what's your source of strength?  What do you

19  lean on in order to help get you through those tough

20  times?

21          So they identify eight things:  Positive

22  friends, healthy activities, spirituality.  So

23  there's eight things that are identified.

24          The schools who adopted it at the

25  secondary level, they run campaigns and each month

1   the school will focus on one of those eight sources

2   of strength.  And so trusted adults is one of the

3   first campaigns you do.  We all identify who our

4   trusted adults in our building, and it's a

5   student-led organization.

6          At the elementary school, it's a Tier I

7   curriculum.  So it's an actual curriculum, and it

8   does some of the similar things, and it focuses on

9   giving students hope, health, and strengths and

10  instead of, you know, us focusing on fear and

11  despair.

12      Q    To your knowledge, do schools in Georgia

13  participate in --

14      A    They --

15      Q    -- sources of strengths?

16      A    I'm sorry.  They do.

17      Q    Are you aware of GNETS programs

18  participating in sources of strength?

19      A    I don't know all the schools.

20      Q    Are you familiar with the Bureau of

21  Justice Administration grants?

22      A    I'm not.  Seems like I should be.  It's

23  vaguely familiar but I have a tough time recalling

24  exactly what they are.

25      Q    You mentioned a few times the school



1   climate transformation grant; is that correct?

2       A    That's correct.

3       Q    What is the school climate transformation

4   grant?

5       A    The school climate transformation grant is

6   designed to expand PBIS implementation in our state.

7            MS. CHEVRIER:  I'd like the court reporter

8       to mark this as Plaintiff's Exhibit 692.

9            (WHEREUPON, Plaintiff's Exhibit-692 was

10       marked for identification.)

11  BY MS. CHEVRIER:

12      Q    This is an email from you, Mr. Byars, to

13  Curlandra Smith and Rebecca Blanton, dated May 11,

14  2020, correct?

15      A    Correct.

16      Q    And it is Bates No. GA00309926.  Is that

17  correct?

18      A    Correct.

19      Q    Do you recognize this email?

20      A    I do.

21      Q    Attached to the email is an attachment

22  entitled "Letter of Commitment Distinguished Schools

23  3.0.docx" and "Bibb County SCTG Invitation

24  Letter.docx."  Correct?

25      A    Correct.



1    Q    And who is Curlandra Lightfoot-Smith?

2    A    Curlandra is the district coordinator at

3    PBIS in Bibb County schools.

4    Q    And let's turn to the page with

5    Bates-stamp GA00309930.  It's the last page.

6    A    Okay.

7    Q    Do you see where there is a list of the

8    resources available through the SCT grant?

9    A    I do.

10    Q    And it includes Youth Mental Health First

11    Aid Training, correct?

12    A    It does.

13    Q    And that's what you just mentioned, that

14    that's sometimes provided as part of Project AWARE;

15    is that correct?

16    A    So Youth Mental Health First Aid Training

17    was initially provided by Project AWARE.  Now it's

18    provided across the State.

19    Q    And do you see on this list that it

20    includes Tier III training?

21    A    It does.  I see that.

22    Q    So is it possible for schools to get Tier

23    III training through the SCT grant?

24    A    Not yet.  It just hasn't been developed.

25         But we use school climate transformation



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              288

1  grant funds to help develop that Tier III training.

2  That was one of the goals of the grant, was to

3  develop the Tier III training.

4          And so we're close to rolling it out.

5      Q    Got it.  So this is not referencing some

6  other Tier III training, this is referencing the

7  same one we've been discussing --

8      A    Correct.

9      Q    -- that's now complete?

10     A    In development, yes.

11     Q    And do you see that it includes ISF

12  training?

13     A    Correct.

14     Q    So PBIS interacts with the SCT grant

15  because the SCT grant is created to help further

16  implementation of PBIS; is that accurate?

17     A    That's accurate.

18     Q    And do you know if these grants are

19  provided to LEAs or to specific schools?

20     A    So this grant is for all of Georgia

21  schools.  One of the things early on, in looking at

22  the date, this was one of -- this is right after we

23  received the grant and we were looking for ways we

24  were going to expand the breadth.

25          Remember I talked about we were going to



1  expand the breadth and the depth of what we were

2  doing in PBIS.  One of the things we wanted to

3  expand was, you know, with that breadth, what else

4  could we offer some of our schools, and so these

5  were some of the things that as we talked to schools

6  and districts and LEAs that they would like to see

7  us expand to offer more of.

8       Q    And do GNETS programs benefit from the SCT

9  grant?

10      A    All schools.  This is for all schools.

11      Q    Are there any additional systems or

12  frameworks that GaDOE has tried pairing with PBIS to

13  improve the nature of services that students

14  receive?

15      A    We have.  We work with the MTSS unit at

16  the Department of Education.  You heard me very

17  early on saying PBIS is a multitiered system of

18  support.  We've held a joint conference with the

19  MTSS unit.  Karen Suddeth, another program manager,

20  invited each other to our monthly webinar so then we

21  could share.

22            And now PBIS is with the Office of Whole

23  Child.  You know, I did a co-presentation with our

24  director of school nutrition.  Any opportunity that

25  we could find to cross-collaborate at the department

1   of -- Georgia Department of Education, we look for

2   those opportunities.

3       Q    Is there any framework other than PBIS

4   that's used in Georgia that helps provide behavioral

5   interventions for students?

6       A    MTSS.  If it's not a PBIS district and

7   they're implementing MTSS.  MTSS has an academic and

8   behavior side.

9       Q    And there's a behavior side of MTSS that's

10  separate from PBIS?

11      A    It could be.  So if you don't want to

12  implement the PBIS framework but you still need to

13  address behavior concerns, the MTSS framework, you

14  could definitely do that.

15      Q    Are there any frameworks outside of PBIS

16  or MTSS that operate similarly?

17      A    Not to my knowledge.

18      Q    You mentioned earlier that you worked with

19  mental health clinicians Ethan, Dana, and Kelly; is

20  that right?

21      A    Correct.

22      Q    And was that when you were at Griffin

23  Spalding County schools?

24      A    That's correct.

25      Q    What were their credentials as mental



1  │  health clinicians?

2  │      A    All right.  Ethan was -- Ethan was a

3  │  licensed master social worker, LMSW.  Kelly was a

4  │  licensed professional counselor.  Dana was a

5  │  certified school counselor and a licensed

6  │  professional counselor.

7  │      Q    Thank you.

8  │           We've talked a lot about the importance of

9  │  coaching.  Is that accurate to say?

10 │      A    We have.

11 │      Q    How effective is GaDOE at providing

12 │  coaching to LEAs?

13 │      A    Yeah.

14 │           MS. JOHNSON:  Object to form.

15 │           Go ahead.

16 │      A    I think, again, I think I mentioned

17 │  earlier, that's kind of where the sweet spot is.

18 │  You know, when you say GaDOE, I'm going to talk

19 │  about GaDOE School Climate Team because that's what

20 │  I know.  That's where our passion is.  That's what

21 │  we really do well.  That's what sets apart a regular

22 │  professional learning and training from what we do,

23 │  and I used to call that world class professional

24 │  learning.  When people say, you know, Jason, why do

25 │  you call it world class professional learning?  It's

1  | because we have the coaching that goes along with

2  | it, and to me that's the key.

3  |     Q    And did you supervise the coaching of the

4  | different TA specialists who reported to you?

5  |     A    Did I supervise the coaching?

6  |     Q    Like how were you made aware of the

7  | effectiveness of their coaching?

8  |          MS. JOHNSON:  Object to form.

9  |     A    I would say that was kind of like, as a

10 | building level principal, done by exception.  You

11 | know, I was in close contact with the school climate

12 | specialist.  We met quarterly.  I had, and still

13 | have, great relationships with them.

14 |          Again, you build relationships so people

15 | are honest with you, and there was sometimes that I

16 | got feedback that we weren't performing like we

17 | should have and we had those conversations.

18 |          So just keeping that open feedback, but I,

19 | I didn't directly go and supervise them when they

20 | were coaching.

21 |     Q    Do you think that anything can be done to

22 | improve the coaching that GaDOE provides?

23 |     A    I think we can always look for ways to get

24 | better and improve.

25 |          One of the things that our team's really



1  good at is evaluating everything that we do, and

2  that's the reason why, is we want to get better and

3  we want to provide better training and services.

4         We're always constantly looking to

5  improve.  That's why when I first got there, we

6  revamped our Tier I training based on feedback.

7  Everything that we develop is based on our feedback

8  from the people that we're serving.

9     Q    And we talked about how there are a number

10  of schools that remain at the installing or emerging

11  level for multiple years; is that right?

12     A    Correct.

13     Q    What could GaDOE be doing to help those

14  schools who are stalling at those levels?

15     A    Right.  So I mentioned earlier, we kind of

16  work with the living.  We have 1,500, 1,700 schools

17  that are now implementing, and we really try and

18  support every single one of them.

19         Unfortunately, we have some schools that

20  it's not a priority for whatever reason, and they've

21  stalled out.  That's a good word to use.  They've

22  kind of stalled out.

23         We can encourage we, can reach out to

24  them, and the TA specialists do, and the school

25  climate specialists do, reach out to the district



1  coordinators.  We just have some people that have

2  stalled.

3      Q    And what does that encouragement look

4  like?

5      A    Phone calls, visits.  You know, what can

6  we do, what do you need, how can we support you

7  guys.

8          Sometimes you get response, sometimes you

9  don't.

10     Q    Is there anything else that you think

11 GaDOE could be doing to help schools that are

12 stalling?

13     A    I'm sure -- yeah, I'm sure there are, you

14 know, thinking of -- thinking of them off the top of

15 my head right now.

16         You know, for us it all goes back to the

17 relationship and making sure that that's -- that

18 that's solid.

19         One of the keys is getting to the root

20 cause of why they stalled.  It's the same thing with

21 behavior.  Why have they stalled?  Has there been a

22 change in leadership?  You know, what has changed?

23 What's changed since they signed that letter of

24 agreement with us?  And really trying to problem

25 solve that with them.



1          The main thing is just constantly being in

2     contact and letting them know, like, when you're

3     ready, we're here.  And you just got to meet people

4     where they are.

5          You know, you asked about it being

6     mandatory.  It's also one of those things we don't

7     want to force.  We want you to want to do this.

8          Q    Similarly, what I'm interested to hear if

9     there's a distinction for you, is there anything

10    that you think GaDOE could be doing for the schools

11    that spend years just implementing Tier I?

12         A    That really is the encouragement piece.

13    Like, okay, you've got this, let's add Tier II,

14    let's take a look at your student needs.

15         Oftentimes it's the data.  When you

16    present schools and districts with, hey, this is

17    what -- this is what your system or this is what

18    your school looks like, that's what they really

19    need.  They need to really see the reality of where

20    they are.

21         And then it's kind of hard to deny that.

22    For so many people these past few years, they just

23    don't have the time and the resources and the people

24    to send the trainees and those kinds of things.  And

25    I get that, I understand that.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          296

1    Q    Let's refer back to Exhibit 686.  This was

2    the email from Tammi Clarke to Sandra DeMuth,

3    yourself, and a number of other recipients.

4         Do you see where at the top of the email

5    says "Great questions ... and several issues"?

6    A    Yes.

7    Q    And this is Bates-stamped GA00302987?

8    A    Yes.

9    Q    Under No. 1, which we talked about

10   previously, it says:  "Alternative schools/GNETS

11   don't have student records data, GOSA data, or

12   Appleseed Data," correct?

13   A    Correct.

14   Q    What do you understand "don't have student

15   records data" to mean?

16   A    Again, this email was in reference to a

17   principal's overview that was coming up, and in

18   those overviews we drill down and we take a look at

19   data.

20        So what Tammi was saying is we don't have

21   access to that data for the principals that are

22   going to be in there, if they're from a GNETS or

23   alternative school.

24   Q    And by "we don't have access," you mean

25   the GNETS directors don't have access?



1      A    It doesn't exist because they are a

2    program and not a school.

3      Q    And so when you say it doesn't exist, do

4    you mean the data was never observed or that the

5    data doesn't exist in a way you can pull from it?

6      A    It doesn't exist in a way you can pull

7    from it.  For Governor's Office of Student

8    Achievement, it doesn't exist.  Appleseed data, it

9    doesn't exist in those platforms.

10      Q    Does it exist in different platforms?

11      A    Let me look and see what specifically that

12    they're looking at.

13          What can we do if the principals or DCs

14    can't access student record data.  And that sounds

15    like some of the data that we would pull from SWIS

16    or Infinite Campus or those kinds of things.  So may

17    not exist.

18      Q    And we've talked a little bit about how

19    sometimes the student data is with the LEA and not

20    the GNETS program; is that correct?

21      A    Correct.

22      Q    Is that part of what we're talking about

23    here, that the data might exist, just not in a

24    format that the GNETS directors can access?

25      A    That's correct, because that data follows



1   that student back to their home school.

2        Q    Am I correct that earlier we discussed

3   that it's the GNETS programs that choose to adopt a

4   PBIS framework for those programs?

5        A    Correct.

6        Q    And the data is generally important as far

7   as PBIS implementation?

8        A    It is.

9        Q    Is it concerning to you that GNETS

10  directors don't have access to some of their student

11  data?

12       A    I don't know what access every GNETS has

13  access to or doesn't have access to.

14            I don't remember that being a barrier for

15  me when I was in Griffin and working with our GNETS

16  program there.  I don't remember that being a

17  barrier.

18            I don't remember that being a barrier.

19  But I also don't remember maybe how I would have --

20  how I pulled that, if I did.

21       Q    So we see again here in this email it

22  says, "Alternative school/GNETS don't have student

23  records data, GOSA data or Appleseed Data."

24  Correct?

25       A    Correct.



1    Q    And so based on this email, it's your

2    understanding that GNETS don't have access to those

3    three types of data, correct?

4         MS. JOHNSON:  Object to form.

5    A    Tammi authored this, so this is actually

6    her opinion.

7    Q    Do you have any reason to believe what

8    Tammi was saying was inaccurate?

9    A    I don't.

10   Q    And do you trust Tammi's assessment here?

11   A    I do.

12   Q    So assuming that Tammi is correct and that

13   GNETS programs don't have access to student records

14   data, GOSA data, or Appleseed data, is it concerning

15   to you that a GNETS director implementing PBIS might

16   not have access to all of the data that general

17   education principals might have access to?

18   A    They may --

19        MS. JOHNSON:  Object to form.

20   A    They may not have access to those three,

21   but they may also collect data internal that they

22   have access to.

23        But, again, I don't -- I just don't

24   remember how we drilled down with Lauren at

25   Mainstay.  I don't remember.



1    Q    So hypothetically, if a GNETS director

2  didn't have access to IEP progress monitoring

3  information, would that be concerning to you from a

4  PBIS perspective?

5         MS. JOHNSON:  Object to form.

6    A    I don't -- I don't know the answer.  I

7  don't have an opinion about that.

8    Q    And is there a place publicly where GaDOE

9  lists all of the schools participating in PBIS?

10   A    There is.

11   Q    And are GNETS programs included in that?

12   A    They are.

13   Q    Thank you.

14        Are you generally familiar with thought

15  leaders in the PBIS discourse nationally?

16   A    Yes.

17   Q    And have you heard of Robert Horner?

18   A    I have.

19   Q    In what capacity?

20   A    He's one of our thought leaders.  One of

21  our national leaders, and I've heard -- again,

22  national conferences, opportunity to hear him speak

23  and present.

24   Q    And that's a national thought leader on

25  PBIS?



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          301

1       A    Correct.

2       Q    And have you heard of Donald Kincaid?

3       A    I have.

4       Q    In what capacity?

5       A    Same capacity.  He is one of the -- also

6   co-directors down at the University of South Florida

7   for our National TA Center.

8       Q    And so he's also a national thought

9   leader?

10      A    He is.

11      Q    On PBIS?

12      A    He is.

13      Q    I've only read this name.  I haven't heard

14  it, so I might be butchering it.

15           Are you aware of George Seguy?

16      A    Perfect.  Yes.

17      Q    In what capacity?

18      A    He is widely regarded as really the

19  grandfather of PBIS in the United States.  He's from

20  the University of Connecticut.

21      Q    And have you heard of Bob Putman?

22      A    I recognize Bob's name.  Not as much

23  familiarity with Bob.

24      Q    And in what capacity?

25      A    Same as a leader in PBIS.



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              302

1       Q    And you just said that there are public
2    places where the schools in Georgia participating in
3    PBIS are listed; is that correct?
4       A    That's correct.
5       Q    Where is that listed?
6       A    On the Georgia Department of Education
7    website.
8       Q    And how frequently is it updated?
9       A    Generally, it's updated annually.  The end
10   of year recognition list, they're verifying that
11   right now.  I just know this because I just met with
12   Ben Moore and they're getting ready to publish this
13   past year's end of year.
14          So we try to keep that up annually.
15      Q    And that's the -- by recognition list,
16   does that include the levels that they're at?
17      A    That's correct.
18      Q    And did that occur for the last couple of
19   years?
20      A    It did not because of the pandemic.
21      Q    Do you know Heather George?
22      A    I know Heather.
23      Q    Did you work with her?
24      A    Very closely.
25      Q    In what role did you work with her?



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          303

1        A    Heather was our -- so just like the State

2   has TA specialists that support the district, the

3   National TA Center has TA specialists that supports

4   the State.  Heather is Georgia's TA specialist.

5        Q    And what were your interactions -- excuse

6   me.

7             What were your interactions with her?

8        A    What were my interactions with Heather?

9        Q    Yeah.

10       A    She is my TA specialist.  So she would

11  come and do professional learning with us, training

12  with us.  I invited her to my retreats.  She was my

13  -- as a state leader, she was my go-to person.

14            So I had very frequent interaction with

15  her.

16       Q    You said earlier that you previously

17  reported to Garry McGiboney; is that correct?

18       A    Correct.

19       Q    But you were no longer reporting to him at

20  the end of your time at GaDOE; is that correct?

21       A    Correct.

22       Q    Why were you no longer reporting to him?

23       A    He left the agency.

24       Q    Did you stop reporting to him before he

25  left the agency?



JASON BYARS                                      December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           304

1        A      No.

2        Q      And did his job change at all prior to him

3    leaving the agency?

4        A      It did.

5               MS. JOHNSON:  Object to form.

6        Q      How did his job change?

7        A      His job title changed.  He went from

8    Federal Programs to School Safety and Climate.

9        Q      He went from Federal Programs to School

10   Safety and Climate?

11       A      That's correct.

12       Q      Do you recall whether Dr. McGiboney

13   shifted away from working on school climate at any

14   point while he was working at GaDOE?

15       A      Never.  It was always a top priority for

16   him.

17       Q      And you previously stated that

18   Dr. McGiboney was one of your mentors.  Is that

19   correct?

20       A      Still is, yes.

21       Q      And what is your opinion of

22   Dr. McGiboney's work in the school climate area?

23       A      He is one of the most influential

24   educators in our state, in our nation on improving

25   school climate.



1      Q    And did he share any information with you
2   about why he chose to leave GaDOE?
3      A    No.
4      Q    And did you discuss his departure with him
5   at any point?
6      A    I did.
7      Q    And what -- what did those conversations
8   entail?
9      A    I don't remember the details.  Just my
10  sadness of him leaving the Department of Education
11  and that he was going to be really missed and that I
12  hope we're able to continue the work that he started
13  there.
14     Q    Did your departure -- was your departure
15  impacted at all by Mr. -- Dr. McGiboney's decision
16  to leave?
17     A    No.
18     Q    Was there a lot of turnover during your
19  time at GaDOE?
20          MS. JOHNSON:  Object to form.
21     A    In regards to which department?  Or the
22  entire agency?
23     Q    Or the programs within the agency that you
24  were directly connected with?
25     A    As far as the stability of the PBIS and



1   school climate, it was very stable.

2        Q    At the time that you left GaDOE, did you

3   have any concerns about the State's commitment to

4   PBIS?

5        A    I did.

6        Q    What was it?

7        A    Just wanting to ensure that the work was

8   going to continue, that there would always be a

9   focus on PBIS and that it would continue to be a

10   priority.

11        Q    Was there any further basis for your

12   concern?

13        A    Um, part of it was the elimination -- some

14   of the elimination of PBIS language in the work that

15   we were doing.  That was concerning to me.

16             I just felt like we were getting away to

17   what we were really true to doing with PBIS, and

18   eliminating PBIS language is one of those things.

19   It's really important.  It's the basis of the work

20   that we do.

21        Q    Can you give me an example of the

22   elimination of PBIS language?

23        A    Sure.  So instead of being the office --

24   PBIS program manager, all the changes to school

25   climate and everything being about school climate



```
 1   instead of PBIS.
 2       Q    And at the time you left GaDOE, did you
 3   have any concern about the State's commitment to
 4   student mental health?
 5       A    Um, not so much.  The Office of Whole
 6   Child really picked up student mental health, and it
 7   seemed to be thriving there and expanding there.  So
 8   no concerns.
 9       Q    And why did you leave GaDOE?
10       A    I retired.
11       Q    And you didn't immediately start working
12   again after that period of retirement, correct?
13       A    I did take two months off.
14       Q    Okay.  Was there a reason why you chose to
15   retire from GaDOE?
16       A    I had my 30 years in.  It was time to
17   retire and start doing some different type of work.
18       Q    So what previous positions that you had
19   counted towards those 30 years?
20       A    Everything that we discussed today.
21   Department of Education, the work in Griffin
22   Spalding, and my work in Fayette County.
23       Q    And does your work currently contribute to
24   numbers of years working for GaDOE?
25       A    It doesn't.
```



1      Q    At the time that you left GaDOE, were

2   there any improvements related to classroom climate

3   that you believe were really needed?

4           MS. JOHNSON:  Object to form.

5      A    Finishing Tier III.  That was a big one.

6      Q    And at the time you left GaDOE, were there

7   any improvements related to student mental health

8   that you believe were needed?

9           MS. JOHNSON:  Object to form.

10      A    Um, no.  You know, continuing the work

11   that we had kind of set forth and expanding that to

12   more schools and more districts so that more

13   students benefitted.  No concerns about that.  I

14   mean I felt like that's kind of the path that it's

15   on.

16           MS. CHEVRIER:  I'd like the court reporter

17      to mark this as Exhibit 693.

18           (WHEREUPON, Plaintiff's Exhibit-693 was

19        marked for identification.)

20   BY MS. CHEVRIER:

21      Q    This is an email thread between you, Mr.

22   Byars, and Miriam Gudenrath, dated August 6, 2020,

23   correct?

24      A    Sure.

25      Q    And it's Bates-stamped GA00311700.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                         309

```
1    Correct?

2         A     Uh-hum.  Yes.

3         Q     Do you recognize this email?

4         A     I do.

5         Q     In the last sentence of her email to you,

6    Miriam wrote:  "I have really been thinking about

7    you with the whole Nicholas thing and cannot imagine

8    had mad you must be over what must have been quite a

9    shock."  Correct?

10        A     Correct.

11        Q     And you responded:  "Furious does not even

12   describe it."  Correct?

13        A     Correct.

14        Q     To who or what Nicholas was Miriam

15   referring?

16              MS. JOHNSON:  Object to form.

17              You can answer.

18              THE WITNESS:  Thank you.

19        A     Nicholas Handville.

20        Q     And he was one of your direct reports; is

21   that right?

22        A     He was.

23        Q     And did what occur relate in any way to

24   your position as PBIS program manager?

25        A     Um, I don't honestly remember.  I mean
```



1  obviously it did because Nicholas was one of the --

2  he was on my team and he was a really valuable

3  member of my team.  And, and I don't remember the

4  specifics.

5       Q    Do you remember what transpired to make

6  you so furious?

7       A    I don't remember.  It may have -- it may

8  have been -- August of 2020?  I don't remember.

9       Q    Have you worked with DBHDD in connection

10 with your PBIS work?

11      A    I have.

12      Q    In what capacity?

13      A    They're a partner, especially with the

14 Project AWARE grant.  Through the Project AWARE

15 grant you have to partner with other state agencies,

16 and they're one of the state agencies that we

17 partner with.

18      Q    And have you worked with the U.S.

19 Department of Education in connection with your PBIS

20 work?

21      A    Yes.  That is -- the school climate

22 transformation grant is given by the U.S. Department

23 of Education.

24           MS. CHEVRIER:  I'd like the court reporter

25      to mark this as Plaintiff's Exhibit 694.



 1                (WHEREUPON, Plaintiff's Exhibit-694 was

 2           marked for identification.)

 3    BY MS. CHEVRIER:

 4        Q    This is an email thread between you, Mr.

 5    Byars, Garry McGiboney, Emily Graybill, Rebecca

 6    Blanton, and Amy Banks, from June 23rd, 2020,

 7    correct?

 8        A    Correct.

 9        Q    And it's Bates No. GA00310731, correct?

10        A    Correct.

11        Q    And is Amy Banks from the U.S. Department

12    of Education?

13        A    Um, I think Amy was with the U.S.

14    Department of Education.

15        Q    Okay.  In her email, which was forwarded

16    to you, Amy shared that, quote:  "A new School-Based

17    Mental Health Services Grant Program," quote, "was

18    going to start receiving applications."

19             Is that correct?

20        A    Correct.

21        Q    And then you wrote to Dr. McGiboney on

22    June 22nd, 2020:  "I do not want to cause a stir but

23    I am having a hard time potentially leaving $10

24    million in grant funds on the table during this

25    time."  Correct?



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                          312

1        A      Correct.

2        Q      Why were you interested in applying for

3   this grant?

4        A      So that we could serve more students.

5        Q      And let's look at the email you sent to

6   Emily Graybill.

7               You wrote:  "Seems like the decision not

8   to apply was made between Ashley, Matt Jones, Layla,

9   and Dante.  That being the case it would not be wise

10  for us to come in behind and try and apply.

11  Especially if Dante and Layla are not on board."

12       A      Correct.

13       Q      Correct?

14              Who is the Ashley you're referring to?

15       A      Ashley Harris.

16       Q      And who's the Layla you're referring to.

17       A      Layla Fitzgerald.

18       Q      And who's the Dante you're referring to?

19       A      Dante McKay.

20       Q      And why did you agree with their -- why

21  did you disagree with their decision?

22       A      Because I've seen the work that we can do

23  when we have those types of grants to help children,

24  and it's -- when Amy Banks reaches out to you

25  directly, that's a vote of confidence in the work



1  that you've been doing and they want you to continue
2  that work.
3          So I just -- I disagree when we have the
4  opportunity to help children that we don't.
5      Q    Overall, based on your extensive
6  experience, do you think that Georgia is -- how do
7  you think Georgia is doing with PBIS implementation?
8      A    I think it's doing very well.  It's one of
9  the national leaders.
10     Q    And how do you think Georgia is doing
11 supporting students with mental health challenges?
12     A    Again, I think we're one of the national
13 leaders.
14     Q    And what about -- how do you think Georgia
15 is doing to support students with mental health
16 challenges in the GNETS programs?
17     A    I don't have enough information to answer
18 that.
19     Q    And if you could wave a magic wand and
20 create a better system to serve students with social
21 and emotional behavioral challenges, what would you
22 change?
23     A    Access at Tier I.  I would, if I could
24 we've a magic wand, every student in our state would
25 have access to those type services at Tier I.



JASON BYARS                                    December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           314

1      Q    And anything additional?

2      A    Um, I would -- I could just go right up

3  the tiers.  Having enough resources and support to

4  be able to build appropriate skill groups at Tier II

5  for every child that needs it.  Having that intense

6  one-on-one counseling and therapy and intervention

7  at Tier II for every student that needs it.

8           If we want to wave a magic wand, we could

9  meet the needs at all three tiers.

10     Q    Did Garry McGiboney every share with you

11 that school climate had been taken away from his

12 position at GaDOE?

13          MS. JOHNSON:  Object to form.

14     A    I don't remember if he shared that

15 directly with me.

16     Q    Were you aware that school climate had

17 been taken away from his purview?

