**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**JENNIFER HIBBARD**

*October 20, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1               UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF GEORGIA

3
    United States of America,              No.
4                                          1:16-CV-03088-ELR
         Plaintiff,
5
    vs.
6
    State of Georgia,
7
         Defendant.
8    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9

10

11

12            VIDEOTAPED DEPOSITION OF

13               JENNIFER HIBBARD

14              OCTOBER 20, 2022

15                 9:09 a.m.

16         175 Gwinnett Drive, Suite 260

17            Lawrenceville, Georgia

18

19

20

21

22

23         Marcella Daughtry, RPR, RMR

24     Georgia License No. 6595-1471-3597-5424

25          California CSR No. 14315



1                        APPEARANCES  OF  COUNSEL

2      For the Plaintiff:

3          U.S. DEPARTMENT OF JUSTICE
           MS. LAURA CASSIDY TAYLOE (VIA ZOOM)
4          MS. ANDREA HAMILTON (VIA ZOOM)
           MS. KELLY GARDNER WOMACK (VIA ZOOM)
5          MS. FRANCES COHEN (IN PERSON)
           MR. PATRICK M. HOLKINS (IN PERSON)
6          950 Pennsylvania Avenue, N.W.
           Washington, D.C. 20579
7          202.305.6630
           andrea.hamilton@usdoj.gov
8          kelly.gardner@usdoj.com
           patrick.holkins@usdoj.gov
9

10     For the Defendant:

11         ROBBINS FIRM
           MS. MELANIE JOHNSON (VIA ZOOM)
12         MS. DANIELLE HERNANDEZ (VIA ZOOM)
           500 14th Street, NW
13         Atlanta, Georgia 30318
           404.856.3252
14         dhernandez@robbinsfirm.com

15

       For the Witness and View Point Health:
16
           THE WOODRUM FIRM, P.C.
17         MR. DANIEL WOODRUM (IN PERSON)
           598 South Milledge Avenue, Suite 4
18         Athens, Georgia 30605
           (706) 705-7230
19         dwoodrum@woodrumfirm.com

20
       Also Present:
21
           Sandra LeVert (via Zoom)
22         Chad Jones (in person)
           Brandon Brantley, videographer (in person)
23         Falesha Robinson (in person)
           Dr. Robert Putnam (in person)

24

25



```
1                    INDEX OF EXAMINATION

2    WITNESS:  JENNIFER HIBBARD

3

4    EXAMINATION                                    PAGE

5    BY MR. HOLKINS                                   7

6

7

8

9                        *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX TO EXHIBITS

 2   EXHIBITS                                        PAGE

 3   Exhibit 510      Subpoena to testify             10

 4   Exhibit 511      View Point Health Overview       23
                      related to Strategic Plan
 5                    VPH000003

 6   Exhibit 512      View Point Health Overview       33
                      Strategic Plan
 7                    VPH000002

 8   Exhibit 513      E-mail from Chad Jones to        61
                      Adell Flowers 3/14/16
 9                    "Subject: View Point Health CME
                      Reports"
10                    GA00578758

11   Exhibit 514      View Point Health System of Care 61
                      Coordination Encounter Data Report
12                    February 2016
                      GA00578761 to 762
13
     Exhibit 515      Non-Apex Services and Staff:     77
14                    Schools, Settings & Times of
                      Services
15                    VPH000009

16   Exhibit 516      South Metro GNETS School and     77
                      Staffing
17
     Exhibit 517      State of Georgia Department of   84
18                    Behavioral Health and Developmental
                      Disabilities Contract
19
     Exhibit 518      Voices for Georgia's Children,  119
20                    "Supporting Children's Mental
                      Health" June 2020
21
     Exhibit 519      Office of Children, Young Adults, 124
22                    and Families Georgia Apex
                      Programmatic Report
23
     Exhibit 520      E-mail from Tricia Mills to     129
24                    Giselle Lynch, et al., 2/11/20
                      "Subject: RE: HFW Benchmarking F2F"
25                    GA04292495 to 2496
```



JENNIFER HIBBARD                                    October 20, 2022
UNITED STATES vs STATE OF GEORGIA                          5

```
 1                    INDEX TO EXHIBITS, CONT'D

 2    EXHIBITS                                        PAGE

 3    Exhibit 521      Placeholder:  "Document Produced    136
                       in Native Format" and Excel
 4                     Spreadsheet
                       GA04292504
 5

 6

 7            PREVIOUSLY MARKED AND REFERENCED EXHIBITS

 8                             8
                              22
 9                              82

10

11

12
                            *  *  *
13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                THE VIDEOGRAPHER:  This is the video

2    deposition of Jennifer Hibbard being taken in the matter

3    of USA versus the State of Georgia.  Today's date is

4    October 20th, 2022.  The time on the record is 9:09 a.m.

5    My name is Brandon Brantley.  I am the videographer.

6                Counsel, please introduce yourselves for the

7    record.  After which, the witness will be sworn in by the

8    court reporter.

9                MR. HOLKINS:  Patrick Holkins for the United

10   States.

11               MS. COHEN:  Frances Cohen for the United

12   States.

13               MR. PUTNAM:  Robert Putnam, expert witness, for

14   the Department of Justice.

15               MR. WOODRUM:  I was going to let the State

16   announce, but Daniel Woodrum for View Point Health.

17               MS. JOHNSON:  Melanie Johnson for the State of

18   Georgia.

19

20                     JENNIFER HIBBARD,

21   called as a witness herein, having been first duly sworn

22   by the shorthand reporter to speak the truth and nothing

23   but the truth, was examined and testified as follows:

24   >>>

25   >>>



1                        EXAMINATION

2    BY MR. HOLKINS:

3         Q    Good morning, Ms. Hibbard.

4         A    Good morning.

5         Q    I want to thank you all for hosting us today.

6    We appreciate you making your space available.

7              For the record, could you spell your full name.

8         A    Jennifer, J-e-n-n-i-f-e-r; Hibbard,

9    H-i-b-b-a-r-d.

10        Q    And what is your current title?

11        A    CEO.

12        Q    Of View Point Health?

13        A    Yes, of View Point Health.

14        Q    So before we dive into questions, I'd just like

15   to run through some ground rules --

16        A    Okay.

17        Q    -- for today's deposition and explain how it's

18   going to be structured.

19             As you can see, we are transcribing the

20   deposition, both in writing and in video.  For the

21   clarity of the record, it would be helpful if you could

22   let me finish my questions before you start your answers.

23   Is that all right?

24        A    Uh-huh.

25        Q    And also, please answer with yes or no as



1   opposed to shaking or nodding your head.

2       A   Okay.

3       Q   If at any point you don't understand a

4   question, just let me know, and I'm happy to try again.

5       A   Okay.

6       Q   We are going to be taking breaks regularly, at

7   least every 90 minutes, if not earlier.  If you need to

8   take a break -- and this goes to counsel and anyone else

9   in the room.  If a break is needed, just let me know and

10  we will stop.  What I would ask is, if there is a

11  question pending, that you first answer the question

12  before we go on a break.  Is that all right?

13      A   Yes.

14      Q   Is there any reason you can think of that

15  you -- for why you would not be able to answer my

16  questions truthfully today?

17      A   No.

18      Q   Do you have any questions before we get

19  started?

20      A   No.

21      Q   Okay.  So the next thing I want to do is run

22  through some acronyms that I may be using during the

23  deposition just to make sure that we're on the same page.

24      A   Okay.

25      Q   That if I refer to "GaDOE", will you understand



1    that to mean the Georgia Department of Education?

2         A   Yes.

3         Q   If I reference "GNETS," will you understand

4    that to mean the Georgia Network for Educational and

5    Therapeutic Support?

6         A   Yes.

7         Q   If I use the term "CSB," will you understand

8    that to mean community service board?

9         A   Yes.

10        Q   And likewise, will you understand "DBHDD" to

11   mean Georgia Department of Behavioral Health and

12   Developmental Disabilities?

13        A   Yes.

14        Q   Will you understand "DCH" to mean the Georgia

15   Department of Community Health?

16        A   Yes.

17        Q   Do you understand "LEA" means local education

18   authority?

19        A   Yes.

20        Q   "RESA" means Regional Educational Service

21   Agency?

22        A   Yes.

23        Q   There may be others, and as we come -- we go

24   through, I will try to catch them.

25            Another one may be -- that would be good for us



 1   to get on the record now, is SAMHSA.  Do you understand

 2   that means the Substance Abuse and Mental Health Service

 3   Administration?

 4        A   Yes.

 5        Q   So we are going to show our first exhibit, and

 6   this is going to be 510.  If you give me a second, I will

 7   pull it up on the screen.

 8            (Plaintiff's Exhibit 510 was marked for

 9   identification.)

10        Q   BY MR. HOLKINS:  I have just published what we

11   are marking as Exhibit 510.  Do you see that on your

12   screen, Ms. Hibbard?

13        A   Yes.

14        Q   I will note for the record that this is a

15   subpoena to testify at a deposition issued to you,

16   Jennifer Hibbard, as the chief executive officer of View

17   Point Health.  The subpoena was issued for this date,

18   which is 10/20/2022.

19            Ms. Hibbard, have you seen this document before

20   today?

21        A   Yes.

22        Q   If you'd like to take a second to review it,

23   you are welcome to.  I will give you the control.

24            You should have control of the document.  And

25   in particular, I would be curious to see whether you have



1  seen the list of topics that's attached to this subpoena.

2      A    Yes.

3      Q    And that starts on page 2.

4      A    Yes.

5      Q    Correct?

6      A    Uh-huh.

7      Q    Ms. Hibbard, I'd like to ask you just a couple

8  of questions about your preparation for today's

9  deposition.  I want to clarify, though, in doing so, I'm

10  not asking you to disclose any conversations -- the

11  substance of any conversations you have had with counsel.

12      With that caveat, what did you do to prepare

13  for your testimony today?

14      A    I read through the list of topics, and I had a

15  meeting with our attorney and a couple other of our

16  executive team members, and we just discussed our

17  understanding of the topics and kind of understood the

18  procedures of today.

19      Q    Which members of your executive staff did you

20  meet with?

21      A    The members included Chad Jones, our vice

22  president of business development, and our chief

23  financial officer Eric Naughton.

24      Q    Did you meet --

25      A    And --



JENNIFER HIBBARD                                          October 20, 2022
UNITED STATES vs STATE OF GEORGIA                                      12

```
 1        Q    -- with --

 2        A    Sorry.

 3             -- also Falesha Robinson, our corporate

 4   compliance officer.

 5        Q    Okay.  Did you meet with anyone else in

 6   preparation for this deposition?

 7        A    No.

 8        Q    Did you talk with any State agency staff in

 9   preparation for this deposition?

10        A    No.

11        Q    Did you talk with counsel for the State of

12   Georgia in this matter in preparing for this deposition?

13        A    No.

14        Q    Are you aware that the United States also

15   served a subpoena for documents on View Point Health in

16   connection with this matter?

17        A    Yes.

18        Q    Did you have any role in View Point's response

19   to that subpoena for documents?

20        A    I just delegated that to our records management

21   department, and they supplied all of the documents, and I

22   was aware that they submitted them in a timely fashion.

23        Q    Did you review those documents before they were

24   produced in response to the subpoena?

