**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

**JUSTIN HILL**

*March 06, 2023*

*30b6*



800.211.DEPO (3376)
EsquireSolutions.com

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                )CIVIL ACTION
5            Plaintiff,         )NO. 1:16-cv-03088-ELR
                                )
6   vs.                         )
                                )
7   STATE OF GEORGIA,           )
                                )
8            Defendants.        )
                                )
9   - - - - - - - - - - - - - - )

10

11          30(b)(6) VIDEOTAPE DEPOSITION OF

12          GEORGIA DEPARTMENT OF EDUCATION

13             Through Its Representative

14                   JUSTIN HILL

15

16       Monday, March 6, 2023 4:03 p.m., EST

17

18

19

20          HELD AT:

21          GaDOE
            205 Jesse Hill Jr Drive, S.E.
22          Atlanta, Georgia  30334

23     ---------------------------------------------

24        WANDA L. ROBINSON, CRR, CCR, No. B-1973
        Certified Shorthand Reporter/Notary Public
25



1                    APPEARANCES OF COUNSEL

2

3    Appearing on Behalf of the Plaintiff:

4

5         CLAIRE CHEVRIER, ESQUIRE
          U.S. Department of Justice
6         Civil Rights Division
          950 Pennsylvania Avenue, N.W.
7         Washington, D.C. 20579
          T:  202.305.6630   F:  202.305.3488
8         E-mail:  Claire.Chevrier@usdoj.gov

9

10

11   Appearing on Behalf of the Defendant and the
     Witness:

12

13        MELANIE JOHNSON, ESQUIRE
          Robbins Alloy Belinfante Littlefield LLC
14        500 14th Street, N.W.
          Atlanta, Georgia  30318
15        T:  404.856.3261
          E-mail:  mjohnson@robbinsfirm.com

16

17

18

19

20

21

22

23

24

25



```
 1   ALSO PRESENT VIA ZOOM:

 2      U.S. Attorney's Office:

 3            KELLY GARDNER, ESQUIRE

 4            SANDRA LeVERT, ESQUIRE

 5            LAURA CASSIDY-TAYLOE, ESQUIRE

 6            VICTORIA LILL, ESQUIRE

 7            JESSICA POLANSKY, ESQUIRE

 8

 9      Robbins Law Firm:

10            DANIELLE HERNANDEZ, ESQUIRE

11

12

13   ALSO PRESENT:

14            STACEY SUBER-DRAKE, ESQUIRE
             Georgia Department of Education
15

16            PATRICK MURPHY, Videographer

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX OF EXAMINATIONS

 2   JUSTIN HILL, 30(b)(6)

 3   By Ms. Chevrier                               Page 6

 4

 5                      INDEX OF EXHIBITS

 6   PLAINTIFF'S

 7   NO.                  DESCRIPTION               PAGE

 8   Exhibit 970   GaDOE PBIS Strategic Plan 2014-2024   27
                   (Updated November 2018)
 9
     Exhibit 971   2/27/2017 Email From Justin Hill     52
10                 To Recipients - With Attachments
                   GA03425967 - GA03425968
11
     Exhibit 972   2/21/2017 Email Thread From Justin   69
12                 Hill To Garry McGiboney
                   GA03425886 - GA03425889
13
     Exhibit 973   12/5/2017 Email From Nakeba          99
14                 Rahming To Sandra DeMuth
                   GA03429605 - GA03429606
15
16   Exhibit 974   GaDOE Office of Whole Child         118
                   Supports Brochure
17
18   Exhibit 975   School Climate Salaries Spreadsheet 132

19   Exhibit 976   PBIS Training Word Document         132

20   Exhibit 977   GaDOE PBIS Levels of School         132
                   Recognition for 2022-2023
21                 School Year

22          INDEX OF EXHIBITS (Previously Marked)

23   PLAINTIFF'S

24   NO.                  DESCRIPTION               PAGE

25   Exhibit 965   Notice of 30 (b)(6) Deposition    11
```



1        THE VIDEOGRAPHER:  We are now on record.

2        Today's is Monday, March 6, 2023, and the

3    time is 4:03 p.m. Eastern Time.

4        This begins the videoconference deposition

5    of 30(b)(6) witness Justin Hill, taken in the

6    matter of the United States of America versus

7    State of Georgia, Case No. 1-16-CV 03088 ELR,

8    pending in U.S. District Court for the Northern

9    District of Georgia, Atlanta Division.

10       My name is Patrick Murphy.  I'm the remote

11   videographer today, and the remote court

12   reporter is Wanda Robinson.  We both represent

13   Esquire Deposition Solutions.

14       If counsel could please introduce

15   themselves and their colleagues for the record,

16   and then the court reporter will swear in the

17   witness.

18       MS. CHEVRIER:  My name is Claire Chevrier

19   for the United States.  I'm virtually

20   accompanied by my colleagues Laura Tayloe,

21   Kelly Gardner, Victoria Lill, Jessica Polansky,

22   Allison Ewers, and Sandra LeVert.

23       MS. JOHNSON:  Melanie Johnson for State of

24   Georgia, joined virtually by my co-counsel

25   Danielle Hernandez, and I'm joined in person by



1        Stacey Suber-Drake, the corporate

2        representative for the Department of Education.

3                  - - - - - - - -

4                  JUSTIN HILL, 30(b)(6),

5   being duly sworn, was examined and testified as

6   follows:

7                  - - - - - - - -

8   EXAMINATION

9   BY MS. CHEVRIER:

10        Q    Good afternoon, Mr. Hill.

11             For the record, I'd like to reintroduce

12   myself.  My name is Claire Chevrier.  I'm a trial

13   attorney in the Educational Opportunity Section of

14   the Civil Rights Division of the United States

15   Department of Justice.  I represent the United

16   States in this lawsuit and will be taking your

17   deposition today.

18             Can you please state and spell your name

19   for the record.

20        A    Justin Hill, J-U-S-T-I-N, H-I-L-L.

21        Q    Thank you.

22             I'm sure your attorney has explained much

23   of this to you, but we are basically just going to

24   have a conversation.  I'm going to ask you questions

25   and your answer -- your job is to answer these



1  questions honestly and completely.  Okay?

2     A   Sure.

3     Q   You were just sworn to the truth by the

4  court reporter.  The oath you just took is the same

5  oath that you would take if were you testifying in a

6  court of law and puts you under the same obligation

7  to tell the truth that you would be under in court.

8       Do you understand?

9     A   I do.

10     Q   My questions and your answers will be

11  recorded by the court reporter.  Please understand

12  that you will need to speak clearly and answer all

13  questions orally so that the court reporter can

14  capture your answers accurately.  For example, she

15  won't be able to record a nod or a head shake.

16  Okay?

17     A   Okay.

18     Q   If at any time the computer freezes, I

19  think likely it just practiced, or there is a lag,

20  please feel free to let me know, especially if it's

21  affecting your ability to hear or answer questions.

22     A   Okay.

23     Q   The other thing you and I will need to do

24  is try to avoid talking over one another, which I

25  recognize may be more difficult to do because we're



1  communicating virtually.  I will do my best not to
2  interrupt you when you're answering, and I will ask
3  that you do your best to let me finish when my
4  question -- let me finish my questions before
5  starting to answer.  Okay?

6      A    Understood.

7      Q    If at any point you do not understand a
8  question, you should feel free to stop me and say
9  so.  I will then try to clarify the question.  Okay?

10     A    Understood.

11     Q    Note that your attorney may occasionally
12 object to my questions.  This is to put their
13 objections and the issue on the record.  It does not
14 mean that you shouldn't answer the questions.
15 Unless counsel tells you not to answer, you could go
16 ahead and do so.

17          Understand?

18     A    Understand.

19     Q    If you want to take a break for any
20 reason, that's fine.  I just ask that if there is a
21 question pending or if you're in the middle of an
22 answer, that you finish answering before taking a
23 break.

24          Understand?

25     A    Understand.



1      Q    Sometimes it happens you will give an

2   answer as completely as you can and then later on,

3   maybe five minutes or an hour later, you'll remember

4   some additional information in response to that

5   earlier question.  If that happens, please tell us

6   that you would like to add something to something

7   you said earlier, and you can do that.

8      A    I will do so.

9      Q    Thank you.  How are you feeling today?

10     A    Doing well.

11     Q    Good.  Is there any reason why you would

12  not be able to answer my questions fully and

13  truthfully today?

14     A    There are no concerns.

15     Q    For example, are you taking any medication

16  that would inhibit your ability to answer my

17  questions?

18     A    I'm not.

19     Q    Do you have any questions for me before we

20  proceed?

21     A    I do not.

22     Q    There are a few acronyms and definitions

23  that I'd like to go over to confirm that we have the

24  same understanding.  Okay?

25     A    I can do that.



1      Q    When I refer to "GaDOE," do you understand

2    that I mean the Georgia Department of Education?

3      A    I do.

4      Q    When I refer to the "GNETS" or "GNETS

5    program," do you understand that I mean the Georgia

6    Network for Educational and Therapeutic Support?

7      A    I do.

8      Q    When I say "regional GNETS program," do

9    you understand that I'm referring to one of the 24

10   regional GNETS programs across the State of Georgia?

11     A    I do.

12     Q    When I say "the State," do you understand

13   that I mean the State of Georgia?

14     A    I do.

15     Q    When I say "PBIS," do you understand I

16   mean Positive Behavior Interventions and Support?

17     A    I do.

18     Q    When I say "ODRs," do you understand that

19   I mean office discipline referrals?

20     A    I do.

21     Q    When I say "SWIS," do you understand that

22   I mean Schoolwide Information System?

23     A    I do.

24     Q    When I say "EOY," do you understand I mean

25   end of year?



1        A     I do.

2        Q     When I say "LRE," do you understand I mean

3   the least restrictive environment?

4        A     I do.

5        Q     When I say "MTSS," do you understand that

6   I mean multitiered system of support?

7        A     I do.

8        Q     When I say "DBHDD," do you understand that

9   I mean Georgia's Department of Behavioral Health and

10  Developmental Disabilities?

11       A     I do.

12       Q     I'd like to show you what has been

13  previously marked as Plaintiff's Exhibit 965.  This

14  is the deposition notice filed with the court that

15  states that the United States served a 30(b)(6)

16  deposition notice on March 1st, 2023, for testimony

17  related to the items included in Attachment A.

18            MS. CHEVRIER:  Give my colleague a second

19       to pull that up.

20            (WHEREUPON, Plaintiff's Exhibit-965 was

21        previously marked for identification.)

22  BY MS. CHEVRIER:

23       Q     Mr. Hill, you should have access to scroll

24  through this document.

25       A     Did you need me to go to a specific page?



JUSTIN HILL  30b6                                          March 06, 2023
UNITED STATES vs STATE OF GEORGIA                                      12

1       Q     Sure.  Can you just scroll so we can see

2    the title of this document?  Perfect.

3             Have you seen this 30(b)(6) deposition

4    notice before?

5       A     I did.

6       Q     When did you see it?

7       A     I think a couple days ago.

8       Q     And who showed it to you?

9       A     Stacey Suber-Drake.

10      Q     Is it your understanding that you are

11   present today to provide testimony in response to

12   the topics listed on the 30(b)(6) deposition notice

13   as Attachment A, specifically questions 14, 15, 16,

14   and 17?

15      A     Correct.

16      Q     And you can feel free to scroll down to

17   the Attachment A if you want to double-check it is

18   indeed 14 through 17 that you're here to provide

19   testimony about today.

20      A     You want me to stop there?

21      Q     Sure.  Just to reconfirm, it's correct

22   you're here to provide testimony on Topics 14

23   through 17, now that you have it in front of you?

24      A     That's correct.

25      Q     What is the basis for your knowledge of



1  these topic areas?

2       A    I helped start PBIS in the State of

3  Georgia.  So we launched this in 2008.  I was one of

4  the first hires for this initiative.  And I also

5  have been the program manager for this initiative

6  for several years, and now this program is under me

7  in my current role.

8       Q    And what is your current role at the State

9  of Georgia?

10      A    My current role is associate

11 superintendent for Whole Child Supports.

12      Q    And what are your job responsibilities in

13 this role?

14      A    To help identify barriers to students

15 being successful.  Most of those would be

16 nonacademic areas, but through the MPSS State

17 Personnel grant, which is called the SP grant, which

18 has MPSS, largely an academic model.  We kind of

19 take a holistic view of just what are the barriers

20 to students achieving success.

21      Q    How long have you held this role?

22      A    I've held this role for about a year and a

23 half.  Oh, for Whole Child?  No.  Since October

24 15th.

25      Q    That's of this -- or last year?



JUSTIN HILL  30b6                                    March 06, 2023
UNITED STATES vs STATE OF GEORGIA                          14

 1      A    October 15th of 2022, correct.

 2      Q    Who do you report to in this role?

 3      A    Chief of staff Matt Jones.

 4      Q    And who reports to you?

 5      A    About 40 plus staff members that represent

 6  the different elements of Whole Child Supports.

 7      Q    And who are your --

 8      A    I represent --

 9      Q    I'm sorry.  Go ahead.

10      A    Go ahead.

11           So it would be representatives from school

12  nursing, social workers, school-based health

13  centers, to just name a few.  School safety, and

14  then the tiered support things, which would include

15  the PBIS.

16      Q    And who are your direct reports?

17      A    My direct reports would be Mary Lawrence

18  Salvatore, the assistant director who handles

19  health, wellness and safety; and then Jeannie

20  Morris, who is senior program manager, and she's

21  tasked with helping to merge the MTSS framework with

22  the PBIS framework in a more holistic fashion.

23      Q    And then I believe you've already started

24  to do this.  Can you describe the different areas of

25  your indirect reports?



```
 1      A     School-based health.  So up under Mary
 2  Lawrence Salvatore, the wraparound supports,
 3  school-based health centers, school social workers,
 4  school nurses, school safety, mental health
 5  activities, and -- I think that's the big -- that's
 6  the big functions.
 7      Q     How does your current role relate to the
 8  question topics you are here to provide testimony
 9  here about today?
10      A     Say that again.
11      Q     How does your current role relate to the
12  question topics you are here to provide testimony
13  about today?
14      A     PBIS falls underneath my purview.  So many
15  of those questions fall right in there.
16      Q     And so PBIS falls under the Office of
17  Whole Child Supports; is that correct?
18      A     That's correct.
19      Q     Did you receive any information from
20  anyone other than counsel that you will be relying
21  on to respond to questions about these topics?
22      A     Just myself.
23      Q     What is your highest level of education?
24      A     I have an Ed.S. in leadership.
25      Q     And where is the Ed.S. from?
```



 1      A    Georgia College and State University.

 2      Q    And what is the date that you received

 3 that certification?

 4      A    I believe summer of 2015, I believe.

 5      Q    And how does your education background

 6 relate to your current role?

 7      A    The education background in general is

 8 obviously educational leadership.  So change

 9 initiative, how to conduct whole-scale strategic

10 scale-up of projects.  I have a Master's in

11 curriculum instruction, so obviously looking at

12 education from academic and holistic ways as well.

13           I think both of them would relate to this.

14      Q    How did your education background relate

15 to the question topics you're here to testify about

16 today?

17      A    Um, PBIS is obviously a framework.  You

18 can have it at the State level.  Certainly we build

19 a strategic framework, a coaching network to make

20 that happen.  Certainly education leadership speaks

21 to the scale-up of almost any initiative, really, of

22 which PBIS is one.

23           From the scale-up from the initial

24 experiments with George Sugai and Rob Horner --

25           THE COURT REPORTER:  I'm sorry.  You're



1        going to have to slow down.  Who are these

2        people again?  Say them again.  From the

3        scale-up --

4        A    Sure.  Rob Horner, Dr. Rob Horner, from

5   the University of Oregon, and Dr. George Sugai at

6   the University of Connecticut, those two individuals

7   certainly represent the founders of PBIS from the

8   schoolwide perspective.  And within their research,

9   and certainly mentioned that once they had the

10  schools that they saw some replication of good

11  outcomes, they started thinking by how do we go to

12  scale for this.  And much of the going to scale

13  speaks directly to leadership activities across the

14  State, the region, to even the local level, to build

15  capacity.  Certainly education leadership speaks to

16  all of that.

17            MS. JOHNSON:  That was the court reporter

18        to instruct you that if you to speak too

19        quickly, she'll chime in and let you know.

20            THE WITNESS:  Sure.

21  Q    What is the GNETS program?

22  A    What is the GNETS program?

23  Q    Yes.

24  A    Well, when students are not being

25  successful, certainly in the regular education



1  environment, it's my understanding GNETS is an

2  attempt to create therapeutic supports for students

3  whose IEP dictates they aren't successful within the

4  traditional school setting.

5      Q    What are the goals -- sorry, go ahead.

6      A    No.  I think it's -- well, I think it may

7  speak to what you're asking.

8           I think the goals are to provide a

9  therapeutic approach that would hopefully lead to

10 integration back to school environment in time.

11     Q    What is the target population of the GNETS

12 program?

13          MS. JOHNSON:  Object to form.

14          You can answer.

15     A    Can I answer?

16          Special education students, students with

17 IEPs.

18     Q    When did you first become aware of the

19 GNETS program?

20     A    I think when I was first hired at the DOE,

21 2006.

22     Q    How did you first become aware of the

23 GNETS program?

24     A    I believe I took a site visit to meet a

25 director in Forest Park, Georgia.  Her name was



1  Laura Riffle, and Laura Riffle, who is a private

2  consultant today, from Kansas.  She was working at

3  the GNETS, and she had -- was launching the PBIS

4  initiative, which was a grant that they called EBIS.

5  It's the same thing.  And we just had a planning

6  session and I never actually walked inside the walls

7  of a GNETS until that day.

8      Q    And you said she was working at the GNETS.

9  Was that for the GNETS program as a whole or one of

10 the regional GNETS programs?

11     A    It was at the GNETS.  It's on Ash Street

12 in Forest Park.

13     Q    Thank you.  Have you read any court

14 filings in connection with this lawsuit?

15     A    Do I have any court filings?  I do not.

16     Q    Have you read any court filings in

17 connection with this lawsuit, other than the one

18 that's currently pulled up in front of us?

19     A    I have not.

20     Q    Am I correct you are being represented by

21 Melanie Johnson from the Robbins firm for this

22 deposition today?

23     A    I am.

24     Q    Did you talk with anyone to prepare for

25 this deposition today?



1      A    I have not.

2      Q    Did you meet with counsel to prepare for

3  this deposition?

4      A    Just to go over the questions I was going

5  to be asked, if that's what you mean.

6      Q    And who was present for that conversation?

7      A    It was on the phone.  I believe Melanie

8  might have been there and Stacey Suber-Drake, and

9  Tiffany Taylor.  Nicholas, who was before me, may

10  have been there.

11      Q    Is that Nicholas Handville?

12      A    Handville, correct.  I don't think there

13  were any other voices there that I remember.

14      Q    How long did you meet?

15      A    I think I was on the phone call for maybe

16  15 minutes.  I had to go to another presentation.

17      Q    Did you read any deposition transcripts in

18  this litigation prior to joining today?

19      A    I have not.

20      Q    Do you talk with anyone else outside of

21  counsel and those who were on that phone call about

22  this deposition today?

23      A    I have not.

24      Q    Apart from the documents shown to you by

25  counsel, did you look at any other documents to



1   prepare for today's deposition?

2       A    Documents that we have on the web page

3   that's related to this, so that I can give you

4   accurate information data.

5       Q    And --

6       A    For example --

7       Q    Sorry.  Go ahead.

8       A    It's okay.  So, for example, the questions

9   about how many people are implementing SWIS, or how

10  many schools pertain to PBIS, things like that.

11      Q    Which websites specifically did you view?

12      A    PBIS webpage, if we have them, on GaDOE's

13  PBIS page.

14      Q    Did you review any other documents or

15  websites?

16      A    No.  I just had the memos that we put

17  together that have the training numbers that we

18  collect internally, and the salary information that

19  was requested as well.

20      Q    So in addition to the PBIS website and the

21  memos that you put together, that have training

22  numbers and the salary information that was

23  requested, did you review any other documents?

24      A    That's it.

25      Q    And what are the memos that you put



1  together that have the training numbers?

2      A    A memo that has the total number of

3  schools, programs and GNETS that have been trained

4  in the various tiers of PBIS implementation.  Also

5  the pullouts with GNETS.  And then how many of those

6  schools in Georgia currently use SWIS.

7      Q    And I would like to --

8          MS. JOHNSON:  Just.

9          MS. CHEVRIER:  Sorry.  Go ahead.

10         MS. JOHNSON:  So he has those notes with

11     him so he can give accurate numbers, and we're

12     prepared to give you access to these as well.

13         MS. CHEVRIER:  Thank you.  I was about to

14     request copies of those as well, in addition to

15     anything else mail he's referencing.

16     A    We also have a budget, so we made sure we

17  had the salaries of all employees that help with

18  PBIS, such as a breakdown of how much everybody

19  makes and their education level.

20         In addition, on that web page you'll

21  see -- because there's a question about fidelity of

22  implementation.  So all the particulars, nuances of

23  the fidelity memos that are online are also with me,

24  be made available to you as well.

25     Q    Thank you.



1          Did do you anything else to prepare for

2   today's deposition?

3       A    Nope.

4       Q    Have you ever been deposed before?

5       A    I have not.  This is the first.

6       Q    Have you ever been a plaintiff in a

7   lawsuit?

8       A    I have not.

9       Q    Have you ever been a defendant in a

10  lawsuit?

11      A    No, I have not.

12      Q    One moment.

13          You've already mentioned this, but in your

14  role do you have any involvement with Positive

15  Behavioral Interventions and Supports in Georgia?

16      A    I do.

17      Q    In what capacity?

18      A    I supervise the implementation throughout

19  the State through Ms. Jeannie Morris.

20      Q    And what is PBIS?

21      A    PBIS is a prevention-based framework that

22  tries to kind of take a look at a learning

23  environment, and instead of sitting there reacting

24  to the environment, look at certain behaviors and

25  assume that behaviors serve a purpose and it can be



1  predicted to a degree by looking at data.  And as

2  you take a prevention-based approach, and with PBIS

3  we certainly looked at the health prevention model

4  from the '60s, and with George Sugai and Rob Horner,

5  they said we can actually build an environment where

6  we can prevent, largely through adult behavior

7  change, and make the environment positive, that soon

8  we can see students hopefully being in the

9  classrooms learning, academic, certainly displaying

10 behavior, appropriate behavior.

11      Q   Can you describe the basic structure of

12 PBIS at the school level?

13      A   At the school level you try to put in

14 certain features, like schoolwide agreements.  What

15 are the schoolwide expectations that perhaps the

16 faculty can rally around and say, let's not leave

17 certain things to chance, let's define the behaviors

18 that we wish to see, let's try to model those

19 behaviors, in context.  So if we want to teach them

20 to be respectful, show them to be respectful, model

21 what respectful behavior is.  And certainly try to

22 find contextual incentives, hopefully naturally

23 occurring, that we can get behavior change.

24          The majority of the students, at least 80

25 percent, Tier 1, who largely wouldn't go to the



1   office for behavior errors, so to speak, and for

2   students that don't respond to some of those

3   proactive pieces that are in place, sometimes

4   there's need for additional instruction, and we call

5   that Tier II interventions potentially.

6           And hopefully there's a school-based

7   problem solving team that's going to look at the

8   data and find out, well, how have we -- how

9   successful have we been.  Have we put in all the

10  necessary features that we see 80 percent compliance

11  with these things?  How are the -- who are the

12  students that aren't responding?  How can we best

13  serve their needs.

14          So you try to create some Tier II things

15  that would be small group settings, that maybe

16  reinforce some of those expectations and maybe need

17  a little bit more reinforcement, some additional

18  practice with those behaviors.

19          And for the students who aren't responding

20  with that strategy, certainly there could be a need,

21  an argument made, that more intensive things might

22  be needed.

23     Q    What role does PBIS play in school

24  climate?

25     A    If you think about school climate, school



1  climate is certainly the perception of people that

2  are in an organization, right.  I feel good about

3  where I'm at, about where I work, and it's based on

4  some common experiences that we have.

5          So A good school climate is a destination.

6  Sometimes it's nice to think that PBIS is a vehicle

7  to get there.

8      Q    Is PBIS useful for students with

9  disabilities?

10     A    Most certainly it is, because students

11 with disabilities are like all those students.  They

12 need predictable learning environments that are

13 positive and supportive, and PBIS certainly adheres

14 to that as well.  PBIS --

15     Q    Sorry.  Go ahead.

16     A    I'm sorry.  It's for all students.

17     Q    Would you agree that PBIS can be useful

18 for decreasing challenging behaviors for students

19 with disabilities?

20     A    Yeah, I do agree with that assessment.

21     Q    I'm going to show you what we are marking

22 as Plaintiff's Exhibit 970.

23          This is the strategic plan 2014 to 2024

24 for PBIS in the State of Georgia.

25          MS. CHEVRIER:  I'm going to ask my



1        colleague to share that with you.

2              (WHEREUPON, Plaintiff's Exhibit-970 was

3        marked for identification.)

4   BY MS. CHEVRIER:

5        Q    Mr. Hill, you should have access to flip

6   through this document.

7        A    Okay.

8        Q    Can you confirm that this is indeed a PBIS

9   strategic plan for GaDOE from 2014 to 2024?

10       A    Correct.  It's under revision but that is

11  what we published.

12       Q    And do you recognize this document?

13       A    I do.

14       Q    Let's turn to Page 4, or I'm going to ask

15  you to turn to Page 4.

16            Do you see where it says under the heading

17  Introduction, quote:  "In 2007, the Georgia

18  Department of Education (GaDOE) Division for Special

19  Education Services, established the Positive

20  Behavior Support Unit to provide professional

21  learning and technical assistance in tiered

22  behavioral supports to address the high rates of

23  exclusionary disciplinary practices used in Georgia

24  K-12 schools, including the disproportionate rates

25  of suspension of students with disabilities"?



1        A    I do.

2        Q    Is it fair to say that GaDOE's focus on

3   PBIS began around 2007?

4        A    It did officially from the schoolwide

5   perspective when we had a relationship with the

6   National Technical Assistance Center.  But I was

7   hired in 2006.  In many ways our first initial task

8   was to take Functional Behavior Assessment skills

9   and teach student support teams who were already

10  kind of at that tiered three level and try to teach

11  those skills to school teams.  And we decided to

12  actually launch a more comprehensive approach at it

13  when we started partnering with George Sugai and the

14  National Technical Assistance Center for PBIS, and

15  then we started launching a more strategic approach

16  instead of just scattered trainings with -- and give

17  skills to just random school teams, to have a more

18  comprehensive way to approach the problems.

19       Q    So is it more accurate to say that GaDOE's

20  focus on PBIS began around 2006 and became focused

21  on schoolwide supports in 2007?

22       A    I think so.  I mean you could say that the

23  PBIS philosophy was certainly invested in in 2006,

24  but from, as you've spoken, to a more comprehensive

25  way, so 2007 to 2008 is very accurate.



1     Q    Do you see on the same page where it says,

2   quote:  "The PBIS unit quickly discovered that in

3   many cases, schools did not have a continuum of

4   behavioral interventions nor did they have

5   established processes of data review or analysis in

6   place to prevent or address problems before they

7   reached a level resulting in exclusionary practices

8   like suspension"?

9     A    That's correct.

10    Q    And do you see where it says, quote:  "The

11  Georgia Department of Education decided to implement

12  the Positive Behavioral Interventions and Support

13  (PBIS) framework to improve school climate in

14  Georgia's K-12 schools"?

15    A    That's right.

16    Q    You've already touched upon this, but in

17  what ways did GaDOE implement the PBIS framework to

18  improve school climate?

19    A    The No. 1 way is that we actually

20  partnered with the National Technical Assistance

21  Center to say how can Georgia do this comprehensibly

22  and do it right, and to make sure that we're

23  attached with national coaches, national technical

24  assistants.

25              So we do this very comprehensively, and



1  Dr. Heather George, who was the co-director at the

2  Florida project, became our national TA, and the

3  National Technical Assistant Center, you can

4  imagine, the research cadre, looking down across all

5  the states and trying to learn the lessons of

6  implementation science, where is it going well,

7  please inform the national research.

8          So in many ways she was helping us look at

9  what are the States doing during their journey, so

10  we could have a more successful implementation as we

11  move forward.  And we still maintain that

12  relationship with Dr. Heather George even today.

13      Q    In what ways did GaDOE implement the PBIS

14  framework to improve school climate?

15      A    Similarly we had a DOE team initially,

16  just the DOE team, and our job was to go and teach

17  -- to introduce the concept to a district

18  superintendent, certainly in the rural areas if it

19  was valid, because the metro would be some of the

20  cabinet members.  And try to speak to the components

21  necessary to achieve this success long-term.

