**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**LAKESHA STEVENSON**

*September 22, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
1                    IN THE UNITED STATES DISTRICT COURT

2                    FOR THE NORTHERN DISTRICT OF GEORGIA

3                         ATLANTA DIVISION

4

5   UNITED STATES OF              )

6   AMERICA,                      )

7        Plaintiff,               )

8        vs.                      )

9   STATE OF GEORGIA,             )   Civil Action No.

10       Defendant.               )   1:16-CV-03088-ELR

11   _____  )

12

13                       DEPOSITION OF

14                     LAKESHA STEVENSON

15

16         DATE:  Thursday, September 22, 2022

17

18         TIME:  9:00 a.m. - 5:26 p.m.

19

20         LOCATION:  500 Fourteenth Street Northwest

21                    Atlanta, Georgia  30318

22

23   REPORTED BY:  Tamika Burnette, RPR, CSR No. 2870

24

25
```



```
 1                     APPEARANCES

 2   For The Plaintiff:

 3       U.S. Department of Justice

 4       BY:  Ms. Michelle L. Tucker, Attorney at Law

 5            Ms. Laura C. Tayloe, Attorney at Law

 6            4 Constitution Square

 7            950 Pennsylvania Avenue

 8            NW-10.1613

 9            Washington, DC  20530

10            (202) 305-3488

11            Michelle.Tucker@usdoj.gov

12   For the Defendant:

13       ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC

14       BY:  Ms. Melanie Johnson, Attorney at Law

15            Ms. Anna Edmondson, Attorney at Law

16            500 14th Street Northwest

17            Atlanta, Georgia 30318

18            (404) 856-3252

19            Mjohnson@robbinsfirm.com

20   Also Present:

21       Stacey Subper-Drake, Georgia Department of

22       Education

23       Danielle Hernandez, State of Georgia

24

25
```



```
 1                      ---oOo---

 2                     INDEX PAGE

 3

 4   WITNESS:              EXAMINATION:              PAGE:

 5   LAKESHA STEVENSON    MS. TUCKER                    6

 6

 7                          EXHIBITS

 8              (Exhibits are attached hereto.)

 9

10   EXHIBIT:              DESCRIPTION:              PAGE:

11   EXHIBIT NO. 82      GNETS DEFINITIONS          105

12   EXHIBIT NO. 229     GRANTS INFORMATION         130

13   EXHIBIT NO. 380     E-MAIL CHAIN                98

14   EXHIBIT NO. 386     E-MAIL CHAIN               217

15   EXHIBIT NO. 387     E-MAIL CHAIN               211

16   EXHIBIT NO. 395     E-MAIL CHAIN               244

17   EXHIBIT NO. 397     E-MAIL CHAIN               254

18   EXHIBIT NO. 418     NOTICE                      10

19   EXHIBIT NO. 419     E-MAIL CHAIN                19

20   EXHIBIT NO. 420     E-MAIL CHAIN                36

21   EXHIBIT NO. 421     E-MAIL CHAIN                46

22   EXHIBIT NO. 422     E-MAIL CHAIN               101

23   EXHIBIT NO. 423     E-MAIL CHAIN               116

24   EXHIBIT NO. 424     E-MAIL CHAIN               124

25   EXHIBIT NO. 425     E-MAIL CHAIN               144
```



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                            4

1                       INDEX PAGE CONTINUED:

2

3    EXHIBIT              DESCRIPTION                    PAGE

4

5    EXHIBIT NO. 426    E-MAIL CHAIN                    154

6    EXHIBIT NO. 427    E-MAIL CHAIN                    160

7    EXHIBIT NO. 428    E-MAIL CHAIN                    164

8    EXHIBIT NO. 429    E-MAIL CHAIN                    175

9    EXHIBIT NO. 430    E-MAIL CHAIN                    187

10   EXHIBIT NO. 431    E-MAIL CHAIN                    200

11   EXHIBIT NO. 432    E-MAIL CHAIN                    204

12   EXHIBIT NO. 433    E-MAIL CHAIN                    219

13   EXHIBIT NO. 434    E-MAIL CHAIN                    224

14   EXHIBIT NO. 435    E-MAIL CHAIN                    226

15   EXHIBIT NO. 436    E-MAIL CHAIN                    231

16   EXHIBIT NO. 437    E-MAIL CHAIN                    235

17   EXHIBIT NO. 438    E-MAIL CHAIN                    237

18   EXHIBIT NO. 439    E-MAIL CHAIN                    240

19   EXHIBIT NO. 440    E-MAIL CHAIN                    252

20   EXHIBIT NO. 441    E-MAIL CHAIN                    256

21   EXHIBIT NO. 442    E-MAIL CHAIN                    260

22   EXHIBIT NO. 443    E-MAIL CHAIN                    262

23   EXHIBIT NO. 444    E-MAIL CHAIN                    266

24   EXHIBIT NO. 445    E-MAIL CHAIN                    269

25



```
 1                        PROCEEDINGS

 2                        ---oOo---

 3                                                      08:52AM

 4            THE VIDEOGRAPHER:  Good morning.  We are   08:52AM

 5   now on the record.  The time is 9:09 a.m. Eastern, on   09:08AM

 6   September 22, 2022.  This begins the deposition -- video   09:08AM

 7   deposition of Lakesha Stevenson in the matter of the   09:08AM

 8   United States of America versus the State of Georgia.   09:08AM

 9            This deposition is being taken at Robbins   09:08AM

10   Alloy Belinfante Littlefield in Atlanta, Georgia.   09:08AM

11            Will all parties identify themselves -- I'm   09:08AM

12   sorry.  I'm the videographer today, Summer Menti.  Our   09:08AM

13   Court Reporter is Tamika --   09:08AM

14            Can you tell me your last name again,   09:08AM

15   Tamika?   09:09AM

16            THE COURT REPORTER:  Burnette.

17            THE VIDEOGRAPHER:  Tamika Burnette.  Thank

18   you.

19            We are both with Esquire Deposition.

20            Counsel and all parties in the room, please

21   state your name and whom you represent, after which our   09:09AM

22   Court Reporter will swear in the witness.   09:09AM

23            MS. TUCKER:  Michelle Tucker for the United   09:09AM

24   States.   09:09AM

25            MS. TAYLOE:  Laura Tayloe for the United   09:09AM
```



 1  States.                                                    09:09AM

 2             MS. JOHNSON:  Melanie Johnson for the State     09:09AM

 3  of Georgia, and I'm joined by my colleague Anna            09:09AM

 4  Edmondson, also for the State of Georgia, and Stacey       09:09AM

 5  Suber-Drake, the client representative with the State      09:09AM

 6  Department of Education.                                    09:09AM

 7             THE VIDEOGRAPHER:  Go ahead and swear in        09:09AM

 8  the witness.                                               09:09AM

 9             THE COURT REPORTER:  Please raise your          09:09AM

10  right hand.                                                09:09AM

11             (Witness sworn.)                                09:09AM

12             LAKESHA STEVENSON,

13         The witness herein, after having been first

14         duly sworn to tell the truth, was examined

15         and testified as follows:

16         THE COURT REPORTER:  Thank you.

17                   EXAMINATION

18  BY MS. TUCKER:

19    Q.  Okay.  Good morning, Dr. Stevenson.                 09:09AM

20    A.  Good morning.                                        09:09AM

21    Q.  Thank you for coming in today.  As I said           09:09AM

22  earlier, my name is Michelle Tucker, and I am a trial     09:09AM

23  attorney at the U.S. Department of Justice, Civil Rights  09:09AM

24  Division, Educational Opportunity Section.  I represent   09:09AM

25  the United States in this lawsuit, and I will be taking   09:10AM



| | | |
|---|---|---|
| 1 | your deposition today. | 09:10AM |
| 2 | A.   (Nodding yes.) | 09:10AM |
| 3 | Q.   Would you please state and spell your full name | 09:10AM |
| 4 | for the record? | 09:10AM |
| 5 | A.   Lakesha Reyna Stevenson -- | 09:10AM |
| 6 | THE COURT REPORTER:  Excuse me.  This won't | 09:10AM |
| 7 | work.  I need the witness close to me. | 09:10AM |
| 8 | MS. TUCKER:  Sure.  Okay.  Maybe we can go | 09:10AM |
| 9 | off the record for a second and we will figure out the | 09:10AM |
| 10 | room configuration. | 09:10AM |
| 11 | THE COURT REPORTER:  Okay.  No problem. | 09:10AM |
| 12 | MS. TUCKER:  Thank you. | 09:10AM |
| 13 | (Off the record at 9:11 a.m.) | 09:13AM |
| 14 | THE VIDEOGRAPHER:  Back on the record at | 09:13AM |
| 15 | 9:15 a.m. | 09:13AM |
| 16 | MS. TUCKER:  Thank you. | 09:13AM |
| 17 | Q.  BY MS. TUCKER:  So, Dr. Stevenson, would you | 09:13AM |
| 18 | please state and spell your full name for the record? | 09:14AM |
| 19 | A.  Yes.  Lakesha Reyna Stevenson, L-A-K-E-S-H-A, | 09:14AM |
| 20 | R-E-Y-N-A, S-T-E-V-E-N-S-O-N. | 09:14AM |
| 21 | Q.  Great.  Thank you.  I'm sure your attorney has | 09:14AM |
| 22 | explained much of this to you, but we're basically going | 09:14AM |
| 23 | to have a conversation today.  I'm going to ask you | 09:14AM |
| 24 | questions, your job is to answer them honestly and | 09:14AM |
| 25 | completely, okay? | 09:14AM |



LAKESHA STEVENSON                               September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              8

```
 1        A.   Mm-hmm.                                      09:14AM
 2        Q.   Okay.  You were just sworn to tell the truth by   09:14AM
 3   the Court Reporter.
 4        A.   Mm-hmm.
 5        Q.   The oath you took is the same oath you would
 6   take if you were testifying in a court of law; it puts
 7   you under the same obligation to tell the truth that you
 8   would be under court.  Do you understand that?          09:14AM
 9        A.   Yes.                                          09:14AM
10        Q.   Okay.  My questions and your answers will be  09:14AM
11   recorded by the Court Reporter, so please understand    09:14AM
12   that you will need to speak clearly and answer all      09:14AM
13   questions orally so the Court Reporter can capture your 09:14AM
14   answer accurately.  For example, she won't be able to   09:15AM
15   record a nod or a head shake, okay?                     09:15AM
16        A.   Okay.                                         09:15AM
17        Q.   Okay.  The other thing that you and I will need 09:15AM
18   to do is avoid talking over one another.  I will do my  09:15AM
19   best to not interrupt you when you're answering, and I  09:15AM
20   will ask you to let me finish my questions before       09:15AM
21   starting to answer, even if you think that you know how 09:15AM
22   to respond.  Does that make sense?                      09:15AM
23        A.   Yes.                                          09:15AM
24        Q.   Great.  If at any point you do not understand a 09:15AM
25   question, please do not hesitate to ask me to clarify.  09:15AM
```



1    A.  Okay.                                                     09:15AM

2    Q.  Okay.  Note that your attorney may occasionally          09:15AM

3  object to my questions.  This is not to put their              09:15AM

4  objections and issues -- or this is to put their               09:15AM

5  objections and issue on the record, it does not mean           09:15AM

6  that you have to stop answering, unless counsel actually       09:15AM

7  directs you not to answer.                                     09:15AM

8    A.  Okay.                                                    09:15AM

9    Q.  Does that make sense?                                    09:15AM

10    A.  Yes.                                                    09:15AM

11    Q.  Great.  If you want to take a break for any            09:15AM

12  reason, that is fine.  You see we just did that.  It can      09:16AM

13  happen.  I just ask that if a question is pending that        09:16AM

14  you finish responding before we take a break.                 09:16AM

15    A.  Okay.                                                  09:16AM

16    Q.  Okay.  Sometimes it happens that you will give         09:16AM

17  an answer as completely as you can in that moment, and        09:16AM

18  then we take a break, or five minutes later you remember      09:16AM

19  more, that is not an issue, just let us know and we can       09:16AM

20  go back.                                                      09:16AM

21    A.  Okay.                                                  09:16AM

22    Q.  Okay.  How are you feeling today?                      09:16AM

23    A.  I'm okay.                                              09:16AM

24    Q.  Good.  Is there any reason you will not be able       09:16AM

25  to answer my questions fully and truthfully today?            09:16AM



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                                    10

| | |
|---|---|
| 1 | A.  No. | 09:16AM |
| 2 | Q.  Okay.  For example, are you taking any | 09:16AM |
| 3 | medication that would inhibit your ability to answer my | 09:16AM |
| 4 | questions? | 09:16AM |
| 5 | A.  No. | 09:16AM |
| 6 | Q.  Great.  Do you have any questions before we | 09:16AM |
| 7 | proceed? | 09:16AM |
| 8 | A.  I don't think so. | 09:16AM |
| 9 | Q.  Okay.  Great.  Thank you. | 09:16AM |
| 10 | MS. TUCKER:  So I'd like the Court Reporter | 09:16AM |
| 11 | to mark this document as Plaintiff's Exhibit 418. | 09:16AM |
| 12 | (Plaintiff's Exhibit 418 marked for | 09:16AM |
| 13 | identification.) | 09:16AM |
| 14 | Q.  BY MS. TUCKER:  Dr. Stevenson, this is the | 09:17AM |
| 15 | deposition notice that we served for your deposition in | 09:17AM |
| 16 | connection with the lawsuit against the State of | 09:17AM |
| 17 | Georgia.  So this is the deposition notice that we | 09:17AM |
| 18 | served for your deposition in connection with the | 09:17AM |
| 19 | lawsuit against the State of Georgia relating to the | 09:17AM |
| 20 | Georgia Network for Educational and Therapeutic Support | 09:17AM |
| 21 | group program, which is commonly referred to as the | 09:17AM |
| 22 | GNETS program. | 09:17AM |
| 23 | Dr. Stevenson, have you seen this | 09:17AM |
| 24 | deposition notice before? | 09:17AM |
| 25 | A.  No. | 09:17AM |



1    Q.  Okay.  How were you made aware that we were          09:17AM

2  deposing you today?                                        09:17AM

3    A.  I received a notice from the attorney.               09:17AM

4    Q.  Okay.  That didn't include this document, it         09:17AM

5  was an e-mail?                                             09:17AM

6    A.  It was a phone call.                                 09:17AM

7    Q.  A phone call.  All right.  When was that phone        09:17AM

8  call?                                                      09:17AM

9    A.  I don't remember the exact day.                      09:18AM

10   Q.  Okay.  In the last week, two weeks, three            09:18AM

11  weeks?                                                    09:18AM

12   A.  Within the last two weeks.                           09:18AM

13   Q.  Okay.  And when you say "attorney," who do you       09:18AM

14  mean?                                                     09:18AM

15   A.  Stacey.                                              09:18AM

16   Q.  Stacey.  Okay.  And then what is your                09:18AM

17  understanding of what this lawsuit is about?             09:18AM

18   A.  My understanding is there are some things that       09:18AM

19  the DOJ is alleging the State has done that is not been   09:18AM

20  in the best interest of students.                        09:18AM

21   Q.  Okay.  Do you know what some of those                09:18AM

22  allegations are or what your understanding of some of     09:18AM

23  those allegations are?                                    09:18AM

24   A.  To my understanding, some of the allegations         09:19AM

25  were the unsafe facilities, I believe I've heard that     09:19AM



1  before.                                                   09:19AM

2      Q.  Okay.  Anything else?                             09:19AM

3      A.  And a lack of access to certain things.           09:19AM

4      Q.  Have you read any court filings in connection     09:19AM

5  with this lawsuit?                                        09:19AM

6      A.  I have not.                                       09:19AM

7      Q.  Okay.  Do you recall receiving a litigation       09:19AM

8  hold in this lawsuit?                                     09:19AM

9      A.  I do not.                                         09:19AM

10     Q.  A litigation hold is a notice that would advise   09:19AM

11 you not to delete e-mails or documents.  Do you recall    09:19AM

12 receiving something like that?                            09:20AM

13     A.  You said it's a document?                         09:20AM

14     Q.  It could be a document or an e-mail advising      09:20AM

15 you not to get rid of e-mails or documents.               09:20AM

16     A.  I'm not sure I received a document, but I did     09:20AM

17 receive that information from the attorneys.              09:20AM

18     Q.  Okay.  And when you say "the attorneys," you      09:20AM

19 mean?                                                     09:20AM

20     A.  From Stacey.                                      09:20AM

21     Q.  From Stacey.  Okay.  Dr. Stevenson, were you      09:20AM

22 asked to collect documents as part of the State's effort  09:20AM

23 to respond to DOJ request in this lawsuit?                09:20AM

24     A.  And when you say "collect documents," what do     09:20AM

25 you mean?                                                 09:20AM



| | |
|---|---|
| 1 | Q.  Were you asked to collect physical documents or | 09:20AM |
| 2 | information in response to one of DOJ's request in this | 09:20AM |
| 3 | lawsuit? | 09:20AM |
| 4 | A.  Yes. | 09:20AM |
| 5 | Q.  Okay.  Who asked you to do that? | 09:20AM |
| 6 | A.  Within a meeting with my program manager and | 09:20AM |
| 7 | Stacey. | 09:20AM |
| 8 | Q.  Okay.  And who is your program manager? | 09:20AM |
| 9 | A.  Vickie Cleveland. | 09:21AM |
| 10 | Q.  Okay.  What steps did you take to gather | 09:21AM |
| 11 | that -- those documents and information? | 09:21AM |
| 12 | A.  Depending on, I guess, what the request would | 09:21AM |
| 13 | be. | 09:21AM |
| 14 | Q.  Mm-hmm. | 09:21AM |
| 15 | A.  If it's information that is in the portal, I | 09:21AM |
| 16 | would just go to the portal, download the information. | 09:21AM |
| 17 | Or if it was information I might have had as making, you | 09:21AM |
| 18 | know, presentation or something, I might have it on my | 09:21AM |
| 19 | computer or something we've e-mailed a presentation or | 09:21AM |
| 20 | any documents, I would just download it. | 09:21AM |
| 21 | Q.  Okay.  And when you say "the portal," what do | 09:21AM |
| 22 | you mean? | 09:21AM |
| 23 | A.  The portal is what we use at the Department of | 09:21AM |
| 24 | Education for secure information -- | 09:21AM |
| 25 | Q.  Mm-hmm. | 09:21AM |



| | | |
|---|---|---|
| 1 | A. -- where we house different -- I don't know | 09:21AM |
| 2 | what you would call it -- platforms -- | 09:21AM |
| 3 | Q. Okay. | 09:21AM |
| 4 | A. -- for LEAs to upload secure information for us | 09:22AM |
| 5 | to review. | 09:22AM |
| 6 | Q. Okay. And by "LEAs" you mean school districts? | 09:22AM |
| 7 | A. Yes. | 09:22AM |
| 8 | Q. Okay. So for today, am I correct that you're | 09:22AM |
| 9 | being represented by Melanie Johnson -- | 09:22AM |
| 10 | A. Yes. | 09:22AM |
| 11 | Q. -- for the purpose of the deposition? | 09:22AM |
| 12 | A. Yes. | 09:22AM |
| 13 | Q. Okay. Did you talk to anyone to prepare for | 09:22AM |
| 14 | this deposition today? | 09:22AM |
| 15 | A. Melanie. | 09:22AM |
| 16 | Q. Okay. When? | 09:22AM |
| 17 | A. Yesterday. | 09:22AM |
| 18 | Q. Okay. Was anyone else on the call? | 09:22AM |
| 19 | A. Yes. Stacey and Anna. | 09:22AM |
| 20 | Q. Okay. And was it a call? I assumed it was, | 09:22AM |
| 21 | but was it a phone call? | 09:22AM |
| 22 | A. Yes. | 09:22AM |
| 23 | Q. And how long did you meet? | 09:22AM |
| 24 | A. 45 minutes. | 09:22AM |
| 25 | Q. Okay. Did you talk with anyone else about this | 09:22AM |



 1  deposition?                                          09:22AM

 2      A.  No.                                          09:22AM

 3      Q.  Did you speak with Vickie Cleveland, your    09:23AM

 4  program manager, about it?                           09:23AM

 5      A.  What do you mean "about it"?                 09:23AM

 6      Q.  Did you let her know that you were -- you had a  09:23AM

 7  deposition today?                                    09:23AM

 8      A.  She knows.  I had to.  I'm off work.         09:23AM

 9      Q.  Yeah.  Did you talk to her about the         09:23AM

10  deposition --                                        09:23AM

11      A.  No.                                          09:23AM

12      Q.  -- and what was to be discussed?            09:23AM

13      A.  No.                                          09:23AM

14      Q.  Did she identify any documents that she thought  09:23AM

15  would be helpful for your review?                    09:23AM

16      A.  No.                                          09:23AM

17      Q.  Okay.  Did she tell you anything about her   09:23AM

18  deposition?                                          09:23AM

19      A.  No.                                          09:23AM

20      Q.  Okay.  Did you look at any documents to prepare  09:23AM

21  for today's deposition?                              09:23AM

22      A.  I did not.                                   09:23AM

23      Q.  Okay.  Did you bring any documents with you  09:23AM

24  today?                                               09:23AM

25      A.  I did not.                                   09:23AM



LAKESHA STEVENSON                              September 22, 2022
UNITED STATES vs STATE OF GEORGIA                            16

```
 1      Q.  Okay.  Did you ask anyone about documents that      09:23AM
 2  could be relevant for today's deposition?                    09:23AM
 3      A.  I did not.                                           09:23AM
 4      Q.  Okay.  Did you do anything to prepare?              09:23AM
 5      A.  No.                                                  09:23AM
 6      Q.  Have you been deposed before, Dr. Stevenson?        09:23AM
 7      A.  I have not.                                          09:24AM
 8      Q.  Okay.  And have you ever been a plaintiff in a      09:24AM
 9  lawsuit?                                                     09:24AM
10      A.  No, I have not.                                     09:24AM
11      Q.  Have you ever been a defendant in a lawsuit?        09:24AM
12      A.  No, I have not.                                     09:24AM
13      Q.  Okay.  So there are a few acronyms and              09:24AM
14  definitions I'd like to go over to confirm that we have     09:24AM
15  the same understanding as we continue to move forward.      09:24AM
16      A.  Okay.                                               09:24AM
17      Q.  When I refer to GaDOE, you understand that I        09:24AM
18  mean the Georgia Department of Education?                   09:24AM
19      A.  Yes.                                                09:24AM
20      Q.  Okay.  When I refer to GNETS or GNETS program,      09:24AM
21  you understand that I'm referring to the Georgia Network    09:24AM
22  for Educational and Therapeutic Support?                    09:24AM
23      A.  Yes.                                                09:24AM
24      Q.  When I refer to regional GNETS program, you         09:24AM
25  understand that I am referring to one of the 24 regional    09:24AM
```



 1  GNETS programs across the State of Georgia?                    09:24AM

 2      A.  Yes.                                                   09:24AM

 3      Q.  When I refer to GNETS center or centers, you          09:24AM

 4  understand that I'm referring to a standalone GNETS           09:24AM

 5  location?                                                     09:24AM

 6      A.  Yes.                                                   09:24AM

 7      Q.  When I refer to GNETS school-based locations,         09:24AM

 8  you understand that I am referring to a GNETS location        09:25AM

 9  that's based in a general education setting?                  09:25AM

10      A.  Yes.                                                  09:25AM

11      Q.  When I refer to general education setting, you        09:25AM

12  understand that I'm referring to a public school in           09:25AM

13  Georgia where students with emotional and behavioral          09:25AM

14  disorders and other behavior health conditions receive        09:25AM

15  instructions and services alongside students who do not       09:25AM

16  have a disability?                                            09:25AM

17      A.  Can you repeat that?                                  09:25AM

18      Q.  I'd be happy to.                                      09:25AM

19          When I refer to a general education               09:25AM

20  setting, do you understand that I mean a public school        09:25AM

21  in Georgia, where students with emotional and behavior        09:25AM

22  disorders and other behavorial health conditions,             09:25AM

23  receive instructions and services alongside students who      09:25AM

24  do not have disabilities?                                     09:25AM

25      A.  I understand that's what that means, yes.             09:25AM



1      Q.   Okay.   When I refer to EBD, do you understand          09:25AM

2    that I'm referring to emotional and behavior disorders?       09:26AM

3      A.   Yes.                                                    09:26AM

4      Q.   When I refer to LEA, you understand that I'm           09:26AM

5    referring to a local education agency or school               09:26AM

6    district?                                                     09:26AM

7      A.   Yes.                                                    09:26AM

8      Q.   When I refer to SEA, you understand that I'm           09:26AM

9    referring to the State Education Agency?                      09:26AM

10     A.   Yes.                                                    09:26AM

11     Q.   When I refer to RESA, you understand that I'm          09:26AM

12   referring to the Regional Education Service Agency?           09:26AM

13     A.   Yes.                                                    09:26AM

14     Q.   When I refer to BIP, you understand that I'm           09:26AM

15   referring to a behavorial intervention plan?                  09:26AM

16     A.   Yes.                                                    09:26AM

17     Q.   When I refer to FBA, you understand that I'm           09:26AM

18   referring to a functional behavior assessment?                09:26AM

19     A.   Yes.                                                    09:26AM

20     Q.   When I referred to GDBHDD, you understand that         09:26AM

21   I'm referring to Georgia's Department of Behavorial           09:26AM

22   Health and Developmental Disabilities?                        09:26AM

23     A.   Yes.                                                    09:26AM

24     Q.   And when I refer to DCH, you understand that           09:26AM

25   I'm referring to the Georgia Department to Community          09:26AM



1  Health?                                                    09:26AM

2      A.  Yes.                                               09:26AM

3      Q.  Great.  Thank you.  I know that was a few          09:26AM

4  definitions to get through.                                09:27AM

5            MS. TUCKER:  I'd like the Court Reporter to      09:27AM

6  mark this document as Plaintiff's Exhibit 419.             09:27AM

7            (Plaintiff's Exhibit 419 marked for             09:27AM

8  identification.)                                           09:27AM

9      Q.  BY MS. TUCKER:  Okay.  The Bates number on the    09:27AM

10 first page of this exhibit is GA02598820.  This is a       09:27AM

11 July 30th, 2018 e-mail from you, Dr. Stevenson, to the     09:27AM

12 e-mail recruiter, with the subject:  "Job Announcement     09:27AM

13 No. 18-77."  And there are four attachments.               09:27AM

14     A.  (Witness examining document.)                      09:27AM

15     Q.  Dr. Stevenson, do you recognize this e-mail?       09:27AM

16     A.  Yes.                                               09:28AM

17     Q.  Okay.  And am I correct that this is the e-mail    09:28AM

18 that you sent to GaDOE's job recruiter to apply for a      09:28AM

19 job announcement 18-77?                                    09:28AM

20     A.  That's what it says, yeah.                         09:28AM

21     Q.  Do you have any reason to doubt the e-mail?        09:28AM

22     A.  No.                                                09:28AM

23     Q.  Okay.  Do you recall if this is the application    09:28AM

24 you submitted for your current position?                   09:28AM

25     A.  I don't recall but I guess it is.                  09:28AM



1    Q.  All right.  F you take a look at -- starting at      09:28AM
2  GA00 or 02598826.                                          09:28AM
3    A.  Where?                                               09:28AM
4         MS. JOHNSON:  (Indicating.)                         09:28AM
5         THE WITNESS:  Okay.                                 09:28AM
6    Q.  BY MS. TUCKER:  Do you see the numbers at the        09:28AM
7  bottom?                                                    09:28AM
8    A.  Yes.                                                 09:28AM
9    Q.  Great.  Maybe you'd want to take a look at           09:28AM
10 that.                                                      09:28AM
11   A.  Yes, it is.                                          09:28AM
12   Q.  Okay.  So I'm correct that you applied for the       09:28AM
13 GNETS program specialist job on July 30th, 2018?           09:28AM
14   A.  Yes.                                                 09:29AM
15   Q.  Okay.  Thank you.  Let's turn to the attachment      09:29AM
16 that starts with GA02598823.                               09:29AM
17   A.  Okay.                                                09:29AM
18   Q.  Okay.  Dr. Stevenson, do you recognize this          09:29AM
19 document?                                                  09:29AM
20   A.  Yes.                                                 09:29AM
21   Q.  Am I correct that this is your resume current        09:29AM
22 through the date of the e-mail, July 30th, 2018?           09:29AM
23   A.  Yes.                                                 09:29AM
24   Q.  Okay.  And this would reflect your education         09:29AM
25 and professional experience to that date?                 09:29AM



| | | |
|---|---|---|
| 1 | A.   Yes. | 09:29AM |
| 2 | Q.   Okay.  We're going to go through some of this | 09:29AM |
| 3 | together.  So what is your highest level of education? | 09:29AM |
| 4 | A.   Doctorate. | 09:29AM |
| 5 | Q.   Great.  And when did you receive that degree? | 09:29AM |
| 6 | A.   2017. | 09:29AM |
| 7 | Q.   Okay.  And where is it from? | 09:29AM |
| 8 | A.   NOVA Southeastern University. | 09:29AM |
| 9 | Q.   And it's a doctorate in? | 09:29AM |
| 10 | A.   Education. | 09:29AM |
| 11 | Q.   Education? | 09:30AM |
| 12 | A.   Mm-hmm. | 09:30AM |
| 13 | Q.   Okay. | 09:30AM |
| 14 | A.   It's an education doctor, EdD. | 09:30AM |
| 15 | Q.   EdD.  Got it.  I know that -- I see that the | 09:30AM |
| 16 | resume references Special Education next to your EdD. | 09:30AM |
| 17 | Do you see that? | 09:30AM |
| 18 | A.   Yes. | 09:30AM |
| 19 | Q.   Is that a certificate on top of the education | 09:30AM |
| 20 | doctorate or -- | 09:30AM |
| 21 | A.   That was my content concentration. | 09:30AM |
| 22 | Q.   Okay.  Thank you for clarifying. | 09:30AM |
| 23 | A.   Mm-hmm. | 09:30AM |
| 24 | Q.   Where did you attend college? | 09:30AM |
| 25 | A.   Undergrad? | 09:30AM |



LAKESHA STEVENSON                              September 22, 2022
UNITED STATES vs STATE OF GEORGIA                           22

| | | |
|---|---|---|
| 1 | Q.  Mm-hmm. | 09:30AM |
| 2 | A.  Auburn University. | 09:30AM |
| 3 | Q.  And when did you graduate from Auburn? | 09:30AM |
| 4 | A.  2001. | 09:30AM |
| 5 | Q.  Okay.  And what degree did you receive? | 09:30AM |
| 6 | A.  Special Education.  Then, it was called | 09:30AM |
| 7 | Learning Disability and Behavioral Disorders. | 09:30AM |
| 8 | Q.  Okay.  What other degrees do you have? | 09:30AM |
| 9 | A.  A Master's in Special Education from Georgia | 09:30AM |
| 10 | State University. | 09:30AM |
| 11 | Q.  Okay.  And when did you receive that? | 09:30AM |
| 12 | A.  2004. | 09:30AM |
| 13 | Q.  And any other degrees? | 09:30AM |
| 14 | A.  Educational Leadership, Regent University, | 09:30AM |
| 15 | 2009. | 09:31AM |
| 16 | Q.  Thank you, Dr. Stevenson.  Let's turn to the | 09:31AM |
| 17 | attachment to this e-mail that starts with GA02598821. | 09:31AM |
| 18 | Let me know when you see that. | 09:31AM |
| 19 | A.  Okay. | 09:31AM |
| 20 | Q.  Do you recognize this document? | 09:31AM |
| 21 | A.  Yes. | 09:31AM |
| 22 | Q.  Okay.  Am I correct that this document outlines | 09:31AM |
| 23 | all the certifications you held both current and expired | 09:31AM |
| 24 | when you applied for the position in 2018? | 09:31AM |
| 25 | A.  Yes. | 09:31AM |



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              23

1      Q.   Okay.  It appears that many of these          09:31AM

2   certifications expired in June 2021, correct?         09:31AM

3      A.   (Witness examining document.)                 09:31AM

4      Q.   If I was to look at the end validity column -- 09:31AM

5      A.   Mm-hmm.                                        09:31AM

6      Q.   Do you see that?                               09:31AM

7      A.   Mm-hmm.  They have been renewed.               09:31AM

8      Q.   They have been renewed?                        09:31AM

9      A.   Yes.                                           09:31AM

10     Q.   Have all of these listed been renewed?         09:31AM

11     A.   Yes.                                           09:32AM

12     Q.   Okay.  And when were they reviewed?            09:32AM

13     A.   Prior to those expiring.  I don't know the     09:32AM

14  exact date I renewed them.                             09:32AM

15     Q.   Do you know how long the certifications are    09:32AM

16  current for now?                                       09:32AM

17     A.   I think five years.  Five or six years.  I'm   09:32AM

18  not sure.                                              09:32AM

19     Q.   Okay.  Are there any additional professional   09:32AM

20  certifications that you hold right now?                09:32AM

21     A.   No.                                            09:32AM

22     Q.   Okay.  Let's turn back to the resume, which    09:32AM

23  begins on GA02598823, to learn more about your         09:32AM

24  professional background.                               09:32AM

25     A.   Okay.                                          09:36AM



1        Q.  Well, actually, just pause for one second.      09:32AM

2               THE VIDEOGRAPHER:  Yeah, let's go off the     09:32AM

3    record.                                                  09:32AM

4               MS. TUCKER:  Yes, we'll go off the record     09:32AM

5    for one second.                                          09:33AM

6               (Off the record.)                             09:33AM

7               THE VIDEOGRAPHER:  At 9:34 a.m.               09:33AM

8               (Off the record at 9:34 a.m.)                 09:35AM

9               THE VIDEOGRAPHER:  Stand by.  Back on the     09:35AM

10   record at 9:36 a.m.                                      09:35AM

11       Q.  BY MS. TUCKER:  Dr. Stevenson, let's turn back   09:35AM

12   to your resume that starts with GA02598823, just to      09:35AM

13   learn a little bit more about your professional          09:35AM

14   background.                                              09:35AM

15               Who is your current employer?                09:35AM

16       A.  Georgia Department of Education.                 09:36AM

17       Q.  Okay.  And this is in the GNETS program          09:36AM

18   specialist role?                                         09:36AM

19       A.  Yes.                                             09:36AM

20       Q.  Okay.  When did you officially assume this       09:36AM

21   position?                                                09:36AM

22       A.  In 2018.                                         09:36AM

23       Q.  Do you remember what month?                      09:36AM

24       A.  I do not.                                         09:36AM

25       Q.  Okay.  And then who did you interview with?      09:36AM



| | | |
|---|---|---|
| 1 | A.  I know Vickie Cleveland was there, and I do not | 09:36AM |
| 2 | remember who else was there. | 09:36AM |
| 3 | Q.  Okay.  Do you remember if it was quickly after | 09:36AM |
| 4 | you applied? | 09:36AM |
| 5 | A.  I do not. | 09:36AM |
| 6 | Q.  Okay.  And do you report to Vickie Cleveland? | 09:36AM |
| 7 | A.  Yes. | 09:36AM |
| 8 | Q.  Okay.  And earlier you said her role was | 09:36AM |
| 9 | program manager -- | 09:36AM |
| 10 | A.  Yes. | 09:36AM |
| 11 | Q.  -- for GNETS? | 09:36AM |
| 12 | A.  Yes. | 09:36AM |
| 13 | Q.  Okay.  Have you always reported to Vickie | 09:36AM |
| 14 | Cleveland in this role? | 09:36AM |
| 15 | A.  In this role, yes. | 09:36AM |
| 16 | Q.  Okay.  Did you know Vickie Cleveland before | 09:37AM |
| 17 | assuming this position? | 09:37AM |
| 18 | A.  Yes. | 09:37AM |
| 19 | Q.  Okay.  How did you know Vickie Cleveland? | 09:37AM |
| 20 | A.  We worked at the Georgia Department of | 09:37AM |
| 21 | Education together. | 09:37AM |
| 22 | Q.  Okay.  In what roles in GaDOE had you worked | 09:37AM |
| 23 | together before? | 09:37AM |
| 24 | A.  She was a program specialist for the | 09:37AM |
| 25 | Results-Driven Accountability unit, and I also was a | 09:37AM |



1  program specialist for the Results-Driven Accountability        09:37AM
2  unit.                                                           09:37AM
3      Q.  And is that within the Special Education                09:37AM
4  division?                                                       09:37AM
5      A.  It is.                                                  09:37AM
6      Q.  How long, approximately, did you work together?        09:37AM
7      A.  About a year.                                           09:37AM
8      Q.  Before you assumed this position, did you work         09:37AM
9  with Vickie Cleveland on any matters related to GNETS?          09:37AM
10     A.  No.                                                     09:37AM
11     Q.  Okay.  Who evaluates you?                               09:37AM
12     A.  Vickie Cleveland.                                       09:37AM
13     Q.  Okay.  Anyone else?                                     09:37AM
14     A.  No.                                                     09:37AM
15     Q.  Okay.  Do you have any direct reports in this           09:37AM
16 position?                                                       09:38AM
17     A.  I do not.                                               09:38AM
18     Q.  Okay.  Have you in the past?                            09:38AM
19     A.  I have not.                                             09:38AM
20     Q.  Okay.  So before working as a GNETS program            09:38AM
21 specialist, what was that prior position?                       09:38AM
22     A.  Results-Driven Accountability program                  09:38AM
23 specialist.                                                     09:38AM
24     Q.  And when did you assume this position?                  09:38AM
25     A.  2017.                                                   09:38AM



1      Q.  Looking at the resume, do you think -- would it      09:38AM

2  be 2016?                                                     09:38AM

3      A.  No.  I held another position --                      09:38AM

4      Q.  Oh, okay.                                            09:38AM

5      A.  -- before that.                                      09:38AM

6      Q.  Got it.  So this result-driven accountability        09:38AM

7  program specialist was 2017?                                 09:38AM

8      A.  Mm-hmm.                                              09:38AM

9      Q.  Okay.  And this was within GaDOE?                    09:38AM

10     A.  It is.                                                09:38AM

11     Q.  Who did you report to?                               09:38AM

12     A.  Winter Lowe.                                          09:38AM

13     Q.  Okay.  Did you have any direct reports in that       09:38AM

14  role?                                                        09:39AM

15     A.  I did not.                                            09:39AM

16     Q.  Okay.  When you were in that role, did you           09:39AM

17  interact with any GaDOE colleagues working on the GNETS     09:39AM

18  program?                                                     09:39AM

19     A.  I did not.                                            09:39AM

20     Q.  Okay.  Did you interact with any regional GNETS      09:39AM

21  programs when you were in that role?                         09:39AM

22     A.  Can you explain?                                     09:39AM

23     Q.  Yes.  When you were a program specialist for         09:39AM

24  the Results-Driven Accountability division --               09:39AM

25     A.  Mm-hmm.                                              09:39AM



1      Q.  -- within GaDOE, did you interact with any        09:39AM

2    regional GNETS programs?                                09:39AM

3      A.  Interact, that's the question I'm asking.  What   09:39AM

4    do you mean by "interact"?                              09:39AM

5      Q.  Did you communicate, did you train, any sort of   09:39AM

6    interaction?                                            09:39AM

7      A.  Within my job duties we had meetings with         09:39AM

8    everybody.  So --                                       09:39AM

9      Q.  Okay.                                             09:39AM

10     A.  -- if they were at the meeting, then yes.         09:39AM

11     Q.  And by "everybody," do you mean --                09:39AM

12     A.  The specialist director, and the GNETS            09:39AM

13   directors, we would have joint meetings.                09:39AM

14     Q.  Okay.  Got it.  And prior to this program         09:39AM

15   specialist position, what program specialist -- did you 09:39AM

16   hold a different program specialist?                    09:40AM

17     A.  I did.                                            09:40AM

18     Q.  And what was that?                                09:40AM

19     A.  That was within the Georgia IEP, GO-IEP, which    09:40AM

20   is a statewide IEP program --                           09:40AM

21     Q.  Okay.                                             09:40AM

22     A.  -- within Special Education.                      09:40AM

23     Q.  Who was your supervisor then?                     09:40AM

24     A.  Linda Castellanos.                                09:40AM

25     Q.  Okay.  And when did you assume that position?     09:40AM



LAKESHA STEVENSON                                September 22, 2022
UNITED STATES vs STATE OF GEORGIA                                    29

1        A.   In 2016.                                            09:40AM

2        Q.   Okay.  So you were in it for about a year?         09:40AM

3        A.   Mm-hmm.                                            09:40AM

4        Q.   Okay.  When you were a program specialist for      09:40AM

5   GO-IEP, did you interact with GaDOE colleagues working      09:40AM

6   on the GNETS program?                                       09:40AM

7        A.   No.                                                09:40AM

8        Q.   Did you interact with regional GNETS programs     09:40AM

9   while in this role?                                         09:40AM

10       A.   If they needed training on GO-IEP, then yes.      09:40AM

11       Q.   Okay.  Did folks reach out for you to training    09:40AM

12  on GO-IEP?                                                  09:40AM

13       A.   We were assigned regions, so if they were         09:40AM

14  within my region and they needed training, or they         09:41AM

15  didn't reach out to me, they could reach out to one of     09:41AM

16  my colleagues, and then we were assigned to do those       09:41AM

17  trainings.                                                  09:41AM

18       Q.   What region did you have?                         09:41AM

19       A.   That's a very good question.  It changed so       09:41AM

20  much.                                                      09:41AM

21       Q.   Okay.                                            09:41AM

22       A.   So I might have started with mid-Georgia, and     09:41AM

23  then as they hired more people, I was more wherever I      09:41AM

24  needed to be, wherever somebody needed support.            09:41AM

25       Q.   Okay.  So lots of driving around the state?       09:41AM



| | | |
|---|---|---|
| 1 | A.   Yeah, lots of driving around the state. | 09:41AM |
| 2 | Q.   Okay.  Prior to this program specialist job, | 09:41AM |
| 3 | what position did you hold? | 09:41AM |
| 4 | A.   Specialist education lead in Atlanta Public | 09:41AM |
| 5 | Schools. | 09:41AM |
| 6 | Q.   Okay.  And when did you assume this position? | 09:41AM |
| 7 | A.   2015. | 09:41AM |
| 8 | Q.   Okay.  So you were also in this for about a | 09:42AM |
| 9 | year? | 09:42AM |
| 10 | A.   A year and some change. | 09:42AM |
| 11 | Q.   A year and some change.  Okay.  So your | 09:42AM |
| 12 | employer was Atlanta Public Schools? | 09:42AM |
| 13 | A.   Yes. | 09:42AM |
| 14 | Q.   What is the role of a special education lead? | 09:42AM |
| 15 | A.   Within that role we monitor for compliance, a | 09:42AM |
| 16 | specific set of schools that we're assigned to, and | 09:42AM |
| 17 | provide support to teachers, provide training to | 09:42AM |
| 18 | teachers, do a lot of paperwork, and attend IEP meetings | 09:42AM |
| 19 | when needed. | 09:42AM |
| 20 | Q.   Okay.  While you were in this role with Atlanta | 09:42AM |
| 21 | Public Schools, were you assigned to any GNETS programs? | 09:42AM |
| 22 | A.   No. | 09:42AM |
| 23 | Q.   Did you interact with GaDOE colleagues working | 09:42AM |
| 24 | on GNETS programs while you were in this role? | 09:42AM |
| 25 | A.   No. | 09:42AM |



| | | |
|---|---|---|
| 1 | Q.  Okay.  And so -- did you not interact with | 09:42AM |
| 2 | North Metro or South Metro GNETS program? | 09:42AM |
| 3 | A.  I never had -- I never had any students who | 09:43AM |
| 4 | attended that program while in Atlanta Public Schools. | 09:43AM |
| 5 | Q.  Okay. | 09:43AM |
| 6 | A.  At the schools I was working with, there were | 09:43AM |
| 7 | no student that attended. | 09:43AM |
| 8 | Q.  Understood.  And then did any of your students | 09:43AM |
| 9 | at the schools you were working at, were there ever any | 09:43AM |
| 10 | referrals to GNETS while you were there? | 09:43AM |
| 11 | A.  I don't recall. | 09:43AM |
| 12 | Q.  Okay.  Before Atlanta Public Schools, where did | 09:43AM |
| 13 | you work? | 09:43AM |
| 14 | A.  DeKalb County Public Schools. | 09:43AM |
| 15 | Q.  And what was the role? | 09:43AM |
| 16 | A.  Special education lead. | 09:43AM |
| 17 | Q.  Were your responsibilities -- | 09:43AM |
| 18 | A.  The same. | 09:43AM |
| 19 | Q.  Okay.  When you were with DeKalb County Public | 09:43AM |
| 20 | Schools, did you interact with any GaDOE colleagues | 09:43AM |
| 21 | working on the GNETS program? | 09:43AM |
| 22 | A.  I did not. | 09:43AM |
| 23 | Q.  Did you interact with the DeKalb Rockdale GNETS | 09:44AM |
| 24 | program? | 09:44AM |
| 25 | A.  Interaction would be the director would come | 09:44AM |



1  speak to us about GNETS once a year, and that was my          09:44AM

2  only interaction.                                             09:44AM

3      Q.  Okay.  By "us," who do you mean?                      09:44AM

4      A.  The special education leads.                          09:44AM

5      Q.  Okay.  How many were there?                           09:44AM

6      A.  Oh, gosh.  I don't even know.                         09:44AM

7      Q.  Okay.                                                 09:44AM

8      A.  Quite a few.                                          09:44AM

9      Q.  Five, 10?                                             09:44AM

10     A.  Oh, more than that.                                   09:44AM

11     Q.  Okay.                                                 09:44AM

12     A.  It was elementary, middle, and high school           09:44AM

13 leads.                                                        09:44AM

14     Q.  Okay.                                                 09:44AM

15     A.  So it was quite a few.                                09:44AM

16     Q.  Okay.  Understood.  And then how long were you       09:44AM

17 with DeKalb County Schools?                                   09:44AM

18     A.  I think I started there in 2009.                      09:44AM

19     Q.  Okay.  And before you were at DeKalb County,         09:44AM

20 where were you?                                               09:44AM

21     A.  Fulton County.                                        09:44AM

22     Q.  Okay.  Fulton County?                                 09:44AM

23     A.  Mm-hmm.                                               09:44AM

24     Q.  And --                                                09:44AM

25     A.  In between I worked at Renaissance.                   09:44AM



LAKESHA STEVENSON                                September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              33

| | |
|---|---|
| 1 | Q.  Okay.  Let's start with Renaissance. | 09:45AM |
| 2 | A.  Okay. | 09:45AM |
| 3 | Q.  What was Renaissance? | 09:45AM |
| 4 | A.  Renaissance Learning has a platform called Star | 09:45AM |
| 5 | Reading and Star Math, and I was a training/consultant | 09:45AM |
| 6 | for them. | 09:45AM |
| 7 | Q.  Okay.  And was this focused on special | 09:45AM |
| 8 | education as well or -- | 09:45AM |
| 9 | A.  It was anybody.  It wasn't just special | 09:45AM |
| 10 | education. | 09:45AM |
| 11 | Q.  Okay. | 09:45AM |
| 12 | A.  But I was familiar with the program from my | 09:45AM |
| 13 | time using it in the classroom. | 09:45AM |
| 14 | Q.  Okay.  In what classroom would that have been? | 09:45AM |
| 15 | A.  When I was in Fulton County. | 09:45AM |
| 16 | Q.  Okay.  So at -- before Renaissance, you were at | 09:45AM |
| 17 | Fulton County? | 09:45AM |
| 18 | A.  Well, Renaissance was during Fulton/Atlanta. | 09:45AM |
| 19 | It wasn't separate, or Fulton/DeKalb.  So I did both. | 09:45AM |
| 20 | Q.  Okay.  Got it.  So when you were at DeKalb and | 09:45AM |
| 21 | when you were at Fulton, you worked part-time -- | 09:45AM |
| 22 | A.  Mm-hmm. | 09:45AM |
| 23 | Q.  -- through Renaissance?  Okay.  Thank you for | 09:45AM |
| 24 | that clarification. | 09:46AM |
| 25 | A.  Mm-hmm. | 09:46AM |



1    Q.  So let's go back.  Keep going backwards.  So in          09:46AM

2    Fulton County, where were you?          09:46AM

3    A.  I was at Hapeville Elementary School.          09:46AM

4    Q.  And what were you doing at Hapeville Elementary          09:46AM

5    School?          09:46AM

6    A.  I was a special education teacher.          09:46AM

7    Q.  And when did you start at Hapeville?          09:46AM

8    A.  In 2005.          09:46AM

9    Q.  Okay.  And how long were you there?          09:46AM

10   A.  To 2009.          09:46AM

11   Q.  Got it.  Who did you report to at Hapeville?          09:46AM

12   A.  The principal was Juanita Nelson.          09:46AM

13   Q.  Okay.  Did you interact with any regional GNETS          09:46AM

14   programs in this role?          09:46AM

15   A.  I did not.          09:46AM

16   Q.  Okay.  Did any of your students move to the          09:46AM

17   GNETS program while you were a special education          09:46AM

18   teacher --          09:46AM

19   A.  No.          09:46AM

20   Q.  -- at Hapeville Elementary?  I'm sorry?          09:46AM

21   A.  No.          09:46AM

22   Q.  Were there any students that were referred to          09:47AM

23   the GNETS program while you were at Hapeville          09:47AM

24   Elementary?          09:47AM

25   A.  No.          09:47AM



1     Q.   Okay.  And before Hapeville Elementary, where    09:47AM

2   were you?                                               09:47AM

3     A.   Marietta High School.                            09:47AM

4     Q.   Okay.  And what years were you there?            09:47AM

5     A.   2001 to 2005.                                    09:47AM

6     Q.   And what was your position?                      09:47AM

7     A.   Special education teacher.                       09:47AM

8     Q.   Okay.  And what county is Marietta High School   09:47AM

9   in?                                                     09:47AM

10     A.   Marietta City.                                  09:47AM

11     Q.   Marietta City.  That's the school district?     09:47AM

12     A.   Mm-hmm.                                          09:47AM

13     Q.   Okay.  And did you interact with any regional   09:47AM

14   GNETS programs while in this role?                     09:47AM

15     A.   No.                                             09:47AM

16     Q.   Okay.  Did any of your students move to a       09:47AM

17   regional GNETS program in this role?                   09:47AM

18     A.   No.                                             09:47AM

19     Q.   Were any referred?                              09:47AM

20     A.   No.                                             09:47AM

21     Q.   Okay.  When did you first become aware of the   09:47AM

22   GNETS program?                                         09:47AM

23     A.   When I was in Marietta, Marietta High School.   09:47AM

24     Q.   Okay.  Got it.  And what were you -- how did    09:48AM

25   you find out about it?                                 09:48AM



1      A.  It was discussed during preplanning.  There's a        09:48AM

2  presentation of a lot of different things and that was         09:48AM

3  one of the things they discussed.                              09:48AM

4      Q.  Okay.  So during your times teaching in a              09:48AM

5  special education leads, you never -- am I correct that        09:48AM

6  you did not have a student attend GNETS?                       09:48AM

7      A.  I did not have a student attend GNETS.                 09:48AM

8      Q.  Okay.  Thank you.  I'm interested in learning          09:48AM

9  more about your role as a GNETS program specialist?           09:48AM

10     A.  Mm-hmm.                                                 09:48AM

11     Q.  Why did you choose to apply in July 2018?              09:48AM

12     A.  I've always worked with students that had              09:48AM

13  emotional behavioral disorders.                               09:48AM

14     Q.  Okay.                                                   09:48AM

15     A.  So that was one of the reasons I applied for           09:48AM

16  the job.  I was also -- I've always also been interested      09:49AM

17  in learning more -- I wouldn't say learning more, I           09:49AM

18  would just say because of my work, my previous work with      09:49AM

19  students with emotional behavorial disorders.                 09:49AM

20     Q.  Okay.  Thank you.                                       09:49AM

21          MS. TUCKER:  I'd like the Court Reporter to           09:49AM

22  mark this document as Plaintiff's Exhibit 420.               09:49AM

23          (Plaintiff's Exhibit 420 marked for                  09:50AM

24  identification.)                                              09:50AM

25     Q.  BY MS. TUCKER:  I'll wait until you get it.           09:50AM



1  Okay.  The Bates number on the first page of this          09:50AM

2  exhibit is GA00119322.  This is a July 2018 e-mail         09:50AM

3  thread, including Crystal Albright, Karen Flowers,         09:50AM

4  Zelphine Smith-Dixon, Vickie Cleveland, and Shanita        09:50AM

5  Howard.  The most recent e-mail in the thread is dated     09:50AM

6  July 29th, 2018, with a subject of "Permission to post     09:50AM

7  new position GNETS."  There's one attachment.              09:50AM

8      A.  (Witness examining document.)                      09:50AM

9      Q.  Dr. Stevenson, please take a look at the           09:50AM

10  attachment beginning at GA00119324.  The top reads that   09:51AM

11  it's a posting for job 18-77 GNETS program specialist.    09:51AM

12      A.  (Witness examining document.)                     09:51AM

13      Q.  Do you recognize this as the job posting that     09:51AM

14  you applied for?                                          09:51AM

15      A.  Yes.                                              09:51AM

16      Q.  Okay.  Let's turn back to that cover e-mail.      09:51AM

17  Who is Crystal Albright?                                  09:51AM

18      A.  I don't know.                                     09:51AM

19      Q.  Okay.  Who is Karen Flowers?                      09:51AM

20      A.  I think she was a budget analyst.                 09:51AM

21      Q.  Okay.  Who is Shanita Howard?                     09:51AM

22      A.  I don't know.                                     09:51AM

23      Q.  Okay.  And then who is Zelphine Smith-Dixon?      09:51AM

24      A.  She is the former Special Education director      09:51AM

25  for the State of Georgia.                                 09:51AM



1      Q.  And you said "former."  Do you recall when          09:51AM
2   Zelphine Smith-Dixon left GaDOE?                            09:52AM
3      A.  I do not.                                            09:52AM
4      Q.  Okay.  Did you work with Zelphine Smith-Dixon?       09:52AM
5      A.  She was the director, so if there was something      09:52AM
6   she needed us to do, then I would do it.                    09:52AM
7      Q.  Okay.  Looking back at the posting that starts       09:52AM
8   with GA00119324.  Okay.  This is the posting that you       09:52AM
9   were ultimately hired into?                                 09:52AM
10     A.  Mm-hmm.                                              09:52AM
11     Q.  Correct?                                             09:52AM
12     A.  Mm-hmm.                                              09:52AM
13     Q.  We'll just have to say yes.                          09:52AM
14     A.  I'm sorry.  Yes.                                     09:51AM
15     Q.  It's okay.  Yes, just --                             09:52AM
16     A.  Yes.                                                 09:52AM
17     Q.  -- to get into the rhythm of it.                     09:52AM
18     A.  Okay.                                                09:52AM
19     Q.  Did anyone in GaDOE talk to you about this role      09:52AM
20  in advance of you applying?                                 09:52AM
21     A.  Talk to me, like, what do you mean?                  09:52AM
22     Q.  Let you know that a GNETS program specialist         09:52AM
23  position was coming available?                              09:52AM
24     A.  It was kind of common knowledge.                     09:52AM
25     Q.  Okay.  Got it.  Folks were just aware that the       09:52AM



 1   GNETS program needed additional people?                    09:53AM

 2        A.   Mm-hmm.                                          09:53AM

 3        Q.   Is that a yes?                                   09:53AM

 4        A.   Yes.                                             09:53AM

 5        Q.   Okay.  Great.  What -- were they saying          09:53AM

 6   anything else about the job?                              09:53AM

 7        A.   No.                                             09:53AM

 8        Q.   Okay.  Let's take a look at the box with the     09:53AM

 9   two paragraphs towards the top.  The box starts with      09:53AM

10   "Provides general supervision."                           09:53AM

11        A.   Mm-hmm.                                          09:53AM

12        Q.   Do you see that?                                 09:53AM

13        A.   Yes.                                             09:53AM

14        Q.   Okay.  I want you to take a look at the          09:53AM

15   description.  And would you agree that this box           09:53AM

16   describes the duties of the GNETS program specialist?     09:53AM

17        A.   (Witness examining document.)  Yes.             09:53AM

18        Q.   Okay.  Thank you, Dr. Stevenson.  Let's look at  09:54AM

19   this a little bit more.  Where the post -- do you see     09:54AM

20   where the posting reads:  "Provides general supervision   09:54AM

21   for the Georgia Network for Educational and Therapeutic   09:54AM

22   Support, GNETS"?                                          09:54AM

23        A.   Yes.                                             09:54AM

24        Q.   As GNETS program specialist, in what ways do    09:54AM

25   you provide general supervision for GNETS?                09:54AM



1    A.  I provide general supervision for GNETS by                09:54AM

2   answering any questions that the directors may have in         09:54AM

3   regards to the strategic plan or the grand application         09:54AM

4   or i-Ready, Basc, or any of the programs that -- that          09:54AM

5   they use.                                                      09:54AM

6    Q.  Okay.  So you answer questions?                           09:55AM

7    A.  Mm-hmm.                                                   09:55AM

8    Q.  What other ways do you provide supervision?              09:55AM

9    A.  By reviewing grant applications and the                  09:55AM

10  strategic plan.                                                09:55AM

11   Q.  Okay.  Next, do you see where it reads:                  09:55AM

12  "Duties include collaborating with the Georgia                09:55AM

13  Department of Education GaDOE team by building                09:55AM

14  professional learning structures"?                            09:55AM

15   A.  Mm-hmm.                                                   09:55AM

16   Q.  Okay.  As GNETS program specialist, in what            09:55AM

17  ways do you build professional learning structures?          09:55AM

18   A.  We collaborate with -- for example, we                  09:55AM

19  collaborate -- collaborated with Georgia State for the      09:55AM

20  FBA/BIP training.                                             09:55AM

21   Q.  Yes?                                                     09:55AM

22   A.  We also did a collaboration with Georgia State        09:55AM

23  for trauma-informed care.                                    09:55AM

24   Q.  Okay.                                                    09:55AM

25   A.  We will also collaborate with colleagues within       09:55AM



1  the Special Education department to facilitate          09:56AM

2  professional learning for the GNETS directors.          09:56AM

3      Q.  Okay.  So with Georgia State and then within    09:56AM

4  GaDOE?                                                   09:56AM

5      A.  Mm-hmm.                                          09:56AM

6      Q.  Okay.  Who -- I know you just shared that        09:56AM

7  the -- there were professional learning with the Special 09:56AM

8  Education division for the GNETS directors --            09:56AM

9      A.  Mm-hmm.                                          09:56AM

10     Q.  -- with Georgia State.  Am I correct that you    09:56AM

11 mentioned some FBA and some trauma-informed care         09:56AM

12 structures?                                              09:56AM

13     A.  Mm-hmm.                                          09:56AM

14     Q.  Who were those for?                              09:56AM

15     A.  The GNETS directors.                             09:56AM

16     Q.  GNETS directors?                                 09:56AM

17     A.  But they were also offered -- the FBA/BIP was    09:56AM

18 offered to anyone, but the trauma-informed care was for  09:56AM

19 GNETS directors?                                         09:56AM

20     Q.  And what do you mean by "anyone"?                09:56AM

21     A.  Anyone who signed up.                            09:56AM

22     Q.  With -- who is a teacher or --                   09:56AM

23     A.  I believe.  I'm not -- I'm not for sure if       09:57AM

24 teachers, but --                                         09:57AM

25     Q.  Okay.                                            09:57AM



| | | |
|---|---|---|
| 1 | A.  -- maybe. | 09:57AM |
| 2 | Q.  Okay.  Do you see where it reads:  "Duties | 09:57AM |
| 3 | include providing technical assistance with strategic | 09:57AM |
| 4 | planning and implementation activities -- | 09:57AM |
| 5 | A.  Mm-hmm. | 09:57AM |
| 6 | Q.  -- including presentation materials and | 09:57AM |
| 7 | mechanisms to ensure common standards of practice across | 09:57AM |
| 8 | the GNETS network are followed with fidelity"? | 09:57AM |
| 9 | A.  Yes. | 09:57AM |
| 10 | Q.  Okay.  As GNETS program specialist, in what | 09:57AM |
| 11 | ways do you ensure common standards of practice across | 09:57AM |
| 12 | GNETS are followed with fidelity? | 09:57AM |
| 13 | A.  By reviewing the strategic plan. | 09:57AM |
| 14 | Q.  What kind of common standards are there? | 09:57AM |
| 15 | MS. JOHNSON:  Objection. | 09:57AM |
| 16 | THE WITNESS:  Whatever is within the | 09:57AM |
| 17 | strategic plan. | 09:57AM |
| 18 | Q.  BY MS. TUCKER:  Okay.  And we'll take a look at | 09:57AM |
| 19 | the strategic plan later. | 09:58AM |
| 20 | So do you agree that there are common | 09:58AM |
| 21 | standards of practice across the GNETS network? | 09:58AM |
| 22 | MS. JOHNSON:  Objection. | 09:58AM |
| 23 | THE WITNESS:  There -- there are things | 09:58AM |
| 24 | within the strategic plan that all the GNETS are aware | 09:58AM |
| 25 | of. | 09:58AM |



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                         43

1      Q.  BY MS. TUCKER:  Okay.  Do you think that common    09:58AM

2   standards of practices are important?                    09:58AM

3               MS. JOHNSON:  Objection.                      09:58AM

4               THE WITNESS:  I don't know.                   09:58AM

5      Q.  BY MS. TUCKER:  As your time as special            09:58AM

6   education lead and teacher, you don't have an opinion on  09:58AM

7   whether common standards of practice are important?       09:58AM

8               MS. JOHNSON:  Objection.                      09:58AM

9               THE WITNESS:  It can be.                      09:58AM

10     Q.  BY MS. TUCKER:  Why is that?                       09:58AM

11     A.  I don't know.                                      09:59AM

12     Q.  You're not sure --                                 09:59AM

13     A.  I don't know.                                      09:59AM

14     Q.  Okay.  Do you know in what circumstances it        09:59AM

15  would be important?                                       09:59AM

16     A.  No.                                                09:59AM

17     Q.  Okay.  But you do think that common standards      09:59AM

18  practices may be important?                               09:59AM

19     A.  They can be.                                       09:59AM

20     Q.  They can be.  Okay.  Do you see the second         09:59AM

21  paragraph that starts, in that same box:  "The GNETS      09:59AM

22  program specialist will provide oversight for compliance  10:00AM

23  with all requirements of federal regulations and State    10:00AM

24  Board rules applicable to students with disabilities?"    10:00AM

25     A.  Yes.                                               10:00AM



1    Q.  Okay.  As GNETS program specialist, in which      10:00AM
2  ways do you provide oversight for compliance with       10:00AM
3  federal regulations?                                     10:00AM
4            MS. JOHNSON:  Objection.                       10:00AM
5            THE WITNESS:  (Witness examining document.)    10:00AM
6  Oversight with compliance with federal -- oh, I see      10:00AM
7  where it is.  (Witness examining document.)             10:00AM
8            The only oversight I would say would be        10:00AM
9  within the strategic plan.                               10:00AM
10    Q.  BY MS. TUCKER:  Okay.  Is the strategic plan      10:01AM
11  aligned to federal regulations?                         10:01AM
12            MS. JOHNSON:  Objection.                       10:01AM
13            THE WITNESS:  I never pulled out the           10:01AM
14  federal regulations and compared them, so I don't know. 10:01AM
15    Q.  BY MS. TUCKER:  Okay.  So are you -- do you       10:01AM
16  know what federal regulations this posting is referring 10:01AM
17  to?                                                      10:01AM
18            MS. JOHNSON:  Objection.                       10:01AM
19            THE WITNESS:  I don't.                          10:01AM
20    Q.  BY MS. TUCKER:  Do you work with federal          10:01AM
21  regulations in your role as GNETS program specialist?   10:01AM
22    A.  Within the -- what federal regulations?          10:01AM
23    Q.  I'm asking you because it says the requirements   10:01AM
24  of federal regulations.                                 10:01AM
25            MS. JOHNSON:  Objection.                       10:01AM



1          THE WITNESS:  I don't know.  I have to sit        10:01AM
2   and think about that.                                   10:01AM
3      Q.  BY MS. TUCKER:  Okay.  If you remember later,     10:01AM
4   if you want to talk.                                     10:01AM
5      A.  (Nodding yes.)                                    10:01AM
6      Q.  So this sentence that we looked at also says      10:01AM
7   "State Board rules," correct, that you provide oversight 10:01AM
8   for compliance with State Board rules applicable to      10:02AM
9   students with disabilities.  Do you see that?            10:02AM
10     A.  I do.                                             10:02AM
11     Q.  Okay.  What State Board rules?                    10:02AM
12          MS. JOHNSON:  Objection.                         10:02AM
13          THE WITNESS:  I don't know.  I would have        10:02AM
14  to think about that.                                     10:02AM
15     Q.  BY MS. TUCKER:  You'd have to think about the     10:02AM
16  State Board rules?                                       10:02AM
17     A.  Mm-hmm.  I don't know.                            10:02AM
18     Q.  Okay.  Do you know which State Board rules it's   10:02AM
19  referring to?                                            10:02AM
20     A.  I would have to think about that.                 10:02AM
21     Q.  You'd have to think about that?                   10:02AM
22     A.  (Nodding yes.)                                    10:02AM
23     Q.  Okay.  Looking at this job description, is        10:02AM
24  there anything identified that is inconsistent with your 10:02AM
25  job duties as currently performed?                       10:02AM



| | |
|---|---|
| 1 | A.  I would have to sit and think about that. | 10:02AM |
| 2 | Q.  Okay.  And I'm correct, I believe, that you | 10:02AM |
| 3 | assumed this job in 20 -- October 2018.  Does that sound | 10:02AM |
| 4 | right? | 10:02AM |
| 5 | A.  Yes. | 10:02AM |
| 6 | Q.  Okay.  Were you notified prior to October 2018 | 10:02AM |
| 7 | that you would be in this position? | 10:02AM |
| 8 | A.  No. | 10:02AM |
| 9 | Q.  Okay. | 10:02AM |
| 10 | MS. TUCKER:  I'd like the Court Reporter to | 10:03AM |
| 11 | mark this document as Plaintiff's Exhibit 421. | 10:03AM |
| 12 | (Plaintiff's Exhibit 421 marked for | 10:03AM |
| 13 | identification.) | 10:03AM |
| 14 | MS. TUCKER:  Great.  Thank you. | 10:03AM |
| 15 | Q.  BY MS. TUCKER:  The Bates number on the first | 10:03AM |
| 16 | page of this exhibit is GA00953298. | 10:03AM |
| 17 | A.  (Witness examining document.) | 10:03AM |
| 18 | Q.  This is an October 29th, 2019 e-mail from | 10:03AM |
| 19 | Vickie Cleveland to you.  The subject reads: | 10:03AM |
| 20 | "Responsibilities."  And there's one attachment. | 10:03AM |
| 21 | Dr. Stevenson, do you recognize this e-mail | 10:04AM |
| 22 | and attachment? | 10:04AM |
| 23 | A.  Yes. | 10:04AM |
| 24 | Q.  Okay.  Let's turn to the attachment with -- at | 10:04AM |
| 25 | the bottom.  The Bates number reads GA00953299.  The top | 10:04AM |



1   of the document reads:  "GNETS program specialist       10:04AM

2   responsibilities."  And there's a box with bulleted      10:04AM

3   responsibilities.                                         10:04AM

4           Dr. Stevenson, did you create this              10:04AM

5   document?                                                 10:04AM

6       A.  I don't think so.                                10:04AM

7       Q.  Okay.  Would you think that Vickie created it   10:04AM

8   since she sent it to you?                                 10:04AM

9           MS. JOHNSON:  Objection.                         10:05AM

10          THE WITNESS:  I'm not sure.  She -- she         10:05AM

11  sent it to me based on what this says, but I'm not sure  10:05AM

12  if she created it.                                        10:05AM

13      Q.  BY MS. TUCKER:  Okay.  But you did receive this  10:05AM

14  from Vickie Cleveland?                                    10:05AM

15      A.  That's what the e-mail says.                      10:05AM

16      Q.  And these are e-mails we received from the       10:05AM

17  State.                                                    10:05AM

18      A.  Okay.                                             10:05AM

19      Q.  Okay.  I'd love for you to take a look at the    10:05AM

20  document and responsibilities.  And then would you agree 10:05AM

21  that it identifies your responsibilities as GNETS        10:05AM

22  program specialist?                                       10:05AM

23      A.  Yes.                                              10:05AM

24      Q.  Okay.  It's quite a long list.  I know you're    10:05AM

25  busy, but I'd like to go through them.  Starting with    10:05AM



1   the first bullet.  "Provide consultation regarding          10:05AM

2   improvement on the GNETS strategic plan."          10:05AM

3               So you've mentioned the GNETS strategic          10:05AM

4   plan a few times.  What is it?          10:05AM

5       A.  It's a framework for the GNETS programs.          10:05AM

6       Q.  Okay.  All 24 regional programs?          10:05AM

7       A.  Yes.          10:05AM

8       Q.  Okay.  In what ways do you provide consultation          10:06AM

9   regarding improvement on the GNETS strategic plan?          10:06AM

10      A.  We always take a look at the strategic plan to          10:06AM

11  see what can be consolidated, if something is          10:06AM

12  repetitive, and just make changes as needed.  If there          10:06AM

13  are any questions regarding any changes that were made          10:06AM

14  or when we do changes, if there's a training or a          10:06AM

15  presentation that needs to be completed, then I'll do          10:06AM

16  that.          10:06AM

17      Q.  Okay.  What type of changes would be made?          10:06AM

18      A.  It just depends.  We've made a few, so...          10:06AM

19      Q.  Can you give me an example?          10:06AM

20      A.  For example, we consolidated.  It was seven          10:06AM

21  focused areas and we consolidated them into six, because          10:06AM

22  two of them had a lot of the same information.          10:07AM

23      Q.  Okay.  Got it.  And do you also provide          10:07AM

24  consultation regarding improvement to the programs?          10:07AM

25      A.  I don't provide consultation regarding          10:07AM



1    improvement to the specific programs, no.                    10:07AM

2        Q.   Okay.  And then do you see how this bullet --       10:07AM

3    there's a few that are somewhat highlighted.                 10:07AM

4        A.   Yes.                                                10:07AM

5        Q.   Do you see that?                                    10:07AM

6        A.   (Nodding yes.)                                      10:07AM

7        Q.   Do you know why this bullet is highlighted?         10:07AM

8        A.   I do not.                                           10:07AM

9        Q.   Next bullet:  "Complete GNETS end-of-year           10:07AM

10   reviews, provide ratings and feedback."                      10:07AM

11       A.   Yes.                                                10:07AM

12       Q.   What are GNETS end-of-year reviews?                 10:07AM

13       A.   So the end-of-year reviews are the strategic        10:07AM

14   plan reviews.                                                10:07AM

15       Q.   Okay.  And this is for the original GNETS           10:07AM

16   programs?                                                    10:07AM

17       A.   Correct.                                            10:07AM

18       Q.   Okay.  Why is this bullet highlighted?              10:07AM

19       A.   I have no idea.                                     10:07AM

20       Q.   Okay.  So how do you provide ratings?               10:07AM

21       A.   Previously, we would go through each part of        10:07AM

22   the strategic plan, face-to-face with the GNETS -- each      10:08AM

23   of the GNETS directors, and they would provide evidence      10:08AM

24   of their ratings and then we would provide feedback.         10:08AM

25       Q.   What basis did you --                               10:08AM



| | | | |
|---|---|---|---|
| 1 | A. | There was a rubric. | 10:08AM |
| 2 | Q. | There was a rubric.  Okay.  And is this how you | 10:08AM |
| 3 | still -- you mentioned that this is not how you do it | | 10:08AM |
| 4 | anymore? | | 10:08AM |
| 5 | A. | We no longer provide a specific rating. | 10:08AM |
| 6 | Q. | When did that change? | 10:08AM |
| 7 | A. | I would have to think about it honestly. | 10:08AM |
| 8 | Q. | Okay.  Do you think it was in the last two | 10:08AM |
| 9 | years? | | 10:08AM |
| 10 | A. | It was before COVID. | 10:08AM |
| 11 | Q. | Before COVID.  Okay.  So 2020 and prior? | 10:08AM |
| 12 | A. | Somewhere around there. | 10:08AM |
| 13 | Q. | Okay. | 10:08AM |
| 14 | A. | 2019, maybe 2020. | 10:08AM |
| 15 | Q. | Okay.  Do you have a rubric still? | 10:08AM |
| 16 | A. | It's still a rubric, yeah. | 10:08AM |
| 17 | Q. | Okay.  So if they're not ratings, what are | 10:08AM |
| 18 | you -- | | 10:08AM |
| 19 | A. | It's not a numerical rating. | 10:08AM |
| 20 | Q. | Okay. | 10:08AM |
| 21 | A. | It's operational evident, not evident. | 10:09AM |
| 22 | Q. | So still a score? | 10:09AM |
| 23 | A. | It's not necessarily a score, but... | 10:09AM |
| 24 | Q. | What would you describe them as? | 10:09AM |
| 25 | A. | If it was a number, I would say it was a score. | 10:09AM |



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        51

1    Q.  Sure.                                            10:09AM

2    A.  We can say rating.                               10:09AM

3    Q.  Rating.  Okay.                                   10:09AM

4    A.  Yeah.  Non-numerical.                            10:09AM

5    Q.  A non-numerical rating?                          10:09AM

6    A.  Yes.                                             10:09AM

7    Q.  Is this done in conjunction with anyone else at  10:09AM

8  GaDOE?                                                 10:09AM

9    A.  No.                                              10:09AM

10   Q.  So you work on these ratings alone?              10:09AM

11   A.  Vickie, myself, the directors are there, but no  10:09AM

12 one outside of myself and Vickie from GaDOE.

13   Q.  Okay.  Does anyone else in GaDOE see the         10:09AM

14 ratings?                                               10:09AM

15   A.  No.                                              10:09AM

16   Q.  Okay.  Does anyone else see the feedback?        10:09AM

17   A.  No.                                              10:09AM

18   Q.  Okay.  Let's move on to the next bullet.         10:09AM

19 "Assist GNETS PM with strategic plan improvement       10:09AM

20 initiatives."  And then in parenthesis it reads:       10:09AM

21 "Editing, testing changes in the portal, conduct       10:10AM

22 trainings, et cetera."                                 10:10AM

23   A.  Yes.                                             10:10AM

24   Q.  Okay.  The GNETS PM is Vickie; is that correct?  10:10AM

25   A.  Correct.                                         10:10AM



LAKESHA STEVENSON                           September 22, 2022
UNITED STATES vs STATE OF GEORGIA                         52

| | | |
|---|---|---|
| 1 | Q.  Okay.  Can you elaborate on your | 10:10AM |
| 2 | responsibilities associated with this bullet? | 10:10AM |
| 3 | A.  Within the portal -- the strategic plan is | 10:10AM |
| 4 | within the portal for the Georgia Department of | 10:10AM |
| 5 | Education, so if we make changes on the document, then | 10:10AM |
| 6 | it has to be changes in the portal.  So I work with the | 10:10AM |
| 7 | IT team to make those changes within the portal so they | 10:10AM |
| 8 | reflect in the portal as well. | 10:10AM |
| 9 | Q.  Okay.  And then it says "conduct trainings." | 10:10AM |
| 10 | What types of trainings do you conduct with regards to | 10:10AM |
| 11 | this bullet? | 10:10AM |
| 12 | A.  If we make any changes to the strategic plan, | 10:10AM |
| 13 | then I will create a PowerPoint or a document to show | 10:10AM |
| 14 | the directors the changes that were made.  So it's not | 10:10AM |
| 15 | really necessarily a training, it's an update. | 10:10AM |
| 16 | Q.  Okay.  So advising directors -- | 10:10AM |
| 17 | A.  Yes. | 10:10AM |
| 18 | Q.  -- on how to use the -- | 10:10AM |
| 19 | A.  Or advising them on what the updates were. | 10:11AM |
| 20 | Q.  Got it.  How often does this happen? | 10:11AM |
| 21 | A.  Not often.  I wouldn't be able to say every two | 10:11AM |
| 22 | months or three months, just whenever we get feedback, | 10:11AM |
| 23 | or there might need to be changes there made.  But I | 10:11AM |
| 24 | wouldn't -- I wouldn't be able to say how often. | 10:11AM |
| 25 | Q.  Okay.  And then who attends these trainings? | 10:11AM |



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                    53

1        A.  GNETS directors.                                    10:11AM

2        Q.  GNETS directors.  Okay.  The next bullet:          10:11AM

3   "Participate in facilities walkthroughs at GNETS           10:11AM

4   locations."                                                 10:11AM

5             How often do you visit GNETS facilities?         10:11AM

6        A.  Not -- I wouldn't be able to say monthly or        10:11AM

7   weekly because it wasn't really.  It was just whenever      10:11AM

8   we scheduled them, we would go.                             10:11AM

9        Q.  Did you visit centers?                             10:11AM

10       A.  Yes.                                               10:11AM

11       Q.  Did you visit school-based locations?             10:12AM

12       A.  Yes.                                               10:12AM

13       Q.  Okay.  Who do you go with?                        10:12AM

14       A.  Vickie Cleveland.                                 10:12AM

15       Q.  Okay.  Do you ever go alone?                      10:12AM

16       A.  I have been, yes.                                 10:12AM

17       Q.  Okay.                                             10:12AM

18       A.  Not for walkthroughs.                             10:12AM

19       Q.  What have you been alone for?                     10:12AM

20       A.  I had to do two reviews alone.                    10:12AM

21       Q.  Do you mean strategic reviews?                    10:12AM

22       A.  Yes.                                              10:12AM

23       Q.  Do you recall why you did them alone?             10:12AM

24       A.  Vickie had the flu.                               10:12AM

25       Q.  When you go on these walkthroughs, what do you    10:12AM



1  look for?                                                    10:12AM

2           MS. JOHNSON:  Objection.                            10:12AM

3           THE WITNESS:  When we schedule                      10:12AM

4  walkthroughs, we're not necessarily looking for anything     10:12AM

5  in particular, just going to visit the centers and the       10:13AM

6  sites and putting -- what do you call it -- a face to a       10:13AM

7  name, because I've never been to all of them before,         10:13AM

8  so...                                                        10:13AM

9      Q.  BY MS. TUCKER:  Have you been to all of them         10:13AM

10 now?                                                         10:13AM

11     A.  No.                                                  10:13AM

12     Q.  What determines when you schedule a                  10:13AM

13 walkthrough?                                                 10:13AM

14     A.  We would just look at our calendars and say we       10:13AM

15 need to go to certain places, and we would try to make       10:13AM

16 sure to get as many in as possible.                          10:13AM

17     Q.  What was the need based on?                          10:13AM

18     A.  There wasn't any -- it wasn't based on any           10:13AM

19 particular need.                                             10:13AM

20     Q.  So how did you and Vickie determine "We need to      10:13AM

21 go to this program?"                                         10:13AM

22     A.  Well, sometimes it was based on when their           10:13AM

23 end-of-year review was, when we were doing those             10:13AM

24 face-to-face prior to COVID.                                 10:13AM

25     Q.  Okay.                                                10:13AM



| | | |
|---|---|---|
| 1 | A.  So we would schedule them based on the end of | 10:13AM |
| 2 | the year review dates. | 10:14AM |
| 3 | Q.  Okay.  Are these facilities walkthroughs | 10:14AM |
| 4 | separate from the strategic review? | 10:14AM |
| 5 | A.  Some. | 10:14AM |
| 6 | Q.  And some are not? | 10:14AM |
| 7 | A.  Yes. | 10:14AM |
| 8 | Q.  Okay.  Do you and Vickie have a number that you | 10:14AM |
| 9 | like to visit each year? | 10:14AM |
| 10 | A.  No. | 10:14AM |
| 11 | Q.  At this point, how many other regional programs | 10:14AM |
| 12 | have you visited? | 10:14AM |
| 13 | A.  I would have to sit down and think about that. | 10:14AM |
| 14 | Q.  Okay.  So if you -- I understand you'll go for | 10:14AM |
| 15 | strategic plan, but on what other basis would you | 10:14AM |
| 16 | schedule a walkthrough? | 10:14AM |
| 17 | A.  And when we say "walkthrough" -- | 10:14AM |
| 18 | Q.  I'm looking at the bullet. | 10:14AM |
| 19 | A.  Yeah, I got it.  It's literally -- sometimes, | 10:14AM |
| 20 | it's just a director might say, "You know, why don't you | 10:15AM |
| 21 | come check out our new calming room." | 10:15AM |
| 22 | Q.  Okay. | 10:15AM |
| 23 | A.  We'll go see that.  It's just -- it's not | 10:15AM |
| 24 | necessarily to my -- that I can recall at this time, | 10:15AM |
| 25 | because, like I said, this is pre-COVID. | 10:15AM |



1    Q.  Okay.                                          10:15AM

2    A.  So it's been a minute, so I can't really -- I  10:15AM

3  don't really know.                                   10:15AM

4    Q.  Have you done any walkthroughs this past school 10:15AM

5  year?                                                10:15AM

6    A.  Yes.                                           10:15AM

7    Q.  Okay.  And were those for reasons outside of   10:15AM

8  the strategic plan?                                  10:15AM

9    A.  Yes.                                           10:15AM

10    Q.  What reasons were there, for example?          10:15AM

11    A.  There was a new -- there was a change and a new 10:15AM

12  codirector was at a program, so we just wanted to go 10:15AM

13  welcome them and see -- we hadn't been out since COVID, 10:15AM

14  so --                                                10:16AM

15    Q.  Okay.                                          10:16AM

16    A.  -- we were trying to get our feet back out     10:16AM

17  there a little bit.                                  10:16AM

18    Q.  About when did you -- would you say that you    10:16AM

19  started going back to the schools?                   10:16AM

20    A.  It's only been one.                            10:16AM

21    Q.  Which one?                                     10:16AM

22    A.  Coastal.                                       10:16AM

23    Q.  Coastal.  And just to make sure I understand,  10:16AM

24  you've only been to one this school year or since -- 10:16AM

25    A.  This school year.                              10:16AM



1      Q.  Okay.  And by "this school year," we mean the        10:16AM

2   2022 to 2023 school year?                                   10:16AM

3      A.  Yes.                                                  10:16AM

4      Q.  Okay.                                                 10:16AM

5      A.  Which started in August.                             10:16AM

6      Q.  Yes.  Thank you.  Did you visit any during the       10:16AM

7   2021/2022 school year, so last school year?                 10:16AM

8      A.  No.                                                   10:16AM

9      Q.  Did Vickie?                                           10:16AM

10      A.  I don't know.                                        10:16AM

11      Q.  Let's look at the next bullet.  "Attend             10:16AM

12   IDT/DBHDD meetings."                                        10:16AM

13      A.  Yes.                                                 10:16AM

14      Q.  What does the IDT mean?                              10:16AM

15      A.  Interagency Departmental Team.                       10:16AM

16      Q.  Okay.                                                10:16AM

17      A.  It's a make up of different agencies that come      10:17AM

18   together once a month to discuss different initiatives      10:17AM

19   for children.  So different Children's Healthcare of        10:17AM

20   Atlanta, Georgia State, just different agencies.            10:17AM

21      Q.  What agencies -- what State agencies are             10:17AM

22   present?                                                    10:17AM

23      A.  I don't know outside of Georgia Department of        10:17AM

24   Ed.  I'm not sure.                                          10:17AM

25      Q.  Is GNETS discussed at these meetings?               10:17AM



LAKESHA STEVENSON                                  September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              58

| | | |
|---|---|---|
| 1 | A.  No. | 10:17AM |
| 2 | Q.  Does anyone else attend for GaDOE? | 10:17AM |
| 3 | A.  I'm not sure.  I know I've attended and Vickie. | 10:17AM |
| 4 | There have been some others, but I don't know.  I | 10:17AM |
| 5 | couldn't tell you who in what department. | 10:17AM |
| 6 | Q.  Do you and Vickie attend together? | 10:17AM |
| 7 | A.  Not all the time. | 10:17AM |
| 8 | Q.  Okay.  It says attend also DBHDD meetings? | 10:17AM |
| 9 | A.  It's the same thing. | 10:18AM |
| 10 | Q.  Oh, it's -- | 10:18AM |
| 11 | A.  For me it's -- | 10:18AM |
| 12 | Q.  Okay. | 10:18AM |
| 13 | A.  DBHDD is the arm that kind of facilitates the | 10:18AM |
| 14 | IDT. | 10:18AM |
| 15 | Q.  Okay.  So DBHDD is one of the State agencies | 10:18AM |
| 16 | that participates in the IDT? | 10:18AM |
| 17 | A.  I would think, yeah.  Yes. | 10:18AM |
| 18 | Q.  Okay.  Let's look at the next bullet.  "Attend | 10:18AM |
| 19 | program manager weekly meetings." | 10:18AM |
| 20 | A.  Yes. | 10:18AM |
| 21 | Q.  What does this mean? | 10:18AM |
| 22 | A.  Vickie and I meet weekly. | 10:18AM |
| 23 | Q.  Okay.  Does anyone else attend these meetings? | 10:18AM |
| 24 | A.  Not mostly, no. | 10:18AM |
| 25 | Q.  Why would someone else attend the meeting? | 10:18AM |



1      A.  If we needed an update about something, maybe.      10:18AM

2      Q.  Do you communicate more often than weekly?      10:18AM

3      A.  Yes.      10:18AM

4      Q.  Would you say you communicate with Vickie      10:18AM

5  daily?      10:18AM

6      A.  Yes -- well, at least three days a week.      10:18AM

7      Q.  And then for these weekly meetings, is there an      10:19AM

8  agenda?      10:19AM

9      A.  Not always, no.      10:19AM

10      Q.  Do you set it or does Vickie?      10:19AM

11      A.  Vickie.      10:19AM

12      Q.  Next it says:  "Attend SPED bimonthly      10:19AM

13  department meetings."  What is that referring to?      10:19AM

14      A.  Within the Special Education division at the      10:19AM

15  Georgia Department of Education we have monthly or      10:19AM

16  bimonthly meetings.      10:19AM

17      Q.  So would this be attended by everyone within      10:19AM

18  the Special Education division?      10:19AM

19      A.  Yes.      10:19AM

20      Q.  Okay.  Who leads these meetings?      10:19AM

21      A.  It just depends.  If the director is there, the      10:19AM

22  director will.  If not, then a senior program manager      10:19AM

23  will.      10:19AM

24      Q.  Is GNETS discussed?      10:19AM

25      A.  We -- (coughing).  Excuse me.      10:20AM



1    Q.  No problem.                                      10:20AM

2    A.  Not really, no.                                  10:20AM

3    Q.  Has it ever been discussed?                      10:20AM

4    A.  Discussed as in what?                            10:20AM

5    Q.  As an agenda item out of SPED bimonthly          10:20AM

6  department meetings, has GNETS ever been raised?       10:20AM

7    A.  Possibly, but I don't specifically remember.     10:20AM

8    Q.  Have --                                          10:20AM

9    A.  In what way?                                     10:20AM

10    Q.  Have you ever had to present or speak about     10:20AM

11  GNETS during one of these meetings?                   10:20AM

12    A.  Not that I recall.                              10:20AM

13    Q.  The next bullet:  "Collaborate with DLs on      10:20AM

14  GNETS findings."  And then in parenthesis it reads:   10:20AM

15  "CFM visits, provide feedback if needed."             10:20AM

16    A.  Mm-hmm.                                         10:20AM

17    Q.  There are a few abbreviations here?             10:20AM

18    A.  Mm-hmm.                                         10:20AM

19    Q.  Could you go through them with me?              10:20AM

20    A.  Yes.  DLs are District Liaisons.                10:20AM

21    Q.  Okay.  What does that mean?                     10:21AM

22    A.  They're the program specialists for RDA, who we 10:21AM

23  said earlier --                                       10:21AM

24    Q.  Okay.                                           10:21AM

25    A.  -- we referred to them as District Liaisons.    10:21AM



1    Q.  Got it.  Okay.  And then what's a CFM visit?    10:21AM

2    A.  Cross Functional Monitoring, which is a part of    10:21AM

3  the Results-Driven Accountability unit, which is    10:21AM

4  monitoring of special Ed compliance for the LEAs.  The    10:21AM

5  DLs do that monitoring.    10:21AM

6    Q.  Okay.  So what is meant by GNETS findings    10:21AM

7  during one of these CFM visits?    10:21AM

8    A.  Within the Cross Functional Monitoring the --    10:21AM

9  they pull folders, and two GNETS folders are pulled.    10:21AM

10    Q.  And what do you mean by folders?  Student's    10:21AM

11  folders?    10:21AM

12    A.  Compliance.  Whatever is in there, compliance    10:21AM

13  reviews.    10:22AM

14    Q.  And what do they look for?    10:22AM

15    A.  I'm not quite sure but I just know two GNETS    10:22AM

16  files are pulled within that.    10:22AM

17    Q.  And is this what you did when you were in the    10:22AM

18  RDA?    10:22AM

19    A.  We didn't -- I didn't start with the Cross    10:22AM

20  Functional Monitoring.    10:22AM

21    Q.  Okay.  But you've collaborated with them on    10:22AM

22  GNETS findings?    10:22AM

23    A.  I wouldn't necessarily say collaborate.  If    10:22AM

24  they had a question, then they would ask.    10:22AM

25    Q.  Just to make sure I understand, can you give me    10:22AM



1  an example of what type of question it would be?          10:22AM

2      A.  I would have to think about that.                 10:22AM

3      Q.  Okay.  Would you agree that you've answered       10:22AM

4  questions from DLs on GNETS findings consistent with      10:22AM

5  this bullet?                                              10:22AM

6      A.  I would -- if they are -- I guess, if they        10:22AM

7  asked.                                                    10:22AM

8      Q.  But you have not done that?                       10:22AM

9      A.  If they asked.                                    10:22AM

10     Q.  Right.  I understand.  But during your time as    10:22AM

11 GNETS program specialist, have you been asked?            10:23AM

12     A.  I would have to think about that.                 10:23AM

13     Q.  Let's move to the next bullet.  "Develop and      10:23AM

14 conduct trainings in collaboration with the GNETS PM for  10:23AM

15 stakeholders."  In parenthesis, "i.e. SELDA Charter       10:23AM

16 School, etcetera."                                        10:23AM

17     A.  Mm-hmm.                                           10:23AM

18     Q.  Who would you define as stakeholders referred     10:23AM

19 to here?                                                  10:23AM

20     A.  Individuals within SELDA and Charter schools.     10:23AM

21     Q.  Okay.  And what is SELDA?                         10:23AM

22     A.  That is a good question.  I know who they are.    10:23AM

23     Q.  Okay.                                             10:23AM

24     A.  I think I know what SELDA means.                  10:23AM

25     Q.  Okay.  Do you want to tell me who they are?       10:23AM



| | |
|---|---|
| 1 | A.  Special Education Leadership and Development | 10:23AM |
| 2 | Academy. | 10:23AM |
| 3 | Q.  Okay.  And is that with GaDOE? | 10:23AM |
| 4 | A.  No.  That is any new special ed director for | 10:23AM |
| 5 | the State of Georgia, they attend SELDA. | 10:23AM |
| 6 | Q.  So is it -- would it be a training? | 10:23AM |
| 7 | A.  They provide monthly, like, things new | 10:23AM |
| 8 | directors need to know.  You should know this, this | 10:24AM |
| 9 | month we're going over this, this is important, yadda, | 10:24AM |
| 10 | yadda, yadda. | 10:24AM |
| 11 | Q.  And then what type of training have you | 10:24AM |
| 12 | developed for these stakeholders? | 10:24AM |
| 13 | A.  In collaboration with the GNETS program | 10:24AM |
| 14 | manager? | 10:24AM |
| 15 | Q.  In collaboration with Vickie? | 10:24AM |
| 16 | A.  Just a broad overview of GNETS and that's about | 10:24AM |
| 17 | it. | 10:24AM |
| 18 | Q.  A broad overview of GNETS? | 10:24AM |
| 19 | A.  Mm-hmm. | 10:24AM |
| 20 | Q.  And then I know you explained SELDA.  When | 10:24AM |
| 21 | would you also do this to charter schools? | 10:24AM |
| 22 | A.  Charter schools, if the district's liaison, who | 10:24AM |
| 23 | works with the charter schools, asked us to come do a | 10:24AM |
| 24 | broad overview for charter schools about GNETS, then we | 10:25AM |
| 25 | would. | 10:25AM |



1     Q.  Okay.  Would it be a similar training to what        10:25AM

2  you just described for SELDA or would it be targeted for    10:25AM

3  both?                                                        10:25AM

4     A.  No.  It would be -- it would be the same.            10:25AM

5     Q.  Okay.  Why is this bullet highlighted?              10:25AM

6     A.  I do not know.                                       10:25AM

7     Q.  Next is:  "Collaborate with GLRS PM on GNETS         10:25AM

8  reintegration."  Those are some more abbreviations.         10:25AM

9  What is GLRS PM?                                             10:25AM

10     A.  Georgia -- why don't I know what that is.           10:25AM

11     Q.  Well, do you know what they do?                     10:25AM

12     A.  I know what they do.                                10:25AM

13     Q.  You want to -- let's talk about that.               10:25AM

14     A.  They're within the RESA.                            10:25AM

15     Q.  Okay.                                               10:25AM

16     A.  And they provide trainings and supports             10:25AM

17  specifically for special education within those RESAs.     10:25AM

18     Q.  With the RESAs.  Okay.  Thank you.  And then        10:25AM

19  what is meant here by GNETS reintegration?                 10:26AM

20     A.  Assisting students as they transition back.         10:26AM

21     Q.  As they transition back where?                      10:26AM

22     A.  Reintegrating back to their home school or          10:26AM

23  school environment.                                         10:26AM

24     Q.  Okay.  What does this collaboration look like?      10:26AM

25     A.  I didn't really do as much collaboration.  That     10:26AM



 1  was more Vickie.                                       10:26AM

 2      Q.  Has Vickie talked to you about this work with  10:26AM

 3  the GLRS from the RESA?                                10:26AM

 4      A.  Somewhat.                                      10:26AM

 5      Q.  But you're not involved?                       10:26AM

 6      A.  Not really.                                    10:26AM

 7      Q.  Do you do any work related to GNETS            10:26AM

 8  reintegration in your role as GNETS program specialist? 10:27AM

 9      A.  We address it within the strategic plan.       10:27AM

10      Q.  The next bullet reads:  "Attend and assist in  10:27AM

11  planning and conducting training at LEA collaborative  10:27AM

12  meetings."                                             10:27AM

13      A.  I have not attended a LEA collaborative.  That 10:27AM

14  was before my time, and they didn't -- and then COVID  10:27AM

15  happened, so...                                        10:27AM

16      Q.  The next:  "I-Ready, monitor."  Actually,      10:27AM

17  before we move on with the LEA collaborative, I know you 10:27AM

18  mentioned you didn't attend them because of COVID, do  10:27AM

19  you know if they're still happening?                   10:27AM

20      A.  I have no idea.                                10:27AM

21      Q.  Moving on to i-Ready, the next bullet:         10:27AM

22  "I-Ready, monitor reports, collaborate with GNETS vendor 10:27AM

23  on data reporting."                                    10:27AM

24      A.  Mm-hmm.                                        10:27AM

25      Q.  What is i-Ready?                               10:27AM



1      A.   I-Ready is a supplemental program for reading          10:28AM

2   and math, and it's all computer-based.                        10:28AM

3      Q.   And what do you look for in these reports that         10:28AM

4   you monitor?                                                  10:28AM

5      A.   We monitor the amount of time spent, and if           10:28AM

6   there's any growth on reading and math.                       10:28AM

7      Q.   And this is by an individual student?                 10:28AM

8      A.   No.  By program.                                      10:28AM

9      Q.   And how often do you look at these reports?           10:28AM

10     A.   Monthly.                                              10:28AM

11     Q.   And then how would you collaborate with the          10:28AM

12  GNETS and vendor on the reporting?                            10:28AM

13     A.   We -- well, with the specific programs, I don't       10:28AM

14  necessarily collaborate on the reports, but if they have      10:28AM

15  a student -- if a student moves from one GNETS to the         10:29AM

16  another, and they need to make that change, then I'll         10:29AM

17  make the change for them.  If they have a question about      10:29AM

18  anything regarding their reports or technical issues,         10:29AM

19  then I'll answer those.                                       10:29AM

20     Q.   What type of questions have come up?                  10:29AM

21     A.   I can't see a student, why not, I thought you         10:29AM

22  transferred them.  Or the student is not showing up           10:29AM

23  although you transferred them, what do I need to do.          10:29AM

24     Q.   Got it.  But the reports are not individual,          10:29AM

25  but there's questions on an individual basis?                 10:29AM



| | |
|---|---|
| 1 | A.  No.  The -- they get their own individual | 10:29AM |
| 2 | reports.  They can see their own reports with their | 10:29AM |
| 3 | students. | 10:29AM |
| 4 | Q.  Mm-hmm. | 10:29AM |
| 5 | A.  I look at the reports from a program | 10:29AM |
| 6 | perspective -- | 10:29AM |
| 7 | Q.  Got it. | 10:29AM |
| 8 | A.  -- not from a specific student perspective. | 10:29AM |
| 9 | Q.  Thank you for that clarification. | 10:29AM |
| 10 | A.  Mm-hmm. | 10:29AM |
| 11 | Q.  A moment ago you said that you look for both | 10:29AM |
| 12 | progress? | 10:29AM |
| 13 | A.  For that program as a whole, not individual | 10:30AM |
| 14 | students. | 10:30AM |
| 15 | Q.  And then what do you -- how is that measured? | 10:30AM |
| 16 | A.  It's metrics set within i-Ready. | 10:30AM |
| 17 | Q.  If you see regional GNETS program that is | 10:30AM |
| 18 | declining instead of growing, do you take any steps? | 10:30AM |
| 19 | A.  We reach out to them and ask them have they | 10:30AM |
| 20 | looked at their reports. | 10:30AM |
| 21 | Q.  Has that happened? | 10:30AM |
| 22 | A.  It has before, yes. | 10:30AM |
| 23 | Q.  And do you then work with them to change that? | 10:30AM |
| 24 | MS. JOHNSON:  Objection. | 10:30AM |
| 25 | THE WITNESS:  No. | 10:30AM |



1    Q.  BY MS. JOHNSON:  Okay.  If the next month, if      10:30AM

2  they're still going down, would you contact them again?  10:30AM

3    A.  Well, you would need to give them more than a      10:30AM

4  month.                                                   10:31AM

5    Q.  Okay.                                              10:31AM

6    A.  So -- and then since COVID, it's been so crazy     10:31AM

7  with everything as far as some kids not coming back,     10:31AM

8  some kids not having access, so...                       10:31AM

9    Q.  Since COVID, are you still doing the               10:31AM

10 monitoring?                                              10:31AM

11   A.  We still get the reports monthly.                  10:31AM

12   Q.  And you still connect with the regional GNETS      10:31AM

13 programs, if you see a decline in growth?                10:31AM

14   A.  Well, there are benchmarks, so you wouldn't        10:31AM

15 contact them monthly anyway.                             10:31AM

16   Q.  Okay.                                              10:31AM

17   A.  There are different benchmarks set and the         10:31AM

18 student takes different diagnostics.                     10:31AM

19   Q.  Uh-hum.                                            10:31AM

20   A.  So it depends on the diagnostics.  But all we      10:31AM

21 do is just let them know, or they have access to the     10:31AM

22 same reports that I have, so they're aware of their own  10:31AM

23 data.                                                    10:31AM

24   Q.  And --                                             10:31AM

25   A.  They're aware of their own data.                   10:31AM



| 1 | Q.  They're aware of their own data? | 10:31AM |
| 2 | A.  Mm-hmm. | 10:31AM |
| 3 | Q.  But you also reach out? | 10:31AM |
| 4 | A.  On occasion. | 10:31AM |
| 5 | Q.  Okay.  Do you reach out if it's stagnant growth | 10:31AM |
| 6 | as well? | 10:32AM |
| 7 | A.  I would have to think about that. | 10:32AM |
| 8 | Q.  Okay.  Let's move to the next bullet:  "Monitor | 10:32AM |
| 9 | social worker logs, provide updates to the GNETS PM." | 10:32AM |
| 10 | Can you tell me more about this bullet? | 10:32AM |
| 11 | A.  There are 11 programs that receive a | 10:32AM |
| 12 | therapeutic grant for a social worker, and they're | 10:32AM |
| 13 | required or they are asked to submit social worker logs | 10:32AM |
| 14 | monthly. | 10:32AM |
| 15 | Q.  This therapeutic grant, is it through GaDOE? | 10:32AM |
| 16 | A.  Yes. | 10:32AM |
| 17 | Q.  And 11 of the 24 programs receive it? | 10:32AM |
| 18 | A.  Yes. | 10:32AM |
| 19 | Q.  How do they share this information with you? | 10:32AM |
| 20 | A.  Through the portal. | 10:32AM |
| 21 | Q.  Do you share -- what would you share as updates | 10:33AM |
| 22 | with Vickie Cleveland? | 10:33AM |
| 23 | A.  The programs that haven't submitted their logs, | 10:33AM |
| 24 | and I do a summary at the end of the year. | 10:33AM |
| 25 | Q.  Okay.  For all 11? | 10:33AM |



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              70

| | | |
|---|---|---|
| 1 | A.  Well, it's a combined summary. | 10:33AM |
| 2 | Q.  What does the summary entail? | 10:33AM |
| 3 | A.  The average number of students who receive | 10:33AM |
| 4 | support and the most common types of support that are | 10:33AM |
| 5 | received. | 10:33AM |
| 6 | Q.  What is the purpose of this report? | 10:33AM |
| 7 | A.  Just to have a overview of the logs for the | 10:33AM |
| 8 | year.  The summary. | 10:33AM |
| 9 | Q.  Do you take any actions based on that summary? | 10:33AM |
| 10 | A.  There are no actions to take based on the | 10:33AM |
| 11 | summary.  It's just them reporting therapeutic support | 10:33AM |
| 12 | that the social worker has provided to the students. | 10:33AM |
| 13 | Q.  Do you and Vickie make suggestions based on -- | 10:33AM |
| 14 | A.  No. | 10:34AM |
| 15 | Q.  I'll just finish it for the record.  Do you and | 10:34AM |
| 16 | Vickie make suggestions based on the summaries? | 10:34AM |
| 17 | A.  No. | 10:34AM |
| 18 | Q.  Do you monitor logs of any other types of | 10:34AM |
| 19 | service providers? | 10:34AM |
| 20 | A.  I do not. | 10:34AM |
| 21 | Q.  Is the report a condition of the grant? | 10:34AM |
| 22 | MS. JOHNSON:  Objection.  Excuse me. | 10:34AM |
| 23 | THE WITNESS:  I've never been made aware of | 10:34AM |
| 24 | that so I don't know. | 10:34AM |
| 25 | Q.  BY MS. JOHNSON:  Let's move to the next bullet. | 10:34AM |



 1  "Collaborate with GO-IEP team on pending changes in the        10:34AM

 2  portal."                                                        10:34AM

 3      A.  Yes.                                                    10:34AM

 4      Q.  I know earlier you mentioned GO-IEP, but can           10:34AM

 5  you explain it to me?                                           10:34AM

 6      A.  Georgia IEP is a statewide IEP program.                10:34AM

 7      Q.  Is Georgia IEP the same as GO-IEP?                     10:34AM

 8      A.  It is.                                                  10:34AM

 9      Q.  Okay.  And how do you collaborate with the             10:34AM

10  GO-IEP team?                                                    10:34AM

11      A.  As they make updates specific to GNETS, they'll       10:34AM

12  reach out.                                                      10:35AM

13      Q.  The next one:  "Co-facilitate GNETS directors         10:34AM

14  meetings."                                                      10:35AM

15      A.  Yes.                                                    10:35AM

16      Q.  All right.  In this bullet it identifies those         10:35AM

17  meetings with regional GNETS program directors?                10:35AM

18      A.  Correct.                                                10:35AM

19      Q.  How often?                                             10:35AM

20      A.  Usually monthly, if not every other month.            10:35AM

21      Q.  Who do you co-facilitate with?                         10:35AM

22      A.  I co-facilitate with Vickie Cleveland.                 10:35AM

23      Q.  Who sets the agenda?                                   10:35AM

24      A.  Vickie Cleveland.                                      10:35AM

25      Q.  Do you discuss that with her in advance?               10:35AM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                          72

1    A.  Yes.                                          10:35AM

2    Q.  And then are these meetings in-person?       10:35AM

3    A.  Virtual, since COVID.                         10:35AM

4    Q.  In the past, have they been in-person?       10:35AM

5    A.  They have been, yes.                          10:35AM

6    Q.  And what is --                                10:35AM

7    A.  We did both.                                  10:35AM

8    Q.  I apologize.                                  10:35AM

9    A.  Both virtual and in-person, even before COVID.  10:35AM

10   Q.  Okay.  Does that mean that some people are   10:35AM

11   in-person and some people are virtual?            10:35AM

12   A.  No.  Sometimes we'll have all in-person and  10:35AM

13   sometimes we would have all virtual, but that was 10:36AM

14   pre-COVID.                                        10:36AM

15   Q.  Got it.  So you were Zooming before -- before 10:36AM

16   we all were?                                      10:36AM

17   A.  Yes.                                          10:36AM

18   Q.  What is your role during these meetings?     10:36AM

19   A.  To do the PowerPoint.                         10:36AM

20   Q.  Is the PowerPoint -- what is the PowerPoint for 10:36AM

21   the meetings, is it the agenda or is it a different 10:36AM

22   topic?                                            10:36AM

23   A.  There are different presentations, different 10:36AM

24   presenters every month.  And so if they have a   10:36AM

25   PowerPoint, I'll combine the PowerPoints and just do the 10:36AM



| | | |
|---|---|---|
| 1 | presentation, and then just provide reminders of | 10:36AM |
| 2 | anything that might need to be reminded about. | 10:36AM |
| 3 |    Q.  Okay.  "Advice GNETS staff and stakeholders on | 10:36AM |
| 4 | State Board rules for GNETS." | 10:36AM |
| 5 |    A.  Mm-hmm. | 10:36AM |
| 6 |    Q.  Do you recall what State Board rules this | 10:36AM |
| 7 | bullet is referring to? | 10:36AM |
| 8 |    A.  The GNETS State Board rules. | 10:35AM |
| 9 |    Q.  And then this -- it looks like this bullet is | 10:37AM |
| 10 | plural.  Is there another -- oh, no, it's State Board | 10:37AM |
| 11 | rule.  It's singular.  I apologize. | 10:37AM |
| 12 |      Which GNETS staff do you advise on the | 10:37AM |
| 13 | State Board rule? | 10:37AM |
| 14 |    A.  I mean, we'll -- we might have the State Board | 10:37AM |
| 15 | rule as a part of the presentation, so that's as much | 10:37AM |
| 16 | advising as I would say for me. | 10:37AM |
| 17 |    Q.  And the presentation is to the GNETS directors? | 10:37AM |
| 18 |    A.  Yes. | 10:37AM |
| 19 |    Q.  Do you ever present to other folks at regional | 10:37AM |
| 20 | GNETS programs? | 10:37AM |
| 21 |    A.  Other folks like who? | 10:37AM |
| 22 |    Q.  Teachers -- | 10:37AM |
| 23 |    A.  No.  I never interact with the teachers. | 10:37AM |
| 24 |    Q.  And what do you-all advise related to State | 10:37AM |
| 25 | Board rules and the presentation? | 10:37AM |



| | | |
|---|---|---|
| 1 | A.  I don't know. | 10:37AM |
| 2 | Q.  What is in the presentation? | 10:37AM |
| 3 | A.  For me? | 10:38AM |
| 4 | Q.  Yes. | 10:38AM |
| 5 | A.  I just might review it as far as going through | 10:38AM |
| 6 | it, but I don't advise anyone. | 10:38AM |
| 7 | Q.  Got it.  I just -- | 10:38AM |
| 8 | A.  And you know -- yeah. | 10:38AM |
| 9 | Q.  Please go ahead. | 10:38AM |
| 10 | A.  No.  I'm good. | 10:38AM |
| 11 | Q.  Okay.  So would you disagree with that bullet? | 10:38AM |
| 12 | A.  Maybe the word advise. | 10:38AM |
| 13 | Q.  What stakeholders would you present to on the | 10:38AM |
| 14 | GNETS rules? | 10:38AM |
| 15 | A.  It just depends on who the audience is at that | 10:38AM |
| 16 | time, outside of the GNETS directors.  Whoever we might | 10:38AM |
| 17 | be doing a presentation for at that time. | 10:38AM |
| 18 | Q.  What audiences have you presented to? | 10:38AM |
| 19 | A.  The charter schools, SELDA. | 10:38AM |
| 20 | Q.  Okay.  So I know earlier when you mentioned the | 10:39AM |
| 21 | charter school and SELDA, I believe you talked about a | 10:39AM |
| 22 | GNETS overview. | 10:39AM |
| 23 | A.  Mm-hmm.  The State Board rule is within that | 10:39AM |
| 24 | overview. | 10:39AM |
| 25 | Q.  Thank you for that clarification. | 10:39AM |



1       A.   Mm-hmm.                                          10:39AM

2       Q.   The next:  "Analysis staffing and budget data   10:39AM

3  for GNETS in collaboration with the GNETS PM."             10:39AM

4       A.   Mm-hmm.                                          10:39AM

5       Q.   What type of work do you do analyzing and        10:39AM

6  staffing budget data for GNETS?                            10:39AM

7       A.   I really don't do a lot of that.                 10:39AM

8       Q.   Do you do anything?                              10:39AM

9       A.   She might show me so I can try to understand     10:39AM

10  it, but that's about it.                                  10:39AM

11      Q.   "Assess GNETS PM in conducting GNETS             10:39AM

12  stakeholder meetings."                                    10:39AM

13      A.   Mm-hmm.                                          10:39AM

14      Q.   I know we discussed a few, are there any other   10:39AM

15  stakeholders that we have not discussed?                  10:39AM

16      A.   I'm not sure.  The ones that I can think of are  10:39AM

17  the ones I've mentioned.                                  10:39AM

18      Q.   And then the last bullet:  "Research             10:39AM

19  therapeutic programming and other SEA/school districts    10:39AM

20  to inform GNETS programming."                             10:40AM

21      A.   Mm-hmm.                                          10:40AM

22      Q.   Earlier we agreed SEA is the State Education     10:40AM

23  Agency, right?                                            10:40AM

24      A.   Yes.                                             10:40AM

25      Q.   What is meant by research therapeutic            10:40AM



 1  programming and other SEA school districts to inform    10:40AM

 2  GNETS programing?                                        10:40AM

 3      A.  Just to do research and see what other states   10:40AM

 4  are doing.                                               10:40AM

 5      Q.  In what ways, what are you researching in those 10:40AM

 6  states?                                                  10:40AM

 7      A.  I mean, just to see just how I would, as far as 10:40AM

 8  special education, how are they implementing co-teaching 10:40AM

 9  in other states, how are they implementing therapeutic  10:40AM

10  support in other states.  So just kind of that research. 10:40AM

11      Q.  Have you suggested changes based on your        10:40AM

12  research?                                                10:40AM

13      A.  I've had conversations of what I've found, but  10:40AM

14  that's about it.                                         10:40AM

15      Q.  With Vickie?                                     10:40AM

16      A.  Mm-hmm.                                          10:40AM

17      Q.  Anyone else?                                     10:40AM

18      A.  No.                                              10:40AM

19      Q.  Has Vickie suggested that there be changes      10:40AM

20  based on your research?                                  10:41AM

21      A.  Not that I -- I don't recall having that        10:41AM

22  conversation.                                            10:41AM

23      Q.  Do you also compare staff levels, at these      10:41AM

24  other states, what they're doing?                        10:41AM

25              MS. JOHNSON:  Object.                        10:41AM



| | |
|---|---|
| 1 |      THE WITNESS:  I wouldn't have that | 10:41AM |
| 2 | information as that specific, as to what kind of staff | 10:41AM |
| 3 | they would have at other states. | 10:41AM |
| 4 |    Q.  BY MS. JOHNSON:  Okay.  So this chart is from | 10:41AM |
| 5 | October 2019.  If we go back to the front e-mail, it's | 10:41AM |
| 6 | now September 2022.  Are there responsibilities that | 10:41AM |
| 7 | have been added? | 10:41AM |
| 8 |    A.  I would have to think about that. | 10:41AM |
| 9 |    Q.  Is there anything off the top of your mind that | 10:41AM |
| 10 | you know that you do often that isn't on here? | 10:41AM |
| 11 |    A.  I would honestly have to sit and make a list to | 10:41AM |
| 12 | think about that. | 10:41AM |
| 13 |    Q.  Have any been taken away? | 10:41AM |
| 14 |    A.  Same.  I would have to think about it. | 10:42AM |
| 15 |    Q.  Okay.  Have you received charts from Vickie | 10:42AM |
| 16 | Cleveland after this that looked, you know, have GNETS | 10:42AM |
| 17 | programs specialist responsibilities at the top end of | 10:42AM |
| 18 | box?  Is there something that you receive every so | 10:42AM |
| 19 | often? | 10:42AM |
| 20 |    A.  I don't know. | 10:42AM |
| 21 |    Q.  Are your responsibilities communicated to you | 10:42AM |
| 22 | in a different way? | 10:42AM |
| 23 |    A.  I don't know. | 10:42AM |
| 24 |    Q.  You don't know how your responsibilities are | 10:42AM |
| 25 | communicated to you? | 10:42AM |



1      A.  I mean, it's not a conversation that's had       10:42AM

2   everyday or every month.                                10:42AM

3      Q.  Sure.                                            10:42AM

4      A.  So as things come up and they need to be done,   10:42AM

5   if I'm asked to do them as a part of my job, I do.      10:42AM

6      Q.  Do you currently work on any matters not         10:42AM

7   related to GNETS?                                       10:43AM

8      A.  No.                                              10:43AM

9      Q.  Do you know if anyone held the role of GNETS     10:43AM

10  program specialist before you?                          10:43AM

11     A.  I do not.                                        10:43AM

12     Q.  You don't -- do you not know?                    10:43AM

13     A.  I don't know.                                    10:43AM

14     Q.  Okay.  Who have you worked with at the GaDOE,    10:43AM

15  while GNETS program specialist, in addition to Vickie   10:43AM

16  Cleveland?                                              10:43AM

17     A.  Worked with in what way?                         10:43AM

18     Q.  Have you coordinated or collaborated with in     10:43AM

19  your work?                                              10:43AM

20     A.  I've collaborated with a lot of people.          10:43AM

21     Q.  A lot of people?                                 10:43AM

22     A.  (Nodding yes.)                                   10:43AM

23     Q.  Okay.  I'm going to go through a few folks       10:43AM

24  then.                                                   10:43AM

25     A.  (Nodding yes.)                                   10:43AM



| | | |
|---|---|---|
| 1 | Q.  Do you -- have you worked with Matt Jones? | 10:43AM |
| 2 | A.  No. | 10:43AM |
| 3 | Q.  You have not worked with Matt Jones? | 10:43AM |
| 4 | A.  (Nodding no.) | 10:43AM |
| 5 | Q.  Have you communicated with him? | 10:43AM |
| 6 | A.  I have not. | 10:43AM |
| 7 | Q.  How often have you communicated or worked with | 10:44AM |
| 8 | Shawn Owen? | 10:44AM |
| 9 | A.  I don't work with Shawn but I've communicated | 10:44AM |
| 10 | with Shawn, if she was on a meeting that I was on with | 10:44AM |
| 11 | Vickie, but that's not often. | 10:44AM |
| 12 | Q.  What matters have you and Vickie communicated | 10:44AM |
| 13 | with Shawn Owen about? | 10:44AM |
| 14 | A.  I mean, just GNETS updates. | 10:44AM |
| 15 | Q.  And what's Shawn's role? | 10:44AM |
| 16 | A.  Deputy. | 10:44AM |
| 17 | Q.  Of? | 10:44AM |
| 18 | A.  Federal Programs. | 10:44AM |
| 19 | Q.  Is that within Special Education? | 10:44AM |
| 20 | A.  No.  Special Education is within Federal | 10:44AM |
| 21 | Programs. | 10:44AM |
| 22 | Q.  How about Winter Lowe? | 10:44AM |
| 23 | A.  She's a State director. | 10:44AM |
| 24 | Q.  Have you communicated with her in your role as | 10:44AM |
| 25 | GNETS program specialist? | 10:44AM |



1      A.   I've been in meetings with Vickie and Winter.    10:44AM

2      Q.   Okay.  On what matters?                          10:44AM

3      A.   GNETS updates.                                   10:44AM

4      Q.   What about Jerrano Bell (phonetic)?              10:44AM

5      A.   Jerrano?                                         10:45AM

6      Q.   Jerrano.  I apologize.                           10:45AM

7      A.   I've been in meetings with Vickie when she's     10:45AM

8   with Jerrano.                                            10:45AM

9      Q.   What is Jerrano's role?                          10:45AM

10     A.   I just know he does the budget.                  10:45AM

11     Q.   Have you communicated with Jerrano separate      10:45AM

12  from Vickie?                                             10:45AM

13     A.   If she asks me to, but not me initiating,        10:45AM

14  unless Vickie asks me to.                                10:45AM

15     Q.   And that would be related to the budget?         10:45AM

16     A.   Yes, because I don't do budget.                  10:45AM

17     Q.   How about Amber McCallum?                        10:45AM

18     A.   I don't really communicate with Amber.           10:45AM

19     Q.   What --                                          10:45AM

20     A.   That's more Vickie.                              10:45AM

21     Q.   What does she work on?                           10:45AM

22     A.   Budget.                                          10:45AM

23     Q.   Earlier you mentioned a Linda Castellanos?       10:45AM

24     A.   Mm-hmm.                                          10:45AM

25     Q.   Do you work with her on your role as GNETS       10:45AM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        81

1  program specialist?                                  10:45AM

2      A.  If it's GO-IEP because she's a GO-IEP program  10:45AM

3  manager.                                             10:45AM

4      Q.  How often would you say you communicate with  10:45AM

5  Linda Castellanos?                                   10:45AM

6      A.  Not often.  But she was my previous program  10:45AM

7  manager in that role with her.                       10:45AM

8      Q.  So you -- if you were to communicate with her,  10:45AM

9  it's about GO-IEP?                                   10:45AM

10     A.  It's about -- yeah, anything specific to GNETS  10:46AM

11  and GO-IEP.                                          10:46AM

12     Q.  What about Mike Rowland?                       10:46AM

13     A.  No.                                            10:46AM

14     Q.  Do you know Mike Rowland?                      10:46AM

15     A.  He's over at facilities.  I've heard Vickie    10:46AM

16  mention his name.                                    10:46AM

17     Q.  So earlier we spoke about how you have the     10:46AM

18  weekly meetings with Vickie?                         10:46AM

19     A.  Mm-hmm.                                        10:46AM

20     Q.  Is Vickie exclusively working on GNETS?        10:46AM

21          MS. JOHNSON:  Objection.                      10:46AM

22          THE WITNESS:  I don't know.                   10:46AM

23     Q.  BY MS. JOHNSON:  Is there any work that you    10:46AM

24  perform related to GNETS that Vickie Cleveland does not  10:46AM

25  oversee?                                             10:46AM



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                            82

```
 1      A.  No.                                              10:46AM

 2      Q.  Do you think it would be helpful for your team   10:46AM

 3   to expand?                                              10:46AM

 4           MS. JOHNSON:  Objection.                        10:46AM

 5           THE WITNESS:  I don't know.                     10:46AM

 6      Q.  BY MS. TUCKER:  You don't know?                  10:46AM

 7      A.  Mm-hmm.                                          10:46AM

 8      Q.  Do you participate in regular meetings at        10:46AM

 9   GaDOE?  Do you participate in, like, a Special Education 10:46AM

10   division meeting?                                       10:47AM

11      A.  Yes.  That's the department meetings.            10:47AM

12      Q.  Okay.  Got it.  And those were bimonthly?        10:47AM

13      A.  Mm-hmm.                                          10:47AM

14      Q.  Okay.  And then do you participate in Federal    10:47AM

15   Programs meetings?                                      10:47AM

16      A.  Those are monthly.                               10:46AM

17      Q.  Monthly meetings?                                10:47AM

18      A.  (Nodding yes.)                                   10:47AM

19      Q.  Who attends the Federal Programs meetings?       10:47AM

20      A.  Everybody in Federal Programs, so over 200       10:47AM

21   people.                                                 10:47AM

22      Q.  And those are monthly?                           10:47AM

23      A.  (Nodding yes.)                                   10:47AM

24      Q.  Would those be facilitated by Shawn?             10:47AM

25      A.  For the most part.  If she's absent, then        10:47AM
```



1  someone else will.                                      10:47AM

2      Q.  Okay.  And then meetings with the Georgia      10:47AM

3  Learning Resource System, is that GLRS?                10:47AM

4      A.  Mm-hmm.                                         10:47AM

5      Q.  Okay.  And how often do you meet with them?    10:47AM

6      A.  I don't meet with them.                         10:47AM

7      Q.  Do you meet ever with the State Board of       10:47AM

8  Education?                                              10:47AM

9      A.  No.                                             10:47AM

10     Q.  Have you ever met with the State Board of      10:47AM

11 Education ever?                                         10:47AM

12     A.  I never met -- I've sat in on a meeting, but   10:47AM

13 I've never presented or said anything.                 10:47AM

14     Q.  Got it.  Have you attended any other state     10:48AM

15 leadership meetings?                                    10:48AM

16     A.  No.                                             10:48AM

17     Q.  Have you ever sat in on a meeting with the     10:48AM

18 superintendent?                                         10:48AM

19     A.  No.                                             10:48AM

20     Q.  Are there other regular meetings you have in   10:48AM

21 your role that I haven't mentioned?                     10:48AM

22     A.  IDT.  Besides IDT, no.                          10:48AM

23     Q.  IDT.  Okay.  And the regional director meetings 10:48AM

24 are monthly?                                            10:48AM

25     A.  Yes.                                            10:48AM



LAKESHA STEVENSON                        September 22, 2022
UNITED STATES vs STATE OF GEORGIA                          84

| | | |
|---|---|---|
| 1 | Q.  Do you -- | 10:48AM |
| 2 | A.  Almost. | 10:48AM |
| 3 | Q.  Almost? | 10:48AM |
| 4 | A.  (Nodding yes.) | 10:48AM |
| 5 | Q.  Do you meet with the RESAs regularly? | 10:48AM |
| 6 | A.  No.  I don't meet with them at all. | 10:48AM |
| 7 | Q.  You've never met with them? | 10:48AM |
| 8 | A.  I never met with them.  I've sat in on a | 10:48AM |
| 9 | meeting, but I've never met with them. | 10:48AM |
| 10 | Q.  So just to make sure I understand, so you've | 10:48AM |
| 11 | attended meetings, but you're saying that you've not | 10:48AM |
| 12 | presented at the meetings? | 10:48AM |
| 13 | A.  Are you saying -- let me clarify.  Let me get | 10:48AM |
| 14 | clarification.  When you say "met with RESAs" -- | 10:48AM |
| 15 | Q.  Mm-hmm. | 10:48AM |
| 16 | A.  -- do you mean, like, us monthly RESA meeting | 10:49AM |
| 17 | or something like that?  No, I've never done that. | 10:49AM |
| 18 | Q.  But you have -- | 10:49AM |
| 19 | A.  As my role -- as a district liaison, we met at | 10:49AM |
| 20 | a RESA with the DLs.  That's as far as it goes for me. | 10:49AM |
| 21 | Q.  So never as a GNETS program specialist? | 10:49AM |
| 22 | A.  No. | 10:49AM |
| 23 | Q.  Have you had any conversations or e-mail | 10:49AM |
| 24 | communications with RESAs as a -- within your role as a | 10:49AM |
| 25 | GNETS program specialist? | 10:49AM |



1      A.  No.                                            10:49AM

2      Q.  Do you work with anyone at DCH in connection   10:49AM

3  with GNETS?                                            10:49AM

4      A.  No.                                            10:49AM

5      Q.  Okay.  And then do you work with anyone at     10:49AM

6  DBHDD?                                                 10:49AM

7      A.  Worked with, no.  Attend IDT, yes.             10:49AM

8      Q.  Attended IDT.                                  10:49AM

9              MS. TUCKER:  Let's take a break.           10:49AM

10              THE WITNESS:  Great.                       10:49AM

11              THE VIDEOGRAPHER:  Okay.  Stand by.  Off   10:49AM

12  the record at 10:51 a.m.                              10:49AM

13              (Off the record at 10:51 a.m.)            10:49AM

14              THE VIDEOGRAPHER:  Back on the record at   11:14AM

15  11:15 a.m.                                            11:14AM

16      Q.  BY MS. JOHNSON:  Thank you, Dr. Stevenson.    11:14AM

17  Before we begin, I just want to -- because I know it was  11:14AM

18  our first break -- to go back over some of the ground  11:14AM

19  rules from the beginning, they still stay the same every  11:14AM

20  time we take a break.                                 11:14AM

21      A.  Okay.                                         11:14AM

22      Q.  So we'll do our best to not talk over one     11:14AM

23  another.  The head nodding, we'll do our best not to do  11:14AM

24  that.  Speak clearly and loudly.  Just a reminder that  11:14AM

25  you're under oath as if you're testifying in a court of  11:14AM



| | | |
|---|---|---|
| 1 | law.  If you need to take a break, let me know. | 11:14AM |
| 2 | A.  Okay. | 11:14AM |
| 3 | Q.  Any questions? | 11:14AM |
| 4 | A.  No. | 11:15AM |
| 5 | Q.  Okay.  Great.  So, Dr. Stevenson, please | 11:15AM |
| 6 | describe the GNETS program. | 11:15AM |
| 7 | A.  The GNETS program is on the continuing services | 11:15AM |
| 8 | for students with special needs and it provides | 11:15AM |
| 9 | therapeutic support to students who exhibit | 11:15AM |
| 10 | characteristics of emotionally, behavior disorders, with | 11:15AM |
| 11 | specific duration frequency and -- yeah. | 11:15AM |
| 12 | Q.  So what would you say the purpose of the | 11:15AM |
| 13 | program is? | 11:15AM |
| 14 | MS. JOHNSON:  Objection. | 11:15AM |
| 15 | THE WITNESS:  The purpose of the program is | 11:15AM |
| 16 | to provide services to students on a continuing basis. | 11:16AM |
| 17 | Q.  BY MS. JOHNSON:  Okay.  And then a moment ago, | 11:16AM |
| 18 | I believe you said for students who need support, | 11:16AM |
| 19 | emotional and behavioral support -- | 11:16AM |
| 20 | A.  Who exhibit characteristics -- | 11:16AM |
| 21 | Q.  -- who exhibit characteristics of -- | 11:16AM |
| 22 | A.  Yes. | 11:16AM |
| 23 | Q.  Would that be the student population that GNETS | 11:16AM |
| 24 | is aimed to work with? | 11:16AM |
| 25 | MS. JOHNSON:  Objection. | 11:16AM |



| | |
|---|---|
| 1 | THE WITNESS:  I would say those decisions | 11:16AM |
| 2 | are made within an IEP meeting. | 11:16AM |
| 3 | Q.  BY MS. JOHNSON:  How would you describe the | 11:16AM |
| 4 | target population of the GNETS program as the GNETS | 11:16AM |
| 5 | program specialist? | 11:16AM |
| 6 | A.  I would say students with severe or | 11:16AM |
| 7 | characteristics of severe emotional and behavioral | 11:17AM |
| 8 | concerns. | 11:17AM |
| 9 | Q.  Students with severe emotional or behavioral | 11:17AM |
| 10 | concerns? | 11:17AM |
| 11 | A.  Or who exhibit characteristics of emotional | 11:17AM |
| 12 | behavior -- severe emotional behavior. | 11:17AM |
| 13 | Q.  Okay.  And then how does GNETS serve these | 11:17AM |
| 14 | students? | 11:17AM |
| 15 | A.  Could you elaborate? | 11:17AM |
| 16 | Q.  Well, as GNETS program specialist -- | 11:17AM |
| 17 | A.  When you say "serve". | 11:17AM |
| 18 | Q.  -- so how do you work with these students, | 11:17AM |
| 19 | like, what does GNETS do for these students? | 11:18AM |
| 20 | A.  They provide educational therapeutic support. | 11:18AM |
| 21 | Q.  Do all students receive therapeutic support | 11:18AM |
| 22 | through GNETS? | 11:18AM |
| 23 | MS. JOHNSON:  Objection. | 11:18AM |
| 24 | THE WITNESS:  I wouldn't be able to answer | 11:18AM |
| 25 | that. | 11:18AM |



1    Q.  BY MS. JOHNSON:  Why?                                11:18AM

2    A.  Because I'm not in every program to know what        11:18AM

3  every program is doing on a daily basis.                   11:18AM

4    Q.  But the GNETS program does aim to provide            11:18AM

5  therapeutic support to its students?                       11:18AM

6    A.  I would say in the same way schools aim to           11:18AM

7  provide education to children.  Can you guarantee it's     11:18AM

8  happening everyday?                                        11:19AM

9    Q.  How would you describe the structure of the          11:19AM

10  GNETS program?                                            11:19AM

11            MS. JOHNSON:  Objection.                         11:19AM

12            THE WITNESS:  Structure as far as what?          11:19AM

13    Q.  BY MS. JOHNSON:  So you and Vickie are in the        11:19AM

14  GaDOE office, correct?                                    11:19AM

15    A.  The SEA, yes.                                        11:19AM

16    Q.  The SEA.  And then I think we decided earlier        11:19AM

17  there's 24 regional GNETS program?                        11:19AM

18    A.  Correct.                                             11:19AM

19    Q.  Has this changed during your time with GaDOE as      11:19AM

20  GNETS program specialist?                                 11:19AM

21    A.  There's always been 24.                              11:19AM

22    Q.  Approximately how many students are in GNETS         11:19AM

23  this school year, and I mean, 2022/23 school year?        11:19AM

24    A.  I don't know.                                        11:19AM

25    Q.  Is this not information you would get as a           11:19AM



| | | |
|---|---|---|
| 1 | GNETS program specialist? | 11:19AM |
| 2 | A.  No. | 11:19AM |
| 3 | Q.  Ever or -- | 11:19AM |
| 4 | A.  Unless Vickie gives me that information, then I | 11:19AM |
| 5 | wouldn't know. | 11:19AM |
| 6 | Q.  Have you gotten that information in the past? | 11:19AM |
| 7 | A.  I'm not sure.  Like, I don't remember if she | 11:19AM |
| 8 | might have said, there's so many students in here at | 11:20AM |
| 9 | this time.  I don't know. | 11:20AM |
| 10 | Q.  Okay.  Could you give a ballpark given that | 11:20AM |
| 11 | you're one of the two folks in GaDOE who works on this | 11:20AM |
| 12 | about how many students are in GNETS? | 11:20AM |
| 13 | A.  (Nodding no.) | 11:20AM |
| 14 | MS. JOHNSON:  Objection. | 10:46AM |
| 15 | Q.  BY MS. TUCKER:  If you wanted to receive this | 11:20AM |
| 16 | information, who would you contact? | 11:20AM |
| 17 | A.  I would ask Vickie. | 11:20AM |
| 18 | Q.  So do you know if the GNETS population has | 11:20AM |
| 19 | remained the same during your time as GNETS program | 11:20AM |
| 20 | specialist? | 11:20AM |
| 21 | A.  I know that it's decreased. | 11:20AM |
| 22 | Q.  You know that it's decreased? | 11:20AM |
| 23 | A.  Mm-hmm. | 11:21AM |
| 24 | Q.  Why do you think that is? | 11:21AM |
| 25 | A.  Why has the -- | 11:21AM |



| 1 | Q. Population decreased? | 11:21AM |
| 2 | MS. JOHNSON: Objection. | 11:21AM |
| 3 | THE WITNESS: I'm not sure. | 11:21AM |
| 4 | Q. BY MS. JOHNSON: You're not sure? | 11:21AM |
| 5 | A. Mm-hmm. | 11:21AM |
| 6 | Q. Where do you think SPED students formally being | 11:21AM |
| 7 | served by GNETS are now receiving services? | 11:21AM |
| 8 | MS. JOHNSON: Objection. | 11:21AM |
| 9 | THE WITNESS: Can you repeat that? | 11:21AM |
| 10 | Q. BY MS. JOHNSON: Yes. So a moment ago you said | 11:21AM |
| 11 | you understand that the GNETS population has decreased | 11:21AM |
| 12 | during your time as GNETS program specialist? | 11:21AM |
| 13 | A. (Nodding yes.) | 11:21AM |
| 14 | Q. I'm curious where you think the students that | 11:21AM |
| 15 | formally were in GNETS are now receiving services? | 11:21AM |
| 16 | MS. JOHNSON: Objection. | 11:21AM |
| 17 | THE WITNESS: I wouldn't have any way of | 11:21AM |
| 18 | knowing that. | 11:21AM |
| 19 | Q. BY MS. TUCKER: Do you expect that those | 11:21AM |
| 20 | students are receiving special education services still? | 11:21AM |
| 21 | MS. JOHNSON: Objection. | 11:21AM |
| 22 | THE WITNESS: I wouldn't have any way of | 11:21AM |
| 23 | knowing that. | 11:21AM |
| 24 | Q. BY MS. JOHNSON: Do general education schools | 11:21AM |
| 25 | support students with emotional and behavioral | 11:21AM |



1  challenges?                                              11:22AM

2         MS. JOHNSON:  Objection.                          11:22AM

3         THE WITNESS:  I can't speak for all               11:22AM

4  schools, but I would think.  I guess.                    11:22AM

5     Q.  BY MS. JOHNSON:  So would you agree that there    11:22AM

6  are students with an EBD designation that are not served 11:22AM

7  in GNETS?                                                11:22AM

8     A.  Yes.                                              11:22AM

9     Q.  Okay.  And are they at their home schools?        11:22AM

10        MS. JOHNSON:  Objection.                          11:22AM

11        THE WITNESS:  Not necessarily.                    11:22AM

12    Q.  BY MS. JOHNSON:  Where else would there be?       11:22AM

13    A.  There are regional programs.                      11:22AM

14    Q.  What do you mean by regional programs?            11:22AM

15    A.  Programs that serve a specific set of students.   11:22AM

16 It could be EBD, it could be autism, it could be MID.    11:22AM

17    Q.  And they're within the school districts?          11:22AM

18    A.  Yes.                                              11:22AM

19    Q.  Can you give me an example of one of these        11:22AM

20 regional programs just to make sure I understand?        11:22AM

21    A.  I mean, it's just a class.  It's not a program.   11:22AM

22    Q.  Okay.                                             11:22AM

23    A.  It's a class within a school district.            11:23AM

24    Q.  Within a home school district?                    11:23AM

25    A.  Well, within a school district.  It might not     11:23AM



 1  be that student's home school district but it's within a       11:23AM
 2  school district.                                               11:23AM
 3      Q.  Okay.  Has GaDOE provided guidance to the              11:23AM
 4  regional GNETS programs about their population size?           11:23AM
 5              MS. JOHNSON:  Objection.                            11:23AM
 6              THE WITNESS:  When you say "guidance," what         11:23AM
 7  do you mean?                                                   11:23AM
 8      Q.  BY MS. TUCKER:  Have you provided any                  11:23AM
 9  information to regional GNETS programs about their             11:23AM
10  student population in consideration of their student           11:23AM
11  population?                                                    11:23AM
12      A.  Considered -- okay.  I understand what you mean        11:23AM
13  by population, what do you mean by consideration?              11:23AM
14      Q.  With who is being referred into GNETS?                 11:23AM
15      A.  I've never done that.  No.                             11:23AM
16      Q.  Has Vickie?                                            11:23AM
17              MS. JOHNSON:  Objection.                            11:23AM
18              THE WITNESS:  There have -- I think maybe          11:23AM
19  at one meeting there was a discussion about GNETS             11:23AM
20  directors looking at how many students they have.            11:23AM
21      Q.  BY MS. TUCKER:  Okay.  And what was messaged to        11:24AM
22  the GNETS directors during that meeting?                      11:24AM
23      A.  Just look at your student population.                  11:24AM
24      Q.  But for what?                                          11:24AM
25      A.  For -- just to be aware.                               11:24AM



| | | |
|---|---|---|
| 1 | Q.  To be aware? | 11:24AM |
| 2 | A.  (Nodding yes.) | 11:24AM |
| 3 | Q.  So am I correct that GNETS students are served | 11:24AM |
| 4 | in centers and school-based locations? | 11:24AM |
| 5 | A.  Yes. | 11:24AM |
| 6 | Q.  Do you know how many centers are being used | 11:24AM |
| 7 | this school year? | 11:24AM |
| 8 | A.  I do not. | 11:24AM |
| 9 | Q.  Do you know how many centers were used last | 11:24AM |
| 10 | school year? | 11:24AM |
| 11 | A.  I do not. | 11:24AM |
| 12 | Q.  Is this information that you would typically | 11:24AM |
| 13 | have? | 11:24AM |
| 14 | MS. JOHNSON:  Objection. | 11:24AM |
| 15 | THE WITNESS:  Have like what? | 11:24AM |
| 16 | Q.  BY MS. TUCKER:  Is this information that you | 11:24AM |
| 17 | would typically know about the GNETS program, how many | 11:24AM |
| 18 | centers there are -- | 11:24AM |
| 19 | MS. JOHNSON:  Objection. | 11:24AM |
| 20 | Q.  BY MS. TUCKER:  -- as GNETS program specialist? | 11:24AM |
| 21 | A.  That information is reported -- self-reported | 11:24AM |
| 22 | by the GNETS directors in the grant application. | 11:25AM |
| 23 | Q.  Do you then take a look and -- | 11:25AM |
| 24 | A.  I mean, if they put it in there as a part of my | 11:25AM |
| 25 | review for the GrantApp, then I would look at it, but I | 11:25AM |



1  couldn't tell you how many, you know.                    11:25AM

2      Q.  Do you and Vickie have a list even when you're   11:25AM

3  planning on where to visit that we need to hit up this   11:25AM

4  site, this center?                                       11:25AM

5      A.  We call them and ask them for the address.       11:25AM

6      Q.  Okay.  Do you know how many school-based         11:25AM

7  locations there are?                                     11:25AM

8      A.  Only if I look in the GrantApp and look at it.   11:25AM

9      Q.  And it's in the GrantApp and the strategic plan  11:25AM

10  or --                                                   11:25AM

11     A.  It's not in the strategic plan.  It's only in    11:25AM

12  the GrantApp; and that is self-reported information from 11:25AM

13  the directors.                                          11:25AM

14     Q.  Got it.  Do you confirm this information?        11:25AM

15         MS. JOHNSON:  Objection.                         11:25AM

16         THE WITNESS:  If it's reported by the            11:25AM

17  directors, then I'm not sure who I would confirm it with 11:25AM

18  because it's coming from the actual directors of the    11:25AM

19  program.                                                11:26AM

20     Q.  BY MS. TUCKER:  Sure.  I mean, when you go to    11:26AM

21  the visit, do you then confirm that all those sites are 11:26AM

22  active and operational?                                 11:26AM

23     A.  If we go to those locations, we -- if that's     11:26AM

24  the location where the review is or if that's the       11:26AM

25  location where the director asks us to meet, then we'll 11:26AM



1  go to those.                                              11:26AM

2      Q.  Okay.  With the grant applications where you      11:26AM

3  have this information, do you ever aggregate the data?    11:26AM

4      A.  No.                                               11:26AM

5      Q.  Do students in -- GNETS students in centers       11:26AM

6  have opportunities to interact with their non-disabled    11:26AM

7  peers?                                                    11:26AM

8          MS. JOHNSON:  Objection.                          11:26AM

9          THE WITNESS:  I wouldn't know for each            11:26AM

10  center if that's the case.                               11:26AM

11     Q.  BY MS. TUCKER:  Is it your understanding that     11:26AM

12  there are students without disabilities located --       11:26AM

13  receiving education at the centers?                      11:26AM

14     A.  Can you repeat that?                              11:26AM

15     Q.  Sure.  I think earlier we agreed that a GNETS     11:26AM

16  center was a stand-alone --                              11:26AM

17     A.  Mm-hmm.                                           11:26AM

18     Q.  -- without -- with only students with            11:26AM

19  disabilities and not with --                            11:27AM

20     A.  That's not the case for all of the centers.      11:27AM

21     Q.  What are some of the centers like?               11:27AM

22     A.  I mean, there might be some centers that are in  11:27AM

23  a building with students that don't have disabilities.  11:27AM

24     Q.  Would that not be a school-based location then?  11:27AM

25     A.  No.  It's not considered school-based if it's    11:27AM



 1  maybe an alternative school or something.                    11:27AM

 2       Q.  Okay.  So some centers are connected to an          11:27AM

 3  alternative school?                                          11:27AM

 4       A.  They're in the same building.                       11:27AM

 5       Q.  Okay.  Do you know if the students would            11:27AM

 6  have -- would interact with one another, the two?            11:27AM

 7       A.  I'm not sure.                                        11:27AM

 8       Q.  Not sure.  Okay.  Do students in school-based       11:27AM

 9  locations have opportunities to interact with their          11:27AM

10  non-disabled peers?                                          11:27AM

11            MS. JOHNSON:  Objection.                           11:27AM

12            THE WITNESS:  I couldn't speak for all             11:27AM

13  those either.                                                11:27AM

14       Q.  BY MS. TUCKER:  Have you seen some that have        11:27AM

15  had the opportunity to or non-opportunity?                   11:27AM

16       A.  I would have to think about it.                     11:27AM

17       Q.  I'm happy to give you a moment, if you'd like.      11:27AM

18       A.  I'm not sure.                                       11:28AM

19       Q.  So when you visit school-based locations and       11:28AM

20  centers, you've not taken note of interactions with          11:28AM

21  non-disabled peers?                                          11:28AM

22            MS. JOHNSON:  Objection.                           11:28AM

23            THE WITNESS:  Well, it depends on the time         11:28AM

24  of day.  If it's during instruction and it's during the     11:28AM

25  classroom, that's not a time when they might be              11:28AM



 1  interacting, then no, I wouldn't see it because we're        11:28AM
 2  not there all day.                                           11:28AM
 3      Q.  BY MS. TUCKER:  How long did you usually stay        11:28AM
 4  at a site?                                                   11:28AM
 5      A.  It just depends on -- it just depends.  The          11:28AM
 6  director kind of sets the tone for that.                     11:28AM
 7      Q.  Do you ever visit when students aren't on site?      11:28AM
 8      A.  Not unless school it's out for the -- like, if       11:28AM
 9  we're there and it's the end of the day and then the         11:28AM
10  students leave.                                              11:28AM
11      Q.  Does GaDOE provide guidance to the regional          11:28AM
12  GNETS programs about opportunities for GNET students to      11:29AM
13  interact with their non-disabled peers?                      11:29AM
14          MS. JOHNSON:  Objection.                             11:29AM
15          THE WITNESS:  What do you mean by guidance?          11:29AM
16      Q.  BY MS. TUCKER:  Do you provide any information       11:29AM
17  or provide any technical assistance or if you presented      11:29AM
18  on this issue?                                               11:29AM
19      A.  I can't recall.                                      11:29AM
20      Q.  Okay.  As GNETS program's specialist --              11:29AM
21      A.  I can't recall it.                                   11:29AM
22      Q.  -- do you track how many students in                 11:29AM
23  school-based locations are in GNETS for six daily            11:29AM
24  segments?                                                    11:29AM
25      A.  No.                                                  11:29AM



| | | |
|---|---|---|
| 1 | Q.   Okay.  Let me get another exhibit. | 11:29AM |
| 2 | MS. TUCKER:  I'd like -- actually, this is | 11:29AM |
| 3 | what was previously marked as Plaintiff's Exhibit 380, | 11:29AM |
| 4 | so we don't -- it's not 422 -- it was already introduced | 11:30AM |
| 5 | into this litigation.  So you don't need to put a | 11:30AM |
| 6 | sticker. | 11:30AM |
| 7 | (Previously marked Exhibit 380 introduced | 11:30AM |
| 8 | into the record.) | 11:30AM |
| 9 | Q.   BY MS. TUCKER:  Okay.  So this was previously | 11:30AM |
| 10 | marked as Plaintiff's Exhibit 380.  This is a May 20th, | 11:30AM |
| 11 | 2020 e-mail thread -- | 11:30AM |
| 12 | A.   Mm-hmm. | 11:30AM |
| 13 | Q.   -- between you and Vickie Cleveland. | 11:30AM |
| 14 | A.   Mm-hmm. | 11:30AM |
| 15 | Q.   There's no subject -- | 11:30AM |
| 16 | A.   Mm-hmm. | 11:30AM |
| 17 | Q.   -- but there's one attachment titled:  "GNETS | 11:30AM |
| 18 | one pager for SBOE therapeutic supports." | 11:30AM |
| 19 | A.   Mm-hmm. | 11:30AM |
| 20 | Q.   Dr. Stevenson, do you recognize this e-mail | 11:30AM |
| 21 | thread? | 11:30AM |
| 22 | A.   Mm-hmm.  Yes.  I'm sorry.  I have a peppermint. | 11:30AM |
| 23 | Q.   No worries.  Did you say yes? | 11:30AM |
| 24 | A.   Yes. | 11:30AM |
| 25 | Q.   Okay.  So we'll take -- we'll go to the first | 11:30AM |



1  e-mail, which is the bottom e-mail in the chain, and          11:30AM

2  it's from you.  Do you see that --                            11:30AM

3      A.  (Witness examining documents.)                        11:30AM

4      Q.  -- with the May 20th, 2019 at 11:18 a.m.?             11:30AM

5      A.  Yes.                                                   11:31AM

6      Q.  Okay.  Do you see where you write, "take a look        11:31AM

7  and let me know if this works," to Vickie Cleveland?          11:31AM

8      A.  Yes.                                                   11:31AM

9      Q.  Okay.  And I'm assuming it was the -- is it the        11:31AM

10 attachment?                                                    11:31AM

11     A.  Yes.                                                   11:31AM

12     Q.  Okay.  Did -- did Vickie ask you to develop            11:31AM

13 this attachment?                                               11:31AM

14     A.  Yes.                                                   11:31AM

15     Q.  Why?                                                   11:31AM

16     A.  This was the summary I mentioned previously of         11:31AM

17 the therapeutic supports grant.                                11:31AM

18     Q.  Okay.                                                  11:31AM

19     A.  And we talked -- and when I mentioned that, the        11:31AM

20 summary is done near the end of the year for the logs.         11:31AM

21 This is the beginning -- the summary.                          11:31AM

22     Q.  Okay.  So this is for the 2018-2019 school             11:31AM

23 year?                                                          11:31AM

24     A.  Based on what it says, yes.                            11:31AM

25     Q.  Okay.  Let's look at the top box.  It reads            11:31AM



1  that, "GNETS programs provide comprehensive,                    11:31AM

2  educational, and therapeutic support services to                11:32AM

3  students who might otherwise require residential or more         11:32AM

4  other -- or other more restrictive placements due to the        11:32AM

5  severity of one or more of the characteristics of the           11:32AM

6  disability category of emotional and behavioral                 11:32AM

7  disorders, EBD."                                                 11:32AM

8       A.  Mm-hmm.                                                 11:32AM

9       Q.  Do you see that?                                        11:32AM

10      A.  (Nodding yes.)                                          11:32AM

11      Q.  Are you aware of any study that has assessed            11:32AM

12  the impact of GNETS services on the need for residential        11:32AM

13  or more restrictive placements for students in Georgia?         11:32AM

14      A.  No.                                                     11:32AM

15      Q.  Does GaDOE collect any data that assesses the           11:32AM

16  impact of GNETS services on the need for residential or         11:32AM

17  more restrictive placements for students in Georgia?            11:32AM

18      A.  Not to my knowledge.                                    11:32AM

19          MS. JOHNSON:  Objection.                                11:32AM

20          THE WITNESS:  Not to my knowledge.                      11:32AM

21      Q.  BY MS. TUCKER:  Do you know if any State agency         11:32AM

22  does?                                                           11:32AM

23      A.  I'm not sure.                                           11:32AM

24      Q.  Now I'd like to introduce what is Plaintiff's          11:33AM

25  Exhibit 422 -- no, yes.  422.                                   11:33AM



LAKESHA STEVENSON                         September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        101

| | | |
|---|---|---|
| 1 | (Plaintiff's Exhibit 422 marked for | 11:33AM |
| 2 | identification.) | 11:33AM |
| 3 | Q.  BY MS. TUCKER:  The Bates number on the first | 11:33AM |
| 4 | page of this exhibit reads GA00946193.  This is an | 11:33AM |
| 5 | e-mail thread with the most recent e-mail dated | 11:33AM |
| 6 | April 23rd, 2019, and it's an e-mail from you to Vickie | 11:33AM |
| 7 | Cleveland.  The subject reads:  "Please forward to | 11:33AM |
| 8 | Vickie Cleveland." | 11:33AM |
| 9 | A.  (Witness examining document.) | 11:33AM |
| 10 | Q.  Dr. Stevenson, do you recognize this e-mail | 11:33AM |
| 11 | thread? | 11:33AM |
| 12 | A.  Yes. | 11:33AM |
| 13 | Q.  Okay.  The first e-mail on the chain is to you | 11:33AM |
| 14 | from a Jackie Neal? | 11:33AM |
| 15 | A.  Mm-hmm. | 11:33AM |
| 16 | Q.  Who is Jackie Neal? | 11:33AM |
| 17 | A.  Yes.  I'm sorry. | 11:34AM |
| 18 | Q.  You're good.  We'll get it. | 11:34AM |
| 19 | A.  She's a director for NorthStar GNETS. | 11:34AM |
| 20 | Q.  And that's one of the 24 regional GNETS | 11:34AM |
| 21 | programs? | 11:34AM |
| 22 | A.  Yes. | 11:34AM |
| 23 | Q.  Do you see where Jackie Neal writes, "Pickens | 11:34AM |
| 24 | County has decided they would like to withdraw from | 11:34AM |
| 25 | GNETS services and they have decided they would prefer | 11:34AM |



800.211.DEPO (3376)
EsquireSolutions.com

1  to move services in system"?                        11:34AM

2      A.  Yes.                                         11:34AM

3      Q.  Okay.  Am I correct that Jackie Neal is saying  11:34AM

4  Pickens County no longer wants to participate in GNETS?  11:34AM

5  Is that what this e-mail says?                       11:34AM

6      A.  That's what the e-mail says.                 11:34AM

7      Q.  Okay.  Did you have any conversations with   11:34AM

8  Jackie Neal?                                         11:34AM

9      A.  I did not.  I forwarded it to Vickie.        11:34AM

10     Q.  Do you understand why Pickens County no longer  11:34AM

11 wanted to participate?                               11:34AM

12     A.  I was not part of the conversation.          11:34AM

13     Q.  Have other school districts left the GNETS   11:34AM

14 program since you've been working as GNETS program   11:34AM

15 specialist?                                          11:34AM

16     A.  I think one.                                 11:34AM

17     Q.  Which one?                                   11:35AM

18     A.  Effingham.  They were part of Savannah-Chatham.  11:35AM

19     Q.  Did you have conversations with anyone about  11:35AM

20 why Effingham choose to leave?                       11:35AM

21     A.  I did not.                                   11:35AM

22     Q.  What steps does GaDOE take after receiving   11:35AM

23 notification that a school district wants to end their  11:35AM

24 participation?                                       11:35AM

25     A.  That's really not within my scope of what I  11:35AM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        103

1  know or do.                                        11:35AM

2       Q.  Okay.                                     11:35AM

3       A.  I just change the map once they're not there.  11:35AM

4       Q.  When Jackie Neal wrote that Pickens County  11:35AM

5  wants to, "Move services in system."  What did you  11:35AM

6  understand that to mean?                           11:35AM

7            MS. JOHNSON:  Objection.                 11:35AM

8            THE WITNESS:  I sent this to Vickie.  I  11:35AM

9  don't -- I didn't get involved in this.            11:35AM

10      Q.  BY MS. TUCKER:  Do you think it would be fair  11:35AM

11 to have an understanding that they're moving services  11:36AM

12 within the school district?                         11:36AM

13      A.  I'm not sure.                             11:36AM

14      Q.  Does the departure of a school district have a  11:36AM

15 negative impact on GNETS funding?                  11:36AM

16           MS. JOHNSON:  Objection.                 11:36AM

17           THE WITNESS:  I'm not familiar with that.  11:36AM

18      Q.  BY MS. TUCKER:  How about the regional GNETS  11:36AM

19 program funding through the GNETS app?             11:36AM

20           MS. JOHNSON:  Objection.                 11:36AM

21           THE WITNESS:  I'm not sure.              11:36AM

22      Q.  BY MS. TUCKER:  You don't work on how much  11:36AM

23 money the GNETS programs receives?                 11:36AM

24      A.  I do not.                                 11:36AM

25      Q.  Okay.  Thank you.  Okay.  Earlier we spoke a  11:36AM



1  little bit about the GNETS rule.                    11:36AM

2      A.  Mm-hmm.                                      11:36AM

3      Q.  What is the purpose of the GNETS rule?       11:36AM

4          MS. JOHNSON:  Objection.                     11:36AM

5          THE WITNESS:  The purpose is what it states  11:37AM

6  in the rule.                                         11:37AM

7      Q.  BY MS. TUCKER:  Does it guide your work?     11:37AM

8      A.  In what way?                                 11:37AM

9      Q.  Do you refer to it in your work on what your 11:37AM

10 responsibilities are?                                11:37AM

11     A.  I wouldn't say I refer to it that directly, no. 11:37AM

12     Q.  Okay.                                        11:37AM

13     A.  In my work, no.                              11:37AM

14     Q.  Do you know when the most -- this, the most  11:37AM

15 recent GNETS rule, was enacted?                      11:37AM

16     A.  I don't.                                     11:37AM

17     Q.  Do you look to the rule often?              11:37AM

18     A.  If it's needed for a presentation or, you know, 11:38AM

19 a situation.                                         11:38AM

20     Q.  Do you present on the GNETS rule?           11:38AM

21     A.  I -- if it's a part of the overview, the broad 11:38AM

22 overview, then we will read the rule to whoever is there 11:38AM

23 at the presentation.                                 11:38AM

24     Q.  So you read the rule --                     11:38AM

25     A.  Mm-hmm.                                      11:38AM



| | | |
|---|---|---|
| 1 | Q.  -- to whoever is there? | 11:38AM |
| 2 | A.  (Nodding Mm-hmm.) | 11:38AM |
| 3 | Q.  Do you provide any other thoughts on what the | 11:38AM |
| 4 | rule says to the audience that's there? | 11:38AM |
| 5 | A.  I don't. | 11:38AM |
| 6 | Q.  You don't.  Just Vickie? | 11:38AM |
| 7 | MS. JOHNSON:  Objection. | 11:38AM |
| 8 | THE WITNESS:  In what way? | 11:38AM |
| 9 | Q.  BY MS. TUCKER:  Well, I guess I'm wondering, | 11:38AM |
| 10 | you know, you're reading the rule -- | 11:38AM |
| 11 | A.  Mm-hmm. | 11:38AM |
| 12 | Q.  -- and it's, you know, it has some formal | 11:38AM |
| 13 | language.  Do you then explain informally what some of | 11:38AM |
| 14 | the requirements are? | 11:38AM |
| 15 | A.  Can you give me an example? | 11:38AM |
| 16 | Q.  Sure.  Let's go ahead and look at the rule. | 11:38AM |
| 17 | A.  Okay. | 11:39AM |
| 18 | Q.  So I'm going to give you what was already | 11:39AM |
| 19 | introduced as Plaintiff's Exhibit 82. | 11:39AM |
| 20 | A.  Okay. | 11:39AM |
| 21 | Q.  So I can give it directly to you. | 11:39AM |
| 22 | A.  Okay. | 11:39AM |
| 23 | (Previously marked Plaintiff's Exhibit 82 | 11:39AM |
| 24 | introduced into evidence.) | 11:39AM |
| 25 | Q.  BY MS. TUCKER:  There you go.  Do you recognize | 11:39AM |



| | | |
|---|---|---|
| 1 | this document as the GNETS rule? | 11:39AM |
| 2 | A.  Yes. | 11:39AM |
| 3 | Q.  Okay.  So let's go to Section 5(a), which | 11:39AM |
| 4 | begins on Page 4. | 11:39AM |
| 5 | A.  Okay. | 11:39AM |
| 6 | Q.  Okay.  And this is on the SEAs duties and | 11:39AM |
| 7 | responsibilities, correct? | 11:39AM |
| 8 | A.  Correct. | 11:39AM |
| 9 | Q.  Okay.  And earlier we agreed that the SEA is | 11:39AM |
| 10 | the State Education Agency? | 11:39AM |
| 11 | A.  Yes. | 11:39AM |
| 12 | Q.  Okay.  And would that be the State Board of | 11:39AM |
| 13 | Education here or GaDOE? | 11:39AM |
| 14 | A.  Yes. | 11:39AM |
| 15 | Q.  Okay.  State Board or GaDOE, you just said yes? | 11:39AM |
| 16 | A.  I'm sorry. | 11:39AM |
| 17 | Q.  What does SEA refer to in the rule? | 11:39AM |
| 18 | A.  State Education Agency. | 11:39AM |
| 19 | Q.  So looking at the first page, going back to | 11:39AM |
| 20 | Page 1. | 11:40AM |
| 21 | A.  Page 1? | 11:40AM |
| 22 | Q.  Yes, we'll go back.  So the State Education | 11:40AM |
| 23 | Agency in the rule, if you look at (g), it refers to the | 11:40AM |
| 24 | Georgia State Board, the Georgia Board of Education, the | 11:40AM |
| 25 | SBOE, correct? | 11:40AM |



1     A.  Yes.                                                 11:40AM

2     Q.  Okay.  Let's go back to the duties and              11:40AM

3  responsibilities.                                          11:40AM

4     A.  (Witness complying.)                                11:40AM

5     Q.  So during those general overviews, do you talk      11:40AM

6  about the SEA's role in that presentation?                 11:40AM

7     A.  We read the SEA's role.                             11:40AM

8     Q.  Okay.  So you read it just as is.  Do you           11:40AM

9  provide any sort of informal clarification or do you       11:40AM

10 simply read it?                                            11:40AM

11    A.  I just read it.                                      11:40AM

12    Q.  What about does anyone else explain it to the       11:40AM

13 folks that are listening to the presentation?              11:41AM

14           MS. JOHNSON:  Objection.                         11:41AM

15           THE WITNESS:  If someone asks a question, I      11:41AM

16 guess Vickie might respond.                                11:41AM

17    Q.  BY MS. TUCKER:  Did you ever answer questions?      11:41AM

18    A.  No.                                                 11:41AM

19    Q.  You don't answer --                                 11:41AM

20    A.  I just do the PowerPoint and read what I'm          11:41AM

21 supposed to read, as far as that's concerned.              11:41AM

22    Q.  As far as what's concerned?                         11:41AM

23    A.  The board rule.                                     11:41AM

24    Q.  The board rule.  Have you -- okay.  Well, let's     11:41AM

25 look at the first one:  "The SEA shall receive and         11:41AM



 1  disburse funds appropriated by the General -- Georgia          11:41AM

 2  General Assembly to support GNETS services."                   11:41AM

 3       A.  Yes.                                                   11:41AM

 4       Q.  Who works on this within GaDOE?                       11:41AM

 5             MS. JOHNSON:  Objection.                             11:41AM

 6             THE WITNESS:  Whoever does the budget for           11:41AM

 7  GaDOE.                                                         11:41AM

 8       Q.  BY MS. TUCKER:  Let's look at the second one:         11:41AM

 9  "The SEA shall administer the grant funds by performing        11:41AM

10  the following in collaboration with GaDOE."  The first         11:42AM

11  is:  "Developing rules and procedures, regulating the          11:42AM

12  operation of the GNETS grant, including the application        11:42AM

13  process."                                                      11:42AM

14       A.  Mm-hmm.  Yes.                                         11:42AM

15       Q.  Yes.  What role do you play with this?                11:42AM

16             MS. JOHNSON:  Objection.                             11:42AM

17             THE WITNESS:  The application process is            11:42AM

18  the grant application, so I look at that information.           11:42AM

19       Q.  BY MS. TUCKER:  This says:  "Develop rules and        11:42AM

20  procedures."  What other rules are there?                      11:42AM

21       A.  I don't develop any rules for the GrantApp.           11:42AM

22       Q.  Do you develop any procedures?                        11:42AM

23       A.  Procedures as far as, you know, showing them          11:42AM

24  where to upload anything they might need to upload.            11:42AM

25  That's about it.                                               11:42AM



1      Q.   The next one:  "Notifying the fiscal agents      11:42AM

2   regarding each fiscal year's allocation and approve      11:43AM

3   GNETS services budgets."                                 11:43AM

4      A.   I don't do that.                                 11:43AM

5      Q.   Do you know who does?                            11:43AM

6      A.   I'm not sure.  I'm not sure who approves it.     11:43AM

7      Q.   Uh-huh.                                          11:43AM

8      A.   But once it's received, I know that the special  11:43AM

9   Ed director sends it out, but I don't know who it comes  11:43AM

10  from and how all that works.                             11:43AM

11     Q.   So when the GNETS grant -- or the GNETS budget   11:43AM

12  is received, the special education director then sends   11:43AM

13  it out, is that what you meant?                          11:43AM

14     A.   I'm not sure.                                    11:43AM

15     Q.   I was just repeating what you said.              11:43AM

16     A.   Yeah, that's what I said, but I'm not for sure.  11:43AM

17  That's what I think.                                     11:43AM

18     Q.   Okay.  The next is:  "Monitor GNETS to ensure    11:43AM

19  compliance with federal and state policies, procedures,  11:43AM

20  rules, and the delivery of appropriate instructional and 11:43AM

21  therapeutic services."                                   11:43AM

22     A.   Yes.                                             11:43AM

23     Q.   How does GaDOE monitor GNETS to ensure           11:43AM

24  compliance with federal policies, procedures, and rules? 11:44AM

25     A.   That is done --                                  11:44AM



| | | |
|---|---|---|
| 1 | MS. JOHNSON:  Objection. | 11:44AM |
| 2 | THE WITNESS:  I assume that would be done | 11:44AM |
| 3 | through Cross Functional Monitoring, general | 11:44AM |
| 4 | supervision. | 11:44AM |
| 5 | Q.  BY MS. TUCKER:  What federal policies is this | 11:44AM |
| 6 | referring to? | 11:44AM |
| 7 | A.  I don't know. | 11:44AM |
| 8 | MS. JOHNSON:  Objection. | 11:44AM |
| 9 | Q.  BY MS. TUCKER:  What about federal rules? | 11:44AM |
| 10 | A.  I don't know. | 11:44AM |
| 11 | Q.  And federal procedures? | 11:44AM |
| 12 | A.  I don't know. | 11:44AM |
| 13 | MS. JOHNSON:  Objection. | 11:44AM |
| 14 | Q.  BY MS. TUCKER:  Does your work as GNET's | 11:44AM |
| 15 | program specialist touch on any federal rule? | 11:44AM |
| 16 | A.  I don't know. | 11:44AM |
| 17 | Q.  How does GaDOE monitor GNETS to ensure | 11:44AM |
| 18 | compliance with the state policies, procedures and | 11:44AM |
| 19 | rules? | 11:44AM |
| 20 | A.  I would -- | 11:44AM |
| 21 | MS. JOHNSON:  Objection. | 11:44AM |
| 22 | THE WITNESS:  I would think general | 11:44AM |
| 23 | supervision. | 11:44AM |
| 24 | Q.  BY MS. TUCKER:  And what do you mean by general | 11:44AM |
| 25 | supervision? | 11:44AM |



 1     A.  General supervision as far as what the State          11:44AM

 2  provides for all students.                                   11:44AM

 3     Q.  What State policies and procedures and rules          11:45AM

 4  does the GNETS -- this GNETS rule is referring to?           11:45AM

 5          MS. JOHNSON:  Objection.                             11:45AM

 6          THE WITNESS:  I don't know.                          11:45AM

 7     Q.  BY MS. TUCKER:  But you present on this?              11:45AM

 8     A.  I read it.                                            11:45AM

 9     Q.  You read it.  Okay.  Are these type of               11:45AM

10  questions that you would receive from regional GNETS         11:45AM

11  programs?                                                    11:45AM

12     A.  No.                                                   11:45AM

13     Q.  How does GaDOE monitor GNETS to ensure:  "The        11:45AM

14  delivery of appropriate and instructional and               11:45AM

15  therapeutic services"?                                       11:45AM

16          MS. JOHNSON:  Objection.                            11:45AM

17          THE WITNESS:  I would assume through               11:45AM

18  general supervision.                                         11:45AM

19     Q.  BY MS. TUCKER:  Who makes determinations about       11:45AM

20  whether instructional and therapeutic services are          11:45AM

21  appropriate?                                                 11:45AM

22          MS. JOHNSON:  Objection.                            11:45AM

23          THE WITNESS:  (Nodding I don't know.)               11:45AM

24     Q.  BY MS. TUCKER:  Is that something that you and       11:45AM

25  Vickie do in your role?                                      11:45AM



1        A.   Not to -- not to my knowledge.  I'm not sure.    11:45AM

2        Q.   So as GNETS program specialist you don't -- do    11:45AM

3   you make determinations about the appropriateness of       11:45AM

4   instructional services at GNETS?                           11:46AM

5        A.   I do not.                                         11:46AM

6        Q.   Do you make determinations about the             11:46AM

7   appropriateness of the therapeutic services in GNETS?      11:46AM

8        A.   Appropriateness as far as?  It's                 11:46AM

9   individualized.  So are we making a general statement of   11:46AM

10  appropriateness, because it's individualized for every     11:46AM

11  student?                                                   11:46AM

12       Q.   I'm just -- I'm reading the rule.  So, yeah, do  11:46AM

13  you visit and see that a therapeutic service doesn't       11:46AM

14  appear appropriate, would you make a comment?             11:46AM

15            MS. JOHNSON:  Objection.                         11:46AM

16            THE WITNESS:  I can't say because I've           11:46AM

17  never observed that.                                       11:46AM

18       Q.   BY MS. TUCKER:  Okay.  What about when you       11:46AM

19  received the social worker's logs we talked about          11:46AM

20  earlier, do you ever give feedback on whether think        11:46AM

21  that --                                                    11:47AM

22       A.   I do not.                                        11:47AM

23       Q.   Let me --                                        11:47AM

24       A.   I'm sorry.                                       11:47AM

25       Q.   That's okay.                                     11:47AM



| 1 | A.  I'm sorry. | 11:47AM |
| 2 | Q.  Let me just finish.  Do you ever make | 11:47AM |
| 3 | statements about whether you think the therapeutic | 11:47AM |
| 4 | interventions are appropriate? | 11:47AM |
| 5 | A.  I do not. | 11:47AM |
| 6 | Q.  Do you know if anyone does? | 11:47AM |
| 7 | A.  I'm not sure. | 11:47AM |
| 8 | Q.  What steps are taken if a regional GNETS | 11:47AM |
| 9 | program does not comply with the GNETS rule? | 11:47AM |
| 10 | MS. JOHNSON:  Objection. | 11:47AM |
| 11 | THE WITNESS:  I'm not sure. | 11:47AM |
| 12 | Q.  BY MS. TUCKER:  So when you present on this, | 11:47AM |
| 13 | you read it, but do you talk about -- | 11:47AM |
| 14 | A.  I do not. | 11:47AM |
| 15 | Q.  -- the requirements? | 11:47AM |
| 16 | A.  (Nodding no.) | 11:47AM |
| 17 | Q.  You -- | 11:47AM |
| 18 | A.  I read it. | 11:47AM |
| 19 | Q.  You read it.  Do you also provide written | 11:47AM |
| 20 | guidance on the GNETS rule to the regional programs? | 11:47AM |
| 21 | MS. JOHNSON:  Objection. | 11:47AM |
| 22 | THE WITNESS:  In what way? | 11:47AM |
| 23 | Q.  BY MS. TUCKER:  Handouts? | 11:47AM |
| 24 | A.  Not that I can recall. | 11:47AM |
| 25 | Q.  Are there any presentations that are focused | 11:47AM |



1  solely on the GNETS rules that you've presented on or        11:48AM
2  have turned the PowerPoint on?                               11:48AM
3      A.   Not -- not that I can remember solely on the        11:48AM
4  board rule.  Not that I can recall at this time.             11:48AM
5      Q.   Dr. Stevenson, what is the ConApp, C-O-N A-P-P?     11:48AM
6      A.   Consolidated application.  It's within the          11:48AM
7  portal.  I don't work with the consolidated app, that's      11:48AM
8  more Vickie, because that's dealing with the numbers as      11:48AM
9  far as the budget that the GNETS directors submit.           11:48AM
10     Q.   So that's different than the GNETS grant            11:48AM
11 application?                                                  11:49AM
12     A.   Yes, it is.                                          11:49AM
13     Q.   Okay.  How often is the ConApp submitted?           11:49AM
14     A.   I'm not sure.                                        11:49AM
15     Q.   Do all GNETS programs have to -- regional GNETS     11:49AM
16 programs have to fill out the ConApp?                        11:49AM
17     A.   Yes.  The budget liaisons looks at that.            11:49AM
18     Q.   And that's annual?                                  11:49AM
19     A.   To my understanding.                                11:49AM
20     Q.   Does -- did Vickie create the ConApp --            11:49AM
21     A.   No.                                                 11:49AM
22     Q.   -- or was it the budget folks?                      11:49AM
23     A.   The budget.                                         11:49AM
24     Q.   Okay.  Let's talk a little -- we've talked a        11:49AM
25 little bit about the grant application.                      11:49AM



1      A.  Yes.                                              11:49AM

2      Q.  But I want to talk a little bit more.            11:49AM

3      A.  Okay.                                            11:49AM

4      Q.  Who creates the grant application?              11:49AM

5            MS. JOHNSON:  Objection.                        11:49AM

6            THE WITNESS:  Who creates it?                   11:49AM

7      Q.  BY MS. TUCKER:  Yes, who drafts it?              11:49AM

8      A.  Oh, that was before I started in this role.     11:49AM

9      Q.  If you want to make changes, do you and Vickie  11:49AM

10  make those changes?                                     11:49AM

11     A.  Yes.                                             11:49AM

12     Q.  Have you -- have there been changes to the      11:49AM

13  grant -- GNETS grant application since you've started in 11:50AM

14  2018?                                                    11:50AM

15     A.  It was paper and now it's in the portal, and it 11:50AM

16  was just taken exactly what was on the paper and putting 11:50AM

17  it in the portal, developing -- the IT people developing 11:50AM

18  it in the portal.                                        11:50AM

19     Q.  Got it.  Were there any substantive or wording  11:50AM

20  changes or was it paper straight to portal?             11:50AM

21     A.  Paper straight to portal.  I don't recall us    11:50AM

22  making any changes to it.                                11:50AM

23     Q.  What prompted the change to move it to          11:50AM

24  electronic?                                              11:50AM

25     A.  Who wants to look at all the papers.  It's      11:50AM



1   easier to be electronic.  That's the answer.          11:50AM

2       Q.  I understand.  Okay.                            11:50AM

3            MS. TUCKER:  Okay.  I'd like the Court        11:50AM

4   Reporter to mark this document as Plaintiff's          11:50AM

5   Exhibit 423.                                           11:51AM

6            (Plaintiff's Exhibit 423 marked for           11:51AM

7   identification.)                                       11:51AM

8            MS. TUCKER:  Actually, can we also go off     11:51AM

9   the record for one moment?                             11:51AM

10           THE VIDEOGRAPHER:  Yes.  Stand by.            11:51AM

11           MS. TUCKER:  Thank you.                       11:51AM

12           THE VIDEOGRAPHER:  Off the record at          11:51AM

13  11:52 a.m.                                             11:51AM

14           (Off the record.)                             11:52AM

15           THE VIDEOGRAPHER:  We are back on the         11:52AM

16  record at 11:54 a.m.                                   11:53AM

17      Q.  BY MS. TUCKER:  The Court Reporter just handed 11:53AM

18  you a document that was marked as Plaintiff's          11:53AM

19  Exhibit 423.  The Bates number on the first page of this 11:53AM

20  exhibit is GA00953689.  The most recent date on the   11:53AM

21  e-mail thread is November 18th, 2019, and it is an     11:53AM

22  e-mail from you --                                     11:53AM

23      A.  Mm-hmm.                                        11:53AM

24      Q.  -- to the regional GNETS program directors, and 11:53AM

25  Vickie Cleveland is copied.  The subject reads:        11:53AM



1    "GrantApp PP."  And will there is one attachment.              11:53AM

2        A.  (Witness examining document.)                         11:53AM

3        Q.  Dr. Stevenson, do you recognize this e-mail           11:53AM

4    thread?                                                       11:53AM

5        A.  Yes.                                                  11:53AM

6        Q.  Okay.  Am I correct that you presented to the         11:53AM

7    regional GNETS program directors on the GNETS grant          11:53AM

8    application?                                                  11:53AM

9        A.  Yes.                                                  11:53AM

10       Q.  And then the attachment which begins with            11:53AM

11   GA00953691 and then that says it's produced in native        11:53AM

12   format, which we then presented for PowerPoint.  Do you      11:54AM

13   see that?                                                     11:54AM

14       A.  Yes.                                                  11:54AM

15       Q.  Is this the PowerPoint presentation you used?        11:54AM

16       A.  Yes.                                                  11:54AM

17       Q.  Okay.  Did you create this PowerPoint?               11:54AM

18       A.  Yes.                                                  11:54AM

19       Q.  Is it still current?                                 11:54AM

20       A.  (Witness examining document.)  To the best of       11:54AM

21   my knowledge, without taking a lot of time, yes.             11:55AM

22       Q.  Okay.  And then given earlier you said that         11:55AM

23   there hasn't been any substantive changes to the            11:55AM

24   application, so this -- correct?                             11:55AM

25       A.  I'm thinking yes.                                    11:55AM



1      Q.  How often do you give this training?        11:55AM

2      A.  There hasn't been any changes to the way the   11:55AM

3  information is entered into the portal.  So I have not   11:55AM

4  had to train on how to enter the information into the   11:55AM

5  portal again because that has not changed.        11:55AM

6      Q.  And that's what this --                    11:55AM

7      A.  This was once we switch from paper to       11:55AM

8  electronic.                                       11:56AM

9      Q.  Mm-hmm.                                    11:56AM

10      A.  This is showing the directors what it looks   11:56AM

11  like.  So I went through each individual page and showed   11:56AM

12  them what it looked like in real time and then created   11:56AM

13  this as a resource.                              11:56AM

14      Q.  But it's not an annual training before the   11:56AM

15  grant application is due?                         11:56AM

16      A.  No.  Unless there's a new director who needs to   11:56AM

17  know how to put the information in.               11:56AM

18      Q.  Would that end up being like a one on one?   11:56AM

19      A.  That would be a one on one.               11:56AM

20      Q.  And you have presented to the GNETS program   11:56AM

21  directors on this?                               11:56AM

22      A.  Yes.                                     11:56AM

23      Q.  Okay.  Can you walk me through the timeline of   11:56AM

24  submitting the GNETS grant application, like, when does   11:56AM

25  the application open?                            11:56AM



| | |
|---|---|
| 1 | A.  So that information has changed, but how the | 11:56AM |
| 2 | information is entered has not. | 11:56AM |
| 3 | Q.  Okay.  So when is it opened now? | 11:56AM |
| 4 | A.  Now, in January. | 11:57AM |
| 5 | Q.  Okay.  When did it used to be open? | 11:57AM |
| 6 | A.  I would have to think about that. | 11:57AM |
| 7 | Q.  Okay. | 11:57AM |
| 8 | A.  I know now it's January, though. | 11:57AM |
| 9 | Q.  When did it change to January? | 11:57AM |
| 10 | A.  Maybe in the last two years. | 11:57AM |
| 11 | Q.  The last two years.  Okay.  So it opens in | 11:57AM |
| 12 | January, and if I was original GNETS program I would | 11:57AM |
| 13 | apply in January for the school year that begins in | 11:57AM |
| 14 | August; is that correct? | 11:57AM |
| 15 | A.  Yes.  I think.  It's for the fiscal year.  So | 11:57AM |
| 16 | if we're in FY '22, it would be for FY '23.  So if we're | 11:57AM |
| 17 | in FY '23, it would be for FY '24.  So the up -- the | 11:57AM |
| 18 | next fiscal year. | 11:57AM |
| 19 | Q.  Okay. | 11:57AM |
| 20 | A.  So in FY -- fiscal year '22, they apply for | 11:57AM |
| 21 | fiscal year '23.  Now we're in fiscal year '23, and they | 11:57AM |
| 22 | would apply for fiscal year '24. | 11:58AM |
| 23 | Q.  When does the fiscal year start and end for | 11:58AM |
| 24 | you-all? | 11:58AM |
| 25 | A.  I believe it's in June --  June or July. | 11:58AM |



1    Q.  June or July.  Okay.  So if applied in          11:58AM
2  January -- if I was a regional GNETS director and I   11:58AM
3  applied for the grants in January of 2022, it was for 11:58AM
4  fiscal year '23?                                       11:58AM
5    A.  It's not due until May.                          11:58AM
6    Q.  Okay.                                            11:58AM
7    A.  So it's opened in January, but they have until   11:58AM
8  May to complete it.                                    11:58AM
9    Q.  Okay.  And it's submitted through the portal?    11:58AM
10    A.  Yes.                                             11:58AM
11    Q.  So once it's submitted in May, when it          11:58AM
12  closes --                                             11:58AM
13    A.  Mm-hmm.                                          11:58AM
14    Q.  -- how long is the review process of the        11:58AM
15  application?                                           11:58AM
16    A.  Well, it just depends because we have to go     11:58AM
17  through each one and look at the attachment, so it just 11:58AM
18  depends on how long it takes us to finish all of that. 11:58AM
19    Q.  Do you have a deadline to meet to make sure you 11:58AM
20  get it done in time for the next step?                 11:58AM
21    A.  We have -- we try to have them done within a    11:59AM
22  month.                                                 11:59AM
23    Q.  Within a month.  So May.  And then you have     11:59AM
24  like a month?                                          11:59AM
25    A.  Yeah.                                            11:59AM



1    Q.  Okay.  Who reviews?                              11:59AM

2    A.  Myself and Vickie.                               11:59AM

3    Q.  Do you review them all together?                 11:59AM

4    A.  We'll review them separately.  We'll split the   11:59AM

5    list, 12 and 12, and then Vickie would always, you know,  11:59AM

6    look at mine also.                                    11:59AM

7    Q.  Do you-all meet to discuss them?                 11:59AM

8    A.  Yes.                                             11:59AM

9    Q.  Do you discuss her 12 as well?                   11:59AM

10   A.  Sometimes.                                       11:59AM

11   Q.  What would you discuss within the grant          11:59AM

12   application with Vickie?                              11:59AM

13   A.  If someone didn't submit an attachment, or if    11:59AM

14   someone was having technical issues and they reached out  12:00PM

15   to me and I needed to reach out to IT, I might -- if I   12:00PM

16   had a question about something, she might answer it.  So  12:00PM

17   it just depends.                                      12:00PM

18   Q.  Okay.  When are the regional GNETS programs      12:00PM

19   advised that their grant application has been approved?  12:00PM

20   A.  So this year we are meeting with them            12:00PM

21   individually, and that's -- that started this year.  So  12:00PM

22   we meet to discuss their GrantApp, and if any additional  12:00PM

23   documentation is needed.                              12:00PM

24   Q.  Okay.  Just to make sure I understand, so in     12:00PM

25   May, once you receive them, you-all discuss, and then  12:00PM



1  this summer you then met with the regional GNETS          12:00PM

2  programs about their application?                          12:00PM

3      A.  If there is something else that's needed.          12:00PM

4      Q.  So would you meet with all 24 on this or just      12:00PM

5  if they need something?                                    12:01PM

6      A.  And when we meet it's not necessarily -- well,     12:01PM

7  yeah.  It could be if just something is needed or it       12:01PM

8  could be just a touch base like, hey, we got your          12:01PM

9  information and printout.                                  12:01PM

10     Q.  Okay.  And you started that in 2022?               12:01PM

11     A.  Yes.                                               12:01PM

12     Q.  But when -- so, I'm sorry.  Let's go back.         12:01PM

13 When do they receive notice that they have funding?        12:01PM

14     A.  So once we -- once we do the sign off, they get    12:01PM

15 a notification that the GrantApp has been signed off.      12:01PM

16     Q.  And does that have to be before the beginning      12:01PM

17 of the fiscal year?                                        12:01PM

18     A.  Within the best of our abilities.                  12:01PM

19     Q.  Does that mean it doesn't always happen?           12:02PM

20     A.  99 percent of the time it does.                    12:02PM

21     Q.  Are you thinking about a program that didn't --    12:02PM

22     A.  It's not necessarily they didn't submit it,       12:02PM

23 they might just need to have some more information and     12:02PM

24 so you have to keep going back and forth, and then it's   12:02PM

25 summer and they're out and then they come back, so it     12:02PM



1   just depends.                                                12:02PM

2       Q.  When do they receive the funding from the           12:02PM

3   grant?                                                       12:02PM

4       A.  That, I don't know.                                 12:02PM

5       Q.  Who would know?                                     12:02PM

6       A.  Vickie.                                              12:02PM

7       Q.  Do the regional GNETS programs answer different     12:02PM

8   questions on the grant applications, are there any          12:02PM

9   questions that are tailored?                                12:02PM

10      A.  No.  They're all the same.                          12:02PM

11      Q.  Okay.  So like North Metro has to provide the       12:02PM

12  exact same information that you and Alexander has to         12:02PM

13  provide?                                                     12:02PM

14      A.  Correct.  Now how they provide it, is               12:02PM

15  different, because it's different for every program          12:02PM

16  because -- but there are certain things they all have to    12:02PM

17  provide.                                                     12:02PM

18      Q.  In addition to presenting on the portal and how     12:03PM

19  to access the application and reviewing the applications    12:03PM

20  with Vickie, what other roles do you have related to the    12:03PM

21  GNETS grant application?                                     12:03PM

22      A.  That's it.                                          12:03PM

23      Q.  Do you review them prior to submission in the       12:03PM

24  portal?                                                      12:03PM

25      A.  Well, as they're entering them, we can see it,      12:03PM



1   so...                                                      12:03PM

2        Q.  Oh, okay.                                         12:03PM

3        A.  Yeah.                                             12:03PM

4        Q.  Like in real time?                                12:03PM

5        A.  Mm-hmm.                                           12:03PM

6        Q.  Do you ever make comments before they hit        12:03PM

7   submit?                                                    12:03PM

8        A.  If they call and ask a question and they ask me  12:03PM

9   to look at it.                                             12:03PM

10       Q.  So you provide the technical assistance?         12:03PM

11       A.  If needed.                                        12:04PM

12            MS. TUCKER:  I'd like the Court Reporter to     12:04PM

13  mark this document as Plaintiff's Exhibit 424.            12:04PM

14            (Plaintiff's Exhibit 424 marked for             12:04PM

15  identification.)                                           12:04PM

16            THE VIDEOGRAPHER:  Let's go off the record      12:04PM

17  briefly for your microphone.  Do you see it?              12:04PM

18            MS. TUCKER:  It's right there.                   12:05PM

19            THE VIDEOGRAPHER:  Oh, is it inside your        12:05PM

20  jacket?                                                    12:05PM

21            MS. TUCKER:  Thank you.  It slipped.             12:05PM

22            (Off the record conversation.)                  12:05PM

23            MS. TUCKER:  Are we back on the record?         12:05PM

24            THE VIDEOGRAPHER:  We never went off.           12:05PM

25            THE COURT REPORTER:  We never went off.         12:05PM



1          MS. TUCKER:  Okay.                          12:05PM

2          THE VIDEOGRAPHER:  I'm so sorry.            12:05PM

3          MS. TUCKER:  It's okay.  Yeah, no problem.  12:05PM

4    Okay.  We're on the record.                      12:05PM

5      Q.  BY MS. TUCKER:  I handed the Court Reporter 12:05PM

6    what was to be marked as Plaintiff's Exhibit 424.  Do  12:05PM

7    you have it?                                     12:05PM

8      A.  Yes.                                       12:05PM

9      Q.  Great.  The Bates number on the first page of  12:05PM

10   this exhibit is GA00963291.  The most recent date on   12:05PM

11   this e-mail thread is November 18th, 2020, and it's an  12:05PM

12   e-mail from you to Vickie Cleveland.  The subject reads:  12:05PM

13   "SM grant application."                          12:05PM

14     A.  (Witness examining document.)              12:05PM

15     Q.  Dr. Stevenson, do you recognize this e-mail  12:05PM

16   thread?                                          12:05PM

17     A.  Yes.                                       12:05PM

18     Q.  Am I correct that SM grant application refers  12:05PM

19   to the South Metro GNETS grant application?      12:05PM

20     A.  Yes.                                       12:05PM

21     Q.  In the earlier e-mail, do you see where Vickie  12:05PM

22   Cleveland asked you to follow up with Derrick about  12:05PM

23   revisions to a grant application?                12:05PM

24     A.  Yes.                                       12:05PM

25     Q.  Does she mean Derrick Gilchrist?           12:05PM



1        A.  Yes.                                              12:06PM

2        Q.  And what is Derrick Gilchrist's role?            12:06PM

3        A.  Director of South Metro GNETS.                   12:06PM

4        Q.  Okay.  And does she mean following up with him   12:06PM

5    on his GNETS grant application?                          12:06PM

6        A.  Yes.                                             12:06PM

7        Q.  Okay.  And in that later e-mail, the top one     12:06PM

8    you say that you did, correct?                           12:06PM

9        A.  Yes.                                             12:06PM

10       Q.  Do you recall that conversation with             12:06PM

11   Mr. Gilchrist?                                           12:06PM

12       A.  I do not.                                        12:06PM

13       Q.  What type of feedback would you have given       12:06PM

14   Mr. Gilchrist on what Vickie identified below?          12:06PM

15       A.  I would have just asked him to upload the        12:06PM

16   information that she requested.                          12:06PM

17       Q.  Okay.  And have you given other sort of          12:06PM

18   feedback to other regional GNETS directors?             12:06PM

19       A.  I mean, feedback as far as you need to upload    12:06PM

20   additional information.                                  12:06PM

21       Q.  Do you ever ask questions about the substance    12:06PM

22   of the information?                                      12:07PM

23       A.  Not if I'm just asking to upload something, no.  12:07PM

24       Q.  Yeah, I mean separately, though.  So here        12:07PM

25   Vickie wrote, "Tiered behavior intervention.  More info  12:07PM



1  needed."  Do you see that?                              12:07PM

2      A.  Yes.  For example, if he just wrote we provide   12:07PM

3  tiered behavior interventions and he doesn't show the    12:07PM

4  tier behavior interventions, that's what that would      12:07PM

5  mean.                                                     12:07PM

6      Q.  Do you assess something -- do you assess any of  12:07PM

7  the information provided given your role as GNETS         12:07PM

8  program specialist and having an EdD, does any of that   12:07PM

9  come in to your review of a GNETS grant application?     12:07PM

10     A.  Not if it's -- not if I'm not asked to do that.  12:07PM

11     Q.  Are you asked to do that?                        12:07PM

12     A.  I do what I'm asked.                             12:07PM

13     Q.  Would you say your, you know, your EdD informs   12:07PM

14  your work as GNETS program specialist?                  12:08PM

15          MS. JOHNSON:  Objection.                        12:08PM

16          THE WITNESS:  What do you mean informs my       12:08PM

17  work?                                                    12:08PM

18     Q.  BY MS. TUCKER:  You know, your -- you have a     12:08PM

19  Doctorate in Education with a concentration on special   12:08PM

20  education.                                               12:08PM

21     A.  Yes.                                             12:08PM

22     Q.  You're reviewing documents and data and         12:08PM

23  techniques that the regional GNETS programs are         12:08PM

24  providing to you in their grant application.  Do you use 12:08PM

25  your background to communicate with the regional GNETS  12:08PM



 1  programs?                                          12:08PM

 2      A.  Within the grant application, I would not need   12:08PM

 3  to communicate that type of information, I would just   12:08PM

 4  need to make sure the information was inside of the   12:08PM

 5  grant application.                                  12:08PM

 6      Q.  What about in other parts of your role as GNETS   12:08PM

 7  program specialist?                                 12:08PM

 8      A.  I don't review that type of information.   12:08PM

 9      Q.  You don't review the type of information that   12:08PM

10  would have been informed by your degree?            12:08PM

11          MS. JOHNSON:  Objection.                    12:08PM

12          THE WITNESS:  I don't understand what       12:08PM

13  you're saying.                                      12:09PM

14      Q.  BY MS. TUCKER:  Yes.  I guess, you know, I --   12:09PM

15  you have a few degrees that we went over earlier.  You   12:09PM

16  have a Master's, you have the EdD.  I'm curious to how   12:09PM

17  that background and that education informs your work in   12:09PM

18  communicating with the regional GNETS program.     12:09PM

19      A.  Well, GNETS is within special education and   12:09PM

20  yes, I do have vast knowledge of special education.   12:09PM

21      Q.  Yeah.                                       12:09PM

22      A.  So when I'm asked within any role to provide   12:09PM

23  that type of information and support, I do.         12:09PM

24      Q.  Okay.  And are you asked to do that?        12:09PM

25      A.  On occasion.                                12:09PM



1       Q.  What -- which of your responsibilities would          12:09PM

2   allow you to do that?                                         12:09PM

3       A.  Whatever Vickie asks me to do.                        12:09PM

4       Q.  Can you give --                                       12:09PM

5       A.  It just depends.                                      12:09PM

6       Q.  Can you give me an example?                           12:09PM

7       A.  I would have to think about that.                     12:09PM

8       Q.  Okay.  We can also give you time right now or         12:09PM

9   we can come back to it later.                                 12:10PM

10      A.  We can come back to it.  That would give me a         12:10PM

11  little bit more time.                                         12:10PM

12      Q.  Okay.  I'll make a note.                              12:10PM

13              I see that you called or you spoke with           12:10PM

14  Derrick.  Does that mean you called Derrick?                  12:10PM

15      A.  Yes.                                                  12:10PM

16      Q.  Are most of these types of conversations done        12:10PM

17  via phone call or are they ever e-mailed?                     12:10PM

18      A.  Phone call for clarity.                               12:10PM

19      Q.  Can you do -- can you share it through the            12:10PM

20  portal?                                                       12:10PM

21      A.  Share -- no.                                          12:10PM

22      Q.  Okay.                                                 12:10PM

23      A.  We can e-mail but --                                  12:10PM

24      Q.  Okay.                                                 12:10PM

25      A.  -- for clarity, it's best to call.                    12:10PM



1    Q.  Okay.  I'm going to hand you what was already          12:10PM

2    introduced --                                             12:10PM

3    A.  Okay.                                                  12:10PM

4    Q.  -- as Plaintiff's Exhibit 229.                        12:10PM

5         (Previously marked Plaintiff's Exhibit 229           12:11PM

6    introduced into evidence.)                                12:11PM

7         THE WITNESS:  (Witness examining document.)          12:11PM

8    Q.  BY MS. TUCKER:  Dr. Stevenson, am I correct           12:11PM

9    that this is the fiscal year 2021 GNETS grant             12:11PM

10   application for Rutland Academy?                          12:11PM

11   A.  Yes.                                                  12:11PM

12   Q.  Let's look at the first page together which has       12:11PM

13   the Bates number of Rutland 002910.  Under the heading    12:11PM

14   that lists "Rutland Academy," there is a list of 12, it   12:11PM

15   looks like topics under the form name.  Do you see that?  12:11PM

16   A.  Yes.                                                  12:11PM

17   Q.  Okay.  And it begins with GNETS site location         12:11PM

18   and ends with service delivery integration of services   12:11PM

19   and capacity building.                                    12:11PM

20   A.  (Witness examining document.)                         12:11PM

21   Q.  So do each of the regional GNETS programs             12:12PM

22   provide information on these 12 topics in the grant       12:12PM

23   application?                                              12:12PM

24   A.  Yes.                                                  12:12PM

25   Q.  And you and/or Vickie assess the completion of        12:12PM



1  each of these 12 topics?                                12:12PM

2      A.  Yes.                                            12:12PM

3      Q.  Does anyone else look at any of the 12 topics?  12:12PM

4      A.  No.                                             12:12PM

5      Q.  Okay.  Is there a checklist or a rubric to      12:12PM

6  assess each topic within an application that you and    12:12PM

7  Vickie use?                                             12:12PM

8      A.  No.                                             12:12PM

9      Q.  How do you know what to look for?               12:12PM

10     A.  They have to have the information inside of the 12:12PM

11 GrantApp.  If that question is answered and this is     12:12PM

12 information that they're providing, so it's what they're 12:12PM

13 saying their program is doing.                          12:12PM

14     Q.  You know how Vickie in the last exhibit said he 12:12PM

15 needed more information --                              12:12PM

16     A.  (Nodding yes.)                                  12:12PM

17     Q.  -- when speaking to South Metro?                12:12PM

18     A.  Mm-hmm.                                         12:12PM

19     Q.  Would you also make that determination if       12:12PM

20 someone needed more information?                        12:12PM

21     A.  Yes.  In the tiered information, you have to    12:12PM

22 provide more than just we have tiers.                   12:13PM

23     Q.  Okay.                                           12:13PM

24     A.  So if he didn't provide the specifics requested 12:13PM

25 within the grant application, then yes.                 12:13PM



1    Q.  Do you and Vickie talk about any, like, common     12:13PM

2    ground of when you know more information is needed for   12:13PM

3    each topic?                                              12:13PM

4              MS. JOHNSON:  Objection.                       12:13PM

5              THE WITNESS:  I mean, it just depends on       12:13PM

6    when we're looking at something and she might have a     12:13PM

7    question or I might have a question, then we'll just     12:13PM

8    talk about it, but I couldn't give you like a blatant    12:13PM

9    example, I guess.                                        12:13PM

10   Q.  BY MS. TUCKER:  So for GNETS site location, the      12:13PM

11   first, what are you looking for in that application?     12:13PM

12   A.  We're just looking to make sure -- or looking        12:13PM

13   that they've put in their sites.                         12:13PM

14   Q.  And this is all the sites?                           12:13PM

15   A.  All the sites that they serve.  And we only          12:14PM

16   know that based on what they put in there.               12:14PM

17   Q.  Do you compare it to last year's grant               12:14PM

18   application to note if a center had closed or a          12:14PM

19   different school-based classroom has popped up?          12:14PM

20   A.  That's up to the directors to provide us with        12:14PM

21   that information.                                        12:14PM

22   Q.  So is it information you request?                    12:14PM

23   A.  It's in the GrantApp.                                12:14PM

24   Q.  Okay.                                                12:14PM

25   A.  So --                                                12:14PM



1      Q.   It asks for new --                          12:14PM

2      A.   It asks for whatever their site locations are   12:14PM

3  for that particular fiscal year.                     12:14PM

4      Q.   Sure.  I guess I'm asking would you then look   12:14PM

5  back to 2020 and compare --                          12:14PM

6      A.   No.                                         12:14PM

7      Q.   -- the responses?                           12:14PM

8      A.   (Nodding no.)                               12:14PM

9      Q.   And then what do you look for, for projection   12:14PM

10  by GNETS site location?                             12:14PM

11     A.   It's just them putting their projection.     12:14PM

12  There's really nothing.  They just have to complete it.   12:14PM

13     Q.   What about for staffing pattern, what does that   12:14PM

14  mean?                                               12:14PM

15     A.   Staffing pattern, that's self-populated.  So it   12:14PM

16  comes in from -- I forget the name of the report that is   12:15PM

17  collected by the State for all staff, but that's     12:15PM

18  prepopulated which is why you don't see a status     12:15PM

19  complete because it's prepopulated.                 12:15PM

20     Q.   Thank you for answering that.  That was going   12:15PM

21  to be one of my questions.                          12:15PM

22     A.   Mm-hmm.                                     12:15PM

23     Q.   Okay.  And it's by some others --           12:15PM

24     A.   It's some other --                          12:15PM

25     Q.   -- it's the GaDOE office?                   12:15PM



1     A.   Right.   And that feeds into there but it's          12:15PM

2   something that every LEA has to do for staffing.           12:15PM

3     Q.   Got it.   What is looked at for student             12:15PM

4   transition form?                                           12:15PM

5     A.   That's just them putting in information on the      12:15PM

6   number of students who have transitioned.                 12:15PM

7     Q.   What is meant by transitioned?                      12:15PM

8     A.   Whether they are going to school-based or           12:15PM

9   whether they have transitioned out of the program, just   12:15PM

10  wherever that -- wherever however many students have       12:15PM

11  transitioned to something other than the program they're   12:15PM

12  being served in.                                           12:15PM

13    Q.   Is that in this?   Let's look.                      12:15PM

14    A.   Yes, it is.                                         12:16PM

15    Q.   What page?                                          12:16PM

16    A.   I don't see it.   It's near the back.               12:16PM

17    Q.   Using the Bates number at the bottom?               12:16PM

18    A.   Oh.   2923.                                         12:16PM

19    Q.   Thank you.                                          12:16PM

20    A.   So they enter that information.                     12:16PM

21    Q.   What do you look for, Vickie look for with this     12:16PM

22  information?                                               12:16PM

23    A.   We're just looking to see if it's completed,        12:16PM

24  because we don't know unless they tell us what --          12:16PM

25    Q.   Right.                                              12:16PM



1     A.  -- so we wouldn't know what to look for unless    12:16PM

2  they report.  This is their self-report.              12:16PM

3     Q.  Would you have questions if there were no       12:16PM

4  transitions back to a home school?                    12:16PM

5     A.  No, because it's --                             12:16PM

6          MS. JOHNSON:  Objection.                       12:16PM

7          THE WITNESS:  It's by district and it's        12:16PM

8  individualized, so if the student didn't make progress 12:16PM

9  to transition, then I -- no.                           12:16PM

10     Q.  BY MS. TUCKER:  So are there any questions that 12:16PM

11  would come up with looking at this form that Vickie and 12:16PM

12  you would have for a regional GNETS program?          12:17PM

13          MS. JOHNSON:  Objection.                       12:17PM

14          THE WITNESS:  Not that I can think of at       12:17PM

15  this time.                                            12:17PM

16     Q.  BY MS. TUCKER:  Do you want us to come back to  12:17PM

17  that later too?                                       12:17PM

18     A.  No.                                             12:17PM

19     Q.  We'll give you some time to think about it.    12:17PM

20          Okay.  Going back to the front.  The next     12:17PM

21  is service delivery, behavorial support and therapeutic 12:17PM

22  services.  What are you and Vickie looking for?       12:17PM

23     A.  We're just looking to make sure that the       12:17PM

24  information is complete on the application.            12:17PM

25     Q.  What information are you asking for?           12:17PM



1    A.  Whatever the questions are in the grant          12:17PM

2  application.                                           12:17PM

3    Q.  Do you want to point me to it since you're --    12:17PM

4    A.  2921.                                            12:17PM

5    Q.  Okay.  So this is service delivery behavioral    12:17PM

6  support and therapeutic services?                      12:17PM

7    A.  (Nodding yes.)                                   12:18PM

8    Q.  So are the questions on 2921 and 2922 what       12:18PM

9  you're looking at?                                     12:18PM

10    A.  Yes.  And she answered them.                    12:18PM

11    Q.  Do you look for the substance of the answers or 12:18PM

12  just completion?                                      12:18PM

13    A.  No.  We look to see if she only put, you know   12:18PM

14  -- we do PBIS, then, of course, is that all you do, do 12:18PM

15  you do more than PBIS, that kind of question.         12:18PM

16    Q.  Let's look at the crisis management.            12:18PM

17    A.  (Witness complying.)                            12:18PM

18    Q.  Where is that?                                  12:18PM

19    A.  (Witness examining document.)  It should be     12:18PM

20  before -- right before -- yeah, 2919.                 12:18PM

21    Q.  And this is 2919 through the top of -- or just  12:18PM

22  2919?                                                 12:19PM

23    A.  Just 2919.                                      12:19PM

24    Q.  Okay.  What type of questions would you ask     12:19PM

25  about this area of the GNETS grant application?       12:19PM



1      A.   I mean, just to make sure they've answered the      12:19PM

2  questions.                                                   12:19PM

3      Q.   Are there any questions you would have -- or        12:19PM

4  have you had any questions about responses to this as        12:19PM

5  you're -- during your role as GNETS program specialist?      12:19PM

6      A.   I mean, I would have to -- I don't know.  It        12:19PM

7  depends.  As I'm reviewing them, I might have a             12:19PM

8  question, but...                                            12:19PM

9      Q.   What about service delivery severe behavorial       12:19PM

10  management and deescalation?                                12:19PM

11      A.   And that's on the next page.                       12:19PM

12      Q.   Okay.                                              12:19PM

13      A.   If they didn't list their training, you know,      12:19PM

14  they have to talk about what kind of curriculum they        12:20PM

15  used for deescalation and restraint.  So just ensuring      12:20PM

16  that information was in there.                              12:20PM

17      Q.   What curriculum do the regional GNETS program      12:20PM

18  use?                                                        12:20PM

19      A.   Every program does something different, so it      12:20PM

20  just depends.                                               12:20PM

21      Q.   Does GaDOE provide the training on the             12:20PM

22  deescalation strategies?                                    12:20PM

23      A.   We do not.                                         12:20PM

24      Q.   What about in the grant application under          12:20PM

25  service delivery instructional and academic supports?      12:20PM



1       A.   That should be near the front.  Yes.  2917.      12:20PM

2       Q.   So here it says, "Instructions in Georgia       12:20PM

3   standards of excellence."                                12:21PM

4       A.   Yes.                                             12:21PM

5       Q.   What is that?                                    12:21PM

6       A.   That is the standards for the classrooms and    12:21PM

7   lessons within Georgia.                                  12:21PM

8       Q.   Have -- what do you look for in this section?   12:21PM

9       A.   That they've addressed the questions.           12:21PM

10      Q.   Do you also look at their scores on any State   12:21PM

11  standard test?                                           12:21PM

12      A.   I do not.                                        12:21PM

13      Q.   You do not?                                      12:21PM

14      A.   (Nodding no.)                                    12:21PM

15      Q.   And outside of the GNETS grant application, are 12:21PM

16  you given any state assessment scores?                   12:21PM

17      A.   I am not.                                        12:21PM

18      Q.   Do you know if Vickie is?                        12:21PM

19      A.   I don't know.                                    12:21PM

20      Q.   So you monitor the i-Ready?                      12:21PM

21      A.   Yes.                                             12:21PM

22      Q.   But what other academic type progress do you    12:21PM

23  monitor?                                                 12:21PM

24      A.   That's it.                                       12:21PM

25      Q.   Under service delivery supplemental             12:21PM



| | | |
|---|---|---|
| 1 | instruction? | 12:21PM |
| 2 | A.   Yes.  Go back.  Oh, it's out of order. | 12:21PM |
| 3 | Q.   Oh, is it? | 12:22PM |
| 4 | A.   I'm doing it like if I was looking at it. | 12:22PM |
| 5 | MS. JOHNSON:  2915. | 12:22PM |
| 6 | THE WITNESS:  Yes.  Okay. | 12:22PM |
| 7 | Q.   BY MS. TUCKER:  So this is -- what is this | 12:22PM |
| 8 | listing? | 12:22PM |
| 9 | A.   This is listing all of the reading | 12:22PM |
| 10 | interventions this particular program is using, the math | 12:22PM |
| 11 | interventions this program is using. | 12:22PM |
| 12 | Q.   Okay. | 12:22PM |
| 13 | A.   So they just have to say what type of | 12:22PM |
| 14 | supplemental supports they're using. | 12:22PM |
| 15 | Q.   Does GaDOE ever make recommendations to the | 12:22PM |
| 16 | regional GNETS program about -- | 12:22PM |
| 17 | A.   No. | 12:22PM |
| 18 | Q.   -- supplemental reports? | 12:22PM |
| 19 | A.   I'm sorry. | 12:22PM |
| 20 | Q.   Supplemental instruction? | 12:22PM |
| 21 | A.   No. | 12:22PM |
| 22 | Q.   Does GaDOE fund i-Ready for the regional GNETS | 12:22PM |
| 23 | programs? | 12:23PM |
| 24 | A.   Yes. | 12:23PM |
| 25 | Q.   What else does GaDOE fund for the regional | 12:23PM |



1    GNETS programs given, like, program like this?          12:23PM

2        A.   That's it.                                     12:23PM

3        Q.   Just i-Ready?                                  12:23PM

4        A.   Mm-hmm.                                        12:23PM

5        Q.   What about Ingenuity?                          12:23PM

6        A.   Ingenuity?                                     12:23PM

7        Q.   Yeah.                                          12:23PM

8        A.   No.  The State doesn't pay for that.           12:23PM

9        Q.   Let's look at service delivery mental health   12:23PM

10   collaboration.                                          12:23PM

11       A.   Excuse me.  2913.                              12:23PM

12       Q.   2913?                                          12:23PM

13       A.   Yes.                                           12:23PM

14       Q.   Towards the front.  So it says, "Describe any  12:23PM

15   formal collaboration with community agencies."          12:23PM

16       A.   (Nodding yes.)                                 12:23PM

17       Q.   What do you-all look for here?                 12:23PM

18       A.   They just have to tell us what community       12:23PM

19   agencies they collaborate with, so every program is     12:23PM

20   different.  So there is no standard for that.           12:23PM

21       Q.   There's no standard?                           12:23PM

22       A.   No.  They have -- they make their own          12:23PM

23   collaborations with mental health.                      12:24PM

24       Q.   If there is a program that only lists one,     12:24PM

25   would that be --                                        12:24PM



```
 1        A.  That might be the only one they collaborate    12:24PM
 2   with.                                                   12:24PM
 3        Q.  Would you all provide any feedback on that?    12:24PM
 4        A.  (Nodding no.)                                  12:24PM
 5        Q.  Do you-all provide any recommendations on --   12:24PM
 6        A.  (Nodding no.)                                  12:24PM
 7        Q.  -- the agencies?                               12:24PM
 8        A.  No.                                            12:24PM
 9        Q.  And then service delivery personnel list?      12:24PM
10        A.  And that's where we -- when I said earlier that 12:24PM
11   the staffing pattern is prepopulated, the personnel is  12:24PM
12   where they can confirm that that information is correct  12:24PM
13   and make any changes.                                   12:24PM
14        Q.  So the regional GNETS program does that?       12:24PM
15        A.  Yes.  So if a teacher is no longer there, they 12:24PM
16   can delete her off of that list and it will change on   12:24PM
17   the staffing pattern?                                   12:24PM
18        Q.  And the last is, "Service delivery, integration 12:24PM
19   of services, and capacity building."                    12:24PM
20        A.  Okay.  Let me find that.                       12:24PM
21        Q.  Oh, you know what, I think it's missing from   12:25PM
22   this.                                                   12:25PM
23        A.  Oh, okay.                                      12:25PM
24        Q.  Yeah.  So -- I didn't see it.  Did you see it? 12:25PM
25        A.  No.  I didn't see it.                          12:25PM
```



1     Q.  I think this is missing that, as well as the        12:25PM

2  personnel list.  Earlier you said the personnel list was   12:25PM

3  prepopulated?                                              12:25PM

4     A.  The staffing pattern.                               12:25PM

5     Q.  The staffing pattern?                               12:25PM

6     A.  Yeah.                                               12:25PM

7     Q.  What would the integration of services and          12:25PM

8  capacity building look like?                               12:25PM

9     A.  It has questions discussing -- if you look at       12:25PM

10 the PowerPoint it will have it on there.  I'm sorry.       12:25PM

11    Q.  The PowerPoint on the grant application?            12:25PM

12    A.  Yes.                                                12:25PM

13    Q.  Which was Plaintiff's Exhibit?                      12:25PM

14    A.  423.                                                12:25PM

15    Q.  420?                                                12:25PM

16    A.  Three.                                              12:25PM

17    Q.  Three.                                              12:25PM

18           MS. JOHNSON:  20.                                12:26PM

19           THE WITNESS:  What's the number?                 12:26PM

20           MS. JOHNSON:  20.                                12:26PM

21           THE WITNESS:  20.                                12:26PM

22    Q.  BY MS. TUCKER:  So this is asking for numbers?      12:26PM

23    A.  Yes.                                                12:26PM

24    Q.  Do -- are you looking for completion, then, or      12:26PM

25 do you and Vickie raise any questions regarding numbers?   12:26PM



1    A.  No, we don't really ask any questions.  We          12:26PM

2  might -- sometimes they make a mistake and they might,    12:26PM

3  you know, put 300 and they meant to put 30, something     12:26PM

4  like that.                                                12:26PM

5    Q.  Got it.  Going back to what was introduced as       12:26PM

6  Plaintiff's Exhibit 229, the Rutland app.                 12:26PM

7    A.  Okay.                                               12:26PM

8    Q.  Does this -- I know it's missing what we just       12:26PM

9  discussed, but does it otherwise look like a typical      12:26PM

10 GNETS grant application?                                  12:26PM

11   A.  Yes.                                                12:27PM

12   Q.  And it's in that same format now?                   12:27PM

13   A.  Mm-hmm, yes.                                        12:27PM

14   Q.  Okay.  And the same 12 topics are covered?          12:27PM

15   A.  Yes.                                                12:27PM

16   Q.  How does the grant application -- the answers       12:27PM

17 in the grant application relate to funding?               12:27PM

18            MS. JOHNSON:  Objection.                       12:27PM

19            THE WITNESS:  I don't know the answer to       12:27PM

20 that.                                                     12:27PM

21   Q.  BY MS. TUCKER:  Do you know if the grant            12:27PM

22 application numbers relate to funding?                    12:27PM

23   A.  I don't know.                                       12:27PM

24   Q.  Let's move on.                                      12:27PM

25            MS. TUCKER:  I'm handing the Court Reporter    12:28PM



1  what's going to be Plaintiff's Exhibit 425.          12:28PM

2           (Plaintiff's Exhibit 425 marked for          12:28PM

3  identification.)                                      12:28PM

4      Q.  BY MS. TUCKER:  The Bates number on the first 12:28PM

5  page of this document is GA00946723.  This is a       12:28PM

6  May 15th, 2019 e-mail from Vickie Cleveland to the    12:28PM

7  regional program GNETS directors, and you are copied. 12:28PM

8  The subject reads:  "Assurances."  And there are two  12:28PM

9  attachments.                                          12:28PM

10     A.  (Witness examines document.)                  12:28PM

11     Q.  Dr. Stevenson, do you recognize this e-mail?  12:28PM

12     A.  Yes.                                          12:29PM

13     Q.  Sorry, what was that?                         12:29PM

14     A.  Yes.                                          12:29PM

15     Q.  Dr. Stevenson, what are assurances?           12:29PM

16     A.  The information on the paper.                 12:29PM

17     Q.  What is your understanding of what assurances 12:29PM

18 are, these assurances related to the GNETS application? 12:29PM

19     A.  It lists things that the RESAs and the LEAs are 12:29PM

20 assuring, meaning physical agents for GNETS.          12:29PM

21     Q.  Are these assigned prior to the GNETS grant   12:29PM

22 application being approved or after?                  12:29PM

23     A.  They're uploaded within the grant application. 12:29PM

24     Q.  Within the application?                       12:29PM

25     A.  Yes.  And I think to the ConApp also.         12:29PM



1      Q.   Okay.  And are these between -- so the first      12:29PM
2  one, beginning with GA00946724 --                          12:29PM
3      A.   Mm-hmm.                                            12:29PM
4      Q.   This is between RESA and GaDOE; is that            12:29PM
5  correct?                                                    12:30PM
6      A.   It's between RESA and the GNETS.                   12:30PM
7      Q.   RESA and the GNETS program.  Okay.  And then      12:30PM
8  the other one is the GA00946726.  That's between the LEA    12:30PM
9  and --                                                      12:30PM
10     A.   The GNETS.                                         12:30PM
11     Q.   The regional GNETS programs?                       12:30PM
12     A.   Yes.                                               12:30PM
13     Q.   Do the regional GNETS programs sign any           12:30PM
14 assurances with GaDOE?                                      12:30PM
15     A.   No.                                                12:30PM
16     Q.   To receive their funding?                          12:30PM
17     A.   The assurances that are built into the Con         12:30PM
18 application.                                                12:30PM
19     Q.   In the Con application?                            12:30PM
20     A.   Mm-hmm.  The budget assurances.                    12:30PM
21     Q.   Are there separate assurances in the GNETS        12:30PM
22 grant application?                                          12:30PM
23     A.   No.                                                12:30PM
24     Q.   Okay.  Do you have any role with regard to        12:30PM
25 these assurances?                                           12:30PM



LAKESHA STEVENSON                           September 22, 2022
UNITED STATES vs STATE OF GEORGIA                            146

1      A.  No.                                              12:30PM

2      Q.  Does GaDOE review for compliance with the GNETS  12:30PM

3  grant?                                                   12:30PM

4            MS. JOHNSON:  Objection.                       12:31PM

5            THE WITNESS:  What do you mean?                12:31PM

6      Q.  BY MS. TUCKER:  We just went through and there  12:31PM

7  was the supplemental instruction and there were         12:31PM

8  different programs listed.  Does GaDOE --                12:31PM

9            UNKNOWN SPEAKER:  I have a couple of           12:31PM

10 questions for you.                                       12:31PM

11           MS. TUCKER:  Hold on.  Who is it?              12:31PM

12           UNKNOWN SPEAKER:  I just got a notice that     12:31PM

13 my insurance for the insurance --                        12:31PM

14           THE VIDEOGRAPHER:  Let's go off the record.    12:31PM

15 Off the record at 12:32 p.m.                             12:31PM

16           (Off the record.)                             12:31PM

17           THE VIDEOGRAPHER:  Stand by, everybody.        12:36PM

18 Back on the record at 12:38 p.m.                         12:36PM

19     Q.  BY MS. TUCKER:  Okay.  Just going back to --     12:36PM

20 with the grant and GaDOE's review after a grant          12:37PM

21 application is submitted.                                12:37PM

22     A.  (Nodding yes.)                                   12:37PM

23     Q.  Do you ever take steps to ensure that what is    12:37PM

24 on the grant is happening at the regional programs?      12:37PM

25           MS. JOHNSON:  Objection.                       12:37PM



1          THE WITNESS:  No.  I can't -- I can't          12:37PM

2    recall.                                                12:37PM

3       Q.  BY MS. TUCKER:  Why not?                       12:37PM

4       A.  It's -- if -- what do you mean take steps?     12:37PM

5       Q.  I guess, you know, you're approving the grant  12:37PM

6    application and you're approving what they've written 12:37PM

7    down that they'll provide.  I'm curious whether you then 12:37PM

8    take steps to ensure what they attested to is happening? 12:37PM

9       A.  They submit attachments, so, as evidence to    12:37PM

10   some of the things to support it, much like in a       12:37PM

11   strategic plan.  So just based on what is provided in  12:37PM

12   the evidence.                                          12:38PM

13      Q.  But mid-year would you go and check to see if   12:38PM

14   certain things are happening that have been --         12:38PM

15      A.  (Nodding no.)                                   12:38PM

16      Q.  I'm sorry?                                      12:38PM

17      A.  No.                                             12:38PM

18      Q.  Does anyone else at GaDOE review the           12:38PM

19   applications for compliance?                           12:38PM

20          MS. JOHNSON:  Objection.                        12:38PM

21          THE WITNESS:  The grant application?            12:38PM

22      Q.  BY MS. TUCKER:  Mm-hmm.                         12:38PM

23      A.  No.                                             12:38PM

24      Q.  To see later if that's what they -- the GNETS   12:38PM

25   programs are doing?                                    12:38PM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        148

| | | |
|---|---|---|
| 1 | A.  No. | 12:38PM |
| 2 | Q.  Does anyone else at GaDOE -- does any other | 12:38PM |
| 3 | State agency review the regional GNETS programs in | 12:38PM |
| 4 | conjunction with the grant application? | 12:38PM |
| 5 | MS. JOHNSON:  Objection. | 12:38PM |
| 6 | THE WITNESS:  I'm not aware. | 12:38PM |
| 7 | Q.  BY MS. TUCKER:  Has any State agency reviewed | 12:38PM |
| 8 | the GNETS program in general? | 12:38PM |
| 9 | MS. JOHNSON:  Objection. | 12:38PM |
| 10 | THE WITNESS:  What do you mean review?  Are | 12:38PM |
| 11 | you talking about the grant application? | 12:38PM |
| 12 | Q.  BY MS. TUCKER:  No, I'm just talking about the | 12:38PM |
| 13 | GNETS program now.  Has any State agency reviewed your | 12:38PM |
| 14 | processes? | 12:38PM |
| 15 | MS. JOHNSON:  Objection. | 12:38PM |
| 16 | THE WITNESS:  I'm not sure. | 12:39PM |
| 17 | Q.  BY MS. TUCKER:  You're not aware? | 12:39PM |
| 18 | A.  No, I'm not aware. | 12:39PM |
| 19 | Q.  Are you aware of any audit of your office or | 12:39PM |
| 20 | the GNETS program? | 12:39PM |
| 21 | A.  I'm not aware. | 12:39PM |
| 22 | Q.  Are you -- have you heard of the 2010 audit? | 12:39PM |
| 23 | A.  I wasn't even anywhere near the State in 2010 | 12:39PM |
| 24 | so I don't know. | 12:39PM |
| 25 | Q.  Okay.  Let's speak a little bit more about the | 12:39PM |



1    strategic plan, and your consultation with the regional    12:39PM

2    GNETS programs on the strategic plan.                       12:39PM

3        A.   Okay.                                              12:39PM

4        Q.   What is the timeline of strategic review plan?     12:39PM

5    We just talked about the grant application timeline?        12:39PM

6    What is this timeline?                                      12:39PM

7        A.   Well, we no longer review the strategic plan in    12:39PM

8    a way in which there is a timeline because we've made       12:40PM

9    changes.  So the grant application and strategic plan       12:40PM

10   are now aligned.  So the information that we would look     12:40PM

11   for in the strategic plan, they are attaching within the   12:40PM

12   grant application.  So there is not a review as it was      12:40PM

13   in previous years.  They do the end-of-year summary from   12:40PM

14   the strategic plan and the mid-year summary where they     12:40PM

15   rate themselves and make priorities for the different      12:40PM

16   areas, but we no longer go and sit and do reviews as in    12:40PM

17   the past.                                                   12:40PM

18       Q.   When did that happen?                              12:40PM

19       A.   This is 2022.  It was either 2020 or 2021.  I'm    12:40PM

20   not sure.                                                   12:40PM

21       Q.   So what is the strategic review plan?  What        12:41PM

22   does it look like now, then?                                12:41PM

23       A.   It looks the same.  It's still the framework.      12:41PM

24   It's still the framework for the program and the           12:41PM

25   framework for their programs.  And it still has actions    12:41PM



1  and things, but we're just not rating and reviewing the          12:41PM

2  strategic plan because now they're aligned -- it's               12:41PM

3  aligned with the GrantApp.  So if you look at the grant          12:41PM

4  application and the strategic plan, you will see a lot           12:41PM

5  of the same information.                                         12:41PM

6      Q.  But they still complete it in both places?              12:41PM

7      A.  No, they no longer have to complete the grant           12:41PM

8  application in the portal.  I mean, I'm sorry, the               12:41PM

9  strategic plan.  They still have the complete the grant         12:41PM

10 application.                                                     12:41PM

11     Q.  Okay.  So the strategic plan in 2020 or 2021 no         12:41PM

12 longer has to be the completed?                                  12:42PM

13     A.  In the portal.                                          12:42PM

14     Q.  In the portal.                                          12:42PM

15     A.  They still have to have their strategic plan           12:42PM

16 information as a part of the framework for their                 12:42PM

17 programs available, but we no longer require it to be           12:42PM

18 upload -- uploaded in the portal.                                12:42PM

19     Q.  Why is that?  What made the change?                    12:42PM

20     A.  To streamline the process when a lot of the           12:42PM

21 information aligns with information that is requested            12:42PM

22 within the grant application.                                    12:42PM

23     Q.  Okay.  And then how do you receive the                 12:42PM

24 strategic plan from the programs if it's not in the            12:42PM

25 portal?                                                          12:42PM



1        A.  We do not receive the strategic plan.  We          12:42PM

2   receive the summary.                                        12:42PM

3        Q.  Uh-huh.                                            12:42PM

4        A.  Mid-year and end-year summary.  It's a one         12:42PM

5   pager.                                                      12:42PM

6        Q.  Mm-hmm.                                            12:42PM

7        A.  And it is uploaded within the grant               12:42PM

8   application.                                                12:42PM

9        Q.  Are you -- earlier when we spoke about the         12:42PM

10  strategic plan, I believe you said that there were          12:42PM

11  ratings of emerging, operational, and evident?              12:42PM

12       A.  When we used to review the strategic plan and      12:42PM

13  go out and do the reviews and it was uploaded in the        12:42PM

14  portal, yes.                                                12:43PM

15       Q.  And now when you receive the mid-year summary      12:43PM

16  and end-of-year summary?                                    12:43PM

17       A.  They're rating themselves.                         12:43PM

18       Q.  And does GaDOE provide --                          12:43PM

19       A.  No.                                                12:43PM

20       Q.  -- a rating?                                       12:43PM

21       A.  No.                                                12:43PM

22       Q.  And this happened in the last two years?           12:43PM

23       A.  Mm-hmm.                                            12:43PM

24       Q.  Do you -- does GaDOE provide any feedback          12:43PM

25  related to the mid-year summary or end of the year          12:43PM



 1  summary?                                              12:43PM

 2       A.  We meet with the -- this year, and that's what   12:43PM

 3  I was referring to earlier, we meet with each individual  12:43PM

 4  program.  We just started, so this is new this year.   12:43PM

 5       Q.  Mm-hmm.                                       12:43PM

 6       A.  And we've only done about, maybe six, so far.   12:43PM

 7  And we review their end-of-year summary, and we just ask   12:43PM

 8  them to talk to us about why they rated themselves a   12:43PM

 9  certain rating for each section.                       12:43PM

10       Q.  Okay.  And maybe -- sorry, I might have       12:43PM

11  misunderstood, though.  You said it's new this year but   12:43PM

12  it's -- go ahead.  You're ready to clarify.            12:43PM

13       A.  Oh, no.  Go ahead.                            12:43PM

14       Q.  You said this was new this year.              12:44PM

15       A.  Mm-hmm.                                       12:44PM

16       Q.  But then earlier you said that the change came   12:44PM

17  in 2020.  I'm just trying to understand what's happened.   12:44PM

18       A.  So the change I was referring to was the change   12:44PM

19  as far as us not reviewing the strategic plan in the   12:44PM

20  portal, as we did in the past.  Now what I'm referring   12:44PM

21  to is reviewing the summary, specifically that's       12:44PM

22  uploaded within the GrantApp.                          12:44PM

23       Q.  And that is new as of this year?             12:44PM

24       A.  That is new as of this year.                 12:44PM

25       Q.  So you will review a mid-year summary?       12:44PM



1      A.  Mid-year and end-of-year, but we review it all          12:44PM
2 at the same time.                                                12:44PM
3      Q.  At the end of the year?                                 12:44PM
4      A.  Yes.                                                     12:44PM
5      Q.  So you -- go ahead.                                     12:44PM
6      A.  To see if they've made changes from -- they            12:44PM
7 explain why they've made changes from mid to end.                12:44PM
8      Q.  So does GaDOE provide any feedback at that             12:44PM
9 time?                                                            12:44PM
10     A.  No.                                                     12:44PM
11     Q.  What is the purpose of the review?                     12:44PM
12     A.  It's just for them to discuss with us why; so          12:44PM
13 you rated yourself a 1, as a priority for behavioral            12:44PM
14 therapeutics, why is behavior therapeutics a 1 priority         12:45PM
15 for you, and they talk about why.  And just talk about          12:45PM
16 some of the things that they're doing with that.  So            12:45PM
17 it's for further conversation.                                  12:45PM
18     Q.  What does it lead to?                                   12:45PM
19           MS. JOHNSON:  Objection.                              12:45PM
20           THE WITNESS:  Well, if you're reading it on           12:45PM
21 paper, sometimes on paper it doesn't come across when           12:45PM
22 you have a conversation, so it's for clarity.                   12:45PM
23     Q.  BY MS. TUCKER:  For clarity?                            12:45PM
24     A.  Mm-hmm.  Reading it and talking about it are            12:45PM
25 two different things.  You get a better picture.                12:45PM



1    Q.  And what is the reason that you and Vickie          12:45PM

2  Cleveland are having these conversations, then, just for  12:45PM

3  clarity, for what reason?                                 12:45PM

4    A.  Because this is what they've rated themselves,      12:45PM

5  based on the framework, and you would need to know why    12:45PM

6  did you rate yourselves this way.  For clarity, like I    12:45PM

7  said.  You read something on paper, it's very different   12:45PM

8  than having a conversation sometimes.                     12:45PM

9    Q.  Is it tied to them receiving any funding?           12:46PM

10   A.  No.                                                 12:46PM

11   Q.  Okay.                                               12:46PM

12        MS. TUCKER:  I am going to pass this to the        12:46PM

13  Court Reporter, and I'd like her to mark it as           12:46PM

14  Plaintiff's Exhibit 426.                                 12:46PM

15        (Plaintiff's Exhibit 426 marked for               12:46PM

16  identification.)                                         12:46PM

17        THE WITNESS:  (Witness examining document.)       12:46PM

18   Q.  BY MS. TUCKER:  Okay.  The Bates number on the     12:46PM

19  first page of this document is GA00955852.  This is a    12:46PM

20  March 19th, 2020 e-mail you from to Vickie Cleveland.    12:46PM

21  The subject reads:  "Flint notes."  And there is one     12:47PM

22  attachment titled:  "Flint strategic plan notes,         12:47PM

23  March 2020."                                             12:47PM

24        Dr. Stevenson, do you recognize this              12:47PM

25  e-mail?                                                  12:47PM



1      A.  I do.                                        12:47PM

2      Q.  Okay.  Do you recognize the notes attached to   12:47PM

3  it?                                                 12:47PM

4      A.  I do.                                        12:47PM

5      Q.  So let's go back to the e-mail.  Do you see   12:47PM

6  where you say that you've attached the notes from the   12:47PM

7  Flint review.  Is this referring to the Flint Area   12:47PM

8  Learning Program strategic plan review?             12:47PM

9      A.  It is.  Yes.                                 12:47PM

10      Q.  Okay.  And this was from 2020, so this was a   12:47PM

11  past practice?                                      12:47PM

12      A.  Yes.                                        12:47PM

13      Q.  But I still would like to learn about it.    12:47PM

14      A.  Okay.                                       12:47PM

15      Q.  At what point in the strategic plan review    12:47PM

16  timeline were these notes created?  Like when --    12:47PM

17      A.  During the strategic plan review.           12:47PM

18      Q.  And did they have a mid-year and end-of-year in   12:47PM

19  2020 as well?                                       12:48PM

20      A.  It's within the strategic plan, yes.        12:48PM

21      Q.  I don't think I understand.  So the date of   12:48PM

22  review is March 11th, 2020.                         12:48PM

23      A.  Yes.  So if you have a copy of the strategic   12:48PM

24  plan, once you get to the end of it, there is a mid-year   12:48PM

25  and there is an end-of-year.  So this is when we were   12:48PM



1  doing total reviews for the strategic plan.                 12:48PM

2      Q.  Mm-hmm.                                             12:48PM

3      A.  And we were providing the rating of                12:48PM

4  operational, emerging, or not evident.                     12:48PM

5      Q.  Okay.  And these are your notes where -- in        12:48PM

6  this document?                                             12:48PM

7      A.  Yes.                                                12:48PM

8      Q.  Okay.  And was this -- did you create this         12:48PM

9  rubric or did this rubric exist?                           12:48PM

10     A.  This rubric already existed.                       12:48PM

11     Q.  Okay.  And is it aligned with the strategic        12:48PM

12  plan?                                                     12:48PM

13     A.  Yes.                                                12:48PM

14     Q.  And are these notes after you reviewed             12:48PM

15  documents or after you attended a meeting with Flint      12:48PM

16  Area Learning Program?                                    12:49PM

17     A.  So those things happened at the same time.  So     12:49PM

18  that was -- we went through each section of the           12:49PM

19  strategic plan and talked about whatever they wanted to   12:49PM

20  share about that, and they provided documentation or      12:49PM

21  artifacts to support what they said they were doing.      12:49PM

22     Q.  And then would Vickie Cleveland have her own       12:49PM

23  set of notes?                                             12:49PM

24     A.  If we were both there, yes.                        12:49PM

25     Q.  Okay.  And then are the scores represented here    12:49PM



1  the scores that you and Vickie gave or are these the          12:49PM
2  self-assessed scores?                                         12:49PM
3      A.  These are the scores that we gave, or the             12:49PM
4  ratings.                                                      12:49PM
5      Q.  Ratings, yes.  The non-numerical ratings.             12:49PM
6      A.  (Nodding yes.)                                        12:49PM
7      Q.  What guides you -- what guided you in the past,       12:49PM
8  since you don't do this anymore --                            12:49PM
9      A.  Mm-hmm.                                               12:49PM
10     Q.  -- to select these ratings?                           12:49PM
11     A.  There's a rubric.                                     12:49PM
12     Q.  There's a rubric then?                                12:49PM
13     A.  (Nodding yes.)                                        12:49PM
14     Q.  Okay.  And what does that rubric detail?              12:50PM
15     A.  Operational, emerging, not evident.  If you're       12:50PM
16 operational, then you have met all the standards within       12:50PM
17 that.  So this doesn't describe -- this is just what we        12:50PM
18 use to take notes.                                            12:50PM
19     Q.  Okay.                                                 12:50PM
20     A.  So if you have a copy of the whole strategic          12:50PM
21 plan, it will give you more details about how that is.        12:50PM
22     Q.  Okay.  So the strategic plan, the same rubric,        12:50PM
23 that's the regional programs used --                          12:50PM
24     A.  Yes.                                                  12:49PM
25     Q.  -- is the same -- is the same data?                   12:50PM



| | |
|---|---|
| 1 | A.  Yes. | 12:50PM |
| 2 | Q.  Okay.  So you based your scores off of the | 12:50PM |
| 3 | rating rubrics within the GNETS regional -- or the GNETS | 12:50PM |
| 4 | strategic plans? | 12:50PM |
| 5 | A.  Yes. | 12:50PM |
| 6 | Q.  Did you -- when you reviewed other programs, | 12:50PM |
| 7 | did you also have notes like this? | 12:50PM |
| 8 | A.  Yes. | 12:50PM |
| 9 | Q.  And then you would discuss with Vickie or would | 12:50PM |
| 10 | you all make the scores in front of the regional GNETS | 12:50PM |
| 11 | programs? | 12:51PM |
| 12 | A.  We would discuss with Vickie. | 12:51PM |
| 13 | Q.  Yeah. | 12:51PM |
| 14 | A.  Vickie and I would discuss, yeah. | 12:51PM |
| 15 | Q.  Okay.  And then what would have happened after | 12:51PM |
| 16 | you took these notes and selected these ratings? | 12:51PM |
| 17 | A.  We would enter it into the portal. | 12:51PM |
| 18 | Q.  And -- | 12:51PM |
| 19 | A.  The ratings, and then the GNETS directors would | 12:51PM |
| 20 | get notice that their information was in the portal. | 12:51PM |
| 21 | Q.  What -- what happened in the past when someone | 12:51PM |
| 22 | had a non-evident or an emerging when a regional program | 12:51PM |
| 23 | had a score that wasn't operational? | 12:51PM |
| 24 | A.  They would receive -- within the portal, they | 12:51PM |
| 25 | would receive a notice that they were emerging in those | 12:52PM |



1   areas.                                                       12:52PM

2        Q.   What steps were required next?                    12:52PM

3             MS. JOHNSON:   Objection.                         12:52PM

4             THE WITNESS:   As far as what?   What steps       12:52PM

5   for the GNETS directors or ...                              12:52PM

6        Q.   BY MS. TUCKER:   Yes.   Are there any steps that  12:52PM

7   a regional GNETS director would be -- would take if they    12:52PM

8   received an emerging score or a not evident score?          12:52PM

9        A.   They might provide additional information.        12:52PM

10       Q.   To you?                                           12:52PM

11       A.   They might upload, if it was a face-to-face.      12:52PM

12   Some of them was also virtual.   So if it was a            12:52PM

13   face-to-face review, then they might upload -- they        12:52PM

14   might not have been able to put their hands on something   12:52PM

15   at the time and they uploaded it and then they could be    12:52PM

16   operational.                                               12:52PM

17       Q.   So a rating could change?                         12:52PM

18       A.   Yes.                                              12:52PM

19       Q.   Would you and Vickie give technical assistance    12:52PM

20   to a program if you were concerned about their low         12:52PM

21   scores, low ratings?                                       12:53PM

22       A.   Well, it starts within the technical assistance  12:53PM

23   as far as these -- some specifics to these things would    12:53PM

24   be provided within their LEA, within their collaborative   12:53PM

25   community, not necessarily from Vickie and myself.         12:53PM



1    Q.  Okay.  Were these ratings tied to anything?    12:53PM

2    A.  No.    12:53PM

3    Q.  What would have happened if someone -- a    12:53PM

4  regional program had all emergings and not evident?    12:53PM

5             MS. JOHNSON:  Objection.    12:53PM

6             THE WITNESS:  I can't say because I've    12:53PM

7  never had that happen.    12:53PM

8    Q.  BY MS. TUCKER:  You never had that --    12:53PM

9    A.  Since I've been with the program.    12:53PM

10    Q.  And you've been with the program the entire    12:53PM

11  time it's had the operational, emerging, and not evident    12:53PM

12  because before it was numerical?    12:53PM

13    A.  Right.    12:53PM

14    Q.  Do you and Vickie have conversations with the    12:54PM

15  regional GNETS program -- I know you said they're    12:54PM

16  uploaded into the portal, but afterwards about their    12:54PM

17  scores, ratings?    12:54PM

18    A.  A lot of times a conversation was happening    12:54PM

19  within the review so --    12:54PM

20    Q.  Okay.    12:54PM

21    A.  So there wasn't a lot of follow up needed.    12:54PM

22             MS. TUCKER:  I'd like the Court Reporter to    12:54PM

23  mark this document as Plaintiff's Exhibit 427.    12:54PM

24             (Plaintiff's Exhibit 427 marked for    12:54PM

25  identification.)    12:54PM



1    Q.  BY MS. TUCKER:  The Bates number on the first          12:54PM

2   page of the document is GA00960449.  This is a              12:54PM

3   September 9th, 2020, e-mail from you to two e-mail          12:55PM

4   addresses with the domain at tcjackets.net, and Shawn      12:55PM

5   Owen and Vickie Cleveland and you were copied.             12:55PM

6    A.  (Witness examining document.)                          12:55PM

7    Q.  The subject reads:  "State suggested revision          12:55PM

8   on action items for Pathways Educational Program GNETS     12:55PM

9   strategic plan."                                           12:55PM

10          Dr. Stevenson, do you recognize this               12:55PM

11   e-mail?                                                    12:55PM

12    A.  This is a generated e-mail.  It's not one I          12:55PM

13   typed.                                                     12:55PM

14    Q.  Oh.  Can you explain that to me?                      12:55PM

15    A.  So in the portal, this is in 2020, so this was       12:55PM

16   a virtual review that took place cause by September,      12:55PM

17   that was COVID.                                            12:55PM

18    Q.  Okay.                                                 12:55PM

19    A.  And the reviews were virtual.  So once the           12:55PM

20   information is put in and I hit submit, she needed a      12:55PM

21   revision, and it automatically sends it.  So it's not     12:55PM

22   something that -- it's not an e-mail I typed myself.      12:55PM

23    Q.  I understand.  So this happens when you put it       12:56PM

24   in other -- for other regional GNETS programs too?        12:56PM

25    A.  So if they needed a revision on their strategic      12:56PM



1  plan, it would say what section, what action item and          12:56PM

2  the finding.                                                   12:56PM

3      Q.  Okay.                                                  12:56PM

4      A.  But I didn't type the e-mail, no.  It's auto           12:56PM

5  generated.                                                     12:56PM

6      Q.  Sure.  Would the finding where it says "Section        12:56PM

7  action item finding,"-- excuse me, would you have typed        12:56PM

8  what's in after the finding into the portal and that           12:56PM

9  would have then --                                             12:56PM

10     A.  Yes.  I just --                                        12:56PM

11     Q.  -- been --                                             12:56PM

12     A.  Yeah, that's it.                                       12:56PM

13     Q.  Okay.  So you, for example, for Section 2,             12:56PM

14 behavorial support and therapeutic services, your             12:56PM

15 finding was, and you wrote upload PBIS agendas, and           12:56PM

16 upload evidence of how red areas and self-assessments         12:56PM

17 were addressed?                                               12:56PM

18     A.  Yes.                                                   12:56PM

19     Q.  Okay.  What is meant by red areas?                     12:56PM

20     A.  So that means that the red area -- so the              12:56PM

21 self-assessment that I was talking about at the end of        12:56PM

22 the strategic plan review, if her areas were marked red,      12:56PM

23 they were areas of need, so how were you -- how was she       12:57PM

24 going to address those.                                       12:57PM

25     Q.  And that would ultimately affect their rating?         12:57PM



1    A.  Well, I'm not sure if I gave them a rating if          12:57PM

2  they hadn't completely uploaded everything yet.             12:57PM

3    Q.  I see Shawn Owen is copied.                           12:57PM

4    A.  Shawn is always copied on all auto-generated          12:57PM

5  because she's the deputy.                                   12:57PM

6    Q.  Okay.                                                 12:57PM

7    A.  Anything that comes out of the portal to the --       12:57PM

8  to any -- not just with GNETS, with anybody.                12:57PM

9    Q.  So she's getting lots of e-mails?                     12:57PM

10   A.  Yes.                                                  12:57PM

11   Q.  Have you or Vickie ever discussed any                 12:57PM

12 feedbacks -- feedback related to the GNETS strategic        12:57PM

13 plan with Shawn Owen?                                       12:57PM

14   A.  Not that I can recall.  Not that I've been            12:57PM

15 involved.                                                   12:57PM

16   Q.  Okay.  And then what -- the domain was at             12:57PM

17 tcjackets.net.  Do you know who this was sent to?           12:57PM

18   A.  I believe -- that's Pathways.                         12:58PM

19   Q.  Pathways.  Which is one of the 24 regional            12:58PM

20 GNETS?                                                      12:58PM

21   A.  Mm-hmm.                                               12:58PM

22   Q.  Yes?                                                  12:58PM

23   A.  Yes.  I'm sorry.                                      12:58PM

24   Q.  And then -- so similar e-mails like this went         12:58PM

25 out to the other regional GNETS programs?                   12:58PM



1      A.  If they needed revision, yes.                    12:58PM

2      Q.  Okay.  Do you give them a timeline on when to    12:58PM

3  resubmit?                                                12:58PM

4      A.  Yes.  I'm not sure what the timeline was at      12:58PM

5  that time, though.                                       12:58PM

6      Q.  And does this function still exist given the     12:58PM

7  change in the strategic plan?                            12:58PM

8      A.  No, because we no longer do it like this, so     12:58PM

9  no.                                                      12:58PM

10     Q.  Okay.  If it's okay, I just have one document    12:58PM

11 to look at and then we can break.                        12:58PM

12     A.  Okay.                                            12:58PM

13     Q.  Okay.                                            12:58PM

14         MS. TUCKER:  I'd like the Court Reporter to      12:59PM

15 mark this document as Plaintiff's Exhibit 428.           12:59PM

16         (Plaintiff's Exhibit 428 marked for             12:59PM

17 identification.)                                         12:59PM

18     Q.  BY MS. TUCKER:  The Bates number on the first    12:59PM

19 page of this document is GA00963511.  This is an e-mail  12:59PM

20 thread with the most recent e-mail dated November 30th,  12:59PM

21 2020.  And it's an e-mail from you to Moria Lenka,       12:59PM

22 Upendra Nara, Vickie Cleveland, and --                   12:59PM

23     A.  Udia.                                            12:59PM

24     Q.  Udia.  Thank you.  Udia Arumugam.  Did I get     12:59PM

25 that close?                                              12:59PM



| | | |
|---|---|---|
| 1 | A. Close enough. | 12:59PM |
| 2 | Q. Okay. It's spelled A-R-U-M-U-G-A-M. | 12:59PM |
| 3 | The subject reads: "Draft Coastal Academy | 01:00PM |
| 4 | FY '20 strategic plan results." | 01:00PM |
| 5 | Dr. Stevenson, do you recognize this | 01:00PM |
| 6 | e-mail? | 01:00PM |
| 7 | A. Yes. | 01:00PM |
| 8 | Q. Let's go through the two fields. Who -- can | 01:00PM |
| 9 | you identify the folks listed in the two fields? | 01:00PM |
| 10 | A. They are Moria, Upendra, and Udia. | 01:00PM |
| 11 | Q. Okay. | 01:00PM |
| 12 | A. They are all IT. | 01:00PM |
| 13 | Q. Okay. And let's start with the oldest e-mail | 01:00PM |
| 14 | in the thread, which begins on GA00963514. | 01:00PM |
| 15 | A. (Witness complying.) | 01:00PM |
| 16 | Q. Do you see it's sent Tuesday, November 24th, | 01:00PM |
| 17 | 2020 at 1459? | 01:00PM |
| 18 | A. Mm-hmm. | 01:00PM |
| 19 | Q. And it starts with, "Dear Lisa Futch"? | 01:00PM |
| 20 | A. Mm-hmm. | 01:00PM |
| 21 | Q. Was that a yes? | 01:00PM |
| 22 | A. Yes. I'm sorry. | 01:00PM |
| 23 | Q. Who is Lisa Futch? | 01:00PM |
| 24 | A. Director in the GNETS program for Coastal | 01:01PM |
| 25 | Academy. | 01:01PM |



1     Q.  Okay.  And why is Moria working on this e-mail?     01:01PM

2     A.  This is the e-mail that would go out to             01:01PM

3  everybody at the end of the strategic plan review.  It     01:01PM

4  would be auto-generated.  So we had to create a sample     01:01PM

5  so they could put it in the portal so it can be            01:01PM

6  auto-generated on everyone at the end of the strategic     01:01PM

7  plan review.                                               01:01PM

8     Q.  Okay.  And you created this sample?                 01:01PM

9     A.  I'm not sure if I created it or Vickie.  I          01:01PM

10 don't know.                                                01:01PM

11    Q.  You or Vickie, but not Moria?                       01:01PM

12    A.  No.                                                 01:01PM

13    Q.  Okay.  And then when -- does this still happen?     01:01PM

14    A.  No.                                                 01:01PM

15    Q.  This letter no longer reaches the regional          01:01PM

16 GNETS programs?                                            01:01PM

17    A.  Because we no longer do it in the portal.           01:01PM

18    Q.  Going back to this time, at the top paragraph       01:01PM

19 of this e-mail, it reads:  "At the end of the year, the    01:01PM

20 teams completed their final ratings and prepared for a     01:02PM

21 virtual review from the GNETS state program manager."      01:02PM

22    A.  Where are we looking?  I'm sorry.                   01:02PM

23    Q.  At the top paragraph of the e-mail, the oldest      01:02PM

24 e-mail, the one that had the Tuesday, November 24th at     01:02PM

25 1459.  Let me find it.  It's the last sentence of the      01:02PM



| | | |
|---|---|---|
| 1 | first paragraph.  Do you see it? | 01:02PM |
| 2 | MS. JOHNSON:  (Indicating.) | 01:02PM |
| 3 | THE WITNESS:  Okay.  Yes.  I'm sorry. | 01:02PM |
| 4 | Q.  BY MS. TUCKER:  I can read it again.  "At the | 01:02PM |
| 5 | end of the school year, the teams completed their final | 01:02PM |
| 6 | ratings and prepared for a virtual review from the GNETS | 01:02PM |
| 7 | state program manager and program specialist." | 01:02PM |
| 8 | A.  Mm-hmm. | 01:02PM |
| 9 | Q.  When this was drafted in 2020, was it going out | 01:02PM |
| 10 | to every program? | 01:02PM |
| 11 | A.  The programs that received the virtual review. | 01:02PM |
| 12 | Q.  How many programs received the virtual review? | 01:02PM |
| 13 | A.  I don't remember. | 01:02PM |
| 14 | Q.  It was not all 24? | 01:02PM |
| 15 | A.  Not in 2020. | 01:03PM |
| 16 | Q.  How was it decided which programs received | 01:03PM |
| 17 | virtual review? | 01:03PM |
| 18 | A.  Well, we weren't doing in-person, so that's how | 01:03PM |
| 19 | that was decided. | 01:03PM |
| 20 | Q.  But what about the number of programs? | 01:03PM |
| 21 | A.  We decided to be in line with the RDA unit, and | 01:03PM |
| 22 | they do Cross Functioning Monitoring on a three-year | 01:03PM |
| 23 | cycle. | 01:03PM |
| 24 | Q.  Okay. | 01:03PM |
| 25 | A.  So to be on -- to be in line with them, we went | 01:03PM |



1   to a three-year cycle.                                          01:03PM

2       Q.  So the 24 programs were divided into three              01:03PM

3   groups?                                                         01:03PM

4       A.  (Nodding yes.)                                          01:03PM

5       Q.  But now it's every year, every program?                01:03PM

6       A.  The strategic plan review is no longer reviewed         01:03PM

7   in this way.  The grant application is every year every         01:03PM

8   program.                                                        01:03PM

9       Q.  As well as the mid-year and end-of-year                 01:03PM

10  summary?                                                        01:04PM

11      A.  They upload that within the grant application.          01:04PM

12      Q.  Got it.  So let's look at the bottom paragraph          01:04PM

13  on the same e-mail.  It read:  "The goal of the review          01:04PM

14  process was to determine how well each team implemented         01:04PM

15  the strategic plan components with the fidelity.  If the        01:04PM

16  evidence presented clearly supported the implementation         01:04PM

17  of the components, an operational rating was assigned.          01:04PM

18  If the evidence did not clearly support the                     01:04PM

19  implementation of the components, ratings were assigned         01:04PM

20  to more accurately reflect the level of implementation."        01:04PM

21          And then what evidence are they speaking to             01:04PM

22  here?                                                           01:04PM

23      A.  Within the strategic plan there were evidence           01:04PM

24  for each aspect that they needed to show.  So it depends        01:04PM

25  on what part of the strategic plan you're looking at.           01:04PM



 1  There's different types of evidence based on each of the          01:04PM
 2  six focus areas.                                                  01:04PM
 3      Q.  Six.  Okay.  And then let's go to the                     01:04PM
 4  November 30th e-mail with the time stamp of 12:57, which          01:05PM
 5  is on the page that -- at the bottom the Bates reads              01:05PM
 6  GA00963512.                                                       01:05PM
 7      A.  Okay.                                                     01:05PM
 8      Q.  You write:  "I need to add comments to two                01:05PM
 9  sites that received emerging scores, DeKalb and Rutland.          01:05PM
10  Can you please open these two for me and I will make              01:05PM
11  those changes."                                                   01:05PM
12          What did you mean?  What did you want                     01:05PM
13  opened?                                                           01:05PM
14      A.  The grant -- the strategic plan.                          01:05PM
15      Q.  Okay.  What comments did you provide?                     01:05PM
16      A.  I don't know.                                             01:05PM
17      Q.  If a program -- you know -- you were on a                 01:05PM
18  three-year cycle, you just said.  So if a GNETS program,         01:05PM
19  regional GNETS program was not being reviewed that year          01:06PM
20  by you, were they still doing the self-assessment?               01:06PM
21      A.  They were instructed to.                                 01:06PM
22      Q.  Was it still sent anywhere?                               01:06PM
23      A.  I don't recall if we were asking them to upload          01:06PM
24  it within the grant application at that time.  I don't           01:06PM
25  recall.                                                          01:06PM



| | | |
|---|---|---|
| 1 | MS. TUCKER:  Okay.  Let's break. | 01:06PM |
| 2 | THE VIDEOGRAPHER:  Okay.  Off the record at | 01:06PM |
| 3 | 1:07 p.m. | 01:06PM |
| 4 | (Off the record.) | 01:06PM |
| 5 | THE VIDEOGRAPHER:  Stand by.  Okay.  We're | 02:03PM |
| 6 | back on the record at 2:04 p.m. | 02:03PM |
| 7 | Q.  BY MS. TUCKER:  Okay.  Hi, Dr. Stevenson. | 02:03PM |
| 8 | A.  Hi. | 02:03PM |
| 9 | Q.  Again, like, last time, after we take a break, | 02:03PM |
| 10 | the ground rules still stay the same.  The abbreviations | 02:03PM |
| 11 | we discussed are the same. | 02:03PM |
| 12 | A.  Okay. | 02:03PM |
| 13 | Q.  And I'll just remind you that you are under | 02:03PM |
| 14 | oath, so everything that you're testifying to is as if | 02:03PM |
| 15 | you're in a court of law. | 02:03PM |
| 16 | A.  Okay. | 02:03PM |
| 17 | Q.  Okay.  Any questions before we begin? | 02:03PM |
| 18 | A.  No. | 02:03PM |
| 19 | Q.  So earlier you testified that there are monthly | 02:03PM |
| 20 | meetings, generally, with the regional GNETS program | 02:04PM |
| 21 | directors? | 02:04PM |
| 22 | A.  Yes. | 02:04PM |
| 23 | Q.  Correct? | 02:04PM |
| 24 | A.  Yes. | 02:04PM |
| 25 | Q.  Okay.  And are these meetings attended by only | 02:04PM |



1  the GNETS directors or other regional GNETS program        02:04PM

2  staff involved?        02:04PM

3      A.  Only the GNETS directors unless the GNETS        02:04PM

4  director cannot attend and they assign a designee such        02:04PM

5  as an assistant director or coordinator.        02:04PM

6      Q.  Okay.  How often do you communicate with the        02:04PM

7  regional GNETS directors other than through these        02:04PM

8  meetings?        02:04PM

9      A.  Only if they have a question that I'm        02:04PM

10  responding to or if I need to send a reminder about        02:04PM

11  submitting logs or something of that nature, but that's        02:04PM

12  about it.        02:04PM

13      Q.  Would you say that you're e-mailing regional        02:04PM

14  GNETS directors on a weekly basis?        02:04PM

15      A.  Not as a whole.  Individually, if someone        02:04PM

16  reaches out or if I need to send them an e-mail        02:05PM

17  following up on something.        02:05PM

18      Q.  Okay.  And so it would mostly be e-mails.  Do        02:05PM

19  you also have phone calls?        02:05PM

20      A.  Not often, unless there is clarity needed or        02:05PM

21  unless they call me, they pick up the phone, maybe in        02:05PM

22  regards to a technical assistance as far as the GrantApp        02:05PM

23  or they're having trouble submitting something or        02:05PM

24  something like that.        02:05PM

25      Q.  What type of technical assistance would you        02:05PM



1  provide, on what topics?                                    02:05PM

2      A.  Grant application.                                  02:05PM

3      Q.  Yes?                                                02:05PM

4      A.  Or if they needed information on how to submit      02:05PM

5  something.  Mostly just programatic type of things.         02:05PM

6      Q.  When you say "submit something," what are they      02:05PM

7  submitting?                                                 02:06PM

8      A.  The logs, the social worker's logs.  If they        02:06PM

9  need to -- BASC -- the BASC, if they need something         02:06PM

10 entered, a new staff member entered for the BASC, things    02:06PM

11 like that.                                                  02:06PM

12     Q.  What is BASC?                                       02:06PM

13     A.  It is one of the assessments that is used           02:06PM

14 within the program, the BASC and the SDQ.                   02:06PM

15     Q.  What do they measure, these assessments?            02:06PM

16     A.  The BASC is a measurement.  It's behavioral --      02:06PM

17 and it escapes me what the letter stands for, but it's      02:06PM

18 though Pearson, and it's a behavorial assessment.           02:06PM

19     Q.  Okay.  And then what about the SDQ?                  02:06PM

20     A.  The SDQ is a -- it's a skills questionnaire,        02:06PM

21 and I'm trying to remember what the D in SDQ stands for,    02:07PM

22 because that escapes me.  But it's also an assessment       02:07PM

23 that is used.  And so if they need someone added to be      02:07PM

24 an administrator for those, then I can add a person to      02:07PM

25 adminis- -- that is the administrator for those.           02:07PM



1    Q.  Does GaDOE fund the regional GNETS programs      02:07PM

2    participation in BASC and SDQ?                       02:07PM

3    A.  Yes.                                             02:07PM

4    Q.  Are there other documents that they would be     02:07PM

5    submitting that they would have technical assistance on,   02:07PM

6    they being the regional GNETS programs?              02:07PM

7    A.  They don't submit anything to us through SDQ     02:07PM

8    and BASC, it's just -- it's just assessments that they   02:07PM

9    can use for the students, but it's not -- it doesn't --   02:08PM

10   it's not -- it's not like i-Ready --                 02:08PM

11   Q.  Okay.                                            02:08PM

12   A.  -- or instructional.                             02:08PM

13   Q.  Okay.                                            02:08PM

14   A.  I would say.                                     02:08PM

15   Q.  Earlier you said that you would answer           02:08PM

16   technical assistance questions --                    02:08PM

17   A.  Mm-hmm.                                          02:08PM

18   Q.  -- regarding SDQ and BASC?                       02:08PM

19   A.  Not the assessment, just strictly how do I       02:08PM

20   access the SDQ, how do I enter information into, but  02:08PM

21   not -- I don't answer or provide technical assistance on   02:08PM

22   how to provide the assessment itself.                02:08PM

23   Q.  Got it.  So am I correct that you answer         02:08PM

24   technical questions related to the SDQ and BASC for the   02:08PM

25   regional GNETS program directors?                    02:08PM



LAKESHA STEVENSON                           September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        174

1      A.   Yes.                                         02:08PM

2      Q.   Yes?                                         02:08PM

3      A.   Yes.                                         02:08PM

4      Q.   Okay.  Going back to the meetings with the  02:08PM

5  regional GNETS directors --                          02:08PM

6      A.   Yes.                                         02:09PM

7      Q.   -- that are largely monthly --              02:09PM

8      A.   (Nodding yes.)                               02:09PM

9      Q.   -- what is the purpose of these meetings?   02:09PM

10     A.   To provide updates regarding anything they  02:09PM

11  might need to be updated on, and also to provide    02:09PM

12  information from other divisions within the Department 02:09PM

13  of Education.  For example, teacher -- and teachers -- 02:09PM

14  TKES and LKES, which is the Teacher Keys, Leader Keys, 02:09PM

15  the evaluation system that the State uses.          02:09PM

16          So, somebody from that department might     02:09PM

17  come and do a presentation to the directors on how to 02:09PM

18  make sure all their teachers are in the platform, and 02:09PM

19  the evaluations are completed.  Someone from Special 02:09PM

20  Education might come do a presentation on transition for 02:09PM

21  high school students.  So just different people within 02:09PM

22  DOE that do presentations to the directors.         02:09PM

23     Q.   And by DOE you meant --                      02:09PM

24     A.   Georgia Department of Ed.                    02:10PM

25     Q.   -- Georgia Department of Ed?                 02:10PM



| | | |
|---|---|---|
| 1 | A.  Georgia Department -- GaDOE. | 02:10PM |
| 2 | Q.  Okay.  You said you provide updates? | 02:10PM |
| 3 | A.  Mm-hmm. | 02:10PM |
| 4 | Q.  Updates on what? | 02:10PM |
| 5 | A.  Updates on changes that might be made to the | 02:10PM |
| 6 | schedule for our monthly meetings or updates on due | 02:10PM |
| 7 | dates for certain things or updates on webinars that are | 02:10PM |
| 8 | going to be provided, not by us but by other people | 02:10PM |
| 9 | outside on maybe special design instructions or things | 02:10PM |
| 10 | like that.  So just to make sure that they're aware of | 02:10PM |
| 11 | those type of things that could be offered to them. | 02:10PM |
| 12 | Q.  Who sets the agenda for the monthly meetings? | 02:10PM |
| 13 | A.  Vickie usually, and myself. | 02:10PM |
| 14 | Q.  In consultation with you? | 02:10PM |
| 15 | A.  Mm-hmm. | 02:10PM |
| 16 | Q.  Are the agendas sent out in advance to the | 02:10PM |
| 17 | regional GNETS programs? | 02:10PM |
| 18 | A.  No. | 02:10PM |
| 19 | Q.  I am going to introduce an exhibit that has | 02:10PM |
| 20 | paper, but also there's going to be an electronic | 02:10PM |
| 21 | component. | 02:11PM |
| 22 | A.  Okay. | 02:11PM |
| 23 | MS. TUCKER:  I'd like the Court Reporter to | 02:11PM |
| 24 | mark this document as Plaintiff's Exhibit 429. | 02:11PM |
| 25 | (Plaintiff's Exhibit 429 marked for | 02:11PM |



1  identification.)                                           02:11PM

2    Q.  BY MS. TUCKER:  The Bates number on the bottom       02:11PM

3  of this documents reads, GA00956689.  This is a           02:11PM

4  May 26th, 2020 e-mail from Vickie Cleveland to you.  The  02:11PM

5  subject of the e-mail reads:  "Draft responses."  And     02:11PM

6  there is one attachment titled:  "Copy of copy GNETS      02:11PM

7  director meeting questions, 2020-05-26."                  02:11PM

8    A.  (Witness examining document.)                        02:11PM

9    Q.  Dr. Stevenson, do you recognize this e-mail?         02:12PM

10   A.  Yes.                                                  02:12PM

11   Q.  Yes?                                                  02:12PM

12   A.  Yes.                                                  02:12PM

13   Q.  Okay.  We're going to turn to the attachment         02:12PM

14  which starts with GA00956690.  But this is a              02:12PM

15  spreadsheet, so my colleague Megan Erickson is going to   02:12PM

16  share the screen and then you'll be able to access it.    02:12PM

17        THE VIDEOGRAPHER:  And just let me know if           02:12PM

18  there's any issue with the screen share.                  02:12PM

19        MS. TUCKER:  I think it's about to happen.           02:12PM

20    Q.  BY MS. TUCKER:  Great.  And then do you have         02:12PM

21  control over the document, Dr. Stevenson?  I know you     02:12PM

22  see it.                                                   02:12PM

23    A.  Yes, I do.                                           02:12PM

24    Q.  Okay.  So you are able to manipulate and zoom        02:12PM

25  in and --                                                 02:12PM



| | | |
|---|---|---|
| 1 | A.  Well, I can move the mouse. | 02:12PM |
| 2 | Q.  Okay.  Are you able to zoom in? | 02:12PM |
| 3 | THE VIDEOGRAPHER:  Oh, you might have to | 02:12PM |
| 4 | hit the plus sign or you can do this with your fingers | 02:12PM |
| 5 | on the mouse pad. | 02:13PM |
| 6 | THE WITNESS:  Oh. | 02:13PM |
| 7 | THE VIDEOGRAPHER:  Do you want me to go off | 02:13PM |
| 8 | the record? | 02:13PM |
| 9 | MS. TUCKER:  Yes, let's go off the record | 02:13PM |
| 10 | just real quick. | 02:13PM |
| 11 | THE VIDEOGRAPHER:  All right.  Off the | 02:13PM |
| 12 | record at 2:14 p.m. | 02:13PM |
| 13 | (Off the record at 2:14 p.m.) | 02:13PM |
| 14 | THE VIDEOGRAPHER:  Back on the record at | 02:15PM |
| 15 | 2:16 p.m. | 02:15PM |
| 16 | Q.  BY MS. TUCKER:  Dr. Stevenson, are you now | 02:15PM |
| 17 | looking at the spreadsheet that we identified as | 02:15PM |
| 18 | GA0095690? | 02:15PM |
| 19 | A.  Yes. | 02:15PM |
| 20 | Q.  Okay.  Do you recognize this spreadsheet? | 02:15PM |
| 21 | A.  Yes. | 02:15PM |
| 22 | Q.  Did you create it? | 02:15PM |
| 23 | A.  I created a form in Jotform -- | 02:15PM |
| 24 | Q.  Okay. | 02:15PM |
| 25 | A.  -- where the GNETS directors -- since we were | 02:15PM |



1  going virtual.                                        02:15PM

2      Q.  Okay.                                         02:15PM

3      A.  This would give them an opportunity to have   02:15PM

4  their questions answered ahead of time so we can make 02:15PM

5  sure that they were addressed.                        02:15PM

6      Q.  Okay.  What is Jotform?                       02:15PM

7      A.  Jotform is a platform you can use to create   02:16PM

8  documents and send out to people for various things, so 02:16PM

9  I just used that to create this.  And then after -- and 02:16PM

10 then it will automatically put it on Excel, if you    02:16PM

11 request it.                                           02:16PM

12     Q.  Got it.  And is this a form that you created  02:16PM

13 that then the regional GNETS directors could add to it? 02:16PM

14     A.  Well, I would -- the Jotform would just say,  02:16PM

15 "Questions for monthly directors meeting," and then I 02:16PM

16 would send the link out.                              02:16PM

17     Q.  Okay.                                         02:16PM

18     A.  And then they would put whatever questions they 02:16PM

19 would have for the upcoming meeting, that they might  02:16PM

20 need answered, so we could make sure that they were   02:16PM

21 addressed.                                            02:16PM

22     Q.  And is this practice of answering questions   02:16PM

23 in -- having questions to answer in advance, is that  02:16PM

24 standard practice for your GNETS meetings with the    02:16PM

25 regional directors?                                   02:16PM



1        A.   It's wasn't -- it's not necessarily standard          02:16PM

2   practice, but in other departments within GaDOE we've         02:16PM

3   seen that and how it ensured that everybody's questions       02:16PM

4   got answered, so we thought it would be a good practice       02:17PM

5   to try to start using.                                        02:17PM

6        Q.   Are you currently using this practice?              02:17PM

7        A.   We -- we've only had one meeting, two meetings,     02:17PM

8   this year and I haven't done a Jotform for the meeting        02:17PM

9   so far this year.                                             02:17PM

10        Q.   Have regional GNETS directors reached out with     02:17PM

11   questions in advance of the monthly meetings separate        02:17PM

12   from the Jotform?                                            02:17PM

13        A.   Sometimes they'll have questions just in           02:17PM

14   general, but there might be questions that we're going       02:17PM

15   to address at the meeting.                                   02:17PM

16        Q.   So am I correct, looking at this spreadsheet,      02:17PM

17   there's text and black font?                                 02:17PM

18        A.   Mm-hmm.                                            02:17PM

19        Q.   Those are the questions that you put in, that      02:17PM

20   you received from the regional GNETS directors?              02:17PM

21        A.   Those are the questions that they put in           02:17PM

22   themselves.                                                  02:17PM

23        Q.   Okay.                                              02:18PM

24        A.   So I didn't put in any questions.  I just sent     02:18PM

25   a link and they had to select, you know, question, and       02:18PM



1  then what their question was in regards to, and then          02:18PM
2  they put their questions in there.                            02:18PM
3      Q.  Did they also identify the topic or did you          02:18PM
4  identify --                                                    02:18PM
5      A.  They had options to choose from for the topic.       02:18PM
6      Q.  Okay.  And now I see answers in red, red front?      02:18PM
7      A.  Yes.                                                  02:18PM
8      Q.  Who wrote the red font?                              02:18PM
9      A.  Vickie.                                               02:18PM
10     Q.  Vickie.  Okay.  And are these red font answers       02:18PM
11 something that you would share in advance of the meeting      02:18PM
12 or is this something that you would discuss at the            02:18PM
13 meeting?                                                      02:18PM
14     A.  These would be the answers Vickie would give         02:18PM
15 them at the meeting.                                          02:18PM
16     Q.  Verbally?                                            02:18PM
17     A.  Yes.                                                  02:18PM
18     Q.  Did Vickie ask you to create a spreadsheet like      02:18PM
19 this through Jotform?                                         02:18PM
20     A.  No.  Like I said, we just thought it would be a      02:18PM
21 good idea to make sure questions were being addressed.        02:18PM
22     Q.  The last two meetings that you've had this           02:18PM
23 school year, you think one or two?                            02:19PM
24     A.  Mm-hmm.                                              02:19PM
25     Q.  Did any regional GNETS directors send you           02:19PM



| | |
|---|---|
| 1 | questions in advance? | 02:19PM |
| 2 | A.  No.  But some reached out and had questions | 02:19PM |
| 3 | about, you know, things that might have been answered at | 02:19PM |
| 4 | the meeting, but they didn't necessarily send questions | 02:19PM |
| 5 | specific to the meeting. | 02:19PM |
| 6 | Q.  Do regional GNETS directors have an opportunity | 02:19PM |
| 7 | to ask questions at the meeting as well? | 02:19PM |
| 8 | A.  Yes, they do.  Even if they had filled out the | 02:19PM |
| 9 | form, they still could ask a question. | 02:19PM |
| 10 | Q.  So there's generally a question/answer | 02:19PM |
| 11 | portion -- | 02:19PM |
| 12 | A.  Yes. | 02:19PM |
| 13 | Q.  -- during the meeting? | 02:19PM |
| 14 | A.  Yes. | 02:19PM |
| 15 | Q.  Okay.  Is the information in a spreadsheet like | 02:19PM |
| 16 | this one ever shared, then, via e-mail to -- | 02:19PM |
| 17 | A.  No. | 02:19PM |
| 18 | Q.  -- to the GNETS regional directors? | 02:19PM |
| 19 | A.  No. | 02:19PM |
| 20 | Q.  What else is discussed at these meetings? | 02:19PM |
| 21 | A.  That's it. | 02:19PM |
| 22 | Q.  Is academic progress discussed? | 02:19PM |
| 23 | A.  No. | 02:20PM |
| 24 | Q.  Are therapeutic supports and services | 02:20PM |
| 25 | discussed? | 02:20PM |



1    A.   No.   Unless someone is doing a presentation on        02:20PM

2  them.                                                         02:20PM

3    Q.   Have you had presentations on that?                   02:20PM

4    A.   If someone did a TIC presentation -- I'm              02:20PM

5  sorry -- Trauma-Informed Care, presentation or -- that's    02:20PM

6  the only one I can think of off the top of my head, but     02:20PM

7  if there was a person that did a presentation, then it      02:20PM

8  would be discussed within that presentation.                02:20PM

9    Q.   Is it -- is exiting the GNETS program discussed       02:20PM

10  during the regional GNETS program meetings with the        02:20PM

11  directors?                                                  02:20PM

12   A.   No.                                                   02:20PM

13   Q.   How about the time and program?                      02:20PM

14   A.   No.                                                   02:20PM

15   Q.   How about how to make referrals to GNETS?            02:20PM

16   A.   No.                                                   02:20PM

17   Q.   How about post secondary outcomes?                   02:20PM

18   A.   No.                                                   02:20PM

19   Q.   Do you track post secondary outcomes for GNETS       02:20PM

20  students?                                                   02:21PM

21   A.   I do not.                                             02:21PM

22   Q.   Does GaDOE track post secondary outcomes for         02:21PM

23  GNETS students?                                             02:21PM

24   A.   I'm not sure if they track them specifically,        02:21PM

25  but I know post secondary outcomes are tracked for         02:21PM



1   students.                                                02:21PM

2       Q.   Does the GNETS program through GaDOE track      02:21PM

3   referrals to GNETS programs?                             02:21PM

4       A.   No.                                             02:21PM

5       Q.   Does GaDOE put forth common guidance on how     02:21PM

6   GNETS referrals should be made across the program?       02:21PM

7               MS. JOHNSON:   Objection.                    02:21PM

8               THE WITNESS:   GaDOE -- can you repeat that?  02:21PM

9       Q.   BY MS. TUCKER:   Yeah.   I was curious if GaDOE 02:21PM

10  put forth guidance documents on how referrals should     02:21PM

11  look into the GNETS program.                             02:21PM

12      A.   GaDOE specifically does not.                    02:21PM

13      Q.   Who does?                                       02:21PM

14              MS. JOHNSON:   Objection.                    02:22PM

15      Q.   BY MS. TUCKER:   Does anyone?                   02:22PM

16      A.   What documents are you referring to?            02:22PM

17      Q.   GNETS referral form document.                   02:22PM

18      A.   No.   I don't know of GaDOE having any referral 02:22PM

19  forms.                                                   02:22PM

20      Q.   Okay.   Or consultation form?                   02:22PM

21      A.   Created by someone at GaDOE?                    02:22PM

22      Q.   Yes.                                            02:22PM

23      A.   I'm -- I'm not sure.                            02:22PM

24      Q.   How about disseminated by someone at GaDOE?     02:22PM

25      A.   What forms?                                     02:22PM



1     Q.  A consultation form?                              02:22PM

2     A.  Disseminated to whom?                             02:22PM

3     Q.  The GNETS directors or the LEAs?                  02:22PM

4     A.  There are forms that -- do you have an example    02:22PM

5  of a form?                                               02:22PM

6     Q.  I can come back with one.                         02:22PM

7     A.  Yeah.                                             02:22PM

8     Q.  Okay.  Let me just make a note of that.          02:22PM

9     A.  Okay.                                             02:23PM

10    Q.  Happy to do that.  With time and program --      02:23PM

11    A.  Mm-hmm.                                           02:23PM

12    Q.  -- I know you said it wasn't discussed at the    02:23PM

13  meetings.  Is it tracked by GaDOE?                      02:23PM

14    A.  No.  Not to my knowledge.                         02:23PM

15    Q.  Earlier you referenced that you provided a       02:23PM

16  GNETS overview training to the regional GNETS directors; 02:23PM

17  is that correct?                                        02:23PM

18    A.  A GNETS overview?                                 02:23PM

19    Q.  Yes.                                              02:23PM

20    A.  Not to the GNETS directors.  They don't need an  02:23PM

21  overview.                                               02:23PM

22    Q.  To other audiences?                               02:23PM

23    A.  Yes.                                              02:23PM

24    Q.  So what trainings have you provided to the       02:23PM

25  regional GNETS program directors?                       02:23PM



1      A.  Strategic planning grant application.          02:23PM

2      Q.  Okay.                                          02:23PM

3      A.  I-Ready.                                       02:23PM

4      Q.  And the rule?                                 02:23PM

5      A.  They --                                        02:23PM

6      Q.  No, the GNETS rule as well?                   02:23PM

7      A.  I'm not sure if I provided training for them  02:23PM

8  specifically on the rule; maybe Vickie has.           02:23PM

9      Q.  On the strategic plan, the grants, and i-Ready, 02:23PM

10 is this an annual-type training?                      02:24PM

11     A.  No.                                            02:24PM

12     Q.  Okay.  Are the trainings that you've provided, 02:24PM

13 have they been in conjunction with a monthly meeting or 02:24PM

14 are they separate?                                    02:24PM

15     A.  Most of the time they're in conjunction with a 02:24PM

16 monthly meeting.                                      02:24PM

17     Q.  Okay.                                          02:24PM

18     A.  I think when I did the grant application      02:24PM

19 portal, when that was separate -- because that took up a 02:24PM

20 lot of time going through each section.  And the      02:24PM

21 strategic plan reviews, with new directors, are done one 02:24PM

22 on one.                                               02:24PM

23     Q.  Okay.  You said that they're other folks in   02:24PM

24 GaDOE, who sometimes come in to train during these    02:24PM

25 meetings; correct?                                    02:24PM



1      A.   Mm-hmm.                                            02:24PM

2      Q.   Or present.  What offices in GaDOE have done      02:24PM

3   that?                                                      02:24PM

4      A.   It's been various offices.  It could have been    02:25PM

5   Special Education, like I said, Transition,                02:25PM

6   Results-Driven Accountability, GO-IEP.  Those are just    02:25PM

7   some but we've had numerous people present to the         02:25PM

8   directors.                                                02:25PM

9      Q.   What component of GaDOE has presented on          02:25PM

10  transition?                                               02:25PM

11     A.   Within the -- I'm not sure if she's an RDA, but   02:25PM

12  she's within Special Education, and she is the program    02:25PM

13  specialist for Transition, for the State.                 02:25PM

14     Q.   And I want to make sure we have the same          02:25PM

15  understanding of transition.  So when you speak of        02:25PM

16  transition here --                                        02:25PM

17     A.   Transition -- when we're speaking of transition   02:25PM

18  from the State, what she does perspective, the            02:25PM

19  transition specialist, there's certain elements of        02:25PM

20  transition that has to be addressed within the IEP.  So   02:25PM

21  she trains on those and the resources that are available  02:25PM

22  for all students with disabilities for transition,        02:25PM

23  post -- to post secondary outcomes.                       02:26PM

24     Q.   So transition to post secondary outcomes?         02:26PM

25     A.   Mm-hmm.  Planning for transition for high         02:26PM



 1  school students and what they're going to do after high   02:26PM
 2  school.                                                    02:26PM
 3      Q.  I understand.  Has there been trainings on         02:26PM
 4  transitioning out of GNETS, not out of -- you know, not    02:26PM
 5  out to post secondary but to -- back to a home school?     02:26PM
 6      A.  Training for the GNETS directors?                  02:26PM
 7      Q.  Mm-hmm.                                            02:26PM
 8      A.  What type of, like, what -- I'm going to say I     02:26PM
 9  don't know because I don't know what that looks like.      02:26PM
10      Q.  I was curious if there was training to the         02:26PM
11  GNETS directors that provided information on what steps    02:26PM
12  to take when a student is ready to transition back to      02:26PM
13  their home school?                                         02:26PM
14      A.  That would be within the LEA.  The LEA special     02:26PM
15  Ed director and the GNETS director.                        02:26PM
16      Q.  And does GaDOE provide --                          02:26PM
17      A.  No.                                                02:26PM
18      Q.  -- guidance on that?                               02:26PM
19      A.  No.                                                02:26PM
20      Q.  Okay.  I am going to give you another document.    02:26PM
21          MS. TUCKER:  I'd like the Court Reporter to        02:27PM
22  mark this as 430.                                          02:27PM
23          (Plaintiff's Exhibit 430 marked for                02:27PM
24  identification.)                                           02:27PM
25      Q.  BY MS. TUCKER:  The Bates number on the bottom     02:27PM



1  of this document reads GA00942899.  This is a          02:27PM

2  January 14th, 2019 meeting invite from you to Vickie    02:27PM

3  Cleveland, Joanna Mock, LaChrista McQueen, Kerrie      02:27PM

4  Miller, Brook Cole, and Whitney Braddock.  The subject  02:27PM

5  reads:  "Go to meeting invitation, GNETS executive     02:28PM

6  board."                                                 02:28PM

7       A.  (Witness examining document.)                 02:28PM

8       Q.  Dr. Stevenson, do you recognize this e-mail?  02:28PM

9       A.  I do, yes.                                     02:28PM

10      Q.  Okay.  Am I correct that the invitees, other   02:28PM

11  than yourself and Vickie Cleveland, are regional GNETS 02:28PM

12  directors?                                              02:28PM

13      A.  Yes.                                            02:28PM

14      Q.  Dr. Stevenson, what is the GNETS executive     02:28PM

15  board?                                                  02:28PM

16      A.  They were a group that was in place prior to me 02:28PM

17  becoming a program specialist that would meet with the  02:28PM

18  person that was working with GNETS at the State, prior  02:28PM

19  to any GNETS director monthly meetings to review topics 02:28PM

20  that the directors felt were important to address and to 02:28PM

21  help develop the agenda.                                02:28PM

22      Q.  Okay.  You said "were."  Does the GNETS        02:28PM

23  executive board no longer exist?                        02:29PM

24      A.  We asked if they wanted to continue and no one  02:29PM

25  stepped up to say they did.                             02:29PM



1    Q.  When did --                                      02:29PM

2    A.  It was up to them to decide if that's what they  02:29PM

3  wanted to do.                                          02:29PM

4    Q.  When did it disband?                             02:29PM

5    A.  Probably around COVID.                           02:29PM

6    Q.  Okay.  Has there been discussions about it       02:29PM

7  reinitiating?                                          02:29PM

8    A.  Not to my knowledge.                             02:29PM

9    Q.  What was your role during the GNETS executive    02:29PM

10 board meetings?                                        02:29PM

11   A.  Just to listen and discuss with the directors    02:29PM

12 any questions or concerns that they might want to bring 02:29PM

13 up or, you know, that their colleagues might have wanted 02:29PM

14 to address.                                            02:29PM

15   Q.  Okay.  So it sounds like these meetings were     02:29PM

16 held in advance of the monthly meetings --             02:29PM

17   A.  Yes.                                             02:30PM

18   Q.  -- with everyone?                                02:30PM

19   A.  Yes.                                             02:30PM

20   Q.  Okay.  Earlier we spoke about you visiting       02:30PM

21 regional GNETS programs?                               02:30PM

22   A.  Mm-hmm.                                          02:30PM

23   Q.  Yes?                                             02:30PM

24   A.  Yes.                                             02:30PM

25   Q.  Of the 24, have you given more thought to how    02:30PM



1  many you've visited?                                      02:30PM

2      A.  I would probably -- if I had to guess, because    02:30PM

3  I'm not going to say this is an accurate assessment --    02:30PM

4      Q.  I understand.                                     02:30PM

5      A.  -- about 20.                                      02:30PM

6      Q.  Okay.  So a large majority?                       02:30PM

7      A.  Yes.                                              02:30PM

8      Q.  And we spoke about you visiting as part of a      02:30PM

9  walkthrough of the strategic plan?                        02:30PM

10     A.  Mm-hmm.                                           02:31PM

11     Q.  Have you thought -- and you said you wanted to    02:31PM

12  continue thinking.  What other reasons would you         02:31PM

13  visit -- or have you visited, excuse me, a regional      02:31PM

14  GNETS program?                                           02:31PM

15     A.  At the request of a special Ed's director or      02:31PM

16  GNETS director.                                          02:31PM

17     Q.  Okay.  During your time visiting the regional     02:31PM

18  GNETS programs, I'm assuming the meetings are varied?    02:31PM

19     A.  And a lot of times they're not even meetings,     02:31PM

20  they're just us walking through to see the program, and  02:31PM

21  that's about it.  It's not necessarily us meeting and    02:31PM

22  sitting down and talking about anything.                 02:31PM

23     Q.  You communicate when you're walking around?       02:31PM

24     A.  Right.                                            02:31PM

25     Q.  Okay.  Do you meet with the GNETS directors in    02:31PM



1  their space at the regional GNETS programs?                02:31PM

2      A.  Sometimes.                                         02:31PM

3      Q.  Do you meet with GNETS teachers?                   02:31PM

4      A.  No.                                                02:31PM

5      Q.  Never?                                             02:31PM

6      A.  No.                                                02:31PM

7      Q.  Do you meet with other GNETS staff?                02:31PM

8      A.  No.  Unless it's a coordinator.  And it            02:31PM

9  wouldn't be a meeting.  Like, maybe the director, for     02:31PM

10 example, wasn't there one day so the coordinator walked    02:32PM

11 us around.                                                 02:32PM

12     Q.  By "coordinator," do you mean GNETS site           02:32PM

13 coordinator?                                               02:32PM

14     A.  Yes.                                               02:32PM

15     Q.  Okay.  During any visits to a regional GNETS       02:32PM

16 program, have you observed classroom instruction?          02:32PM

17     A.  Sometimes, but not in a I-have-a-pen-and-paper     02:32PM

18 based on the Georgia standards of excellence type of       02:32PM

19 observation, no.  Not a formal observation.                02:32PM

20     Q.  Do you review facility conditions?                 02:32PM

21     A.  Not with a formal type of facility checklist,      02:32PM

22 no.                                                        02:32PM

23     Q.  When you are walking around, do you make note      02:32PM

24 of facility conditions?                                    02:32PM

25     A.  If something stands out.                           02:32PM



1    Q.  Have you seen anything stand out?                02:32PM

2    A.  Not that I can recall at this time.              02:32PM

3    Q.  Do you observe therapeutic supports when you're  02:32PM

4  onsite?                                                02:33PM

5    A.  If -- if it's happening at that time, yeah.      02:33PM

6    Q.  Do you make note of the usage and whether it's   02:33PM

7  being applied properly given your background?          02:33PM

8         MS. JOHNSON:  Objection.                        02:33PM

9         THE WITNESS:  I would say no, because often     02:33PM

10  times you have to have more context than the two or   02:33PM

11  three minutes that you see something.                 02:33PM

12    Q.  BY MS. TUCKER:  Do you meet with students on    02:33PM

13  these visits?                                         02:33PM

14    A.  No.                                             02:33PM

15    Q.  Have you met with students or their families    02:33PM

16  from the GNETS program?                               02:33PM

17    A.  No.                                             02:33PM

18    Q.  Do you receive calls or letters from parents    02:33PM

19  regarding their student's placement in the GNETS      02:33PM

20  program?                                              02:33PM

21    A.  Occasionally I'll get an e-mail from a parent   02:33PM

22  who e-mails everybody who works at the State Department 02:34PM

23  about something.                                      02:34PM

24    Q.  About some parent speaking about GNETS?         02:34PM

25    A.  Yes.                                            02:34PM



1      Q.   What have those e-mails entailed?                 02:34PM

2      A.   It varies.  I mean, it just depends.  I don't     02:34PM

3   know.                                                     02:34PM

4      Q.   Can you give me an example of one you've          02:34PM

5   received?                                                 02:34PM

6      A.   A parent who had concerns about the bus.          02:34PM

7      Q.   What type of concerns on the bus?                 02:34PM

8      A.   I don't remember specifically, because they      02:34PM

9   didn't really get into the specifics.  It was just,      02:34PM

10  like, I have concerns; my child is a GNETS student, with 02:34PM

11  their bus, someone needs to call me.                      02:34PM

12     Q.   Who takes that next step?                         02:34PM

13     A.   So usually I send it to Vickie and then Vickie    02:34PM

14  decides what to do with it.                               02:34PM

15     Q.   Have you had to call parents in response to       02:34PM

16  correspondence?                                           02:35PM

17     A.   No.                                               02:35PM

18     Q.   Do you review any complaints received by the     02:35PM

19  regional GNETS programs?                                  02:35PM

20     A.   No.                                               02:35PM

21     Q.   While you are onsite, do you confirm enrollment  02:35PM

22  at the regional GNETS programs?                           02:35PM

23     A.   No.                                               02:35PM

24     Q.   Do you check to see if students are in           02:35PM

25  attendance?                                               02:35PM



1      A.  No.                                                    02:35PM

2      Q.  Do you check to see whether there are seclusion        02:35PM

3  rooms?                                                         02:35PM

4      A.  That's not a part of, like, a list or something        02:35PM

5  that we go do, no.                                             02:35PM

6      Q.  Have you noticed seclusion rooms during any of         02:35PM

7  your visits?                                                   02:35PM

8      A.  I have not, that I can recall.                         02:35PM

9      Q.  Do you observe whether students are being             02:35PM

10  restained?                                                    02:35PM

11      A.  I have not seen that during a visit that I've         02:35PM

12  been on.                                                      02:35PM

13      Q.  After you visit, do you advise the regional           02:35PM

14  GNETS program director of recommendations?                    02:36PM

15          MS. JOHNSON:  Objection.                              02:36PM

16          THE WITNESS:  I have not.                             02:36PM

17      Q.  BY MS. TUCKER:  Have you advised a regional           02:36PM

18  GNETS director of feedback?                                   02:36PM

19      A.  I have not.                                           02:36PM

20      Q.  Do you take note if the GNETS centers have           02:36PM

21  playgrounds?                                                  02:36PM

22      A.  I have not.                                           02:36PM

23      Q.  Do you take note if they have music rooms?           02:36PM

24      A.  I have not.                                           02:36PM

25      Q.  Art rooms?                                            02:36PM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        195

| | | |
|---|---|---|
| 1 | A.  I have not. | 02:36PM |
| 2 | Q.  Science labs? | 02:36PM |
| 3 | A.  I have not. | 02:36PM |
| 4 | Q.  Why not? | 02:36PM |
| 5 | A.  It's just a walkthrough, it's not an official | 02:36PM |
| 6 | checklist to look for anything specific.  It's just | 02:36PM |
| 7 | let's go, I'm new, let's go see what the program looks | 02:36PM |
| 8 | like. | 02:36PM |
| 9 | Q.  Given your background in education, do you | 02:36PM |
| 10 | think having access to playgrounds, music rooms, art | 02:36PM |
| 11 | rooms, and science labs is important for student | 02:36PM |
| 12 | education? | 02:37PM |
| 13 | MS. JOHNSON:  Objection. | 02:37PM |
| 14 | THE WITNESS:  I don't know.  I'd have to | 02:37PM |
| 15 | think about it. | 02:37PM |
| 16 | Q.  BY MS. TUCKER:  I'm happy to give you a minute | 02:37PM |
| 17 | to think about it. | 02:37PM |
| 18 | A.  Can we come back? | 02:37PM |
| 19 | Q.  Yep.  Let me write that down. | 02:37PM |
| 20 | At school-based locations, do you make note | 02:37PM |
| 21 | of where the GNETS classrooms are located? | 02:37PM |
| 22 | A.  No. | 02:37PM |
| 23 | Q.  Have you seen GNETS classrooms located in | 02:37PM |
| 24 | separate wings or basements of schools? | 02:37PM |
| 25 | MS. JOHNSON:  Objection. | 02:37PM |



| | | |
|---|---|---|
| 1 | THE WITNESS:  I've seen -- I have not seen | 02:37PM |
| 2 | GNETS program located in basements.  I have not seen | 02:37PM |
| 3 | GNETS programs necessarily located on separate wings | 02:37PM |
| 4 | from other students.  There will be other classrooms on | 02:37PM |
| 5 | the hall too. | 02:37PM |
| 6 | Q.  BY MS. TUCKER:  Have you seen GNETS programs | 02:37PM |
| 7 | that have portables? | 02:37PM |
| 8 | A.  If -- I've not -- I've not been to a program | 02:38PM |
| 9 | where a GNETS had a portable. | 02:38PM |
| 10 | Q.  Okay.  So earlier we spoke about i-Ready. | 02:38PM |
| 11 | A.  Yes. | 02:38PM |
| 12 | Q.  Earlier you said you wanted to think more about | 02:38PM |
| 13 | if you would reach out, if there was stagnant growth. | 02:38PM |
| 14 | A.  Mm-hmm. | 02:38PM |
| 15 | Q.  I wanted to give you an opportunity to revisit | 02:38PM |
| 16 | that. | 02:38PM |
| 17 | A.  Yes.  So a part of -- and I'm glad I had time | 02:38PM |
| 18 | to think about that.  A part of our contract with | 02:38PM |
| 19 | i-Ready is the person who's assigned to i-Ready for | 02:38PM |
| 20 | GNETS, from the company itself, they actually reach out | 02:38PM |
| 21 | to the GNETS directors and send them reports and discuss | 02:38PM |
| 22 | their reports with them. | 02:38PM |
| 23 | Q.  And you do that as well if there was -- | 02:38PM |
| 24 | A.  No.  I don't do that. | 02:38PM |
| 25 | Q.  Am I correct that earlier you said you'd reach | 02:38PM |



1  out if there was negative growth?                        02:38PM

2       A.  I did.  I did say that.                          02:38PM

3       Q.  Okay.                                            02:38PM

4       A.  So --                                            02:38PM

5       Q.  Do you --                                        02:38PM

6       A.  I misspoke.                                      02:38PM

7       Q.  You misspoke?                                    02:38PM

8       A.  (Nodding yes.)                                   02:39PM

9       Q.  So just to make sure I understand, you receive  02:39PM

10  the data as the i-Ready reports, monthly?               02:39PM

11      A.  The data is in the program itself, in which I   02:39PM

12  have access to, but the same data that I have access to 02:39PM

13  the GNETS directors and the teachers have access to, so 02:39PM

14  they're able to see the same information that I'm able   02:39PM

15  to see.                                                 02:39PM

16      Q.  Okay.                                            02:39PM

17      A.  So what I do is just call them to make note to  02:39PM

18  say, hey, are you reviewing your i-Ready reports, and   02:39PM

19  that's basically the extent of it.                      02:39PM

20      Q.  And why do you do that?                          02:39PM

21      A.  Because it's something that is in my job duties 02:39PM

22  and responsibilities.                                   02:39PM

23      Q.  So your job duty and responsibility is to       02:39PM

24  confirm that they look at their data?                   02:39PM

25      A.  Just to monitor to check-in to see if they're   02:39PM



1  checking their data, and that's the extent of it.          02:39PM

2      Q.  So with monitoring data, you're saying you're      02:39PM

3  monitoring as in you're looking to see that it exists?     02:39PM

4      A.  Monitoring as in looking at the reports and at     02:40PM

5  the end of the year there's a summary report that we       02:40PM

6  look at and I discuss with Vickie.  That's the             02:40PM

7  monitoring.                                                02:40PM

8      Q.  And what would you discuss at the end of the       02:40PM

9  year?                                                      02:40PM

10     A.  We look at the overall percentage for the          02:40PM

11 program as a whole, and the time spent within the          02:40PM

12 program.  And also, when looking at the data, if a         02:40PM

13 student doesn't meet the weekly required time, that data   02:40PM

14 is not considered sufficient for growth.                   02:40PM

15     Q.  Okay.                                              02:40PM

16     A.  So if there is not a certain number of time        02:40PM

17 spent in the program, then it's not reflecting accurate    02:40PM

18 data.  So, it all depends on if the program is using it    02:40PM

19 the way it should be used as far as making sure the        02:40PM

20 students are on the program certain amount of time.        02:40PM

21     Q.  Does GaDOE determine whether they're going to      02:41PM

22 continue funding a regional GNETS program, i-Ready         02:41PM

23 usage, based on the -- based on their usage?               02:41PM

24         MS. JOHNSON:  Objection.                           02:41PM

25         THE WITNESS:  It is offered to all                 02:41PM



1  programs, but all programs -- if there was another          02:41PM

2  supplemental program they wanted to use in place of         02:41PM

3  i-Ready, they'd have to do that as well.                    02:41PM

4      Q.  BY MS. TUCKER:  Of the 24 programs, are all         02:41PM

5  participating in i-Ready?                                   02:41PM

6      A.  Yes, but we do not pay for all.  One program,       02:41PM

7  the -- their LEA is paying for it.                          02:41PM

8      Q.  For one of the 24 programs?                         02:41PM

9      A.  Yes.                                                02:41PM

10     Q.  Which program?                                      02:41PM

11     A.  Sabanich Adam (phonetic), because the whole         02:41PM

12 district uses it, so...                                     02:41PM

13     Q.  And the i-Ready data, is it on an individual        02:41PM

14 basis or an aggregate level?                                02:41PM

15     A.  The one I look at is only on a program level.       02:41PM

16     Q.  Okay.                                               02:41PM

17     A.  Not on a student level.                             02:41PM

18     Q.  Is there any other monitoring of student            02:42PM

19 academic progression by GaDOE?                              02:42PM

20     A.  No.                                                 02:42PM

21     Q.  Do you monitor any student dropout rates?           02:42PM

22     A.  I do not.                                           02:42PM

23     Q.  Does GaDOE monitor any student dropout rates        02:42PM

24 for GNETS students?                                         02:42PM

25     A.  GaDOE monitors student dropout rates in             02:42PM



LAKESHA STEVENSON                                September 22, 2022
UNITED STATES vs STATE OF GEORGIA                          200

1   general.                                                    02:42PM

2        Q.  Do you and Vickie receive information, like,       02:42PM

3   called out for the GNETS students?                          02:42PM

4        A.  I don't know if they have that disseminated or     02:42PM

5   broken up by GNETS specifics for dropouts.                  02:42PM

6        Q.  Okay.  I'm going to give you another one that      02:43PM

7   has an electronic component.                                02:43PM

8        A.  Okay.                                              02:43PM

9            MS. TUCKER:  I'm handing the Court Reporter        02:43PM

10  what I would like marked as Plaintiff's Exhibit 431.        02:43PM

11           (Plaintiff's Exhibit 431 marked for               02:43PM

12  identification.)                                            02:43PM

13       Q.  BY MS. TUCKER:  This is a September 4th, 2019      02:43PM

14  e-mail from you to the regional GNETS program directors,    02:43PM

15  and Vickie Cleveland is copied.  The Bates number on the    02:43PM

16  first page of this exhibit reads GA00951657.  The          02:43PM

17  subject reads:  "Social worker logs."  And there's one     02:43PM

18  attachment.                                                 02:44PM

19       A.  (Witness examining document.)                     02:44PM

20       Q.  Dr. Stevenson, do you recognize this e-mail?      02:44PM

21       A.  Yes.                                              02:44PM

22       Q.  Okay.  And am I correct that you write that       02:44PM

23  GaDOE requires monthly logs detailing the therapeutic      02:44PM

24  services provided by social workers?                       02:44PM

25       A.  Mm-hmm.  Yes.                                     02:44PM



1    Q.  Is this to all regional GNETS program                02:44PM

2  directors?                                                  02:44PM

3    A.  11.                                                   02:44PM

4    Q.  11.  And these are the 11 that receive the           02:44PM

5  grant?                                                      02:44PM

6    A.  The therapeutic grant.                                02:44PM

7    Q.  Okay.  We just -- we'll be good without talking       02:44PM

8  over one another.                                           02:44PM

9        What do you do with the information once              02:44PM

10 you receive it?                                             02:44PM

11   A.  I log that it has been submitted and then at          02:44PM

12 the end of the year I do a summary.                         02:44PM

13   Q.  Okay.  And that's the summary we looked at            02:44PM

14 earlier?                                                    02:44PM

15   A.  Yes.                                                  02:44PM

16   Q.  Is this still current practice?                       02:44PM

17   A.  Yes.                                                  02:44PM

18   Q.  Okay.  I want you to look at the spreadsheet,         02:44PM

19 which was produced in its native format so my colleague     02:45PM

20 will show it through Zoom.  Let me know when you can see    02:45PM

21 it, Dr. Stevenson.                                          02:45PM

22   A.  I can see it.                                          02:45PM

23   Q.  Okay.  Dr. Stevenson, did you create this            02:45PM

24 spreadsheet?                                                02:45PM

25   A.  I'm not sure if I created it or not, or if it         02:45PM



1  was something that was already in place, or if the GNETS   02:45PM

2  director created it.  I don't remember.   02:45PM

3       Q.  Do you recognize this spreadsheet?   02:45PM

4       A.  Yes, I do, though.   02:45PM

5       Q.  Is this the same spreadsheet that you're using   02:45PM

6  today?   02:45PM

7       A.  It is but some of the directors change it up a   02:45PM

8  little bit.  But as long as it has the basic   02:45PM

9  information, it can be changed.   02:45PM

10      Q.  Okay.  Am I correct that this is completed on   02:45PM

11 the student level?   02:45PM

12      A.  They -- they fill it out for whatever students   02:45PM

13 they saw that month.   02:45PM

14      Q.  Okay.  Do all GNETS students receive   02:46PM

15 therapeutic interventions?   02:46PM

16      A.  Are we talking about through the social worker   02:46PM

17 grant?  What -- what are you talking about?   02:46PM

18      Q.  I'm talking about general now.   02:46PM

19      A.  Each program decides that.   02:46PM

20      Q.  GNETS is a therapeutic program, right?   02:46PM

21      A.  It is.  And each program is responsible for   02:46PM

22 implementing their therapeutic support.   02:46PM

23      Q.  Okay.   02:46PM

24      A.  Each program is different.   02:46PM

25      Q.  Why would students be placed in GNETS for a   02:46PM



1    therapeutic program if they're not then receiving          02:46PM

2    therapeutic interventions?                                 02:46PM

3                MS. JOHNSON:  Objection.                        02:46PM

4                THE WITNESS:  I don't know how to answer        02:46PM

5    that.                                                      02:46PM

6        Q.  BY MS. TUCKER:  What is an example of a            02:46PM

7    therapeutic intervention?                                  02:46PM

8        A.  Cognitive behavioral therapy.                      02:46PM

9        Q.  And what's that?                                   02:46PM

10       A.  Cognitive behavorial therapy is where you          02:46PM

11   provide -- I kind of call it like retraining your brain.   02:47PM

12       Q.  Okay.                                              02:47PM

13       A.  So for example -- is that good?  Do you want an    02:47PM

14   example?                                                   02:47PM

15       Q.  No.  I would like the example.                     02:47PM

16       A.  For example, if someone has -- and I'm going to    02:48PM

17   put it in a little bit different terms.                    02:47PM

18       Q.  Mm-hmm.                                            02:47PM

19       A.  So if someone has insomnia, and they go to         02:47PM

20   receive cognitive behavioral therapy for that insomnia,    02:47PM

21   basically, retraining your brain on how to sleep or how    02:47PM

22   to get the right amount of sleep.  So through the          02:47PM

23   process of documenting the time you go to sleep, how       02:47PM

24   many times you wake up in the day, and then adjusting      02:47PM

25   that based on your needs.                                  02:47PM



1          So, for example, if a student was having a          02:47PM

2    hard time staying still, okay, what is his baseline, he          02:47PM

3    can sit in his seat for five minutes.  We want him to          02:47PM

4    sit in his seat for seven minutes.  What are we going to          02:47PM

5    do?  What interventions to put in place?  And then once          02:47PM

6    they reach their target, then you continue to extend it          02:48PM

7    until they're able to sit in their seat for an extended          02:48PM

8    amount of time.          02:48PM

9         Q.  Thank you for that example.          02:48PM

10        A.  Mm-hmm.          02:48PM

11        Q.  I'm going to give you another one.          02:48PM

12             MS. TUCKER:  I'd like the Court Reporter to          02:48PM

13   mark the following as Plaintiff's Exhibit 432.          02:48PM

14             (Plaintiff's Exhibit 432 marked for          02:48PM

15   identification.)          02:48PM

16        Q.  BY MS. TUCKER:  The Bates number on the first          02:48PM

17   page of this document is GA00956503.  I'll wait until          02:48PM

18   you get it.          02:49PM

19        A.  (Witness examining the document.)          02:49PM

20        Q.  I'll read the Bates number again for you.          02:49PM

21        A.  I got it.          02:49PM

22        Q.  You got it.  Okay.  This is an e-mail thread          02:49PM

23   from May 14th, 2020, with the most recent e-mail from          02:49PM

24   you to Vickie Cleveland, and the subject is:  "Question          02:49PM

25   from Helen."  And there is one attachment.          02:49PM



1     A.  (Witness examining document.)                    02:49PM

2     Q.  Dr. Stevenson, do you recognize this e-mail?    02:49PM

3     A.  Yes.                                             02:49PM

4     Q.  I'm sorry?                                       02:49PM

5     A.  Yes.                                             02:49PM

6     Q.  Let's go down to the first e-mail in the         02:49PM

7   thread, which appears on Page GA00956504.  It's an    02:49PM

8   e-mail from Shawn Owen to Zelphine Smith-Dixon and     02:49PM

9   Vickie Cleveland.  Do you see where Shaun Owen writes: 02:49PM

10  "Helen Rice asked in the Board meeting how we are      02:49PM

11  overseeing the GNETS funds and seemed to think we were 02:50PM

12  not able to provide therapeutic support.  I am not sure 02:50PM

13  why she thinks therapeutic supports is not provided    02:50PM

14  through GNETS."  Do you see that?                       02:50PM

15    A.  I do.                                             02:50PM

16    Q.  Okay.  Who is Helen Rice?                         02:50PM

17    A.  I have no idea.                                   02:50PM

18    Q.  Okay.  And by "Board," does Shaun Owen mean the   02:50PM

19  State Board of Education?                               02:50PM

20    A.  I would assume.                                   02:50PM

21    Q.  Okay.  Do you see that Shaun Owen continues:      02:50PM

22  "I would like to provide additional information so she  02:50PM

23  understands the therapeutic services and how we monitor 02:50PM

24  funding and support GNETS."  Do you see that?          02:50PM

25    A.  Yes.                                             02:50PM



| | | |
|---|---|---|
| 1 | Q.  How does GaDOE monitor funding and support | 02:50PM |
| 2 | GNETS? | 02:50PM |
| 3 | MS. JOHNSON:  Objection. | 02:50PM |
| 4 | THE WITNESS:  I don't do anything with the | 02:50PM |
| 5 | budget. | 02:50PM |
| 6 | Q.  BY MS. TUCKER:  How does GaDOE support GNETS? | 02:50PM |
| 7 | MS. JOHNSON:  Objection. | 02:51PM |
| 8 | THE WITNESS:  We provide monthly meetings, | 02:51PM |
| 9 | updates, trainings. | 02:51PM |
| 10 | Q.  BY MS. TUCKER:  Let's work our way through the | 02:51PM |
| 11 | thread.  Next, it looks like Vickie Cleveland forwards | 02:51PM |
| 12 | this e-mail to you.  Do you see that on the May 14th at | 02:51PM |
| 13 | 12:04 p.m.? | 02:51PM |
| 14 | A.  Yes. | 02:51PM |
| 15 | Q.  Okay.  Do you see where Vickie writes:  "Can | 02:51PM |
| 16 | you pull the therapeutic services flyer that we | 02:51PM |
| 17 | developed last year.  Can you also create the flyer to | 02:51PM |
| 18 | reflect services provided thus far this school year." | 02:51PM |
| 19 | Do you see that? | 02:51PM |
| 20 | A.  Yes. | 02:51PM |
| 21 | Q.  Okay.  And then moving up to your next e-mail, | 02:51PM |
| 22 | do you see where you said:  "I found the flyer for the | 02:51PM |
| 23 | SW, but I can't find the other one.  Are you talking | 02:51PM |
| 24 | about the one used to present to Mr. Winter?"  Do you | 02:52PM |
| 25 | see that? | 02:52PM |



1      A.   Mm-hmm.  Yes.                              02:52PM

2      Q.   What does SW refer to?                     02:52PM

3      A.   Social worker.                             02:52PM

4      Q.   Okay.  And you, in that sentence you say, "I   02:52PM

5  can't find the other one."  What does "other one" refer   02:52PM

6  to?                                                 02:52PM

7      A.   I'm not sure.  I'm actually trying to think   02:52PM

8  about that.                                         02:52PM

9      Q.   Okay.  Who is Mr. Winter?                  02:52PM

10      A.   He was on the Board of Education.          02:52PM

11      Q.   You said was?                             02:52PM

12      A.   I don't think he is anymore.              02:52PM

13      Q.   Okay.  What was presented to Mr. Winter?  02:52PM

14      A.   The social worker's flyer.  The flyer that we   02:52PM

15  looked at earlier.                                 02:52PM

16      Q.   Okay.  It was one of the earlier exhibits?   02:52PM

17      A.   Yes.                                       02:52PM

18      Q.   Let's confirm.                            02:52PM

19      A.   Let me see.                               02:52PM

20      Q.   Is it -- was it exhibit -- was it in already   02:53PM

21  introduced 380?                                    02:53PM

22      A.   Yes.                                       02:53PM

23      Q.   Okay.                                      02:53PM

24      A.   That was an example, Mm-hmm.              02:53PM

25      Q.   Okay.  So just to confirm, the flyer that you   02:53PM



1   presented to Mr. Winter was the already introduced          02:53PM

2   Plaintiff's Exhibit 380?                                    02:53PM

3       A.  It might not have been that one specifically,       02:53PM

4   but that's what it would look like.                         02:53PM

5       Q.  A flyer like that?                                  02:53PM

6       A.  Yeah.                                                02:53PM

7       Q.  Were you at this meeting with Mr. Winter?           02:53PM

8       A.  No.                                                 02:53PM

9       Q.  Did you assist in preparation for the meeting       02:53PM

10  with Mr. Winter?                                            02:53PM

11      A.  I did the flyer.  That's about it.                  02:53PM

12      Q.  Do you know who attended the meeting with           02:53PM

13  Mr. Winter?                                                 02:53PM

14      A.  I don't.                                            02:53PM

15      Q.  Vickie?                                             02:53PM

16      A.  I don't know.                                       02:53PM

17      Q.  Have you met with any State Board of Education       02:53PM

18  members?                                                    02:53PM

19      A.  I have not.                                         02:53PM

20      Q.  Okay.  Moving up, you shared a document with        02:53PM

21  Vickie Cleveland and asked her if it's the correct one,     02:54PM

22  and she said yes, correct?                                  02:54PM

23      A.  (Witness examining document.)                       02:54PM

24      Q.  So let's actually look.  We have the                02:54PM

25  attachment, and Megan can pull it up.                       02:54PM



1      A.  Okay.                                           02:54PM

2      Q.  Dr. Stevenson, do you see this document?       02:54PM

3      A.  I do.                                           02:54PM

4      Q.  Okay.  Am I correct that this document reads    02:54PM

5  "LCSW summary for GNETS" at the top?                    02:54PM

6      A.  Yes.                                            02:54PM

7      Q.  And does that mean licensed social worker       02:54PM

8  summary?                                                02:54PM

9      A.  License clinical social worker.                 02:55PM

10     Q.  Thank you for the clarification.                02:55PM

11          And this -- looking -- I want you to take      02:55PM

12  an opportunity to look through it.                     02:55PM

13     A.  (Witness complying.)                            02:55PM

14     Q.  Did you create this document?                   02:55PM

15     A.  Yes.                                            02:55PM

16     Q.  Okay.  And am I correct that this is for the 11 02:55PM

17  programs receiving the grant or is this all 24?        02:55PM

18     A.  11.                                             02:55PM

19     Q.  How did you create this document?               02:55PM

20     A.  By taking all the social worker logs that are   02:55PM

21  submitted monthly and compiling that information.      02:55PM

22     Q.  Okay.  Was this document created purposely for  02:55PM

23  Mr. Winter or the other one?                           02:55PM

24     A.  We usually do a summary at the end of the year  02:55PM

25  anyway or -- well, I just started in 2018, so in 2018. 02:55PM



1      Q.  I understand that when you're speaking --        02:55PM

2      A.  Yes.                                             02:56PM

3      Q.  -- you're speaking about your time as GNETS      02:56PM

4  program specialist.                                      02:56PM

5           So this was for school year 2018/2019;          02:56PM

6  correct?                                                 02:56PM

7      A.  I --                                             02:56PM

8      Q.  Please stay -- Megan will give you control so    02:56PM

9  you can --                                               02:56PM

10     A.  Yes, 2018/2019.                                  02:56PM

11     Q.  Okay.  Do you have similar summaries for the     02:56PM

12 next school years?                                       02:56PM

13     A.  Yes.                                             02:56PM

14     Q.  Did you do one last school year?                 02:56PM

15     A.  Yes.                                             02:56PM

16     Q.  Okay.  You have -- have you done one for this    02:56PM

17 school year?                                             02:56PM

18     A.  No, because it just started.                    02:56PM

19     Q.  I just wanted to confirm.                        02:56PM

20           Has Mr. Winter requested data on other         02:56PM

21 GNETS related topics?                                    02:56PM

22     A.  I don't know.                                    02:56PM

23     Q.  Have you been made aware of other State Board    02:56PM

24 members requesting data related to GNETS in addition to  02:56PM

25 Mr. Winter and potentially Helen Rice?                   02:56PM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        211

1      A.   Not that I'm aware of.                              02:56PM

2      Q.   Okay.  I'm going to give you a document that        02:56PM

3   was already introduced as Plaintiff's Exhibit 387.         02:57PM

4           (Previously marked Plaintiff's Exhibit 387         02:57PM

5   introduced into evidence.)                                 02:57PM

6           THE WITNESS:  (Witness examining document.)        02:57PM

7      Q.   BY MS. TUCKER:  This is an e-mail thread with       02:57PM

8   the most recent e-mail dated November 2nd, 2020 from you   02:57PM

9   to Vickie Cleveland, and the subject is:  "Form."  There   02:57PM

10  is one attachment.                                         02:57PM

11          Dr. Stevenson, do you recognize this e-mail        02:57PM

12  thread?                                                    02:57PM

13          MS. JOHNSON:  Can we go off the record for         02:57PM

14  just a second?                                             02:57PM

15          MS. TUCKER:  Yes.                                  02:57PM

16          THE VIDEOGRAPHER:  Hold on.  Off the record        02:57PM

17  at 2:59 p.m.                                               02:57PM

18          (Off the record.)                                  02:57PM

19          THE VIDEOGRAPHER:  Stand by.  Back on the          03:04PM

20  record at 3:06 p.m.                                        03:05PM

21          MS. JOHNSON:  And just as a preliminary            03:05PM

22  matter, we don't have any objections to these documents.   03:05PM

23  Some of the questions may elicit an objection, but we're   03:05PM

24  just going to take it question by question.                03:05PM

25          MS. TUCKER:  Thanks, Molly.                        03:05PM



 1                MS. JOHNSON:  Yes.

 2                MS. TUCKER:  I'll just start back, so we're

 3    on the same page.

 4                MS. JOHNSON:  Okay.

 5         Q.  BY MS. TUCKER:  I handed you what was

 6    identified already as Plaintiff's Exhibit 387?          03:05PM

 7         A.  Yes.                                            03:05PM

 8         Q.  Okay.  And this is an e-mail thread with the    03:05PM

 9    most recent e-mail dated November 2nd, 2020 from you to  03:05PM

10    Vickie Cleveland, and the subject is:  "Form."  There is 03:05PM

11    one attachment.                                          03:05PM

12                Dr. Stevenson, do you recognize this e-mail  03:05PM

13    thread?                                                  03:05PM

14         A.  Yes.                                            03:05PM

15         Q.  Okay.  Let's go down to the first e-mail in the 03:05PM

16    thread, which is at the bottom of GA00363543.  And this  03:05PM

17    is a October 30th, 2020 e-mail to Joanna Mock from       03:06PM

18    Whitney Braddock.  Do you see that e-mail?               03:06PM

19         A.  Yes.                                            03:06PM

20         Q.  Okay.  Who are Whitney Braddock and Joanna      03:06PM

21    Mock?                                                    03:06PM

22         A.  GNETS directors.                                03:06PM

23         Q.  For which programs?                             03:06PM

24         A.  Whitney is for Cedarwood and Joanna Mock is for 03:06PM

25    Heartland?                                               03:06PM



1      Q.   Okay.  And do you see where Joanna writes:  "I       03:06PM
2   used the form that Lakesha sent to us and made a Word        03:06PM
3   document."  Do you see that?                                 03:06PM
4      A.   Yes.                                                 03:06PM
5      Q.   Okay.  What form did you send the regional           03:06PM
6   GNETS directors?                                             03:06PM
7      A.   (Witness examining document.)  The form that         03:06PM
8   was, basically, what you see in the attachment.             03:06PM
9      Q.   Okay.  And you're saying that the form included      03:06PM
10   the information in the attachment, which starts at           03:06PM
11   GA00363545 --                                                03:07PM
12      A.   (Witness examining document.)                        03:07PM
13      Q.   -- at the bottom; is that correct?                   03:07PM
14      A.   (Witness examining document.)  Yes.                  03:07PM
15      Q.   And then the whole form which goes through          03:07PM
16   GA00363546 and GA00363547?                                   03:07PM
17      A.   Not the form but information -- some of the         03:07PM
18   information that's in the form.                             03:07PM
19      Q.   Is there information in this form that you did      03:07PM
20   not request?                                                03:07PM
21      A.   It's in a different manner in which it was         03:07PM
22   requested.                                                  03:07PM
23      Q.   What manner did you request it in?                  03:07PM
24      A.   I don't remember the specifics.                     03:07PM
25      Q.   But you remember it's different?                    03:07PM



1        A.   I remember that this is not the exact form that        03:07PM

2   I sent, but it is very similar.                                  03:07PM

3        Q.   Okay.  And you were requesting this information        03:08PM

4   from the regional GNETS directors?                              03:08PM

5        A.   Yes.                                                    03:08PM

6        Q.   Okay.  When you requested this from the               03:08PM

7   regional GNETS directors, what did you communicate?             03:08PM

8        A.   What I put in the e-mail?                              03:08PM

9        Q.   Yeah.                                                  03:08PM

10       A.   I don't remember.                                      03:08PM

11       Q.   Or a phone call?                                       03:08PM

12       A.   I don't remember.                                      03:08PM

13       Q.   Did you originally send it via e-mail?                03:08PM

14       A.   I think so.                                            03:08PM

15       Q.   Okay.                                                  03:08PM

16       A.   I think so.                                            03:08PM

17       Q.   And you solely requested the information?             03:08PM

18       A.   Just a little bit more clarity, I'm sorry.            03:08PM

19       Q.   Yeah.  Did you provide context on why you were        03:08PM

20   requesting this information to the regional GNETS              03:08PM

21   program directors?                                             03:08PM

22       A.   I'm not sure because I don't remember how that        03:08PM

23   communication went out.                                        03:08PM

24       Q.   Okay.  Let's go back to the e-mail thread.            03:08PM

25            Am I correct that Joanna Mock then sends              03:09PM



 1  this document to all the regional GNETS directors and          03:09PM
 2  copies you?                                                    03:09PM
 3       A.  (Witness examining document.)                         03:09PM
 4       Q.  It's in the November 2nd, 2020 e-mail at              03:09PM
 5  7:51 -- 52 a.m.                                                03:09PM
 6       A.  Yes.                                                  03:09PM
 7       Q.  Okay.  And do you see where she writes:  "I           03:09PM
 8  wanted to share with you a form that Whitney, in               03:09PM
 9  parenthesis, Cedarwood, developed for us to help with          03:09PM
10  the collection of student data that Vickie has                 03:09PM
11  requested.  It is the same information that is in the          03:09PM
12  Jotform Lakesha sent us last week.  However, you can           03:09PM
13  type or print and write on it.  This is just for your          03:09PM
14  use, if you like.  All the information is still required       03:09PM
15  to go in the Jotform."  Do you see that?                       03:09PM
16       A.  Yes.                                                  03:09PM
17       Q.  Okay.  Are the regional programs directors able      03:09PM
18  to write in Jotform too?                                       03:09PM
19       A.  They're able to type.                                03:09PM
20       Q.  Type?                                                 03:10PM
21       A.  Because it's only on the computer.                   03:10PM
22       Q.  Okay.  And she says Vickie requested this data.      03:10PM
23  Were you present when Vickie requested this data from          03:10PM
24  the GNETS directors?                                           03:10PM
25       A.  I'm not sure.  I might have been.                     03:10PM



| | | |
|---|---|---|
| 1 | Q.  Okay. | 03:10PM |
| 2 | A.  It's a -- it's a strong possibility. | 03:10PM |
| 3 | Q.  Do you recall if Vickie gave a reason for | 03:10PM |
| 4 | requesting this information? | 03:10PM |
| 5 | A.  I don't. | 03:10PM |
| 6 | Q.  Did you receive any questions from regional | 03:10PM |
| 7 | GNETS directors about this request? | 03:10PM |
| 8 | A.  If -- if I did specifically, I don't remember. | 03:10PM |
| 9 | Q.  This was sent in 2020, correct? | 03:10PM |
| 10 | A.  Yes. | 03:10PM |
| 11 | Q.  Has GaDOE continued to collect this information | 03:10PM |
| 12 | either in a Jotform or in a document, like, the | 03:11PM |
| 13 | attachment from the regional GNETS programs? | 03:11PM |
| 14 | MS. JOHNSON:  Objection, just to form of | 03:11PM |
| 15 | the question. | 03:11PM |
| 16 | You can answer. | 03:11PM |
| 17 | MS. TUCKER:  I can rephrase it. | 03:11PM |
| 18 | Q.  BY MS. TUCKER:  Has -- does GaDOE continue to | 03:11PM |
| 19 | collect the information represented in the attachment? | 03:11PM |
| 20 | MS. JOHNSON:  Same objection. | 03:11PM |
| 21 | THE WITNESS:  No. | 03:11PM |
| 22 | Q.  BY MS. TUCKER:  This was -- this information | 03:11PM |
| 23 | was collected once? | 03:11PM |
| 24 | A.  In 2020, based on the e-mail. | 03:11PM |
| 25 | Q.  Was it -- | 03:11PM |



1      A.  I have not sent the Jotform out again, so...      03:11PM

2      Q.  Was it requested in a different form in 2021      03:11PM

3  from the regional GNETS directors?                       03:11PM

4      A.  Not from me.  Not that I sent out.               03:11PM

5      Q.  From Vickie?                                     03:11PM

6      A.  I'm not sure.                                    03:11PM

7      Q.  In 2022, from you?                               03:11PM

8      A.  Not from me.                                     03:11PM

9      Q.  Okay.  I'm going to introduce another document   03:11PM

10  that was previously introduced.                          03:12PM

11          Okay.  I'd like to hand over,                    03:12PM

12  Dr. Stevenson, what was previously introduced as         03:12PM

13  Plaintiff's Exhibit 386.                                 03:12PM

14          (Previously Exhibit 386 introduced into          03:12PM

15  evidence.)                                               03:12PM

16      Q.  BY MS. TUCKER:  This is December 2nd, 2020       03:12PM

17  e-mail from Vickie Cleveland to the regional GNETS       03:12PM

18  directors, and you were copied.  The subject reads:      03:12PM

19  "File review."                                           03:12PM

20      A.  (Witness examining documents.)                   03:12PM

21      Q.  Dr. Stevenson, do you recognize this e-mail?     03:12PM

22      A.  Yes.                                             03:12PM

23      Q.  Dr. Stevenson, am I correct that Vickie          03:12PM

24  Cleveland is writing to the regional GNETS program       03:12PM

25  directors requesting an IEP file review?                 03:12PM



1      A.  Based on the e-mail, yes.                    03:13PM

2      Q.  Do you have any reason to doubt the contents of    03:13PM

3   this e-mail?                                        03:13PM

4      A.  No.                                          03:13PM

5      Q.  What is an IEP file review?                  03:13PM

6          MS. JOHNSON:  Objection.                     03:13PM

7          You can answer to the extent that you know.  03:13PM

8          THE WITNESS:  The IEP file review was the    03:13PM

9   information in the previous exhibit.                03:13PM

10     Q.  BY MS. TUCKER:  Okay.  So I -- I'm correct the   03:13PM

11  directors, during the IEP file review, were to fill out  03:13PM

12  the information in the last exhibit we looked at?   03:13PM

13     A.  On Jotform.                                  03:13PM

14     Q.  On Jotform.  And that is Exhibit 387?        03:13PM

15     A.  Yes.                                         03:13PM

16     Q.  What steps did you and Vickie Cleveland take   03:13PM

17  after a director submitted their IEP file review?  03:14PM

18         MS. JOHNSON:  Objection on the basis of      03:14PM

19  privilege.                                          03:14PM

20         You can still answer that.                   03:14PM

21     Q.  BY MS. TUCKER:  Did you have any conversations   03:14PM

22  with any regional GNETS director about the IEP file   03:14PM

23  review separate from the Jotform?                  03:14PM

24     A.  (Witness examining document.)  No.           03:14PM

25     Q.  Did you receive any e-mail questions from    03:14PM



 1  regional GNETS program directors regarding the IEP file        03:14PM

 2  review?                                                        03:14PM

 3       A.  I'm not sure.  I don't remember.                      03:14PM

 4       Q.  You don't recall?                                     03:14PM

 5       A.  Huh-huh.                                              03:14PM

 6            MS. TUCKER:  I'd like the Court Reporter to          03:14PM

 7  mark the following document as Plaintiff's Exhibit 433.        03:14PM

 8            (Plaintiff's Exhibit 433 marked for                  03:15PM

 9  identification.)                                               03:15PM

10            THE WITNESS:  (Witness examining document.)          03:15PM

11       Q.  BY MS. TUCKER:  The Bates number on the first         03:15PM

12  page of this document is GA00961618.  This is an               03:15PM

13  October 21st, 2020, e-mail thread from you to Vickie           03:15PM

14  Cleveland, with the subject:  "Summary."  There's one          03:15PM

15  attachment.                                                    03:15PM

16            Dr. Stevenson, do you recognize the e-mail           03:15PM

17  thread?                                                        03:15PM

18       A.  Yes.                                                  03:15PM

19       Q.  Okay.  Am I correct that -- let's pull up the         03:15PM

20  attachment so you have it as well.                             03:15PM

21            MS. TUCKER:  And I'm going to ask my                 03:16PM

22  colleague Megan Erickson to do that.                           03:16PM

23       Q.  BY MS. TUCKER:  Dr. Stevenson, do you see the         03:16PM

24  attachment and have the ability to scroll?                     03:16PM

25       A.  Yes.                                                  03:16PM



1      Q.   Okay.  So am I correct that you are looking at          03:16PM
2  GNETS student transition data?                                   03:16PM
3      A.   Yes.                                                    03:16PM
4      Q.   And by student transition, in this context, we         03:16PM
5  are speaking about what?                                         03:16PM
6      A.   Students who transition, whether it was from            03:16PM
7  school-based to center-based, center-based to                    03:16PM
8  residential, school-based to return to home school.  Any         03:16PM
9  transition within GNETS.                                         03:16PM
10     Q.   All right.  And then am I correct from the              03:16PM
11 e-mails that Vickie Cleveland is asking you for this             03:16PM
12 information?                                                     03:16PM
13     A.   Yes.                                                    03:16PM
14     Q.   For what purpose?                                       03:16PM
15     A.   I'm not sure what the purpose was.                      03:16PM
16     Q.   How often does GaDOE access the student                 03:16PM
17 transition information?                                          03:16PM
18              MS. JOHNSON:  Objection.                            03:16PM
19              THE WITNESS:  I'm not sure.                         03:17PM
20     Q.   BY MS. TUCKER:  Have you had to create a                03:17PM
21 spreadsheet like this since this e-mail?                         03:17PM
22     A.   I don't think I created this spreadsheet, I             03:17PM
23 think she did, but I gave her some information.                  03:17PM
24     Q.   Got it.  So she says pull the numbers in her            03:17PM
25 e-mail?                                                          03:17PM



| | | |
|---|---|---|
| 1 | A.  Mm-hmm. | 03:17PM |
| 2 | Q.  So do you think that you pulled the numbers? | 03:17PM |
| 3 | A.  I probably pulled the numbers but just knowing | 03:17PM |
| 4 | how she sets things up, this looks more like something | 03:17PM |
| 5 | she set up. | 03:17PM |
| 6 | Q.  Okay.  Why do you think it's important for | 03:17PM |
| 7 | GaDOE to access the student transition information? | 03:17PM |
| 8 | MS. JOHNSON:  Objection. | 03:17PM |
| 9 | THE VIDEOGRAPHER:  Do you want to go off | 03:17PM |
| 10 | the record briefly. | 03:17PM |
| 11 | THE WITNESS:  No. | 03:17PM |
| 12 | THE VIDEOGRAPHER:  Okay.  You're awesome. | 03:17PM |
| 13 | Q.  BY MS. TUCKER:  Why would it be important for | 03:17PM |
| 14 | GaDOE to access the student transition information? | 03:17PM |
| 15 | MS. JOHNSON:  Objection. | 03:17PM |
| 16 | THE WITNESS:  I'm not sure why she was | 03:17PM |
| 17 | asking for it, so I don't know, but -- I don't know. | 03:18PM |
| 18 | Q.  BY MS. TUCKER:  Given your background, do you | 03:18PM |
| 19 | think it's important for students to transition back to | 03:18PM |
| 20 | their home schools? | 03:18PM |
| 21 | MS. JOHNSON:  Objection. | 03:18PM |
| 22 | THE WITNESS:  I think students should be in | 03:18PM |
| 23 | an environment that's individually based on their needs. | 03:18PM |
| 24 | Q.  BY MS. TUCKER:  Looking at your e-mail, you | 03:18PM |
| 25 | note that the sites in yellow did not accurately report | 03:18PM |



1  the requested information.  Do you see that in your          03:18PM

2  e-mail?                                                      03:18PM

3      A.  I do.                                                03:18PM

4      Q.  How did you know this?                               03:18PM

5      A.  This information was pulled from the grant           03:18PM

6  application and that's self-reported by the GNETS            03:18PM

7  directors.  So if Horizon has a center and a school and      03:18PM

8  they both say zero, then you know that's not correct.        03:18PM

9      Q.  Okay.  So are you saying that the numbers that       03:18PM

10 are highlighted in zero, you knew they were inaccurate       03:19PM

11 because there's zeros -- highlighted in yellow.  Scratch     03:19PM

12 that.                                                        03:19PM

13         Are you saying that the highlighted entries          03:19PM

14 that reflect zeros were inaccurate because you knew          03:19PM

15 there were locations?                                        03:19PM

16     A.  Right.  So if Woodall, if they don't have a          03:19PM

17 center or a school, then where are they.  So we know         03:19PM

18 that they exist so it can't be zero.                         03:19PM

19     Q.  Okay.  Is this type of transition also               03:19PM

20 sometimes referred to as student reintegration by GaDOE,     03:19PM

21 if it's going back to their home school?                     03:19PM

22     A.  But this is more than just home school, so this      03:19PM

23 wouldn't necessarily be referred to as that.  Because        03:19PM

24 this is school to center, center to residential.  So it      03:19PM

25 can be a transition amongst any of those.                    03:19PM



1     Q.   Okay.  Do you -- do you review data on how long      03:20PM
2  a student has been in GNETS?                                 03:20PM
3     A.   I do not.                                            03:20PM
4     Q.   How about average length of stay.                    03:20PM
5     A.   I do not.                                            03:20PM
6     Q.   Do you track GNETS students who exit the GNETS       03:20PM
7  program and return to the general education setting?         03:20PM
8     A.   I do not.                                            03:20PM
9     Q.   Do you think it would be helpful to track the        03:20PM
10 success of students returning to the general education       03:20PM
11 environment?                                                 03:20PM
12             MS. JOHNSON:  Objection.                         03:20PM
13             THE WITNESS:  Can you repeat that?               03:20PM
14    Q.   BY MS. TUCKER:  Do you think it would be             03:20PM
15 helpful to track the success of students who return to       03:20PM
16 the general education environment from the regional          03:20PM
17 GNETS program?                                               03:20PM
18             MS. JOHNSON:  Objection.                         03:20PM
19             THE WITNESS:  I'm not sure.                      03:21PM
20    Q.   BY MS. TUCKER:  Even with all of -- with your        03:21PM
21 special education background being in schools, special       03:21PM
22 education lead, you don't have an opinion?                   03:21PM
23    A.   I think my opinion is wherever a student is          03:21PM
24 going to be successful and have their needs met based on     03:21PM
25 their IEP is where they should be, and that's -- that's      03:21PM



 1  my opinion.                                              03:21PM

 2      Q.  Yes.  But in your opinion, do you think it       03:21PM

 3  would be helpful to track the success of students when   03:21PM

 4  they return to the general education environment from a  03:21PM

 5  regional GNETS program to see how they're doing and how  03:21PM

 6  they're progressing?                                     03:21PM

 7              MS. JOHNSON:  Objection.                      03:21PM

 8      Q.  BY MS. TUCKER:  Based on your experiences and    03:21PM

 9  background?                                              03:21PM

10      A.  I think a lot of things would be helpful in      03:22PM

11  education as a whole that we should track but...         03:22PM

12      Q.  Would this fall in that bucket?                  03:22PM

13      A.  I don't know.  I would need more time to think   03:22PM

14  about it.                                                03:22PM

15      Q.  Okay.  We can write this one down.               03:22PM

16              MS. TUCKER:  I am handing the Court           03:22PM

17  Reporter what I'd like to mark as Plaintiff's            03:22PM

18  Exhibit 434.                                             03:23PM

19              (Plaintiff's Exhibit 434 marked for          03:23PM

20  identification.)                                         03:23PM

21      Q.  BY MS. TUCKER:  The Bates number on this         03:23PM

22  document is GA00954277.  This is an e-mail showing that  03:23PM

23  you accepted an invite for a meeting on January 8th,     03:23PM

24  2020, from Matt Jones, with the subject of:  "GNETS      03:23PM

25  Funding."                                                03:23PM



1    A.  (Witness examining document.)                    03:23PM

2    Q.  Dr. Stevenson, do you recognize this invite?     03:23PM

3    A.  (Witness examining document.)  Yes.              03:23PM

4    Q.  Okay.  And who is Matt Jones?                    03:23PM

5    A.  He works with the superintendent.               03:23PM

6    Q.  I just want to make sure --                      03:24PM

7         MS. TUCKER:  Were you able to catch that?       03:24PM

8         THE COURT REPORTER:  Works with the             03:24PM

9    superintendant.                                      03:24PM

10        MS. TUCKER:  Works with the superintendant.     03:24PM

11   Q.  BY MS. TUCKER:  What's his role?                 03:24PM

12   A.  I don't know the correct terminology for him,    03:24PM

13   but I refer to him as the CFO or the COO or something 03:24PM

14   like that.                                           03:24PM

15   Q.  Does chief of staff sound familiar to you?       03:24PM

16   A.  Yes.  That's it.                                 03:24PM

17   Q.  Okay.  You got the C.                            03:24PM

18   A.  C something.                                     03:24PM

19   Q.  The location reads Zel's office.  Does that      03:24PM

20   refer to Zelphine Smith-Dixon?                       03:24PM

21   A.  Yes.                                             03:24PM

22   Q.  Okay.  And the subject is GNETS Funding,         03:24PM

23   correct?                                             03:24PM

24   A.  Yes.                                             03:24PM

25   Q.  Dr. Stevenson, what was discussed at this        03:24PM



| | |
|---|---|
| 1  meeting that you accepted? | 03:24PM |
| 2      A.  I honestly do not recall being at this meeting. | 03:24PM |
| 3      Q.  Do you recall being at any meetings with Matt | 03:24PM |
| 4  Jones? | 03:24PM |
| 5      A.  I don't.  Except for, like, all DOE meetings? | 03:24PM |
| 6      Q.  All GaDOE? | 03:24PM |
| 7      A.  Like, everybody from GaDOE meets at Christmas | 03:24PM |
| 8  and he's there. | 03:24PM |
| 9      Q.  Okay. | 03:24PM |
| 10     A.  So I don't recall outside of that. | 03:25PM |
| 11     Q.  You don't recall attending meetings on GNETS | 03:25PM |
| 12  funding? | 03:25PM |
| 13     A.  No. | 03:25PM |
| 14          MS. TUCKER:  Okay.  I'd like the Court | 03:25PM |
| 15  Reporter to mark this document as Plaintiff's | 03:25PM |
| 16  Exhibit 435. | 03:25PM |
| 17          (Plaintiff's Exhibit 435 marked for | 03:25PM |
| 18  identification.) | 03:25PM |
| 19     Q.  BY MS. TUCKER:  Okay.  The Bates number on this | 03:25PM |
| 20  document is GA02409892.  This is an e-mail invite sent | 03:25PM |
| 21  by you on September 11th, 2020, for a meeting on | 03:26PM |
| 22  October 16th, 2020.  You invited Dante McKay, Vickie | 03:26PM |
| 23  Cleveland, Stacey Suber-Drake, and Monica Patel.  The | 03:26PM |
| 24  subject reads:  "GNETS DBHDD collaboration meeting." | 03:26PM |
| 25     A.  (Witness examining document.) | 03:26PM |



1      Q.  Dr. Stevenson, do you recall the meeting          03:26PM

2   invite?                                                  03:26PM

3      A.  Yes.                                              03:26PM

4      Q.  Please confirm whether this meeting took place?   03:26PM

5      A.  I'm not sure.  Sometimes we schedule meetings     03:26PM

6   and they have to be canceled, so I couldn't speak to if  03:26PM

7   this specific one was held or not.                       03:26PM

8      Q.  Do you recall meeting with Dante McKay, Vickie,   03:26PM

9   Stacey, and Monica Patel on GNETS DBHDD collaboration?   03:26PM

10     A.  I do but I don't remember if it was this.         03:26PM

11     Q.  Not necessarily this meeting invite?              03:26PM

12     A.  Yes.                                              03:27PM

13     Q.  But you do recall meeting with them?              03:27PM

14     A.  Yes.                                              03:27PM

15     Q.  Okay.  Have you met more than once with DBHDD     03:27PM

16  on collaboration?                                        03:27PM

17     A.  Yes.                                              03:27PM

18     Q.  Have you met with DBHDD recently on               03:27PM

19  collaboration?                                           03:27PM

20     A.  I have not.                                       03:27PM

21     Q.  Has someone else?                                 03:27PM

22     A.  I don't know.                                     03:27PM

23     Q.  Okay.  What -- how have you collaborated with     03:27PM

24  DBHDD, the GNETS program and DBHDD?                      03:27PM

25     A.  I -- I don't know.                                03:27PM



1    Q.  So you've met a few times with DBHDD on          03:27PM

2    collaboration, you testified to that a moment ago, yes?    03:28PM

3        A.  We met with them; now what was discussed      03:28PM

4    specifically, I couldn't tell you because I don't     03:28PM

5    remember.  But we have met at least twice.            03:28PM

6        Q.  You don't recall what was discussed at a      03:28PM

7    meeting with DBHDD or what themes were discussed?     03:28PM

8        A.  I know in one of the meetings Vickie discussed 03:28PM

9    with Dante because I'm -- I don't really discuss much 03:28PM

10   but Vickie discussed with Dante about trying to get more 03:28PM

11   information on APEX.                                   03:28PM

12       Q.  What's APEX?                                   03:28PM

13       A.  It's within DBHDD where they provide wrap     03:28PM

14   around or mental health support to schools, through   03:29PM

15   DBHDD.                                                03:29PM

16       Q.  What is your understanding of why it was      03:29PM

17   created?                                              03:29PM

18       A.  APEX?                                         03:29PM

19       Q.  Yes.                                          03:29PM

20       A.  I don't know.                                 03:29PM

21       Q.  What needs does it address for the State?     03:29PM

22           MS. JOHNSON:  Objection.                      03:29PM

23           THE WITNESS:  I don't know.  I just know      03:29PM

24   it -- what they do.                                   03:29PM

25       Q.  BY MS. TUCKER:  Okay.  Do you recall when you 03:29PM



1   first learned of the APEX program?                    03:29PM

2        A.   I don't but I know it was after I started   03:29PM

3   working GNETS.                                        03:29PM

4        Q.   Okay.   So after October 2018?              03:29PM

5        A.   Yes.                                        03:29PM

6        Q.   Is it your understanding that DBHDD has     03:29PM

7   responsibility over the APEX program?                 03:29PM

8             MS. JOHNSON:   Objection.                   03:29PM

9             THE WITNESS:   I'm not sure who has         03:29PM

10  responsibility over it, but I know Dante was the person  03:29PM

11  we were asking about it.                              03:30PM

12       Q.   BY MS. TUCKER:   So he has some stake in APEX or  03:30PM

13  some understanding?                                   03:30PM

14       A.   Yeah.   I think -- I guess.                 03:30PM

15       Q.   And what was Vickie asking Dante about APEX?  03:30PM

16            MS. JOHNSON:   Objection.                   03:30PM

17            THE WITNESS:   I think just more of an      03:30PM

18  understanding of how it -- how the different programs  03:30PM

19  are in different school districts.   Like how APEX gets  03:30PM

20  to a school district, what is the process for that.   03:30PM

21       Q.   BY MS. TUCKER:   And what is the process?   03:30PM

22       A.   I didn't have a great understanding when he  03:30PM

23  explained it so I couldn't repeat it.                 03:30PM

24       Q.   Did you take notes?                         03:30PM

25       A.   I don't think so.                           03:30PM



1    Q.  Did you discuss with Vickie Cleveland after the          03:30PM

2  meeting?                                                       03:31PM

3    A.  I think my discussion was I don't understand.           03:31PM

4    Q.  Okay.  In other meetings with Dante McKay, did          03:31PM

5  you ask for further clarification?                            03:31PM

6    A.  I don't recall.                                         03:31PM

7    Q.  From your understanding, do you know how                03:31PM

8  services and supports from the APEX program reach             03:31PM

9  schools?                                                      03:31PM

10   A.  Very muddled, probably not accurate                     03:31PM

11 understanding.                                                03:31PM

12   Q.  What is your potentially muddled understanding?         03:31PM

13   A.  That the school -- the school districts have to         03:31PM

14 accept the proposal from APEX and it's only at certain        03:31PM

15 schools.  So even if a school district says yes, APEX         03:31PM

16 can come into the district, it's not at all schools in        03:32PM

17 that district.                                                03:32PM

18   Q.  Okay.                                                   03:32PM

19   A.  And if a district is in an area where there's          03:32PM

20 not a lot of providers, then the options will be less         03:32PM

21 for those school districts to receive APEX.                   03:32PM

22   Q.  Okay.  Do you know how the APEX program is              03:32PM

23 funded?                                                       03:32PM

24   A.  I do not.                                               03:32PM

25   Q.  Does GaDOE have a role with respect to the APEX         03:32PM



1  program?                                              03:32PM

2      A.  Not to my understanding.                      03:32PM

3      Q.  Are there other entities outside of DBHDD that 03:32PM

4  have responsibilities relating to APEX?               03:32PM

5      A.  I don't know.                                 03:32PM

6      Q.  What is the target population for the APEX     03:32PM

7  program?                                              03:32PM

8           MS. JOHNSON:  Objection.                     03:32PM

9           THE WITNESS:  I don't know that either.      03:32PM

10     Q.  BY MS. TUCKER:  Do you know if it's similar to 03:32PM

11  the target population of the GNETS program?          03:33PM

12          MS. JOHNSON:  Objection.                     03:33PM

13          THE WITNESS:  I don't.                       03:33PM

14     Q.  BY MS. TUCKER:  Are there specific criteria for 03:33PM

15  you receiving APEX services?                         03:33PM

16     A.  I don't know.                                 03:33PM

17          MS. TUCKER:  I'd like to introduce           03:33PM

18  Plaintiff's Exhibit 436.                             03:33PM

19          (Plaintiff's Exhibit 436 marked for          03:33PM

20  identification.)                                     03:33PM

21     Q.  BY MS. TUCKER:  The Bates number on the first  03:33PM

22  page of this exhibit is GA00953806.  This is an e-mail 03:33PM

23  thread with the most recent e-mail dated November 12th, 03:34PM

24  2019, from you to Lisa -- Futch?                     03:34PM

25     A.  Futch.                                        03:34PM



 1      Q.   Futch.  Thank you.  The subject of the e-mail      03:34PM
 2   is:  "GNETS/APEX."                                          03:34PM
 3      A.   (Witness examining documents.)                      03:34PM
 4      Q.   Dr. Stevenson, do you recognize this e-mail?        03:34PM
 5      A.   Yes.                                                03:34PM
 6      Q.   And earlier we confirmed that Lisa Futch is the     03:34PM
 7   regional director for Coastal Academy?                      03:34PM
 8      A.   Yes.                                                03:34PM
 9      Q.   Am I correct that in the earliest e-mail, you       03:34PM
10   were requesting regional GNETS directors to provide         03:34PM
11   information on how many of their students received          03:34PM
12   mental health services via the APEX program?                03:34PM
13      A.   Yes.                                                03:34PM
14      Q.   Why did you ask this?                               03:34PM
15      A.   If I remember correctly, we were trying to get      03:34PM
16   an understanding of APEX more and how, if any GNETS         03:34PM
17   students were receiving any APEX services.                  03:35PM
18      Q.   It was something you were looking into with        03:35PM
19   Vickie?                                                     03:35PM
20      A.   Yes.  So that we can have a conversation, I         03:35PM
21   think, with Dante, to try to get more understanding.       03:35PM
22      Q.   Were you advised by someone else to ask this       03:35PM
23   question?                                                   03:35PM
24      A.   I don't know if Vickie was, I wasn't.  I was        03:35PM
25   advised by Vickie.                                          03:35PM



1      Q.  What were the responses that you received from        03:35PM
2  the regional GNETS directors?                                 03:35PM
3      A.  Oh, I don't know.  I would have to look back at        03:35PM
4  that.                                                          03:35PM
5      Q.  Do you recall if there were any GNETS students        03:35PM
6  receiving APEX services?                                       03:35PM
7      A.  I don't know.  I don't -- I mean, I don't             03:35PM
8  remember.                                                      03:35PM
9      Q.  Do you recall if it was many students?               03:35PM
10     A.  There's a lot in my brain since 2019, so I           03:36PM
11 couldn't tell you.                                             03:36PM
12     Q.  Do you see where Lisa Futch writes in her            03:36PM
13 12:21 p.m. e-mail that she was told that GNETS students        03:36PM
14 could not receive APEX services?                               03:36PM
15     A.  Yes.                                                  03:36PM
16     Q.  Did other regional GNETS program share similar       03:36PM
17 responses?                                                     03:36PM
18     A.  I don't know.  I don't remember.                     03:36PM
19     Q.  Is it your understanding that Ms. Futch is           03:36PM
20 correct that this is -- that GNETS students cannot             03:36PM
21 receive APEX services?                                         03:36PM
22     A.  I'm not sure.                                         03:36PM
23     Q.  Do you see in the top e-mail with the 5:23 p.m.      03:36PM
24 time stamp that you write:  "We are trying to get             03:36PM
25 clarification on the exact issue"?                             03:36PM



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                                  234

1    A.  Yes.                                                    03:36PM

2    Q.  What does we refer to?                                 03:36PM

3    A.  We, I guess, would be Vickie and myself.               03:36PM

4    Q.  It was Vickie and you?                                 03:36PM

5    A.  Mm-hmm.  Yes.                                          03:37PM

6    Q.  Did you ultimately receive clarification on            03:37PM

7  whether GNETS students could receive APEX services?          03:37PM

8    A.  I'm not sure clarification was received as far         03:37PM

9  as I receiving it.  But I don't know if someone else         03:37PM

10  received that clarification.                                03:37PM

11    Q.  Had you been advised by anyone whether GNETS          03:37PM

12  students can receive APEX services?                         03:37PM

13    A.  Not specifically.  But through the muddled            03:37PM

14  understanding that I just stated, if a GNETS and a LEA,     03:37PM

15  if the LEA has not accepted APEX within that LEA, then      03:37PM

16  it can't touch the GNETS kids.  So it's more of the         03:37PM

17  LEA's decision for APEX.                                    03:37PM

18    Q.  Do you think GNETS can benefit through an APEX        03:37PM

19  partnership with the community service board?               03:38PM

20          MS. JOHNSON:  Objection.                            03:38PM

21          THE WITNESS:  I think all students can              03:38PM

22  benefit.                                                    03:38PM

23    Q.  BY MS. TUCKER:  Why?                                  03:38PM

24    A.  Because all students could benefit from              03:38PM

25  wraparound services.                                        03:38PM



1    Q.  And could you define wraparound services for          03:38PM

2  me?                                                          03:38PM

3    A.  I probably don't have a textbook definition, so       03:38PM

4  no.                                                          03:38PM

5    Q.  Can you give it to me in your words?                  03:38PM

6    A.  Wraparound services can mean anything that            03:38PM

7  touches the child.  For example, there is a social          03:38PM

8  worker, there is someone who helps with eyeglasses.         03:38PM

9  There's someone that helps the child get a dental exam.     03:38PM

10 So the whole child, not just the educational piece.         03:38PM

11   Q.  Thank you.  Have you taken any steps since this       03:38PM

12 2019 e-mail to increase GNETS student access to APEX?       03:39PM

13   A.  That is not someone in my position to have the        03:39PM

14 ability to do that.                                         03:39PM

15   Q.  Whose position would it be?                           03:39PM

16   A.  Someone that's not me.                                03:39PM

17   Q.  So not the GNETS program specialist?                  03:39PM

18   A.  Not a program specialist.  I do not make             03:39PM

19 decisions on APEX and services.                             03:39PM

20   Q.  Do you know if Vickie Cleveland has explored          03:39PM

21 that?                                                        03:39PM

22   A.  I don't.                                              03:39PM

23        MS. TUCKER:  I'd like to introduce                   03:39PM

24 Plaintiff's Exhibit 437.                                    03:39PM

25        (Plaintiff's Exhibit 437 marked for                  03:39PM



1   identification.)                                        03:40PM

2      Q.  BY MS. TUCKER:  The Bates number on this         03:40PM

3   exhibit is GA00951662.  This is a September 4th, 2019,  03:40PM

4   e-mail invite from you to Vickie Cleveland with the     03:40PM

5   subject:  "SEDNET."  That's S-E-D-N-E-T.  Ms. Cleveland 03:40PM

6   then replays to your invite.                            03:40PM

7            Dr. Stevenson, do you recognize this invite    03:40PM

8   and e-mail?                                             03:40PM

9      A.  Yes.                                             03:40PM

10     Q.  Okay.  What is SEDNET?                            03:40PM

11     A.  SEDNET is a program in Florida that is similar   03:40PM

12  to GNETS.                                               03:40PM

13     Q.  In what ways is it similar?                      03:40PM

14     A.  It is on their continuum in the State of         03:40PM

15  Florida within the continuum of services for special   03:41PM

16  needs students.                                         03:41PM

17     Q.  With similar needs as the students in the GNETS  03:41PM

18  program?                                                03:41PM

19     A.  Yes.                                             03:41PM

20     Q.  Do you recall this meeting?                      03:41PM

21     A.  I don't recall what was discussed.               03:41PM

22     Q.  Why were you reviewing the SEDNET model in       03:41PM

23  Florida.                                                03:41PM

24     A.  I don't know.                                    03:41PM

25     Q.  Was that something you were asked to do?         03:41PM



1    A.  I wasn't aware of SEDNET until after I became a          03:41PM

2  program specialist for GNETS, so I couldn't have known        03:41PM

3  too much about it.                                            03:41PM

4    Q.  So did Vickie ask you to look into SEDNET?              03:41PM

5    A.  I'm not sure.  I don't recall why this meeting          03:41PM

6  was set, but on 2019 she told me to review it.  So that       03:41PM

7  might have been my first time even looking at the             03:41PM

8  information, so I don't know.                                 03:42PM

9    Q.  Have you continued to learn about SEDNET since          03:42PM

10 2019?                                                         03:42PM

11   A.  Not -- no.                                              03:42PM

12   Q.  Have you spoken with anyone in Florida about            03:42PM

13 SEDNET?                                                       03:42PM

14   A.  I have not.                                             03:42PM

15   Q.  Have you joined calls with anyone in Florida on         03:42PM

16 SEDNET?                                                       03:42PM

17   A.  Not that I can recall.                                  03:42PM

18   Q.  Okay.                                                   03:42PM

19        MS. TUCKER:  I'd like to introduce                     03:42PM

20 Plaintiff's Exhibit 438.                                      03:42PM

21        (Plaintiff's Exhibit 438 marked for                    03:43PM

22 identification.)                                              03:43PM

23        THE WITNESS:  (Witness examining document.)            03:43PM

24   Q.  BY MS. TUCKER:  The Bates number on the first           03:43PM

25 page of this document is GA00956103.  This is an              03:43PM



1  April 13th, 2020 e-mail thread with the most recent          03:43PM

2  e-mail being from you to Vickie Cleveland, and the           03:43PM

3  subject reads:  "Delivery of services."                      03:43PM

4       A.  (Witness examining document.)                       03:43PM

5       Q.  Dr. Stevenson, do you recognize this e-mail?        03:43PM

6            MS. JOHNSON:  Go off the record.                    03:43PM

7            THE VIDEOGRAPHER:  One moment.  Off the             03:43PM

8  record at 3:44 p.m.                                          03:43PM

9            (Off the record.)                                   03:45PM

10           THE VIDEOGRAPHER:  Okay.  Everything               03:45PM

11  looking good to Zoom still.                                 03:45PM

12           THE WITNESS:  Mm-hmm.                              03:45PM

13           THE VIDEOGRAPHER:  Back on the record at          03:45PM

14  3:47 p.m.                                                   03:45PM

15      Q.  BY MS. TUCKER:  Dr. Stevenson, you have what        03:45PM

16  was introduced as Plaintiff's Exhibit 438.  The Bates       03:46PM

17  number on the first page of this document is GA00956103.    03:46PM

18  This is an April 13th, 2020 e-mail thread with the most     03:46PM

19  recent e-mail being from you to Vickie Cleveland, and       03:46PM

20  the subject reads:  "Delivery of services."                 03:46PM

21      A.  (Witness examining document.)                       03:46PM

22      Q.  Do you recognize this e-mail?                       03:46PM

23      A.  Yes.                                                03:46PM

24      Q.  Okay.  In the first e-mail Vickie Cleveland         03:46PM

25  asks you to, "Review the delivery of school-based or        03:46PM



1  mental health services for emotional disordered students      03:46PM

2  in Texas, California, Tennessee, and Illinois," correct?      03:46PM

3      A.  Correct.                                              03:46PM

4      Q.  Did Vickie Cleveland tell you why she was             03:46PM

5  asking you to research these states?                          03:46PM

6      A.  No.                                                   03:46PM

7      Q.  Did you ask why you were researching these            03:46PM

8  states?                                                       03:46PM

9      A.  I don't know.  I probably did.                        03:46PM

10     Q.  Why -- why were you looking into these states?        03:47PM

11          MS. JOHNSON:  And I'll just caution the              03:47PM

12 witness not to respond with any testimony that would          03:47PM

13 reveal privileged information, but to the extent that it      03:47PM

14 doesn't, you can respond.                                     03:47PM

15          THE WITNESS:  I'm trying to think about              03:47PM

16 what she said.  She just said she needed the                  03:47PM

17 information.                                                  03:47PM

18     Q.  BY MS. TUCKER:  She said she'll discuss at the        03:47PM

19 meeting -- at a meeting, the next day, correct?               03:47PM

20     A.  Yes.                                                  03:47PM

21     Q.  Do you recall meeting?                                03:47PM

22     A.  We meet a lot, so...                                  03:47PM

23     Q.  Do you recall discussing Texas, California,           03:47PM

24 Tennessee, and Illinois; the services mental health and      03:47PM

25 school-based services for emotional disordered students?      03:48PM



1      A.   I can't recall the specifics but I'm sure I      03:48PM

2   did, but I don't recall what specifically was said.      03:48PM

3      Q.   Do you recall doing this research?              03:48PM

4      A.   I do.                                            03:48PM

5      Q.   Do you see in your reply back to Vickie          03:48PM

6   Cleveland that you asked whether you should send an      03:48PM

7   e-mail requesting additional information?                03:48PM

8      A.   Yes.                                             03:48PM

9      Q.   What did Vickie Cleveland reply?                 03:48PM

10      A.   I don't know.                                    03:48PM

11      Q.   Did you send an e-mail requesting additional     03:48PM

12   information related to Tennessee and Texas?              03:48PM

13      A.   I don't recall doing that.  I don't recall.      03:48PM

14            MS. TUCKER:  I'd like to introduce             03:49PM

15   Plaintiff's Exhibit 439.                                03:49PM

16            (Plaintiff's Exhibit 439 marked for            03:49PM

17   identification.)                                        03:49PM

18            MS. TUCKER:  And this is going to have an      03:49PM

19   electronic component to it.                              03:49PM

20      Q.   BY MS. TUCKER:  The Bates number on the first   03:49PM

21   page of this document is GA00956213.  This is an         03:49PM

22   April 23rd, 2020, e-mail you sent to Vickie Cleveland.   03:49PM

23   There is no subject but there is one attachment.         03:49PM

24            MS. TUCKER:  I'm going to ask my colleague     03:49PM

25   to --                                                   03:49PM



1    Q.  BY MS. TUCKER:  Or Dr. Stevenson, do you          03:49PM

2  recognize the e-mail?                                    03:49PM

3    A.  Yes.                                               03:49PM

4         MS. TUCKER:  Okay.  I'm going to ask my           03:49PM

5  colleague to share the attachment via Zoom.             03:50PM

6    Q.  BY MS. TUCKER:  Dr. Stevenson, can you see the     03:50PM

7  attachment?                                              03:50PM

8    A.  I can.                                             03:50PM

9    Q.  And are you able to move around and examine?       03:50PM

10   A.  Yes.                                               03:50PM

11   Q.  Do you recognize the attachment?                   03:50PM

12   A.  I do.                                              03:50PM

13   Q.  Okay.  Let's take a look at this attachment.       03:50PM

14        Am I correct that at the top of the chart         03:50PM

15  reads therapeutic supports other states?               03:50PM

16   A.  Yes.                                               03:50PM

17   Q.  And am I correct there's information related to    03:50PM

18  Texas, California, Illinois, Tennessee, and Alabama?    03:50PM

19   A.  (Witness examining document.)  Yes.               03:50PM

20   Q.  Did you create this chart?                         03:50PM

21   A.  I did not create the chart.                        03:50PM

22   Q.  Did you fill in the information in the chart?      03:50PM

23   A.  For some of these, yes.                            03:51PM

24   Q.  Which ones?                                        03:51PM

25   A.  The ones listed on the previous e-mail.            03:51PM



1    Q.  Okay.  So I would be correct that you filled it          03:51PM

2  in for Texas, California, Tennessee, and Illinois?            03:51PM

3    A.  Yes.                                                    03:51PM

4    Q.  And not Alabama?                                        03:51PM

5    A.  I'm not sure if she did or I did, but.                  03:51PM

6    Q.  Who asked you to create this chart?                     03:51PM

7    A.  Vickie Cleveland.                                       03:51PM

8    Q.  Why?                                                    03:51PM

9    A.  I'm not sure.                                           03:51PM

10    Q.  Did you ask?                                           03:51PM

11    A.  I probably did.                                        03:51PM

12    Q.  What did she respond?                                  03:51PM

13    A.  I'm not quite sure of the specifics of what she        03:52PM

14  responded, but I know that not only within GNETS but        03:52PM

15  within special Ed as a whole, we look and see what other    03:52PM

16  states are doing to see if there can be any correlation.    03:52PM

17  So within special Ed as a whole, we look to other states    03:52PM

18  for -- just to do like what is Oregon doing in special      03:52PM

19  Ed and things like that.  So this was probably just one     03:52PM

20  of those things.                                            03:52PM

21    Q.  Has this informed any changes or                      03:52PM

22  recommendations to the GNETS program, this research?        03:52PM

23    A.  I'm not sure.  Once I do my part, I'm kind of          03:52PM

24  not involved.                                               03:53PM

25    Q.  You don't participate in substantive                  03:53PM



1  discussions given your background on this topic?      03:53PM

2      A.  I might speak with Vickie about it, but I don't   03:53PM

3  speak to higher ups about it.      03:53PM

4      Q.  So what were your thoughts looking at this.      03:53PM

5  What type did you -- what did you take away from this      03:53PM

6  research?      03:53PM

7          MS. JOHNSON:  Objection.      03:53PM

8          THE WITNESS:  That all the states do      03:53PM

9  similar things, just in a different way.      03:53PM

10     Q.  BY MS. TUCKER:  You mentioned Oregon a moment      03:53PM

11  ago.      03:53PM

12     A.  Mm-hmm.      03:53PM

13     Q.  Did you look at Oregon?      03:53PM

14     A.  I was just using that as an example.      03:53PM

15     Q.  Why were these states selected?      03:53PM

16     A.  That's what she asked me to do.      03:53PM

17     Q.  Are you still reviewing programs in other      03:53PM

18  states?      03:53PM

19     A.  No.      03:54PM

20     Q.  Okay.      03:54PM

21     A.  I haven't been asked to do that.      03:54PM

22     Q.  Do you recall how Alabama got added?      03:54PM

23     A.  I don't because I didn't create it.  I just      03:54PM

24  filled in my part, so I don't know.      03:54PM

25     Q.  How did you find out the information?      03:54PM



1    A.  Just looking on the website.                    03:54PM

2    Q.  Did you talk to anyone?                          03:54PM

3    A.  No.                                              03:54PM

4    Q.  In the states?                                   03:54PM

5    A.  No.                                              03:54PM

6    Q.  Okay.  I want to give you what was already       03:54PM

7  introduced as Plaintiff's Exhibit 395.                03:54PM

8          (Previously marked Exhibit 395 introduced     03:54PM

9  into evidence.)                                        03:54PM

10          THE WITNESS:  (Witness examining document.)  03:55PM

11    Q.  BY MS. TUCKER:  Dr. Stevenson, this is a        03:55PM

12  September 19th, 2018 e-mail from the Interagency      03:55PM

13  Directors Team, to the Interagency Directors Team as  03:55PM

14  well as many named individuals.  The subject of the   03:55PM

15  e-mail is:  "October IDT meeting."  And there are two 03:55PM

16  attachments.                                          03:55PM

17    A.  This was in 2018, you said?                     03:55PM

18    Q.  Yep.  That is correct.  And the Interagency     03:55PM

19  Directors Team, I'm correct that's the IDT that we    03:55PM

20  spoke about earlier?                                  03:55PM

21    A.  Yes.                                            03:55PM

22    Q.  We can continue going through it.               03:56PM

23    A.  Okay.                                           03:56PM

24    Q.  Do you recall receiving any invites from the    03:56PM

25  IDT?                                                  03:56PM



1      A.  I'm not sure if I was receiving them in 2018,    03:56PM

2   that's why I'm asking.  Because this is right after I    03:56PM

3   just started.                                            03:56PM

4      Q.  Okay.  If you want to turn to page GA00030907.    03:56PM

5      A.  So I'm there.                                      03:56PM

6      Q.  Yes.  I just want to confirm that you see your    03:56PM

7   name as an attendee.                                     03:56PM

8      A.  I do.  It's spelled wrong, but I see it.          03:56PM

9      Q.  You assume that it's you?                         03:56PM

10     A.  I assume that it's me.                            03:56PM

11     Q.  Okay.  This was actually in September 2018        03:56PM

12  before you officially assumed the position, is that      03:56PM

13  correct, as GNETS program specialist, or had you already 03:56PM

14  assumed the position at this point?                      03:56PM

15     A.  I don't even remember the month I got hired, so   03:56PM

16  I don't know.                                            03:56PM

17     Q.  Okay.                                             03:56PM

18     A.  I just know it's 2018.                            03:56PM

19     Q.  And applied in July?                              03:56PM

20     A.  I guess.                                          03:56PM

21     Q.  We earlier looked at --                           03:57PM

22     A.  Based on the e-mails, yes.                        03:57PM

23     Q.  And again, you have no reason to -- do you have   03:57PM

24  a reason to doubt --                                     03:57PM

25     A.  No.                                               03:57PM



 1    Q.  -- the e-mails?                                    03:57PM

 2    A.  I just was looking and couldn't remember if --     03:57PM

 3  because I didn't -- yes, yes.                             03:57PM

 4    Q.  So we spoke about the IDT a little bit earlier.    03:57PM

 5  What agencies are represented?                            03:57PM

 6    A.  Many.                                               03:57PM

 7    Q.  Many.  So if we look at the page we were            03:57PM

 8  looking at a moment ago with the attendance on            03:57PM

 9  GA00030907, in the parenthesis, does that represent --    03:57PM

10  next to names -- the agencies?                            03:57PM

11    A.  Yes.                                                03:57PM

12    Q.  Okay.  And you said earlier that you attend for     03:57PM

13  GaDOE?                                                    03:57PM

14    A.  I am one of the attendees.                          03:57PM

15    Q.  Who is another attendee from GaDOE?                 03:57PM

16    A.  If you look on the page, I believe Rebecca          03:57PM

17  Blanton was there.                                        03:57PM

18    Q.  Who is Rebecca Blanton?                             03:58PM

19    A.  She used to work -- I'm not sure if she worked      03:58PM

20  in PBIS or if she worked in another department.  I can't  03:58PM

21  remember.                                                 03:58PM

22    Q.  And what is your role when you attend an IDT        03:58PM

23  meeting?                                                  03:58PM

24    A.  I don't have a role.  I'm just an attendee.         03:58PM

25    Q.  Do you take notes, do you report back?              03:58PM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                          247

1     A.  Well, they send out the notes --          03:58PM

2     Q.  Okay.                                      03:58PM

3     A.  -- to everybody, after the meeting.  They sent          03:58PM

4  out.  I guess this is what this is.  So, you don't have          03:58PM

5  to take notes because they have somebody taking it for          03:58PM

6  you.                                              03:58PM

7     Q.  Okay.  Do you speak about it later with folks          03:58PM

8  at GaDOE?                                          03:58PM

9     A.  No.  I speak with Vickie.                  03:58PM

10    Q.  You speak with Vickie about --             03:58PM

11    A.  Mm-hmm.                                    03:58PM

12    Q.  -- the meetings?                            03:58PM

13    A.  Mm-hmm.  If there's something to speak about.          03:58PM

14    Q.  Is there -- are there times where you and          03:58PM

15 Vickie speak about what's discussed?               03:58PM

16    A.  I mean, it depends on what -- every -- every          03:59PM

17 IDT meeting has a different -- it's not the same every          03:59PM

18 time.  So it depends on the topic.  Like you see the          03:59PM

19 agenda.  If it's something on the agenda that is          03:59PM

20 something that we can -- that we need to talk about or          03:59PM

21 we're like that was a pretty good presentation, then we          03:59PM

22 will but not always.                               03:59PM

23    Q.  Does your participation inform your role as a          03:59PM

24 GNETS program specialist?                          03:59PM

25    A.  Meaning?                                   03:59PM



1    Q.   Meaning do you learn things at the IDT          03:59PM

2    meetings, in general, not this meeting, just in general,  03:59PM

3    that you then bring back to the GNETS program?       03:59PM

4    A.   Yes.  Sometimes.                                03:59PM

5    Q.   Can you give me an example?                     03:59PM

6    A.   For example, recently at an IDT meeting, they   04:00PM

7    discussed a webinar that was going to be presented that  04:00PM

8    was talking about challenges that students are facing  04:00PM

9    post COVID and what some LEAs were doing and there was a  04:00PM

10   superintendent, Dr. Morcease Beasley from Clayton    04:00PM

11   County, who presented.  There were two or three other  04:00PM

12   people.  So we attended, you know, signed up for the  04:00PM

13   webinar and was in attendance on the webinar because of  04:00PM

14   my attendance at IDT, I knew about that.  So things like  04:00PM

15   that.                                                04:00PM

16   Q.   Thank you.  Okay.  Well, we already saw on      04:00PM

17   Page 00030907 that you attended, alongside Vickie    04:00PM

18   Cleveland and Rebecca Blanton from GaDOE, correct?   04:00PM

19   A.   When -- yes.  Yes.                              04:01PM

20   Q.   Okay.  At this meeting.  Let's go to the bottom  04:01PM

21   of the Page GA00030908.                              04:01PM

22   A.   Okay.                                           04:01PM

23   Q.   Do you see where it says DOE - GNETS, and then  04:01PM

24   in parenthesis Vickie Cleveland?                     04:01PM

25   A.   I do.                                           04:01PM



1    Q.  Okay.  Am I correct that she introduced you to   04:01PM

2  the group as a district liaison who is joining to work  04:01PM

3  with increasing supporting in GNETS?                    04:01PM

4    A.  Yes.                                              04:01PM

5    Q.  Did you hold the role of district liaison?        04:01PM

6    A.  That's what -- if -- when did we say I got        04:01PM

7  hired?                                                  04:01PM

8    Q.  October 2018.                                     04:01PM

9    A.  So I was a district liaison before I was --       04:01PM

10 which is still a program specialist, it's just what they 04:01PM

11 call your role within RDA.                              04:02PM

12   Q.  Okay.                                             04:02PM

13   A.  So I don't know dates, but either I was working   04:02PM

14 as a district liaison more with GNETS or I was a program 04:02PM

15 specialist for GNETS.  I don't know which one.  I would 04:02PM

16 need to look back and see when I got hired.             04:02PM

17   Q.  Okay.  The notes then read: "There have been no  04:02PM

18 updates on the GNETS lawsuit, so we are just trying to  04:02PM

19 move forward and do good work for the students.  We will 04:02PM

20 be moving students back to home school districts.  Our  04:02PM

21 area of focus is on integration as kids return to their 04:02PM

22 home schools, so personnel can be familiar and          04:02PM

23 prepared."  Do you see that?                            04:02PM

24   A.  I do.                                             04:02PM

25   Q.  Since this meeting, how has GaDOE assisted        04:02PM



```
 1  with, "Moving students back to their home school      04:02PM
 2  districts"?                                           04:02PM
 3            MS. JOHNSON:  Objection.                    04:02PM
 4            THE WITNESS:  I see that but I don't recall 04:02PM
 5  her saying that.                                      04:02PM
 6      Q.  BY MS. TUCKER:  Do you have reasons to doubt  04:02PM
 7  the notes?                                            04:03PM
 8      A.  It's a possibility that the person who took the 04:03PM
 9  notes didn't hear her correctly.  I don't know, but I 04:03PM
10  don't recall her saying that.                         04:03PM
11      Q.  Since this -- one second.                     04:03PM
12            Since this meeting has GaDOE focused on,    04:03PM
13  "Integration as kids return to their home schools"?   04:03PM
14            MS. JOHNSON:  Objection.                    04:03PM
15            THE WITNESS:  (Witness examining document.) 04:03PM
16  I think conversations are always had to say that      04:03PM
17  children should be supported in the -- in a placement in 04:03PM
18  which it fits their needs.                            04:03PM
19      Q.  BY MS. TUCKER:  Did GaDOE messages focus on   04:03PM
20  integration to the regional GNETS programs?           04:04PM
21            MS. JOHNSON:  Objection.                    04:04PM
22            THE WITNESS:  The regional GNETS programs,  04:04PM
23  the conversation is always do what's best for children, 04:04PM
24  do what's best within the context of their needs and  04:04PM
25  IEP.                                                  04:04PM
```



1    Q.  BY MS. TUCKER:  In your opinion are other                04:04PM

2  regional GNETS programs doing what is best for students?       04:04PM

3    A.  I am not in the IEP meetings to determine how            04:04PM

4  that decision is made, so I couldn't really speak to           04:04PM

5  that.                                                          04:04PM

6    Q.  Has GaDOE worked to assure that school                   04:04PM

7  personnels are, "Familiar and prepared"?                       04:04PM

8             MS. JOHNSON:  Objection.                            04:04PM

9             THE WITNESS:  Familiar and prepared for?            04:04PM

10   Q.  BY MS. TUCKER:  In the notes, "Our area of               04:04PM

11  focus is on integration as kids return to their home          04:04PM

12  schools, so personnel can be familiar and prepared".  Do      04:04PM

13  you see that?                                                 04:05PM

14   A.  (Witness examining document.)                            04:05PM

15   Q.  It's on the top of GA00030909.                           04:05PM

16   A.  Yes, I see it.  But as I stated previously, I            04:05PM

17  don't recall her saying that.                                 04:05PM

18   Q.  Dr. Stevenson, so were they -- let's see.                04:05PM

19  Sorry.                                                        04:05PM

20             Are the schools -- or is the regional GNETS        04:05PM

21  program or -- excuse me.  Scratch that.                       04:05PM

22             Is the regional GNETS program doing                04:05PM

23  anything to assist in preparing the personnel for             04:05PM

24  successful integration of the students back to their          04:05PM

25  home schools?                                                 04:05PM



| | | |
|---|---|---|
| 1 | A.  Each individual program would be responsible | 04:05PM |
| 2 | for doing that preparation, whatever that entails. | 04:06PM |
| 3 | Q.  Does GaDOE provide information or tips or | 04:06PM |
| 4 | techniques on that? | 04:06PM |
| 5 | A.  On -- for personnel? | 04:06PM |
| 6 | Q.  Yes. | 04:06PM |
| 7 | A.  To support -- personnel receive training on | 04:06PM |
| 8 | moving students within the continuum through their LEAs, | 04:06PM |
| 9 | so whether that's GNETS whether that's going from a self | 04:06PM |
| 10 | contain to a co teaching, that's all support that is | 04:06PM |
| 11 | provided within the LEAs for teachers. | 04:06PM |
| 12 | Q.  Okay. | 04:06PM |
| 13 | MS. TUCKER:  Are we on Exhibit 440? | 04:07PM |
| 14 | THE COURT REPORTER:  Yes. | 04:07PM |
| 15 | MS. TUCKER:  Okay.  I'd like to introduce | 04:07PM |
| 16 | this as Plaintiff's Exhibit 440. | 04:07PM |
| 17 | (Plaintiff's Exhibit 440 marked as | 04:07PM |
| 18 | identification.) | 04:07PM |
| 19 | Q.  BY MS. TUCKER:  Dr. Stevenson, do you see the | 04:07PM |
| 20 | Bates number on the bottom of this document is | 04:07PM |
| 21 | GA00940369.  It's an October 2nd, 2018 e-mail from | 04:07PM |
| 22 | Vickie Cleveland to the regional GNETS program | 04:07PM |
| 23 | directors.  And you were cc'd with a subject of: | 04:07PM |
| 24 | "Congratulations." | 04:07PM |
| 25 | A.  Yes. | 04:07PM |



| | |
|---|---|
| 1 | Q. Okay. Do you recognize this e-mail? | 04:07PM |
| 2 | A. I do. | 04:07PM |
| 3 | Q. Okay. Earlier we agreed that you applied for | 04:07PM |
| 4 | the position of GNETS program specialist in July -- on | 04:08PM |
| 5 | July 30th, 2018, correct? | 04:08PM |
| 6 | A. Yes. | 04:08PM |
| 7 | Q. Okay. Would I be correct that you then were | 04:08PM |
| 8 | officially on board as of October 2nd, 2018, given this | 04:08PM |
| 9 | e-mail? | 04:08PM |
| 10 | A. Yes. | 04:08PM |
| 11 | Q. Okay. I just know you were curious about | 04:08PM |
| 12 | dates, so -- | 04:08PM |
| 13 | A. Yes. I didn't remember. | 04:08PM |
| 14 | Q. Do you think you started before this or do you | 04:08PM |
| 15 | think this was your first day? | 04:08PM |
| 16 | A. I don't know. This is probably my first day, | 04:08PM |
| 17 | maybe. | 04:08PM |
| 18 | Q. Okay. So you likely became GNETS program | 04:08PM |
| 19 | specialist on or around October 2nd, 2018? | 04:08PM |
| 20 | A. Yes, because she might have sent this out on | 04:08PM |
| 21 | the 2nd, but I might have started on the 1st or the | 04:08PM |
| 22 | 30th -- | 04:08PM |
| 23 | Q. Or September 30th or something? | 04:08PM |
| 24 | A. Yes. | 04:08PM |
| 25 | Q. Okay. Thank you. | 04:09PM |



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                          254

1              THE WITNESS:  And also, can we take a      04:09PM
2  break?                                                 04:09PM
3              MS. TUCKER:  No problem.                    04:09PM
4              THE VIDEOGRAPHER:  Stand by.                04:09PM
5              MS. TUCKER:  Do you want to come back in 10  04:09PM
6  minutes?                                               04:09PM
7              MS. JOHNSON:  Yes.                           04:09PM
8              THE VIDEOGRAPHER:  Off the record at 4:10.  04:09PM
9              (Off the record at 4:10 p.m.)              04:09PM
10             THE VIDEOGRAPHER:  Stand by.  Back on the   04:18PM
11 record at 4:20 p.m.                                    04:19PM
12    Q.  BY MS. TUCKER:  Hi, Dr. Stevenson.  Are you     04:19PM
13 familiar with The New Yorker's magazine article on GNETS  04:19PM
14 from 2018 titled:  "Georgia's Separate and unequal     04:19PM
15 Special Education system"?                             04:19PM
16    A.  Yes.                                            04:19PM
17    Q.  How were you made aware of this article?        04:19PM
18    A.  Someone told me about it.  It might have been   04:19PM
19 Vickie.                                                04:19PM
20    Q.  Okay.  What did you think of the article?       04:19PM
21    A.  I'm trying to think about --                    04:19PM
22    Q.  Here.  I can --                                 04:19PM
23             MS. TUCKER:  This was what was already      04:19PM
24 introduced as Plaintiff Exhibit 397.                   04:19PM
25             (Previously marked Exhibit 397 introduced   04:20PM



1  into evidence.)                                                03:54PM

2      Q.  BY MS. TUCKER:  This is a September 25th, 2018        04:20PM

3  e-mail from Vickie Cleveland to the GNETS directors          04:20PM

4  forwarding The New Yorker article.                           04:20PM

5      Q.  And The New Yorker article is behind it.             04:20PM

6      A.  (Witness examining document.)  I thought it          04:20PM

7  was -- I don't know.  I mean, I don't know what I            04:20PM

8  thought.  What did I think?  I thought it was a -- I         04:20PM

9  don't know.  I really don't remember what I thought          04:21PM

10 about it, but if I could try to remember after reading       04:21PM

11 it.  It's been a long time since I read it, so... I          04:21PM

12 don't know.                                                  04:21PM

13     Q.  Do you recall if there were any conversations        04:21PM

14 within GaDOE about the article?                              04:21PM

15     A.  I don't.                                             04:21PM

16     Q.  Did the articles allegations prompt any              04:21PM

17 research into any of the regional GNETS programs by          04:21PM

18 GaDOE?                                                       04:21PM

19     A.  I'm not sure.                                        04:21PM

20     Q.  Did it prompt any conversations with regional        04:22PM

21 GNETS programs by GaDOE?                                     04:22PM

22         MS. JOHNSON:  Objection.                             04:22PM

23         THE WITNESS:  I don't know.                          04:22PM

24     Q.  BY MS. TUCKER:  Did you participate in any           04:22PM

25 conversations with regional GNETS programs regarding the     04:22PM



 1  article?                                                    04:22PM

 2      A.  No.                                                  04:22PM

 3      Q.  Do Georgia charter schools refer students to        04:22PM

 4  GNETS?                                                      04:22PM

 5      A.  They are LEAs.                                       04:22PM

 6      Q.  Can you elaborate charter schools are LEA?          04:22PM

 7      A.  Charter schools are their own LEAs, so LEAs         04:22PM

 8  have the ability to send students to GNETS.                 04:22PM

 9      Q.  Is the process different for charter schools?       04:22PM

10      A.  It's still a decision made within a IEP             04:22PM

11  meeting.                                                    04:22PM

12          MS. TUCKER:  Okay.  I'd like to hand the            04:23PM

13  Court Reporter what will be Plaintiff's Exhibit 441.        04:23PM

14          (Plaintiff's Exhibit 441 marked for                04:23PM

15  identification.)                                            04:23PM

16      Q.  BY MS. TUCKER:  The Bates number on the first       04:23PM

17  page of this document is GA00944717.  This is a             04:23PM

18  March 7th, 2019 e-mail from you to Vickie Cleveland with    04:23PM

19  the subject:  "Charter list."  And there's one              04:23PM

20  attachment.                                                 04:23PM

21      A.  (Witness examining document.)                       04:23PM

22      Q.  Dr. Stevenson, do you recognize this e-mail?        04:23PM

23      A.  Yes.                                                04:23PM

24      Q.  Do you see where you ask Vickie Cleveland to        04:23PM

25  take a look at the list?                                    04:24PM



| | | |
|---|---|---|
| 1 | A.  Yes. | 04:23PM |
| 2 | Q.  Okay.  So let's turn to that list, which is the | 04:24PM |
| 3 | attachment which begins on GA00944718. | 04:24PM |
| 4 | A.  Yes. | 04:24PM |
| 5 | Q.  Do you recognize this chart? | 04:24PM |
| 6 | A.  I do. | 04:24PM |
| 7 | Q.  The top reads:  "GNETS list for charter | 04:24PM |
| 8 | schools." | 04:24PM |
| 9 | A.  Yes. | 04:24PM |
| 10 | Q.  Did you create this chart? | 04:24PM |
| 11 | A.  Possibly.  Yes.  I think so. | 04:24PM |
| 12 | Q.  What does this chart reflect? | 04:24PM |
| 13 | A.  The region in which the charter school is | 04:24PM |
| 14 | located.  So if a student came from Atlanta Heights | 04:24PM |
| 15 | Charter they would go to North Metro based on the | 04:24PM |
| 16 | location of the charter school. | 04:24PM |
| 17 | Q.  Got it.  So there are only four of the 24 | 04:24PM |
| 18 | regional GNETS programs represented on this chart, | 04:24PM |
| 19 | correct? | 04:24PM |
| 20 | A.  Right. | 04:24PM |
| 21 | Q.  Do the other 20 regional GNETS programs have | 04:24PM |
| 22 | charter schools within that send students to GNETS? | 04:24PM |
| 23 | A.  Yes.  This is probably not the full list. | 04:25PM |
| 24 | Q.  It's not complete? | 04:25PM |
| 25 | A.  Right. | 04:25PM |



1    Q.  Why did you create this chart?                    04:25PM

2    A.  Because if a student -- sometimes we get calls    04:25PM

3  from charter schools and they don't know what GNETS that 04:25PM

4  their students would go to, so instead of trying to look 04:25PM

5  it up every time, we would have a chart that we can just 04:25PM

6  go to and say what charter school are you from, this is  04:25PM

7  the GNETS that serves your school.                       04:25PM

8    Q.  Okay.  Is it -- since they're their own school    04:25PM

9  district, correct?                                       04:25PM

10    A.  Yes.                                              04:25PM

11    Q.  The charter school?                               04:25PM

12    A.  They're there own LEA.                            04:25PM

13    Q.  So how do you know that Genesis Innovation        04:25PM

14  Academy would go to North Metro GNETS if it's its own   04:25PM

15  LEA?                                                    04:25PM

16    A.  Because it's within the North Metro GNETS         04:25PM

17  service area or region.                                 04:25PM

18    Q.  The geographic bounds?                            04:25PM

19    A.  Within that -- North Metro is within I forget     04:25PM

20  which RESA -- it's within that RESA area that North     04:26PM

21  Metro serves.                                           04:26PM

22    Q.  Are these state charter schools?                  04:26PM

23    A.  I don't know.  They could be state or they        04:26PM

24  could be whatever the -- I'm not familiar with the      04:26PM

25  different types of charter schools, so I don't know.    04:26PM



1    Q.  Okay.  Going back to your e-mail, do you see          04:26PM

2   where you wrote, "Also we listed the cyber schools but     04:26PM

3   since cyber is statewide, should we remove them from the   04:26PM

4   list"?                                                     04:26PM

5    A.  Mm-hmm.                                                04:26PM

6    Q.  Who is "we" in your sentence?                         04:26PM

7    A.  We, Vickie and I.                                     04:26PM

8    Q.  Can you clarify what you meant by whether we          04:26PM

9   remove cyber schools from the list?                        04:26PM

10    A.  So Cyber serves the whole state.  So if a kid        04:26PM

11   is in Savannah, they wouldn't go to North Metro so we     04:26PM

12   shouldn't put them on the list under any specific         04:27PM

13   program, there should be -- and I think on the one        04:27PM

14   there's an asterisk that says cyber because it wouldn't   04:27PM

15   make sense to assign them to a specific one when they     04:27PM

16   serve the whole state.                                    04:27PM

17    Q.  Okay.  So there's a final document that you          04:27PM

18   refer to?                                                 04:27PM

19    A.  There might be.  I'm not sure.  I feel like          04:27PM

20   there is but I don't remember.                            04:27PM

21    Q.  So if a charter school calls you, it sounded         04:27PM

22   like you wanted to use this as a resource, you're not     04:27PM

23   sure if that resource exists?                             04:27PM

24    A.  I'm not sure if I completed the resource, but        04:27PM

25   if they called me at this point and I don't have the      04:27PM



1  resource, I would just see where they're located and     04:27PM

2  look and see what GNETS student should go to.            04:27PM

3       Q.  Going back to the Georgia Cyber Academy.  If a  04:27PM

4  student who was in Georgia Cyber Academy needed GNETS    04:27PM

5  services, how would that happen?                         04:27PM

6       A.  I don't know.  That's discussed within the IEP  04:27PM

7  meeting.  I've never been involved in a conversation     04:28PM

8  like that so I don't know.                               04:28PM

9       Q.  Have you had any conversations with Georgia     04:28PM

10 Cyber Academy about GNETS?                                04:28PM

11      A.  I have not.                                      04:28PM

12      Q.  Does GNETS provide services to State's DJJ       04:28PM

13 schools?                                                  04:28PM

14      A.  I don't know.                                    04:28PM

15      Q.  The Department of Juvenile Justice schools?      04:28PM

16      A.  I know what that is but I don't know if we do.   04:28PM

17      Q.  You're not sure how that works?                  04:28PM

18      A.  Not I'm not.  Not specific to DJJ, no I'm not.   04:28PM

19           MS. TUCKER:  Okay.  I'd like the Court          04:28PM

20 Reporter to mark this document as plaintiff's            04:28PM

21 Exhibit 442.                                              04:28PM

22           (Plaintiff's Exhibit 442 marked for            04:29PM

23 identification.)                                          04:29PM

24      Q.  BY MS. TUCKER:  The Bates number on the bottom   04:29PM

25 of this document reads GA00957816.  It is a June 30th,   04:29PM



1  2020, e-mail from you to Vickie Cleveland with the          04:29PM

2  subject:  "Coastal Georgia Comprehensive Academy-Home."     04:29PM

3            Dr. Stevenson, do you recognize this              04:29PM

4  e-mail?                                                      04:29PM

5       A.  I do.                                              04:29PM

6       Q.  In this e-mail, am I correct that you advised      04:29PM

7  Vickie Cleveland that Coastal Georgia Comprehensive         04:29PM

8  Academy's website contains outdated information about       04:29PM

9  GNETS?                                                      04:29PM

10      A.  Yes.                                               04:29PM

11      Q.  And Coastal Georgia Comprehensive Academy is       04:29PM

12 one of the 24 regional GNETS programs?                      04:29PM

13      A.  Yes.                                               04:29PM

14      Q.  What outdated information did this program have     04:29PM

15 on its website?                                             04:29PM

16      A.  I would need the rest of the e-mail to know.       04:29PM

17      Q.  This is the entirety of the e-mail?                04:30PM

18      A.  That's it?                                         04:30PM

19      Q.  This was how it was produced to us in full.        04:30PM

20      A.  I don't know.                                      04:30PM

21      Q.  Okay.  You noticed outdated information on         04:30PM

22 their website, is that correct, from this e-mail?           04:30PM

23      A.  From the e-mail, yes.                              04:30PM

24      Q.  And again, do you have any reason to doubt this    04:30PM

25 e-mail?                                                     04:30PM



LAKESHA STEVENSON                           September 22, 2022
UNITED STATES vs STATE OF GEORGIA                           262

1        A.  I do not.                                       04:30PM

2        Q.  What steps do you take or what steps did you   04:30PM

3   take?                                                   04:30PM

4        A.  I shared it with Vickie.                       04:30PM

5        Q.  Did you contact Coastal Georgia Comprehensive  04:30PM

6   Academy?                                                04:30PM

7        A.  I don't recall if I did.  I'm sure if I didn't,  04:30PM

8   Vickie did since I sent it to her.                      04:30PM

9        Q.  Do you regularly monitor the regional GNETS    04:30PM

10  programs website?                                       04:30PM

11       A.  No.                                            04:30PM

12       Q.  Did you stumble on this then?                  04:30PM

13       A.  I think I was looking for -- sometimes I might  04:30PM

14  not have like a name or something and I might look to   04:30PM

15  see on the website and I probably stumbled across it.   04:31PM

16            MS. TUCKER:  Okay.  I'd like the Court         04:31PM

17  Reporter to mark this document as Plaintiff's           04:31PM

18  Exhibit 443.                                            04:31PM

19            (Plaintiff's Exhibit 443 marked for           04:31PM

20  identification.)                                        04:31PM

21       Q.  BY MS. TUCKER:  Okay.  The Bates on the bottom  04:31PM

22  of this documents reads GA -- hold on.  GA00957939.     04:31PM

23  This is July 6th, 2020 e-mail from you to Vickie        04:31PM

24  Cleveland with a subject:  "Website updates."  There is  04:32PM

25  one attachment.                                         04:32PM



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              263

1       A.  (Witness examining document.)                    04:32PM

2       Q.  Dr. Stevenson, do you recognize this e-mail?    04:32PM

3       A.  I do.                                            04:32PM

4       Q.  Am I correct that you were providing edits to   04:32PM

5  GaDOE GNETS website or web page, excuse me?              04:32PM

6       A.  Yes.                                             04:32PM

7       Q.  Is it part of your job to manage the GNETS web  04:32PM

8  page within GaDOE's website?                             04:32PM

9       A.  Not to manage it, no.                           04:32PM

10      Q.  Is it one of your responsibilities to           04:32PM

11  provide --                                               04:32PM

12      A.  I provide.                                       04:32PM

13      Q.  Please go ahead.                                04:32PM

14      A.  I'm sorry I was talking over you.  My           04:32PM

15  apologies.                                               04:32PM

16      Q.  Is it one of your responsibilities to provide  04:32PM

17  updates to the GNETS web page within GaDOE's website?   04:32PM

18      A.  As directed by the program manager, Vickie     04:32PM

19  Cleveland.                                               04:32PM

20      Q.  Do you ever look at it yourself and proactively 04:32PM

21  think, I need to make a change?                          04:32PM

22      A.  If I do, I'll go Vickie to discuss.             04:32PM

23      Q.  And Vickie is the ultimate approval?           04:33PM

24      A.  I'm not sure if she has to send it to someone  04:33PM

25  else, but that's who I send it to.                       04:33PM



1      Q.  Here you say you removed, "Program" from the    04:33PM

2   website.  Do you see that?    04:33PM

3      A.  Yes.    04:33PM

4      Q.  Why is that?    04:33PM

5      A.  Because when looking at the Georgia Network of    04:33PM

6   Education and Therapeutic Supports is the title, so we    04:33PM

7   were just wondering why do we have program afterwards.    04:33PM

8   GNETS encompasses all 24 programs so why not just say    04:33PM

9   GNETS.    04:33PM

10     Q.  Okay.  Do you see where you then write:  "I    04:33PM

11  just finished reviewing each GNETS site web page and    04:33PM

12  making notes"?    04:33PM

13     A.  Mm-hmm.    04:33PM

14     Q.  And is this something that you regularly do?    04:33PM

15     A.  No.    04:33PM

16     Q.  You were directed to do it?    04:33PM

17     A.  Probably.    04:34PM

18     Q.  Who directed you?    04:34PM

19     A.  Vickie.    04:34PM

20     Q.  What were you looking for in this review?    04:34PM

21     A.  I'm not sure.    04:34PM

22     Q.  And you were making notes?    04:34PM

23     A.  I was making notes of those people who probably    04:34PM

24  needed to make changes.    04:34PM

25     Q.  You then write:  "I was going to wait until we    04:34PM



1   updated our website before I made the calls to them,        04:34PM

2   them being the regional programs"; is that correct?         04:34PM

3        A.  That is correct.                                    04:34PM

4        Q.  "I was going to let them know we have also made     04:34PM

5   updates and they can refer to our site for the exact        04:34PM

6   wording when they update their web sites"; is that          04:34PM

7   correct?                                                     04:34PM

8        A.  Yes.                                                04:34PM

9        Q.  Is that to ensure consistency?                      04:34PM

10       A.  Or to make sure they don't have incorrect           04:34PM

11  information.  Yes.                                           04:34PM

12       Q.  Do you recall what exactly you were looking for     04:34PM

13  on the regional GNETS program web sites?                     04:34PM

14       A.  I don't.                                            04:34PM

15       Q.  Do you recall whether the regional GNETS            04:34PM

16  programs then implemented the feedback?                      04:35PM

17       A.  I'm not sure.                                       04:35PM

18       Q.  Did you look again to make -- to confirm            04:35PM

19  whether there was incorrect information, that was           04:35PM

20  something you were doing?                                    04:35PM

21       A.  I don't know if -- if and when I did, I             04:35PM

22  couldn't give you a time because I don't remember.          04:35PM

23       Q.  Have you looked in the last six months on GNETS     04:35PM

24  -- regional GNETS program web sites?                        04:35PM

25       A.  No.                                                 04:35PM



1    Q.  In the last six months?                              04:35PM

2    A.  (Nodding no.)                                        04:35PM

3    Q.  In the last year?                                    04:35PM

4    A.  Maybe.  I don't know.                                04:35PM

5    Q.  The last sentence reads:  "Just trying to think      04:35PM

6    ahead of them"?                                          04:35PM

7    A.  Mm-hmm.                                              04:35PM

8    Q.  What did you mean here?                              04:35PM

9    A.  The GNETS directors because if we tell them to       04:35PM

10   do it and then they're like well what should we put if   04:35PM

11   what I have is wrong, then we'll already have something  04:35PM

12   to share with them.                                      04:35PM

13   Q.  Thank you.                                           04:35PM

14   A.  Mm-hmm.                                              04:35PM

15       MS. TUCKER:  I'd like the Court Reporter to          04:35PM

16   mark this document as Plaintiff's Exhibit 444.           04:35PM

17       (Plaintiff's Exhibit 444 marked for                 04:36PM

18   identification.)                                         04:36PM

19   Q.  BY MS. TUCKER:  The Bates number on the first        04:36PM

20   page of this document is GA00952856.  This is an e-mail  04:36PM

21   dated October 15th, 2019, from you to Vickie Cleveland.  04:36PM

22   There is no subject but there are four attachments.      04:36PM

23   A.  (Witness examining document.)                        04:36PM

24   Q.  Dr. Stevenson, do you recognize this e-mail and      04:36PM

25   these attachments?                                       04:36PM



1        A.  I see the e-mail, so yes.  And I'm trying to        04:36PM

2    see if looking at the attachments will jog my memory.       04:37PM

3    Yes.                                                        04:37PM

4        Q.  Let's look at the first attachment which starts     04:37PM

5    with GAOO952857.  Do you see that document?                04:37PM

6        A.  I do.                                               04:37PM

7        Q.  And you recognize this document?                   04:37PM

8        A.  I do.                                               04:37PM

9        Q.  And I'm correct that the top reads:  "Feedback     04:37PM

10   form, Special Education director"?                         04:37PM

11       A.  Yes.                                                04:37PM

12       Q.  Did you create this document?                      04:37PM

13       A.  I did not.                                          04:37PM

14       Q.  Who created it?                                     04:37PM

15       A.  This was a form GLRS, and I think it was two        04:37PM

16   district liaisons and it was being spearheaded by GLRS,     04:37PM

17   and the GLRS program manager at the state wanted            04:37PM

18   collaboration for GLRS to have one pagers for -- to give    04:37PM

19   to special Ed directors and for different                  04:37PM

20   transportation, what it says on the e-mail.  So I did       04:38PM

21   not create the form but I was in the -- a few of the        04:38PM

22   meetings when they were working on the form.  So I sent     04:38PM

23   this to Vickie because she was not in those meetings        04:38PM

24   with the other district liaisons and program              04:38PM

25   specialists.                                                04:38PM



1    Q.  So these were meetings that you attended with          04:38PM
2  GLRS?                                                        04:38PM
3    A.  With GLR -- well, it wasn't all GLRS people, I        04:38PM
4  don't remember who specifically.  And I think it was one    04:38PM
5  or two district liaisons and they were coming up with       04:38PM
6  this, but I didn't create the form, no.                     04:38PM
7    Q.  Did you provide feedback on the form?                 04:38PM
8    A.  If asked.                                             04:38PM
9    Q.  Do you recall whether you or Vickie sought to         04:37PM
10  provide feedback?                                           04:39PM
11    A.  I mean, yes, if they asked then we did for           04:39PM
12  sure.                                                       04:39PM
13    Q.  Okay.                                                04:39PM
14    A.  But I couldn't tell you what specifically I          04:39PM
15  said or anything like that.  But definitely it was a        04:39PM
16  conversation.                                               04:39PM
17    Q.  If you turn to the next page do you see where        04:39PM
18  it reads:  "How do I know when I need to contact the        04:39PM
19  GNETS program about student concerns?"                      04:39PM
20    A.  Yes.  Yes.                                           04:39PM
21    Q.  So was this question that was added to this one      04:39PM
22  pager something that GLRS discussed with you or Vickie      04:39PM
23  given you were, you know, or the GNETS program manager      04:39PM
24  and program specialist?                                     04:39PM
25    A.  Well, these were drafts so these were things         04:39PM



LAKESHA STEVENSON                                  September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              269

 1  that were in constant conversation.                          04:39PM

 2      Q.   Mm-hmm.                                             04:39PM

 3      A.   So these were not ever final and these never --     04:39PM

 4  these are not -- these were not ever finalized.              04:39PM

 5      Q.   Never finalized?                                    04:39PM

 6      A.   No.                                                 04:39PM

 7      Q.   Okay.  Is there anything similar to -- similar      04:39PM

 8  for the LEAs that has been created by GLRS or by you or      04:40PM

 9  Vickie as GNETS program manager and program specialist?      04:40PM

10      A.   No.                                                 04:40PM

11      Q.   Dr. Stevenson --                                    04:40PM

12           MS. TUCKER:  Well, yes, the Court Reporter,         04:40PM

13  I'm going to hand this over, and if you can mark this as     04:40PM

14  445, Plaintiff's Exhibit 445.                                04:40PM

15           (Plaintiff's Exhibit 445 marked for                04:40PM

16  identification.)                                             04:40PM

17      Q.   BY MS. TUCKER:  The Bates number on the bottom      04:40PM

18  of this first page reads GA00958932.  This is an e-mail      04:40PM

19  thread with the most represent e-mail dated August 5th,      04:41PM

20  2020, from you to Vickie Cleveland with the subject:         04:41PM

21  "NM GNETS survey."  There is one attachment.                 04:41PM

22      A.   (Witness examining document.)                       04:41PM

23      Q.   Dr. Stevenson, do you recognize this e-mail?        04:41PM

24      A.   I do.                                               04:41PM

25      Q.   I'm sorry?                                          04:41PM



1     A.  I do.                                              04:41PM

2     Q.  Okay.  And then looking at the earliest e-mail     04:41PM

3  in the chain, am I correct that you're writing to the    04:41PM

4  North Metro regional GNETS program director and asking   04:41PM

5  how they're providing services through GNETS; I mean,    04:41PM

6  services during COVID?                                   04:41PM

7     A.  Yes.                                              04:41PM

8     Q.  I know this is to the North Metro program.  Did    04:41PM

9  you write a similar e-mail to all regional GNETS         04:41PM

10 programs?                                                04:41PM

11    A.  Yes.                                              04:41PM

12    Q.  Okay.  Let's look at the attachment, which my      04:41PM

13 colleague will bring up electronically, which begins     04:41PM

14 with GA00958934.                                         04:42PM

15    A.  I see it.                                          04:42PM

16    Q.  You see it?                                        04:42PM

17    A.  Yes.                                              04:42PM

18    Q.  Okay.  Mine is still loading.                      04:42PM

19          Am I correct that this spreadsheet details       04:42PM

20 how the regional GNETS programs plan to provide          04:42PM

21 instruction and services during the COVID-19 pandemic?   04:42PM

22    A.  Yes.                                              04:42PM

23    Q.  Were you directed to make this spreadsheet?        04:42PM

24    A.  Yes.                                              04:42PM

25    Q.  By whom?                                          04:42PM



1     A.  Vickie Cleveland.                                        04:42PM

2     Q.  Okay.  What did GaDOE do with this information?         04:42PM

3     A.  This was not just a GNETS specific initiative.          04:42PM

4  This was something that all of the LEAs had to do             04:42PM

5  regarding special education for the state.  So not just       04:42PM

6  GNETS programs LEAs, special education as well.               04:42PM

7     Q.  Did the LEAs also contact GNETS programs that           04:43PM

8  sat within them?                                              04:43PM

9     A.  I'm not sure.                                          04:43PM

10    Q.  But you contacted all the GNETS programs?               04:43PM

11    A.  Because we had to let them know they needed to          04:43PM

12 complete it.  I'm sure -- I'm not sure, I'm not going to      04:43PM

13 say I'm sure but the special directors probably reached       04:43PM

14 out as well.                                                  04:43PM

15    Q.  What did GaDOE do with this information?                04:43PM

16    A.  I have no idea.  I just submitted it.                   04:43PM

17    Q.  Did you, again, ask the regional GNETS program         04:43PM

18 these questions or was it just a one time?                    04:43PM

19    A.  No. That was just for COVID in August.                 04:43PM

20    Q.  Okay.  And you didn't ask again during the             04:43PM

21 pandemic?                                                     04:43PM

22    A.  Not if I wasn't asked to, and I don't recall           04:43PM

23 being asked to do that.                                       04:43PM

24    Q.  Did you get a lot of questions or did you get          04:43PM

25 questions from the regional GNETS programs regarding         04:43PM



1  COVID and how to serve students?                    04:44PM

2       A.  There was a lot of webinars and things that  04:44PM

3  came from the state directly to special Ed directors and  04:44PM

4  GNETS directors within the state directors meetings that  04:44PM

5  they gave specific information on, so it was to all --  04:44PM

6  not specific to GNETS.                               04:44PM

7       Q.  Did any GNETS director reach out to you      04:44PM

8  specifically with questions?                         04:44PM

9       A.  No.                                         04:44PM

10      Q.  Did you and Vickie provide any technical     04:44PM

11  assistance to regional GNETS programs during the    04:44PM

12  COVID-19 pandemic about how to serve students?      04:44PM

13      A.  That was done through the special Ed division,  04:44PM

14  general supervision, so for everyone.               04:44PM

15      Q.  So what type of supports were provided at that  04:44PM

16  time from GaDOE to everyone?                        04:44PM

17      A.  I'm not sure.                               04:44PM

18      Q.  Earlier I asked a question of whether it would  04:44PM

19  be helpful to track the progress of students once they  04:45PM

20  return -- or once they go to their home school from  04:45PM

21  GNETS, do you recall that?                          04:45PM

22      A.  Yes.                                        04:45PM

23      Q.  And you said you wanted to think about it --  04:45PM

24      A.  Mm-hmm.                                     04:45PM

25      Q.  -- and for me to come back to it?           04:45PM



1      A.  So can you provide me a little bit more clarity      04:45PM
2  on that.                                                     04:45PM
3      Q.  Sure.  I had asked you whether you and Vickie,       04:45PM
4  in the GNETS program, at the state track information         04:45PM
5  about students who exit GNETS and their success once         04:45PM
6  they exit, and I -- do you recall that question?             04:45PM
7      A.  I do.  Can I ask a clarifying question?              04:45PM
8      Q.  Sure.                                                04:45PM
9      A.  When you say "success," what do you mean by          04:45PM
10 success?                                                     04:45PM
11     Q.  Academic progress, ability to stay in their         04:45PM
12 home schools with proper services and supports?             04:45PM
13     A.  Okay.                                                04:45PM
14     Q.  Do you think it would be helpful to track the       04:45PM
15 progress of students once they return to Gen Ed from        04:46PM
16 GNETS?                                                       04:46PM
17               MS. JOHNSON:  Objection.                       04:46PM
18               THE WITNESS:  And also they may not            04:46PM
19 necessarily be in GNETS.                                     04:46PM
20     Q.  BY MS. TUCKER:  I'm asking about those who are       04:46PM
21 in Gen Ed?                                                   04:46PM
22     A.  Oh.  I'm not sure.  Maybe.                           04:46PM
23     Q.  Why maybe?                                           04:46PM
24     A.  I mean, I think the LEAs should know which           04:46PM
25 students are moving back, because they're within their      04:46PM



1  LEA, so I think it might be good to know for that          04:46PM

2  reason, but --                                             04:46PM

3       Q.  But you as --                                     04:46PM

4       A.  -- that's a very -- that's a very -- what's the   04:46PM

5  word I'm trying to think of.  That's a very -- that's a    04:47PM

6  question that I would really need to spend some time       04:47PM

7  with my thoughts.                                          04:47PM

8       Q.  Okay.  And I understand that you're saying you    04:47PM

9  think it's important for the LEAs, but for you as GNETS    04:47PM

10 program specialist or Vickie as GNETS program manager?     04:47PM

11      A.  I think it's important for a child to be          04:47PM

12 successful no matter where they are.                       04:47PM

13      Q.  Earlier you also asked me to come back to         04:47PM

14 another question.  I asked you whether it's important      04:47PM

15 for students to have access to playground, science lab,    04:47PM

16 art rooms, music rooms?                                    04:47PM

17      A.  Mm-hmm.                                           04:47PM

18      Q.  Do you recall that?                               04:47PM

19      A.  I do.                                             04:47PM

20      Q.  Do you have an opinion on whether it's            04:47PM

21 important for students to have access to those             04:47PM

22 playgrounds, science labs, art rooms and music rooms?      04:47PM

23           MS. JOHNSON:  Objection.                         04:48PM

24           THE WITNESS:  There are many students in         04:47PM

25 Georgia who are in regular schools and don't have access   04:47PM



 1  to those things.  So inequality exists in all areas.            04:48PM

 2      Q.  BY MS. TUCKER:  I understand what you're                04:48PM

 3  saying, but I'd like for you to answer the question.  Do        04:48PM

 4  you think whether it's important for students to have           04:48PM

 5  access to playgrounds, science labs, art rooms and music        04:48PM

 6  rooms?                                                          04:48PM

 7              MS. JOHNSON:  Objection.                            04:48PM

 8              THE WITNESS:  I think it's important for            04:48PM

 9  students to have access to things that are going to help        04:48PM

10  them to be successful in their individual IEP plans.            04:48PM

11      Q.  BY MS. TUCKER:  Do you think that these would           04:48PM

12  help a student be successful?                                   04:48PM

13              MS. JOHNSON:  Objection.                            04:48PM

14              THE WITNESS:  I think that's based on the           04:48PM

15  student.                                                        04:48PM

16      Q.  BY MS. TUCKER:  And so given your time as a             04:48PM

17  special education teacher, a special education lead --          04:48PM

18      A.  Mm-hmm.                                                 04:48PM

19      Q.  -- if your schools didn't have a playground or         04:48PM

20  a science lab or art room or music room, would that have        04:48PM

21  concerned you?                                                  04:48PM

22      A.  I've --                                                 04:48PM

23              MS. JOHNSON:  Objection.                            04:48PM

24              THE WITNESS:  I've taught in schools where          04:48PM

25  we didn't have those things, so...                              04:49PM



1    Q.  BY MS. TUCKER:  Did that raise concerns for          04:49PM

2  you?          04:49PM

3    A.   The students still received recess; the          04:48PM

4  students still received art; the students still received          04:48PM

5  music, they just didn't receive it in a specified room.          04:49PM

6  The art teacher pushed into the classroom; the music          04:49PM

7  teacher pushed into the classroom.  We did recess in a          04:49PM

8  gym or we did recess outside, so they still had it, they          04:49PM

9  just didn't have it in a specified area.          04:49PM

10    Q.   Okay.  Are there children that would not          04:49PM

11  benefit from playgrounds, science labs, art rooms or          04:49PM

12  music rooms?          04:49PM

13            MS. JOHNSON:  Objection.          04:49PM

14            THE WITNESS:  I think it just depends on          04:49PM

15  the student.          04:49PM

16    Q.  BY MS. TUCKER:  Earlier I referenced a 2010          04:49PM

17  audit.          04:49PM

18    A.   Mm-hmm.          04:49PM

19    Q.   And you did -- am I correct that you were not          04:49PM

20  familiar with it?          04:49PM

21    A.   No, I'm not.          04:49PM

22    Q.   Have you heard about -- have you ever heard of          04:49PM

23  a 2010 audit of the GNETS program?          04:49PM

24    A.   I've heard it in reference to people saying the          04:49PM

25  2010 audit of the GNETS program, but I've never seen it          04:50PM



1  or no one has ever had any discussion with me about it.     04:50PM

2      Q.  Or how that has potentially shaped your current     04:50PM

3  responsibilities?                                            04:50PM

4      A.  Not that I can recall.                               04:50PM

5      Q.  Earlier we were talking about i-Ready?               04:50PM

6      A.  Mm-hmm.                                              04:50PM

7      Q.  And you mentioned there was one LEA that pays        04:50PM

8  for i-Ready?                                                 04:50PM

9      A.  Yes.  Yes.                                           04:50PM

10     Q.  On itself?                                           04:50PM

11     A.  Yes.                                                 04:50PM

12     Q.  The GaDOE funds, the regional GNETS programs,        04:50PM

13  i-Ready accounts, except for those that are in              04:50PM

14  Savannah-Chatham, is that correct?                          04:50PM

15     A.  Yes.                                                 04:50PM

16     Q.  Okay.  Am I correct that you've said it's            04:50PM

17  because Savannah-Chatham has i-Ready for all its            04:50PM

18  students?                                                   04:50PM

19     A.  Yes.  And they offered to pay for it.  I guess       04:50PM

20  that's an in-kind service for that particular -- for        04:50PM

21  their program because Savannah-Chatham only serves          04:50PM

22  Savannah-Chatham kids.  So there are no other LEAs at       04:50PM

23  Savannah-Chatham GNETS, but Savannah-Chatham kids.          04:51PM

24     Q.  Are they everywhere else besides                     04:51PM

25  Savannah-Chatham?  If i-Ready is used, is that only for     04:51PM



LAKESHA STEVENSON                                September 22, 2022
UNITED STATES vs STATE OF GEORGIA                            278

1  GNETS students then?                                    04:51PM

2           MS. JOHNSON:  Objection.                       04:51PM

3           THE WITNESS:  Not necessarily.                 04:51PM

4      Q.  BY MS. TUCKER:  What do you mean by not         04:51PM

5  necessarily?                                            04:51PM

6      A.  I-Ready is a popular supplemental program, so   04:51PM

7  many LEAs use it.  So Savannah-Chatham just decided they 04:51PM

8  were going to pay for it, for that, their GNETS program. 04:51PM

9  But many LEAs use i-Ready.                              04:51PM

10     Q.  Okay.  Earlier when you were talking about the  04:51PM

11 GNETS program in general --                             04:51PM

12     A.  Mm-hmm.                                         04:51PM

13     Q.  -- you mentioned it was for severe and          04:51PM

14 behavioral concerns?                                    04:51PM

15     A.  Characteristics.                                04:51PM

16     Q.  Characteristic --                               04:51PM

17     A.  Characteristics of those.                       04:51PM

18     Q.  Okay.  So severe, emotional and behavioral      04:51PM

19 characteristics; is that correct?                       04:51PM

20     A.  Students who exhibit characteristics of severe  04:51PM

21 emotional behavior disorders.                           04:52PM

22     Q.  Is that different than having a EBD             04:52PM

23 designation?                                            04:52PM

24     A.  Some students cannot have a EBD designation but 04:52PM

25 have characteristics of EBD.                            04:52PM



LAKESHA STEVENSON                                    September 22, 2022
UNITED STATES vs STATE OF GEORGIA                                   279

1       Q.  Okay.  But severe behavorial and emotional          04:52PM

2   characteristics is not a known diagnosis or is it?          04:52PM

3       A.  It's a disability category.                         04:52PM

4       Q.  It is.  That's outside of EBD?                      04:52PM

5       A.  No.  I'm saying that EBD is a disability            04:52PM

6   category.                                                   04:52PM

7       Q.  Okay.                                               04:52PM

8       A.  Yes, it is.  That might not be a student's          04:52PM

9   primary, but it might be their secondary.                   04:52PM

10      Q.  Okay.  Do you consider GNETS to be on the           04:52PM

11  continuum of therapeutic services that the State of         04:52PM

12  Georgia offers to students?                                 04:52PM

13      A.  It's on the continuum of services for students      04:52PM

14  with IEPs.                                                  04:52PM

15          MS. JOHNSON:  Objection.                            04:52PM

16      Q.  BY MS. TUCKER:  I'd like to turn back to            04:53PM

17  Exhibit 421.                                                04:53PM

18      A.  (Witness complying.)                                04:53PM

19      Q.  Let me know when you have it.                       04:53PM

20      A.  (Witness complying.)                                04:53PM

21      Q.  Do you have it?                                     04:53PM

22      A.  I do.                                               04:53PM

23      Q.  Okay.  Would you turn to the second page with       04:53PM

24  GAOO953299, with the GNETS program specialist              04:53PM

25  responsibilities.                                           04:53PM



1    A.  Yes.                                              04:53PM

2    Q.  Okay.  There were a few of these that you        04:53PM

3  wanted to think about, so I wanted to go back to them.  04:53PM

4  Let's see.  On the devised GNETS staff and stakeholders 04:53PM

5  on State Board rules for GNETS, I think you had said you 04:54PM

6  wanted to come back to that.  But I wanted to confirm    04:54PM

7  whether you now think it's the GNETS rule that we        04:54PM

8  discussed later?                                         04:54PM

9    A.  (Witness examining document.)                     04:54PM

10         MS. JOHNSON:  Object to form.                    04:54PM

11    Q.  BY MS. TUCKER:  The bullet that reads:  "Advise   04:54PM

12  GNETS staff and stakeholders on State Board rule for    04:54PM

13  GNETS."  What does the State Board rule refer to?       04:54PM

14    A.  (Witness examining document.)  I mean, it says    04:54PM

15  the State Board rule for GNETS, so that's what I would  04:54PM

16  assume it's referring to.                               04:54PM

17    Q.  The GNETS rule?                                   04:54PM

18    A.  That would be my assumption.                      04:54PM

19    Q.  Okay.  And then the bullet that reads:            04:55PM

20  "Collaborate with GLRS PM on GNETS reintegration."  Do  04:55PM

21  you see that?                                           04:55PM

22    A.  I do.                                             04:55PM

23    Q.  We talked about a few other times about GLRS.     04:55PM

24  So what other -- what else do you work on with GLRS?    04:55PM

25    A.  Just that one document we discussed.              04:55PM



| 1 | Q.  That's it? | 04:55PM |
| 2 | A.  Yes. | 04:55PM |

3    Q.  Do you recall if any -- looking at this, do you    04:55PM

4  -- have you thoughts about the responsibilities that are    04:55PM

5  missing?    04:55PM

6    A.  (Witness examining document.)  To work on    04:55PM

7  request from lawsuit that is requested.    04:56PM

8    Q.  Fair.  Have you proposed recommendations to the    04:56PM

9  GNETS program in your role as GNETS program specialist?    04:56PM

10    A.  Recommendations to Vickie?    04:56PM

11    Q.  Yes.    04:56PM

12    A.  We've had discussions.    04:56PM

13    Q.  What were those discussions about?    04:56PM

14    A.  Various things.    04:56PM

15    Q.  Can you give me an example, Dr. Stevenson?    04:56PM

16    A.  Maybe allowing the programs to choose a    04:56PM

17  different supplemental instruction for older students    04:56PM

18  because feedback was received that they thought i-Ready    04:56PM

19  was a little babyish in the -- the interface.  So a lot    04:56PM

20  of the older kids didn't like to spend a lot of time on    04:57PM

21  it, so maybe looking at some of the supplemental    04:57PM

22  programs that those students could use.    04:57PM

23    Q.  What other topics have you discussed with    04:57PM

24  Vickie regarding ways to change the GNETS program?    04:57PM

25        MS. JOHNSON:  Objection.    04:57PM



| | | |
|---|---|---|
| 1 | THE WITNESS:  I would have to spend some | 04:57PM |
| 2 | time.  That's one that I've had recently.  So that's the | 04:57PM |
| 3 | one that comes to the top of my mind. | 04:57PM |
| 4 | Q.  BY MS. TUCKER:  With your background and | 04:57PM |
| 5 | experience, would you say there are any improvements | 04:57PM |
| 6 | that needs to happen, take place for the GNETS program? | 04:57PM |
| 7 | A.  I think education as a whole could be improved. | 04:57PM |
| 8 | Now, I have many thoughts on that.  You want to talk | 04:57PM |
| 9 | about that? | 04:57PM |
| 10 | Q.  I'm interested in your thoughts on your role | 04:57PM |
| 11 | because you have a specific set of experiences with the | 04:58PM |
| 12 | GNETS program at this time. | 04:58PM |
| 13 | A.  I thought we should do more virtual and we're | 04:58PM |
| 14 | doing that. | 04:58PM |
| 15 | Q.  You wanted more virtual is that what you're | 04:58PM |
| 16 | saying? | 04:58PM |
| 17 | A.  Mm-hmm. | 04:58PM |
| 18 | Q.  What do you mean by more virtual? | 04:58PM |
| 19 | A.  Meetings because sometimes it's hard for all of | 04:58PM |
| 20 | the GNETS directors to drive from allover the state, to | 04:58PM |
| 21 | one location, and it saves money, so why not just do it | 04:58PM |
| 22 | virtually.  So we have implemented that. | 04:58PM |
| 23 | Q.  What about any substantive changes given your | 04:58PM |
| 24 | educational background? | 04:58PM |
| 25 | MS. JOHNSON:  Objection. | 04:58PM |



LAKESHA STEVENSON                           September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        283

| | | |
|---|---|---|
| 1 | THE WITNESS:  I do what I'm told. | 04:58PM |
| 2 | Q.  BY MS. TUCKER:  So you don't take any steps | 04:58PM |
| 3 | proactively in your position? | 04:58PM |
| 4 | A.  I -- | 04:58PM |
| 5 | MS. JOHNSON:  Objection. | 04:58PM |
| 6 | THE WITNESS:  I gave you two examples of | 04:59PM |
| 7 | how I do that. | 04:59PM |
| 8 | Q.  BY MS. TUCKER:  Which ones again? | 04:59PM |
| 9 | A.  I-Ready, virtual meetings. | 04:59PM |
| 10 | Q.  Okay.  So you do what you're told, but also | 04:59PM |
| 11 | some proactive stuff? | 04:59PM |
| 12 | A.  Yes. | 04:59PM |
| 13 | Q.  Okay.  Can we break for 15? | 04:59PM |
| 14 | MS. JOHNSON:  Yes. | 04:59PM |
| 15 | THE VIDEOGRAPHER:  Going off the record | 04:59PM |
| 16 | at -- is it 5 o'clock p.m. | 04:59PM |
| 17 | (Off the record.) | 04:59PM |
| 18 | THE VIDEOGRAPHER:  Stand by.  Back on the | 05:17PM |
| 19 | record at 5:19 p.m. | 05:18PM |
| 20 | Q.  BY MS. TUCKER:  Great.  Dr. Stevenson, I'd like | 05:18PM |
| 21 | to return to Exhibit 420. | 05:18PM |
| 22 | A.  (Witness complying.) | 05:18PM |
| 23 | Q.  It's probably the second or third exhibit I | 05:18PM |
| 24 | shared with you.  It's with the job announcement. | 05:18PM |
| 25 | A.  Okay. | 05:18PM |



| | | |
|---|---|---|
| 1 | Q.  Let me know when you have it. | 05:18PM |
| 2 | A.  I have it. | 05:18PM |
| 3 | Q.  Great.  Can you turn to GA00119324? | 05:18PM |
| 4 | A.  (Witness complying.) | 05:18PM |
| 5 | Q.  And this is the job announcement for the GNETS | 05:18PM |
| 6 | program specialist, correct? | 05:18PM |
| 7 | A.  Correct. | 05:18PM |
| 8 | Q.  Okay.  Under -- | 05:18PM |
| 9 | A.  Excuse me. | 05:18PM |
| 10 | Q.  You're good.  Under minimum qualifications, do | 05:18PM |
| 11 | you see that a Master's degree in education is required | 05:18PM |
| 12 | for this position? | 05:18PM |
| 13 | A.  Yes. | 05:18PM |
| 14 | Q.  So, you know, you've mentioned some of your | 05:18PM |
| 15 | responsibilities.  You've helped with nursing IT | 05:19PM |
| 16 | question.  You start a PowerPoint.  You've read the rule | 05:19PM |
| 17 | to the regional GNETS program, why is a Master's | 05:19PM |
| 18 | required for your position? | 05:19PM |
| 19 | MS. JOHNSON:  Objection. | 05:19PM |
| 20 | THE WITNESS:  That's something that people | 05:19PM |
| 21 | above my pay grade make decisions on.  I don't know. | 05:19PM |
| 22 | Q.  BY MS. TUCKER:  How have you used your | 05:19PM |
| 23 | experience and education, both your formal education, | 05:19PM |
| 24 | which include a master's degree in EdD, as well as your | 05:19PM |
| 25 | formal work experience, which includes being a Special | 05:19PM |



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                        285

```
 1  Education teacher at -- I believe two districts and        05:19PM
 2  special education lead in two different counties too --    05:19PM
 3  in this position to improve services for children in the   05:19PM
 4  GNETS program?                                             05:19PM
 5              MS. JOHNSON:  Objection.                        05:19PM
 6              THE WITNESS:  I'll just say as I stated         05:19PM
 7  before, I have to work within the parameters that are      05:19PM
 8  given to me and I do my work to the best of my ability.    05:20PM
 9     Q.  BY MS. TUCKER:  Have you wanted to make             05:20PM
10  substantive suggestions that you haven't made to the       05:20PM
11  GNETS program?                                             05:20PM
12     A.  I probably have had some suggestions or             05:20PM
13  thoughts in my role, but I'll also say it takes time to    05:20PM
14  really -- it takes time to really -- once you're in a      05:20PM
15  role, to really understand all the workings and all the    05:21PM
16  things that goes into that.  So I would say that even      05:21PM
17  with my experience, this was a new role, so I can't come   05:21PM
18  in just making recommendations until I've had experience   05:21PM
19  in said role.                                              05:21PM
20     Q.  Am I correct that you're hitting your four-year     05:21PM
21  anniversary in this role?                                  05:21PM
22     A.  Yes.                                                05:21PM
23     Q.  Do you think that's enough time to raise            05:21PM
24  suggestions?                                               05:21PM
25     A.  I think this would probably be about the time       05:21PM
```



```
 1  when that -- when those type of conversations can        05:21PM
 2  happened.                                                05:21PM
 3      Q.  Are you planing on having those conversations?   05:21PM
 4           MS. JOHNSON:  Objection.                        05:21PM
 5           THE WITNESS:  Possibly.                         05:22PM
 6      Q.  BY MS. TUCKER:  Who would you have the           05:22PM
 7  conversations with?                                      05:22PM
 8      A.  Vickie Cleveland.                                05:22PM
 9      Q.  What are the pros and cons?                      05:22PM
10      A.  Pros and cons of --                              05:22PM
11      Q.  Having that conversation.  You said possibly?    05:22PM
12           MS. JOHNSON:  Objection.                        05:22PM
13           THE WITNESS:  I don't know.  I mean, I          05:22PM
14  don't know what the pros and cons would be.  Maybe -- I  05:22PM
15  don't know.  All they can say is, don't like it or like  05:22PM
16  it, so... I don't know.                                  05:22PM
17      Q.  BY MS. TUCKER:  What do you mean by that?        05:22PM
18      A.  I mean, I could -- I could say we should send    05:22PM
19  them peppermints on Tuesday, all she can say is no, I    05:22PM
20  don't like that idea or yes, I like that idea.  So I     05:22PM
21  mean, I guess there's no real harm in making a           05:23PM
22  suggestion.                                              05:23PM
23      Q.  Do you feel that you have limitations in making  05:23PM
24  a suggestion?                                            05:23PM
25      A.  No. I don't feel like I have limitations.       05:23PM
```



1    Q.  Do you feel that you were using your                    05:23PM

2  educational background and your experience to the extent      05:23PM

3  that you would like to?                                       05:23PM

4    A.  I feel that --                                          05:23PM

5    Q.  In this role?                                           05:23PM

6    A.  I feel that I -- I feel that in any position            05:23PM

7  there is always room for growth.  So I feel that there's      05:23PM

8  always room for growth, no matter what position I'm in.       05:24PM

9  And I feel like if I -- I think Vickie values my              05:24PM

10 experience and my knowledge, but I also respect chain of      05:24PM

11 command, and I try to function within that.                   05:24PM

12   Q.  Okay.  All right.  I think that is it from the          05:24PM

13 United States.                                                05:24PM

14           MS. TUCKER:  Anything?                              05:24PM

15           MS. JOHNSON:  No questions from the State.          05:24PM

16           MS. TUCKER:  Thank you so much,                     05:24PM

17 Dr. Stevenson, for answering the questions today.            05:24PM

18           THE VIDEOGRAPHER:  I apologize for asking           05:24PM

19 this:  Do you guys have standing orders with Esquire or       05:24PM

20 do we need to take our video and transcripts on the           05:24PM

21 record?                                                       05:24PM

22           MS. JOHNSON:  I think we have a standing            05:24PM

23 order.                                                        05:24PM

24           MS. TUCKER:  I don't think we have any sort         05:24PM

25 of standing order.                                            05:24PM



LAKESHA STEVENSON                              September 22, 2022
UNITED STATES vs STATE OF GEORGIA                              288

1              THE VIDEOGRAPHER:  Okay.  Do you need to          05:24PM

2    order at this time?                                         05:24PM

3              MS. TUCKER:  No.                                  05:24PM

4              THE VIDEOGRAPHER:  Okay.  So if we're all         05:24PM

5    in agreement, this concludes Lakesha Stevenson's            05:24PM

6    deposition on September 22nd, 2022.  We're going off the    05:25PM

7    record at 5:26 p.m.                                         05:25PM

8              (Off the record.)                                 06:43PM

9

10             (Whereupon, proceedings were concluded at

11   4:26 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                    CERTIFICATE OF REPORTER

2

3             STATE OF GEORGIA)

4                            )

5             COUNTY OF DEKALB)

6

7             I, TAMIKA M. BURNETTE, hereby certify

8    that the foregoing proceedings were taken before me at

9    the time and place therein designated; that a review of

10   the transcript was requested, and that the foregoing

11   pages numbered 1 through 288 are a true and correct

12   record of the aforesaid proceedings.

13                  I further certify that I am not a

14   relative, employee, attorney or counsel of any of the

15   parties, nor am I a relative or employee of any of the

16   parties' attorneys or counsel connected with the action,

17   nor am I financially interested in the action.

18

19             DATED this 4th day of October, 2022.

20   _____

21             TAMIKA M. BURNETTE

22             CERTIFIED COURT REPORTER, RPR, CSR-2870

23

24

25



```
 1                    COURT REPORTER DISCLOSURE

 2

 3              Pursuant to Article 10.B of the Rules and

 4   Regulations of the Board of Court Reporting of the

 5   Judicial Council of Georgia which states:  "Each court

 6   reporter shall tender a disclosure form at the time of

 7   the taking of the deposition stating the arrangements

 8   made for the reporting services of the certified court

 9   reporter, by the court reporter's employer, or the

10   referral source for the deposition, with any party to

11   the litigation, counsel to the parties or other entity.

12   Such form shall be attached to the deposition

13   transcript."  I make the following disclosure:

14              I am a Georgia Certified Court Reporter.

15   I am here as a representative of Esquire Deposition.

16   Esquire Deposition contacted to provide court reporting

17   services for the deposition.  Esquire Deposition will

18   not be taking this deposition under any contract that is

19   prohibited by O.C.G.A. 91128 (c).

20              Esquire Deposition as no contract/agreement

21   to provide court reporting services with any party to

22   the case, any counsel in the case, or any reporter or

23   reporting agency from whom a referral might have been

24   made to cover this deposition.  Esquire Deposition will

25   charge its usual and customary rates to all parties in
```



1  the case, and a financial discount will not be given to

2  any party to this litigation.

3

4                          Tamika M. Burnette, RPR, CCR2870.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                 INSTRUCTIONS TO WITNESS

 2

 3          Please read your deposition over

 4   carefully and make any necessary corrections.  You

 5   should state the reason the in the appropriate space on

 6   the errata sheet for any corrections that are made.

 7               After doing so, please sign the errata

 8   sheet and date it.  You are signing same subject to the

 9   changes you have noted on the errata sheet, which will

10   be attached to your deposition.

11               It is imperative that you return the

12   original errata sheet to the deposing attorney within

13   thirty (30) days receipt of the deposition transcript by

14   you.  If you fail to do so, the deposition transcript

15   may be deemed to be accurate and may be used in court.

16

17

18

19

20

21

22

23

24

25
```



LAKESHA STEVENSON                        September 22, 2022
UNITED STATES vs STATE OF GEORGIA                      293

```
1              E R R A T A

2

3         PAGE     LINE         CHANGE

4        _____   _____    _____

5         Reason for

6         Change:_____

7   _____

8         Reason for

9         Change:_____

10  _____

11        Reason for

12        Change:_____

13  _____

14        Reason for

15        Change:_____

16  _____

17        Reason for

18        Change:_____

19  _____

20        Reason for

21        Change:_____

22  _____

23

24

25
```



1                        ACKNOWLEDGEMENT OF DEPONENT

2

3              I, _____, do hereby

4   certify that I have read the foregoing pages _____

5   to _____ and that the same is a correct transcript

6   of the answers given by me to the questions therein

7   propounded, except for corrections or changes in form or

8   substances, if any, noted in the attached Errata Sheet.

9

10              _____

11              Date                    Signature

12

13              Subscribed and sworn before me this

14   _____ day of _____, 2022.

15

16              My Commission

17   Expires:_____

18   _____Notary Public.

19

20

21

22

23

24

25



Exhibits

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT82
    3:11
    105:19,23

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT229
    3:12
    130:4,5
    143:6

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT380
    3:13
    98:3,7,10
    208:2

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT386
    3:14
    217:13,14

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT387
    3:15

211:3,4
212:6
218:14

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT395
    3:16
    244:7,8

8613238 Lakesha.
Stevenson PREVIOUSLY MARKED.
EXHIBIT397
    3:17
    254:24,25

8613238 Lakesha.
Stevenson.
EXHIBIT418
    3:18
    10:11,12

8613238 Lakesha.
Stevenson.
EXHIBIT419
    3:19
    19:6,7

8613238 Lakesha.
Stevenson.
EXHIBIT420
    3:20
    36:22,23
    283:21

8613238 Lakesha.
Stevenson.
EXHIBIT421
    3:21
    46:11,12

279:17

8613238 Lakesha.
Stevenson.
EXHIBIT422
    3:22
    100:25
    101:1

8613238 Lakesha.
Stevenson.
EXHIBIT423
    3:23
    116:5,6,
    19

8613238 Lakesha.
Stevenson.
EXHIBIT424
    3:24
    124:13,14
    125:6

8613238 Lakesha.
Stevenson.
EXHIBIT425
    3:25
    144:1,2

8613238 Lakesha.
Stevenson.
EXHIBIT426
    4:5
    154:14,15

8613238 Lakesha.
Stevenson.
EXHIBIT427
    4:6
    160:23,24

8613238 Lakesha.
Stevenson.
EXHIBIT428

4:7
164:15,16

8613238 Lakesha.
Stevenson.
EXHIBIT429
    4:8
    175:24,25

8613238 Lakesha.
Stevenson.
EXHIBIT430
    4:9
    187:23

8613238 Lakesha.
Stevenson.
EXHIBIT431
    4:10
    200:10,11

8613238 Lakesha.
Stevenson.
EXHIBIT432
    4:11
    204:13,14

8613238 Lakesha.
Stevenson.
EXHIBIT433
    4:12
    219:7,8

8613238 Lakesha.
Stevenson.
EXHIBIT434
    4:13
    224:18,19

8613238 Lakesha.
Stevenson.
EXHIBIT435
    4:14
    226:16,17

8613238 Lakesha.
Stevenson.
EXHIBIT436
    4:15
    231:18,19

8613238 Lakesha.
Stevenson.
EXHIBIT437
    4:16
    235:24,25

8613238 Lakesha.
Stevenson.
EXHIBIT438
    4:17
    237:20,21
    238:16

8613238 Lakesha.
Stevenson.
EXHIBIT439
    4:18
    240:15,16

8613238 Lakesha.
Stevenson.
EXHIBIT440
    4:19
    252:13,
    16,17

8613238 Lakesha.
Stevenson.
EXHIBIT441
    4:20
    256:13,14

8613238 Lakesha.
Stevenson.
EXHIBIT442
    4:21
    260:21,22



8613238 Lak
esha.
Stevenson.
EXHIBIT443
  4:22
  262:18,19

8613238 Lak
esha.
Stevenson.
EXHIBIT444
  4:23
  266:16,17

8613238 Lak
esha.
Stevenson.
EXHIBIT445
  4:24
  269:14,15

————————
      (
————————

(g)
  106:23

————————
      -
————————

---ooo---
  5:2

————————
      0
————————

00030907
  248:17

002910
  130:13

02598826
  20:2

————————
      1
————————

1

106:20,21
153:13,14

10
  32:9
  254:5

10:51
  85:12,13

11
  69:11,17,
  25 201:3,
  4 209:16,
  18

11:15
  85:15

11:18
  99:4

11:52
  116:13

11:54
  116:16

11th
  155:22
  226:21

12
  121:5,9
  130:14,22
  131:1,3
  143:14

12:04
  206:13

12:21
  233:13

12:32
  146:15

12:38
  146:18

12:57
  169:4

12th
  231:23

13th
  238:1,18

1459
  165:17
  166:25

14th
  188:2
  204:23
  206:12

15
  283:13

15th
  144:6
  266:21

16th
  226:22

18-77
  19:13,19
  37:11

18th
  116:21
  125:11

19th
  154:20
  244:12

1:07
  170:3

1st
  253:21

————————
      2
————————

2
  162:13

20
  46:3
  142:18,
  20,21
  165:4
  190:5
  257:21

200
  82:20

2001
  22:4 35:5

2004
  22:12

2005
  34:8 35:5

2009
  22:15
  32:18
  34:10

2010
  148:22,23
  276:16,
  23,25

2015
  30:7

2016
  27:2 29:1

2017
  21:6
  26:25
  27:7

2018
  19:11
  20:13,22
  22:24
  24:22
  36:11
  37:2,6
  46:3,6
  115:14
  209:25
  229:4
  244:12,17
  245:1,11,
  18 249:8
  252:21
  253:5,8,
  19 254:14
  255:2

2018-2019
  99:22

2018/2019
  210:5,10

2019
  46:18
  50:14
  77:5 99:4
  101:6
  116:21
  144:6
  188:2
  200:13
  231:24
  233:10
  235:12
  236:3
  237:6,10
  256:18
  266:21

2020
  50:11,14
  98:11
  125:11
  133:5
  149:19
  150:11
  152:17
  154:20,23
  155:10,
  19,22
  161:3,15
  164:21
  165:17
  167:9,15
  176:4
  204:23
  211:8
  212:9,17
  215:4
  216:9,24
  217:16
  219:13
  224:24
  226:21,22



238:1,18
240:22
261:1
262:23
269:20

**2020-05-26**
176:7

**2021**
23:2
130:9
149:19
150:11
217:2

**2021/2022**
57:7

**2022**
5:6 57:2
77:6
120:3
122:10
149:19
217:7
288:6

**2022/23**
88:23

**2023**
57:2

**20th**
98:10
99:4

**21st**
219:13

**22**
5:6
119:16,20

**229**
130:4,5
143:6

**22nd**
288:6

**23**

119:16,
17,21
120:4

**23rd**
101:6
240:22

**24**
16:25
48:6
69:17
88:17,21
101:20
119:17,22
122:4
163:19
167:14
168:2
189:25
199:4,8
209:17
257:17
261:12
264:8

**24th**
165:16
166:24

**25th**
255:2

**26th**
176:4

**2913**
140:11,12

**2915**
139:5

**2917**
138:1

**2919**
136:20,
21,22,23

**2921**
136:4,8

**2922**
136:8

**2923**
134:18

**29th**
37:6
46:18

**2:04**
170:6

**2:14**
177:12,13

**2:16**
177:15

**2:59**
211:17

**2nd**
211:8
212:9
215:4
217:16
252:21
253:8,19,
21

___

**3**

**30**
143:3

**300**
143:3

**30th**
19:11
20:13,22
164:20
169:4
212:17
253:5,22,
23 260:25

**380**
98:3,7,10
207:21

208:2

**386**
217:13,14

**387**
211:3,4
212:6
218:14

**395**
244:7,8

**397**
254:24,25

**3:06**
211:20

**3:44**
238:8

**3:47**
238:14

___

**4**

**4**
106:4

**418**
10:11,12

**419**
19:6,7

**420**
36:22,23
142:15
283:21

**421**
46:11,12
279:17

**422**
98:4
100:25
101:1

**423**
116:5,6,
19 142:14

**424**
124:13,14
125:6

**425**
144:1,2

**426**
154:14,15

**427**
160:23,24

**428**
164:15,16

**429**
175:24,25

**430**
187:22,23

**431**
200:10,11

**432**
204:13,14

**433**
219:7,8

**434**
224:18,19

**435**
226:16,17

**436**
231:18,19

**437**
235:24,25

**438**
237:20,21
238:16

**439**
240:15,16

**440**
252:13,
16,17

**441**
256:13,14



**442**
260:21,22

**443**
262:18,19

**444**
266:16,17

**445**
269:14,15

**45**
14:24

**4:10**
254:8,9

**4:20**
254:11

**4:26**
288:11

**4th**
200:13
236:3

**5**

**5**
283:16

**5(a)**
106:3

**52**
215:5

**5:19**
283:19

**5:23**
233:23

**5:26**
288:7

**5th**
269:19

**6**

**6th**
262:23

**7**

**7:51**
215:5

**7th**
256:18

**8**

**82**
105:19,23

**8th**
224:23

**9**

**99**
122:20

**9:09**
5:5

**9:11**
7:13

**9:15**
7:15

**9:34**
24:7,8

**9:36**
24:10

**9th**
161:3

**A**

**A-P-P**

114:5

**A-R-U-M-U-G-A-M**
165:2

**a.m.**
5:5 7:13,
15 24:7,
8,10
85:12,13,
15 99:4
116:13,16
215:5

**abbreviatio
ns**
60:17
64:8
170:10

**abilities**
122:18

**ability**
10:3
219:24
235:14
256:8
273:11
285:8

**absent**
82:25

**academic**
137:25
138:22
181:22
199:19
273:11

**Academy**
63:2
130:10,14
165:3,25
232:7
258:14
260:3,4,
10 261:11
262:6

**Academy's**
261:8

**Academy-
home**
261:2

**accept**
230:14

**accepted**
224:23
226:1
234:15

**access**
12:3
68:8,21
123:19
173:20
176:16
195:10
197:12,13
220:16
221:7,14
235:12
274:15,
21,25
275:5,9

**accountabil
ity**
25:25
26:1,22
27:6,24
61:3
186:6

**accounts**
277:13

**accurate**
190:3
198:17
230:10

**accurately**
8:14
168:20
221:25

**acronyms**
16:13

**action**
161:8
162:1,7

**actions**
70:9,10
149:25

**active**
94:22

**activities**
42:4

**actual**
94:18

**Adam**
199:11

**add**
169:8
172:24
178:13

**added**
77:7
172:23
243:22
268:21

**addition**
78:15
123:18
210:24

**additional**
23:19
39:1
121:22
126:20
159:9
205:22
240:7,11

**address**
65:9 94:5
162:24
179:15
188:20



189:14
228:21

addressed
138:9
162:17
178:5,21
180:21
186:20

addresses
161:4

adjusting
203:24

adminis-
172:25

administer
108:9

administrat
or
172:24,25

advance
38:20
71:25
175:16
178:23
179:11
180:11
181:1
189:16

Advice
73:3

advise
12:10
73:12,24
74:6,12
194:13
280:11

advised
121:19
194:17
232:22,25
234:11
261:6

advising
12:14
52:16,19
73:16

affect
162:25

agencies
57:17,20,
21 58:15
140:15,19
141:7
246:5,10

agency
18:5,9,12
75:23
100:21
106:10,
18,23
148:3,7,
13

agenda
59:8 60:5
71:23
72:21
175:12
188:21
247:19

agendas
162:15
175:16

agents
109:1
144:20

aggregate
95:3
199:14

agree
39:15
42:20
47:20
62:3 91:5

agreed
75:22

95:15
106:9
253:3

agreement
288:5

ahead
6:7 74:9
105:16
152:12,13
153:5
178:4
263:13
266:6

aim
88:4,6

aimed
86:24

Alabama
241:18
242:4
243:22

Albright
37:3,17

Alexander
123:12

aligned
44:11
149:10
150:2,3
156:11

aligns
150:21

allegations
11:22,23,
24 255:16

alleging
11:19

allocation
109:2

allover
282:20

allowing
281:16

Alloy
5:10

alongside
17:15,23
248:17

alternative
96:1,3

Amber
80:17,18

America
5:8

amount
66:5
198:20
203:22
204:8

Analysis
75:2

analyst
37:20

analyzing
75:5

and/or
130:25

Anna
6:3 14:19

anniversary
285:21

announcemen
t
19:12,19
283:24
284:5

annual
114:18
118:14

annual-type
185:10

answering
8:19 9:6
40:2
133:20
178:22
287:17

answers
8:10
136:11
143:16
180:6,10,
14

anymore
50:4
157:8
207:12

APEX
228:11,
12,18
229:1,7,
12,15,19
230:8,14,
15,21,22,
25 231:4,
6,15
232:12,
16,17
233:6,14,
21 234:7,
12,15,17,
18
235:12,19

apologies
263:15

apologize
72:8
73:11
80:6
287:18

app
103:19
114:7
143:6



**appears**
23:1
205:7

**applicable**
43:24
45:8

**application**
19:23
40:3
93:22
108:12,
17,18
114:6,11,
25 115:4,
13 117:8,
24
118:15,
24,25
120:15
121:12,19
122:2
123:19,21
125:13,
18,19,23
126:5
127:9,24
128:2,5
130:10,23
131:6,25
132:11,18
135:24
136:2,25
137:24
138:15
142:11
143:10,
16,17,22
144:18,
22,23,24
145:18,
19,22
146:21
147:6,21
148:4,11
149:5,9,
12 150:4,

8,10,22
151:8
168:7,11
169:24
172:2
185:1,18
222:6

**applications**
40:9 95:2
123:8,19
147:19

**applied**
20:12
22:24
25:4
36:15
37:14
120:1,3
192:7
245:19
253:3

**apply**
19:18
36:11
119:13,
20,22

**applying**
38:20

**appropriated**
108:1

**appropriateness**
112:3,7,
8,10

**approval**
263:23

**approve**
109:2

**approved**
121:19
144:22

**approves**
109:6

**approving**
147:5,6

**approximately**
26:6
88:22

**April**
101:6
238:1,18
240:22

**area**
136:25
155:7
156:16
162:20
230:19
249:21
251:10
258:17,20
276:9

**areas**
48:21
149:16
159:1
162:16,
19,22,23
169:2
275:1

**arm**
58:13

**art**
194:25
195:10
274:16,22
275:5,20
276:4,6,
11

**article**
254:13,
17,20
255:4,5,

14 256:1

**articles**
255:16

**artifacts**
156:21

**Arumugam**
164:24

**asks**
80:13,14
94:25
107:15
129:3
133:1,2
238:25

**aspect**
168:24

**Assembly**
108:2

**assess**
75:11
127:6
130:25
131:6

**assessed**
100:11

**assesses**
100:15

**assessment**
18:18
138:16
172:18,22
173:19,22
190:3

**assessments**
172:13,15
173:8

**assign**
171:4
259:15

**assigned**
29:13,16

30:16,21
144:21
168:17,19
196:19

**assist**
51:19
65:10
208:9
251:23

**assistance**
42:3
97:17
124:10
159:19,22
171:22,25
173:5,16,
21 272:11

**assistant**
171:5

**assisted**
249:25

**Assisting**
64:20

**assume**
24:20
26:24
28:25
30:6
110:2
111:17
205:20
245:9,10
280:16

**assumed**
14:20
26:8 46:3
245:12,14

**assuming**
25:17
99:9
190:18

**assumption**
280:18



assurances
  144:8,15,
  17,18
  145:14,
  17,20,21,
  25

assure
  251:6

assuring
  144:20

asterisk
  259:14

Atlanta
  5:10
  30:4,12,
  20 31:4,
  12 57:20
  257:14

attached
  155:2,6

attaching
  149:11

attachment
  20:15
  22:17
  37:7,10
  46:20,22,
  24 98:17
  99:10,13
  117:1,10
  120:17
  121:13
  154:22
  176:6,13
  200:18
  204:25
  208:25
  211:10
  212:11
  213:8,10
  216:13,19
  219:15,
  20,24
  240:23

  241:5,7,
  11,13
  256:20
  257:3
  262:25
  267:4
  269:21
  270:12

attachments
  19:13
  144:9
  147:9
  244:16
  266:22,25
  267:2

attend
  21:24
  30:18
  36:6,7
  57:11
  58:2,6,8,
  18,23,25
  59:12
  63:5
  65:10,18
  85:7
  171:4
  246:12,22

attendance
  193:25
  246:8
  248:13,14

attended
  31:4,7
  58:3
  59:17
  65:13
  83:14
  84:11
  85:8
  156:15
  170:25
  208:12
  248:12,17
  268:1

attendee
  245:7
  246:15,24

attendees
  246:14

attending
  226:11

attends
  52:25
  82:19

attested
  147:8

attorney
  6:23 7:21
  9:2 11:3,
  13

attorneys
  12:17,18

Auburn
  22:2,3

audience
  74:15
  105:4

audiences
  74:18
  184:22

audit
  148:19,22
  276:17,
  23,25

August
  57:5
  119:14
  269:19
  271:19

autism
  91:16

auto
  162:4

auto-
generated
  163:4
  166:4,6

automatical
ly
  161:21
  178:10

average
  70:3
  223:4

avoid
  8:18

aware
  11:1
  35:21
  38:25
  42:24
  68:22,25
  69:1
  70:23
  92:25
  93:1
  100:11
  148:6,17,
  18,19,21
  175:10
  210:23
  211:1
  237:1
  254:17

awesome
  221:12

—————————

        B

—————————

babyish
  281:19

back
  7:14 9:20
  23:22
  24:9,11
  34:1

  37:16
  38:7
  56:16,19
  64:20,21,
  22 68:7
  77:5
  85:14,18
  106:19,22
  107:2
  116:15
  122:12,
  24,25
  124:23
  129:9,10
  133:5
  134:16
  135:4,16,
  20 139:2
  143:5
  146:18,19
  155:5
  166:18
  170:6
  174:4
  177:14
  184:6
  187:5,12
  195:18
  211:19
  212:2
  214:24
  221:19
  222:21
  233:3
  238:13
  240:5
  246:25
  248:3
  249:16,20
  250:1
  251:24
  254:5,10
  259:1
  260:3
  272:25
  273:25
  274:13



279:16
280:3,6
283:18

**background**
23:24
24:14
127:25
128:17
192:7
195:9
221:18
223:21
224:9
243:1
282:4,24
287:2

**backwards**
34:1

**ballpark**
89:10

**Basc**
40:4
172:9,10,
12,14,16
173:2,8,
18,24

**base**
122:8

**based**
17:9
47:11
54:17,18,
22 55:1
70:9,10,
13,16
76:11,20
99:24
132:16
147:11
154:5
158:2
169:1
191:18
198:23

203:25
216:24
218:1
221:23
223:24
224:8
245:22
257:15
275:14

**baseline**
204:2

**basements**
195:24
196:2

**basic**
202:8

**basically**
7:22
197:19
203:21
213:8

**basis**
49:25
55:15
66:25
86:16
88:3
171:14
199:14
218:18

**Bates**
19:9 37:1
46:15,25
101:3
116:19
125:9
130:13
134:17
144:4
154:18
161:1
164:18
169:5
176:2

187:25
200:15
204:16,20
219:11
224:21
226:19
231:21
236:2
237:24
238:16
240:20
252:20
256:16
260:24
262:21
266:19
269:17

**Beasley**
248:10

**begin**
85:17
170:17

**beginning**
37:10
85:19
99:21
122:16
145:2

**begins**
5:6 23:23
106:4
117:10
119:13
130:17
165:14
257:3
270:13

**behavior**
17:14,21
18:2,18
86:10
87:12
126:25
127:3,4

153:14
278:21

**behavioral**
17:13
22:7
36:13
86:19
87:7,9
100:6
136:5
153:13
172:16
203:8,20
278:14,18

**behavorial**
17:22
18:15,21
36:19
90:25
135:21
137:9
162:14
172:18
203:10
279:1

**Belinfante**
5:10

**Bell**
80:4

**benchmarks**
68:14,17

**benefit**
234:18,
22,24
276:11

**bimonthly**
59:12,16
60:5
82:12

**BIP**
18:14

**bit**
24:13

39:19
56:17
104:1
114:25
115:2
129:11
148:25
202:8
203:17
214:18
246:4
273:1

**black**
179:17

**Blanton**
246:17,18
248:18

**blatant**
132:8

**board**
43:24
45:7,8,
11,16,18
73:4,6,8,
10,13,14,
25 74:23
83:7,10
106:12,
15,24
107:23,24
114:4
188:6,15,
23 189:10
205:10,
18,19
207:10
208:17
210:23
234:19
253:8
280:5,12,
13,15

**bottom**
20:7



46:25
99:1
134:17
168:12
169:5
176:2
187:25
212:16
213:13
248:20
252:20
260:24
262:21
269:17

**bounds**
258:18

**box**
39:8,9,15
43:21
47:2
77:18
99:25

**Braddock**
188:4
212:18,20

**brain**
203:11,21
233:10

**break**
9:11,14,
18 85:9,
18,20
86:1
164:11
170:1,9
254:2
283:13

**briefly**
124:17
221:10

**bring**
15:23
189:12
248:3

270:13

**broad**
63:16,18,
24 104:21

**broken**
200:5

**Brook**
188:4

**bucket**
224:12

**budget**
37:20
75:2,6
80:10,15,
16,22
108:6
109:11
114:9,17,
22,23
145:20
206:5

**budgets**
109:3

**build**
40:17

**building**
40:13
95:23
96:4
130:19
141:19
142:8

**built**
145:17

**bullet**
48:1
49:2,7,9,
18 51:18
52:2,11
53:2
55:18
57:11

58:18
60:13
62:5,13
64:5
65:10,21
69:8,10
70:25
71:16
73:7,9
74:11
75:18
280:11,19

**bulleted**
47:2

**Burnette**
5:16,17

**bus**
193:6,7,
11

**busy**
47:25

————————

C

————————

**C-O-N**
114:5

**calendars**
54:14

**California**
239:2,23
241:18
242:2

**call**
11:6,7,8
14:2,18,
20,21
54:6 94:5
124:8
129:17,
18,25
171:21
193:11,15
197:17

203:11
214:11
249:11

**called**
22:6 33:4
129:13,14
200:3
259:25

**calls**
171:19
192:18
237:15
258:2
259:21
265:1

**calming**
55:21

**canceled**
227:6

**capacity**
130:19
141:19
142:8

**capture**
8:13

**care**
40:23
41:11,18
182:5

**case**
95:10,20

**Castellanos**
28:24
80:23
81:5

**catch**
225:7

**category**
100:6
279:3,6

**caution**

239:11

**cc'd**
252:23

**Cedarwood**
212:24
215:9

**center**
17:3 94:4
95:10,16
132:18
222:7,17,
24

**center-
based**
220:7

**centers**
17:3 53:9
54:5
93:4,6,9,
18 95:5,
13,20,21,
22 96:2,
20 194:20

**certificate**
21:19

**certificati
ons**
22:23
23:2,15,
20

**cetera**
51:22

**CFM**
60:15
61:1,7

**CFO**
225:13

**chain**
99:1
101:13
270:3
287:10



challenges
  91:1
  248:8

change
  30:10,11
  50:6
  56:11
  66:16,17
  67:23
  103:3
  115:23
  119:9
  141:16
  150:19
  152:16,18
  159:17
  164:7
  202:7
  263:21
  281:24

changed
  29:19
  88:19
  118:5
  119:1
  202:9

Characteris
tic
  278:16

characteris
tics
  86:10,20,
  21 87:7,
  11 100:5
  278:15,
  17,19,20,
  25 279:2

chart
  77:4
  241:14,
  20,21,22
  242:6
  257:5,10,
  12,18

258:1,5

charter
  62:15,20
  63:21,22,
  23,24
  74:19,21
  256:3,6,
  7,9,19
  257:7,13,
  15,16,22
  258:3,6,
  11,22,25
  259:21

charts
  77:15

check
  55:21
  147:13
  193:24
  194:2

check-in
  197:25

checking
  198:1

checklist
  131:5
  191:21
  195:6

chief
  225:15

child
  193:10
  235:7,9,
  10 274:11

children
  57:19
  88:7
  250:17,23
  276:10
  285:3

Children's
  57:19

choose
  36:11
  102:20
  180:5
  281:16

Christmas
  226:7

circumstanc
es
  43:14

City
  35:10,11

Civil
  6:23

clarificati
on
  33:24
  67:9
  74:25
  84:14
  107:9
  209:10
  230:5
  233:25
  234:6,8,
  10

clarify
  8:25
  84:13
  152:12
  259:8

clarifying
  21:22
  273:7

clarity
  129:18,25
  153:22,23
  154:3,6
  171:20
  214:18
  273:1

class
  91:21,23

classroom
  33:13,14
  96:25
  132:19
  191:16
  276:6,7

classrooms
  138:6
  195:21,23
  196:4

Clayton
  248:10

Cleveland
  13:9 15:3
  25:1,6,
  14,16,19
  26:9,12
  37:4
  46:19
  47:14
  53:14
  69:22
  71:22,24
  77:16
  78:16
  81:24
  98:13
  99:7
  101:7,8
  116:25
  125:12,22
  144:6
  154:2,20
  156:22
  161:5
  164:22
  176:4
  188:3,11
  200:15
  204:24
  205:9
  206:11
  208:21
  211:9
  212:10

217:17,24
  218:16
  219:14
  220:11
  226:23
  230:1
  235:20
  236:4,5
  238:2,19,
  24 239:4
  240:6,9,
  22 242:7
  248:18,24
  252:22
  255:3
  256:18,24
  261:1,7
  262:24
  263:19
  266:21
  269:20
  271:1
  286:8

client
  6:5

clinical
  209:9

close
  7:7
  164:25
  165:1

closed
  132:18

closes
  120:12

co-
facilitate
  71:13,21,
  22

co-teaching
  76:8

Coastal
  56:22,23



165:3,24
232:7
261:2,7,
11 262:5

codirector
56:12

cognitive
203:8,10,
20

Cole
188:4

collaborate
40:18,19,
25 60:13
61:23
64:7
65:22
66:11,14
71:1,9
140:19
141:1
280:20

collaborated
40:19
61:21
78:18,20
227:23

collaborating
40:12

collaboration
40:22
62:14
63:13,15
64:24,25
75:3
108:10
140:10,15
226:24
227:9,16,
19 228:2
267:18

collaborations
140:23

collaborative
65:11,13,
17 159:24

colleague
6:3
176:15
201:19
219:22
240:24
241:5
270:13

colleagues
27:17
29:5,16
30:23
31:20
40:25
189:13

collect
12:22,24
13:1
100:15
216:11,19

collected
133:17
216:23

collection
215:10

college
21:24

column
23:4

combine
72:25

combined
70:1

command
287:11

comment
112:14

comments
124:6
169:8,15

common
38:24
42:7,11,
14,20
43:1,7,17
70:4
132:1
183:5

commonly
10:21

communicate
28:5
59:2,4
80:18
81:4,8
127:25
128:3
171:6
190:23
214:7

communicated
77:21,25
79:5,7,9,
12,24
80:11

communicating
128:18

communication
214:23

communications
84:24

community
18:25
140:15,18

159:25
234:19

company
196:20

compare
76:23
132:17
133:5

compared
44:14

compiling
209:21

complaints
193:18

complete
49:9
120:8
133:12,19
135:24
150:6,7,9
257:24
271:12

completed
48:15
134:23
150:12
166:20
167:5
174:19
202:10
259:24

completely
7:25 9:17
163:2

completion
130:25
136:12
142:24

compliance
30:15
43:22
44:2,6

45:8
61:4,12
109:19,24
110:18
146:2
147:19

comply
113:9

complying
107:4
136:17
165:15
209:13
279:18,20
283:22
284:4

component
175:21
186:9
200:7
240:19

components
168:15,
17,19

comprehensive
100:1
261:2,7,
11 262:5

computer
13:19
215:21

computer-
based
66:2

Con
145:17,19

Conapp
114:5,13,
16,20
144:25



LAKESHA STEVENSON
UNITED STATES vs STATE OF GEORGIA

September 22, 2022
Index: concentration..correct

concentrati
on
  21:21
  127:19

concerned
  107:21,22
  159:20
  275:21

concerns
  87:8,10
  189:12
  193:6,7,
  10 268:19
  276:1
  278:14

concluded
  288:10

concludes
  288:5

condition
  70:21

conditions
  17:14,22
  191:20,24

conduct
  51:21
  52:9,10
  62:14

conducting
  65:11
  75:11

configurati
on
  7:10

confirm
  16:14
  94:14,17,
  21 141:12
  193:21
  197:24
  207:18,25
  210:19

227:4
245:6
265:18
280:6

confirmed
  232:6

Congratulat
ions
  252:24

conjunction
  51:7
  148:4
  185:13,15

connect
  68:12

connected
  96:2

connection
  10:16,18
  12:4 85:2

cons
  286:9,10,
  14

considerati
on
  92:10,13

considered
  92:12
  95:25
  198:14

consistency
  265:9

consistent
  62:4

consolidate
d
  48:11,20,
  21 114:6,
  7

constant
  269:1

consultatio
n
  48:1,8,
  24,25
  149:1
  175:14
  183:20
  184:1

contact
  68:2,15
  89:16
  262:5
  268:18
  271:7

contacted
  271:10

content
  21:21

contents
  218:2

context
  192:10
  214:19
  220:4
  250:24

continue
  16:15
  188:24
  190:12
  198:22
  204:6
  216:18
  244:22

continued
  216:11
  237:9

continues
  205:21

continuing
  86:7,16

continuum
  236:14,15

252:8
279:11,13

contract
  196:18

control
  176:21
  210:8

conversatio
n
  7:23
  76:22
  78:1
  102:12
  124:22
  126:10
  153:17,22
  154:8
  160:18
  232:20
  250:23
  260:7
  268:16
  269:1
  286:11

conversatio
ns
  76:13
  84:23
  102:7,19
  129:16
  154:2
  160:14
  218:21
  250:16
  255:13,
  20,25
  260:9
  286:1,3,7

COO
  225:13

coordinated
  78:18

coordinator
  171:5

191:8,10,
12,13

copied
  116:25
  144:7
  161:5
  163:3,4
  200:15
  217:18

copies
  215:2

copy
  155:23
  157:20
  176:6

correct
  14:8
  19:17
  20:12,21
  22:22
  23:2 36:5
  38:11
  41:10
  45:7 46:2
  49:17
  51:24,25
  71:18
  88:14,18
  93:3
  102:3
  106:7,8,
  25 117:6,
  24 119:14
  123:14
  125:18
  126:8
  130:8
  141:12
  145:5
  170:23
  173:23
  179:16
  184:17
  185:25
  188:10



196:25
200:22
202:10
208:21,22
209:4,16
210:6
213:13
214:25
216:9
217:23
218:10
219:19
220:1,10
222:8
225:12,23
232:9
233:20
239:2,3,
19
241:14,17
242:1
244:18,19
245:13
248:18
249:1
253:5,7
257:19
258:9
261:6,22
263:4
265:2,3,7
267:9
270:3,19
276:19
277:14,16
278:19
284:6,7
285:20

**correctly**
232:15
250:9

**correlation**
242:16

**corresponde
nce**

193:16

**coughing**
59:25

**counsel**
5:20 9:6

**counties**
285:2

**county**
31:14,19
32:17,19,
21,22
33:15,17
34:2 35:8
101:24
102:4,10
103:4
248:11

**couple**
146:9

**court**
5:13,16,
22 6:9,16
7:6,11
8:3,6,8,
11,13
10:10
12:4 19:5
36:21
46:10
85:25
116:3,17
124:12,25
125:5
143:25
154:13
160:22
164:14
170:15
175:23
187:21
200:9
204:12
219:6
224:16

225:8
226:14
252:14
256:13
260:19
262:16
266:15
269:12

**cover**
37:16

**covered**
143:14

**COVID**
50:10,11
54:24
56:13
65:14,18
68:6,9
72:3,9
161:17
189:5
248:9
270:6
271:19
272:1

**COVID-19**
270:21
272:12

**crazy**
68:6

**create**
47:4
52:13
114:20
117:17
156:8
166:4
177:22
178:7,9
180:18
201:23
206:17
209:14,19
220:20

241:20,21
242:6
243:23
257:10
258:1
267:12,21
268:6

**created**
47:7,12
118:12
155:16
166:8,9
177:23
178:12
183:21
201:25
202:2
209:22
220:22
228:17
267:14
269:8

**creates**
115:4,6

**crisis**
136:16

**criteria**
231:14

**Cross**
61:2,8,19
110:3
167:22

**Crystal**
37:3,17

**curious**
90:14
128:16
147:7
183:9
187:10
253:11

**current**
19:24

20:21
22:23
23:16
24:15
117:19
201:16
277:2

**curriculum**
137:14,17

**cyber**
259:2,3,
9,10,14
260:3,4,
10

**cycle**
167:23
168:1
169:18

―――――――
D
―――――――

**daily**
59:5 88:3
97:23

**Dante**
226:22
227:8
228:9,10
229:10,15
230:4
232:21

**data**
65:23
68:23,25
69:1
75:2,6
95:3
100:15
127:22
157:25
197:10,
11,12,24
198:1,2,
12,13,18



199:13
210:20,24
215:10,
22,23
220:2
223:1

date
20:22,25
23:14
116:20
125:10
155:21

dated
37:5
101:5
164:20
211:8
212:9
231:23
266:21
269:19

dates
55:2
175:7
249:13
253:12

day
11:9
96:24
97:2,9
191:10
203:24
239:19
253:15,16

days
59:6

DBHDD
58:8,13,
15 85:6
226:24
227:9,15,
18,24
228:1,7,
13,15

229:6
231:3

DCH
18:24
85:2

deadline
120:19

dealing
114:8

Dear
165:19

December
217:16

decide
189:2

decided
88:16
101:24,25
167:16,
19,21
278:7

decides
193:14
202:19

decision
234:17
251:4
256:10

decisions
87:1
235:19
284:21

decline
68:13

declining
67:18

decreased
89:21,22
90:1,11

deescalatio
n
137:10,
15,22

defendant
16:11

define
62:18
235:1

definition
235:3

definitions
16:14
19:4

degree
21:5 22:5
128:10
284:11,24

degrees
22:8,13
128:15

Dekalb
31:14,19,
23 32:17,
19 33:20
169:9

delete
12:11
141:16

delivery
109:20
111:14
130:18
135:21
136:5
137:9,25
138:25
140:9
141:9,18
238:3,20,
25

dental

235:9

department
6:6,23
13:23
16:18
18:21,25
24:16
25:20
40:13
41:1 52:4
57:23
58:5
59:13,15
60:6
82:11
174:12,
16,24,25
175:1
192:22
246:20
260:15

Departmenta
l
57:15

departments
179:2

departure
103:14

Depending
13:12

depends
48:18
59:21
68:20
74:15
96:23
97:5
120:16,18
121:17
123:1
129:5
132:5
137:7,20
168:24

193:2
198:18
247:16,18
276:14

deposed
16:6

deposing
11:2

deposition
5:6,7,9,
19 7:1
10:15,17,
18,24
14:11,14
15:1,7,
10,18,21
16:2
288:6

deputy
79:16
163:5

Derrick
125:22,25
126:2
129:14

describe
50:24
86:6 87:3
88:9
140:14
157:17

describes
39:16

description
39:15
45:23

design
175:9

designation
91:6
278:23,24



designee
   171:4

detail
   157:14

detailing
   200:23

details
   157:21
   270:19

determinati
on
   131:19

determinati
ons
   111:19
   112:3,6

determine
   54:20
   168:14
   198:21
   251:3

determines
   54:12

develop
   62:13
   99:12
   108:19,
   21,22
   188:21

developed
   63:12
   206:17
   215:9

developing
   108:11
   115:17

Development
   63:1

Development
al
   18:22

devised
   280:4

diagnosis
   279:2

diagnostics
   68:18,20

direct
   26:15
   27:13

directed
   263:18
   264:16,18
   270:23

directly
   104:11
   105:21
   272:3

director
   28:12
   31:25
   37:24
   38:5
   55:20
   59:21,22
   63:4
   79:23
   83:23
   94:25
   97:6
   101:19
   109:9,12
   118:16
   120:2
   126:3
   159:7
   165:24
   171:4,5
   176:7
   187:15
   188:19
   190:15,16
   191:9
   194:14,18
   202:2

218:17,22
232:7
267:10
270:4
272:7

directors
   28:13
   40:2
   41:2,8,
   15,16,19
   49:23
   51:11
   52:14,16
   53:1,2
   63:8
   71:13,17
   73:17
   74:16
   92:20,22
   93:22
   94:13,17,
   18 114:9
   116:24
   117:7
   118:10,21
   126:18
   132:20
   144:7
   158:19
   159:5
   170:21
   171:1,3,
   7,14
   173:25
   174:5,17,
   22 177:25
   178:13,
   15,25
   179:10,20
   180:25
   181:6,18
   182:11
   184:3,16,
   20,25
   185:21
   186:8

187:6,11
188:12,20
189:11
190:25
196:21
197:13
200:14
201:2
202:7
212:22
213:6
214:4,7,
21 215:1,
17,24
216:7
217:3,18,
25 218:11
219:1
222:7
232:10
233:2
244:13,19
252:23
255:3
266:9
267:19
271:13
272:3,4
282:20

directs
   9:7

disabilitie
s
   17:24
   18:22
   43:24
   45:9
   95:12,19,
   23 186:22

disability
   17:16
   22:7
   100:6
   279:3,5

disagree
   74:11

disband
   189:4

disburse
   108:1

discuss
   57:18
   71:25
   121:7,9,
   11,22,25
   153:12
   158:9,12,
   14 180:12
   189:11
   196:21
   198:6,8
   228:9
   230:1
   239:18
   263:22

discussed
   15:12
   36:1,3
   57:25
   59:24
   60:3,4
   75:14,15
   143:9
   163:11
   170:11
   181:20,
   22,25
   182:8,9
   184:12
   225:25
   228:3,6,
   7,8,10
   236:21
   247:15
   248:7
   260:6
   268:22
   280:8,25
   281:23



**discussing**
142:9
239:23

**discussion**
92:19
230:3
277:1

**discussions**
189:6
243:1
281:12,13

**disordered**
239:1,25

**disorders**
17:14,22
18:2 22:7
36:13,19
86:10
100:7
278:21

**disseminated**
183:24
184:2
200:4

**district**
18:6
35:11
60:20,25
84:19
91:23,24,
25 92:1,2
102:23
103:12,14
135:7
199:12
229:20
230:15,
16,17,19
249:2,5,
9,14
258:9
267:16,24
268:5

**district's**
63:22

**districts**
14:6
75:19
76:1
91:17
102:13
229:19
230:13,21
249:20
250:2
285:1

**divided**
168:2

**division**
6:24 26:4
27:24
41:8
59:14,18
82:10
272:13

**divisions**
174:12

**DJJ**
260:12,18

**DLS**
60:13,20
61:5 62:4
84:20

**doctor**
21:14

**doctorate**
21:4,9,20
127:19

**document**
10:11
11:4
12:13,14,
16 19:6,
14 20:19
22:20,22
23:3

36:22
37:8,12
39:17
44:5,7
46:11,17
47:1,5,20
52:5,13
101:9
106:1
116:4,18
117:2,20
124:13
125:14
130:7,20
136:19
144:5,10
154:17,19
156:6
160:23
161:2,6
164:10,
15,19
175:24
176:8,21
183:17
187:20
188:1,7
200:19
204:17,19
205:1
208:20,23
209:2,4,
14,19,22
211:2,6
213:3,7,
12,14
215:1,3
216:12
217:9
218:24
219:7,10,
12 224:22
225:1,3
226:15,
20,25
237:23,25
238:4,17,

21 240:21
241:19
244:10
250:15
251:14
252:20
255:6
256:17,21
259:17
260:20,25
262:17
263:1
266:16,
20,23
267:5,7,
12 269:22
280:9,14,
25 281:6

**documentation**
121:23
156:20

**documenting**
203:23

**documents**
12:11,15,
22,24
13:1,11,
20 15:14,
20,23
16:1 99:3
127:22
156:15
173:4
176:3
178:8
183:10,16
211:22
217:20
232:3
262:22

**DOE**
174:22,23
226:5
248:23

**DOJ**
11:19
12:23

**DOJ's**
13:2

**domain**
161:4
163:16

**doubt**
19:21
218:2
245:24
250:6
261:24

**download**
13:16,20

**Draft**
165:3
176:5

**drafted**
167:9

**drafts**
115:7
268:25

**drive**
282:20

**driving**
29:25
30:1

**dropout**
199:21,
23,25

**dropouts**
200:5

**due**
100:4
118:15
120:5
175:6

**duly**
6:14



**duration**
86:11

**duties**
28:7
39:16
40:12
42:2
45:25
106:6
107:2
197:21

**duty**
197:23

―――――――――

**E**

―――――――――

**e-mail**
11:5
12:14
19:11,12,
15,17,21
20:22
22:17
37:2,5,16
46:18,21
47:15
77:5
84:23
98:11,20
99:1
101:5,6,
10,13
102:5,6
116:21,22
117:3
125:11,
12,15,21
126:7
129:23
144:6,11
154:20,25
155:5
161:3,11,
12,22
162:4

164:19,
20,21
165:6,13
166:1,2,
19,23,24
168:13
169:4
171:16
176:4,5,9
181:16
188:8
192:21
200:14,20
204:22,23
205:2,6,8
206:12,21
211:7,8,
11 212:8,
9,12,15,
17,18
214:8,13,
24 215:4
216:24
217:17,21
218:1,3,
25
219:13,16
220:21,25
221:24
222:2
224:22
226:20
231:22,23
232:1,4,9
233:13,23
235:12
236:4,8
238:1,2,
5,18,19,
22,24
240:7,11,
22 241:2,
25
244:12,15
252:21
253:1,9
255:3

256:18,22
259:1
261:1,4,
6,16,17,
22,23,25
262:23
263:2
266:20,24
267:1,20
269:18,
19,23
270:2,9

**e-mailed**
13:19
129:17

**e-mailing**
171:13

**e-mails**
12:11,15
47:16
163:9,24
171:18
192:22
193:1
220:11
245:22
246:1

**earlier**
6:22 25:8
60:23
71:4
74:20
75:22
80:23
81:17
88:16
95:15
103:25
106:9
112:20
117:22
125:21
128:15
141:10
142:2

151:9
152:3,16
170:19
173:15
184:15
189:20
196:10,
12,25
201:14
207:15,16
232:6
244:20
245:21
246:4,12
253:3
272:18
274:13
276:16
277:5
278:10

**earliest**
232:9
270:2

**easier**
116:1

**Eastern**
5:5

**EBD**
18:1
91:6,16
100:7
278:22,
24,25
279:4,5

**ed**
57:24
61:4 63:4
109:9
174:24,25
187:15
242:15,
17,19
267:19
272:3,13

273:15,21

**Ed's**
190:15

**Edd**
21:14,15,
16 127:8,
13 128:16
284:24

**Editing**
51:21

**edits**
263:4

**Edmondson**
6:4

**education**
6:6 13:24
16:18
17:9,11,
19 18:5,
9,12
20:24
21:3,10,
11,14,16,
19 22:6,9
24:16
25:21
26:3
28:22
30:4,14
31:16
32:4
33:8,10
34:6,17
35:7 36:5
37:24
40:13
41:1,8
43:6 52:5
59:14,15,
18 63:1
64:17
75:22
76:8
79:19,20



82:9
83:8,11
88:7
90:20,24
95:13
106:10,
13,18,22,
24 109:12
127:19,20
128:17,
19,20
174:13,20
186:5,12
195:9,12
205:19
207:10
208:17
223:7,10,
16,21,22
224:4,11
254:15
264:6
267:10
271:5,6
275:17
282:7
284:11,23
285:1,2

educational
6:24
10:20
16:22
22:14
39:21
87:20
100:2
161:8
235:10
282:24
287:2

Effingham
102:18,20

effort
12:22

elaborate
52:1
87:15
256:6

electronic
115:24
116:1
118:8
175:20
200:7
240:19

electronically
270:13

elementary
32:12
34:3,4,
20,24
35:1

elements
186:19

elicit
211:23

emerging
151:11
156:4
157:15
158:22,25
159:8
160:11
169:9

emergings
160:4

emotional
17:13,21
18:2
36:13,19
86:19
87:7,9,
11,12
90:25
100:6
239:1,25

278:18,21
279:1

emotionally
86:10

employer
24:15
30:12

enacted
104:15

encompasses
264:8

end
23:4 55:1
69:24
77:17
97:9
99:20
102:23
118:18
119:23
151:25
153:3,7
155:24
162:21
166:3,6,
19 167:5
198:5,8
201:12
209:24

end-of-year
49:9,12,
13 54:23
149:13
151:16
152:7
153:1
155:18,25
168:9

end-year
151:4

ends
130:18

enrollment
193:21

ensure
42:7,11
109:18,23
110:17
111:13
146:23
147:8
265:9

ensured
179:3

ensuring
137:15

entail
70:2

entailed
193:1

entails
252:2

enter
118:4
134:20
158:17
173:20

entered
118:3
119:2
172:10

entering
123:25

entire
160:10

entirety
261:17

entities
231:3

entries
222:13

environment

64:23
221:23
223:11,16
224:4

Erickson
176:15
219:22

escapes
172:17,22

Esquire
5:19
287:19

etcetera
62:16

evaluates
26:11

evaluation
174:15

evaluations
174:19

everybody's
179:3

everyday
78:2 88:8

evidence
49:23
105:24
130:6
147:9,12
162:16
168:16,
18,21,23
169:1
211:5
217:15
244:9
255:1

evident
50:21
151:11
156:4
157:15



159:8
160:4,11

exact
  11:9
  23:14
  123:12
  214:1
  233:25
  265:5

exam
  235:9

EXAMINATION
  6:17

examine
  241:9

examined
  6:14

examines
  144:10

examining
  19:14
  23:3
  37:8,12
  39:17
  44:5,7
  46:17
  99:3
  101:9
  117:2,20
  125:14
  130:7,20
  136:19
  154:17
  161:6
  176:8
  188:7
  200:19
  204:19
  205:1
  208:23
  211:6
  213:7,12,
  14 215:3
  217:20

218:24
219:10
225:1,3
226:25
232:3
237:23
238:4,21
241:19
244:10
250:15
251:14
255:6
256:21
263:1
266:23
269:22
280:9,14
281:6

examples
  283:6

Excel
  178:10

excellence
  138:3
  191:18

exclusively
  81:20

excuse
  7:6 59:25
  70:22
  140:11
  162:7
  190:13
  251:21
  263:5
  284:9

executive
  188:5,14,
  23 189:9

exhibit
  10:11,12
  19:6,7,10
  36:22,23
  37:2

46:11,12,
16 86:9,
20,21
87:11
98:1,3,7,
10 100:25
101:1,4
105:19,23
116:5,6,
19,20
124:13,14
125:6,10
130:4,5
131:14
142:13
143:6
144:1,2
154:14,15
160:23,24
164:15,16
175:19,
24,25
187:23
200:10,
11,16
204:13,14
207:20
208:2
211:3,4
212:6
217:13,14
218:9,12,
14 219:7,
8 224:18,
19
226:16,17
231:18,
19,22
235:24,25
236:3
237:20,21
238:16
240:15,16
244:7,8
252:13,
16,17
254:24,25

256:13,14
260:21,22
262:18,19
266:16,17
269:14,15
278:20
279:17
283:21,23

exhibits
  207:16

exist
  156:9
  164:6
  188:23
  222:18

existed
  156:10

exists
  198:3
  259:23
  275:1

exit
  223:6
  273:5,6

exiting
  182:9

expand
  82:3

expect
  90:19

experience
  20:25
  282:5
  284:23,25
  285:17,18
  287:2,10

experiences
  224:8
  282:11

expired
  22:23
  23:2

expiring
  23:13

explain
  27:22
  71:5
  105:13
  107:12
  153:7
  161:14

explained
  7:22
  63:20
  229:23

explored
  235:20

extend
  204:6

extended
  204:7

extent
  197:19
  198:1
  218:7
  239:13
  287:2

eyeglasses
  235:8

_____

        F
_____

face
  54:6

face-to-
face
  49:22
  54:24
  159:11,13

facilitate
  41:1

facilitated
  82:24



facilitates
58:13

facilities
11:25
53:3,5
55:3
81:15

facility
191:20,
21,24

facing
248:8

fair
103:10
281:8

fall
224:12

familiar
33:12
103:17
225:15
249:22
251:7,9,
12 254:13
258:24
276:20

families
192:15

FBA
18:17
41:11

FBA/BIP
40:20
41:17

federal
43:23
44:3,6,
11,14,16,
20,22,24
79:18,20
82:14,19,
20

109:19,24
110:5,9,
11,15

feedback
49:10,24
51:16
52:22
60:15
112:20
126:13,
18,19
141:3
151:24
153:8
163:12
194:18
265:16
267:9
268:7,10
281:18

feedbacks
163:12

feeds
134:1

feel
259:19
286:23,25
287:1,4,
6,7,9

feeling
9:22

feet
56:16

felt
188:20

fidelity
42:8,12
168:15

fields
165:8,9

figure
7:9

file
217:19,25
218:5,8,
11,17,22
219:1

files
61:16

filings
12:4

fill
114:16
202:12
218:11
241:22

filled
181:8
242:1
243:24

final
166:20
167:5
259:17
269:3

finalized
269:4,5

find
35:25
141:20
166:25
206:23
207:5
243:25

finding
162:2,6,
8,15

finding,"--
162:7

findings
60:14
61:6,22
62:4

fine
9:12

fingers
177:4

finish
8:20 9:14
70:15
113:2
120:18

finished
264:11

fiscal
109:1,2
119:15,
18,20,21,
22,23
120:4
122:17
130:9
133:3

fits
250:18

Flint
154:21,22
155:7
156:15

Florida
236:11,
15,23
237:12,15

Flowers
37:3,19

flu
53:24

flyer
206:16,
17,22
207:14,25
208:5,11

focus
169:2
249:21

250:19
251:11

focused
33:7
48:21
113:25
250:12

folders
61:9,10,
11

folks
29:11
38:25
73:19,21
78:23
89:11
107:13
114:22
165:9
185:23
247:7

follow
125:22
160:21

font
179:17
180:8,10

forget
133:16
258:19

form
130:15
134:4
135:11
177:23
178:12
181:9
183:17,20
184:1,5
211:9
212:10
213:2,5,
7,9,15,
17,18,19



214:1
215:8
216:14
217:2
267:10,
15,21,22
268:6,7
280:10

**formal**
105:12
140:15
191:19,21
284:23,25

**formally**
90:6,15

**format**
117:12
143:12
201:19

**forms**
183:19,25
184:4

**forward**
16:15
101:7
249:19

**forwarded**
102:9

**forwarding**
255:4

**forwards**
206:11

**found**
76:13
206:22

**four-year**
285:20

**framework**
48:5
149:23,
24,25
150:16

154:5

**frequency**
86:11

**front**
77:5
135:20
138:1
140:14
158:10
180:6

**full**
7:3,18
257:23
261:19

**fully**
9:25

**Fulton**
32:21,22
33:15,17,
21 34:2

**Fulton/atlanta**
33:18

**Fulton/dekalb**
33:19

**function**
164:6
287:11

**functional**
18:18
61:2,8,20
110:3

**Functioning**
167:22

**fund**
139:22,25
173:1

**funded**
230:23

**funding**

103:15,19
122:13
123:2
143:17,22
145:16
154:9
198:22
205:24
206:1
224:25
225:22
226:12

**funds**
108:1,9
205:11
277:12

**Futch**
165:19,23
231:24,25
232:1,6
233:12,19

**FY**
119:16,
17,20
165:4

──────────

──────────
G
──────────

**GA**
262:22

**GA00**
20:2

**GA00030907**
245:4
246:9

**GA00030908**
248:21

**GA00030909**
251:15

**GA00119322**
37:2

GA00119324
37:10
38:8
284:3

**GA00363543**
212:16

**GA00363545**
213:11

**GA00363546**
213:16

**GA00363547**
213:16

**GA00940369**
252:21

**GA00942899**
188:1

**GA00944717**
256:17

**GA00944718**
257:3

**GA00946193**
101:4

**GA00946723**
144:5

**GA00946724**
145:2

**GA00946726**
145:8

**GA00951657**
200:16

**GA00951662**
236:3

**GA00952856**
266:20

**GA00953298**
46:16

**GA00953299**
46:25

**GA00953689**
116:20

**GA00953691**
117:11

**GA00953806**
231:22

**GA00954277**
224:22

**GA00955852**
154:19

**GA00956103**
237:23
238:17

**GA00956213**
240:21

**GA00956503**
204:17

**GA00956504**
205:7

**GA00956689**
176:3

**GA00956690**
176:14

**GA0095690**
177:18

**GA00957816**
260:25

**GA00957939**
262:22

**GA00958932**
269:18

**GA00958934**
270:14

**GA00960449**
161:2

**GA00961618**
219:12

**GA00963291**
125:10



**GA00963511**
  164:19

**GA00963512**
  169:6

**GA00963514**
  165:14

**GA02409892**
  226:20

**GA02598820**
  19:10

**GA02598821**
  22:17

**GA02598823**
  20:16
  23:23
  24:12

**Gadoe**
  16:17
  25:22
  27:9,17
  28:1 29:5
  30:23
  31:20
  38:2,19
  40:13
  41:4
  51:8,12,
  13 58:2
  63:3
  69:15
  78:14
  82:9
  88:14,19
  89:11
  92:3
  97:11
  100:15
  102:22
  106:13,15
  108:4,7,
  10 109:23
  110:17
  111:13
  133:25

137:21
139:15,
22,25
145:4,14
146:2,8
147:18
148:2
151:18,24
153:8
173:1
175:1
179:2
182:22
183:2,5,
8,9,12,
18,21,24
184:13
185:24
186:2,9
187:16
198:21
199:19,
23,25
200:23
206:1,6
216:11,18
220:16
221:7,14
222:20
226:6,7
230:25
246:13,15
247:8
248:18
249:25
250:12,19
251:6
252:3
255:14,
18,21
263:5
271:2,15
272:16
277:12

**Gadoe's**
  19:18

146:20
263:8,17

**GAOO952857**
  267:5

**GAOO953299**
  279:24

**gather**
  13:10

**gave**
  157:1,3
  163:1
  216:3
  220:23
  272:5
  283:6

**GDBHDD**
  18:20

**Gen**
  273:15,21

**general**
  17:9,11,
  19 39:10,
  20,25
  40:1
  90:24
  107:5
  108:1,2
  110:3,22,
  24 111:1,
  18 112:9
  148:8
  179:14
  200:1
  202:18
  223:7,10,
  16 224:4
  248:2
  272:14
  278:11

**generally**
  170:20
  181:10

**generated**
  161:12
  162:5

**Genesis**
  258:13

**geographic**
  258:18

**Georgia**
  5:8,10
  6:3,4
  10:17,19,
  20 16:18,
  21 17:1,
  13,21
  18:25
  22:9
  24:16
  25:20
  28:19
  37:25
  39:21
  40:12,19,
  22 41:3,
  10 52:4
  57:20,23
  59:15
  63:5
  64:10
  71:6,7
  83:2
  100:13,17
  106:24
  108:1
  138:2,7
  174:24,25
  175:1
  191:18
  256:3
  260:3,4,9
  261:2,7,
  11 262:5
  264:5
  274:25
  279:12

**Georgia's**
  18:21
  254:14

**Gilchrist**
  125:25
  126:11,14

**Gilchrist's**
  126:2

**give**
  9:16
  48:19
  61:25
  68:3
  89:10
  91:19
  96:17
  105:15,
  18,21
  112:20
  118:1
  129:4,6,
  8,10
  132:8
  135:19
  157:21
  159:19
  164:2
  178:3
  180:14
  187:20
  193:4
  195:16
  196:15
  200:6
  204:11
  210:8
  211:2
  235:5
  244:6
  248:5
  265:22
  267:18
  281:15

**glad**
  196:17



GLR
  268:3

GLRS
  64:7,9
  65:3 83:3
  267:15,
  16,17,18
  268:2,3,
  22 269:8
  280:20,
  23,24

GNET
  97:12

GNET's
  110:14

GNETS
  10:22
  16:20,24
  17:1,3,4,
  7,8 20:13
  24:17
  25:11
  26:9,20
  27:17,20
  28:2,12
  29:6,8
  30:21,24
  31:2,10,
  21,23
  32:1
  34:13,17,
  23 35:14,
  17,22
  36:6,7,9
  37:7,11
  38:22
  39:1,16,
  22,24,25
  40:1,16
  41:2,8,
  15,16,19
  42:8,10,
  12,21,24
  43:21
  44:1,21

47:1,21
48:2,3,5,
9 49:9,
12,15,22,
23 51:19,
24 53:1,
2,3,5
57:25
59:24
60:6,11,
14 61:6,
9,15,22
62:4,11,
14 63:13,
16,18,24
64:7,19
65:7,8,22
66:12,15
67:17
68:12
69:9
71:11,13,
17 73:3,
4,8,12,
17,20
74:14,16,
22 75:3,
6,11,20
76:2
77:16
78:7,9,15
79:14,25
80:3,25
81:10,20,
24 84:21,
25 85:3
86:6,7,23
87:4,13,
16,19,22
88:4,10,
17,20,22
89:1,12,
18,19
90:7,11,
12,15
91:7
92:4,9,

14,19,22
93:3,17,
20,22
95:5,15
97:12,20,
23 98:17
100:1,12,
16
101:19,
20,25
102:4,13,
14
103:15,
18,19,23
104:1,3,
15,20
106:1
108:2,12
109:3,11,
18,23
110:17
111:4,10,
13 112:2,
4,7
113:8,9,
20 114:1,
9,10,15
115:13
116:24
117:7
118:20,24
119:12
120:2
121:18
122:1
123:7,21
125:19
126:3,5,
18 127:7,
9,14,23,
25 128:6,
18,19
130:9,17,
21 132:10
133:10
135:12
136:25

137:5,17
138:15
139:16,22
140:1
141:14
143:10
144:7,18,
20,21
145:6,7,
10,11,13,
21 146:2
147:24
148:3,8,
13,20
149:2
158:3,10,
19 159:5,
7 160:15
161:8,24
163:8,12,
20,25
165:24
166:16,21
167:6
169:18,19
170:20
171:1,3,
7,14
173:1,6,
25 174:5
175:17
176:6
177:25
178:13,24
179:10,20
180:25
181:6,18
182:9,10,
15,19,23
183:2,3,
6,11,17
184:3,16,
18,20,25
185:6
187:4,6,
11,15
188:5,11,

14,18,19,
22 189:9,
21
190:14,
16,18,25
191:1,3,
7,12,15
192:16,
19,24
193:10,
19,22
194:14,
18,20
195:21,23
196:2,3,
6,9,20,21
197:13
198:22
199:24
200:3,5,
14 201:1
202:1,14,
20,25
205:11,
14,24
206:2,6
209:5
210:3,21,
24 212:22
213:6
214:4,7,
20 215:1,
24 216:7,
13 217:3,
17,24
218:22
219:1
220:2,9
222:6
223:2,6,
17 224:5,
24 225:22
226:11,24
227:9,24
229:3
231:11
232:10,16



233:2,5,
13,16,20
234:7,11,
14,16,18
235:12,17
236:12,17
237:2
242:14,22
245:13
247:24
248:3,23
249:3,14,
15,18
250:20,22
251:2,20,
22 252:9,
22 253:4,
18 254:13
255:3,17,
21,25
256:4,8
257:7,18,
21,22
258:3,7,
14,16
260:2,4,
10,12
261:9,12
262:9
263:5,7,
17 264:8,
9,11
265:13,
15,23,24
266:9
268:19,23
269:9,21
270:4,5,
9,20
271:3,6,
7,10,17,
25 272:4,
6,7,11,21
273:4,5,
16,19
274:9,10
276:23,25

277:12,23
278:1,8,
11
279:10,24
280:4,5,
7,12,13,
15,17,20
281:9,24
282:6,12,
20 284:5,
17 285:4,
11

GNETS/APEX
232:2

GO-IEP
28:19
29:5,10,
12 71:1,
4,7,10
81:2,9,11
186:6

goal
168:13

good
5:4 6:19,
20 9:24
29:19
62:22
74:10
101:18
179:4
180:21
201:7
203:13
238:11
247:21
249:19
274:1
284:10

gosh
32:6

grade
284:21

graduate
22:3

grand
40:3

grant
40:9
69:12,15
70:21
93:22
95:2
99:17
108:9,12,
18 109:11
114:10,25
115:4,13
117:7
118:15,24
121:11,19
123:3,8,
21
125:13,
18,19,23
126:5
127:9,24
128:2,5
130:9,22
131:25
132:17
136:1,25
137:24
138:15
142:11
143:10,
16,17,21
144:21,23
145:22
146:3,20,
24 147:5,
21 148:4,
11 149:5,
9,12
150:3,7,
9,22
151:7
168:7,11
169:14,24

172:2
185:1,18
201:5,6
202:17
209:17
222:5

Grantapp
93:25
94:8,9,12
108:21
117:1
121:22
122:15
131:11
132:23
150:3
152:22
171:22

grants
120:3
185:9

great
7:21 8:24
9:11
10:6,9
19:3 20:9
21:5 39:5
46:14
85:10
86:5
125:9
176:20
229:22
283:20
284:3

ground
85:18
132:2
170:10

group
10:21
188:16
249:2

groups

168:3

growing
67:18

growth
66:6
68:13
69:5
196:13
197:1
198:14
287:7,8

guarantee
88:7

guess
13:12
19:25
62:6 91:4
105:9
107:16
128:14
132:9
133:4
147:5
190:2
229:14
234:3
245:20
247:4
277:19
286:21

guidance
92:3,6
97:11,15
113:20
183:5,10
187:18

guide
104:7

guided
157:7

guides
157:7



guys
    287:19

gym
    276:8

_____

        H
_____

hall
    196:5

hand
    6:10
    130:1
    217:11
    256:12
    269:13

handed
    116:17
    125:5
    212:5

handing
    143:25
    200:9
    224:16

Handouts
    113:23

hands
    159:14

Hapeville
    34:3,4,7,
    11,20,23
    35:1

happen
    9:13
    52:20
    122:19
    149:18
    160:7
    166:13
    176:19
    260:5
    282:6

happened
    65:15
    67:21
    151:22
    152:17
    156:17
    158:15,21
    160:3
    286:2

happening
    65:19
    88:8
    146:24
    147:8,14
    160:18
    192:5

happy
    17:18
    96:17
    184:10
    195:16

hard
    204:2
    282:19

harm
    286:21

head
    8:15
    85:23
    182:6

heading
    130:13

health
    17:14,22
    18:22
    19:1
    140:9,23
    228:14
    232:12
    239:1,24

Healthcare
    57:19

hear
    250:9

heard
    11:25
    81:15
    148:22
    276:22,24

Heartland
    212:25

Heights
    257:14

held
    22:23
    27:3  78:9
    189:16
    227:7

Helen
    204:25
    205:10,16
    210:25

helped
    284:15

helpful
    15:15
    82:2
    223:9,15
    224:3,10
    272:19
    273:14

helps
    235:8,9

hesitate
    8:25

hey
    122:8
    197:18

high
    32:12
    35:3,8,23
    174:21
    186:25
    187:1

higher
    243:3

highest
    21:3

highlighted
    49:3,7,18
    64:5
    222:10,
    11,13

hired
    29:23
    38:9
    245:15
    249:7,16

hit
    94:3
    124:6
    161:20
    177:4

hitting
    285:20

hold
    12:8,10
    23:20
    28:16
    30:3
    146:11
    211:16
    249:5
    262:22

home
    64:22
    91:9,24
    92:1
    135:4
    187:5,13
    220:8
    221:20
    222:21,22
    249:20,22
    250:1,13
    251:11,25
    272:20
    273:12

honestly
    7:24 50:7
    77:11
    226:2

Horizon
    222:7

house
    14:1

Howard
    37:5,21

Huh-huh
    219:5

_____

        I
_____

I-HAVE-A-
PEN-AND-
PAPER
    191:17

i-ready
    40:4
    65:16,21,
    22,25
    66:1
    67:16
    138:20
    139:22
    140:3
    173:10
    185:3,9
    196:10,19
    197:10,18
    198:22
    199:3,5,
    13 277:5,
    8,13,17,
    25 278:6,
    9 281:18
    283:9

i.e.
    62:15

idea
    49:19



65:20
180:21
205:17
271:16
286:20

**identificat
ion**
10:13
19:8
36:24
46:13
101:2
116:7
124:15
144:3
154:16
160:25
164:17
176:1
187:24
200:12
204:15
219:9
224:20
226:18
231:20
236:1
237:22
240:17
252:18
256:15
260:23
262:20
266:18
269:16

**identified**
45:24
126:14
177:17
212:6

**identifies**
47:21
71:16

**identify**
5:11

15:14
165:9
180:3,4

**IDT**
57:14
58:14,16
83:22,23
85:7,8
244:15,
19,25
246:4,22
247:17
248:1,6,
14

**IDT/DBHDD**
57:12

**IEP**
28:19,20
30:18
71:6,7
87:2
186:20
217:25
218:5,8,
11,17,22
219:1
223:25
250:25
251:3
256:10
260:6
275:10

**IEPS**
279:14

**Illinois**
239:2,24
241:18
242:2

**impact**
100:12,16
103:15

**implementat
ion**
42:4

168:16,
19,20

**implemented**
168:14
265:16
282:22

**implementin
g**
76:8,9
202:22

**important**
43:2,7,
15,18
63:9
188:20
195:11
221:6,13,
19 274:9,
11,14,21
275:4,8

**improve**
285:3

**improved**
282:7

**improvement**
48:2,9,24
49:1
51:19

**improvement
s**
282:5

**in-kind**
277:20

**in-person**
72:2,4,9,
11,12
167:18

**inaccurate**
222:10,14

**include**
11:4
40:12

42:3
284:24

**included**
213:9

**includes**
284:25

**including**
37:3 42:6
108:12

**inconsisten
t**
45:24

**incorrect**
265:10,19

**increase**
235:12

**increasing**
249:3

**Indicating**
20:4
167:2

**individual**
66:7,24,
25 67:1,
13 118:11
152:3
199:13
252:1
275:10

**individuali
zed**
112:9,10
135:8

**individuall
y**
121:21
171:15
221:23

**individuals**
62:20
244:14

**inequality**
275:1

**info**
126:25

**inform**
75:20
76:1
247:23

**informal**
107:9

**informally**
105:13

**information**
12:17
13:2,11,
15,16,17,
24 14:4
48:22
69:19
77:2
88:25
89:4,6,16
92:9
93:12,16,
21 94:12,
14 95:3
97:16
108:18
118:3,4,
17 119:1,
2 122:9,
23 123:12
126:16,
20,22
127:7
128:3,4,
8,9,23
130:22
131:10,
12,15,20,
21 132:2,
21,22
134:5,20,
22



LAKESHA STEVENSON
UNITED STATES vs STATE OF GEORGIA

September 22, 2022
Index: informed..Jackie

135:24,25
137:16
141:12
144:16
149:10
150:5,16,
21 158:20
159:9
161:20
172:4
173:20
174:12
181:15
187:11
197:14
200:2
201:9
202:9
205:22
209:21
213:10,
17,18,19
214:3,17,
20
215:11,14
216:4,11,
19,22
218:9,12
220:12,
17,23
221:7,14
222:1,5
228:11
232:11
237:8
239:13,17
240:7,12
241:17,22
243:25
252:3
261:8,14,
21
265:11,19
271:2,15
272:5
273:4

informed
128:10
242:21

informs
127:13,16
128:17

Ingenuity
140:5,6

inhibit
10:3

initiating
80:13

initiative
271:3

initiatives
51:20
57:18

Innovation
258:13

inside
124:19
128:4
131:10

insomnia
203:19,20

instructed
169:21

instruction
96:24
139:1,20
146:7
191:16
270:21
281:17

instruction
al
109:20
111:14,20
112:4
137:25
173:12

instruction
s
17:15,23
138:2
175:9

insurance
146:13

integration
130:18
141:18
142:7
249:21
250:13,20
251:11,24

interact
27:17,20
28:1,3,4
29:5,8
30:23
31:1,20,
23  34:13
35:13
73:23
95:6
96:6,9
97:13

interacting
97:1

interaction
28:6
31:25
32:2

interaction
s
96:20

Interagency
57:15
244:12,
13,18

interest
11:20

interested
36:8,16

282:10

interface
281:19

interrupt
8:19

interventio
n
18:15
126:25
203:7

interventio
ns
113:4
127:3,4
139:10,11
202:15
203:2
204:5

interview
24:25

introduce
100:24
175:19
217:9
231:17
235:23
237:19
240:14
252:15

introduced
98:4,7
105:19,24
130:2,6
143:5
207:21
208:1
211:3,5
217:10,
12,14
238:16
244:7,8
249:1
254:24,25

invitation
188:5

invite
188:2
224:23
225:2
226:20
227:2,11
236:4,6,7

invited
226:22

invitees
188:10

invites
244:24

involved
65:5
103:9
163:15
171:2
242:24
260:7

issue
9:5,19
97:18
176:18
233:25

issues
9:4 66:18
121:14

item
60:5
162:1,7

items
161:8

_____

J

_____

jacket
124:20

Jackie



101:14,
16,23
102:3,8
103:4

January
119:4,8,
9,12,13
120:2,3,7
188:2
224:23

Jerrano
80:4,5,6,
8,11

Jerrano's
80:9

Joanna
188:3
212:17,
20,24
213:1
214:25

job
7:24
19:12,18,
19 20:13
28:7 30:2
36:16
37:11,13
39:6
45:23,25
46:3 78:5
197:21,23
263:7
283:24
284:5

jog
267:2

Johnson
6:2 14:9
20:4
42:15,22
43:3,8
44:4,12,
18,25

45:12
47:9 54:2
67:24
68:1
70:22,25
76:25
77:4
81:21,23
82:4
85:16
86:14,17,
25 87:3,
23 88:1,
11,13
89:14
90:2,4,8,
10,16,21,
24 91:2,
5,10,12
92:5,17
93:14,19
94:15
95:8
96:11,22
97:14
100:19
103:7,16,
20 104:4
105:7
107:14
108:5,16
110:1,8,
13,21
111:5,16,
22 112:15
113:10,21
115:5
127:15
128:11
132:4
135:6,13
139:5
142:18,20
143:18
146:4,25
147:20
148:5,9,

15 153:19
159:3
160:5
167:2
183:7,14
192:8
194:15
195:13,25
198:24
203:3
206:3,7
211:13,21
212:1,4
216:14,20
218:6,18
220:18
221:8,15,
21
223:12,18
224:7
228:22
229:8,16
231:8,12
234:20
238:6
239:11
243:7
250:3,14,
21 251:8
254:7
255:22
273:17
274:23
275:7,13,
23 276:13
278:2
279:15
280:10
281:25
282:25
283:5,14
284:19
285:5
286:4,12
287:15,22

joined

6:3
237:15

joining
249:2

joint
28:13

Jones
79:1,3
224:24
225:4
226:4

Jotform
177:23
178:6,7,
14 179:8,
12 180:19
215:12,
15,18
216:12
217:1
218:13,
14,23

Juanita
34:12

July
19:11
20:13,22
36:11
37:2,6
119:25
120:1
245:19
253:4,5
262:23

June
23:2
119:25
120:1
260:25

Justice
6:23
260:15

Juvenile
260:15

_____

            K
_____

Karen
37:3,19

Kerrie
188:3

Keys
174:14

kid
259:10

kids
68:7,8
234:16
249:21
250:13
251:11
277:22,23
281:20

kind
38:24
42:14
58:13
76:10
77:2 97:6
136:15
137:14
203:11
242:23

knew
222:10,14
248:14

knowing
90:18,23
221:3

knowledge
38:24
100:18,20
112:1
117:21



128:20
184:14
189:8
287:10

**L**

L-A-K-E-S-
H-A
  7:19

lab
  274:15
  275:20

labs
  195:2,11
  274:22
  275:5
  276:11

Lachrista
  188:3

lack
  12:3

Lakesha
  5:7 6:12
  7:5,19
  213:2
  215:12
  288:5

language
  105:13

large
  190:6

largely
  174:7

Laura
  5:25

law
  8:6 86:1
  170:15

lawsuit
  6:25

10:16,19
11:17
12:5,8,23
13:3
16:9,11
249:18
281:7

LCSW
  209:5

LEA
  18:4
  65:11,13,
  17 134:2
  145:8
  159:24
  187:14
  199:7
  234:14,15
  256:6
  258:12,15
  274:1
  277:7

LEA's
  234:17

lead
  30:4,14
  31:16
  43:6
  153:18
  223:22
  275:17
  285:2

Leader
  174:14

leadership
  22:14
  63:1
  83:15

leads
  32:4,13
  36:5
  59:20

learn

23:23
24:13
155:13
237:9
248:1

learned
  229:1

learning
  22:7 33:4
  36:8,17
  40:14,17
  41:2,7
  83:3
  155:8
  156:16

LEAS
  14:4,6
  61:4
  144:19
  184:3
  248:9
  252:8,11
  256:5,7
  269:8
  271:4,6,7
  273:24
  274:9
  277:22
  278:7,9

leave
  97:10
  102:20

left
  38:2
  102:13

length
  223:4

Lenka
  164:21

lessons
  138:7

letter
  166:15

172:17

letters
  192:18

level
  21:3
  168:20
  199:14,
  15,17
  202:11

levels
  76:23

liaison
  63:22
  84:19
  249:2,5,
  9,14

liaisons
  60:20,25
  114:17
  267:16,24
  268:5

License
  209:9

licensed
  209:7

limitations
  286:23,25

Linda
  28:24
  80:23
  81:5

link
  178:16
  179:25

Lisa
  165:19,23
  231:24
  232:6
  233:12

list
  47:24

77:11
94:2
121:5
130:14
137:13
141:9,16
142:2
194:4
256:19,25
257:2,7,
23 259:4,
9,12

listed
  23:10
  146:8
  165:9
  241:25
  259:2

listen
  189:11

listening
  107:13

listing
  139:8,9

lists
  130:14
  140:24
  144:19

literally
  55:19

litigation
  12:7,10
  98:5

Littlefield
  5:10

LKES
  174:14

loading
  270:18

local
  18:5



located
  95:12
  195:21,23
  196:2,3
  257:14
  260:1

location
  17:5,8
  94:24,25
  95:24
  130:17
  132:10
  133:10
  225:19
  257:16
  282:21

locations
  17:7
  53:4,11
  93:4
  94:7,23
  96:9,19
  97:23
  133:2
  195:20
  222:15

log
  201:11

logs
  69:9,13,
  23 70:7,
  18 99:20
  112:19
  171:11
  172:8
  200:17,23
  209:20

long
  14:23
  23:15
  26:6
  32:16
  34:9
  47:24

97:3
120:14,18
202:8
223:1
255:11

longer
  50:5
  102:4,10
  141:15
  149:7,16
  150:7,12,
  17 164:8
  166:15,17
  168:6
  188:23

looked
  45:6
  67:20
  77:16
  118:12
  134:3
  201:13
  207:15
  218:12
  245:21
  265:23

lot
  30:18
  36:2
  48:22
  75:7
  78:20,21
  117:21
  150:4,20
  160:18,21
  185:20
  190:19
  224:10
  230:20
  233:10
  239:22
  271:24
  272:2
  281:19,20

lots
  29:25
  30:1
  163:9

loudly
  85:24

love
  47:19

low
  159:20,21

Lowe
  27:12
  79:22

_____

_____

M

made
  11:1
  48:13,17,
  18 52:14,
  23 70:23
  87:2
  149:8
  150:19
  153:6,7
  175:5
  183:6
  210:23
  213:2
  251:4
  254:17
  256:10
  265:1,4
  285:10

magazine
  254:13

majority
  190:6

make
  8:22 9:9
  48:12
  52:5,7,12
  54:15

56:23
57:17
61:25
66:16,17
70:13,16
71:11
77:11
84:10
91:20
112:3,6,
14 113:2
115:9,10
120:19
121:24
124:6
128:4
129:12
131:19
132:12
135:8,23
137:1
139:15
140:22
141:13
143:2
149:15
158:10
169:10
174:18
175:10
178:4,20
180:21
182:15
184:8
186:14
191:23
192:6
195:20
197:9,17
225:6
235:18
259:15
263:21
264:24
265:10,18
270:23
284:21

285:9

makes
  111:19

making
  13:17
  112:9
  115:22
  198:19
  264:12,
  22,23
  285:18
  286:21,23

manage
  263:7,9

management
  136:16
  137:10

manager
  13:6,8
  15:4 25:9
  58:19
  59:22
  63:14
  81:3,7
  166:21
  167:7
  263:18
  267:17
  268:23
  269:9
  274:10

manipulate
  176:24

manner
  213:21,23

map
  103:3

March
  154:20,23
  155:22
  256:18

Marietta



35:3,8,
10,11,23

**mark**
10:11
19:6
36:22
46:11
116:4
124:13
154:13
160:23
164:15
175:24
187:22
204:13
219:7
224:17
226:15
260:20
262:17
266:16
269:13

**marked**
10:12
19:7
36:23
46:12
98:3,7,10
101:1
105:23
116:6,18
124:14
125:6
130:5
144:2
154:15
160:24
162:22
164:16
175:25
187:23
200:10,11
204:14
211:4
219:8
224:19

226:17
231:19
235:25
237:21
240:16
244:8
252:17
254:25
256:14
260:22
262:19
266:17
269:15

**master's**
22:9
128:16
284:11,
17,24

**materials**
42:6

**math**
33:5
66:2,6
139:10

**Matt**
79:1,3
224:24
225:4
226:3

**matter**
5:7
211:22
274:12
287:8

**matters**
26:9 78:6
79:12
80:2

**Mccallum**
80:17

**Mckay**
226:22
227:8

230:4

**Mcqueen**
188:3

**meaning**
144:20
247:25
248:1

**means**
17:25
62:24
162:20

**meant**
61:6
64:19
75:25
109:13
134:7
143:3
162:19
174:23
259:8

**measure**
172:15

**measured**
67:15

**measurement**
172:16

**mechanisms**
42:7

**medication**
10:3

**meet**
14:23
58:22
83:5,6,7
84:5,6
94:25
120:19
121:7,22
122:4,6
152:2,3
188:17

190:25
191:3,7
192:12
198:13
239:22

**meeting**
13:6
28:10
58:25
79:10
82:10
83:12,17
84:9,16
87:2
92:19,22
121:20
156:15
176:7
178:15,19
179:7,8,
15
180:11,
13,15
181:4,5,
7,13
185:13,16
188:2,5
190:21
191:9
205:10
208:7,9,
12 224:23
226:1,2,
21,24
227:1,4,
8,11,13
228:7
230:2
236:20
237:5
239:19,21
244:15
246:23
247:3,17
248:2,6,
20 249:25

250:12
256:11
260:7

**meetings**
28:7,13
30:18
57:12,25
58:8,19,
23 59:7,
13,16,20
60:6,11
65:12
71:14,17
72:2,18,
21 75:12
80:1,7
81:18
82:8,11,
15,17,19
83:2,15,
20,23
84:11,12
170:20,25
171:8
174:4,9
175:6,12
178:24
179:7,11
180:22
181:20
182:10
184:13
185:25
188:19
189:10,
15,16
190:18,19
206:8
226:3,5,
11 227:5
228:8
230:4
247:12
248:2
251:3
267:22,23



268:1
272:4
282:19
283:9

**meets**
226:7

**Megan**
176:15
208:25
210:8
219:22

**Melanie**
6:2 14:9,
15

**member**
172:10

**members**
208:18
210:24

**memory**
267:2

**mental**
140:9,23
228:14
232:12
239:1,24

**Menti**
5:12

**mention**
81:16

**mentioned**
41:11
48:3 50:3
65:18
71:4
74:20
75:17
80:23
83:21
99:16,19
243:10
277:7

278:13
284:14

**messaged**
92:21

**messages**
250:19

**met**
83:10,12
84:7,8,9,
14,19
122:1
192:15
208:17
223:24
227:15,18
228:1,3,5

**met all**
157:16

**metrics**
67:16

**Metro**
31:2
123:11
125:19
126:3
131:17
257:15
258:14,
16,19,21
259:11
270:4,8

**Michelle**
5:23 6:22

**microphone**
124:17

**mid**
91:16
153:7

**mid-georgia**
29:22

**mid-year**
147:13

149:14
151:4,15,
25 152:25
153:1
155:18,24
168:9

**middle**
32:12

**Mike**
81:12,14

**Miller**
188:4

**mind**
77:9
282:3

**mine**
121:6
270:18

**minimum**
284:10

**minute**
56:2
195:16

**minutes**
9:18
14:24
192:11
204:3,4
254:6

**missing**
141:21
142:1
143:8
281:5

**misspoke**
197:6,7

**mistake**
143:2

**misundersto od**
152:11

**Mm-hmm**
8:1,4
13:14,25
21:12,23
22:1
23:5,7
27:8,25
29:3
32:23
33:22,25
35:12
36:10
38:10,12
39:2,11
40:7,15
41:5,9,13
42:5
45:17
60:16,18
62:17
63:19
65:24
67:4,10
69:2 73:5
74:23
75:1,4,
13,21
76:16
80:24
81:19
82:7,13
83:4
84:15
89:23
90:5
95:17
98:12,14,
16,19,22
100:8
101:15
104:2,25
105:2,11
108:14
116:23
118:9
120:13
124:5

131:18
133:22
140:4
143:13
145:3,20
147:22
151:6,23
152:5,15
153:24
156:2
157:9
163:21
165:18,20
167:8
173:17
175:3,15
179:18
180:24
184:11
186:1,25
187:7
189:22
190:10
196:14
200:25
203:18
204:10
207:1,24
221:1
234:5
238:12
243:12
247:11,13
259:5
264:13
266:7,14
269:2
272:24
274:17
275:18
276:18
277:6
278:12
282:17

**Mock**
188:3



212:17,
21,24
214:25

**model**
236:22

**Molly**
211:25

**moment**
9:17
67:11
86:17
90:10
96:17
116:9
228:2
238:7
243:10
246:8

**money**
103:23
282:21

**Monica**
226:23
227:9

**monitor**
30:15
65:16,22
66:4,5
69:8
70:18
109:18,23
110:17
111:13
138:20,23
197:25
199:21,23
205:23
206:1
262:9

**monitoring**
61:2,4,5,
8,20
68:10
110:3

167:22
198:2,3,
4,7
199:18

**monitors**
199:25

**month**
24:23
57:18
63:9
68:1,4
71:20
72:24
78:2
120:22,
23,24
202:13
245:15

**monthly**
53:6
59:15
63:7
66:10
68:11,15
69:14
71:20
82:16,17,
22 83:24
84:16
170:19
174:7
175:6,12
178:15
179:11
185:13,16
188:19
189:16
197:10
200:23
206:8
209:21

**months**
52:22
265:23
266:1

**Morcease**
248:10

**Moria**
164:21
165:10
166:1,11

**morning**
5:4 6:19,
20

**mouse**
177:1,5

**move**
16:15
34:16
35:16
51:18
62:13
65:17
69:8
70:25
102:1
103:5
115:23
143:24
177:1
241:9
249:19

**moves**
66:15

**moving**
65:21
103:11
206:21
208:20
249:20
250:1
252:8
273:25

**muddled**
230:10,12
234:13

**music**
194:23

195:10
274:16,22
275:5,20
276:5,6,
12

_____

_____

N

_____

**named**
244:14

**names**
246:10

**Nara**
164:22

**native**
117:11
201:19

**nature**
171:11

**Neal**
101:14,
16,23
102:3,8
103:4

**necessarily**
50:23
52:15
54:4
55:24
61:23
66:14
91:11
122:6,22
159:25
179:1
181:4
190:21
196:3
222:23
227:11
273:19
278:3,5

**needed**
29:10,14,
24 30:19
38:6 39:1
48:12
59:1
60:15
104:18
121:15,23
122:3,7
124:11
127:1
131:15,20
132:2
160:21
161:20,25
164:1
168:24
171:20
172:4
239:16
260:4
264:24
271:11

**negative**
103:15
197:1

**Nelson**
34:12

**network**
10:20
16:21
39:21
42:8,21
264:5

**NM**
269:21

**nod**
8:15

**nodding**
7:2 45:5,
22 49:6
78:22,25
79:4



82:18,23
84:4
85:23
89:13
90:13
93:2
100:10
105:2
111:23
113:16
131:16
133:8
136:7
138:14
140:16
141:4,6
146:22
147:15
157:6,13
168:4
174:8
197:8
266:2

**non-disabled**
95:6
96:10,21
97:13

**non-evident**
158:22

**non-numerical**
51:4,5
157:5

**non-opportunity**
96:15

**North**
31:2
123:11
257:15
258:14,
16,19,20
259:11

270:4,8

**Northstar**
101:19

**note**
9:2 96:20
129:12
132:18
184:8
191:23
192:6
194:20,23
195:20
197:17
221:25

**notes**
154:21,22
155:2,6,
16 156:5,
14,23
157:18
158:7,16
229:24
246:25
247:1,5
249:17
250:7,9
251:10
264:12,
22,23

**notice**
10:15,17,
24 11:3
12:10
122:13
146:12
158:20,25

**noticed**
194:6
261:21

**notification**
102:23
122:15

**notified**
46:6

**Notifying**
109:1

**NOVA**
21:8

**November**
116:21
125:11
164:20
165:16
166:24
169:4
211:8
212:9
215:4
231:23

**number**
19:9 37:1
46:15,25
50:25
55:8 70:3
101:3
116:19
125:9
130:13
134:6,17
142:19
144:4
154:18
161:1
164:18
167:20
176:2
187:25
198:16
200:15
204:16,20
219:11
224:21
226:19
231:21
236:2
237:24
238:17

240:20
252:20
256:16
260:24
266:19
269:17

**numbers**
20:6
114:8
142:22,25
143:22
220:24
221:2,3
222:9

**numerical**
50:19
160:12

**numerous**
186:7

**nursing**
284:15

————————

O

————————

**oath**
8:5 85:25
170:14

**object**
9:3 76:25
280:10

**objection**
42:15,22
43:3,8
44:4,12,
18,25
45:12
47:9 54:2
67:24
70:22
81:21
82:4
86:14,25
87:23

88:11
89:14
90:2,8,
16,21
91:2,10
92:5,17
93:14,19
94:15
95:8
96:11,22
97:14
100:19
103:7,16,
20 104:4
105:7
107:14
108:5,16
110:1,8,
13,21
111:5,16,
22 112:15
113:10,21
115:5
127:15
128:11
132:4
135:6,13
143:18
146:4,25
147:20
148:5,9,
15 153:19
159:3
160:5
183:7,14
192:8
194:15
195:13,25
198:24
203:3
206:3,7
211:23
216:14,20
218:6,18
220:18
221:8,15,
21



223:12,18
224:7
228:22
229:8,16
231:8,12
234:20
243:7
250:3,14,
21 251:8
255:22
273:17
274:23
275:7,13,
23 276:13
278:2
279:15
281:25
282:25
283:5
284:19
285:5
286:4,12

**objections**
9:4,5
211:22

**obligation**
8:7

**observation**
191:19

**observe**
192:3
194:9

**observed**
112:17
191:16

**occasion**
69:4
128:25

**occasionall
y**
9:2
192:21

**October**

46:3,6,18
77:5
212:17
219:13
226:22
229:4
244:15
249:8
252:21
253:8,19
266:21

**offered**
41:17,18
175:11
198:25
277:19

**offers**
279:12

**office**
88:14
133:25
148:19
225:19

**offices**
186:2,4

**official**
195:5

**officially**
24:20
245:12
253:8

**older**
281:17,20

**oldest**
165:13
166:23

**onsite**
192:4
193:21

**open**
118:25
119:5

169:10

**opened**
119:3
120:7
169:13

**opens**
119:11

**operation**
108:12

**operational**
50:21
94:22
151:11
156:4
157:15,16
158:23
159:16
160:11
168:17

**opinion**
43:6
223:22,23
224:1,2
251:1
274:20

**opportuniti
es**
95:6 96:9
97:12

**opportunity**
6:24
96:15
178:3
181:6
196:15
209:12

**options**
180:5
230:20

**orally**
8:13

**order**

139:2
287:23,25
288:2

**orders**
287:19

**Oregon**
242:18
243:10,13

**original**
49:15
119:12

**originally**
214:13

**outcomes**
182:17,
19,22,25
186:23,24

**outdated**
261:8,14,
21

**outlines**
22:22

**oversee**
81:25

**overseeing**
205:11

**oversight**
43:22
44:2,6,8
45:7

**overview**
63:16,18,
24 70:7
74:22,24
104:21,22
184:16,
18,21

**overviews**
107:5

**Owen**
79:8,13

161:5
163:3,13
205:8,9,
18,21

_____

P

**p.m.**
146:15,18
170:3,6
177:12,
13,15
206:13
211:17,20
233:13,23
238:8,14
254:9,11
283:16,19
288:7,11

**pad**
177:5

**pager**
98:18
151:5
268:22

**pagers**
267:18

**pandemic**
270:21
271:21
272:12

**paper**
115:15,
16,20,21
118:7
144:16
153:21
154:7
175:20

**papers**
115:25

**paperwork**
30:18



paragraph
  43:21
  166:18,23
  167:1
  168:12

paragraphs
  39:9

parameters
  285:7

parent
  192:21,24
  193:6

parenthesis
  51:20
  60:14
  62:15
  215:9
  246:9
  248:24

parents
  192:18
  193:15

part
  12:22
  49:21
  61:2
  73:15
  78:5
  82:25
  93:24
  102:12,18
  104:21
  150:16
  168:25
  190:8
  194:4
  196:17,18
  242:23
  243:24
  263:7

part-time
  33:21

participate

53:3
  82:8,9,14
  102:4,11
  242:25
  255:24

participates
  58:16

participating
  199:5

participation
  102:24
  173:2
  247:23

parties
  5:11,20

partnership
  234:19

parts
  128:6

pass
  154:12

past
  26:18
  56:4  72:4
  89:6
  149:17
  152:20
  155:11
  157:7
  158:21

Patel
  226:23
  227:9

Pathways
  161:8
  163:18,19

pattern
  133:13,15
  141:11,17

142:4,5

pause
  24:1

pay
  140:8
  199:6
  277:19
  278:8
  284:21

paying
  199:7

pays
  277:7

PBIS
  136:14,15
  162:15
  246:20

Pearson
  172:18

peers
  95:7
  96:10,21
  97:13

pending
  9:13  71:1

people
  29:23
  39:1
  72:10,11
  78:20,21
  82:21
  115:17
  174:21
  175:8
  178:8
  186:7
  248:12
  264:23
  268:3
  276:24
  284:20

peppermint

98:22

peppermints
  286:19

percent
  122:20

percentage
  198:10

perform
  81:24

performed
  45:25

performing
  108:9

Permission
  37:6

person
  172:24
  182:7
  188:18
  196:19
  229:10
  250:8

personnel
  141:9,11
  142:2
  249:22
  251:12,23
  252:5,7

personnels
  251:7

perspective
  67:6,8
  186:18

phone
  11:6,7
  14:21
  129:17,18
  171:19,21
  214:11

phonetic
  80:4

199:11

physical
  13:1
  144:20

pick
  171:21

Pickens
  101:23
  102:4,10
  103:4

picture
  153:25

piece
  235:10

place
  161:16
  188:16
  199:2
  202:1
  204:5
  227:4
  282:6

placement
  192:19
  250:17

placements
  100:4,13,
  17

places
  54:15
  150:6

plaintiff
  16:8
  254:24

plaintiff's
  10:11,12
  19:6,7
  36:22,23
  46:11,12
  98:3,10
  100:24
  101:1



105:19,23
116:4,6,
18
124:13,14
125:6
130:4,5
142:13
143:6
144:1,2
154:14,15
160:23,24
164:15,16
175:24,25
187:23
200:10,11
204:13,14
208:2
211:3,4
212:6
217:13
219:7,8
224:17,19
226:15,17
231:18,19
235:24,25
237:20,21
238:16
240:15,16
244:7
252:16,17
256:13,14
260:20,22
262:17,19
266:16,17
269:14,15

plan
18:15
40:3,10
42:13,17,
19,24
44:9,10
48:2,4,9,
10 49:14,
22 51:19
52:3,12
55:15

56:8 65:9
94:9,11
147:11
149:1,2,
4,7,9,11,
14,21
150:2,4,
9,11,15,
24 151:1,
10,12
152:19
154:22
155:8,15,
17,20,24
156:1,12,
19
157:21,22
161:9
162:1,22
163:13
164:7
165:4
166:3,7
168:6,15,
23,25
169:14
185:9,21
190:9
270:20

planing
286:3

planning
42:4
65:11
94:3
185:1
186:25

plans
158:4
275:10

platform
33:4
174:18
178:7

platforms
14:2

play
108:15

playground
274:15
275:19

playgrounds
194:21
195:10
274:22
275:5
276:11

plural
73:10

PM
51:19,24
62:14
64:7,9
69:9
75:3,11
280:20

point
8:24
55:11
136:3
155:15
245:14
259:25

policies
109:19,24
110:5,18
111:3

popped
132:19

popular
278:6

population
86:23
87:4
89:18
90:1,11

92:4,10,
11,13,23
231:6,11

portable
196:9

portables
196:7

portal
13:15,16,
21,23
51:21
52:3,4,6,
7,8 69:20
71:2
114:7
115:15,
17,18,20,
21 118:3,
5 120:9
123:18,24
129:20
150:8,13,
14,18,25
151:14
152:20
158:17,
20,24
160:16
161:15
162:8
163:7
166:5,17
185:19

portion
181:11

position
19:24
22:24
24:21
25:17
26:8,16,
21,24
27:3
28:15,25

30:3,6
35:6 37:7
38:23
46:7
235:13,15
245:12,14
253:4
283:3
284:12,18
285:3
287:6,8

possibility
216:2
250:8

possibly
60:7
257:11
286:5,11

post
37:6
39:19
182:17,
19,22,25
186:23,24
187:5
248:9

posting
37:11,13
38:7,8
39:20
44:16

potentially
210:25
230:12
277:2

Powerpoint
52:13
72:19,20,
25 107:20
114:2
117:12,
15,17
142:10,11
284:16

Powerpoints
    72:25

PP
    117:1

practice
    42:7,11,
    21 43:7
    155:11
    178:22,24
    179:2,4,6
    201:16

practices
    43:2,18

pre-covid
    55:25
    72:14

prefer
    101:25

preliminary
    211:21

preparation
    208:9
    252:2

prepare
    14:13
    15:20
    16:4

prepared
    166:20
    167:6
    249:23
    251:7,9,
    12

preparing
    251:23

preplanning
    36:1

prepopulate
d
    133:18,19
    141:11

142:3

present
    57:22
    60:10
    73:19
    74:13
    104:20
    111:7
    113:12
    186:2,7
    206:24
    215:23

presentatio
n
    13:18,19
    36:2 42:6
    48:15
    73:1,15,
    17,25
    74:2,17
    104:18,23
    107:6,13
    117:15
    174:17,20
    182:1,4,
    5,7,8
    247:21

presentatio
ns
    72:23
    113:25
    174:22
    182:3

presented
    74:18
    83:13
    84:12
    97:17
    114:1
    117:6,12
    118:20
    168:16
    186:9
    207:13
    208:1

248:7,11

presenters
    72:24

presenting
    123:18

pretty
    247:21

previous
    36:18
    81:6
    149:13
    218:9
    241:25

previously
    49:21
    98:3,7,9
    99:16
    105:23
    130:5
    211:4
    217:10,
    12,14
    244:8
    251:16
    254:25

primary
    279:9

principal
    34:12

print
    215:13

printout
    122:9

prior
    23:13
    26:21
    28:14
    30:2 46:6
    50:11
    54:24
    123:23
    144:21

188:16,18

priorities
    149:15

priority
    153:13,14

privilege
    218:19

privileged
    239:13

proactive
    283:11

proactively
    263:20
    283:3

problem
    7:11 60:1
    125:3
    254:3

procedures
    108:11,
    20,22,23
    109:19,24
    110:11,18
    111:3

proceed
    10:7

proceedings
    5:1
    288:10

process
    108:13,17
    120:14
    150:20
    168:14
    203:23
    229:20,21
    256:9

processes
    148:14

produced
    117:11

201:19
    261:19

professiona
l
    20:25
    23:19,24
    24:13
    40:14,17
    41:2,7

program
    10:21,22
    13:6,8
    15:4
    16:20,24
    20:13
    24:17
    25:9,24
    26:1,20,
    22 27:7,
    18,23
    28:14,15,
    16,20
    29:4,6
    30:2
    31:2,4,
    21,24
    33:12
    34:17,23
    35:17,22
    36:9
    37:11
    38:22
    39:1,16,
    24 40:16
    42:10
    43:22
    44:1,21
    47:1,22
    54:21
    56:12
    58:19
    59:22
    60:22
    62:11
    63:13
    65:8



66:1,8
67:5,13,
17 71:6,
17 78:10,
15 79:25
81:1,2,6
84:21,25
86:6,7,
13,15
87:4,5,16
88:2,3,4,
10,17,20
89:1,19
90:12
91:21
93:17,20
94:19
102:14
103:19
110:15
112:2
113:9
116:24
117:7
118:20
119:12
122:21
123:15
127:8,14
128:7,18
131:13
134:9,11
135:12
137:5,17,
19
139:10,
11,16
140:1,19,
24 141:14
144:7
145:7
148:8,13,
20 149:24
152:4
155:8
156:16
158:22

159:20
160:4,9,
10,15
161:8
165:24
166:21
167:7,10
168:5,8
169:17,
18,19
170:20
171:1
172:14
173:25
182:9,10,
13 183:2,
6,11
184:10,25
186:12
188:17
190:14,20
191:16
192:16,20
194:14
195:7
196:2,8
197:11
198:11,
12,17,18,
20,22
199:2,6,
10,15
200:14
201:1
202:19,
20,21,24
203:1
210:4
214:21
217:24
219:1
223:7,17
224:5
227:24
229:1,7
230:8,22
231:1,7,

11 232:12
233:16
235:17,18
236:11,18
237:2
242:22
245:13
247:24
248:3
249:10,14
251:21,22
252:1,22
253:4,18
259:13
261:14
263:18
264:1,7
265:13,24
267:17,24
268:19,
23,24
269:9
270:4,8
271:17
273:4
274:10
276:23,25
277:21
278:6,8,
11 279:24
281:9,24
282:6,12
284:6,17
285:4,11

**program's**
97:20

**programatic**
172:5

**programing**
76:2

**programming**
75:19,20
76:1

**programs**

17:1
27:21
28:2 29:8
30:21,24
34:14
35:14
40:4
48:5,6,24
49:1,16
55:11
66:13
68:13
69:11,17,
23 73:20
77:17
79:18,21
82:15,19,
20 91:13,
14,15,20
92:4,9
97:12
100:1
101:21
103:23
111:11
113:20
114:15,16
121:18
122:2
123:7
127:23
128:1
130:21
139:23
140:1
145:11,13
146:8,24
147:25
148:3
149:2,25
150:17,24
157:23
158:6,11
161:24
163:25
166:16
167:11,

12,16,20
168:2
173:1,6
175:17
183:3
189:21
190:18
191:1
193:19,22
196:3,6
199:1,4,8
209:17
212:23
215:17
216:13
229:18
243:17
250:20,22
251:2
255:17,
21,25
257:18,21
261:12
262:10
264:8
265:2,16
270:10,20
271:6,7,
10,25
272:11
277:12
281:16,22

**progress**
67:12
135:8
138:22
181:22
272:19
273:11,15

**progressing**
224:6

**progression**
199:19

**projection**
133:9,11



prompt
  255:16,20

prompted
  115:23

proper
  273:12

properly
  192:7

proposal
  230:14

proposed
  281:8

pros
  286:9,10,
  14

provide
  30:17
  39:25
  40:1,8
  43:22
  44:2 45:7
  48:1,8,
  23,25
  49:10,20,
  23,24
  50:5
  60:15
  63:7
  64:16
  69:9 73:1
  86:16
  87:20
  88:4,7
  97:11,16,
  17 100:1
  105:3
  107:9
  113:19
  123:11,
  13,14,17
  124:10
  127:2
  128:22
  130:22

131:22,24
132:20
137:21
141:3,5
147:7
151:18,24
153:8
159:9
169:15
172:1
173:21,22
174:10,11
175:2
187:16
203:11
205:12,22
206:8
214:19
228:13
232:10
252:3
260:12
263:11,
12,16
268:7,10
270:20
272:10
273:1

provided
  70:12
  92:3,8
  127:7
  147:11
  156:20
  159:24
  175:8
  184:15,24
  185:7,12
  187:11
  200:24
  205:13
  206:18
  252:11
  272:15

providers
  70:19

230:20

providing
  42:3
  127:24
  131:12
  156:3
  263:4
  270:5

public
  17:12,20
  30:4,12,
  21 31:4,
  12,14,19

pull
  61:9
  206:16
  208:25
  219:19
  220:24

pulled
  44:13
  61:9,16
  221:2,3
  222:5

purpose
  14:11
  70:6
  86:12,15
  104:3,5
  153:11
  174:9
  220:14,15

purposely
  209:22

pushed
  276:6,7

put
  9:3,4
  93:24
  98:5
  118:17
  132:13,16
  136:13

143:3
159:14
161:20,23
166:5
178:10,18
179:19,
21,24
180:2
183:5,10
203:17
204:5
214:8
259:12
266:10

puts
  8:6

putting
  54:6
  115:16
  133:11
  134:5

———————

Q

———————

qualificati
ons
  284:10

question
  8:25 9:13
  28:3
  29:19
  61:24
  62:1,22
  66:17
  107:15
  121:16
  124:8
  131:11
  132:7
  136:15
  137:8
  171:9
  179:25
  180:1

181:9
204:24
211:24
216:15
232:23
268:21
272:18
273:6,7
274:6,14
275:3
284:16

question/
answer
  181:10

questionnai
re
  172:20

questions
  7:24
  8:10,13,
  20 9:3,25
  10:4,6
  40:2,6
  48:13
  62:4
  66:20,25
  86:3
  107:17
  111:10
  123:8,9
  126:21
  133:21
  135:3,10
  136:1,8,
  24 137:2,
  3,4 138:9
  142:9,25
  143:1
  146:10
  170:17
  173:16,24
  176:7
  178:4,15,
  18,22,23
  179:3,11,



13,14,19,
21,24
180:2,21
181:1,2,
4,7
189:12
211:23
216:6
218:25
271:18,
24,25
272:8
287:15,17

**quick**
177:10

**quickly**
25:3

————————
    **R**
————————

**R-E-Y-N-A**
7:20

**raise**
6:9
142:25
276:1
285:23

**raised**
60:6

**rate**
149:15
154:6

**rated**
152:8
153:13
154:4

**rates**
199:21,
23,25

**rating**
50:5,19
51:2,3,5

150:1
151:17,20
152:9
156:3
158:3
159:17
162:25
163:1
168:17

**ratings**
49:10,20,
24 50:17
51:10,14
151:11
157:4,5,
10
158:16,19
159:21
160:1,17
166:20
167:6
168:19

**RDA**
60:22
61:18
167:21
186:11
249:11

**reach**
29:11,15
67:19
69:3,5
71:12
121:15
196:13,
20,25
204:6
230:8
272:7

**reached**
121:14
179:10
181:2
271:13

**reaches**
166:15
171:16

**read**
12:4
104:22,24
107:7,8,
10,11,20,
21 111:8,
9 113:13,
18,19
154:7
167:4
168:13
204:20
249:17
255:11
284:16

**reading**
33:5
66:1,6
105:10
112:12
139:9
153:20,24
255:10

**reads**
37:10
39:20
40:11
42:2
46:19,25
47:1
51:20
60:14
65:10
99:25
101:4,7
116:25
125:12
144:8
154:21
161:7
165:3
166:19

169:5
176:3,5
188:1,5
200:16,17
209:4
217:18
225:19
226:24
238:3,20
241:15
257:7
260:25
262:22
266:5
267:9
268:18
269:18
280:11,19

**ready**
152:12
187:12

**real**
118:12
124:4
177:10
286:21

**reason**
9:12,24
19:21
154:1,3
216:3
218:2
245:23,24
261:24
274:2

**reasons**
36:15
56:7,10
190:12
250:6

**Rebecca**
246:16,18
248:18

**recall**

12:7,11
19:23,25
31:11
38:1
53:23
55:24
60:12
73:6
76:21
97:19,21
113:24
114:4
115:21
126:10
147:2
163:14
169:23,25
192:2
194:8
216:3
219:4
226:2,3,
10,11
227:1,8,
13 228:6,
25 230:6
233:5,9
236:20,21
237:5,17
239:21,23
240:1,2,
3,13
243:22
244:24
250:4,10
251:17
255:13
262:7
265:12,15
268:9
271:22
272:21
273:6
274:18
277:4
281:3



**receive**
 12:17
 17:14,23
 21:5
 22:5,11
 47:13
 69:11,17
 70:3
 77:18
 87:21
 89:15
 107:25
 111:10
 121:25
 122:13
 123:2
 145:16
 150:23
 151:1,2,
 15
 158:24,25
 192:18
 197:9
 200:2
 201:4,10
 202:14
 203:20
 216:6
 218:25
 230:21
 233:14,21
 234:6,7,
 12 252:7
 276:5
**received**
 11:3
 12:16
 47:16
 70:5
 77:15
 109:8,12
 112:19
 159:8
 167:11,
 12,16
 169:9

 179:20
 193:5,18
 232:11
 233:1
 234:8,10
 276:3,4
 281:18
**receives**
 103:23
**receiving**
 12:7,12
 90:7,15,
 20 95:13
 102:22
 154:9
 203:1
 209:17
 231:15
 232:17
 233:6
 234:9
 244:24
 245:1
**recent**
 37:5
 101:5
 104:15
 116:20
 125:10
 164:20
 204:23
 211:8
 212:9
 231:23
 238:1,19
**recently**
 227:18
 248:6
 282:2
**recess**
 276:3,7,8
**recognize**
 19:15
 20:18

 22:20
 37:13
 46:21
 98:20
 101:10
 105:25
 117:3
 125:15
 144:11
 154:24
 155:2
 161:10
 165:5
 176:9
 177:20
 188:8
 200:20
 202:3
 205:2
 211:11
 212:12
 217:21
 219:16
 225:2
 232:4
 236:7
 238:5,22
 241:2,11
 253:1
 256:22
 257:5
 261:3
 263:2
 266:24
 267:7
 269:23
**recommendat
ions**
 139:15
 141:5
 194:14
 242:22
 281:8,10
 285:18
**record**
 5:5 7:4,

 9,13,14,
 18 8:15
 9:5 24:3,
 4,6,8,10
 70:15
 85:12,13,
 14 98:8
 116:9,12,
 14,16
 124:16,
 22,23
 125:4
 146:14,
 15,16,18
 170:2,4,6
 177:8,9,
 12,13,14
 211:13,
 16,18,20
 221:10
 238:6,8,
 9,13
 254:8,9,
 11
 283:15,
 17,19
 287:21
 288:7,8
**recorded**
 8:11
**recruiter**
 19:12,18
**red**
 162:16,
 19,20,22
 180:6,8,
 10
**refer**
 16:17,20,
 24 17:3,
 7,11,19
 18:1,4,8,
 11,14,17,
 24 104:9,
 11 106:17

 207:2,5
 225:13,20
 234:2
 256:3
 259:18
 265:5
 280:13
**reference**
 276:24
**referenced**
 184:15
 276:16
**references**
 21:16
**referral**
 183:17,18
**referrals**
 31:10
 182:15
 183:3,6,
 10
**referred**
 10:21
 18:20
 34:22
 35:19
 60:25
 62:18
 92:14
 222:20,23
**referring**
 16:21,25
 17:4,8,12
 18:2,5,9,
 12,15,18,
 21,25
 44:16
 45:19
 59:13
 73:7
 110:6
 111:4
 152:3,18,
 20 155:7



183:16
280:16

**refers**
106:23
125:18

**reflect**
20:24
52:8
168:20
206:18
222:14
257:12

**reflecting**
198:17

**regard**
145:24

**Regent**
22:14

**region**
29:14,18
257:13
258:17

**regional**
16:24,25
18:12
27:20
28:2 29:8
34:13
35:13,17
48:6
55:11
67:17
68:12
71:17
73:19
83:23
88:17
91:13,14,
20 92:4,9
97:11
101:20
103:18
111:10
113:8,20

114:15
116:24
117:7
120:2
121:18
122:1
123:7
126:18
127:23,25
128:18
130:21
135:12
137:17
139:16,
22,25
141:14
144:7
145:11,13
146:24
148:3
149:1
157:23
158:3,10,
22 159:7
160:4,15
161:24
163:19,25
166:15
169:19
170:20
171:1,7,
13 173:1,
6,25
174:5
175:17
178:13,25
179:10,20
180:25
181:6,18
182:10
184:16,25
188:11
189:21
190:13,17
191:1,15
193:19,22
194:13,17

198:22
200:14
201:1
213:5
214:4,7,
20 215:1,
17 216:6,
13 217:3,
17,24
218:22
219:1
223:16
224:5
232:7,10
233:2,16
250:20,22
251:2,20,
22 252:22
255:17,
20,25
257:18,21
261:12
262:9
265:2,13,
15,24
270:4,9,
20
271:17,25
272:11
277:12
284:17

**regions**
29:13

**regular**
82:8
83:20
274:25

**regularly**
84:5
262:9
264:14

**regulating**
108:11

**regulations**

43:23
44:3,11,
14,16,21,
22,24

**reinitiatin
g**
189:7

**Reintegrati
ng**
64:22

**reintegrati
on**
64:8,19
65:8
222:20
280:20

**relate**
143:17,22

**related**
26:9 65:7
73:24
78:7
80:15
81:24
123:20
144:18
151:25
163:12
173:24
210:21,24
240:12
241:17

**relating**
10:19
231:4

**relevant**
16:2

**remained**
89:19

**remember**
9:18 11:9
24:23
25:2,3

45:3 60:7
89:7
114:3
167:13
172:21
193:8
202:2
213:24,25
214:1,10,
12,22
216:8
219:3
227:10
228:5
232:15
233:8,18
245:15
246:2,21
253:13
255:9,10
259:20
265:22
268:4

**remind**
170:13

**reminded**
73:2

**reminder**
85:24
171:10

**reminders**
73:1

**remove**
259:3,9

**removed**
264:1

**Renaissance**
32:25
33:1,3,4,
16,18,23

**renewed**
23:7,8,
10,14



repeat
  17:17
  90:9
  95:14
  183:8
  223:13
  229:23

repeating
  109:15

repetitive
  48:12

rephrase
  216:17

replays
  236:6

reply
  240:5,9

report
  25:6
  27:11
  34:11
  70:6,21
  133:16
  135:2
  198:5
  221:25
  246:25

reported
  25:13
  93:21
  94:16

Reporter
  5:13,16,
  22  6:9,16
  7:6,11
  8:3,11,13
  10:10
  19:5
  36:21
  46:10
  116:4,17
  124:12,25
  125:5

  143:25
  154:13
  160:22
  164:14
  175:23
  187:21
  200:9
  204:12
  219:6
  224:17
  225:8
  226:15
  252:14
  256:13
  260:20
  262:17
  266:15
  269:12

reporting
  65:23
  66:12
  70:11

reports
  26:15
  27:13
  65:22
  66:3,9,
  14,18,24
  67:2,5,20
  68:11,22
  139:18
  196:21,22
  197:10,18
  198:4

represent
  5:21  6:24
  246:9
  269:19

representat
ive
  6:5

represented
  14:9
  156:25

  216:19
  246:5
  257:18

request
  12:23
  13:2,12
  132:22
  178:11
  190:15
  213:20,23
  216:7
  281:7

requested
  126:16
  131:24
  150:21
  210:20
  213:22
  214:6,17
  215:11,
  22,23
  217:2
  222:1
  281:7

requesting
  210:24
  214:3,20
  216:4
  217:25
  232:10
  240:7,11

require
  100:3
  150:17

required
  69:13
  159:2
  198:13
  215:14
  284:11,18

requirement
s
  43:23
  44:23

  105:14
  113:15

requires
  200:23

RESA
  18:11
  64:14
  65:3
  84:16,20
  145:4,6,7
  258:20

RESAS
  64:17,18
  84:5,14,
  24  144:19

research
  75:18,25
  76:3,10,
  12,20
  239:5
  240:3
  242:22
  243:6
  255:17

researching
  76:5
  239:7

residential
  100:3,12,
  16  220:8
  222:24

resource
  83:3
  118:13
  259:22,
  23,24
  260:1

resources
  186:21

respect
  230:25
  287:10

respond
  8:22
  12:23
  107:16
  239:12,14
  242:12

responded
  242:14

responding
  9:14
  171:10

response
  13:2
  193:15

responses
  133:7
  137:4
  176:5
  233:1,17

responsibil
ities
  31:17
  46:20
  47:2,3,
  20,21
  52:2
  77:6,17,
  21,24
  104:10
  106:7
  107:3
  129:1
  197:22
  231:4
  263:10,16
  277:3
  279:25
  281:4
  284:15

responsibil
ity
  197:23
  229:7,10



**responsible**
  202:21
  252:1

**rest**
  261:16

**restained**
  194:10

**restraint**
  137:15

**restrictive**
  100:4,13,
  17

**resubmit**
  164:3

**result-
driven**
  27:6

**results**
  165:4

**Results-
driven**
  25:25
  26:1,22
  27:24
  61:3
  186:6

**resume**
  20:21
  21:16
  23:22
  24:12
  27:1

**retraining**
  203:11,21

**return**
  220:8
  223:7,15
  224:4
  249:21
  250:13
  251:11
  272:20

  273:15
  283:21

**returning**
  223:10

**reveal**
  239:13

**review**
  14:5
  15:15
  54:23
  55:2,4
  74:5
  93:25
  94:24
  120:14
  121:3,4
  123:23
  127:9
  128:8,9
  146:2,20
  147:18
  148:3,10
  149:4,7,
  12,21
  151:12
  152:7,25
  153:1,11
  155:7,8,
  15,17,22
  159:13
  160:19
  161:16
  162:22
  166:3,7,
  21 167:6,
  11,12,17
  168:6,13
  188:19
  191:20
  193:18
  217:19,25
  218:5,8,
  11,17,23
  219:2
  223:1

  237:6
  238:25
  264:20

**reviewed**
  23:12
  148:7,13
  156:14
  158:6
  168:6
  169:19

**reviewing**
  40:9
  42:13
  123:19
  127:22
  137:7
  150:1
  152:19,21
  197:18
  236:22
  243:17
  264:11

**reviews**
  49:10,12,
  13,14
  53:20,21
  61:13
  121:1
  149:16
  151:13
  156:1
  161:19
  185:21

**revision**
  161:7,21,
  25 164:1

**revisions**
  125:23

**revisit**
  196:15

**Reyna**
  7:5,19

**rhythm**

  38:17

**Rice**
  205:10,16
  210:25

**rid**
  12:15

**Rights**
  6:23

**Robbins**
  5:9

**Rockdale**
  31:23

**role**
  24:18
  25:8,14,
  15 27:14,
  16,21
  29:9
  30:14,15,
  20,24
  31:15
  34:14
  35:14,17
  36:9
  38:19
  44:21
  65:8
  72:18
  78:9
  79:15,24
  80:9,25
  81:7
  83:21
  84:19,24
  107:6,7
  108:15
  111:25
  115:8
  126:2
  127:7
  128:6,22
  137:5
  145:24
  189:9

  225:11
  230:25
  246:22,24
  247:23
  249:5,11
  281:9
  282:10
  285:13,
  15,17,19,
  21 287:5

**roles**
  25:22
  123:20

**room**
  5:20 7:10
  55:21
  275:20
  276:5
  287:7,8

**rooms**
  194:3,6,
  23,25
  195:10,11
  274:16,22
  275:5,6
  276:11,12

**Rowland**
  81:12,14

**rubric**
  50:1,2,
  15,16
  131:5
  156:9,10
  157:11,
  12,14,22

**rubrics**
  158:3

**rule**
  73:11,13,
  15 74:23
  104:1,3,
  6,15,17,
  20,22,24
  105:4,10,



16 106:1,
17,23
107:23,24
110:15
111:4
112:12
113:9,20
114:4
185:4,6,8
280:7,12,
13,15,17
284:16

rules
43:24
45:7,8,
11,16,18
73:4,6,8,
25 74:14
85:19
108:11,
19,20,21
109:20,24
110:9,19
111:3
114:1
170:10
280:5

Rutland
130:10,
13,14
143:6
169:9

─────────────

        S

─────────────

S-E-D-N-E-T
236:5

S-T-E-V-E-
N-S-O-N
7:20

Sabanich
199:11

sample
166:4,8

sat
83:12,17
84:8
271:8

Savannah
259:11

Savannah-
chatham
102:18
277:14,
17,21,22,
23,25
278:7

saves
282:21

SBOE
98:18
106:25

schedule
54:3,12
55:1,16
175:6
227:5

scheduled
53:8

school
14:6
17:12,20
18:5
32:12
34:3,5
35:3,8,
11,23
56:4,24,
25 57:1,
2,7 62:16
64:22,23
74:21
76:1
88:23
91:17,23,
24,25
92:1,2
93:7,10

96:1,3
97:8
99:22
102:13,23
103:12,14
119:13
135:4
167:5
174:21
180:23
187:1,2,
5,13
206:18
210:5,12,
14,17
220:8
222:7,17,
21,22,24
229:19,20
230:13,
15,21
249:20
250:1
251:6
257:13,16
258:6,7,
8,11
259:21
272:20

school-
based
17:7
53:11
93:4 94:6
95:24,25
96:8,19
97:23
132:19
134:8
195:20
220:7,8
238:25
239:25

schools
30:5,12,
16,21

31:4,6,9,
12,14,20
32:17
56:19
62:20
63:21,22,
23,24
74:19
88:6
90:24
91:4,9
195:24
221:20
223:21
228:14
230:9,15,
16 249:22
250:13
251:12,
20,25
256:3,6,
7,9
257:8,22
258:3,22,
25 259:2,
9 260:13,
15 273:12
274:25
275:19,24

science
195:2,11
274:15,22
275:5,20
276:11

scope
102:25

score
50:22,23,
25 158:23
159:8

scores
138:10,16
156:25
157:1,2,3
158:2,10

159:21
160:17
169:9

Scratch
222:11
251:21

screen
176:16,18

scroll
219:24

SDQ
172:14,
19,20,21
173:2,7,
18,20,24

SEA
18:8
75:22
76:1
88:15,16
106:9,17
107:25
108:9

SEA's
107:6,7

SEA/SCHOOL
75:19

SEAS
106:6

seat
204:3,4,7

seclusion
194:2,6

secondary
182:17,
19,22,25
186:23,24
187:5
279:9

section
6:24



106:3
138:8
152:9
156:18
162:1,6,
13 185:20

**secure**
13:24
14:4

**SEDNET**
236:5,10,
11,22
237:1,4,
9,13,16

**segments**
97:24

**SELDA**
62:15,20,
21,24
63:5,20
64:2
74:19,21

**select**
157:10
179:25

**selected**
158:16
243:15

**self-
assessed**
157:2

**self-
assessment**
162:21
169:20

**self-
assessments**
162:16

**self-
populated**
133:15

**self-report**
135:2

**self-
reported**
93:21
94:12
222:6

**send**
171:10,16
178:8,16
180:25
181:4
193:13
196:21
213:5
214:13
240:6,11
247:1
256:8
257:22
263:24,25
286:18

**sends**
109:9,12
161:21
214:25

**senior**
59:22

**sense**
8:22 9:9
259:15

**sentence**
45:6
166:25
207:4
259:6
266:5

**separate**
33:19
55:4
80:11
145:21
179:11
185:14,19

195:24
196:3
218:23
254:14

**separately**
121:4
126:24

**September**
5:6 77:6
161:3,16
200:13
226:21
236:3
244:12
245:11
253:23
255:2
288:6

**serve**
87:13,17
91:15
132:15
259:16
272:1,12

**served**
10:15,18
90:7 91:6
93:3
134:12

**serves**
258:7,21
259:10
277:21

**service**
18:12
70:19
112:13
130:18
135:21
136:5
137:9,25
138:25
140:9
141:9,18

234:19
258:17
277:20

**services**
17:15,23
86:7,16
90:7,15,
20 100:2,
12,16
101:25
102:1
103:5,11
108:2
109:3,21
111:15,20
112:4,7
130:18
135:22
136:6
141:19
142:7
162:14
181:24
200:24
205:23
206:16,18
230:8
231:15
232:12,17
233:6,14,
21 234:7,
12,25
235:1,6,
19 236:15
238:3,20
239:1,24,
25 260:5,
12 270:5,
6,21
273:12
279:11,13
285:3

**set**
30:16
59:10
67:16

68:17
91:15
156:23
221:5
237:6
282:11

**sets**
71:23
97:6
175:12
221:4

**setting**
17:9,11,
20 223:7

**severe**
87:6,7,9,
12 137:9
278:13,
18,20
279:1

**severity**
100:5

**shake**
8:15

**Shanita**
37:4,21

**shaped**
277:2

**share**
69:19,21
129:19,21
156:20
176:16,18
180:11
215:8
233:16
241:5
266:12

**shared**
41:6
181:16
208:20
262:4



283:24

**Shaun**
205:9,18,
21

**Shawn**
79:8,9,
10,13
82:24
161:4
163:3,4,
13 205:8

**Shawn's**
79:15

**she'll**
239:18

**show**
52:13
75:9
127:3
168:24
201:20

**showed**
118:11

**showing**
66:22
108:23
118:10
224:22

**sign**
122:14
145:13
177:4

**signed**
41:21
122:15
248:12

**similar**
64:1
163:24
210:11
214:2
231:10

233:16
236:11,
13,17
243:9
269:7
270:9

**simply**
107:10

**singular**
73:11

**sit**
45:1 46:1
55:13
77:11
149:16
204:3,4,7

**site**
94:4
97:4,7
130:17
132:10
133:2,10
191:12
264:11
265:5

**sites**
54:6
94:21
132:13,
14,15
169:9
221:25
265:6,13,
24

**sitting**
190:22

**situation**
104:19

**size**
92:4

**skills**
172:20

**sleep**
203:21,
22,23

**slipped**
124:21

**SM**
125:13,18

**Smith-dixon**
37:4,23
38:2,4
205:8
225:20

**social**
69:9,12,
13 70:12
112:19
172:8
200:17,24
202:16
207:3,14
209:7,9,
20 235:7

**solely**
114:1,3
214:17

**sort**
28:5
107:9
126:17
287:24

**sought**
268:9

**sound**
46:3
225:15

**sounded**
259:21

**sounds**
189:15

**South**
31:2
125:19

126:3
131:17

**Southeastern**
21:8

**space**
191:1

**speak**
8:12 15:3
32:1
60:10
85:24
91:3
96:12
148:25
186:15
227:6
243:2,3
247:7,9,
10,13,15
251:4

**SPEAKER**
146:9,12

**speaking**
131:17
168:21
186:17
192:24
210:1,3
220:5

**spearheaded**
267:16

**special**
21:16
22:6,9
26:3
28:22
30:14
31:16
32:4
33:7,9
34:6,17
35:7 36:5
37:24

41:1,7
43:5
59:14,18
61:4
63:1,4
64:17
76:8
79:19,20
82:9 86:8
90:20
109:8,12
127:19
128:19,20
174:19
175:9
186:5,12
187:14
190:15
223:21
236:15
242:15,
17,18
254:15
267:10,19
271:5,6,
13 272:3,
13 275:17
284:25
285:2

**specialist**
20:13
24:18
25:24
26:1,21,
23 27:7,
23 28:12,
15,16
29:4
30:2,4
36:9
37:11
38:22
39:16,24
40:16
42:10
43:22



44:1,21
47:1,22
62:11
65:8
77:17
78:10,15
79:25
81:1
84:21,25
87:5,16
88:20
89:1,20
90:12
93:20
97:20
102:15
110:15
112:2
127:8,14
128:7
137:5
167:7
186:13,19
188:17
210:4
235:17,18
237:2
245:13
247:24
249:10,15
253:4,19
268:24
269:9
274:10
279:24
281:9
284:6

specialists
60:22
267:25

specific
30:16
49:1 50:5
66:13
67:8
71:11

77:2
81:10
86:11
91:15
181:5
195:6
227:7
231:14
259:12,15
260:18
271:3
272:5,6
282:11

specifically
60:7
64:17
152:21
182:24
183:12
185:8
193:8
208:3
216:8
228:4
234:13
240:2
268:4,14
272:8

specifics
131:24
159:23
193:9
200:5
213:24
240:1
242:13

SPED
59:12
60:5 90:6

spell
7:3,18

spelled
165:2

245:8

spend
274:6
281:20
282:1

spent
66:5
198:11,17

split
121:4

spoke
81:17
103:25
129:13
151:9
189:20
190:8
196:10
246:4

spoked
244:20

spoken
237:12

spreadsheet
176:15
177:17,20
179:16
180:18
181:15
201:18,24
202:3,5
220:21,22
270:19,23

Stacey
6:4
11:15,16
12:20,21
13:7
14:19
226:23
227:9

staff
73:3,12

76:23
77:2
133:17
171:2
172:10
191:7
225:15
280:4,12

staffing
75:2,6
133:13,15
134:2
141:11,17
142:4,5

stagnant
69:5
196:13

stake
229:12

stakeholder
75:12

stakeholders
62:15,18
63:12
73:3
74:13
75:15
280:4,12

stamp
169:4
233:24

stand
24:9
85:11
116:10
146:17
170:5
192:1
211:19
254:4,10
283:18

stand-alone

95:16

standalone
17:4

standard
138:11
140:20,21
178:24
179:1

standards
42:7,11,
14,21
43:2,7,17
138:3,6
157:16
191:18

standing
287:19,
22,25

stands
172:17,21
191:25

Star
33:4,5

start
33:1 34:7
61:19
119:23
165:13
179:5
212:2
284:16

started
29:22
32:18
56:19
57:5
115:8,13
121:21
122:10
152:4
209:25
210:18
229:2



245:3
253:14,21

**starting**
8:21 20:1
47:25

**starts**
20:16
22:17
24:12
38:7 39:9
43:21
159:22
165:19
176:14
213:10
267:4

**state**
5:8,21
6:2,4,5
7:3,18
10:16,19
11:19
17:1 18:9
22:10
29:25
30:1
37:25
40:19,22
41:3,10
43:23
45:7,8,
11,16,18
47:17
57:20,21
58:15
63:5
73:4,6,8,
10,13,14,
24 74:23
75:22
79:23
83:7,10,
14 100:21
106:10,
12,15,18,

22,24
109:19
110:18
111:1,3
133:17
138:10,16
140:8
148:3,7,
13,23
161:7
166:21
167:7
174:15
186:13,18
188:18
192:22
205:19
208:17
210:23
228:21
236:14
258:22,23
259:10,16
267:17
271:5
272:3,4
273:4
279:11
280:5,12,
13,15
282:20
287:15

**State's**
12:22
260:12

**stated**
234:14
251:16
285:6

**statement**
112:9

**statements**
113:3

**states**

5:8,24
6:1,25
76:3,6,9,
10,24
77:3
104:5
239:5,8,
10 241:15
242:16,17
243:8,15,
18 244:4
287:13

**statewide**
28:20
71:6
259:3

**status**
133:18

**stay**
85:19
97:3
170:10
210:8
223:4
273:11

**staying**
204:2

**step**
120:20
193:12

**stepped**
188:25

**steps**
13:10
67:18
102:22
113:8
146:23
147:4,8
159:2,4,6
187:11
218:16
235:11
262:2

283:2

**Stevenson**
5:7 6:12,
19 7:5,
17,19
10:14,23
12:21
16:6
19:11,15
20:18
22:16
24:11
37:9
39:18
46:21
47:4
85:16
86:5
98:20
101:10
114:5
117:3
125:15
130:8
144:11,15
154:24
161:10
165:5
170:7
176:9,21
177:16
188:8,14
200:20
201:21,23
205:2
209:2
211:11
212:12
217:12,
21,23
219:16,23
225:2,25
227:1
232:4
236:7
238:5,15

241:1,6
244:11
251:18
252:19
254:12
256:22
261:3
263:2
266:24
269:11,23
281:15
283:20
287:17

**Stevenson's**
288:5

**sticker**
98:6

**stop**
9:6

**straight**
115:20,21

**strategic**
40:3,10
42:3,13,
17,19,24
44:9,10
48:2,3,9,
10 49:13,
22 51:19
52:3,12
53:21
55:4,15
56:8 65:9
94:9,11
147:11
149:1,2,
4,7,9,11,
14,21
150:2,4,
9,11,15,
24 151:1,
10,12
152:19
154:22



155:8,15,
17,20,23
156:1,11,
19
157:20,22
158:4
161:9,25
162:22
163:12
164:7
165:4
166:3,6
168:6,15,
23,25
169:14
185:1,9,
21 190:9

**strategies**
137:22

**streamline**
150:20

**strictly**
173:19

**strong**
216:2

**structure**
88:9,12

**structures**
40:14,17
41:12

**student**
31:7
36:6,7
66:7,15,
21,22
67:8
68:18
86:23
92:10,23
112:11
134:3
135:8
187:12
193:10

195:11
198:13
199:17,
18,21,23,
25 202:11
204:1
215:10
220:2,4,
16 221:7,
14 222:20
223:2,23
235:12
257:14
258:2
260:2,4
268:19
275:12,15
276:15

**student's**
61:10
92:1
192:19
279:8

**students**
11:20
17:13,15,
21,23
31:3,8
34:16,22
35:16
36:12,19
43:24
45:9
64:20
67:3,14
70:3,12
86:8,9,
16,18
87:6,9,
14,18,19,
21 88:5,
22 89:8,
12 90:6,
14,20,25
91:6,15
92:20

93:3
95:5,12,
18,23
96:5,8
97:7,10,
12,22
100:3,13,
17 111:2
134:6,10
173:9
174:21
182:20,23
183:1
186:22
187:1
192:12,15
193:24
194:9
196:4
198:20
199:24
200:3
202:12,
14,25
220:6
221:19,22
223:6,10,
15 224:3
232:11,17
233:5,9,
13,20
234:7,12,
21,24
236:16,17
239:1,25
248:8
249:19,20
250:1
251:2,24
252:8
256:3,8
257:22
258:4
272:1,12,
19 273:5,
15,25
274:15,

21,24
275:4,9
276:3,4
277:18
278:1,20,
24
279:12,13
281:17,22

**study**
100:11

**stuff**
283:11

**stumble**
262:12

**stumbled**
262:15

**Suber-drake**
6:5
226:23

**subject**
19:12
37:6
46:19
98:15
101:7
116:25
125:12
144:8
154:21
161:7
165:3
176:5
188:4
200:17
204:24
211:9
212:10
217:18
219:14
224:24
225:22
226:24
232:1
236:5

238:3,20
240:23
244:14
252:23
256:19
261:2
262:24
266:22
269:20

**submission**
123:23

**submit**
69:13
114:9
121:13
122:22
124:7
147:9
161:20
172:4,6
173:7

**submitted**
19:24
69:23
114:13
120:9,11
146:21
201:11
209:21
218:17
271:16

**submitting**
118:24
171:11,23
172:7
173:5

**substance**
126:21
136:11

**substantive**
115:19
117:23
242:25
282:23



285:10

**success**
223:10,15
224:3
273:5,9,
10

**successful**
223:24
251:24
274:12
275:10,12

**sufficient**
198:14

**suggested**
76:11,19
161:7

**suggestion**
286:22,24

**suggestions**
70:13,16
285:10,
12,24

**summaries**
70:16
210:11

**summary**
69:24
70:1,2,8,
9,11
99:16,20,
21
149:13,14
151:2,4,
15,16,25
152:1,7,
21,25
168:10
198:5
201:12,13
209:5,8,
24 219:14

**summer**
5:12

122:1,25

**superintend ant**
225:9,10

**superintend ent**
83:18
225:5
248:10

**supervision**
39:10,20,
25 40:1,8
110:4,23,
25 111:1,
18 272:14

**supervisor**
28:23

**supplementa l**
66:1
138:25
139:14,
18,20
146:7
199:2
278:6
281:17,21

**support**
10:20
16:22
29:24
30:17
39:22
70:4,11
76:10
86:9,18,
19 87:20,
21 88:5
90:25
100:2
108:2
128:23
135:21
136:6

147:10
156:21
162:14
168:18
202:22
205:12,24
206:1,6
228:14
252:7,10

**supported**
168:16
250:17

**supporting**
249:3

**supports**
64:16
98:18
99:17
137:25
139:14
181:24
192:3
205:13
230:8
241:15
264:6
272:15
273:12

**supposed**
107:21

**survey**
269:21

**SW**
206:23
207:2

**swear**
5:22  6:7

**switch**
118:7

**sworn**
6:11,14
8:2

**system**
83:3
102:1
103:5
174:15
254:15

───────────

T

───────────

**tailored**
123:9

**takes**
68:18
120:18
193:12
285:13,14

**taking**
6:25 10:2
117:21
209:20
247:5

**talk**
14:13,25
15:9
38:19,21
45:4
64:13
85:22
107:5
113:13
114:24
115:2
132:1,8
137:14
152:8
153:15
244:2
247:20
282:8

**talked**
65:2
74:21
99:19
112:19

114:24
149:5
156:19
280:23

**talking**
8:18
148:11,12
153:24
162:21
190:22
201:7
202:16,
17,18
206:23
248:8
263:14
277:5
278:10

**Tamika**
5:13,15,
17

**target**
87:4
204:6
231:6,11

**targeted**
64:2

**taught**
275:24

**Tayloe**
5:25

**tcjackets. net**
161:4

**tcjackets. net.**
163:17

**teacher**
34:6,18
35:7
41:22
43:6
141:15



174:13,14
275:17
276:6,7
285:1

**teachers**
30:17,18
41:24
73:22,23
174:13,18
191:3
197:13
252:11

**teaching**
36:4
252:10

**team**
40:13
52:7
57:15
71:1,10
82:2
168:14
244:13,19

**teams**
166:20
167:5

**technical**
42:3
66:18
97:17
121:14
124:10
159:19,22
171:22,25
173:5,16,
21,24
272:10

**techniques**
127:23
252:4

**Tennessee**
239:2,24
240:12
241:18

242:2

**terminology**
225:12

**terms**
203:17

**test**
138:11

**testified**
6:15
170:19
228:2

**testifying**
8:6 85:25
170:14

**testimony**
239:12

**testing**
51:21

**Texas**
239:2,23
240:12
241:18
242:2

**text**
179:17

**textbook**
235:3

**themes**
228:7

**therapeutic**
10:20
16:22
39:21
69:12,15
70:11
75:19,25
76:9 86:9
87:20,21
88:5
98:18
99:17

100:2
109:21
111:15,20
112:7,13
113:3
135:21
136:6
162:14
181:24
192:3
200:23
201:6
202:15,
20,22
203:1,2,7
205:12,
13,23
206:16
241:15
264:6
279:11

**therapeutic
s**
153:14

**therapy**
203:8,10,
20

**thing**
8:17 58:9

**things**
11:18
12:3
36:2,3
42:23
63:7 78:4
123:16
144:19
147:10,14
150:1
153:16,25
156:17
159:23
172:5,10
175:7,9,
11 178:8

181:3
221:4
224:10
242:19,20
243:9
248:1,14
268:25
272:2
275:1,9,
25 281:14
285:16

**thinking**
117:25
122:21
190:12

**thinks**
205:13

**thought**
15:14
66:21
179:4
180:20
189:25
190:11
255:6,8,9
281:18
282:13

**thoughts**
105:3
243:4
274:7
281:4
282:8,10
285:13

**thread**
37:3,5
98:11,21
101:5,11
116:21
117:4
125:11,16
164:20
165:14
204:22

205:7
206:11
211:7,12
212:8,13,
16 214:24
219:13,17
231:23
238:1,18
269:19

**three-year**
167:22
168:1
169:18

**TIC**
182:4

**tied**
154:9
160:1

**tier**
127:4

**tiered**
126:25
127:3
131:21

**tiers**
131:22

**time**
5:5 33:13
43:5
55:24
58:7
62:10
65:14
66:5
74:16,17
85:20
88:19
89:9,19
90:12
96:23,25
114:4
117:21
118:12
120:20



122:20
124:4
129:8,11
135:15,19
153:2,9
156:17
159:15
160:11
164:5
166:18
169:4,24
170:9
178:4
182:13
184:10
185:15,20
190:17
192:2,5
196:17
198:11,
13,16,20
203:23
204:2,8
210:3
224:13
233:24
237:7
247:18
255:11
258:5
265:22
271:18
272:16
274:6
275:16
281:20
282:2,12
285:13,
14,23,25
288:2

timeline
118:23
149:4,5,
6,8
155:16
164:2,4

times
36:4 48:4
160:18
190:19
192:10
203:24
228:1
247:14
280:23

tips
252:3

title
264:6

titled
98:17
154:22
176:6
254:14

TKES
174:14

today
5:12 6:21
7:1,23
9:22,25
11:2
14:8,14
15:7,24
202:6
287:17

today's
15:21
16:2

told
233:13
237:6
254:18
283:1,10

tone
97:6

top
21:19
37:10
39:9

46:25
77:9,17
99:25
126:7
136:21
166:18,23
182:6
209:5
233:23
241:14
251:15
257:7
267:9
282:3

topic
72:22
131:6
132:3
180:3,5
243:1
247:18

topics
130:15,22
131:1,3
143:14
172:1
188:19
210:21
281:23

total
156:1

touch
110:15
122:8
234:16

touches
235:7

track
97:22
182:19,
22,24
183:2
223:6,9,
15 224:3,

11 272:19
273:4,14

tracked
182:25
184:13

train
28:5
118:4
185:24

training
29:10,11,
14 30:17
40:20
48:14
52:15
63:6,11
64:1
65:11
118:1,14
137:13,21
184:16
185:7,10
187:6,10
252:7

training/
consultant
33:5

trainings
29:17
51:22
52:9,10,
25 62:14
64:16
184:24
185:12
187:3
206:9

trains
186:21

transcripts
287:20

transferred
66:22,23

transition
64:20,21
134:4
135:9
174:20
186:5,10,
13,15,16,
17,19,20,
22,24,25
187:12
220:2,4,
6,9,17
221:7,14,
19
222:19,25

transitioned
134:6,7,
9,11

transitioning
187:4

transitions
135:4

transportation
267:20

trauma-
informed
40:23
41:11,18
182:5

trial
6:22

trouble
171:23

truth
6:14 8:2,
7

truthfully
9:25

Tucker



5:23
6:18,22
7:8,12,
16,17
10:10,14
19:5,9
20:6
24:4,11
36:21,25
42:18
43:1,5,10
44:10,15,
20 45:3,
15 46:10,
14,15
47:13
54:9 82:6
85:9
89:15
90:19
92:8,21
93:16,20
94:20
95:11
96:14
97:3,16
98:2,9
100:21
101:3
103:10,
18,22
104:7
105:9,25
107:17
108:8,19
110:5,9,
14,24
111:7,19,
24 112:18
113:12,23
115:7
116:3,8,
11,17
124:12,
18,21,23
125:1,3,5
127:18

128:14
130:8
132:10
135:10,16
139:7
142:22
143:21,25
144:4
146:6,11,
19 147:3,
22 148:7,
12,17
153:23
154:12,18
159:6
160:8,22
161:1
164:14,18
167:4
170:1,7
175:23
176:2,19,
20 177:9,
16 183:9,
15
187:21,25
192:12
194:17
195:16
196:6
199:4
200:9,13
203:6
204:12,16
206:6,10
211:7,15,
25 212:2,
5 216:17,
18,22
217:16
218:10,21
219:6,11,
21,23
220:20
221:13,
18,24
223:14,20

224:8,16,
21 225:7,
10,11
226:14,19
228:25
229:12,21
231:10,
14,17,21
234:23
235:23
236:2
237:19,24
238:15
239:18
240:14,
18,20,24
241:1,4,6
243:10
244:11
250:6,19
251:1,10
252:13,
15,19
254:3,5,
12,23
255:2,24
256:12,16
260:19,24
262:16,21
266:15,19
269:12,17
273:20
275:2,11,
16 276:1,
16 278:4
279:16
280:11
282:4
283:2,8,
20 284:22
285:9
286:6,17
287:14,
16,24
288:3

**Tuesday**

165:16
166:24
286:19

**turn**
20:15
22:16
23:22
24:11
37:16
46:24
176:13
245:4
257:2
268:17
279:16,23
284:3

**turned**
114:2

**type**
48:17
62:1
63:11
66:20
75:5
111:9
126:13
128:3,8,
9,23
136:24
138:22
139:13
162:4
171:25
172:5
175:11
187:8
191:18,21
193:7
215:13,
19,20
222:19
243:5
272:15
286:1

**typed**
161:13,22
162:7

**types**
52:10
70:4,18
129:16
169:1
258:25

**typical**
143:9

**typically**
93:12,17

_____

U

**U.S.**
6:23

**Udia**
164:23,24
165:10

**Uh-huh**
109:7
151:3

**Uh-hum**
68:19

**ultimate**
263:23

**ultimately**
38:9
162:25
234:6

**Undergrad**
21:25

**understand**
8:8,11,24
16:17,21,
25 17:4,
8,12,20,
25 18:1,
4,8,11,



14,17,20,
24 55:14
56:23
61:25
62:10
75:9
84:10
90:11
91:20
92:12
102:10
103:6
116:2
121:24
128:12
152:17
155:21
161:23
187:3
190:4
197:9
210:1
230:3
274:8
275:2
285:15

understandi
ng
11:17,18,
22,24
16:15
95:11
103:11
114:19
144:17
186:15
228:16
229:6,13,
18,22
230:7,11,
12 231:2
232:16,21
233:19
234:14

understands
205:23

Understood
31:8
32:16

unequal
254:14

unit
25:25
26:2 61:3
167:21

United
5:8,23,25
6:25
287:13

University
21:8
22:2,10,
14

UNKNOWN
146:9,12

unsafe
11:25

upcoming
178:19

update
52:15
59:1
265:6

updated
174:11
265:1

updates
52:19
69:9,21
71:11
79:14
80:3
174:10
175:2,4,
5,6,7
206:9
249:18
262:24

263:17
265:5

Upendra
164:22
165:10

upload
14:4
108:24
126:15,
19,23
150:18
159:11,13
162:15,16
168:11
169:23

uploaded
144:23
150:18
151:7,13
152:22
159:15
160:16
163:2

ups
243:3

usage
192:6
198:23

_____

V

_____

validity
23:4

values
287:9

varied
190:18

varies
193:2

vast
128:20

vendor
65:22
66:12

Verbally
180:16

versus
5:8

Vickie
13:9 15:3
25:1,6,
13,16,19
26:9,12
37:4
46:19
47:7,14
51:11,12,
24 53:14,
24 54:20
55:8 57:9
58:3,6,22
59:4,10,
11 63:15
65:1,2
69:22
70:13,16
71:22,24
76:15,19
77:15
78:15
79:11,12
80:1,7,
12,14,20
81:15,18,
20,24
88:13
89:4,17
92:16
94:2
98:13
99:7,12
101:6,8
102:9
103:8
105:6
107:16

111:25
114:8,20
115:9
116:25
121:2,5,
12 123:6,
20
125:12,21
126:14,25
129:3
130:25
131:7,14
132:1
134:21
135:11,22
138:18
142:25
144:6
154:1,20
156:22
157:1
158:9,12,
14
159:19,25
160:14
161:5
163:11
164:22
166:9,11
175:13
176:4
180:9,10,
14,18
185:8
188:2,11
193:13
198:6
200:2,15
204:24
205:9
206:11,15
208:15,21
211:9
212:10
215:10,
22,23
216:3



LAKESHA STEVENSON
UNITED STATES vs STATE OF GEORGIA

September 22, 2022
Index: video..work

217:5,17,
23 218:16
219:13
220:11
226:22
227:8
228:8,10
229:15
230:1
232:19,
24,25
234:3,4
235:20
236:4
237:4
238:2,19,
24 239:4
240:5,9,
22 242:7
243:2
247:9,10,
15
248:17,24
252:22
254:19
255:3
256:18,24
259:7
261:1,7
262:4,8,
23
263:18,
22,23
264:19
266:21
267:23
268:9,22
269:9,20
271:1
272:10
273:3
274:10
281:10,24
286:8
287:9

**video**

5:6
287:20

**virtual**
72:3,9,
11,13
159:12
161:16,19
166:21
167:6,11,
12,17
178:1
282:13,
15,18
283:9

**virtually**
282:22

**visit**
53:5,9,11
54:5 55:9
57:6 61:1
94:3,21
96:19
97:7
112:13
190:13
194:11,13

**visited**
55:12
190:1,13

**visiting**
189:20
190:8,17

**visits**
60:15
61:7
191:15
192:13
194:7

————————

**W**

————————

**wait**
36:25

204:17
264:25

**wake**
203:24

**walk**
118:23

**walked**
191:10

**walking**
190:20,23
191:23

**walkthrough**
54:13
55:16,17
190:9
195:5

**walkthrough
s**
53:3,18,
25 54:4
55:3 56:4

**wanted**
56:12
89:15
102:11
156:19
188:24
189:3,13
190:11
196:12,15
199:2
210:19
215:8
259:22
267:17
272:23
280:3,6
282:15
285:9

**ways**
39:24
40:8,17
42:11

44:2 48:8
76:5
236:13
281:24

**web**
263:5,7,
17 264:11
265:6,13,
24

**webinar**
248:7,13

**webinars**
175:7
272:2

**website**
244:1
261:8,15,
22
262:10,
15,24
263:5,8,
17 264:2
265:1

**week**
11:10
59:6
215:12

**weekly**
53:7
58:19,22
59:2,7
81:18
171:14
198:13

**weeks**
11:10,11,
12

**Whitney**
188:4
212:18,
20,24
215:8

**wings**
195:24
196:3

**Winter**
27:12
79:22
80:1
206:24
207:9,13
208:1,7,
10,13
209:23
210:20,25

**withdraw**
101:24

**wondering**
105:9
264:7

**Woodall**
222:16

**word**
74:12
213:2
274:5

**wording**
115:19
265:6

**words**
235:5

**work**
7:7 15:8
26:6,8
31:13
36:18
38:4
44:20
51:10
52:6
65:2,7
67:23
75:5
78:6,19
79:9



80:21,25
81:23
85:2,5
86:24
87:18
103:22
104:7,9,
13 110:14
114:7
127:14,17
128:17
206:10
246:19
249:2,19
280:24
281:6
284:25
285:7,8

worked
25:20,22
32:25
33:21
36:12
78:14,17
79:1,3,7
85:7
246:19,20
251:6

worker
69:9,12,
13 70:12
200:17
202:16
207:3
209:7,9,
20 235:8

worker's
112:19
172:8
207:14

workers
200:24

working
26:20

27:17
29:5
30:23
31:6,9,21
81:20
102:14
166:1
188:18
229:3
249:13
267:22

workings
285:15

works
63:23
89:11
99:7
108:4
109:10
192:22
225:5,8,
10 260:17

worries
98:23

wrap
228:13

wraparound
234:25
235:1,6

write
99:6
169:8
195:19
200:22
215:13,18
224:15
233:24
264:10,25
270:9

writes
101:23
205:9
206:15
213:1

215:7
233:12

writing
217:24
270:3

written
113:19
147:6

wrong
245:8
266:11

wrote
103:4
126:25
127:2
162:15
180:8
259:2

————————————

Y

yadda
63:9,10

year
26:7 29:2
30:9,10,
11 32:1
55:2,9
56:5,24,
25 57:1,
2,7 69:24
70:8
88:23
93:7,10
99:20,23
119:13,
15,18,20,
21,22,23
120:4
121:20,21
122:17
130:9
133:3
151:25

152:2,4,
11,14,23,
24 153:3
166:19
167:5
168:5,7
169:19
179:8,9
180:23
198:5,9
201:12
206:17,18
209:24
210:5,14,
17 266:3

year's
109:2
132:17

years
23:17
35:4 50:9
119:10,11
149:13
151:22
210:12

yellow
221:25
222:11

Yesterday
14:17

Yorker
255:4,5

Yorker's
254:13

you-all
73:24
119:24
121:7,25
140:17
141:5

————————————

Z

Zel's
225:19

Zelphine
37:4,23
38:2,4
205:8
225:20

zeros
222:11,14

zoom
176:24
177:2
201:20
238:11
241:5

Zooming
72:15