18     A    When I changed supervisors, I was aware

19 that it was taken -- that we changed leadership.

20     Q    And did that provide any concerns for you?

21     A    It did.

22     Q    What were those concerns?

23     A    Garry's a -- Garry's the leader.  He is

24 the leader in our state for that.

25     Q    And so why would school climate be taken



1   away from the leading leader?

2           MS. JOHNSON:  Object to form.

3       A   I have no earthly idea.

4       Q   Do you agree with it being removed from

5   his purview?

6       A   I disagree.

7       Q   And was school-based mental health removed

8   from his purview?

9       A   I don't remember at the time.  I don't

10  remember the time, if that stays -- that stayed

11  housed with Garry or not.  I really don't remember.

12      Q   Did the change in Dr. McGiboney's

13  responsibilities affect or create concerns that you

14  had regarding GaDOE's commitment to PBIS?

15      A   It did.

16      Q   Do you continue to have concerns about

17  GaDOE's commitment to PBIS?

18      A   Um, I do.

19      Q   And what are those concerns?

20      A   I'm afraid that it's not going to continue

21  to be a priority without someone like Garry leading

22  it.

23      Q   And why is that concerning to you, that it

24  would stop being a priority?

25      A   Why is that concerning that it would stop



1  being a priority?

2       Q    Do you have concerns that it would --

3  would it make you upset if GaDOE decided that PBIS

4  was not a priority?

5       A    I would be devastated.

6       Q    And why would that be devastating for you?

7       A    Because it's so good for our schools and

8  it's so good for our kids.  It makes a difference.

9  It changes climate, it changes culture.  It does

10  what it's set out to do.

11      Q    And do you have any concerns that GaDOE

12  was changing its commitment to school-based mental

13  health based on Garry McGiboney's change in

14  responsibilities?

15      A    I didn't feel --

16           MS. JOHNSON:  Object to form.

17           Go ahead.

18      A    I didn't feel the same about the

19  school-based mental health.

20           MS. CHEVRIER:  I think that's all.

21           Thank you so much.

22           THE WITNESS:  Thank you.

23           MS. JOHNSON:  No questions.

24           THE VIDEOGRAPHER:  This concludes this

25      video deposition.



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              317

1        The time is 6:14 p.m., and we are off the

2    record.

3        (Whereupon, the deposition concluded at

4    6:14 p.m.)



JASON BYARS                                           December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              318

1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6            I hereby certify that the foregoing

7    transcript of JASON BYARS was taken down, as stated

8    in the caption, and the questions and answers

9    thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   318 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 8th day of December, 2022.

22                        *Wanda L. Robinson*

23   _____

24       Wanda L. Robinson, CRR, CCR No. B-1973
             My Commission Expires 10/11/2023

25



JASON BYARS                                        December 02, 2022
UNITED STATES vs STATE OF GEORGIA                           319

```
 1             D I S C L O S U R E

 2   STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
     FULTON COUNTY     ) JASON BYARS - 12/02/22
 3                Pursuant to Article 10.B of the Rules and

 4   Regulations of the Board of Court Reporting

 5   of the Judicial Council of Georgia, I make the

 6   following disclosure:

 7                I am a Georgia certified court reporter.

 8   I am here as a representative of Esquire Deposition

 9   Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Attorney's

11   Office to provide court reporter services for this

12   deposition.  Esquire Deposition Solutions, LLC will

13   not be taking this deposition under any contract

14   that is prohibited by O.C.G.A. 9-11-28 (c).

15                Esquire Deposition Solutions, LLC has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21                Esquire Deposition Solutions, LLC will

22   charge the usual and customary rates to all parties

23   in the case, and a financial discount will not be

24   given to any party to this litigation.

25
```



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                            320

1              ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Deponent Name:  JASON BYARS

3    Case Caption:   United States of America vs. State
                     of Georgia
4

5    Case No. :  1:16-cv-03088-ELR

6         I do hereby certify that I have read all
     questions propounded to me and all answers given by
7    me on the 2nd day of December, 2022, taken before
     Wanda L. Robinson, and that:
8

9    _____1) There are no changes noted.

10   _____2) The following changes are noted:

11        Pursuant to state rules of Civil Procedure
     and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
     in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
     the reason given for making them.
14        Accordingly, to assist you in effecting
     corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line           Change        Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



JASON BYARS                                          December 02, 2022
UNITED STATES vs STATE OF GEORGIA                              321

1                    CERTIFICATE  OF DEPONENT

2

3        I hereby certify that I have read and examined

4    the foregoing transcript, and the same is a true and

5    accurate record of the testimony given by me.  Any

6    additions or corrections that I feel are necessary,

7    I will attach on a separate sheet of paper to the

8    original transcript.

9

10                   _____

11                            Signature of Deponent

12

13       I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                   _____

21                            NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25



259:1

__Exhibits__

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT671
    4:10
    11:13,14,
    15

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT672
    4:11
    63:1,2,3

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT673
    4:14
    68:21,22,
    23 83:4,5
    136:20,21

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT674
    4:16 83:6
    144:6
    166:13

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT675
    4:17
    107:17,
    18,19
    124:23

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT676
    4:19
    110:13,
    14,15
    158:6

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT677
    4:22
    115:25
    116:1

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT678
    5:4
    115:24,25
    142:3,4

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT679
    5:6
    168:9,10

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT680
    5:8
    176:1,2
    211:12

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT681
    5:10
    195:9,10

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT682
    5:12
    222:19,20
    245:7

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT683
    5:15
    241:19,20

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT684
    5:17
    247:2,3

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT685
    5:19
    249:24,25
    250:1

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT686
    5:21
    252:13,14

296:1

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT687
    5:23
    256:4,5,6

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT688
    6:4
    265:1,2

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT689
    6:6
    271:18,
    19,20

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT690
    6:8
    273:24,25
    274:1

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT691
    6:10
    283:6

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT692
    6:12

286:8,9

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT693
    6:15
    308:17,18

8828137 Jas
on.
Byars PLAIN
TIFF.
EXHIBIT694
    6:17
    310:25
    311:1

—————

        $

$10
    311:23

$100,000
    206:15,19

$2
    191:13

$30,000
    205:8

$750,000
    191:16

—————

        1

1
    43:11,17,
    23 54:18
    56:9
    64:13,23
    65:3,5,
    10,18
    79:23
    82:1
    84:23



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: 1's..2020

85:7
86:15,17,
19,24,25
87:2,19,
21,25
88:6
89:6,9
90:3
91:15
96:1,21
97:2,6
102:21
104:11
105:2,14,
20,24
106:16,
18,21,22,
25 108:18
109:3,8,
15 128:1
129:23
133:20,21
138:4
144:15
146:9
155:16
247:17,23
296:9

**1's**
89:23
90:1

**1,500**
131:7
293:16

**1,700**
293:16

**1-3**
155:4

**10**
107:23
163:19
168:5
239:17,20
258:11

**100**
110:5
233:6
239:15

**10:36**
76:23

**10th**
271:24

**11**
286:13

**11:01**
69:11

**11:05**
77:1

**12**
206:1

**12:24**
136:11

**14,000**
259:8

**14th**
7:6
250:15

**15**
22:1 85:1
101:6
109:9
213:25
236:4

**16**
25:16
139:9
176:6
206:1,3,
11,13,19

**16th**
63:7

**17**
122:25

**17th**

**11:20**
69:5,11
176:6
251:1
265:6

**18**
110:22
250:9
259:2,3

**18th**
251:7
252:3

**19**
40:22
211:18

**1992**
19:17
20:22

**1997**
45:18

**1998**
20:16,25
40:22

**1:16-CV-
03088**
8:3

**1:17**
136:14

**1st**
21:20

_____

**2**

_____

**2**
43:15,23,
25 54:19
56:9
65:3,6,
10,18
85:2
87:21
90:6,7,

**12,19,21,
23** 91:1,
5,8,10
92:1,2,9,
11,20
93:4,20
94:3,12,
24 95:2,
6,19,21
96:2,4,
16,18
97:4,7,
20,24
98:3,6
100:23
102:21
104:11
108:20
141:21
144:7,12
146:13
157:10
180:8
192:15
272:15
273:4

**2-3**
169:1

**2.0**
263:15

**20**
37:20
84:25
103:10
104:2
122:18,
19,22
201:11
259:8

**2004**
40:13,22

**2008**
141:17
209:13

**2011**
40:1,13

**2012**
224:21,24

**2013**
38:24
40:1
224:21,24

**2015**
35:23
38:24
270:1

**2016**
274:6

**2018**
211:18
212:24
248:23

**2019**
26:17
35:23
63:7 69:5
110:22
141:16
168:14
176:7
223:2
241:25
247:8
248:21,22
252:19
256:10
259:5
278:16

**2019-2020**
176:22

**2020**
107:23
116:6
195:15
250:9,16
251:2,7
252:3



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: 2021..75,000

265:6
271:24
278:13,14
286:14
308:22
310:8
311:6,22

**2021**
278:14

**2022**
7:2 11:20
26:17

**20s**
262:19

**22nd**
223:2
311:22

**23rd**
311:6

**24**
17:14

**25**
103:10,16

**25th**
252:19
256:10

**27th**
241:25

**2:47**
204:10

**2nd**
7:2 21:20
26:17
195:15

───────────

**3**

**3**
43:21
54:19
56:9

65:3,6,
10,18
84:11
87:21
97:12,13,
25 98:2,5
99:16
100:19
101:9,11
102:5,8,
11 103:3,
6,14
104:8
108:23
109:12,
16,17
110:8
117:1
146:25
177:10
242:5

**3.0.docx**
286:23

**30**
101:6
103:17
201:11
307:16,19

**30-plus**
57:8

**300**
183:19,21

**30s**
262:19

**30th**
26:17
274:6

**31st**
247:8

**3:10**
204:13

**3rd**
168:14

───────────

**4**

**4**
136:22
137:16
153:7
158:9

**40**
157:9

**49**
21:6,16

**4:44**
273:18

───────────

**5**

**5**
144:8
146:24
154:18

**500**
7:6

**504**
275:18

**5:19**
273:21

**5th**
116:6

───────────

**6**

**6**
112:8
147:12
149:21
156:14
166:19
308:22

**671**
11:14

**672**
63:2

**673**
68:22
83:5
136:21

**674**
83:5
136:21
144:6
166:13

**675**
107:18
124:23
259:1

**676**
110:14
158:6

**677**
115:25

**678**
115:25
142:3

**679**
168:9

**680**
176:1
211:12

**681**
195:9

**682**
222:19
245:7

**683**
241:19

**684**
247:2

**685**
249:25

**686**

**687**
256:5

**688**
265:1

**689**
271:19

**690**
273:25

**691**
283:5

**692**
286:8

**693**
308:17

**694**
310:25

**6:14**
317:1,4

───────────

**7**

**7**
108:10
153:8

**70**
123:23
182:15

**70%**
169:2

**75**
177:20,
22,23
178:2
205:10
206:15

**75,000**
206:19

**252**:13
296:1



## 8

8
117:22
120:8
124:24
156:14
166:14
170:21

8-21-19
223:5

80
84:23
95:13
109:5,6
123:24
236:3

80/15/5
235:24
236:2

85
160:22
161:10,12
182:16
205:10
233:5

## 9

90
95:16

92
41:15

95
205:11

98
41:15

9:01
7:2

## A

a.m.
7:2 69:11
76:23
77:1

A.Z.
224:11

ABA
79:12,13,
14 82:19
99:8
132:19
196:7

ability
11:5
47:16,17
48:5
59:16
72:11
243:15

Absolutely
94:8 95:1
96:3
108:16
194:6
206:25

abuse
27:1
264:1
267:19

AC
224:11

academic
22:10
50:18
51:19
149:6,8
290:7

academics
43:8
46:11

50:16

Academy
33:2
37:18
214:6
224:18
225:17
232:19
245:25
246:4
279:9,11
280:24
281:3

access
59:1
61:13
62:3
89:22
241:13
243:14,
18,23
244:23,24
253:8,11
254:3,5,7
255:8
262:11
267:10
281:14
296:21,
24,25
297:14,24
298:10,
12,13
299:2,13,
16,17,20,
22 300:2
313:23,25

account
183:25

accountable
44:16

accurate
65:11
114:11

115:2
160:18
178:24
264:14
284:1
288:16,17
291:9

accurately
9:13
160:18

achieve
81:5
186:11
225:17

achieved
55:20
163:16
182:18
183:5

achievement
50:18
51:19
253:3,5
297:8

achieving
184:12

acknowledge
85:13
240:10

acknowledgm
ent
52:23
85:13
86:18

acronym
138:11
206:23

acronyms
16:22
275:2

act
98:9,12,

16,22

action
44:17
61:11
153:14
171:23
175:5

activities
261:11
284:22

actual
148:25
149:3
176:15
285:7

acute
81:2

add
10:21
29:18,20
157:8
159:9,20
160:3
256:15
295:13

addition
55:14
168:5
182:24
237:14

additional
10:20
41:3
43:15,19,
20 62:15
67:3,4
69:22
76:2,8
81:3
82:3,11,
15,17
84:25
91:6
92:12,18



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: additionally..aide

95:21
96:8
97:10,23
98:4
99:25
108:21
109:10,16
110:2,6
113:22
114:10
119:14
121:24
153:6
161:21
175:23
188:3
191:23
196:24
234:24
237:1
248:1
279:1,2
281:13
283:11
289:11
314:1

**additionally**
87:23
196:8
267:6

**address**
45:22,24
66:8
67:14
68:3
273:14
290:13

**addressing**
54:10

**adequately**
198:19

**adjust**
84:9

**adjusting**
183:21

**adjustment**
183:25

**administer**
98:24
121:10
122:18,24

**administered**
99:3
169:13

**Administration**
27:2
267:20
285:21

**administrator**
48:20
87:12
97:15
133:22
165:14,
17,22
194:22,25

**administrators**
98:24
128:18

**adolescents**
259:13
260:8
262:16

**adopt**
57:20
62:23
136:7
145:23
298:3

**adopted**
65:21
67:5

137:18,
20,21
284:24

**adopting**
132:21
189:1
277:23

**adopts**
133:16
204:1

**adult**
90:13,16,
17 91:20,
21 260:14
261:5
262:16

**adults**
31:17
48:16
52:17,23
60:9,25
67:2
68:17
86:12
285:2,4

**Advancing**
267:17

**advertised**
196:25

**advised**
219:12

**advocacy**
253:15
254:15

**advocate**
53:25
55:15
61:13

**advocated**
61:22,23

**advocating**
69:16

70:5
270:4

**affect**
315:13

**Affirmative**
64:19
69:17

**afford**
146:3

**afraid**
315:20

**after-action**
217:6,7,
19

**age**
61:9
135:25

**age-appropriate**
135:20

**age-group**
136:8

**agencies**
18:12
57:6
82:24
282:7
310:15,16

**agency**
18:15,18
303:23,25
304:3
305:22,23

**agent**
231:17
279:17,21
280:8

**aggregate**
151:16

**agree**

46:25
47:5,8
67:16,21
84:17
125:10,
11,16,18
174:25
175:1
257:20,
22,24
267:5,8
273:11
312:20
315:4

**agreed**
213:3

**agreement**
141:25
142:9
143:1,9
146:24
153:8
164:25
165:2,4,
8,18
166:6,14
170:21
232:1
294:24

**agrees**
166:3

**ahead**
10:8
88:16
114:15
291:15
316:17

**Aid**
61:1,21
281:5,7
287:11,16

**aide**
197:9



**Alexander**
32:25
215:11
280:6,9

**alike**
106:11

**Allison**
217:13

**allowed**
99:14
162:24

**alongside**
18:4

**alternative**
74:24
75:10,15,
20,24
76:15
79:3
80:17,21
105:22
106:15
109:24
221:6
223:14
247:18
248:15
250:23
251:4,18,
19,22
252:10,23
253:21
255:9
279:7
296:10,23
298:22

**Amber**
29:11,13

**America**
7:5

**amount**
191:22
192:5

**Amy**
311:6,11,
13,16
312:24

**analysis**
79:16
132:5,8

**analyze**
216:11,18
217:20

**angry**
80:13
102:1

**announced**
272:16

**annual**
191:8
192:13

**annually**
191:9
302:9,14

**answering**
9:20
133:12

**answers**
9:9,13,21

**Anthony**
29:8
116:5,11

**Anxiety**
263:25

**anymore**
135:12
163:9

**Apex**
264:7,8,
9,10,14,
17,20,22,
23 266:6,
8,24
267:7,10

**appears**
225:11
253:24

**Appleseed**
252:25
253:13,
14,23
254:3,8,
10,15,21
296:12
297:8
298:23
299:14

**Appleseed's**
283:1,17

**applicable**
25:20
45:6

**application**
272:20

**applications**
311:18

**applied**
79:16
132:5,7
192:17

**apply**
25:17
26:19
27:22
45:11
233:9
312:8,10

**applying**
312:2

**approach**
31:25
238:8
277:24,25
278:2
284:12

**approaches**
46:10

**approaching**
275:22
276:5

**April**
119:12
250:9,15
251:1,7
252:3

**archived**
89:10

**area**
30:24
139:21
153:25
304:22

**areas**
30:5
57:11
127:3
128:16
167:12
189:22
233:1
284:13

**argument**
161:11

**arrest**
242:19

**arrested**
173:4,11
187:11
211:7

**arrests**
172:17
173:23
174:3
187:23
212:8,9

**arrived**
28:3

54:17

**art**
261:3

**artifacts**
33:15
177:16

**arts**
262:4

**as-requested**
189:4

**Ashley**
312:8,14,
15

**asks**
207:3

**aspect**
55:23,24
201:15
263:14

**aspects**
209:4

**assess**
174:6
182:25
216:15
217:24

**assesses**
181:23
193:17

**assessing**
173:24

**assessment**
19:2
179:14
206:25
207:1
299:10

**Assessments**
190:10



**assign**
33:12
171:15
237:15

**assigned**
75:20,23
78:5
99:12
120:18
165:13
196:6
197:14
235:5
241:11

**assignment**
235:8

**assist**
169:3

**assistance**
62:8,10,
15
115:14,21
120:10,17
236:13
282:12

**assistant**
12:22
22:23
30:4
36:15,17
39:23
40:11,20,
22 79:9
145:12

**associate**
23:6 35:7
265:14

**Association**
42:6,11,
14 274:22

**assume**
21:18
267:13

**assuming**
299:12

**athletic**
39:24
40:20,23

**Atlanta**
7:6

**attached**
12:1
111:12
116:17
176:19
203:22
224:14
272:5
286:21

**attachment**
158:8
177:10
179:11
180:8
272:8,10
286:21

**Attachments**
223:5

**attempt**
163:19,23

**attend**
67:5
76:15
143:15
148:5
165:10
189:20
254:22
261:18

**attendance**
50:19
51:16
89:7,21,
23 96:25
97:5
104:19,20

121:17
127:2
171:24
172:3
243:6,11,
14,23
244:4,10,
13,14,20,
24

**attended**
37:24
38:12
41:4
79:24

**attention**
95:12
115:18
123:21
276:12

**attorney**
8:9,19
10:4

**attorneys**
15:25

**attributed**
51:9

**attrition**
50:20
199:8
256:25

**audience**
126:6

**August**
20:16
21:20
63:7
223:2
308:22
310:8

**author**
108:4

**authored**

299:5

**autism**
283:20

**automatical
ly**
44:11

**avoid**
9:18

**awarded**
192:17

**aware**
14:8,13
26:25
30:13
31:23
34:23
35:8,18
37:2,5
38:5,11
46:2
60:21,25
61:19
64:11
70:10
71:9 72:6
93:8
142:19
143:18
179:9
191:17
193:4,12
198:18
203:10
264:5
266:16
267:1,14,
16,17
268:3,5,
13,19
272:6,15,
17,21
273:14
274:11
275:13,21

276:16,
18,20
277:16,
17,19,20
278:7,10,
12,15,19
279:4,15,
20,24
280:1,12,
14,17
281:3,19
285:17
287:14,17
292:6
301:15
310:14
314:16,18

_____

**B**

**B-I-P**
18:23

**B-Y-A-R-S**
8:17

**babies**
207:17

**bachelor's**
19:13

**back**
12:21
48:19
52:6
64:23
71:1 93:5
95:7
123:11
124:22
127:4
136:19
137:16
140:23
144:5
150:6
151:9



155:21
158:5
166:12
170:20
178:9
179:10
184:3
185:3
199:5
204:16
211:10
212:2,10,
19,24
213:3
225:2
240:21
245:6,7
258:25
294:16
296:1
298:1

**backed**
126:8

**background**
190:1
266:12

**backs**
232:3

**ballpark**
183:8
204:25
205:17
215:21

**Banks**
311:6,11
312:24

**Barrett**
266:18

**barrier**
234:22
298:14,
17,18

**barriers**

150:10,
13,19
151:6
234:10,
15,16,17
235:3
270:1

**Barrow**
29:10

**base**
62:6
197:12

**based**
17:23
45:4
55:10
58:21
66:17
70:17
73:3,20
90:9,24
106:8
110:2,4
117:16
123:3
157:3
160:8
164:5
167:16
171:17
181:10
201:8
205:7
213:8,9
240:2
251:13
261:10
267:13
293:6,7
299:1
313:5
316:13

**baseline**
127:22,
23,24

128:15,24

**baselines**
128:20

**basically**
8:20
284:13,16

**basis**
113:10,11
189:4
306:11,19

**Bates**
63:10
64:15
68:25
69:12
107:25
108:11
112:9
116:8,20
117:2,23
124:25
168:17
176:9,25
177:11
180:9
185:4
195:17
222:23
242:2,6
247:10
250:11
256:12
265:11
272:1,10
273:4
283:16
286:16
311:9

**Bates-stamp**
111:15
177:1
287:5

**Bates-stamped**

144:1,10
158:10
164:23
296:7
308:25

**bathroom**
127:18
136:3

**began**
270:1

**begin**
155:4
214:17

**beginning**
21:22
119:15
160:6
252:4
263:12

**begins**
48:17
52:4
156:18

**behaving**
90:10

**behavior**
13:13
14:5  18:3
19:2,5
22:5  27:4
32:2
42:12
43:6,8,22
45:22
46:10,12
47:20
48:2
54:8,25
61:24
65:19
66:8
70:14,15
71:16,18,
23  79:16

81:5
85:8,20,
22  86:5,
10,13,16
90:10,22
96:12,13
99:6,10,
11,13
115:16,20
121:8
129:20
132:14
155:18
169:5
170:9
173:25
196:1,3,
11,24,25
197:5,11,
22  198:2,
8,12,15,
18,23
199:7
200:1,9,
13  201:7,
22  209:6
233:17
236:24
237:12
243:1,3,4
248:1,12
263:24
275:25
276:10,14
290:8,9,
13  294:21

**behavioral**
18:2,9,24
43:4
45:19
66:5  68:3
125:6
132:5,7,
10  176:20
190:10,15
198:7



202:5
229:25
268:2
283:1,17,
19 290:4
313:21

**behaviorally**
22:14

**behaviors**
13:17
41:8
47:1,6,
10,13,15,
18,22,24
61:25
65:17
66:14
73:4,22,
25 74:7,
11,20
75:5,25
80:4,8,9,
15,19,20
81:1
88:15
93:22
100:21
101:12,
15,18,20
110:1
113:21
114:5,7
121:10,15
152:20
153:3,4
174:10,12
178:9
209:25
210:13,16
211:23
212:6
227:23
228:4
234:21
237:4,7

263:22
275:20
277:4
282:15

**beliefs**
48:8,10,
23 49:9
59:21,24
60:18

**believed**
50:7

**bell**
90:4
283:14

**Ben**
22:22
23:1
25:1,4
29:8
219:5
302:12

**beneficial**
67:25
73:2
149:9
238:6,7,
10,15,17,
21

**Benefield**
274:5,8,9

**benefit**
46:8
66:14
100:12
240:8
267:6
279:24
280:14
289:8

**benefiting**
245:1

**benefits**
46:21,22

61:12
205:2,5
269:23
271:3
281:2

**benefitted**
280:24
308:13

**Bennett's**
38:22

**Berry**
19:15

**Bibb**
280:5,8,
11,15
286:23
287:3

**big**
35:19
37:4
51:15,18,
23 54:6,
15,17
58:8
88:8,23
127:4
129:17
134:3
150:17,24
156:5,12
167:6
268:22
281:8
308:5

**biggest**
133:18
167:7
235:2
270:1

**BIP**
18:23
208:9,12,
14,19,21,
23

**BIPS**
190:16,18
202:11
208:15

**birdie**
185:6

**bit**
13:24
14:19
31:20
33:5
56:13
76:4
81:12
83:2 91:6
94:1,2
136:1
144:18
151:8
231:6
240:4,5,6
251:23
297:18

**blank**
32:18

**blanket**
67:13

**Blanton**
29:9
30:13
38:9
286:13
311:6

**blending**
263:7

**board**
140:22,24
165:6
232:7
312:11

**Boards**
62:9
100:13

**BIPS**
282:5,6,
18

**Bob**
29:11
205:21
301:21,23

**Bob's**
301:22

**bold**
125:24
126:3

**bolded**
126:21

**bonus**
135:1

**booster**
256:15,
18,22
257:9
258:7,8,
22

**boosters**
257:5,11
258:7,12

**boots**
149:4

**bottom**
64:9
136:23
164:14
250:17

**bought**
155:14
158:24
166:5

**box**
112:10
114:13

**braided**
191:11
192:1



branch
    147:17,19
    148:20,22

branches
    147:12,14
    148:9

Brandon
    30:10

Brandy
    29:10

breadth
    56:8,10
    288:24
    289:1,3

break
    10:11,14
    76:20
    167:11
    204:7
    273:17

breaking
    46:18

Breakrooms
    230:10

breaks
    230:8

breathing
    61:9
    81:20
    91:3
    98:20

Bridges
    283:1,17

Briefly
    121:25

bring
    175:2
    266:6,24

broad
    19:19
    81:10

193:16

broader
    170:16

broadly
    45:1

broken
    180:25

brought
    211:5
    224:9

budget
    58:15
    147:23,25
    150:14,21
    191:8,13,
    15,17,18,
    21,23,25
    192:13
    193:4,10,
    11,12,15

budgets
    192:2

build
    68:18
    100:14,22
    119:16
    153:13
    156:5,21,
    22 158:25
    159:5,12
    160:4,17
    166:25
    197:15,24
    201:25
    292:14
    314:4

building
    48:15,21
    52:17,18
    66:22
    73:20
    74:3
    75:22

80:10
88:12
91:20,23
100:8
133:12
159:6
160:10
166:20
181:7
232:21
260:15
262:8
285:4
292:10

building's
    87:16

builds
    72:23
    169:18
    210:15

built
    278:5

bulk
    138:24

bullet
    69:13
    120:24
    177:18

bump
    123:24

bunch
    16:22

Bureau
    285:20

Burgess
    29:11
    205:21

bus
    42:25
    86:8

bussed
    244:9

butchering
    301:14

buy
    133:22

buy-in
    134:14

Byars
    7:4,17,23
    8:2,7,16
    10:10
    11:18
    16:13
    21:2 63:6
    69:3 77:4
    83:9
    110:19
    116:4
    136:17
    168:13
    176:6
    195:13
    241:25
    247:7
    250:5
    252:18
    256:10
    265:5
    271:12,23
    274:4
    286:12
    308:22
    311:5