25        A    No.
```



1          Q    Do you know if anyone on your executive team

2    was responsible for reviewing the documents before they

3    were produced?

4          A    Falesha Robinson.

5          Q    Your understanding -- do you understand that

6    you are testifying on behalf of View Point Health?

7          A    Yes.

8          Q    And you believe that you have personal

9    knowledge for each of the topics identified on this

10   notice?

11         A    Yes.

12         Q    So I'm going to set aside this document for

13   now.

14              Ms. Hibbard, could you explain to me broadly

15   what a community service board is in the state of

16   Georgia?

17         A    Yes.  The community service boards were

18   established by law in 1994 by House Bill 100 to become

19   the public authority and state safety net of care for

20   individuals with behavioral health and developmental

21   disabilities.

22         Q    Did View Point, as an organization, exist prior

23   to 1994?

24         A    So View Point's name prior to becoming View

25   Point was Gwinnett Rockdale Newton Community Service



 1  Board, and that was established in 1994.  Prior to that,

 2  the services and some of the employees were a part of an

 3  entity that was not defined as a community service board

 4  but was still a mental health program.  I believe it was

 5  part of Public Health, but that is my understanding.

 6      Q   And to whom do you report in your role as chief

 7  executive officer for View Point Health?

 8      A   As a CEO of a community service board, I report

 9  to our board of directors, which are appointed by the

10  county commissioners of the catchment area that we serve.

11      Q   And that catchment area includes Rockdale,

12  Gwinnett, and Newton counties, correct?

13      A   Yes.

14      Q   And who appoints those commissioners?

15      A   The -- so the board members are appointed by

16  the county commissioners, and the county commissioners

17  are elected officials for those counties.

18      Q   Okay.  How would you describe the relationship

19  between CSBs like View Point and the State?

20      A   Could you clarify what you mean by "the State"?

21      Q   I'm specifically thinking of State agencies

22  like the Georgia Department of Behavioral Health and

23  Developmental Disabilities.

24      A   Okay.

25      Q   And the Georgia Department of Community Health,



 1  can you describe the nature of your relationship between

 2  the CSB and those entities?

 3      A   Yes.  So the community service boards have a

 4  relationship with the Department of Behavioral Health and

 5  Developmental Disabilities as our primary funder for

 6  individuals who are uninsured.  So we receive State

 7  contracts that enable us to serve individuals and bill

 8  for services through the Department of Behavioral Health

 9  and Developmental Disabilities, and those -- it's a --

10  it's a relationship that is a funder but also kind of an

11  oversight.  They also provide regulatory measures.  We

12  have to be accountable to key performance indicators, and

13  so we report that information as well.

14      Q   Does the -- do the agencies identified -- DBHDD

15  and DCH -- have any day-to-day operational responsibility

16  for View Point's programs?

17      A   I wouldn't say day-to-day operational.  There

18  are staff at the Department of Behavioral Health that

19  have frequent contact with our team members if trying to

20  help somebody gain access to care or to make sure that we

21  are meeting the needs of the communities but also

22  following all of our regulations and guidelines.

23      Q   Would you say that you report to anyone at

24  DBHDD?

25      A   No.  I report to the board of directors.



1      Q    Is DBHDD, do they have any oversight

2    responsibility for View Point Health's overarching

3    finances?

4      A    We report our monthly board -- so we -- we --

5    our board meets eight times a year, and we review our

6    financials with our board of directors, and at the end of

7    that board meeting, we submit those financial reports to

8    the Department of Behavioral Health.  So they -- they are

9    aware of our financials on an ongoing basis in a month.

10     Q    And is that just for purposes of informing

11   them, or how do they use that information in your

12   experience?

13     A    It's been my experience that they use that

14   information to monitor the health of the community

15   service boards and a safety net as a state, and to

16   measure us and -- and hold us accountable for being good

17   fiscal servants of the funds.

18     Q    Have -- in your experience, if there are issues

19   with the fiscal health of the CSB, what -- what measures

20   can the State through DBHDD or DCH take?

21     A    It's my understanding that DBHDD can contract

22   directly with a community service board.  We are an

23   instrumentality of the State, and in the worst-case

24   scenario, the Department of Behavioral Health can assume

25   responsibility for a community service board.



1        Q    Has that happened, to your knowledge?

2        A    Yes.  This happened a few years ago with a

3   community service board in South Georgia.

4        Q    Which CSB was that?

5        A    That was Gateway Community Service Board.

6        Q    And is that still being operated or run by the

7   State?

8        A    To my understanding, it is.

9        Q    You've mentioned a regulatory function that

10  DBHDD performs with respect to the CSBs broadly and View

11  Point specifically.  Could you talk a little bit more

12  about what that entails.

13       A    So the Department of Behavioral Health and

14  Developmental Disabilities has a third party.  It's

15  called an administrative services organization or ASO,

16  and they outsource that to a company called Beacon Health

17  Options.  And they provide oversight, and they serve as

18  the administrative services organization.

19            So when we submit authorization for services

20  for an individual, the ASO reviews that authorization and

21  approves it, and then we submit all of our billing and

22  claims through that ASO.  And then they also come out on

23  a -- at least an annual basis to -- to review.  They call

24  it a review.  It's similar to an audit, but to review our

25  services to make sure that we are complying with the



 1  service guidelines and billing and documenting

 2  accordingly.

 3       Q   Is Beacon performing that audit?

 4       A   Yes.

 5       Q   So I want to talk about those two functions

 6  separately.  The first is reviewing, I believe, claims

 7  that are submitted for services that have been provided.

 8  Is that specifically for the uninsured population, or is

 9  that for all beneficiaries or all clients that View Point

10  has?

11       A   It's specifically for the uninsured population.

12  The Department of Community Health oversees all of

13  Medicaid, and I believe there is separate audits that

14  happen through Medicaid that has happened before.  And

15  I -- I want to get clarification.  Is it okay if I ask

16  Falesha if Beacon also does Medicaid charts?  Or there --

17       Q   Yeah, so --

18       A   It might get caught up in there together.

19       Q   Right.  And so I think if there are gaps in

20  your testimony, I think it's best that we identify that

21  off record.

22       A   Okay.

23       Q   And then we have Falesha --

24       A   Okay.

25       Q   -- take the witness chair after a break.



1      A    Okay.

2      Q    But don't worry about that.  We can fix that

3   later.

4      A    Okay.  Yeah, I just am not 100 percent sure if

5   Beacon does the uninsured and Medicaid, because the

6   authorization process is similar for us.

7      Q    Understood.

8           Could you describe what the audit or review

9   that you mentioned entails as performed by Beacon?

10     A    They are typically either on-site or via

11  virtual sometimes now.  They ask for a certain number of

12  records that they draw from that they select.  They --

13  they tell us that morning of the clients that they want

14  to review, and we make those records available to them.

15          They also review employee records to make sure

16  that the individuals that are providing the services have

17  the appropriate credentials and have documented according

18  to the guidelines.

19     Q    Are you aware of a specific set of criteria

20  that's being used by Beacon, the administrative services

21  organization, for that review of client case files?

22     A    Yes.  There is the published Provider Manual

23  that is published by the Department of Behavioral Health

24  and Developmental Disabilities, and that Provider Manual

25  consists of service guidelines for each service, and our



1  documentation and billing has to be in accordance with

2  the Provider Manual.

3      Q   So is it your expectation that one -- perhaps

4  one of the purposes of this audit would be to determine

5  whether services are being provided consistent with

6  DBHDD's Provider Manual?

7      A   Yes.

8      Q   If there are problems that are identified

9  during these audits, how do you become aware of them?

10      A   They -- they talk to us throughout the audit.

11  They talk to our team members.  Our department of quality

12  assurance works closely with auditors while they are

13  conducting the audit to answer any questions or help them

14  find -- if they've got a -- trying to find a particular

15  document in a record, then we can assist with that.

16          And then we have an exit interview where they

17  go over at a high level their findings and

18  recommendations, and then we also receive a written

19  report of all of the findings and recommendations.

20      Q   Are the results of those audits made available

21  publicly?  Are they published anywhere?

22      A   Yes.  They are published on the DBHDD Web site,

23  and you can receive those audits.

24      Q   And that's for each CSB?

25      A   Yes.



 1      Q   Has View Point had any plans of action or plans

 2   for correction issued in connection with audits by Beacon

 3   Health in the last two years?

 4      A   Yes.

 5      Q   Can you describe what those were?

 6      A   Not in detail, but I think in general our

 7   audits have -- we have received some minor corrective

 8   actions that we've acted on to make those improvements.

 9   We take those -- that information as very helpful because

10   we know that there is always room for improvement, and so

11   when we -- when we do receive the recommendations, then

12   we put those into place.

13      Q   Can you recall if any of those plans of action

14   or correction were in the realm of child and adolescent

15   mental health services?

16      A   I can't recall specifically.  I would assume

17   that more than likely because of the volume of services

18   that we serve for kids and adults that there might have

19   been recommendations there.

20      Q   Is anyone from the State's DBHDD involved in

21   these audits by Beacon?

22      A   No, not during the audit, but they do receive

23   the information.

24      Q   And it's -- I believe you testified it's your

25   understanding that's -- a similar review function is



1    performed by DCH or potentially the care management

2    organizations for Medicaid reimbursable claims; is that

3    right?

4         A    Yes.  It's not as consistent as the -- the

5    process that happens with Beacon Health Options, but

6    there have been times when records have been requested

7    and we've submitted that and there's been a review, but

8    it's -- it doesn't seem like it's as on a schedule.

9         Q    And just to make this concrete, does the Beacon

10   ASO audit occur annually?

11        A    At least annually.

12        Q    And does the DCH Medicaid audit occur annually?

13        A    Not that I am aware of, unless Beacon Health is

14   also auditing some of the Medicaid charts.  I just --

15        Q    Understood.  Yeah.

16        A    I'm not 100 percent sure on that.

17        Q    And we will clarify.

18             You would expect, though, to see any reports

19   generated from DCH for Medicaid audits, correct?

20        A    Correct.

21        Q    When is the last time you saw one of those

22   reports?

23        A    I cannot recall the last time we had a Medicaid

24   audit.  I just -- I just can't recall that.

25        Q    Okay.  I'd like to show you another exhibit,



 1  and this will be 511.  Give me one second and I will pull

 2  it up.

 3          (Plaintiff's Exhibit 511 was marked for

 4  identification.)

 5      Q   BY MR. HOLKINS:  You should see a document on

 6  your screen that reads, "View Point Health Overview,

 7  Reports and Tracking Materials Related to the Strategic

 8  Plan for the Past 3 Years," and the Bates number on this

 9  is VPH000003.

10          This appears to be a collection of annual

11  reports generated by View Point Health.  I will give you

12  a moment to scroll through the document.  There is no

13  need to read it page for page but just to kind of

14  familiarize yourself with what's in it generally.  I will

15  give you control of it.  Give me one second.

16          MS. COHEN:  Patrick, I know we are not tagging,

17  but how are we going to -- we're gonna assign it Exhibit

18  No. 511?

19          MR. HOLKINS:  Uh-huh.

20          MS. COHEN:  And then do we tag it at all or?

21          MR. HOLKINS:  I think we will do that on the

22  back end.

23          MS. COHEN:  Okay.

24          THE WITNESS:  Yes.

25      Q   BY MR. HOLKINS:  I'm going to take control of



1   the document back.  Oh, excuse me.  Wrong button.

2          So I want to show you the annual report for FY

3   '21.

4      A   Okay.

5      Q   I believe that this is a compilation of three

6   annual reports for FY '19, FY '20, and FY '21.  Is that

7   correct?

8      A   Yes.

9      Q   Just give me one second.

10         So I am now at page 91 of the PDF.  Is this the

11  annual report for View Point for FY '21?

12     A   Yes.

13     Q   Okay.  Who drafts the annual reports for View

14  Point Health?

15     A   It's a compilation of team members; our

16  director of marketing and fundraising, Debbie Varnes; and

17  our executive assistant, Jennifer Robertson.

18     Q   Do you have any role in reviewing this document

19  before it's published?

20     A   At a very high level.

21     Q   Okay.  So I'm scrolling now to the next page,

22  which is page 92, and this shows the executive team for

23  View Point Health, correct?

24     A   Yes.

25     Q   Are there any changes to this executive team



1    from this report?

2         A    Can you scroll down some more.  Scroll back up

3    to -- so the -- there's just a couple of -- it looks like

4    a couple of typos here.  Chad Jones is the vice president

5    of business development.

6         Q    Uh-huh.

7         A    And Dr. Jennifer Speights is the vice president

8    of operations.

9         Q    Okay.  Thank you.

10             Any other changes?

11        A    Let me just check Falesha's title.

12             No, I don't see any other changes.

13        Q    Okay.  Thank you.

14             And this is the mission of View Point Health,

15   "To promote overall health and improve quality of life by

16   ensuring the delivery of effective behavioral and

17   physical health care that meets the needs of communities

18   we serve," correct?

19        A    Correct.

20        Q    Has that been the mission of View Point Health

21   as long as you have been CEO?

22        A    Yes.

23        Q    I am now showing you page 94 of the document

24   which lists the board of directors for FY '21.  I'm going

25   to just zoom out a little bit so it's easier for you to



 1   read this.  I will actually give you control of the

 2   document so you can scroll through yourself.  You have

 3   control.  My question for you is whether or not this list

 4   is current.

 5        A    No, there has been some changes.

 6        Q    What are those changes?

 7        A    So our board chair, Bernie Marinelli, retired,

 8   and Lynette Howard moved out of our catchment area and

 9   left the board.  Keith Ellis is our current board chair.

10   Just recently Louise Radloff was not reappointed by the

11   Gwinnett County Commissioners and a new board member was

12   appointed, and he is not pictured here.

13        Q    Did the board members appointed by the

14   Commission serve set terms?

15        A    Yes.

16        Q    How long are those terms?

17        A    The terms, I believe, are -- I should know

18   this.  I believe they are three-year terms, but can --

19   there is not a limit to how many terms they can serve.

20        Q    And what broadly is the role of the board of

21   directors for View Point Health?

22        A    They serve as a governing board, and they --

23   their primary goal is to select and hire a CEO.  And then

24   they also set some board governance policy that is very

25   high level.  They are not involved in day-to-day



 1   operations.

 2        Q    I just want to acknowledge that the list of

 3   board of the -- board of directors continues on to page

 4   95; is that correct?

 5        A    Yes.

 6        Q    So I want to now show you page 100 of the

 7   annual report for FY '21, which is a -- it contains a

 8   chart showing funding sources for View Point's

 9   organization, correct?

10        A    Yes.

11        Q    And that chart shows that 48 percent of overall

12   funding for View Point Health comes from state and

13   federal sources, correct?

14        A    Yes.

15        Q    And 30 percent comes from Medicaid?

16        A    Yes.

17        Q    Is that historically about the -- is that

18   consistent with previous years?

19        A    Yes.

20        Q    Has View Point Health taken any steps to

21   increase Medicaid billing?

22        A    So our -- our strategy has been to diversify

23   our fund sources as much as possible.  This is something

24   that we are trying to do with -- with not just Medicaid

25   but other fund sources as well.  We -- we have very



1   little private insurance, and we're not really trying to

2   grow the private insurance portion because we do serve as

3   a state safety net.

4        As far as expanding Medicaid, we do have team

5   members who try to help assist individuals who might be

6   eligible for Medicaid.  As care -- as case managers, we

7   try to help them through that process if they are

8   eligible for Medicaid.

9   Q   Uh-huh.  Is there any evaluation, to your

10  knowledge, even within View Point or by an external

11  entity like the Beacon ASO, any analysis of whether View

12  Point is maximizing Medicaid billing for individuals who

13  are already enrolled in Medicaid?

14  A   To my knowledge, we are not trying to maximize.

15  We try to just provide services that are clinically

16  relevant to the individuals based on a person-centered

17  care evaluation and treatment plan.

18  Q   And do you know what the breakdown is for state

19  and federal funds between state and federal?

20  A   I do not.

21  Q   Give me one second.

22       So I want to show you a slide from the FY '20

23  annual report.  This is page 58.  This shows that 65

24  percent of the revenue for View Point Health was from

25  DBHDD contracts.  Do you see that?



1        A    Uh-huh.

2        Q    And that 18 percent of the revenue was for

3    Medicaid, correct?

4        A    Correct.

5        Q    Do you think it's also true that most of the

6    state and federal source money in FY '21 came through

7    DBHDD contracts?

8        A    Yes.

9        Q    And Medicaid revenue has grown from FY '20 to

10   FY '21, correct?

11       A    Correct.

12       Q    Do you know why?

13       A    FY '20 was the year that COVID hit, and we had

14   a massive drop-off in our last quarter of billing, so

15   that's my interpretation of the dip there for that

16   particular year.  That has been an outlier year for us

17   when we look back over our financials.

18       Q    Is DBHDD seeking to encourage CSBs like View

19   Point Health to migrate away from reliance on DBHDD

20   contracts and state-sourced funding toward either

21   Medicaid revenue or other third-party revenue?

22       A    I couldn't -- I couldn't answer that real

23   clearly.  It's -- we have -- DBHDD contracts with the

24   CSBs to provide services to the uninsured, so that's

25   really their role.  If -- if individuals -- some of our



 1  contracts with DBHDD do not fully fund that particular

 2  service, and so it's essential for -- for View Point

 3  Health to also bill Medicaid for the services for the

 4  clients that are eligible for Medicaid in order to make

 5  those programs sustainable.

 6      Q   And do you know what percentage of View Point's

 7  current child and adolescent clients are enrolled in

 8  Medicaid?

 9      A   I don't have that number off the top of my

10  head, but I would -- in Georgia, Medicaid is pretty

11  readily available for children, so it's -- I would -- I

12  would assume that that would be a pretty high percentage.

13      Q   Just give me one second.

14          Okay.  We can set this one aside for now.

15          I should ask, is there an annual report for --

16  a more recent annual report since the FY '21?

17      A   No.  We are a little behind.

18      Q   Okay.  In your work as CEO for View Point

19  Health, are you coordinating with your counterparts at

20  other community service boards in Georgia?

21      A   Yes.

22      Q   About what?

23      A   We meet as an association on a regular basis,

24  and we have a strategic plan that the Georgia Association

25  of Community Service Boards puts together, and that



1  association consists of the CEOs of the organizations,

2  and our board members are encouraged to participate as

3  well.

4       Q   And so this is a statewide strategic plan

5  that's produced by the -- the Association for Community

6  Service Boards in Georgia?

7       A   Yes.  It's a trade association.

8       Q   Okay.  And what would you say is the role of

9  that association?

10      A   It is to advocate for community service boards

11 and the individuals that we serve.

12      Q   Do you have any other regular coordination with

13 your counterparts at other CSBs outside of this

14 association?

15      A   There are committees through that association

16 that's established by the strategic plan that we

17 participate on on a regular basis.

18      Q   Are you -- do you sit on any of those

19 committees?

20      A   I am the vice chair of the Clinical Operations

21 Committee and the vice chair for the Intellectual and

22 Developmental Disabilities Operations Committee.

23      Q   And what does the Clinical Operations Committee

24 do?

25      A   The clinical directors of the community service



1   boards all serve on that -- on that committee, and we

2   have meetings that are sometimes monthly, but if there is

3   not an agenda item or conflicts, then those get canceled.

4   But the -- that agenda usually consists of reviewing any

5   sort of -- any sort of audit like the Beacon Health

6   Options, audit trends, or concerns that are -- you know,

7   that are coming up so that we can make processes for

8   improvement.

9        They also include providing support to one

10  another as -- as far as, are we having struggles with

11  workforce?  Then what are some of the techniques that you

12  try to attract workforce?  It's very much a peer support

13  type of committee.

14       Q   Are there any representatives from State

15  agencies that sit on the Clinical Operations Committee?

16       A   No.

17       Q   Exclusively community service board --

18       A   Yes.

19       Q   -- staff?

20       Are there specific trends that have been

21  identified with respect to children and adolescent

22  services in the last year through this community?

23       A   Not that come to mind.

24       Q   Are there any documents publicly available with

25  respect to recommendations by or work by this particular



JENNIFER HIBBARD                                    October 20, 2022
UNITED STATES vs STATE OF GEORGIA                                33

 1  committee?

 2      A    The -- we do keep an agenda in minutes, and

 3  those are published on the Web site for the Georgia

 4  Association of Community Service Boards.

 5      Q    Thank you.

 6           So I'd like to show you another document.  Give

 7  me one second.  This will be 512.

 8           (Plaintiff's Exhibit 512 was marked for

 9  identification.)

10      Q    BY MR. HOLKINS:  I have just published what we

11  are marking as Exhibit 512.  The cover for this document

12  is "View Point Health Overview Strategic Plan," Bates

13  stamped VPH000002.  It's a 12-page document.

14           I will give you control so you can briefly

15  familiarize yourself with it.  Please let me know when

16  you are finished.

17      A    Okay.

18      Q    So I believe this is the strategic plan for

19  View Point Health for FY '20 to 2025, correct?

20      A    Yes.

21      Q    So this is the current strategic plan?

22      A    Yes.

23      Q    What is your role in developing this document?

24      A    When we first developed it, we met as an

25  executive team and a board of directors, and we had



 1  breakout sessions and reviewed our current plan and then
 2  made adjustments to our established plan.  And then we
 3  periodically look at this.  We try to treat this as a
 4  living, breathing document and make adjustments to it as
 5  we go along.
 6          There -- it is contained in our board
 7  management software that we utilize here so that we can
 8  make adjustments and changes to it along the way.
 9  That -- and -- and so our executive team reviews it
10  periodically.  At least annually we take a look at this,
11  but it's something that we try to -- to look at more
12  frequently.  But at the very least, we will spend a day
13  or an afternoon as a team readjusting and -- and seeing
14  how we are progressing towards it, keeping it updated.
15      Q   That is a -- a task that the executive team at
16  View Point Health is involved in?
17      A   Yes.
18      Q   So I note -- I'm on page 2 of the document.
19  I'm looking at the very top.  It says printed 8/20/22 --
20  8/22/2022.
21          Is -- is it fair to say that this document is
22  accurate as of that date?
23      A   Yes.
24      Q   This was probably generated through the system
25  that you mentioned?



1        A    Yes.

2        Q    And did you personally draft any of this text?

3        A    I participated in the sessions where we as a

4    team pulled this together.  I did not type it.

5        Q    Okay.  So I want to scroll down to Performance

6    Objective G which appears on page 4.  That objective

7    reads, "Continue to identify and train staff on

8    evidence-based and promising practices."

9             Do you see that?

10       A    Yes.

11       Q    "Initiative 1 - Create a team that reviews best

12   practices in the industry and outside that could be

13   implemented by VPH by 7/1/2021."

14            Is -- has that team been created?

15       A    We are in process of creating that team.  We

16   just recently established a training and professional

17   development team that is really still getting this

18   established.  We had a lot of kind of work to do to get

19   us prepared for that, so that is still in -- in process.

20            The yellow mark over there is -- is -- that

21   indicates in process.  It's not -- we are not ready to

22   check that off as done yet.

23       Q    Understood.

24            And then green means that it's done?

25       A    Yes.



1        Q    And then red means that it's not started?

2        A    Correct.

3        Q    Okay.  Has the team that is forming to lead

4   Initiative 1 begun to identify specific best practices?

5        A    Yes.

6        Q    Are you able to identify what those best

7   practices are?

8        A    Some of the best practices that I can recall

9   would be dialectical and behavioral therapy, DBT.  That

10  is a practice that we are working on building getting

11  more people trained, getting more staff trained in that

12  modality.

13       Other best practices that we use are

14  trauma-informed care, as well as cognitive behavioral

15  therapy.

16       Q    And are those best practices that View Point

17  Health was already training its staff on prior to

18  creating this strategic plan, or are these new best

19  practices that View Point Health is looking to integrate?

20       A    We had already -- we had already utilized them,

21  but I think this -- this strategic goal is -- or

22  initiative is more about trying to grow and expand and

23  have a more consistent approach to evidence-based

24  practices.

25       Q    To your knowledge, does -- do staff at DBHDD or



 1   DCH consult View Point Health with respect to best

 2   practices and promising practices specifically in the

 3   area of child and adolescent mental health?

 4        A    It's been my experience that DBHDD has offered

 5   consultation, as well as even during some of their

 6   training.  Sometimes we get training that is available

 7   through the Department of Behavioral Health for promising

 8   their best practices.

 9        Q    Can you recall any specific trainings by DBHDD

10   with respect to promising or evidence-based practices for

11   child and adolescent health?

12        A    Not off the top of my head.

13        Q    Would you ordinarily participate in those

14   trainings?

15        A    No.

16        Q    Who would within View Point?

17        A    The clinicians that provide the services.

18        Q    Are those required trainings for clinicians at

19   View Point Health?

20        A    Clinicians are required to maintain a certain

21   number of clinical or continuing education trainings for

22   their license, and so that is a requirement.  We do it --

23   we do offer or make available different opportunities for

24   our clinicians to have time to seek all of those

25   trainings, but in -- and sometimes a training would be



1    mandated or required, but sometimes the clinicians have

2    their option to seek training on their own as well.

3         Q    Would those trainings be mandated or required

4    by View Point Health or by DBHDD?

5         A    It could be either.

6         Q    Stepping back, what -- why does the subjective

7    matter?  What's the importance of offering evidence-based

8    or promising practices?

9         A    Because we aim to provide high-quality care to

10   the individuals that we serve, and we believe clinically

11   that offering evidence-based and promising practices is

12   the best way to offer that sort of care, high-quality

13   care.

14        Q    Is it your experience that providing

15   evidence-based services leads to better outcomes for

16   children and adolescents with behavioral health

17   conditions?

18        A    Yes.

19        Q    Is it your experience that delivering

20   evidence-based services helps children with behavioral

21   health conditions remain in their communities?

22        A    Yes.

23        Q    So Initiative 2, which I see has the green mark

24   signaling that it's done, it says that VPH or View Point

25   Health staff will be continually surveyed to identify



1   training needs.

2        So that's -- that's occurred, correct?

3   A    Yes.  We did survey our staff to ask them their

4   needs.

5   Q    And what training -- additional training needs

6   were identified through that survey specifically in the

7   area of child and adolescent mental health?

8   A    I can't recall that information.

9   Q    Do you know who would be able to answer that

10  question at View Point?

11  A    I believe we would be able to find that out.

12  Q    Okay.

13  A    I would just need to go back and look at the

14  survey results.

15  Q    Initiative 5 references an annual training

16  review.  Can you explain what that is.

17  A    So review and enhance our annual training

18  review for existing staff and develop an electronic

19  version of the annual training.

20       So we have -- through our human resources

21  department there is a standardized annual training review

22  for all employees to take, and we wanted to revise that

23  process.  It was a paper process.  We had a -- a paper

24  packet of information to review and then questions to

25  answer, and we just wanted to develop that in a -- in a



1  way that is electronic; that we could kind of use

2  technology to track that in a better way and even

3  potentially revise some of the questions to make sure

4  that they are staying on topic and being current.

5      Q   So I want to scroll to another section of the

6  strategic plan.  Give me one second.

7          So we are now under Strategic Goal III, which

8  is, "Enhance the organization's infrastructure that

9  supports our mission and the individuals we serve through

10  efficient, effective and reliable facilities and

11  systems."

12          I want to direct you specifically to

13  Performance Objective B, which reads, "Improve

14  functionality within Carelogic to include enhance

15  real-time data and reporting, efficiency of

16  documentation, streamlining workflows, and overall user

17  ease by end of 2022."

18          First off, what is Carelogic?

19      A   Carelogic is our electronic health record, our

20  medical record.

21      Q   And is that just a View Point system or is that

22  an electronic health record system used by other CSBs?

23      A   It's used by other CSBs.

24      Q   Is it statewide?

25      A   No.



1       Q   Initiative 1 reads, "Utilize MTM/CB -- CCBHC

2   gap analysis and readiness assessment to direct our focus

3   and needs."

4           First off, are you familiar with the acronyms

5   "MTM" and "CCBHC"?

6       A   Yes.

7       Q   What do they mean?

8       A   MTM, I actually can't tell you what each letter

9   means, but MTM Services is a consultant group that the

10  Department of Behavioral Health and Developmental

11  Disabilities hired to consult with the State,

12  particularly the community service boards, to prepare for

13  becoming CCBHC, which is Certified Community Behavioral

14  Health Clinic.

15      Q   Has View Point Health become a CCBHC?

16      A   No.

17      Q   Are you in the process?

18      A   We just received a federal grant through SAMHSA

19  to help plan for that, and we just received that.  It

20  started October 1st.

21      Q   Well, congratulations.

22      A   Thank you.  We are very excited about that.

23      Q   Do you know if other CSBs in Georgia have

24  become CCBHCs or received grants from SAMHSA to receive

25  that?



1      A    Other CSBs have received grants from SAMHSA.

2  They -- the Department of Behavioral Health has also

3  issued some planning grants themselves to some CSBs.  And

4  as of my knowledge today, no one has actually become a

5  Certified Community Behavioral Health Clinic.  It's my

6  understanding that DBHDD is the authority that would

7  develop and implement that certification process, and

8  that is under development at this time.

9      Q    And in your view as CEO of View Point, what are

10  the benefits of becoming a CCBHC?

11      A    So as the CEO of View Point, I have been

12  monitoring the CCBHC movement nationally since it began

13  in 2015 and have been trying to align our practices and

14  operations to be able to become a Certified Community

15  Behavioral Health Clinic when that's available, and I

16  believe that it will improve access to care for the

17  individuals in need.  And it also focuses heavily on

18  integrated care, which is the integration of primary care

19  and mental health treatment, and we believe that that

20  integration is vital to the overall health and well-being

21  of the individuals we serve.

22      Q    I want to ask you about this -- the gap

23  analysis and readiness assessment that's referenced in

24  Initiative 1.

25      A    Uh-huh.



1      Q   What is that?

2      A   That was an analysis that the community service

3  boards participated in with the guidance of MTM Services

4  consultation.

5      Q   And what was the point of the analysis?

6      A   To measure our current operations with the

7  certification standards for becoming a CCBHC and identify

8  where we needed to make changes and improvements.

9      Q   Did this include any analysis of service gaps

10  in the catchment area that View Point serves?

11      A   Yes.

12      Q   Could you describe a little bit what the

13  specific analysis revealed with respect to service gaps

14  for View Point?

15      A   This was a very comprehensive assessment, so

16  I -- I couldn't give you very much detail, but I -- I do

17  recall that one of the requirements, required services of

18  a CCBHC, is medication-assisted treatment.  And at the

19  time of completing this initial assessment, View Point

20  Health did not have a medication-assisted treatment

21  program, and since then we are in the process of

22  developing that.  We did receive some funding for

23  medication-assisted treatment, and we are very -- we are

24  going through the process.  We are waiting on a few of

25  our licenses in order to be able to get that up and



JENNIFER HIBBARD                                        October 20, 2022
UNITED STATES vs STATE OF GEORGIA                              44

1   running.

2       Q    Did -- is View Point adding any child and

3   adolescent mental health services as a result of this

4   gaps assessment?

5       A    We offer a wide array of child and adolescent

6   services.  I don't recall a specific one that needed to

7   be added for this purpose.

8       Q    Just quickly, Initiative 5, "Establish

9   real-time dashboards," what are you contemplating with

10  this?

11      A    So functionality in Carelogic was promising

12  real-time dashboards in that electronic health record.

13  That -- we have not been able to establish that yet.

14  That is something that is -- that is being built in the

15  electronic health record, and so our hope is that when a

16  clinician opens up the electronic health record, that

17  they will have a dashboard that is customized with

18  information that is pertinent that they need.

19      Q    For that client?

20      A    Or for that clinician.

21      Q    Okay.

22      A    For their caseload.

23      Q    So let's move to Performance Objective C, which

24  reads, "Improve clients' accessibility to VPH services,

25  appointments, scheduling by end of 2021."



1          Initiative 1, it looks like this one is not

2   quite underway.  Is that accurate?

3       A   Correct.

4       Q   Okay.  It reads, "Conduct a needs assessment of

5   access."

6          Could you describe what is envisioned?

7       A   I cannot.  I -- I don't recall the discussion

8   around this item.

9       Q   Do you -- are there specific staff within View

10  Point who are designated to have responsibility for each

11  of the initiatives or performance objectives under this

12  plan?

13      A   We -- I don't -- I don't know if there is a

14  list over here.  If the way our document is set up, if it

15  has person responsible on there, but this would -- this

16  would be coming out of our quality assurance department.

17  That's who oversees our electronic health record and our

18  reporting and data.

19      Q   And who leads the quality assurance department

20  at View Point?

21      A   Gillian Mitchell.

22      Q   Are you aware of any efforts at View Point

23  Health to conduct a needs assessment of access

24  specifically to child and adolescent mental health

25  services?



 1      A    No.  However, the -- the CCBHC grant requires a

 2   community needs assessment, and so we are in the very

 3   initial phases of beginning that, so --

 4      Q    And MTM, as I understand it, is a State

 5   contractor, correct?

 6      A    Yes.

 7      Q    Are you working directly with MTM?

 8      A    We have not started that process yet.  They

 9   have been -- there were other grantees that were about a

10   year ahead of us, so they have been working with MTM

11   Services, so we have not started that process yet since

12   we just received the grant this month.

13           MR. HOLKINS:  So we are about an hour in.  I

14   suggest we take a brief break, ten minutes.  If we can go

15   off the record.

16           THE VIDEOGRAPHER:  Off the record at 10:05 a.m.

17           (The deposition was at recess from 10:05 a.m.

18   to 10:30 a.m.)

19           THE VIDEOGRAPHER:  Back on the record at

20   10:30 a.m.

21      Q    BY MR. HOLKINS:  Welcome back, Ms. Hibbard.

22      A    Uh-huh.

23      Q    I want to first circle back to some things we

24   were talking about earlier in the morning.  Were you able

25   to get clarity as to whether Beacon is also doing a



1   review of the Medicaid-funded services --

2        A   Yes.

3        Q   -- at View Point?

4            They are?

5        A   Yes, they are.

6        Q   Do you know whether DCH is separately

7   performing any analysis of Medicaid-funded services

8   provided by View Point?

9        A   Not that I am aware of.

10       Q   And so those at least annual audits that are

11  performed by Beacon would include reviews of

12  Medicaid-funded services --

13       A   Yes.

14       Q   -- provided by View Point?

15       A   Yes.

16       Q   You referenced the strategic objective for View

17  Point of diversifying revenue sources.  Why is View Point

18  seeking to diversify revenue sources?  Why does that

19  matter?

20       A   We feel that it's important to have multiple

21  sources of revenue streams and payers that -- in order to

22  be more sustainable.  So we've sought out other option --

23  or other avenues for -- for payers for certain services

24  that -- that are available to us.

25       Q   And what other avenues of payer sources are you



1    pursuing?

2         A    Would you like a couple of examples?

3         Q    Yes, please.

4         A    So, for example, there is a new program that we

5    have implemented about a year or so ago that is a

6    co-responder clinician that rides along with law

7    enforcement, and that is the -- it's not sustainable to

8    try to bill for services for that particular service for

9    that clinician to be available to law enforcement, so the

10   law enforcement partners are contracting with View Point

11   Health for that -- for that clinician time.  So that's

12   another payer source.  It's not a payer as such like an

13   insurance payer, but it's -- it's just another contract

14   that we have to provide that service.

15         Additionally, there is -- when the COVID-19

16   pandemic hit, we did notice a large increase of

17   individuals who were homeless and needed homeless

18   services, and so we had pursued some contracts with the

19   Department of Community Affairs to increase our ability

20   to help individuals access housing.

21         Q    Thank you.

22         So I want to now turn to the topic 4 in the

23   list of topics that we shared with View Point through our

24   subpoena and run through some of the organizations that

25   are specifically identified and ask you about the



1   coordination that View Point has for each of those

2   entities.  And I'd like to start with the Georgia

3   Department of Behavioral Health and Developmental

4   Disabilities.  Could you speak to the direct work that

5   you do as CEO with View Point -- of View Point Health in

6   coordinating with DBHDD.

7       A   So primarily we receive contracts, State

8   contracts through the Department of Behavioral Health,

9   and it's my role to review and sign those contracts.

10          And then we also have opportunities to talk

11  with various department heads.  For instance, the

12  Department of Behavioral Health is led by Monica Johnson,

13  so if there is ever initiatives or concerns or we have

14  open communication.

15          The same with the Department of Addictive

16  Disease, which is led by Cassandra Price.  We can -- we

17  are -- have easy access to get support and guidance

18  through -- through that.

19      Q   What kind of problems would you bring to Monica

20  Johnson's attention?

21      A   If there is an access problem.  If there is

22  somebody who we are having difficulty place, that -- that

23  is underresourced.  That -- that sort of thing.  She --

24  she definitely helps with that or helps us connect with

25  other team members who would be able to help.



1    Q   Do you discuss overall or overarching strategic

2   initiatives for View Point Health with Monica Johnson?

3    A   If -- if warranted.  For instance, we have a

4   gap in our service array.  We do not have a 24/7 crisis

5   service center as part of our service array, and we have

6   communicated that gap to Monica to advocate for funding

7   to add that to our service array.  We also don't have a

8   physical location that would be well-suited for that

9   service, so there's -- that would just be one example.

10    Q   And this is crisis stabilization services for

11   children and adolescents in addition to adults, or just

12   for one of those populations?

13    A   This one in particular would be for adults, the

14   crisis service center.

15    Q   Is there a crisis service center for youth

16   operated by View Point?

17    A   So there is a crisis stabilization unit --

18    Q   Okay.

19    A   -- that is for youth operated by View Point

20   Health.

21    Q   Okay.

22    A   And that is a physical location.  We have one

23   that serves adolescents and then one that serves children

24   with autism, so two separate units.

25    Q   How are those units funded?



1       A    They are funded through the Department of

2   Behavioral Health and Developmental Disabilities.

3       Q    Exclusively through a DBHDD grant?

4       A    Through a contract, yes.

5       Q    Through a contract.

6            And do you recall what the annual funding is

7   that's allocated to View Point through those contracts?

8       A    I could give you a rough ballpark, but not

9   exactly without looking at it.

10      Q    A ballpark would be great.

11      A    So the adolescent unit I believe is somewhere

12  around 3 million.  I'm -- I really -- it's -- it's rough.

13  And then less than 2 million for the autism unit.

14      Q    To your knowledge, is View Point supplementing

15  that funding through other external payer sources?

16      A    From time to time we can get single case

17  agreements with Medicaid through the care management

18  entity -- sorry, for -- through the CMO, the care

19  management organization --

20      Q    Uh-huh.

21      A    -- for individuals who have that -- who need

22  that care and who have that payer source.

23      Q    Is it fair to say that the bulk of the funds to

24  support services provided by the CSUs for youth and

25  adolescents comes from the DBHDD grant?



1        A    Yes.

2        Q    Are there any other -- you referenced filling

3    service gaps as one issue that you would raise with

4    Monica Johnson.  Are there other topics or problems that

5    you would bring to her attention or have brought to her

6    attention specifically in the realm of child and

7    adolescent mental health?

8        A    So not -- not anything that I can think of off

9    the top of my head, but if there was -- if there was an

10   issue with a child needing access to services and we were

11   running into barriers, we could -- we could easily talk

12   to her or somebody from her team.

13       Q    Have you ever had discussions with Monica

14   Johnson or any of her staff at DBHDD with respect to the

15   GNETS program?

16       A    There was communication from somebody from her

17   staff regarding the GNETS program one time that I can

18   recall.  It was in the form of a memo.

19       Q    What was that memo about?

20       A    The memo stated that -- from my recollection,

21   that the funding that we have for Apex, which was

22   school-based services, should not be utilized in GNETS

23   schools.

24       Q    Do you recall if you received that memo from

25   Danté McKay?



 1        A   Yes.

 2        Q   And Danté McKay leads the Office of Young

 3   Adults Childrens.  I think it's OCYF, correct?

 4        A   Yes.

 5        Q   Okay.  Do you recall when that memo was sent,

 6   when you received it?

 7        A   A few years ago.

 8        Q   And to your knowledge, since then, have there

 9   been any changes to DBHDD's policy with respect to using

10   Apex funds to support services in GNETS programs?

11        A   Not that I'm aware of.

12        Q   Before that memo was issued, was View Point

13   relying on Apex funds to support services in the GNETS

14   setting?

15        A   No.

16        Q   And why -- why is that the case, that View

17   Point was not using Apex funds to support services in

18   GNETS settings before that memo was issued?

19        A   From my recollection, we had just started with

20   our school-based services in our counties, and we were

21   focusing on the primary public schools that are in our