22          Many times, at the early stages, it was

23  looked at as an experiment from some district's

24  point of view.  Well, I'm not sure what this is.  So

25  we take small cohorts for the first couple of years.



1  But as years progressed, and we certainly leaned on

2  the national researchers, we learned the best way to

3  do this is not to have scattered school trainings

4  but to certainly invest in certain agreements with

5  districts and say a district needs to have a team

6  dedicated to looking at their climate data, which

7  would include, of course, discipline data and some

8  of their own practices, look at their student codes

9  of conduct.

10          And we started making -- as the years went

11  on, we say we need to make sure there's a dedicated

12  staff member at the district to provide that

13  coaching support ongoing so that the State of

14  Georgia, and it was limited to a team at that time,

15  maybe four members.  We can't train the entire state

16  and coach the entire state if we're going to go to

17  scale.

18          So having district coordinators in place

19  that we could build some behavior expertise was a

20  way we could start building some additional

21  capacity, start expanding our approach.  Because we

22  only have four people trying to install something as

23  comprehensive as PBIS, it would take a really long

24  time, and in time we were able to convince lawmakers

25  to invest with .5 SDE, start putting school climate



 1  specialists in many of the Regional Educational

 2  Service Agencies, which Georgia has 16, and that

 3  became some seed money to take a state, region, and

 4  then district capacity building campaign, so to

 5  speak.

 6       Q    What is the official status of the PBIS

 7  framework within GaDOE today?

 8            MS. JOHNSON:  Object form.

 9            You can answer.

10       A    The team right now has been moved over to

11  -- from teaching and learning over with me in Whole

12  Child.  And my task is to take the behavior side of

13  MTSS and the academic side of MTSS and to merge the

14  frameworks into a more holistic way to deliver

15  supports to students.

16            Georgia is not the only state attempting

17  this.  Washington State being one of them.  Michigan

18  has been successful doing this, Wisconsin and

19  Florida.

20            What we don't want to see happen is

21  schools start forming so many teams to do

22  comprehensive problem solving that we're not being

23  very efficient.  So the solution is not always for a

24  school team or for a high school, for example, to

25  have 30 teams dedicated to similar things.  We want



1  to make sure that we're having teams to be more

2  effective and efficient and asking some of the same

3  preventative questions, because ultimately it's

4  about students being successful and what are the

5  various things that make students successful.

6         That's the current status.  We're still

7  training schools in comprehensive PBIS, but we're

8  certainly starting to form plans and partnerships on

9  how this merging would go look like on the ground

10 level.

11     Q    Does GaDOE currently require Georgia

12 schools to use the PBIS framework?

13     A    It's entirely voluntary.  Research

14 indicates that forced implementation of PBIS

15 certainly yields very poor fruits.  Louisiana being

16 one example.  Alabama trying to do so temporarily,

17 also proving to be a very bad example.

18     Q    Does GaDOE require regional GNETS programs

19 to use the PBIS framework?

20     A    I think there was a time that we did.  I'm

21 unaware if we still maintain that.  I know SWIS

22 participation, if we're looking at their data, is

23 certainly voluntary.

24     Q    Does GaDOE encourage Georgia schools to

25 use the PBIS framework?



1      A    We do.

2      Q    And what about regional GNETS programs

3  presently now that it's optional for them?

4      A    I don't supervise the GNETS, so I can't

5  speak to the supervisor in special education that

6  provides that.  But I do know that the GNETS

7  directors or their designees are certainly invited

8  to attend all of our regional meetings, whether they

9  are in person or online, and I do know that several

10  of them still implement it.

11      Q    Does GaDOE currently support Georgia

12  schools with their adoption of the PBIS framework?

13      A    They do.

14      Q    In what ways?

15      A    They do so with -- the team that has been

16  assembled at the State, that falls under me, the

17  large cadre of professionals that certainly deliver

18  training to schools, training to school climate

19  specialists to build regional capacity, in concert

20  with them, certainly train brand-new district

21  coordinators of the PBIS framework to make sure that

22  they can sustain implementation, which training

23  takes place, because implementing a framework is not

24  a pray-and-spray approach.  It's not just hiring a

25  professional trainer to train the school in a couple

1   of days and pretend that large-scale change is going

2   to take place.  It's going to take a couple of years

3   for schools to change their practices.

4           So this coaching infrastructure from the

5   State, the region, and the district level certainly

6   helps take that on.

7       Q    Are there any regulations in Georgia

8   applicable to PBIS?

9           MS. JOHNSON:  Object to form.

10          You can answer.

11      A    If you could repeat that, please.

12      Q    Sure.  Are there any regulations in

13  Georgia that are applicable to PBIS?

14          MS. JOHNSON:  Same objection.

15          You can answer.

16      A    I'm not aware.

17      Q    How many counties or school districts in

18  Georgia have implemented PBIS?

19      A    About 60 percent.  You know, we have

20  districts that sign the agreements and have to do

21  recommitments.  Right now we're at -- at the end of

22  2000 and 22 -- '21, '22, we had 1,400, down to 419

23  schools and programs implementing.  We think by the

24  end of this year we're going to be at 1,500.

25          It would be approximately 60.  If you want



1   the exact number of districts, I can retrieve that

2   for you.  I don't have it with me today.

3        Q    Thank you.

4             If a school district agrees to participate

5   in the PBIS framework, does that mean each of the

6   schools within the district will utilize the PBIS

7   framework?

8        A    Not necessarily, because some districts

9   can be as large as Gwinnett, our state largest, and

10  we usually say that no matter how many schools

11  participate and give numbers voluntarily, we don't

12  mandate that every single school.  We certainly

13  offer encouragement them to consider implementing in

14  all the schools.  But all we ask is that there's a

15  district team that's informed to help sustain the

16  limitation of where the training and coaching has

17  taken place, and that will just build sustainability

18  over time.  Otherwise we just fall into the rut of a

19  pray-and-spray approach to change.

20       Q    Is it correct you just said that about

21  1,400 schools in Georgia have implemented PBIS and

22  that you're hoping it will approach 1,500 by the end

23  of the school year?

24       A    We think that's correct.  1,500.  The

25  1,419 is -- that's the number.



1            It's important to realize schools, plus

2    programs, because GNETS is not a school, it's a

3    program.  So we can put that together.

4        Q    How many schools have implemented Tier I

5    of the PBIS framework?

6        A    That would be 1,419 and approaching 1,500.

7        Q    And how many schools have implemented Tier

8    II of the PBIS framework?

9        A    Just north of 400.  About 403 as of end of

10   '21-22 school year, and we'll be calculating those

11   numbers for this school year here in a couple of

12   months.

13       Q    How many schools have implemented Tier III

14   of the PBIS framework?

15       A    Tier III is typically not provided by us.

16   We certainly concluded developing our Tier III, our

17   advanced tiers training curriculum, but for some of

18   the Tier III trainings that the GNETS might

19   participate in, I think that's been used -- been

20   facilitated by the Georgia State University, Dr.

21   Daniel Crimmins.

22       Q    Do you have information about how many

23   schools currently implement a Tier III framework for

24   PBIS?

25       A    I do not.



1    Q    Do you have --

2    A    The --

3    Q    Go ahead.

4    A    Tier III has been delivered through Daniel

5    Crimmins and his staff at Georgia State University,

6    and I don't have his training records.  But in the

7    interim we have just completed our draft, our

8    training curriculum, so we can began to deliver that

9    in concert.

10   Q    I understand a school might not need to

11   provide Tier III services based on the students that

12   happen to be enrolled in the school at that time; is

13   that correct?

14   A    Say that again.

15   Q    Students are put into different tiers

16   based on their needs; is that correct?

17   A    Well, I think it would be inaccurate to

18   say a student is placed in tiers.  I think getting

19   tiered support services.  You know, it's a technical

20   difference.  But they get Tier III supports, because

21   a student could need Tier III supports in reading

22   but maybe not need Tier III supports in mathematics.

23        So they could be receiving, you know, full

24   Tier I kind of instruction environments that just

25   need temporary support in this environment.



1              Does that help?

2         Q    Yes.  Thank you.

3              It's possible that a school one year might

4    not need to provide Tier III services for behavior

5    but might in a different year require -- need to

6    provide Tier III services based on its student

7    population; is that correct?

8         A    I don't think I understand because I don't

9    think that's correct.  If you can say that again.

10        Q    Sure.  What, what would require a student

11   to receive Tier III services for behavior?

12        A    You're going to need Tier III support.

13   Usually it's going to get into the area of

14   potentially an SST team essentially, and then you're

15   going to move and progress to an IEP consideration,

16   which is most intensive behavior supports.  But that

17   would be a determination by the IEP team.

18        Q    So is it possible that a particular school

19   one year would not have any students requiring Tier

20   III supports but another year might have a student

21   requiring Tier III supports?

22        A    If the students don't have an IEP -- hard

23   to imagine any school that did have anybody that

24   didn't have an IEP, but it's, it's possible.  I

25   never heard of a school that didn't have a single



1  student who had an IEP Tier III support.  But it's

2  possible.

3       Q    So you testified earlier that you don't

4  have the number of schools implementing Tier III of

5  the PBIS framework, correct?

6       A    I don't know how many schools have been

7  trained in Tier III systems, which gets into FBA,

8  Functional Behavior Assessment, Behavior

9  Intervention Planning.  Again, that would be

10  maintained -- possibly the Special Education

11  Division may have that through their relationship

12  with Georgia State University.

13       Q    I was asking you questions because I'm

14  trying to get at, you know, to what extent do

15  schools have the capacity to provide Tier III

16  supports even if they don't currently need to

17  provide Tier III supports.  Do you have any

18  information about a school's capacity to provide

19  Tier III supports currently in Georgia?

20            MS. JOHNSON:  Object to form.

21            You can answer.

22       A    Now, we usually have a fidelity instrument

23  called a tiered fidelity inventory, or the TFI.

24  Within the TFI, certainly there are validated

25  research questions that can help a school assess its



 1  ability to analyze its Tier III support system.  If

 2  that makes sense.

 3      Q    Yes.

 4      A    So the fidelity inventory, that the

 5  University of Oregon certainly played a major role

 6  in helping to create, that we use in the State of

 7  Georgia to help assess fidelity.

 8           At Tier I and at Tier II, and even at Tier

 9  III, a school team can ask itself certain questions

10  about its capacity to analyze and provide supports.

11  And when it's determined that they need additional

12  supports to build that Tier III system, certainly a

13  lot -- many times they reach out to the Georgia

14  State project where they have additional capacity,

15  while we're completing some of our -- improving our

16  capacity to do the same.

17      Q    Is it correct that GaDOE does not track

18  how many schools in Georgia are able to provide Tier

19  III supports because that is being done through the

20  University?

21           MS. JOHNSON:  Object to form.

22           You can answer.

23      A    If you could repeat that one more time.

24      Q    Sure.  Is it correct that this -- that

25  GaDOE does not track how many schools provide Tier



1  III supports because the training for that is

2  currently being done through the University?

3       A    Possibly.  Again, I don't know what

4  Special Education Division is tracking.

5       Q    But the Office of Whole Child Supports,

6  which the PBIS office is currently under, does not

7  track how many schools offer Tier III supports,

8  correct?

9       A    I think we're probably not talking the

10  same.  So when we say Tier III supports, you know,

11  again, what we're doing is helping a school assess

12  its system, its ability to provide Tier III, its

13  ability to analyze its own data and its own system

14  of supports, and we provide coaching around that.

15  But if you're looking at the number of schools that

16  are taking the TFI and are looking and analyze it to

17  Tier III, we can do that.

18         How many schools are taking the TFI and

19  looking at the Tier III section of the TFI to

20  determine that, I would say the answer is yes to

21  that.

22       Q    Does GaDOE track how many schools have

23  been trained by the University to offer Tier III

24  supports?

25       A    I don't know.



1        Q     And is it correct that as of now schools

2    would not have received training other than from the

3    University?  For Tier III?

4             MS. JOHNSON:  Object to form.

5             I'm sorry, I didn't mean to interrupt.

6        A     It could have.  GNETS could seek

7    additional training that maybe I wouldn't know

8    about.

9        Q     Is there an expectation that eventually

10   all Georgia schools will provide Tier III services?

11       A     There's the expectation that all Georgia

12   schools would desire to analyze their Tier III

13   systems or ability to provide more comprehensive

14   supports.  It's really a continuous improvement

15   process of looking at their system.

16       Q     In your opinion, are there occasions when

17   a student would appropriately receive Tier III

18   services even if they do not have an IEP?

19       A     Well, there's, there's a -- between Tier

20   II and Tier III certainly there's a court mandated

21   student support team that would look at where

22   individualized students are in their individualized

23   plans and make recommendations potentially that

24   could lead to a student receiving an IEP or

25   receiving testing that could conclude a student



 1  getting an IEP.

 2      Q    What do you mean by a court mandated team?

 3      A    The State of Georgia, and I believe also

 4  the State of Alabama, have a federal requirement to

 5  have a student support team in place, and I believe

 6  this court case goes back well over 30 years ago, I

 7  believe.

 8           Like each school is mandated to have a

 9  student support team.

10      Q    And can you describe the student support

11  team?

12      A    The student support team is a group of

13  educators who would look at students more

14  individually, looking at certain data sets, like

15  formula assessment data, teacher recommendations,

16  students' grades.

17           It's really looking at students who are

18  not being successful in math, so they're not being

19  successful in reading, maybe even behavior, and

20  certain team -- you know, a team of those, those

21  teachers would create SST folders, an SST charity

22  school, to kind of look at are there common sense

23  interventions that are being made for the individual

24  students, are they yielding any changes?  Are

25  students being successful?



1              Now, there's an assumption -- the

2    assumptions are that the students are largely coming

3    from a Tier I environment where solid education,

4    solid instruction is taking place.  You have the

5    assumption that they already receive some type of

6    evidence-based Tier II interventions, and while

7    that's not yielding success, a student support team

8    should be looking at those individual students, who

9    should be few in number, and collecting some data

10   and asking themselves, you know, how can we best

11   support these students.  And if the students aren't

12   being successful, certainly there would be an

13   argument to be made, maybe we should consider some

14   additional testing, maybe the student has a learning

15   disability, and maybe -- and it may lead to a

16   student receiving an IEP.

17        Q    When do student support teams need to

18   convene for a student?

19        A    Well, usually student support teams

20   should, should convene or should start collecting

21   data when students are starting to not be

22   successful, failing grades, failing main academic

23   areas, demonstrating behaviors.  That again we would

24   like to see most students, if not all students, stay

25   in a classroom and behaving, and certainly

1  demonstrating behaviors that will lead to success,

2  but sometimes they are not.

3           And when we start to see students with

4  multiple referrals to the office, or ODRs, as we

5  mentioned at the beginning, the student support team

6  would say, you know, maybe there is something else

7  that the student needs, what haven't we tried before

8  to help the student be successful.

9      Q     And who identified that a team needs to

10  convene?

11     A     Well, it could be an individual teacher

12  could make a recommendation to an SST team.  I

13  certainly was a teacher in Georgia for seven years,

14  and I've certainly made recommendations for my own

15  students to go to a student support team because

16  they've been in place for a long time.

17           And you say, why would you make the

18  recommendation, and districts have formalized the

19  process over the years, and sometimes those student

20  support team folders, which would have a student's

21  pieces of data, that were certainly held in private

22  settings, a lot of times we pass -- and if you're at

23  the middle school, lot of times you take those

24  folders and they follow the student to the high

25  school.  So that the high school and ninth grade



1  cadre of teachers can look and say what has the
2  middle school done that maybe we could consider
3  doing.
4           And, again, at a reasonable amount of time
5  students still aren't showing success, you know,
6  after some of the interventions that are taking
7  place, then the strong argument will be made to do
8  an IEP to a special education coordinator at the
9  school, maybe we need to consider some other things.
10      Q    Do SST teams work with GNET students?
11           MS. JOHNSON:  Object to form.
12           You can answer.
13      A    They might.  But I don't think an SST team
14  exists at GNETS.  I think an SST team might identify
15  and have GNETS -- might have students that
16  eventually make it to GNETS.
17      Q    For each team --
18      A    But I'm not aware --
19      Q    I'm sorry.  Go ahead.
20      A    I'm just not aware that the SST team
21  exists at GNETS, where they're already in kind of a
22  Tier III environment.
23      Q    For each student in GNETS, should Student
24  Support Team have already convened prior to that
25  GNETS placement?



1          MS. JOHNSON:  Object to form.

2          You can answer.

3     A    I don't, I don't -- I'm not sure because

4  they already have an IEP.  So once the student has

5  an IEP, they're not going to have an SST team

6  anymore.

7     Q    So SST or student support teams, are

8  always in place prior to a child receiving an IEP?

9     A    Correct.

10    Q    And then the SST does not continue to meet

11  once a child has an IEP?

12    A    That's correct.

13    Q    If a student needs Tier III services or

14  supports, who provides those supports?

15    A    That would be the Special Education

16  Department typically.

17          That's in the realm of behavior through

18  Functional Behavior Assessment, intervention plan

19  for students.

20    Q    How many schools have received Tier III

21  PBIS training by GaDOE?

22          MS. JOHNSON:  Object to form.

23          You can answer.

24    A    I don't think -- that I don't know.  I

25  don't think there's any, but there could have been



1  some that have been given a Tier III coaching

2  guidance, but I can't see on the special education

3  side.

4      Q    Has the PBIS --

5      A    Again --

6      Q    Sorry.  Go ahead.

7      A    Okay.  Again, we're just finished our Tier

8  III training curriculum probably two months ago, so

9  that we can build additional capacity.  So we've not

10 had specific, at least from our team, Tier III

11 supports, trainings.

12     Q    So currently it is accurate to say that

13 zero schools in Georgia have received any formal

14 Tier III PBIS training by GaDOE?

15     A    Again, I can't speak to what special

16 education may have done, but I'm not aware of.

17     Q    Is it accurate to say that zero schools in

18 Georgia have received Tier III PBIS training by the

19 PBIS team in the Office of Whole Child Supports?

20     A    That's accurate.

21     Q    Are there students with disabilities who

22 receive Tier III services?

23     A    There are.

24     Q    So Tier III services should be available

25 for students who are not designated as a special



 1  education student?

 2          MS. JOHNSON:  Object to form.

 3          You can answer.

 4     A     Again, that's a different way of looking

 5  at it.  If you have an IEP, you're special

 6  education, you're receiving those specific

 7  Individualized Education Plans.

 8          When it comes to what we might provide, it

 9  would be how a school can look at its Tier III

10  system of support, how successful is it being.

11     Q     So just --

12     A     It may sound --

13     Q     Sorry.  Go ahead.

14     A     It may sound nuanced but it's not.  Those

15  are two separate things.

16     Q     So is it fair to say that some students

17  without disabilities receive Tier III services?

18     A     They do not that I'm aware of.  Tier III

19  services through an IEP is for special education

20  students.

21     Q     So in your opinion --

22     A     Students --

23     Q     Sorry.  Go ahead.

24     A     Students with an IEP would not be

25  receiving -- they would not be receiving that unless



1  there was more individualized from an SST team, but

2  it's going to be very low level, not high intense

3  interventions.

4       Q    In your opinion, should Tier III PBIS

5  supports only be available to students with special

6  education needs?

7            MS. JOHNSON:  Object to form.

8            You can answer in your personal capacity.

9       A    Again, what we have the capacity to do is

10 help a school analyze its ability to and how it's

11 providing those supports, not giving them

12 specifically to students.  Our ability -- our job,

13 and one of our missions, is to help a school and a

14 district assess its system and assess its ability to

15 build capacity to provide effective support.  How

16 well are you doing?  How do you know that you're

17 doing well?  How did you determine that?  Because

18 we're not providing that specifically.

19      Q    Do you know how many schools in Georgia

20 have assessed its system to determine whether

21 they're capable of providing Tier III supports?

22      A    I don't have -- how many -- say it one

23 more time.  I think the answer is the TFI, which is

24 the Tiered Fidelity Inventory.

25      Q    Sure.  Let me --



1        A     If you could just -- sure.  Thank you.

2        Q     How many schools in Georgia have assessed

3   their system to determine whether or not they have

4   the capacity to provide Tier III PBIS supports?

5        A     I don't have that number with me, but I

6   certainly could retrieve that.  Again, it would be

7   our looking through what's called PBIS apps, a

8   program that we partner with the University of

9   Oregon, and we say how many schools have actually

10  asked themselves and taken the Tier III section of

11  the TFI, or the Tiered Fidelity Inventory, for

12  behavior.

13            But I could get that.

14       Q     I'd like to show you what will be marked

15  as Plaintiff's Exhibit 971.

16            This is an email from -- and it's Bates

17  No. GAA03425967.

18            (Whereupon, Plaintiff's Exhibit-971 was

19       marked for identification.)

20  BY MS. CHEVRIER:

21       Q     This is an email from you, Mr. Hill, dated

22  February 22nd, 2017, to a number of people.

23  Correct?

24       A     Appears to be so.

25       Q     The subject is "Justin: Draft Tiered



 1  Timeline," correct?

 2       A    Yes.

 3       Q    It includes an attachment titled, "Draft

 4  PBIS Tiered Timeline," correct?

 5       A    It does.

 6       Q    Can you please scroll to the attachment,

 7  which I believe begins on Page 3.

 8            Do you see there are timelines with years

 9  represented from April to March?

10       A    I do.

11       Q    Is it correct that the first year shown

12  here would be 2017 to 2018?

13       A    The years?  '17?

14       Q    Sure.  If you scroll up to the top of the

15  document, it says -- is it correct it says, "70% of

16  Schools Will Score a 4 or 5 on the School Climate

17  Rating by 2020"?

18       A    Correct.

19       Q    And we previously stated that this email

20  was from February of 2017?

21       A    Oh, yes, correct.

22       Q    So I'm trying to make an inference that I

23  would like you to accept or correct, that the

24  timelines here would show the year starting with the

25  2017 to 2018 school year.  Is that correct?



1      A     Correct.

2      Q     And so then the second line would be 2018

3  to 2019?

4      A     Correct.

5      Q     And then the next would be 2019 to 2020?

6      A     Yep.

7      Q     And then the last one would be 2020 to

8  2021?

9      A     Correct.

10      Q     Based on this draft timeline, was it the

11  goal that Tier II implementation would be a focus

12  for the 2019 to 2020 school year?

13      A     Correct.  We're trying to build our

14  capacity.  There's so many schools in Georgia, and

15  Tier I was so woefully not in place across the

16  State.  It's just the way that they approached

17  disciplined, that expansion was almost more than we

18  had the capacity to coach.  So one of the things we

19  wanted to do was make sure we're going to build a

20  more robust Tier II capacity and start rolling it

21  out more comprehensively.

22           We worked with our technical assistance

23  advisor, which is Heather George.  We certainly

24  partnered with one of here Tier II specialists, and

25  they walked us through how they scaled up Tier II,



1  and she certainly helped us develop, at least at the

2  beginning, a training curriculum and how we might go

3  about coaching that scale-up in Tier II.

4         So that was kind of our target.  Like how

5  do we get there?  Because the need was, was obvious.

6  We wanted to move in that direction, so we had to

7  put together -- I certainly put together a plan of

8  how we could get there.

9     Q    So my question was, based on this draft

10  timeline, was it the goal that Tier II

11  implementation would be the focus for 2019-2020

12  school year; is that correct?

13     A    Would be an additional focus.  Tier I

14  would always be there, but layering on additional

15  menu, so to speak, of supports.

16         Certainly with schools that had a solid

17  Tier I in place, they were reaching out at the same

18  time as people that didn't have Tier I at all in

19  place.  We need help, and then please help us move

20  up here.  And so we had to put together a plan to do

21  that.

22         But, yes, it was a focus of our new

23  initiatives as we maintained what we had.

24     Q    Was the goal of focusing on Tier II

25  implementation achieved in 2019 to 2020 school year?



1        A     We certainly started rolling out some

2    initial training.  There were a number of districts

3    that received kind of a cohort approach, but I would

4    say that it was probably the years that followed

5    that we really made the training our own and started

6    really launching more comprehensive trainings, until

7    of course COVID hit.  But, yes, Tier II started roll

8    -- but I wouldn't say it was like all across the

9    State.  We had limited capacity.  So we had several

10   proficient specialists, and then we contracted with

11   the University of Florida and we kind of went at it

12   together.

13            I think Fayette County may have been one

14   of our first districts that we rolled this out in.

15       Q     Based on this timeline, was it the goal

16   that Tier III implementation would be a focus for

17   the 2020 to 2021 school year?

18       A     Certainly the development of a training

19   curriculum.  I know that Dr. George said that it's

20   not certainly just training a school, but it's more

21   of a holistic way of assessing your Tier I system of

22   support.

23            But the goal would be that we would at

24   least be able to put this, and Tier III certainly

25   looked like a very aggressive plan, to put that in



1   place, but that was certainly -- I wanted to put a

2   plan on how it could be achieved, and if the stars

3   were to align.

4        Q    Based on this draft timeline, was the goal

5   that Tier III implementation would be a focus for

6   2020 to 2021 achieved?

7        A    No, it was not.

8        Q    And why not?

9        A    Well, one -- well, PBIS was no longer in

10  Special Education.  It was certainly moved from

11  Special Education to the Office of School Climate

12  and Safety, and at that time I was the director of

13  curriculum instruction.

14           So I don't think they met that goal.  And

15  then we're hitting into the year of COVID after

16  that, and then the desire for expansion of a lot of

17  these activities really went on pause.

18       Q    You mentioned that PBIS was moved from one

19  office to another.  Were you stating that could be

20  one reason why this goal was not achieved?

21           MS. JOHNSON:  Object to form.

22           You can answer.

23       A    It could be.  Certainly any time that you

24  move an activity from one division to the other,

25  there's certainly a recalibration of some things.



 1  It could be.

 2      Q    Has the --

 3      A    I wasn't --

 4      Q    Go ahead.

 5      A    But I wasn't supervising that at the time,

 6  so.

 7           Also, I left, I left in 2018 as the

 8  manager.  So there was a nice gap until the new

 9  manager was hired.  So you can imagine moving an

10  initiative forward when there's a gap in leadership,

11  that's certainly understandable.

12      Q    How long was that gap in leadership?

13      A    I don't recall.  Several months, at a

14  minimum.

15      Q    Has the goal of Tier III implementation

16  been achieved as of today?

17      A    It has -- moving in the right direction,

18  but not wholly.  We've got our Tier III training

19  curriculum, which is a huge significant step.

20  Getting the TFI and coaching people to look at the

21  Tiered Fidelity inventory at Tier III, so that has

22  been achieved.  But the biggest piece is how to

23  actually train schools and district leadership teams

24  on how to assess Tier III really begins with the

25  training focus and coaching focus.



1          We've achieved the training curriculum

2     that we felt good with, now that we're in more

3     normalized school operations post-COVID, though.  So

4     I think we're moving in the right direction.

5          Q    You said you achieved the training

6     curriculum.  Has the training been offered to any

7     schools yet?

8          A    No, not yet.  That I'm aware of.  I don't

9     think we've done a -- I don't think we've done a --

10    I don't think we've launched any specific schools

11    that have been exposed to the training.

12         Q    And this is the Tier III training,

13    correct?

14         A    Correct.  But we're going to be calling it

15    the advanced tiers, so we can -- schools don't have

16    an appetite for seven to nine days of training from

17    anybody.  So we're trying to be more efficient with

18    our trainings and looking at Tier II and Tier III

19    simultaneously, which would be a more efficient way

20    to conduct training.

21         Q    Is it correct that the Tier III training

22    that was recently completed but has not yet been

23    provided includes both Tier III and Tier II

24    implementation?

25         A    It does.  It does.



JUSTIN HILL  30b6                                      March 06, 2023
UNITED STATES vs STATE OF GEORGIA                                   60

1      Q     And when --

2      A     Putting them --

3      Q     Okay.

4      A     That's okay.  If I can interject.

5            We have a Tier III that can stand by

6   itself, we have a Tier II that can stand by itself,

7   but merging the two is what is happening as well.

8      Q     Thank you.

9      A     Yep.

10     Q     And when did the Tier III curriculum get

11  finalized?

12     A     I think we showcased that to a small

13  cohort of regional folks to get their feedback, and

14  I believe we did that maybe November of '22.

15     Q     And is --

16     A     Like before the --

17     Q     I'm sorry.  Go ahead.

18     A     It was right before the holidays.

19     Q     And has the combined more efficient Tier

20  II and Tier III training been completed?

21     A     It has not.

22     Q     When do you expect that the combined Tier

23  II and Tier III training will be completed?

24     A     So the behavior, that can be completed

25  before the summer.  But we certainly want to look at



1  ways to merge academic considerations within that

2  training.  So we're certainly reviewing the

3  possibility of adding that as well.  Because, again

4  --

5       Q    But -- so sorry.  Keep going.

6       A    The goal -- okay.

7            The goal of MTSS again is not to really

8  define behavior and academics as if they act

9  exclusive of one another.  The goal of true MTSS is

10 to have a comprehensive look at the child, their

11 behavior, and oftentimes is linked together and how

12 can be -- how can we do that better.