─────────────

         C

─────────────

cafeteria
    86:7
    91:23

call
    23:17
    88:7
    161:2
    197:22
    263:15

271:13
291:23,25

called
    28:18
    30:3 95:8
    196:1
    207:19
    246:1

calls
    294:5

calming
    61:10
    230:10

campaigns
    284:25
    285:3

Campus
    129:6,7
    131:22
    146:12
    151:14
    152:1,7,
    22 297:16

capacity
    215:1
    216:21
    218:5
    300:19
    301:4,5,
    17,24
    310:12

capture
    9:13

care
    52:16,17

career
    27:20
    48:19
    57:9
    72:25

carefully
    47:4



carries
  57:16

cars
  270:24

case
  8:3 46:14
  92:21
  162:21
  312:9

cases
  51:1
  188:23

catch
  179:4,8
  184:8

categories
  88:25
  181:14
  188:3

categorize
  118:10

category
  180:25
  182:9,15,
  20 226:19

caveat
  211:21

Celeste
  217:3,11

center
  17:17
  45:23
  86:7
  176:17,18
  195:22
  301:7
  303:3

center-
based
  203:11

centers

17:18
259:4
260:6

centrally
  32:20

certificate
  11:18
  184:15

certificati
on
  20:18,19
  82:11,16
  182:6
  199:11

certificati
ons
  20:10
  65:8
  82:17
  199:21,24

certified
  20:11
  99:8
  196:7
  291:5

CFO
  148:15

chain
  250:8

challenge
  48:6

challenges
  66:5,9
  68:3
  145:21
  233:17
  313:11,
  16,21

challenging
  47:1,6,9,
  13,15,18,
  20,22

48:1

chance
  44:12
  262:23

chances
  52:12
  128:9

change
  31:18
  35:1
  43:25
  49:1
  56:15
  59:24
  77:13
  101:2
  123:6,18
  167:5
  236:7,11
  248:7
  257:12
  294:22
  304:2,6
  313:22
  315:12
  316:13

change/as
  123:7

changed
  26:11,14
  31:20
  34:21,25
  77:24
  78:2,3,9
  143:6
  233:12,19
  239:6,7
  294:22,23
  304:7
  314:18,19

changing
  263:18
  316:12

chart
  164:15

check
  90:12,15,
  17 91:19
  92:5
  94:15
  95:8
  229:2
  245:14

Cheryl
  274:5,8,
  9,18

Chevrier
  7:10,22
  8:1,6,8
  11:12,17
  62:25
  63:5
  68:20,25
  69:2
  71:1,2
  76:12,19,
  22 77:3
  83:3,8
  107:16,21
  110:12,17
  115:23
  116:3
  136:9,16
  142:2,6
  144:2,4,9
  168:7,12
  175:24
  176:4
  195:7,12
  204:6,15
  222:18,22
  231:16
  241:17,22
  247:1,5
  249:23
  250:3
  252:12,16
  256:3,8

264:25
265:4
271:17,22
273:16,23
274:3
283:3,8
286:7,11
308:16,20
310:24
311:3
316:20

child
  35:2
  120:18
  270:19
  274:12
  275:22
  276:5,15
  277:7
  289:23
  307:6
  314:5

children
  52:18
  59:12
  67:17,22
  210:2
  261:14
  270:8
  277:8
  283:19,21
  312:23
  313:4

choose
  129:23
  130:6
  134:17
  231:23
  298:3

choosing
  84:3

chose
  231:8
  267:22



305:2
307:14

chosen
155:8

choses
231:10

circle
204:16

circles
137:7

circling
212:2

circumstanc
es
139:13

cite
198:5

City
39:25

Civil
8:10

Claire
7:10 8:8

clarificati
on
65:7

clarify
10:1

Clarke
29:8
222:25
245:10
250:5,16
252:17
296:2

Clarke's
251:6

class
73:10,12,
13 95:16

101:25
128:7,9,
14,17
291:23,25

classes
73:9
90:15

classified
196:6
197:8

classmate's
47:17

classroom
13:14
55:2
56:10
72:12
73:18
82:1 86:6
95:3
103:1,7,
8,9,10,16
104:1,3
169:3,4
308:2

classrooms
13:15
55:4
94:18
101:19
102:18,19

clear
212:15

Cleveland
221:24

click
247:18

climate
21:10,12
22:5,21
24:2,19
28:19
31:7,14,

17 42:20,
21 43:1,
12 44:7,
9,18
48:9,12,
16,21
49:2,9,
14,19
50:10,15,
17,21
51:5,10,
12 52:13
53:2,4
54:1,12
55:21,24
67:1
75:23
76:5
77:17,18,
24 78:10
83:24
94:22
110:25
133:5
134:25
135:2
138:6,12
139:15,
18,20,23
140:1
149:18
154:24
155:20,21
157:14
161:7
162:11
169:22
174:17
175:20
177:5
180:5,15
182:2
188:23
191:15,24
192:7
193:22,
23,24

206:8
214:4
215:16
216:15
217:24
220:11,13
244:5,19
245:1
259:23
286:1,3,5
287:25
291:19
292:11
293:25
304:8,10,
13,22,25
306:1,25
308:2
310:21
314:11,
16,25
316:9

clinic
51:21
121:17

clinician
268:22

clinicians
36:14
264:18
268:10,
17,20,21
269:2,4,
7,18,21
282:1
290:19
291:1

close
23:4
184:7
288:4
292:11

closely
25:20

27:6,9
34:12,13
302:24

club
261:3

co-director
176:16

co-
directors
176:18
301:6

co-located
203:17

co-
presentatio
n
289:23

coach
87:11
130:20
148:17
165:13,21
167:8
169:23
171:3
174:22
194:20
195:2,5
218:16,17
228:21
229:4

coach's
37:24

coaches
149:2,7,8
151:4
218:13

coaching
138:25
148:10,
12,13
149:19
150:16



156:7
161:23
162:1,7,
9,23
194:3
226:14
229:7,9
231:4
258:5
291:9,12
292:1,3,
5,7,20,22

Coastal
34:8
224:17
225:17

codes
45:11

cohort
39:9

collaborati
on
196:12
272:25

colleague
24:8

colleagues
23:3

collect
95:17,18,
23 104:5
131:2
145:14
299:21

collected
104:11
221:9

collecting
104:10
145:15,20
220:21

collection

129:2,13
144:22,23
244:13

college
19:12,15

Colleges
208:20

colors
106:10
109:14

Columbia
62:12

column
225:3

combination
157:11
174:21

comfortable
218:15
237:24,25

Commission
199:15,20

commit
140:20

commitment
137:24
140:17,24
141:22
165:25
167:6
231:22
232:4
286:22
306:3
307:3
315:14,17
316:12

committed
58:12,18
142:22

Committee

150:10

committing
165:22,23

common
52:19,20
85:9
90:9,11,
19,20,23
91:1,4
151:1
200:12

commonly
196:1

commonplace
200:9

communicate
150:5
221:19,23
222:1

communicati
ng
263:24

communicati
on
23:17
149:22,
24,25
221:12
263:22

community
50:25
51:3 62:8
92:7
100:8,9,
13 147:2,
4,6,20
148:23
150:21
156:9
197:19,25
200:5,24,
25 201:9,
24 202:1

232:17
260:9
262:8,9
282:4,6,
17

compare
239:25

compared
135:17
228:5,18
230:14
238:24
239:11

comparing
240:11
252:9

comparison
233:23

competencie
s
189:22

complete
158:15
190:5
207:17,
20,22
288:9

completed
20:3,6
78:22
181:19,21

completely
8:23
10:18

complicated
31:15

computer
223:9

concern
70:14
71:4,11,
13,15,17,

25
121:12,
13,14,23
167:24
175:15
225:16
226:6
246:7
255:15
262:10
306:12
307:3

concerned
72:2
130:18
162:22

concerns
43:23
45:22
46:12
54:10
66:4
69:15
70:5,19,
21 71:12
72:1,6
99:13
150:21
155:18
225:24
226:2,8,
10 248:1,
12 255:12
290:13
306:3
307:8
308:13
314:20,22
315:13,
16,19
316:2,11

concessions
146:4

concluded
317:3



concludes
  316:24

conditions
  18:3

conduct
  86:20
  218:8

conducted
  214:25

conference
  133:13
  168:3
  274:15,
  17,19
  276:24
  289:18

conferences
  38:12
  62:18,19,
  20,21
  79:25
  134:23
  300:22

confidence
  312:25

conflicting
  159:13

confusing
  70:12

confusion
  71:7,18

Congratulat
ions
  20:7

connect
  92:5
  138:5
  200:11
  259:24
  260:2

connected

100:1
117:5
144:19
259:12,25
260:1,12,
16 261:2,
7,12,15,
20,23
262:1,16
305:24

Connecticut
  301:20

connection
  11:22
  14:16
  38:6
  310:9,19

connects
  260:20

consensus
  169:19

considered
  21:13
  173:5
  214:1

consistenci
es
  66:14

consistency
  66:21
  107:3

consistent
  107:13

constantly
  88:16
  101:17
  199:4
  293:4
  295:1

constitutes
  203:5

consult
  258:15

consulted
  258:17

consulting
  257:18

contact
  23:2,4,9,
  14 24:25
  33:4,6,8
  221:16
  292:11
  295:2

contacts
  22:12

content
  207:25

context
  47:12
  63:18
  196:16,18
  255:1

Continual
  170:22

continue
  37:13
  97:19
  119:15,18
  124:21
  143:7
  146:7
  198:6
  305:12
  306:8,9
  313:1
  315:16,20

continued
  185:19
  275:24

continues
  53:19
  162:23

continuing
  35:4
  54:16
  97:9
  175:12,13
  194:14
  308:10

continuity
  35:6

continuum
  66:15

contract
  21:7,17
  179:25
  180:2

contracting
  194:13

contribute
  190:22
  307:23

control
  223:12
  259:5
  260:7

conversatio
n
  8:21 54:9
  144:21
  233:21

conversatio
ns
  53:9
  146:6
  184:4
  245:22
  292:17
  305:7

coordinate
  138:1

coordinated
  216:7,8
  217:9,10,

12

coordinatio
n
  217:15

coordinator
  24:3
  26:24
  35:17,18
  38:5
  40:12
  137:25
  140:21
  157:15
  164:17
  171:4
  174:5,23
  189:25
  224:7
  246:14,16
  266:17
  275:12
  281:18,19
  287:2

coordinator
s
  22:8
  117:20
  162:12
  175:21
  180:6
  218:14,25
  294:1

copied
  110:20
  195:14
  222:25
  224:15
  245:10
  250:6
  274:5

copy
  242:7

corners
  230:10



corporal
  185:8,19,
  23,24
  186:3,6,
  9,12,14,
  21,23
  187:5
  213:1

correct
  26:7
  32:12
  33:19
  63:8
  65:14
  69:6
  74:16,17
  75:6,7
  76:13
  77:6,7,10
  78:16
  80:6,18
  83:11,12
  96:22,23
  97:2
  99:1,19
  101:12,13
  102:23
  103:1,2
  105:15,
  16,23
  107:23
  108:2,3
  110:20,
  21,22
  111:13,
  16,17
  113:2
  114:4,8
  116:6,7,
  18
  118:13,
  17,18,22
  119:9
  121:3
  137:4,12
  139:3,5

  140:9
  142:15
  144:2,16,
  17
  153:14,15
  154:9
  155:5,6
  156:19,20
  160:9
  168:15,16
  169:5,6
  170:10,12
  172:1,2
  176:7,23,
  24
  177:21,
  24,25
  178:20
  180:18
  181:1,2,
  15,16
  182:11,
  12,21,22
  185:9,10
  190:3
  195:15,16
  196:14,15
  197:10
  199:12,
  13,17,18
  200:2,3,
  5,6
  201:9,10,
  12,13
  202:6,7
  203:8,9,
  25 204:21
  206:7,9,
  10,11,17
  207:13,14
  208:16,17
  210:15
  211:1
  213:2,7
  219:10
  222:25
  223:3,15,

  16,18,24
  224:16,
  21,24
  225:1,4
  226:21,22
  227:2
  228:7
  229:11
  230:19,
  20,23,24
  233:7,8
  234:9,12
  235:6,7,
  13,16
  236:5,9,
  12 237:2,
  5 238:2
  240:13,
  16,17
  241:6,25
  242:1,11,
  14,16,18,
  20,22,24
  243:8,21
  245:2,4,
  11 247:8,
  9,10,11,
  21
  249:15,16
  250:6,7,
  10,12,25
  251:15,16
  252:19,20
  253:1
  254:16,20
  256:10,
  12,13
  259:10,16
  265:6,7,
  9,10
  266:3,8
  267:14
  268:14,15
  269:1,5
  271:24,25
  272:2,6,
  7,11

  273:2,3
  274:6,7
  275:7,11,
  15 278:9,
  19,21,24
  279:18,19
  280:7
  283:11
  286:1,2,
  14,15,17,
  18,24,25
  287:11,15
  288:8,13
  290:21,24
  293:12
  296:12,13
  297:20,
  21,25
  298:2,5,
  24,25
  299:3,12
  301:1
  302:3,4,
  17
  303:17,
  18,20,21
  304:11,19
  307:12
  308:23
  309:1,9,
  10,12,13
  311:7,8,
  9,10,19,
  20,25
  312:1,12,
  13

corrections
  184:1

correctly
  37:7

correlation
  50:25
  244:21

cost
  146:14

  150:14
  232:15

costs
  99:25
  193:9

Council
  274:21,22

counsel
  7:8 10:8
  14:22
  15:17

counseling
  264:11
  282:8
  314:6

counselor
  91:24
  97:16
  115:15
  120:20
  270:25
  291:4,5,6

counselor's
  94:20
  270:20

counselors
  62:11
  82:2
  98:24
  269:10

Count
  107:22

counted
  55:11
  307:19

counties
  25:16

countless
  275:18

countries
  62:23



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: country..Curry

country
  210:4

county
  12:23
  14:13,14
  21:7,11,
  21 22:25
  24:5,10,
  14,24
  25:3,10,
  13,15,24
  26:6
  35:16
  38:22
  39:9,18
  42:16
  79:10
  124:22
  168:22
  197:23
  232:22
  259:1
  266:16
  275:9,13
  278:22,23
  279:13,14
  280:5,8,
  11,16
  286:23
  287:3
  290:23
  307:22

County's
  39:7

couple
  26:14
  27:19
  29:22
  30:9
  32:23
  42:17
  70:16
  165:4,9
  169:25
  205:20

215:17
239:8,23
255:14
302:18

courses
  201:12
  202:1,4,
  20

coursework
  78:23

court
  8:4 9:2,
  4,6,10,12
  11:12,19
  14:15
  28:13
  51:1
  62:25
  68:20
  83:3
  107:16
  110:12
  115:23
  142:2
  168:7
  175:24
  195:7
  222:18
  241:18
  247:1
  249:23
  252:12
  256:3
  264:25
  271:17
  273:23
  283:3
  286:7
  308:16
  310:24

cover
  202:21

covered
  30:6,8,12

202:24
268:23
278:20

covering
  25:12

covers
  29:17

COVID
  252:4

create
  199:11,22
  200:4
  201:7
  202:3
  203:23
  221:5
  266:7
  268:5,8,
  13 272:14
  313:20
  315:13

created
  83:15,16
  108:6
  111:20,25
  112:2
  126:1
  177:4,7
  259:17
  272:12
  288:15

creating
  52:1
  53:4,17
  200:13
  272:17

creative
  151:6

credentials
  290:25

criminal
  212:6

crises
  269:11

crises-type
  269:14

crisis
  61:5
  62:5,14
  269:9
  270:9
  271:11

Crisp
  36:10,14

criteria
  154:20,23
  155:8
  158:19
  164:16
  180:22
  181:24
  184:11
  185:25
  187:7,8
  213:1
  234:1
  239:21
  240:2
  248:7
  250:24

criterias
  162:6

critical
  130:13
  195:2

cross-
collaborate
  289:25

crucial
  53:8

crumble
  159:8

CSB
  282:18,22

CSBS
  282:3,10

culminate
  120:17

culture
  94:23
  125:5
  244:5
  259:23
  316:9

cumulative
  132:3

Curlandra
  286:13
  287:1,2

current
  12:25
  23:12
  26:5
  83:21
  205:20
  214:4,21
  216:25
  280:16

curriculum
  28:22
  32:2
  35:3,5
  44:4 55:8
  92:16
  114:14,
  17,19,23
  115:4
  126:17
  238:14
  285:7

curriculums
  92:14
  238:19

Curry
  110:20
  111:6



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: cut..decision

cut
    89:14

cycle
    98:9,12,
    17

─────────────
        D
─────────────

daily
    39:3
    95:8,13
    109:17
    152:4,5

Dan
    15:17

Dana
    36:10,13
    290:19
    291:4

dances
    261:19

dangerous
    211:14,
    17,22,25
    212:4,17

Dante
    312:9,11,
    18,19

dashboard
    253:6,8

data
    33:11,15
    49:8,10,
    11,14,16,
    21 50:23
    54:23
    59:7
    60:17
    86:21
    88:6,18,
    22 89:5,
    7,8,10,

11,19,21,
23 95:5,
17,23
96:15,17,
18,20
97:10
104:5,8,
10,12,13
112:23
113:12
121:17,19
123:3
124:4,10,
14,16,21
126:22,
23,24
127:1,2,
4,7,8,11,
13,16,21,
22,23,24
128:22,23
129:2,3,
13 130:1,
3,12,18
131:2,5,
11,18,19,
22,23
132:2,3
133:25
144:22,25
145:4,13,
14,16,20
146:10
151:16,17
152:3,13,
15 157:8
162:19
164:17
171:8,15,
18,22
172:11
174:14,16
175:10,19
177:15
179:3
181:10
183:15

213:8,17,
21
220:21,23
221:1,2,
3,9
225:9,11,
19,24
239:15
240:15
241:1,10,
14
242:13,
15,17,19,
21,23,25
243:4,6,
11
244:10,
13,14,24,
25 245:4
252:24,25
253:2,5,
11,13,20,
22,23,24,
25 254:3,
11,25
255:7,10,
13 295:15
296:11,
12,15,19,
21 297:4,
5,8,14,
15,19,23,
25 298:6,
11,23
299:3,14,
16,21

data-driven
    125:4

date
    7:1 14:9
    15:11
    29:23
    224:8
    288:22

dated

69:5
107:23
110:22
116:5
176:6
195:14
241:25
247:8
252:3,18
256:10
271:24
274:6
286:13
308:22

dates
    20:15
    21:1
    37:12

dating
    12:21

daughter
    271:11

daughters
    260:24

day
    43:2
    48:22
    79:2
    88:10,12
    95:14
    101:6
    127:5

days
    51:8
    66:16,17
    101:5
    128:5
    175:13
    183:16
    244:9
    271:4

DBHDD
    310:9

DCLT
    147:13
    154:22

DCLTS
    148:9

DCS
    297:13

deal
    212:12
    281:8

dealing
    178:13
    251:23

Debbie
    36:10,14
    266:21

Debbie's
    36:16

Deborah
    265:9,23,
    24 266:4

decade
    209:15

December
    7:2
    89:12,13
    176:6

decide
    119:13
    199:5
    231:18

decided
    27:22
    143:4
    189:17
    316:3

decides
    92:15

decision
    56:19
    163:8



175:3
185:15
186:23
231:11
248:18,20
251:25
280:19
281:10
305:15
312:7,21

**decision-making**
125:4
147:24

**decisions**
165:17

**decline**
262:20

**declining**
213:22
214:1
239:20

**decrease**
119:20
128:2
175:14
210:13,16
249:15,22

**decreased**
151:19

**decreasing**
47:1,6
213:9,11,13

**dedicated**
48:18

**deeper**
13:9
56:3,13

**defendant**
16:18

**deficit**
46:11
276:8

**define**
42:20
47:9
72:8,9
73:6
81:8,13
145:21
185:24
196:3

**defined**
213:22

**defines**
73:15

**defining**
82:9
103:10
196:24

**definition**
72:10
73:19
84:13,18
87:22
96:4
103:14
117:9
125:3,10,11,12,23
186:3
233:16

**definitions**
16:23
125:16
212:5

**degree**
19:13,25
20:2,4
78:15,18
182:17

**degrees**
19:22

79:5,6

**deliver**
82:12,16,25 201:16

**deliverables**
190:4

**delivers**
81:23
82:6

**demographics**
88:19

**demonstrate**
190:6

**demonstrated**
155:17

**demonstrating**
161:9

**demonstration**
154:25
155:9

**Demuth**
29:11
30:24
222:24
241:23
245:10
247:6
256:9
296:2

**Demuth's**
220:10

**deny**
295:21

**department**
8:11
13:1,7

14:20
17:5
26:8,16
27:24
33:14
38:10
39:10,13
50:6
54:7,18
56:22
57:1
58:14
60:24
63:16
70:16
71:9 78:5
79:22
83:25
87:5 91:9
93:2
111:4,22,24 116:13
138:22,23
157:13,25
162:10
170:4
171:8,10,16 177:6
180:4,5,15,17
182:1
188:22
190:25
191:6
192:1
208:5
265:15
274:10
289:16,25
290:1
302:6
305:10,21
307:21
310:19,22
311:11,14

**departure**

305:4,14

**depending**
91:16
92:19
143:12
155:5
212:8

**depends**
81:25
82:5
94:21
152:3
173:8
192:25
193:6
249:4

**deposed**
16:12

**deposition**
7:3 8:1,13 11:22
15:8,13,20 16:3,5,8
316:25
317:3

**depression**
263:25

**depth**
56:8
289:1

**deputy**
63:15

**describe**
44:9
108:15
115:5
138:18
140:3
148:10
253:15
273:13
309:12



describes
  150:1
describing
  211:24
description
  196:5
  197:2,3
designated
  139:11
designed
  84:14
  94:4
  113:17,18
  114:4
  200:10,11
  286:6
designing
  132:11
desk
  29:14
despair
  285:11
details
  233:13,20
  305:9
determine
  152:8
  155:8,25
  164:18
  171:12
  178:23
  181:23
  182:4
determined
  115:6
  123:17
  124:7
  157:17
detrimental
  244:4
devastated

316:5
devastating
  316:6
develop
  41:9
  85:22
  93:24
  95:22
  127:11
  154:22
  197:14
  198:7
  202:4
  208:19
  209:10
  232:16
  283:20
  288:1,3
  293:7
developed
  54:21,22
  55:1
  123:8
  124:6
  157:23
  287:24
developing
  95:19,22
  100:10
  112:3
  169:4
  258:8
development
  68:17
  90:8
  136:7
  178:9
  202:17
  207:16
  208:3
  238:18
  273:1
  288:10
develops

123:10
Dewith
  42:21
diagnoseable
  66:23
diagnosed
  262:18
diagnoses
  14:5
dialectical
  98:2,7,8,
  11
die
  273:9
difference
  49:6
  121:25
  125:21
  224:9
  247:16
  268:22
  316:8
differences
  230:12
differently
  58:3
  110:4
  119:17
  135:16
  173:8
  227:12
  268:19
differing
  240:18
difficult
  250:23
Difficulties
  71:23
difficulty

101:17
diligence
  126:10
direct
  23:1 33:6
  36:5,6,11
  38:6
  63:20,22
  72:25
  93:11
  201:2
  265:22
  309:20
directly
  22:22
  25:1
  175:20
  279:12
  292:19
  305:24
  312:25
  314:15
director
  21:10
  23:22,23
  26:1
  35:25
  36:2
  39:24
  40:21,23
  139:4,7
  168:21
  195:21
  214:5,10
  215:2
  232:3,7
  245:16
  265:25
  289:24
  299:15
  300:1
director's
  26:22
directors

231:8,21
  296:25
  297:24
  298:10
disabilities
  18:5
  46:4,13,
  24 47:2,7
  72:15,19
  102:4,8
  268:2
disability
  110:3
  195:22
disaggregate
  151:17
disagree
  312:21
  313:3
  315:6
disciple
  186:19
disciplinaries
  128:1
disciplinary
  51:7
  75:19
  89:1,3,16
  95:25
  96:6
  112:20
  118:6,10,
  15,20,25
  119:7
  120:8
  127:15
  128:2,13
  144:24
  152:23
  173:7



221:3
253:18

discipline
54:25
88:9
96:11,17
127:1
133:25
171:7,8
177:19
184:7
186:18
253:6,19,
24

discipline'
s
186:19

disciplinin
g
128:19
186:17

disconnecte
d
259:14

discourse
300:15

discuss
305:4

discussed
34:19
80:3
102:16
125:12
226:18
232:5
233:2
234:10
235:4,10
237:15
238:4,14
259:19
275:25
277:10
298:2

307:20

discussing
75:5
204:17
277:11
288:7

discussion
134:8

discussions
134:4,7
226:11

Disease
259:5
260:6

diseases
262:19

disorders
18:2,9

disproporti
onality
54:24

disruptive
101:17,21
115:17
129:16

disseminate
d
221:10

dissertatio
n
20:6

distinction
295:9

distinguish
ed
180:12
181:9
182:19
183:6
184:15,16
185:16,18

186:1,12,
25 187:6,
10,15,17,
24 188:4
210:24
211:9
213:5
214:23
222:15
226:19
246:24
286:22

distributed
191:19

distributio
n
109:20

district
8:4 22:3,
4 26:24
27:17
34:7
35:17
36:3
37:8,21
38:15
42:15
44:13
49:12
51:25
53:3,6,
11,22
99:23,24
100:7
111:12
130:6,7
133:19
134:17
136:24
137:2,14,
15,16,18,
21,24,25
138:3
140:21
141:25

142:13
147:2,4,
6,9,10,
13,20,22
148:4,5,
18,23
149:16
150:2
153:12,
16,20
154:2
155:5
157:3,14
158:4
162:12
164:17
171:2,3
174:5,23
175:21
180:6
189:8,9,
24 198:10
209:24
210:8,9
214:13
216:5
218:14,25
224:7
232:17,22
234:11
246:14,16
255:6
266:17
268:20
275:12
281:18
287:2
290:6
293:25
303:2

districts
18:12
22:1,12
27:11
31:8 49:4
53:21

55:23
57:19
58:11
62:23
83:10
84:2,6
92:23
99:11
112:5
130:9
131:21
133:25
134:22
138:21
139:1,14
140:17
145:10
146:17,21
151:3,7
153:24
154:14
156:9
179:1
180:7
190:24
191:1,3
194:8,16
195:25
196:5,22
214:12
217:14
230:19
264:13
267:1,2,4
270:22
278:1
280:23
289:6
295:16
308:12

dive
13:8

Division
8:10

divorce



16:14,21

**Dixon**
  28:4

**DLT**
  232:22

**doctorate**
  20:4

**doctors**
  260:7

**document**
  11:13
  63:1
  68:21
  69:1,23
  83:4,9,
  13,15,16,
  19,20
  107:17
  110:13
  111:18,20
  112:1
  115:24
  137:2
  142:11,
  13,16
  144:1,8
  160:14,15
  163:5
  168:21
  175:25
  176:19
  177:2,4
  183:19
  195:8
  222:19
  224:4
  241:19
  249:24
  256:4
  271:18
  283:4

**documentati**
**on**
  272:19

**documented**
  102:7

**documents**
  220:7

**DOE**
  22:23
  23:8 25:2
  27:6,7,8,
  15,23
  57:25
  58:24
  63:21
  70:19
  133:4,21
  135:12
  139:19,21
  141:6
  145:25
  161:18
  163:7
  169:24
  170:3
  173:15
  174:24
  176:20
  189:10,24
  194:15
  206:8
  210:21
  215:24
  216:2
  218:7
  219:6
  221:16

**domino**
  53:19

**Donald**
  301:2

**Donations**
  150:22

**door**
  247:20

**doors**
  271:7

**double**
  146:10,13
  232:14

**doubt**
  240:8

**draft**
  272:5

**draw**
  25:14
  263:2

**drawing**
  32:18

**drill**
  54:23
  88:20
  127:11,
  13,16,19
  128:12
  130:1
  132:1
  145:13,14
  151:13
  175:16
  296:18

**drilled**
  299:24

**Drilling**
  89:15

**drop**
  273:8

**drugs**
  262:18

**DSFI**
  153:19,
  23,24
  154:10,
  11,15
  159:3
  169:9

**due**
  126:9

**duly**
  7:18

**duration**
  97:21

**duties**
  31:9,18
  32:8
  36:18,19
  38:25
  219:22

────────────

**E**

────────────

**earlier**
  10:22
  33:22
  77:5 80:3
  84:22
  90:24
  96:21
  101:21
  102:17
  112:19
  114:22
  118:8
  120:12
  121:2
  125:13
  128:23
  170:11
  202:11
  203:7
  205:18
  212:18
  215:10
  224:6
  226:18
  229:18
  234:10
  237:2
  238:14
  243:6
  247:24
  256:2
  259:19