22   counties and getting those services up and going, and we

23   had limited clinicians and services at that time, and we

24   were just getting those established.

25        Q   And at that time, was there any plan to expand



1   Apex services into GNETS facilities at View Point?

2        A    Not that I can recall specifically.

3        Q    And what is your understanding of the reason

4   stated in that memo from DBHDD for this exclusion?

5        A    I would have to look back at the memo to see if

6   it did include a reason, but I just remember that we were

7   not to utilize those funds for GNETS.

8        Q    And so sitting here today, do you have a -- an

9   understanding separate from the memo of why DBHDD does

10  not allow Apex funds to be used to support services in

11  GNETS facilities?

12       A    I think that it has to do with where the fund

13  sources are coming from and -- and wanting to make sure

14  that it's aligned with what the purpose of those funds

15  were.

16       Q    I'd like to now move to the Department of

17  Community Health.  Are you interacting on a regular basis

18  with any staff at DCH?

19       A    Not on a -- not on a very regular basis.  I

20  know that we have to -- our team has to work through our

21  provider application when we want to open a new site.  If

22  we are going to open a new site or if we are going to

23  have a new Medicaid number, for instance, the

24  medication-assisted treatment team that I rec- -- or that

25  I mentioned earlier that we are establishing, we have to

1  go through a subdepartment of the Department of Community

2  Health to get licensed to be able to offer that service.

3  So that's the type of interaction that we have.  I don't

4  personally have interaction with anyone in particular.

5      Q   And who within View Point, who on your team is

6  responsible for interacting with DCH around, for example,

7  enrolling as a Medicaid provider for a new service?

8      A   Our director of revenue cycle, Amanda

9  Ledbetter.

10     Q   To your knowledge, are staff at DCH involved in

11  helping View Point identify gaps in service access

12  specifically for children and adolescents with mental

13  health?

14     A   Not to my knowledge.

15     Q   To the best of your knowledge, are staff at

16  DBHDD actively involved in assisting View Point and

17  identifying gaps in access to mental health services for

18  children and adolescents?

19     A   Yes.  The Office of Children, Youth, and

20  Families are more involved and -- and also have

21  initiatives and -- and to try to improve services.  For

22  instance, the crisis unit for children with autism, that

23  was something that we were asked specifically to open by

24  the DBHDD.

25     Q   So DBHDD came to View Point and said, we would



 1  like to see you open --

 2      A   Yes.

 3      Q   -- this CSU specifically for children with

 4  autism?

 5      A   Yes.

 6      Q   And what was the basis for their

 7  recommendation, to your understanding?

 8      A   To my understanding, there were -- that was a

 9  service gap that was noted statewide so that these

10  children were not able to access the crisis stabilization

11  services that they needed through the private system and

12  that they recognized that specialized services needed to

13  be made available in a -- in a dedicated unit that is

14  focused on being able to use applied behavior analysis,

15  which is another evidence-based practice modality, to be

16  able to help these individuals.  And so we serve kids

17  for -- for the entire state.

18      Q   And then the State made funding available

19  through annual contracts to support that program?

20      A   Yes.

21      Q   I think you mentioned it was in the range of 3

22  million; is that right?

23      A   The autism unit is less than 2 million.  The

24  adolescent unit, which is focused for behavioral health

25  in adolescents, is the one that I believe is closer to 3

1    million.

2        Q   Thank you.

3            Could you describe the coordination between

4    View Point Health and the Georgia Department of

5    Education?

6        A   I don't have a lot of interaction with the

7    Department of Education.

8        Q   What about your staff?

9        A   There could be, but not that I have -- not that

10   I am very knowledgeable about.

11       Q   To your knowledge, has View Point Health ever

12   partnered with the Georgia Department of Education

13   specifically with respect to expanding access to

14   school-based behavioral health services?

15       A   I don't know if I can say specifically that it

16   was a partner with the Department of Education in

17   connection with school-based.  I --

18       Q   You can't recall a time?

19       A   I would -- I would assume that we have, but I

20   can't recall a specific time where we did --

21       Q   And how long --

22       A   -- directly.

23       Q   I should have asked this before.  How long have

24   you been a CEO of View Point Health?

25       A   Almost nine years.



1       Q   And did you have any roles at View Point Health
2   prior to becoming chief executive officer?
3       A   Yes.
4       Q   What were they?
5       A   So I've been with the organization for 19
6   years.  I started out as an intake clinician, and then I
7   have also served as -- in the quality assurance
8   department, I have served as a center director, a
9   clubhouse director, vice president of programs, chief
10  operating officer.
11      Q   And during that 19-year period, can you recall
12  any specific instances of cooperation or coordination
13  with the Georgia Department of Education around expanding
14  school-based behavioral health services?
15      A   I -- I would assume that we have.  I just can't
16  recall a specific -- a specific time.  There -- I do know
17  that I work directly -- when we were trying to open
18  our -- our autism unit for the CSU for children with
19  autism, we worked with DBHDD to make sure that there was
20  funding through the Department of Education to have a
21  teacher be available at the children's unit, because when
22  they are admitted into our unit, they still need to
23  continue on with their education.  And so we worked with
24  the local Rockdale -- it's in Rockdale County, so the
25  local Rockdale public schools, so that they could get



1  funding to supply a teacher, and that did come from the

2  Department of Education.

3       So that's a -- it's not necessarily regarding

4  school-based, but...

5       Q   Right.

6       A   And then there was another time where Governor

7  Kemp came to visit the Meadowcreek High School, and I

8  would assume that the Department of Education was

9  involved in that, too.  We were a part of it.  It was --

10  we had a -- a session there where he came to see how the

11  school-based services were working out, and the

12  Department of Behavioral Health was there as well.

13       Q   Let me just pose one more question on this and

14  we will move on.  Do you have any ongoing work in your

15  role as chief executive officer with the Georgia

16  Department of Education around expanding access to

17  school-based behavioral health services in your catchment

18  area?

19       A   No.  The -- the work that we do is more on the

20  local level with the school counselors and the

21  superintendents of the three counties that we are in.

22       Q   Does the Georgia Department of Education have

23  any regular involvement in View Point Health's Apex

24  program?

25       A   Not that I am aware of.



1        Q    I'd like to move on to the Georgia State

2    University Center of Excellence.  Are you familiar with

3    that entity?

4        A    Yes.

5        Q    And what is -- what coordination occurs between

6    View Point Health and the Georgia State University Center

7    of Excellence?

8        A    So we operate a care management entity, and we

9    have worked with that Center of Excellence for the

10   evaluation of the care management entity's performance.

11       Q    And is that ongoing work?

12       A    Yes.

13       Q    So are you providing -- is View Point providing

14   regular reporting with respect to care management entity

15   performance to the Center of Excellence?

16       A    Yes.

17       Q    And what generally is the subject of that

18   reporting?

19       A    Access for -- we are measuring -- and that --

20   that is an entity that serves statewide, so we look at

21   our individuals who need the services being able to

22   access the service, as well as their overall outcomes

23   based on the fidelity of the model.

24       Q    I'd like to show you another exhibit that's on

25   this topic.  Give me one second and I will share the



 1   screen.  This will be -- the e-mail will be 513 and the

 2   attachment will be 514.

 3            (Plaintiff's Exhibits 513 and 514 were marked

 4   for identification.)

 5        Q    BY MR. HOLKINS:  So I've just published what we

 6   are marking as Exhibit 513.  This is an e-mail from Chad

 7   Jones to several recipients I believe at DBHDD, including

 8   Danté McKay, and it's dated March 14th, 2016.  For the

 9   record, I will note that this is GA00578758, and it's

10   produced by the State of Georgia to the United States in

11   connection with this matter.

12            You are not on this e-mail.  I don't expect you

13   to have seen it before, but I want to show you this

14   e-mail by way of introducing one of the attachments --

15        A    Okay.

16        Q    -- which is going to be the -- the CME report

17   for -- for 2016.

18        A    Okay.

19        Q    Give me one second and I will pull that up.

20            So this is, for the record, GA00578761.  It's

21   the attachment to the e-mail that we have just discussed.

22   This is Exhibit 514 at the top.  It reflects that the

23   month -- that this is data reporting for the month of

24   February 2016, and the title reads, "View Point Health

25   system of Care Coordination Encounter Data Report."



1              Have you seen documents like this before?

2        A    Yes.

3        Q    What is this document?

4        A    This is part of our tracking to ensure that we

5   are -- or not -- this is part of our tracking for the

6   system of care, the CME, the care management entity,

7   where we track the number served and kind of their other

8   ancillary services that are coordinated as part of that

9   service.

10       Q    And this reporting goes directly to DBHDD or to

11  the Center of Excellence?

12       A    I believe it goes to both.

13       Q    Could you clarify for the record what a care

14  management entity is.

15       A    I'll do my best.  So the care management entity

16  is a High Fidelity Wraparound program for youth who are

17  really at risk of out-of-home placement.  So they are at

18  risk of having multiple involvement with other State

19  agencies like maybe the Department of Juvenile Justice,

20  or they might need a psychiatric treatment facility

21  outside of the home.  They may be in foster care.

22             So these -- these youth get identified to

23  really be high need, and so the CME is -- is a

24  coordinated effort to wraparound services and coordinate

25  the care for each individual.



1           So we might not necessarily provide all of the

2    services that that child needs, but we coordinate it in

3    a -- in a fashion to make sure that they are getting

4    everything that they need.  And really this is -- these

5    are maybe like the top 5 percent of the kids that really

6    need this high level of care.

7           Q    And so the care management entities, is it fair

8    to say, are exclusively focused on the provision of High

9    Fidelity Wraparound?

10          A    Yes.

11          Q    How many care management entities are there in

12   Georgia?

13          A    They started with two, and I believe we've got

14   two more that -- or two more organizations that are

15   coming on board.

16          Q    And what are the two that were the first to

17   become CMEs?

18          A    View Point Health, and it used to be called

19   Lookout Mountain Community Service Board.  They have

20   changed their name to Bridge Health.

21          Q    Bridge Health.  And what are the two entities

22   that are pursuing CME status?

23          A    I am going to say -- I think it is ASPIRE

24   Community Service Board and CSB of Middle Georgia.

25   That's my understanding.



1       Q   Do you know -- do you have an understanding of

2   why those two entities were chosen to become CMEs?

3       A   They applied for the -- I believe there was an

4   RFP process put out by the Department of Behavioral

5   Health and Developmental Disabilities, and it was a

6   competitive bid process, and they applied and were

7   selected.

8       Q   What's your understanding of why DBHDD sought

9   to expand the number of CMEs providing High Fidelity

10  Wraparound in the state?

11      A   To be able to provide more access and a

12  geographic coverage of the state.

13      Q   And prior to -- adding these two potentially

14  new CMEs, were the two that you mentioned, View Point and

15  then formerly Lookout Mountain, responsible for covering

16  the entire state?

17      A   Yes.

18      Q   And in your -- do you have an opinion as to

19  whether that was sufficient, two CMEs to cover the entire

20  state for High Fidelity Wraparound?

21      A   I was supportive of adding an additional two

22  CMEs.

23      Q   Do you think that is sufficient, for CMEs to

24  ensure statewide access to High Fidelity Wraparound

25  services for the children who need it?



1        A    I think it's a little too soon to tell, because

2   I would love to be able to see some of the data to see if

3   we were able to improve penetration rates in some of

4   those more rural counties.

5        Q    And what data was being collected with respect

6   to penetration rates for High Fidelity Wraparound?

7        A    Number of kids served per area.

8        Q    Who was responsible for submitting that data?

9   Was that part of this reporting process through the CMEs?

10       A    Yes.

11       Q    Okay.  Is this data that View Point Health is

12  still reporting on a monthly basis to DBHDD and the

13  Center of Excellence?

14       A    I believe so.

15       Q    And does that data, the current version of --

16  of this report, also reflect a number of youth diverted

17  from unnecessary services?

18       A    I believe so.

19       Q    Can you explain how View Point makes the

20  determination that a child has been diverted from

21  unnecessary services, for example, at GNETS as a result

22  of receiving High Fidelity Wraparound?

23       A    I cannot.  I --

24       Q    Who -- who would be in the best position to

25  answer that question for View Point Health?



1      A    Chad Jones.

2      Q    Do you review these reports on a regular basis?

3      A    Not on a consistent basis.  We do have -- there

4  have been times when we meet with the COE and the DBHDD

5  to review overall trends.  It's not on a regular

6  consistent basis.

7      Q    Are you aware of any other tracking or

8  reporting, I should say, done by View Point that would

9  show how many children were diverted from unnecessary

10 placement in GNETS as a result of receiving one of your

11 services?

12     A    The only tracking that I'm aware of is the

13 tracking that we do for the CME.

14     Q    In connection with High Fidelity Wraparound?

15     A    Yes.

16     Q    And I should clarify that the High Fidelity

17 Wraparound service in Georgia is Intensive Customized

18 Care Coordination, or IC3?

19     A    Yes.

20     Q    Correct?

21     A    Yes.

22     Q    Okay.  Could you describe just for the

23 record -- and it doesn't have to be precise, but can you

24 describe what Intensive Customized Care Coordination is,

25 nuts and bolts?



1       A    Again, I am not the best person to answer this,

2   but it -- it's -- it's that High Fidelity Wraparound

3   service that includes identifying getting a really clear

4   plan of action, so identifying natural supports, as well

5   as treatment needs that might be available to that child

6   and family, and then connecting all of those resources

7   together, and then monitoring the success and meeting on

8   a regular basis with the team to determine if the

9   outcomes that -- that they are hoping to achieve are --

10  if they are moving towards those outcomes.

11      Q    Has it been your experience that the Intensive

12  Customized Care Coordination service is effective in

13  producing better outcomes for youth and families that are

14  participating in it?

15      A    Yes.

16      Q    And would that include diverting children who

17  are receiving High Fidelity Wraparound services from

18  unnecessary services in places like GNETS?

19      A    Yes.

20      Q    And that's based on your review of this data,

21  correct?

22      A    And by having anecdotal conversations with our

23  team members, uh-huh.

24      Q    And which specific team members do you discuss

25  the effectiveness of High Fidelity Wraparound?



1        A    Chad Jones.

2        Q    Do you have an understanding of what DBHDD and

3   the Center of Excellence do with this reporting that View

4   Point provides on a monthly basis?

5        A    I believe it is to monitor our performance and

6   to uphold the fidelity of the model that we are utilizing

7   for the services.

8        Q    What is your understanding of how the State is

9   assessing View Point's fidelity to that model?

10       A    They're -- say that question again.

11       Q    Absolutely.

12            We talked about this reporting as one tool --

13       A    Uh-huh.

14       Q    -- that the State uses to assess View Point's

15   fidelity to the High Fidelity Wraparound model.  I'm

16   curious if there are other ways that the State is

17   assessing View Point's fidelity?

18       A    Yeah.  So I believe the State has access to our

19   records so that they can do a record review similar to

20   the review process that I mentioned earlier to make sure

21   that we are providing services in accordance with the

22   intended descriptions of the service guidelines.  I also

23   believe that they do -- they conduct family and -- and

24   client interviews so that they are surveying to see if

25   they are satisfied.



1       Q    When is the last time that you can recall that

2   DBHDD performed the record review that you just described

3   to determine whether or not services are being provided

4   consistent with DBHDD's Provider Manual?  And these would

5   be separate from the Beacon process that we discussed

6   earlier.

7       A    I cannot recall.  I -- I couldn't say.

8       Q    Has it been more than a year?

9       A    I believe -- so they could have made the

10  review.  I haven't talked to them about that review

11  process and had a meeting with them.

12      Q    If DBHDD wanted to review records in connection

13  with provision of the specific service that's being

14  offered --

15      A    Uh-huh.

16      Q    -- by View Point under DBHDD's Provider Manual,

17  how would that process start?

18      A    They would -- they would talk to our staff

19  members directly that are in the CME program and make

20  that arrangement to do so.

21      Q    Would you expect that they would direct that

22  inquiry to Chad Jones?

23      A    He might be involved.  It might even be

24  somebody on his team that would have direct access to be

25  able to make that happen.



1      Q    Are you aware of any instances where DBHDD has

2   identified problems or a need for corrective action as a

3   result of these file reviews?

4      A    Not necessarily of the file review, but I do

5   know that there has been times where they have been

6   concerned about our service -- our penetration rate

7   throughout the state.  So that has been a topic of

8   discussion, is to, how can we improve access for some of

9   the more rural counties into the services.

10     Q    I believe there has been a High Fidelity

11  Wraparound benchmarking effort.  Is that accurate?

12     A    Uh-huh.

13     Q    DBHDD has participated in this review of

14  statewide access to High Fidelity Wraparound?

15     A    That's my understanding.

16     Q    Okay.  Ms. Hibbard, how do you define fidelity

17  as we have been using it in this deposition?

18     A    So the High -- the wraparound services that we

19  use have a specific model, and I -- I can't recall the --

20  I think it's just called High Fidelity Wraparound, but

21  there might be another name for it, but there is a

22  prescribed model that is utilized.  I think -- I believe

23  it's nationwide that -- you know, that's available in

24  other parts of the nation as well, and that's the model

25  that we use.

JENNIFER HIBBARD                                     October 20, 2022
UNITED STATES vs STATE OF GEORGIA                              71

1        Q    So there is an established national set of

2    standards and criteria for providing High Fidelity

3    Wraparound, and you're being -- View Point is being

4    assessed based on its conforming to those standards?

5        A    Yes.

6        Q    You mentioned that applied behavioral analysis

7    is offered at the autism crisis stabilization unit,

8    correct?

9        A    Yes.

10       Q    Is applied behavioral analysis offered outside

11   of that unit through View Point?

12       A    Yes.  We also have an outpatient clinic.

13   That's very small.  It's on the third floor of this

14   building that serves children from -- on an outpatient

15   basis as well.

16       Q    How many children receive services at that

17   clinic on an annual basis?

18       A    I don't have that number off the top of my

19   head.  It's -- we only have two board-certified behavior

20   analysts in that department, and so it's -- it's just

21   their caseloads.  So I don't have the number, though.

22       Q    So there are two applied behavioral analyst

23   providers that are based in this clinic, and then you

24   have ABA also available through the crisis stabilization

25   unit that you described?

1       A    Yes.

2       Q    Anywhere else?

3       A    Not to my knowledge.  There might be -- there

4   might be one that's in our -- I don't know if we still --

5   we would have to check with Chad Jones if we do have one

6   that's in our community base.  There had been one before.

7   I'm not sure if that's still happening.

8       Q    When we were talking earlier about the Georgia

9   Department of Education, you mentioned that there was

10  more coordination happening at the local level with

11  schools.

12      A    Yes.

13      Q    Is that accurate?

14      A    Yes.

15      Q    Could you describe the coordination that is

16  occurring between View Point and schools in your

17  catchment area.

18      A    Okay.  So for our Apex Program, we have

19  school-based clinicians that are embedded in the local

20  public schools for both Gwinnett County, Rockdale County,

21  and Newton County, and so those clinicians report to the

22  school, and that's their -- that's their work site.

23          We also have -- Chad Jones also oversees the

24  Apex programs, and we have meetings as needed with school

25  administrators at those three public schools, and it's



 1  usually the school counseling department that we work

 2  with.

 3      Q   Is it fair to say that the coordination that's

 4  occurring between View Point and local schools in your

 5  catchment area is entirely through the Apex Program?

 6      A   We do some -- there is -- there is a

 7  possibility that other programs are doing work in the

 8  schools to -- I know for sure we do have a program called

 9  KidsNet that is outside of the Apex Program, and that's

10  in association with Gwinnett County Public Schools where

11  we have screeners.  So they do a mental health screening

12  and make referrals out if -- if -- if an individual is in

13  need.

14          So they might just do a screening, and if they

15  have private insurance, they might connect them up with a

16  private therapist in the community to receive services.

17      Q   Do you recall when View Pex -- excuse me, when

18  View Point implements Apex services, what year?

19      A   The exact year, I want to say it might have

20  been 2014/2015, but I'm -- that's just off of my -- I

21  could look.

22      Q   That's fine.

23      A   And I can get that information.

24      Q   We can clarify that later.

25      A   Okay.



1      Q   To your knowledge, was View Point providing

2   school-based behavioral health services before it

3   implemented Apex?

4      A   We were providing KidsNet screening.  We have

5   been doing that for a number of years.  I can't tell you

6   exactly how long, but we did have screeners in the

7   school.

8          We also are a contracted provider for Gwinnett

9   County Public Schools to provide a very time-limited,

10  short session that we use the Seven Challenges, and it's

11  an after school-type program that the school makes

12  referrals to.  And kids will come and -- and the -- the

13  child and their family will come for four sessions of the

14  Seven Challenges, and then that's just a onetime thing.

15     Q   To your knowledge, does View Point coordinate

16  directly with LEAs or RESAs?

17     A   My understanding is that individuals who might

18  be in -- in the CME might be utilizing the CME services.

19  There -- there is treatment teams that happen, and there

20  might be some interaction there.  I -- but I don't

21  have -- I'm not the best person to ask for that.

22     Q   Who would be the best person to ask?

23     A   Chad Jones.

24     Q   What is View Point Health's coordination with

25  GNETS programs directly?



1      A    So we do have some programs that are completely
2  outside of the Apex Program that we do provide support
3  services for GNETS, for South Metro GNETS.
4      Q    Where is South Metro GNETS located?
5      A    South of Atlanta in Clayton County.
6      Q    So that's outside of the catchment area for
7  View Point, correct?
8      A    Yes.  Yes.
9      Q    How did you form that partnership with Gwinnett
10  County -- or, excuse me, with South Metro GNETS?
11      A    To my understanding, we -- the -- the
12  superintendent of Clayton County schools knew of View
13  Point because of our CME, which is that statewide
14  coverage, and had a connection that way.
15      Q    Are you familiar with a GNETS program called
16  Mainstay?
17      A    Not to my knowledge.  I don't recall.
18      Q    Are you familiar with a GNETS program called
19  DeKalb Rockdale?
20      A    I would assume that that's the GNETS that
21  services Rockdale County Public School.
22      Q    Were you aware that there was a GNETS program
23  serving DeKalb and Rockdale?
24      A    I know that there are GNETS programs
25  servicing -- that public schools have access to GNETS



1  programs, so -- and I believe one of them is called

2  Mainstay.  I just can't -- I'm not sure which one it is,

3  so...

4      Q   Let's talk a bit about South Metro.  You

5  mentioned that there is some ongoing support that's

6  occurring from View Point staff to South Metro GNETS.

7  Can you describe what that entails?

8      A   That is a separate contract that we contract

9  directly with, or Clayton County Schools or South Metro

10  GNETS contracts directly with View Point Health for one

11  or more clinicians.  I believe it might be two clinicians

12  that go in and provide services for those that are in

13  need of behavioral health services.

14      Q   So I'm going to show you a couple more

15  documents.  The first is a cover sheet, and this -- these

16  are documents produced by View Point, and the next will

17  be the attachment.  Give me one second.

18          And just for the record, this is VPH000009.

19  The title is "Non -- Non-Apex Services and Staff:

20  Schools, Settings, & Times of Services."

21          And this was a document produced by View Point

22  Health to the United States in response to our subpoena.

23  I'm now just going to quickly show you the document.

24          MS. COHEN:  Are we going to mark it, Patrick?

25          MR. HOLKINS:  I'm sorry?



1          MS. COHEN:  Are we going to mark it?

2          MR. HOLKINS:  We have.

3          MS. COHEN:  Yeah.

4          MR. HOLKINS:  Oh, if -- I think we -- I said

5    this is Exhibit 516 (sic).

6          MS. COHEN:  Thank you.

7          MR. HOLKINS:  Thank you, Franny.

8          (Plaintiff's Exhibit 515 was marked for

9    identification.)

10         MR. HOLKINS:  So let's set that aside.

11         (Plaintiff's Exhibit 516 was marked for

12   identification.)

13     Q   BY MR. HOLKINS:  For the record, this is

14   Exhibit 517 (sic), and it is the document that follows,

15   the cover sheet that I just shared.  The Bates stamp that

16   we received from View Point is VPH000009.002.

17         Can you still see the document in South Metro

18   GNETS?

19     A   Yes.

20     Q   Does this document list the View Point staff

21   that are working at South Metro GNETS as you described?

22   And I will give you control of the document so you can

23   review.  You should have control.

24         MS. COHEN:  I'm sorry, I'm hearing from the

25   peanut gallery that this document is 515.  Is that what



 1  you -- you are showing?

 2          MR. HOLKINS:  So this should actually be -- I

 3  did skip a number.  So this should be 516, and then the

 4  e-mail should be 515.

 5          MS. COHEN:  Okay.  Thanks.

 6          THE WITNESS:  So I would need to -- I would

 7  need to check with other staff to confirm whether these

 8  are the team members, because I personally don't know the

 9  team members' names, but...

10      Q   BY MR. HOLKINS:  Who would be in the best

11  position to confirm whether these are the staff assigned

12  to South Metro GNETS by View Point Health?

13      A   Chad Jones.

14      Q   And what's your understanding of what services

15  these individuals are providing at South Metro GNETS?

16      A   My understanding is that they provide

17  behavioral health assessments and individual counseling.

18      Q   Do you have any understanding of whether those

19  services are provided to students at South Metro GNETS

20  other than by these clinicians?

21      A   Say that again.

22      Q   Yeah, let me try that again.

23          I'm trying to understand whether these are new

24  services that are being offered at South Metro GNETS

25  through these clinicians.



1        A    What do you mean by "new services"?

2        Q    Was South Metro GNETS offering the same

3    services that you mentioned -- individual counseling,

4    behavioral health assessments -- before these clinicians

5    were embedded in the program?

6        A    Not that -- I don't -- I don't know the -- I

7    don't know what they were doing before we were involved.

8        Q    Does View Point Health have contracts with any

9    other counties to provide behavioral health assessments

10   and individual counseling in other GNETS programs?

11       A    So I believe we -- I would have to check on

12   that.  I would have to check to see.  I know for sure

13   that we have one with South Metro GNETS.  I would have to

14   check to see if we have any others, because I know that

15   we have -- we had talked about that need, but I'm not

16   sure if we've actually -- have a contract on clinicians

17   yet.

18       Q    And would you ask Chad Jones about that as

19   well?

20       A    Yes.

21       Q    Okay.  To your knowledge, are the staff that

22   are identified here assigned full-time to South Metro

23   GNETS?

24       A    I don't know that.

25       Q    And how long has this been occurring?



1     A   I would have to check on that as well, or we

2  can -- we can ask Chad.

3     Q   We'll just put a pin on this, and we'll

4  revisit --

5     A   Thank you.

6     Q   -- with Mr. Jones tomorrow.

7         Outside of the embedded clinicians that you

8  just described at South Metro GNETS, are you aware of any

9  ongoing collaboration between View Point Health and GNETS

10  programs?

11     A   I do believe that some of the individuals that

12  we serve in our care management entity, in our High

13  Fidelity Wraparound, might also be involved in -- in

14  GNETS, in -- in a GNETS program, but I don't know that

15  for sure, but I...

16     Q   Is it possible for a student enrolled --

17  currently enrolled in a GNETS program to be participating

18  in High Fidelity Wraparound through View Point Health?

19     A   Yes.

20     Q   Do you have a ballpark figure for the number of

21  children from the three counties in your catchment

22  area -- Newton, Gwinnett and Rockdale -- that are

23  referred on an annual basis to GNETS program from their

24  local schools?

25     A   I do not know that.



1        Q    Is that something that, to your knowledge, View
2    Point is tracking?
3        A    No.
4        Q    They are not?
5        A    Not to my knowledge.
6        Q    Does View Point Health coordinate with the
7    Georgia Advocacy Office?
8        A    Yes.
9        Q    With respect to what?
10       A    I know that Chad Jones has been contacted by
11   the Georgia Advocacy Office for advocating for children
12   who are needing access to services.  I know that there
13   has been a good relationship between View Point and the
14   Georgia Advocacy Office in just trying to ensure that
15   services are available and to the youth.
16       Q    And is -- what's your understanding of the role
17   of the Georgia Advocacy Office in the Georgia System of
18   Care?
19       A    They -- they advocate for children to make sure
20   they've got equitable access to the needs or to the
21   services that they need, and they are -- that's my
22   general understanding of it.
23       Q    I want to go back to your coordination with
24   local schools and ask you just a few more questions about
25   that.



1        A    Okay.

2        Q    Do you -- does View Point Health share data

3   with respect to student outcomes, for example, with local

4   schools within its catchment area?

5        A    I would have to check on that to see if we are

6   sharing data with our schools.  I know that we've got

7   agreements where we keep separate records, of course,

8   because it's protected health information, so there might

9   be some general data as far as number served that -- that

10  we do share.  I would have to check to see if there is

11  any particular health outcomes that we share.

12       Q    Are you -- are you familiar with the monthly

13  reporting that View Point makes to the Center of

14  Excellence and DBHDD in connection with its Apex Program?

15       A    I don't review it on a regular basis, but I do

16  know that there is reporting.

17       Q    Do you know whether the data being reported

18  through those monthly reports to DBHDD and the Center of

19  Excellence has shared with participating schools?

20       A    I would have to check on that.

21       Q    Do you sit on any statewide committees?

22       A    Other than the ones that we mentioned earlier

23  through the Georgia Association of Community Service

24  Boards?

25       Q    Yes, other than that one.



1    A   I'm trying -- I don't -- I don't believe so,

2  statewide committees.  I'm trying to think.  I do serve

3  on -- I serve on a variety of committees, but I'm trying

4  to make sure that I recall one.

5    Q   Let me be a little bit more specific.  Are you

6  involved in the Interagency Directors Team?

7    A   Oh, I am not, the IDT meeting.  View Point has

8  had a seat in that committee, and currently I believe

9  it's Chad Jones that participates in that.  Prior to that

10  it was Tammy Conlin, who was a former employee.  So we do

11  have a seat, and I have designated that.

12    Q   Okay.  And what about the Georgia Educational

13  Climate Coalition; do you participate?

14    A   I do not.

15    Q   Do you know if anyone does on behalf of View

16  Point?

17    A   The Georgia Educational Climate, is that --

18    Q   Coalition.

19    A   Coalition.  Not that I can recall, but that --

20  it's possible.

21    Q   What about the Behavioral Health Coordinating

22  Council?  Are you familiar with that entity?

23    A   That is the entity that the Interagency

24  Directors Team reports up to, right?  That's shared by

25  the commissioner of DBHDD.  I'm familiar with it.  I



1   don't serve on it.

2       Q   Do you participate in meetings of the BHCC?

3       A   No.  I have not participated in meetings that I

4   can recall.

5       Q   All right.  So give me a second.  I am going to

6   now pull up some contracts --

7       A   Okay.

8       Q   -- between View Point Health and DBHDD and ask

9   you some questions.

10      A   Okay.

11          MR. HOLKINS:  So I think we are now on 517.  Is

12  that right?

13          THE COURT REPORTER:  Yeah.

14          (Plaintiff's Exhibit 517 was marked for

15  identification.)

16      Q   BY MR. HOLKINS:  So I have just published what

17  we are marking as Exhibit 517.  This was produced by View

18  Point Health in response to your subpoena.  The Bates

19  number is VPH000005.022.

20          Based on the top of the document, this appears

21  to be an FY 2023 contract between View Point Health and

22  DBHDD for the Georgia Apex Program.

23          I am going to give you control of the document.

24  There is no need to review this line by line, but I just

25  want to give you a chance to familiarize yourself.



1           MS. COHEN:  Are we going to give it an exhibit
2    number?
3           MR. HOLKINS:  We did.
4           MS. COHEN:  Oh, we did.  Okay.  Sorry.
5           THE WITNESS:  Okay.  All right.
6       Q   BY MR. HOLKINS:  So I will take control of the
7    document back.
8           Ms. Hibbard, you signed this contract, correct?
9       A   Uh-huh.  Yes.
10      Q   Could you briefly describe what the Apex
11   Program is and what it seeks to do?
12      A   The Apex Program seeks to embed clinicians,
13   licensed behavioral health clinicians into the local
14   public schools to improve access to care for youth.
15      Q   Do you believe that the program is succeeding
16   in that goal?
17      A   Yes.
18      Q   Based on what?
19      A   Based on the reports that we get from our
20   clinicians and our school partners, and the -- being able
21   to increase access and services to kids, because we are
22   able to coordinate that care with the school and provide
23   those services within the school, and it's -- it's
24   been -- it definitely has helped.
25      Q   I want to direct you to some of the texts on



1   the first page of this contract.  It states on the

2   left-hand side that the total obligation under this

3   contract is $831,649.  Do you see that text?

4        A   Yes.

5        Q   That's the total amount of the -- of funds

6   allocated by DBHDD to View Point to support the Apex

7   Program; is that correct?

8        A   Yes.

9        Q   Under that there is $50,000 -- there's a line

10  item for $50,000 after "Federal."  Do you see that text?

11       A   Yes.

12       Q   What is that?

13       A   It's my understanding that when the Department

14  of Behavioral Health and Developmental Disabilities

15  receives their funds, they have some that are funded from

16  a federal level and some that are funded at a state

17  level, and they account for them separately in those

18  contracts.

19       Q   This is all passed through the state?

20       A   Yes.  It's all -- so DBHDD has both federal and

21  state.

22       Q   How did View Point or DBHDD arrive at this

23  figure of $831,649 for the allocation for this fiscal

24  year?

25       A   We -- I believe they put out a request -- a



 1  request for proposals, and we submitted a budget and

 2  applied for that.

 3      Q   And is that something that View Point is doing

 4  on an annual basis?

 5      A   Yes.

 6      Q   Are you familiar with the terms Apex 1.0, 2.0,

 7  and 3.0?

 8      A   Yes.

 9      Q   What's the difference between them?

10      A   The first grant or the first contract that was

11  out was 1.0, and -- and then we were able to expand and

12  add as the program grew.

13      Q   So 1.0 was the initial allocation of funds by

14  the state.  2.0 was an expansion --

15      A   Yes.

16      Q   -- allocation?

17          And 3.0 is what?

18      A   Is another expansion.

19      Q   Another expansion.  Okay.  And have -- and View

20  Point has taken advantage of each of those expansion

21  grants to add more schools?

22      A   Yes.

23      Q   So if you bear with me, I'm going to scroll

24  down to the portion of the contract that includes the

25  deliverables and the requirements for the -- for View



1   Point Health and for the State.  Give me one second.

2          I'll just first note here that on page 2 you

3   are identified as the point person for View Point Health,

4   correct?

5      A   Yes.

6      Q   And Layla Fitzgerald is identified as the point

7   person for the Georgia Department of Behavioral Health

8   and Developmental Disabilities?

9      A   Yes.

10     Q   I'll just quickly note for the record -- this

11  is on page 20 of Exhibit 517 -- that this was signed by

12  you on August 11 of 2022.

13     A   Correct.

14     Q   All right.  I have arrived at page 23 of -- of

15  Exhibit 517.  This is the deliverables for the Georgia

16  Apex Program.  Have you seen this document before?

17     A   Yes.

18     Q   And if we go to the next page, which is page 24

19  of this document, it lists responsibilities for the

20  community provider, and that would be View Point Health

21  in this instance?

22     A   Yes.

23     Q   Before I ask about specific responsibilities,

24  how, to your knowledge, is DBHDD assessing whether View

25  Point Health meets its obligations under this contract as



1   listed on page 24?

2        A    I believe we submit programmatic reports.

3        Q    Any other way?

4        A    Not that I am aware of.

5        Q    Are you also aware of a monthly progress report

6   that View Point Health submits in connection with the

7   Apex Program?

8        A    That's what I called the programmatic report.

9        Q    Okay.

10       A    Maybe I called it the wrong name, but...

11       Q    Okay.  So I want to direct you first to the --

12   the text after number one, which describes the purpose of

13   the Georgia Apex Program funds as being "designed to

14   provide infrastructure/seed funding to cover expenses

15   that providers cannot bill as providers establish and

16   grow their school-based mental health programs."

17            Further down in that same entry, the contract

18   reads, "As provider billable thresholds grow concurrently

19   with SBMH program growth, as a best practice, providers

20   are encouraged to utilize unencumbered

21   infrastructure/seed funding realized by the increase in

22   billables to add schools."

23            So what's your understanding of what this

24   responsibility means?

25       A    So as we are -- so there is a -- a fair amount



1  of nonbillable work that the clinician does in

2  establishing the relationship with the school counselors

3  at the local level and making -- making sure that

4  counselors know and understand who to refer and how that

5  process goes.

6          There is also some opportunities for our school

7  counselors to conduct educational opportunities with the

8  children and with families that are not necessarily

9  billable services.  And so once that -- and there is --

10 this number one states that we understand that that is

11 going to be more of -- there is going to be more of that

12 time early on in establishing that relationship among the

13 school and among the students and families that attend

14 that school.

15         And then as that relationship is established,

16 there's gonna be an assumption that there is gonna be

17 more referrals made and more time spent providing direct

18 services and being able to bill.  And as that is

19 achieved, then we can potentially expand and use some of

20 our contracted funds that are not being used with that

21 one particular clinician to maybe add another clinician

22 at another school to establish that same relationship and

23 then get them up and billing.

24     Q   Thank you.  That was really helpful.

25         And has that occurred in practice?



1      A    Yes.

2      Q    So is it fair to say View Point Health has used

3   funds that initially were intended to build relationships

4   to those nonbillable activities to expand the number of

5   clinicians?

6      A    Yes.

7      Q    Okay.  The -- under this same responsibility,

8   the contract reads, "Providers are required to maximize

9   utilization of alternative funding streams including

10  third-party payers, e.g., Medicaid, private insurance, et

11  cetera."

12         What efforts is View Point undertaking to

13  maximize utilization of alternative funding streams?

14     A    So when a child is referred who has Medicaid,

15  we bill the Medicaid services if that is available for

16  that child.

17     Q    Anything else?

18     A    With Gwinnett County Public Schools, they

19  utilized some of their own funds to provide us a contract

20  to add additional clinicians to their schools in addition

21  to the funding that we get from the State.

22     Q    Are you aware of any efforts by DBHDD, aside

23  from the monthly programmatic reports which you

24  referenced earlier, to assess whether in fact View Point

25  is maximizing utilization of alternative funding sources



1  consistent with this contract?

2      A   Not that I -- not that I'm aware of.

3      Q   I want to direct you to number 3 under

4  "Responsibilities" which references, "targeted schools

5  will be selected based on factors including, but not

6  limited to, Title I status, attendance data," and a

7  number of other factors.

8          I want to ask you whether View Point Health has

9  any role in identifying or selecting the schools that

10  participate in Apex?

11     A   So it's been my experience that the school

12  system themselves prefer to identify the schools where

13  they want to have Apex clinicians utilized, and that

14  is -- they do utilize data that they have themselves

15  through their own counseling and school social work

16  departments to determine where that need is.  Because the

17  need is great, but our resources are limited.  So

18  that's -- that's been our experience that we go with the

19  school.

20     Q   Do you know whether the number of students

21  being referred by a school district to GNETS is one of

22  the points or criteria being used to determine whether a

23  school should participate in Apex?

24     A   I don't know.

25     Q   Do you know if anyone in your organization



1   would have knowledge about that?

2       A   I don't know.  Chad Jones might, but I don't

3   know if -- I -- I had not heard if that was being used.

4       Q   Do you think it would make sense, it would be a

5   good practice to be considering the number of children

6   being referred to GNETS in identifying whether schools

7   should participate in Apex?

8       A   I don't.  I don't know.  There is a lot of

9   factors to determine, and the need is really, really

10  great, so I just -- I just don't know if that's the

11  number one.

12      Q   Is it fair to say that the provision of Apex in

13  the three-county area that View Point serves is not

14  sufficient to meet the need presently?

15      A   I think that there -- I think that that's fair

16  to say; that -- that we could -- we could expand upon

17  that because of the need, uh-huh.

18      Q   Has there been any specific assessment of the

19  need for services through Apex in your catchment area?

20      A   Not specifically.  I do know that the Gwinnett

21  County schools has data, and they are looking at the --

22  the need across their schools, and they have identified

23  the need to expand, which is why they elected to use some

24  of their own funds to add additional clinicians.  They

25  have also expressed the need to -- to -- we -- we are



1  struggling even right now finding the workforce to fill

2  the vacancies of those positions, so -- so the demand is

3  definitely there.

4       Q   Do you -- do you know how the need is being

5  measured by Gwinnett County?

6       A   I know of one marker that they have shared,

7  which is the number of suicide attempts and number of

8  suicide ideation at each school.  They have surveyed the

9  staff.

10      Q   Are you --

11      A   Or, sorry.  They have surveyed the children.

12      Q   I'm sorry.

13          Are you aware of any effort, separate from what

14  you have described in connection with Gwinnett County,

15  any effort by DBHDD to assess a need for Apex services on

16  a system-wide basis?

17      A   Not that I am aware of.

18      Q   Any specific analysis of the need performed by

19  the State in View Point's catchment area?  Are you aware

20  of that?

21      A   Not that I'm aware of.  I -- I would -- I would

22  think that there would be something out there.  I just --