13           So we're having to actually do, just like

14 Michigan and Washington, and some other states, is

15 that taking the preexisting training curriculum that

16 has been siloed to behavior circles and academic

17 circles and how do we do this in a united

18 conversation to be more efficient with the way we do

19 business.

20      Q    Who is the team working on the combined

21 Tier II, Tier III behavior and academic training?

22      A    I know that -- the entire team has

23 provided feedback.  I know that Sandy DeMuth has

24 taken a lead putting that together.  Mimi Gudenrath

25 would certainly have a piece to play.



1            And I don't know the third individual

2     that's taking lead but I would say almost all the

3     specialists had a hand in looking at it and making

4     some feedback loops.  That's accurate.

5            Q    What is Sandra DeMuth's role?

6            A    She's a part-time specialist today, funded

7     through the School Climate Transformation grant.

8     And largely her expertise has been management of the

9     SWIS training and implementation, but because she

10    has a lot of experience with Functional Behavior

11    Assessments and upper tiers of supports in her

12    career with special education, she's also one of our

13    trainers as well.  So she goes and helps actively

14    train schools, district leadership teams, and RESA

15    school climate specialists.

16           So those are some of the things that she

17    does.

18           Q    And what is Mimi Gudenrath's role?

19           A    She has some of the same.  They're both

20    considered national SWIS facilitators, of which

21    there is a small number.  So Mimi provides that same

22    level of oversights, in addition to what's called

23    PBIS apps, which is a suite of applications at the

24    University of Oregon.  Not only does it house SWIS,

25    but it also houses the uploads of the Tiered



1   Fidelity Inventory, as well as the Self Assessment

2   Survey called the SAS.

3          THE COURT REPORTER:  I'm sorry.  Slow

4      down.  Just slow down, please.

5      A    The Self Assessment Survey, which is SAS.

6      Q    Are we good for me to continue?

7      A    Is that for me?  Or the court reporter?

8          MS. JOHNSON:  I think everyone.

9      A    I'm good.

10     Q    The 2020 to 2021 school year, which is

11  shown at the end of this attachment, is 13 to 14

12  years after GaDOE initially created the first PBIS

13  team; is that correct?

14     A    Yes, that's correct.

15     Q    Why has it taken so long for GaDOE to be

16  able to support schools in their creation of Tier

17  III supports?

18          MS. JOHNSON:  Object to form.

19          You can answer.

20     A    Well, the State team at the beginning was

21  only four people.  So four individuals only, with

22  the entire State of Georgia, to create an entire

23  change in the way that people look at behavior

24  discipline.  A rather large task for four

25  individuals.  It would take us probably -- I could



1  speculate how many decades it will take to make that

2  change.

3           So a lot of it had to do with taking our

4  four individuals and going to scale and like how

5  many more employees do we need, and what are the

6  regional coaches and how can we train them?  Because

7  we're trying to build our capacity.  Imagine taking

8  .5, that eventually became full-time in all the

9  different regional sites and us having to train

10  individual school requests, us training a cadre of

11  coaching supports that could lead to future capacity

12  building.  It's a much taller order than you might

13  think.

14           It's not, it's not the same as the

15  academics, when people just assume, well, you don't

16  have these skills unless you immediately go remedy

17  those.  We're actually trying to change the

18  philosophy as to how you look at behavior.

19           We're trying to tell and teach an entire

20  State of Georgia behavior is not accidental and it's

21  not on purpose, or it's not certainly geared to you.

22  Behavior does serve a purpose.  It can be predicted

23  and it can be prevented.  And discipline

24  exclusionary practices aren't the first line of

25  response, but that's a belief system in many states



1  that's been in place for many, many years, decades

2  and decades.

3         So if you think about it, what you're

4  trying to do is change an entire way of thinking

5  about preventing problems from happening, because if

6  you look at the entire decade of '80s and '90s, we

7  wanted to suspend our way to peace and prosperity in

8  the classrooms, in schools, and that was not -- that

9  zero tolerance approach was not yielding any fruits

10 at all.

11        So we came at it and said let's re-think

12 the way that we look at student discipline, re-think

13 the way that we look at behavior, and it's a much

14 tolerate -- more than we ever thought it would take.

15    Q    Can you please control to Page 3, which is

16 the first page of the attachment.

17        Perfect.  Do you see where it says, "70%

18 of Schools Will Score a 4 or 5 on the School Climate

19 Rating by 2020"?

20    A    I do.

21    Q    What is the school climate rating?

22    A    The school climate rating system was

23 something developed by the Department of Education

24 to try to assess climate.  No other state had really

25 undertaken the task of how do we know a school has



1  good climate.  One doesn't matter and I think we

2  said yes, it does.  Since it does matter, how would

3  we know if a school has good climate.

4         So the policy division under Dr. Garry

5  McGiboney started looking at different factors and

6  said, well, let's consider acceptance data, which is

7  important.  So looked at the Georgia student head

8  safety survey and students responses on that, about

9  how they thought about their learning environment.

10        They weren't the only ones who

11 participated in those surveys.  Teachers could.  And

12 also parents.  And they're all speaking to what they

13 think about the climate, in a number of areas.

14        So looking at participation rates with

15 those surveys was certainly an indication.  Like if

16 no parent is really participating and weighing in on

17 what the climate is, it could be an indicator that

18 the school has a poor climate, otherwise why aren't

19 they putting their full measure of asking parents in

20 the community to speak about the school climate.

21        The other one would be looking at school

22 attendance.  Certainly know that students attending

23 school could be interrupted by illness and things

24 like that, but we also know through research that

25 attendance to school by teachers and staff -- excuse



1  me -- by teachers and students, if they are all

2  coming to school, they probably would want to come

3  to school because the climate is really positive.

4          Other factors we'd look at, in-school and

5  out-of-school suspension rates.  Does the school

6  have a history of and a pattern of exclusion

7  practices where they remove students quickly and

8  routinely for behaviors.  Certainly, especially if

9  they're denying it.  But what is the -- what is the

10  climate in the school, is it exclusionary or

11  inclusive.

12          So we kind of look at a lot of these

13  different factors and try to determine in our best

14  guess do we think this has a good school climate,

15  and they certainly created a star rating system,

16  with a one being the lowest and an indication of

17  really poor climate, five being the higher

18  indication that it has a really positive climate.

19          We knew and know that PBIS is a framework

20  to assist in improving that climate.  And if that's

21  the case, we certainly would love to see -- make a

22  goal that we have for the majority of schools in

23  Georgia, because of our work, that would have four

24  and five school climate rating.

25      Q    You mentioned a number of different



1  factors that can be looked at to determine how a
2  school's climate is and that are used for the school
3  climate rating.
4        Is it fair to say that access to
5  information like in-school suspensions and
6  out-of-school suspensions and attendance help
7  schools assess how their school climate is going?
8     A    It could be a factor.  Do they have a
9  history of exclusionary practices.
10    Q    If a school didn't have access to some of
11 this information, for example, if it didn't have
12 access to attendance records, would it be harder for
13 that school or program to assess their school
14 climate?
15        MS. JOHNSON:  Object to form.
16        You can answer.
17    A    It could.  I mean you certainly -- it's
18 hard to imagine in school -- every school has access
19 to that attendance data.
20    Q    So is attendance --
21    A    Analyzing --
22    Q    I'm sorry.  Go ahead.
23    A    Sorry.  Analyzing is another thing, of
24 course.
25    Q    And so if -- so attendance is one of many



1  important factors when assessing a school's school

2  climate?

3      A    It is.

4      Q    And was the goal of 70 percent of schools

5  achieving a four or five on the school climate

6  rating achieved by 2020?

7      A    I think you said why was the goal or did

8  we achieve the goal?

9      Q    The question was, was the goal achieved?

10     A    COVID happened by 2020, and we suspended

11 the school climate star rating the first year of

12 COVID, and it has been suspended since then.

13          But did we achieve it before the pandemic?

14 I did not bring that data with me, but certainly we

15 could -- a report can be run for that.

16     Q    I'd like to show you what's going to be

17 marked as Plaintiff's Exhibit 971 -- I'm sorry.  I

18 believe 972.

19          (WHEREUPON, Plaintiff's Exhibit-972 was

20      marked for identification.)

21 BY MS. CHEVRIER:

22     Q    This is Bates No. GA03425886, and it's an

23 email from you, Mr. Hill, to Garry McGiboney dated

24 February 21st, 2017.

25          MS. CHEVRIER:  I'll give my colleague a



 1       moment to bring it up.

 2            MS. LeVERT:  Could you confirm the Bates

 3       number one more time.

 4            MS. CHEVRIER:  It's GA03425886.

 5            Thank you.

 6  BY MS. CHEVRIER:

 7       Q    Again, Mr. Hill, this is an email from you

 8  to Garry McGiboney dated February 21st, 2017,

 9  correct?

10       A    Correct.

11       Q    And there are some people who are copied.

12  Is that correct?

13       A    Correct.

14       Q    Who is Deborah Gay?

15       A    Deborah Gay, she's retired now, but she

16  was the deputy superintendent for Federal Programs,

17  and prior to that she was the director of Special

18  Education.

19       Q    And with Deborah Gay, Zelphine Smith-Dixon

20  is also copied.  Who is Zelphine Smith-Dixon?

21       A    At that time, Zelphine Smith-Dixon I

22  believe was the assistant director for Special

23  Education, but Deborah -- Deborah Gay could have

24  been promoted to deputy at that time, and then Zel

25  would have been the director.  But memory escapes me



1  about when the promotion took place, so it's -- I'm

2  not really sure.

3       Q    Do you recognize this email?

4       A    Um, it's been a long time.

5       Q    Do you have any reason to believe this

6  isn't an authentic printout of an email between you

7  and Mr. -- and Dr. McGiboney?

8       A    No, I do not.

9       Q    Do you see under a. where "the difference"

10  is highlighted?

11       A    I do.

12       Q    Do you see where you wrote:  "We do not

13  have capacity to move beyond Tier I implementation

14  in 50% of LEAs.  Research is telling us if we do not

15  help school districts develop their tiers

16  (especially classroom) within 3 years their

17  discipline trends begin to slowly reverse, as

18  teachers have not been helped to change their

19  practices"?

20       A    That's correct.  Research is based on Kent

21  McIntosh from the University of Oregon.

22            MS. JOHNSON:  I'm sorry.  Does he have

23       control?  Can we scroll down?

24            MS. CHEVRIER:  Yes, he does.

25            MS. JOHNSON:  Were you done?



1          MS. CHEVRIER:  I'm sorry.

2          MS. JOHNSON:  Were you done?

3          MS. CHEVRIER:  Sorry, Melanie.  Would you

4      repeat yourself?

5          MS. JOHNSON:  Were you just reading from

6      the body of the email just now?

7          MS. CHEVRIER:  Yes, I was.  Under where it

8      says, "The difference," and the difference is

9      highlighted.

10         MS. JOHNSON:  Okay.  Thank you.

11  BY MS. CHEVRIER:

12      Q    So, Mr. Hill, whose research is it that

13  says that -- the research is telling you that if you

14  do not help districts and schools develop their

15  tiers within three years, their discipline trends

16  tend to begin to slowly reverse?

17      A    That would be Dr. Kent McIntosh.

18      Q    Thank you.

19      A    His -- his research expertise is

20  disproportionality, but also looking at

21  implementation across the states.  And we used to

22  say, when we were training in the beginning, it

23  takes three to five years to see change with

24  implementation of as many things in education, but

25  -- and we certainly were operating under like, hey,



1  it's going to take you three to five years to see

2  long-term change, and that was -- could be

3  frustrating to some districts to think it's going to

4  take that long to see all these changes take place.

5  So we would slow-walk how we introduce the concepts,

6  and not to push too hard so that we overwhelm

7  educator's ability to absorb new information and a

8  new way of thinking about discipline.

9          But then Kent McIntosh was saying, we've

10 got to figure out a way, because schools, because of

11 burn-outs, because of teacher turnover and principal

12 turnover, that -- and we certainly experienced that

13 in Georgia.  You train a school, it changed, and

14 then you see a large-scale turnover, especially in

15 urban centers with principals, and then would be

16 requesting to be retrained.

17         And certainly we were trying to reflect on

18 how in the world do we go to scale quicker and give

19 them what they're able to absorb, and I think that's

20 why technical assistance centers are researching

21 this.  But what is the rate of speed to affect

22 change quickly.

23         Brandi Simonsen from the University of

24 Connecticut, she was looking at, well, also don't

25 forget the implementation at the classroom level.



1  So putting all the tiers in place sooner than later

2  is important, but also teachers need to implement

3  these practices as well.

4          So now you can imagine how much is coming

5  in a school and their ability -- and this is only

6  one big initiative around behavior and climate.  Now

7  add all the other things that could be taking place

8  with academic difficulties.

9          It becomes a daunting task, how much

10  change can a school take and the amount of time that

11  we would love to see it take place in.  Sooner than

12  later, of course, is always the answer.

13      Q    Is there concern within GaDOE about the

14  gap in time between the initial rollout of PBIS in

15  Georgia and the rollout of Tier III training and

16  implementation?

17          MS. JOHNSON:  Object to form.

18          You can answer.

19      A    That's what that -- I'm not sure of that.

20      Q    So you're not --

21      A    Concern --

22      Q    Sorry.

23      A    That would be a chief of staff, Mr. Woods,

24  what their concerns are.  I certainly would speak in

25  my capacity to say that in my capacity, my concern



1    is how do we -- is how do we roll this out with

2    everything else that we're rolling out and the

3    school's ability to absorb change.  Especially after

4    COVID.  That's my concern.

5        Q    At the bottom of the first page of this

6    email, you wrote, quote:  "To repeat we provide

7    hardly any support to the classroom (despite the

8    need) or in Tiers 2 or 3 (despite the need)."

9        A    That's correct.

10       Q    Is there still a need to provide classroom

11   support?

12            MS. JOHNSON:  Object to form.

13            You can answer.

14       A    Absolutely.  In fact, that's our heavy

15   investment area especially after -- especially after

16   COVID.  It's not only just anecdotal, but schools,

17   districts, and their leadership certainly reaching

18   out to us saying please help us with teaching and

19   increasingly inexperienced teaching staff how to

20   implement space practices proactively in the

21   classroom.  So please help us install that.

22            We can certainly -- it's a lot easier to

23   build non-classroom agreement, how you have

24   transition, how students enter the building, how

25   they exit locations, how do you encourage them in



1  all those non-classroom settings to have that

2  universal agreement and a prevention mindset, but

3  then taking that behavior change to each individual

4  classroom teacher to change their practice could be

5  more positive and proactive in their approaches.

6  That's a much larger task.

7       So helping the staff take that on, how to

8  build a faculty, special leadership teams.  Capacity

9  to support those teachers in those specific areas

10 certainly takes a more strategic approach, and that

11 is the State developing them, coordinating training

12 curriculum, a coaching model, training RESA school

13 climate specialists to assist us in that way.

14      There's a lot of teachers in our state,

15 and it begins with at least taking it on.  So far we

16 got 250 schools that have kind of did a deep dive

17 into what proactive classrooms should be looking

18 like, how they could support those teachers.

19   Q   So does GaDOE currently provide classroom

20 support?

21   A   We do through this training, but we also

22 do this through our school climate specialists at

23 the RESAs.  They also deliver this training.

24      And there are a number of district

25 coordinators who we think we've built capacity, and



1  like in some of the metro areas, in particular like

2  Cobb County, Forsyth County, to name just a couple,

3  where they're proficient to train on their own

4  without us having to be there present and to coach

5  them at the training.  They can take it and run with

6  it, so to speak.

7      Q    How frequently are these trainings

8  provided to schools that are receiving classroom

9  support?

10     A    Well, they're scattered throughout the

11 year based on request.  So I can't say that it's --

12 like in the beginning days, when PBIS first got

13 started, we would only train in the summer, and that

14 would take up a school's limited number of days that

15 they could tackle preplanning.  So then after a

16 while we started training and providing them

17 throughout the years.

18          So I would say certainly the concentration

19 would be the month that there's no formalized

20 testing happening, like Milestones for Georgia.  So

21 you probably see a lot of those things in the fall,

22 after school.  And you may see some extended in the

23 summer, and some would be in the spring, but not to

24 interfere with testing.

25          And we've certainly being experimenting



1  with how do we do this virtually.  So we've

2  certainly had to adapt to hybrid models of training.

3          To the question of do we have a

4  predictable frequency that we offer, I would say the

5  answer is no.  Upon request, upon, schedule, upon

6  availability, we try to be as flexible as we can to

7  the schools and districts.

8      Q    If the school requests classroom support

9  for PBIS, how frequently could they receive that

10  support?

11      A    Well, it would be training the school team

12  on how to coach that change, not to the specific

13  teachers.  But they could receive that training --

14  they would only really want that once a year,

15  because they wouldn't have the capacity for a

16  leadership team away, with a limited number of

17  substitute teachers that we have these days.  We

18  have that more than a one-day or two-day kind of

19  training event.

20      Q    Is it accurate to say that the support

21  GaDOE provides to classrooms is done in terms of

22  training to individuals who then teach the practices

23  to teachers within individual schools?

24      A    I think it would be more accurate to say

25  that the training certainly would take place to



1  district coordinators, school climate specialists,

2  who in turn would -- full faculty -- not the entire

3  faculty, the leadership team.  And it's through that

4  leadership team they drive the change at the

5  classroom level.

6       Q    How many schools have participated in this

7  type of training model?

8            MS. JOHNSON:  Object to form.

9            You can answer.

10      A    By the end of '21-22, 250, but we also

11  know that several schools have participated in

12  training this year.  So that number is -- at the end

13  of this year that number will be higher.

14      Q    Other than increasing the number of

15  schools who receive such training, does GaDOE have

16  any concrete plans to expand providing such support?

17      A    We certainly do.  The demand signals are

18  very heavy in that area.

19      Q    What are those plans?

20      A    The biggest plan is take the current

21  training and figure out how to merge some of the

22  Tier I academic proactive features that should be in

23  place and how could we merge it into this training

24  so that it's more holistic.

25           Right now we've got, we've got the MTSS



1  team and some of the PBIS members, who are really

2  one team.  I only say them differently just for

3  context.  But they're actively looking at the

4  current training and how do we fit this in without

5  overburdening districts who say I don't have two

6  more days, I can't attend a two more day training.

7           So we're trying to figure out, you know, a

8  hybrid approach, and how do we deliver not only the

9  behavior pieces but also looking at some of the

10 academic pieces.

11    Q    Are the plans to expand this support

12 documented or memorialized anywhere?

13    A    I don't think we've put it on a strategic

14 plan update.  Right now it's -- it's mostly an

15 outline, goal setting that we have.

16           Even the strategic plan that you -- that

17 we've looked at today, it's going to require us to

18 actually crack that open and adjust that, adding

19 some academic pieces and what that might look like.

20    Q    You mentioned that the strategic plan we

21 were reviewing earlier was receiving revisions.

22 What are the revisions that it's in the process of

23 receiving?

24    A    That hasn't happened yet.  We haven't

25 opened it and started writing it yet.  Right now



1  what we're doing is forming the team.  For example,

2  I have three job vacancies.  So we're actually

3  putting the team together.

4          And you certainly heard me make mention of

5  the TFI.  One of the things that we're doing is

6  taking a document called the Tiered Fidelity

7  Inventory for academics, that the Department of

8  Education for Virginia has taken from the Michigan

9  project, and that the Michigan project, through

10  Steve Goodman, has developed a TFI for reading and a

11  TFI for mathematics.

12          Now, I've already said the word "TFI"

13  several times with behavior and this.  You can

14  imagine the school receiving so many TFIs that it

15  would be like I don't care what you're selling, I'm

16  not implementing because I can't take that many

17  fidelity tools.

18          What Virginia did was try to harmonize

19  them and just look at academics universally.

20          What we're doing is saying, is that a tool

21  that Georgia might be able to use to help achieve

22  our integration of MTSS with academics and MTSS for

23  behavior.

24          So that review is taking place right now

25  with our school improvement office, taking a look at



1   the academic TFI that the Virginia Department of

2   Education has developed, and asking if we can make

3   some modifications so we can have harmony.

4            So for the prevention-based team,

5   improvement, to kind of react to you're on a

6   federally identifiable list.  Well, it certainly

7   would behoove us to have harmony with that addition

8   in many ways.  So that's what we're doing right now.

9       Q    Is there still a need to provide support

10  outside of training for Tiers II and III?

11           MS. JOHNSON:  Object to form.

12           Object to form.  You can answer.

13      A    You say is there a need to provide

14  training outside of --

15      Q    Sorry.  Let me repeat.

16           Is there a need to provide support outside

17  of training to schools for Tier II and III?

18      A    Absolutely.  That support would be in the

19  form of individualized coaching, site visits,

20  talking to leadership teams, helping them to assess

21  themselves.

22           If a school team takes the TFIs and say I

23  think we have all these things in place, an outside

24  coach through the RESA school climate specialist,

25  and in conjunction with the district coordinator,



1  maybe even a coach from another school can come in
2  and provide that assistance.

3          On the rare occasion where we -- we don't
4  really have a focus capacity to do that.  We
5  certainly could coach that.  And if we were in
6  individual schools all the time, that would prevent
7  us from doing more strategic things.  Certainly that
8  does take place.

9      Q    So GaDOE does currently provide support
10  for Tiers II and III for individual schools?

11      A    Indirectly.  There are some schools that
12  we have trained, but it's not our chief focus.  Our
13  chief focus is to build capacity, to train district
14  coordinators, and RESA climate specialists.  But we
15  have training in schools.

16      Q    Outside of training, does GaDOE provide
17  any support for Tiers II and III currently for
18  individual schools?

19      A    Individual schools?  We sometimes model
20  walk-throughs, as we try to model for district
21  coordinators of the effort.  But largely that would
22  be at the Tier I, possibly classroom, maybe looking
23  at Tier II systems.

24          When it comes to Tier III, the support
25  might only be looking at the Tiered Fidelity



1  Inventory.

2      Q    Does GaDOE have any concrete plans to

3  begin providing support other than training

4  regarding Tier III?

5      A    I would say right now the immediate plan

6  is looking at Tier III through training curriculum

7  and some follow-up coaching, help the district look

8  at its system, but not at the school level.

9      Q    How does GaDOE set expectations for

10  schools regarding the implementation of PBIS?

11      A    Someone created a network of district

12  coordinators of PBIS and the RESA school climate

13  specialists.  So we -- this kind of network, they

14  meet frequently, quarterly certainly, and many times

15  monthly, not just email distributions but onsite

16  meetings, especially after COVID.  So they will meet

17  in Macon.  We'll meet with a RESA school climate

18  specialist.  We'll meet then the next day with a

19  school climate specialist and the district

20  coordinator of PBIS, which RESAs -- I mean GNETS

21  typically send a coach.  About 50 percent usually

22  participate in the face-to-face meetings.

23          But at those meetings we relay

24  expectations about timelines of activities that need

25  to take place, how we can support them, what they're



1  seeing on the ground, how we can improve their

2  training and coaching approaches.

3         We're certainly by the spring trying to

4  communicate if there had been any changes in how

5  schools would be recognized for fidelity.  We have

6  those conversations in person before the school year

7  ends.

8         But those things happen that way.  It's

9  regular and routine and it's been that way for a

10 number of years.

11    Q    How does GaDOE communicate expectations

12 for schools regarding the implementation of PBIS?

13    A    In the same way.  Through that network and

14 meetings.  I can repeat it again.

15        We meet quarterly, oftentimes in person,

16 and then we meet -- we certainly have those

17 meetings, like webinars monthly, and it's a lot of

18 checkups about different levels of implementation,

19 how to improve implementation.

20    Q    Is there an expectation that schools using

21 the PBIS framework will eventually offer all three

22 tiers based on student needs?

23    A    Certainly it's the expectation that they

24 would fully develop their systems of support.  I

25 think that's certainly the goal with PBIS, from its



1  outset.

2      Q     Does GaDOE share what fidelity measures

3  schools should use to assess the efficacy of their

4  PBIS framework?

5      A     We do.

6      Q     And what are those fidelity measures?

7      A     Well, largely -- we've mentioned the TFI.

8  The TFI is certainly maybe a cornerstone of looking

9  at what fidelity should be at the early years.

10          We use the benchmarks of quality that, for

11  instance, South Florida developed, but soon we start

12  to -- when I was program manager, I shifted us from

13  the benchmarks of quality that only assessed Tier I

14  fidelity and shifted to the TFI, because the TFI, at

15  least it started to ask there's one, two and three.

16  For the first time we had a tool, and I thought if

17  we're ever going to really achieve banning to the

18  tiers of support, we needed to have a tool that was

19  more comprehensive than what we were using.

20          So while we may not have had capacity to

21  train, let's go ahead and start using and

22  introducing a tool that would have capacity.  So

23  that's what we used.

24          And for the first couple of years, a

25  school should be looking at and making sure it has



1  fidelity at Tier I, but as the years progressed,

2  certainly looking and analyzing the Tier II and Tier

3  III systems, which schools are certainly able to do.

4          Not only -- when I say tier tool,

5  remember, it's a small group of educators, probably

6  six to eight, could be a little bit larger, and

7  that's a problem solving team that we try to install

8  at every school.

9          If a school team were to assess itself and

10  say we think our Tier I, II, and II systems are

11  fully in place and functional, we try to balance

12  that with a Self Assessment Survey.  Early I called

13  it the SAS, or S-A-S, and that is an inspection

14  survey, where we at least like to see 60 percent of

15  teachers also speak.  Well, do you think it's in

16  place?  This problem solving team, they think all

17  these pieces are in place, and it's a supportive

18  environment, that's proactive and preventative, but

19  what does the faculty say.

20          If the faculty in large measure disagrees

21  with what -- the school team, that's when a coach

22  would come in and try to harmonize that and say,

23  here, the school team, problem solving team, thinks

24  these things are in place, faculty disagrees, let's

25  look at where the faculty disagrees and let's make



1  those goals.  So let's now take that Self Assessment

2  Survey again, and now let's take this assessment a

3  little bit more honestly, potentially.

4        So some of those tools help us assess a

5  school's fidelity implementation, and we provide

6  support on how to use the Self Assessment Survey and

7  the Tiered Fidelity Inventory, and if they are

8  assessing all three and they participated in Tier I,

9  II, and classroom level training, certainly we think

10  a school is a little bit higher fidelity

11  implementation than another school.

12      Q    You personally answered this question

13  already when you said you made some changes to what

14  fidelity measures were used, but how -- who

15  determined what fidelity measures are used by

16  schools in Georgia?

17      A    Well, the state team would -- the state

18  team and the leadership of the state team, we

19  certainly look at how we assess fidelity.  Again,

20  simple fidelity is, you could say -- researcher

21  might say the tools, the coaching tools, and set it

22  up placing a score to it above 70.  You could say,

23  well, that's enough.  But Georgia looked at it and

24  said maybe we should look at some other features.

25        These are voluntary, but each state, I



1  would say, is a Petri dish for the PBIS

2  implementation across the country.  Every state can

3  add some things to it.  We certainly consult with

4  national TAs and say what do you think, what we want

5  to do is we want to add some pieces to it to make

6  sure we have fidelity.

7          Because certainly I could expect and walk

8  in a school and quickly my own self, I could say,

9  this school has it, this school does not have it.

10  This school is implementing all the features, this

11  school may be not the features, but that's quite

12  extensive.  So we use these other tools to help us

13  in that regard.  But it would be a state team to

14  determine that.

15          A lot of times the state team would not

16  just arbitrarily say we're changing all these

17  factors.  We would certainly create feedback loops

18  with our school climate specialists and a few sample

19  district coordinators and say the way we're

20  assessing it, we've got feedback from our national

21  TAs, we're also asking you all, hey, you're going to

22  be the ones helping us inspect this, what do you

23  think we have here, and then we certainly make a few

24  course corrections.

25          If we were to make any changes today, we



1  would certainly send any changes through our Policy

2  Division.  So they would now be creating a new

3  policy.  So the Policy Division would weigh in and

4  certainly they may ask some additional questions.

5  So it doesn't happen in a vacuum.

6      Q    Is that -- is that policy division within

7  the Office of Whole Child Supports or outside of it?

8      A    Outside of it.

9          THE COURT REPORTER:  I'm sorry.  Off the

10      record.

11          (Discussion ensued off the record.)

12          MS. CHEVRIER:  Let's go of the record for

13      moment.

14          MS. HERNANDEZ:  Off the record now at 5:55

15      p.m.