277:2
290:18
291:17
293:15
298:2
303:16

**early**
  30:11
  112:11,
  13,14,18,
  25 113:4,
  15,18
  114:8
  115:2
  220:5
  238:4
  263:12
  288:21
  289:17

**earn**
  187:10,
  14,17

**earning**
  187:6

**earthly**
  315:3

**easier**
  156:10,11
  158:25

**easy**
  145:18,
  19,20,21

**EBD**
  18:8 73:9

**ed**
  20:25
  73:15,18
  106:15
  240:1

**Ed.d.**
  78:23,25

**educate**



74:4,5

**educated**
60:21
75:10
128:10

**education**
13:14
14:20
17:2,5,
23,25
18:12,15,
18,21
19:20
20:12
26:8,16
27:24
28:11
31:22
33:14
34:14
36:1
38:10
39:11,14
48:7 50:6
54:7,18
56:22
57:1,8,14
58:15
63:17,24
70:17
71:9
73:3,5,6,
16,20,21,
23 74:16,
25 75:11
76:16
79:23
83:25
87:5
88:3,5
91:9 93:2
94:7,10,
25 95:3
102:22
103:1,4,7
105:22

111:4,22,
24 113:3
116:13
132:17
138:22,23
157:13
162:10
170:4
171:8,11,
16 177:6
180:4,16,
17 182:1
188:22
190:25
191:7,13
192:1,15
195:4
208:6
227:6,19
228:1,6,
12
230:10,14
238:25
239:4
241:5
246:22
249:6
255:21
260:21
261:10
265:16,25
267:18
271:8
274:10
289:16
290:1
299:17
302:6
305:10
307:21
310:19,23
311:12,14

**educational**
8:9 11:24
17:9
20:12

42:6
45:20
57:6
78:19

**educator**
196:7

**educator's**
253:19

**educators**
196:9
200:11
260:5
274:21,23
304:24

**effect**
171:14
211:7

**effective**
96:16
125:7
133:23
145:3,6
291:11

**effectively**
160:16,21

**effectivene
ss**
21:12
24:18
89:24
122:11
145:8
292:7

**effects**
50:14
51:11

**efficacy**
173:24

**effort**
202:25

**eighth**
41:20

**Elam**
32:25
215:10
216:3
280:6,9

**element**
130:13

**elementary**
24:9 61:9
122:8
135:17,
23,25
136:4
226:17
233:24
239:9,17
277:14
284:14
285:6

**elements**
207:3
219:21

**elevated**
121:13,21
122:20
123:1
236:24

**elevator**
31:12

**eligible**
181:8
185:7

**eliminate**
248:15

**eliminated**
270:14

**eliminating**
306:18

**elimination**
306:13,
14,22

**Ellison**
23:22

**elopement**
80:9

**email**
23:18
63:6,11,
22,25
64:1,4,9
69:3,4,8,
10,11
110:18
111:10,12
116:4,9
117:16
158:7
168:13,
18,23
170:14
176:5,10,
19 179:10
185:3
195:13,18
199:11,
16,25
222:24
224:15
241:23
242:3,5
245:8,9,
23 247:6,
12 250:4,
8,13,15
252:3,9,
17,21
255:1
256:9
258:16,22
265:5,8
266:4,15,
22 267:2
271:23
272:3
274:4,13
275:5,12,
16 283:9,



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: emailed..estimation

13
286:12,
19,21
296:2,4,
16 298:21
299:1
308:21
309:3,5
311:4,15
312:5

**emailed**
11:21
12:7
15:10

**embody**
186:15

**emerging**
177:13
180:11,12
181:9,14
182:15
184:3
185:21
188:4
210:23
222:15
224:13
225:1,4,
25 226:1,
23 234:7
246:23
293:10

**Emily**
195:14,20
196:10
311:5
312:6

**Emotion**
68:5

**emotional**
18:2,9
68:3
268:2
313:21

**emotionally**
102:1

**emotions**
68:6,18
98:21
101:18

**empathy**
72:24

**emphasize**
126:12

**employed**
21:2,5
61:14

**employee**
36:16
196:6
197:8

**employment**
14:18
26:4
38:16

**empty**
102:18,19

**encompass**
91:17

**encompassed**
30:22

**encompasses**
43:1

**encourage**
57:19
58:5
62:22
133:1,5
135:21
154:12
293:23

**encouraged**
27:16,19
132:24
133:9

**encourageme
nt**
294:3
295:12

**encouraging**
133:2,3,
6,8

**end**
31:3 33:9
98:15
151:2
220:21
241:1,10
242:7
252:5,6
302:9,13
303:20

**ended**
278:16

**endless**
88:22

**endorse**
56:19
57:2

**endorsed**
56:16

**endorsement**
56:24
199:12
202:5

**endorsing**
164:6

**ends**
119:10

**Englehart**
36:9

**enhanced**
61:13

**enhancing**
55:21

**enrollment**

247:20

**ensure**
283:21
306:7

**entail**
305:8

**enter**
146:10,12
152:3,6,
8,11
246:15,17
273:8

**entered**
145:1
152:15
153:3
173:6,9,
14

**entering**
145:20

**entire**
94:14,16
95:20
160:4
199:3
207:2,3
226:1
305:22

**entitled**
176:20
286:22

**entry**
146:10,13
232:14

**environment**
24:21
52:2
53:18
101:22
103:9
125:7
174:1
215:14

262:2

**EOY**
175:10,18
250:21

**equal**
177:20

**equally**
49:22

**equals**
118:14,18

**equity**
54:22
56:10

**error**
179:3,5

**errors**
179:8

**escape**
101:18
276:12

**essence**
171:15
248:14

**essential**
67:17,22

**establish**
53:2
128:14,
20,24
163:24
169:1
170:19

**establishin
g**
125:5

**estimate**
206:21

**estimating**
206:13

**estimation**



274:25
275:1

**Ethan**
36:9,13
290:19
291:2

**Etterling**
168:14,20

**evaluated**
13:5
28:24
29:1

**evaluating**
293:1

**evaluation**
31:2
170:22
178:22
179:18

**evaluations**
170:25
171:1,2

**evidence**
85:10
126:10,16
182:9

**evidence-base**
57:10,17
126:7

**evidence-based**
57:5
84:13
125:4,23
126:14

**exact**
205:23
206:5

**EXAMINATION**
7:21

**examine**
245:5

**examined**
7:18

**examples**
57:23
80:7
97:23
101:14
170:6
261:1,22

**Excel**
223:6,8,
13  224:22

**excellent**
13:8
19:21
20:14
24:4  72:4

**exception**
292:10

**exchange**
258:16

**excited**
207:23

**excluded**
45:20

**exclusionary**
128:13
212:25

**excuse**
303:5

**excused**
247:16,22
248:9

**executed**
200:16
201:23
202:18

**executive**

23:22,23
25:25
139:4,7
147:16,19
148:1,2,9
150:6,9

**exempt**
248:18

**exhibit**
11:13
63:1  64:3
68:21
69:25
83:4
107:17
110:13
115:24,25
124:23
136:20
142:3
144:6
158:6
166:13
168:9
176:1
185:4
195:9
211:12
222:19
241:19
245:6,7
247:2
249:24
252:13
255:4
256:4
259:1
265:1
271:18
273:24
286:8
296:1
308:17
310:25

**Exhibit-671**

11:15

**Exhibit-672**
63:3

**Exhibit-673**
68:23

**Exhibit-674**
83:6

**Exhibit-675**
107:19

**Exhibit-676**
110:15

**Exhibit-677**
116:1

**Exhibit-678**
142:4

**Exhibit-679**
168:10

**Exhibit-680**
176:2

**Exhibit-681**
195:10

**Exhibit-682**
222:20

**Exhibit-683**
241:20

**Exhibit-684**
247:3

**Exhibit-685**
250:1

**Exhibit-686**
252:14

**Exhibit-687**
256:6

**Exhibit-688**
265:2

**Exhibit-689**
271:20

**Exhibit-690**

274:1

**Exhibit-691**
283:6

**Exhibit-692**
286:9

**Exhibit-693**
308:18

**Exhibit-694**
311:1

**exhibiting**
47:15

**Exhibits**
283:5

**exist**
90:20
97:24
103:18,20
234:23
297:1,3,
5,6,8,9,
10,17,23

**exists**
197:1

**expand**
55:13
194:14
286:6
288:24
289:1,3,7

**expanded**
56:10

**expanding**
56:9
58:19
194:12
307:7
308:11

**expect**
85:7,18
90:6
93:23



97:12
110:7
119:20,21
227:12
228:4,9,
17
229:12,25
230:3,25
231:3,5
234:14,17
236:17
237:13
238:3,12,
23 239:1
249:14,
17,20

**expectation**
106:9

**expectations**
43:7,13
52:20,21,
24 75:16
85:10,14,
15,23,25
86:4
87:18
93:22
94:1,3
106:8,13
107:7
108:22
120:1
135:20
136:3
167:10
169:1
170:7,16,
19 178:16

**expelled**
75:20

**expenses**
92:18
192:21

**expensive**
201:20

**experience**
24:16
34:9,10
45:4
58:21
73:3
100:5
106:17,24
131:1,4,
20 132:18
133:16
145:3,18
150:12,18
155:7
167:16
195:4
205:7
232:25
236:20
261:10
313:6

**experienced**
162:13

**experiences**
73:21

**experiencing**
275:20
277:8

**expertise**
82:4

**explain**
108:14
119:5

**explained**
8:19

**explicit**
46:8

**exploration**
141:5,7

**explore**
144:13
199:23

**exploring**
276:1

**expression**
274:24

**expulsions**
51:9
128:5
173:1,2

**extensive**
313:5

**extent**
63:12

**externalized**
237:4

**externalizing**
121:10,
14,22
122:2,20

**extra**
151:4

**extracurricular**
261:11

**eye**
135:22,24
276:2

**eye-opening**
276:16,21

**eyes**
113:24

———————

F

———————

**face**
150:13

234:11

**face-to-face**
133:10,11

**facial**
274:24

**facilitators**
31:6

**facilities**
215:22
216:16
217:25
218:3,10

**facility**
214:25
216:21
218:3
219:12

**fact**
168:2
181:12

**factor**
134:3

**factors**
66:18
120:5
133:15,18
187:4

**faculty**
50:20
51:17
52:16
87:13
92:15
158:24
207:2

**fails**
165:24

**fair**
76:9,18
160:12,14

163:18
233:14,18
239:7,24
240:2,7

**familiar**
13:22
60:2 90:1
131:24
132:7
138:14
139:25
140:10
153:16
190:9,15
203:7
264:7,8
282:3,4,
25 283:2
284:8,9
285:20,23
300:14

**familiarity**
301:23

**family**
61:4
259:12

**favor**
60:10,14

**Fayette**
12:22,23
14:13,14
38:22
39:7,9,17
42:16
79:10
307:22

**FBA**
19:1
190:12,14
208:9,12,
13,21,23

**FBAS**
202:11



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: fear..form

fear
   285:10

features
   182:25

February
   107:23
   116:6

Federal
   304:8,9

feedback
   52:23
   53:8 72:5
   75:17
   85:12,14
   86:18
   107:15
   157:25
   201:8,25
   292:16,18
   293:6,7

feeding
   73:11

feeds
   49:6

feel
   9:25
   10:21
   98:8,12
   115:17
   124:2
   156:6
   157:4
   159:8
   167:14
   186:21
   215:14
   218:14
   237:1,24,
   25
   260:12,22
   261:2,7,
   11,15,20,
   23
   316:15,18

feeling
   10:24
   98:15

Feldmann
   29:8
   116:5,11

felt
   58:24
   259:12
   281:11
   306:16
   308:14

fewer
   128:16,17

fidelity
   36:22
   46:20
   49:13,14
   56:6,12
   74:7,18,
   22 75:4,
   8,18
   76:10,14
   81:4
   107:4
   112:5
   119:19,
   22,24
   120:6
   128:22
   131:2,6
   134:16
   142:23
   145:5
   153:13,
   17,20
   154:4
   158:18
   159:1
   160:3
   163:25
   164:2,12
   167:9,13,
   14 169:2,
   8 171:17

179:13
181:11,
15,21
182:10,17
184:21
225:15
226:13,
20,25
249:14,21

field
   19:18,19

figure
   175:17
   196:10

filed
   11:19

filings
   14:15

fill
   197:4

filled
   103:16

Final
   223:5

financially
   146:3
   150:8

find
   127:16
   134:14
   151:1
   175:22
   260:2
   262:3,6
   275:19
   289:25

fine
   10:11

finish
   9:21
   60:13

Finishing
   308:5

Firm
   15:3,7

firsthand
   210:7

fiscal
   231:17
   279:17,21
   280:8

fit
   86:15
   170:16

fits
   202:12

Fitzgerald
   312:17

five-year-
old
   48:3

flag
   51:18

Flanigan
   281:17

flipped
   65:1

Florida
   20:5
   301:6

focus
   24:7
   31:21
   32:6
   52:15
   78:17,25
   79:1
   129:14
   230:6
   272:24
   285:1
   306:9

focused
   50:9,10
   125:13

focuses
   24:9
   285:8

focusing
   24:17
   285:10

folks
   257:18

follow
   143:7
   165:25
   232:6

follow-
through
   166:9

follow-up
   189:21
   260:10

force
   199:22
   295:7

foreign
   130:23

forget
   275:3

forgotten
   192:9

form
   14:1 34:2
   44:22
   45:8,13
   57:21
   58:6,23
   66:10
   67:9,19,
   24 69:21
   70:23
   71:6 74:9
   75:1,12



76:17
82:23
84:4
92:13
99:22
100:3
105:4,5,
11 106:2,
20 107:2
110:10
113:16
130:10
132:12,25
163:21
164:10
167:4
188:1
189:7,14,
23 190:23
193:19
203:18
204:4
221:5,10,
14 223:5
225:7
226:9
227:14
229:14
241:3,4
242:7,12
243:17
244:2,11
245:3,20
246:9
249:19
253:10
254:4,9
262:13
291:14
292:8
299:4,19
300:5
304:5
305:20
308:4,9
309:16
314:13

315:2
316:16

**formal**
79:19,21
120:22

**formally**
209:8

**format**
297:24

**formula**
173:3

**Fort**
20:5

**forum**
80:1,2
200:5,10,
24 201:9

**forward**
143:1
167:9
226:13

**forwarded**
311:15

**forwarding**
265:8
266:5

**found**
239:12

**foundation**
48:13
86:16
158:18,22
159:7

**foundational**
86:17,19,
21,22
158:21

**fourth**
112:10
247:14

**frame**
20:17
21:20
25:6
64:16
118:23,24

**framework**
24:19,20
36:21
37:19
43:5,10
44:5,15,
17 46:1
56:17,20
57:2,4,20
58:5
64:25
65:1,2,8,
9,13,17,
21 66:2,
6,13,20
67:6 74:6
76:1,9
84:14,21
113:8
125:5,14,
19,20
126:8,14,
19 127:9
130:14,19
131:14
132:21
137:3,10
144:20
145:24
189:1
190:13,19
194:9
198:9,12
202:12
203:24
204:2
214:19
222:5,8
227:4,8,
11,12

228:14
263:5,6,
9,11
266:20
267:6
278:5
290:3,12,
13 298:4

**frameworks**
45:23
289:12
290:15

**free**
9:25
10:21

**frequency**
97:21
101:7

**frequent**
187:23
303:14

**frequently**
23:11
101:4
124:7
183:14
189:3
218:9
302:8

**friend**
61:10
262:23

**friends**
284:22

**front**
65:4 86:7
174:11

**fulfill**
161:20
163:4
198:4
200:20
234:1

**fulfilled**
158:15

**full**
8:14
12:10,12
77:19
168:4
194:18
208:12,13
233:12

**fully**
11:2
143:21
154:5,6
159:14,20
164:6
167:2
169:11,17
183:3

**fun**
219:3

**function**
90:10
129:20
132:10,13
275:25
276:2

**Functional**
19:2
190:9

**functions**
132:15
261:19
276:10

**fund**
193:2

**funded**
192:25
204:19,22
220:12,13

**funding**
92:12,22,
24,25



93:1,11,
16 99:20
146:19
191:10
204:16
205:1
272:16,21

**funds**
57:24
190:21
191:2
193:2,3,
4,5,7
288:1
311:24

**furious**
309:11
310:6

**future**
202:6

_____

**G**

_____

**G-U-D-E-N-
R-A-T-H**
29:11

**GA00298789**
283:16

**GA00298913**
256:12

**GA00301609**
242:2

**GA00301611**
242:6

**GA00301756**
247:10

**GA00302987**
296:7

**GA00303633**
63:10

**GA00303634**
64:15

**GA00303767**
222:23

**GA00304824**
168:17

**GA00305520**
111:16

**GA00305521**
158:10

**GA00305522**
164:23

**GA00305525**
112:9

**GA00305809**
176:9
185:4

**GA00305811**
177:1
179:12

**GA00305812**
180:9

**GA00305813**
177:11

**GA00307145**
116:8

**GA00307146.
001.**
116:21

**GA00307146.
003.**
117:2

**GA00307146.
008.**
117:23

**GA0030770**
272:10

**GA00307769**
272:1

**GA00307771**
273:5

**GA00308255.
001.**
108:1

**GA00308255.
007.**
108:11

**GA00308255.
008.**
125:1

**GA00308757**
250:11

**GA00309926**
286:16

**GA00309930**
287:5

**GA00310731**
311:9

**GA00311038**
195:17

**GA00311700**
308:25

**GA01029947**
69:1

**GA01029948**
69:12

**GA01045886**
265:11

**Gadoe**
16:10
17:4
22:16
23:12
24:23
26:10
38:1,6
39:4
44:21
45:1
48:24

54:1
56:16,19
57:19,25
58:5,8,9,
10,22
59:22
61:15
69:15
70:4,21
71:3
77:6,9
92:25
106:18
134:4
135:5
138:6
139:14,25
140:11
141:1,3,
25 146:20
148:8
149:19
154:10,23
160:9
164:5
167:16
171:6
172:6,12,
15
173:13,20
174:15
175:18
178:19
179:25
183:4
191:4
192:20
193:21
194:7
198:1
200:5,24
201:9
204:19,23
205:13,25
206:2,18,
20 207:12
208:18

209:11
210:17
215:2
216:22
218:2,10
219:22
220:2,4
221:11,12
239:4
240:16,20
255:22
265:18
266:2
289:12
291:11,
18,19
292:22
293:13
294:11
295:10
300:8
303:20
304:14
305:2,19
306:2
307:2,9,
15,24
308:1,6
314:12
316:3,11

**Gadoe's**
315:14,17

**GAEL**
42:2,5

**gap**
196:10,21
197:1,4

**Gapbis**
196:13

**GAPBIS.ORG**
201:12

**Gardner**
7:12



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: Garry..GNETS

Garry
    28:5,16
    29:1
    31:24
    32:11
    50:4
    63:7,14,
    15 69:4
    72:3
    265:20
    271:24
    303:17
    311:5
    314:10
    315:11,21
    316:13

Garry's
    314:23

gathering
    145:4

gave
    205:18

Gay
    265:9,23,
    24

GCASE
    274:15,
    16,19,20

gen
    73:15

gender
    88:20

general
    14:10
    17:23,25
    47:23
    73:5,6,
    15,18,19,
    22 74:12,
    16,24
    75:11
    76:16
    94:6,25

95:3
102:22,25
103:3,6
105:21
106:14
113:3
203:20
227:6,19
228:6
230:14
238:25
239:4
240:1
241:5
246:21
255:21
299:16

generalize
    67:11

generalizin
g
    267:3

generally
    30:1,3
    47:10,11,
    12 84:17,
    24 122:4,
    5 157:19
    244:14
    257:11
    298:6
    300:14
    302:9

geographica
lly
    139:23

George
    301:15
    302:21

Georgia
    7:5,7,15
    8:3,5
    11:23,24
    12:15

14:20
15:3,18
17:5,9,15
18:1
19:15
20:1,12
21:6,9,
19,24
22:2,17,
24 23:1,
13,21,24
26:8
27:24
33:14
34:6,7
37:1
38:10
39:13
42:6,11,
14 45:6
46:2
50:24
51:20
55:21
62:22
63:16
79:22
83:10,25
84:3 87:4
91:9,13
93:2 99:9
106:19
111:1,4,
5,8,21,23
116:12
132:21,22
134:24
137:3,11
138:16
141:22
144:5
145:23
157:13
161:8
162:10
167:17
170:3

176:20
180:17,
20,23
182:1
185:7
186:6
187:18
188:22
195:22
196:12,19
197:6
208:21
209:1
214:5
227:8
253:14
264:15,18
265:15
266:6,19,
24,25
272:19
274:21,22
282:25
283:17
285:12
288:20
290:1,4
302:2,6
313:6,7,
10,14

Georgia's
    30:7
    283:18
    303:4

gifted
    73:12

give
    10:17
    14:9
    31:11
    52:22
    53:8
    57:23
    80:25
    85:13

107:15
184:20
185:1
205:23
239:18
240:8
243:18
255:2
306:21

giving
    178:11
    192:24
    266:11
    285:9

GNETS
    12:19,21,
    24 13:4,
    10,18,20,
    25 14:8,
    14 17:7,
    13,14,17,
    18,21,22
    31:2
    32:13,18
    33:2,11
    37:14
    39:15,17
    40:2,5,7,
    15,24
    41:1
    105:25
    106:15
    109:25
    110:7
    186:8
    203:8,11,
    12,15,20
    204:1,3
    214:6
    215:1,18
    216:20
    218:3,10
    219:9,12,
    23 220:2,
    3,19
    221:6,13,



16,18,20,
24 222:2,
4,7,11,15
223:14
226:6,11,
15,16
227:3,12,
15,18
228:2,5,
11,15,18,
19,22
229:6,13,
23 230:1,
5,13
231:1,7,
12,14,18,
21 232:3,
8,9,16
233:9,14,
16,22,25
234:15,
18,19,21
235:3,9,
20,21,24
236:7,15,
17,23
237:7,13,
18,25
238:3,11,
12,16,24
239:3,10,
24 240:5,
11,12,18,
25 241:9,
15 242:8,
11
243:13,
15,19,22
244:8
245:14
246:4,6,
7,19,20
247:16,
18,25
248:7,9,
12,16
249:1,5,

18 251:3,
4,10,18
253:7,21
254:2,8,
22 255:9,
20,24
256:15
257:18,
21,25
258:16,17
267:9
279:3,6,
7,16,17,
21,22
280:13,25
281:6,10,
14,24
285:17
289:8
296:22,25
297:20,24
298:3,9,
12,15
299:2,13,
15 300:1,
11 313:16

**GNETS...IN**
250:20

**go-to**
91:22
303:13

**goal**
90:16
95:10,11
123:19,
20,23
128:8
135:7,10
186:20
210:12

**goals**
13:20,22
54:20
90:14
95:9

104:16
124:8
151:11,22
152:17
288:2

**good**
7:23,24
12:20
17:3 23:5
35:12
41:24
42:19
44:13
50:14
54:13
76:19,22
121:7
136:9
158:18,22
159:7,9
192:10
204:6
215:12
217:18
218:15
244:4
258:18
275:2
293:1,21
316:7,8

**GOSA**
252:24
253:2,25
296:11
298:23
299:14

**governance**
196:2

**Governor's**
253:3,4
297:7

**grade**
41:19,20
88:10

127:18

**grades**
20:12,24

**graduate**
19:12
262:23

**graduated**
20:15

**graduates**
182:14

**graduation**
51:14,20

**grandfather**
301:19

**grant**
27:1,7
30:14
31:7,23
37:2
60:25
61:19
70:11
71:9,10
93:9
191:16
193:3,11
209:9
220:12,
14,15
267:19,22
274:11
277:21
278:8,13,
15,20,25
279:15,20
281:3,19
286:1,4,5
287:8,23
288:1,2,
14,15,20,
23 289:9
310:14,
15,22
311:17,24

312:3

**grants**
93:12,17
192:16
272:17
278:10
285:21
288:18
312:23

**gray**
137:7

**Graybill**
195:14,
20,21
196:10
202:10
203:2
311:5
312:6

**great**
23:8
25:21
27:23
49:5
128:20
161:22
207:25
215:11,13
266:7
270:21
292:13
296:5

**greater**
177:22,23
182:17
249:7

**green**
108:17
109:2,6

**grew**
259:13

**grief**
68:11



90:25
269:19

**Griffin**
26:23
27:7
35:16
36:2,19,
25 37:8,
18 38:15
53:6
60:23
209:5
216:4
232:18
236:21
266:15
275:8,13
277:21
278:22
279:5,10,
13,14
280:23
290:22
298:15
307:21

**ground**
143:18
149:5
160:4

**group**
43:17,18
90:18,25
91:14,15
151:23
178:10
250:21
253:15
261:4
262:23
268:23

**grouping**
90:8

**groups**
68:9,14

90:22,24
94:17,19
99:14
114:21
269:17,19
314:4

**GSCS**
275:8

**GSU**
196:13,18

**guarantee**
184:25

**Gudenrath**
29:10
308:22

**guess**
33:8
135:3
146:23
280:4

**guessing**
206:4

**guidance**
53:21
177:8
179:15
196:3

**guide**
87:10

**guides**
87:17

**guys**
294:7

**gym**
86:8

———————

——————— **H** ———————

**half**
244:9
262:17

**halfway**
168:23

**Hall**
21:7,11,
21 22:25
24:5,10,
14,24
25:3,10,
15,24
26:6
107:22
124:22
168:21
258:25

**hallway**
86:6

**hand**
95:12,15
123:22
139:16

**handle**
131:25
173:8
218:24
233:1
269:13

**handled**
30:13,17

**handling**
269:10
280:17

**hands-on**
138:25
143:12

**Handville**
29:9
30:17
309:19

**hang**
86:11
135:21

**happen**

10:17
44:11
52:10
87:20
91:4
103:16
118:24
129:18
141:9
183:13,16
201:25
202:2
244:22
260:8

**happened**
41:7
56:21
61:3
257:11

**happening**
59:15
127:5,6,
17 174:13

**happier**
50:22

**hard**
25:14
54:8 58:9
66:12
67:11
75:14
131:9
141:17
145:20
151:1
188:7
201:18,19
225:23
295:21
311:23

**harm**
243:15

**harmful**
243:24

244:3

**Harris**
312:15

**he'll**
219:6

**head**
9:15
162:17
183:7
191:18
205:15
222:9
254:1
261:25
294:15

**health**
18:3
24:14
27:1,2,4
36:14
37:2
50:8,24
51:21
54:9,10
55:14,25
59:2
60:3,6,9,
11,15,19,
22 61:1,
14,20
62:17,20,
21 64:12,
17,24
65:12,16,
18,22
66:1,3,4,
7 67:7,
16,21
69:16
70:5,13,
22 71:4,
14,18
72:1
81:8,14,
16,24



82:8,21
93:10
202:23
209:6
229:12,
16,19,24
259:14
263:7,14,
19
264:11,17
267:20,24
268:6,9,
10,13,16,
17 269:2,
3,6,24
270:4,5
271:6
277:24
278:4
281:5,7,
13,25
282:1
283:20
285:9
287:10,16
290:19
291:1
307:4,6
308:7
311:17
313:11,15
315:7
316:13,19