23  nothing that I am recalling offhand.  I do believe -- I'm

24  sorry.

25      Q   Please go ahead.



1        A    I do believe I had seen a report.  It might

2   have been a couple of years ago where there was a DBHDD

3   Apex report, kind of a statewide progress report.  I'm

4   recalling that, but I -- I haven't seen it.

5        Q    Was this likely an annual program evaluation in

6   connection with the Apex Program?

7        A    I believe so.

8        Q    Do you recall whether that report included any

9   statewide assessment of the need for Apex?

10       A    I can't -- I'm -- I'm really foggy on the

11  specifics.  It seems like it was a couple of years ago,

12  so I'm sorry.

13       Q    That's fine.

14            I want to focus you on the section titled

15  "Deliverables" in this contract.

16       A    Uh-huh.

17       Q    I'm on page 25 of the document, and

18  specifically the text under "Difference Made."  Bullet

19  one under "Difference Made" reads:  "Of the students

20  served by Apex, what percent required a higher level of

21  care such as short-term crisis stabilization, or extended

22  residential treatment.  Include monthly and aggregate

23  totals."

24            And this is information that View Point reports

25  to DBHDD and the Center of Excellence on a monthly basis,



1   correct?

2        A   Yes.

3        Q   And do you interpret this to mean -- well, let

4   me just ask.  What do you interpret "higher level of

5   care" to mean in this context?

6        A   I interpret that to be higher level than the

7   Apex level of care.  So Apex is individual counseling at

8   an outpatient basis with an individual therapist, and I

9   would interpret a higher level meaning they needed to be

10  referred to the care management entity.  They needed to

11  be referred to intensive family intervention.  They

12  needed, you know, another level of care, even crisis

13  stabilization.  Anything other -- higher than the Apex

14  level.

15       Q   Would you consider placement in GNETS a higher

16  level of care for purposes of this contract?

17       A   I would -- I -- I don't think so, because we're

18  talking about -- when I think of level of care, I think

19  of a billable Medicaid service from the provider manual

20  as opposed -- you know, that's a health service.  So...

21       Q   To your knowledge, is View Point tracking the

22  number of students who receive Apex services and then go

23  on to be placed in a GNETS facility?

24       A   I would have to check on that.  I don't know if

25  that's what we track.



1       Q   Do you think it would be valuable to be

2    tracking that information?

3       A   I think it would be valuable to track that

4    information.  I don't know if that's a requirement of our

5    report.

6            MR. HOLKINS:  We've had a request for a break,

7    and I think we can just maybe take a quick one now.  We

8    will go back on record briefly, and then we will break

9    for lunch.

10           THE WITNESS:  Okay.

11           THE VIDEOGRAPHER:  We are off the record at

12   11:44 a.m.

13           (The deposition was at recess from 11:44 a.m.

14   to 11:55 a.m.)

15           THE VIDEOGRAPHER:  Back on the record at

16   11:55 a.m.

17      Q   BY MR. HOLKINS:  Ms. Hibbard, I just want to

18   revisit briefly the last thing that we were talking

19   about, which is the "Deliverables" under View Point's

20   Apex contract with DBHDD for FY '23.  And this is Exhibit

21   517.

22           So specifically we were talking about higher

23   levels of care, and I think you referenced them being

24   Medicaid billable services.  Can you explain what you

25   mean by that?



1      A   So levels of care are just the array of

2   services that we offer, and they kind of vary in

3   intensity.  So outpatient level of care, which is the

4   Apex Program, is individual counseling.  And then as you

5   move up in intensity of need, the services are more

6   intense, so they would vary.  Like I mentioned, intensive

7   family intervention or crisis stabilization unit, that's

8   a -- those are higher levels of care.

9      Q   If a -- if a child is placed in a Juvenile

10  Justice facility, would that be considered a higher level

11  of care for purposes of this report?

12     A   That is outside of -- that would be kind of

13  like a different placement, and it would be kind of

14  outside of the services that we provide as a level of

15  care.  It would be kind of referred out.

16     Q   Fair.  But I know you are considering -- you

17  are conceptualizing level of care to be exclusive to View

18  Point?

19     A   Or to a -- or to a healthcare service.

20     Q   To a healthcare service.

21     A   Yeah.  So I guess, yeah, getting a different

22  placement into a Juvenile Justice facility, that would be

23  a higher need to justify that.

24     Q   Would you agree that one of the goals of the

25  Apex Program is to help meet the needs of children in the



1   lowest level of care?

2        A    To help meet the needs of children in the

3   lowest level of care, I would think that the -- the Apex

4   Program aims to prevent children from needing to go into

5   those other higher services, so yeah.

6        Q    That puts it better.  So the goal is to

7   maintain children --

8        A    Right.

9        Q    -- in their existing local schools --

10       A    Right.

11       Q    -- in communities and avoid placement in higher

12   levels of care?

13       A    Yes.  It's an early intervention.

14       Q    Do you think that one of the goals of the Apex

15   Program should be to prevent students from being placed

16   in GNETS unnecessarily?

17       A    I think that would make sense.

18       Q    Are you familiar of -- are you familiar with

19   the continuum of care -- what the continuum of care means

20   in an education context?

21       A    Say that again, please.

22       Q    Are you familiar with the -- the concept of

23   continuum of services in the education context?

24       A    I'm familiar with the continuum of care from a

25   healthcare perspective as far as all of the services that



1   are available for healthcare behavioral health

2   intervention.  Not quite as familiar with the educational

3   component of continuum of care.

4       Q   So you wouldn't be able to say, for instance,

5   the -- the steps that would occur in between or should

6   occur in between full integration in a general education

7   classroom and then placement in a restrictive setting

8   like GNETS?  We should be able to identify the steps

9   between those two extremes?

10      A   No, I don't think that is something that I'm

11  familiar with in my realm.  I feel like that is something

12  that the school is really in charge of.

13      Q   So is it fair to say, as you explained it, that

14  the continuum of care referenced in this contract refers

15  to health services?

16      A   Yes.

17      Q   Not placement in GNETS?

18      A   Correct.

19      Q   But you would agree that it should be a goal of

20  the Apex Program to divert children from unnecessary

21  placement in GNETS?

22      A   I would say that I -- it would be an effective

23  outcome of the Apex services to try to prevent children

24  from being placed out of their school.

25      Q   And do you have a sense, sitting here today,



1  whether the Apex Program is being leveraged toward that

2  specific goal?

3     A   I don't know because I -- I am not real clear

4  on the schools once they make those referrals of the kids

5  to Apex, if they are utilizing that as a -- as a marker.

6  So it's hard to -- it's hard to say.

7     Q   Have you ever been to a GNETS facility

8  personally?

9     A   Yes.

10    Q   Which one?

11    A   I have been to Oakland Meadow, which is just

12 down the street.  It's part of -- I believe it's a GNETS

13 school for Gwinnett County, Oakland Meadow.

14    Q   It's called Oakland Meadow?

15    A   Uh-huh.

16    Q   Do you know whether View Point provides any

17 support or services for students enrolled at Oakland

18 Meadow?

19    A   Not to my knowledge.  I was there for a

20 meeting.  This school provides -- mostly serves

21 individuals or children with severe and profound

22 developmental disabilities.

23    Q   Has View Point Health ever been engaged by a

24 State agency, for example, to assess the quality or

25 effectiveness of behavioral health services and



 1   interventions provided in a GNETS setting?

 2       A   Not that I can think of.  That's a possibility,

 3   but I can't think of a specific instance.

 4       Q   Do you have any knowledge of Apex staff at View

 5   Point Health making referrals to GNETS for enrolled

 6   clients?

 7       A   Making referral -- so an Apex student who is

 8   enrolled in Apex and a staff member recommending to go to

 9   GNETS?

10       Q   Correct.

11       A   Not that I'm aware of.

12       Q   Ms. Hibbard, is it fair to say that GNETS is

13   not a higher level of behavioral healthcare that Apex

14   clinicians refer to?

15       A   Say that one more time.

16       Q   Is it fair to say that GNETS is not a higher

17   level of behavioral care that Apex clinicians refer to?

18       A   I would think that that's -- yes.

19       Q   Do you think it's important that students be

20   served in their local school district whenever possible?

21       A   Yes.

22       Q   Why?

23       A   I believe in early intervention and the least

24   restrictive environment when -- when at all possible.

25       Q   Why does that matter?  What's the benefit of



1  serving a child wherever possible in their local school

2  district?

3      A   To be less disruptive to the child and to have

4  them have access to their home and their known

5  environment.

6      Q   Can you explain how it would impact children to

7  be removed from their home environment, as you say, in

8  order to access needed services?

9      A   Every child is different, but I would be

10  concerned about any sort of disruption creating an

11  adverse childhood experience and could potentially impact

12  that child in a negative way.

13      Q   Can you explain what you mean by the term

14  "adverse child experience" or ACE?

15      A   Uh-huh.  Yeah.  An adverse child -- childhood

16  experience is something that could occur that would

17  potentially result in the child experiencing some sort of

18  trauma.

19          MR. HOLKINS:  So I actually think this is a

20  good time for us to go ahead and take our lunch break.  I

21  think an hour is totally fine.

22          We can go off the record.

23          THE VIDEOGRAPHER:  Off the record at 12:05 p.m.

24          (The deposition was at recess from 12:05 p.m.

25  to 1:08 p.m.)



1          THE VIDEOGRAPHER:  We are back on the record at

2    1:08 p.m.

3          Q   BY MR. HOLKINS:  Welcome back, Ms. Hibbard.

4          A   Hi.

5          Q   I would like to jump right in to another

6    exhibit, and this is a previously marked exhibit, Exhibit

7    82.  Give me a second and I will put it on the screen.

8              I've just published what was previously marked

9    as Exhibit 82.  This is known as the GNETS rule.  I will

10   give you a moment, Ms. Hibbard, to briefly review the

11   document, and just let me know when you are finished.

12   You should have control.

13         A   I'm not sure I have control.

14         Q   You are not able to click.  Let me see if I

15   can.

16             THE VIDEOGRAPHER:  Oh, I changed it to the

17   "other witness."  I'm sorry.  There should be two witness

18   windows.  It's that one.

19             MR. HOLKINS:  It should be the second witness?

20         Q   BY MR. HOLKINS:  Try now.

21         A   Yeah.

22             MR. WOODRUM:  And so this was previously

23   admitted, I assume at another deposition?

24             MR. HOLKINS:  Correct.  Yes.  This was admitted

25   in the deposition of the State agency employee.

1              MR. WOODRUM:  Okay.  And when you say "rule,"

2    this looks like a Georgia Department of Education rule?

3              MR. HOLKINS:  Yes.  This is a rule developed by

4    the Georgia Department of Education.

5              THE WITNESS:  This is my first time to see

6    this, so how -- how much do you want me to --

7         Q   BY MR. HOLKINS:  That's fine.  There is no need

8    for you to review it line by line.  That was going to be

9    my next question, whether you had seen this before.

10        A   Okay.

11        Q   This is the first time you have seen this

12   document?

13        A   Yes.

14        Q   Okay.  I'm not going to ask you in depth about

15   the document.  I do want to point you to one specific

16   piece of it --

17        A   Okay.

18        Q   -- that involves community providers --

19        A   Okay.

20        Q   -- of behavioral health services, and then it

21   will be the source of the questions.

22        A   Okay.

23        Q   Just let me know when you are ready.

24            Okay.  I'm taking control back.

25            So I want to move to page 5 of the document,



1    and just so it's clear, these pages show the

2    responsibilities of, among other things, the GNETS

3    programs under this rule.  One of those responsibilities

4    is listed at No. 13.  It reads, "To the maximum extent

5    possible, collaborate with community service providers to

6    coordinate the delivery of mental health services and/or

7    family support."

8          Do you see that text?

9      A    Yes.

10     Q    Were you aware before today of this

11   responsibility for GNETS programs to collaborate to the

12   maximum extent possible with community service providers?

13     A    I was not familiar with this document and this

14   whole rule.

15     Q    And that includes that specific requirement?

16     A    Yes.

17     Q    And do you -- would you understand community

18   service providers as referenced here in this text to

19   include community service boards?

20     A    Yes.  I would interpret it that way.

21     Q    And so just to be clear, have you ever received

22   any communications from a director of a GNETS program,

23   for instance, Mainstay, about collaborating with View

24   Point to the maximum extent possible to coordinate the

25   delivery of mental health services?



1      A    Would a communication from the Clayton County

2    Schools qualify as that?

3      Q    No.

4      A    Yes.

5      Q    So that would be one example?

6      A    Yes.

7      Q    And can you call -- recall any other instances

8    when you've been contacted by a director of a GNETS

9    program about collaborating with View Point to coordinate

10   the delivery of mental health services?

11     A    The time that I visited Oakland Meadow was a

12   community kind of advocacy meeting with the school

13   officials, and I was a part of that discussion.  It

14   wasn't to provide services directly there.  It was just

15   having a -- an awareness, an advocacy meeting at that

16   location, and the schools had invited us to do that.

17     Q    Just to go back to my question, aside from the

18   Clayton County example that you cited, can you recall

19   another instance when you have been communicated by -- or

20   you've been -- you've received a communication from a

21   GNETS program about coordinating the delivery of mental

22   health services?

23     A    I think that's the only one that I can recall

24   or that contacted me directly.

25     Q    Okay.  And have you received any direction from



JENNIFER HIBBARD                                October 20, 2022
UNITED STATES vs STATE OF GEORGIA                            108

 1  the Georgia Department of Education with respect to this
 2  responsibility of the GNETS programs, to the maximum
 3  extent possible, collaborate with community mental health
 4  providers?
 5      A   Not to my knowledge.
 6      Q   Have you received any communications from local
 7  education agencies or RESAs with respect to this
 8  obligation, that GNETS programs collaborate to the
 9  maximum extent possible with community service providers?
10      A   Not to myself directly.
11      Q   Would you expect that communication to come to
12  you?
13      A   It could also come to somebody else on the View
14  Point Health team.  That's a possibility.
15      Q   Who would you expect to receive those
16  communications if not you?
17      A   Somebody -- either Chad Jones or somebody on
18  the -- the team that he supervises.  It -- I'm thinking
19  in particular the care management entity team.
20      Q   Do you think that there are opportunities to
21  expand collaboration between View Point, your
22  organization, and the GNETS programs?
23      A   Yes.
24      Q   What kind of opportunities do you think would
25  be worth pursuing in that realm?



 1        A    If there is a need for -- to fulfill this item

 2    here, number 13, to collaborate with community service

 3    providers to provide mental health services, as the State

 4    safety net, I feel like that would be an opportunity for

 5    View Point Health.

 6        Q    Has this requirement ever come up in

 7    discussions with the other CSBs during the association

 8    meetings that you described earlier?

 9        A    Not that I can recall.

10        Q    To your knowledge, do View Point clinicians

11    play any role in the assessment of whether children who

12    have been referred for GNETS placement are ultimately

13    placed in GNETS?

14        A    Not that I am aware of.

15        Q    Are you familiar with the term "IEP"?

16        A    Yes.

17        Q    What does IEP stand for?

18        A    Individual education plan.

19        Q    Do members of View Point staff participate in

20    IEP meetings?

21        A    I believe so.

22        Q    Is that for students who are participating in

23    the Apex Program?

24        A    Yes.

25        Q    And what is the role of View Point staff when



1    they participate in those IEP meetings?

2        A    To provide input based on their clinical

3    knowledge.

4        Q    Do you think it's important for clinical

5    perspectives to be represented in IEP team meetings?

6        A    Yes.

7        Q    Why is that?

8        A    Because they are a professional that has

9    information and knowledge about that child's well-being

10   and what could potentially warrant some additional

11   supports.

12       Q    Do you think that...

13           Do you view it as part of the role of View

14   Point staff when participating in these IEP team meetings

15   for Apex participating students to assess whether their

16   needs can be met within the local school district and

17   avoid unnecessary GNETS placements?

18       A    That might be a little out of scope for the

19   clinician.  Their role is to assess their behavioral and

20   emotional needs, so their educational needs would be more

21   on the role of the school.

22       Q    Would you expect the clinician to be involved

23   in identifying specific services and supports and

24   interventions that could be provided to meet their needs

25   in the local school district setting?



 1      A   Yes.

 2      Q   All right.  Let's set this aside.

 3          I want to show you another document.  This is

 4  also something that has been previously marked in the

 5  course of this litigation.  Give me one second.

 6          I've just published what was previously marked

 7  as Exhibit 22.  This is, if you flip to the second page,

 8  the Georgia Apex Program Annual Evaluation Results for

 9  July 2019 to June 2020.  I made this -- I believe this

10  may be the document that you were thinking --

11      A   Yes.

12      Q   -- about earlier; is that right?

13      A   Yes, this is the one I recall.

14      Q   Okay.  I'm happy to give you a moment if you

15  want to flip through.  I have a question specifically

16  about page 21, but you are welcome to review the document

17  globally if you like.  I will give you control now.

18      A   Okay.

19          Okay.  You said page 21?

20      Q   Page 21.

21      A   Okay.

22      Q   So you flip to that page, and I will just note

23  for the record that the title of this slide, if I can

24  move this a little bit, is "Top Three Referral Reasons."

25  And it says -- referring to referrals to the Apex Program



1   during the relevant time period.  The chart shows that

2   the top three referral reasons are classroom conduct,

3   behavior outside classroom, and depression.  Is that

4   accurate?

5       A   Yes.

6       Q   Ms. Hibbard, do you know what evidence-based

7   practices would be effective in addressing problems

8   relating to classroom conduct?

9       A   It would -- I think it would have to be --

10  there would need to be an assessment, a behavioral health

11  assessment, and then an individualized treatment plan

12  developed to be able to determine what was the underlying

13  cause for the classroom misconduct.

14      Q   And what is your expectation for the

15  evidence-based practices that should be provided to

16  address the issues relating to behavior outside

17  classroom?  Would it be the same?

18      A   Yeah.  Those are pretty broad categories, so I

19  think the clinician would want to know what would be some

20  of the contributing factors before stating what would be

21  the best course of treatment.

22      Q   Are there additional evidence-based practices

23  that you would expect to be used in addressing issues

24  relating to depression, which is the number three

25  referral reason?



JENNIFER HIBBARD                                          October 20, 2022
UNITED STATES vs STATE OF GEORGIA                                      113

1      A    So for -- for depression, as well as other

2    behavioral health symptoms, the evidence-based practices

3    that are utilized by our Apex clinician include

4    motivational interviewing, cognitive behavioral therapy,

5    and play therapy.  Those are kind of the primary ones or

6    the most frequently used.

7      Q    And do Apex staff at View Point receive

8    training on providing or conducting behavioral health

9    assessments consistent with the evidence-based practice?

10     A    Trainings are made available to them.  I would

11   need to check to see if they're taking advantage of all

12   of those trainings.

13     Q    Do you know whether or not those trainings are

14   required?  Is it just optional for staff to participate

15   in those trainings on behavioral health assessments?

16     A    There are some trainings that are required that

17   are part of the annual program that we -- the training

18   program that we have.  Some of them are the ones that I

19   stated earlier, but I know the one that's required is

20   AMSR, which is the assessing and monitoring of

21   suicidality.

22     Q    I know that you described some general

23   evidence-based practices that would be used when there

24   are issues with classroom conduct and behavior outside

25   classroom, specifically including behavioral health



1  assessments and individual treatment plans; is that

2  accurate?

3      A   Yes.

4      Q   And then what evidence-based practices would be

5  considered after -- or based on the results of those

6  assessments and treatment plans?

7      A   That's where I said cognitive behavioral

8  therapy and motivational interviewing and play therapy.

9      Q   Okay.  Anything else that you can think of?

10     A   I am sure there are other modalities.  Those

11  are the ones that are frequently utilized, but the

12  clinicians do have -- each clinician has other

13  specialized training that they can employ based on the

14  need.

15     Q   Do you receive any guidance from DBHDD or the

16  Center of Excellence, for that matter, with respect to

17  what evidence-based practices or promising practices View

18  Point should be using to address these top three referral

19  reasons?

20     A   It's consistent with the ones that -- that I

21  have listed.  In addition to, there is a policy

22  regarding -- excuse me -- regarding suicide screening,

23  which is the DBHDD policy that names AMSR as the

24  methodology to use.

25     Q   I think you referenced some specialized



1    training that View Point staff are able to receive --

2         A    Uh-huh.

3         Q    -- on these evidence-based practices.  Is that

4    accurate?

5         A    Yes.  From time to time we offer training

6    that -- that's made available to our staff.

7         Q    Can you describe what that specialized training

8    is?

9         A    I would have to pull up our training calendar

10   to take a look at that because it -- it varies based on

11   the staff need and the trainings that we have available

12   at the time, so it does -- we can get that information.

13        Q    So let's just sit tight.  I think that we have

14   a document that we can show you that may --

15        A    Okay.

16        Q    -- help to kind of guide --

17        A    Okay, that would be better.

18        Q    -- your testimony.  Give me one second.

19             I'm not finding it easily, so I will come back

20   to it after our break.  Apologies, but let's just move

21   on, and then I will circle back to that.

22             I want to show you another document previously

23   admitted.  Give me one second.  I've just published what

24   was previously marked as Exhibit 8.  This is, for the

25   record, a letter from the State of Georgia to the United



 1  States dated February 12, 2021.  I don't expect you to

 2  have seen this before.  I want to reference you to a

 3  specific portion of the letter.

 4        A    Okay.

 5        Q    Give me one second and I will scroll down to

 6  it.

 7             Specifically I'm interested in getting your

 8  thoughts on the State's response to Interrogatory

 9  No. 17.  And I'll give you a minute to review the

10  information that the State included in that response, and

11  just let me know when you are finished.  You should have

12  control of the document.

13        A    Okay.  And you want me to read No. 17?

14        Q    Yes, please.

15        A    Okay.  Thank you.

16        Q    I'm gonna take control back.

17             So for the record, this -- this response from

18  the State identifies Medicaid billable services in a

19  community behavioral health services category.  It's

20  based on the DBHDD Provider Manual.

21        A    Uh-huh.

22        Q    I first would like to ask you whether there are

23  any services identified on this list that are not

24  available at View Point.  And I will give you control so

25  you can scroll.



1       A   We do not provide psychological testing.

2       Q   Anything else?

3       A   That's it.  We don't provide intensive family

4   intervention at this time.  We have in the past, but we

5   don't right now.

6       Q   Why did View Point discontinue intensive family

7   intervention?

8       A   I do not remember.  I know that we -- I was the

9   child and adolescent coordinator of Rockdale and Newton

10  whenever we did have it, and then I had a baby and came

11  back and we didn't have it anymore.  So I don't really

12  recall why that went away, so...  And I went into a

13  different role.

14      Q   Understood.

15          And what is intensive family intervention in

16  your own words?

17      A   In my own words, it's like the sort of

18  community treatment but for kids.  I don't know if that's

19  accurate, but it is an intensive team-based approach to

20  providing intervention.  We provide it in the home, at

21  the school, in the community with multiple team members

22  all working with the same family and child.

23      Q   Do you see a need for intensive family

24  intervention to serve View Point's existing clients?

25      A   We don't currently have that in our service



1  array.  We -- we have the care management entity where we

2  could refer clients to other IFI providers.  IFI is what

3  we call intensive family intervention, because there are

4  private providers that do provide that service still.

5      Q   So to make sure I understand, you can refer out

6  for intensive family intervention being provided through

7  other providers in the same catchment area?

8      A   Correct.

9      Q   Do you feel that the supply of intensive family

10 intervention is sufficient to meet the need in the

11 three-county area in which you serve?

12     A   In the role that I serve, I have not -- we have

13 not had any sort of discussion about that being a big gap

14 that we needed to try to fill that I can recall.

15     Q   Are the services listed in the State's response

16 to Interrogatory No. 17 on pages 2 and 3 of these

17 documents in your opinion generally helpful and

18 effective?

19     A   Yes.

20     Q   Are they specifically helpful and effective in

21 allowing children to remain in their local school

22 districts?

23     A   Yes.  This is the -- these are the basic core

24 services that are available at outpatient clinics, and

25 behavioral health assessment and individual counseling



1  are the services that we provide at Apex, and we believe

2  that that is effective.

3       Q   And your -- your opinion about the

4  effectiveness of this service package is based on data,

5  correct?

6       A   Correct.

7       Q   It's also based on the experience of specific

8  clients?

9       A   Correct.

10       Q   It's also based on what you've heard from

11  clinicians who provide the services?

12       A   Yes.

13       Q   And it's probably also based on what you hear

14  from the schools that participate in Apex?

15       A   Yes.

16       Q   Let's set this one aside.

17           We are going to move on to another exhibit

18  which is gonna be 518.

19           (Plaintiff's Exhibit 518 was marked for

20  identification.)

21       Q   BY MR. HOLKINS:  I have just published what we

22  are marking as Exhibit 518.  This is a report by Voices

23  for Georgia's Children.  Have you heard of that

24  organization?

25       A   Yes.



1        Q    What is Voices for Georgia's Children?

2        A    I believe it's an advocacy group, and I do

3    recall seeing this publication.

4        Q    The title of the publication is "Supporting

5    Children's Mental Health in Georgia Schools:  How Three

6    School-Based Mental Health Providers Serve Students,"

7    correct?

8        A    Yes.

9        Q    And this is a report from June 2020.

10            Is it accurate that View Point Health is one of

11   the providers featured in this report?

12       A    Yes.

13       Q    You have read this report before?

14       A    Yes, back in June of 2020.

15       Q    Did you participate directly in the information

16   sharing --

17       A    No.

18       Q    -- that supported this report?

19       A    No.

20       Q    Do you know who at View Point Health was

21   involved in working with Voices for Georgia's Children on

22   this report?

23       A    It would have been somebody from the Apex team,

24   and it could have been Chad Jones.

25       Q    So I want to move to page 14.  I'm going to ask



 1  you specifically about this section here under

 2  "Treatments and Supports."  I know it's sometimes

 3  difficult to answer a question just in isolation without

 4  context, and so if you would like to take a -- a couple

 5  of minutes to --

 6       A   Okay.

 7       Q   -- read the text before and the section -- and

 8  in the section, you are welcome to do that.  I will give

 9  you control.

10       A   Okay.  I don't remember a whole lot of this

11  right off the top of my head, but we can -- go for it.

12       Q   Absolutely.  I will ask the questions, and just

13  answer to the best of your ability.

14       A   Okay.

15       Q   So under "Treatment and Supports," the report

16  indicates that, "All providers interviewed provide

17  multitiered system supports, including Tier 1, Tier 2,

18  and Tier 3 services, in addition to services after school

19  and over the summer, and medication management."

20           First off, is that an accurate statement for

21  View Point Health?

22       A   Yes.

23       Q   And just in -- just briefly and in your own

24  words, what are Tier 1, 2 and 3 services?

25       A   Okay.  Tier 1 is the services that we provide



1  that are more educational based; more, just for lack of a

2  better term, like putting fluoride in the water.  Just

3  trying to provide -- not identifying like a particular

4  client but just providing the education to the whole

5  class or to the whole school from a -- a prevention and

6  early -- you know, early standpoint.  Maybe helping

7  educate the teachers on how to identify symptoms of

8  behavioral health issues that they could be aware of in

9  the classroom.

10        And then Tier 2 and 3 step up into more need

11  for individualized treatment mental health service.

12     Q   I want to direct you to the next line in the

13  same section which reads, "Very rarely, providers will

14  refer students or families to outside providers, such as

15  for in-home services."

16        Do you see that text?

17     A   Uh-huh.

18     Q   Is that accurate for View Point Health?

19     A   I believe so.

20     Q   And so that would include, for example,

21  referrals for intensive family intervention?

22     A   Correct, yeah, if need be.

23     Q   And why -- what's your understanding of why

24  referrals for services by outside providers are so rare

25  for View Point?



1        A    It's my understanding that if we are able to

2    intervene early, then the need for that is reduced.  You

3    can provide the services at a -- a lower intensity level

4    early enough to try to curb that behavioral health

5    disorder.

6        Q    Is it fair to say that there are still students

7    despite those early intervention efforts who are moving

8    into higher levels of care?

9        A    Yes.  That would -- yeah, that would be

10   expected.

11       Q    And is it possible that those students may be

12   appropriate for referrals to outside agencies that would

13   be able to offer intensive in-home services?

14       A    Yes.

15       Q    Has there been any discussion within View Point

16   Health about increasing the number or volume of referrals

17   to outside providers in order to fill whatever gaps are

18   in View Point's?

19       A    Not that I have been a part of, but that could

20   have taken place among the team, but not that I am -- am

21   aware of.

22       Q    To your knowledge, has View Point undertaken

23   any specific analysis of the service needs of students

24   who have been referred in GNETS placement?

25       A    To my knowledge, not that I know of.  I have



1    not heard of anything that we have done.

2        Q    Are you aware of any analysis by View Point of

3    the community service needs of children who are enrolled

4    in GNETS and are attempting to move back to their local

5    school district?

6        A    Not that I'm aware of.

7        Q    Has there been any discussion with the

8    Department of Education, DBHDD, or DCH with respect to

9    that topic?

10       A    Not that I have been included in.

11       Q    All right.  I'm going to stop sharing this

12   document.

13            We've got a couple more, and then we will take

14   a break.

15            (Plaintiff's Exhibit No. 519 was marked for

16   identification.)

17       Q    BY MR. HOLKINS:  So this is going to be Exhibit

18   519.  I've just published it.  It is, I believe, a

19   monthly programmatic report submitted by View Point

20   Health for the Apex Program, and it's for the month of

21   April 2022.

22            I will give you control of the document if you

23   would like to familiarize yourself, and just let me know

24   when you are done.

25       A    Okay.  Okay.



1       Q    Okay.  I'm going to take control of the

2   document back.

3       A    Okay.

4       Q    Have you seen this specific report before?

5       A    No, not this one.

6       Q    And can you remind me -- you may have testified

7   about this earlier -- is it part of your regular duties

8   to review the monthly programmatic reports for View

9   Point?

10      A    No.  I delegate that.

11      Q    And who has principal responsibility for that?

12      A    So Yuki Reese is the program manager for the

13  Apex Program.

14      Q    And it would be her job to complete these

15  monthly reports and submit them to DBHDD or the Center of

16  Excellence?

17      A    Or at least provide information to get that --

18  to follow that process.

19      Q    And it's based on information that she's

20  receiving from Apex staff embedded at the schools that

21  View Point serves?

22      A    Yes, and data that she gathers from our

23  electronic health record.

24      Q    So my understanding is that this -- this

25  particular programmatic report is, even for that month,



1   not capturing the full population of -- of schools that

2   are served by View Point.  There are only -- there are

3   seven schools listed here.  I think there is another

4   report for the same month that reflects services that are

5   provided in other schools served by View Point.

6        A    Yes.

7        Q    Is that accurate?

8        A    Yes.  Yeah, this doesn't seem like it's the

9   full picture.

10        Q    Right.  Right.  And we'll talk more about this

11   tomorrow, I think, but I want to just ask you about the

12   overarching, kind of the roll-up summary numbers that are

13   on this page of the report.

14            Recognizing this is not a reflection of the

15   full footprint for the Apex Program at View Point, my

16   question is whether View Point has set specific targets

17   for how many schools it wants to serve through Apex.

18   Let's start there.  Has View Point set targets for how

19   many schools it wants to serve through Apex?

20        A    Not specifically.  We have worked with the

21   school districts to come up with that together.  In

22   Gwinnett County schools they have set a target that they

23   aspire to have an Apex clinician for each cluster.  The

24   way they define cluster is, is the high school has

25   theater schools from the middle school and theater

1  schools from the elementary school.  That's a cluster,

2  and their goal is to have an Apex clinician for each one.

3         In Newton County schools it's different.  They

4  have aspirations to have school -- Apex clinicians in

5  many more of their schools.  So it's something that we

6  work in collaboration with with a local school district.

7     Q   So is it fair to say that these targets are --

8  aspirations are set and implemented at the county level;

9  is that right?

10    A   At the -- yeah, at the local level between View

11 Point and the school district.

12    Q   And is there any -- does the State DBHDD, DCH,

13 the Georgia Department of Education have any role in

14 guiding targets for the number of schools served through

15 Apex by View Point?

16    A   The Department of Behavioral Health would have

17 some role in it because of the funding that they provide,

18 so there is some -- there is some limitations based on

19 the amount of funding that we would have from DBHDD.

20    Q   From the perspective of strategy and defining

21 the aspirations for View Point's Apex Program, is DBHDD

22 actively shaping what the targets should be for the

23 number of -- of schools?

24    A   I think contained in the deliverables that are

25 in the contract, that that's where we would be getting



1    our guidance from, from them.

2        Q   Do you receive any other guidance beyond what's

3    in the contract with respect to target -- targets for a

4    number of schools served through Apex?  And this is

5    guidance from DBHDD.

6        A   Specifically -- not that I can specifically

7    recall.

8        Q   And I have the same question for the number or

9    percentage of students served per school district.  Are

10   you also working with school districts to define targets

11   or aspirations for the number or percentage of students

12   served per district?

13       A   Not to my knowledge.  I know we've had the --

14   and it might just be that I'm not involved in those

15   conversations, but I've been a part of the conversation

16   of how many clinicians, you know, at each school or, you

17   know, within the district.  So the number of schools more

18   so than the number of students.

19       Q   Do you have a sense of what the average

20   penetration rate is for school-based behavioral health

21   services?

22       A   Not off the top of my head, no.

23       Q   Who would you ask for that information at View

24   Point?

25       A   Chad Jones.



1          Sorry, Chad.  I wonder how many times your name

2   is going to be listed in the document.

3          MR. WOODRUM:  Do we need to plan on Saturday?

4          MR. HOLKINS:  Friday will suffice, I promise.

5   We've all got flights except for Franny because she's

6   smart, and she's staying an extra day.

7     Q   BY MR. HOLKINS:  So let's go ahead and set this

8   aside.

9          I'm going to show you another exhibit.  This is

10  going to be 520.  It's an e-mail and it has several

11  attachments.  We will start with the e-mail, and then we

12  will move to the attachments.

13         (Plaintiff's Exhibit 520 was marked for

14  identification.)

15    Q   BY MR. HOLKINS:  Do you see a document on your

16  screen?

17    A   Yes.

18    Q   So I will note for the record that this is a

19  document produced by the State of Georgia to the United

20  States in this litigation.  The Bates number is

21  GA04292495.  It's an e-mail from Tricia Mills to a number

22  of recipients, including yourself and Chad Jones, with a

23  subject, "RE:  HFW Benchmarking F2F (Part 4)."

24         As I mentioned, there are a number of

25  attachments.  I will give you a moment to review the



1    e-mail.  You've got control if you need it.

2         A    Okay.  Okay.

3         Q    I'm going to scroll back up to the top.  So

4    this appears to be an e-mail scheduling a meeting to

5    discuss benchmarking with respect to High Fidelity

6    Wraparound, or IC3.  Is that accurate?

7         A    Yes.

8         Q    Did you -- is it your recollection to

9    participate in this meeting, or do you, as a matter of

10   course, participate in these meetings?

11        A    I was participating in these meetings.  I would

12   need to check my schedule to see if I participated in

13   this particular one, but yes, we would meet with this

14   team and review this benchmarking data.

15        Q    How often are these meetings occurring?

16        A    They haven't occurred for the last -- it's been

17   some time since they've occurred.  I can't remember

18   exactly when they stopped, but it's been a little while.

19        Q    So this date -- the date of this e-mail is

20   February of 2020, which is just before the COVID-19

21   pandemic.  Can you recall any meetings occurring since

22   March of 2020?

23        A    I can't.  I don't think -- when did we stop

24   with COVID?  We kind of just stopped.  Yeah, that's what

25   it sounds like.  We were going in person to downtown



1   Atlanta and putting the data up on the screen and having

2   these discussions, so...

3       Q    And what was the purpose of these discussions

4   when they were happening?

5       A    We were reviewing, like I said before, kind of

6   like the penetration rate to see if we were reaching

7   children in all areas of the state that would potentially

8   need the services and reviewing the markers that we were

9   being measured on for the fidelity.

10      Q    So I'm going to stop sharing this, and we are

11  going to move to some of the attachments to this e-mail.

12      A    Okay.

13      Q    Thanks for your patience.  Just one more

14  second.

15           This is one of the attachments to the e-mail

16  that we were just discussing.  For the record, this is

17  GA04292501 produced by the State of Georgia to the United

18  States in this litigation.  It appears to be agenda in

19  minutes for a meeting of this committee that occurred on

20  February 13th, 2020.

21           I want to direct you to some texts at the

22  bottom of this page under "System of Care Coordinators."

23  Do you see where I am?

24      A    Yes.

25      Q    It references strategy for counties with zero



1  referrals.  Do you see that text?

2       A    Yes.

3       Q    What's your understanding of what that means?

4       A    How are we -- so for those counties that didn't

5  have any referrals, do those counties know that the CME

6  is a resource that is available to those youth?  Do we

7  have messaging out there at schools to say, if you have a

8  youth that meets this criteria, the service is available?

9  That was the question that we were having, was, you know,

10 is there -- are all these kids just doing great or do

11 they just not know that this is a service that's

12 available?

13      Q    And what is your understanding of the barriers

14 to accessing High Fidelity Wraparound for counties that

15 may have zero referrals?

16      A    I'm not the best person to answer this, but I

17 will give it a shot.  My understanding is, do they have

18 barriers for transportation?  Even though we are

19 statewide, at that time most everything was in person.

20 So was there barriers for -- for the family being able to

21 transport and move to wherever the services would be

22 available.

23           Even prior to the pandemic, the IC3 program did

24 implement some tele-services so that we could improve

25 access and -- and make it a little easier for families to



1  participate in such meetings.  So we were already

2  implementing the use of -- I don't know if we were

3  actually using Zoom, but it was something like that at

4  that point where they could gain access to their care

5  coordination.

6        There could have been other barriers just as

7  far as knowledge, just not knowing that these resources

8  exist.

9    Q   And while this committee was working on these

10 issues, what steps were taken to increase awareness in

11 counties where there were zero referrals?

12   A   Similar to what I said.  You know, implementing

13 the use of technology, and then also making sure that

14 other community service organizations such as the

15 Department of Family and Children Services and the

16 schools knew and understood that this was a service that

17 was available.

18   Q   Did View Point or this committee broadly

19 conduct outreach to GNETS programs as part of its effort

20 to expand awareness of High Fidelity Wraparound?

21   A   I can't recall in particular if that was a

22 strategy.  I -- I don't recall that being a strategy.

23 It's -- it's very possible, though, because we did -- we

24 would get kids from GNETS to our -- referred to our CME.

25   Q   Let's actually just go back.  Let's rewind just



 1  a little bit here.  I want to pull up 519 again.  I'm

 2  going to share my screen.  This is the e-mail that we

 3  were discussing a few minutes ago.  For the record, it's

 4  GA04292495 attaching the minutes that we were just

 5  discussing.

 6          I want to ask you, who participated in this

 7  benchmarking effort on behalf of State agencies?

 8      A   On behalf of the Department of Behavioral

 9  Health and Developmental --

10      Q   We can start there.

11      A   -- Disabilities?

12          Yeah, so Danté McKay and Tricia Mills were the

13  main people that I recall from -- from the DBHDD.

14      Q   Were there any representatives from the Georgia

15  Department of Education?

16      A   Not that I can recall.

17      Q   Any representatives from the Georgia Department

18  of Community Health?

19      A   Wendy Tiegreen is an employee of the Department

20  of Behavioral Health and Developmental Disabilities, but

21  she interfaces really closely with the Department of

22  Community Health, and she was a part of those discussions

23  as well.

24      Q   What is Tricia Mills' job at DBHDD; do you

25  know?



1        A    She -- as far as I know, she kind of is --
2    oversees the CME work, as far as I know, the High
3    Fidelity Wraparound work.  I can't recall her title.
4        Q    Jennifer Wilds is cc'd on this e-mail.  It
5    appears that she is an employee of View Point Health.
6        A    Yes.
7        Q    What's her role?
8        A    She is a program coordinator for the CME, I
9    believe.  She -- she -- I can tell you what her function
10   is.  I don't know if I can have her title exactly right,
11   but she does a lot of community outreach and resource
12   development making sure that all of our teams know all of
13   the resources that are available statewide.  She also is
14   a trainer for some of those promising practices that we
15   utilize.  For instance, QPR is question, persuade, refer.
16   She's a trainer for that.  She trains our team members
17   and even outside organizations, and she is also a trainer
18   for Mental Health First Aid.
19       Q    Thank you.
20            Are you familiar with Russell Carleton?
21       A    That name is familiar.  I don't think he's a
22   View Point Health employee, though.
23       Q    If I told you that he was at the time an
24   employee of the Center of Excellence, would that make
25   sense?