16          (Discussion ensued off the record.)

17          MS. JOHNSON:  We are ready.  I lost video

18      but we can start and I'll just let it go while

19      we're starting.

20          MS. CHEVRIER:  I'm ready as well.

21          THE VIDEOGRAPHER:  We are back on record,

22      6:03 p.m.

23          You may proceed.

24  BY MS. CHEVRIER:

25      Q    What is SWIS, Mr. Hill?



1        A    I stated at the very beginning, Schoolwide

2   Information System.

3        Q    Are schools that use the PBIS framework

4   required to use SWIS?

5        A    Traditionally, we have maintained that

6   schools implement -- or use SWIS the first year, the

7   implementation year, and primarily that is to gain

8   exposure to the data elements that it provides, so

9   that schools can make informed proactive decisions,

10  because most school information systems don't have

11  the type of proactive data that would lead to good

12  problem solving.

13            (Discussion ensued off the record.)

14       Q    If a school chooses to no longer use SWIS

15  after it's initial implementation year, how is data

16  tracked by that school?

17            MS. JOHNSON:  Object to form.

18            You can answer.

19       A    I think you asked if a school chooses not

20  to use it?

21       Q    Correct.  Then how do they track data?

22       A    They take -- now, just because they don't

23  have all the data pieces that SWIS has and the drill

24  down capabilities doesn't mean the school

25  information systems aren't close to that.  So



1  they -- many times they collect very similar data

2  pieces, have some functionality when it comes to

3  providing school leaders, two-dimensional graphs,

4  trend data, and things like that, but it's probably

5  not -- it's not as good as SWIS.  So they do the

6  best that they can.  They just work with what they

7  have.

8      Q    Does GaDOE monitor how schools are

9  tracking the data?

10     A    Well, through the PBIS disciplines, those

11 that voluntarily work with us, we certainly monitor

12 the data they submit.

13     Q    How many schools currently use SWIS?

14     A    Total at the end of '21, '22, 441 schools

15 in Georgia.  Although that may actually be around a

16 steady number.  So about 441 schools continue to use

17 SWIS, and I think, from what I've gathered, 10 GNETS

18 continue to actively use SWIS.

19     Q    How does GaDOE monitor the implementation

20 of PBIS in schools?

21     A    Well, we have an end of the year -- I know

22 earlier you mentioned EOY, but we have an end of the

23 year process that is basically our fidelity

24 collection process, of which the TFI scores that

25 we've talked about a few times would just be one of



1  those main elements.  But we have an online way that

2  we collect the data, so it's more automated, so

3  schools are no longer faxing us things, but they

4  submit it online.  And we set the criteria about

5  every two years without changing all the time.

6      Q    And does GaDOE require -- I think you've

7  already answered it, but I'll go into more detail.

8           Does GaDOE require any reporting from

9  schools related to PBIS?

10     A    As far as fidelity goes?

11     Q    And any other data that schools --

12     A    Correct.  They would submit voluntarily

13 some data elements.  Discipline data, fidelity

14 scores and participation rates, with TFI, the Self

15 Assessment Survey.

16          So they would submit those data pieces as

17 well.

18     Q    And did you say --

19     A    And all of --

20     Q    Sorry.  Go ahead.

21     A    They're all -- all schools in Georgia have

22 to submit the discipline data, any time it results

23 in an office referral that would result in an

24 in-school suspension or out-of-school suspension.

25 So they are already doing that.  We have the PBIS



1  schools kind of put something in this database
2  system voluntarily before the superintendent signs
3  off with the district so they can assess fidelity.
4      Q    How many schools do submit that data
5  that's voluntary to the PBIS team?
6      A    Well, so that the official list that I
7  mentioned, the 1,419 number at the end of '21-22,
8  those would be the -- there could be schools that
9  would say they're doing PBIS, and they may.  They
10  may be implementing.  But the official count would
11  be what is submitted to us as official participants.
12          So at the end of '21-22, it's 1,419.  But,
13  again, we think that number is going to be over
14  1,500 by the end of this year.
15      Q    In addition to exclusionary discipline,
16  what other factors or data are those schools asked
17  to voluntarily submit to PBIS?
18      A    Again, they're submitting -- the Tiered
19  Fidelity Inventory, the times when they took the --
20  when they took that assessment, which is twice a
21  year, in the fall and the spring typically; when
22  they took the Self Assessment Survey and balanced
23  those scores; potentially dates when they've taken
24  walk-throughs.  And at this point it's like three
25  pages of little things that they're submitting, that



1  certainly are available on the web page.  And we can

2  submit a hard copy to you as well.

3          But certainly participated in the training

4  that we have sponsored with our curriculum.  We may

5  not have been the state team to deliver it, but as

6  long as it's the training we helped facilitate.

7          There's also some -- I'm feeling I might

8  be speaking too fast.

9          Am I good?

10         THE COURT REPORTER:  Okay.

11     A    There's also --

12         THE WITNESS:  Thanks.  That will go to

13     reflect the court reporter.  I want to make

14     sure I'm being cautious of that.

15     A    There's also some outcome data looking at

16  the percentages of students that we would say are

17  Tier I with office referrals, and we'd love to

18  see -- when they submit those office referrals, we

19  plug them into a calculation with the number of

20  students that are enrolled so we can kind of look at

21  that triangle, that you may be familiar with, how

22  many students in fact are at Tier I, in fact how

23  many students might be in Tier II and Tier III.

24         But in particular, we want to see in

25  high-fidelity implementation 80 percent or higher of



1  students that receive no referrals or maybe at most

2  one.  One behavior accident, so to speak.  And those

3  are the kind of data pieces we're looking at.

4          If you want to be considered a

5  distinguished PBIS school, someone who has

6  participated in Tier I, Tier I classroom, Tier II,

7  and is also looking at all elements of the, of the

8  TFI, as long as they have no zero corporal

9  punishment incidents, which PBIS would certainly not

10  be in support, even though it's a legal practice.

11  To be a distinguished school, we would, we would

12  certainly look at that not being an idealized form

13  of punishment.  And certainly it's not on a

14  consistently dangerous list.

15     Q    How is the data transmitted to GaDOE

16  through schools?

17     A    With a Jotform that would be contained

18  inside the SLDS, student -- State Longitudinal Data

19  System.  The district coordinator would kind of go

20  through there and submit the data and help us

21  calculate some of those pieces.

22     Q    Do regional GNETS programs have the same

23  GaDOE PBIS reporting requirements as general

24  education schools?

25     A    They do, but certainly we -- we certainly



1 take considerations, but, you know, but, in general,

2 yes.

3      Q    And do regional GNETS programs submit

4 their EOY data through the same portal as general

5 education schools?

6      A    Because they are a program, they won't

7 have access to the SLDS.  So they will submit -- to

8 my knowledge, I think the way that we're doing that

9 is through the Jotform that the district coordinator

10 would send to their state contact.  We take our

11 state staff and slide them across the -- regionally

12 across the State.  So it's my understanding that the

13 GNETS in that particular region would send it to

14 their state contact.

15      Q    Are regional GNETS programs required to

16 provide any additional metrics that general

17 education schools do not need to provide?

18      A    It is not my understanding that we do that

19 today, but I know that when I was a program manager,

20 we certainly looked at trying to come up with

21 something that looked a little different maybe.  Not

22 a new process, but right now what we have in place

23 is for all the schools and programs.

24      Q    It sounds like you discussed having

25 different data requests in place.  Were those



1  different data requests ever implemented?

2       A    Well, again, when a school -- most of it

3  was just definitions.  If the school -- what a

4  school calls an office discipline referral GNETS may

5  not call an office discipline referral.  A lot of it

6  was just walking through the definitions and how

7  those definitions might apply just a little bit

8  different than a GNETS environment.

9       Q    How is PBIS data assessed by GaDOE?

10      A    Well, again, we have some criteria that is

11  available online, but kind of look at defining what

12  we would see is installing PBIS school, one that's

13  emerging, one that's operationalized, the

14  components.  And one that's moving in distinguished

15  areas.

16      Q    Are regional GNETS programs held to the

17  same standards when evaluated for the categorization

18  you just described, emerging, installing,

19  operational, and distinguished?

20      A    They are.

21      Q    And does GaDOE publicize which schools

22  have achieved what category level?

23      A    We do.  We put that on the web page, where

24  the PBIS page at GaDOE put that published list of

25  schools and programs.



1      Q     I'd like to show what is being marked as

2   Plaintiff's Exhibit 973.  This is Bates No.

3   GA03429605.

4            (WHEREUPON, Plaintiff's Exhibit-973 was

5        marked for identification.)

6   BY MS. CHEVRIER:

7      Q     It is an email from December 5th, 2017.

8            Can you confirm, Mr. Hill, this is an

9   email from Sandra DeMuth to Vickie Cleveland and

10  Nakeba Rahming, and that you and others were copied

11  on the response from Nakeba Rahming?

12     A     I can confirm that.

13     Q     Do you recognize this email?

14     A     A long time ago but --

15     Q     You have control over it if you want to

16  scroll through.

17           And just to confirm, you do recognize this

18  email?

19     A     I don't remember the email, but I'm sure

20  that it occurred.  I'm seeing that I'm cc'ed on it.

21     Q     Who is Vickie Cleveland?

22     A     Vickie Cleveland is in the Special

23  Education Division under the office of Federal

24  Programs, and I believe that she is now the liaison

25  person for GNETS.  I could be correct.  I think



1  that's what I understand.

2      Q    And who is Nakeba Rahming?

3      A    She's no longer with the agency, but at

4  the time she was the deputy superintendent.  But

5  before she was deputy superintendent, she was the

6  agency's point person for GNETS.

7      Q    Do you see where Sandra wrote:  "For the

8  schools they have to be at a minimum percent to meet

9  the emerging, operational or distinguished

10 standards.  For GNETS, they can certainly submit the

11 percent at Tier I but not at the same criteria for

12 schools, which would not be equitable.  However,

13 maybe we could ask them to submit the percent of

14 students who transition to LRE, whether that's

15 partial or full day"?

16     A    Was that -- I don't know if that's a

17 question.  I did see the sentence, though.

18     Q    You do see where that -- where Sandra

19 wrote that?

20     A    I do.

21     Q    When Sandra wrote percent at Tier I, is

22 that the percentage of students in a school who

23 received Tier I services?

24         MS. JOHNSON:  Object to form.

25         You can answer.



1      A    Looking at the students that -- who are

2   able to stay in what would be a classroom

3   environment at Tier I.  Again, for a lot of us,

4   we're asking -- this is a nice conversation, how we

5   were talking about how do we assess fidelity in this

6   unique environment.

7           So is an office discipline referral, an

8   ODR, is that the same at a school versus GNETS?  And

9   what's a fair way to assess fidelity?  And I think

10  it's part of a conversation.  How do we know that

11  these environments -- a little bit different, even

12  more so than an alternative school.

13     Q    Is it fair to say that Sandra was

14  proposing that the regional GNETS program's PBIS

15  evaluation look at whether students were

16  transitioning out of GNETS and into a less

17  restrictive environment?

18          MS. JOHNSON:  Object to form.

19          You can answer.

20     A    Correct.

21     Q    Was that evaluation measure ever

22  implemented?

23     A    I don't recall.

24     Q    And is it currently?

25     A    I --



1      Q    I'm sorry.  Go ahead.

2      A    I felt like that -- it was the year before

3  I transitioned, but I felt like we were putting in a

4  recommendation that I thought we put in place.  I

5  just don't recall.

6      Q    And is that evaluation measure currently

7  in place?

8      A    It is not.  That was changed.

9          But, again, all the end of the year

10  criteria for fidelity, it typically gets tweaked --

11  it used to get tweaked every year, and I

12  implemented, which has remained, whatever decisions

13  are made on how you're going to calculate this, do

14  it in two-year increments to not cause too much

15  change, so there's at least some amount of

16  predictability, because you can tweak these things

17  to death, and that's certainly -- we wanted to avoid

18  that, constantly changing what's expected.

19      Q    Does GaDOE use the data you receive from

20  schools to determine areas of need for future

21  training?

22      A    We do.  We work in conjunction with the

23  school climate specialist and district coordinator,

24  which we kind of call like a trio relationship.

25  Hey, what do you think your needs are and what kind



1  of menu support can you provide for it.

2         Not only in an in-person environment but

3  now looking at hybrid training environments as well.

4     Q    Does GaDOE use the data received from

5  schools for any other purposes?

6         MS. JOHNSON:  Object to form.

7         You can answer.

8     A    Outside of me, I'm not sure.  School

9  improvement may look at the data to assess if they

10  need -- if they are identifiable lists.  I know the

11  data that I have, what we have and how we used our

12  parts in our office.

13     Q    Outside the Tier I, Tier II and Tier III

14  trainings that we discussed earlier, does GaDOE

15  provide training to school districts about PBIS?

16     A    Well, certainly we have what we'd call

17  booster trainings.  That is a school could have

18  participated in a two- to three-day live training

19  event.  And over the years, where there's been some

20  kind of faculty attrition, we may go in there and --

21  certainly if there's a new principal.  We wouldn't

22  force a school in only three to four years to

23  take -- you know, to participate in a full measure

24  of the training.  We would go through and use the

25  TFI and say, well, how about we develop booster



1  training and let's kind of reinstall or revisit some

2  of the pieces that didn't take, that didn't take

3  hold.

4          So I would say booster training would be

5  one example.

6          We could also use a problem solving kind

7  of a protocol that would be outside the standard

8  training.  So what are other areas that could be

9  causing your school not to be successful, and maybe

10 it's just focusing what the deep dive on, on

11 attendance may be, or maybe even -- maybe looking at

12 a particular incident so we can fine-tune some

13 pieces that are all attached to this, if that makes

14 some sense.

15     Q    Who provides these trainings?

16     A    The State would provide some.  The school

17 climate specialist could provide some as well,

18 sometimes in conjunction.  And then the appointed

19 district coordinator of these efforts could do the

20 same.

21     Q    And who provides the trainings for

22 individual schools?

23     A    Well, it could be a combination of all of

24 us.  It just depends.  We would rather they train

25 the RESA -- the regional RESA school climate



1 specialist and coordinators to build capacity, but
2 if there's turnover in those other pieces, the State
3 sometimes comes in and models the training and
4 actually conducts the training themselves.
5     Q    And what is the name of the GaDOE office
6 that is currently responsible for PBIS?
7     A    Office of Whole Child Supports.
8     Q    And I believe you stated earlier that this
9 office has not always been responsible for PBIS.  Is
10 that correct?
11     A    This office is relatively new.  Prior to
12 PBIS being the Office of Whole Child, it was in the
13 Office of Teaching and Learning, and it was placed
14 under me when I was the director of Curriculum
15 Instruction.
16          Prior to that, it was in the Office of
17 School Safety and Climate, and prior to that it was
18 in the Office of Special Education.  Which is not
19 too uncommon across the country for PBIS to be
20 housed in a variety of places.
21     Q    When did these changes occur?
22     A    From Special Education to a new Office of
23 School Climate and Safety, I think that was around
24 2019.  And -- but I don't know the exact month and
25 date because I moved over to Teaching and Learning



1  and Curriculum Instruction.

2           The move to Teaching and Learning as the

3  Office of School Safety and Climate was

4  disassembled, it seemed like it happened right at

5  COVID, or right before or right during.  I'd have to

6  look at -- I'm not sure of the exact month that we

7  transitioned.

8           The move to the Office of Whole Child

9  happened with my move, around October 15th of 2022.

10      Q    What prompted these changes?

11      A    I think mainly the fact that I had been a

12  part of PBIS from its inception.  So me having the

13  most experience leading the work and having worked

14  with a lot of the national -- national folks, it

15  probably makes a lot of sense for PBIS to travel

16  with me.

17           But also have the other task of taking the

18  MTSS academic framework, which has a similar

19  mentality and prevention base things, and what the

20  hearing out in the field is that we have two

21  frameworks doing similar work, talking similar

22  languages, coming out of two offices.  Schools are

23  setting up two to three different teams, looking at

24  some of the training data stats.  Let's go about the

25  business of merging them.  And I think the decision



1  was, well, we think Justin can merge those two.  And

2  certainly we're trying it.

3       I think those are the reasons that it was

4  prompted.

5       Q    Within the office of Whole Child Supports,

6  what is the internal team that focuses on PBIS?

7       A    Well, when it first came over, it was just

8  the PBIS team.  If I could just kind of restate, my

9  job is to take the PBIS team and all the functions

10 of PBIS that will not go away, and merge the other

11 -- again, PBIS is an MTSS framework.  PBIS is a

12 multitiered system.  It's just exclusively focused

13 on behavior to improve climate.

14      MTSS in the State of Georgia and other

15 states typically has had use of academic focus, but

16 they approach problems prevention-wise and

17 response-wise the same way.  MTSS should be together

18 looking at academics and behaviors simultaneously.

19      PBIS is not going away and the core

20 preceps of PBIS is not going away.  My task is to do

21 what Michigan has done, what Wisconsin is trying to

22 do, what Washington has done and Florida has done

23 and actually create a true MTSS system where

24 behavior is balanced with prevention systems for

25 academics.



1           So it's not going away, but when I say --

2    when we call -- the new team is essentially called

3    the Georgia Tiered System of Support.  And what

4    areas do we support?  Academics and behavior.

5        Q    How many people in the Office of Whole

6    Child supports work in some capacity on PBIS?

7        A    I've got three openings that we're hiring

8    for.  So add that to nine full-time, three

9    part-timers.

10       Q    And what are the roles of the nine

11   full-timers?

12       A    Well, one's a senior program manager.  So

13   that person is helping to organize and manage the

14   work.

15          Then I have one other manager for digital

16   resources, who is helping to build more classroom

17   digital resources for teachers, something we learned

18   during COVID that was an expressed need.

19          But the rest of the staff, I would

20   consider them the regionally assigned in the State,

21   to support capacity building at the RESA home

22   districts.

23       Q    And what are the credentials for these

24   different employees in the different roles?

25       A    Most, if not all, have Master's degrees.



1  Many of them had experience either implementing PBIS
2  at the building level, supervising PBIS at the
3  district level.  We have a few former GNETS
4  directors, and then ones from the Michigan MTSS
5  project.
6          So everybody has some stake or experience
7  level with implementation, from the State, region,
8  or school level.  They bring all those skills
9  together to help us build a team.
10     Q    What are the salaries for these employees
11  in their different roles?
12     A    I can't give you a specific breakdown of
13  everyone's salary, but I would say the specialist
14  level, an average would be mid to upper eighties.
15  Whereas managers would typically be from lower
16  nineties to the lower-upper nineties.
17          Part-timers --
18     Q    Are these provided by GaDOE --
19          THE COURT REPORTER:  I'm sorry, Claire.
20          (Discussion ensued off the record.)
21  BY MS. CHEVRIER:
22     Q    The transcript ends, Mr. Hill, with you
23  saying that managers would typically be in the lower
24  nineties to upper nineties for salaries.
25          Could you continue with what you provided



1  previously as far as the different roles and what

2  salaries they earn?

3      A    Sure.  The part-time staff, mid to low

4  forties.  And the specialist would be at the mid to

5  high eighties.  And the managers would be in the low

6  nineties to upper nineties.

7      Q    Thank you.  And my next question was, what

8  funding is provided by GaDOE that is used to support

9  PBIS?

10     A    We have -- most of our part-timers are

11 being funded through a school climate transformation

12 grant, which expires 30 September this year.  The

13 lion's share of the funding streams comes from IDEA

14 discretionary dollars, but we also have from the

15 Georgia General Assembly and the Governor's budget

16 funding for two full-time staff with state dollars.

17 So we have two state dollars, we have one grant, and

18 the rest IDEA.

19     Q    Let's go each line item for the GaDOE

20 school climate team or what you have stated is the

21 Georgia tiered system of support team as it relates

22 to PBIS.

23          What is the total amount of money for

24 staff in this team?

25     A    I could use the calculator and just --



 1   real quick.

 2        Q    Well, if you want, we can go staff member

 3   by staff member, so that we don't have to do math on

 4   the fly.

 5        A    We can do that.

 6             The first staff member is Jeannie Morris.

 7   She's the senior program manager.  Her base salary

 8   is $98,000.

 9             THE VIDEOGRAPHER:  I was checking to see

10        if it was possible to take the document down if

11        we're not using it at this time.

12             MS. CHEVRIER:  Yes.  Thank you.  We can

13        remove the document.

14        Q    Go ahead, Mr. Hill.

15        A    Did you hear the first -- did you hear the

16   first staff member, by chance?  Jeannie Morris?

17        Q    Yes.  It's in the reporting.

18             Go ahead.

19        A    Dr. Susan Barrow, education program

20   specialist for PBIS, $89,621.

21             Anthony Feldmann, education program

22   specialist, $90,729.

23             Benjamin Moore, education program

24   specialist, $87,619.

25             Amber Phillips, education program



 1  specialist, $80,000 even.

 2          Shannon Weist, W-E-I-S-T, $87,962.

 3          Brandy Woolridge, Brandy with a yes,

 4  $86,600.

 5          Amy Yacobacci, last name is

 6  Y-A-C-O-B-A-C-C-I, salary at 80,000.

 7          Amie Cumming, Amy with I-E, program

 8  manager for School Climate Transformation Grant and

 9  our digital resource team.  She's at 90,000 even.

10          Mimi Gudenrath -- or Miriam, pardon me,

11  Gudenrath.  Miriam, M-I-R-I-A-M, Gudenrath,

12  G-U-D-E-N-R-A-T-H, part-time staff member of 43,503.

13          Sandra DeMuth, D-E-M-U-T-H, last name.

14  Her salary is at 42,280.

15          Then our newest hire, Steven Rufe,

16  R-U-F-E, 40,000 even.

17          And we have three vacancies of which we're

18  hiring for.

19      Q    I'm sorry, I didn't want to interrupt you.

20      A    Sorry.  Yes, that's it.

21      Q    And what other items are on the line item

22  budget for the GaDOE Georgia tier system of support

23  team?  Is there money for training specifically

24  earmarked?

25      A    Yeah.  We have typically around a $2



1   million IDEA, kind of overarching dollars, which we

2   carve out the salaries.

3          Since we've had the School Climate

4   Transformation Grant for five years, we certainly

5   leaned on the climate grant to help conduct

6   trainings, travel expenses to said trainings.  Even

7   funding the equipment to be used in those trainings

8   as well.

9      Q    And so I know you said you typically have

10  $2 million in IDEA funds.  What is the total amount

11  of money that is used for training, for PBIS

12  training?

13     A    Well, I have to look at the percentage

14  that we peeled off for training.  Again, we probably

15  use more IDEA dollars that we didn't have in the

16  School Climate Transformation Grant, so we haven't

17  had to lean on some of those dollars.  I don't have

18  the exact figures of how much we spent on training,

19  salaries -- excuse me, trainings, which would be

20  expressed as travel expenses typically.  Because we

21  don't charge people to participate in training.

22  What we do is we provide free training; we just pay

23  for our travel expenses.

24          We might rent a conference center for

25  training potentially.



1            I don't have those figures with me.

2       Q    Is it the travel expenses and

3  transportation that you say you don't have those

4  figures with you?

5       A    I do not.

6       Q    What other items are funded under the

7  PBIS, for PBIS and GaDOE?

8       A    Other than salaries, travel expenses for

9  training, and possibly equipment, laptops, and the

10  things that would be associated with that.

11            We could fund a serious of books

12  internally for a book study, but that shouldn't be

13  where -- that's it in the nutshell.

14       Q    And you don't have the numbers for those

15  expenses?

16       A    No, but they are easily retrieved.

17       Q    Are there any other school climate

18  programs that are in use in Georgia schools separate

19  from PBIS?

20       A    I could be picky, but PBIS is not

21  necessarily a program.  It's the framework.  But I

22  know what you mean by that.

23            I'm not aware.  It could be -- CASEL's

24  framework could be in place, but I don't know.  We

25  don't support that framework and I'm even sure how



1  many schools use it.

2      Q    Is that CASEL, spelled like --

3      A    C A --

4      Q    C-A-S --

5      A    C-A-S-E-L, the Consortium for the

6  Association for Social/Emotional Learning.

7          I don't -- again, they're a consortium.  I

8  don't know -- we don't mandate it.  We don't track

9  it.

10     Q    To your knowledge, are there any other

11 frameworks or programs that are used to support

12 school climate other than PBIS and C-A-S-E-L?

13     A    Not in I'm aware of.

14     Q    You said that GaDOE does not support

15 C-A-S-E-L.  Does GaDOE support any other school

16 climate efforts outside of PBIS?

17     A    I mean school climate in a broad sense

18 would certainly support the use of student health

19 safety survey we've had in existence for a number of

20 years.  But the district would have the data to look

21 at different elements of school climate and Star

22 Climate Rating.  But as far as officially having a

23 vehicle to improve climate, that's comprehensive

24 now.

25     Q    So is it fair to say GaDOE has not



1  endorsed the use of any alternative school climate

2  programs?

3       A    I'm unaware of a school climate program.

4       Q    Has the --

5       A    PBIS is a -- I'm sorry.

6       Q    Sorry.  Go ahead.

7       A    No.

8       Q    Has the efficacy of school climate tracked

9  for schools who do not implement the PBIS framework?

10      A    Well, we certainly use the -- we certainly

11 look at the school climate rating to assess if the

12 school has what their climate is based on on that

13 rating scale.  So we look at PBIS schools versus

14 non-PBIS schools.  Certainly looked at that in the

15 past.

16      Q    When was the --

17           MS. GARDNER:  Go ahead.

18           MS. JOHNSON:  Can we go off the record

19      real quick so I can switch audios?  My phone

20      battery is not going to last much longer.

21           THE VIDEOGRAPHER:  We'll go off the record

22      now at 6:42 p.m.

23           (A recess was taken.)

24           THE VIDEOGRAPHER:  We are back on the

25      record, 6:43 p.m.



1            Proceed.

2    BY MS. CHEVRIER:

3        Q    Mr. Hill, when was the Office of Whole

4    Child Supports created?

5        A    I don't remember the exact month and date,

6    month and year.  It started with just one

7    individual, Ashley Harris, and I think it took place

8    before COVID.  So I do not know.

9        Q    Can you ballpark it?  Was it five years?

10   10 years?

11       A    Oh, yeah, yeah.  It was within -- yes.  I

12   can do that.

13           It was in the last -- at least 2020 maybe.

14   Maybe 2020.

15       Q    Thank you.  Why was it created?

16       A    I believe that the Office of Whole Child

17   Supports was initially really created, and it's

18   still part of kind of the mantra, and that is

19   develop an office whose mission was exclusively

20   designed to look at nonacademic barriers to students

21   achieving success.

22           So, for example, are students not

23   achieving success because there's a lack of access

24   to a doctor that might be 30 miles away?  So could

25   it be that we could help a school put a school-based



1 health center onsite with the school so that kids

2 could just go to the doctor right there instead of

3 having to wait weeks and travel 30 miles to see a

4 doctor.  So that could be a barrier to a student

5 achieving success.

6          So that would be a function that was

7 developed within this office that's reality.  That's

8 just -- that's just one example.

9     Q    I'd like to show you what's being marked

10 as Plaintiff's Exhibit 974, and this is a screen

11 capture of the Office of Whole Child Supports, GaDOE

12 website.

13          (WHEREUPON, Plaintiff's Exhibit-974 was

14      marked for identification.)

15          MS. CHEVRIER:  My colleague is going to

16      pull that up.

17 BY MS. CHEVRIER:

18     Q    Do you recognize this website?

19     A    I do.

20     Q    Do you see where it says "the divisions

21 located within" -- sorry.  You do have access to

22 scroll within this document.

23          Do you see where it says:  "The divisions

24 located within the Office of Whole Child Supports

25 include"?



1      A    I mean on this first paragraph right here?

2      Q    Yeah.

3      A    Yes.

4      Q    Do you see where it says that the first

5  division listed is Georgia Center for School Safety?

6      A    I do.

7      Q    What is its focus?

8      A    This is a, a office that's really

9  brand-new.  We only have one person in it, and we're

10  hiring for a manager currently.

11          Typically, what this -- this office team

12  will focus on is for the most part be a liaison with

13  what we call GEMA, which is like FEMA, but just at

14  the State level.  So Georgia Emergency Management

15  Homeland Security Agency.  And we just try to have a

16  coordinated relationship so that assessing school

17  safety plans is not something that the Georgia

18  Department of Education does, that's something that

19  GEMA does, and that falls with that their authority.

20          However, GEMA -- and I just had a meeting

21  with GEMA not too long ago.  What GEMA likes to have

22  is like what is the department's position on certain

23  things and how we communicate together on a number

24  of fronts.

25          But, by and large, also taking grants that



1  would come down from the Federal Government, maybe

2  even from The Governor's Office, that could help

3  schools shore up their security features.