**healthier**
50:23

**healthy**
262:24
273:1
284:22

**hear**
49:19
146:9
210:2
270:3
295:8

300:22

**heard**
37:6
289:16
300:17,21
301:2,13,
21

**hearing**
16:14
61:1
75:19
209:23,24
210:5
253:18

**hearings**
51:8

**Heart**
34:7

**Heather**
302:21,22
303:1,4,8

**held**
21:1
39:25
40:13
42:8
44:16
215:11
246:20,21
289:18

**helped**
31:2
93:16
277:2

**helpful**
72:7
89:6,8,
17,20
104:8
145:15,17
173:23
281:1

**helping**
24:16
61:10
90:9
277:6

**helps**
66:21
67:1 92:8
129:14,19
138:1
254:16
261:6
290:4

**hey**
61:2 77:4
89:12
113:23
119:13
120:21
151:17
157:6
184:5,18
185:1
197:22
258:12
295:16

**high**
24:8,18
39:24
40:13
41:9 48:1
51:21
135:18,25
182:10
184:21
207:7
226:17
233:23
239:10,25
240:6
259:8

**higher**
50:18,19
136:1
228:24

**highlighted**
126:20

**Hill**
23:6 25:9
26:20
28:6,20
265:6,13,
14,21

**Hinesville**
224:18
225:17

**hinted**
238:22

**hire**
29:21
196:1

**hired**
29:23
99:10
197:17
205:20

**hiring**
52:9

**historical**
89:11

**history**
14:19

**hitting**
80:13

**hold**
20:9
26:15
30:2
32:17
35:22
36:12
38:23
41:13,21
138:16
140:8
150:3
156:23

184:17
185:16,22
215:12
233:14,18

**holding**
38:14

**holds**
33:17

**hollering**
123:21

**home**
78:4
260:23
298:1

**homelessnes
s**
264:1

**honest**
221:15
292:15

**honestly**
8:23
135:7
245:23
309:25

**honing**
104:24

**hope**
85:8
123:14
202:4
210:24
244:18
285:9
305:12

**hoped**
124:6
200:25

**hoping**
55:22
56:14
93:23



200:21
201:4
244:21

Horner
300:17

hospital
271:1

hour
10:19

hours
151:2

house
159:6

housed
77:8
201:12
232:21
315:11

HR-WISE
150:8

huge
277:17

hundred
12:14
205:11

hung
135:23

Hunt
29:9

hypothetica
lly
300:1

————

I

————

IC
151:13,14
152:6

ID
241:11,13

idea
45:18
132:20
134:19,20
143:20
193:2,10
199:10
315:3

ideally
137:23

ideas
200:14

ideations
269:12

identificat
ion
11:16
63:4
68:24
83:7
107:20
110:16
116:2
142:5
168:11
176:3
195:11
222:21
241:21
247:4
250:2
252:15
256:7
265:3
271:21
274:2
283:7
286:10
308:19
311:2

identified
45:19
108:24
113:14

120:13
124:19
194:24
237:6
277:21
278:16
284:23

identifies
91:21
284:12,15

identify
7:8 68:6
85:9,23
86:8
87:11
90:9 96:7
98:9
112:21
113:20,25
114:21
115:3
121:5,9
132:13
147:1
151:21
152:16,
19,25
154:25
235:22
277:2
283:18
284:21
285:3

identifying
114:6,9

IEP
18:20
41:4
237:9
275:18
300:2

iffy
245:14,19

II

30:21
111:13,
21,25
112:3,7
115:11
117:8
118:13,16
123:10
124:20
156:21,
22,24
157:1,4,
8,16,18
158:5,8,
11,16,19
159:10,
12,16,18,
20 160:5,
11,13,17
161:6,13,
14,19
162:25
163:2,5,
6,12,16,
19,20,24
164:7,9,
12,21
182:20
183:1
226:20,25
227:1,21,
22,25
228:10
233:2,3,5
234:2,3
235:14,23
236:1,4
238:23
256:15
269:16
295:13
314:4,7

III
115:12
117:8
118:18,21

119:8
124:20
157:21,
22,24
160:6,11
168:5
188:5,7
190:20
202:23
207:11,15
208:14,16
209:1,2,
4,7,15,17
210:12,
14,19
228:8,10,
11
235:17,23
236:1,4
238:24
282:11
287:20,23
288:1,3,6
308:5

illicit
262:18

illness
67:12
273:7

illnesses
59:8
66:24
67:13
270:10

imagine
132:1
135:23
251:24
258:19
309:7

imagining
258:6

imbalance
271:8,9



**immediately**
  26:5
  307:11

**impact**
  27:13
  236:14

**impacted**
  305:15

**implement**
  45:23
  49:13
  58:11
  84:3
  87:14
  92:9,20
  122:21
  137:3,10
  145:4
  154:14
  159:20
  160:2
  162:25
  163:6
  164:1,6,
  9,12
  167:3,18,
  21,25
  189:17
  210:18
  226:13
  231:8,11,
  18,23
  234:2,3
  290:12

**implementat
ion**
  13:6 22:2
  39:7
  53:23
  56:5
  58:22
  79:1
  83:10
  87:10
  107:4

120:6
130:19
134:5,15
135:16
136:19,24
137:16
138:2
139:2
142:9,23
143:19
144:6,16
146:24
147:8,9
148:19,22
149:3,7,
11 153:7,
25 154:3
156:1,13,
15
157:16,18
160:8
162:22
163:11,
12,15
165:20,23
166:12,
15,16
167:7,10
168:4
169:10
170:14,
16,21
171:6,17
175:12
181:12
182:10
183:1
193:18,25
194:18
198:20
207:10
215:13
219:24
223:15
225:15
226:7
230:13,

17,22
231:2
235:3
243:7,24
244:7
249:21
281:20
286:6
288:16
298:7
313:7

**implemented**
  36:20
  37:19
  46:19
  74:6,18,
  22 75:4,
  8,16
  76:10,14
  81:4
  119:19
  159:15
  183:3
  184:19
  204:2
  209:1
  238:20
  249:14
  268:18
  284:14

**implementin
g**
  22:3,4
  24:11
  49:5
  56:2,12
  78:12
  84:6
  91:11
  112:5
  113:7
  119:23
  131:8,14
  133:8
  134:25
  135:6

143:2
150:13
154:5,8
157:7
158:16
160:5
164:7
167:13,14
171:25
174:4
194:16
198:12
215:20
226:24
234:11
243:16
244:16
277:22
278:17
290:7
293:17
295:11
299:15

**implements**
  87:7
  188:5

**importance**
  48:9,16
  49:9
  60:18
  259:22,24
  291:8

**important**
  44:3
  48:22
  49:23
  57:3,7,14
  59:3,13
  68:2,8
  72:14,16
  89:22
  104:13
  126:11
  127:22,23
  130:15

143:24
145:9
149:6
155:10
159:9
165:5,6
171:25
174:1,2,6
178:5,7
181:22
194:21,23
197:11
201:16
243:7
263:21
269:14
298:6
306:19

**improve**
  31:17
  44:17
  54:16
  55:6,13
  56:8
  84:14
  134:1
  155:19
  210:25
  213:6
  214:2
  289:13
  292:22,24
  293:5

**improved**
  55:1,4
  244:16

**Improvement**
  170:23

**improvement
s**
  308:2,7

**improves**
  54:11

**improving**



24:18
31:14
44:9
48:12,21
53:25
76:5
153:10
304:24

in-school
172:20
196:24

inaccurate
64:17
283:25
284:2,4,5
299:8

incentive
135:4

incentives
57:18
134:21

incidents
146:1

inclined
159:24
270:17

include
54:9
65:21
88:3
94:5,6,9
105:17
149:6,11
201:11
208:9,11
247:19
256:19
259:21
262:14
302:16

included
55:8
212:18

279:17
300:11

includes
65:10
88:5
153:12
223:17,23
287:10,20
288:11

including
13:1
33:10
62:20
238:11
241:24
252:10,18

inclusion
72:8,9,14

incorporate
65:25
66:3,7
67:6

increase
101:8
135:6,8
183:15,16
195:25
210:25
213:4,17
239:15

increased
50:16
183:19

increases
249:21
262:22,23

increasing
54:4
152:2
194:15

incurred
99:25

independent
178:22
203:21

indicating
157:8
274:24

indication
58:20
121:12,
13,23
153:5
244:4

indicator
187:13

indicators
51:15
154:1

indirect
33:8

individual
18:21
68:14
96:17,20
104:22,25
107:14
131:23
132:2
151:23,
24,25
170:25
205:5
210:8
230:9
231:7
232:2
235:1
237:10
254:17

individuali
zed
103:15
104:12

individuals

30:1
149:13
179:25
206:14
247:7

Infinite
129:6,7
131:21
146:11
151:14
152:1,6,
22 297:16

influence
133:15

influential
304:23

Info
138:7

inform
127:9

informal
120:20
215:22

information
10:20
49:8,10
60:17
129:5,12,
21
131:16,24
140:11,
15,16
144:13,22
146:11
168:24
172:4,7
173:12,
15,19,22
178:23,25
223:14
224:5
237:14
240:15
266:12

283:25
300:3
305:1
313:17

informs
49:8
60:18
133:14

infraction
89:16

infractions
144:24

inhibit
11:5

initial
39:7
138:7
140:12
143:13
168:25
181:15,21
194:24
199:3,10
266:14

initially
78:6
83:16
86:20
232:10
265:18,19
287:17

inside
158:7

inspire
49:22

inspired
50:5

installing
162:18
180:11,25
181:6,9
182:20



185:21
188:4
210:23
213:4
214:22
222:14
226:20
234:7
246:23
293:10

instances
72:23,24
75:19

institution
58:8

instruction
18:4
28:22
35:3,5
43:12
46:8
123:16
128:18

instruments
70:16
71:16

integrate
27:4 37:2

integrated
263:20

integrating
24:14

integration
50:8
72:11
263:13
267:23

intended
87:24
88:1
93:3,20
100:19
171:13

intense
100:21
102:2
110:1
209:25
249:9
314:5

intensifica
tion
43:16

intensify
43:24
97:20
100:24

intensity
101:7
234:20

intensive
13:17
43:21
85:2,4
97:13,18
109:1,12
115:16
202:9,14
227:23

intentional
44:10,14
46:17
52:7,8

intentional
ity
44:18
46:7

intentions
44:14

interact
22:16
23:12
24:23
25:5,9
32:13,16
37:14

38:1
39:4,15
40:2,14,
24 198:8
214:6
264:21
277:18
282:9

interacted
37:22
38:11

interacting
41:1

interaction
38:8
39:13,20
172:8
303:14

interaction
s
40:6
85:17
303:5,7,8

interacts
288:14

Interconnec
ted
263:4,6,
9,10
266:20

interest
200:12

interested
295:8
312:2

interfere
244:6,10

interferes
59:16
173:25

interfering
47:15

48:4

internal
76:1
79:10
224:3
299:21

internalize
123:14

internalize
d
237:4,7

internalizi
ng
61:25
121:9,14,
21 122:2
277:3

internation
al
62:19
80:1

internship
79:8,11

internships
79:4

interpreted
93:16

interrupt
9:19
98:17
143:25

interventio
n
18:24
43:25
82:14
87:22
97:22
101:2,3,
8,9
104:15
122:22

123:2
124:5
126:18
190:16
208:16
249:10,11
314:6

interventio
ns
19:5
43:4,20
86:14
87:19,20
94:13
97:24
98:5,25
100:2
102:11
105:1
122:12
123:13
132:11,14
176:21
227:17,19
290:5

interview
34:17
62:13

interviewer
194:2

introduce
37:8

inventory
153:13,
17,21
159:2
169:8
179:14

invested
262:7

Investigati
on
154:19



Invitation
    286:23

invited
    117:20
    219:1,2
    289:20
    303:12

involved
    25:3
    34:17
    217:14
    257:2
    260:16
    262:3

ISF
    263:10,11
    266:18,19
    288:11

ISS
    128:5
    213:11
    242:15
    243:3

issue
    270:23

issues
    13:13
    14:5
    45:19
    127:15
    147:25
    296:5

item
    169:18

items
    158:15

iterations
    212:18

_____

        J
_____

J-A-S-O-N

    8:16

January
    26:17
    248:21
    256:10

Jarrard
    25:25

Jason
    7:4,17
    8:2,16
    61:2
    95:15
    120:21
    184:19
    258:12
    291:24

jason.
byars@gscs.
org.
    275:6

Jeannie
    22:20
    25:8
    33:17,21
    34:5,12
    208:6

job
    8:22
    21:8,9,
    11,16,23,
    25  22:7
    26:22
    35:19
    37:7
    39:21
    49:5
    52:15
    53:11,14
    196:4
    197:2
    215:12
    220:19
    304:2,6,7

jobs
    21:14,15
    25:19,21
    196:25

John
    15:9

Johnson
    7:14  12:7
    14:1
    15:1,10,
    16  24:1
    34:2
    44:22
    45:8,13
    57:21
    58:6,23
    66:10
    67:9,19,
    24  69:21
    70:23
    71:6  74:9
    75:1,12
    76:17
    82:23
    84:4
    92:13
    99:22
    100:3
    105:4,11
    106:2,20
    107:2
    110:10
    113:16
    130:10
    132:12,25
    143:25
    144:3,11
    163:21
    164:10
    167:4
    188:1
    189:7,14,
    23  190:23
    193:19
    203:18
    204:4

    221:14
    225:7
    226:9
    227:14
    229:14
    243:17
    244:2,11
    245:3,20
    246:9
    249:19
    253:10
    254:4,9
    262:13
    291:14
    292:8
    299:4,19
    300:5
    304:5
    305:20
    308:4,9
    309:16
    314:13
    315:2
    316:16,23

joining
    275:21

joint
    289:18

Jones
    312:8

jot
    221:9
    223:5
    241:3,4
    242:7

July
    195:15
    252:19

June
    259:5
    274:6
    311:6,22

justice
    8:11

    273:9
    285:21

Justin
    23:6,7
    25:9
    26:20
    28:6,20
    29:2
    32:1,11
    33:16
    35:4
    265:6,13,
    14,21
    266:4,11

juvenile
    51:1
    273:9

_____

        K
_____

Karen
    289:19

keeping
    292:18

Kelly
    7:12
    36:9,13
    290:19
    291:3

Kelsey
    224:11

Ken
    176:6,12

Kenneth
    185:5

Kent
    176:13

key
    68:16
    126:14
    161:23
    170:18



269:8
292:2

**keys**
294:19

**kid**
91:21

**kids**
27:14
103:11,17
128:14
135:25
157:9
159:25
160:6
183:21,23
244:19
270:16
316:8

**Kincaid**
301:2

**kind**
25:6,14
27:16
31:3
33:12
48:18
54:4 55:9
56:7
82:17
90:5
91:21
93:14,21
94:21
102:16
103:23
104:5
127:24
130:2
141:8,13
143:19
148:12
150:12
151:5
152:12

156:8
174:8
175:17
184:4
188:12
189:15
201:24
209:18
211:1
215:19
218:16,19
224:3
225:9
226:12,14
232:1,5
244:20
252:1
253:24
257:5
266:13
280:21
291:17
292:9
293:15,22
295:21
308:11,14

**kindergarten**
47:25

**kinds**
41:4 85:6
93:11
102:11
141:9
230:11
295:24
297:16

**knew**
174:8
197:5
209:8,19,
20 210:9
233:15
236:23,25
246:8

270:15

**knowing**
100:11
271:9

**knowledge**
34:20
44:20
45:12
166:23
197:12
198:11
202:25
210:7
228:14,16
267:9
279:3
281:24
285:12
290:17

**knowledgeable**
197:15

———————

**L**

**lack**
197:2
254:25

**lagging**
255:13

**language**
70:11
85:9
86:13
306:14,
18,22

**Lara**
110:24,25
257:9

**large**
156:13
197:1
249:2

**larger**
229:4

**largest**
109:3

**lasts**
115:16

**Lauderdale**
20:5

**laugh**
59:17

**launching**
201:1

**Laura**
110:19

**Lauren**
281:17
299:24

**law**
9:4
187:19

**laws**
45:11

**lawsuit**
8:2,13
11:23
12:9,11
14:16
16:16,19

**layered**
278:5

**layering**
97:9

**Layla**
312:8,11,
16,17

**LEA**
18:11
53:12
137:18
139:8

231:10,25
232:2
279:13,
20,25
280:19
297:19

**LEA's**
53:3

**lead**
30:21
35:4 82:4
208:7

**leader**
179:2
300:24
301:9,25
303:13
314:23,24
315:1

**leaders**
32:10
42:7
49:25
140:23
145:12
255:8
300:15,
20,21
313:9,13

**leadership**
20:13,25
42:8 53:2
78:19
80:2
133:17,20
147:2,4,
6,20
148:23
150:2
155:14,24
165:5
167:6
195:22
232:17,22



294:22
314:19

leading
34:10
52:5
174:10
315:1,21

lean
284:19

learn
15:6
47:16,17
48:5
59:17
72:20
101:23,24
130:25
156:8
217:19

learned
27:3 43:8
61:8
258:21
275:20

learning
22:6
24:21
30:11
37:25
53:22
55:11
68:5
101:22
114:14,
16,19
115:4
125:7
128:9
145:21
174:1
196:17
197:5
208:24
238:13,19

281:17,23
291:22,
24,25
303:11

learnings
138:24

LEAS
27:8 37:1
38:7
53:17
191:20
192:20
243:13
267:22
278:17,20
279:1,16
280:16
288:19
289:6
291:12

leave
35:10
52:11
166:4
198:23
257:1
305:2,16
307:9

leaves
80:10

leaving
101:19
304:3
305:10
311:23

led
26:19
221:9

left
26:17
34:21
35:5
138:11
194:7

198:1,10
205:21
303:23,25
306:2
307:2
308:1,6

legal
15:17

legislature
192:3

lesson
32:3
114:24

lessons
135:19

lets
121:11
207:8

letter
286:22
294:23

Letter.
docx.
286:24

letters
140:24

letting
150:22
295:2

level
53:6,20,
23,24
74:3 87:8
88:10
91:12
122:7,8
124:2
127:10
132:17
135:17,
18,22,24
137:19,21

150:25
160:1
162:18
165:7
171:2,16
174:24
177:12
181:6
182:5
183:11
184:13
185:21
197:2
211:3
212:22
222:14
223:24
225:25
268:20
284:25
292:10
293:11

levels
72:12
107:3
176:21
177:9
180:10,
19,23
210:23,25
213:4
234:7
246:23
293:14
302:16

liaison
138:21
258:18

liaisons
22:12

Liberty
20:2

licensed
291:3,4,5

licenses
20:10

lie
53:1

Lightfoot-
smith
287:1

likelihood
251:14

Linda
110:20
111:6

Linda's
111:7,9

linked
213:19,20

list
50:13
184:20
185:1
211:14,
17,25
212:4,17,
21 287:7,
19
302:10,15

listed
182:11
193:1
202:21
224:20
302:3,5

listen
47:3
260:5

lists
108:2
300:9

litigation
16:4
220:5



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: live..make

live
    59:16
    139:22

lives
    66:18
    114:2
    263:24
    264:5

living
    134:12
    270:10
    273:7
    293:16

LMSW
    291:3

local
    18:11
    62:19
    100:13
    272:25
    282:7,17

locate
    114:5

located
    32:20
    34:24
    139:21,23

location
    17:19,22
    86:6
    88:12
    142:13
    173:12
    262:9

locations
    102:16
    203:15
    216:13
    238:11

loneliness
    263:25

long

8:21
26:15
44:13
115:17
163:19
225:13,17

longer
    42:4
    123:13
    124:5
    135:4
    185:7
    303:19,22

longest
    167:17

Longitudina
l
    221:1
    241:14

looked
    55:13
    63:25
    89:13
    211:10
    212:12
    213:21
    225:9
    231:25
    248:8

loop
    149:22,
    24,25

loosely
    264:10

Lori
    23:22
    217:13

loss
    68:11
    90:25
    269:19

lot
    13:9

24:13
52:25
57:6
60:20
72:20,21,
23,24
99:10,11
100:13
120:5
126:4
129:21
133:7
143:20
150:20
167:11
194:3
209:5
214:11
217:15
219:2,3
227:10
230:16
253:18
262:21
269:17
270:2,23
281:16
291:8
305:18

love
    59:17
    143:17

low
    51:14,19,
    20 207:7

lower
    50:20
    135:24
    155:22

luckily
    166:2
    212:11

luncheon
    136:13

Lynchburg
    20:2

_____

M

_____

Macon
    32:18

mad
    309:8

made
    32:7 54:6
    56:19
    134:11
    183:25
    186:23
    211:20
    231:11
    248:18,25
    281:11
    292:6
    312:8

Magee
    24:2

magic
    145:11
    162:2
    313:19,24
    314:8

magnet
    262:4,5

main
    202:22
    295:1

Mainstay
    37:18
    216:3
    232:19
    279:9,11
    280:24
    281:2
    299:25

maintain

214:2

major
    129:14
    144:24
    153:3,4

majority
    160:16,22

make
    22:13
    34:16
    36:21
    37:6 43:6
    44:1
    48:11
    59:20
    78:10
    90:14
    96:16
    109:14,23
    119:13
    126:3,6
    134:8,9,
    10
    142:18,21
    146:4
    150:1
    152:9
    158:20
    160:6
    165:12,
    13,17
    175:10
    225:3
    228:24
    229:6
    231:22
    234:25
    239:7
    246:14
    254:13
    260:21
    262:7,9
    273:16
    310:5
    316:3



makes
    44:9
    125:21
    132:3
    262:24
    316:8

making
    65:7 72:6
    134:5
    140:16
    141:22
    151:11
    232:4
    238:9
    294:17

manage
    81:1

manager
    22:21
    23:7
    26:11,12,
    21,25
    31:10
    35:14
    38:9
    58:25
    77:14,15,
    20,23,24
    78:6,7
    106:17,
    24,25
    140:7
    141:16
    179:19
    192:14
    207:19
    208:7
    215:2
    216:21
    219:15
    289:19
    306:24
    309:24

mandatory
    84:2,5

134:6,8,
9,10,11
146:7
188:25
189:5
295:6

manifesting
    66:4

manpower
    199:22

manuals
    55:7

March
    271:24

marginalize
d
    253:17

mark
    11:13
    63:1
    68:21
    83:4
    107:17
    110:13
    115:24
    142:3
    168:8
    175:25
    195:8
    222:19
    241:18
    247:2
    249:24
    252:13
    256:4
    265:1
    271:18
    273:24
    283:4
    286:8
    308:17
    310:25

marked
    11:16

63:4
68:24
83:7
107:20
110:16
116:2
136:20
142:5
168:11
176:3
195:11
222:21
241:21
247:4
250:2
252:15
256:7
265:3
271:21
274:2
283:7
286:10
308:19
311:2

mascots
    106:10

master
    291:3

master's
    19:25
    20:15,16
    78:14,17

mastered
    190:6

material
    190:6

materials
    138:5

matrices
    85:9,20
    86:13
    93:22
    106:14
    135:22

170:9

matrix
    85:22
    86:5,10,
    17

Matt
    312:8

matter
    7:4 15:4
    106:14,15
    143:22
    168:2

max
    206:11

maximize
    145:8

maximum
    206:2

Mcgiboney
    28:5,16
    50:4
    63:7,14,
    15,19,20
    64:10
    69:4
    70:3,18
    195:14
    265:20
    271:24
    303:17
    304:12,18
    311:5,21
    314:10

Mcgiboney's
    69:10
    304:22
    305:15
    315:12
    316:13

Mcintosh
    39:24
    41:10
    176:6,12,

13 185:5

Mckay
    312:19

meaningful
    260:21

means
    118:19
    140:18
    161:13
    178:2
    181:18
    186:19
    248:4
    249:8
    280:12

meant
    119:22
    181:3,17
    182:13,23

measure
    122:3
    128:21
    160:25
    161:3

measured
    160:21,22

measures
    128:3,22,
    23 161:1,
    4

mechanism
    129:25
    179:7
    183:20,24
    186:22

media
    86:7

medical
    260:9
    271:10

medication
    11:5



**meet**
15:22
52:24
59:19
68:15
85:14,15
93:24,25
94:2
108:22
113:11
123:23
124:4,9,
17
135:10,11
139:14
141:7
151:1
159:18
161:6
164:12,16
178:16
184:11
187:8
209:10,20
211:4
214:10
220:1,3
228:25
230:9
248:5,6
295:3
314:9

**meeting**
23:18
39:18
41:3
86:21
104:15
138:8
151:22
152:17,25
215:18
216:9
250:24

**meetings**
32:17,22

37:25
38:12
41:4,12
140:13
150:3
214:14
215:11,
12,15
250:22
275:18

**meets**
239:21

**Melanie**
7:14 15:1

**meltdowns**
47:25
101:25

**member**
42:2 61:4
92:4,8
194:24
310:3

**members**
100:9
115:22
147:21
148:5
149:19
188:13
191:23
205:12
256:25
257:1,2
270:12

**membership**
147:14

**memberships**
42:1,3

**memorandum**
282:19

**memorandums**
62:7
100:16

229:20
282:13

**mental**
24:14
27:1,2,4
36:14
37:2 50:8
54:9,10
55:14,25
59:2,8
60:3,6,8,
11,14,19,
22 61:1,
14,20
62:17,20,
21 64:12,
17,24
65:11,16,
17,22
66:1,3,4,
7,15,16,
21,23
67:7,12,
16,21
69:16
70:5,13,
21 71:4,
14,18
72:1
81:8,13,
16,24
82:7,21
202:23
209:6
229:12,
16,19,24
259:13
263:7,14,
19
264:11,17
267:20,24
268:6,8,
10,13,16,
17 269:2,
3,6,24
270:3,5,

10 271:6
273:7
277:23
278:4
281:5,7,
13,25
282:1
287:10,16
290:19,25
307:4,6
308:7
311:17
313:11,15
315:7
316:12,19

**mentation**
150:7

**mentioned**
15:25
25:8
33:22
54:7 77:8
78:14,20
88:23
89:21
90:24
95:25
98:23
99:16
101:10,20
102:10,21
112:19
121:2,18
124:13
127:25
128:22
167:5
171:19,24
176:17
178:18
192:12
193:13
200:8
204:18
206:22
207:11

208:15
212:8
215:10
218:19
241:2
243:6,19
261:23
278:7
281:9
285:25
287:13
290:18
291:16
293:15

**mentions**
112:11

**mentor**
92:3

**mentoring**
92:2,5

**mentors**
50:5
92:6,17
304:18

**merging**
214:22

**message**
52:20

**met**
13:14
67:8
124:8
164:16
181:15,24
209:22
220:6
292:12
302:11

**metric**
178:5
243:16

**metrics**
171:12



178:19
243:2,3,4

Michael
283:10

micro-
courses
201:8
202:16

mid-'90s
14:12

middle
10:12,14
20:12,24
24:8,17
38:22
40:21
41:2,8,16
73:7
111:1,5,8
135:25
164:15
226:17
233:24
239:10,25
259:8

mild
73:9

Mill
38:22
40:12,18
41:11

million
191:14
192:15
311:24

Mimi
29:10

Mincey
35:25

mind
40:16
42:18

51:24
98:19
141:16
143:7
239:23

mindfulness
81:20

mine
54:20
161:12

minor
129:14
144:24

minute
201:11

minutes
10:19
101:6
211:6
252:2

Miriam
308:22
309:6,14

misbehaving
46:14

misbehavior
76:6

misconcepti
ons
126:4

misleading
64:18

misread
179:2

missed
305:11

missing
128:17
213:15

mixture

94:5

model
32:3
52:22
120:2
130:24
160:10
164:5
166:24
184:17
185:17,23
278:2,3

models
49:24

moderate
73:10

modules
201:21

mom
271:12

moment
151:9

mon
196:4

money
193:4
267:22
270:4

monitor
104:4,5
122:11
123:1
124:21
151:20
152:10,12
199:4

monitoring
152:5
300:2

monograph
266:19

month
88:11
217:4
284:25

monthly
37:24
38:12
113:10,11
117:18
289:20

months
26:9
307:13

Moore
22:22
25:1  29:8
219:5
302:12

morning
7:23,24
90:15
127:18

Morris
22:20
25:8
33:17,21
208:7

motivated
155:19,23

motivation
155:24

mouth
133:11

move
42:19
97:4
123:5
143:1
164:21
223:12
226:13

moved

28:5,6
31:21,24
32:1
60:23
93:14

moving
167:8
263:16

MTSS
19:7
34:13
117:3,4,
11,18,20
289:15,19
290:6,7,
9,13,16

multiple
57:11,12
211:8
235:25
258:10
269:4
293:11

multitiered
19:8
117:4,7,
9,11,13
289:17

Murphy
15:17

_____

N

_____

named
28:25
274:5

names
205:18

narrow
81:12

nation
304:24



national
  45:23
  62:19
  160:1
  176:16,18
  180:19
  300:21,
  22,24
  301:7,8
  303:3
  313:9,12

nationally
  300:15

nature
  81:18
  179:8
  216:11
  217:20
  228:1
  247:25
  248:11
  289:13

navigate
  271:10,14

navigating
  271:10

necessarily
  107:14
  198:22
  224:2

needed
  39:18
  41:3
  55:12
  62:5,15
  125:6
  141:12
  200:7
  201:14
  202:8
  209:20,21
  257:20
  258:23
  281:12