```
 1        A    Yeah, probably.  I just -- I don't recall
 2   him --
 3        Q    So --
 4        A    I don't recall him being in the room.
 5        Q    Okay.  Thank you.
 6             So let's put this one aside again, and then we
 7   will move on to 521.  I will pull it up.  Give me one
 8   second.
 9             (Plaintiff's Exhibit 521 was marked for
10   identification.)
11        Q    BY MR. HOLKINS:  I'm publishing Exhibit 521.
12   For the record, this was produced by the State of Georgia
13   to the United States in this matter.  The Bates stamp is
14   GA042504.  It was attached to the e-mail that we just
15   discussed which was 519.
16             Ms. Hibbard, I will give you a moment to
17   familiarize yourself with this spreadsheet.  There are
18   multiple tabs.  I'm going to be asking you a question
19   about the -- the current tab, but you are welcome to --
20   to browse as needed to refresh your recollection.  You've
21   got control.
22        A    What is this?  I'm sorry, where did this come
23   from?  Like I don't -- I don't recognize this at first
24   glance.
25        Q    Okay.  I will represent to you that this was an
```



1  attachment to the e-mail that you received --

2        A    Okay.

3        Q    -- from Tricia Mills --

4        A    Okay.

5        Q    -- in February of 2020 with respect to the High

6  Fidelity Wraparound benchmarking.

7        A    Oh, okay.  Okay.  I'm going to look at some of

8  these other tabs.

9        Q    Please take your time.

10       A    Okay.

11       Q    So I'll tell you what I think this is, and then

12  let me know if you think it's right.

13       A    Okay.

14       Q    So this appears to be a -- a progress tracking

15  document in connection with the High Fidelity Wraparound

16  effort that's being led by the committee that you served

17  on.  Does that seem accurate?

18       A    That seems accurate.

19       Q    Okay.  There are different tabs for different

20  stages of the effort with similar entries in the

21  left-hand column, and I want to direct you to the text

22  that says "States Role."  Do you see where I am?

23       A    Uh-huh.

24       Q    Did you have any hand in drafting the text

25  under "States Role," including leadership?



1      A    Not that I recall.

2      Q    Do you know who was involved in creating this

3  document?

4      A    No.

5      Q    Who do you understand "State leadership" to

6  refer to?

7      A    In this particular role, I would think that

8  that would be the Office of Children and Youth and

9  Families.

10      Q    Is it your understanding that the Office of

11  Children, Youth, and Families, as represented here, is

12  working to operationalize the IC3 system design, building

13  an infrastructure, and establish financing mechanisms?

14      A    Yes.

15      Q    That would be your expectation?

16      A    That would be.  That's consistent, uh-huh.

17      Q    You would also expect that OCYF leadership

18  would be taking steps to translate the wraparound

19  philosophy into State-level policies and practice

20  guidance, correct?

21      A    Which one are you on?

22      Q    This is number 14.  I'll take control back so I

23  can direct you.

24      A    Okay.

25      Q    This is where I am (indicating).



1       A    Okay.  Yes.

2       Q    You would also expect that the State would be

3   ensuring workforces being trained and coached around

4   expected practice elements in connection with IC3?

5       A    Yes.

6       Q    Would you also expect that State leadership,

7   and specifically OCYF leadership, is working to develop

8   the service array and provider network to fill identified

9   gaps in the system of care?

10      A    Yes.

11      Q    What specific steps are you aware of that State

12  leadership, specifically OCYF leadership, is taking to

13  develop the service array and provider network to fill --

14  to fill identified gaps in the system of care?

15      A    The -- the way I interpret that is a part of

16  the need to add additional two organizations to provide

17  the CME coverage for the state.  I think that that could

18  have been associated with that role or that item 12.

19      Q    And aside from this effort to add two CMEs, are

20  you aware of any other steps that the State is taking to

21  develop a service array and provider network to fill

22  identified gaps in the system of care?

23      A    I think ensuring the State has ensured that

24  every community service board does in fact provide

25  services for children and youth; that whether it's Apex



1  or not, it's those outpatient core services to children

2  and youth.  They want to make sure that all CSBs are

3  providing that.

4      Q    And how would they make sure that all CSBs are

5  providing core services whether through Apex or not?

6      A    So this most recent legislative session, it was

7  actually put into one of the laws that passed.  House

8  Bill 1013 specifically states that CSBs are expected to

9  provide chil- -- provide services to children and youth.

10     Q    Does that include services in school settings?

11     A    It did not specify school settings.

12     Q    And what's your understanding of the impact of

13 that liti- -- of that legislation?

14     A    That legislation was really full of a lot.

15 It's a -- it was a very -- what do they call it -- an

16 ominous bill.  It was -- there was a lot of information

17 in there, but I think that particular item was

18 specifically added because not all community service

19 boards were providing services to children and

20 adolescents.  That was my understanding of it, at least,

21 that they need to make sure to do that.

22     Q    And does -- as you understand it under the

23 legislation, does DBHDD have responsibility for ensuring

24 that the community service boards are complying with that

25 obligation?



1      A    I think in general, DBHDD is the mental health

2    authority for the state, so you can draw that conclusion

3    there, but it is also codified in the law.

4      Q    If -- if a community service board were failing

5    to provide core outpatient services for children and

6    adolescents, would you expect DBHDD to take appropriate

7    responsive action?

8      A    Yes.  I would expect that they would have a

9    corrective action plan and communicate to that community

10   service board that they need to start those services up.

11         MR. HOLKINS:  All right.  Let's go ahead and

12   take a ten-minute break.

13         THE VIDEOGRAPHER:  Off the record at 2:09 p.m.

14         (The deposition was at recess from 2:09 p.m. to

15   2:20 p.m.)

16         THE VIDEOGRAPHER:  Back on the record at

17   2:20 p.m.

18     Q    BY MR. HOLKINS:  Ms. Hibbard, I just have a

19   couple more questions for you.

20         Are you aware of whether View Point's staff

21   working on the Apex Program who are actually embedded in

22   the schools are involved in -- are involved in

23   determining that a -- a student that they serve needs to

24   move from a general education setting to a more

25   restrictive setting?



1        A    Not that I'm aware of.

2        Q    Are you aware of the steps that Apex staff at

3    View Point take prior to making a recommendation that a

4    student be removed from a general education setting and

5    moved to a more restrictive education setting?

6        A    To my knowledge, Apex staff do not take steps

7    to make that recommendation.

8        Q    Are you in a position to describe generally the

9    characteristics of students that are referred to outside

10   providers, for example, for intensive family

11   intervention?

12       A    They would have symptoms that would -- that

13   they would meet the criteria that is in the provider

14   manual, which is considered to be medically necessary.

15   So -- and it would be beyond what the Apex clinicians

16   have already tried.  So we usually try to offer a less

17   intensive service first to make sure that that extra step

18   is warranted.

19            So if the -- if the student is not showing or

20   the client is not showing progress and their symptoms are

21   starting to get worse, then that would be an indication

22   that maybe a more intensive level of care is needed.

23       Q    For a student -- just hypothetically, for a

24   student that's receiving Tier 3 services through Apex and

25   a local school district, how would -- how would you



1    define success?  What does success look like for View
2    Point Health?
3        A    So some of the symptoms that the hypothetical
4    child would be experiencing could be a disruption of
5    mood.  They could have angry outbursts.  They could be
6    withdrawn.  They could be -- it could show up in some of
7    their academics.  They could have -- maybe they were
8    normally an A and B student, and now they are a C and D
9    student.  They could be having trouble sleeping and
10   eating.  So seeing an improvement in those symptoms
11   would -- would show progress.
12       Q    And would you also include in the definition of
13   success, maintaining that child wherever possible in
14   their own community in their local school district?
15       A    Yes.
16       Q    And are there specific stories that come to
17   mind of -- of children that have benefited -- children
18   and families that have benefited from the Apex services
19   that View Point provides?
20       A    I'm probably not the best person to answer
21   that, but our team members, and specifically Chad Jones,
22   would have anecdotal information of -- on some of the
23   success stories.
24       Q    Okay.  I think we can stop there.  We've
25   obviously got another day tomorrow which we are looking



1   forward to, but thank you very much, Ms. Hibbard, for

2   your time and for your willingness to answer all these

3   questions.  We appreciate it.

4        A    Sure.  Thank you.

5             THE VIDEOGRAPHER:  We are off the record at

6   2:24 p.m.

7             (The deposition concluded at 2:24 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



JENNIFER HIBBARD                                    October 20, 2022
UNITED STATES vs STATE OF GEORGIA                              145

CERTIFICATE OF REPORTER

STATE OF GEORGIA      )
                      )
COUNTY OF DEKALB      )


        I, Marcella Daughtry, a Certified Reporter in
the State of Georgia and State of California, do hereby
certify that the foregoing deposition was taken before me
in the County of DeKalb, State of Georgia; that an oath
or affirmation was duly administered to the witness,
JENNIFER HIBBARD; that the questions propounded to the
witness and the answers of the witness thereto were taken
down by me in shorthand and thereafter reduced to
typewriting; that the transcript is a full, true and
accurate record of the proceeding, all done to the best
of my skill and ability;

        The witness herein, JENNIFER HIBBARD, has
requested signature.

        I FURTHER CERTIFY that I am in no way related
to any of the parties nor am I in any way interested in
the outcome hereof.

        IN WITNESS WHEREOF, I have set my hand in my
office in the County of DeKalb, State of Georgia, this
1st day of November, 2022.



_____
Marcella Daughtry, RPR, RMR
GA License No. 6595-1471-3597-5424
California CSR No. 14315



1  United States of America v. State of Georgia
   J8686358

2

3              DECLARATION UNDER PENALTY OF PERJURY

4

5              I declare under penalty of perjury that I

6  have read the entire transcript of my deposition taken in

7  the above-captioned matter or the same has been read to

8  me, and the same is true and accurate, save and except

9  for changes and/or corrections, if any, as indicated by

10 me on the DEPOSITION ERRATA SHEET hereof, with the

11 understanding that I offer these changes as if still

12 under oath.

13

14 Signed on the_____day

15 of _____2022.

16

17

18

19 _____
   JENNIFER HIBBARD

20

21

22

23

24

25



JENNIFER HIBBARD                                    October 20, 2022
UNITED STATES vs STATE OF GEORGIA                              147

 1                DEPOSITION ERRATA SHEET
                        J8686358
 2

 3   Page No.____Line No.____Change to:_____

 4   _____

 5   Page No.____Line No.____Change to:_____

 6   _____

 7   Page No.____Line No.____Change to:_____

 8   _____

 9   Page No.____Line No.____Change to:_____

10   _____

11   Page No.____Line No.____Change to:_____

12   _____

13   Page No.____Line No.____Change to:_____

14   _____

15   Page No.____Line No.____Change to:_____

16   _____

17   Page No.____Line No.____Change to:_____

18   _____

19   Page No.____Line No.____Change to:_____

20   _____

21   Page No.____Line No.____Change to:_____

22   _____

23   Page No.____Line No.____Change to:_____

24   SIGNATURE:_____DATE:_____

25            JENNIFER HIBBARD