4           So this liaison office would really help

5  take things like that on.

6      Q    And the next division listed is Mental

7  Health and Wellbeing, correct?  I'm sorry.

8           Integrated Wellness.  Is that correct?

9      A    Correct.

10     Q    What is its focus?

11     A    Well, if you look at my previous example

12  that I've talked about, School-Based Health Centers,

13  that certainly -- the third bullet there, but if you

14  look at School Nurse Exchange.  Again, its main

15  focus is are there wellness factors in the health

16  domain that are causing schools and students not to

17  be successful, and this focus is to try to help

18  identify those proactively so that they would

19  achieve success.

20           So, for example, the school nurse

21  representative, we never had a school nurse

22  representative.  That person is working to make sure

23  that our Student Information Systems, that they no

24  longer have pen and pencil of recordkeeping for

25  school nursing logs, to make sure it's more



1  automated so we get a good sense of students that

2  are requesting support, and also that the school

3  nurses that exist out in the field have a voice to

4  help enhance their integration efforts, their

5  professional learning, and things like that.

6       Q    The next division stated is Mental Health

7  and Wellbeing correct?

8       A    Correct.

9       Q    What is its focus?

10      A    Well, the mental health and wellbeing

11  aspect, so we have several grants.  One of them is

12  Project AWARE, which is a SAMHSA grant.  The others

13  would be kind of looking at mental health, awareness

14  training.  Its big focus is to help build capacity,

15  build awareness of mental health concerns and

16  challenges across the State, with school

17  professionals, district -- district folks.

18           If the training -- many times this could

19  involve a partnership, since we mentioned acronyms,

20  DBHDD.  It could be looking at partnerships with how

21  we deliver something, for example, called Sources of

22  Strength, which is kind of a peer-led resiliency

23  focus on -- it's an upstream prevention on how to

24  identify the risk factors among youth and how to be

25  resilient in the face of problems.



1          It's just looking at a lot of different

2    factors that would interfere with students being

3    successful.  In some cases it's access to healthcare

4    and health pieces.  The other could be some mental

5    health concerns and how could we recognize those

6    pieces, as well as some of the other ones listed

7    there.

8          Q    The next division listed is Multi-Tiered

9    Supports.  Is that correct?

10         A    Correct.

11         Q    And what is its focus?

12         A    That is the focus on most of our

13   conversation today.  That is the MTSS academic team

14   and the PBIS behavior team, and those are the

15   activities that exist and that's what we're trying

16   to merge as we speak.

17         Q    The next division is listed is School

18   Climate, correct?

19         A    Correct.

20         Q    What is its focus?

21         A    Well, school climate is that destination;

22   we want schools to have a school climate.  So we

23   define it, and when we mention school climate, you

24   know, what are the components of school climate, how

25   do we assess and look at it.  Really, the



1  Multi-Tiered Supports bullet above that would

2  certainly be the framework in which to address most

3  of it.

4      Q    We've gotten to my next question.  Are the

5  Multi-Tiered Supports division and the School

6  Climate division separate, or how do they overlap?

7      A    Think of it, think of it as three braids:

8  Is we're looking at school climate, behavior, and

9  academics.  The three braids all united and twisted

10  together.

11         The web page is not great because we're

12  meeting on Wednesday to redo our webpage so it's a

13  little clearer.  I inherited a webpage, and

14  Wednesday it's an all-day whiteboard session to make

15  it clearer.

16      Q    What in addition to PBIS does the School

17  Climate Team focus on?

18      A    The School Climate Team would -- could

19  focus on integrating the other pieces that were

20  mentioned above.  It's multi-tiered kind of team is

21  really the conduit for all the other pieces of Whole

22  Child.

23         So if every school team has a prevention

24  base team at the school, there's more factors to

25  look at other than office discipline referrals.  So



1  we certainly want to see that school-based team

2  being a great liaison to say what are the other

3  factors that are causing students to not be

4  successful, and could, through this tiered support

5  structure, could we look at social workers, could we

6  look at student-based health centers, could we look

7  at mental health awareness, how do we grow and

8  expand the things that we're looking at.  It's not

9  overwhelming but it becomes organic.

10      Q    What is the reporting structure for the

11 School Climate Team?

12      A    The School Climate Team is really now the

13 Tiered Supports Team, but it's -- for our

14 conversation today, you could just say they report

15 to Jeannie Morris, and Jeannie Morris reports to me.

16      Q    Is it accurate to say that Jeannie Morris'

17 current title was previously the PBIS program

18 manager?

19      A    That's correct.  Well, I would say -- hold

20 on.

21           I would say she's a school climate

22 official in the books, school climate manager, but

23 for the sake of this, if it's easier to understand,

24 she's the PBIS manager.  That's fine, too.  But she

25 was the school climate program manager, of which



 1  PBIS was the largest focus area.

 2      Q    And with the name change, was this

 3  position restructured at all?

 4      A    No.  I was just trying to speak to the

 5  reality.  Again, school climate is the destination,

 6  and PBIS is the vehicle to get to the destination.

 7  But it didn't change the nature of the work.

 8      Q    Who made the decision to remove PBIS from

 9  the position title?

10      A    Officially removed it?  I don't know.  I

11  think we all kind of talked about what it could be

12  referred to.  It was the PBIS program manager

13  position when it was under the School Safety And

14  climate.  When it was moved under the Office of

15  Teaching and Learning with Dr. Caitlin Dooley as the

16  deputy superintendent, I know that she and I talked

17  about it.  She may have had her own conversations

18  with the chief of staff, but we certainly looked at

19  what's a more accurate way and a broad-based way to

20  call the manager, because people get hung up on an

21  acronym, well, what's PBIS manager?  Well, they seem

22  to have less issues if you say the school climate

23  manager.  They seem to kind of intrinsically have an

24  understanding of what it means.

25      Q    Is it fair to say that there was a shift



1  away from specifically mentioning PBIS in division

2  or title names?

3      A    There was a -- I think a lot of it had to

4  do with the fact that when I say PBIS to the average

5  citizen, the answer is, now, what's that again?  But

6  if I say this is school climate manager, oh, I think

7  I understand what that means.

8      Q    If you continue to scroll down on the

9  document, please, is it correct that the next

10 division listed is School Safety?

11     A    I see that.

12     Q    And what is its focus?

13     A    Well, the School Safety should really be

14 back up top where it also says School Safety.  So

15 it's the same focus.

16     Q    So the School Safety listed here is the

17 same focus as the Georgia Center for Safety -- for

18 School Safety that's listed above?

19     A    Yeah.  Again, it's looking at all the

20 things that would cause the school to be unsafe, and

21 that's part of Wednesday's activities, is to take

22 the website and make it easier to access and to

23 understand and that it logically flows a little

24 better.

25     Q    Do you see below where it says "Additional



1  Whole Child Support Activities"?

2       A    I do.

3       Q    Do you see where it says "Whole Child

4  Model School Certification (coming soon)"?

5       A    I do.

6       Q    What is the Whole Child Model School

7  Certification?

8       A    The Whole Child Model School Certification

9  is looking at a way to look at the tenets of Whole

10 Child education, to make sure that -- it's kind of

11 where the research field is -- is, is looking at not

12 just -- not just behavior and not just academics,

13 but looking at the whole child, which would include

14 even the mental health pieces, even the health areas

15 that we talked about, and then could we create a

16 certification that is happening nationally that

17 could say, this school has put all the pieces

18 together, they have the health focus, students that

19 are just not in math, English language, Arts

20 Science, Social Studies, but also an arts education,

21 that they provide a whole focus on the child, and at

22 the same location.

23           So it's much more comprehensive way to

24 look at it, but certification is not that easy.  So

25 we have three districts participating in the



1  process, Clarke County schools, which we have a

2  couple of schools there, one or two in Cobb County,

3  and then a couple in Forsyth County, Georgia, that

4  are participating with some of that.

5      Q    And when will the Whole Child Model School

6  Certification go into effect?

7      A    I just think we need to update the web

8  page, but it's offered through an outside group that

9  helps assess fidelity.  Again, it's one of the --

10  Wednesday's activities are determining the high

11  propensity to be linked.  So --

12     Q    Have any -- sorry.

13     A    Hopefully we'll have that in the next

14  couple of months.

15     Q    Have any schools been awarded the Whole

16  Child Model School Certification yet?

17     A    I think so.  But I'd have to -- I'd have

18  to verify that they received an official

19  certification.

20     Q    Have there been any schools that have been

21  deemed worthy of the certification but may not have

22  received it formally yet?

23     A    I've heard there are a couple that I

24  should visit, but it's a small list, not a large

25  list.  Like I could fit them on my hand.



1      Q     Thank you.  Do you see where it says

2   "Wraparound Support Services (Coming soon)"?

3      A     I do.

4      Q     What Wraparound Support Services is this

5   referring?

6      A     Through the funding stream that has been

7   provided to the Office of School and District

8   Effectiveness, which many states would call their

9   School Improvement Division.

10          They just set aside funding for .5 FTE at

11   the RESAs.  So each of the 16 RESAs have .5 FTE.

12          That part-time employee, who at some times

13   is the school climate specialist on the other half

14   of their day, their job is to participate in helping

15   federally identifiable schools on the needs

16   improvement list, look at the nonacademic factors

17   that could be contributing to a school not getting

18   on those lists, not succeeding.

19          So we have a staff member whose job is to

20   provide monthly trainings to these half-time

21   employees, on how they could better work with the

22   school improvement process to help schools succeed,

23   because prior to that most of these school

24   improvement processes, in most states, have almost

25   an exclusively academics focus, whereas they're



1  looking at, well, maybe the academics focus should

2  be broadened, and they help provide that broadening.

3      Q    When will the Wraparound Support Services

4  go into effect?

5      A    It is in effect.  Why it says coming soon

6  is something I'll remedy sooner than later.

7      Q    Does the Office of Whole Child Supports

8  ever coordinate with the Georgia Department of

9  Behavioral Health and Developmental Disabilities?

10          MS. JOHNSON:  Object to form.

11          You can answer.

12     A    We do.

13     Q    In what ways?

14     A    To give you a very tangible example,

15  previously I mentioned something called Sources of

16  Strength, an upstream prevention program.  And the

17  DBHDD provides the training but the DOE also has

18  some trainings.  So one of the things that we do is

19  once the school district wants the training, they're

20  likely to reach out to us versus DBHDD, but we have

21  limited capacity.  But they have some capacity, but

22  together I think we have more capacity than

23  separate.

24          So what we've done is started to work

25  together to coordinate who needs training, and how



1   do we divvy up that help so that we can give all the

2   schools the proactive help that they can use.

3        Q    How frequently would you say that the

4   Office of Whole Child Supports coordinates with

5   DBHDD?

6        A    I would say since -- I don't know I'd see

7   that's always been quarterly, but here recently it

8   is at least quarterly, especially since -- not that

9   COVID has gone away, but we're more or less on the

10  right side of it, that I would say it's become a

11  little more routine, and I've participated in at

12  least one of those discussions.

13       Q    With whom from DBHDD does the Office of

14  Whole Child Supports coordinate?

15       A    Mostly through Dante McKay.  I believe his

16  official title is director.  I don't have his -- the

17  rest of his title.  I'd have to look it up.

18       Q    Does the coordination with DBHDD ever

19  concern the GNETS program?

20            MS. JOHNSON:  Object to form.

21       A    Not to my knowledge.

22       Q    Mr. Hill, at the beginning of our

23  discussion today you said you had a couple of memos

24  and other documents that you brought with you today.

25  Is that correct?



JUSTIN HILL  30b6                                    March 06, 2023
UNITED STATES vs STATE OF GEORGIA                              132

1       A    Sure.  I did.

2       Q    Can you read the title of the different

3   memos that you have with you today?

4       A    One is the salary memo, which Stacey has.

5            It doesn't have a title, just salary memo,

6   but it has all the things that I read off.

7            MS. CHEVRIER:  I'd like the salary memo

8        to -- that we will mark it as Plaintiff's

9        Exhibit 975.

10            (WHEREUPON, Plaintiff's Exhibit-975 was

11         marked for identification.)

12       A    The other one doesn't have a specific

13   title but it certainly has the PBIS schools that

14   have been trained.  You asked a series of questions

15   about how many schools have been trained, Tier I,

16   Tier II, and in classroom, and then you asked about

17   SWIS.  So I put all of that on one memo.

18            MS. CHEVRIER:  And we will plan to mark

19        that as Plaintiff's Exhibit 976.

20            (WHEREUPON, Plaintiff's Exhibit-976 was

21         marked for identification.)

22            MS. JOHNSON:  I need to send them to you

23        so we can mark them.

24            MR. HOLKINS:  Excellent.  Thank you.

25   BY MS. CHEVRIER:



1      Q    And other than those two memos, is there
2    anything else you brought with you today, Mr. Hill?
3      A    One more.  It's called the -- it's short,
4    the PBIS levels of school recognition for the
5    2022-2023 school year.
6           MS. CHEVRIER:  And we will plan to mark
7      that as Plaintiff's Exhibit 9 -- sorry.  That's
8      977.  Thank you.
9           (WHEREUPON, Plaintiff's Exhibit-977 was
10      marked for identification.)
11     A    I can send it to you again.
12     Q    And were there any other documents other
13   than those three you brought with you today?
14     A    No.
15          MS. JOHNSON:  Two of them I can send to
16      you right now and we just have to locate where
17      the third one is but we'll get that to you,
18      too.
19          MS. CHEVRIER:  Excellent.  Thank you so
20      much.
21          I ask that we get it as soon as possible
22      so we're able to submit it with the other
23      exhibits for the court reporter.
24          MS. JOHNSON:  We're going to send that one
25      out to you.



1       Do you want to go off the record for like

2   two minutes while we do this, or do you want to

3   -- it's up to you.

4       MS. CHEVRIER:  I think those are all the

5   questions we have today, so I think we can go

6   ahead and end at our end.

7       MS. JOHNSON:  Okay.  I don't have I

8   questions either.  I just want to be sure that

9   these come through before we, before we go off

10  the record, just to be sure.

11      I've got all three and I will send them to

12  you now, and, yeah, we don't have any further

13  questions.

14      THE VIDEOGRAPHER:  If there's nothing else

15  for today's record, we will now go off the

16  record at 7:07 p.m.

17      (Whereupon, the deposition concluded at

18  7:07 p.m.)

19

20

21

22

23

24

25



```
 1                    C E R T I F I C A T E

 2

 3    STATE OF GEORGIA:

 4    FULTON COUNTY:

 5

 6            I hereby certify that the foregoing

 7    transcript of JUSTIN HILL 30(b)(6) was taken down,

 8    as stated in the caption, and the questions and

 9    answers thereto were reduced by stenographic means

10    under my direction;

11            That the foregoing Pages 1 through

12    134 represent a true and correct transcript of

13    the evidence given upon said hearing;

14            And I further certify that I am not of kin

15    or counsel to the parties in this case; am not in

16    the regular employ of counsel for any of said

17    parties; nor am I in anywise interested in the

18    result of said case.

19

20            IN WITNESS WHEREOF, I have hereunto

21    subscribed my name this 15th day of March, 2023.

22                        Wanda L. Robinson

23            _____

24            Wanda L. Robinson, CRR, CCR No. B-1973
                 My Commission Expires 10/11/2023

25
```



1              D I S C L O S U R E

2   STATE OF GEORGIA  ) 3/06/23 VIDEOTAPE DEPOSITION OF
    FULTON COUNTY     ) JUSTIN HILL 30(b)(6)

3              Pursuant to Article 10.B of the Rules and

4   Regulations of the Board of Court Reporting

5   of the Judicial Council of Georgia, I make the

6   following disclosure:

7              I am a Georgia certified court reporter.

8   I am here as a representative of Esquire Deposition

9   Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Attorney's

11  Office to provide court reporter services for this

12  deposition.  Esquire Deposition Solutions, LLC will

13  not be taking this deposition under any contract

14  that is prohibited by O.C.G.A. 9-11-28 (c).

15             Esquire Deposition Solutions, LLC has no

16  contract/agreement to provide court reporter

17  services with any party to the case, or any counsel

18  in the case, or any reporter or reporting agency

19  from whom a referral might have been made to cover

20  this deposition.

21             Esquire Deposition Solutions, LLC will

22  charge the usual and customary rates to all parties

23  in the case, and a financial discount will not be

24  given to any party to this litigation.

25



1                ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Deponent Name:  JUSTIN HILL 30(b)(6)

3    Case Caption:    United States of America vs. State
                      of Georgia
4

5    Case No. :  1:16-cv-03088-ELR

6         I do hereby certify that I have read all
     questions propounded to me and all answers given by
7    me on the 6th day of March, 2023, taken before Wanda
     L. Robinson, and that:
8

9    _____1) There are no changes noted.

10   _____2) The following changes are noted:

11        Pursuant to state rules of Civil Procedure
     and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
     in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
     the reason given for making them.
14        Accordingly, to assist you in effecting
     corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line         Change        Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



1                    CERTIFICATE  OF DEPONENT

2

3       I hereby certify that I have read and examined

4    the foregoing transcript, and the same is a true and

5    accurate record of the testimony given by me.  Any

6    additions or corrections that I feel are necessary,

7    I will attach on a separate sheet of paper to the

8    original transcript.

9

10                    _____

11                          Signature of Deponent

12

13       I hereby certify that the individual

14    representing himself/herself to be the above-named

15    individual, appeared before me this _____ day of

16    _____, 2023. and executed the above

17    certificate in my presence.

18

19

20                    _____

21                          NOTARY PUBLIC

22

23    MY COMMISSION EXPIRES:

24

25



**Exhibits**

9367125 Justin.
Hill PREVIOUSLY MARKED
.EXHIBIT965
    4:25
    11:13,20

9367125 Justin.Hill.
EXHIBIT970
    4:8 26:22
    27:2

9367125 Justin.Hill.
EXHIBIT971
    4:9
    52:15,18
    69:17

9367125 Justin.Hill.
EXHIBIT972
    4:11
    69:19

9367125 Justin.Hill.
EXHIBIT973
    4:13
    99:2,4

9367125 Justin.Hill.
EXHIBIT974
    4:16
    118:10,13

9367125 Justin.Hill.
EXHIBIT975
    4:18
    132:9,10

9367125 Justin.Hill.
EXHIBIT976
    4:19
    132:19,20

9367125 Justin.Hill.
EXHIBIT977
    4:20
    133:9

———————————

**$**

$2
    112:25
    113:10

$80,000
    112:1

$86,600
    112:4

$87,619
    111:24

$87,962
    112:2

$89,621
    111:20

$90,729
    111:22

$98,000
    111:8

———————————

**0**

03088
    5:7

———————————

**1**

1
    24:25

29:19

1,400
    35:22
    36:21

1,419
    36:25
    37:6
    94:7,12

1,500
    35:24
    36:22,24
    37:6
    94:14

1-16-CV
    5:7

10
    92:17
    117:10

13
    63:11

14
    12:13,18,
    22 63:11

15
    12:13
    20:16

15th
    13:24
    14:1
    106:9

16
    12:13
    32:2
    129:11

17
    12:14,18,
    23 53:13

1st
    11:16

———————————

**2**

2
    75:8

2000
    35:22

2006
    18:21
    28:7,20,
    23

2007
    27:17
    28:3,21,
    25

2008
    13:3
    28:25

2014
    26:23
    27:9

2015
    16:4

2017
    52:22
    53:12,20,
    25 69:24
    70:8 99:7

2018
    53:12,25
    54:2 58:7

2019
    54:3,5,12
    55:25
    105:24

2019-2020
    55:11

2020
    53:17
    54:5,7,12
    55:25

56:17
57:6
63:10
65:19
69:6,10
117:13,14

2021
    54:8
    56:17
    57:6
    63:10

2022
    14:1
    106:9

2022-2023
    133:5

2023
    5:2 11:16

2024
    26:23
    27:9

21
    35:22
    92:14

21-22
    37:10
    79:10
    94:7,12

21st
    69:24
    70:8

22
    35:22
    60:14
    92:14

22nd
    52:22

24
    10:9

250
    76:16



79:10

---

**3**

---

3
  53:7
  65:15
  71:16
  75:8
30
  32:25
  44:6
  110:12
  117:24
  118:3
30(b)(6)
  5:5  6:4
  11:15
  12:3,12

---

**4**

---

4
  27:14,15
  53:16
  65:18
40
  14:5
40,000
  112:16
400
  37:9
403
  37:9
419
  35:22
42,280
  112:14
43,503
  112:12

441
  92:14,16

4:03
  5:3

---

**5**

---

5
  31:25
  53:16
  64:8
  65:18
  129:10,11
50
  84:21
50%
  71:14
5:55
  90:14
5th
  99:7

---

**6**

---

6
  5:2
60
  35:19,25
  87:14
60s
  24:4
6:03
  90:22
6:42
  116:22
6:43
  116:25

---

**7**

---

70
  69:4
  88:22
70%
  53:15
  65:17
7:07
  134:16,18

---

**8**

---

80
  24:24
  25:10
  95:25
80,000
  112:6
80s
  65:6

---

**9**

---

9
  133:7
90,000
  112:9
90s
  65:6
965
  11:13
970
  26:22
971
  52:15
  69:17
972
  69:18

973
  99:2
974
  118:10
975
  132:9
976
  132:19
977
  133:8

---

**A**

---

ability
  7:21 9:16
  41:1
  42:12,13
  43:13
  51:10,12,
  14 73:7
  74:5 75:3
Absolutely
  75:14
  82:18
absorb
  73:7,19
  75:3
academic
  13:18
  16:12
  24:9
  32:13
  45:22
  61:1,16,
  21 74:8
  79:22
  80:10,19
  82:1
  106:18
  107:15
  122:13
academics

61:8
64:15
81:7,19,
22
107:18,25
108:4
123:9
127:12
129:25
130:1
accept
  53:23
acceptance
  66:6
access
  11:23
  22:12
  27:5
  68:4,10,
  12,18
  97:7
  117:23
  118:21
  122:3
  126:22
accident
  96:2
accidental
  64:20
accompanied
  5:20
accurate
  21:4
  22:11
  28:19,25
  49:12,17,
  20 62:4
  78:20,24
  124:16
  125:19
accurately
  7:14



achieve
  30:21
  69:8,13
  81:21
  86:17
  120:19

achieved
  55:25
  57:2,6,20
  58:16,22
  59:1,5
  69:6,9
  98:22

achieving
  13:20
  69:5
  117:21,23
  118:5

acronym
  125:21

acronyms
  9:22
  121:19

act
  61:8

actively
  62:13
  80:3
  92:18

activities
  15:5
  17:13
  57:17
  84:24
  122:15
  126:21
  127:1
  128:10

activity
  57:24

adapt
  78:2

add
  9:6 74:7
  89:3,5
  108:8

adding
  61:3
  80:18

addition
  21:20
  22:14,20
  62:22
  82:7
  94:15
  123:16

additional
  9:4 25:4,
  17 31:20
  41:11,14
  43:7
  45:14
  49:9
  55:13,14
  90:4
  97:16
  126:25

address
  27:22
  29:6
  123:2

adheres
  26:13

adjust
  80:18

adoption
  34:12

adult
  24:6

advanced
  37:17
  59:15

advisor
  54:23

affect
  73:21

affecting
  7:21

afternoon
  6:10

Agencies
  32:2

agency
  100:3
  119:15

agency's
  100:6

aggressive
  56:25

agree
  26:17,20

agreement
  75:23
  76:2

agreements
  24:14
  31:4
  35:20

agrees
  36:4

ahead
  8:16
  14:9,10
  18:5 21:7
  22:9
  26:15
  38:3
  47:19
  49:6
  50:13,23
  58:4
  60:17
  68:22
  86:21
  93:20
  102:1

111:14,18
  116:6,17
  134:6

Alabama
  33:16
  44:4

align
  57:3

all-day
  123:14

Allison
  5:22

alternative
  101:12
  116:1

Amber
  111:25

America
  5:6

Amie
  112:7

amount
  47:4
  74:10
  102:15
  110:23
  113:10

Amy
  112:5,7

analysis
  29:5

analyze
  41:1,10
  42:13,16
  43:12
  51:10

analyzing
  68:21,23
  87:2

anecdotal

75:16

answering
  8:2,22

answers
  7:10,14

Anthony
  111:21

anymore
  48:6

Appears
  52:24

appetite
  59:16

applicable
  35:8,13

applications
  62:23

apply
  98:7

appointed
  104:18

approach
  18:9 24:2
  28:12,15,
  18 31:21
  34:24
  36:19,22
  56:3 65:9
  76:10
  80:8
  107:16

approached
  54:16

approaches
  76:5 85:2

approaching
  37:6

appropriately



43:17

**approximately**
35:25

**apps**
52:7
62:23

**April**
53:9

**arbitrarily**
89:16

**area**
39:13
75:15
79:18
125:1

**areas**
13:1,16
14:24
30:18
45:23
66:13
76:9 77:1
98:15
102:20
104:8
108:4
127:14

**argument**
25:21
45:13
47:7

**arts**
127:19,20

**Ash**
19:11

**Ashley**
117:7

**aspect**
121:11

**assembled**

34:16

**Assembly**
110:15

**assess**
40:25
41:7
42:11
51:14
58:24
65:24
68:7,13
82:20
86:3 87:9
88:4,19
94:3
101:5,9
103:9
116:11
122:25
128:9

**assessed**
51:20
52:2
86:13
98:9

**assessing**
56:21
69:1 88:8
89:20
119:16

**assessment**
26:20
28:8 40:8
44:15
48:18
63:1,5
87:12
88:1,2,6
93:15
94:20,22

**Assessments**
62:11

**assigned**
108:20

**assist**
67:20
76:13

**assistance**
27:21
28:6,14
29:20
54:22
73:20
83:2

**assistant**
14:18
30:3
70:22

**assistants**
29:24

**associate**
13:10

**Association**
115:6

**assume**
23:25
64:15

**assumption**
45:1,5

**assumptions**
45:2

**Atlanta**
5:9

**attached**
29:23
104:13

**attachment**
11:17
12:13,17
53:3,6
63:11
65:16

**attempt**
18:2

**attempting**

32:16

**attend**
34:8 80:6

**attendance**
66:22,25
68:6,12,
19,20,25
104:11

**attending**
66:22

**attorney**
6:13,22
8:11

**attrition**
103:20

**audios**
116:19

**authentic**
71:6

**authority**
119:19

**automated**
93:2
121:1

**availability**
78:1

**average**
109:14
126:4

**avoid**
7:24
102:17

**awarded**
128:15

**aware**
18:18,22
35:16
47:18,20
49:16

50:18
59:8
114:23
115:13
121:12

**awareness**
121:13,15
124:7

---

**B**

---

**back**
18:10
44:6
90:21
116:24
126:14

**background**
16:5,7,14

**bad**
33:17

**balance**
87:11

**balanced**
94:22
107:24

**ballpark**
117:9

**banning**
86:17

**barrier**
118:4

**barriers**
13:14,19
117:20

**Barrow**
111:19

**base**
106:19
111:7
123:24



based
  26:3
  38:11,16
  39:6
  54:10
  55:9
  56:15
  57:4
  71:20
  77:11
  85:22
  116:12

basic
  24:11

basically
  6:23
  92:23

basis
  12:25

Bates
  52:16
  69:22
  70:2 99:2

battery
  116:20

began
  28:3,20
  38:8

begin
  71:17
  72:16
  84:3

beginning
  46:5 55:2
  63:20
  72:22
  77:12
  91:1
  131:22

begins
  5:4 53:7
  58:24
  76:15

behaving
  45:25

behavior
  10:16
  24:6,10,
  21,23
  25:1
  27:20
  28:8
  31:19
  32:12
  39:4,11,
  16 40:8
  44:19
  48:17,18
  52:12
  60:24
  61:8,11,
  16,21
  62:10
  63:23
  64:18,20,
  22 65:13
  74:6 76:3
  80:9
  81:13,23
  96:2
  107:13,24
  108:4
  122:14
  123:8
  127:12

behavioral
  11:9
  23:15
  27:22
  29:4,12
  130:9

behaviors
  23:24,25
  24:17,19
  25:18
  26:18
  45:23
  46:1 67:8

behoove
  82:7

belief
  64:25

benchmarks
  86:10,13

Benjamin
  111:23

big
  15:5,6
  74:6
  121:14

biggest
  58:22
  79:20

bit
  25:17
  87:6
  88:3,10
  98:7
  101:11

body
  72:6

book
  114:12

books
  114:11
  124:22

booster
  103:17,25
  104:4

bottom
  75:5

braids
  123:7,9

brand-new
  34:20
  119:9

Brandi

73:23

Brandy
  112:3

break
  8:19,23

breakdown
  22:18
  109:12

bring
  69:14
  70:1
  109:8

broad
  115:17

broad-based
  125:19

broadened
  130:2

broadening
  130:2

brought
  131:24
  133:2,13

budget
  22:16
  110:15
  112:22

build
  16:18
  17:14
  24:5
  31:19
  34:19
  36:17
  41:12
  49:9
  51:15
  54:13,19
  64:7
  75:23
  76:8
  83:13