283:19
308:3,8

needing
  74:23
  124:19
  164:6

negative
  51:11
  85:17
  98:18
  120:3

neighborhood
  261:15

nervous
  10:25

network
  11:24
  17:9 30:7

nice
  26:3
  281:20

Nicholas
  29:9
  30:17
  309:7,14,
  19 310:1

nights
  270:2

nod
  9:15

nonacademic
  22:10

nonverbal
  73:11

Northeast
  15:18
  21:5,9,
  19,24
  22:1,17,
  24 23:1,

13,21,24
138:16
161:8
214:5

Northern
  8:4

Northwest
  7:6

noticed
  47:21

Nova
  20:4
  78:21

November
  110:22
  151:18
  217:3

nuance
  268:21

nuances
  35:1

number
  64:15
  74:23
  77:9
  99:16
  102:10
  118:9
  124:25
  135:6
  155:4
  157:7
  176:9
  194:11,
  12,15
  204:24
  205:14,23
  206:2,5,6
  213:17
  221:7
  227:24
  229:5
  241:12,

13,24
247:7
251:20
252:18
293:9
296:3

numbered
  255:16

numbers
  49:17
  135:8,14
  137:7
  172:21,24
  192:8
  307:24

numerous
  79:24
  276:21

Nurse
  89:8

nutrition
  289:24

nutshell
  185:13,14

─────────────

        O
─────────────

oath
  9:2,3

object
  10:5 14:1
  34:2
  44:22
  45:8,13
  57:21
  58:6,23
  66:10
  67:9,19,
  24 69:21
  70:23
  71:6 74:9
  75:1,12
  76:17

82:23
84:4
92:13
99:22
100:3
105:4,5,
11 106:2,
20 107:2
110:10
113:16
130:10
132:12,25
163:21
164:10
167:4
188:1
189:7,14,
23 190:23
193:19
203:18
204:4
221:14
225:7
226:9
227:14
229:14
243:17
244:2,11
245:3,20
246:9
249:19
253:10
254:4,9
262:13
291:14
292:8
299:4,19
300:5
304:5
305:20
308:4,9
309:16
314:13
315:2
316:16

objections



10:6

objective
31:16

objectives
21:24
24:6
31:9,18
32:8

obligation
9:5

observed
297:4

occasionall
y
10:5
182:4

occupationa
l
230:7

occur
189:3
302:18
309:23

occurring
59:9

October
168:14

ODR
88:24
89:2,10,
16 160:23
173:5
233:6
242:13

ODRS
96:5,14
104:17,18
112:16,17
113:1
115:8
119:20
121:17

131:12,15
152:2
171:9,20
177:19
178:7,18
183:15,22
213:9,19,
20
235:12,
15,18
237:22
243:3
249:15,22
251:14

offer
60:7 65:2
175:22,23
257:4
289:4,7

offered
189:12
208:24

offering
209:7

offers
210:21

office
26:13
28:4,5,9,
18,21
31:21
32:5 35:2
63:23
78:3,4
86:7
88:9,25
89:3
94:20
95:25
96:6,11
112:20
113:22
115:9,10,
11 118:5,

9,14,20,
25 119:3
120:7
128:1,2
133:18
144:23
152:23
173:6
177:19
178:3
221:3
239:13
248:13
253:3,4
270:20
274:11
289:22
297:7
306:23
307:5

officer
21:12
28:17

officers
172:9

offices
77:9,12,
14 78:3

official
210:21
215:3

officially
157:23

offset
151:5

oftentimes
43:17
59:11
92:6
130:22
133:17
134:9
142:18
184:10

263:23
270:7,24
295:15

onboarding
29:23

one's
21:15
222:6

one-on-one
97:14,16,
17 99:12
103:23
214:14
249:9
314:6

one-on-one'
s
214:12

one-to-one
197:9

ongoing
203:1

online
201:20

onset
59:8,15

open
27:22
292:18

opened
26:22

opening
276:2

opens
271:7

operate
43:6 44:5
156:10
290:16

operating

222:16

operation
39:3

operational
180:12
181:9
182:9
184:3,15
185:21
188:4
210:23
211:9
214:22
222:15
224:12
225:6,14,
18,20,22
234:8
246:23

operational
ly
156:23

opinion
13:11,12
74:15
135:13
159:14
163:8
186:14
198:2
200:7
201:14
202:8
246:10
263:8
284:7
299:6
300:7
304:21

opinions
159:13

opportuniti
es
45:21



290:2

**opportunity**
8:9 27:13
29:21
261:18
266:7
289:24
300:22
313:4

**opposite**
51:13

**opted**
189:1

**option**
199:17

**orally**
9:12

**order**
14:6
45:24
53:13
82:12,16
85:4 91:7
94:2
132:18
152:8
159:12
190:5
233:4
234:1
237:15
239:9
284:19

**Oregon**
176:14

**organization**
196:8
254:15
285:5

**organizational**
42:1

**organizations**
42:9

**organize**
196:11

**organized**
31:4
200:1
201:7
220:20
221:8

**original**
257:3,8

**OSS**
213:13
242:17
243:3

**out-of-school**
172:23

**outcome**
49:11
128:22,23
162:19
171:18
177:15
183:15

**outcomes**
84:15
181:13
184:22
210:25
211:3
213:5
226:4
244:17

**overarching**
86:1
117:12

**overcome**
150:19

**overhead**

193:9

**oversaw**
37:3
205:25
281:19

**oversee**
87:15

**overseeing**
191:12

**oversees**
147:8,9

**oversight**
147:22

**overview**
208:11
255:6,11,
18 296:17

**overviews**
296:18

**Owen**
222:1

_____

**P**
_____

**p.m.**
136:11,14
204:10,13
273:18,21
317:1,4

**packet**
111:13
112:4,8
136:20
144:6
158:6,8,9
160:8
233:3

**paid**
146:17
205:12
206:3,8,

15

**pairing**
90:13
289:12

**pandemic**
78:4
302:20

**paper**
272:5,12,
14,18

**paragraph**
149:21
247:14
283:15

**paramount**
155:12

**paraprofessionals**
188:18

**parents**
59:11
270:7,17,
24

**part**
54:17
59:17
65:16
71:10
79:5,6
87:9
91:25
92:11
108:17,19
113:23
149:4,5
154:4
172:18,21
173:2
178:15
179:17
181:25
182:3
191:19

194:5
199:8
201:24
202:1,15
203:15,22
212:14
231:4
232:19
237:9
242:12
246:6
251:25
260:22
261:3
262:21,22
268:2
273:13
279:6
280:25
287:14
297:22
306:13

**part-time**
36:15
220:13

**partially**
154:6
169:11
207:5

**participate**
67:17,22
92:16
134:18,22
189:13
218:3
255:25
279:4
280:11
285:13

**participating**
183:4
198:20
280:1
285:18



300:9
302:2

**partner**
150:20
264:12
282:13,20
310:13,
15,17

**partnered**
27:8

**partnering**
150:21

**partners**
150:21

**partnership**
154:23
157:12
162:7
282:22

**partnership
s**
150:23
272:24

**passion**
291:20

**past**
24:13
99:9
195:25
239:6
250:20
251:9
252:7
295:22
302:13

**path**
308:14

**paths**
72:25

**patient**
29:4

**pattern**
88:15
115:20
153:4
173:11,18
187:22

**patterns**
88:14

**Patterson**
29:16
110:19
111:2,3
116:5

**pay**
146:20
192:22

**paying**
206:18

**pays**
130:8
192:19,23
193:8,14

**PBIS**
13:6 19:4
22:2
24:10,19,
20 26:24
31:10,23
34:10
35:14,17
36:20
37:4,8,19
39:8
43:3,4
44:3,6,9,
17,21
45:1,7,
12,16,21,
25 46:3,
10,19,25
47:5
49:13
50:11
52:3

55:3,25
56:16
57:2,16,
20 58:5,
11,16,22,
25 64:11,
16,24,25
65:1,5,8,
13,15,16,
21,24
66:2,6,
13,20
67:5,13
74:6,18,
22 75:3,
8,15
76:1,9,13
77:17,20,
23 78:7,
9,12
79:20
80:1 81:4
83:2,10,
24 84:3,
13 106:24
108:12,15
113:8
117:6,7,
12 118:3
119:24
120:25
124:14,15
125:3
126:5,6,
22 127:9
130:14,19
131:11,14
132:21
133:4,16
134:5,25
135:6,17
137:3,10,
18 138:7
139:1
140:12,18
141:22,25
142:8,24

143:2,19
144:5,20
145:5,23
147:9
148:3
149:1,3
150:13
154:8,14
155:1,9
156:1,18
160:1
162:2,22
163:15
166:1
168:25
169:3
171:6,13
172:1,13,
15,18,21
173:13,
19,24
174:4,15
175:5,11
176:17
177:5
178:19
179:18
180:19
181:5
182:24
183:5
184:20
185:22
186:16,18
188:10
189:1,9,
18 190:1,
13,19,22
191:9
192:4,6,
14
193:18,25
194:8,18,
21 198:9,
12,16,20,
23 199:12
202:5,12

203:16,24
204:2,19
205:5,16,
25 206:3,
8,20
207:3,10
209:12
212:20
214:19
215:1,13
219:24
222:5,8,
12
223:15,
17,21
224:20
226:7
227:1,4,
7,11
228:14,18
231:8,11,
19,23
234:11
237:24
239:3
240:16
242:7
243:7,16,
24 244:6,
16
246:19,20
249:21
255:1,20
256:18,22
260:8
261:6
263:7,11,
14,15,17
264:21,23
266:7,16,
22 267:2,
4,6
275:13
277:18,
22,23,25
281:17,18
282:9



286:6
287:3
288:14,16
289:2,12,
17,22
290:3,6,
10,12,15
298:4,7
299:15
300:4,9,
15,25
301:11,
19,25
302:3
305:25
306:4,9,
14,17,18,
22,24
307:1
309:24
310:10,19
313:7
315:14,17
316:3

**PBIS's**
125:13

**Peachtree**
39:25

**peer**
261:4

**people**
15:21
27:15,19
28:8,25
29:5,22
30:9
31:12
44:15
46:13
52:9
55:11
58:13
80:13
82:3,5
91:17

92:6
93:12,17
99:5,6,17
116:14
126:15
133:14,24
134:10,13
135:10
142:19
146:2,16
147:24
148:16
151:1,6
162:2
166:8,10
193:1
195:1
197:17
198:23,25
201:3,18
205:19,
21,24
206:7
210:5
215:14
218:17
229:19
241:24
252:18
257:6
258:16
263:15
266:22
270:13
271:9,11,
14
282:13,
16,17,23
291:24
292:14
293:8
294:1
295:3,22,
23

**pep**
261:19

**perceive**
129:20

**percent**
12:14
21:6,16
84:24,25
85:1,3
95:13,16
109:6,7,
9,11
110:5
122:18,
19,23,25
123:23,25
131:9
157:9
160:23
161:10,12
177:21,
22,23
178:2
182:16
213:24,25
233:5
236:3
239:15,
17,21
247:17,23
248:10
251:13

**percentage**
161:2,14
186:5,8
248:2
249:2

**percentages**
236:6

**perfect**
9:23  17:2
82:19
112:16,17
115:5
163:2
184:1
204:9

301:16

**performing**
292:16

**period**
151:5
167:17
307:12

**persistentl
y**
211:14,
16,22,25
212:4,16

**person**
15:15,22
25:2
30:1,11
52:5
91:22
139:19
145:13
161:18
169:15,
18,21,24
198:5
215:24
216:2,10
219:6
221:17
265:17
274:16
303:13

**personal**
48:8,10
100:5
263:24

**personalize**
106:7

**personally**
33:4
48:14
159:24
260:24

**personnel**

148:16
191:5,6
271:10

**persons**
192:24

**perspective**
230:23
276:8
300:4

**Petaccio**
36:9

**Peter**
42:21

**Ph.d.**
78:21,24

**phase**
141:5,7,8

**Phillips**
29:12,13

**phone**
15:16
16:2
23:17
294:5

**physical**
78:3
103:9,13
262:17

**pick**
264:6

**picked**
307:6

**piece**
86:17,19
121:16,19
164:19
295:12

**pieces**
158:21

**pilot**



137:23
156:3
157:25

piloting
  207:20,21

Pioneer
  22:24
  25:2

PL
  196:9,16

place
  22:20
  25:21
  26:4
  32:21
  70:13
  136:9
  140:19
  144:25
  154:5,6
  158:17,
  18,21
  159:4,11,
  15
  160:15,21
  169:11,
  12,17
  172:18
  179:4,7
  181:18
  183:2,20,
  24 200:13
  201:2
  207:4,5,8
  208:25
  209:4
  215:12
  238:10
  244:19
  300:8

placement
  39:18
  41:5
  74:24

76:15
81:3
236:14,25

placements
  40:8 41:7

places
  80:1
  215:18
  230:7
  302:2

Plain
  34:8

plaintiff
  16:15

Plaintiff's
  11:13,15
  63:1,3
  68:21,23
  83:4,6
  107:17,19
  110:13,15
  115:24
  116:1
  136:20
  142:3,4
  158:6
  168:8,10
  175:25
  176:2
  195:8,10
  222:20
  241:19,20
  247:2,3
  249:24
  250:1
  252:13,14
  256:4,6
  265:1,2
  271:18,20
  273:24
  274:1
  283:4,6
  286:8,9
  308:18

310:25
311:1

plan
  18:24
  44:17
  171:23
  202:3

planed
  200:18

planned
  199:25

planning
  151:4
  203:3

plans
  32:3
  114:24
  175:5
  190:16

plate
  42:22

platform
  129:13

platforms
  297:9,10

play
  44:6
  132:11
  138:15

playground
  86:8

plyers
  207:9

point
  9:24
  27:20
  69:13
  120:24
  141:10
  161:22
  177:18

189:16
201:1,5
225:20,24
244:25
245:4
260:4
304:14
305:5

points
  135:1
  255:16

policies
  52:8
  156:10

policy
  69:15
  70:4,17
  129:22
  147:25
  149:4
  283:20

poor
  51:11,19

pop
  51:24

popped
  217:16

popular
  129:7,8

population
  13:25
  47:23
  183:19
  228:23
  229:23
  240:1,3
  251:15,24

portal
  241:1,4,
  10

portion
  109:2,3

pose
  74:1,8,14
  75:5
  80:10
  101:21
  234:22

position
  12:25
  21:18
  24:5
  25:24
  27:21
  33:17
  34:20
  35:1,10,
  22 38:2,
  14,23
  39:5 40:9
  69:15
  70:4 72:5
  77:6,11,
  13 140:8
  214:4
  217:1
  309:24
  314:12

positions
  26:5
  36:12
  41:13,21
  42:8
  192:6
  194:17
  196:5
  204:22
  205:1
  307:18

positive
  19:5
  42:11
  43:4,11
  50:14,16,
  17,21
  51:10
  52:2,13



53:4,17
67:1
75:22
85:16
120:3
176:20
244:19
260:1
284:21

possess
19:21

possibility
134:5

possibly
179:4,6,8

post-
training
181:1,11

posted
107:7
120:1

potentially
206:18
311:23

poverty
270:23

powerful
49:18,20
61:7
260:10

Powerpoint
107:22
108:6,8
116:17,
22,24
117:1,15,
19,23
124:23,25
126:1
259:1,17

practice
52:22

90:19
91:1 92:9
100:12
107:14
130:23
152:12
154:13
173:11,18
175:2
187:22

practices
52:8 55:2
84:7 85:6
86:25
87:1,6,7
90:5,9,
12,20,23
91:12
92:10
97:11
106:11,
16,21,22
107:1
124:11
128:13
169:14
174:7

practicums
79:5

Pre-
pandemic
216:24

precise
88:21
127:12,20

preclude
187:5,9

predictive
88:14

Preliminari
ly
13:10

prepare

15:12,19

prepared
128:11

preparing
255:5

prerequisit
e
233:9

prerequisit
es
158:12
160:13
161:6,21
162:15
163:5
233:11

present
15:24
108:8
116:24
117:20
126:6,12
233:4
295:16
300:23

presentatio
n
116:17
117:17
120:9
274:15,18
276:18,24

presentatio
ns
210:4
274:17

presented
38:13
157:24

presenter
108:2

president

42:11,14

pretty
12:20,24
13:13
23:4,18
43:22
48:2 51:4
54:13
77:23
78:8
167:15
184:7
210:8

prevent
101:23
174:12
273:2

preventativ
e
98:21

prevention
108:25
259:5
284:12

preventive
113:23

previous
55:10
93:5
225:21
248:22
307:18

previously
54:7
140:4
167:5
171:24
178:18
204:17
212:18
232:14
233:2
235:4,10
238:5

249:13
251:12
254:14
276:5
277:11
281:9
296:10
303:16
304:17

primary
48:16
129:4
218:7

principal
12:22,23
38:21
39:1,11,
12,16,22,
24 40:12,
20,23
48:20
52:4,5,15
73:8
79:9,22
91:24
131:13
143:23
155:11,13
165:6,10,
16,24
166:3,4,7
188:14
255:6
260:17
292:10

principal's
164:24
165:8
166:6
255:17
296:17

principals
24:22
42:15
145:12



149:2
231:22
296:21
297:13
299:17

**prior**
16:4 23:8
35:14
38:14,21
39:23
40:9,11
79:8
145:25
158:15
304:2

**priorities**
153:10

**prioritized**
58:22

**priority**
207:6,7
293:20
304:15
306:10
315:21,24
316:1,4

**private**
62:9
100:12

**proactive**
238:9

**problem**
88:21
127:3,12,
18,20
129:16,19
145:1
273:6,13
294:24

**problems**
89:14
127:5
155:20

**procedures**
85:10

**proceed**
11:9

**process**
34:18
83:10
84:2,5,7,
10
112:22,25
120:20,22
130:7
136:6,20
144:6
158:3
165:20
166:13,15
179:18
182:1,3
189:12
230:13,17
231:2
235:8
237:10
277:6,22

**produce**
220:7

**professiona
l**
20:9,20
22:6
37:25
41:25
42:3,9
49:24
53:22
55:11
82:15
138:24
196:17
197:4
199:15,20
208:23
281:16,23
291:4,6,

22,23,25
303:11

**profound**
73:10

**program**
12:19,21
13:21,25
14:14
17:8,13
18:21
22:21
23:7
26:11,12,
20,25
33:2
35:14
58:25
65:25
77:14,15,
20,23,24
78:6,7
79:2,11
92:3,5
106:17,
24,25
126:19
139:15
140:7,11
141:16
154:24
171:13
173:24
179:18
181:23
188:5
192:14
203:8
204:1,3
207:19
208:7
214:6
215:2
216:21
219:15
221:6,20,
24 222:2

227:13,18
228:5,18
230:10
231:1,8,
14 233:17
234:15
235:9,21
236:8,15
237:14
238:24
241:12
243:22
246:4,7,
12 247:18
248:16
249:2,6,
18
279:16,
17,21,23
280:13
283:1
284:14
289:19
297:2,20
298:16
306:24
309:24
311:17

**program's**
223:17

**programming**
279:18

**programs**
12:24
13:4,18
17:14
32:14
37:15
39:16
40:2,4,5,
15,25
175:5
186:9
203:11,
15,16

215:1
220:22
221:13
222:4,7,
11,16
226:7
227:3
228:2
229:13
230:13
231:12,18
232:8,9,
16 233:10
234:18,19
236:17
238:1,3,
13 239:3
240:11,
12,18,25
241:9,15
242:8,12
243:14,
19,20
244:8
245:14
246:19,
20,21
248:9,19
250:22
251:18
252:11
253:22
254:8,23
255:20,24
256:18
267:9
268:6,9,
14,17
269:24
279:3
281:24
285:17
289:8
298:3,4
299:13
300:11
304:8,9



305:23
313:16

programs'
243:15

progress
95:9,14
122:11
128:21
151:11,20
152:4,5,6
300:2

prohibitive
208:13

project
26:25
30:13,20
31:23
35:18
37:1,4
38:5,9,10
60:21,25
61:19
70:10
71:9 93:8
191:17
193:4,11
266:6,8,
16
267:14,
16,17
268:3,5,
12,19
272:6,15,
17,21
273:14
274:11
275:13,21
276:16,
18,20
277:16,
17,19,20
278:7,10,
12,15,19
279:4,15,
20,24

280:1,12,
14,17
281:3,19
283:18
287:14,17
310:14

projects
37:4

promote
62:17
154:12
186:18
273:1

promoted
70:22

promoting
70:20
71:4

promotion
26:21
61:18

proper
198:13

proponent
277:16,17

proposal
274:15
276:24

proposals
274:17

proven
57:11

provide
13:2,18,
19 22:5
31:8
37:23
43:20
48:6
53:12,14,
20 57:23,
24,25

58:16
59:13
62:6
68:11
80:7,14
92:23
93:9
99:20
100:13
101:14
103:23
104:3,4
107:12
132:18
140:12
148:8
149:19
158:22
165:10
166:24
189:25
190:2,14
191:2,5
229:1,9
241:16
243:13
258:2,13
260:3
264:11,17
269:16,18
270:14
271:2,6
282:8,21
290:4
293:3
314:20

provided
57:18
65:12
87:4
91:25
92:1,11
94:13,17,
24 95:3
102:12,
15,22,25

103:3,6
105:2
107:13
130:3
141:1,3
149:13
151:3,4
161:21
178:23
182:10
188:6,8
190:12,18
191:22,24
192:19
211:11
228:13,
15,18
229:15
267:21
268:23
269:2,21
281:14
287:14,
17,18
288:19

providers
62:9
149:10

providing
36:22
59:1 68:9
97:17
99:17
138:5
196:9
227:4,7
229:16
249:9
291:11

PS
20:19

PSC
199:11,14
202:5

psychologis
ts
62:12

public
13:19
18:1
105:21
132:22
230:14
233:23,24
238:25
239:4
254:6
255:21
302:1

publicly
300:8

publish
302:12

pull
43:19
86:22
88:19
131:22,23
201:18
212:24
297:5,6,
15

pull-out
103:18

pulled
151:25
298:20

pulling
112:22

pulse
174:9
258:19

punishment
185:8,19,
23,24
186:4,6,
9,13,15,



16,21,22,
24 187:5
213:1

**pure**
12:17
246:11

**purpose**
13:10
15:8
105:9,12
117:14
142:16
165:2
185:25
211:2
217:5
269:6

**pursue**
50:6

**purview**
174:20
314:17
315:5,8

**push**
24:15

**push-in**
103:20,
21,25
104:7

**put**
10:5
86:4,10
113:21,24
126:9
212:3

**Putman**
301:21

**puts**
9:4

**putting**
111:24
128:14

248:23
255:17
260:4

**pyramid**
108:12,
14,17,19
109:4

———————

**Q**

———————

**qualificati
ons**
33:24
198:3,13

**qualified**
34:17

**qualifies**
196:4
236:10

**qualify**
184:2

**qualitative**
49:16

**quality**
216:11
217:20

**quantitativ
e**
49:16

**quarterly**
292:12

**question**
9:25
10:1,7,
12,13,21
25:13,17
31:13
67:11
70:1,24
75:2,14
81:11
93:5,15,

18 106:23
119:2,4,6
121:7
133:2
163:7
189:15
197:20
203:19
211:10,20
225:10
231:9
250:20
255:3
268:25

**Questionnai
re**
71:23

**questions**
8:22,23
9:9,12,21
10:5
11:2,6,8
55:10
133:13
141:6
200:15
211:6
296:5
316:23

**quicker**
139:18

**quote**
186:4
276:5
311:16,17

**quotes**
259:11

———————

**R**

———————

**raise**
95:12,15
123:22

**raising**
270:4

**rallies**
261:19

**range**
14:10
160:24
205:9,10
233:6

**rank**
239:9,24

**rarely**
166:2

**rate**
122:6

**rates**
50:19
51:14,20
104:21,23
154:2
175:12

**rating**
62:13
122:4
135:2
154:1
155:21

**ratios**
120:3

**re-train**
199:6

**reach**
162:15
163:19
164:3,4
225:5,14
282:17,18
293:23,25

**reached**
142:19

**reaches**

312:24

**reaching**
51:4
100:9
185:25

**reacting**
88:16

**read**
14:15
16:3
63:13
69:22
168:24
185:12
255:2
301:13

**readiness**
111:13,25
112:4
140:19
158:5,8
233:3

**reading**
138:5
160:9

**reads**
273:7

**ready**
76:21
112:6
140:20
157:16,18
158:1
238:9
295:3
302:12

**real**
24:15
85:3
145:11
202:14
215:12
218:15



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: reality..reduces

reality
  295:19

reason
  10:11
  11:1
  36:24
  59:23
  95:21
  146:9,13
  225:10
  283:24
  284:5
  293:2,20
  299:7
  307:14

reasoning
  56:23

reasons
  12:16
  89:15
  146:2,15
  167:6
  183:17
  232:13,14

reauthoriza
tion
  45:18

Rebecca
  29:9
  30:13
  38:9
  286:13
  311:5

recall
  40:6,7,16
  41:11
  63:21
  71:7,11
  111:22
  134:4
  191:18
  275:17
  304:12

recalling
  285:23

receive
  18:3 93:1
  98:2
  102:4,8
  108:18
  145:10
  148:2
  187:24
  188:10,
  14,17
  208:19
  212:20
  222:12
  255:20,22
  272:20
  283:19
  289:14

received
  27:7 96:5
  98:3
  201:8
  210:19
  278:13,15
  279:14,20
  281:22
  288:23

receives
  118:19
  124:5
  235:1

receiving
  110:6,8
  123:12
  197:6
  249:3,8
  311:18

recent
  69:4
  250:8

recently
  168:3
  184:1

recess
  76:25
  136:13
  204:12
  273:20

recipient
  100:19

recipients
  87:25
  93:4,20
  283:11
  296:3

recognition
  33:10,13
  171:16
  174:23
  176:22
  177:9
  181:5
  184:14,24
  185:8
  194:2
  211:2,3
  212:21
  220:21
  225:25
  234:4,6
  252:7
  302:10,15

recognize
  13:5 61:5
  63:11,13
  64:1,7
  68:6 69:8
  83:13
  98:14
  111:10,18
  116:9,22
  142:11
  168:18
  176:10
  177:2
  188:5
  194:20
  195:18