```
1              DEPOSITION ERRATA SHEET

2                    J8686358

3    Page No.___Line No.___Change to:_____

4    _____

5    Page No.___Line No.___Change to:_____

6    _____

7    Page No.___Line No.___Change to:_____

8    _____

9    Page No.___Line No.___Change to:_____

10   _____

11   Page No.___Line No.___Change to:_____

12   _____

13   Page No.___Line No.___Change to:_____

14   _____

15   Page No.___Line No.___Change to:_____

16   _____

17   Page No.___Line No.___Change to:_____

18   _____

19   Page No.___Line No.___Change to:_____

20   _____

21   Page No.___Line No.___Change to:_____

22   _____

23   Page No.___Line No.___Change to:_____

24   SIGNATURE:_____DATE:_____

25              JENNIFER HIBBARD
```



8686358 Jen
nifer.
Hibbard 30b
6 PREVIOUSL
Y MARKED.
EXHIBIT8
 115:24

8686358 Jen
nifer.
Hibbard 30b
6 PREVIOUSL
Y MARKED.
EXHIBIT22
 111:7

8686358 Jen
nifer.
Hibbard 30b
6 PREVIOUSL
Y MARKED.
EXHIBIT82
 104:6,7,9

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT510
 4:3 10:8,
 11

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT511
 4:4 23:3,
 17,18

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT512
 4:6 33:8,
 11

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT513
 4:8 61:3,
 6

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT514
 4:11
 61:3,22

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT515
 4:13 77:8

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT516
 4:16
 77:11

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT517
 4:17
 84:14,17
 88:11,15
 97:20,21

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT518
 4:19
 119:19,22

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT519
 4:21
 124:15,
 17,18

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT520
 4:23
 129:13

8686358 Jen
nifer.
Hibbard 30b
6.
EXHIBIT521
 5:3
 136:9,11

————————————

$

$50,000
 86:9,10

$831,649
 86:3,23

————————————

1

————————————

1
 35:11
 36:4 41:1
 42:24
 45:1
 121:17,
 24,25

1.0
 87:6,11,
 13

10/20/2022
 10:18

100
 13:18
 19:4
 22:16
 27:6

1013
 140:8

10:05
 46:16,17

10:30
 46:18,20

11
 88:12

11:44
 97:12,13

11:55
 97:14,16

12
 116:1
 139:18

12-page
 33:13

12:05
 103:23,24

13
 106:4
 109:2

13th
 131:20

14
 120:25
 138:22

14th
 61:8

17
 116:9,13
 118:16

18
 29:2

19
 24:6 58:5

19-year
 58:11

1994
 13:18,23
 14:1

1:08
 103:25
 104:2

1st
 41:20

————————————

2

————————————

2
 11:3
 34:18
 38:23
 51:13
 56:23
 88:2
 118:16
 121:17,24
 122:10

2.0
 87:6,14

20
 24:6
 28:22
 29:9,13
 33:19
 88:11

2014/2015
 73:20

2015
 42:13

2016
 61:8,17,



24
  95:17

**2019**
  111:9

**2020**
  111:9
  120:9,14
  130:20,22
  131:20
  137:5

**2021**
  44:25
  116:1

**2022**
  6:4 40:17
  88:12
  124:21

**2023**
  84:21

**2025**
  33:19

**20th**
  6:4

**21**
  24:3,6,11
  25:24
  27:7
  29:6,10
  30:16
  111:16,
  19,20

**22**
  111:7

**23**
  88:14
  97:20

**24**
  88:18
  89:1

**24/7**
  50:4

**25**

**2:09**
  141:13,14

**2:20**
  141:15,17

**2:24**
  144:6,7

─────────
  **3**
─────────

**3**
  23:8
  51:12
  56:21,25
  92:3
  118:16
  121:18,24
  122:10
  142:24

**3.0**
  87:7,17

**30**
  27:15

─────────
  **4**
─────────

**4**
  35:6
  48:22
  129:23

**48**
  27:11

─────────
  **5**
─────────

**5**
  39:15
  44:8 63:5
  105:25

**510**
  10:6,8,11

**511**
  23:1,3,18

**512**
  33:7,8,11

**513**
  61:1,3,6

**514**
  61:2,3,22

**515**
  77:8,25
  78:4

**516**
  77:5,11
  78:3

**517**
  77:14
  84:11,14,
  17 88:11,
  15 97:21

**518**
  119:18,
  19,22

**519**
  124:15,18
  134:1
  136:15

**520**
  129:10,13

**521**
  136:7,9,
  11

**58**
  28:23

─────────
  **6**
─────────

**65**
  28:23

─────────
  **7**
─────────

**7/1/2021**
  35:13

─────────
  **8**
─────────

**8**
  115:24

**8/20/22**
  34:19

**8/22/2022**
  34:20

**82**
  104:7,9

─────────
  **9**
─────────

**90**
  8:7

**91**
  24:10

**92**
  24:22

**94**
  25:23

**95**
  27:4

**9:09**
  6:4

─────────
  **A**
─────────

**a.m.**
  6:4
  46:16,17,
  18,20
  97:12,13,
  14,16

**ABA**
  71:24

**ability**
  48:19
  121:13

**Absolutely**
  68:11
  121:12

**Abuse**
  10:2

**academics**
  143:7

**access**
  15:20
  42:16
  45:5,23
  48:20
  49:17,21
  52:10
  55:11,17
  56:10
  57:13
  59:16
  60:19,22
  64:11,24
  68:18
  69:24
  70:8,14
  75:25
  81:12,20
  85:14,21
  103:4,8
  132:25
  133:4

**accessibili
ty**
  44:24

**accessing**
  132:14

**accordance**
  20:1
  68:21



account
 86:17

accountable
 15:12
 16:16

accurate
 34:22
 45:2
 70:11
 72:13
 112:4
 114:2
 115:4
 117:19
 120:10
 121:20
 122:18
 126:7
 130:6
 137:17,18

ACE
 103:14

achieve
 67:9

achieved
 90:19

acknowledge
 27:2

acronyms
 8:22 41:4

acted
 21:8

action
 21:1,13
 67:4 70:2
 141:7,9

actions
 21:8

actively
 55:16
 127:22

activities
 91:4

add
 50:7
 87:12,21
 89:22
 90:21
 91:20
 93:24
 139:16,19

added
 44:7
 140:18

Addictive
 49:15

adding
 44:2
 64:13,21

addition
 50:11
 91:20
 114:21
 121:18

additional
 39:5
 64:21
 91:20
 93:24
 110:10
 112:22
 139:16

Additionally
 48:15

address
 112:16
 114:18

addressing
 112:7,23

adjustments
 34:2,4,8

Administration
 10:3

administrative
 17:15,18
 19:20

administrators
 72:25

admitted
 58:22
 104:23,24
 115:23

adolescent
 21:14
 30:7
 32:21
 37:3,11
 39:7
 44:3,5
 45:24
 51:11
 52:7
 56:24
 117:9

adolescents
 38:16
 50:11,23
 51:25
 55:12,18
 56:25
 140:20
 141:6

adults
 21:18
 50:11,13
 53:3

advantage
 87:20
 113:11

adverse
 103:11,

 14,15

advocacy
 81:7,11,
 14,17
 107:12,15
 120:2

advocate
 31:10
 50:6
 81:19

advocating
 81:11

Affairs
 48:19

afternoon
 34:13

agencies
 14:21
 15:14
 32:15
 62:19
 108:7
 123:12
 134:7

agency
 9:21 12:8
 101:24
 104:25

agenda
 32:3,4
 33:2
 131:18

aggregate
 95:22

agree
 98:24
 100:19

agreements
 51:17
 82:7

ahead

 46:10
 94:25
 103:20
 129:7
 141:11

Aid
 135:18

aim
 38:9

aims
 99:4

align
 42:13

aligned
 54:14

allocated
 51:7 86:6

allocation
 86:23
 87:13,16

allowing
 118:21

alternative
 91:9,13,
 25

Amanda
 55:8

amount
 86:5
 89:25
 127:19

AMSR
 113:20
 114:23

analysis
 28:11
 41:2
 42:23
 43:2,5,9,
 13 47:7
 56:14



71:6,10
94:18
123:23
124:2

**analyst**
71:22

**analysts**
71:20

**ancillary**
62:8

**and/or**
106:6

**anecdotal**
67:22
143:22

**angry**
143:5

**announce**
6:16

**annual**
17:23
23:10
24:2,6,
11,13
27:7
28:23
30:15,16
39:15,17,
19,21
47:10
51:6
56:19
71:17
80:23
87:4 95:5
111:8
113:17

**annually**
22:10,11,
12 34:10

**answers**
7:22

**anymore**
117:11

**Apex**
52:21
53:10,13,
17 54:1,
10 59:23
72:18,24
73:5,9,18
74:3 75:2
82:14
84:22
85:10,12
86:6 87:6
88:16
89:7,13
92:10,13,
23 93:7,
12,19
94:15
95:3,6,9,
20 96:7,
13,22
97:20
98:4,25
99:3,14
100:20,23
101:1,5
102:4,7,
8,13,17
109:23
110:15
111:8,25
113:3,7
119:1,14
120:23
124:20
125:13,20
126:15,
17,19,23
127:2,4,
15,21
128:4
139:25
140:5
141:21

142:2,6,
15,24
143:18

**Apologies**
115:20

**appears**
23:10
35:6
84:20
130:4
131:18
135:5
137:14

**application**
54:21

**applied**
56:14
64:3,6
71:6,10,
22 87:2

**appointed**
14:9,15
26:12,13

**appointment
s**
44:25

**appoints**
14:14

**approach**
36:23
117:19

**approves**
17:21

**April**
124:21

**area**
14:10,11
26:8 37:3
39:7
43:10
59:18
65:7

72:17
73:5 75:6
80:22
82:4
93:13,19
94:19
118:7,11

**areas**
131:7

**arrangement**
69:20

**array**
44:5
50:4,5,7
98:1
118:1
139:8,13,
21

**arrive**
86:22

**arrived**
88:14

**ASO**
17:15,20,
22 22:10
28:11

**aspirations**
127:4,8,
21 128:11

**aspire**
63:23
126:23

**assess**
68:14
91:24
94:15
101:24
110:15,19

**assessed**
71:4

**assessing**
68:9,17

88:24
113:20

**assessment**
41:2
42:23
43:15,19
44:4
45:4,23
46:2
93:18
95:9
109:11
112:10,11
118:25

**assessments**
78:17
79:4,9
113:9,15
114:1,6

**assign**
23:17

**assigned**
78:11
79:22

**assist**
20:15
28:5

**assistant**
24:17

**assisting**
55:16

**association**
30:23,24
31:1,5,7,
9,14,15
33:4
73:10
82:23
109:7

**assume**
16:24
21:16
30:12



57:19
58:15
59:8
75:20
104:23

assumption
90:16

assurance
20:12
45:16,19
58:7

Atlanta
75:5
131:1

attached
11:1
136:14

attaching
134:4

attachment
61:2,21
76:17
137:1

attachments
61:14
129:11,
12,25
131:11,15

attempting
124:4

attempts
94:7

attend
90:13

attendance
92:6

attention
49:20
52:5,6

attorney
11:15

attract
32:12

audit
17:24
18:3 19:8
20:4,10,
13 21:22
22:10,12,
24 32:5,6

auditing
22:14

auditors
20:12

audits
18:13
20:9,20,
23 21:2,
7,21
22:19
47:10

August
88:12

authority
9:18
13:19
42:6
141:2

authorizati
on
17:19,20
19:6

autism
50:24
51:13
55:22
56:4,23
58:18,19
71:7

avenues
47:23,25

average
128:19

avoid
99:11
110:17

aware
12:14,22
16:9
19:19
20:9
22:13
45:22
47:9
53:11
59:25
66:7,12
70:1
75:22
80:8
89:4,5
91:22
92:2
94:13,17,
19,21
102:11
106:10
109:14
122:8
123:21
124:2,6
139:11,20
141:20
142:1,2

awareness
107:15
133:10,20

_____

B

_____

baby
117:10

back
23:22
24:1 25:2
29:17
38:6

39:13
46:19,21,
23 54:5
81:23
85:7
97:8,15
104:1,3
105:24
107:17
115:19,21
116:16
117:11
120:14
124:4
125:2
130:3
133:25
138:22
141:16

ballpark
51:8,10
80:20

barriers
52:11
132:13,
18,20
133:6

base
72:6

based
28:16
60:23
67:20
71:4,23
84:20
85:18,19
92:5
110:2
114:5,13
115:10
116:20
119:4,7,
10,13
122:1
125:19

127:18

basic
118:23

basis
16:9
17:23
30:23
31:17
54:17,19
56:6
65:12
66:2,3,6
67:8 68:4
71:15,17
80:23
82:15
87:4
94:16
95:25
96:8

Bates
23:8
33:12
77:15
84:18
129:20
136:13

Beacon
17:16
18:3,16
19:5,9,20
21:2,21
22:5,9,13
28:11
32:5
46:25
47:11
69:5

bear
87:23

began
42:12

beginning
46:3



begun
  36:4

behalf
  13:6
  83:15
  134:7,8

behavior
  56:14
  71:19
  112:3,16
  113:24

behavioral
  9:11
  13:20
  14:22
  15:4,8,18
  16:8,24
  17:13
  19:23
  25:16
  36:9,14
  37:7
  38:16,20
  41:10,13
  42:2,5,15
  49:3,8,12
  51:2
  56:24
  57:14
  58:14
  59:12,17
  64:4
  71:6,10,
  22 74:2
  76:13
  78:17
  79:4,9
  83:21
  85:13
  86:14
  88:7
  100:1
  101:25
  102:13,17
  105:20

110:19
112:10
113:2,4,
8,15,25
114:7
116:19
118:25
122:8
123:4
127:16
128:20
134:8,20

benchmarking
  70:11
  129:23
  130:5,14
  134:7
  137:6

beneficiaries
  18:9

benefit
  102:25

benefited
  143:17,18

benefits
  42:10

Bernie
  26:7

BHCC
  84:2

bid
  64:6

big
  118:13

bill
  13:18
  15:7 30:3
  48:8
  89:15
  90:18

91:15
140:8,16

billable
  89:18
  90:9
  96:19
  97:24
  116:18

billables
  89:22

billing
  17:21
  18:1 20:1
  27:21
  28:12
  29:14
  90:23

bit
  17:11
  25:25
  43:12
  76:4 83:5
  111:24
  134:1

board
  9:8 13:15
  14:1,3,8,
  9,15
  15:25
  16:4,5,6,
  7,22,25
  17:3,5
  25:24
  26:7,9,
  11,13,20,
  22,24
  27:3 31:2
  32:17
  33:25
  34:6
  63:15,19,
  24 139:24
  141:4,10

board-
certified
  71:19

boards
  13:17
  15:3
  16:15
  30:20,25
  31:6,10
  32:1 33:4
  41:12
  43:3
  82:24
  106:19
  140:19,24

bolts
  66:25

bottom
  131:22

Brandon
  6:5

Brantley
  6:5

break
  8:8,9,12
  18:25
  46:14
  97:6,8
  103:20
  115:20
  124:14
  141:12

breakdown
  28:18

breakout
  34:1

breaks
  8:6

breathing
  34:4

Bridge
  63:20,21

briefly
  33:14
  85:10
  97:8,18
  104:10
  121:23

bring
  49:19
  52:5

broad
  112:18

broadly
  13:14
  17:10
  26:20
  133:18

brought
  52:5

browse
  136:20

budget
  87:1

build
  91:3

building
  36:10
  71:14
  138:12

built
  44:14

bulk
  51:23

Bullet
  95:18

business
  11:22
  25:5

button
  24:1



───────────
        C
───────────

calendar
  115:9

call
  17:23
  107:7
  118:3
  140:15

called
  6:21
  17:15,16
  63:18
  70:20
  73:8
  75:15,18
  76:1
  89:8,10
  101:14

canceled
  32:3

capturing
  126:1

care
  13:19
  15:20
  22:1
  25:17
  28:6,17
  36:14
  38:9,12,
  13 42:16,
  18 51:17,
  18,22
  60:8,10,
  14 61:25
  62:6,13,
  15,21,25
  63:6,7,11
  66:18,24
  67:12
  80:12
  81:18

85:14,22
95:21
96:5,7,
10,12,16,
18 97:23
98:1,3,8,
11,15,17
99:1,3,
12,19,24
100:3,14
102:17
108:19
118:1
123:8
131:22
133:4
139:9,14,
22 142:22

Carelogic
  40:14,18,
  19 44:11

Carleton
  135:20

case
  19:21
  28:6
  51:16
  53:16

caseload
  44:22

caseloads
  71:21

Cassandra
  49:16

catch
  9:24

catchment
  14:10,11
  26:8
  43:10
  59:17
  72:17
  73:5 75:6

80:21
82:4
93:19
94:19
118:7

categories
  112:18

category
  116:19

caught
  18:18

caveat
  11:12

cc'd
  135:4

CCBHC
  41:1,5,
  13,15
  42:10,12
  43:7,18
  46:1

CCBHCS
  41:24

center
  50:5,14,
  15 58:8
  60:2,6,9,
  15 62:11
  65:13
  68:3
  82:13,18
  95:25
  114:16
  125:15
  135:24

CEO
  7:11 14:8
  25:21
  26:23
  30:18
  42:9,11
  49:5
  57:24

CEOS
  31:1

certificati
on
  42:7 43:7

Certified
  41:13
  42:5,14

cetera
  91:11

Chad
  11:21
  25:4 61:6
  66:1 68:1
  69:22
  72:5,23
  74:23
  78:13
  79:18
  80:2
  81:10
  83:9 93:2
  108:17
  120:24
  128:25
  129:1,22
  143:21

chair
  18:25
  26:7,9
  31:20,21

Challenges
  74:10,14

chance
  84:25

changed
  63:20
  104:16

characteris
tics
  142:9

charge

100:12

chart
  27:8,11
  112:1

charts
  18:16
  22:14

check
  25:11
  35:22
  72:5 78:7
  79:11,12,
  14 80:1
  82:5,10,
  20 96:24
  113:11
  130:12

chief
  10:16
  11:22
  14:6
  58:2,9
  59:15

chil-
  140:9

child
  21:14
  30:7
  37:3,11
  39:7
  44:2,5
  45:24
  52:6,10
  63:2
  65:20
  67:5
  74:13
  91:14,16
  98:9
  103:1,3,
  9,12,14,
  15,17
  117:9,22
  143:4,13



child's
  110:9

childhood
  103:11,15

children
  30:11
  32:21
  38:16,20
  50:11,23
  55:12,18,
  19,22
  56:3,10
  58:18
  64:25
  66:9
  67:16
  71:14,16
  80:21
  81:11,19
  90:8 93:5
  94:11
  98:25
  99:2,4,7
  100:20,23
  101:21
  103:6
  109:11
  118:21
  119:23
  120:1,21
  124:3
  131:7
  133:15
  138:8,11
  139:25
  140:1,9,
  19 141:5
  143:17

children's
  58:21
  120:5

Childrens
  53:3

chosen

64:2

circle
  46:23
  115:21

cited
  107:18

claims
  17:22
  18:6 22:2

clarificati
on
  18:15

clarify
  11:9
  14:20
  22:17
  62:13
  66:16
  73:24

clarity
  7:21
  46:25

class
  122:5

classroom
  100:7
  112:2,3,
  8,13,17
  113:24,25
  122:9

Clayton
  75:5,12
  76:9
  107:1,18

clear
  67:3
  101:3
  106:1,21

click
  104:14

client

19:21
  44:19
  68:24
  122:4
  142:20

clients
  18:9
  19:13
  30:4,7
  102:6
  117:24
  118:2
  119:8

clients'
  44:24

Climate
  83:13,17

clinic
  41:14
  42:5,15
  71:12,17,
  23

clinical
  31:20,23,
  25 32:15
  37:21
  110:2,4

clinically
  28:15
  38:10

clinician
  44:16,20
  48:6,9,11
  58:6
  90:1,21
  110:19,22
  112:19
  113:3
  114:12
  126:23
  127:2

clinicians
  37:17,18,

20,24
  38:1
  53:23
  72:19,21
  76:11
  78:20,25
  79:4,16
  80:7
  85:12,13,
  20 91:5,
  20 92:13
  93:24
  102:14,17
  109:10
  114:12
  119:11
  127:4
  128:16
  142:15

clinics
  118:24

closely
  20:12
  134:21

closer
  56:25

clubhouse
  58:9

cluster
  126:23,24
  127:1

CME
  61:16
  62:6,23
  63:22
  66:13
  69:19
  74:18
  75:13
  132:5
  133:24
  135:2,8
  139:17

CMES
  63:17
  64:2,9,
  14,19,22,
  23 65:9
  139:19

CMO
  51:18

co-
responder
  48:6

coached
  139:3

Coalition
  83:13,18,
  19

codified
  141:3

COE
  66:4

cognitive
  36:14
  113:4
  114:7

Cohen
  6:11
  23:16,20,
  23 76:24
  77:1,3,6,
  24 78:5
  85:1,4

collaborate
  106:5,11
  108:3,8
  109:2

collaborati
ng
  106:23
  107:9

collaborati
on
  80:9



108:21
127:6

collected
65:5

collection
23:10

column
137:21

Commission
26:14

commissioner
83:25

commissioners
14:10,14,
16 26:11

committee
31:21,22,
23 32:1,
13,15
33:1 83:8
131:19
133:9,18
137:16

committees
31:15,19
82:21
83:2,3

communicate
141:9

communicated
50:6
107:19

communication
49:14
52:16
107:1,20
108:11

communications
106:22
108:6,16

communities
15:21
25:17
38:21
99:11

community
9:8,15
13:15,17,
25 14:3,
8,25 15:3
16:14,22,
25 17:3,5
18:12
30:20,25
31:5,10,
25 32:17,
22 33:4
41:12,13
42:5,14
43:2 46:2
48:19
54:17
55:1
63:19,24
72:6
73:16
82:23
88:20
105:18
106:5,12,
17,19
107:12
108:3,9
109:2
116:19
117:18,21
124:3
133:14
134:18,22
135:11
139:24
140:18,24

141:4,9
143:14

company
17:16

competitive
64:6

compilation
24:5,15

complete
125:14

completely
75:1

completing
43:19

compliance
12:4

complying
17:25
140:24

component
100:3

comprehensive
43:15

concept
99:22

conceptualizing
98:17

concerned
70:6
103:10

concerns
32:6
49:13

concluded
144:7

conclusion
141:2

concrete
22:9

concurrently
89:18

conditions
38:17,21

conduct
45:4,23
68:23
90:7
112:2,8
113:24
133:19

conducting
20:13
113:8

confirm
78:7,11

conflicts
32:3

conforming
71:4

congratulations
41:21

Conlin
83:10

connect
49:24
73:15

connecting
67:6

connection
12:16
21:2
57:17
61:11
66:14
69:12
75:14

82:14
89:6
94:14
95:6
137:15
139:4

considered
98:10
114:5
142:14

consistent
20:5 22:4
27:18
36:23
66:3,6
69:4 92:1
113:9
114:20
138:16

consists
19:25
31:1 32:4

consult
37:1
41:11

consultant
41:9

consultation
37:5 43:4

contact
15:19

contacted
81:10
107:8,24

contained
34:6
127:24

contemplating
44:9



context
  96:5
  99:20,23
  121:4

continually
  38:25

continue
  35:7
  58:23

continues
  27:3

continuing
  37:21

continuum
  99:19,23,
  24 100:3,
  14

contract
  16:21
  48:13
  51:4,5
  76:8
  79:16
  84:21
  85:8
  86:1,3
  87:10,24
  88:25
  89:17
  91:8,19
  92:1
  95:15
  96:16
  97:20
  100:14
  127:25
  128:3

contracted
  74:8
  90:20

contracting
  48:10

contractor
  46:5

contracts
  15:7
  28:25
  29:7,20,
  23 30:1
  48:18
  49:7,8,9
  51:7
  56:19
  76:10
  79:8 84:6
  86:18

contributing
  112:20

control
  10:23,24
  23:15,25
  26:1,3
  33:14
  77:22,23
  84:23
  85:6
  104:12,13
  105:24
  111:17
  116:12,
  16,24
  121:9
  124:22
  125:1
  130:1
  136:21
  138:22

conversation
  128:15

conversations
  11:10,11
  67:22
  128:15

cooperation
  58:12

coordinate
  62:24
  63:2
  74:15
  81:6
  85:22
  106:6,24
  107:9

coordinated
  62:8,24

coordinating
  30:19
  49:6
  83:21
  107:21

coordination
  31:12
  49:1 57:3
  58:12
  60:5
  61:25
  66:18,24
  67:12
  72:10,15
  73:3
  74:24
  81:23
  133:5

coordinator
  117:9
  135:8

Coordinators
  131:22

core
  118:23
  140:1,5
  141:5

corporate

12:3

correct
  11:5
  14:12
  22:19,20
  24:7,23
  25:18,19
  27:4,9,13
  29:3,4,
  10,11
  33:19
  36:2 39:2
  45:3 46:5
  53:3
  66:20
  67:21
  71:8 75:7
  85:8 86:7
  88:4,13
  96:1
  100:18
  102:10
  104:24
  118:8
  119:5,6,9
  120:7
  122:22
  138:20

correction
  21:2,14

corrective
  21:7 70:2
  141:9

Council
  83:22

counsel
  6:6 8:8
  11:11
  12:11

counseling
  73:1
  78:17
  79:3,10
  92:15

96:7 98:4
  118:25

counselors
  59:20
  90:2,4,7

counterparts
  30:19
  31:13

counties
  14:12,17
  53:20,22
  59:21
  65:4 70:9
  79:9
  80:21
  131:25
  132:4,5,
  14 133:11

county
  14:10,16
  26:11
  58:24
  72:20,21
  73:10
  74:9
  75:5,10,
  12,21
  76:9
  91:18
  93:21
  94:5,14
  101:13
  107:1,18
  126:22
  127:3,8

couple
  11:7,15
  25:3,4
  48:2
  76:14
  95:2,11
  121:4
  124:13



141:19

**court**
6:8 84:13

**cover**
33:11
64:19
76:15
77:15
89:14

**coverage**
64:12
75:14
139:17

**covering**
64:15

**COVID**
29:13
130:24

**COVID-19**
48:15
130:20

**Create**
35:11

**created**
35:14

**creating**
35:15
36:18
103:10
138:2

**credentials**
19:17

**crisis**
50:4,10,
14,15,17
55:22
56:10
71:7,24
95:21
96:12
98:7

**criteria**
19:19
71:2
92:22
132:8
142:13

**CSB**
9:7 15:2
16:19
17:4
20:24
63:24

**CSBS**
14:19
17:10
29:18,24
31:13
40:22,23
41:23
42:1,3
109:7
140:2,4,8

**CSU**
56:3
58:18

**CSUS**
51:24

**curb**
123:4

**curious**
10:25
68:16

**current**
7:10
26:4,9
30:7
33:21
34:1 40:4
43:6
65:15
136:19

**customized**
44:17

66:17,24
67:12

**cycle**
55:8

———————
D
———————

**Daniel**
6:16

**Danté**
52:25
53:2 61:8
134:12

**dashboard**
44:17

**dashboards**
44:9,12

**data**
40:15
45:18
61:23,25
65:2,5,8,
11,15
67:20
82:2,6,9,
17 92:6,
14 93:21
119:4
125:22
130:14
131:1

**date**
6:3 10:17
34:22
130:19

**dated**
61:8
116:1

**day**
34:12
129:6
143:25

**day-to-day**
15:15,17
26:25

**DBHDD**
9:10
15:14,24
16:1,20,
21 17:10
20:22
21:20
28:25
29:7,18,
19,23
30:1
36:25
37:4,9
38:4 42:6
49:6
51:3,25
52:14
54:4,9
55:16,24,
25 58:19
61:7
62:10
64:8
65:12
66:4 68:2
69:2,12
70:1,13
82:14,18
83:25
84:8,22
86:6,20,
22 88:24
91:22
94:15
95:2,25
97:20
114:15,23
116:20
124:8
125:15
127:12,
19,21
128:5

134:13,24
140:23
141:1,6

**DBHDD's**
20:6 53:9
69:4,16

**DBT**
36:9

**DCH**
9:14
15:15
16:20
22:1,12,
19 37:1
47:6
54:18
55:6,10
124:8
127:12

**Debbie**
24:16

**dedicated**
56:13

**define**
70:16
126:24
128:10
143:1

**defined**
14:3

**defining**
127:20

**definition**
143:12

**Dekalb**
75:19,23

**delegate**
125:10

**delegated**
12:20



deliverables
  87:25
  88:15
  95:15
  97:19
  127:24

delivering
  38:19

delivery
  25:16
  106:6,25
  107:10,21

demand
  94:2

department
  6:14 9:1,
  11,15
  12:21
  14:22,25
  15:4,8,18
  16:8,24
  17:13
  18:12
  19:23
  20:11
  37:7
  39:21
  41:10
  42:2
  45:16,19
  48:19
  49:3,8,
  11,12,15
  51:1
  54:16
  55:1
  57:4,7,
  12,16
  58:8,13,
  20 59:2,
  8,12,16,
  22 62:19
  64:4
  71:20

  72:9 73:1
  86:13
  88:7
  105:2,4
  108:1
  124:8
  127:13,16
  133:15
  134:8,15,
  17,19,21

departments
  92:16

deposition
  6:2 7:17,
  20 8:23
  10:15
  11:9
  12:6,9,12
  46:17
  70:17
  97:13
  103:24
  104:23,25
  141:14
  144:7

depression
  112:3,24
  113:1

depth
  105:14

describe
  14:18
  15:1 19:8
  21:5
  43:12
  45:6 57:3
  66:22,24
  72:15
  76:7
  85:10
  115:7
  142:8

describes
  89:12

descriptions
  68:22

design
  138:12

designated
  45:10
  83:11

designed
  89:13

detail
  21:6
  43:16

determination
  65:20

determine
  20:4 67:8
  69:3
  92:16,22
  93:9
  112:12

determining
  141:23

develop
  39:18,25
  42:7
  139:7,13,
  21

developed
  33:24
  105:3
  112:12

developing
  33:23
  43:22

development
  11:22
  25:5
  35:17
  42:8
  135:12

developmental
  9:12
  13:20
  14:23
  15:5,9
  17:14
  19:24
  31:22
  41:10
  49:3 51:2
  64:5
  86:14
  88:8
  101:22
  134:9,20

dialectical
  36:9

difference
  87:9
  95:18,19

difficult
  121:3

difficulty
  49:22

dip
  29:15

direct
  40:12
  41:2 49:4
  69:21,24
  85:25
  89:11
  90:17
  92:3
  122:12
  131:21
  137:21
  138:23

direction
  107:25

directly
  16:22

46:7
  57:22
  58:17
  62:10
  69:19
  74:16,25
  76:9,10
  107:14,24
  108:10
  120:15

director
  24:16
  55:8
  58:8,9
  106:22
  107:8

directors
  14:9
  15:25
  16:6
  25:24
  26:21
  27:3
  31:25
  33:25
  83:6,24

disabilities
  9:12
  13:21
  14:23
  15:5,9
  17:14
  19:24
  31:22
  41:11
  49:4 51:2
  64:5
  86:14
  88:8
  101:22
  134:11,20

disclose
  11:10



discontinue
  117:6

discuss
  50:1
  67:24
  130:5

discussed
  11:16
  61:21
  69:5
  136:15

discussing
  131:16
  134:3,5

discussion
  45:7 70:8
  107:13
  118:13
  123:15
  124:7

discussions
  52:13
  109:7
  131:2,3
  134:22

Disease
  49:16

disorder
  123:5

disruption
  103:10
  143:4

disruptive
  103:3

district
  92:21
  102:20
  103:2
  110:16,25
  124:5
  127:6,11
  128:9,12,

17 142:25
143:14

districts
  118:22
  126:21
  128:10

dive
  7:14

diversify
  27:22
  47:18

diversifying
  47:17

divert
  100:20

diverted
  65:16,20
  66:9

diverting
  67:16

document
  10:19,24
  13:12
  20:15
  23:5,12
  24:1,18
  25:23
  26:2
  33:6,11,
  13,23
  34:4,18,
  21 45:14
  62:3
  76:21,23
  77:14,17,
  20,22,25
  84:20,23
  85:7
  88:16,19
  95:17
  104:11
  105:12,

15,25
106:13
111:3,10,
16
115:14,22
116:12
124:12,22
125:2
129:2,15,
19 137:15
138:3

documentati
on
  20:1
  40:16

documented
  19:17

documenting
  18:1

documents
  12:15,19,
  21,23
  13:2
  32:24
  62:1
  76:15,16
  118:17

downtown
  130:25

draft
  35:2

drafting
  137:24

drafts
  24:13

draw
  19:12
  141:2

drop-off
  29:14

duly
  6:21

duties
  125:7

_____

E
_____

e-mail
  61:1,6,
  12,14,21
  78:4
  129:10,
  11,21
  130:1,4,
  19
  131:11,15
  134:2
  135:4
  136:14
  137:1

e.g.
  91:10

earlier
  8:7 46:24
  54:25
  68:20
  69:6 72:8
  82:22
  91:24
  109:8
  111:12
  113:19
  125:7

early
  90:12
  99:13
  102:23
  122:6
  123:2,4,7

ease
  40:17

easier
  25:25
  132:25

easily

52:11
115:19

easy
  49:17

eating
  143:10

educate
  122:7

education
  9:1,17
  37:21
  57:5,7,
  12,16
  58:13,20,
  23 59:2,
  8,16,22
  72:9
  99:20,23
  100:6
  105:2,4
  108:1,7
  109:18
  122:4
  124:8
  127:13
  134:15
  141:24
  142:4,5

educational
  9:4,20
  83:12,17
  90:7
  100:2
  110:20
  122:1

effective
  25:16
  40:10
  67:12
  100:22
  112:7
  118:18,20
  119:2



JENNIFER HIBBARD                                    October 20, 2022
UNITED STATES vs STATE OF GEORGIA          Index: effectiveness..excuse

effectivene
ss
    67:25
    101:25
    119:4

efficiency
    40:15

efficient
    40:10

effort
    62:24
    70:11
    94:13,15
    133:19
    134:7
    137:16,20
    139:19

efforts
    45:22
    91:12,22
    123:7

elected
    14:17
    93:23

electronic
    39:18
    40:1,19,
    22 44:12,
    15,16
    45:17
    125:23

elementary
    127:1

elements
    139:4

eligible
    28:6,8
    30:4

Ellis
    26:9

embed
    85:12

embedded
    72:19
    79:5 80:7
    125:20
    141:21

emotional
    110:20

employ
    114:13

employee
    19:15
    83:10
    104:25
    134:19
    135:5,22,
    24