105:1
  108:16
  109:9
  121:14,15

building
  31:20
  32:4
  64:12
  75:24
  108:21
  109:2

built
  76:25

bullet
  120:13
  123:1

burn-outs
  73:11

business
  61:19
  106:25

———————

C

C-A-S
  115:4

C-A-S-E-L
  115:5,12,
  15

cabinet
  30:20

cadre
  30:4
  34:17
  47:1
  64:10

Caitlin
  125:15

calculate
  96:21
  102:13



calculating
  37:10

calculation
  95:19

calculator
  110:25

call
  20:15,21
  25:4 98:5
  102:24
  103:16
  108:2
  119:13
  125:20
  129:8

called
  13:17
  19:4
  40:23
  52:7
  62:22
  63:2 81:6
  87:12
  108:2
  121:21
  130:15
  133:3

calling
  59:14

calls
  98:4

campaign
  32:4

capabilities
  91:24

capable
  51:21

capacity
  17:15
  23:17
  31:21

32:4
34:19
40:15,18
41:10,14,
16 49:9
51:8,9,15
52:4
54:14,18,
20 56:9
64:7,11
71:13
74:25
76:8,25
78:15
83:4,13
86:20,22
105:1
108:6,21
121:14
130:21,22

capture
  7:14
  118:11

care
  81:15

career
  62:12

carve
  113:2

case
  5:7 44:6
  67:21

CASEL
  115:2

CASEL's
  114:23

cases
  29:3
  122:3

categorizat
ion
  98:17

category
  98:22

causing
  104:9
  120:16
  124:3

cautious
  95:14

cc'ed
  99:20

center
  28:6,14
  29:21
  30:3
  113:24
  118:1
  119:5
  126:17

centers
  14:13
  15:3
  73:15,20
  120:12
  124:6

certificati
on
  16:3
  127:4,7,
  8,16,24
  128:6,16,
  19,21

challenges
  121:16

challenging
  26:18

chance
  24:17
  111:16

change
  16:8
  24:7,23
  35:1,3

36:19
63:23
64:2,17
65:4
71:18
72:23
73:2,22
74:10
75:3
76:3,4
78:12
79:4
102:15
125:2,7

changed
  73:13
  102:8

changing
  89:16
  93:5
  102:18

charge
  113:21

charity
  44:21

checking
  111:9

checkups
  85:18

Chevrier
  5:18 6:9,
  12 11:18,
  22 22:9,
  13 26:25
  27:4
  52:20
  69:21,25
  70:4,6
  71:24
  72:1,3,7,
  11 90:12,
  20,24
  99:6
  109:21

111:12
117:2
118:15,17
132:7,18,
25 133:6,
19 134:4

chief
  14:3
  74:23
  83:12,13
  125:18

child
  13:11,23
  14:6
  15:17
  32:12
  42:5
  48:8,11
  49:19
  61:10
  90:7
  105:7,12
  106:8
  107:5
  108:6
  117:4,16
  118:11,24
  123:22
  127:1,3,
  6,8,10,
  13,21
  128:5,16
  130:7
  131:4,14

chime
  17:19

chooses
  91:14,19

circles
  61:16,17

citizen
  126:5

Civil
  6:14



Claire
    5:18 6:12
    109:19

clarify
    8:9

Clarke
    128:1

classroom
    45:25
    71:16
    73:25
    75:7,10,
    21 76:4,
    19 77:8
    78:8 79:5
    83:22
    88:9 96:6
    101:2
    108:16
    132:16

classrooms
    24:9 65:8
    76:17
    78:21

clearer
    123:13,15

Cleveland
    99:9,21,
    22

climate
    25:24,25
    26:1,5
    29:13,18
    30:14
    31:6,25
    34:18
    53:16
    57:11
    62:7,15
    65:18,21,
    22,24
    66:1,3,
    13,17,18,
    20 67:3,

10,14,17,
18,20,24
68:2,3,7,
14 69:2,
5,11 74:6
76:13,22
79:1
82:24
83:14
84:12,17,
19 89:18
102:23
104:17,25
105:17,23
106:3
107:13
110:11,20
112:8
113:3,5,
16 114:17
115:12,
16,17,21,
22,23
116:1,3,
8,11,12
122:18,
21,22,23,
24 123:6,
8,17,18
124:11,
12,21,22
25 125:5,
14,22
126:6
129:13

close
    91:25

co-counsel
    5:24

co-director
    30:1

coach
    31:16
    54:18
    77:4

78:12
82:24
83:1,5
84:21
87:21

coaches
    29:23
    64:6

coaching
    16:19
    31:13
    35:4
    36:16
    42:14
    49:1 55:3
    58:20,25
    64:11
    76:12
    82:19
    84:7 85:2
    88:21

Cobb
    77:2
    128:2

codes
    31:8

cohort
    56:3
    60:13

cohorts
    30:25

colleague
    11:18
    27:1
    69:25
    118:15

colleagues
    5:15,20

collect
    21:18
    92:1 93:2

collecting

45:9,20

collection
    92:24

College
    16:1

combination
    104:23

combined
    60:19,22
    61:20

common
    26:4
    44:22

communicate
    85:4,11
    119:23

communicating
    8:1

community
    66:20

completed
    38:7
    59:22
    60:20,23,
    24

completely
    7:1 9:2

completing
    41:15

compliance
    25:10

components
    30:20
    98:14
    122:24

comprehensibly
    29:21

comprehensive
    28:12,18,
    24 31:23
    32:22
    33:7
    43:13
    56:6
    61:10
    86:19
    115:23
    127:23

comprehensively
    29:25
    54:21

computer
    7:18

concentration
    77:18

concept
    30:17

concepts
    73:5

concern
    74:13,21,
    25 75:4
    131:19

concerns
    9:14
    74:24
    121:15
    122:5

concert
    34:19
    38:9

conclude
    43:25

concluded
    37:16
    134:17



concrete
  79:16
  84:2

conduct
  16:9 31:9
  59:20
  113:5

conducts
  105:4

conduit
  123:21

conference
  113:24

confirm
  9:23 27:8
  70:2
  99:8,12,
  17

conjunction
  82:25
  102:22
  104:18

Connecticut
  17:6
  73:24

connection
  19:14,17

consideration
  39:15

considerations
  61:1 97:1

considered
  62:20
  96:4

consistently
  96:14

consortium
  115:5,7

constantly
  102:18

consult
  89:3

consultant
  19:2

contact
  97:10,14

contained
  96:17

context
  24:19
  80:3

contextual
  24:22

continue
  48:10
  63:6
  92:16,18
  109:25
  126:8

continuous
  43:14

continuum
  29:3

contracted
  56:10

contributing
  129:17

control
  65:15
  71:23
  99:15

convene
  45:18,20
  46:10

convened
  47:24

conversation
  6:24 20:6
  61:18
  101:4,10
  122:13
  124:14

conversations
  85:6
  125:17

convince
  31:24

coordinate
  130:8,25
  131:14

coordinated
  119:16

coordinates
  131:4

coordinating
  76:11

coordination
  131:18

coordinator
  47:8
  82:25
  84:20
  96:19
  97:9
  102:23
  104:19

coordinators
  31:18
  34:21
  76:25
  79:1
  83:14,21
  84:12
  89:19

105:1

copied
  70:11,20
  99:10

copies
  22:14

copy
  95:2

core
  107:19

cornerstone
  86:8

corporal
  96:8

corporate
  6:1

correct
  12:15,21,
  24 14:1
  15:17,18
  19:20
  20:12
  27:10
  29:9
  36:20,24
  38:13,16
  39:7,9
  40:5
  41:17,24
  42:8 43:1
  48:9,12
  52:23
  53:1,4,
  11,15,18,
  21,23,25
  54:1,4,9,
  13 55:12
  59:13,14,
  21 63:13,
  14 70:9,
  10,12,13
  71:20
  75:9

91:21
  93:12
  99:25
  101:20
  105:10
  120:7,8,9
  121:7,8
  122:9,10,
  18,19
  124:19
  126:9
  131:25

corrections
  89:24

counsel
  5:14 8:15
  15:20
  20:2,21,
  25

count
  94:10

counties
  35:17

country
  89:2
  105:19

County
  56:13
  77:2
  128:1,2,3

couple
  12:7
  30:25
  34:25
  35:2
  37:11
  77:2
  86:24
  128:2,3,
  14,23
  131:23

court
  5:8,11,16



7:4,6,7,
11,13
11:14
16:25
17:17
19:13,15,
16 43:20
44:2,6
63:3,7
90:9
95:10,13
109:19
133:23

**COVID**
56:7
57:15
69:10,12
75:4,16
84:16
106:5
108:18
117:8
131:9

**crack**
80:18

**create**
18:2
25:14
41:6
44:21
63:22
89:17
107:23
127:15

**created**
63:12
67:15
84:11
117:4,15,
17

**creating**
90:2

**creation**
63:16

**credentials**
108:23

**Crimmins**
37:21
38:5

**criteria**
93:4
98:10
100:11
102:10

**Cumming**
112:7

**current**
13:7,8,10
15:7,11
16:6 33:6
79:20
80:4
124:17

**curriculum**
16:11
37:17
38:8 49:8
55:2
56:19
57:13
58:19
59:1,6
60:10
61:15
76:12
84:6 95:4
105:14
106:1

———————

**D**

———————

**D-E-M-U-T-H**
112:13

**dangerous**
96:14

**Daniel**
37:21

**38:4**

**Danielle**
5:25

**Dante**
131:15

**data**
21:4 24:1
25:8 29:5
31:6,7
33:22
42:13
44:14,15
45:9,21
46:21
66:6
68:19
69:14
91:8,11,
15,21,23
92:1,4,9,
12 93:2,
11,13,16,
22 94:4,
16 95:15
96:3,15,
18,20
97:4,25
98:1,9
102:19
103:4,9,
11 106:24
115:20

**database**
94:1

**date**
16:2
105:25
117:5

**dated**
52:21
69:23
70:8

**dates**
94:23

**daunting**
74:9

**day**
19:7 80:6
84:18
100:15
129:14

**days**
12:7 35:1
59:16
77:12,14
78:17
80:6

**DBHDD**
11:8
121:20
130:17,20
131:5,13,
18

**death**
102:17

**Deborah**
70:14,15,
19,23

**decade**
65:6

**decades**
64:1
65:1,2

**December**
99:7

**decided**
28:11
29:11

**decision**
106:25
125:8

**decisions**
91:9
102:12

**decreasing**

**26:18**

**dedicated**
31:6,11
32:25

**deemed**
128:21

**deep**
76:16
104:10

**defendant**
23:9

**define**
24:17
61:8
122:23

**defining**
98:11

**definitions**
9:22
98:3,6,7

**degree**
24:1

**degrees**
108:25

**deliver**
32:14
34:17
38:8
76:23
80:8 95:5
121:21

**delivered**
38:4

**demand**
79:17

**demonstrati
ng**
45:23
46:1

**Demuth**



61:23
99:9
112:13

Demuth's
62:5

denying
67:9

Department
6:2,15
10:2 11:9
27:18
29:11
48:16
65:23
81:7 82:1
119:18
130:8

department's
119:22

depends
104:24

deposed
23:4

deposition
5:4,13
6:17
11:14,16
12:3,12
19:22,25
20:3,17,
22 21:1
23:2
134:17

deputy
70:16,24
100:4,5
125:16

describe
14:24
24:11
44:10

designated
49:25

designed
117:20

designees
34:7

desire
43:12
57:16

destination
26:5
122:21
125:5,6

detail
93:7

determination
39:17

determine
42:20
51:17,20
52:3
67:13
68:1
89:14
102:20

determined
41:11
88:15

determining
128:10

develop
55:1
71:15
72:14
85:24
103:25
117:19

developed
65:23
81:10
82:2

86:11
118:7

developing
37:16
76:11

development
56:18

Developmental
11:10
130:9

dictates
18:3

difference
38:20
71:9 72:8

differently
80:2

difficult
7:25

difficulties
74:8

digital
108:15,17
112:9

direct
14:16,17

direction
55:6
58:17
59:4

directly
17:13

director
14:18
18:25
57:12
70:17,22,
25 105:14
131:16

directors
34:7
109:4

disabilities
11:10
26:9,11,
19 27:25
49:21
50:17
130:9

disability
45:15

disagrees
87:20,24,
25

disassembled
106:4

disciplinary
27:23

discipline
10:19
31:7
63:24
64:23
65:12
71:17
72:15
73:8
93:13,22
94:15
98:4,5
101:7
123:25

disciplined
54:17

disciplines
92:10

discovered
29:2

discretionary
110:14

discussed
97:24
103:14

discussion
90:11,16
91:13
109:20
131:23

discussions
131:12

dish
89:1

displaying
24:9

disproportionality
72:20

disproportionate
27:24

distinguished
96:5,11
98:14,19
100:9

distributions
84:15

district
5:8,9
30:17
31:5,12,
18 32:4
34:20
35:5
36:4,6,15
51:14
58:23
62:14



76:24
79:1
82:25
83:13,20
84:7,11,
19 89:19
94:3
96:19
97:9
102:23
104:19
109:3
115:20
121:17
129:7
130:19

**district's**
30:23

**districts**
31:5
35:17,20
36:1,8
46:18
56:2,14
71:15
72:14
73:3
75:17
78:7 80:5
103:15
108:22
127:25

**dive**
76:16
104:10

**division**
5:9 6:14
27:18
40:11
42:4
57:24
66:4
90:2,3,6
99:23
119:5

120:6
121:6
122:8,17
123:5,6
126:1,10
129:9

**divisions**
118:20,23

**divvy**
131:1

**doctor**
117:24
118:2,4

**document**
11:24
12:2
27:6,12
53:15
81:6
111:10,13
118:22
126:9

**documented**
80:12

**documents**
20:24,25
21:2,14,
23 131:24
133:12

**DOE**
18:20
30:15,16
130:17

**dollars**
110:14,
16,17
113:1,15,
17

**domain**
120:16

**Dooley**
125:15

**double-
check**
12:17

**draft**
38:7
52:25
53:3
54:10
55:9 57:4

**drill**
91:23

**drive**
79:4

**duly**
6:5

_____

**E**
_____

**earlier**
9:5,7
40:3
80:21
92:22
103:14
105:8

**early**
30:22
86:9
87:12

**earmarked**
112:24

**earn**
110:2

**easier**
75:22
124:23
126:22

**easily**
114:16

**Eastern**
5:3

**easy**
127:24

**EBIS**
19:4

**Ed.s.**
15:24,25

**education**
6:2 10:2
15:23
16:5,7,
12,14,20
17:15,25
18:16
22:19
27:18,19
29:11
34:5
40:10
42:4 45:3
47:8
48:15
49:2,16
50:1,6,7,
19 51:6
57:10,11
62:12
65:23
70:18,23
72:24
81:8 82:2
96:24
97:5,17
99:23
105:18,22
111:19,
21,23,25
119:18
127:10,20

**educational**
6:13 10:6
16:8 32:1

**educator's**
73:7

**educators**

44:13
87:5

**effect**
128:6
130:4,5

**effective**
33:2
51:15

**Effectivene
ss**
129:8

**efficacy**
86:3
116:8

**efficient**
32:23
33:2
59:17,19
60:19
61:18

**effort**
83:21

**efforts**
104:19
115:16
121:4

**eighties**
109:14
110:5

**elements**
14:6 91:8
93:1,13
96:7
115:21

**ELR**
5:7

**email**
52:16,21
53:19
69:23
70:7
71:3,6



72:6 75:6
84:15
99:7,9,
13,18,19

**Emergency**
119:14

**emerging**
98:13,18
100:9

**employee**
129:12

**employees**
22:17
64:5
108:24
109:10
129:21

**encourage**
33:24
75:25

**encouragement**
36:13

**end**
10:25
35:21,24
36:22
37:9
63:11
79:10,12
92:14,21,
22 94:7,
12,14
102:9
134:6

**endorsed**
116:1

**ends**
85:7
109:22

**English**
127:19

**enhance**
121:4

**enrolled**
38:12
95:20

**ensued**
90:11,16
91:13
109:20

**enter**
75:24

**entire**
31:15,16
61:22
63:22
64:19
65:4,6
79:2

**environment**
11:3
18:1,10
23:23,24
24:5,7
38:25
45:3
47:22
66:9
87:18
98:8
101:3,6,
17 103:2

**environments**
26:12
38:24
101:11
103:3

**EOY**
10:24
92:22
97:4

**equipment**
113:7

114:9

**equitable**
100:12

**errors**
25:1

**escapes**
70:25

**Esquire**
5:13

**essentially**
39:14
108:2

**established**
27:19
29:5

**evaluated**
98:17

**evaluation**
101:15,21
102:6

**event**
78:19
103:19

**eventually**
43:9
47:16
64:8
85:21

**everyone's**
109:13

**evidence-based**
45:6

**Ewers**
5:22

**exact**
36:1
105:24
106:6
113:18

117:5

**EXAMINATION**
6:8

**examined**
6:5

**Excellent**
132:24
133:19

**Exchange**
120:14

**exclusion**
67:6

**exclusionary**
27:23
29:7
64:24
67:10
68:9
94:15

**exclusive**
61:9

**exclusively**
107:12
117:19
129:25

**excuse**
66:25
113:19

**Exhibit**
11:13
26:22
52:15
69:17
99:2
118:10
132:9,19
133:7

**Exhibit-965**
11:20

**Exhibit-970**

27:2

**Exhibit-971**
52:18

**Exhibit-972**
69:19

**Exhibit-973**
99:4

**Exhibit-974**
118:13

**Exhibit-975**
132:10

**Exhibit-976**
132:20

**Exhibit-977**
133:9

**exhibits**
133:23

**exist**
121:3
122:15

**existence**
115:19

**exists**
47:14,21

**exit**
75:25

**expand**
79:16
80:11
124:8

**expanding**
31:21

**expansion**
54:17
57:16

**expect**
60:22
89:7

**expectation**



43:9,11
85:20,23

**expectation
s**
24:15
25:16
84:9,24
85:11

**expected**
102:18

**expenses**
113:6,20,
23 114:2,
8,15

**experience**
62:10
106:13
109:1,6

**experienced**
73:12

**experiences**
26:4

**experiment**
30:23

**experimenti
ng**
77:25

**experiments**
16:24

**expertise**
31:19
62:8
72:19

**expires**
110:12

**explained**
6:22

**exposed**
59:11

**exposure**

91:8

**expressed**
108:18
113:20

**extended**
77:22

**extensive**
89:12

**extent**
40:14

———————

**F**

**face**
121:25

**face-to-
face**
84:22

**facilitate**
95:6

**facilitated**
37:20

**facilitator
s**
62:20

**fact**
75:14
95:22
106:11
126:4

**factor**
68:8

**factors**
66:5
67:4,13
68:1 69:1
89:17
94:16
120:15
121:24
122:2

123:24
124:3
129:16

**faculty**
24:16
76:8
79:2,3
87:19,20,
24,25
103:20

**failing**
45:22

**fair**
28:2
50:16
68:4
101:9,13
115:25
125:25

**fall**
15:15
36:18
77:21
94:21

**falls**
15:14,16
34:16
119:19

**familiar**
95:21

**fashion**
14:22

**fast**
95:8

**faxing**
93:3

**Fayette**
56:13

**FBA**
40:7

**features**

24:14
25:10
79:22
88:24
89:10,11
120:3

**February**
52:22
53:20
69:24
70:8

**federal**
44:4
70:16
99:23
120:1

**federally**
82:6
129:15

**feedback**
60:13
61:23
62:4
89:17,20

**feel**
7:20 8:8
12:16
26:2

**feeling**
9:9 95:7

**Feldmann**
111:21

**felt**
59:2
102:2,3

**FEMA**
119:13

**fidelity**
22:21,23
40:22,23
41:4,7
51:24

52:11
58:21
63:1
81:6,17
83:25
85:5
86:2,6,9,
14 87:1
88:5,7,
10,14,15,
19,20
89:6
92:23
93:10,13
94:3,19
101:5,9
102:10
128:9

**field**
106:20
121:3
127:11

**figure**
73:10
79:21
80:7

**figures**
113:18
114:1,4

**filed**
11:14

**filings**
19:14,15,
16

**finalized**
60:11

**find**
24:22
25:8

**fine**
8:20
124:24



fine-tune
    104:12

finish
    8:3,4,22

finished
    49:7

firm
    19:21

fit
    80:4
    128:25

flexible
    78:6

flip
    27:5

Florida
    30:2
    32:19
    56:11
    86:11
    107:22

flows
    126:23

fly
    111:4

focus
    28:2,20
    54:11
    55:11,13,
    22  56:16
    57:5
    58:25
    83:4,12,
    13  107:15
    119:7,12
    120:10,
    15,17
    121:9,14,
    23
    122:11,
    12,20
    123:17,19

125:1
126:12,
15,17
127:18,21
129:25
130:1

focused
    28:20
    107:12

focuses
    107:6

focusing
    55:24
    104:10

folders
    44:21
    46:20,24

folks
    60:13
    106:14
    121:17

follow
    46:24

follow-up
    84:7

force
    103:22

forced
    33:14

Forest
    18:25
    19:12

forget
    73:25

form
    18:13
    32:8  33:8
    35:9
    40:20
    41:21
    43:4

47:11
48:1,22
50:2  51:7
57:21
63:18
68:15
74:17
75:12
79:8
82:11,12,
19  91:17
96:12
100:24
101:18
103:6
130:10
131:20

formal
    49:13

formalized
    46:18
    77:19

formally
    128:22

forming
    32:21
    81:1

formula
    44:15

Forsyth
    77:2
    128:3

forties
    110:4

forward
    30:11
    58:10

founders
    17:7

fronts
    119:24

framework
    14:21,22
    16:17,19

23:21
29:13,17
30:14
32:7
33:12,19,
25  34:12,
21,23
36:5,7
37:5,8,
14,23
40:5
67:19
85:21
86:4  91:3
106:18
107:11
114:21,
24,25
116:9
123:2

frameworks
    32:14
    106:21
    115:11

free
    7:20  8:8
    12:16
    113:22

freezes
    7:18

frequency
    78:4

frequently
    77:7  78:9
    84:14
    131:3

front
    12:23
    19:18

fronts
    119:24

fruits
    33:15

65:9

frustrating
    73:3

FTE
    129:10,11

full
    38:23
    66:19
    79:2
    100:15
    103:23

full-time
    64:8
    108:8
    110:16

full-timers
    108:11

fully
    9:12
    85:24
    87:11

function
    118:6

functional
    28:8  40:8
    48:18
    62:10
    87:11

functionali
ty
    92:2

functions
    15:6
    107:9

fund
    114:11

funded
    62:6
    110:11
    114:6

funding



110:8,13,
16 113:7
129:6,10

**funds**
113:10

**future**
64:11
102:20

————————
G
————————

**G-U-D-E-N-
R-A-T-H**
112:12

**GA03425886**
69:22
70:4

**GA03429605**
99:3

**GAA03425967**
52:17

**Gadoe**
10:1
27:9,18
29:17
30:13
32:7
33:11,18,
24 34:11
41:17,25
42:22
48:21
49:14
63:12,15
74:13
76:19
78:21
79:15
83:9,16
84:2,9
85:11
86:2
92:8,19

93:6,8
96:15,23
98:9,21,
24 102:19
103:4,14
105:5
109:18
110:8,19
112:22
114:7
115:14,
15,25
118:11

**Gadoe's**
21:12
28:2,19

**gain**
91:7

**gap**
58:8,10,
12 74:14

**Gardner**
5:21
116:17

**Garry**
66:4
69:23
70:8

**gathered**
92:17

**Gay**
70:14,15,
19,23

**geared**
64:21

**GEMA**
119:13,
19,20,21

**general**
16:7
96:23
97:1,4,16

110:15

**George**
16:24
17:5 24:4
28:13
30:1,12
54:23
56:19

**Georgia**
5:7,9,24
10:2,5,
10,13
13:3,9
16:1
18:25
22:6
23:15
26:24
27:17,23
29:11,21
31:14
32:2,16
33:11,24
34:11
35:7,13,
18 36:21
37:20
38:5
40:12,19
41:7,13,
18 43:10,
11 44:3
46:13
49:13,18
51:19
52:2
54:14
63:22
64:20
66:7
67:23
73:13
74:15
77:20
81:21
88:16,23

92:15
93:21
107:14
108:3
110:15,21
112:22
114:18
119:5,14,
17 126:17
128:3
130:8

**Georgia's**
11:9
29:14

**give**
9:1 11:18
21:3
22:11,12
28:16
36:11
69:25
73:18
109:12
130:14
131:1

**giving**
51:11

**GNET**
47:10

**GNETS**
10:4,8,10
17:21,22
18:1,11,
19,23
19:3,7,8,
9,10,11
22:3,5
33:18
34:2,4,6
37:2,18
43:6
47:14,15,
16,21,23,
25 84:20

92:17
96:22
97:3,13,
15 98:4,
8,16
99:25
100:6,10
101:8,14,
16 109:3
131:19

**goal**
54:11
55:10,24
56:15,23
57:4,14,
20 58:15
61:6,7,9
67:22
69:4,7,8,
9 80:15
85:25

**goals**
18:5,8
88:1

**good**
6:10 9:11
17:10
26:2,5
59:2
63:6,9
66:1,3
67:14
91:11
92:5 95:9
121:1

**Goodman**
81:10

**Government**
120:1

**Governor's**
110:15
120:2

**grade**
46:25



grades
    44:16
    45:22

grant
    13:17
    19:4 62:7
    110:12,17
    112:8
    113:4,5,
    16 121:12

grants
    119:25
    121:11

graphs
    92:3

great
    123:11
    124:2

ground
    33:9 85:1

group
    25:15
    44:12
    87:5
    128:8

grow
    124:7

Gudenrath
    61:24
    112:10,11

Gudenrath's
    62:18

guess
    67:14

guidance
    49:2

Gwinnett
    36:9

H

H-I-L-L
    6:20

half
    13:23
    129:13

half-time
    129:20

hand
    62:3
    128:25

handles
    14:18

Handville
    20:11,12

happen
    16:20
    32:20
    38:12
    85:8 90:5

happened
    69:10
    80:24
    106:4,9

happening
    60:7 65:5
    77:20
    127:16

hard
    39:22
    68:18
    73:6 95:2

harder
    68:12

harmonize
    81:18
    87:22

harmony
    82:3,7

Harris
    117:7

head
    7:15 66:7

heading
    27:16

health
    11:9
    14:12,19
    15:1,3,4
    24:3
    115:18
    118:1
    120:7,12,
    15 121:6,
    10,13,15
    122:4,5
    124:6,7
    127:14,18
    130:9

healthcare
    122:3

hear
    7:21
    111:15

heard
    39:25
    81:4
    128:23

hearing
    106:20

Heather
    30:1,12
    54:23

heavy
    75:14
    79:18

held
    13:21,22
    46:21
    98:16

helped
    13:2 55:1
    71:18
    95:6

helping
    14:21
    30:8 41:6
    42:11
    76:7
    82:20
    89:22
    108:13,16
    129:14

helps
    35:6
    62:13
    128:9

Hernandez
    5:25
    90:14

hey
    72:25
    89:21
    102:25

high
    27:22
    32:24
    46:24,25
    51:2
    110:5
    128:10

high-
fidelity
    95:25

higher
    67:17
    79:13
    88:10
    95:25

highest
    15:23

highlighted
    71:10

72:9

Hill
    5:5 6:4,
    10,20
    11:23
    27:5
    52:21
    69:23
    70:7
    72:12
    90:25
    99:8
    109:22
    111:14
    117:3
    131:22
    133:2

hire
    112:15

hired
    18:20
    28:7 58:9

hires
    13:4

hiring
    34:24
    108:7
    112:18
    119:10

history
    67:6 68:9

hit
    56:7

hitting
    57:15

hold
    104:3
    124:19

holidays
    60:18

holistic
    13:19



14:22
16:12
32:14
56:21
79:24

**HOLKINS**
132:24

**home**
108:21

**Homeland**
119:15

**honestly**
7:1 88:3

**hoping**
36:22

**Horner**
16:24
17:4 24:4

**hour**
9:3

**house**
62:24

**housed**
105:20

**houses**
62:25

**huge**
58:19

**hung**
125:20

**hybrid**
78:2 80:8
103:3

――――――――
―――― **I** ――――

**I-E**
112:7

**IDEA**
110:13,18

113:1,10,
15

**idealized**
96:12

**identifiabl
e**
82:6
103:10
129:15

**identificat
ion**
11:21
27:3
52:19
69:20
99:5
118:14
132:11,21
133:10

**identified**
46:9

**identify**
13:14
47:14
120:18
121:24

**IEP**
18:3
39:15,17,
22,24
40:1
43:18,24
44:1
45:16
47:8
48:4,5,8,
11 50:5,
19,24

**IEPS**
18:17

**II**
25:5,14
37:8 41:8

43:20
45:6
54:11,20,
24,25
55:3,10,
24 56:7
59:18,23
60:6,20,
23 61:21
82:10,17
83:10,17,
23 87:2,
10 88:9
95:23
96:6
103:13
132:16