224:1,2
  233:14
  242:3
  247:12
  250:13
  252:21
  264:3
  270:8,13
  272:3,8
  283:13
  286:19
  301:22
  309:3

recognized
  162:18
  171:18
  185:18,20
  189:18
  211:15
  248:17

recognizing
  59:10,11
  196:9,20,
  23 270:11

recollectio
n
  34:15

recommend
  85:24
  124:10
  174:23
  184:23

recommendat
ion
  223:24
  224:7,8
  246:2,13,
  15,17
  248:8

recommended
  84:7,10
  155:3

record
  7:9 8:7,

15 9:14
  10:6
  64:20
  76:24
  77:2
  103:25
  136:12,15
  204:11,14
  206:23
  228:3
  273:19,22
  297:14
  317:2

recorded
  9:10
  227:1

records
  95:15
  96:25
  97:5
  172:14
  173:16
  243:14,23
  244:1
  252:24
  296:11,15
  298:23
  299:13

rectify
  252:8

red
  51:18
  108:23
  109:11
  125:19
  126:21

reduce
  74:7,19,
  23 75:4,
  9,18,23
  76:10,14
  178:8

reduces
  262:21



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: reducing..remember

reducing
  76:6

reduction
  51:7,8

reductions
  128:4

refer
  17:4,7,
  12,17,21
  115:15
  136:19
  153:19
  156:3
  158:5
  166:12
  185:3
  258:25
  267:20
  296:1

reference
  45:12
  84:20
  255:17
  296:16

referenced
  74:13
  104:2
  120:12
  134:23
  170:11

references
  114:13

referencing
  18:8,11,
  14,17,20,
  24 19:1,
  4,7
  114:20
  118:8
  288:5,6

referral
  115:13
  119:12

173:7,9
221:3
239:14
251:21

referrals
  88:9
  89:1,3
  96:1,6,
  11,12
  112:20
  113:22,25
  115:9,10,
  11,21
  118:6,10,
  15,20
  119:1,3,8
  120:8
  128:3
  129:14,15
  144:24
  152:23
  171:10
  177:19
  178:4,11
  235:25
  237:22
  239:16
  248:14
  251:20

referred
  13:4
  219:19

referring
  17:8,14,
  18,22
  18:1
  27:24
  74:11
  83:23
  115:1
  120:23
  153:20
  309:15
  312:14,
  16,18

reflected
  253:23

reflects
  160:19

regard
  240:4

regarded
  301:18

region
  42:16

regional
  17:12,13,
  14 18:18
  32:13
  37:14
  39:15
  40:5,14,
  24 203:15
  204:1,3
  215:1
  230:13
  231:1,7,
  14,21
  235:9,21
  236:15,17
  237:13
  238:3,12,
  24 239:3
  240:25
  241:9,15
  242:8,11
  255:24

regular
  13:14
  23:19
  38:7
  150:3
  227:25
  228:11
  230:9
  249:6
  291:21

regularly
  12:25

25:6
38:11
39:6
166:3
212:13

regulate
  68:18
  81:1,22
  98:20
  193:25

regulated
  102:1

regulates
  193:17

regulating
  101:18

regulation
  68:5 81:6

regulations
  45:6,10

reinforce
  120:2

reinforced
  49:3
  75:17

reintroduce
  8:8

relate
  309:23

related
  25:20
  220:19
  308:2,7

relating
  11:23

relationshi
p
  23:9
  157:12
  161:17
  164:19

214:17
262:24
271:15
294:17

relationshi
ps
  48:15
  100:8,10,
  11,14
  133:12
  263:1
  292:13,14

rely
  126:22,23
  131:11

remain
  293:10

remediation
  224:25

remember
  10:20
  36:16
  37:11
  40:17
  41:1,10
  71:8,13,
  14 74:2
  111:7,9
  134:7
  146:6
  191:22
  192:8
  194:10
  204:24
  205:3,24
  206:4
  212:5,13,
  20,23
  220:9
  221:22,25
  222:3
  233:12,
  13,20,21
  240:21



245:21,23
247:24
254:1
256:23
260:17
288:25
298:14,
16,18,19
299:24,25
305:9
309:25
310:3,5,
7,8
314:14
315:9,10,
11

**reminders**
86:11

**remote**
223:11

**removed**
211:12,19
212:17
315:4,7

**removing**
150:10

**repeat**
98:10
106:23
178:8

**repeated**
178:8
212:7

**rephrase**
76:12
231:16

**replaced**
198:24,25

**report**
23:20,25
25:23
26:2 28:2
35:24

95:9,14
127:4
139:3
140:7
151:25
172:18,21
240:16,19
242:8
253:20
254:11
259:5

**reportable**
177:19

**reported**
28:4,7,
10,16,20
29:3 30:2
116:14
220:16
253:12
265:17,19
292:4
303:17

**reporter**
9:2,10,12
11:12
28:13
62:25
68:20
83:3
107:16
110:12
115:23
142:2
168:7
175:24
195:7
222:18
241:18
247:1
249:23
252:12
256:3
264:25
271:17

273:24
283:4
286:7
308:16
310:24

**reporting**
239:3
303:19,
22,24

**reports**
36:6,11
139:7
152:4,6
309:20

**represent**
8:12

**representat
ion**
87:12

**representat
ive**
109:15

**represented**
14:22
15:7
232:23

**representin
g**
14:25
15:3

**represents**
15:18
109:3,6,
9,11

**request**
62:4,8
115:14
120:10
157:2,19
158:3
189:9,12

**requested**

120:17
189:5
192:13
218:11
257:12

**requesting**
282:12

**requests**
115:21
236:13

**require**
92:11
118:15
129:22
143:5
145:22
154:10
167:21
210:14
235:5

**required**
132:22
143:1,9
145:24
154:11
167:18
171:19,20
222:4,6
231:22
232:16
241:15
242:12
243:1,10

**requirement**
146:1
148:7
248:10,19
250:21
260:23

**requirement
s**
239:4
240:19
248:24

**requires**
82:11,15
115:7

**RESA**
15:18
18:17
21:6,9,
19,24
22:2,8,
17,24,25
23:13,21,
24 24:20
25:2,7,
12,15
26:6 30:7
111:1,5,8
138:7,17
139:4,8,
11,14
140:12
154:24
157:14
188:24
189:24
191:24
192:6
193:14
214:5
219:2
232:18

**RESAS**
30:8,19
34:6
138:21
139:10
140:6
180:6
192:20
208:22,23

**research**
57:5,9,
13,16
59:7
126:10
168:3



researched
  126:7

reserved
  226:19

resiliency
  68:19
  267:18

resist
  134:11

resource
  172:9

resources
  156:5,7
  234:25
  287:8
  295:23
  314:3

respect
  72:3
  219:23

respectful
  86:2,9
  95:11
  170:8

respond
  85:2
  175:18
  185:11

responded
  309:11

responding
  104:14

response
  10:20
  251:1,6
  257:23
  294:8

responsibil
ities
  21:23,25
  24:6

35:20
52:25
315:13
316:14

responsibil
ity
  39:3
  59:18
  87:14,16
  202:3
  220:19

responsible
  86:3,10
  91:11,14,
  16 99:24
  150:10
  170:8
  221:13

rest
  159:7

restraining
  173:18

restraint
  172:11
  187:15
  242:21

restraints
  173:23
  174:3

restrictive
  113:14
  153:1

result
  262:12

results
  49:15
  134:16

resume
  267:13

retire
  307:15,17

retired
  21:16
  26:9
  29:23
  35:11
  36:4 42:4
  265:21
  307:10

retirement
  48:11
  307:12

retreats
  303:12

revamped
  293:6

review
  89:23
  104:8
  113:1
  124:4,10
  130:12
  131:5
  164:17
  174:18,
  19,24
  175:4,7
  182:4
  217:6
  243:25

reviewed
  178:19
  246:22

reviewing
  124:16
  130:17
  145:16

reviews
  64:3
  69:25
  124:14
  174:16
  193:17
  217:8,19
  255:4

revised
  55:7

revision
  83:21

rewards
  184:12

right-hand
  118:2

Rights
  8:10

ring
  90:4

ringing
  283:14

risk
  71:21
  74:19
  80:4,8,11
  101:21
  112:16,
  22,24
  113:13,21
  121:20
  122:1
  152:20,25
  262:20,22

risks
  74:1,8,14
  75:6
  80:14,16

Rob
  24:1

Robbins
  15:3,7

Robert
  300:17

Rockdale
  245:25
  246:4

role
  21:13,24

22:17
23:12,20
24:6,23
25:9
26:15,19
28:2,24
29:3
30:10
32:14
33:25
35:8,24
36:18
37:15
38:18,19,
20,25
39:25
40:3,10,
13,15,18,
19,25
44:6
49:24
52:1
53:3,5,7,
16 54:1
132:11
138:14,
16,19
140:1,6
195:5
196:4
218:7
219:1
302:25

roles
  30:1
  38:17
  195:1,3
  198:4

roll
  149:1
  209:15

roll-out
  210:13

rolled
  55:2



157:23
207:12,23

**rolling**
24:10
209:16
288:4

**rollout**
24:12
39:8
158:1

**Rome**
19:15

**roof**
73:14

**root**
186:19
276:1,11,
14,23
277:7
294:19

**Roughly**
264:10

**round**
272:16,21

**row**
225:22

**rubric**
212:14

**rubrics**
169:4

**ruled**
209:2

**rules**
85:11

**run**
52:11
284:25

**Rut**
214:18

**Rutland**

214:6,18
217:2

―――――――――

**S**

―――――――――

**sadness**
305:10

**safe**
86:2,9
170:8

**safer**
259:13

**safety**
28:18
31:25
74:1,8,
14,19
75:6
77:17
80:4,8,
11,14,16
101:21
304:8,10

**salaries**
58:12
191:25
192:23
193:2,3,
4,5 205:2
206:19

**salary**
205:4

**SAMHSA**
267:21
272:16,21

**Sandra**
247:6
256:9
257:15
296:2

**Sandy**
29:11

30:24
31:1
220:10,11
221:8
222:24
224:4,9
241:23
245:9,13
246:7
247:15
255:5
258:17

**Sarah**
274:5,13

**SAS**
161:1
171:23
181:19
206:22

**Saturday**
79:2

**save**
15:11

**scale**
62:13
71:22
121:22
122:5,21
154:1
156:11
169:16
207:6

**Scale-ie**
122:1

**Scaling**
156:16
166:17

**scenario**
257:10

**schedule**
138:7
218:12,
20,21

**schedules**
140:25

**scheduling**
139:17

**school**
13:19
18:1,12
21:10,12
22:1,21
24:1
28:18
31:7,14,
17,25
33:7 36:3
37:8
38:15,22
39:1,3,25
40:13,21
41:2,8,9,
16 42:15,
20,21
43:1
44:6,9,
12,18
48:1,9,
14,16,20,
21 49:2,
4,9,12,
14,19
50:9,15,
17 51:4,
6,10,12
52:2,6,7
53:1,13,
17,24,25
54:11
55:19,21,
24 57:19
58:10
60:8 62:6
65:20,25
66:2
67:1,5,
18,23
73:8,13,
18,20,23

75:21
77:17,24
78:10
79:2
80:10
81:21
82:2
83:24
84:5
85:23
86:6
87:8,10,
11,14
88:18
89:14,18,
22 91:12,
15,18
92:1,3,15
94:14,16,
21,25
97:5
98:23,24
99:4,17,
23
102:17,
20,22
103:4
104:9,23
105:21,
22,25
106:7,13
110:7,25
113:5,6
119:6,10,
12,17,20
120:19,23
124:1,13,
15,18
125:6
127:10,15
128:17
129:6,21
130:17
131:10,13
133:5,15
134:24
135:1,17,



18,23
136:1,4,5
137:13,
15,19,22
138:6,12
139:13,
15,18,20,
23,25
140:11
144:16
146:8,17,
19,20
147:7,8
149:18
150:25
151:10
154:14,
19,23
156:18
157:14,
17,20
158:3,16
159:2
160:20
161:5,7,
8,20
162:11,
14,24
163:2,4,
18 164:8
165:7,13,
14 167:2,
17,24
168:24
169:2,3,
9,10,19,
22,23
170:2
171:1,3
172:9,18
173:4,10,
17 174:4,
17,22
175:20
176:21,22
177:5
178:3,16

179:2,3
180:5,15
181:5
182:2
184:2,5,
19 186:24
187:23,24
188:11,
13,14,23
189:8,9,
18
191:15,24
192:7,20
193:2,11,
22,23,24
194:8,17,
19 196:22
198:10,21
199:3,5
203:21,22
206:8
207:2
210:18
211:8,16,
24 212:3
214:4,13
215:16
216:15
217:24
219:2
220:11,13
221:7
223:15
225:5,13
226:10,23
227:19
228:1,6
230:19,22
232:20
233:4,23,
24 234:11
238:25
239:13,25
240:8
241:12
244:15,
19,25

248:15,24
251:22
252:11
253:12
256:1,24,
25 257:12
258:9,13
259:8,12,
23
260:12,
18,19,20
261:5,14,
16,18,19,
20 262:1,
2,6 268:3
269:10
270:16,18
271:2,16
273:8
277:15
279:8
280:2
283:19
285:1,6,
25 286:3,
5 287:25
289:24
291:5,19
292:11
293:24
295:18
296:23
297:2
298:1
304:8,9,
13,22,25
306:1,24,
25 310:21
314:11,
16,25

**school's**
52:1
175:18
183:19
213:4

**school-aged**
59:9
273:1

**school-based**
17:21
60:3,6,
10,14,19
62:20
64:11,17,
24 65:11,
22,25
66:7 67:7
72:1
81:13,16,
24 82:7,
21
203:11,14
229:19
268:5,8,
13,16,21
269:2,23
271:6
281:25
311:16
315:7
316:12,19

**school-wide**
124:21

**school/gnets**
298:22

**schools**
21:7,11
24:8,9,
11,18
26:1 31:8
33:10
34:11
35:17
36:20,23
37:3,20,
23 39:9
42:22
43:6 44:5

48:11
49:4,11
50:17,21
51:2
52:20,21
53:17
54:11
55:16,17,
23 56:2,
4,6,11
57:12,19,
24 58:2
59:2
61:14
62:18
71:5
78:11
81:17
83:11
85:19,22
88:17
92:23
93:10,13
99:11
100:1
102:13,
14,18
105:2,8,
10,13,15,
18,22
106:9,10,
19 107:1,
5,6,9,23
109:21
112:5
113:3
119:9
129:3,9,
22 130:3
131:1,4,8
132:22
133:7,24
135:6,21
138:1
139:1
145:10,23
147:10



148:6
149:15,17
150:7,13,
18 154:25
155:8,17
157:2
159:11
160:15
161:24,25
162:16
163:10,
14,23
164:1
167:20
168:22
171:5,19
172:3,8,
11 173:8
174:19,25
177:8
182:18
183:4,10
184:16,
17,18
185:7,16,
18 186:5,
11 187:5,
10,12,14
188:10
189:25
190:24
191:1,2
194:16
199:9
203:16,21
207:21
208:25
210:1
211:13
212:16
214:11,16
217:14
218:20,
22,24
219:4,7,9
220:22,24
226:12,

17,19
227:7
229:17
230:14
232:24
233:25
239:5,8,
9,10,11,
17 240:6,
15 241:5
243:20
246:22
250:23
251:4,18,
19 252:10
253:22
254:10,18
255:6,9,
21 258:1,
11,12
261:2,7,
12,24
262:4,5
264:12,
15,18,24
266:7,16
267:25
268:6,9,
23 269:4,
22 270:13
275:9,14
277:15,21
278:1,23
279:14
281:5,14
282:23
284:15,24
285:12,19
286:22
287:3,22
288:19,21
289:4,5,
10 290:23
293:10,
14,16,19
294:11
295:10,16

300:9
302:2
308:12
316:7

**schools'**
175:5

**schools/**
**gnets**
252:24
296:10

**schoolwide**
55:3
122:22
126:22,
23,24
127:1,4,
7,8
129:12
130:5,12,
18 131:5,
15,19,22
132:3
144:13
169:1
170:6,15
253:20

**science**
19:19
41:18
262:5

**score**
169:16,20
170:1,2
182:15
202:12

**scored**
169:16

**scores**
51:20
158:24
161:1
171:23
181:25
206:22

**screen**
236:22

**screener**
71:18,19
120:25
122:25

**screeners**
71:17,24
72:1
121:8,9,
11
122:17,19
236:18,22
237:8
277:9,10

**screening**
69:16
70:6,13,
14,15
71:8,10,
14,21
89:19
117:24
122:1
123:3
237:1
276:19,
21,25
277:1
281:10

**screenings**
61:24
70:22
71:5
237:3

**scroll**
223:19
224:17
225:2

**SCSS**
138:7,10
139:6,11,
14 140:12
154:24

193:14

**SCT**
287:8,23
288:14,15
289:8

**SCTG**
286:23

**SDQ**
71:15,22
121:2
122:5
277:15

**SDQ-IE**
122:10
236:19

**SEA**
18:14
27:7

**seclusion**
172:14
187:18
242:23

**seclusions**
173:23
174:3

**secondary**
19:20
26:1
42:15
122:7
135:18
136:4
277:15
284:15,25

**secretary**
42:13

**section**
8:10
247:17

**seeking**
100:10
186:24



273:14
276:11

Seguy
301:15

select
34:18

selected
36:25

self-
assessment
158:24
175:7

self-
contained
13:15
73:9

self-
evaluate
153:13

self-rating
122:5

self-
regulate
68:7
80:12
269:20

self-
regulating
91:2

self-
regulation
81:19
114:23

send
295:24

sending
264:4
282:23

sends
280:5,13

sense
152:9
163:14
167:20
204:25
205:4
215:21
254:13
273:16

sentence
60:13
309:5

separate
25:19
290:10

separately
79:7

September
11:20
21:22
265:6

series
202:4

serve
13:11
105:9,12
142:16
151:7
165:15
174:25
196:4
201:21
269:7
312:4
313:20

served
11:20
14:14
34:6,7
39:1
42:13
73:5,22
74:15
269:4

serves
279:16

service
11:19
18:18
62:8
100:13
107:12
149:10
238:9
282:4,6,
18

services
13:2 18:4
27:2,4
37:3 50:8
58:13
59:2
60:7,15,
16,19
62:3,5,18
64:17,25
65:3,6,
12,16,18,
19,22
66:1,3,7
67:16,21
68:2
81:9,14,
16,24
82:8,22,
25 86:14
91:25
93:4,9
94:4,12
99:18,21
100:2,14,
19 102:5,
8,11,21
104:3,4
105:1,14,
20,24
106:18,
21,22,25
110:5,8
115:6

118:16
132:19
134:14
153:6
159:25
161:13,15
168:21
183:2
209:6
210:14
227:17,18
228:11,
13,17,20,
25 229:8,
9,13,17,
24 230:1
233:5
235:5,11
249:3,4,
5,6
264:15,
22,23
266:24
267:7,10,
20,24
269:3
270:14,15
271:6
277:24
281:25
282:8
283:20,21
289:13
293:3
311:17
313:25

services'
64:12

serving
25:18
26:23
27:14
105:21
214:13
270:22
293:8

set
32:8
43:7,13
45:24
52:20
90:14,16
95:9
114:24
123:19
143:13
158:20
178:17
188:7
192:18
216:10
240:2
308:11
316:10

sets
180:14
291:21

setting
13:16
17:23,25
44:15
52:8 60:8
72:13
73:5,6,
16,23
74:16,25
75:11,15,
24 76:2,
16 80:17,
21 81:21
82:1
109:24,25
113:14
140:24
148:8
153:1,9
203:5
228:12,19
230:1

settings
43:17



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: seventh..skills

47:19,20,
21 75:10
228:15

seventh
41:19
119:12

severe
73:10,25
74:10
81:3
101:11,15
210:13
212:6
228:5

Severity
62:13

sexual
264:1

sexually
262:19

shake
9:15

Shannon
30:15

share
200:14
223:8
289:21
305:1
314:10

shared
140:15
311:16
314:14

Sharlene
29:16
110:19
111:2,3
116:5

Shaun
222:1

Sheila
35:25

shift
54:13

shifted
160:2
304:13

shock
309:9

shortly
129:1

show
215:19
263:19

showed
12:6
239:15
278:4

showing
113:21
161:11
168:3

shows
118:9
223:6

side
22:7
30:18
118:2
174:11
217:17
290:8,9

sides
150:2

sign
142:14
166:8,10
175:1
223:5

signal
123:21

signals
264:4

signed
143:4
178:25
294:23

significant
13:13
14:5
43:22
99:13
195:24
210:8
262:20
269:11
282:15

signs
142:25
143:8

similar
24:7,25
105:2,8,
15,25
106:1,3,
11 109:21
151:12
152:21
158:2
165:3
197:7
227:20
231:21
234:14,16
235:8
285:8

similarity
136:6

similarly
236:14
290:16
295:8

Simms
110:19

simple
136:2

simply
85:25

Sims
110:24,25
257:9

simultaneou
sly
166:25

single
88:1
196:7
293:18

sit
166:5
169:15
175:3
205:22

site
106:15
185:1
279:7,8,
25 280:2,
25

sites
33:11
155:1,4,9
156:2,3
158:1
185:17,23
203:12,20
204:3
221:10
256:18
279:15

sits
42:22
133:18

sitting
33:14
94:19
275:18

situation
162:13

situations
84:8
197:17
269:15

sixth
119:11

size
155:5

skill
46:11
68:9,16
72:11
82:6
90:8,22
91:3
94:17
95:22
123:10,11
124:6
178:9
197:2
202:16
210:15
217:8
238:18
269:19
276:8
314:4

skilled
269:17

skills
46:9,15,
18 51:1
68:5,7,
10,17
93:23
95:20,23
96:19
98:2,7,8,
11,19,20
100:22,23
114:23,25



119:16
123:8
178:12
197:7,14,
15,18
201:16,17
224:23
230:7

SLDS
220:23,25
241:14

slide
65:4
108:10
117:22,25
120:8,25
124:24
125:2
126:15
259:3
260:4,10
262:14

slight
121:12

slightly
129:15

slip-up
178:14

slowly
18:7

small
94:19
114:21
155:4
156:4,6,
11 248:2

Smith
286:13

Smith-dixon
221:20
265:20
266:1

so-and-so
270:3,4

social
19:19
41:20
62:11
99:5
125:5
291:3
313:20

social-
emotional
114:13,
16,19
115:4
238:13,19

solid
159:9
169:2
294:18

solutions
283:21

solve
127:15
129:16,19
145:1
294:25

solving
127:20

some-odd
104:2

someone's
184:25
197:13

something's
59:12

sort
243:10

sorts
262:11

sought

201:6

sound
266:25

sounds
23:5
41:24
42:19
76:22
217:18
257:8
297:14

source
284:18

sources
146:19
262:25
263:1
284:8,9,
10,11,13
285:1,15,
18

South
34:6
301:6

Southeaster
n
20:4
78:21

space
103:13

Spalding
35:16
232:21
266:15
275:8,13
278:23
279:14
290:23
307:22

Spaulding
26:24
36:3,20,
25 37:8

38:15
236:21
279:5

speak
9:11
130:11
131:10
232:18
279:12
300:22

speaking
18:6
62:18
270:3

speaks
259:22,23

special
28:11
30:20
31:22
34:13
36:1
63:24
88:3,5
94:10
191:13
192:15
265:24,25
274:21,22

specialist
20:1
22:23
24:3
30:23,25
34:5
111:1,3
116:12
138:6,13
139:15,18
140:1
154:24
157:14
161:8
162:11

169:22
174:24
188:23
191:25
196:3
197:23
198:15
199:8
200:2,13
201:7
202:5
292:12
303:4,10

Specialist.
'
196:2

specialists
24:2
30:4,8
33:5
99:7,10,
12 133:5
139:20,
21,24
140:5
149:18
174:19
175:4,21
178:20
180:5
192:7
197:1,6,
12 198:2,
7,8,12,
18,23
200:9
201:22
215:16
220:12
292:4
293:24,25
303:2,3

Specialists
'
196:12



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: specific..state

specific
  25:13
  30:5,10,
  24 46:2
  71:12,13
  77:16
  99:6
  131:11,
  12,15,19
  144:12
  146:5
  168:24
  174:19
  175:5
  180:20,
  21,23
  198:5
  220:19
  221:18
  258:7,9
  288:19

specificall
y
  187:20
  297:11

specifics
  310:4

specifies
  180:10
  233:4

speculating
  194:10

speculation
  12:17
  246:11

speech
  31:12

speed
  257:6

spell
  8:14

spelled
  187:20

spend
  295:11

spending
  128:7,18

spent
  227:10
  230:16

spiritualit
y
  284:22

spoke
  15:21
  16:2

sports
  261:3

spot
  291:17

spreadsheet
  223:6,9,
  13 224:1,
  3,23
  225:11
  240:22

SRO
  91:24

SRSS
  71:15,20,
  21 121:2
  122:1,4,7
  277:13,14

SRSS-IE
  122:10
  236:18

SST
  275:18

stability
  305:25

stable
  213:22,24
  214:1
  239:19

306:1

Stacey
  220:5

staff
  50:21
  51:17
  52:16
  87:13
  92:1,3,8
  115:22
  125:8
  151:10
  189:20
  192:20
  193:14
  194:17,24
  204:18
  205:12,25
  206:2
  207:2,4,9
  218:10
  221:12
  257:1,2
  270:12
  281:6

staffed
  268:9,17
  281:25

staffs
  257:1

Stage
  141:2,4

stalled
  163:10
  226:7
  293:21,22
  294:2,20,
  21

stalling
  293:14
  294:12

stamp
  222:23

stand
  47:22
  73:24
  138:10
  199:14
  253:2
  275:8

standalone
  17:18
  201:12

standard
  180:20
  225:5
  233:15,19
  246:21

standards
  20:20
  180:14
  188:8
  199:15,20

standing
  257:24

stands
  71:21,22
  122:1
  129:10
  138:12
  206:24

Star
  135:1,2
  155:20

Starr's
  40:12,18
  41:10

start
  18:6
  119:18
  127:20
  143:13
  156:1,4,
  6,8,12
  209:11
  210:5

214:11
  218:17
  307:11,17
  311:18

started
  137:22
  141:17
  163:15
  189:11
  305:12

starting
  20:25
  141:16
  170:13,14
  201:5

starts
  107:25
  116:20
  176:25
  185:3

state
  7:5,15
  8:14
  11:23
  12:15
  13:1,6
  15:3
  17:15
  18:14
  20:11
  21:16
  27:12,14,
  18 32:17,
  21,22
  36:25
  50:24
  53:20
  55:19
  60:24
  62:19
  67:15
  71:8
  78:11
  93:10
  117:21



131:8
133:6
139:22
177:19
180:21
186:3
190:21
191:9,21,
23,25
193:3,15,
17,20
195:23
196:19
198:7
200:12
208:21
209:19
210:3,11
215:16
221:1,4
224:25
241:11,
13,14
246:2,12
272:19,
22,25
277:20
278:13,14
286:6
287:18
303:1,4,
13 304:24
310:15,16
313:24
314:24

**State's**
53:16
223:23
306:3
307:3

**stated**
75:3
85:25
203:7
232:13
249:13

254:14
304:17

**statement**
47:8
273:6,11

**statements**
64:22
88:21
127:12

**states**
7:4,11,13
8:2,11,12
11:19,20
57:12
62:22
136:24
166:23
259:4
267:22
268:18
301:19

**statewide**
133:13
134:22

**status**
44:20,25
110:3
183:6
186:1,12,
25 187:6,
11,15,18,
25 214:21
225:6,14,
18 226:24

**statuses**
223:15

**statute**
46:2

**stay**
23:4,9
50:9,10

**stayed**
315:10

**stays**
315:10

**steeped**
126:16

**Step**
138:4
141:21
144:7,12
146:25
153:7
154:18
156:14
166:19

**steps**
137:2,10,
13,17
153:14
164:18
170:17

**stigma**
270:2,6,
15,20

**stipend**
151:3

**stir**
311:22

**stop**
9:25
76:19
136:10
146:8
189:17
204:7
303:24
315:24,25

**stopped**
78:22,23
146:16
232:12

**stories**
49:18,21
61:2,7

**straight**
21:17

**strategies**
43:20
80:25
98:5
123:13
132:14

**strategy**
44:1
82:14
91:17
101:2,3
104:15
123:22
124:6
126:18

**streams**
191:11

**Street**
7:6

**strength**
71:22
262:25
263:2
277:25
284:8,9,
10,11,13,
18 285:2,
18

**strengths**
285:9,15

**stress**
66:18

**Strike**
241:17

**stronger**
56:6

**strongly**
154:12

**structure**
46:7

**struggled**
275:19

**struggling**
62:1 76:4
210:1

**student**
39:19
40:7 44:1
47:14
51:20
54:8
61:3,9
62:4 66:5
71:21
74:1
75:20
80:10,16,
20 84:14
88:1
96:19
97:14,16,
17 99:12
103:22
104:1,14
112:16
114:6
115:7,15
118:11,
15,19,25
119:3,11,
14 120:13
121:6,20,
24 122:1
123:10,19
124:1,3,
5,8 129:5
131:11,
12,15,19,
23 146:11
151:22,
23,25
152:16
153:5
168:21
173:4,14
178:10,14