employees
    14:2
    39:22

enable
    15:7

Encounter
    61:25

encourage
    29:18

encouraged
    31:2
    89:20

end
    16:6
    23:22
    40:17
    44:25

enforcement
    48:7,9,10

engaged
    101:23

enhance
    39:17
    40:8,14

enrolled

28:13
30:7
80:16,17
101:17
102:5,8
124:3

enrolling
    55:7

ensure
    62:4
    64:24
    81:14

ensured
    139:23

ensuring
    25:16
    139:3,23
    140:23

entails
    17:12
    19:9 76:7

entire
    56:17
    64:16,19

entities
    15:2 49:2
    63:7,11,
    21 64:2

entity
    14:3
    28:11
    51:18
    60:3,8,
    14,20
    62:6,14,
    15 80:12
    83:22,23
    96:10
    108:19
    118:1

entity's
    60:10

entries
    137:20

entry
    89:17

environment
    102:24
    103:5,7

envisioned
    45:6

equitable
    81:20

Eric
    11:23

essential
    30:2

establish
    44:8,13
    89:15
    90:22
    138:13

established
    13:18
    14:1
    31:16
    34:2
    35:16,18
    53:24
    71:1
    90:15

establishin
g
    54:25
    90:2,12

evaluation
    28:9,17
    60:10
    95:5
    111:8

evidence-
based
    35:8
    36:23

37:10
38:7,11,
15,20
56:15
112:6,15,
22 113:2,
9,23
114:4,17
115:3

exact
    73:19

EXAMINATION
    7:1

examined
    6:23

examples
    48:2

Excellence
    60:2,7,9,
    15 62:11
    65:13
    68:3
    82:14,19
    95:25
    114:16
    125:16
    135:24

excited
    41:22

exclusion
    54:4

exclusive
    98:17

exclusively
    32:17
    51:3 63:8

excuse
    24:1
    73:17
    75:10
    114:22



executive
  10:16
  11:16,19
  13:1 14:7
  24:17,22,
  25 33:25
  34:9,15
  58:2
  59:15

exhibit
  10:5,8,11
  22:25
  23:3,17
  33:8,11
  60:24
  61:6,22
  77:5,8,
  11,14
  84:14,17
  85:1
  88:11,15
  97:20
  104:6,9
  111:7
  115:24
  119:17,
  19,22
  124:15,17
  129:9,13
  136:9,11

Exhibits
  61:3

exist
  13:22
  133:8

existing
  39:18
  99:9
  117:24

exit
  20:16

expand
  36:22
  53:25

  64:9
  87:11
  90:19
  91:4
  93:16,23
  108:21
  133:20

expanding
  28:4
  57:13
  58:13
  59:16

expansion
  87:14,18,
  19,20

expect
  22:18
  61:12
  69:21
  108:11,15
  110:22
  112:23
  116:1
  138:17
  139:2,6
  141:6,8

expectation
  20:3
  112:14
  138:15

expected
  123:10
  139:4
  140:8

expenses
  89:14

experience
  16:12,13,
  18 37:4
  38:14,19
  67:11
  92:11,18
  103:11,
  14,16

  119:7

experiencing
  103:17
  143:4

expert
  6:13

explain
  7:17
  13:14
  39:16
  65:19
  97:24
  103:6,13

explained
  100:13

expressed
  93:25

extended
  95:21

extent
  106:4,12,
  24 108:3,
  9

external
  28:10
  51:15

extra
  129:6
  142:17

extremes
  100:9

————————

F

————————

F2f
  129:23

facilities
  40:10
  54:1,11

facility
  62:20
  96:23
  98:10,22
  101:7

fact
  91:24
  139:24

factors
  92:5,7
  93:9
  112:20

failing
  141:4

fair
  34:21
  51:23
  63:7 73:3
  89:25
  91:2
  93:12,15
  98:16
  100:13
  102:12,16
  123:6
  127:7

Falesha
  12:3 13:4
  18:16,23

Falesha's
  25:11

familiar
  41:4 60:2
  75:15,18
  82:12
  83:22,25
  87:6
  99:18,22,
  24 100:2,
  11 106:13
  109:15
  135:20,21

familiarize

  23:14
  33:15
  84:25
  124:23
  136:17

families
  55:20
  67:13
  90:8,13
  122:14
  132:25
  138:9,11
  143:18

family
  67:6
  68:23
  74:13
  96:11
  98:7
  106:7
  117:3,6,
  15,22,23
  118:3,6,9
  122:21
  132:20
  133:15
  142:10

fashion
  12:22
  63:3

featured
  120:11

February
  61:24
  116:1
  130:20
  131:20
  137:5

federal
  27:13
  28:19
  29:6
  41:18
  86:10,16,



20

**feel**
  47:20
  100:11
  109:4
  118:9

**fidelity**
  60:23
  62:16
  63:9
  64:9,20,
  24 65:6,
  22 66:14,
  16 67:2,
  17,25
  68:6,9,
  15,17
  70:10,14,
  16,20
  71:2
  80:13,18
  130:5
  131:9
  132:14
  133:20
  135:3
  137:6,15

**figure**
  80:20
  86:23

**file**
  70:3,4

**files**
  19:21

**fill**
  94:1
  118:14
  123:17
  139:8,13,
  14,21

**filling**
  52:2

**finances**

16:3

**financial**
  11:23
  16:7

**financials**
  16:6,9
  29:17

**financing**
  138:13

**find**
  20:14
  39:11

**finding**
  94:1
  115:19

**findings**
  20:17,19

**fine**
  73:22
  95:13
  103:21
  105:7

**finish**
  7:22

**finished**
  33:16
  104:11
  116:11

**fiscal**
  16:17,19
  86:23

**Fitzgerald**
  88:6

**fix**
  19:2

**flights**
  129:5

**flip**
  111:7,15,
  22

**floor**
  71:13

**fluoride**
  122:2

**focus**
  41:2
  95:14

**focused**
  56:14,24
  63:8

**focuses**
  42:17

**focusing**
  53:21

**foggy**
  95:10

**follow**
  125:18

**footprint**
  126:15

**form**
  52:18
  75:9

**forming**
  36:3

**forward**
  144:1

**foster**
  62:21

**Frances**
  6:11

**Franny**
  77:7
  129:5

**frequent**
  15:19

**frequently**
  34:12
  113:6
  114:11

**Friday**
  129:4

**fulfill**
  109:1

**full**
  7:7 100:6
  126:1,9,
  15 140:14

**full-time**
  79:22

**fully**
  30:1

**function**
  17:9
  21:25
  135:9

**functionali
ty**
  40:14
  44:11

**functions**
  18:5

**fund**
  27:23,25
  30:1
  54:12

**funded**
  50:25
  51:1
  86:15,16

**funder**
  15:5,10

**funding**
  27:8,12
  29:20
  43:22
  50:6
  51:6,15
  52:21
  56:18
  58:20
  59:1

89:14,21
  91:9,13,
  21,25
  127:17,19

**fundraising**
  24:16

**funds**
  16:17
  28:19
  51:23
  53:10,13,
  17 54:7,
  10,14
  86:5,15
  87:13
  89:13
  90:20
  91:3,19
  93:24

**FY**
  24:2,6,11
  25:24
  27:7
  28:22
  29:6,9,
  10,13
  30:16
  33:19
  84:21
  97:20

———————

**G**

**GA00578758**
  61:9

**GA00578761**
  61:20

**GA042504**
  136:14

**GA04292495**
  129:21
  134:4



GA04292501
  131:17

Gadoe
  8:25

gain
  15:20
  133:4

gallery
  77:25

gap
  41:2
  42:22
  50:4,6
  56:9
  118:13

gaps
  18:19
  43:9,13
  44:4 52:3
  55:11,17
  123:17
  139:9,14,
  22

Gateway
  17:5

gathers
  125:22

general
  21:6
  81:22
  82:9
  100:6
  113:22
  141:1,24
  142:4

generally
  23:14
  60:17
  118:17
  142:8

generated
  22:19

23:11
34:24

geographic
  64:12

Georgia
  6:3,18
  9:1,4,11,
  14 12:12
  13:16
  14:22,25
  17:3
  30:10,20,
  24 31:6
  33:3
  41:23
  49:2
  57:4,12
  58:13
  59:15,22
  60:1,6
  61:10
  63:12,24
  66:17
  72:8
  81:7,11,
  14,17
  82:23
  83:12,17
  84:22
  88:7,15
  89:13
  105:2,4
  108:1
  111:8
  115:25
  120:5
  127:13
  129:19
  131:17
  134:14,17
  136:12

Georgia's
  119:23
  120:1,21

Gillian
  45:21

give
  10:6,23
  23:1,11,
  15 24:9
  26:1
  28:21
  30:13
  33:6,14
  40:6
  43:16
  51:8
  60:25
  61:19
  76:17
  77:22
  84:5,23,
  25 85:1
  88:1
  104:7,10
  111:5,14,
  17
  115:18,23
  116:5,9,
  24 121:8
  124:22
  129:25
  132:17
  136:7,16

glance
  136:24

globally
  111:17

GNETS
  9:3
  52:15,17,
  22 53:10,
  13,18
  54:1,7,11
  65:21
  66:10
  67:18
  74:25
  75:3,4,

10,15,18,
20,22,24,
25 76:6,
10 77:18,
21 78:12,
15,19,24
79:2,10,
13,23
80:8,9,
14,17,23
92:21
93:6
96:15,23
99:16
100:8,17,
21 101:7,
12 102:1,
5,9,12,16
104:9
106:2,11,
22 107:8,
21 108:2,
8,22
109:12,13
110:17
123:24
124:4
133:19,24

goal
  26:23
  36:21
  40:7
  85:16
  99:6
  100:19
  101:2
  127:2

goals
  98:24
  99:14

good
  7:3,4
  9:25
  16:16
  81:13

93:5
103:20

governance
  26:24

governing
  26:22

Governor
  59:6

grant
  41:18
  46:1,12
  51:3,25
  87:10

grantees
  46:9

grants
  41:24
  42:1,3
  87:21

great
  51:10
  92:17
  93:10
  132:10

green
  35:24
  38:23

grew
  87:12

ground
  7:15

group
  41:9
  120:2

grow
  28:2
  36:22
  89:16,18

grown
  29:9



growth
  89:19

guess
  98:21

guidance
  43:3
  49:17
  114:15
  128:1,2,5
  138:20

guide
  115:16

guidelines
  15:22
  18:1
  19:18,25
  68:22

guiding
  127:14

Gwinnett
  13:25
  14:12
  26:11
  72:20
  73:10
  74:8 75:9
  80:22
  91:18
  93:20
  94:5,14
  101:13
  126:22

——————

H

——————

H-I-B-B-A-
R-D
  7:9

hand
  137:24

happen
  18:14

69:25
  74:19

happened
  17:1,2
  18:14

happening
  72:7,10
  131:4

happy
  8:4
  111:14

hard
  101:6

head
  8:1 30:10
  37:12
  52:9
  71:19
  121:11
  128:22

heads
  49:11

health
  6:16
  7:12,13
  9:11,15
  10:2,17
  12:15
  13:6,20
  14:4,5,7,
  22,25
  15:4,8,18
  16:8,14,
  19,24
  17:13,16
  18:12
  19:23
  21:3,15
  22:5,13
  23:6,11
  24:14,23
  25:14,15,
  17,20
  26:21

27:12,20
  28:24
  29:19
  30:3,19
  32:5
  33:12,19
  34:16
  36:17,19
  37:1,3,7,
  11,19
  38:4,16,
  21,25
  39:7
  40:19,22
  41:10,14,
  15 42:2,
  5,15,19,
  20 43:20
  44:3,12,
  15,16
  45:17,23,
  24 48:11
  49:3,5,8,
  12 50:2,
  20 51:2
  52:7
  54:17
  55:2,13,
  17 56:24
  57:4,11,
  14,24
  58:1,14
  59:12,17
  60:6
  61:24
  63:18,20,
  21 64:5
  65:11,25
  73:11
  74:2
  76:10,13,
  22 78:12,
  17 79:4,
  8,9 80:9,
  18 81:6
  82:2,8,11
  83:21

84:8,18,
  21 85:13
  86:14
  88:1,3,7,
  20,25
  89:6,16
  91:2 92:8
  96:20
  100:1,15
  101:23,25
  102:5
  105:20
  106:6,25
  107:10,22
  108:3,14
  109:3,5
  112:10
  113:2,8,
  15,25
  116:19
  118:25
  120:5,6,
  10,20
  121:21
  122:8,11,
  18 123:4,
  16 124:20
  125:23
  127:16
  128:20
  134:9,18,
  20,22
  135:5,18,
  22 141:1
  143:2

Health's
  16:2
  59:23
  74:24

healthcare
  98:19,20
  99:25
  100:1
  102:13

hear

119:13

heard
  93:3
  119:10,23
  124:1

hearing
  77:24

heavily
  42:17

helped
  85:24

helpful
  7:21 21:9
  90:24
  118:17,20

helping
  55:11
  122:6

helps
  38:20
  49:24

HFW
  129:23

Hibbard
  6:2,20
  7:3,8
  10:12,16,
  19 11:7
  13:14
  46:21
  70:16
  85:8
  97:17
  102:12
  104:3,10
  112:6
  136:16
  141:18
  144:1

high
  20:17
  24:20



26:25
30:12
59:7
62:16,23
63:6,8
64:9,20,
24 65:6,
22 66:14,
16 67:2,
17,25
68:15
70:10,14,
18,20
71:2
80:12,18
126:24
130:5
132:14
133:20
135:2
137:5,15

**high-quality**
38:9,12

**higher**
95:20
96:4,6,9,
13,15
97:22
98:8,10,
23 99:5,
11
102:13,16
123:8

**hire**
26:23

**hired**
41:11

**historically**
27:17

**hit**
29:13
48:16

**hold**
16:16

**Holkins**
6:9 7:2
10:10
23:5,19,
21,25
33:10
46:13,21
61:5
76:25
77:2,4,7,
10,13
78:2,10
84:11,16
85:3,6
97:6,17
103:19
104:3,19,
20,24
105:3,7
119:21
124:17
129:4,7,
15 136:11
141:11,18

**home**
62:21
103:4,7
117:20

**homeless**
48:17

**hope**
44:15

**hoping**
67:9

**hosting**
7:5

**hour**
46:13
103:21

**House**
13:18

**140:7**

**housing**
48:20

**Howard**
26:8

**human**
39:20

**hypothetical**
143:3

**hypothetically**
142:23

———————

**I**

———————

**IC3**
66:18
130:6
132:23
138:12
139:4

**ideation**
94:8

**identification**
10:9 23:4
33:9 61:4
77:9,12
84:15
119:20
124:16
129:14
136:10

**identified**
13:9
15:14
20:8
32:21
39:6
48:25
62:22

70:2
79:22
88:3,6
93:22
116:23
139:8,14,
22

**identifies**
116:18

**identify**
18:20
35:7
36:4,6
38:25
43:7
55:11
92:12
100:8
122:7

**identifying**
55:17
67:3,4
92:9 93:6
110:23
122:3

**IDT**
83:7

**IEP**
109:15,
17,20
110:1,5,
14

**IFI**
118:2

**III**
40:7

**impact**
103:6,11
140:12

**implement**
42:7
132:24

**implemented**
35:13
48:5 74:3
127:8

**implementing**
133:2,12

**implements**
73:18

**importance**
38:7

**important**
47:20
102:19
110:4

**improve**
25:15
40:13
42:16
44:24
55:21
65:3 70:8
85:14
132:24

**improvement**
21:10
32:8
143:10

**improvements**
21:8 43:8

**in-home**
122:15
123:13

**include**
32:9
40:14
43:9
47:11
54:6
67:16
95:22
106:19



113:3
122:20
140:10
143:12

**included**
11:21
95:8
116:10
124:10

**includes**
14:11
67:3
87:24
106:15

**including**
61:7 91:9
92:5
113:25
121:17
129:22
137:25

**increase**
27:21
48:16,19
85:21
89:21
133:10

**increasing**
123:16

**indicating**
138:25

**indication**
142:21

**indicators**
15:12

**individual**
17:20
62:25
73:12
78:17
79:3,10
96:7,8
98:4

109:18
114:1
118:25

**individuali
zed**
112:11
122:11

**individuals**
13:20
15:6,7
19:16
28:5,12,
16 29:25
31:11
38:10
40:9
42:17,21
48:17,20
51:21
56:16
60:21
74:17
78:15
80:11
101:21

**industry**
35:12

**information**
15:13
16:11,14
21:9,23
39:8,24
44:18
73:23
82:8
95:24
97:2,4
110:9
115:12
116:10
120:15
125:17,19
128:23
140:16
143:22

**informing**
16:10

**infrastruct
ure**
40:8
138:13

**infrastruct
ure/seed**
89:14,21

**initial**
43:19
46:3
87:13

**initially**
91:3

**initiative**
35:11
36:4,22
38:23
39:15
41:1
42:24
44:8 45:1

**initiatives**
45:11
49:13
50:2
55:21

**input**
110:2

**inquiry**
69:22

**instance**
49:11
50:3
54:23
55:22
88:21
100:4
102:3
106:23
107:19
135:15

**instances**
58:12
70:1
107:7

**instrumenta
lity**
16:23

**insurance**
28:1,2
48:13
73:15
91:10

**intake**
58:6

**integrate**
36:19

**integrated**
42:18

**integration**
42:18,20
100:6

**Intellectua
l**
31:21

**intended**
68:22
91:3

**intense**
98:6

**intensity**
98:3,5
123:3

**intensive**
66:17,24
67:11
96:11
98:6
117:3,6,
15,19,23
118:3,6,9
122:21
123:13

142:10,
17,22

**interacting**
54:17
55:6

**interaction**
55:3,4
57:6
74:20

**Interagency**
83:6,23

**interested**
116:7

**interfaces**
134:21

**interpret**
96:3,4,6,
9 106:20
139:15

**interpretat
ion**
29:15

**Interrogato
ry**
116:8
118:16

**intervene**
123:2

**interventio
n**
96:11
98:7
99:13
100:2
102:23
117:4,7,
15,20,24
118:3,6,
10 122:21
123:7
142:11



interventio
ns
    102:1
    110:24

interview
    20:16

interviewed
    121:16

interviewing
    113:4
    114:8

interviews
    68:24

introduce
    6:6

introducing
    61:14

invited
    107:16

involved
    21:20
    26:25
    34:16
    55:10,16,
    20 59:9
    69:23
    79:7
    80:13
    83:6
    110:22
    120:21
    128:14
    138:2
    141:22

involvement
    59:23
    62:18

involves
    105:18

isolation
    121:3

issue
    52:3,10

issued
    10:15,17
    21:2 42:3
    53:12,18

issues
    16:18
    112:16,23
    113:24
    122:8
    133:10

item
    32:3 45:8
    86:10
    109:1
    139:18
    140:17

            J

J-E-N-N-I-
F-E-R
    7:8

Jennifer
    6:2,20
    7:8 10:16
    24:17
    25:7
    135:4

job
    125:14
    134:24

Johnson
    6:17
    49:12
    50:2
    52:4,14

Johnson's
    49:20

Jones
    11:21

25:4 61:7
66:1 68:1
69:22
72:5,23
74:23
78:13
79:18
80:6
81:10
83:9 93:2
108:17
120:24
128:25
129:22
143:21

July
    111:9

jump
    104:5

June
    111:9
    120:9,14

Justice
    6:14
    62:19
    98:10,22

justify
    98:23

Juvenile
    62:19
    98:9,22

            K

keeping
    34:14

Keith
    26:9

Kemp
    59:7

key
    15:12

kids
    21:18
    56:16
    63:5 65:7
    74:12
    85:21
    101:4
    117:18
    132:10
    133:24

Kidsnet
    73:9 74:4

kind
    11:17
    15:10
    23:13
    35:18
    40:1
    49:19
    62:7 95:3
    98:2,12,
    13,15
    107:12
    108:24
    113:5
    115:16
    126:12
    130:24
    131:5
    135:1

knew
    75:12
    133:16

knowing
    133:7

knowledge
    13:9 17:1
    28:10,14
    36:25
    42:4
    51:14
    53:8
    55:10,14,
    15 57:11

72:3
74:1,15
75:17
79:21
81:1,5
88:24
93:1
96:21
101:19
102:4
108:5
109:10
110:3,9
123:22,25
128:13
133:7
142:6

knowledgeab
le
    57:10

            L

lack
    122:1

large
    48:16

law
    13:18
    48:6,9,10
    141:3

laws
    140:7

Layla
    88:6

LEA
    9:17

lead
    36:3

leadership
    137:25
    138:5,17



139:6,7,
12

**leads**
38:15
45:19
53:2

**LEAS**
74:16

**led**
49:12,16
137:16

**Ledbetter**
55:9

**left**
26:9

**left-hand**
86:2
137:21

**legislation**
140:13,
14,23

**legislative**
140:6

**letter**
41:8
115:25
116:3

**level**
20:17
24:20
26:25
59:20
63:6
72:10
86:16,17
90:3
95:20
96:4,6,7,
9,12,14,
16,18
98:3,10,
14,17

99:1,3
102:13,17
123:3
127:8,10
142:22

**levels**
97:23
98:1,8
99:12
123:8

**leveraged**
101:1

**license**
37:22

**licensed**
55:2
85:13

**licenses**
43:25

**life**
25:15

**likewise**
9:10

**limit**
26:19

**limitations**
127:18

**limited**
53:23
92:6,17

**list**
11:1,14
26:3 27:2
45:14
48:23
77:20
116:23

**listed**
89:1
106:4
114:21

118:15
126:3
129:2

**lists**
25:24
88:19

**liti-**
140:13

**litigation**
111:5
129:20
131:18

**living**
34:4

**local**
9:17
58:24,25
59:20
72:10,19
73:4
80:24
81:24
82:3
85:13
90:3 99:9
102:20
103:1
108:6
110:16,25
118:21
124:4
127:6,10
142:25
143:14

**located**
75:4

**location**
50:8,22
107:16

**long**
25:21
26:16
57:21,23

74:6
79:25

**Lookout**
63:19
64:15

**lot**
35:18
57:6 93:8
121:10
135:11
140:14,16

**Louise**
26:10

**love**
65:2

**lower**
123:3

**lowest**
99:1,3

**lunch**
97:9
103:20

**Lynette**
26:8

———————

**M**

**made**
20:20
34:2
56:13,18
69:9
90:17
95:18,19
111:9
113:10
115:6

**main**
134:13

**Mainstay**
75:16

76:2
106:23

**maintain**
37:20
99:7

**maintaining**
143:13

**make**
8:23
15:20
17:25
19:14,15
21:8 22:9
30:4 32:7
34:4,8
37:23
40:3 43:8
54:13
58:19
63:3
68:20
69:19,25
73:12
81:19
83:4 93:4
99:17
101:4
118:5
132:25
135:24
140:2,4,
21 142:7,
17

**makes**
65:19
74:11
82:13

**making**
7:6 90:3
102:5,7
133:13
135:12
142:3

**management**



12:20
22:1 34:7
51:17,19
60:8,10,
14 62:6,
14,15
63:7,11
80:12
96:10
108:19
118:1
121:19

manager
125:12

managers
28:6

mandated
38:1,3

manual
19:22,24
20:2,6
69:4,16
96:19
116:20
142:14

March
61:8
130:22

Marinelli
26:7

mark
35:20
38:23
76:24
77:1

marked
10:8 23:3
33:8 61:3
77:8,11
84:14
104:6,8
111:4,6
115:24

119:19
124:15
129:13
136:9

marker
94:6
101:5

markers
131:8

marketing
24:16

marking
10:11
33:11
61:6
84:17
119:22

massive
29:14

Materials
23:7

matter
6:2
12:12,16
38:7
47:19
61:11
102:25
114:16
130:9
136:13

maximize
28:14
91:8,13

maximizing
28:12
91:25

maximum
106:4,12,
24 108:2,
9

Mckay
52:25
53:2 61:8
134:12

Meadow
101:11,
13,14,18
107:11

Meadowcreek
59:7

meaning
96:9

means
9:17,20
10:2
35:24
36:1 41:9
89:24
99:19
132:3

measure
16:16
43:6

measured
94:5
131:9

measures
15:11
16:19

measuring
60:19

mechanisms
138:13

Medicaid
18:13,14,
16 19:5
22:2,12,
14,19,23
27:15,21,
24 28:4,
6,8,12,13
29:3,9,21

30:3,4,8,
10 51:17
54:23
55:7
91:10,14,
15 96:19
97:24
116:18

Medicaid-
funded
47:1,7,12

medical
40:20

medically
142:14

medication
121:19

medication-
assisted
43:18,20,
23 54:24

meet
11:20,24
12:5
30:23
66:4
93:14
98:25
99:2
110:24
118:10
130:13
142:13

meeting
11:15
15:21
16:7 67:7
69:11
83:7
101:20
107:12,15
130:4,9
131:19

meetings
32:2
72:24
84:2,3
109:8,20
110:1,5,
14
130:10,
11,15,21
133:1

meets
16:5
25:17
88:25
132:8

Melanie
6:17

member
26:11
102:8

members
11:16,19,
21 14:15
15:19
20:11
24:15
26:13
28:5 31:2
49:25
67:23,24
69:19
78:8
109:19
117:21
135:16
143:21

members'
78:9

memo
52:18,19,
20,24
53:5,12,
18 54:4,
5,9



mental
  10:2 14:4
  21:15
  37:3 39:7
  42:19
  44:3
  45:24
  52:7
  55:12,17
  73:11
  89:16
  106:6,25
  107:10,21
  108:3
  109:3
  120:5,6
  122:11
  135:18
  141:1

mentioned
  17:9 19:9
  34:25
  54:25
  56:21
  64:14
  68:20
  71:6 72:9
  76:5 79:3
  82:22
  98:6
  129:24

messaging
  132:7

met
  33:24
  110:16

methodology
  114:24

Metro
  75:3,4,10
  76:4,6,9
  77:17,21
  78:12,15,
  19,24

  79:2,13,
  22 80:8

middle
  63:24
  126:25

migrate
  29:19

million
  51:12,13
  56:22,23
  57:1

Mills
  129:21
  134:12
  137:3

Mills'
  134:24

mind
  32:23
  143:17

minor
  21:7

minute
  116:9

minutes
  8:7 33:2
  46:14
  121:5
  131:19
  134:3,4

misconduct
  112:13

mission
  25:14,20
  40:9

Mitchell
  45:21

modalities
  114:10

modality

36:12
  56:15

model
  60:23
  68:6,9,15
  70:19,22,
  24

moment
  23:12
  104:10
  111:14
  129:25
  136:16

money
  29:6

Monica
  49:12,19
  50:2,6
  52:4,13

monitor
  16:14
  68:5

monitoring
  42:12
  67:7
  113:20

month
  16:9
  46:12
  61:23
  124:20
  125:25
  126:4

monthly
  16:4 32:2
  65:12
  68:4
  82:12,18
  89:5
  91:23
  95:22,25
  124:19
  125:8,15

mood
  143:5

morning
  7:3,4
  19:13
  46:24

motivationa
l
  113:4
  114:8

Mountain
  63:19
  64:15

move
  44:23
  54:16
  59:14
  60:1 98:5
  105:25
  111:24
  115:20
  119:17
  120:25
  124:4
  129:12
  131:11
  132:21
  136:7
  141:24

moved
  26:8
  142:5

movement
  42:12

moving
  67:10
  123:7

MTM
  41:5,8,9
  43:3
  46:4,7,10

MTM/CB
  41:1

multiple
  47:20
  62:18
  117:21
  136:18

multitiered
  121:17

_____

N

_____

names
  78:9
  114:23

nation
  70:24

national
  71:1

nationally
  42:12

nationwide
  70:23

natural
  67:4

nature
  15:1

Naughton
  11:23

necessarily
  59:3 63:1
  70:4 90:8

needed
  8:9 43:8
  44:6
  48:17
  56:11,12
  72:24
  96:9,10,
  12 103:8
  118:14
  136:20
  142:22



needing
  52:10
  81:12
  99:4
negative
  103:12
net
  13:19
  16:15
  28:3
  109:4
network
  9:4
  139:8,13,
  21
Newton
  13:25
  14:12
  72:21
  80:22
  117:9
  127:3
nodding
  8:1
Non-apex
  76:19
nonbillable
  90:1 91:4
note
  10:14
  34:18
  61:9
  88:2,10
  111:22
  129:18
noted
  56:9
notice
  13:10
  48:16
number
  19:11

23:8 30:9
37:21
54:23
62:7 64:9
65:7,16
71:18,21
74:5 78:3
80:20
82:9
84:19
85:2
89:12
90:10
91:4
92:3,7,20
93:5,11
94:7
96:22
109:2
112:24
123:16
127:14,23
128:4,8,
11,17,18
129:20,
21,24
138:22
numbers
  126:12
nuts
  66:25

_____

O

_____

Oakland
  101:11,
  13,14,17
  107:11
objective
  35:6
  40:13
  44:23
  47:16
objectives

45:11
obligation
  86:2
  108:8
  140:25
obligations
  88:25
occur
  22:10,12
  100:5,6
  103:16
occurred
  39:2
  90:25
  130:16,17
  131:19
occurring
  72:16
  73:4 76:6
  79:25
  130:15,21
occurs
  60:5
October
  6:4 41:20
OCYF
  53:3
  138:17
  139:7,12
offer
  37:23
  38:12
  44:5 55:2
  98:2
  115:5
  123:13
  142:16
offered
  37:4
  69:14
  71:7,10
  78:24

offering
  38:7,11
  79:2
offhand
  94:23
Office
  53:2
  55:19
  81:7,11,
  14,17
  138:8,10
officer
  10:16
  11:23
  12:4 14:7
  58:2,10
  59:15
officials
  14:17
  107:13
ominous
  140:16
on-site
  19:10
onetime
  74:14
ongoing
  16:9
  59:14
  60:11
  76:5 80:9
open
  49:14
  54:21,22
  55:23
  56:1
  58:17
opens
  44:16
operate
  60:8

operated
  17:6
  50:16,19
operating
  58:10
operational
  15:15,17
operationaliz
e
  138:12
operations
  25:8 27:1
  31:20,22,
  23 32:15
  42:14
  43:6
opinion
  64:18
  118:17
  119:3
opportuniti
es
  37:23
  49:10
  90:6,7
  108:20,24
opportunity
  109:4
opposed
  8:1 96:20
option
  38:2
  47:22
optional
  113:14
Options
  17:17
  22:5 32:6
order
  30:4
  43:25



47:21
103:8
123:17

ordinarily
37:13

organizatio
n
13:22
17:15,18
19:21
27:9
51:19
58:5
92:25
108:22
119:24

organizatio
n's
40:8

organizatio
ns
22:2 31:1
48:24
63:14
133:14
135:17
139:16

out-of-home
62:17

outbursts
143:5

outcome
100:23

outcomes
38:15
60:22
67:9,10,
13 82:3,
11

outlier
29:16

outpatient

71:12,14
96:8 98:3
118:24
140:1
141:5

outreach
133:19
135:11

outsource
17:16

overarching
16:2 50:1
126:12

oversees
18:12
45:17
72:23
135:2

oversight
15:11
16:1
17:17

Overview
23:6
33:12

───────────

─────── P ───────

p.m.
103:23,
24,25
104:2
141:13,
14,15,17
144:6,7

package
119:4

packet
39:24

pages
106:1
118:16

pandemic
48:16
130:21
132:23

paper
39:23

part
14:2,5
50:5 59:9
62:4,5,8
65:9
101:12
107:13
110:13
113:17
123:19
125:7
128:15
129:23
133:19
134:22
139:15

participate
31:2,17
37:13
83:13
84:2
92:10,23
93:7
109:19
110:1
113:14
119:14
120:15
130:9,10
133:1

participate
d
35:3 43:3
70:13
84:3
130:12
134:6

participate
s
83:9

participati
ng
67:14
80:17
82:19
109:22
110:14,15
130:11

partner
57:16

partnered
57:12

partners
48:10
85:20

partnership
75:9

parts
70:24

party
17:14

passed
86:19
140:7

past
23:8
117:4

patience
131:13

Patrick
6:9 23:16
76:24

payer
47:25
48:12,13
51:15,22

payers
47:21,23

91:10

PDF
24:10

peanut
77:25

peer
32:12

pending
8:11

penetration
65:3,6
70:6
128:20
131:6

people
36:11
134:13

percent
19:4
22:16
27:11,15
28:24
29:2 63:5
95:20

percentage
30:6,12
128:9,11

performance
15:12
35:5
40:13
44:23
45:11
60:10,15
68:5

performed
19:9 22:1
47:11
69:2
94:18

performing
18:3 47:7



performs
  17:10

period
  58:11
  112:1

periodicall
y
  34:3,10

person
  45:15
  67:1
  74:21,22
  88:3,7
  130:25
  132:16,19
  143:20

person-
centered
  28:16

personal
  13:8

personally
  35:2  55:4
  78:8
  101:8

perspective
  99:25
  127:20

perspective
s
  110:5

persuade
  135:15

pertinent
  44:18

Pex
  73:17

phases
  46:3

philosophy
  138:19

physical
  25:17
  50:8,22

picture
  126:9

pictured
  26:12

piece
  105:16

pin
  80:3

place
  21:12
  49:22
  123:20

placement
  62:17
  66:10
  96:15
  98:13,22
  99:11
  100:7,17,
  21  109:12
  123:24

placements
  110:17

places
  67:18

plaintiff's
  10:8  23:3
  33:8  61:3
  77:8,11
  84:14
  119:19
  124:15
  129:13
  136:9

plan
  23:8
  28:17
  30:24
  31:4,16

33:12,18,
21  34:1,2
36:18
40:6
41:19
45:12
53:25
67:4
109:18
112:11
129:3
141:9

planning
  42:3

plans
  21:1,13
  114:1,6

play
  109:11
  113:5
  114:8

point
  6:16
  7:12,13
  8:3  10:17
  12:15
  13:6,22,
  25  14:7,
  19  16:2
  17:11
  18:9  21:1
  23:6,11
  24:11,14,
  23  25:14,
  20  26:21
  27:12,20
  28:10,12,
  24  29:19
  30:2,18
  33:12,19
  34:16
  36:16,19
  37:1,16,
  19  38:4,
  24  39:10

40:21
41:15
42:9,11
43:5,10,
14,19
44:2
45:10,20,
22  47:3,
8,14,17
48:10,23
49:1,5
50:2,16,
19  51:7,
14  53:12,
17  54:1
55:5,11,
16,25
57:4,11,
24  58:1
59:23
60:6,13
61:24
63:18
64:14
65:11,19,
25  66:8
68:4
69:16
71:3,11
72:16
73:4,18
74:1,15,
24  75:7,
13  76:6,
10,16,21
77:16,20
78:12
79:8
80:9,18
81:2,6,13
82:2,13
83:7,16
84:8,18,
21  86:6,
22  87:3,
20  88:1,
3,6,20,25

89:6
91:2,12,
24  92:8
93:13
95:24
96:21
98:18
101:16,23
102:5
105:15
106:24
107:9
108:14,21
109:5,10,
19,25
110:14
113:7
114:18
115:1
116:24
117:6
120:10,20
121:21
122:18,25