**III**
37:13,15,
16,18,23
38:4,11,
20,21,22
39:4,6,
11,12,20,
21 40:1,
4,7,15,
17,19
41:1,9,
12,19
42:1,7,
10,12,17,
19,23
43:3,10,
12,17,20
47:22
48:13,20
49:1,8,
10,14,18,
22,24
50:9,17,
18 51:4,
21 52:4,
10 56:16,
24 57:5
58:15,18,
21,24

59:12,18,
21,23
60:5,10,
20,23
61:21
63:17
74:15
82:10,17
83:10,17,
24 84:4,6
87:3
95:23
103:13

**illness**
66:23

**imagine**
30:4
39:23
58:9 64:7
68:18
74:4
81:14

**immediately**
64:16

**implement**
29:11,17
30:13
34:10
37:23
74:2
75:20
91:6
116:9

**implementat
ion**
22:4,22
23:18
30:6,10
33:14
34:22
54:11
55:11,25
56:16
57:5

58:15
59:24
62:9
71:13
72:21,24
73:25
74:16
84:10
85:12,18,
19 88:5,
11 89:2
91:7,15
92:19
95:25
109:7

**implemented**
35:18
36:21
37:4,7,13
98:1
101:22
102:12

**implementin
g**
21:9
34:23
35:23
36:13
40:4
81:16
89:10
94:10
109:1

**important**
37:1 66:7
69:1 74:2

**improve**
29:13,18
30:14
85:1,19
107:13
115:23

**improvement**
43:14



81:25
82:5
103:9
129:9,16,
22,24

**improving**
41:15
67:20

**in-person**
103:2

**in-school**
67:4 68:5
93:24

**inaccurate**
38:17

**incentives**
24:22

**inception**
106:12

**incident**
104:12

**incidents**
96:9

**include**
14:14
31:7
118:25
127:13

**included**
11:17

**includes**
53:3
59:23

**including**
27:24

**inclusive**
67:11

**increasing**
79:14

**increasingly**
75:19

**increments**
102:14

**indication**
66:15
67:16,18

**indicator**
66:17

**indirect**
14:25

**Indirectly**
83:11

**individual**
44:23
45:8
46:11
62:1
64:10
76:3
78:23
83:6,10,
18,19
104:22
117:7

**individualized**
43:22
50:7 51:1
82:19

**individually**
44:14

**individuals**
17:6
63:21,25
64:4
78:22

**inexperienced**
75:19

**inference**
53:22

**inform**
30:7

**information**
9:4 10:22
15:19
21:4,18,
22 37:22
40:18
68:5,11
73:7
91:2,10,
25 120:23

**informed**
36:15
91:9

**infrastructure**
35:4

**inherited**
123:13

**inhibit**
9:16

**initial**
16:23
28:7 56:2
74:14
91:15

**initially**
30:15
63:12
117:17

**initiative**
13:4,5
16:9,21
19:4
58:10
74:6

**initiatives**
55:23

**inside**
19:6
96:18

**inspect**
89:22

**inspection**
87:13

**install**
31:22
75:21
87:7

**installing**
98:12,18

**instance**
86:11

**instruct**
17:18

**instruction**
16:11
25:4
38:24
45:4
57:13
105:15
106:1

**instrument**
40:22

**Integrated**
120:8

**integrating**
123:19

**integration**
18:10
81:22
121:4

**intense**
51:2

**intensive**
25:21
39:16

**interfere**
77:24
122:2

**interim**
38:7

**interject**
60:4

**internal**
107:6

**internally**
21:18
114:12

**interrupt**
8:2 43:5
112:19

**interrupted**
66:23

**intervention**
40:9
48:18

**interventions**
10:16
23:15
25:5
29:4,12
44:23
45:6 47:6
51:3

**intrinsically**
125:23

**introduce**
5:14
30:17
73:5

**introducing**
86:22

**Introduction**



27:17

**inventory**
40:23
41:4
51:24
52:11
58:21
63:1 81:7
84:1 88:7
94:19

**invest**
31:4,25

**invested**
28:23

**investment**
75:15

**invited**
34:7

**involve**
121:19

**involvement**
23:14

**issue**
8:13

**issues**
125:22

**item**
110:19
112:21

**items**
11:17
112:21
114:6

――――――――
**J**
――――――――

**J-U-S-T-I-N**
6:20

**Jeannie**
14:19

23:19
111:6,16
124:15,16

**Jessica**
5:21

**job**
6:25
13:12
30:16
51:12
81:2
107:9
129:14,19

**Johnson**
5:23
17:17
18:13
19:21
22:8,10
32:8
35:9,14
40:20
41:21
43:4
47:11
48:1,22
50:2 51:7
57:21
63:8,18
68:15
71:22,25
72:2,5,10
74:17
75:12
79:8
82:11
90:17
91:17
100:24
101:18
103:6
116:18
130:10
131:20
132:22

133:15,24
134:7

**joined**
5:24,25

**joining**
20:18

**Jones**
14:3

**Jotform**
96:17
97:9

**journey**
30:9

**Justice**
6:15

**Justin**
5:5 6:4,
20 52:25
107:1

――――――――
**K**
――――――――

**K-12**
27:24
29:14

**Kansas**
19:2

**Kelly**
5:21

**Kent**
71:20
72:17
73:9

**kids**
118:1

**kind**
13:18
23:22
28:10
38:24

44:22
47:21
55:4
56:3,11
67:12
76:16
78:18
82:5
84:13
94:1
95:20
96:3,19
98:11
102:24,25
103:20
104:1,6
107:8
113:1
117:18
121:13,22
123:20
125:11,23
127:10

**knew**
67:19

**knowledge**
12:25
97:8
115:10
131:21

――――――――
**L**
――――――――

**lack**
117:23

**lag**
7:19

**language**
127:19

**languages**
106:22

**laptops**
114:9

**large**
34:17
36:9
63:24
87:20
119:25
128:24

**large-scale**
35:1
73:14

**largely**
13:18
24:6,25
45:2 62:8
83:21
86:7

**larger**
76:6 87:6

**largest**
36:9
125:1

**launch**
28:12

**launched**
13:3
59:10

**launching**
19:3
28:15
56:6

**Laura**
5:20 19:1

**law**
7:6

**lawmakers**
31:24

**Lawrence**
14:17
15:2

**lawsuit**
6:16



19:14,17
23:7,10

**layering**
55:14

**lead**
18:9
43:24
45:15
46:1
61:24
62:2
64:11
91:11

**leaders**
92:3

**leadership**
15:24
16:8,20
17:13,15
58:10,12,
23 62:14
75:17
76:8
78:16
79:3,4
82:20
88:18

**leading**
106:13

**lean**
113:17

**leaned**
31:1
113:5

**learn**
30:5

**learned**
31:2
108:17

**learning**
23:22
24:9

26:12
27:21
32:11
45:14
66:9
105:13,25
106:2
115:6
121:5
125:15

**LEAS**
71:14

**leave**
24:16

**left**
58:7

**legal**
96:10

**lessons**
30:5

**level**
15:23
16:18
17:14
22:19
24:12,13
28:10
29:7
33:10
35:5 51:2
62:22
73:25
79:5 84:8
88:9
98:22
109:2,3,
7,8,14
119:14

**levels**
85:18
133:4

**Levert**
5:22 70:2

**liaison**
99:24
119:12
120:4
124:2

**likes**
119:21

**Lill**
5:21

**limitation**
36:16

**limited**
31:14
56:9
77:14
78:16
130:21

**linked**
61:11
128:11

**lion's**
110:13

**list**
82:6 94:6
96:14
98:24
128:24,25
129:16

**listed**
12:12
119:5
120:6
122:6,8,
17
126:10,
16,18

**lists**
103:10
129:18

**litigation**
20:18

**live**
103:18

**local**
17:14

**locate**
133:16

**located**
118:21,24

**location**
127:22

**locations**
75:25

**logically**
126:23

**logs**
120:25

**long**
13:21
20:14
31:23
46:16
58:12
63:15
71:4 73:4
95:6 96:8
99:14
119:21

**long-term**
30:21
73:2

**longer**
57:9
91:14
93:3
100:3
116:20
120:24

**Longitudina
l**
96:18

**looked**

24:3
30:23
56:25
66:7 68:1
80:17
88:23
97:20,21
116:14
125:18

**loops**
62:4
89:17

**lost**
90:17

**lot**
41:13
46:22,23
57:16
62:10
64:3
67:12
75:22
76:14
77:21
85:17
89:15
98:5
101:3
106:14,15
122:1
126:3

**Louisiana**
33:15

**love**
67:21
74:11
95:17

**low**
51:2
110:3,5

**lower**
109:15,23

**lower-upper**



109:16

**lowest**
67:16

**LRE**
11:2
100:14

───────────

**M**

**M-I-R-I-A-M**
112:11

**Macon**
84:17

**made**
22:16,24
25:21
44:23
45:13
46:14
47:7 56:5
88:13
102:13
125:8

**mail**
22:15

**main**
45:22
93:1
120:14

**maintain**
30:11
33:21

**maintained**
40:10
55:23
91:5

**major**
41:5

**majority**
24:24
67:22

**make**
16:19
24:7
29:22
31:11
33:1,5
34:21
43:23
46:12,17
47:16
53:22
54:19
64:1
67:21
81:4 82:2
87:25
89:5,23,
25 91:9
95:13
120:22,25
123:14
126:22
127:10

**makes**
22:19
41:2
104:13
106:15

**making**
31:10
62:3
86:25

**manage**
108:13

**management**
62:8
119:14

**manager**
13:5
14:20
58:8,9
86:12
97:19
108:12,15

**managers**
109:15,23
110:5

**mandate**
36:12
115:8

**mandated**
43:20
44:2,8

**mantra**
117:18

**March**
5:2 11:16
53:9

**mark**
132:8,18,
23 133:6

**marked**
11:13,21
27:3
52:14,19
69:17,20
99:1,5
118:9,14
132:11,21
133:10

**marking**
26:21

**Mary**
14:17
15:1

**Master's**
16:10
108:25

**math**
44:18
111:3
127:19

**mathematics**
38:22
81:11

**Matt**
14:3

**matter**
5:6 36:10
66:1,2

**Mcgiboney**
66:5
69:23
70:8 71:7

**Mcintosh**
71:21
72:17
73:9

**Mckay**
131:15

**means**
125:24
126:7

**measure**
66:19
87:20
101:21
102:6
103:23

**measures**
86:2,6
88:14,15

**medication**
9:15

**meet**
18:24
20:2,14
48:10
84:14,16,
17,18

**math** 85:15,16
100:8

**meeting**
119:20
123:12

**meetings**
34:8
84:16,22,
23 85:14,
17

**Melanie**
5:23
19:21
20:7 72:3

**member**
31:12
111:2,3,
6,16
112:12
129:19

**members**
14:5
30:20
31:15
80:1

**memo**
22:2
132:4,5,
7,17

**memorialize
d**
80:12

**memory**
70:25

**memos**
21:16,21,
25 22:23
131:23
132:3
133:1

**mental**
15:4



120:6
121:6,10,
13,15
122:4
124:7
127:14

mentality
106:19

mention
81:4
122:23

mentioned
17:9
23:13
46:5
57:18
67:25
80:20
86:7
92:22
94:7
121:19
123:20
130:15

mentioning
126:1

menu
55:15
103:1

merge
14:21
32:13
61:1
79:21,23
107:1,10
122:16

merging
33:9 60:7
106:25

met
57:14

metrics
97:16

metro
30:19
77:1

Michigan
32:17
61:14
81:8,9
107:21
109:4

mid
109:14
110:3,4

middle
8:21
46:23
47:2

miles
117:24
118:3

Milestones
77:20

million
113:1,10

Mimi
61:24
62:18,21
112:10

mindset
76:2

minimum
58:14
100:8

minutes
9:3 20:16
134:2

Miriam
112:10,11

mission
117:19

missions
51:13

model
13:18
24:3,18,
20 76:12
79:7
83:19,20
127:4,6,8
128:5,16

models
78:2
105:3

modifications
82:3

moment
23:12
70:1
90:13

Monday
5:2

money
32:3
110:23
112:23
113:11

monitor
92:8,11,
19

month
77:19
105:24
106:6
117:5,6

monthly
84:15
85:17
129:20

months
37:12
49:8
58:13
128:14

Moore
111:23

Morris
14:20
23:19
111:6,16
124:15

Morris'
124:16

move
30:11
39:15
55:6,19
57:24
71:13
106:2,8,9

moved
32:10
57:10,18
105:25
125:14

moving
58:9,17
59:4
98:14

MPSS
13:16,18

MTSS
11:5
14:21
32:13
61:7,9
79:25
81:22
106:18
107:11,
14,17,23
109:4
122:13

multi-
tiered
122:8
123:1,5,

20

multiple
46:4

multitiered
11:6
107:12

Murphy
5:10

————————

N

Nakeba
99:10,11
100:2

names
126:2

national
28:6,14
29:20,23
30:2,3,7
31:2
62:20
89:4,20
106:14

nationally
127:16

naturally
24:22

nature
125:7

necessarily
36:8
114:21

needed
25:22
86:18

network
10:6
16:19
84:11,13
85:13



newest
  112:15

nice
  26:6 58:8
  101:4

Nicholas
  20:9,11

nineties
  109:16,24
  110:6

ninth
  46:25

nod
  7:15

non-
classroom
  75:23
  76:1

non-pbis
  116:14

nonacademic
  13:16
  117:20
  129:16

normalized
  59:3

north
  37:9

Northern
  5:8

Note
  8:11

notes
  22:10

notice
  11:14,16
  12:4,12

November
  60:14

nuanced
  50:14

nuances
  22:22

number
  22:2
  36:1,25
  40:4
  42:15
  45:9
  52:5,22
  56:2
  62:21
  66:13
  67:25
  70:3
  76:24
  77:14
  78:16
  79:12,13,
  14 85:10
  92:16
  94:7,13
  95:19
  115:19
  119:23

numbers
  21:17,22
  22:1,11
  36:11
  37:11
  114:14

nurse
  120:14,
  20,21

nurses
  15:4
  121:3

nursing
  14:12
  120:25

nutshell
  114:13

                O

oath
  7:4,5

object
  8:12
  18:13
  32:8 35:9
  40:20
  41:21
  43:4
  47:11
  48:1,22
  50:2 51:7
  57:21
  63:18
  68:15
  74:17
  75:12
  79:8
  82:11,12
  91:17
  100:24
  101:18
  103:6
  130:10
  131:20

objection
  35:14

objections
  8:13

obligation
  7:6

obvious
  55:5

occasion
  83:3

occasionall
y
  8:11

occasions
  43:16

occur
  105:21

occurred
  99:20

occurring
  24:23

October
  13:23
  14:1
  106:9

ODR
  101:8

ODRS
  10:18
  46:4

offer
  36:13
  42:7,23
  78:4
  85:21

offered
  59:6
  128:8

office
  10:19
  15:16
  25:1
  42:5,6
  46:4
  49:19
  57:11,19
  81:25
  90:7
  93:23
  95:17,18
  98:4,5
  99:23
  101:7
  103:12
  105:5,7,
  9,11,12,
  13,16,18,
  22 106:3,

8 107:5
  108:5
  117:3,16,
  19 118:7,
  11,24
  119:8,11
  120:2,4
  123:25
  125:14
  129:7
  130:7
  131:4,13

offices
  106:22

official
  32:6
  94:6,10,
  11 124:22
  128:18
  131:16

officially
  28:4
  115:22
  125:10

oftentimes
  61:11
  85:15

one's
  108:12

one-day
  78:18

ongoing
  31:13

online
  22:23
  34:9
  93:1,4
  98:11

onsite
  84:15
  118:1

open



80:18

**opened**
80:25

**openings**
108:7

**operating**
72:25

**operational**
98:19
100:9

**operationalized**
98:13

**operations**
59:3

**opinion**
43:16
50:21
51:4

**Opportunity**
6:13

**optional**
34:3

**orally**
7:13

**order**
64:12

**Oregon**
17:5 41:5
52:9
62:24
71:21

**organic**
124:9

**organization**
26:2

**organize**
108:13

**out-of-school**
67:5 68:6
93:24

**outcome**
95:15

**outcomes**
17:11

**outline**
80:15

**outset**
86:1

**overarching**
113:1

**overburdening**
80:5

**overlap**
123:6

**oversights**
62:22

**overwhelm**
73:6

**overwhelming**
124:9

--------

**P**

**p.m.**
5:3
90:15,22
116:22,25
134:16,18

**pages**
94:25

**pandemic**
69:13

**paragraph**
119:1

**pardon**
112:10

**parent**
66:16

**parents**
66:12,19

**Park**
18:25
19:12

**part**
101:10
106:12
117:18
119:12
126:21

**part-time**
62:6
110:3
112:12
129:12

**part-timers**
108:9
109:17
110:10

**partial**
100:15

**participants**
94:11

**participate**
36:4,11
37:19
84:22
103:23
113:21
129:14

**participated**
66:11
79:6,11
88:8 95:3
96:6

103:18
131:11

**participating**
66:16
127:25
128:4

**participation**
33:22
66:14
93:14

**particulars**
22:22

**partner**
52:8

**partnered**
29:20
54:24

**partnering**
28:13

**partnership**
121:19

**partnerships**
33:8
121:20

**parts**
103:12

**pass**
46:22

**past**
116:15

**Patrick**
5:10

**pattern**
67:6

**pause**
57:17

**pay**

113:22

**PBIS**
10:15
13:2
14:15,22
15:14,16
16:17,22
17:7 19:3
21:10,12,
13,20
22:4,18
23:20,21
24:2,12
25:23
26:6,8,
13,14,17,
24 27:8
28:3,14,
20,23
29:2,13,
17 30:13
31:23
32:6
33:7,12,
14,19,25
34:12,21
35:8,13,
18 36:5,
6,21
37:5,8,
14,24
40:5 42:6
48:21
49:4,14,
18,19
51:4
52:4,7
53:4
57:9,18
62:23
63:12
67:19
74:14
77:12
78:9 80:1
84:10,12,



20 85:12,
21,25
86:4 89:1
91:3
92:10,20
93:9,25
94:5,9,17
96:5,9,23
98:9,12,
24 101:14
103:15
105:6,9,
12,19
106:12,15
107:6,8,
9,10,11,
19,20
108:6
109:1,2
110:9,22
111:20
113:11
114:7,19,
20
115:12,16
116:5,9,
13 122:14
123:16
124:17,24
125:1,6,
8,12,21
126:1,4
132:13
133:4

**peace**
65:7

**peeled**
113:14

**peer-led**
121:22

**pen**
120:24

**pencil**
120:24

**pending**
5:8 8:21

**people**
17:2 21:9
26:1
31:22
52:22
55:18
58:20
63:21,23
64:15
70:11
108:5
113:21
125:20

**percent**
24:25
25:10
35:19
69:4
84:21
87:14
95:25
100:8,11,
13,21

**percentage**
100:22
113:13

**percentages**
95:16

**perception**
26:1

**Perfect**
12:2
65:17

**person**
5:25 34:9
85:6,15
99:25
100:6
108:13
119:9
120:22

**personal**
51:8

**personally**
88:12

**Personnel**
13:17

**perspective**
17:8 28:5

**pertain**
21:10

**Petri**
89:1

**Phillips**
111:25

**philosophy**
28:23
64:18

**phone**
20:7,15,
21 116:19

**picky**
114:20

**piece**
58:22
61:25

**pieces**
25:3
46:21
80:9,10,
19 87:17
89:5
91:23
92:2
93:16
96:3,21
104:2,13
105:2
122:4,6
123:19,21
127:14,17

**place**

25:3 29:6
31:18
34:23
35:2
36:17
44:5 45:4
46:16
47:7 48:8
54:15
55:17,19
57:1 65:1
71:1 73:4
74:1,7,11
78:25
79:23
81:24
82:23
83:8
84:25
87:11,16,
17,24
97:22,25
102:4,7
114:24
117:7

**placement**
47:25

**places**
105:20

**placing**
88:22

**plaintiff**
23:6

**Plaintiff's**
11:13,20
26:22
27:2
52:15,18
69:17,19
99:2,4
118:10,13
132:8,10,
19,20
133:7,9

**plan**
26:23
27:9
48:18
55:7,20
56:25
57:2
79:20
80:14,16,
20 84:5
132:18
133:6

**planning**
19:5 40:9

**plans**
33:8
43:23
50:7
79:16,19
80:11
84:2
119:17

**play**
25:23
61:25

**played**
41:5

**plug**
95:19

**point**
8:7 30:24
94:24
100:6

**Polansky**
5:21

**policy**
66:4
90:1,3,6

**poor**
33:15
66:18
67:17



population
   18:11
   39:7

portal
   97:4

position
   119:22
   125:3,9,
   13

positive
   10:16
   23:14
   24:7
   26:13
   27:19
   29:12
   67:3,18
   76:5

possibility
   61:3

possibly
   40:10
   42:3
   83:22
   114:9

post-covid
   59:3

potentially
   25:5
   39:14
   43:23
   88:3
   94:23
   113:25

practice
   25:18
   76:4
   96:10

practiced
   7:19

practices
   27:23

29:7 31:8
35:3
64:24
67:7 68:9
71:19
74:3
75:20
78:22

pray-and-
spray
   34:24
   36:19

preceps
   107:20

predictabil
ity
   102:16

predictable
   26:12
   78:4

predicted
   24:1
   64:22

preexisting
   61:15

prepare
   19:24
   20:2 21:1
   23:1

prepared
   22:12

preplanning
   77:15

present
   12:11
   20:6 77:4

presentatio
n
   20:16

presently
   34:3

pretend
   35:1

prevent
   24:6 29:6
   83:6

preventativ
e
   33:3
   87:18

prevented
   64:23

preventing
   65:5

prevention
   24:3 76:2
   106:19
   107:24
   121:23
   123:23
   130:16

prevention-
based
   23:21
   24:2 82:4

prevention-
wise
   107:16

previous
   120:11

previously
   11:13,21
   53:19
   110:1
   124:17
   130:15

primarily
   91:7

principal
   73:11
   103:21

principals

73:15

printout
   71:6

prior
   20:18
   47:24
   48:8
   70:17
   105:11,
   16,17
   129:23

private
   19:1
   46:21

proactive
   25:3
   76:5,17
   79:22
   87:18
   91:9,11
   131:2

proactively
   75:20
   120:18

problem
   25:7
   32:22
   87:7,16,
   23 91:12
   104:6

problems
   28:18
   29:6 65:5
   107:16
   121:25

proceed
   9:20
   90:23
   117:1

process
   43:15
   46:19
   80:22

92:23,24
97:22
128:1
129:22

processes
   29:5
   129:24

professiona
l
   27:20
   34:25
   121:5

professiona
ls
   34:17
   121:17

proficient
   56:10
   77:3

program
   10:5,8
   13:5,6
   14:20
   17:21,22
   18:12,19,
   23 19:9
   37:3 52:8
   68:13
   86:12
   97:6,19
   108:12
   111:7,19,
   21,23,25
   112:7
   114:21
   116:3
   124:17,25
   125:12
   130:16
   131:19

program's
   101:14

programs
   10:10



19:10
22:3
33:18
34:2
35:23
37:2
70:16
96:22
97:3,15,
23 98:16,
25 99:24
114:18
115:11
116:2

progress
39:15

progressed
31:1 87:1

project
30:2
41:14
81:9
109:5
121:12

projects
16:10

promoted
70:24

promotion
71:1

prompted
106:10
107:4

propensity
128:11

proposing
101:14

prosperity
65:7

protocol
104:7

provide
12:11,18,
22 15:8,
12 18:8
27:20
31:12
38:11
39:4,6
40:15,17,
18 41:10,
18,25
42:12,14
43:10,13
50:8
51:15
52:4
75:6,10
76:19
82:9,13,
16 83:2,
9,16 88:5
97:16,17
103:1,15
104:16,17
113:22
127:21
129:20
130:2

provided
37:15
59:23
61:23
77:8
109:18,25
110:8
129:7

providing
51:11,18,
21 77:16
79:16
84:3 92:3

proving
33:17

publicize
98:21

published
27:11
98:24

pull
11:19
118:16

pulled
19:18

pullouts
22:5

punishment
96:9,13

purpose
23:25
64:21,22

purposes
103:5

purview
15:14

push
73:6

put
8:12
21:16,21,
25 24:13
25:9 37:3
38:15
55:7,20
56:24,25
57:1
80:13
94:1
98:23,24
102:4
117:25
127:17
132:17

puts
7:6

putting
31:25
60:2

61:24
66:19
74:1 81:3
102:3


————————————

Q

quality
86:10,13

quarterly
84:14
85:15
131:7,8

question
8:4,8,9,
21 9:5
15:8,12
16:15
22:21
55:9 69:9
78:3
88:12
100:17
110:7
123:4

questions
6:24 7:1,
10,13,21
8:4,12,14
9:12,17,
19 12:13
15:15,21
20:4 21:8
33:3
40:13,25
41:9 90:4
132:14
134:5,8,
13

quick
111:1
116:19

quicker
73:18

quickly
17:19
29:2 67:7
73:22
89:8

quote
27:17
29:2,10
75:6


————————————

R

R-U-F-E
112:16

Rahming
99:10,11
100:2

rally
24:16

random
28:17

rare
83:3

rate
73:21

rates
27:22,24
66:14
67:5
93:14

rating
53:17
65:19,21,
22 67:15,
24 68:3
69:6,11
115:22
116:11,13

re-think
65:11,12

reach



41:13
130:20

reached
    29:7

reaching
    55:17
    75:17

react
    82:5

reacting
    23:23

read
    19:13,16
    20:17
    132:2,6

reading
    38:21
    44:19
    72:5
    81:10

ready
    90:17,20

real
    111:1
    116:19

reality
    118:7
    125:5

realize
    37:1

realm
    48:17

reason
    8:20 9:11
    57:20
    71:5

reasonable
    47:4

reasons
    107:3

recalibrati
on
    57:25

recall
    58:13
    101:23
    102:5

receive
    15:19
    39:11
    43:17
    45:5
    49:22
    50:17
    78:9,13
    79:15
    96:1
    102:19

received
    16:2 43:2
    48:20
    49:13,18
    56:3
    100:23
    103:4
    128:18,22

receiving
    38:23
    43:24,25
    45:16
    48:8
    50:6,25
    77:8
    80:21,23
    81:14

recently
    59:22
    131:7

recess
    116:23

recognition
    133:4

recognize

7:25
27:12
71:3
99:13,17
118:18
122:5

recognized
    85:5

recommendat
ion
    46:12,18
    102:4

recommendat
ions
    43:23
    44:15
    46:14

recommitmen
ts
    35:21

reconfirm
    12:21

record
    5:1,15
    6:11,19
    7:15 8:13
    90:10,11,
    12,14,16,
    21 91:13
    109:20
    116:18,
    21,25
    134:1,10,
    15,16

recorded
    7:11

recordkeepi
ng
    120:24

records
    38:6
    68:12

redo
    123:12

refer
    10:1,4

referencing
    22:15

referral
    93:23
    98:4,5
    101:7

referrals
    10:19
    46:4
    95:17,18
    96:1
    123:25

referred
    125:12

referring
    10:9
    129:5

reflect
    73:17
    95:13

regard
    89:13

region
    17:14
    32:3 35:5
    97:13
    109:7

regional
    10:8,10
    19:10
    32:1
    33:18
    34:2,8,19
    60:13
    64:6,9
    96:22
    97:3,15
    98:16