196:7
197:14,21
210:9,24
211:7
213:5
229:6
234:22,24
235:1
243:1,3
244:17
249:10
251:14,21
252:24
253:3,4
260:11
295:14
296:11,14
297:7,14,
19 298:1,
10,22
299:13
307:4,6
308:7
313:24
314:7

**student's**
43:2 67:7
90:10
123:17
152:5
236:14
263:23

**student-led**
285:5

**students**
13:4,12
14:4,14
18:2,4
22:9,15
27:5
31:17
41:3
42:24,25
43:11,14,
18,22

45:19
46:3,8,
12,21,23
47:1,6
48:15
50:22
51:6,16,
22 52:23
59:14
60:9
61:8,25
62:9,14
66:15,23
67:2,4
68:1,4,
10,14,17
72:11,15,
18,19
73:11,12
74:10,13,
23 75:9,
23 76:7,
10,15
79:2
80:12,24
81:5,22
84:23,24
85:14,17
86:1,12
87:24
88:4,5
90:8,13,
18 91:2,7
93:3,19,
25 94:3,
6,9 95:19
96:4,5,7,
22 98:1,
13
100:17,
18,20
101:11,23
102:4,7
104:2
108:18,
21,25
109:7,20,

25 110:6,
8 112:19,
21,23
113:13,
20,24
114:1,9,
21 115:3,
8,10,11
120:4
121:12
122:6,20
123:5
124:17,
18,19
125:7
127:17
128:6,8,
16,17,19
132:11
135:22
151:10,
23,24
152:19,25
159:17
160:16,
22,23
161:2,10
171:9
172:9
173:11,18
177:20
178:3,10,
13,15
183:20
184:6
186:17,18
187:11
196:23
210:14
213:17
216:12
217:21
227:25
228:2,10
229:5,10
230:8
233:5,7,

16 235:4,
11,14,17,
25 236:3,
6,10,22
237:7,11,
15
238:10,
11,16,21,
23 244:9
245:1
247:25
248:3,11
249:2,8
253:16
254:16,
17,19,22
259:8,11,
25
260:14,18
261:2,6,
11,15,20,
23 262:10
264:3
267:5
268:1
269:8,12,
22 270:9
273:7
279:22,23
280:3,6,
13,23
282:8,14
285:9
289:13
290:5
308:13
312:4
313:11,
15,20

**students'**
72:25
76:6 80:4

**studies**
41:20

**stuff**

55:8
93:17

**Suber-drake**
220:6

**subgroup**
200:4

**subject**
274:14

**subjective**
47:19

**submit**
171:5,20
172:3,7,
8,11,14,
17,20
220:23
221:7,8
240:25
241:9
242:13
243:1,5,
10
272:18,20

**submitted**
179:3
181:25
242:9

**subpoena**
11:20
12:1

**subs**
201:19

**subset**
55:16

**Substance**
27:1
267:19

**success**
155:12

**successful**
14:7 44:2



53:14
59:20
85:5 91:7
100:24
109:7,16
124:3
155:15
166:1
167:15
178:12

**successfully**
163:20

**Suddeth**
289:19

**sued**
12:15

**sufficient**
66:24,25

**sufficiently**
66:8,12

**suggest**
135:5

**suicidal**
269:12
271:12

**suicide**
62:12
273:9
284:12

**summer**
248:22,23

**summertime**
182:8

**sun**
39:2

**super**
32:21

**superintendent**

23:7 35:7
63:16
133:19
139:8
140:22
142:14,
19,25
143:3,6,
8,11,12,
14,23
147:23
148:14
179:1,4
189:16
265:15
272:18

**superintendent's**
142:22
165:3
232:1

**superintendents**
143:17

**supervise**
218:2
219:13
292:3,5,
19

**supervised**
29:24
219:12,14

**supervision**
189:21

**supervisor**
36:5
63:20,23
265:22

**supervisors**
314:18

**support**
13:17
14:6

17:10
19:5,8
21:25
22:5,9,
11,13,25
24:21
27:5
37:13,23
43:15
52:9
53:5,7,
12,20,23
58:2,10,
16,20
72:21
76:3 85:4
94:2
97:18
100:25
103:15,
18,20,21,
23 104:1
108:21
109:1,10,
13 114:3
117:4,7,
10,11,13
138:12,23
140:6
141:1,3,
12 148:8
149:20
156:12
161:21
162:14,23
164:20
188:23
189:25
190:22
191:5
192:2
196:8,11,
24 200:1
201:6
210:17,21
220:14
282:21

289:18
293:18
294:6
303:2
313:15
314:3

**supported**
30:19
33:6,7
36:19
39:17
58:24
78:13
111:4

**supporting**
25:16
53:16
160:22
209:11
313:11

**supportive**
133:23

**supports**
11:25
22:15,24
24:14
25:2 31:8
36:22
41:3
42:12
43:5,15,
19 45:2
58:17
59:2,14
60:7,17
67:3,4
68:12
76:8
85:1,3
96:8
109:8,16,
17 110:2,
6 114:1,
10 119:14
121:24

124:20
125:6
160:7,16
163:3
175:22
176:21
190:2
202:23
209:6,8
216:12
217:21
234:24
263:7,20
264:11
267:24
268:24
269:22
278:4
281:13
303:3

**surprise**
249:12

**surprising**
249:1

**Survey**
50:24
51:21
134:25
206:25
207:1

**surveys**
175:8

**Susan**
29:10
266:18
267:3

**suspended**
128:16
252:5

**suspension**
79:3
104:21,22
172:21,23
175:12,13



**suspensions**
51:8
113:22
128:5

**Suzanne**
25:25

**sweet**
291:17

**swing**
205:8

**SWIS**
31:6
129:9,10,
23 130:24
144:13,
18,19,22
145:3,7,
8,9,18,24
146:7,8,
12,16,17,
20 151:9,
21 152:1,
7,16,19,
24 229:2
232:9,11,
12 297:15

**sworn**
7:18 9:1

**system**
19:8
85:13
86:15,18
90:1,3
112:11,
13,14,18,
25
113:15,18
114:9
115:3,14
117:4,7,
9,11,13
129:5,12
144:23
146:11

148:4
149:12
160:4
173:15
181:7,18
182:20
194:3
211:2
221:1
241:14
252:7
271:2,15
273:9
280:3
289:17
295:17
313:20

**systems**
85:6 90:5
91:12
92:10
97:11
99:4
113:4
129:2,21
130:4,8
131:18,24
143:15,16
144:13
146:19
153:10,
12,16,20
159:4
226:20
238:4
263:4,6,
9,11
266:20
271:10
272:25
289:11

**systemwide**
130:5

—————————

**T**

—————————

**TA**
30:4,7,
22,25
33:5 34:5
45:23
111:3
116:12
139:19,21
140:5
161:18
162:11
176:16
178:20
292:4
293:24
301:7
303:2,3,
4,10

**table**
33:15
311:24

**takes**
161:24,25

**taking**
8:13
10:14
112:23
152:22
153:2
199:21,23
274:16
282:11

**talk**
14:18
15:12
16:7,10,
23 28:14
54:8 83:2
119:23,24
128:25
174:14

210:4
219:17
220:6
224:13
237:10,11
263:13
271:4
291:18

**talked**
15:16,17
114:22
119:25
140:5
144:18
210:22
224:6
230:21
231:3
240:14
245:15
247:24
251:12
262:25
269:17
276:20
277:2
288:25
289:5
291:8
293:9
296:9
297:18

**talking**
9:18 77:5
89:2
103:8
120:4
156:23
192:21
194:4
227:10
229:18
230:16
256:24
258:6
297:22

**Talley**
283:10

**Tamara**
168:14,20

**Tammi**
29:8
222:25
224:4
245:10
250:5,16,
19 251:6
252:17
255:16
296:2,20
299:5,8,
12

**Tammi's**
299:10

**tardies**
151:19

**target**
13:25

**targeted**
85:4
95:20

**TAS**
180:4

**task**
199:22

**taught**
41:18,19
43:7,9
46:9
75:16
82:6
85:11
87:6
120:1

**teach**
32:4
41:17
43:7 51:5



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: teacher..things

52:21
91:3
114:24
129:25
186:16,
19,20
203:3
217:7
278:3

**teacher**
14:13
41:15
79:9
91:24
95:15
115:14
120:9,16
122:4
143:23
236:13

**teacher's**
95:11

**teachers**
24:22
32:4 55:4
82:1
145:12
169:4
188:15,17
237:23

**teaches**
168:25

**teaching**
46:17,18
51:2
167:10
186:21
201:17

**team**
22:22
29:5
30:16,21
33:21
58:18,19

83:20,22,
24,25
86:21
87:11,13,
17 91:15
111:21,23
117:18
124:13,
14,15
133:4
147:2,5,
6,7,9,13,
20,22
148:1,2,
13,18,23
149:1,7,
11,19
150:2,6
157:25
159:4
165:10,
15,20
169:10,
15,19
172:13
173:13,19
174:15,17
175:2,3
177:5
178:20
180:15
182:2,4
186:14
187:1
188:11,13
191:23
192:6
193:1,22,
23,24
194:21,22
195:1
198:24
199:3
204:19
205:6,16,
20,25
206:3,7,

20 207:21
208:5,7
224:10
232:22
240:16
248:20
256:1,24,
25 257:5,
6,13
261:3
266:22
291:19
310:2,3

**team's**
87:13
292:25

**teams**
90:2,3
156:19
170:2
188:21
198:23
232:17

**Tear**
57:7

**technical**
22:23
30:3

**technically**
188:2

**techniques**
61:9,10
80:25
81:20

**technology**
30:18

**teenagers**
259:15,25

**telling**
46:16,17

**tells**
10:8

**term**
60:2
71:14
90:3
149:25
263:12

**Terrence**
283:9

**tertiary**
108:24

**testified**
7:18

**testify**
12:2

**testifying**
9:4

**testimonies**
49:18

**testimony**
11:21

**testing**
40:12
224:22

**tests**
190:4

**text**
23:17
112:11

**TFI**
159:3
161:1
169:2,7,9
171:23
179:14
181:20
182:15
183:1
219:18,
19,21
227:1

**them...**
**during**
250:21

**theme**
210:5

**therapeutic**
11:24
13:16
14:6 17:9
81:18
82:8,9,
10,12
83:1
149:10
203:5
216:12
217:21

**therapist**
270:25

**therapy**
230:7
314:6

**thing**
9:17
44:3,4
47:14
77:25
125:20
129:4
133:21
135:14
142:21
145:9
155:10
156:5
165:5,6
184:16
211:13
294:20
295:1
309:7

**things**
33:12
34:16



41:4
44:11
48:22
49:15,18
53:9
54:15
55:9
56:15
57:3,15
61:20
66:19
80:13
81:17,21
85:18,21
86:1,23
91:4
92:11,14
93:11
96:25
97:19
102:2
104:19,24
106:12
113:1,11
119:24
121:18
122:16
126:13,14
129:15,17
130:15
134:10
137:25
140:19
141:9
147:22
155:19,25
157:11
165:9
167:7
170:18
174:3
181:21
184:9
202:10
207:18
218:7
229:3

230:11
237:18,21
239:8,23
244:15
252:9
260:13
261:1
262:11
263:17,
23,25
269:8
271:2
277:2
281:4
284:21,23
285:8
288:21
289:2,5
292:25
295:6,24
297:16
306:18

thinking
53:5
54:14
73:7
98:14
211:9
294:14
309:6

thinks
207:9

thought
27:10
30:15
49:25
72:4
93:15
159:17,
23,25
174:6
245:15
272:19
300:14,
20,24

301:8

thoughts
98:18

thread
63:6,11
69:5
110:18
176:5
250:4
255:3
308:21
311:4

three-
tiered
43:5,10
84:14,21
125:13,20

three-tiers
92:19
166:20

threshold
122:18

thriving
307:7

throwing
80:13

tie
106:9

tier
30:21
43:11,15,
17,21,23,
25 54:18,
19 56:9
64:13
65:3,5,6,
10,17,18
79:23
82:1
84:23
85:2,7
86:14,17,
19,24,25

87:2,18,
19,21,25
88:6
89:6,9,23
90:1,3,6,
7,12,19,
20,23
91:1,5,8,
10,14
92:1,2,9,
11,20
93:4,20
94:3,12,
24 95:2,
6,19,21
96:1,2,4,
16,18,21
97:2,4,6,
7,12,13,
20,24,25
98:2,3,5,
6 99:16
100:19,23
101:9,11
102:5,8,
11,21
103:3,6,
14 104:8,
11 105:2,
14,20,24
106:16,
18,21,22,
25
108:18,
20,23
109:3,8,
12,15,16,
17 110:8
111:13,
21,25
112:3,6,7
113:10
115:6,9,
11,12
117:8
118:9,11,
13,16,18,

20 119:8,
19
120:14,18
121:6
123:10,
11,12,18
124:20
156:19,
21,22,23,
24 157:1,
4,7,8,10,
16,18,21,
22,24
158:5,8,
11,16,17,
18 159:1,
9,11,12,
15,18,20
160:2,5,
6,10,11,
13,15,17,
20 161:3,
6,10,13,
14,19
162:25
163:2,5,
6,11,12,
16,19,20,
24,25
164:2,6,
7,8,9,12,
21 165:11
166:24
168:5
169:8
170:19
171:9
177:18
178:7
181:7
182:10,
20,24
183:1
188:5,7
190:20
198:16
202:23



207:11,15
208:14,16
209:1,2,
4,7,15,17
210:12,
14,18
213:16,17
226:20,25
227:1,17,
18,21,22,
25 228:8,
10 233:2,
3,4
234:2,3,
23 235:5,
11,14,17,
22,23
236:1,3,
4,14
238:20,
23,24
239:8
247:17,22
248:2,10
249:3,4,
6,8,10,13
250:21
251:3,13
256:15
263:18,20
269:16
282:11
285:6
287:20,22
288:1,3,6
293:6
295:11,13
308:5
313:23,25
314:4,7

**tiered**
85:1
179:13
277:25
278:1

**tiers**
108:15
109:21
123:5
166:25
167:3,18,
22,25
227:4,7
236:7,11
237:16
314:3,9

**tile**
77:20

**time**
7:2 14:10
20:17
21:20
25:6
26:23
27:6,21
31:19
32:7 41:7
44:13
47:3 49:1
59:9,25
63:22
67:20
69:22,23
70:1 75:2
76:19,23
77:1
88:12
90:14
94:2
95:13,16,
17
118:23,24
122:24
123:23,25
127:6
128:7,17,
18,19
136:11,14
141:11,14
143:3
150:15,

16,24
151:1,5,
20 159:19
166:13
167:17
183:18
194:7
198:1,24
204:6,10,
13 206:1
208:13
216:20
219:11
225:20,25
226:1
227:10
230:15,16
233:11
245:22
248:25
250:24
258:17
263:3
266:21,
23,25
268:11,25
273:18,21
285:23
295:23
303:20
305:19
306:2
307:2,16
308:1,6
311:23,25
315:9,10
317:1

**timeline**
266:13

**times**
26:12,14
32:24
46:12
137:22
150:20
161:16

165:4
166:8
170:1
211:8
214:9
284:17,
18,20
285:25

**Timi**
29:9

**title**
21:8,9,11
26:10,13
36:17
77:19,21
111:7,9
176:15
220:10
272:23
304:7

**titled**
8:2 83:9

**today**
7:25
8:13,21
9:10
10:24
11:2
14:23
15:8,13,
20 16:5,
23 127:25
140:5
165:4
258:19
269:18
307:20

**Today's**
7:1

**Todd**
24:2

**told**
51:13
185:6

**ton**
32:15
57:12

**Toni**
30:21
117:17

**Tony**
116:12

**tool**
145:4
152:24
153:13,24
277:5

**toolkit**
253:19

**tools**
217:8
276:20,25
277:1

**top**
50:12
108:23
117:25
136:22
146:15
159:10
162:17
177:13
183:7
191:18
205:14
222:9
225:3
232:14
239:16,20
254:1
261:25
294:14
296:4
304:15

**topic**
49:25

**topics**



202:20,
22,24

total
192:5

totality
216:1

totally
55:7

touched
13:24
239:2
261:9

tough
263:3
284:17,19
285:23

track
131:19
174:2
178:6

tracked
259:7

traction
201:5

train
52:3 53:7
55:23
60:25
65:15
86:20
113:10
129:9
130:24
149:17
159:17,24
169:3
170:19
263:17
266:20
270:12

trained
37:10,11,

12 39:10
55:7
61:20
79:22
93:13,17
107:9
112:6
156:19
157:10
162:3,4
164:21
181:5,13
198:15,
16,19
203:21,23
209:8
264:2,5
269:10,13
281:6

trainees
190:5
295:24

trainer
61:21

trainers
31:6

training
22:6
23:18
30:21
36:22
37:25
53:21
54:16,18,
19,22
55:1,2,6,
10 56:6
58:1 61:4
62:11
65:15
79:12,13,
19,23
82:11,15
87:1
91:8,10

92:17
93:9
98:2,13
107:11,13
111:25
112:4
129:25
140:18,25
143:22,24
145:10,22
148:2,5
149:14,16
150:15
156:24
157:5,22,
24 161:15
165:11,22
168:25
181:1,6
188:7,9,
10,12,14,
18,20,25
189:3,10,
19 190:7,
12,14,18
192:22
193:6
197:4,7
198:3
199:1,4
201:15,17
202:9,14
207:12,16
208:1,4,
10,12,14,
19,21,23
209:2,15,
17
210:12,19
222:12
223:18,21
224:20
228:25
229:2
232:6
255:10,21
256:15

257:3,8,
25 258:1,
3,4,10,
11,12
263:18
281:6,16
282:21
287:11,
16,20,23
288:1,3,
6,12
291:22
293:3,6
303:11

trainings
25:4,5
54:21
58:13,16
79:25
82:18
87:4,5
98:7
138:1,23
141:9
143:14,15
157:2
175:23
189:20
192:19,24
201:2
209:18
255:25
263:19
281:22

trains
145:12
159:22

transcripts
16:4

transfer
51:2

transformat
ion
31:7

191:16
193:3,11
220:12,14
286:1,3,5
287:25
310:22

transiency
51:21

transitione
d
183:10

transmitted
174:15
262:19

transpired
310:5

Transportat
ion
270:23

trauma
66:18

travel
58:13
193:8
201:19
210:3,4

treated
232:20

trends
57:7
127:2

trial
8:9

true
143:22
198:22
219:9
249:17
306:17

trust
271:16



299:10

**trusted**
72:3
90:13
91:21
260:14
261:5
285:2,4

**truth**
9:1,5

**truthfully**
11:2

**tubes**
73:11

**turn**
19:10
69:10
84:11
117:1,22
136:22
137:5
146:23
153:7
164:22
166:14
170:20
180:8
242:5
259:2
273:4
275:16
287:4

**turning**
24:4

**turnover**
305:18

**TV**
270:2

**two's**
192:16

**type**
23:16

39:19
60:6
87:24
88:6 89:5
140:10
144:25
197:24
212:6
215:3
307:17
313:25

**types**
61:23
66:19
67:12
68:12
73:4,21
74:7,19
75:4 80:7
81:23
93:3,19
95:5
100:18
105:17
184:9
202:20
243:25
257:4
269:11,21
299:3
312:23

**typical**
48:2
141:11
179:17
209:14,
16,18

**typically**
68:2
73:4,22
113:3
129:3
131:1,5
139:7,20
141:10

169:21
236:3

——————————

**U**

——————————

**U.S.**
8:4
310:18,22
311:11,13

**Uh-huh**
64:19

**Uh-hum**
69:17
257:19
309:2

**Ultimately**
51:5

**umbrella**
117:12

**unable**
167:25

**underneath**
120:7
141:24
147:11
177:16
272:23

**underserved**
253:16
254:16

**understand**
9:7,11,
15,24
10:15,23
13:2,3
17:4,8,13
18:10,13,
16,19,22,
25 19:3,
6,9 25:23
69:20
70:8

84:20
119:2,4
140:17
143:21
165:19
166:7
178:13
245:18
247:22
256:21
266:10
295:25
296:14

**understandi
ng**
12:8,10,
13,18,20
15:2,5
16:25
45:16,25
54:5 62:7
70:25
71:3
79:17
100:16
137:1,9
139:6
156:9
165:19
203:4
207:15
229:21
253:7
254:2,21
277:23
282:13,19
299:2

**understood**
70:9
213:23
278:1,3

**undisclosed**
283:10

**unique**
199:7

**unit**
196:13
281:21
289:15,19

**United**
7:4,11,12
8:2,10,12
11:19
301:19

**universal**
61:24
89:18,19
120:25
122:17
236:18,21
276:19,
21,24
277:1,9,
10

**universitie
s**
208:20

**University**
20:1,2,5
78:21
176:13
195:23
196:19
301:6,20

**upcoming**
248:24

**updated**
83:18,20
302:8,9

**upload**
171:7
221:2

**uploaded**
171:10
221:4

**upset**
316:3



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: upstream..week

upstream
284:11

uptick
213:23

utilize
126:24
238:4
267:5

———————

V

———————

vaguely
285:23

valuable
277:6
310:2

varies
113:5
120:19
129:5
148:4
149:12
218:23
219:7

variety
62:16
79:25
82:5
91:17
99:15
100:4
146:2
161:4
166:11
183:17

vary
88:17

verifying
302:10

version
159:2
169:9

versus
7:5 8:3
135:25
139:14
229:19

viable
199:17

vice
42:13

Vickie
221:23

victims
262:17

video
316:25

videos
32:3

videotape
7:3

violation
187:18

violence
262:18
273:2

Virginia
20:3

vision
52:19
150:5

visit
85:19
184:19,25
214:12
215:4
217:5,9,
10,14

visited
13:3
216:6,20
217:2
230:6

visits
51:21
89:8
121:18
194:3
214:25
215:7
216:7,25
218:3
294:5

visually
29:15

visuals
86:11

vital
194:19
263:10

voluntary
222:6

Volunteer
261:4

volunteered
39:8

vote
312:25

———————

W

———————

W-I-L-L-I-
A-M
8:17

wait
159:19

waived
250:20
251:3,10,
13,17

walk
162:4
215:19

walk-
through
171:22
215:3,5
219:21

walk-
throughs
37:24
179:17
180:1,3
181:20
194:2
215:23
218:6,8,
9,20,21,
23 219:3,
17,18,20

walked
107:6

walking
138:25

Walkthrough
179:14

Waller
283:10

wand
313:19,24
314:8

wanted
55:6
56:1,3,5
78:10
137:22
155:22
197:3
207:18
214:2
215:19
239:7,18
289:2

wanting
306:7

warning
112:11,
13,14,18,
25 113:4,
15,18
114:8
115:2
238:4

wave
313:19
314:8

ways
32:16
37:17
38:4 54:3
61:17
62:16
72:21
106:5
115:19
193:16
200:1
209:10
214:8
227:11
230:8
239:19
261:23
276:21
288:23
292:23

web
58:13

webinar
289:20

webinars
117:18

website
254:6
302:7

week
88:11
101:5



JASON BYARS
UNITED STATES vs STATE OF GEORGIA

December 02, 2022
Index: weekly..year

**weekly**
  23:15

**weeks**
  23:15
  124:9,11
  207:19

**Weist**
  30:16

**Welch**
  36:10

**welcoming**
  32:21

**wellness**
  66:15,16,
  17,21
  267:17
  283:1,18

**Wells**
  283:10

**white**
  272:5,12,
  14,17

**Whitewater**
  40:21
  41:2,11,
  14,16

**wide**
  62:16
  79:25
  82:5
  91:17
  99:15
  100:4
  138:3
  146:2
  161:4
  166:11
  183:16

**widely**
  301:18

**wider**
  227:24

**William**
  8:16

**willingness**
  155:11

**Wilson**
  283:9

**wise**
  312:9

**Woolridge**
  29:10
  30:11

**word**
  52:7 58:3
  125:19
  133:11
  228:21
  293:21

**work**
  9:18
  14:19
  20:3
  21:6,7,17
  22:13
  24:13
  25:19
  27:9,10,
  16 30:18,
  22 35:15
  37:13
  49:3,5
  50:10
  52:14
  60:20
  61:18
  62:21
  63:18
  70:10
  78:2
  80:24
  87:17
  97:15,16
  132:15
  134:12,13
  141:17

**149:5**
  150:18
  161:17
  167:9
  175:20
  192:2
  208:3
  220:14
  227:12
  253:18
  254:8,10,
  18,19
  267:4,23
  270:1,18
  289:15
  293:16
  302:23,25
  304:22
  305:12
  306:7,14,
  19
  307:17,
  21,22,23
  308:10
  310:10,20
  312:22,25
  313:2

**work's**
  49:22

**worked**
  12:21,24
  27:5 31:6
  34:12,13
  35:16
  48:24
  59:22
  131:21
  208:6
  227:15
  265:18
  274:9,10,
  11 279:7
  290:18
  310:9,18

**worker**

**91:23**
  291:3

**workers**
  62:12
  99:5

**working**
  34:10
  35:14
  43:23
  46:23
  49:13
  58:21
  78:20
  97:14
  123:2,9
  157:15
  266:5,8,
  14,15,23
  298:15
  304:13,14
  307:11,24

**works**
  84:23
  124:1
  204:7
  254:15,22

**world**
  291:23,25

**worried**
  120:21

**worries**
  223:20
  275:4

**wow**
  216:23

**wraparound**
  22:8,14
  24:3

**write**
  62:6
  88:21
  100:16
  205:22

**251:2**
  282:19

**writes**
  185:6
  247:15
  251:9
  256:14,17
  257:14,15

**writing**
  282:12

**written**
  32:3
  63:22
  182:20
  231:22

**wrong**
  275:22
  276:6

**wrote**
  64:10,16
  69:14
  70:3
  195:24
  245:13,24
  250:19
  266:5,19
  275:17
  276:4
  309:6
  311:21
  312:7

_____

**Y**

**year**
  19:16
  26:18
  31:3 33:9
  41:18
  57:8
  88:11
  89:11,13
  119:6,10,
  13 129:23



144:15
150:4
151:18
161:25
164:4
176:22
181:1,4,
7,11
194:14
203:3
206:16,20
211:11,12
218:23
219:8
220:21
223:18,21
225:21
239:6,13,
14 241:1,
10 242:8
248:6,24
252:5,6,7
302:10,13

**year's**
302:13

**years**
35:22
38:23
56:2
58:21
60:21
99:10
157:7
159:19
161:25
162:19
163:12,19
164:2,8,
13 166:21
167:3,21
168:1,5
195:25
205:7
224:20
225:6,22
252:6

255:14
259:9
270:6
293:11
295:11,22
302:19
307:16,
19,24

**yellow**
108:19
109:9

**Yesterday**
12:5

**youth**
61:1,20
93:10
273:1,2
281:5,7
287:10,16

———————

**Z**

———————

**Zelphine**
28:4,10
29:1
32:11
221:19
265:20,25