123:15,22
124:2,19
125:9,21
126:2,5,
15,16,18
127:11,15
128:24
133:4,18
135:5,22
142:3
143:2,19

Point's
  12:18
  13:24
  15:16
  27:8  30:6
  68:9,14,
  17  94:19
  97:19
  117:24
  123:18
  127:21



JENNIFER HIBBARD
UNITED STATES vs STATE OF GEORGIA

October 20, 2022
Index: points..programmatic

141:20

**points**
92:22

**policies**
138:19

**policy**
26:24
53:9
114:21,23

**population**
18:8,11
126:1

**populations**
50:12

**portion**
28:2
87:24
116:3

**pose**
59:13

**position**
65:24
78:11
142:8

**positions**
94:2

**possibility**
73:7
102:2
108:14

**potentially**
22:1 40:3
64:13
90:19
103:11,17
110:10
131:7

**practice**
36:10
56:15
89:19

90:25
93:5
113:9
138:19
139:4

**practices**
35:8,12
36:4,7,8,
13,16,19,
24 37:2,
8,10
38:8,11
42:13
112:7,15,
22 113:2,
23 114:4,
17 115:3
135:14

**precise**
66:23

**prefer**
92:12

**preparation**
11:8
12:6,9

**prepare**
11:12
41:12

**prepared**
35:19

**preparing**
12:12

**prescribed**
70:22

**presently**
93:14

**president**
11:22
25:4,7
58:9

**pretty**
30:10,12

112:18

**prevent**
99:4,15
100:23

**prevention**
122:5

**previous**
27:18

**previously**
104:6,8,
22 111:4,
6 115:22,
24

**Price**
49:16

**primarily**
49:7

**primary**
15:5
26:23
42:18
53:21
113:5

**principal**
125:11

**printed**
34:19

**prior**
13:22,24
14:1
36:17
58:2
64:13
83:9
132:23
142:3

**private**
28:1,2
56:11
73:15,16
91:10
118:4

**problem**
49:21

**problems**
20:8
49:19
52:4 70:2
112:7

**procedures**
11:18

**process**
19:6 22:5
28:7
35:15,19,
21 39:23
41:17
42:7
43:21,24
46:8,11
64:4,6
65:9
68:20
69:5,11,
17 90:5
125:18

**processes**
32:7

**produced**
12:24
13:3 31:5
61:10
76:16,21
84:17
129:19
131:17
136:12

**producing**
67:13

**professiona
l**
35:16
110:8

**profound**
101:21

**program**
14:4
43:21
48:4
52:15,17
56:19
59:24
62:16
69:19
72:18
73:5,8,9
74:11
75:2,15,
18,22
79:5
80:14,17,
23 82:14
84:22
85:11,12,
15 86:7
87:12
88:16
89:7,13,
19 95:5,6
98:4,25
99:4,15
100:20
101:1
106:22
107:9,21
109:23
111:8,25
113:17,18
124:20
125:12,13
126:15
127:21
132:23
135:8
141:21

**programmati
c**
89:2,8
91:23
124:19
125:8,25



programs
  15:16
  30:5
  53:10
  58:9
  72:24
  73:7
  74:25
  75:1,24
  76:1
  79:10
  80:10
  89:16
  106:3,11
  108:2,8,
  22 133:19

progress
  89:5 95:3
  137:14
  142:20
  143:11

progressing
  34:14

promise
  129:4

promising
  35:8
  37:2,7,10
  38:8,11
  44:11
  114:17
  135:14

promote
  25:15

proposals
  87:1

protected
  82:8

provide
  15:11
  17:17
  28:15
  29:24

  37:17
  38:9
  48:14
  63:1
  64:11
  74:9 75:2
  76:12
  78:16
  79:9
  85:22
  89:14
  91:19
  98:14
  107:14
  109:3
  110:2
  117:1,3,
  20 118:4
  119:1,11
  121:16,25
  122:3
  123:3
  125:17
  127:17
  139:16,24
  140:9
  141:5

provided
  18:7 20:5
  47:8,14
  51:24
  69:3
  78:19
  102:1
  110:24
  112:15
  118:6
  126:5

provider
  19:22,24
  20:2,6
  54:21
  55:7
  69:4,16
  74:8
  88:20

  89:18
  96:19
  116:20
  139:8,13,
  21 142:13

providers
  71:23
  89:15,19
  91:8
  105:18
  106:5,12,
  18 108:4,
  9 109:3
  118:2,4,7
  120:6,11
  121:16
  122:13,
  14,24
  123:17
  142:10

providing
  19:16
  32:9
  38:14
  60:13
  64:9
  68:21
  71:2
  74:1,4
  78:15
  90:17
  113:8
  117:20
  122:4
  140:3,5,
  19

provision
  63:8
  69:13
  93:12

psychiatric
  62:20

psychologic
al

  117:1

public
  13:19
  14:5
  53:21
  58:25
  72:20,25
  73:10
  74:9
  75:21,25
  85:14
  91:18

publication
  120:3,4

publicly
  20:21
  32:24

published
  10:10
  19:22,23
  20:21,22
  24:19
  33:3,10
  61:5
  84:16
  104:8
  111:6
  115:23
  119:21
  124:18

publishing
  136:11

pull
  10:7 23:1
  61:19
  84:6
  115:9
  134:1
  136:7

pulled
  35:4

purpose
  44:7

  54:14
  89:12
  131:3

purposes
  16:10
  20:4
  96:16
  98:11

pursued
  48:18

pursuing
  48:1
  63:22
  108:25

put
  21:12
  64:4 80:3
  86:25
  104:7
  136:6
  140:7

Putnam
  6:13

puts
  30:25
  99:6

putting
  122:2
  131:1

─────────

    Q

─────────

QPR
  135:15

qualify
  107:2

quality
  20:11
  25:15
  45:16,19
  58:7
  101:24



quarter
  29:14

question
  8:4,11
  26:3
  39:10
  59:13
  65:25
  68:10
  105:9
  107:17
  111:15
  121:3
  126:16
  128:8
  132:9
  135:15
  136:18

questions
  7:14,22
  8:16,18
  11:8
  20:13
  39:24
  40:3
  81:24
  84:9
  105:21
  121:12
  141:19
  144:3

quick
  97:7

quickly
  44:8
  76:23
  88:10

———————

R

Radloff
  26:10

raise
  52:3

range
  56:21

rare
  122:24

rarely
  122:13

rate
  70:6
  128:20
  131:6

rates
  65:3,6

reaching
  131:6

read
  11:14
  23:13
  26:1
  116:13
  120:13
  121:7

readily
  30:11

readiness
  41:2
  42:23

readjusting
  34:13

reads
  23:6 35:7
  40:13
  41:1
  44:24
  45:4
  61:24
  89:18
  91:8
  95:19
  106:4
  122:13

ready
  35:21

105:23

real
  29:22
  101:3

real-time
  40:15
  44:9,12

realized
  89:21

realm
  21:14
  52:6
  100:11
  108:25

reappointed
  26:10

reason
  8:14
  54:3,6
  112:25

reasons
  111:24
  112:2
  114:19

rec-
  54:24

recall
  21:13,16
  22:23,24
  36:8 37:9
  39:8
  43:17
  44:6 45:7
  51:6
  52:18,24
  53:5 54:2
  57:18,20
  58:11,16
  69:1,7
  70:19
  73:17
  75:17
  83:4,19

84:4 95:8
  107:7,18,
  23 109:9
  111:13
  117:12
  118:14
  120:3
  128:7
  130:21
  133:21,22
  134:13,16
  135:3
  136:1,4
  138:1

recalling
  94:23
  95:4

receive
  15:6
  20:18,23
  21:11,22
  41:24
  43:22
  49:7
  71:16
  73:16
  96:22
  108:15
  113:7
  114:15
  115:1
  128:2

received
  21:7
  41:18,19,
  24 42:1
  46:12
  52:24
  53:6
  77:16
  106:21
  107:20,25
  108:6
  137:1

receives
  86:15

receiving
  65:22
  66:10
  67:17
  125:20
  142:24

recent
  30:16
  140:6

recently
  26:10
  35:16

recess
  46:17
  97:13
  103:24
  141:14

recipients
  61:7
  129:22

recognize
  136:23

recognized
  56:12

Recognizing
  126:14

recollectio
n
  52:20
  53:19
  130:8
  136:20

recommendat
ion
  56:7
  142:3,7

recommendat
ions
  20:18,19
  21:11,19



32:25

**recommendin
g**
  102:8

**record**
  6:4,7
  7:7,21
  10:1,14
  18:21
  20:15
  40:19,20,
  22 44:12,
  15,16
  45:17
  46:15,16,
  19 61:9,
  20 62:13
  66:23
  68:19
  69:2
  76:18
  77:13
  88:10
  97:8,11,
  15
  103:22,23
  104:1
  111:23
  115:25
  116:17
  125:23
  129:18
  131:16
  134:3
  136:12
  141:13,16
  144:5

**records**
  12:20
  19:12,14,
  15 22:6
  68:19
  69:12
  82:7

**red**
  36:1

**reduced**
  123:2

**Reese**
  125:12

**refer**
  8:25 90:4
  102:14,17
  118:2,5
  122:14
  135:15
  138:6

**reference**
  9:3 116:2

**referenced**
  42:23
  47:16
  52:2
  91:24
  97:23
  100:14
  106:18
  114:25

**references**
  39:15
  92:4
  131:25

**referral**
  102:7
  111:24
  112:2,25
  114:18

**referrals**
  73:12
  74:12
  90:17
  101:4
  102:5
  111:25
  122:21,24
  123:12,16
  132:1,5,

15 133:11

**referred**
  80:23
  91:14
  92:21
  93:6
  96:10,11
  98:15
  109:12
  123:24
  133:24
  142:9

**referring**
  111:25

**refers**
  100:14

**reflect**
  65:16

**reflection**
  126:14

**reflects**
  61:22
  126:4

**refresh**
  136:20

**Regional**
  9:20

**regular**
  30:23
  31:12,17
  54:17,19
  59:23
  60:14
  66:2,5
  67:8
  82:15
  125:7

**regularly**
  8:6

**regulations**
  15:22

**regulatory**
  15:11
  17:9

**reimbursabl
e**
  22:2

**Related**
  23:7

**relating**
  112:8,16,
  24

**relationshi
p**
  14:18
  15:1,4,10
  81:13
  90:2,12,
  15,22

**relationshi
ps**
  91:3

**relevant**
  28:16
  112:1

**reliable**
  40:10

**reliance**
  29:19

**relying**
  53:13

**remain**
  38:21
  118:21

**remember**
  54:6
  117:8
  121:10
  130:17

**remind**
  125:6

**removed**

103:7
  142:4

**report**
  14:6,8
  15:13,23,
  25 16:4
  20:19
  24:2,11
  25:1 27:7
  28:23
  30:15,16
  61:16,25
  65:16
  72:21
  89:5,8
  95:1,3,8
  97:5
  98:11
  119:22
  120:9,11,
  13,18,22
  121:15
  124:19
  125:4,25
  126:4,13

**reported**
  82:17

**reporter**
  6:8,22
  84:13

**reporting**
  40:15
  45:18
  60:14,18
  61:23
  62:10
  65:9,12
  66:8
  68:3,12
  82:13,16

**reports**
  16:7
  22:18,22
  23:7,11



24:6,13
66:2
82:18
83:24
85:19
89:2
91:23
95:24
125:8,15

represent
136:25

representat
ives
32:14
134:14,17

represented
110:5
138:11

request
86:25
87:1 97:6

requested
22:6

required
37:18,20
38:1,3
43:17
91:8
95:20
113:14,
16,19

requirement
37:22
97:4
106:15
109:6

requirement
s
43:17
87:25

requires
46:1

RESA
9:20

RESAS
74:16
108:7

residential
95:22

resource
132:6
135:11

resources
39:20
67:6
92:17
133:7
135:13

respect
17:10
32:21,25
37:1,10
43:13
52:14
53:9
57:13
60:14
65:5 81:9
82:3
108:1,7
114:16
124:8
128:3
130:5
137:5

response
12:18,24
76:22
84:18
116:8,10,
17 118:15

responsibil
ities
88:19,23
92:4
106:2,3

responsibil
ity
15:15
16:2,25
45:10
89:24
91:7
106:11
108:2
125:11
140:23

responsible
13:2
45:15
55:6
64:15
65:8

responsive
141:7

restrictive
100:7
102:24
141:25
142:5

result
44:3
65:21
66:10
70:3
103:17

results
20:20
39:14
111:8
114:5

retired
26:7

revealed
43:13

revenue
28:24
29:2,9,21
47:17,18,

21 55:8

review
10:22
12:23
16:5
17:23,24
19:8,14,
15,21
21:25
22:7
39:16,17,
18,21,24
47:1 49:9
66:2,5
67:20
68:19,20
69:2,10,
12 70:4,
13 77:23
82:15
84:24
104:10
105:8
111:16
116:9
125:8
129:25
130:14

reviewed
34:1

reviewing
13:2 18:6
24:18
32:4
131:5,8

reviews
17:20
34:9
35:11
47:11
70:3

revise
39:22
40:3

revisit
80:4
97:18

rewind
133:25

RFP
64:4

rides
48:6

risk
62:17,18

Robert
6:13

Robertson
24:17

Robinson
12:3 13:4

Rockdale
13:25
14:11
58:24,25
72:20
75:19,21,
23 80:22
117:9

role
12:18
14:6
24:18
26:20
29:25
31:8
33:23
49:9
59:15
81:16
92:9
109:11,25
110:13,
19,21
117:13
118:12
127:13,17



JENNIFER HIBBARD
UNITED STATES vs STATE OF GEORGIA

October 20, 2022
Index: roles..serve

135:7
137:22,25
138:7
139:18

roles
58:1

roll-up
126:12

room
8:9 21:10
136:4

rough
51:8,12

rule
104:9
105:1,2,3
106:3,14

rules
7:15

run
7:15 8:21
17:6
48:24

running
44:1
52:11

rural
65:4 70:9

Russell
135:20

—————————

S

safety
13:19
16:15
28:3
109:4

SAMHSA
10:1
41:18,24

42:1

satisfied
68:25

Saturday
129:3

SBMH
89:19

scenario
16:24

schedule
22:8
130:12

scheduling
44:25
130:4

school
59:7,20
72:22,24
73:1
74:7,11
75:21
85:20,22,
23 90:2,
6,13,14,
22 92:11,
15,19,21,
23 94:8
100:12,24
101:13,20
102:20
103:1
107:12
110:16,
21,25
117:21
118:21
121:18
122:5
124:5
126:21,
24,25
127:1,4,
6,11
128:9,10,

16
140:10,11
142:25
143:14

school-
based
52:22
53:20
57:14,17
58:14
59:4,11,
17 72:19
74:2
89:16
120:6
128:20

school-type
74:11

schools
52:23
53:21
58:25
72:11,16,
20,25
73:4,8,10
74:9
75:12,25
76:9,20
80:24
81:24
82:4,6,19
85:14
87:21
89:22
91:18,20
92:4,9,12
93:6,21,
22 99:9
101:4
107:2,16
119:14
120:5
125:20
126:1,3,
5,17,19,

22,25
127:1,3,
5,14,23
128:4,17
132:7
133:16
141:22

scope
110:18

screen
10:7,12
23:6 61:1
104:7
129:16
131:1
134:2

screeners
73:11
74:6

screening
73:11,14
74:4
114:22

scroll
23:12
25:2 26:2
35:5 40:5
87:23
116:5,25
130:3

scrolling
24:21

seat
83:8,11

section
40:5
95:14
121:1,7,8
122:13

seek
37:24
38:2

seeking
29:18
47:18

seeks
85:11,12

select
19:12
26:23

selected
64:7 92:5

selecting
92:9

sense
93:4
99:17
100:25
128:19
135:25

separate
18:13
50:24
54:9 69:5
76:8 82:7
94:13

separately
18:6 47:6
86:17

servants
16:17

serve
14:10
15:7
17:17
21:18
25:18
26:14,19,
22 28:2
31:11
32:1
38:10
40:9
42:21
56:16



80:12
83:2,3
84:1
117:24
118:11,12
120:6
126:17,19
141:23

**served**
12:15
58:7,8
62:7 65:7
82:9
95:20
102:20
126:2,5
127:14
128:4,9,
12 137:16

**serves**
43:10
50:23
60:20
71:14
93:13
101:20
125:21

**service**
9:8,20
10:2
13:15,17,
25 14:3,8
15:3
16:15,22,
25 17:3,5
18:1
19:25
30:2,20,
25 31:6,
10,25
32:17
33:4
41:12
43:2,9,13
48:8,14

50:4,5,7,
9,14,15
52:3
55:2,7,11
56:9
60:22
62:9
63:19,24
66:17
67:3,12
68:22
69:13
70:6
82:23
96:19,20
98:19,20
106:5,12,
18,19
108:9
109:2
117:25
118:4
119:4
122:11
123:23
124:3
132:8,11
133:14,16
139:8,13,
21,24
140:18,24
141:4,10
142:17

**services**
14:2 15:8
17:15,18,
19,25
18:7
19:16,20
20:5
21:15,17
28:15
29:24
30:3
32:22
37:17

38:15,20
41:9
43:3,17
44:3,6,24
45:25
46:11
47:1,7,
12,23
48:8,18
50:10
51:24
52:10,22
53:10,13,
17,20,22,
23 54:1,
10 55:17,
21 56:11,
12 57:14
58:14
59:11,17
60:21
62:8,24
63:2
64:25
65:17,21
66:11
67:17,18
68:7,21
69:3
70:9,18
71:16
73:16,18
74:2,18
75:3,21
76:12,13,
19,20
78:14,19,
24 79:1,3
81:12,15,
21 85:21,
23 90:9,
18 91:15
93:19
94:15
96:22
97:24
98:2,5,14

99:5,23,
25
100:15,23
101:17,25
103:8
105:20
106:6,25
107:10,
14,22
109:3
110:23
116:18,
19,23
118:15,24
119:1,11
121:18,
24,25
122:15,24
123:3,13
126:4
128:21
131:8
132:21
133:15
139:25
140:1,5,
9,10,19
141:5,10
142:24
143:18

**servicing**
75:25

**serving**
75:23
103:1

**session**
59:10
74:10
140:6

**sessions**
34:1 35:3
74:13

**set**
13:12

19:19
26:14,24
30:14
45:14
71:1
77:10
111:2
119:16
126:16,
18,22
127:8
129:7

**setting**
53:14
100:7
102:1
110:25
141:24,25
142:4,5

**settings**
53:18
76:20
140:10,11

**severe**
101:21

**shaking**
8:1

**shaping**
127:22

**share**
60:25
82:2,10,
11 134:2

**shared**
48:23
77:15
82:19
83:24
94:6

**sharing**
82:6
120:16
124:11



JENNIFER HIBBARD
UNITED STATES vs STATE OF GEORGIA

October 20, 2022
Index: sheet..staff

131:10

sheet
  76:15
  77:15

short
  74:10

short-term
  95:21

shorthand
  6:22

shot
  132:17

show
  10:5
  22:25
  24:2  27:6
  28:22
  33:6
  60:24
  61:13
  66:9
  76:14,23
  106:1
  111:3
  115:14,22
  129:9
  143:6,11

showing
  25:23
  27:8  78:1
  142:19,20

shows
  24:22
  27:11
  28:23
  112:1

sic
  77:5,14

side
  86:2

sign
  49:9

signaling
  38:24

signed
  85:8
  88:11

similar
  17:24
  19:6
  21:25
  68:19
  133:12
  137:20

single
  51:16

sit
  31:18
  32:15
  82:21
  115:13

site
  20:22
  33:3
  54:21,22
  72:22

sitting
  54:8
  100:25

skip
  78:3

sleeping
  143:9

slide
  28:22
  111:23

small
  71:13

smart
  129:6

social
  92:15

software

34:7

sort
  32:5
  38:12
  49:23
  103:10,17
  117:17
  118:13

sought
  47:22
  64:8

sounds
  130:25

source
  29:6
  48:12
  51:22
  105:21

sources
  27:8,13,
  23,25
  47:17,18,
  21,25
  51:15
  54:13
  91:25

South
  17:3
  75:3,4,5,
  10  76:4,
  6,9
  77:17,21
  78:12,15,
  19,24
  79:2,13,
  22  80:8

space
  7:6

speak
  6:22  49:4

specialized
  56:12
  114:13,25

115:7

specific
  19:19
  32:20
  36:4  37:9
  43:13
  44:6  45:9
  57:20
  58:12,16
  67:24
  69:13
  70:19
  83:5
  88:23
  93:18
  94:18
  101:2
  102:3
  105:15
  106:15
  110:23
  116:3
  119:7
  123:23
  125:4
  126:16
  139:11
  143:16

specifical
ly
  14:21
  17:11
  18:8,11
  21:16
  37:2  39:6
  40:12
  45:24
  48:25
  52:6  54:2
  55:12,23
  56:3
  57:13,15
  93:20
  95:18
  97:22
  111:15

113:25
116:7
118:20
121:1
126:20
128:6
139:7,12
140:8,18
143:21

specifics
  95:11

Speights
  25:7

spell
  7:7

spend
  34:12

spent
  90:17

spreadsheet
  136:17

stabilizati
on
  50:10,17
  56:10
  71:7,24
  95:21
  96:13
  98:7

staff
  11:19
  12:8
  15:18
  32:19
  35:7
  36:11,17,
  25  38:25
  39:3,18
  45:9
  52:14,17
  54:18
  55:10,15
  57:8



69:18
76:6,19
77:20
78:7,11
79:21
94:9
102:4,8
109:19,25
110:14
113:7,14
115:1,6,
11 125:20
141:20
142:2,6

stages
137:20

stamp
77:15
136:13

stamped
33:13

stand
109:17

standardize
d
39:21

standards
43:7
71:2,4

standpoint
122:6

start
7:22 49:2
69:17
126:18
129:11
134:10
141:10

started
8:19 36:1
41:20
46:8,11
53:19

58:6
63:13

starting
142:21

starts
11:3

state
6:3,15,17
12:8,11
13:15,19
14:19,20,
21 15:6
16:15,20,
23 17:7
27:12
28:3,18,
19 29:6
32:14
41:11
46:4 49:7
56:17,18
60:1,6
61:10
62:18
64:10,12,
16,20
68:8,14,
16,18
70:7
86:16,19,
21 87:14
88:1
91:21
94:19
101:24
104:25
109:3
115:25
116:10,18
127:12
129:19
131:7,17
134:7
136:12
138:5

139:2,6,
11,17,20,
23 141:2

State's
21:20
116:8
118:15

State-level
138:19

state-
sourced
29:20

stated
52:20
54:4
113:19

statement
121:20

states
6:10,12
12:14
61:10
76:22
86:1
90:10
116:1
129:20
131:18
136:13
137:22,25
140:8

statewide
31:4
40:24
56:9
60:20
64:24
70:14
75:13
82:21
83:2
95:3,9
132:19
135:13

stating
112:20

status
63:22
92:6

staying
40:4
129:6

step
122:10
142:17

Stepping
38:6

steps
27:20
100:5,8
133:10
138:18
139:11,20
142:2,6

stop
8:10
124:11
130:23
131:10
143:24

stopped
130:18,24

stories
143:16,23

strategic
23:7
30:24
31:4,16
33:12,18,
21 36:18,
21 40:6,7
47:16
50:1

strategy
27:22
127:20

131:25
133:22

streamlinin
g
40:16

streams
47:21
91:9,13

street
101:12

structured
7:18

struggles
32:10

struggling
94:1

student
80:16
82:3
102:7
141:23
142:4,19,
23,24
143:8,9

students
78:19
90:13
92:20
95:19
96:22
99:15
101:17
102:19
109:22
110:15
120:6
122:14
123:6,11,
23 128:9,
11,18
142:9



subdepartme
nt
    55:1

subject
    60:17
    129:23

subjective
    38:6

submit
    16:7
    17:19,21
    89:2
    125:15

submits
    89:6

submitted
    12:22
    18:7 22:7
    87:1
    124:19

submitting
    65:8

subpoena
    10:15,17
    11:1
    12:15,19,
    24 48:24
    76:22
    84:18

substance
    10:2
    11:11

succeeding
    85:15

success
    67:7
    143:1,13,
    23

suffice
    129:4

sufficient

64:19,23
93:14
118:10

suggest
    46:14

suicidality
    113:21

suicide
    94:7,8
    114:22

summary
    126:12

summer
    121:19

superintend
ent
    75:12

superintend
ents
    59:21

supervises
    108:18

supplementi
ng
    51:14

supplied
    12:21

supply
    59:1
    118:9

support
    9:5 32:9,
    12 49:17
    51:24
    53:10,13,
    17 54:10
    56:19
    75:2 76:5
    86:6
    101:17
    106:7

supported
    120:18

Supporting
    120:4

supportive
    64:21

supports
    40:9 67:4
    110:11,23
    121:2,15,
    17

survey
    39:3,6,14

surveyed
    38:25
    94:8,11

surveying
    68:24

sustainable
    30:5
    47:22
    48:7

sworn
    6:7,21

symptoms
    113:2
    122:7
    142:12,20
    143:3,10

system
    34:24
    40:21,22
    56:11
    61:25
    62:6
    81:17
    92:12
    121:17
    131:22
    138:12
    139:9,14,
    22

system-wide
    94:16

systems
    40:11

_____

        T

_____

tab
    136:19

tabs
    136:18
    137:8,19

tag
    23:20

tagging
    23:16

taking
    8:6
    105:24
    113:11
    138:18
    139:12,20

talk
    12:8,11
    17:11
    18:5
    20:10,11
    49:10
    52:11
    69:18
    76:4
    126:10

talked
    68:12
    69:10
    79:15

talking
    46:24
    72:8
    96:18
    97:18,22

Tammy
    83:10

target
    126:22
    128:3

targeted
    92:4

targets
    126:16,18
    127:7,14,
    22 128:3,
    10

task
    34:15

teacher
    58:21
    59:1

teachers
    122:7

team
    11:16
    13:1
    15:19
    20:11
    24:15,22,
    25 28:4
    33:25
    34:9,13,
    15 35:4,
    11,14,15,
    17 36:3
    49:25
    52:12
    54:20,24
    55:5
    67:8,23,
    24 69:24
    78:8,9
    83:6,24
    108:14,
    18,19
    110:5,14
    117:21
    120:23



123:20
130:14
135:16
143:21

**team-based**
117:19

**teams**
74:19
135:12

**techniques**
32:11

**technology**
40:2
133:13

**tele-services**
132:24

**ten**
46:14

**ten-minute**
141:12

**term**
9:7
103:13
109:15
122:2

**terms**
26:14,16,
17,18,19
87:6

**testified**
6:23
21:24
125:6

**testify**
10:15

**testifying**
13:6

**testimony**
11:13
18:20

115:18

**testing**
117:1

**text**
35:2
86:3,10
89:12
95:18
106:8,18
121:7
122:16
132:1
137:21,24

**texts**
85:25
131:21

**theater**
126:25

**Therapeutic**
9:5

**therapist**
73:16
96:8

**therapy**
36:9,15
113:4,5
114:8

**thing**
8:21
49:23
74:14
97:18

**things**
46:23
106:2

**thinking**
14:21
108:18
111:10

**third-party**
29:21
91:10

**thoughts**
116:8

**three-county**
93:13
118:11

**three-year**
26:18

**thresholds**
89:18

**Tiegreen**
134:19

**Tier**
121:17,
18,24,25
122:10
142:24

**tight**
115:13

**time**
6:4
22:21,23
37:24
42:8
43:19
48:11
51:16
52:17
53:23,25
57:18,20
58:16
59:6 69:1
90:12,17
102:15
103:20
105:5,11
107:11
112:1
115:5,12
117:4
130:17
132:19
135:23
137:9

144:2

**time-limited**
74:9

**timely**
12:22

**times**
16:5 22:6
66:4 70:5
76:20
129:1

**title**
7:10
25:11
61:24
76:19
92:6
111:23
120:4
135:3,10

**titled**
95:14

**today**
7:5 8:16
10:20
11:13,18
42:4 54:8
100:25
106:10

**today's**
6:3 7:17
11:8

**told**
135:23

**tomorrow**
80:6
126:11
143:25

**tool**
68:12

**top**
30:9

34:19
37:12
52:9
61:22
63:5
71:18
84:20
111:24
112:2
114:18
121:11
128:22
130:3

**topic**
40:4
48:22
60:25
70:7
124:9

**topics**
11:1,14,
17 13:9
48:23
52:4

**total**
86:2,5

**totally**
103:21

**totals**
95:23

**track**
40:2 62:7
96:25
97:3

**tracking**
23:7
62:4,5
66:7,12,
13 81:2
96:21
97:2
137:14

**trade**



31:7

train
35:7

trained
36:11
139:3

trainer
135:14,
16,17

training
35:16
36:17
37:6,25
38:2
39:1,5,
15,17,19,
21 113:8,
17 114:13
115:1,5,
7,9

trainings
37:9,14,
18,21,25
38:3
113:10,
12,13,15,
16 115:11

trains
135:16

transcribin
g
7:19

translate
138:18

transport
132:21

transportat
ion
132:18

trauma
103:18

trauma-
informed
36:14

treat
34:3

treatment
28:17
42:19
43:18,20,
23 54:24
62:20
67:5
74:19
95:22
112:11,21
114:1,6
117:18
121:15
122:11

Treatments
121:2

trends
32:6,20
66:5

Tricia
129:21
134:12,24
137:3

trouble
143:9

true
29:5

truth
6:22,23

truthfully
8:16

turn
48:22

type
32:13
35:4 55:3

typically
19:10

typos
25:4

──────────

U

──────────

uh-huh
7:24 11:6
23:19
25:6 28:9
29:1
42:25
46:22
51:20
67:23
68:13
69:15
70:12
85:9
93:17
95:16
101:15
103:15
115:2
116:21
122:17
137:23
138:16

ultimately
109:12

underlying
112:12

underresour
ced
49:23

understand
8:3,25
9:3,7,10,
14,17
10:1 13:5
46:4
78:23
90:4,10

106:17
118:5
138:5
140:22

understandi
ng
11:17
13:5 14:5
16:21
17:8
21:25
42:6
54:3,9
56:7,8
63:25
64:1,8
68:2,8
70:15
74:17
75:11
78:14,16,
18 81:16,
22 86:13
89:23
122:23
123:1
125:24
132:3,13,
17 138:10
140:12,20

understood
11:17
19:7
22:15
35:23
117:14
133:16

undertaken
123:22

undertaking
91:12

underway
45:2

unencumbere
d
89:20

uninsured
15:6
18:8,11
19:5
29:24

unit
50:17
51:11,13
55:22
56:13,23,
24 58:18,
21,22
71:7,11,
25 98:7

United
6:9,11
12:14
61:10
76:22
115:25
129:19
131:17
136:13

units
50:24,25

University
60:2,6

unnecessari
ly
99:16

unnecessary
65:17,21
66:9
67:18
100:20
110:17

updated
34:14

uphold
68:6



JENNIFER HIBBARD
UNITED STATES vs STATE OF GEORGIA

October 20, 2022
Index: USA..Web

USA
  6:3

user
  40:16

utilization
  91:9,13,
  25

utilize
  34:7 41:1
  54:7
  89:20
  92:14
  135:15

utilized
  36:20
  52:22
  70:22
  91:19
  92:13
  113:3
  114:11

utilizing
  68:6
  74:18
  101:5

——————

V

vacancies
  94:2

valuable
  97:1,3

varies
  115:10

variety
  83:3

Varnes
  24:16

vary
  98:2,6

version
  39:19
  65:15

versus
  6:3

vice
  11:21
  25:4,7
  31:20,21
  58:9

video
  6:1 7:20

view
  6:16
  7:12,13
  10:16
  12:15,18
  13:6,22,
  24 14:7,
  19 15:16
  16:2
  17:10
  18:9 21:1
  23:6,11
  24:11,13,
  23 25:14,
  20 26:21
  27:8,12,
  20 28:10,
  11,24
  29:18
  30:2,6,18
  33:12,19
  34:16
  36:16,19
  37:1,16,
  19 38:4,
  24 39:10
  40:21
  41:15
  42:9,11
  43:10,14,
  19 44:2
  45:9,20,
  22 47:3,

8,14,16,
17 48:10,
23 49:1,5
50:2,16,
19 51:7,
14 53:12,
16 54:1
55:5,11,
16,25
57:4,11,
24 58:1
59:23
60:6,13
61:24
63:18
64:14
65:11,19,
25 66:8
68:3,9,
14,17
69:16
71:3,11
72:16
73:4,17,
18 74:1,
15,24
75:7,12
76:6,10,
16,21
77:16,20
78:12
79:8
80:9,18
81:1,6,13
82:2,13
83:7,15
84:8,17,
21 86:6,
22 87:3,
19,25
88:3,20,
24 89:6
91:2,12,
24 92:8
93:13
94:19
95:24

96:21
97:19
98:17
101:16,23
102:4
106:23
107:9
108:13,21
109:5,10,
19,25
110:13
113:7
114:17
115:1
116:24
117:6,24
120:10,20
121:21
122:18,25
123:15,
18,22
124:2,19
125:8,21
126:2,5,
15,16,18
127:10,
15,21
128:23
133:18
135:5,22
141:20
142:3
143:1,19

virtual
  19:11

visit
  59:7

visited
  107:11

vital
  42:20

Voices
  119:22
  120:1,21

volume
  21:17
  123:16

VPH
  35:13
  38:24
  44:24

VPH000002
  33:13

VPH000003
  23:9

VPH000005.
022.
  84:19

VPH000009
  76:18

VPH000009.
002.
  77:16

——————

W

waiting
  43:24

wanted
  39:22,25
  69:12

wanting
  54:13

warrant
  110:10

warranted
  50:3
  142:18

water
  122:2

ways
  68:16

Web
  20:22



33:3

**well-being**
42:20
110:9

**well-suited**
50:8

**Wendy**
134:19

**wide**
44:5

**Wilds**
135:4

**willingness**
144:2

**windows**
104:18

**withdrawn**
143:6

**Woodrum**
6:15,16
104:22
105:1
129:3

**words**
117:16,17
121:24

**work**
30:18
32:25
35:18
49:4
54:20
58:17
59:14,19
60:11
72:22
73:1,7
90:1
92:15
127:6
135:2,3

**worked**
58:19,23
60:9
126:20

**workflows**
40:16

**workforce**
32:11,12
94:1

**workforces**
139:3

**working**
36:10
46:7,10
59:11
77:21
117:22
120:21
128:10
133:9
138:12
139:7
141:21

**works**
20:12

**worry**
19:2

**worse**
142:21

**worst-case**
16:23

**worth**
108:25

**wraparound**
62:16,24
63:9
64:10,20,
24 65:6,
22 66:14,
17 67:2,
17,25
68:15

70:11,14,
18,20
71:3
80:13,18
130:6
132:14
133:20
135:3
137:6,15
138:18

**writing**
7:20

**written**
20:18

**wrong**
24:1
89:10

———————————

**Y**

———————————

**year**
16:5
29:13,16
32:22
46:10
48:5 69:8
73:18,19
86:24

**years**
17:2 21:3
23:8
27:18
53:7
57:25
58:6 74:5
95:2,11

**yellow**
35:20

**Young**
53:2

**youth**
50:15,19
51:24

55:19
62:16,22
65:16
67:13
81:15
85:14
132:6,8
138:8,11
139:25
140:2,9

**Yuki**
125:12

———————————

**Z**

———————————

**zoom**
25:25
133:3