101:14
104:25

regionally
    97:11
    108:20

regular
    17:25
    85:9

regulations
    35:7,12

reinforce
    25:16

reinforceme
nt
    25:17

reinstall
    104:1

reintroduce
    6:11

relate
    15:7,11
    16:6,13,
    14

related
    11:17
    21:3 93:9

relates
    110:21

relationshi
p
    28:5
    30:12
    40:11
    102:24
    119:16

relay
    84:23

relying
    15:20

remained



102:12

**remedy**
64:16
130:6

**remember**
9:3 20:13
87:5
99:19
117:5

**remote**
5:10,11

**remove**
67:7
111:13
125:8

**removed**
125:10

**rent**
113:24

**repeat**
35:11
41:23
72:4 75:6
82:15
85:14

**replication**
17:10

**report**
14:2
69:15
124:14

**reporter**
5:12,16
7:4,11,13
16:25
17:17
63:3,7
90:9
95:10,13
109:19
133:23

**reporting**
93:8
96:23
111:17
124:10

**reports**
14:4,16,
17,25
124:15

**represent**
5:12 6:15
14:5,8
17:7

**representat
ive**
6:2
120:21,22

**representat
ives**
14:11

**represented**
19:20
53:9

**request**
22:14
77:11
78:5

**requested**
21:19,23

**requesting**
73:16
121:2

**requests**
64:10
78:8
97:25
98:1

**require**
33:11,18
39:5,10
80:17
93:6,8

**required**
91:4
97:15

**requirement**
44:4

**requirement
s**
96:23

**requiring**
39:19,21

**RESA**
62:14
76:12
82:24
83:14
84:12,17
104:25
108:21

**RESAS**
76:23
84:20
129:11

**research**
17:8
30:4,7
33:13
40:25
66:24
71:14,20
72:12,13,
19 127:11

**researcher**
88:20

**researchers**
31:2

**researching**
73:20

**resiliency**
121:22

**resilient**
121:25

**resource**
112:9

**resources**
108:16,17

**respectful**
24:20,21

**respond**
15:21
25:2

**responding**
25:12,19

**response**
9:4 12:11
64:25
99:11

**response-
wise**
107:17

**responses**
66:8

**responsibil
ities**
13:12

**responsible**
105:6,9

**rest**
108:19
110:18
131:17

**restate**
107:8

**restrictive**
11:3
101:17

**restructure
d**
125:3

**result**
93:23

**resulting**

29:7

**results**
93:22

**retired**
70:15

**retrained**
73:16

**retrieve**
36:1 52:6

**retrieved**
114:16

**reverse**
71:17
72:16

**review**
21:14,23
29:5
81:24

**reviewing**
61:2
80:21

**revision**
27:10

**revisions**
80:21,22

**revisit**
104:1

**Riffle**
19:1

**Rights**
6:14

**risk**
121:24

**Rob**
16:24
17:4 24:4

**Robbins**
19:21

**Robinson**



5:12

**robust**
54:20

**role**
13:7,8,
10,13,21,
22 14:2
15:7,11
16:6
23:14
25:23
41:5
62:5,18

**roles**
108:10,24
109:11
110:1

**roll**
56:7 75:1

**rolled**
56:14

**rolling**
54:20
56:1 75:2

**rollout**
74:14,15

**routine**
85:9
131:11

**routinely**
67:8

**Rufe**
112:15

**run**
69:15
77:5

**rural**
30:18

**rut**
36:18

——————————

**S**
——————————

**S-A-S**
87:13

**safety**
14:13,19
15:4
57:12
66:8
105:17,23
106:3
115:19
119:5,17
125:13
126:10,
13,14,16,
17,18

**sake**
124:23

**salaries**
22:17
109:10,24
110:2
113:2,19
114:8

**salary**
21:18,22
109:13
111:7
112:6,14
132:4,5,7

**Salvatore**
14:18
15:2

**SAMHSA**
121:12

**sample**
89:18

**Sandra**
5:22 62:5
99:9
100:7,18,

21 101:13
112:13

**Sandy**
61:23

**SAS**
63:2,5
87:13

**scale**
17:12
31:17
64:4
73:18
116:13

**scale-up**
16:10,21,
23 17:3
55:3

**scaled**
54:25

**scattered**
28:16
31:3
77:10

**schedule**
78:5

**school**
14:11,13
15:3,4
18:4,10
24:12,13
25:23,25
26:5
28:11,17
29:13,18
30:14
31:3,25
32:24
34:18,25
35:17
36:4,12,
23 37:2,
10,11
38:10,12

39:3,18,
23,25
40:25
41:9
42:11
44:8,22
46:23,25
47:2,9
50:9
51:10,13
53:16,25
54:12
55:12,25
56:17,20
57:11
59:3
62:7,15
63:10
64:10
65:18,21,
22,25
66:3,18,
20,21,23,
25 67:2,
3,5,10,
14,24
68:2,7,
10,13,18
69:1,5,11
71:15
73:13
74:5,10
76:12,22
77:22
78:8,11
79:1
81:14,25
82:22,24
83:1
84:8,12,
17,19
85:6
86:25
87:8,9,
21,23
88:10,11
89:8,9,

10,11,18
91:10,14,
16,19,24
92:3
96:5,11
98:2,3,4,
12 100:22
101:8,12
102:23
103:8,15,
17,22
104:9,16,
25
105:17,23
106:3
109:8
110:11,20
112:8
113:3,16
114:17
115:12,
15,17,21
116:1,3,
8,11,12
117:25
118:1
119:5,16
120:14,
20,21,25
121:2,16
122:17,
21,22,23,
24 123:5,
8,16,18,
23,24
124:11,
12,21,22,
25 125:5,
13,22
126:6,10,
13,14,16,
18,20
127:4,6,
8,17
128:5,16
129:7,7,9,
13,17,22,



23 130:19
133:4,5

**school's**
40:18
68:2 69:1
75:3
77:14
88:5

**school-based**
14:12
15:1,3
25:6
117:25
120:12
124:1

**schools**
17:10
21:10
22:3,6
27:24
29:3,14
32:21
33:7,12,
24 34:12,
18 35:3,
23 36:6,
10,14,21
37:1,4,7,
13,23
40:4,6,15
41:18,25
42:7,15,
18,22
43:1,10,
12 48:20
49:13,17
51:19
52:2,9
53:16
54:14
55:16
58:23
59:7,10,
15 62:14

63:16
65:8,18
67:22
68:7 69:4
72:14
73:10
75:16
76:16
77:8
78:7,23
79:6,11,
15 82:17
83:6,10,
11,15,18,
19 84:10
85:5,12,
20 86:3
87:3
88:16
91:3,6,9
92:8,13,
14,16,20
93:3,9,
11,21
94:1,4,8,
16 96:16,
24 97:5,
17,23
98:21,25
100:8,12
102:20
103:5
104:22
106:22
114:18
115:1
116:9,13,
14 120:3,
16 122:22
128:1,2,
15,20
129:15,22
131:2
132:13,15

**schoolwide**
10:22

17:8
24:14,15
28:4,21
91:1

**science**
30:6
127:20

**score**
53:16
65:18
88:22

**scores**
92:24
93:14
94:23

**screen**
118:10

**scroll**
11:23
12:1,16
53:6,14
71:23
99:16
118:22
126:8

**SDE**
31:25

**section**
6:13
42:19
52:10

**security**
119:15
120:3

**seed**
32:3

**seek**
43:6

**selling**
81:15

**send**

84:21
90:1
97:10,13
132:22
133:11,
15,24
134:11

**senior**
14:20
108:12
111:7

**sense**
41:2
44:22
104:14
106:15
115:17
121:1

**sentence**
100:17

**separate**
50:15
114:18
123:6
130:23

**September**
110:12

**series**
132:14

**serve**
23:25
25:13
64:22

**served**
11:15

**Service**
32:2

**services**
27:19
38:11,19
39:4,6,11
43:10,18

48:13
49:22,24
50:17,19
100:23
129:2,4
130:3

**session**
19:6
123:14

**set**
84:9
88:21
93:4
129:10

**sets**
44:14

**setting**
18:4
80:15
106:23

**settings**
25:15
46:22
76:1

**shake**
7:15

**Shannon**
112:2

**share**
27:1 86:2
110:13

**she'll**
17:19

**shift**
125:25

**shifted**
86:12,14

**shore**
120:3

**short**
133:3



show
  11:12
  24:20
  26:21
  52:14
  53:24
  69:16
  99:1
  118:9
showcased
  60:12
showed
  12:8
showing
  47:5
shown
  20:24
  53:11
  63:11
side
  32:12,13
  49:3
  131:10
sign
  35:20
signals
  79:17
significant
  58:19
signs
  94:2
siloed
  61:16
similar
  32:25
  92:1
  106:18,21
Similarly
  30:15
Simonsen
  73:23

simple
  88:20
simultaneou
sly
  59:19
  107:18
single
  36:12
  39:25
site
  18:24
  82:19
sites
  64:9
sitting
  23:23
skills
  28:8,11,
  17 64:16
  109:8
SLDS
  96:18
  97:7
slide
  97:11
slow
  17:1
  63:3,4
slow-walk
  73:5
slowly
  71:17
  72:16
small
  25:15
  30:25
  60:12
  62:21
  87:5
  128:24
Smith-dixon

70:19,20,
21
social
  14:12
  15:3
  124:5
  127:20
Social/
emotional
  115:6
solid
  45:3,4
  55:16
solution
  32:23
Solutions
  5:13
solving
  25:7
  32:22
  87:7,16,
  23 91:12
  104:6
sooner
  74:1,11
  130:6
sound
  50:12,14
sounds
  97:24
Sources
  121:21
  130:15
South
  86:11
SP
  13:17
space
  75:20
speak

7:12
  17:18
  18:7 25:1
  30:20
  32:5 34:5
  49:15
  55:15
  66:20
  74:24
  77:6
  87:15
  96:2
  122:16
  125:4
speaking
  66:12
  95:8
speaks
  16:20
  17:13,15
special
  18:16
  27:18
  34:5
  40:10
  42:4 47:8
  48:15
  49:2,15,
  25 50:5,
  19 51:5
  57:10,11
  62:12
  70:17,22
  76:8
  99:22
  105:18,22
specialist
  62:6
  82:24
  84:18,19
  102:23
  104:17
  105:1
  109:13
  110:4

111:20,
22,24
  112:1
  129:13
specialists
  32:1
  34:19
  54:24
  56:10
  62:3,15
  76:13,22
  79:1
  83:14
  84:13
  89:18
specific
  11:25
  49:10
  50:6
  59:10
  76:9
  78:12
  109:12
  132:12
specificall
y
  12:13
  21:11
  51:12,18
  112:23
  126:1
speculate
  64:1
speed
  73:21
spell
  6:18
spelled
  115:2
spent
  113:18
spoken
  28:24



sponsored
  95:4

spring
  77:23
  85:3
  94:21

SST
  39:14
  44:21
  46:12
  47:10,13,
  14,20
  48:5,7,10
  51:1

Stacey
  6:1 12:9
  20:8
  132:4

staff
  14:3,5
  31:12
  38:5
  66:25
  74:23
  75:19
  76:7
  97:11
  108:19
  110:3,16,
  24 111:2,
  3,6,16
  112:12
  125:18
  129:19

stages
  30:22

stake
  109:6

stand
  60:5,6

standard
  104:7

standards
  98:17
  100:10

star
  67:15
  69:11
  115:21

stars
  57:2

start
  13:2
  31:20,21,
  25 32:21
  45:20
  46:3
  54:20
  86:11,21
  90:18

started
  14:23
  17:11
  28:13,15
  31:10
  56:1,5,7
  66:5
  77:13,16
  80:25
  86:15
  117:6
  130:24

starting
  8:5 33:8
  45:21
  53:24
  90:19

state
  5:7,23
  6:18
  10:10,12,
  13 13:2,
  8,16
  16:1,18
  17:14
  23:19

26:24
  31:13,15,
  16 32:3,
  16,17
  34:16
  35:5 36:9
  37:20
  38:5
  40:12
  41:6,14
  44:3,4
  54:16
  56:9
  63:20,22
  64:20
  65:24
  76:11,14
  88:17,18,
  25 89:2,
  13,15
  95:5
  96:18
  97:10,11,
  12,14
  104:16
  105:2
  107:14
  108:20
  109:7
  110:16,17
  119:14
  121:16

stated
  53:19
  91:1
  105:8
  110:20
  121:6

states
  5:6,19
  6:14,16
  11:15
  30:5,9
  61:14
  64:25
  72:21

107:15
  129:8,24

stating
  57:19

stats
  106:24

status
  32:6 33:6

stay
  45:24
  101:2

steady
  92:16

step
  58:19

Steve
  81:10

Steven
  112:15

stop
  8:8 12:20

strategic
  16:9,19
  26:23
  27:9
  28:15
  76:10
  80:13,16,
  20 83:7

strategy
  25:20

stream
  129:6

streams
  110:13

Street
  19:11

Strength
  121:22
  130:16

strong
  47:7

structure
  24:11
  124:5,10

student
  28:9 31:8
  38:18,21
  39:6,10,
  20 40:1
  43:17,21,
  24,25
  44:5,9,
  10,12
  45:7,14,
  16,17,18,
  19 46:5,
  7,8,15,
  19,24
  47:23
  48:4,7,13
  50:1
  65:12
  66:7
  85:22
  96:18
  115:18
  118:4
  120:23

student's
  46:20

student-
based
  124:6

students
  13:14,20
  17:24
  18:2,16
  24:8,24
  25:2,12,
  19 26:8,
  10,11,16,
  18 27:25
  32:15



33:4,5
38:11,15
39:19,22
43:22
44:13,17,
24,25
45:2,8,
11,21,24
46:3,15
47:5,10,
15 48:19
49:21,25
50:16,20,
22,24
51:5,12
66:8,22
67:1,7
75:24
95:16,20,
22,23
96:1
100:14,22
101:1,15
117:20,22
120:16
121:1
122:2
124:3
127:18

**students'**
44:16

**Studies**
127:20

**study**
114:12

**Suber-drake**
6:1 12:9
20:8

**subject**
52:25

**submit**
92:12
93:4,12,
16,22

94:4,17
95:2,18
96:20
97:3,7
100:10,13
133:22

**submitted**
94:11

**submitting**
94:18,25

**substitute**
78:17

**succeed**
129:22

**succeeding**
129:18

**success**
13:20
30:21
45:7 46:1
47:5
117:21,23
118:5
120:19

**successful**
13:15
17:25
18:3 25:9
30:10
32:18
33:4,5
44:18,19,
25 45:12,
22 46:8
50:10
104:9
120:17
122:3
124:4

**Sugai**
16:24
17:5 24:4
28:13

**suite**
62:23

**summer**
16:4
60:25
77:13,23

**superintend
ent**
13:11
30:18
70:16
94:2
100:4,5
125:16

**supervise**
23:18
34:4

**supervising**
58:5
109:2

**supervisor**
34:5

**support**
10:6,16
11:6
14:14
27:20
28:9
29:12
31:13
34:11
38:19,25
39:12
40:1 41:1
43:21
44:5,9,
10,12
45:7,11,
17,19
46:5,15,
20 47:24
48:7
50:10
51:15

56:22
63:16
75:7,11
76:9,18,
20 77:9
78:8,10,
20 79:16
80:11
82:9,16,
18 83:9,
17,24
84:3,25
85:24
86:18
88:6
96:10
103:1
108:3,4,
21 110:8,
21 112:22
114:25
115:11,
14,15,18
121:2
124:4
127:1
129:2,4
130:3

**supportive**
26:13
87:17

**supports**
13:11
14:6
15:2,17
18:2
23:15
27:22
28:21
32:15
38:20,21,
22 39:16,
20,21
40:16,17,
19 41:10,
12,19

42:1,5,7,
10,14,24
43:14
48:14
49:11,19
51:5,11,
21 52:4
55:15
62:11
63:17
64:11
90:7
105:7
107:5
108:6
117:4,17
118:11,24
122:9
123:1,5
124:13
130:7
131:4,14

**survey**
63:2,5
66:8
87:12,14
88:2,6
93:15
94:22
115:19

**surveys**
66:11,15

**Susan**
111:19

**suspend**
65:7

**suspended**
69:10,12

**suspension**
27:25
29:8 67:5
93:24

**suspensions**
68:5,6



sustain
   34:22
   36:15

sustainabil
ity
   36:17

swear
   5:16

SWIS
   10:21
   21:9 22:6
   33:21
   62:9,20,
   24 90:25
   91:4,6,
   14,23
   92:5,13,
   17,18
   132:17

switch
   116:19

sworn
   6:5 7:3

system
   10:22
   11:6
   41:1,12
   42:12,13
   43:15
   50:10
   51:14,20
   52:3
   56:21
   64:25
   65:22
   67:15
   84:8 91:2
   94:2
   96:19
   107:12,23
   108:3
   110:21
   112:22

systems
   40:7
   43:13
   83:23
   85:24
   87:3,10
   91:10,25
   107:24
   120:23

————————————

       T

————————————

TA
   30:2

tackle
   77:15

takes
   34:23
   72:23
   76:10
   82:22

taking
   6:16 8:22
   9:15
   42:16,18
   45:4 47:6
   61:15
   62:2
   64:3,7
   74:7
   76:3,15
   81:6,24,
   25 106:17
   119:25

talk
   19:24
   20:20

talked
   92:25
   120:12
   125:11,16
   127:15

talking

7:24 42:9
82:20
101:5
106:21

taller
   64:12

tangible
   130:14

target
   18:11
   55:4

TAS
   89:4,21

task
   28:7
   32:12
   63:24
   65:25
   74:9 76:6
   106:17
   107:20

tasked
   14:21

Tayloe
   5:20

Taylor
   20:9

teach
   24:19
   28:9,10
   30:16
   64:19
   78:22

teacher
   44:15
   46:11,13
   73:11
   76:4

teachers
   44:21
   47:1
   66:11,25

67:1
71:18
74:2
76:9,14,
18 78:13,
17,23
87:15
108:17

teaching
   32:11
   75:18,19
   105:13,25
   106:2
   125:15

team
   25:7
   30:15,16
   31:5,14
   32:10,24
   34:15
   36:15
   39:14,17
   41:9
   43:21
   44:2,5,9,
   11,12,20
   45:7
   46:5,9,
   12,15,20
   47:13,14,
   17,20,24
   48:5
   49:10,19
   51:1
   61:20,22
   63:13,20
   78:11,16
   79:3,4
   80:1,2
   81:1,3
   82:4,22
   87:7,9,
   16,21,23
   88:17,18
   89:13,15
   94:5 95:5

107:6,8,9
108:2
109:9
110:20,
21,24
112:9,23
119:11
122:13,14
123:17,
18,20,23,
24 124:1,
11,12,13

teams
   28:9,11,
   17 32:21,
   25 33:1
   45:17,19
   47:10
   48:7
   58:23
   62:14
   76:8
   82:20
   106:23

technical
   27:21
   28:6,14
   29:20,23
   30:3
   38:19
   54:22
   73:20

telling
   71:14
   72:13

tells
   8:15

temporarily
   33:16

temporary
   38:25

tend
   72:16



tenets
  127:9

terms
  78:21

testified
  6:5 40:3

testify
  16:15

testifying
  7:5

testimony
  11:16
  12:11,19,
  22 15:8,
  12

testing
  43:25
  45:14
  77:20,24

TFI
  40:23,24
  42:16,18,
  19 51:23
  52:11
  58:20
  81:5,10,
  11,12
  82:1
  86:7,8,14
  92:24
  93:14
  96:8
  103:25

TFIS
  81:14
  82:22

therapeutic
  10:6
  18:2,9

thing
  7:23 19:5
  68:23

things
  14:14
  21:10
  24:17
  25:11,14,
  21 32:25
  33:5 47:9
  50:15
  54:18
  57:25
  62:16
  66:23
  72:24
  74:7
  77:21
  81:5
  82:23
  83:7 85:8
  87:24
  89:3 92:4
  93:3
  94:25
  102:16
  106:19
  114:10
  119:23
  120:5
  121:5
  124:8
  126:20
  130:18
  132:6

thinking
  17:11
  65:4 73:8

thinks
  87:23

thought
  65:14
  66:9
  86:16
  102:4

three-day
  103:18

tier
  24:25
  25:5,14
  37:4,7,
  13,15,16,
  18,23
  38:4,11,
  20,21,22,
  24 39:4,
  6,11,12,
  19,21
  40:1,4,7,
  15,17,19
  41:1,8,
  12,18,25
  42:7,10,
  12,17,19,
  23 43:3,
  10,12,17,
  19,20
  45:3,6
  47:22
  48:13,20
  49:1,7,
  10,14,18,
  22,24
  50:9,17,
  18 51:4,
  21 52:4,
  10 54:11,
  15,20,24,
  25 55:3,
  10,13,17,
  18,24
  56:7,16,
  21,24
  57:5
  58:15,18,
  21,24
  59:12,18,
  21,23
  60:5,6,
  10,19,20,
  22,23
  61:21
  63:16
  71:13

74:15
  79:22
  82:17
  83:22,23,
  24 84:4,6
  86:13
  87:1,2,4,
  10 88:8
  95:17,22,
  23 96:6
  100:11,
  21,23
  101:3
  103:13
  112:22
  132:15,16

tiered
  14:14
  27:21
  28:10
  38:19
  40:23
  51:24
  52:11,25
  53:4
  58:21
  62:25
  81:6
  83:25
  88:7
  94:18
  108:3
  110:21
  124:4,13

tiers
  22:4
  37:17
  38:15,18
  59:15
  62:11
  71:15
  72:15
  74:1 75:8
  82:10
  83:10,17
  85:22

86:18

Tiffany
  20:9

time
  5:3 7:18
  18:10
  31:14,24
  33:20
  36:18
  38:12
  41:23
  46:16
  47:4
  51:23
  55:18
  57:12,23
  58:5
  70:3,21,
  24 71:4
  74:10,14
  83:6
  86:16
  93:5,22
  99:14
  100:4
  111:11

timeline
  53:1,4
  54:10
  55:10
  56:15
  57:4

timelines
  53:8,24
  84:24

times
  30:22
  41:13
  46:22,23
  81:13
  84:14
  89:15
  92:1,25
  94:19



121:18              22 87:4          64:6,9           12,15,21,        transition
129:12                                73:13            23 80:4,6          75:24
                     tools            77:3,13          82:10,14,          100:14
title                  81:17          83:13            17 83:15,
  12:2                 88:4,21        86:21            16 84:3,6        transitione
  124:17               89:12          104:24           85:2 88:9       d
  125:9                                                95:3,6            102:3
  126:2              top            trained            102:21            106:7
  131:16,17            53:14          22:3 40:7        103:3,15,
  132:2,5,             126:14         42:23            18,24           transitioni
  13                                  83:12            104:1,4,8       ng
                     topic            132:14,15        105:3,4           101:16
titled                 13:1                            106:24
  53:3                              trainer            112:23          transmitted
                     topics           34:25            113:11,          96:15
today                  12:12,22                        12,14,18,
  5:11 6:17            15:8,12,     trainers           21,22,25        transportat
  9:9,13               21 16:15       62:13            114:9           ion
  12:11,19                                             121:14,18         114:3
  15:9,13            total          training           130:17,
  16:16               22:2            21:17,21         19,25           travel
  19:2,22,            92:14           22:1 33:7                          106:15
  25 20:18,           110:23          34:18,22       trainings           113:6,20,
  22 30:12            113:10          36:16            28:16             23 114:2,
  32:7 36:2                           37:17            31:3              8 118:3
  58:16             touched           38:6,8           37:18
  62:6                29:16           42:1             49:11           trend
  80:17                               43:2,7           56:6             92:4
  89:25             track             48:21            59:18
  97:19               41:17,25        49:8,14,         77:7            trends
  122:13              42:7,22         18 55:2          103:14,17         71:17
  124:14              91:21           56:2,5,          104:15,21         72:15
  131:23,24           115:8           18,20            113:6,7,
  132:3                               58:18,25         19 129:20       trial
  133:2,13          tracked           59:1,5,6,        130:18           6:12
  134:5               91:16           11,12,16,
                      116:8           20,21          transcript        triangle
today's                               60:20,23         109:22           95:21
  5:2 21:1          tracking          61:2,15,
  23:2                42:4 92:9       21 62:9        transcripts       trio
  134:15                              64:10            20:17            102:24
                    traditional       72:22
tolerance             18:4            74:15          transformat       true
  65:9                                76:11,12,      ion                61:9
                    Traditional       21,23           62:7             107:23
tolerate            ly                77:5,16          110:11
  65:14               91:5            78:2,11,         112:8           truth
                                      13,19,22,        113:4,16         7:3,7
tool                train             25 79:7,
  81:20               31:15                                            truthfully
  86:16,18,           34:20,25                                          9:13
                      58:23
                      62:14                                            turn
                                                                        27:14,15



79:2

turnover
    73:11,12,
    14 105:2

tweak
    102:16

tweaked
    102:10,11

twisted
    123:9

two-
    103:18

two-day
    78:18

two-
dimensional
    92:3

two-year
    102:14

type
    45:5 79:7
    91:11

typically
    37:15
    48:16
    84:21
    94:21
    102:10
    107:15
    109:15,23
    112:25
    113:9,20
    119:11

───────────
    U
───────────

U.S.
    5:8

ultimately
    33:3

unaware
    33:21
    116:3

uncommon
    105:19

underneath
    15:14

understand
    7:8,11
    8:7,17,
    18,24,25
    10:1,5,9,
    12,15,18,
    21,24
    11:2,5,8
    38:10
    39:8
    100:1
    124:23
    126:7,23

understanda
ble
    58:11

understandi
ng
    9:24
    12:10
    18:1
    97:12,18
    125:24

Understood
    8:6,10

undertaken
    65:25

unique
    101:6

unit
    27:20
    29:2

united
    5:6,19
    6:14,15

11:15
    61:17
    123:9

universal
    76:2

universally
    81:19

University
    16:1
    17:5,6
    37:20
    38:5
    40:12
    41:5,20
    42:2,23
    43:3 52:8
    56:11
    62:24
    71:21
    73:23

unsafe
    126:20

update
    80:14
    128:7

uploads
    62:25

upper
    62:11
    109:14,24
    110:6

upstream
    121:23
    130:16

urban
    73:15

utilize
    36:6

───────────
    V
───────────

vacancies

81:2
    112:17

vacuum
    90:5

valid
    30:19

validated
    40:24

variety
    105:20

vehicle
    26:6
    115:23
    125:6

verify
    128:18

versus
    5:6 101:8
    116:13
    130:20

Vickie
    99:9,21,
    22

Victoria
    5:21

video
    90:17

videoconfer
ence
    5:4

view
    13:19
    21:11
    30:24

Virginia
    81:8,18
    82:1

virtually
    5:19,24
    8:1 78:1

visit
    18:24
    128:24

visits
    82:19

voice
    121:3

voices
    20:13

voluntarily
    36:11
    92:11
    93:12
    94:2,17

voluntary
    33:13,23
    88:25
    94:5

───────────
    W
───────────

W-E-I-S-T
    112:2

wait
    118:3

walk
    89:7

walk-
throughs
    83:20
    94:24

walked
    19:6
    54:25

walking
    98:6

walls
    19:6

Wanda
    5:12



wanted
    54:19
    55:6 57:1
    65:7
    102:17

Washington
    32:17
    61:14
    107:22

ways
    16:12
    28:7
    29:17
    30:8,13
    34:14
    61:13 82:8
    130:13

web
    21:2
    22:20
    95:1
    98:23
    123:11
    128:7

webinars
    85:17

webpage
    21:12
    123:12,13

website
    21:20
    118:12,18
    126:22

websites
    21:11,15

Wednesday
    123:12,14

Wednesday's
    126:21
    128:10

weeks
    118:3

weigh
    90:3

weighing
    66:16

Weist
    112:2

wellbeing
    120:7
    121:7,10

wellness
    14:19
    120:8,15

whiteboard
    123:14

whole-scale
    16:9

wholly
    58:18

Wisconsin
    32:18
    107:21

woefully
    54:15

Woods
    74:23

Woolridge
    112:3

word
    81:12

work
    26:3
    47:10
    67:23
    92:6,11
    102:22
    106:13,21
    108:6,14
    125:7
    129:21
    130:24

worked
    54:22
    106:13

workers
    14:12
    15:3
    124:5

working
    19:2,8
    61:20
    120:22

world
    73:18

worthy
    128:21

wraparound
    15:2
    129:2,4
    130:3

writing
    80:25

wrote
    71:12
    75:6
    100:7,19,
    21

─────────────

─────────────

        Y

─────────────

Y-A-C-O-B-
A-C-C-I
    112:6

Yacobacci
    112:5

year
    10:25
    13:22,25
    35:24
    36:23
    37:10,11
    39:3,5,
    19,20

53:11,24,
25 54:12
55:12,25
56:17
57:15
63:10
69:11
77:11
78:14
79:12,13
85:6
91:6,7,15
92:21,23
94:14,21
102:2,9,
11 110:12
117:6
133:5

years
    13:6
    30:25
    31:1,10
    35:2 44:6
    46:13,19
    53:8,13
    56:4
    63:12
    65:1
    71:16
    72:15,23
    73:1
    77:17
    85:10
    86:9,24
    87:1 93:5
    103:19,22
    113:4
    115:20
    117:9,10

yielding
    44:24
    45:7 65:9

yields
    33:15

youth
    121:24

─────────────

        Z

─────────────

Zel
    70:24

Zelphine
    70:19,20,
    21

