**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

# LISA FUTCH

*October 25, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
 2


 3
   UNITED STATES OF AMERICA,
 4
       Plaintiff,
 5


 6


 7


 8

 9  vs.                        NUMBER
                          1:16-CV-03088-ELR
10


11


12


13


14
    STATE OF GEORGIA,
15
       Defendant.
16

17  --------------------------/

18          The video conference videotaped

19  deposition of LISA FUTCH, a witness in the

20  above-entitled cause, taken pursuant to Notice

21  and agreement, before Kyle J. Saniga, Certified

22  Court Reporter and Notary Public with all

23  parties at their respective locations on the

24  25th day of October 2022, commencing at or about

25  the hour of 9:03 a.m.
```



```
 1    APPEARANCES OF COUNSEL:

 2

        FOR THE PLAINTIFF:
 3
                    VIA VIDEOCONFERENCE
 4
            ANDREA HAMILTON, ESQUIRE
 5          U.S. DEPARTMENT OF JUSTICE
            950 Pennsylvania Avenue, N.W.
 6          Washington, D.C. 20579
            202.305.6630
 7          andrea.hamilton@usdoj.gov

 8
        FOR THE DEFENDANT:
 9
                    VIA VIDEOCONFERENCE
10
            MELANIE JOHNSON, ESQUIRE
11          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, NW
12          Atlanta, Georgia 30318
            404.856.3252
13          mjohnson@robbinsfirm.com

14
        FOR THE WITNESS, LISA FUTCH:
15
                    VIA VIDEOCONFERENCE
16
            HIEU M. NGUYEN, ESQUIRE
17          Harben, Hartley & Hawkins, LLP
            340 Jesse Jewell Parkway SE
18          Suite 750
            Gainesville, Georgia 30501
19          770.534.7341
            hnguyen@hhhlawyers.com
20

21

22      ALSO PRESENT (via videoconference):
            Patrick Murphy - Videographer
23

24

25
```



```
 1                        I N D E X

 2

 3

 4                                                  PAGE

 5

 6    EXHIBIT INDEX --------------------------- 4-5

 7
      OPENING REMARKS AND STIPULATIONS --------- 6-7
 8

 9

10

11

12

13

14    DIRECT EXAMINATION:
          By Ms. Hamilton ------------------------- 7
15    CROSS-EXAMINATION:
          By Ms. Johnson ------------------------ 341
16

17

18

19

20

21

22

23
      CERTIFICATE ----------------------------- 357
24    DISCLOSURE ------------------------------ 358

25    ERRATA ------------------------------- 359-361
```



```
 1         D O C U M E N T A R Y   E V I D E N C E

 2    NUMBER              DESCRIPTION              PAGE

 3    PX-539   Subpoena to Lisa Futch             10
               (3 pages)
 4
      PX-540   Lisa Futch CV                      19
 5             (6 pages)

 6    PX-541   Georgia Network for Educational    88
               and Therapeutic Support
 7             Strategic Plan (20 pages)

 8
      PX-542   E-mail dated March 21, 2019        120
 9             (7 pages)

10    PX-543   student enrollment spreadsheet     138
               from the 2021 to '22 school year
11             (1 page)

12    PX-544   student enrollment spreadsheet     150
               from the 2021 to '22 school year
13             for the Hinesville Liberty facility
               (2 pages)
14
      PX-545   student enrollment spreadsheet     162
15             from the 2021 to '22 school year
               for the Glynn facility
16             (1 page)

17    PX-546   GA00794669                         178
               (1 page)
18
      PX-547   GA00131256                         182
19             (1 page)

20    PX-548   GA00227998                         198
               (7 pages)
21
      PX-549   GA00015229                         214
22             (4 pages)

23    PX-550   Guidance and Planning Documents    218
               for Student Reintegrations from
24             GNETS to an LEA Setting (4 pages)

25
```



 1   (continued)
           D O C U M E N T A R Y   E V I D E N C E
 2
     NUMBER          DESCRIPTION                    PAGE
 3
     PX-551    Coastal Academy_Temp_000250          222
 4             (34 pages)

 5   PX-552    GA00082998                           241
               (3 pages)
 6
     PX-553    GA00357358                           246
 7             (2 pages)

 8   PX-554    GA00083733                           249
               (3 pages)
 9
     PX-555    GA00097408                           252
10             (1 page)

11   PX-556    GNETS Services Flow Chart            309
               (1 page)
12
     PX-557    Request for GNETS Consultation       313
13             (2 pages)

14   PX-558    Confidential Student Information     316
               Packet for GNETS (4 pages)
15
     PX-559    GNETS Guiding Questions for          325
16             Considerations for GNETS
               Services (2 pages)
17

18

19

20

21

22

23

24

25



 1            (Disclosure was made pursuant to

 2            O.C.G.A. annotated 9-11-28

 3            (c) and (d) and 15-14-37

 4            (a), (b) and (c).)

 5       THE VIDEOGRAPHER:  We are now on

 6  the record.  Today is Tuesday,

 7  October 25th, 2022 and the time is

 8  9:03 a.m. Eastern time.

 9       This begins the video conference

10  deposition of Lisa Futch taken in the

11  matter of the United States of America

12  versus State of Georgia, Case Number

13  1:16-CV-03088-ELR pending in U.S.

14  District Court for the Northern

15  District of Georgia.

16       My name is Patrick Murphy.  I'm

17  the remote videographer today, and our

18  remote court reporter is Kyle Saniga.

19  We're are both representing Esquire

20  Deposition Solutions.

21       If counsel could now please

22  introduce themselves for the record,

23  then our court reporter will swear in

24  the witness.

25       MS. HAMILTON:  Andrea Hamilton for



1        the United States.

2             MS. JOHNSON:  Melanie Johnson for

3        the State of Georgia.

4             MR. NGUYEN:  Hieu Nguyen with

5        Harben, Hartley and Hawkins on behalf

6        of the witness.

7                     LISA FUTCH,

8   having been produced and first duly sworn as a

9   witness, testified as follows:

10                  DIRECT EXAMINATION

11  BY MS. HAMILTON:

12       Q    Good morning, Ms. Futch.  How are you

13   doing today?

14       A    I'm good.

15       Q    Great.  My name is Andrea Hamilton and

16   I represent the United States.  I'll be taking

17   your deposition today.

18             Would you please state your full name

19   for the record?

20       A    Lisa Marie Futch.

21       Q    I will be asking you a series of

22   questions today, and you're under oath to

23   provide complete and honest answers to those

24   questions.

25             Do you understand?



1       A    Yes, I do.

2       Q    If you do not understand the question

3    that I ask, you should feel free to let me know

4    and I'll try to rephrase the question.  Okay?

5       A    Okay.

6       Q    Also, if you're not sure of an answer

7    or don't have a complete answer, you must still

8    answer the question to the extent that you can.

9    Okay?

10      A    Okay.

11      Q    If you need a break at any point,

12   please tell me or your attorney.  We will have

13   some breaks throughout the day.  We'll also

14   break for lunch, but if you need a break that

15   hasn't already been scheduled, we will let you

16   finish your answer if you are in the midst of

17   answering your question, and then discuss

18   agreeing before we take the break.  Okay?

19      A    Okay.

20      Q    Also, as you can see, the court

21   reporter is recording all that is said here.

22   Because she can only record our words, we just

23   ask that you speak clearly and answer every

24   question with a verbal response.

25           Do you understand?



1       A     Yes, ma'am.

2       Q     As the court reporter mentioned, we

3   also -- I think actually the videographer

4   mentioned -- we want to avoid talking over each

5   other.  I will try to not interrupt when you're

6   answering, and likewise, I ask you to do your

7   best to let me finish my questions before you

8   start to answer.  Okay?

9       A     Sure.

10      Q     And finally, is there any reason that

11  you can think of that you would not be able to

12  answer my questions fully and truthfully?

13      A     No, ma'am.

14      Q     For the record, I want to note that

15  United States, counsel for the witness, and the

16  State of Georgia have agreed that all objections

17  except as to form of the question be reserved

18  until trial.

19          MADAM COURT REPORTER:  Excuse me.

20              (Whereupon, an off-the-record

21              discussion was held.)

22          THE VIDEOGRAPHER:  Hearing no

23      objection, we'll go off the record now

24      at 9:07 a.m.

25              (Whereupon, an off-the-record



```
 1                        discussion was held.)
 2              THE VIDEOGRAPHER:  We are back on
 3         record at 9:09.  Please proceed.
 4    BY MS. HAMILTON:
 5         Q    The documents for today's deposition
 6    will be shared electronically.
 7              I am going to share our first document
 8    on the screen and I would like for the court
 9    reporter to mark this first document as
10    Plaintiff's 539.
11              Kyle, are you able to see on the
12    screen?
13              MADAM COURT REPORTER:  I do.
14                   (Whereupon, Plaintiff's Exhibit
15                   Number 539 was marked for
16                   identification.)
17    BY MS. HAMILTON:
18         Q    Ms. Futch, are you able to see the
19    document on the screen?
20         A    Yes, ma'am.
21         Q    Okay.  So, Ms. Futch, I'm now showing
22    you Plaintiff's Exhibit 539.
23              You can -- and I can actually give you
24    control of the document, and if you want to take
25    a brief moment to look at it, let me know when
```



 1  you finish reviewing it.

 2      A     I'm done.

 3      Q     Okay.  All right.  So this is a

 4  subpoena to testify at a deposition in a civil

 5  action.

 6            The subpoena is directed to Lisa Futch;

 7  correct?

 8      A     Yes, it is.

 9      Q     Is that you?

10      A     Yes, it is.

11      Q     Have you seen this document before

12  today?

13      A     Yes, I have.

14      Q     Who showed this document to you?

15      A     I asked my attorney to send me a copy

16  so that I can review the parameters of the scope

17  of today's testimony.

18      Q     And are you here today on --

19            MR. NGUYEN:  Excuse me, I'm going

20      to instruct the witness not to discuss

21      anything that she mentioned or

22      discussed or questions she asked me

23      about the subpoena or anything related

24      to it.

25            MS. HAMILTON:  Got it.



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              12

```
 1              MR. NGUYEN:  Okay.

 2              MS. HAMILTON:  Yes.

 3              MR. NGUYEN:  I apologize for the

 4      interruption.

 5              MS. HAMILTON:  No problem.  That's

 6      fine, Hieu.

 7   BY MS. HAMILTON:

 8      Q    And my questions really aren't about

 9    the substance of the conversation you had about

10    the subpoena, but I do want to confirm,

11    Ms. Futch, you're here today on account of this

12    document; correct?

13      A    Correct.

14      Q    The top of this document has the case

15    name, United States versus State of Georgia.

16              Do you see that?

17      A    I do.

18      Q    Do you understand that this deposition

19    is being taken in connection with litigation

20    against the State of Georgia relating to the

21    Georgia Network for Educational and Therapeutic

22    Support Program?

23      A    Yes.

24      Q    Are you aware that this program is

25    commonly referred to as the GNETS Program?
```



1      A      Yes.

2      Q      So if I use the term GNETS throughout

3   the day, you'll understand that I'm referring to

4   the Georgia Network for Educational and

5   Therapeutic Support Program?

6      A      Yes, ma'am.

7      Q      When did you first learn about the

8   GNETS litigation?

9      A      The year it started, and forgive me, I

10  can't recall, was that 2012, maybe.  But the

11  year that it actually started that -- and that's

12  really all I could tell you about that.  It's

13  been a long time.

14     Q      Sure.  Are you familiar with the Letter

15  of Findings that the DOJ issued in 2015?

16     A      I am.

17     Q      And are you familiar with the lawsuit

18  that was filed the following year in 2016 --

19     A      I am.

20     Q      -- by United States Department of

21  Justice?

22     A      I am.

23     Q      What is your understanding of what the

24  case is about?

25     A      Providing equitable services to



1  students, an ADA issue, perhaps, you know, and,

2  you know, making sure that all students are --

3  receive the same services.

4      Q    I'm going to stop sharing my screen.

5  I'm going to ask you a few questions about your

6  preparation for this deposition.

7           I do want to reiterate that I'm not

8  going to ask you to reveal the substance of any

9  communications that you had with your attorney.

10          What did you do to prepare for this

11 deposition?

12     A    I just spoke with my attorney.

13     Q    Anyone besides your attorney present

14 during those -- that meeting?

15     A    No.

16     Q    And was it just one meeting?

17     A    Yes.

18     Q    Approximately how long was the meeting?

19     A    30 minutes.

20     Q    Did you speak to anyone else in

21 preparation for this deposition?

22     A    Yes.  I spoke to my boss, Richard

23 Smith, and informed him of the deposition only.

24 And then McIntosh County Board of Education

25 where my office is located, I spoke to the



LISA FUTCH                                     October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          15

1  superintendent and the administrative assistant

2  to reserve the room that I thought we needed.

3      Q    And you said your boss is Richard

4  Smith.

5           What is his position?

6      A    He's the executive director of First

7  District RESA.

8      Q    Did you speak to any GNETS directors

9  who have been deposed by the United States?

10     A    I have not spoken to any GNETS

11  directors.

12     Q    Did you review any documents in

13  preparation for today's deposition?

14     A    No, actually.  Decided not to.

15     Q    And did you review any deposition

16  transcripts from any of the other individuals

17  who have been deposed in our litigation?

18     A    No, ma'am.

19     Q    Did you bring any documents with you

20  today?

21     A    No, ma'am.  I know y'all see me

22  fiddling, but it's just my notebook.

23     Q    And did you do anything else to prepare

24  today -- for today?

25     A    No, ma'am.



1     Q    Have you ever had your deposition taken

2   before?

3     A    Yes.

4     Q    How many times?

5     A    Once.

6     Q    And when was that?

7     A    A long time.  I don't recall.  It was

8   my first divorce, so it's been over 24 years

9   ago.

10    Q    And it sounds like that -- you said it

11  was in connection with your divorce.

12         So that was related to personal

13  matters?

14    A    Oh, I'm sorry, yes.  Were you asking

15  specifically for -- related to this?

16    Q    Well, I want a big picture of how many

17  you -- like how many depositions --

18    A    Just the one.

19    Q    Okay.

20    A    Yeah.

21    Q    I also may be using some acronyms today

22  for brevity and I want to run through a few of

23  them now to ensure that we're on the same page.

24         The first is Georgia DOE.

25    A    Uh-huh.



1      Q    When I use the acronym Georgia DOE or
2   State DEO, will you understand that I'm
3   referring to the Georgia Department of
4   Education?
5      A    Yes, ma'am.
6      Q    When I use the acronym DBHDD, will you
7   understand that I'm referring to the Georgia
8   Department of Behavioral Health and
9   Developmental Disabilities?
10     A    Yes, ma'am.
11     Q    When I use the acronym DCH, will you
12  understand that I'm referring to the Georgia
13  Department of Community Health?
14     A    Yes, ma'am.
15     Q    If use the term LEA, will you
16  understand that I'm referring to Local Education
17  Agency?
18     A    Yes, ma'am.
19     Q    If I say RESA, will you understand that
20  I'm referring to the Regional Education Service
21  Agency?
22     A    Yes, ma'am.
23     Q    If I say GNETS centers, will you
24  understand that I'm referring to the standalone
25  GNETS location?



1        A    Yes, ma'am.

2        Q    If I use the term GNETS School Based

3   Locations, will you understand that I'm

4   referring to the GNETS locations that are based

5   in general education settings for schools?

6        A    Yes, ma'am.  Sorry.

7        Q    If I use the acronym PBIS, will you

8   understand that I'm referring to positive

9   behavioral interventions and supports?

10       A    Yes, ma'am.

11       Q    If I use the acronym EBD, will you

12   understand that I'm referring to emotional and

13   behavioral disabilities?

14       A    Yes, ma'am.

15       Q    And finally, if I use the term general

16   education settings, will you understand that I'm

17   referring to public schools in Georgia with

18   children with EBD and other behavioral health

19   conditions, receive instruction and services

20   along children who do not have disabilities?

21       A    Yes, ma'am.

22       Q    Let me show you another document.  I

23   would like for the court reporter to mark this

24   next document as Plaintiff's Exhibit 540.

25            (Whereupon, Plaintiff's Exhibit



1                    Number 540 was marked for

2                    identification.)

3    BY MS. HAMILTON:

4        Q    Ms. Futch, I'm now showing you

5    Plaintiff's Exhibit 540.  This is a copy of the

6    CV of Lisa Futch that we received from counsel.

7             Do you recognize this document?

8        A    Yes, ma'am.

9        Q    Do you need a moment to scroll through

10   or are you familiar with this?

11       A    I think I'm familiar with it.

12       Q    Okay.  I will go ahead and just modify

13   the controls so that as we're talking, if you do

14   want to scroll through, you can.

15       A    Okay.  Thank you.

16       Q    Okay.  Ms. Futch, what is the highest

17   level -- and let me make this a little -- okay,

18   what is the highest level of education that you

19   obtained?

20       A    I actually -- I have a Level 6 S

21   leadership and service certificate from the

22   State of Georgia, which is a EDS Education

23   Specialist, and hopefully will have my EDD in

24   January.

25       Q    Okay.  So for your EDS, where did you



1  receive that from?

2      A    Georgia Southern.

3      Q    And what was your area of focus?

4      A    My initial area of focus was school

5  psychology, I received that first, and then I

6  did an add-on for leadership.

7      Q    And what was the timeframe for when you

8  received your EDS, your education specialist

9  degree?

10     A    2004.

11     Q    And when did you receive the add-on

12 certification?

13     A    Oh gosh, 2007.

14     Q    Okay.  You also mentioned that you are

15 expected to receive your EDD in January.

16         Where are you currently pursuing that?

17     A    Georgia Southern.

18     Q    And what is your area of focus?

19     A    Educational leadership.

20     Q    Do you have any other graduate or

21 professional degrees?

22     A    I have two masters degrees.  I have one

23 in school counseling and on in higher education

24 administration.

25     Q    Your masters degree in school



1   counseling is from where?

2        A    Georgia Southern.

3        Q    And when did you receive that?

4        A    2002.

5        Q    And then your masters of education and

6   higher education, where did you receive that

7   agree?

8        A    Georgia Southern.

9        Q    When?

10        A    2000.

11        Q    Do you have any other graduate or

12   professional degrees?

13        A    No.

14        Q    And then with regard to certifications,

15   I see here on your CV that you also have --

16   let's see, in addition to the add-on

17   certification for educational leadership, you

18   also have the certification Level 6 for school

19   psychology and school counseling; is that

20   correct?

21        A    That is correct.

22        Q    And you received those in 2004 and 2002

23   respectively?

24        A    Yes.  Wait, make sure.  Yeah, that's

25   right.



1      Q    I also see here that you listed having

2  a license as being licensed as a professional

3  counselor; is that correct?

4      A    That is correct.

5      Q    When did you receive that license?

6      A    2006.

7      Q    And is that licensure still current?

8      A    Yes, ma'am.

9      Q    How often do you have to renew your

10  license as a licensed professional counselor?

11      A    Every two years.

12      Q    Who issues -- who issues that license?

13      A    The State of Georgia.  Secretary of

14  State's office, yeah.

15      Q    And what training is required to be a

16  licensed professional counselor?

17      A    It requires a masters degree or higher,

18  a masters degree or higher and school

19  counseling, community counseling, mental health

20  counseling, something along those lines that's

21  CACREP accredited, the school must be.

22           Now that was when I got it.  That's

23  recently changed, 2018, and then again this year

24  with the new laws that have come out.

25           And I'm also actually a certified



1  professional supervisor counseling -- you know,

2  so I can supervise LPC's that are coming up.

3          So there are certain classes that are

4  required under each one but -- and then it's

5  about -- well, it's 1,000 hours or so, I think,

6  of internship hours.

7          Now, when I got mine, I was allowed to

8  do mine at that point in time, be supervised by

9  a licensed clinical psychologist, which I was,

10  but now, two of those years -- because you have

11  to do it in three calendar years -- two of those

12  years, you have be supervised by an actual LPC

13  and one year of those years can be, you know,

14  someone else supervise, clinical psychologist or

15  whatever.

16          So, in training, I just renewal -- you

17  know, you're required to have your ethics class,

18  you know, every two years.

19          There's actually quite a bit of

20  training for me because I am a supervisor and so

21  it requires approximately 24 hours every

22  two years of continuing ed credit and, you know,

23  that's in various areas ethics, of course,

24  always ethics.  And then supervision and then,

25  you know, a specific area, you know, that you



 1 | particularly -- you know, like I always kind of
 2 | do -- I typically do school counseling, but I
 3 | also have been doing trauma informed care and
 4 | psychopathology.
 5 |         And I'll always, anything with children
 6 | adolescence, I do.  But that's just, you know,
 7 | my area that I choose, so, you know, model the
 8 | school counseling.  So every two years, again,
 9 | 24 continuing ed credits.
10 |         And then there's -- for me, because I
11 | have the supervisor certification added on,
12 | there is a 50-question exam I take every
13 | two years.
14 |     Q    Thank you.  And then for the
15 | certifications that we were discussing a moment
16 | ago, I think it was the Georgia Certification
17 | Service Level 6 certification, who issues those
18 | certifications?
19 |     A    PSC, the Georgia PSC.  I'm sorry,
20 | Professional Standards Commissions.  Okay.
21 |     Q    And what is required in order to obtain
22 | those certifications?
23 |     A    For the school psych, you have to have
24 | an EDS specifically from SACS accredited
25 | institution and school psychology.  And, of



1   course, there's a practicum and internship

2   requirement and, of course, you know, the course

3   requirements.

4          And, of course, the PSC has done a

5   variety of different things with renewal

6   requirements, you know, over the years here so

7   it's hard to keep up, but basically just, you

8   know, you're keeping up with your continuing ed,

9   if they ask for it, professional learning hours.

10          And I also do a lot of presenting and

11  training that would fall under those categories

12  of professional learning, and that is also

13  counted because you can -- they will take that

14  and they convert it to what they need.

15          So just keeping up your renewal hours,

16  working and doing the field because I still

17  occasionally do psychologicals and I always do

18  counseling and, I'm sorry, that was school

19  psychology.

20          With school counseling though, just a

21  masters required for that, and, again, a

22  practicum internship and the SACS accredited

23  institution and just keeping up with your

24  professional learning hours and staying active

25  in it.



1    Q    Okay.  So just to confirm, all of the

2    certifications issued by the PSC are typically

3    tied to some other degree or program that you're

4    going through?

5    A    Yes.  And, you know, tip -- you know,

6    you need to be employed in them at the initial

7    time they were issued.

8         Now, you know, so I was employed as

9    that technically or, you know, I was program

10   coordinator at GNETS, which took both of these

11   roles on and -- at the time of the initial

12   issue.

13        But as they're renewed, you know,

14   they're typically renewed with -- if you had

15   another degree or whatever, like, leadership,

16   they're renewed with that.

17   Q    Okay.  And then -- up with your

18   educational background, where did you obtain

19   your undergraduate degree?

20   A    Brewton-Parker College.

21   Q    And what was your major?

22   A    Psychology.

23   Q    And when did you graduate?

24   A    '96.

25   Q    Ms. Futch, you are currently employed



1 | at the Coastal Academy GNETS Program; is that
2 | correct?
3 |     A    That is correct.
4 |     Q    What is your current job title?
5 |     A    I'm the director.
6 |     Q    And how long have you been in that
7 | role?
8 |     A    Since July 1, 2011.
9 |     Q    Before serving as the Coastal Academy
10 | systems -- we'll go through your CV a bit --
11 | before serving as the Coastal Academy GNETS
12 | Director, where did you work?
13 |     A    I was the director of Special Education
14 | in Jeff Davis County.
15 |     Q    Okay.  And what timeframe did you serve
16 | as the Director of Special Education in Jeff
17 | Davis County?
18 |     A    July 2010 to June 30th, 2010 or July 1,
19 | 2011.  Yeah, I mean, excuse me, July 2010 to
20 | July 2011.  Thank you, yeah.
21 |     Q    Okay.  What were your responsibilities
22 | as the special education director?
23 |     A    Everything.  Management, planning,
24 | budget for all things special ed plus MTSS and
25 | 504.



1              Since Jeff Davis County is small school

2     system and in the smaller school systems you

3     wear many hats so -- and nursing and Medicaid

4     billing and all of that under it.

5              I had an administrative assistant and

6     then one lead teacher at each school and that

7     was it.

8              So just, you know, like I said, any and

9     everything to do with special education,

10    maintaining -- being familiar with the law,

11    making sure everything was in compliance with

12    Special Ed, doing the budgets, the BIP

13    (phonetic) -- consolidated app, excuse me, and

14    the portal training of staff, working with

15    community service agencies to bring different

16    supports in, transportation director, working

17    with him.  That was difficult, but we actually

18    got along great.

19             Let's see, GLS, attending those

20    meetings.  Just -- and SDI, of course, you know,

21    since I had MTSS and 504 and, of course, Special

22    Ed, SDI, specifically specific -- excuse me --

23    instruction.

24             SDI also, you know, in training

25    teachers in behavior management, you know,



1  training teachers to do FBA's in depth.  I had a

2  little more experience in that than most of

3  their other special ed directors had before so

4  they took advantage of that, which is fine, I

5  like --

6      Q    I'm sorry to interrupt you.  I just

7  want to take a step back.  I know you've used a

8  number of acronyms and I want to make sure that

9  I have --

10     A    Okay.

11     Q    -- them for the record.

12          MTSS, what is that?

13     A    Multitiered system of supports.

14     Q    Okay.  And at a high level, what is it?

15     A    Oh, what is it, I'm sorry.  It is

16  basically identifying those students who are at

17  risk for academic issues, behavioral issues,

18  that -- and that are, you know, maybe falling

19  behind and identifying them early enough and

20  providing interventions, putting interventions

21  in place to hopefully remediate them, catch them

22  up so they stay out of Special Ed.  But Special

23  Ed, of course, is the very top.

24          Georgia is -- has Special Ed at their

25  actual 4 level that we don't really count, but



1 | there are three tiers in MTSS, and then Special
2 | Ed is after that.
3 |     Q     And I'll ask you questions -- more
4 | questions about MTSS later in the deposition,
5 | but I do just want to make sure on the record I
6 | note what that is.
7 |           You also used the abbreviation or
8 | acronym SDI.
9 |           What does that stand for?
10 |     A     Specifically developed instructions.
11 | Specifically -- specific design instruction.  I
12 | always get it confused, I'm sorry.  I've been
13 | doing this a long time, so I believe it's
14 | specifically designed instruction.
15 |     Q     Okay.  And what is SDI, more
16 | specifically?
17 |     A     Okay.  So basically, it's looking at
18 | the student, looking at their needs and
19 | providing evidence-based instructional
20 | remediation and interventions for that student
21 | so that student can close those gaps.
22 |     Q     Okay.  And then you also used the
23 | acronym FBA.
24 |           What is an FBA?
25 |     A     Functional Behavioral Assessment, and



1   it's a look at the student, not just the

2   student, actually.  I think, in my opinion --

3   well, it's actually more of a look at the

4   environment the student's in and determining,

5   collecting anecdotal behavior, consequence data,

6   and developing, you know, a function of the

7   behavior hypothesis determining after you looked

8   at -- of course, collecting the data and looking

9   at that, determining what the function of the

10  behavior is and then writing an appropriate

11  behavior intervention plan based on function

12  based reinforcers and function based antecedent

13  modifications.

14      Q    And the behavior intervention plan that

15  you just mentioned, is that the same thing as

16  the BIP that you referred to --

17      A    Yes, it is.

18      Q    Okay.  And that's BIP?

19      A    Yes, ma'am.

20      Q    All right.  When you were serving as

21  the special education director for Jefferson

22  Davis County Schools in Georgia, did you have

23  any involvement with the GNETS program?

24      A    Yes, ma'am.  And it's Jeff Davis County

25  School System.



1    Q    Okay.

2    A    Okay.  And, yes, I did.  I was the

3  special ed director so all GNETS referrals or

4  information or students they were interested in

5  sending to GNET went through me and I attended

6  all of those meetings.

7    Q    Okay.  Do you participate in the IEP

8  meetings for the GNET students?

9    A    I did.

10    Q    And did you coordinate services for

11  students who were being placed in GNETS?

12    A    I did.

13    Q    What -- do GNETS program that served

14  the school district that you were in at the

15  time?

16    A    Cedarwood.

17    Q    Okay.  So I actually want to go back to

18  an item right before your time as the special

19  education director.

20        On your CV, you listed that you served

21  as the Codirector of Coastal Plains Charter High

22  School; is that correct?

23    A    That is correct.

24    Q    Okay.  And it looks like that was a

25  part-time position?



1      A    It was.  It was two nights per week

2    4 p.m. to 9 p.m., yep.

3      Q    Where is this charter high school

4    location?

5      A    So it's Coastal Plains Charter.  The --

6    I believe the directors -- the executive

7    director's office is in Glynn County now, but

8    Long County, which is Ludowici, and I actually

9    -- we got -- actually started it.  I opened the

10   first year there.

11     Q    Okay.  What was the timeframe that you

12   worked with this program?

13     A    May 2017 to 2019, May 2019.

14     Q    Okay.  And you said that you were

15   among, I guess, the group that -- the GNET

16   started the particular charter school --

17     A    Uh-huh.

18     Q    -- how did the school come into

19   existence?

20     A    Well, I didn't do that part.  I was the

21   first staff hired to open it.

22          So, you know, there'd already been a

23   couple sites open.  I think the Glynn County

24   site was open and maybe the Liberty site or -- I

25   believe so, and they, of course, were looking



1   for people and I applied and I was the first,

2   and so basically I was a principal.  Okay.

3          So I was the -- we were the -- I was

4   the -- we were the first staff hired to open

5   that building.  So we opened it and got started,

6   yeah.

7      Q    Okay.  Did the school have a particular

8   focus area or target population?

9      A    You know, no.  Anybody that basically,

10  you know, wanted to come could, you know, but

11  it's really designed for those -- those kids

12  that kind fall through the cracks really in high

13  school, you know.

14         It was designed to encourage kids not

15  to quit.  Like here's an opportunity, you know,

16  maybe you're taking care of your family during

17  the day and you have to work, look, you can come

18  at night.

19         In my opinion, the reason I really was

20  attracted to this is because it addressed more

21  of the whole child concept, you know, some of

22  those barriers that, you know, kids run into in

23  high school, you know, that, educators don't

24  often and readily see or address like they

25  should because it impacts everything.  So it was



1   -- you know, that's what it was.

2           So typically when a student would --

3   you know, at a high school would go to the

4   school counselor say, okay, I want to withdraw,

5   you know, the school counselor would always tell

6   them about this.  Here's an opportunity.  It's

7   different and, you know, they may come or they

8   may find out about it on their own, but it -- I

9   believe we used an online curriculum, I don't

10  remember what it was called -- oh, GradPoint,

11  GradPoint is what it was called.  I think that

12  was a Pearson one as well, but it was based on

13  Georgia standards and high school courses to

14  graduate.

15      Q    And it looks like the timeframe that

16  you were serving this position overlapped with

17  your time as the GNETS director with Coastal

18  Academy; is that right?

19      A    It does.  I did it at night.  I would

20  leave GNETS.  Usually I would -- well, I'm an

21  early bird so I'm usually here by seven or so.

22          So I would leave if -- whatever

23  happened with GNET sometimes it's -- you know,

24  you never can tell what time to leave on time.

25  It was great that there were two of us and that



1  was done on purpose because, you know, it was

2  designed for people, actually, already working,

3  you know, in the regular schools.  So that he

4  may fill in for 30 minutes until I had to get

5  there or whatever.

6       Q    Okay.  And then you said that when you

7  were there, you were there two nights a week.

8       A    Uh-huh.

9       Q    And how -- I guess what were the school

10  hours?

11       A    4 to 9 Monday, Tuesday, Wednesday, and

12  Thursday.

13       Q    Okay.  And just to confirm, you said

14  your role as codirector was similar to the role

15  of principal?

16       A    Yes, high school principal, yeah.

17       Q    All right.  So moving on, it looks like

18  you also served -- that you also worked with the

19  Cedarwood program, GNETS Program; is that

20  correct?

21       A    That is correct.

22       Q    All right.  What was the position that

23  you -- I guess -- well, I'm sorry, the highest

24  position that you held there?

25       A    Program coordinator.



1    Q    And what was the timeframe that you

2    worked as program coordinator at Cedarwood?

3    A    July 2006 to June 2010.

4    Q    What were your responsibilities as

5    program coordinator?

6    A    Well, building principal

7    responsibilities for the most part or, you know,

8    AP and coordination of services for that

9    specific site that I was -- and I'd worked at

10   two different Cedarwood locations.

11        So the coordination of services,

12   attending IEP's, making sure that we're in

13   compliance with those.  Making sure that

14   students are -- not students, excuse me --

15   teachers are, you know, following through and

16   doing what they need to do.

17        Instructional lead -- leader.

18   Evaluator of staff.  Let's see.  Planning of

19   appropriate professional learning while working,

20   of course, with the GNETS director and the other

21   coordinators, we would do this together.

22        And student -- handling student

23   behavior and discipline, if needed.  But most of

24   that was, you know, a reteaching process for us,

25   it didn't look the same, of course, as a typical



1   building principal would.

2         I was the testing coordinator.  All the

3   state standardized tests.  Let's see, I

4   coordinated family services.  I provided a

5   variety of trainings to districts.  Worked

6   closely with special ed directors because we

7   would -- we served various multiple counties at

8   these sites.

9         Let's see, I actually, at that point in

10  time, would review all the IEP's because I'm a

11  little bit of a -- I was, at that point, a Nazi

12  with that because my school pscyh stuff, you

13  know, makes me do close reads on everything.

14  And, I mean, that's pretty much it.

15     Q    Okay.  And it looks like before you

16  held that position you -- I believe this

17  statement that you were referencing earlier says

18  that you worked as a licensed psychotherapist

19  and school psychologist; is that correct?

20     A    Yes.  And I also, with the coordinator

21  there, I would occasionally, especially -- just

22  so you know -- when -- like I had the, you know,

23  school psychology.

24         So oftentimes our district, when they

25  would have a particular case where they, you



 1   know, really were not sure if it's behavior or
 2   whatever, they would ask me to do it so I did a
 3   lot -- I did some of those, several of them.
 4            But yes, this was -- Dr. Leanne Scott
 5   is also the person who I did my clinical
 6   supervision under for my license, my LPC.  So
 7   yeah, we did forensics, you know, evaluations as
 8   well.  We did -- I mean, but, yes, I worked with
 9   her doing a lot of psychological evaluations,
10   counseling, groups.
11      Q    Okay.  And I guess a moment ago you
12   were saying that you were able to apply some of
13   these skills in your work at Cedarwood, and I
14   guess were you also to able to -- can you --
15   well, let me take a step back one moment.
16            What -- I guess I'm curious how you use
17   your skillset as a licensed psychotherapist or
18   school psychologist in your capacity as the
19   program coordinator at Cedarwood?
20      A    Mental health knowledge.  My knowledge
21   of mental health and my knowledge of, you know,
22   one-to-one counseling and different counseling
23   techniques from DBT, direct behavior therapy to
24   CBT to -- you know, I could throw in a little
25   person center to some gestalt.  I mean, just



1   being knowledgeable about that in different
2   things having worked with a variety of
3   individuals and doing the counseling and school
4   psychology really helped that knowledge of how
5   to write those psychological evaluations and
6   interpret that data, those reports.
7          Those -- that testing from, you know,
8   cognitive IQ tests, you know, standard
9   deviations, Means, you know, IT scores, standard
10  scores, and the academic tests and the social
11  emotional functioning, that knowledge of
12  interpreting that data.  And, of course,
13  understanding then, from a broader perspective,
14  how that disability impacts those children's
15  functioning, you know, within academics.
16          Or maybe it's just an emotional issue
17  and how that impacts academics and functional
18  classroom made me far better at my job and able
19  to read those IEP's and, you know, make sure
20  that they tell an actual story and it's a plan
21  for the kid that makes sense.  And under --
22  again, understanding that impact is, you know,
23  really the key to writing that, and goals and
24  objectives.
25          So that was all applied and, of course,



1   I would use it with my background, my

2   experience, you know.  The special ed directors,

3   like I said, would often ask me, you know, it

4   was maybe a kid they were thinking about

5   possibly wanting us to consider for services,

6   but, you know, they were on the fence and, you

7   know, they would ask me -- they'd already done a

8   psychological.  They'd ask me to come over and

9   do some followup stuff and, you know, see what I

10  thought and things like that.

11          So it was actually all very helpful and

12  very applicable to what I'm doing and to what

13  I'm doing now, absolutely.

14     Q    Okay.  When you were working with

15  Leanne Scott, did you have clients who you were

16  working with in connection with her practice?

17     A    Only with her practice.  No GNETS kids.

18     Q    Okay.  Okay.  And so to the extent that

19  you were able to apply these skills, the

20  timeline that was elapsed, you were able to

21  apply it because this was knowledge and

22  information that you already had, but it wasn't

23  part of your job with Leanne Smith -- Scott?

24     A    No, no, no.  Leanne -- I mean, I saw a

25  different set of folks.  Those were her clients



1   in her practice.

2       Q    Okay.

3       A    Okay?  And then I was able to apply

4   that knowledge and what I learned from her, of

5   course, to my daily -- my daytime job.

6       Q    Okay.  Thank you for clarifying that.

7       A    Sorry.

8       Q    So who were the types of clients that

9   you were working for when you were working under

10  Leanne Scott?

11      A    We had a lot of DFCS cases.  We get a

12  lot of parental evaluations for fitness to see

13  if rights should be terminated.  We did a lot of

14  eval -- we did all the evaluations for Bulloch

15  County DFCS, the children that had been removed

16  from those parents and to determine, you know,

17  different things.  You know, trauma, emotional

18  functioning, academic, you know, to see if

19  they're -- you know, had been impacted.  Of

20  course the majority had.

21           There was, you know, just private

22  people, you know, in her area because her office

23  was in Bulloch and Screven County, that would be

24  most -- again, but most of it -- all -- in fact,

25  all of the people that I worked with were



1  children.

2      Q    Okay.  And it looks like here on your

3  CV, you noted that you gained experience

4  conducting psychological evaluations; is that

5  correct?

6      A    Yes.

7      Q    And I know you spoke about that a

8  moment ago.

9          It also says you wrote psychological

10  reports --

11      A    I did.

12      Q    -- what --

13      A    I'm sorry, I -- what did you say?

14      Q    Sure.  I was saying for the

15  psychologist report, what did that entail?

16      A    Interpreting the psychological

17  assessments and then writing that in a report

18  format.

19          So it would entail a previous testing.

20  I would, you know -- you know, look at if

21  they've been tested before, I made sure I

22  included that first.

23          Then I would include -- I'd do a good

24  thorough social developmental history, a social

25  history, and include that.  And then, of course,



1   I would do a good section on behavior

2   observation and, you know, clinical observations

3   during the assessment period.  That and then, of

4   course, cognitive, interpreting that IQ test,

5   listing the scores, interpreting that,

6   processing that and -- such academics the same.

7          Social, emotional functioning,

8   interpreting each of those tests, writing that,

9   and then, of course, a summary and a diagnoses.

10      Q    And in your capacity, you were able to

11  diagnose students for -- actually, children and

12  adults; is that correct?

13      A    Yes, because I'm an LPC.  I was an LPC

14  at this time and LPC's could diagnose, and can

15  still diagnose if they have so many hours or

16  whatever, but I have more than plenty.  Yes.

17      Q    Also here it says that you conducted

18  individual and group counseling.

19          What did that entail?

20      A    Individual counseling was -- you know,

21  like I said, I did children.  Mostly -- well,

22  only children with her.  I did some adult.  I

23  did adult psychologicals, too, but only children

24  with counseling, and that would entail me and

25  the individual child, we -- I've done play



1  therapy.  A lot of play-based cognitive

2  behavioral therapy.

3          I've also done regular cognitive

4  behavioral therapy with adolescents, DBT.  I

5  found that I use DBT a lot with my adolescents,

6  that dialectical behavior therapy, and it

7  entailed, you know, a lot of developmental

8  therapy from a development standpoint.

9          And oftentimes, you know, that would

10  come when I would have the foster parents come

11  in or the parent of the child to try to do some

12  parent -- parenting training with them versus

13  counseling and try to educate them

14  developmentally and how, you know, a trauma

15  happened here at this developmental stage so now

16  these kids are stuck here and we have to move

17  them forward, so discipline for -- chronological

18  age of seven may not work.  You may have to do

19  something that's more appropriate for a

20  three-year old where the trauma happened and

21  where they're stuck, stuff like that -- like

22  that.

23      Q   Okay.  And then just a -- still here at

24  your CV.  You already mentioned a moment ago

25  that you conducted play therapy.



1          This last bullet point says that you

2    consulted with licensed psychologists and

3    counselors in developing behavior modifications

4    and treatment plans for patients.

5        A    Uh-huh.

6        Q    As a licensed psychotherapist and

7    school psychologist, can -- could you develop

8    your own behavior modification and treatment

9    plans?

10       A    Yes.  And I had to in this role because

11   every person in individual counseling had to

12   have a treatment plan --

13       Q    Okay --

14       A    -- requirement.

15       Q    -- do -- I'm sorry, go ahead.

16       A    No, I'm done.

17       Q    Okay.  Do you have to do it in

18   consultation with a licensed psychologist or

19   counselor, or you can do it independently?

20       A    I can do it independently.

21       Q    To the extent here that you noted that

22   -- that you noted that you did do it in

23   consultation with licensed psychologists and

24   counselors, what was the relevance of that?

25       A    That was me learning.  At least for the



 1   licensed psychologist and counselors, that was
 2   me learning with her about writing treatment
 3   plans.  And, of course, as I got more familiar,
 4   I could write them myself.
 5            And with counselors, it was mostly
 6   school counselors where the kid was having
 7   trouble in school.  I'd call them, you know,
 8   whatever time of night it was or e-mail them and
 9   that knowledge of behavior really actually
10   probably came from GNETS versus Leanne, if that
11   makes sense, Dr. Scott.  So I was able to help
12   them create some interventions and things like
13   that for those kids.
14        Q    Okay.  For clarity, since I know you're
15   referring to some of these positions throughout
16   the day, what is the difference between a
17   licensed professional counselor and a licensed
18   psychotherapist, if there is --
19        A    They're the same.  In the State of
20   Georgia, they're the exact same.
21        Q    Okay.
22        A    And I may have referred to it serval
23   different ways, I apologize.
24        Q    Okay.  And I just want to make sure I'm
25   clear on --



1        A    Yes.

2        Q    -- where there are differences and

3   where they're the same.

4             What is the difference between the

5   licensed professional counselor and the school

6   psychologist?

7        A    Okay.  So the LPC does counseling only,

8   okay, but the school psychologist or the

9   certified -- now I'm a certified school

10  psychologist, not licensed, that's the

11  difference there.

12       Q    Okay.  What is the difference between

13  those two, so certified --

14       A    Between certified and licensed?

15       Q    (Nods head.)

16       A    Okay.  So a licensed school

17  psychologist is at the PhD level and they've

18  passed the state licensure exam.

19            And so a State of Georgia school, for

20  the school system, all you have to be is have

21  the EDS and certified.

22       Q    And is there a difference between a --

23  between the -- actually, I think I'm good.

24  Thank you for clarifying the difference between

25  those.



1          Let's move on to another position that

2    you've had.  It looks like you've listed here

3    that you served as the program coordinator and

4    school psychologist for the River Quest GNETS

5    program; is that correct?

6        A    Yes.  And we were psychoeducational

7    program at that time.

8        Q    Okay.

9        A    That was before the name change.

10       Q    Okay.  What was the timeframe that you

11   worked at River Quest?

12       A    Well, the timeframe that I served in

13   that role or that I worked as River Quest as a

14   whole?

15       Q    Served in this particular role.

16       A    2004 to 2006.

17       Q    And it looks like you noted you were

18   both the program coordinator and the school

19   psychologist.

20       A    Yes.

21       Q    What were the responsibilities that you

22   had as the program coordinator?

23       A    Okay.  So, like, sometimes, you know,

24   at GNETS programs, program coordinators do

25   different tasks.  It looks like a different.  So



1  at River Quest, they had program coordinators

2  that had different jobs.  So my job was as the

3  school psychologist.

4          However, I also filled in if one of the

5  other program coordinators were out, you know,

6  as far as behavior or dealing with behaviors,

7  unfit parents, supervising -- you know,

8  actually, I was a school psychologist and I

9  supervised mostly all IEP development and

10  eligibility and things like that.  But -- so

11  that's basically here.

12         My main job was the coordinator as a

13  school psychologist, but I often, you know, if

14  someone -- one of the other -- there were four

15  us.  If one of the others were out, we would all

16  assist and substitute with those duties.

17    Q    A moment ago, you mentioned that as a

18  school psychologist, you coordinated the IEP's.

19         What other roles did you play serving

20  in the capacity of a school psychologist at

21  River Quest?

22    A    I did all of the parent training.

23  Yeah, because we would do -- I actually would

24  do, like, lunch and learns with parents

25  throughout the school year.



 1          I was also the state testing

 2   coordinator, so I handled all the standardized,

 3   you know, tests, administration.

 4          I did all of the observation requests

 5   from school systems and provided school systems,

 6   you know, written feedback and recommendations

 7   for students.

 8          Let's see, I assisted the teachers in

 9   completing the FBA's, in the behavior

10   intervention plan, and I also did individual and

11   group crisis counseling.

12     Q    Okay.  Anything else that you can

13   recall?

14     A    No, ma'am.

15     Q    During this timeframe, were you still

16   under the supervision of Leanne Scott?

17     A    I was.

18     Q    And then a moment ago, you mentioned

19   that you also held other roles at River Quest.

20          It appears here that you were also a

21   teacher; is that correct?

22     A    I was, yes, ma'am.

23     Q    What was the timeframe?

24     A    August 2000 to July 2004.

25     Q    And prior to that, it appears that you



 1  also taught at another location.

 2          Where was that?

 3      A    Yes.  That was Oconoee RESA, which is

 4  the learning center.  And let me see, what is it

 5  called now?  I think it's just Oconee GNET, if

 6  I'm not mistaken.

 7      Q    Okay.  So that -- the Oconee

 8  RESA/learning center was a GNETS program?

 9      A    It was a GNETS program, yes, ma'am.

10      Q    Okay.  And what was the timeframe that

11  you were at the Oconoee GNETS program as a

12  teacher?

13      A    It was only half a year.  So

14  January 2000 to June 2000 was my first teaching

15  job and they needed someone in the middle of the

16  year.

17      Q    Okay.  For the record, I just want to

18  note that you also listed that you were an

19  administrative assistant at East Georgia

20  College --

21      A    I was.

22      Q    -- at one time?

23      A    Yes.

24      Q    And that was from January 1999 to

25  December 2000?



1      A    Yes, ma'am.

2      Q    You also listed that you were the

3   associate director of admissions at

4   Brewton-Parker College; is that correct?

5      A    That is correct.

6      Q    And that timeframe was June 1993 to

7   January 1999; is that right?

8      A    Yes, ma'am.

9      Q    In your CV, you also listed your

10  experience as a trainer and presenter on several

11  difficult topics.  I want to highlight a few of

12  those now.

13        Am I correct in understanding that you

14  are a trainer in the neuro sequential model of

15  education?

16     A    Yes, ma'am.

17     Q    Okay.  And that's often known as NME?

18     A    Yes, ma'am.

19     Q    What is NME?

20     A    NME is basically -- it's Bruce Perry's

21  model and it is basically looking at the brain

22  and how it's developed.

23        We are, of course, bottom up to top,

24  and understanding that development and how

25  children may be being exposed to adverse

1   childhood experiences, different forms of

2   trauma, complex trauma or, you know, even from

3   early on, being removed at birth or whatever,

4   how it impacts the brain development and how we

5   get kind of stuck in certain parts of the brain.

6         And so it kind of teaches us how to

7   identify what part we're kind of in or using

8   most, and then appropriate interventions to move

9   us out and up because the goal is to get from

10  our amygdala to our prefrontal cortex, and

11  that's pretty much what it is or what it does.

12        There is something called brain

13  mapping, but again, it's just looking at, you

14  know, learning the areas of the -- you know, the

15  brain areas and he focuses on the -- you know,

16  pretty much three areas there; which are the

17  survival, the diencephalon, and the prefrontal

18  cortex.

19        So -- and deescalating -- or calming or

20  providing -- his focus is, which, you know, is

21  great, is providing appropriate psychosomatic

22  sensory input to calm the brain and to regulate.

23        And so his regulate, relate, and

24  reason, the three R's -- those are his three R's

25  -- and that basically goes right along with each



1  part of the brain, you know, the survival, the

2  diencephalon, and prefrontal cortex.

3        And so you provide somatosensory input

4  because we're bottom up and, of course, the

5  amygdala responds better to that sensory input.

6  Our brain absorbs that information better.

7        So we can provide things like, you

8  know -- you know, walking on a treadmill or, you

9  know, chewing gum or just simple things to

10  deescalate the child looking at those simple

11  things.  Maybe it's music, maybe it's, you know,

12  dance or whatever, but just identifying what

13  would be great, you know, at the bottom and

14  providing that input and then moving our way up

15  to the prefrontal cortex.

16     Q    So it sounds like you are applying

17  these concepts in your GNETS program currently?

18     A    I am, yes, ma'am.

19     Q    And I know you just gave a few examples

20  of, you know, having a student walk on a

21  treadmill and a few other actions.

22        On a day-to-day level, how does the NME

23  model -- how is it applicable to your students?

24     A    We utilize it.  I have -- I developed

25  something called the care room and connect,



1   assist, repair, and engage, and it goes right

2   along with, of course, regulate, relate, and

3   reason, but I didn't want to steal his stuff.

4          And basically it is -- we schedule time

5   in those rooms for our kids that are required by

6   student intensive services that are -- that's at

7   our Level 3 requiring the most intensive

8   supports.

9          We schedule those in there and so that,

10  you know, they come in.  You know, they go -- we

11  identify somatosensory input.  We get some

12  somatosensory input.  And then we take them

13  through -- basically it then becomes an LSCI, a

14  life space crisis in where we take them through

15  the -- we're deescalating so we're draining them

16  off, which is LSCI terms, and then we take them

17  through the timeline, central issue, and we

18  complete a life space crisis intervention with

19  them.

20         So we also use this periodically if

21  we're teaching students to -- we have a

22  trauma-informed PBIS matrix and we'll -- I know

23  we'll get there -- but we're teaching students

24  to use their coping skills along with this, so

25  to regulate.



1          And so one of the things that they can

2    do is ask to have an in-class regulation break,

3    which is our peace corner, you know, area and we

4    have some soothing things there.  Or out of

5    class, and which would be our care room.

6          And so if they request it -- that's

7    what we want them to do, you know, that's

8    requesting -- requesting that they need to

9    regulate.  That is a core -- of course, that is

10   a skill that is almost -- they're getting ready

11   to transition if they're doing that, okay, but

12   if they request it, they can also use this room

13   to do that and go through the process.

14       Q    Okay.  Where did you receive your

15   training for the NME model?

16       A    Through the neuro sequential folks

17   themselves -- their selves and we went through

18   the online program.  It was all virtual.  So

19   there was a series -- it was a year -- I believe

20   -- yeah, it was a year-long program.  It was a

21   series of webinars that we had to watch and we

22   had to do homework and then we met once a month

23   with them and they would have a course

24   presentation and then we'd ask questions and

25   then they'd give us more homework.

1          It was pretty detailed.  And then, of

2    course, we all had to present cases and things

3    like that.

4        Q    And to the extent that you're now using

5    it with your GNETS program, did you deliver some

6    form of training to your staff on NME?

7        A    I absolutely did, yes.  This year --

8    last year, the beginning of last year, last

9    school year, I did on our care model and the way

10   we were utilizing it and it included a lot of

11   the information.

12          I talked to them.  They know what NME

13   is.  And then were, of course, periodically

14   built-in refreshers, NME refreshers that are all

15   built into our NME access because we have access

16   to their portal now, so there are webinars that

17   are called refreshers for staff and they're

18   about, you know, 15 minutes long.  They're not

19   meant to be huge, you know, watch, and so

20   different topics that are -- you know -- we talk

21   about doing NME's in there to refresh and so we

22   provided those like once a month.

23          We also did -- to begin this, just so

24   you know, the best book study we've ever had was

25   the Boy Raised as a Dog by Bruce Perry.  And I



1   actually did this with them before we did the

2   NME train the trainer.  I loved the book when I

3   read it and I thought it is ideal to teach staff

4   or people about trauma and how trauma impacts.

5   And, I mean, the staff, it was just amazing,

6   had, you know, almost 100 percent participation

7   every time we met.

8          We met virtually because they loved the

9   book.  It was a hard read, but they loved the

10  book, and that's kind of when we decided -- that

11  I decided I wanted to do this.  And then when we

12  got -- and we -- the first thing with the train

13  the trainer model was a book study on the Boy

14  Raised as a Dog.  I had developed my own

15  questions, but then I got the real Bruce Perry

16  questions to use so, you know, hey.

17      Q    Okay.  And do any other GNETS programs

18  use the NME model currently?

19      A    I think that there is one other because

20  we were in training with them, it is Ralph

21  Metro.  I believe that is Derrick -- no, Greg --

22  no, Derrick, it's Derrick.  I can't remember,

23  what is Derrick's last name?  Is it Gilchrist?

24          MS. JOHNSON:  Derrick Gilchrist?

25          THE WITNESS:  Yes, yes.  Yeah, he



1        and I we -- were -- our groups were in

2        the training together.

3    BY MS. HAMILTON:

4        Q    Okay.

5        A    Actually, I think he might have been,

6    like, about six months ahead of us, so.

7        Q    Okay.  You -- a moment ago, you also

8    mentioned that your program uses LSCI, and I see

9    here on your CV that it says you are a master

10   trainer.

11       A    I am.

12       Q    So, just to confirm, LSCI stands for

13   life space crisis intervention?

14       A    It does.

15       Q    And what is LSCI?

16       A    It is a model in which we teach people

17   or teach students or -- yeah, therapeutic

18   intervention where we're trying to teach

19   students to add language to emotion, you know,

20   process it.  Talk through it.

21            It teaches them to -- you know, after

22   you do it repetitively, of course, because, you

23   know, it takes more than once to process through

24   it and to, you know, problem solve and they're

25   different -- there's six different LSCI



1   interventions, and based on the central issue

2   that the student's having, you know, determines

3   what intervention you select and move with from

4   there.

5         And, yeah, I provide the training for

6   the GNETS, all the GNETS programs and I -- yeah,

7   so being a master trainer means I can do train

8   the trainer.

9      Q    Where did you receive your training?

10     A    My initial LSCI training was just as a

11  certified person, a certified that I can do it,

12  just like everyone else gets.  And that was from

13  -- that was River Quest and that was Paul Baker,

14  Dr. Paul Baker who no longer works with the

15  network.  He did that initial certification

16  training.

17        So I went through that and then

18  at Cedarwood, I went through it again with Paul

19  Baker.  And then when I became the director of

20  Coastal Academy, I applied because you have to

21  apply to be in the trained -- the trainer

22  portion to become a trainer, and Jeannie Morris,

23  Paul Baker, and Andy Chris were my master

24  trainers that took me through the train the

25  trainer program.



LISA FUTCH                                      October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          62

1    Q    And who is Jeannie Morris and, I
2  believe, Mr. Chris?
3    A    Andy Christ?  Jeannie Morris is now the
4  program manager at the Georgia DOE for school
5  climate.  She was the director of Cedarwood
6  GNETS program for many years.
7         Andy Chris, it's Andrea Chris.  She
8  used to be a school social worker for GNETS, I
9  believe, for Derrick Gilchrist, if I'm not
10 mistaken, but she retired, so.
11        And -- but again, we're required -- the
12 training is also very much like NME setup.  It
13 is -- there's webinars online, so Dr. Nicholas
14 Long does some of that training as well, our DA,
15 he passed away this past year who -- he's the
16 father of LSCI.
17        So we have access to a broad range of
18 resources.  We're required once every
19 three years to attend the national LSCI
20 conference in -- for trainers in Cleveland,
21 Ohio, and I actually presented at this past one
22 in July in Cleveland.
23   Q    How did you become the person
24 designated as the LSCI master trainer for all of
25 the GNETS programs?



1      A    I first became -- when I became a

2    trainer, Jeannie Morris was, you know, director

3    of Cedarwood at that point in time and she was

4    the person designated and she and I would do

5    them together.  There was like two or three of

6    us for all the GNETS programs.

7           And then the year that I became a

8    trainer, we trained, like, five more trainers,

9    and so I think Jeannie -- just because Jeannie

10   had been my -- was my director when I worked at

11   Cedarwood, my boss.  When she left, I guess, I

12   don't know, it just naturally -- everybody

13   naturally assumed it was just going to be me,

14   and that's what it became.

15          And then at that point time, it was

16   just kind of passed down.  I was only a senior

17   trainer, but, of course, shortly thereafter, I

18   mean, I -- well, after being a senior trainer

19   for five years, then I became a master trainer,

20   so -- and I've just been doing it.  Now there

21   are still only -- well, there were six of us,

22   but many have found other jobs.

23          Now, Coastal Academy has the LSCI

24   trainers so I am a master trainer and then I

25   have two senior trainers on staff and we do the



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              64

1   training.

2       Q    Okay.  Are all of the GNETS programs

3   required to complete the LSCI training?

4       A    It is part of the strategic plan, but

5   no, they are not required.

6       Q    Looking at your CV, it also says that

7   you are an FDA state trainer with Georgia State.

8   I know we talked about those terms earlier.

9       A    Uh-huh.

10      Q    How did you become a trainer with

11  Georgia State on these topics?

12      A    Okay, so Dr. Emily Graybill, is that --

13  yeah.  She -- so a few years back, and I can't

14  remember what year it was, the DOE entered into

15  a contract with Georgia State to provide FBA,

16  BIP training with the GNETS programs.  Okay?

17          So -- and Dr. Graybill, of course,

18  works at Georgia State, she's still there, and

19  we were to get a team together from each

20  program.  So it was -- you know, we got a team

21  together and -- for my program and I was part of

22  the team.  And so when they would work with us

23  -- and I can't remember the guy's name that

24  worked with her -- but anyway, you know, I had

25  -- I don't know.  I liked doing FBA's and BIPs,



1   I like numbers and data and I like to -- kind of

2   cause and effect, I like that.

3           And so I just -- I got really excited

4   about it.  Not many people get excited about

5   that kind of stuff, you know.  So Dr. Graybill,

6   I think as part of that contract with DOE, we

7   were -- they were just like, you know, people to

8   participate in train the trainer, and I was one

9   of those.  And so anyway, that's how I became

10  one.

11      Q    Okay.  And where do you deliver -- to

12  whom do you deliver the trainings?

13      A    Me, right now, I do all of them.  I

14  mean, my districts, we do -- probably, I do, I

15  mean, three or four a year.  I mean, I've got my

16  first one coming up November, I think, 14th.

17      Q    And when you say "your district,"

18  you're referring to the districts that are

19  served by the Coastal Academy GNETS program?

20      A    Yes.

21      Q    Okay.

22      A    And, of course, my staff, GNET staff.

23      Q    Okay.  On your CV, you also list that

24  you are CPS certified provider with

25  collaborative and proactive solutions; correct?



1      A     Yes.

2      Q     What is CPS?

3      A     Okay.  So CPS a Dr. Ross Green's model

4   and he wrote The Explosive Child and it's been

5   revised, like, twice, you know, and updated.

6           So basically it is what it says, it's a

7   collaborative process in which, you know, you

8   actually -- the parents or the school system and

9   the child actually sit down and collaborate

10  together to determine what's -- what the issue

11  is, per se.

12          So, you know, it is really, in my

13  opinion, more appropriate for MTSS Tier 2 at the

14  GNET -- in the GNET setting.  I feel like the

15  kids that we serve in GNETS, if this would -- if

16  this actually worked for them, they wouldn't be

17  with me.

18          So I think that this is something that

19  would be great as that intervention of the -- in

20  the Tier 2 Level, but basically, there's several

21  different plans, you know, he's got -- there's

22  Plan A, Plan B, Plan C, but basically you want

23  to develop the Plan B with the students so

24  it's -- you know, you sit down with them, you do

25  something called -- well, actually, first you do

1  an ALSEP, which is assessment, lighting skills,

2  protocol or model or questions that we go with

3  the parent or school system and we, you know,

4  document those deficits and then we determine,

5  by the end of the ALSEP, you know, typically

6  choose one or three you want to work on, that's

7  the problem.

8         And then you have the student come in

9  and you do what's called a Plan B with them, and

10  basically you're developing a behavior

11  intervention plan from that.  It has to be very

12  specific, you know, down to what time of day,

13  you know, and what subject area and those kinds

14  of things.  Things you would get from data

15  collection, quantitative, you know, FBA

16  functional behavioral analysis data collection.

17         But so basically you're arguing a

18  behavior intervention plan and it's kind of like

19  a compromised kind of thing.  You know, at the

20  end, you're going to be saying to the kid, okay,

21  what would it take?  What do you need?  You

22  know, those kinds of things.  And, you know, it

23  makes perfect sense because, you know, special

24  educators, we develop these behavior

25  intervention plans all the time, right?



1          But a lot of times, you know, they're

2    -- it's actually supposed to be developed with

3    the child in mind.  Well, not really, I guess,

4    really supposed to be typically because, you

5    know, IDA doesn't legally require functional

6    behavioral assessments, but it's best practice.

7          But, you know, if they did this at the

8    GNET setting, I think it would be very good and

9    be a nice little spin on their BIPs to have that

10   input from the child in there.

11   Q    So do you use this model in your GNETS

12   program?

13   A    I do.  It is on my -- it's like my

14   Level 2.  I use it with kids that -- with

15   certain kids, not with everyone.

16   Q    And what would be the distinction

17   between the students who you would use it for

18   and the students you wouldn't use it for?

19   A    For me, the distinction would be the

20   actual issue, what the issue is.  The why behind

21   the issue.  And it would be for more of that

22   surface type stuff because -- but technically

23   with CPS and Plan B, you're supposed to go

24   upstream, so beyond the surface.

25          And so, you know, for differentiation



 1   purposes, you know, it's -- really, honestly,

 2   I'll have to tell you, there's really no set

 3   criteria, but the ones that I have done it with,

 4   I've done it with those that I have felt were

 5   maybe a Level 2 student by mistake and maybe,

 6   you know, like I need to go back and look at

 7   some data because sometimes kids often -- you

 8   know, their behavior is sometimes difficult to

 9   determine and it's disguised and, you know, a

10   teacher may rate them one way, you know, so I'll

11   go back and look at the two different ratings

12   and look at that.

13         But it would be more for those kids

14   where I'm having a difficult time picking out

15   that emotion.  Now, it's not just -- that's not

16   -- it's not just for those types of kids, that's

17   not what I'm saying.  I'm saying I have some

18   kids that are far more severe that this wouldn't

19   even come close to working.

20      Q    And for the students you're saying have

21   more severe needs, this wouldn't work for what

22   reason?

23      A    Well, I'm not going to say it wouldn't

24   because I've seen some stuff that has worked and

25   I'm going, oh, my God, I can't believe that



1   worked, but it's very difficult to do this with

2   a kid that has issues with reality, and I know

3   Ross Green says it's not, okay.  I've been to

4   his trainings, you know, face-to-face and, you

5   know, but it is very difficult.

6            It's very difficult to do with a very

7   black and white rigid thinker such as a student

8   with autism, but again, the -- Ross Green says

9   it's not but he's never worked in a GNETS

10  program.

11           And so, I just -- it's very difficult

12  to do with certain types of students, in my

13  opinion.  And, I mean, I've been doing this 25

14  some plus years and, I mean, I have a lot of

15  experience so I'm going to use my good judgement

16  on it.  But I do like it, I love it.

17           I think it's most certainly

18  appropriate.  In fact, I have provided training

19  to my districts on it to try to get them to

20  include it at their MTSS Level 2.

21      Q    All right.  I'm just going to ask you

22  about two or three more items on your CV and

23  then if you'd like, we can take a break.

24           So you note here that you're a trainer

25  for the person brain model.



1        What is the person brain model?

2     A    So a person brain model is Dr. Paul

3   Baker's model.  When he retired from GNETS, he

4   developed this model and he goes all over the

5   world teaching.

6        And, again, it is just about adding --

7   learning about the different brain states.  He

8   uses three different brain states to train the

9   brain and how to -- how, again, students get

10  stuck in a particular brain state and, you know,

11  I had this before NME and so this gave me a lot

12  of information about -- neurological information

13  about the brain.

14        I learned a lot through -- with that

15  with brain development, how it works, and things

16  like that.  You know, what stress does to the

17  hippocampus and things like that.  Why students

18  can't -- maybe don't perform well on tests and

19  things like that as such.

20        So it does have a model, a very brief

21  model, but, again, it's a short little model and

22  it's mostly about determining what part of the

23  brain they're in and what you need to do, you

24  know, so very similar.

25     Q    Okay.  And do you use this model in



1  your program currently?

2      A    Yes.  It really goes along with NME, so

3  let me just say, we don't refer to it anymore as

4  person brain.  It's a good beginning step.

5      Q    Okay.  You also list here that you're a

6  trainer for youth mental health first aid.

7           What is youth mental health first aid?

8      A    Youth mental health first aid is

9  basically a training that I recommend that

10  everybody have, community members, everybody

11  have because it's basically is what it says it

12  is.

13           It's, you know, giving a brief and

14  general overview to school staff, community

15  members.  Even there is one for -- to do with

16  the children themselves, specific when a

17  student's having problems, you know.  What it

18  looks like and what you can do.  You know, it

19  focuses on the thing -- you know, that

20  everyone's a helper and we can be helpers down

21  to the lady that works in the cafeteria and the

22  bus aid and the bus driver.

23           This is the -- oh, gosh, the guy that

24  jumped off the Golden Gate Bridge.  He's

25  featured in this.  I can't remember his name



 1  right now, the ripple effect, I can just see

 2  that, you know, I can see a picture of him.  And

 3  of course it talks about suicide.

 4          It talks about, you know, warning

 5  signs, symptoms, but it talks about other things

 6  as well.  And what you need to do if you come up

 7  on a person, you know, or a youth and you --

 8  like I said, my area is really children and

 9  adolescents that is having a difficult time or

10  having a problem.  You know, to be a helper,

11  don't turn away.  Go and get someone with

12  training, but, you know, empathize, talk, those

13  types of things.

14     Q    Okay.  And you provide this in your

15  current GNET program?

16     A    I have provided it, yes.  I provided it

17  last year.  I provide it to my systems as well.

18     Q    Okay.  And the last thing I want to ask

19  you about is the teach T-E-A-C-C-H alternate

20  program.  It says that you have a structured

21  training certification.

22          What is that?

23     A    Structured teaching certification.  So

24  a long time ago, like when I first started

25  GNETS, was that 2000?  I don't know, sometime



1  when I was at River Quest, we -- I attended -- I
2  had an autistic student, the only one in the
3  building with a bunch of EBD kids.  Autism was
4  not as readily diagnosed then and -- but GNETS,
5  or psycho ed at that point in time, utilized --
6  as far as I can remember, and I'm not sure if
7  anybody utilizes it now, but I do -- utilized it
8  in their autism rooms.

9         And I even went toured one of the
10 psycho ed programs that utilized it, and I
11 believe it was either Elam or Griffin Spalding,
12 I can't remember which one that was, but Mimi
13 Goodenraft (phonetic) was the director of it and
14 then I attended the training, and it's a
15 five-day training.

16        And basically, it's a mixture of what
17 you would get as a RBT, registered behavior
18 technician, and what you would get as -- or what
19 you need as an autism teacher.  It focuses on
20 visual structure of the room, using visual
21 pictures of the room, visual pictures and
22 schedules and things like that, visuals to
23 teach.

24        And so it's everything structured.  How
25 to set up the areas and how to use the areas.



1   So you have -- for example, you have their

2   independent work area.  Then we have our ABA

3   table.  Then we might have been our break area,

4   and then we have our group area and, you know,

5   making sure that they're doing the appropriate

6   activities in each one of these areas, meaning

7   we don't do group work at our independent

8   stations, you know.

9          It's very structured and these areas

10  are actually structured or you can see the

11  physical boundaries of the area.  You can use

12  furniture to do that.  And also if you've got a

13  lot of visuals.  Visual schedules, you know,

14  that's where I learned to use to PEX and Board

15  Maker and since, I don't use either one of

16  those, I use -- I make my own, you know,

17  there's, you know, just the -- you know, I use

18  the methods, but I use my own pictures because

19  there are a lot of real looking pictures on the

20  internet or I can pictures myself that I found

21  that do better.

22         But -- and it helps provides that

23  understanding of autism that you need and how

24  their brain often categorizes things and how

25  rigid it is, and the more rigid, of course, the



1   better, you know, so -- and, of course, data

2   collection and how to set up a data collection

3   binder and, you know, down to IEP goals and

4   such.

5          So that was a long time ago, but I use

6   it and have used it every day or I'm -- often

7   use it in my EBD rooms if I feel the need, if I

8   think it's necessary to structure it that way.

9      Q    And do you train your current staff on

10  how to utilize these strategies?

11     A    Yes, I do.  And, in fact, I am waiting

12  for another training to open up in North

13  Carolina because I have a teacher -- a new

14  teacher now that I need to actually send, but

15  I'm -- right now, myself and my BCBA, we're

16  training her how to use the method, you know,

17  with our knowledge, so yeah.

18     Q    What's the difference between the items

19  that are in bold on your CV in the training

20  provided section and the items that are not in

21  bold?

22     A    So the one in bold, there's actually a

23  certification or a trainer, you know, tied to

24  it.  The others are just -- I mean, that's just

25  a small piece of what I have of the training

1    that I've done, or presentations.

2        Q    All right.  Well, thank you.  I think

3    this a good time to take a break.  Ms. Futch and

4    Hieu, how much time would you all need for a

5    break?  Five minutes?  Ten minutes?

6        A    Five is fine for me.

7             MR. NGUYEN:  Five is plenty for

8        me, unless you need any more.

9             MS. HAMILTON:  All right.  Then

10       let's take a five-minute break and

11       we'll go off the record, Patrick.

12            THE VIDEOGRAPHER:  Okay.  We'll go

13       off the record now at 10:33 a.m.

14                 (Whereupon, a short break was

15                 taken.)

16            THE VIDEOGRAPHER:  We were back on

17       record at 10:40 a.m.  Please proceed.

18   BY MS. HAMILTON:

19       Q    Ms. Futch, earlier in the deposition,

20    you mentioned that you -- that your boss is

21    Richard Smith, the executive director of First

22    District RESA; is that correct?

23       A    Yes.

24       Q    Okay.  Do you report to anyone else in

25    your position as the GNETS director?



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          78

1       A     Not directly, no.

2       Q     Okay.  You say not directly.

3             Is there anyone else who you do report

4    to indirectly?

5       A     The Board of Control, you know, because

6    that's ultimately Richard Smith's boss, and so I

7    would think that, you know, it's the Board of

8    Control, him, and me.  So we -- you know, but I

9    always go straight to him but superintendents do

10   often call, so...

11      Q     Okay.  And what is the relationship

12   between the First District RESA and your GNETS

13   program?

14      A     They're the fiscal agent.

15      Q     What is the fiscal agent?

16      A     The person that basically -- or the

17   group, you know, whatever, RESA or LEA, the

18   grant, our state grant, our federal money is

19   funded to, and so they manage the money part of

20   it.  I do the budget and everything, but they

21   pay the bills and provide, I guess, general

22   oversight.

23      Q     Okay.  How is your relationship with

24   the fiscal agent or with First District RESA

25   memorialized?  Is there a written document that





1   states what that is?

2       A    Yes.  We do have an assurance agreement

3   that they sign, I sign, and so does the chair of

4   the Board of Control each year and sent to the

5   DOE.

6       Q    Okay.  And you said that that document

7   is signed every year?

8       A    Yes.

9       Q    And then sent to the state DOE?

10      A    Uh-huh.

11      Q    Does your program also have assurances

12  with the local school districts that are

13  participating in your GNETS program?

14      A    Not anymore.  We used to.

15      Q    Okay.  Why was there a change?

16      A    Don't know.  We just got an e-mail that

17  says they're -- we're no longer doing assurances

18  to the LEAs, only to your fiscal agent.

19      Q    And who was that e-mail from?

20      A    I believe it was Vickie Cleveland.

21      Q    Who is Vickie Cleveland?

22      A    Program manager at the DOE.  I don't

23  know if they call it GNETS there or -- I mean, I

24  know they call it GNETS, but I don't know if

25  it's -- I would assume it's program manager for



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          80

1    the GNETS there at the DOE.

2        Q    Okay.  So just to confirm, she sent an

3    e-mail confirming that you-all no longer had to

4    complete written assurances with the local

5    school districts that you serve --

6        A    Right, and the assurances weren't

7    attached.  She sends the assurance agreements,

8    her or Lakesha Stevenson each year before the

9    budget and -- so yeah, I can't remember when

10   that was, so it's -- it's been a minute.  I

11   mean, maybe four years ago.

12            And so the only assurances that were

13   attached were, you know, fiscal agent

14   assurances, which, if you were a GNETS program

15   that has a school system as the fiscal agent,

16   then it would just -- that would just go to

17   them, but that was it with that information in

18   it.

19       Q    Okay.  And you mentioned someone by the

20   name of Lakesha Stevenson.

21            What is her role?

22       A    I think she's a program specialist for

23   GNETS at the Georgia DOE.

24       Q    Okay.  Does she work under

25   Ms. Cleveland?



1      A     I believe so, yes, ma'am.

2      Q     Okay.  And for the assurances with the

3   fiscal agent, what type of information is

4   contained in each -- in the written assurances?

5      A     So it just includes information like

6   they agree to ensure that the management of the

7   grant money is -- you know, they're compliant

8   with all laws and things like that, policies and

9   procedures.

10          That they will provide general

11  oversight pretty much to the GNETS director and

12  staff and the program itself.  That they will

13  work in conjunction with LEAs to help provide

14  what the GNETS program needs.

15          You know, I can't remember the

16  specifics of it, but that's pretty much it.

17  Indirect -- you know, so basically indirect

18  services.

19          So they -- like I said, we do all the

20  purchasing, all of that kind of stuff through

21  them.

22     Q     Okay.  And in your role as the GNETS

23  director, does anyone report to you?

24     A     Yes.  The Coastal Academy staff, GNET

25  staff.



1      Q    At a high level, what are your duties

2    and responsibilities as the Coastal Academy

3    GNETS director?

4      A    At a high level, is that what you mean?

5    Like?

6      Q    General summary.

7      A    Everything.  The overall running,

8    functioning, day-to-day staffing, FBAs, behavior

9    management, LPC, crisis intervention, suicide

10    evaluations, if I have to do them,

11    psychologicals, angry parents, IEP meetings,

12    just everything and anything revolve -- having

13    to do with mental health.

14         Community members, working with the

15    community liaison, special education compliance

16    and laws, management of personnel, staff, and

17    yeah, I get involved in a lot of student issues,

18    you know, just in general.  Is that enough?

19      Q    We'll explore each of those as we go

20    on, but if anything else comes to mind, feel

21    free to note it.

22         I just want to ask you about just any

23    committees that you've served on or working

24    groups in connection with the state DOE or other

25    agencies.



1          You served on the GNET Strategic
2    Planning Committee; is that correct?
3        A    Yes, I did, with Nakeba, the initial
4    strategic plan, uh-huh.
5        Q    Okay.  Who is Nakeba?
6        A    Nakeba Rame was the GNETS program
7    manager and then became director of federal
8    programs at the DOE before Vickie, and she a
9    medical issue and then had to go out.
10       Q    Okay.  And so you were on the strategic
11   planning committee.
12            What was the purpose of the committee?
13       A    To -- the initial purpose, from my
14   understanding, was to -- of the committee, it
15   was developed to address the -- you know, to
16   evaluate the overall program and address it's
17   effectiveness of the things in place to ensure
18   that we were doing, you know, common things and
19   services were equitable.
20            And this came about right after -- it
21   was either -- no, 2015 was the suit, right?  So
22   it came out -- I think it came out right after
23   the letter of findings, or maybe the suit, one
24   or the other.
25       Q    And how did you end up serving on that



1    committee?

2        A    She asked me to.

3        Q    Who else was on the committee?

4        A    Oh, God.

5        Q    If you don't remember names, that's

6    okay but --

7        A    I don't.

8        Q    -- what were the roles of the people?

9    Were they all GNETS directors?

10       A    Some of them were, but there were other

11   folks, I believe, on the committee.  There were

12   other stakeholders.  I think maybe a special ed

13   director, maybe someone else from the DOE.

14            I don't know if anybody from DBHDD was

15   on there or not.  I don't think so.  That's what

16   I can recall.  But there were other

17   stakeholders, I just don't remember their

18   official titles.

19       Q    Okay.  What were your responsibilities

20   as a strategic plan committee member?

21       A    We met, and I can't even remember what

22   area I was responsible or work -- I'm sure it

23   was the therapeutic services area and

24   interventions that I was responsible for working

25   in, but it was just -- you know, we would all --



1  I'd have to go back and research, you know,

2  information and some of us went and saw things,

3  put things together.

4        But it was just working on, again,

5  addressing issues and making things more common,

6  you know, trying to identify our common

7  practices.

8    Q    What was the final work product or

9  products that you-all were working toward?

10   A    What we were working toward?  It

11 actually became more like a writing scale, sort

12 of, where GNETS programs would do a

13 self-assessment at the beginning of the year,

14 mid year, and end of the year, and then DOE, of

15 course, would meet with us on our end of the

16 year rating and we'd submit the information to

17 them and they'd go through it to make sure, you

18 know, kind of -- to document how we were meeting

19 those -- that -- those areas.

20   Q    What was your opinion of the document

21 that you-all created?  So there was a strategic

22 plan and then this re-break and ratings that you

23 just mentioned?

24   A    I liked the fact, to be quite honest,

25 that it was putting more structure to our

 1   program and more best practices in place because

 2   it was about best practices and, you know, the

 3   research and that it made things more common as

 4   well.

 5            So, you know, when we had kids and we

 6   could explain the program a lot easier, we

 7   didn't look as different, that was the idea.

 8   And I did very much like that.  I do think, you

 9   know, it ultimately became a way that we were

10   monitored, you know, for compliance with these

11   issues.

12            You know, they didn't slap our hand or

13   take any money or anything like that, but, you

14   know, they -- we were always given -- you know,

15   initially when we started, they gave us rating,

16   but then that changed.

17            And so -- but I did find that --

18   because I liked -- I like accountability and I

19   did find that I thought, you know, it did make

20   us more accountable for doing these things.

21   And, you know, I'm sure you can tell by the way

22   I answer these questions that I was the GNETS

23   director, that when I submitted my stuff, man,

24   we had, like, a ton of stuff because I like

25   words and documentation but, you know, so --

1        But as far as the product goes itself,

2   it was okay initially, but, of course, as things

3   happened, things changed, there were -- you

4   know, and once we got into it, there were

5   changes that, you know, some of the things we

6   were submitting were the same in each area and

7   so we really needed to condense it some and take

8   some of that out to make it more, you know,

9   condensed where we're still submitting the same

10  information.

11       Does that make sense?

12   Q   It does.  Are there any specific

13  examples of things that were changed?

14   A   No.  It was -- well, it was more about,

15  like, you know, let's just say in the initial

16  section, the first section leadership, or I

17  can't remember what it's called, program

18  evaluation solution, like that, and it was

19  about, you know, rough -- basically it was how

20  are we -- you know, are we updating our

21  stakeholders, making them aware, involving them

22  in the process and providing that leadership

23  overall.

24       And in -- you know, that's mostly the

25  GNETS directors areas, but I was submitting



1   documents there as documentation that I was also

2   having to submit in professional learning, you

3   know, therapy -- therapeutic intervention and

4   services, academic professional learning, just

5   different places such as beginning of the year,

6   you know, staff meeting sign-in sheets or copies

7   of surveys or survey results that were

8   completed, things like that that were just so

9   redundant.

10           Travel, shew, you know, we could submit

11  travel as documentation when we attended these

12  workshops in multiple places.

13      Q    Okay.  Thank you for sharing those

14  examples.

15           I'd like to show you a document.  I'll

16  share my screen a moment.

17           I'd like for the court reporter to mark

18  this as Document 541, as Plaintiff's Exhibit

19  541.

20               (Whereupon, Plaintiff's Exhibit

21               Number 541 was marked for

22               identification.)

23  BY MS. HAMILTON:

24      Q    And, Ms. Futch, I am showing you

25  Plaintiff's Exhibit 541.  This is a document



1   titled the Georgia Network for Educational and

2   Therapeutic Support Strategic Plan.

3      A    Uh-huh.

4      Q    We actually received this document from

5   your program in response to the United States

6   subpoena requesting documents.

7      A    Uh-huh.

8      Q    Do you recognize this document?

9      A    Yes, I recognize that.  Yeah, the front

10   page, uh-huh.

11      Q    Okay.

12      A    Now, I won't recognize it as mine until

13   we get down and I see -- okay.

14      Q    I understand and, in fact, let me give

15   you a moment -- obviously you don't need to read

16   it page by page, but if you just want to take a

17   quick look to verify.

18      A    Okay.

19      Q    And then just let me know when you're

20   ready.

21      And as you're scrolling, I'm just going

22   to -- for our internal records -- that this

23   document was labeled Coastal Academy 003043 and

24   it has the name FY21 Strategic Plan.

25      A    Yes.  I recognize it as mine.



1      Q    All right.  Great.  All right.

2    Ms. Futch, is this the Fiscal Year 21 Strategic

3    Plan that you submitted to the state DOE?

4      A    Hold on.  Yep.

5      Q    Is every GNETS program expected to use

6    this plan template when they're completing their

7    strategic plan?

8      A    They are.

9      Q    And I know you mentioned a moment ago

10   that there are various stages to the strategic

11   plan process.

12          Can you walk me through those again and

13   let me know where this document falls into that

14   process?

15     A    The one that's up now falls?

16     Q    Yes.

17     A    This page or the entire document?

18     Q    I'm sorry, the entire document.

19     A    Okay.  All right.  So the strategic

20   plan process, again, is -- you know, it was

21   designed to be best practices, current research,

22   and to, again, guide GNETS into some common, you

23   know, practices and things as such.

24          So, this, in itself, is the -- our

25   rating.  It is our self-assessment that we take



1  that -- or whatever -- at the beginning of the

2  year, and this is also our mid-year assessment,

3  and this is our post-assessment, and this was

4  the post that was submitted for Coastal Academy.

5  Okay?

6      Q    I'm sorry to interrupt you, but just to

7  make sure I understand.

8          So when you're saying this is the

9  post-assessment, the mid-year and the post,

10 you're completing the same document at different

11 points in the school year --

12     A    Yes.

13     Q    -- is that correct?

14     A    That is correct.

15     Q    Okay.  And the document that we're

16 looking at is the one you completed at the end

17 of the year?

18     A    Right, post, uh-huh.

19     Q    Okay.

20     A    So -- and, again, each of these areas

21 is addressed or should be addressed in the

22 program, and this would be -- of course we've

23 got the program accountability and leadership,

24 and do you want me to go through each of these

25 areas?



1     Q    You don't have to talk through each of

2    the areas.  I'm just trying to get a sense of

3    the various documents that are imbedded within

4    the plan.

5     A    All right.  You want a sense of the

6    documentation to support?

7     Q    Correct.  So it looks like here, these

8    are just directions for completing the

9    self-assessment rating; correct?

10     A    Yes, uh-huh.

11     Q    And then the pages that follow, a lot

12    of these -- is this -- this is the

13    self-assessment ratings too?

14     A    Yes, and the mid-year and the post,

15    uh-huh.

16     Q    Okay.  And so then it looks like

17    further down in the document, there's a

18    self-assessment outcomes and improvement summary

19    plan.

20     A    Yes.

21     Q    How is that different from the ratings

22    that you were doing?

23     A    It's not.  It's -- you know, actually,

24    you know, and they haven't changed the name and

25    maybe we should, but -- and we actually do this



1   ourself.  The DOE does not do this on our

2   information.  We talk through it at the end with

3   them -- Okay?  -- but this is really -- the only

4   time we complete this plan here is at our

5   post -- Okay?  -- for the other two, we don't.

6           And the self-assessment itself, like

7   the first one is not even required.  Some of us

8   do it, some of us don't, but the mid-year, the

9   one before December, January is required and the

10  post.

11          So this is just -- this last one is

12  done as a result of our post ratings and this

13  document here basically talks about, you know,

14  our priority, you know, where we're prioritizing

15  for the upcoming year and what -- you know, or

16  how we plan to sustain, if we got a higher

17  rating, how we plan to sustain that, or how

18  we're going to make improvements in that area if

19  it's a low rating.

20     Q   Okay.  As part of the self-assessment

21  or as part of the strategic plan process, it

22  sounds like you have an opportunity to sit

23  down -- or maybe you should tell me.

24          Is there an opportunity where you're

25  able to sit down with state DOE personnel to



1 | talk through your plan and assessments?

2 |     A   Yes.  They actually send us -- now

3 | before COVID, they actually came to every

4 | program.  But after COVID, they send us an

5 | e-mail with our dates for our virtual meeting

6 | and, of course, we have -- they give us a

7 | deadline to have everything submitted because

8 | all the documentation actually goes into the DOE

9 | portal.  And so we get our date, our meeting

10 | date is virtual, and we do it virtually and we

11 | go through it.

12 |     Q   Who from the state DOE participates in

13 | this meeting?

14 |     A   Vickie Cleveland and Lakesha Stevenson.

15 |     Q   And when you say you go through the

16 | plan, what does that look like?  Are they

17 | providing you with feedback?  What else happens

18 | during those meetings?

19 |     A   Yes.  They provide us with feedback.

20 | So we go through each area, you know, with our

21 | ratings and, you know, I'm pretty honest with,

22 | you know, weaknesses and stuff, but, you know,

23 | they provide us with feedback and then, you

24 | know, I think at the end -- you know, and they

25 | tell us typically whether they agreed or not.

1        Like -- you know, and it's really not
2   threatening at all, you know, and, you know,
3   based on, you know, they'll say, well, you know,
4   well, you know, I agree with that, yeah, and
5   I've not ever had them disagree or anything with
6   me.  I mean, I'm not really waiting for them to
7   agree.  They don't automatically say it, but
8   most of the time they do, and so that's pretty
9   much it.
10       Q    And earlier you mentioned that at the
11  beginning, the state DOE would provide the
12  programs with the state's own rating; is that
13  correct?
14       A    Yes.  The first two, if I'm not
15  mistaken, the first two ratings actually ranked
16  us, and I don't know if they meant to do that
17  but it ranked us by scores and they sent it out
18  to everybody.
19       Q    Okay.
20       A    I don't know if they meant to do that.
21  Maybe they just meant to list it, I don't know
22  but -- but they stopped doing that.  I think a
23  lot of GNETS directors complained.
24       Q    Okay.  I was just going to ask you, do
25  you know why that changed?



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              96

```
 1        A    Not me.  I was -- I think -- I think I
 2   was number two, number three.  I was right there
 3   so I didn't complain, but a lot of GNETS
 4   directors complained.
 5        Q    Are you aware of any changes that are
 6   being made to the strategic plan process for the
 7   current school year?
 8        A    No.
 9        Q    Okay.  Are site visits part of the
10   strategic plan process?
11        A    No.  They come -- I haven't -- like
12   Nakeba, Nakeba came and did -- you know, would
13   walk through with us and walk through our
14   buildings, you know, each program.  She got out
15   and about but, no, not since that.
16             Now I don't know how -- about other
17   GNETS programs.  Maybe they are part of their --
18   I don't know.  Maybe they do things differently,
19   but Vickie, no, she actually just recently had
20   an issue with -- was going to see another GNETS
21   program and stopped by the Brunswick site on the
22   way a few weeks ago just to say hello, how are
23   you doing.
24        Q    Okay.  I'm going to stop sharing my
25   screen.
```



 1            And I want to ask you about a few other
 2   just statewide committees and/or meetings that
 3   need your participation.
 4            Do you participate in the statewide
 5   GNETS director meetings?
 6       A    I do.
 7       Q    What are those meetings?
 8       A    It's a way for GNETS directors to get
 9   together and collaborate, and also the DOE
10   usually provides an update on, you know -- or
11   some type of TA or professional learning.
12       Q    Who participates in those meetings on
13   behalf of the state?
14       A    Vickie Cleveland, Lakesha Stevenson,
15   and then, of course, if the area -- whatever
16   area they decided to provide TA on, that
17   particular DOE person provides that
18   presentation.
19       Q    Have you ever served on the GNETS
20   director's executive committee?
21       A    No, ma'am.
22       Q    Do you know what their role is?
23       A    To listen to the GNETS directors, to
24   help plan with the state, bring our concerns,
25   you know.  They always plan -- you know, with



1  Vickie, they planned the directors meetings, you

2  know, Vickie -- you know, they get together and

3  they plan with her and, you know, if we do any

4  kind of, you know, GNET statewide professional

5  learning, sometimes we do that in the summer, we

6  plan that.  So anything relative to that.

7       Q     And how often does the -- do you all

8  meet as GNET directors?

9       A     We used to meet monthly.  We don't do

10  that anymore.  I mean, maybe every other month

11  or so, and it's usually an hour.

12       Q     And are those meetings in person or

13  virtual?

14       A     Virtual.

15       Q     Do you find those meetings to be

16  helpful in your role as the GNETS director?

17       A     No.

18       Q     Can you elaborate?

19       A     The technical assistance being

20  provided, no.

21            I mean, I've been here doing this, a

22  lot of the technical service provided is for new

23  directors.  You know, and I get it, if there are

24  changes, we need to hear it.

25            Occasionally, there's new information



1  that they may present that is good, but the best

2  thing for me is any collaboration with GNET

3  directors, the actual GNETS directors because,

4  you know, I like to listen to what other

5  assistance -- other programs are doing with

6  what.  I mean, I think that's really good, you

7  know?

8          And we used to do a lot more of that.

9  We used to get together and meet for a day and

10  it was just a little DOE and the rest was us.

11  We would set up different -- different programs

12  would present different things they were doing

13  and that was outstanding.

14          And we do need TA from the DOE, I mean,

15  we certainly do, but, again, most of it geared

16  toward new directors and I have the same

17  presentations year after year.  I mean, of

18  course I'm there, I attend, you know, but...

19     Q    Was there a particular point where the

20  focus of those meetings shifted?

21     A    Yes.  Let's see.  It's been a while,

22  you know, now because we would have to come from

23  all over the state to -- if we were going to

24  travel anywhere, it needed to be longer than an

25  hour so it was kind of ridiculous to go for an



 1  hour to do it virtually, but I would say that

 2  most definitely, COVID changed everything.

 3          But COVID, I mean, it did change

 4  everything and nobody wants to sit in a virtual

 5  meeting for eight hours, that's ridiculous, but

 6  those meetings got a lot shorter at that point

 7  in time.  But they used to be more active, more

 8  involved, and that was pre -- I would say

 9  pre-DOJ lawsuit, I think, maybe 2015, 2014,

10  somewhere like that.

11      Q    Okay.  Are you aware of efforts made by

12  the Georgia State Assembly last school year to

13  potentially change the funding stream for the

14  GNETS program?

15      A    Yes.

16      Q    What did you know about those efforts?

17      A    Well, what did I know is actually -- I

18  actually knew that -- I had done the math.  I

19  got the thing that morning because I'm on

20  whatever list and -- the proposed budget and

21  looked through it and I was like, holy cow, to

22  me, this looks like it's not being funded.

23          And then called Richard Smith and

24  apparently no one knew and other GNETS directors

25  were then e-mailing and so it -- basically what



1    I knew is what everybody else knew, is that they

2    were, you know, reallocating the money.  It

3    wasn't going to be funded in a GNETS grant.  It

4    was going to go back to school systems and QB

5    but, of course, not funded as much.  Like 25

6    million short, I think, or maybe even more than

7    that short from the grant.  But that -- that's

8    what I knew.

9        Q    Was this topic ever discussed at any of

10   the GNETS director meetings?

11       A    We had -- yes, we had -- not prior to

12   that because, you know, it snuck up on us.  But

13   actually, it took a while because we didn't hear

14   anything from DOE for -- I mean, like -- we were

15   like, where are the DOE?  Where's -- where they

16   at, you know, but then finally we got an e-mail

17   and we had a director special -- a call

18   directors meeting with Wina Low and Shaun Owens

19   and Vickie.

20       Q    And what information did they share in

21   terms of what they knew regarding the proposed

22   changes in the funding stream?

23       A    That they knew nothing.  That was

24   pretty much it.  It was -- yeah, that was pretty

25   much it.  And they just wanted to convey, you



1   know, that they understood that we were upset

2   and, you know, all of that.

3        Q    Are you aware of any changes -- so it

4   sounds like a lot of the proposals didn't

5   ultimately go through, but are you aware of any

6   changes for next school year that might impact

7   funding for the GNETS program?

8        A    I'm not aware of changes because many

9   -- no decisions have been made, but just like

10  you, I'm aware that they -- you know, and with

11  the budget they, you know, ordered a

12  recommendation by November 1st, and I believe

13  that was from DOE or whatever and I think a

14  couple of committees have been developed, but I

15  -- other than that no.  No, I -- no -- nothing

16  has been decided or anything like that.

17       Q    I want to ask you about one or two

18  other committees.

19            Are you familiar with the LEA

20  collaborative?

21       A    Yes.

22       Q    Okay.  Do you participate in those

23  meetings?

24       A    Yes.  And I'm assuming you're talking

25  about our -- our GLRS district collaborative



1   meetings with LEA, yes, I do.

2        Q    What happens during those meetings?

3        A    Well, it's -- again, it's all TA from

4   the DOE.  Some of it is relevant to us, a lot of

5   it isn't.  But that is -- actually, I like going

6   to those meetings because it is the one time I

7   can get all my special ed directors in one place

8   and we collaborate and we talk about things.

9   And if there's GNETS issues, I actually -- you

10  know, at least from my GLRS, I don't know how

11  the others do it, but, you know, I'm on the

12  agenda every month and got some concerns, need

13  some help, you know, need whatever, it's my

14  opportunity to put them all together in a room

15  to get that done.

16        I think they're pretty beneficial and I

17  do think it's more of a collaborative community

18  because we can put our heads together, and we do

19  that, you know, we problem solve.

20        Q    Does anyone from the state DOE

21  participate in those meetings?

22        A    There is -- I believe each GLRS

23  district has a DOE program specialist liaison

24  that participates, so we have one.

25        Q    Okay.  And what is their role during



1   the meeting?

2       A    Provide updates from the DOE and then

3   just participate in our discussion.

4       Q    Okay.  Are you familiar with the IDT

5   Committee or the Interagency Directors Team

6   meetings?

7       A    The directors team meetings or local

8   interagency planning meetings?

9       Q    So not the local ones, but from the

10  statewide level, the interagency directors teams

11  or IDT meeting?

12      A    I am not.

13      Q    Are you familiar with the local, I

14  believe it's the LIPT meetings?

15      A    Yes, I am.

16      Q    Okay.  What are those meetings?

17      A    Those meetings are where, you know, the

18  community resources or any wraparound or any,

19  you know, DFCS, DJJ, whatever we have, kids are

20  referred in and out, you know, needing

21  additional wraparound services or needing

22  additional resources and we meet on those

23  students, on those kids, and as a team, problem

24  solve and, you know, see what we can put in

25  place.



 1      Q    And do you participate -- do you

 2   participate in those meetings?

 3      A    I have someone that does, and depending

 4   on -- often I do depending on if it's one of --

 5   if it's -- we often have GNETS kids that we

 6   present there, and so yes, I always have a

 7   participant there because we're required to,

 8   it's a state board rule.

 9           But often, I participate depending on

10   the student that is -- that's being presented

11   from us.

12      Q    Okay.  All right.  I actually want to

13   shift gears and want to talk more about just

14   your program in particular, but also just your

15   understanding of the GNETS program.

16           So taking a step back at a 40,000 foot

17   level, what is your understanding of the purpose

18   of the GNETS program?

19      A    The GNETS program is, you know, on the

20   continuum of our local district special

21   education services, you know, continuum of

22   services, whatever, and, you know, it is

23   developed to prevent kids from being

24   residentially placed or to, you know, decrease

25   that number.



1        But I like to think from my per -- you

2    know, it's -- also does a lot more than that,

3    you know?  It takes our most at-risk kids and

4    provides needed therapeutic supports and

5    interventions that improves them, you know, the

6    whole child, the whole aspect of it.

7        Q    Has the purpose of the program changed

8    in any way over time?

9        A    No, not that I can recall.  I mean, the

10   mission statement and all may have been written

11   a little differently but it still -- it still

12   had the same purpose, same meaning.

13       Q    And you noted that one of the goals is

14   to prevent kids from being placed in residential

15   facilities.

16       What has been your experience with that

17   as a GNETS director?  Have you -- yeah, do you

18   have any way of measuring that or tracking that?

19       A    Uh-huh.  We keep that data annually and

20   it is recorded annually to the DOE.

21       And are you asking if it's -- has it

22   done it's job?

23       Q    Basically, yes, yes, ma'am.

24       A    Some years, yes.  Some years, no.  The

25   last four years, yes.



1    Q    And how -- how -- how do you measure

2    that or how do you capture that it is, in fact,

3    preventing kids from being placed in a --

4    A    Well, and here's the thing, if you're

5    asking me statistically from a, you know,

6    researcher, educational standpoint, do I know

7    that it's a significant difference or decrease,

8    I don't.

9         I'm not doing those type of measures.

10   I'm not doing a T-test or anything like that,

11   but how I track it is when students are

12   hospitalized and we typically know whether it's

13   short-term, you know, two to three days or three

14   to five or long-term, we typically get -- DBHDD

15   sends an initial records request usually within

16   24 hours of the kid being admitted there or the

17   parent calls us because we have good

18   relationships with the parents.

19        And, you know, we mark their attendance

20   as -- we have a code for that and, you know, in

21   our attendance Power School or SIS for

22   residentially placed -- or excuse me,

23   hospitalization, residential or whatever.

24        And so we're able to keep track of it.

25   That's how we track it and that's what we mark



1  every day until we get a final, you know,

2  release of records noting long-term placement or

3  whatever -- Okay?  -- and so -- so that's how I

4  have that and I can pull that information each

5  year and I, of course, do.

6         And then I submit the number of

7  hospitalizations, long-term and short-term, to

8  the DOE with -- along with my grant application

9  that I submit annually.  And no, but I am not

10 running a T-test and so, let me just say this.

11        So yes, I can say that some years, you

12 know, it has decreased.  Some years, it's been

13 higher.  The last four years, you know, we've

14 seen a decrease each year.  But can I say,

15 beyond a shadow of a doubt, it is due to the

16 therapeutic services, interventions, or the

17 services themselves that the GNETS program has

18 provided, absolutely not, and I can't say that

19 it's a statistical difference, but I can say

20 that it's had impact.

21    Q    What makes a student eligible to

22 participate in the GNETS program?

23    A    They must first be in special education

24 and have an IEP.  They must demonstrate or be

25 demonstrating behavior with such intensity,



1  frequency, and duration that all interventions

2  have been exhausted at the LEA setting and are

3  -- have progress monitor data to prove that it's

4  not working.

5          There must have been, you know, and FBA

6  done within a year, a new BIP that has been

7  developed as a result of that.  And, again, it's

8  got data to support that it's not working.  The

9  system must, again, exhaust their continuum.

10 There are sometimes, however, that we have kids

11 that, you know, are in special education and,

12 you know, for example, I had one one year that

13 was in special ed for an LD and was kidnapped

14 and locked in a closet for several weeks and

15 watched a man rape his sister over and over and

16 then rape him.

17         And then, of course, when, you know,

18 they went through residential treatment, all

19 that kind of stuff, came back, starting to

20 having some difficulties, some major difficulty,

21 he never had difficulty before.  I got involved

22 and I was like, oh, bless it, you know, and

23 let's see what we can do.  And in my opinion, I

24 -- that kid needed to be with me, and he did.

25         And so I -- there were, sure, other



1    things that they could have done, but I went

2    through that with him and we actually got him to

3    a place where he did transition back and

4    graduated from high school.

5          But there are situations like that that

6    also, in my opinion, warrant, not because -- but

7    because they need those services that are not

8    provided there.

9    Q    So I just want to make sure I

10   understand.

11         For that example, are you saying that

12   the student didn't meet official eligibility

13   criteria but there were other reasons you felt

14   he needed to be served?

15   A    Well, he met -- let me just say this.

16   He was demonstrating behavior with such

17   frequency and duration and, you know, that they

18   were unable to get -- you know, and it happened

19   -- started happening really fast.

20         So let me just say that, for example,

21   an FBA on this kid had not been done, and this

22   was the end of the school year.  So I actually,

23   with this kid, worked with him throughout the

24   summer, had his parents bring him up and worked

25   with him some.  Did some behavior stuff with



1   him.  Did an informal, the BBQuIP with the

2   parents and the school staff, not anecdotal data

3   collection ABC, but the BBQuIP, which is a

4   Georgia state tool.

5              And so by the time services became to

6   discuss services, that was in place and a

7   behavior intervention plan had been written as a

8   part of it.  But keep in mind, this young man

9   would not, at one point, stop, would not go to

10  -- would not even attend -- be in a classroom

11  setting.

12     Q    And so for that student, would you

13  have -- because I know there's a referral

14  process involved with the child being placed in

15  GNETS.

16              Would you have participated in his IEP

17  meeting?

18     A    I did, but initially for that student,

19  I got a consultation request and that's how I

20  got involved.  So they didn't initially -- the

21  first thing they did was -- because I actually

22  asked my folks, once we started with that, I

23  believe it was two or three years ago, to let us

24  come to observe first, if possible, and provide

25  recommendations, and they started with that.



1    Q    Did the IEP team agree with your

2  recommendation for that student to be placed in

3  GNETS?

4    A    Yes.

5    Q    Okay.  And as a general matter, does

6  the state DOE set the eligibility criteria for

7  GNETS program?

8    A    Well, it is a state board rule and

9  state board rules are -- you know, there's a

10  process to developing one.

11        So they develop a draft.  The last one

12  -- I mean, the state board rule has changed, I

13  think, once.  I mean, you know, I can't recall

14  when that was, it was a few years ago.

15        And, again, we help make -- we helped

16  the DOE develop that draft, the GNETS directors

17  did.  And then, of course, there was a series of

18  stakeholders meetings and things like that where

19  they got input from stakeholders and such, and

20  then it was voted on by state board -- DOE.

21    Q    And in that rule, it sets forth

22  eligibility criteria for the program?

23    A    Yes, for GNET services, yes, ma'am.

24    Q    And when would a successful GNETS

25  experience apply for students who are being



1   observed by Coastal Academy?

2       A    Well, that's unique to the individual,

3   to the individual student.  You know, I would

4   think that, you know, the majority of students

5   would say a successful GNETS, you know,

6   intervention or service, whatever we would call

7   it would be to where they come in, you know,

8   they get assistance with, you know -- that, you

9   know, whatever their main issue is, and a lot of

10  times, you know, it's not the referring issue is

11  when we get them.

12          We able -- would go underneath and

13  there's a bigger picture there, but they get

14  assistance, they learn to deal with that, learn

15  to cope, then we transition them and they stay.

16  They stay in the LEA and they graduate, you

17  know?

18          But there are also some students that a

19  successful GNETS experience includes coming to

20  school every day in a safe environment where

21  they're loved and cared for and nurtured and

22  they are meeting their goals and they have

23  privileges and things like that, and then we try

24  to send them back and they sabotage it.  Or they

25  find out they've met their goals and they start



1   sabotaging ahead, and this is not part --

2   success experience, you know, they don't want to

3   leave, you know, they're afraid.

4          So then I would say then, you know,

5   we've got more work to do.  But for some, they

6   consider that a success and I guess if I -- you

7   know, I got that student -- I mean, honestly, if

8   I got that student and they were kicking and

9   screaming and, you know, just are cutting

10  themselves or, you know, I mean, just a variety

11  of things I've seen and we've got that under

12  control and it stopped and, you know, I got him

13  to that point, that's a success, okay, that I

14  even transitioned him and got him there to

15  transition, or the program did, to me, that's a

16  success.

17         Sometimes they do come back and do I

18  count that as a success?  I don't count it as a

19  failure because you've got to think about the

20  environments, where they're coming from this and

21  going into that.  And yes, we do put a

22  reintegration plan in and supports in place, but

23  ultimately, I'm not over there making sure those

24  supports are getting done.  And then, too,

25  again, it's the size of the building, the



LISA FUTCH                                           October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              115

1    environment's all different.  It all comes to

2    play there.

3        Q    I do want to talk to you a bit about

4    the reintegration process, but let me ask you

5    just some very basic questions about your

6    program first.

7             Coastal Academy is one of the 24

8    regional GNETS programs; correct?

9        A    Yes.

10       Q    Which counties are currently served by

11   Coastal Academy?

12       A    Currently served is Glynn County, Wayne

13   County, Long County, McIntosh County, Liberty

14   County, and Bryan County.

15       Q    All right.  At some point, did you also

16   serve Camden County?

17       A    We did, up until this year.

18       Q    Okay.  What changed with Camden

19   specifically?

20       A    So that was a decision that was a

21   Coastal decision.  I guess that would be me and

22   I got approval from our executive director,

23   RESA.

24            Camden, due to COVID-19, staffing

25   issues had just been rampant and we trained



1   staff and then they'd leave us and they -- we'd

2   train -- and in the mental health, you know, I

3   know that, you know, you're aware that December

4   7th of, I believe, '21 or 2020 -- I can't

5   remember that -- the secretary -- you know,

6   what's the guy, the secretary of state or maybe

7   education, I can't remember, anyway the federal

8   dude, I forget his name -- issued that we were

9   in a state of crisis with our youth mental

10  health, you know, mental health crisis, right?

11  That's the truth.

12          Mental health has been very rampant and

13  so it's been very difficult being short staffed,

14  keeping those staff.  At my Camden site, you

15  know, that had been my most consistent site, but

16  also my very smallest site with maybe 30 kids,

17  tops, on an average served, and I had staff

18  there.  I mean, you know, consistent staff.

19          But also, as far as, you know, being

20  funded for those services that we were provided

21  in Camden, you know, to actually pay for that

22  staff, those students -- you know, Camden does a

23  very good job with their, you know, students.

24  That 30 did not quite fund it and we were always

25  kind of in the hole.



1          Now, I never had to ask that system for

2     money because, you know, I serve -- we serve

3     seven counties so there was money there, but,

4     you know, again, the decision was made that

5     overall, that it would be best for the GNETS

6     program, would be able to provide better

7     services, more focused services because -- to

8     have that additional staff as well.

9          And, you know, we also kept into

10    consideration, we provided a plan as to how we

11    would do this with them, with Camden County to

12    do that, to back out and to -- we offered to --

13    because at one time, we were school-based there

14    and I had three classes.  I had one in an

15    elementary school, one in the middle, and one in

16    the high, and we offered -- you know,

17    recommended that they go back to school based.

18    And with, you know, the educational staff, you

19    know, let me have the other piece, and that we

20    actually provide support and training to their

21    staff, you know, to do it that way.

22          And -- but Oconee, Okefenokee RESA is

23    in that area and they are -- the Camden County

24    School System themselves are a member of the

25    Okefenokee RESA, not First District RESA, which



1    is the fiscal agent of Coastal.  So they decided

2    to go there with Oconee and RESA at that point.

3    And it has been -- I mean, it did what I thought

4    it would do, if that makes sense as far as

5    staffing purposes and focus and all for Coastal

6    Academy.

7         Q    And you said that change took effect

8    this current school year?

9         A    Yes.

10        Q    Have there been any other changes in

11   the school districts or counties served by

12   Coastal Academy in the last five to six years?

13        A    Yes.  Wayne County was served by

14   Cedarwood, and I believe that was four years

15   ago, and they came to me because they're Baxley,

16   the Baxley site.

17             One of their sites closed, the

18   Cedarwood sites, and my Liberty site was closer,

19   actually, only 20 minutes or 30 minutes from

20   them to transport their kids versus where they

21   were going to have to transport them -- or

22   actually -- yeah.

23             And so Wayne County came over to then

24   Coastal Academy.  And that was a very easy swap

25   because Coastal Academy and Cedarwood have the



1   same fiscal agent, First District RESA, so yeah.

2       Q    When these changes are made, do you

3   have to alert the state DOE?

4       A    I do, and I did.

5       Q    And what is their role, if any, in the

6   process after they've been alerted?

7       A    Well, with the Wayne County one, you

8   know, they really were like, oh, this is simple,

9   you guys are under the same fiscal agent, yes.

10  You know, they just kind gave us some guidance,

11  you know, with that and noted, you know, that

12  swap.

13          And with the Camden County this year, I

14  got, okay, let me know when, you know, the

15  decision is made, and I tried to get some

16  guidance but I got -- you know, because this was

17  a bigger issue because it wasn't the same fiscal

18  agent.  We have materials.  We have inventory.

19  We have, you know, all these things and, you

20  know -- so told me to talk to my business folks

21  at First District RESA.

22          So I talked to them, they told me to

23  talk to my person at the DOE, which I had

24  already talked to and went back to and, you

25  know, they referred me to somewhere else and we



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              120

1   just eventually wound up working it out between

2   the two RESA's and GNETS programs.

3       Q    I'm going to show you a document.  One

4   moment.

5            I'd like for the court reporter to mark

6   this next document as Plaintiff's Exhibit 542.

7                  (Whereupon, Plaintiff's Exhibit

8                  Number 542 was marked for

9                  identification.)

10  BY MS. HAMILTON:

11      Q    And, Ms. Futch, I'm now showing you

12  Plaintiff's Exhibit 542.  This is an e-mail

13  dated March 21, 2019.

14      A    Yes.

15      Q    From you to Vickie Cleveland, other

16  individuals copied.  The subject is Wayne County

17  School System GNETS relocation FY20 --

18      A    Uh-huh.

19      Q    -- as an attachment.  The first page --

20  I'm just going to scroll down -- is Bate stamped

21  GA01064131.

22      A    Uh-huh.

23      Q    I'll give you control if you want to

24  take a quick moment to scan the document and

25  then let me know when you're ready.



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        121

1        A    I remember this document, but I just
2    want to look at the plan again.
3        Q    Okay.
4        A    And I remember this -- the plan -- I
5    mean, the -- what -- when this was developed as
6    well.
7        Q    Okay.
8        A    Yes.  Yes, it's mine.
9        Q    All right.  So is this communication
10   connected to what you were sharing a moment ago
11   about Wayne County becoming part of your GNETS
12   program?
13       A    Yes.  And we did -- we had a -- this
14   document was provided to us by the DOE, provided
15   to all GNETS directors because there had been a
16   couple others that had changed or whatever GNETS
17   programs or whatever and they'd been provided to
18   us at that time and which, you know, was
19   somewhat helpful.
20           It helped me think through the process,
21   plan it out, things that needed to be done, and,
22   you know, again, we were supposed to submit that
23   to the DOE and, you know, they would give us any
24   feedback or guidance and, you know, take it from
25   there or whatever.  And that we did and it went



1  extremely, extremely smooth, but for the

2  Camden --

3      Q    Okay.  And I'm just going to scroll

4  down to the -- this plan that you're referring

5  to.

6           Is this document still currently being

7  used?

8      A    No.  Well, I asked about it.

9      Q    Do you --

10     A    Yeah, I don't know about any others,

11  but I asked about it for this past Camden and I

12  was told, no, that we just needed to let them

13  know.

14     Q    Okay.  So you -- this form GA -- the

15  state DOE was not using this form when you were

16  doing the Camden transition?

17     A    Yeah.

18     Q    Okay.  I just want to look at a few of

19  the areas that are listed here as part of the

20  reintegration or relocation action plan.

21     A    Uh-huh.

22     Q    So what was your understanding of the

23  purpose of this document?

24     A    My understanding was just that -- you

25  know, that this would be a plan that we would



1   need to think through, plan out to ensure that

2   we got everything covered and that the

3   transition went smoothly and this was the actual

4   best -- you know, this was a good, let me just

5   say, decision to reintegrate or to change the

6   program or the services or whatever.

7        Q    And do you think the Camden transition

8   would have gone more smoothly had a document

9   such as this still been in place?

10       A    Can you scroll down some more?  I can't

11  remember what's all in this document.  Let me

12  see.

13       Q    Sure.

14       A    Yes.  I mean -- and here's the thing,

15  it's not that it was a big deal.  I mean,

16  honestly, you know, doing the transfer,

17  whatever, the money, you know, that kind of

18  thing, we did an MOU for that.

19            And so I was just kind of scrolling

20  through to make sure this address where the

21  issues came in or arise.  And so I think what

22  happened here is, you know, is, like, you know,

23  for example, the addressing various transition

24  students, we did.  We actually reached out to

25  parents, you know, told them about everything,

1   those types of things, but as you see, this

2   document includes both, you know, and what, you

3   know, one will do on their side and one will do

4   on the other.

5        So, you know, just, you know, things

6   like that.  I think those types of things --

7   because, you know, once we actually got

8   everything up and running, you know, with and

9   how we were going to, you know, basically

10  transfer the money over, because Coastal got

11  funded for this year for those students, and the

12  inventory, what was being left and what wasn't,

13  you know, and the MOU was signed, you know, that

14  was fine.

15       I think now, as you said, there's some

16  growing pains with differences between the GNETS

17  programs with -- between parents, students,

18  those kinds of things.

19   Q    And I'm sorry, can you elaborate a

20  little bit on that, when you say differences

21  between programs between the parents and

22  students, what are you referring to?

23   A    Well, I just think that Coastal Academy

24  perhaps handles -- has a different spin or

25  handles behavior and emotionality different than



1  Harrell Center, you know?

2          You know -- well, you know, think about

3  it, I mean, it depends -- it all depends on the

4  background of, you know, your leadership staff

5  and then how the leadership staff trains their

6  staff and, you know, their staff trains their

7  staff so -- and then culture, you know, I

8  just -- nothing bad against Harrell, I just

9  think maybe our parents and our students both

10 were not adequately prepared for maybe some of

11 the changes.

12         Like I said, addressing barriers, you

13 know, where we make the phone calls, we had a

14 family night, you know, those kinds of things.

15 And where if we had those we, you know, maybe

16 have a better idea of how Harrell Center does

17 their PBIS versus our -- you know, our trauma

18 informed PBIS, those kinds of things.

19    Q    And that's in connection with the

20 Camden --

21    A    Yes.

22    Q    -- transition?

23    A    Yes.

24    Q    Let me ask you a few questions about

25 the form that you completed for Wayne County.



1    And just to get a sense of what that

2    collaboration did look like when it was

3    functioning as designed.

4            So this first focus area says locating

5    a safe and helpful facility.

6            Do you see that?

7        A    Yes, uh-huh.

8        Q    And then it notes that Wayne County

9    will be changing service providers from

10   Cedarwood to Coastal Academy for FY20 school

11   year.  Wayne County will transport GNET students

12   to Coastal Academy Hinesville, and the address

13   is listed.

14       A    Uh-huh.

15       Q    Who made the -- I'm sorry.  How did you

16   all determine that Hinesville was the most

17   appropriate site?

18       A    Because actually, you know, you'd think

19   maybe Brunswick might be, right?  But it's all

20   -- I mean, we determine -- I mean, we looked at

21   distance, bus transportation, you know, our

22   services, we -- you know, we try to do the same

23   thing, of course, at both sites and everything's

24   pretty similar.

25            But as far as, you know, transportation



 1   makes a big, big difference, you know, how long

 2   they have to ride.  So Hinesville was just

 3   closer, to be honest.

 4       Q    And did you work with the Wayne County

 5   superintendent or other staff to make those

 6   decisions?

 7       A    Yes, uh-huh.

 8       Q    Another focus area that's addressing

 9   barriers --

10       A    Uh-huh.

11       Q    -- to transition students, can you

12   speak to -- I think -- I know you gave an

13   example a moment ago, but barriers to transition

14   exist for your GNETS students?

15       A    Okay.  So barriers that exist from

16   GNETS, like if I'm changing a GNETS program,

17   that's different than barriers that would exist

18   between transitioning from GNETS to the LEA.

19            So right now you want me to address

20   GNETS to GNETS?

21       Q    Correct.

22       A    Okay.  Well, you know, different --

23   let's just say this, okay, so different

24   services.  You know, we tried to -- the State of

25   Georgia, I mean, you know, we tried to look at



1    the IEP, you know, that they come in with and do

2    comparable services.

3              Now, with Cedarwood, I'm just going to

4    tell you, it was very easy because we -- I came

5    from Cedarwood.  I was a Cedarwood girl, you

6    know, so it -- you know, I'm a little different

7    now than they are, you know, but pretty much, we

8    are on the same wave length with things so that

9    was a lot easier.

10             But some smaller schools, for example,

11   smaller school systems may not have a resource

12   EBD room or a resource self-contained setting

13   and say we got a kid transitioning, okay, that

14   was transitioning to the LEA setting into that

15   resource room.

16             All right.  Now they're coming to me

17   and -- well, actually, no, that transition's

18   going to be the same because that -- they're

19   going to actually transition still to that LEA

20   setting to that same room, so that's not going

21   to be a barrier.

22             So some of the other barriers may be

23   that our PBIS expectations are different, okay?

24   Maybe the way we -- for example, Coastal

25   Comprehensive Academy in Savannah, they use --



1    they still use something called the SAMS model,

2    which when I became GNETS director, I got rid

3    of, I didn't like it.  I completely went PBIS.

4         And I don't -- you know, we -- I don't

5    use that, okay, it's different.  So that's a

6    little different.  It's not a bad program, it's

7    just not something I use.  It could be

8    different.  I mean, at one point in time,

9    Cedarwood, you know, we -- they actually bus

10   their kids for lunch over to the closest LEA

11   cafeteria, you know?  At Cedarwood, for example,

12   we have a cafeteria at both places and lunch is,

13   you know, there.

14        Let's see, Hinesville facilities.  I

15   think most of it, honestly, at least it would be

16   related to you, you know, just the overall

17   functioning of the program and how the program

18   deals with things.

19        We may implement the same practices but

20   those practices may be implemented differently,

21   not that they're implemented wrong, just

22   different, like, you know, different

23   expectations, a different model versus --

24   someone may uses classroom DOJO, someone may

25   still use an old point sheet, you know, just



1   different things.

2           Tolerance, you know, like at Coastal

3   Academy, we -- we may have -- we're working on

4   developing a student-wide diversity and

5   inclusion, but among the students, by the way,

6   schools, our program services policy, you know.

7           Because one of the issues were, you

8   know, students often use that street language in

9   school and we're trying to, you know, get away

10  from that and teach them about diversity,

11  inclusion, you know, those terms, you know, that

12  are racially -- you know, that could trigger

13  and, you know -- so we may have something like

14  that versus someone else that doesn't.

15          So I think it would just be overall,

16  the logistics and the running and the culture,

17  the overall culture.

18      Q    And it seems like the goal of this

19  plan, then, is to give the relevant parties an

20  opportunity to identify those issues on the plan

21  and work through them?

22      A    Yes, absolutely, and to work through

23  them.

24      Q    Okay.  Another focus area is continuity

25  of IEP services.



1           Why is that important to include as

2    part of this reintegration plan?

3      A    It is always important to include it as

4    part of any reintegration plan because you never

5    know, honestly, and that's the truth.

6           So, again, these things on the left

7    side -- I don't know if I told you this -- but

8    this is just a -- the DOE, things that we had to

9    address in this plan, okay?

10          And those would be I guess more for,

11   you know, places that, you know, like may be

12   getting -- one GNETS program may have a music

13   therapist and I may not have one, you see?  So

14   that was for things like that, to address those

15   issues, to have those meetings with those

16   parents and bring those to the table and address

17   those issues and see if we can, you know, come

18   up with, you know, another way to meet those

19   things.

20          But, again, this was not an issue for

21   us because our services were almost -- you know,

22   pretty similar.

23     Q    And I just want to run through, so

24   there's also focuses here that includes behavior

25   supports and academic supports.



1    A    Uh-huh.

2    Q    Why was it important for that

3  information to be set out through the

4  reintegration plan when you were coordinating

5  with Wayne County?

6    A    Because, look, we're getting a bunch of

7  new students all of the sudden that we don't

8  know anything about -- Okay?  -- and this gives

9  us the opportunity to go through -- and we

10  actually -- with this area, we actually sat down

11  and talked to Cedarwood staff about each child,

12  you know, they didn't have that many, I think

13  there was -- the first year we tran -- I think

14  it was like 15.

15         And to get to know them, you know, we

16  had access to the, you know, paperwork, those

17  types of things, and that's very important to

18  know some of those things ahead of time going in

19  and have the knowledge from people that have

20  worked with them.

21         And also, you know, like here we're

22  just talking about we wanted to make that

23  transition, that ride, because it was a

24  30-minute ride, as pleasant as possible.  So,

25  you know, when we initially started, we were --



1   they were able to bring their own media devices.

2           We, you know, put things in place for

3   that, those procedures in place for that.  But,

4   again, to make those kids feel welcome and, you

5   know, have a better start to the day, we didn't

6   want anybody getting all frumpy, you know, those

7   types of things.  It's a good thing to work

8   those things out.  We tried to think through

9   things that might be a potential problem with

10  them social, emotionally.  Same with academics,

11  you know, same with academics.

12      Q    And I just want to note for the record,

13  the other focus areas listed here,

14  communications protocol, capacity building for

15  staff to support students, efficient transfer of

16  records, fiscal obligations, inform parents, key

17  stakeholders, and then other.

18          Ms. Futch, are there any -- of those

19  other focus areas that I just listed, were there

20  any others that you found particularly helpful

21  to work through in advance with Wayne County as

22  part creating this integration plan?

23      A    Of course informing parents and key

24  stakeholders, yes, not difficult, but very

25  important.  But no, I think they're all, you



LISA FUTCH                                      October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        134

1   know, very valid and good to have in there, and

2   I'm not sure why -- I mean, what happened and

3   why we didn't use it.  I was just -- like I

4   said, I asked, not specifically about the form,

5   but I did ask and I was told you have -- don't

6   do that form, just work it out.

7        Q    Were there any other programs in the

8   last five years who have been either added to

9   Coastal Academy or transitioned away from

10  Coastal Academy?

11       A    No.

12       Q    Which Coastal Academy system -- well,

13  number one, how many Coastal Academy facilities

14  do you have?

15       A    Right now, I have two.

16       Q    Two, okay.  And where are those

17  located?

18       A    Glynn County, Brunswick site, and then

19  Liberty County.

20       Q    And Camden would have been the third up

21  until this school year; correct?

22       A    That is correct.

23       Q    Of the two facilities that you noted,

24  are they GNETS centers or are they school-based

25  locations?



```
 1        A     They're both centers.
 2        Q     And when Camden was part of the Coastal
 3   Academy program, was that a center or a
 4   school-based location?
 5        A     It was a center, but it had been
 6   school-based and actually not on a school wing,
 7   actually, a classroom in a school with -- you
 8   know, in the middle of the school.  So sometimes
 9   school-based is on a school wing, but yeah, and
10   then it went back to center.
11        Q     How do students get assigned to a
12   particular facility?
13        A     Based on location, where they live,
14   county.  So the center serves certain counties.
15        Q     Okay.  Are any of the facilities
16   designed to serve students with a particular
17   disability or a particular need, or it's solely
18   based on geography?
19        A     It's solely based on geography, yeah.
20        Q     How many students are currently
21   enrolled in your GNETS program for the current
22   school year?
23        A     I can give you an approximate, would
24   that be okay?
25        Q     Yes, that's okay.
```



1     A     So approximately, let's see, I'd say
2  currently enrolled in desks, 80.
3     Q     And what grades are served in the
4  program this school year?
5     A     This school year our youngest is first
6  grade up to twelfth grade, but, of course, you
7  know, that we can serve IDA -- well, no, not --
8  they have to be five and older, so IDA is three,
9  but they have to be five and older to come to
10  us.
11     Q     Do you serve students or could you
12  serve students in kindergarten?
13     A     I can, as long as they're five and
14  older, uh-huh.
15     Q     How does the total number of current
16  students in the Coastal Academy program this
17  year compare to prior school years?
18     A     Current number of students this year at
19  the same time prior school years?
20     Q     Yes.
21     A     Okay.  Because, you know, our
22  enrollment is very fluid.  They come and go.
23           I would say we're probably up a little
24  bit, but not much.
25     Q     And are there any particular reasons



1  why the numbers are slightly higher this year?

2      A    Well, I'm -- Liberty County is located

3  -- the districts that I -- I serve only -- okay.

4  The Glynn County site, it serves Glynn County

5  only.  Liberty County, we serve the other five.

6  Okay?

7          And Liberty County, there's Fort

8  Stewart Army base and we have people, of course,

9  in and out.  And those five counties there are

10  counties where those people live if they live

11  off base.

12          And for whatever -- and we're, you

13  know, always get a lot of their students from

14  out of state, you know, programs, but for

15  whatever reason this year, we have gotten more

16  out of state students transferring in from

17  similar programs where we have actually -- we

18  have an IEP meeting and we meet and talk to

19  the -- you know, call that program, talk to them

20  and talk to parents or whatever and, you know,

21  comparable services or the services that they

22  require is GNETS.  So that's why this year, to

23  be honest.

24      Q    And to the extent that you said the

25  numbers are slightly higher this year, does that



1  take into account that the Camden students

2  aren't included?

3      A    Yes, it did.  It did, yeah, because

4  that would mean they were lower, of course.

5  So -- but yeah, I kind of did that in my head, I

6  took them out of the -- and just considered the

7  Liberty, Glynn, so yeah.

8      Q    Okay.  I'm going to show you another

9  document.

10          I'd like for the court reporter to mark

11  this next document as Plaintiff's Exhibit 543.

12              (Whereupon, Plaintiff's Exhibit

13              Number 543 was marked for

14              identification.)

15  BY MS. HAMILTON:

16      Q    Ms. Futch, I'm showing you Plaintiff's

17  Exhibit 543.

18          Do you see a new document on the screen

19  that says Coastal Academy Camden at the top?

20      A    I do.

21      Q    This is a student enrollment

22  spreadsheet from the 2021 to '22 school year --

23      A    Uh-huh.

24      Q    -- the facility that was produced by

25  your program in response to the United States



1    subpoena.

2         The DOJ numbering that we were using

3    was Coastal Academy 000002 and the file name

4    that you-all provided was Number 3 Camden,

5    August FY22 class list redacted.

6         Please note that this name column, we

7    redacted in full because it contained student

8    information and we wanted to protect the

9    confidentiality and privacy of those students.

10         Do you recognize this document?

11    A    I do.

12    Q    And I'm just going to scroll down so

13    you can see that's the document in entirety.

14    A    Uh-huh.

15    Q    Am I correct that this a document that

16    contains information about student enrollment at

17    the Camden facility during the '21-'22 school

18    year?

19    A    You're correct that it contains student

20    enrollment information at the Camden facility

21    for the week of August 31st '21 only.

22    Q    Okay.  And can you confirm that the

23    spreadsheet was accurate as of the week of

24    August 31st, 2021?

25    A    I mean, without pulling up my copy, I



1  can't, I mean, confirm, but it doesn't look like

2  any changes have been made to it.  So is that

3  appropriate enough or?

4      Q    Well, I just want to confirm that when

5  you-all provided this document, you provided it

6  under representation that it accurately

7  reflected the student enrollment as of

8  August 31st, 2021?

9      A    Oh, yeah, when we provided it,

10  absolutely, uh-huh.

11      Q    Okay.  Great.  All right.  So I want to

12  walk through this document together.  Let me see

13  if I can shrink it a little bit.

14          Can you -- can you see still see it?

15      A    Yes, ma'am.

16      Q    Okay.  So according to this document,

17  you had 21 total students who were enrolled in

18  this program as of the beginning of the '21-'22

19  school year; is that correct?

20      A    Yes, ma'am.

21      Q    So at the bottom of the page where it

22  has the totals, one column says current and

23  another column says total served.

24      A    Uh-huh.

25      Q    What's the difference between those two



1    columns?

2         A     So current is the number of students

3    that we have in seats right then for that week.

4    They do -- they update this weekly -- Okay?  --

5    for me.  They often miss weeks and I'm in there

6    when I start to look for one, then I realize you

7    better go back and get me these.

8              But total served would be the number

9    that -- the total number of students served up

10   until August 31st, 2021.  They may not be in a

11   seat right now, they may have transferred,

12   moved, left.

13             Does that make sense?

14        Q    Yes.  So just to confirm, as the school

15   year goes on, is it likely that the total served

16   column would increase in numbers?

17        A    Yes.

18        Q    And at this point in the school year,

19   both the current number and the total served was

20   21; correct?

21        A    Yes.  And I'm -- that's correct.

22   I'm -- you know, that's likely to happen, yes,

23   for the first month.

24        Q    Okay.  So I'm looking at this first

25   column over here to the side, it looks like it's



1  listing the teachers and paraprofessionals who

2  were at the Camden facility last school year;

3  correct?

4      A    The one says on August 31st, yes.

5      Q    Okay.  Do you experience much turnover

6  over the course of the school year with your

7  staff?

8      A    Not at this facility, I do not.

9      Q    Okay.  At other facilities?

10     A    Yes.

11     Q    Do you experience turnover?

12     A    Yes.

13     Q    So at this point in the school year at

14  the Camden facility, it looks like you had three

15  teachers and three paraprofessionals; is that

16  correct?

17     A    That is correct.

18     Q    Were the students listed on this class

19  list split up among -- split up into classrooms

20  among those three teachers and three

21  paraprofessionals?

22     A    Yes.

23     Q    So would that mean there were three

24  separate classrooms?

25     A    Right, yes, uh-huh.



1    Q    Also, here at the bottom, it says

2    students served, and then there's just one

3    student listed here.

4         What -- what is that intended to show?

5    A    That student is probably -- typically

6    right there is where we list students that we're

7    either consulting with, like they've been

8    transitioned back and we're, you know, providing

9    some type indirect services, or maybe the

10   student has been hospitalized, they're placed

11   there for temporary, or maybe they're being

12   served in the community or home services setting

13   for whatever reason.

14   Q    During our spring site inspection, our

15   expert observed that some Coastal Academy

16   students received instruction from the same

17   teachers for multiple years.

18        Is that a common practice at Coastal

19   Academy?

20   A    Yes.  Yes, I mean, you know, because we

21   have elementary, all grades, and one classroom

22   middle, yeah, yeah.  So they're in elementary

23   and that teacher's with me, yes, they're going

24   to get those services.

25        Now, what I tend to do is I do swap



1   parents and sometimes teachers, but not much

2   when they find their niche.

3        Q    And would that have been true at all of

4   your -- is that true in all of your facilities?

5        A    Yes, uh-huh.

6        Q    Okay.  This next column at the top is

7   labeled SEGS, S-E-G-S.

8        A    Uh-huh.

9        Q    What does that man?

10       A    IEP service segments.  How many service

11  segments they're receiving with us.

12       Q    Okay.  What's the highest number of

13  segments a student can receive?

14       A    Thirty.

15       Q    Is it fair to say that most of the

16  students at your Camden facility at this point

17  were receiving 30 segments?

18       A    On August 31st, '21, yes, ma'am.

19       Q    Okay.  And does that mean that those

20  students were being served in GNETS classrooms

21  for the whole day?

22       A    Yes, ma'am.

23       Q    Okay.  It also appears that there are

24  four students who were receiving 22.5 segments.

25            Do you see that?



1    A    Yes, I do.

2    Q    Okay.  What does that mean for those

3  students?

4    A    They're getting speech, probably, you

5  know, language, speech language services or

6  they're getting OT services or they could be

7  receiving an hour -- because Camden, actually,

8  our schools were fairly close that we

9  transitioned to, they could be receiving a class

10  out.

11        But let me see.  Let me see.  We've got

12  one -- those are probably, though, that you're

13  seeing there, those are probably speech.

14    Q    Okay.  And then you said that at the

15  time, there were some students who received a

16  class out?

17    A    Yes.

18    Q    As if they were going to like a regular

19  general education school for one class?

20    A    Yes.  The four that are 15, they're all

21  being transitioned, yes, ma'am.

22    Q    Okay.  And just to make sure we're

23  clear for the record, you're noting that there

24  are also four students who have 15 segments?

25    A    Yes, I am.



1        Q    They were receiving classes at a

2   regular GNETS --

3        A    Yes.

4        Q    -- some segments at a regular GNETS

5   school?

6        A    Yes, ma'am.

7        Q    The next column is grades.

8             What was the range of grades that were

9   being served at the Camden site during the

10  '21-'22 school year at this point?

11       A    K12, pages 5 to, you know, 23 or 25th

12  -- date of their 22nd birthday, excuse me.

13       Q    Okay.  And then it looks like as of

14  August 31st, 2021, you-all had students in

15  grades 4 through 12; is that correct?

16       A    That looks like it, yes, ma'am.

17       Q    Okay.  Moving over to the eligibility

18  column.

19            What does this column show?

20       A    Their special education eligibility.

21  What they're eligible for in a special ed.

22       Q    Is it accurate to say that most of the

23  students at the Camden facility, at this point,

24  had an EBD designation?

25       A    Hold on.  I've got to pull the glasses



1   down.

2       Q    Oh, sure, and I can also make it bigger

3   for you.

4       A    No, it's okay, I got it.  Let's see.

5   So there's 21.  One, two, three -- no, not the

6   majority.  It -- you know, because they're -- it

7   looks like there's ten with EBD eligibility and

8   there's 21, so, you know -- is that what you

9   were asking?

10      Q    Yeah.  I was just trying to get a sense

11  of roughly how many would you say had an EBD

12  designation?

13      A    As of August 31st, it looks like one,

14  two, three, four, five, six, seven, eight, nine

15  and the one being served, I don't know why, but

16  ten.  So ten had an EBD.

17      Q    Okay.  And then just generally, what

18  are the other disability designations that are

19  represented here?  So, for example --

20      A    Okay.  Go ahead.

21      Q    I just want to make sure I understand

22  what the initials stands for.

23      A    Okay.  OHI is other health impaired.

24  Okay.  Do you want me to tell you what that is?

25      Q    No.  You can just -- I just want to

1  make sure we have the abbreviations on record.

2      A    AUT is autism, and SLD is specific

3  learning disability.

4      Q    Okay.  The next column says IEP end

5  date.

6      A    Uh-huh.

7      Q    Why is that information included on

8  this chart?

9      A    Because this chart is given to my

10  teachers on a weekly basis and updated, and this

11  is another way of letting them know, hey, don't

12  miss your due date on this IEP.

13         They also have access to Go-IEP and the

14  effort to look that up, but we're just trying to

15  make sure we provide them as much as, you know,

16  we can.

17     Q    Okay.  And is that also the reason that

18  there's a column for reevaluation due and

19  eligibility due?

20     A    Yes, ma'am.

21     Q    Okay.  And all of that is in connection

22  with the IEP?

23     A    Well, reevaluation and eligibility, you

24  know, stands on its own.  But often in

25  connection -- I mean, ideally, yes, absolutely.

1      Q     You mentioned Go-IEP a moment ago.

2            What is Go-IEP?

3      A     It's our IEP, our platform, our --

4   well, our special education platform that we --

5   that the majority of school systems now in the

6   State of Georgia use, not all, to develop the

7   IEPs, to develop eligibilities where our -- you

8   know, do reevaluation and termination reviews.

9   It's our, you know, special education file, you

10  know, for the student, you know?

11           In fact, we -- all special education --

12  like I don't keep a main fed paper file anymore,

13  it's all in Go-IEP.  There's a place for every

14  document, you know, things like that.

15           I keep a little file each year of just

16  specific Coastal forms with, you know,

17  permissions they sign and stuff.  So all special

18  ed stuff goes here.

19     Q     Okay.  And does the state DOE maintain

20  that database?

21     A     They do.

22     Q     This last column says school.

23     A     Uh-huh.

24     Q     What information is provided here?

25     A     That CIE is Coastal Academy and the



1    school there, the initials, that's what their

2    zoned school is.

3              So we got CCHS is Camden County High.

4    SMMS is one of the middle schools.  Let's see, I

5    can't remember, but in Camden County.

6        Q    Okay.

7        A    And then, you know, the elementary

8    school there.  You know, it's just what their

9    zone school is.  What their home school would be

10   if they were transitioning.

11       Q    Okay.  All right.  I am going to show

12   you another document.

13             I would like for the court reporter to

14   mark this next document as Plaintiff's Exhibit

15   544.

16                  (Whereupon, Plaintiff's Exhibit

17                  Number 544 was marked for

18                  identification.)

19   BY MS. HAMILTON:

20       Q    Ms. Futch, I'm now showing you

21   Plaintiff's Exhibit 544.  This is the student

22   enrollment spreadsheet from the 2021 to '22

23   school year for the Hinesville Liberty facility

24   that was produced by your program.

25       A    Yes.



1    Q    We have marked this -- labeled this as

2    Coastal Academy 000016, but we received this

3    from your program.  And I do want to note,

4    again, that the name columns have been redacted

5    by our office.  The only change that's been made

6    in order to protect the privacy and

7    confidentiality of the students that are listed

8    here.

9    A    I thought that we redacted them as

10   well.

11   Q    This one, the names were still

12   provided, which is information that United

13   States is entitled to, but for purposes --

14   A    Okay.

15   Q    -- of the deposition, we wanted to

16   redact it.

17   A    Okay.  That's right.  Okay.  All right.

18        MR. NGUYEN:  Yeah, let me just

19        comment real quick for Ms. Futch's

20        understanding, there was an original

21        protective order in place that governed

22        the production of records that would

23        include student names, so if they were

24        produced with -- under that protective

25        order.



 1              But now because we're in this

 2       deposition, it's a public deposition

 3       where other people can directly access

 4       the exhibits, that's why they're being

 5       redacted.

 6              THE WITNESS:  Okay.  Thank you.

 7    BY MS. HAMILTON:

 8       Q    Ms. Futch, do recognize this document?

 9       A    I do.

10       Q    I can give you -- actually, let me go

11    ahead and give you control.

12       A    Yeah, this one we might have to make a

13    little bigger.

14       Q    Yeah.

15       A    Even with the glasses.

16       Q    Okay.  So you have control, so if you

17    need to scroll up and down, there are -- runs

18    across two pages.  You're welcome to do so.

19       A    Okay.

20       Q    And is this a document that your

21    program produced to the United States in

22    response to the subpoena requesting documents?

23       A    Yes.

24       Q    All right.  I want to similarly walk

25    through this document like we did for the



1  Camden, and I want to first start at the very

2  bottom.  Scroll down all the way down to where

3  it has a total.

4        So here it looks like it says there are

5  52 current students and 65 total served as of --

6  looks like this was a document of August 4th,

7  2021 for Liberty.

8    A    Uh-huh.

9    Q    Can you explain what the difference is

10 between these two numbers?

11   A    It is the same as I explained

12 previously with the Camden total served.

13       Current is number of seats.  And that

14 was the first week of school and total served is

15 65, which is most definitely incorrect right

16 there, so that should, I mean, be 52, to be

17 honest.  Because August 4th was the first week

18 of school.

19       In fact, if I'm not mistaken, it was

20 probably the second day of school and my guess

21 is we had a very new secretary and maybe she

22 didn't change this number when she did the first

23 one for the year.

24   Q    And I do note at the very top of this

25 document, unlike the others, it does say



 1   projected class list.

 2            Would that make a difference?

 3        A    Oh, yes.

 4        Q    The other did not say projected.  This

 5   one does.

 6        A    Okay.  Yes, that would make a

 7   difference.  So -- okay.  So that -- and we

 8   didn't send you another one like -- no, right,

 9   because I sent these things, but, I mean, going

10   through all this, I can't remember.

11        Q    Okay.

12        A    So -- but, yes, thank you for that.  It

13   does make a difference, and let me tell you what

14   the difference is.

15            The difference would be that the

16   projected list is what we anticipated -- Okay?

17    -- being here.  Meaning this 52 -- I'm sorry,

18   would have been the number that were actually --

19   excuse me -- in seats, contacted, new, they were

20   there, blah, blah, blah.

21            The 65 were those that were anticipated

22   and the total anticipated.  Does that make

23   sense?  That either did not show or, you know,

24   we were unable to contact but still didn't show.

25   So my guess is for the next -- should be for the

1  next class list, this would have been changed.

2      Q    Okay.

3      A    Does that make sense?

4      Q    That does.  That's helpful.

5           So then I also want to look at the

6  breakdown of teachers and paraprofessionals on

7  the side -- the left side of the document.

8      A    Uh-huh.

9      Q    Can you confirm how many teachers you

10 had or projected that you would have as of

11 August 4th with your Liberty Hinesville

12 location?

13     A    Okay.  So, yes.  And, actually, we have

14 quit putting our teachers names on the side of

15 these things because they -- they change so

16 much.  So we had projected, of course, one

17 teacher and one para for each room.

18          And let me make -- yeah, that should

19 have been what was projected.  And the --

20 clearly here, we have two different classrooms,

21 but see, they didn't -- I mean, the secretary is

22 new and she didn't even put the name here of who

23 I had in there.

24          And actually, probably because it

25 wasn't hired for and -- yet.  So, yes,



1  projected, we would have had a teacher and para

2  in each room.

3      Q    Okay.  And I note that there is a

4  teacher's name of J. Branch that's listed for

5  more than one class.

6      A    Uh-huh.

7      Q    Why -- what would have been the

8  circumstances for --

9      A    Teacher had not been hired yet and so

10 she was the coordinator at the time and so --

11 you know, so to cover it, of course, we -- until

12 we hired someone, which we actually hired them,

13 I don't know, not long after this.  I can't

14 remember, maybe September we were still looking,

15 just, again, staffing shortages.

16         We had accommodated with two paras and

17 Ms. Branch, we listed her as -- I mean, she was

18 certified elementary, middle, high, so she was

19 actually doing double duty doing all the lesson

20 plans, and then, of course, I would have

21 Ms. Burdette and Ms. Chester would rotate in to

22 cover that certified teacher responsibility

23 until we got someone hired.

24         But that was just letting us know that

25 under Go-IEP, that's how they were listed as



1    Branch, if I needed to find them.

2           Does that make sense?

3      Q    Then also here at the bottom where it

4    says student served, similar to the last chart

5    we received there, and this says there are four

6    student names that were listed.

7      A    Yes.

8      Q    What would that indicate for those?

9    When it says student served, what does that mean

10   for those four students, likely?

11     A    Okay, so the H there is home -- home

12   services, and I do know that.  And I'm not

13   exactly sure what that -- oh, the other two --

14   the other three, excuse me, that were

15   transitioned and we were providing consultative

16   services, so that C is for consultation.  And

17   why these sixes -- again, it was a new

18   secretary, so she didn't -- she was learning.

19   She didn't do everything the same.

20     Q    But the other three were students who

21   were transitioning --

22     A    Transitioning.

23     Q    -- consultative services.

24     A    Yeah.

25     Q    And what does mean for students to be



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          158

1   in GNETS and be homebound?

2        A    Well, it could mean a variety of

3   things.  It could mean -- well, actually, no,

4   that age is not homebound because homebound is

5   -- assumes -- indicates that there is a -- like

6   a medical or issue, you know, or a doctor has

7   placed them on a homebound service, which a

8   doctor, you know, can say the kid's got anxiety

9   that's so bad that, you know, and we're

10  requesting, you know, that as the committee or

11  whatever, but so it could be that.

12       But this is more than likely special

13  education services, special education services

14  provided at home, and a reason being maybe could

15  have been -- I don't know the specific

16  circumstance with this one -- could be because

17  he violated one of the big major three zero

18  tolerance things, typically that's what that

19  means.

20       Weapon, probably not a weapon because I

21  would have known that, or pot or something or

22  maybe some type of physical aggression that was

23  very extreme, to the extreme point and he was

24  placed on a 45-day, whatever, alternative

25  placement and we provided a special education



1   teacher that would work with them, you know, a

2   couple days a week in the community setting and

3   he got online curriculum for that, you know,

4   during the week, so something like that.  Now

5   this was '21.  Okay.  Yes.

6       Q    '21-'22.

7       A    Yeah, yeah, something like that.  Yeah,

8   that would be it.

9       Q    Looking over to the next column for

10  segments, is it accurate to say that most

11  students have six segments in the Liberty

12  program at this point in the school year?

13      A    Well, the grades are -- let me just

14  double check.  Yes, and this particular site, I

15  did it weekly.  So it's six segments per week,

16  you know, versus monthly might be -- excuse me,

17  daily versus weekly.  My bad.

18      Q    For the grades column, is it accurate

19  to say that the students being served in this

20  site were in grades -- were in third grade

21  through eleventh grade at this point in the year

22  as per -- and I give the caveat all of this says

23  projected.

24      A    Yes.

25      Q    And then moving over to the eligibility



1  category is it accurate to say that the most

2  probable and disability designation was EBD at

3  this site as of August 4th projection?

4          And if not, you can tell me, either

5  way.

6      A    Yes.

7      Q    Okay.  And I did see a different

8  acronym, so in the eligibility column, to the

9  extent that there are students with other

10 disability designations, these appear to be

11 mainly the same disabilities as we saw at the

12 other site, however, I also see TBI.

13         What does TBI stand for?

14     A    Traumatic brain injury.

15     Q    Okay.

16     A    And there was also and SDD up in the

17 first.

18     Q    Okay.  And what does that stand for?

19     A    Significant developmental disability.

20 We rarely get those but they can make -- you

21 know, keep SDD until, I believe, age eight.  You

22 know, it's usually the first thing given if, you

23 know, they're, child -- early.

24     Q    And for students -- so, for example,

25 the student who has TBI listed here or traumatic



1  brain injury, would that student have to be

2  exhibiting behaviors that rise to the level of

3  being placed in GNETS or can the student just be

4  placed in GNETS for having a traumatic brain

5  injury?

6      A    No.  I mean, he has to be exhibiting

7  behaviors and go through the state board rule

8  unless there's, like I said, an unusual,

9  whatever, you know, but to demonstrate

10 behaviors.  Nobody's just placed, but no.

11         So he had a, you know, whatever

12 traumatic brain injury, got that eligibility,

13 and that particular child is demonstrating

14 extreme significant behaviors.

15     Q    Okay.  Thank you for clarifying that.

16 I'd like to look at one more document.  The last

17 one will be the Glynn program and then maybe we

18 can take a break for lunch.

19     A    Okay.

20     Q    Would that work, Ms. Futch, and --

21     A    Sure.

22         MS. HAMILTON:  Does that work for

23    you, Hieu?

24         MR. NGUYEN:  Yes.  Yeah, that's

25    fine.  I was actually going to ask



1   about that, so that's perfect timing.

2            MS. HAMILTON:  Okay.

3            MS. JOHNSON:  Thank you.

4            MS. HAMILTON:  I would like for

5       the court reporter to mark this next

6       document as Plaintiff's Exhibit 545.

7                (Whereupon, Plaintiff's Exhibit

8                Number 545 was marked for

9                identification.)

10  BY MS. HAMILTON:

11       Q    And, Ms. Futch, I'm showing you

12  Plaintiff's Exhibit 545.  This is a student

13  enrollment spreadsheet from the 2021 to '22

14  school year for the Glynn facility that was

15  produced by your program to the United States.

16            Internally, we labeled it Coastal

17  Academy Temp 000022.  As you'll see, this

18  document is also redacted in the name column to

19  protect the confidentiality and privacy of

20  students.

21            Let me make sure, Ms. Futch, you have

22  control.  Okay.  You still have control.  Feel

23  free to it scan and let me know when you're

24  ready.

25       A    I'm ready.



LISA FUTCH                                         October 25, 2022
UNITED STATES vs STATE OF GEORGIA                           163

1      Q    Do you recognize the document?

2      A    I do.

3      Q    Okay.  And is this the document -- does

4   this document contain information about student

5   enrollment at the Glynn facility as of

6   August 27, 2021?

7      A    Yes, it does.

8      Q    How many total current students were

9   enrolled as of the time this was created?

10     A    Thirty-six.

11     Q    And how does that compare to the total

12  that were served?

13     A    Which were 39.  Those three you see

14  student served consult, they were transitioned.

15     Q    Okay.  Is that common for students to

16  be transitioned that early in the school year?

17     A    Probably what happened was we started

18  the conversation at the end of the school year

19  prior, in May.  They had met their goal.

20          They're probably transitioning

21  part-time and then we agreed to come back and

22  meet early in August, and so we served them and

23  we met and transitioned them out full-time.

24          So, you know, could be, you know, yeah.

25  I mean, yeah, sometimes systems rather, you



1  know, talk about it, get it ready to go and
2  actual, you know, go back and yeah -- so yeah,
3  it's fairly common.
4      Q    And, again, if you could take a look at
5  the list of teachers and paraprofessionals on
6  the side.
7           Can you confirm how many teachers you
8  had?
9      A    I had four teachers.
10     Q    And how many paraprofessionals did you
11 have?
12     A    Four.
13     Q    Okay.  And I know that one of your
14 paraprofessionals is named Dr. Collins.
15     A    Uh-huh.
16     Q    What qualifications -- or I guess I'm
17 just curious what qualifications Dr. Collins
18 has.
19     A    Dr. Collins is a retired pharmacist and
20 has a love for children and subbed at one of our
21 local school systems and came and subbed for me
22 a couple years prior to that.  And, you know,
23 had -- I had an opening and he did well with my
24 adolescent boys and put Dr. Collins right in
25 there.  He does great.



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          165

1     Q    And he has completed in all of the

2    required paraprofessional training

3    certifications?

4     A    Oh yeah.  Yeah, I mean, you know,

5    because he has a doctorate, I mean, you know, I

6    submitted his transcripts and everything.  They

7    gave him a para certificate and he does all the

8    required -- you know, he's not with us anymore.

9    He actually decided to officially retire last

10   year but -- but yeah.

11    Q    Okay.  Looking at the segment column,

12   is it accurate to say that most of the students

13   had -- had six segments?

14    A    Yes.

15    Q    And moving to the grade column, is it

16   accurate to say that the students being served

17   as of August 27th in the Glynn facility were in

18   grades one through 12?

19    A    Let's see.  Yes.

20    Q    And then there is -- let's see.  This

21   document does not have an eligibility category.

22         What would have been the most prevalent

23   disability category at the Glynn site last

24   school year?

25    A    EBD.



1      Q    And I do notice, at the very bottom of

2    this chart, there's an asterisk that says Glynn

3    County virtual Academy.

4      A    Uh-huh.

5      Q    Did you have a virtual academy last

6    school year?

7      A    Coastal Academy did not, no, but Glynn

8    County did, and I'm not sure -- do we have

9    anybody with an asterisk on here?  We might have

10   had -- you know, sometime during the year, it

11   may be two participants at some times, you know,

12   they got COVID or the parents decided I don't

13   want them back because the -- you know, COVID or

14   whatever because that was a big issue, that

15   might have attended.  But we didn't -- Coastal

16   didn't have one, the system did, but we didn't

17   have anybody attending at this time.

18          And it looks like they maybe hid the

19   eligibility column so it would all fit for --

20   possibly, I'm not sure why it looked, you know,

21   like that, but there's an eligibility column on

22   there, should be.

23     Q    Okay.  I am going to stop sharing and I

24   think this is a good point for us to take a

25   break so we can go off the record.

1              THE VIDEOGRAPHER:  Okay.  Hearing

2        no objection, we'll go off the record

3        now at 12:33 p.m.

4                  (Whereupon, a short break was

5                  taken.)

6              THE VIDEOGRAPHER:  We're back on

7        record at 1:02 p.m.  Please proceed.

8     BY MS. HAMILTON:

9        Q    Ms. Futch, is transportation provided

10   for students attending the Coastal Academy

11   locations?

12       A    Yes.

13       Q    Who provides that transportation?

14       A    The local education -- the LEA, the

15   local school system.

16       Q    Does the LEA also pay for the

17   transportation?

18       A    Yes.

19       Q    What is the typical length of student

20   bus rides to Coastal Academy?

21       A    The typical length in all varies

22   depending on where the kid lives and in the

23   country, but I would say maybe 35 to 40 minutes

24   one way.

25       Q    Okay.  What is the longest bus route?



1     A    I do have some that live further out.

2  I'm going to say probably an hour, maybe an hour

3  and 15 minutes.

4     Q    Do any of the routes require students

5  to transfer at a bus hub or a bus farm?

6     A    Yes.

7     Q    For which programs, locations?

8     A    Okay, so at Liberty -- my Liberty

9  County site, not all counties, just Wayne

10  County, and let's see, yeah, just Wayne County,

11  just that one system.

12     Q    Okay.  And do you have any routes for

13  Glynn -- for the Glenn location that require the

14  use of the bus farm or bus hub?

15     A    No, they provide, you know, just one

16  bus or a couple buses, actually, they bus kids

17  with, but no transition, no transfer.

18     Q    Do you have any groups of students in

19  your program who arrive later than the official

20  school start time on a regular basis?

21     A    That arrive later because they're a

22  chronic tardy or just because they maybe have a

23  shortened school day for whatever reason?

24     Q    Yeah, so either -- like a reason

25  related to their schedule or, like, due to



1   transportation issues?

2      A    None due to transportation issues.  We

3   do have, you know, a couple students that are

4   transitioning to the LEA environment, so, of

5   course, they arrive to our school late, but not

6   to that home school environment.  They may go

7   there first.

8           And then I have a couple, you know,

9   students that may have -- that are autism -- you

10  know, on the spectrum and get, like, ADA

11  services, and -- on different days and so they

12  may arrive later here and there some.

13     Q    And relatedly, do you have any students

14  who leave earlier than the official end time on

15  a regular basis?

16     A    It would be for the same reason,

17  transitioning end of the day, ADA, you know,

18  same reason.

19     Q    Do you keep attendance records of which

20  students attend each day?

21     A    Yes.

22     Q    For a student to be in attendance, what

23  proportion of the school day must they be

24  present?

25     A    Well, you know, each system always has



1   a -- you know, their -- a little different spin

2   on that, or actually each school because it

3   depends on the required number of instructional

4   hours, you know, whether they're elementary,

5   middle or high, right?

6           But -- so for me I require that if

7   they're there by 11:30, I kind of do my own

8   policy for that because I just -- I can't

9   possibly meet -- you know, six and have to keep

10  up with that.

11          So if they're there by 11:30, then they

12  -- they're counted present.

13     Q    And what about the reverse, if a

14  student has to leave early, what part of the day

15  must they be present to be marked as present?

16     A    They have to be there until 11:30.  Is

17  that what you're asking?

18     Q    I guess it sounds like they need to be

19  there by 11:30.  If they left after, like, the

20  first hour of school, would they be marked as

21  present?

22     A    No, no.  So the kids -- they have to be

23  there until 11:30 -- Okay?  -- to be marked as

24  present.

25          And -- sp you're asking if they come



1   in, like if they have a doctor's appointment or

2   whatever.

3            So if they go and they have a doctor's

4   appointment, as long as they arrive before --

5   actually, we do that differently.  As long as

6   they arrive before 10:30, then they're present.

7   So it's -- we back it up an hour.

8       Q    Okay.  So if they have a doctor's

9   appointment, arrive before 10:30, as a general

10  matter, it sounds like you're also saying if

11  they're there at least through 11:30, you would

12  mark them as present?

13      A    Yes.

14      Q    Who collects the data pertaining to

15  attendance records in the program?

16      A    My teachers maintain attendance.  The

17  classroom staff, and then those are -- you know,

18  well and it's Power School, our student

19  information system for the LEA, so they would

20  have that.

21      Q    Do you or someone on your staff ever

22  review the data related to attendance records?

23      A    We do, and we should review it more,

24  yes.

25      Q    What is your average daily attendance



1   rate?  So roughly, like what percent of your

2   students are in attendance on any given day?

3       A    At my Glynn site, I'm going to say 90

4   percent of my students are in attendance on any

5   given day.  At the Liberty site, I'd say 75

6   percent.

7       Q    What do you attribute the differences

8   in the attendance rate to?

9       A    I would contribute those to outside

10  barriers, not transitioning, not -- again, we

11  got different community cultures, you know.

12  We're dealing with a military-base type culture

13  which you would think they'd have -- and it's

14  Army, too.  It's a different -- I guess branches

15  of the military, it makes a difference.

16          Because in Camden when I had a Camden

17  site, I had the Navy and I almost had 100

18  percent attendance.  But so I would contribute

19  that just to community, the -- not the schools,

20  but the rural areas that they're from and just

21  cultural differences.

22      Q    Are students ever asked to stay home or

23  sent home due to problem behavior?

24      A    If they are sent home, they're

25  suspended.  And if they are asked to stay home,



1  then they've been suspended, so -- but they are

2  -- it's not ever put that way.

3          Does that make sense?  Yeah.

4      Q    Correct.  And then likewise, have

5  students ever -- are students ever asked to stay

6  home or sent home due to lack of staff?

7      A    Only during COVID.  That's been the

8  only time.  Not any other time.  When we -- you

9  know, such small sites like at Brunswick, which

10  is fairly small, you know, all it takes is for

11  me to be missing maybe five staff and that

12  staff's not safe to run so basically what we do

13  is we close that site for, you know, the

14  recommended isolation period and provide

15  services at home, so we have a backup.

16      Q    How frequently did that happen?

17      A    That it was closed due to a lack of

18  staff?  It was only the Glynn County site and it

19  was only closed once for that.

20      Q    Do your attendance rates affect the

21  funding that you receive from the state DOE in

22  any way?

23      A    My attendance rates?

24      Q    Yes.

25      A    They have to be in attendance for at



1   least ten days of school, but that's it.

2      Q    And when you say they have to be in

3   attendance for at least ten days, is that

4   connection to receiving funding from the state?

5      A    Yeah.  They have to have -- you know,

6   be there ten days.

7      Q    From your personal experience at

8   Coastal Academy, what is the shortest length of

9   stay that you've seen from the time that a

10  student begins receiving GNETS services to the

11  time that they're fully transitioned into a

12  general education environment?

13     A    Honestly, the shortest I would say

14  would be -- I'm going to go -- I think three

15  months, 90 days.  And I've had some of that this

16  year, yeah.

17     Q    And then similarly, from your personal

18  experience at Coastal Academy, what is the

19  longest length of stay that you've seen from the

20  time a student begins receiving services to the

21  time that they're fully transitioned back into a

22  general education setting?

23     A    From the time that they're fully

24  transitioned back and you're asking fully

25  transitioned back?



1    Q    Yes.

2    A    Okay.  You're not asking -- well, I'm

3  going to say fully transitioned back.  I would

4  say the longest, probably three years.  That

5  doesn't mean I don't have students that have

6  been with me longer, but I answered your

7  question, so I'm just letting you know.

8    Q    Okay.  And I guess can you -- I'm not

9  sure if I understand, but just to make sure.

10        You're saying there are students --

11   A    You're saying fully transitioned back,

12  and so my assumption would be the moment I

13  transitioned them fully.  You didn't say and

14  stayed.

15   Q    Okay.  So I think I understand what

16  you're saying.  So you're saying there would be

17  another category of students who just never

18  transitioned back?

19   A    No, I'm saying there's another category

20  of students that do fully transition back and

21  then have to come back within a year or within

22  six months because of issues, you know, they're

23  not able to maintain.

24   Q    Okay.

25   A    That's what I'm saying.



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          176

1     Q    Okay.  So you're saying you have
2  students who return, but of the students who
3  haven't returned --
4     A    I'm saying --
5     Q    -- so you're saying the longest is
6  usually around three years?
7     A    Uh-huh.
8     Q    Do you review data regarding the
9  average length of time that students are
10  enrolled in your program?
11     A    Yes.
12     Q    Do you have students who have been in
13  your program, whether continuously or
14  interrupted, for more than five years?
15     A    Yes.
16     Q    Do you have students who have been in
17  your program, again, either continuously or
18  interrupted for ten years or more?
19     A    No.
20     Q    What would you say is the longest,
21  just, in general, you've had a student who --
22     A    Seven.
23     Q    Seven?
24     A    Uh-huh.
25     Q    When you review that data regarding the



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                            177

1  length of time that students are in a program,

2  what's the context for when you're looking at

3  it?

4      A    So you're asking me how I look at it,

5  where that data is?

6      Q    Yes, or like why, why are you looking

7  at it and how do use it?

8      A    Well, the reason I'm looking at is for

9  the most part, a lot of times, you know, it's

10  done, you know, at the end of each nine weeks

11  when we do our progress monitoring and we're

12  actually tiering or putting our kids in the

13  appropriate level of support, because I can have

14  Johnny and I'm looking at Johnny going, Johnny's

15  been here a long time and then, you know, now

16  we're going to put him back, you know, at Level

17  2.

18          So he's a Level 2 kid.  Okay, what can

19  we do to get Johnny in -- and we look at this

20  and we look at everything and we may decide to,

21  you know, or whatever, you know, so we problem

22  solve, I looked at it that way.

23          But also I looked at it in terms of my

24  demographics report that I send to my school or

25  that I actually check and balance with the



1   school system to make sure my kids are accounted

2   for student records.  I'd maintain a database

3   that actually has that information in it, number

4   of years, date -- first date enrolled, blah,

5   blah, blah, blah, blah and I looked at it on an

6   annual basis that way for that just to see and

7   to talk to the individual program coordinators

8   about them.

9        Q    I'm going to share another document

10  with you on my screen.

11             I'd like for the court reporter to mark

12  this next document as Plaintiff's Exhibit 546.

13                 (Whereupon, Plaintiff's Exhibit

14                 Number 546 was marked for

15                 identification.)

16  BY MS. HAMILTON:

17       Q    Ms. Futch, I'm showing you Plaintiff's

18  Exhibit 546.  This is an e-mail dated

19  October 13th, 2017 from you to what appears to

20  be some of the GNETS directors with the subject

21  line, reintegration committee meeting.

22             The first page of this document is

23  Bates stamped GA00794669.

24             Do you recognize this document?

25       A    I do.



1    Q    Okay.  And it appears this document is

2   discussing a reintegration committee.

3         What was the reintegration committee?

4    A    The reintegration committee was

5   basically developed to develop a reintegration

6   plan, a format to be used at our IEP committee

7   meetings when we have students reintegrating,

8   you know, whether -- you know, even if it's the

9   first class, one class out, reintegrating back

10   to the LEA setting to ensure that the LEA and

11   the GNETS program work together and we cover

12   everything that the child needs from academics

13   to behavior support to does he need to sit with

14   someone at lunch, those types of things.

15    Q    Okay.  And when we're referring to

16   reintegration now, this is different from the

17   reintegration plan that we were looking at with

18   regard to Wayne County moving its students to

19   your program; correct?

20    A    Yes, and I have no idea why it was

21   called the same thing.  It is so confusing, but

22   yes.

23    Q    Okay.  So for the record, what we were

24   looking at earlier was related to new school

25   districts becoming part of your GNETS program?



1    A    Right.  The transfer from one GNETS to

2   another school district, yeah.

3    Q    Okay.  And what we're looking at now is

4   related to individual students being

5   reintegrated back into general education

6   settings?

7    A    Yes.

8    Q    Okay.  Was this committee connected to

9   your work serving on the state DOE strategic

10   planning committee?

11    A    Yes, I believe it was, uh-huh.

12    Q    So the individuals who are listed here

13   in the two -- in the two-part of the message

14   here, I believe it says Samuel Clemens,

15   Cassandra Holyfield, and Jacqueline Neal.

16    A    Uh-huh.

17    Q    Were those the other members of the

18   reintegration committee?

19    A    Yes.

20    Q    And they're all GNETS directors;

21   correct?

22    A    Yes, they are.

23    Q    And then I also see that Nakeba Rame is

24   copied on this e-mail.

25         Was she also a member of a committee?



1        A     No.  She's just copied because she was
2    my DOE program person, manager.
3        Q     Okay.  And what was her role?  Because
4    I know she did oversee the strategic planning
5    committee.  So what was her role with the
6    reintegration committee?
7        A     Just to -- so her role was, you know,
8    basically we -- you know, we developed a
9    strategic plan and, you know, kind of took these
10   parts, we knew we had to have them and put the
11   plan together and then, you know, was to -- you
12   know, she established, I guess, chairs of each
13   area and then, you know, oversee to make sure
14   the work got done, I guess, yeah.
15       Q     Okay.  And were you the chair of the
16   reintegration committee?
17       A     Yes.
18       Q     Why is the reintegration of students
19   back into the LEA setting important?
20       A     Because we want to set them up for
21   success and this was what this plan was all
22   about, you know, it's covering all the holes,
23   you know, what people -- or what we may miss
24   when we're transitioning a student.
25             So, I mean, we want to set them up for



1   success to hopefully, you know, increase their

2   transition and them stay.

3       Q    Before talking more about the work of

4   the committee in particular, I want to show you

5   an e-mail and proposal that you prepared prior

6   to this timeframe.  I'm going to share another

7   document on my screen.

8           And I would like for the court reporter

9   to mark this next document as Plaintiff's

10  Exhibit 547.

11              (Whereupon, Plaintiff's Exhibit

12              Number 547 was marked for

13              identification.)

14  BY MS. HAMILTON:

15      Q    Ms. Futch, I'm showing you Plaintiff's

16  Exhibit 547.  This is an e-mail dated January

17  30th, 2017 from you to Nakeba Rame with the

18  subject proposal for transition classes in Glynn

19  County.

20          There's also -- I'm just going to

21  scroll down -- a memo that's attached dated

22  January 26th, 2017 from you to Howard Mann with

23  the same subject line.

24      A    Yep.

25      Q    And the first page is Bates stamp

LISA FUTCH                                   October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        183

```
 1   GA00131256.
 2          I will give you control if you want to
 3   take a brief moment to scroll through and let me
 4   know when you're ready.
 5          THE VIDEOGRAPHER:  We'll go off the
 6   record now at 1:23 p.m.
 7              (Whereupon, a short break was
 8              taken.)
 9          THE VIDEOGRAPHER:  We're back on
10     record at 1:25 p.m.  Please proceed.
11   BY MS. HAMILTON:
12     Q    Ms. Futch, I'm going to put the
13   document back on the screen that you were
14   reviewing and also give you control again.  Let
15   me know when you're ready.
16     A    Okay.  I'm ready.
17     Q    Okay.  I'll take back control.
18          So, let's see, do you recognize these
19   documents?
20     A    Yes, ma'am.
21     Q    Okay.  Now, I want to start with the
22   attached memo.
23          Did you draft the attached memo?
24     A    I did.
25     Q    Why did you prepare it?
```



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          184

1       A    Because, in my opinion, there was a

2    need in the district to establish another step

3    before coming to Coastal Academy.  There was

4    inclusion and there was nothing amiss and I felt

5    that now is the opportunity, you know, let's

6    turn this into a good thing and, you know,

7    attempt to establish and, you know, have

8    equitable services at that time.

9       Q    And this memo was addressed to the

10    superintendent of Glynn County schools; correct?

11       A    It was, uh-huh.

12       Q    So I want to look at the third

13    paragraph here, and you state that, at the

14    beginning, currently, all services provided for

15    Glynn County students that require instances in

16    therapeutic behavior intervention is done in a

17    separate school environment.

18            Do you remember -- yeah, go ahead?

19       A    Coastal Academy.

20       Q    Coastal Academy.  Yeah, I was just

21    going to say, are you referring to the GNETS

22    services being provided in separate school

23    environments?

24       A    Yes.

25       Q    And then you go on to note that, quote,



 1  under current federal and state regulations,

 2  school districts are required to provide

 3  continual services that ensures access to an

 4  appropriate education least restrictive

 5  environment.

 6          You also note the Code of Federal

 7  Regulations requires the school district, the

 8  maximum extent possible, provide access to the

 9  same educational and extracurricular options for

10  special education students as is available for

11  nondisabled students.

12          Do you see that?

13      A    Yes, ma'am.

14      Q    How is that information relevant in

15  this proposal that you're drafting regarding the

16  transition of students?

17      A    It's relevant because I'm hoping that

18  they'll use it to make a very informed decision

19  on providing services to students with -- that

20  require a more therapeutic intensive

21  intervention approach.  And because, you know,

22  it is the Code of Federal Regulations and so I'm

23  asking, you know -- you know, Glynn County -- I

24  mean, at that time, I mean, they are a huge

25  school district, you know, and there really

1    should have been more to that continuum going

2    on.

3        Q    All right.  And the next -- I'm sorry,

4    I didn't meant you to cut you off.

5        A    No.  I was going to say, does that

6    answer your question?

7        Q    Yes, that does.

8        A    Okay.

9        Q    In the next paragraph, you state that

10   the Department of Justice issued a findings

11   letter, quote, notifying the State of Georgia

12   that it was violating ADA by unnecessarily

13   providing mental health and therapeutic

14   educational services to students with

15   behavior-related disabilities in segregated

16   settings, denying them opportunities for

17   meaningful interaction with their peers without

18   disabilities.

19           Do you see that?

20       A    I do, uh-huh.

21       Q    And you also mention that DOJ filed a

22   lawsuit.

23           Why was all of this information

24   relevant when you were drafting your memo?

25       A    Again, I was just using it as evidence



1    that we need to provide more on the continuum.

2    And, mind you, you know, Glynn County was not

3    the only one of the systems being served that

4    had this same issue, but at that time it was

5    where my office, my regional office was located

6    and I was able -- I wanted to start with them

7    because I was there, so...

8        Q    In the next paragraph, you state that

9    Glynn County schools is currently operating in a

10   manner that limits the continuum of services for

11   students that require intensive and therapeutic

12   behavior support.

13          Do you see that language?

14       A    I do.

15       Q    What solution were you proposing to

16   address this problem?

17       A    That essentially, they put in almost

18   another step where we add -- well, basically, we

19   would add -- at this point, I was proposing

20   that, you know, because -- you know, that we

21   would add a GNETS, GNETS classrooms -- Okay?  --

22   staffed by, you know, GNETS folks so that it

23   would be another step on their continuum before

24   they are taking those kids -- those students out

25   of the GNETS setting and putting them in a

1    center-based program.

2            And so at that time, I was proposing

3    that they work in conjunction with GNETS.  Here

4    I am offering to do it, you know, for you.  I

5    mean, we can fund it, the majority of it, I

6    believe.  I can't remember what I put in there

7    for funding at that point in time but -- I'd

8    have to look at the bottom.

9            But so -- I mean, again, it would --

10   you know, I was just letting them know, hey,

11   it's not going to be, you know, you doing it.

12   Let us come.  Let us add that extra step for

13   you.  We're not saying we'll do away with this,

14   we're just saying let's put some here.

15   Q    And just to make sure I understand.

16           So what you were proposing was -- let

17   me know if I'm accurately summarizing this.

18           What you were proposing was for there

19   to be GNETS classrooms in the general education

20   setting?

21   A    Yes, but, you know, I would have been

22   happy if they would have been a resource or

23   whatever.  But, again, you know, I was -- you

24   know, because my memo was kind of -- you know,

25   it's heavy going to a superintendent and so I



1   was trying to put a little bit of, you know,

2   here, let me tell you how we can do this to

3   begin with.  GNETS can start, you know -- so

4   does that make sense?

5       Q    I think so.  Maybe just to clarify a

6   little further.

7            So for the students who would have been

8   participating in these transition classes, is it

9   accurate to say that these are essentially

10  school-based GNETS classrooms?

11      A    Well, school-based and my -- you know,

12  implies that, yes.  Yes, it's school-based, but

13  we're not talking putting on a separate wing,

14  we're talking right there in the school.

15           Does that make sense.

16      Q    Okay.

17      A    A lot of school-based sites are on a

18  different wing in the school.  You know, we're

19  talking about three classes, one in the

20  particular elementary, middle, or high.

21      Q    Would the students have had

22  opportunities to be integrated with students

23  without disabilities in GNETS?

24      A    Yes, yes, yes.

25      Q    And would they have attended any



1  classes with students who weren't in the GNETS

2  program?

3      A    That is an IEP committee decision, but

4  the goal would have been, yes, you may not -- we

5  may not have started them this in particular --

6  I mean, the thing is that there were a variety

7  of options available, it added way more of a

8  continuum than just the class.

9           You know, maybe it would have been

10  easier for maybe someone to come over and get

11  social skills instruction in this particular

12  class and then go back, you know, so yes, that

13  would be --

14     Q    Okay.  Was the therapeutic services

15  that were being provided in the GNETS center

16  being provided to the students who would have

17  been in these transition classes in GNETS

18  settings?

19     A    Yes.  Yes, you know, we added in, you

20  know, sending that staff over to those locations

21  or, you know, would have hired, you know,

22  whatever we needed, but yes.

23          The only thing, you know, technically

24  they would not have been getting that they would

25  have gotten in center would have been the --



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                         191

1   just the environment difference being a smaller

2   setting, those types of things.

3        Q    The students who would have been

4   participating in these transition classes, would

5   these have been students at all different tier

6   levels who were being served by Glynn County or

7   was it focused on a particular subset?

8        A    No.  This would have been students that

9   would have -- you know, they're -- previously

10  they were doing -- you know, recommending a

11  student for consideration of services that were

12  having to go straight from inclusion to GNETS.

13  And, I mean, there may have been a few resource

14  classes in the system, but not many.

15            But in this particular instance, they

16  would have more options, and the first thing

17  would be to consider this particular room on the

18  continuum and whether they required that room

19  full-time or part day or, you know, like just a

20  social skills instruction class or whatever.

21            And so they would go there first and

22  then if -- because they either continue -- they

23  couldn't make it in that resource, then we'd go

24  over, then, to the center base.  And this was

25  meant to be vice versa.  So when transitioning



1  we would start transitioning back that way to a
2  smaller setting, gives them more chances of
3  success, of course, and with the -- you know,
4  starting there and then transitioning out until
5  they're fully out.
6        Does that make sense?  So it would go
7  both ways.
8    Q    Okay.  What happened after you drafted
9  the memo?
10   A    I met with the special ed director and
11 I think her program specialist, and at that time
12 it was Dr. Carol Gickem (phonetic) and reviewed
13 this.
14       And then -- scroll -- can you scroll
15 down to the bottom, let me just make sure?
16   Q    This is the very end.
17   A    Yeah.  And then nothing happened.  That
18 was it.
19   Q    Okay.  And when you say "nothing
20 happened," no transition classes manifested from
21 this proposal?
22   A    Right, yes.
23   Q    Why was that?
24   A    The date on that was January 26, 2017.
25 I wrote it then because I was considering doing



1   it for the upcoming school year, you know?  I

2   don't -- I'm not really 100 percent sure what

3   happened on their end, at all, but I do know

4   that in 2018, I believe was the year that that

5   Brunswick facility was closed, that older

6   facility and we actually moved to a different

7   wing.  And that was like -- we closed four days

8   before the first day of school and that was

9   done, but it really had nothing to do with that.

10          But -- but I will say, shortly

11   thereafter, the special ed director retired at

12   the end of that school year and -- yeah.  Yeah,

13   retired -- and I'm trying to remember -- retired

14   at the end of that school year and got a new

15   special ed director.

16          And because we moved into a smaller

17   facility, you know, there were kids that we

18   needed to really go through and decide whether

19   or not they were appropriate.  So we

20   transitioned a good many, and as a result,

21   they -- Glynn County developed what's called the

22   ARC program, which is essentially this.  So they

23   eventually did it.

24      Q    Okay.

25      A    And it's almost, you know, essentially



 1   this, but it's funded by them, they run it and

 2   everything.

 3       Q    At the time when you had written the

 4   memo, whose approval would you have needed in

 5   order to implement the program?

 6       A    Special ed director and superintendent.

 7       Q    And then I just noticed the original

 8   cover e-mail had been sent to Nakeba Rame.

 9       A    Yes, uh-huh.

10       Q    Would she have been involved, at all,

11   in that decision-making process?

12       A    No, she was not involved.  She just --

13   I mean, she and I had talked about it and

14   discussed it.  I mean, she was very

15   knowledgeable, I thought a lot -- I mean, still

16   do think a lot of her and I always wanted her

17   feedback and so I was -- you know, since we

18   discussed it, I was sending it to her to just

19   get some feedback on it.

20          She had provided, you know, pretty good

21   assistance.  But no, she was not involved in the

22   decision making.

23       Q    And do you remember what feedback she

24   did provide on the proposal?

25       A    I don't.  I don't remember.  I'm sorry.



1       Q    All right.  I want to return now --
2    well, actually, one other question.
3            I think you had mentioned that there
4    were other school districts that might have
5    benefitted from something like this.
6            Did you draft any other memos of this
7    nature proposing transition classes in -- for
8    other districts?
9       A    No.  That was my intention, but then,
10   of course, you know, we closed one site and also
11   -- so we were trying to get -- you know, it was
12   kind of a busy year, so I did not.
13           But, you know, I spoke to various, but
14   I will say that at this point in time, they have
15   all -- they all have now, that resource step.
16   Actually, Bryan County was right after Glynn and
17   then we had Liberty, so --
18      Q    I do just want to follow up on
19   something you just said.  So you mentioned that
20   in 2018, that one of your facilities was closed.
21           What was -- what prompted the closing
22   of that facility?
23      A    The DOE did -- I believe it was 2018.
24   Now I can't be sure of the date, but I'm pretty
25   sure it was 20 -- or was it before that?  No, it



1   was -- I think it was 2018.  I'm really bad with

2   dates, but -- so don't -- I'm not 100 percent

3   sure it was 2018 -- but anyway, the DOE did site

4   visits, the facilities folks and -- to look at

5   our sites and my Glynn County site was a very,

6   very old site and there were -- as a result, I

7   believe there were six or nine programs that had

8   facilities closed and had to move facilities.

9   Like I said, maybe -- maybe two weeks before

10  school started in August.

11          So we had to locate a facility, get

12  everything moved, get everything ready to go,

13  but I can't recall the exact dates.  But the

14  State Board of Ed did that.  And then I remember

15  how it happened.  I got a phone call from Nakeba

16  at lunch and -- because we had a meeting at 1:00

17  with the DOE and she gave me the heads up, and I

18  was like, oh, you've got to be kidding, and

19  that's what it was about.  And they put some

20  things in place regarding our facility.

21      Q    Okay.  And, I guess, which facility was

22  impact -- which facility was closed and then

23  where did those students move?

24      A    All right.  So I was -- in Glynn

25  County, we were at 3734 Ross Road and those



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        197

1   students, we then transitioned to -- we call it

2   the Risley Annex Building, REX, and it's at 2900

3   Albany Street.  The building had been completely

4   redone, was almost brand new, and we got --

5   we're, like, on Wing A of that building.

6       Q    Has the state DOE identified any other

7   facilities affiliated with Coastal Academy that

8   required either closure or major renovations,

9   maintenance changes?

10      A    You know, when they came through and

11  did site visits, you know, they gave us -- they

12  gave assistance, I think, information on what

13  needed to happen, and I believe there was a

14  facilities grant that the systems got, and I

15  don't know how much.  I mean, I wasn't really

16  involved in that, to help with the cost and my

17  -- like my Hinesville -- my Liberty site had to

18  do it, and at that time, the campus site, they

19  made those improvements to those buildings.

20      Q    And I know you mentioned that Nakeba

21  Rame was one of your points of contact during

22  that time.

23          Was there anyone else who you dealt

24  with in connection with the facilities issues

25  from the state DOE?



1      A    Yeah.   There was a guy but I can't

2    remember his name.  I think he was over the --

3    or somewhere, you know, program manager or

4    whatever of the facilities area but, I'm sorry,

5    I can't remember his name.

6      Q    Is his name Mike Rowland by any chance?

7    Mike Rowland by any chance?

8      A    I thought -- I don't think so.

9      Q    Okay.  No worries.

10          But it was someone from the state --

11   another person from the state DOE who --

12     A    Yes, uh-huh.

13     Q    Okay.  I want to turn back to your work

14   on the state DOE reintegration committee.  I'm

15   going to show you another document.

16          I'd like for the court reporter to mark

17   this document as Plaintiff's Exhibit 548.

18              (Whereupon, Plaintiff's Exhibit

19              Number 548 was marked for

20              identification.)

21   BY MS. HAMILTON:

22     Q    Ms. Futch, I'm now showing you

23   Plaintiff's Exhibit 548.

24          This is an e-mail dated November 14th,

25   2017, from you to Nabeka Rame, Cassandra



LISA FUTCH                                      October 25, 2022
UNITED STATES vs STATE OF GEORGIA                           199

1  Holyfield, Samuels Clemens, and Jacqueline Neal

2  with the subject line GNETS Reintegration Plan.

3  It includes one attachment, and the first page

4  is Bates stamped GA00227998.

5          I'll give you control if you want to

6  take a quick moment.  Let's see.  Make sure we

7  get it working for you.

8      A    Okay.

9      Q    Is it working?

10     A    I think so.  Yes, I'm done.

11     Q    Okay.  Do you recognize these

12 documents?

13     A    I do.

14     Q    Did you prepare the first draft of the

15 reintegration plan?

16     A    I did.  It was a very rough draft.

17     Q    And is that the document that's

18 attached to this cover e-mail?

19     A    It is.

20     Q    I'm going to actually walk through this

21 document that you prepared and I want to start

22 here at the beginning.

23          What was the stated purpose of the

24 student reintegration plan?

25     A    To ensure the appropriate supports are



1  in place with in the LEA setting to make

2  reintegration more successful for the

3  self-contained GNETS students.

4      Q    And as the originally envisioned, when

5  was the plan supposed to be developed for each

6  student?

7      A    At their transitioning -- the initial

8  transitioning IEP -- oh, I'm sorry, at the

9  original -- honestly, my idea was at the -- for

10  the original development of it, it would be

11  developed upon the time the student actually

12  was -- you know, new students were referred to

13  us so that we would see, vice versa, what was

14  going on, their, you know, supports and all

15  needed and what they would need from them as

16  well coming to us because it works both ways.

17          And also, we'd have a better idea of --

18  I just -- I found that it would make -- I felt

19  that it would make the process more concise and

20  consistent, organized, planned, you know, yes,

21  you know, behaviors, often, I look one way there

22  and one way when they get to us.  But, again,

23  that's what the IEP team's for, we go back and

24  modify and change it again or whatever.

25          But that was where it was initially



LISA FUTCH                                              October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              201

1  supposed to be done upon their initial

2  entrance -- Okay?  -- and it was maintained and

3  updated as needed.  And then, of course, done at

4  -- again, at the first transitioning IEP meeting

5  and so forth.

6      Q    Okay.  It sounds like by the time you

7  got to the final version, is it accurate to say

8  that that process had changed?

9      A    Yeah.  They didn't like my idea.  But

10 yeah.

11     Q    Okay.  We'll talk about the final

12 version, but that's helpful to know.

13         So it also appears that there are seven

14 steps that would be involved with the process.

15         Step one says, collaborate with LEAs to

16 identify opportunities for students to receive

17 GNETS services in the LRE, both indirect and

18 direct.

19         Why was this step important to have as

20 part of the reintegration plan?

21     A    All right.  So I saw this as more of a

22 fluid document that would come almost -- you

23 know, be a part of that, the finishing piece at

24 a meeting with the final consideration of

25 services -- Okay?  -- document.



1            And I -- this was important because I
2     was trying to say, can we provide supports now
3     to keep this kid with you?  What can we do?  You
4     know, and I was -- you know, GNETS services
5     available in the LRE setting, if that makes
6     sense, so I was like, what can I do?  Can we
7     send staff to come over, you know?

8            You know, no, I can't send a staff
9     person for ten days, collect ten days of SBA
10    data, but we can come over, train your staff,
11    and then come back over when the data's
12    collected, analyze it, and help -- you know,
13    those types of things, and help write that.

14            So these are the types of things that I
15    put here.  Even model behavior divisions, like
16    go over and teach a class, you know, to model
17    that.  Provide social -- like I had proposed
18    that we work and -- you know, with our systems
19    and, like, go over and send a person to provide
20    social skills instruction for, you know, each
21    day, one period a day, you know, to those kids
22    on their, you know, MTSS, whatever Level 2 that
23    may need this and maybe they may not be as
24    familiar with providing that.

25            And so that's what that was about.  To



1  me it -- again, it is part of reintegration.

2  It's an involvement of us and the LEA from start

3  to finish and it's -- I don't know, it just made

4  sense to me in my head, so...

5      Q    Okay.  All right.  Well, let's move on

6  to Step Number 2.

7          All right.  In Step 2, the next part of

8  the process for this -- the individual student's

9  reintegration plan would be identifying how in

10  kind and financial contributions from LEAs to

11  support student reintegration and/or access to

12  equal educational opportunities.

13         Did I read that correctly?

14     A    Yes, ma'am.

15     Q    Okay.  Why is this step important to

16  consider?  Why did you consider this step to be

17  important to include as part of the

18  reintegration plan?

19     A    The students that GNETS serve, those

20  students require the most intensive

21  interventions, and currently, there's not enough

22  funding that we get to provide that.  To provide

23  all the, you know, mental health staff that we

24  need and to provide, you know, the RBTs or

25  whatever.  You know, it's getting better, but



1  it's still limited.

2          So -- and these kids are still -- they

3  still belong to the district.  We are just a

4  service on their continuum.  So, I mean, I

5  wanted to have it here, you know, upfront, you

6  know, considered, this is what I'm going to need

7  access to for this student, you know?

8          And this also would -- you know, if

9  they were doing Read 180 here, then, you know,

10 hey, give me his login information, they can do

11 Read 180 over here, you know, because this is

12 your kid and you've got a license for it.  It's

13 really not any more money, you know?

14         So this was the kind of thing that I

15 was saying here, you could think outside the box

16 ahead of time so that we can get these things in

17 place, get the textbooks, all those things in

18 place before the kid ever comes to GNETS.

19         PTA funds, I mean, that's just, look,

20 remembering these kids, students belong to your

21 schools, belong to you and we don't have PTA --

22 Okay?  -- and, you know, as far as PBIS

23 incentives and things like that, we can't use

24 state and federal grant dollars for that.  So

25 how do we do it?  Well, we fund raise.  Well, we



1  don't ask our students to fund raise so it's on

2  the staff.

3          So honestly, that idea came from Camden

4  County.  Camden County, at the time, that

5  superintendent, Will Harden, made every one of

6  his schools provide a portion of their PTA

7  money, a proportionate share to our GNETS

8  program for those types of things.  They wrote

9  us a check each year for that.  So, you know, I

10 think that's a great idea.  Again, these kids

11 belong to them.

12         And then any additional staff, I mean,

13 you know, it's -- again, we don't have that --

14 we don't have those tax dollars, that millage

15 rate is not applied here, you know, and I'm not

16 saying our systems have a lot of it either but

17 there are other funding mechanisms there, you

18 know, to consider.  So -- and again, these are

19 their students so I was just make -- you know,

20 keeping them aware.

21    Q    Okay.  And I do want to ask you, this

22 first point here where it says, provide access

23 to the same software and curriculum tools for

24 GNETS students that are used in the LEA setting.

25         Is that not -- is that not a guarantee,



1  that students would have access to the same

2  software and curriculum schools in the GNETS

3  program as they had in the general education

4  setting?

5       A    At that time?

6       Q    Yes.

7       A    In 2000, whatever date that was, '17?

8       Q    2017, yes.

9       A    They should have, but was it a

10  guarantee?  No, I had to -- we had to work for

11  it.  I mean, like, I had to go and get it, and

12  if I didn't get it, I had to tell somebody to

13  get it.  So that's why, you know, we wanted to

14  put this in there, but now it is common

15  practice.

16       Q    All right.  I want to look now at Step

17  3.

18            Step 3 says collaborate with -- yeah,

19  Step 3 says collaborate with LEAs to determine

20  opportunities for students to take some course

21  in the general education setting in the areas

22  that they're currently being successful.

23            Did I read that correctly?

24       A    Uh-huh.

25       Q    Okay.  And I'm just going to scroll.



1  There's some additional language there and then

2  there's some examples here.  In fact, let me see

3  if I can get this on one page.  There we go.

4        So why was it important to you to

5  include a step where the programs would have --

6  would work with the LEAs to find opportunities

7  for students to take a course in the general

8  education setting?

9     A    All or nothing thinking.  And, again,

10  often, students did not -- I mean, there were

11  classes, electives, you know, and things that

12  students did not demonstrate behavior issues.

13  Now not all students.  Some students demonstrate

14  behavior issues throughout everything, but some

15  did not and, you know, I just kind of thought,

16  well, there -- here's an opportunity for them to

17  participate with their peers, you know, and have

18  access, you know, to services.

19        Or to, you know, equitable services or

20  at least those -- you know, most of the time I'm

21  here referring to, you know, like, connections

22  and electives, to things with their general ed

23  peers population because, again, some students,

24  I think, you know, just require -- maybe

25  required social skills instruction.  There was a



1   -- you know, a benefit for that or, you know,

2   maybe half day or, you know, again, maybe they

3   did really great in social studies or whatever

4   because they loved that area.

5           And so it was just something that I

6   wanted to consider with this, and then to make

7   sure that we made that successful, provided

8   support for it.

9       Q    Okay.  Step 4 says, GNETS will

10  collaborate with LEA to consider what academics

11  supports are necessary in the LEA settings to

12  ensure that reintegration of the student is

13  successful.

14          Do you see that language?

15      A    I do.

16      Q    Why was this step important to you to

17  include in the integration plan?

18      A    Okay.  So a lot -- well, because --- I

19  can't remember the exact percentage, but there

20  -- you know, there's a high percentage of EBD

21  kids and research indicates they're actually SLD

22  or actually have academic issues and they kind

23  of fly low under the radar.  And the behavior,

24  you know, becomes prevalent because they don't

25  want to do -- and they can't do the work and



1  they become frustrated.

2          And guess what's easily seen?  That's

3  seen by the teacher and they've completed their

4  -- skills, all the sudden they're EBD -- Okay?

5   -- they didn't do SLD, whatever, and, you know,

6  to no one's fault, that's just how it works

7  and -- but when they get to us, it's much

8  smaller and then all of a sudden, we're sitting

9  in a classroom with five or six kids, a teacher

10  and a para pro and we realize that this sixth

11  grade kid can't read.

12          I mean, you know, he is barely -- you

13  know, knows, maybe first grade sight words, you

14  know, and we're like, well, hello, you know,

15  and -- because, again, it's smaller and we can

16  work with them more individually so we see this.

17  So, again, we put them on whatever supports that

18  we're using, I-Ready, whatever.

19          And so this is for that.  This is to,

20  you know, get over there and let them know, hey,

21  we really have here, a dyslexia issue, a problem

22  here, you know, maybe -- you know, not to have

23  them reevaluated, but here's what he needs to be

24  successful and here's the accommodations and

25  supports that he needs in reading to be



1    successful.

2           You know, he needs something to track,

3    you know, if these -- you know, fluency or

4    whatever.  I mean, it -- it's for that reason.

5        Q    Okay.  And, I guess, if Step 4 is

6    focused on what the students needs, what

7    supports a student needs from an academic

8    standpoint, is it accurate to say that Step 5,

9    which comes next, is focused on the behavioral

10   support --

11       A    Yes.

12       Q    -- that you-all -- that you felt

13   students needed to be successful in the GNET

14   setting?

15       A    Yeah.  And these are -- again, these

16   are examples.  That's not all inclusive or

17   anything, just some things I listed for the

18   committee to go in and do.

19       Q    Okay.  And why is it important that

20   students have behavioral supports in order to be

21   -- that your GNETS students, if they're

22   transitioning, in order for them to be

23   successful in making the transition?

24       A    The environment, absolutely, all the

25   way.  I mean, even down, you know, not to the --



1  you know, to the rigor of the academics, but to

2  the point that we're able -- we're much smaller,

3  you know, classes and there's two people in the

4  room and, you know -- so we want to make sure if

5  it's, you know, behavioral or whatever, there is

6  support, you know, and determine how long

7  support will last or come back and meet,

8  determine we need to, you know, get rid of it

9  or, you know, what -- but, again, if they were

10  referred to us with poor behavior, and, again,

11  we're letting them meet -- once they've met

12  those IEP goals or what the issue is, you know,

13  we want them to, of course, transition but we

14  want them to be successful, so we want to -- the

15  setting is so different from a center-based to a

16  LEA setting, general ed setting.

17           Even walking, opening the doors and

18  walking in the hallway.  So I mean, we want to

19  make sure that we're not going to cut that

20  support because they're going from high

21  structure and support to, boom.  And so this was

22  intended to, you know, make sure that we put

23  those appropriate supports in place for a time

24  frame to ensure success.

25      Q    All right.  And then Step 6 appears to



 1   focus on the social emotional support that
 2   students would need to be successful.
 3          How is that distinct from those
 4   behavior supports that we just discussed a
 5   moment ago?
 6      A    Well, actually, at this point, I --
 7   actually, now, looking at this, I would have put
 8   totally different things in here.  Okay?
 9          And that question, I mean, I had to
10   answer that for my -- one of my dissertation
11   committee chairs.  So basically, social
12   emotional behavioral can be combined, and that's
13   fine, but when I say social emotional, I am --
14   you know, I'm talk -- I'm talking more about the
15   underlying, the upstream, the why.
16          And so this actually should -- you
17   know, social emotional supports here would
18   reflect trauma-informed care and it should --
19   you know, social skills instruction, yes, but
20   something like, you know, therapeutic supports,
21   you know, and that's where that comes in at,
22   like individual counseling, group counseling,
23   those types of things here would be worked in
24   here to address more than that internalizing and
25   externalization behavior, but address the why



1   under it.

2       Q    Okay.  And then I just want to turn to

3   the very last step here.  It says, GNETS will

4   collaborate with the LEA to consider what

5   community supports are necessary in the LEA

6   setting to ensure that reintegration of the

7   student is successful.

8           When you included community supports,

9   what were you envisioning?

10      A    Wraparound.  I mean, and again, that's

11  gotten better, but at this point in time, I

12  mean, there are so many barriers that our kids

13  have, we can't possibly address everything in

14  the school setting.  I mean, there is nothing I

15  control about what's going on at home, you know,

16  but here, I do.

17          So hopefully getting these community

18  supports involved and providing them services

19  that include every aspect, or as much as

20  possible, would increase their chances of

21  success.

22          And so this is what I was thinking

23  about, you know, getting our community service

24  providers involved, you know.  There's a variety

25  of 50 providers, counseling agencies, LIPT,



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        214

1   CHIN, you know, social worker, so that's what

2   that was about.

3        Q    Okay.  I'm going to show you another

4   document.

5             And I would like for the court reporter

6   to mark this document as Plaintiff's

7   Exhibit 549.

8                  (Whereupon, Plaintiff's Exhibit

9                  Number 549 was marked for

10                 identification.)

11  BY MS. HAMILTON:

12       Q    Ms. Futch, I'm showing you Plaintiff's

13  Exhibit 549 now as well.  This is an e-mail

14  dated January 12, 2018 from you to what appears

15  to be the reintegration committee, plus I see

16  Nakeba Rame and Vickie Cleveland on this e-mail.

17            The subject line is GNETS Reintegration

18  Plan.  It's -- and attachment, and the first

19  page is Bates stamp GA00015229.  I'll let you

20  have control here.

21       A    Okay.

22       Q    And if you want to take a moment to

23  scroll through and let me know when you're

24  ready.

25       A    Okay.



1      Q    All right.  Do you recognize this

2   document?

3      A    I do.

4      Q    Okay.  Is it accurate to say that this

5   e-mail contains another draft of the

6   reintegration plan?

7      A    Yes.

8      Q    And this plan would have drafted as of

9   January 12th, 2018; correct?

10      A    Yes.

11      Q    Okay.  Just from scrolling through the

12   document, were there any major changes that you

13   remember being made from some of the earlier

14   drafts to this one that we're looking at now?

15      A    Again, we condensed it, I mean, like,

16   you know, because I wasn't sure of the format

17   anyway.

18           But basically, that document contained

19   everything in that prior document because we

20   essentially agreed, once I -- you know, and I

21   was -- I was happy to recall that when I put

22   those steps in there, we called it integration

23   and reintegration because that was the purpose

24   or, you know, how -- my outside the box thinking

25   of that.



1          And so this was just a more condensed
2     version but pretty much included everything, and
3     as, you know, the GNETS staff going to the IEP
4     meeting, it was our responsibility to teach
5     everybody and, you know, expound upon what
6     things were listed.
7        Q    We won't spend much time on this
8     document, but I do want to actually look at that
9     language you just referenced about the
10    integration and reintegration.
11         If you look at the third bullet point,
12    it reads, this plan contains two sections,
13    integration and reintegration.  Integration to
14    be completed by the IEP team upon entrance to
15    the GNETS program and reintegration to be
16    completed by the IEP team upon exit of the GNETS
17    program.
18         So here it does appear there's a
19    distinction being made between integration and
20    reintegration.
21         What is the difference?
22       A    Just like I said previously,
23    integration is them coming or, you know, the
24    initial consideration of services coming with
25    us.  And then the exit would be their first



1  class to transition our -- and then to complete

2  the exit, yes, is the reintegration.

3     Q    So am I recapping correctly if I say

4  the integration section is focused on ways to

5  integrate the student in GNETS settings while

6  they're still in GNETS?

7     A    Both.  It is both.  It is meant to,

8  yes, discuss that at the -- you know, with the

9  -- or whatever, if that's what the IEP team or

10  whatever decides, yes, it is meant to provide

11  those support -- you know, supports and discuss

12  that, but also it's meant to make sure that if

13  ultimately he is served with us -- I mean, or

14  placed with us, then that -- that student

15  receives appropriate supports from that LEA as

16  well.

17     Q    Okay.  And then reintegration is

18  focused on ways to integrate that student once

19  they've completed the GNETS program?

20     A    Well, not completed, but once we start

21  transitioning that to the -- back to the LEA

22  setting, it's focused on the supports required

23  from both LEA and GNETS.  GNETS would provide --

24  the LEA would provide to ensure that -- what the

25  student needs to ensure that that transition's



1    successful or, you know, could be successful,

2    yes.

3         Q    Okay.  So the reintegration are -- is

4    focused on the supports for the transition back

5    to --

6         A    Yes.

7         Q    -- in GNETS?

8              I'm going to show you another document.

9              I would like for the court reporter to

10   mark this next document as Plaintiff's

11   Exhibit 550.

12                   (Whereupon, Plaintiff's Exhibit

13                   Number 550 was marked for

14                   identification.)

15   BY MS. HAMILTON:

16        Q    And, Ms. Futch, I'm now showing you

17   Plaintiff's Exhibit 550.  This is a document

18   titled Guidance and Planning Documents for

19   Student Reintegrations from GNETS to an LEA

20   Setting.

21             We received this document in response

22   to Item Number 8 in the United States subpoena

23   for the production of documents, and just noting

24   for our internal numbering, this was Coastal

25   Academy stamp 003010.



LISA FUTCH                                  October 25, 2022
UNITED STATES vs STATE OF GEORGIA                       219

1        I'll give you a moment to scroll

2    through the document, let me know when you're

3    ready.

4        A    I'm ready.

5        Q    Okay.  Do you recognize this document?

6        A    I do.

7        Q    Is this the final version of the

8    reintegration plan that the committee worked on?

9        A    I did not work on that.

10        Q    Okay.  And when you say you didn't work

11    on it, you didn't work on this particular

12    version of it?

13        A    I did not.

14        Q    Okay.  What happened in the time period

15    when you were on the committee and when this

16    document was finalized?

17        A    I really -- let me just say I don't

18    know what happened.  I know that we had a --

19    that last document, and I don't recall, this

20    came not long after that, but a few months or

21    whatever at a GNETS directors meeting, the first

22    time I saw it -- well, I'm not even going to say

23    that because I don't -- I can't recall if it was

24    the first time I saw it, but I do recall being

25    at a GNETS directors meeting and, you know, us



1  coming up to talk about it and they gave it to

2  me to explain.

3         And it wasn't my document.  But, again,

4  I can't remember -- and maybe it was sent to me

5  before, I don't remember, but I know that had it

6  been, I probably would have been angry about it.

7     Q    Okay.  What was your opinion on this

8  document when you received -- or when you saw

9  it?

10    A    Well, we had -- I mean, the committee

11 that had been working, you know -- you know, it

12 was -- it's different.  There is no integration

13 piece and, you know, it is just about, you know,

14 reintegration of students and -- to assess their

15 needs and such, and the things that should take

16 place before -- you know, and, of course, like

17 it says, in the first ten days or whatever.

18        And it is about some of the supports.

19 It does include that, that they need to

20 reintegrate successfully, but it definitely is

21 not about integration, which I thought we had

22 had an agreement.

23    Q    Why do you think the integration

24 portion would have been removed?

25    A    I don't know.  Maybe -- maybe we did



1  have an agreement.  Maybe I misunderstood.

2  Maybe -- maybe I was -- just misunderstood,

3  maybe -- you know, maybe I -- but, you know,

4  they were all in the e-mail.  We went back and

5  forth.  We met.

6         But I honestly do not know.  I do know,

7  though, that if I'm not -- and I don't recall,

8  but I do know that Nakeba -- that at this point

9  in time, Vickie -- Vickie was doing it, Vickie

10  Cleveland, and I believe Nakeba had maybe become

11  federal programs whatever person at that time

12  and was not as involved.  And so I don't know

13  what happened, but this is not what I did --

14  what the committee that I was on, that document.

15     Q    Okay.  Were there any other changes

16  that you saw in the final version that surprised

17  you?

18     A    Can I scroll down again?

19     Q    Sure.

20     A    There is -- there's really nothing that

21  says anything about any kind services or

22  supports or funding for additional staff.  Yeah,

23  and I do remember -- I remember that, actually,

24  that -- well, looking at this and remember --

25  and thinking, you know, and -- but really, no.

LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        222

```
 1              I mean, if -- you know, it includes
 2     most of -- you know, other than -- none of the
 3     integration piece, but most of what the other
 4     one had it in, for the most part.
 5         Q    Okay.  And do you currently use this
 6     document in your GNETS program?
 7         A    I believe that's the one we use.  I'm
 8     not certain.  I don't think there was another
 9     one after this.
10         Q    And I --
11         A    Do you think -- huh?
12         Q    Oh, no, I was going to say, I know this
13     is the version of the document you provided to
14     us but --
15         A    Yeah, but like I said --
16         Q    Yeah.
17         A    -- that was the last one.  So, yes, we
18     are -- we are using it.
19         Q    I want to show you another document.
20              I would like for the court reporter to
21     mark this document as Plaintiff's Exhibit 551.
22              (Whereupon, Plaintiff's Exhibit
23              Number 551 was marked for
24              identification.)
25     BY MS. HAMILTON:
```



```
1         Q    And, Ms. Futch, I'm currently showing
2    you Plaintiff's Exhibit 551.  This document was
3    produced in response to our request for a copy
4    of Coastal Academy's GNETS grant application --
5         A    Uh-huh.
6         Q    -- for fiscal year 2022, and then our
7    internal DOJ Bates numbering was Coastal Academy
8    stamp 000250.
9              I will give you control if you just
10   want to skim through.  You don't need to read it
11   page by page, but I do want you to look to
12   confirm that this is what you provided.
13        A    Yeah, it's mine.
14        Q    Okay.  Great.  And am I correct that
15   this is the Coastal Academy GNETS grant
16   application for fiscal year 2022?
17        A    Yes, ma'am.
18        Q    On the first page, there's a
19   handwritten note that says FY22 grant
20   application contains flagging data for FY21.
21             What does this mean?
22        A    That was for DOJ so that they knew that
23   this was my grant app, yes, for FY22, but the
24   data I asked for is from '21.
25        Q    Okay.
```



1        A     It reflects the '21 school year.

2        Q     Okay.  So you're using the data from

3    the 2021 school year to make projections for

4    fiscal year '22; is that accurate?

5        A     Yeah.  It asks for how many resident --

6    you know, all these different things and, you

7    know, so I don't know how they use it.  I mean,

8    does that make sense?

9              But that's -- you know, it's always --

10   you know, the data that is included is always

11   from the year before.

12             Now, the -- you know, like staffing and

13   things like that, that's the most up-to-data

14   data that we have, but the majority of stuff,

15   how many kids -- you know, because this is due

16   May 30th or whatever, you know, physical

17   restraints are -- it's from that FY21 school

18   year.

19       Q     Okay.  That is very helpful.  All

20   right.

21             So I want us to look at page 8, scroll

22   there now, and this page is titled, Student

23   Transition Form.

24             This first column -- well, the first

25   column says name of district served, and then



1   the second column says return to home school or

2   district.

3          What does that column represent?

4     A    The number of students that

5   transitioned for FY21.

6     Q    Okay.  And when you say FY21, you're

7   saying that's the 2020 to '21 school year;

8   correct?

9     A    Yes.

10    Q    Sorry, you paused.  Did you hear the

11  question correctly or do you need me to repeat

12  it?

13    A    I'm sorry, I said yes.

14    Q    Okay.  All right.  So for the 2020 to

15  2021 school year, this is the number of students

16  who have returned to their home school or home

17  district; is that correct?

18    A    Yes.  And -- it is, and it looks very,

19  very low to me and I'm thinking that there

20  was -- there was some difference in definitions

21  that we would get.  And so, so return to home

22  school district could mean one of two things.

23          One thing it could mean would be that

24  those kids who exited and completely

25  transitioned, all right, no GNETS -- you know,



1  no classes at GNETS, or it could mean that they

2  just went for one class or whatever.  So it's

3  interpreted different ways.  And we always -- I

4  get confused every year, I have to be honest,

5  so, I mean, I call my, you know -- Cedarwood's

6  GNETS director partner and I'll call them and,

7  you know -- so this year, that was accounted as

8  total returned, returned, not receiving any

9  GNETS classes.

10      Q    Okay.  And I'm going to show you

11  another page in the grant application that

12  discusses a similar topic but the number is

13  different.  You may be able to explain why.

14      A    Yeah, that's probably why.

15      Q    Okay.  So let's look at page 34.  On

16  page 8, as we just discussed, it said that seven

17  student returned.

18          On page 34, okay, around here in the

19  middle of the page, there's a question that

20  says, how many students transitioned to a LRE

21  because they've met their IEP goals?

22          How is that different from what we

23  would have been looking at on the other page?

24      A    There's 22 transitioning total, maybe

25  for one class, two classes.  That is including



1  everybody that has transitioned.  And the one on

2  the front page are those kids that transitioned

3  completely, done.  You know, because we start

4  with a very slow transition, you know, one or

5  two classes depending on the need of the kid.

6      Q    Okay.  Thank you for making that

7  distinction.

8          So based on all that we've discussed

9  related to students being integrated and

10  reintegrated, I guess, what's your perception on

11  how many students are being -- are having the

12  opportunity for reintegration?

13     A    For my program?

14     Q    For your program specifically.

15     A    I really think it's really good, to be

16  quite honest.  You know, I'm just considering

17  this school year already, you know, we have five

18  transitioning in Glynn and I have seven already

19  transitioning in -- at my Liberty site and --

20     Q    I'm sorry, just to confirm, sorry to

21  cut you off.

22          You're referring to the current school

23  year so that would be fiscal year '23?

24     A    Yes, the one we're in, uh-huh.

25     Q    Okay.



1      A     And just last year, I mean, I think

2    that number was higher for my -- I don't -- I

3    can't remember if I sent you -- no, I don't

4    think I sent -- we had to send last year's

5    information, I -- yeah, FY22 or FY -- yeah, I'm

6    sorry, I've got a lag.  I'm always behind.

7           But that was higher as well in

8    transitioning and -- but -- so for Coastal

9    Academy, I think that the number of students

10   that we have transitioning is great and is

11   growing.  And, I mean, I actually, you know,

12   used that data for my dissertation, it was part

13   of it, and so it is great and is growing.

14          We do take our time or take the time to

15   make sure we are transitioning slowly enough

16   that students are getting what they need and

17   they actually are meeting those goals and are

18   being successful, you know, in both

19   environments.  So I think that's great for us.

20   I think it's working, you know, well.

21      Q    Okay.  Earlier when we were discussing

22   the length of stay.  You had noted that there

23   are some students who have been in the program

24   for, you know, up to, say, seven years.

25          Are there any changes that you would



1  make to provide those students with more

2  opportunities to be served in general education

3  settings?

4      A    Sure.  Yeah.  There are changes that I

5  would make.

6      Q    And what would that look like?

7      A    Those students that, you know, have

8  been served with us for whatever -- there's

9  only, you know, a couple, a handful -- that

10  long, you know, it's not that they've not ever

11  been transitioned, they have been.

12          Some of them -- I mean, we started

13  doing a better job of transitioning students, of

14  course, when we started discussing the required

15  supports needed.  And once our systems as well

16  -- at least here, put in that other step on the

17  continuum in their districts with that extra

18  class, so that really helped make -- you know,

19  increase the success of transitions.

20          But within Coastal Academy itself, I

21  honestly think that, in my opinion,

22  trauma-informed care has been the key.  And when

23  I -- I'm a trauma-informed care fan and

24  personally, I believe PBIS should be under the

25  trauma-informed umbrella and not vice versa

LISA FUTCH                                         October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          230

1    or -- you know, it should be one integrated

2    framework, which I believe the DOE is working

3    on.

4           But I think had we implemented -- our

5    real implementation of trauma-informed care, in

6    my opinion, at Coastal did not start until, I

7    don't know, school year '19, I would say,

8    because -- and once we put that in place and we

9    really provided -- started providing training

10   and awareness and, you know, making our staff --

11   our staff are trauma sensitive, our restraints

12   went down, good things went up, you know?

13          And so, yeah.  So these kids that have

14   been here long, you know, they were

15   pre-trauma-informed care and now that we're, you

16   know, trauma-informed care, we are -- we are let

17   me -- just say this, we are facing a longer time

18   period than, you know, not -- you know -- and

19   how would I say this that's not negative because

20   I don't think we've done anything wrong or ever

21   did anything wrong or -- you know, we've

22   provided support.

23          But I feel like that, you know, now

24   that we're providing, you know, it from a

25   trauma-sensitive approach, you know, it is just



1    completely different.  You know, staff are

2    completely different.  There's not as many power

3    struggles.

4          And so those kids that have been here

5    longer that experienced the pre, you know,

6    probably -- and that weren't successful or

7    whatever that came back, you know, I feel like

8    we have more work to do, more catch-up on that

9    trauma-informed piece.

10          But our kids that are now coming in,

11    they're making this transition quicker and doing

12    better and we are actually transitioning them

13    quicker.

14    Q    Okay.  I want to note two other things

15    that are here.  It says -- so there's another

16    question that says, how many students

17    participated in extracurricular activities with

18    the LEA, and it says six; is that right?

19    A    Yes, ma'am.

20    Q    Do you -- do you believe that that

21    number could be higher in terms of the number of

22    students participating in extracurricular

23    activities with LEA?

24    A    If the model was different, yes.

25    Q    And when you say "if the model's



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        232

1   different," what is the model now related to

2   extracurricular activities?

3       A    Well, I mean, you know, if a student is

4   center-based and they meet the code of conduct,

5   which is rare for them to be able to

6   participate, you know, because they -- you know,

7   students have -- are eligible, you know, to try

8   out, participate or whatever, but, you know,

9   they, of course, have to meet that piece of the

10  pie, too, just like everybody else does.

11          So, you know -- but anyway, if they're

12  eligible to participate and they do, it's just a

13  more difficult issue getting them from one place

14  to the other for practice and those types of

15  issues.

16          Now, if we went back to reintegration

17  and integration and reintegration and some of

18  these things were thought about on the front end

19  of how we could best serve these students, I

20  would change that model and -- you know, of how

21  we serve students and maybe, you know, took a --

22  we could take a different look at, you know, do

23  they really need all GNETS classes or, you know,

24  what -- you know, come on guys, you know, that

25  kind of thing.



1           And, again, there are kids that are,

2    you know, all day very significant, you know,

3    type, but there are, you know, those kids here

4    and there that do well.  And, you know, if he's

5    a football player and he does well in

6    weightlifting and, you know, I think we should

7    look at that model and determine how best to

8    serve him and maybe something else would be more

9    appropriate that would provide him better access

10   to be able to get to those things and access

11   them.

12        Q    So do you feel restricted now in being

13   able to provide students access to

14   extracurricular activities in the GNETS setting?

15        A    I don't know that I feel restricted

16   because I can always say -- and I've done this,

17   you know, we've done this -- we've picked the

18   phone up and we've said, hey, all right, such

19   and such is interested in playing, whatever,

20   football and, you know, can you provide me with

21   the tryout information, all of this, you know,

22   other kind of information, this stuff and we --

23   and we get it and we get that information and we

24   get that ball rolling.

25           But if -- you know, I guess to -- I



800.211.DEPO (3376)
EsquireSolutions.com

1   mean, if transportation is an issue, it's an
2   issue, you know, although, you know, our systems
3   technically are required to provide
4   transportation for practice, after school
5   practice, but we have not had any of our
6   students that have requested -- and that's the
7   problem, they haven't requested to participate,
8   actually require that as of yet.  So, no, I
9   don't feel restricted at all.
10         I feel like we -- my systems would make
11  it happen.  I guess I feel like it's not always
12  on the forefront of maybe the parent, the
13  student's mind that I can actually participate
14  or even, you know, the settings, you know,
15  thinking, you know.  Sometimes I feel like when
16  they come over to us, it's often, you know, oh,
17  they don't have football -- they don't have a
18  football team, you know, it's kind of an our kid
19  versus their kid.
20         And, again, that's why I like the
21  integration and reintegration piece.  So it was
22  on the forefront and those things were
23  discussed.
24    Q    And then the last question here.  It
25  says, how many students participated in two or



LISA FUTCH                                      October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          235

 1   more segments with the LEA.
 2           What did your program report in
 3   response to this question?
 4       A    So there were nine students.  So of the
 5   22 there that were transitioning, nine of those
 6   participated in two or more segments.  That
 7   means they had two classes -- two or more
 8   classes in the LEA setting.
 9           And, of course, if you go back to that
10   seven, you know, seven of those 22 were
11   full-time so, you know, there's, you know --
12   does that make sense?
13       Q    I think so.  So the total pool of
14   students you're looking is the 22 who
15   transitioned, and of those 22, nine participated
16   in two or more segments?
17       A    Uh-huh.  And of those 22, seven
18   completely transitioned out, no classes.
19       Q    What about the remaining students in
20   that 22?
21       A    Then they're -- they are less than two
22   segments.
23       Q    Okay.  I'm going to stop sharing my
24   screen.
25           And, Ms. Futch, how are you doing?  Do



1  you need a break?

2      A    No, I'm good.

3          MR. NGUYEN:  I was just going to

4     say we've been going for about an hour

5     and-a-half, since lunch, a little over

6     an hour and-a-half so, whenever is a

7     good time for a break, but it doesn't

8     have to be now, so, you know.

9          MS. JOHNSON:  Yeah, if we could

10    take a five or ten-minute break, that

11    would be great.  But like he said, if

12    this isn't the right time, you know,

13    somewhat soon.

14         MS. HAMILTON:  Okay.  I'm

15    transitioning between topics so this

16    seems like a good time, but why don't

17    we just do a five-minute break?

18         MS. JOHNSON:  Okay.

19         MR. NGUYEN:  That's great with me.

20    Thank you.

21         THE VIDEOGRAPHER:  Okay.  We'll go

22    off the record now at 2:35 p.m.

23             (Whereupon, an off-the-record

24             discussion was held.)

25         THE VIDEOGRAPHER:  Back on the



1       record at 2:41 p.m.  Please proceed.
2    BY MS. HAMILTON:
3       Q   Ms. Futch, I want to talk now about
4    just how the GNETS program is funded.
5           What are the various sources from which
6    your program receives funding?
7       A   I receive -- GNETS, Coastal Academy
8    receives funding in the form of a state GNETS
9    grant and then we receive IDA, I believe it's
10   60, I don't know, but it's federal IDA money
11   based on our total student population.
12          And then we do receive in-kind services
13   from our systems and we've been receiving much
14   more of that and they pay for various staff
15   members that are needed, you know.  A lot has
16   changed with -- but various staff members, para
17   pros, RBTs.  Saturday school, I started that in
18   Liberty -- at my Liberty site because, you know,
19   I don't like suspending -- in suspension where
20   kids would be with me, and I feel like my kids
21   need reteaching so we have a little Saturday
22   school.  They pay for staff to come and, you
23   know, do that.
24          So, of course, transportation is
25   provided by the systems.  For us, curriculum



1  material, reading material, math curriculum, you

2  know, things like that I need just -- that's --

3  yeah.  I'm trying to think.  But that's pretty

4  much it.

5          I mean, if I ask for it and I like I

6  desperately need it, my assistants typically get

7  it -- give it to me.  But also building and

8  facilities.  Like I don't -- Coastal Academy

9  does not pay any rent, electronic bills, or

10  anything like that.

11     Q    And that's -- and the reason you don't

12  pay rent for the facilities is because that is

13  provided by the LEA's, is that what you're

14  saying?

15     A    Yes.  Yes.

16     Q    So just to recap, it sounds like you

17  are able to get funding from the state grant,

18  you're getting federal funding, and you're also

19  getting in-kind funding from the school

20  district; is that correct?

21     A    Yes.  You know, like I said, not always

22  in dollars but in staff, you know, whatever,

23  those type of things, uh-huh.

24     Q    Are there any other sources of funding

25  that you haven't listed?



1    A    No, ma'am.

2    Q    Okay.  So I want to focus on the state

3    funding for now.

4         What is the process that you follow in

5    order to receive the GNETS state grant funds?

6    A    The process that we follow to do that

7    is making sure that our students are all

8    captured by each LEA served, their student

9    record, and that's in June.  That's filed

10   sometime in June, usually, each year.

11   Q    Do you complete an application?

12   A    Oh, sorry, yes.  If you want all that,

13   yes, I do.  We submit an annual grant

14   application every year.

15   Q    And who do you submit that to?

16   A    It's -- if I submit it up in -- you

17   know, we put it -- well, actually, we complete

18   it in the DOE portal, the DOE portal, but Vickie

19   and Lakesha, they review that.

20   Q    When the application is approved by the

21   state DOE, are there specific purposes for which

22   you can use the funds?

23   A    Well, we have to follow the state and

24   federal guidelines.  So, yes, absolutely, you

25   know, there are specific, you know, things that





1   we use the funds for.  And, again, we have to

2   follow the stated guidelines that everyone else

3   does with -- in that regard.

4        Q    What are some of the expenses that are

5   covered by the GNETS state grant?

6        A    Staff, you know, salaries, benefits.

7   Actually 90 -- 95 percent, probably, of my state

8   grant is used for that.  Attorney fees must come

9   out of there.  Indirect costs comes out of there

10  to our fiscal agent.  It's like 1 percent of our

11  total budgeted allocation or whatever.

12            Supplies, you know, that are needed for

13  students, instructional supplies.  You know,

14  pretty much what we need as long as there's an

15  instructional -- I mean, those, I will say that

16  our state regs are -- I mean, of course, we

17  can't buy incentives and things like that out of

18  our state dollars for students or buy them, you

19  know, clothes or, you know, whatever things,

20  Christmas presents or stuff like that for -- you

21  know, but pretty much anything we need

22  instructional wise or support wise, we can do.

23            But, again, that's all -- there's an

24  approval process that goes into our budget, and

25  now it's actually signed off on by the DOE to



1  approve even before my fiscal agent does, so it

2  goes there, so.

3          Now, federal, it's a little more -- the

4  federal regs are a little stricter on what we

5  can and can't use money for, but we follow those

6  federal regs that all our local school systems

7  have to follow with IDA money.  And -- but,

8  again, it's, you know, in addition to, you know,

9  support, you know, what's needed.

10          And, of course, then we answer those --

11  well, not answer, but, you know, especially if

12  it's interventions and things that we're buying,

13  we have to make sure that we appropriately

14  categorize them, you know, rate them under

15  evidence-based or, you know, those types of

16  things.

17     Q    I want to show you a document, and I

18  would like for the court reporter to mark this

19  is Plaintiff's Exhibit 552.

20              (Whereupon, Plaintiff's Exhibit

21              Number 552 was marked for

22              identification.)

23  BY MS. HAMILTON:

24     Q    Ms. Futch, I'm currently showing you

25  Plaintiff's Exhibit 152.



LISA FUTCH                                              October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              242

1      A    Yes.

2      Q    This a March 2018 e-mail chain between

3    you, Vickie Cleveland, and Amber McCollum and

4    some other individuals.  The Bates stamp number

5    on this document is GA000829 --

6      A    Uh-huh.

7      Q    -- 98.

8      A    Uh-huh.

9      Q    Let me make sure -- let me give you

10   control just to take a moment to scroll through,

11   and then let me know when you're ready.

12     A    Yes, I'm ready.

13     Q    Okay.  Do you recognize this document?

14     A    I do.

15     Q    Okay.  So I want to start at the

16   beginning of the e-mail chain.  This was the

17   e-mail dated March 13th, 2018 that you sent to

18   Amber McCollum and Eric Moody.

19          Do you see that?

20     A    I do, uh-huh.

21     Q    Who is Amber McCollum?

22     A    At that time, I believe she was like

23   one of the program specialists or program

24   manager.  Like, she was our budget -- you know,

25   everybody is assigned a district -- a budget



1   person.  She was our budget -- GNETS budget

2   person.

3        Q    Okay.  And who is Eric Moody?

4        A    He is the CFO at First District RESA.

5        Q    What was the issue that you were

6   bringing to their attention?

7        A    Well, I -- again, somata sensory input

8   here.  I am starting or beginning the

9   implementation of my trauma-informed care.  I

10  had done a little bit of research in this and

11  aromatherapy and things of such and combining

12  other whatever.

13            I wanted to spend some grant money to

14  provide this at -- for all students at -- like a

15  diffuser in each classroom with the oils, right?

16  And so I wanted at first to use federal money

17  because, you know, my understanding, it is a,

18  you know -- I have the research and I did, later

19  on, send additional research that -- where it's

20  based off of and it -- you know, for

21  intervention purposes and the impact it has on

22  mood and, you know, brain and regulation and

23  things like that.

24            So I asked if I could use federal money

25  instead of state, and Amber said, no, that



1   needed to be in IEP.  And I was like, oh, Amber,

2   please.  No, I didn't say that but, you know,

3   everything that we buy in federal dollars is not

4   always in the IEP, you know, but that's okay.  I

5   went back because, you know -- and, I mean, I

6   had the state money so I just took it out of

7   state.

8       Q    And it looks like you also -- Vickie

9   Cleveland was also added to the e-mail chain at

10  some point.

11          What was her position on whether

12  federal funding could be used?

13      A    Well, I had discussed it with her

14  first.

15      Q    Okay.

16      A    Yeah, and she recommended, you know --

17  well, I discussed it with Eric Moody first,

18  who's my CFO, and he was like, talk to Vickie,

19  talk to your DOE.  I talked to my person,

20  Vickie, and Vickie said, you know what?  I think

21  so but I'm not sure, let's talk to Amber.  And

22  so that's why I cc'd her, just make her, you

23  know, knowledgeable that I had done that.

24      Q    Okay.  So their position, ultimately,

25  was that federal funding couldn't be used to



1   cover those expenses --

2        A    Yes.

3        Q    -- is that correct?

4             Okay.  And state funding was

5   appropriate for those expenses?

6        A    Yes, uh-huh.

7        Q    Okay.  And what is your sense regarding

8   the distinction between when you can use federal

9   funding versus state -- GNETS state grant

10  funding --

11       A    I'm going to be honest with you, they

12  go back and forth.  And so my sense, I mean, I'm

13  like, um, so -- but my sense -- I can tell you

14  this, it is easier to buy with state money than

15  federal, just, I mean, -- and I know that

16  everything, there has to be, I mean, justified,

17  of course, and research-based, and I've never

18  asked for anything that wasn't.

19            But, you know, as far as federal cost,

20  again, federal regs and the DOE, they're a

21  little more, they're -- you know, they're more

22  strict, more rigid with federal dollars.

23       Q    Okay.  I'm going to show you another

24  document.

25            I'd like for the court reporter to mark



1    this document as Plaintiff's Exhibit 553.

2                    (Whereupon, Plaintiff's Exhibit

3                    Number 553 was marked for

4                    identification.)

5    BY MS. HAMILTON:

6         Q    Ms. Futch, I'm showing you Plaintiff's

7    Exhibit 553.  This is a January 20th, 2022

8    e-mail request from you to Vickie Cleveland with

9    the subject line, project based learning.

10        A    Uh-huh.

11        Q    And I also note that there is an

12   attachment to this document.  The Bates stamp

13   number is GA00357358.

14             If you want to take a moment to look at

15   it, feel free.

16        A    Yeah, I know what it's -- yeah.

17        Q    Okay.  Do you recognize this document?

18        A    I do.

19        Q    Okay.  On January 20th, 2020, you

20   e-mailed Vickie Cleveland to inquire whether you

21   could use state funds for project-based learning

22   activity; is that correct?

23        A    Yes.

24        Q    What was the activity?

25        A    It was -- I believe that my -- this was



1   my teacher that was in my autism room, so it was

2   project-based learning.  And, again, to make

3   sure -- it was a gardening project with

4   students, so -- and growing, things like that.

5        Q    Okay.  Why did you believe that this

6   purchase should be covered by state funds?

7        A    Well, I mean, actually, I was a hundred

8   -- almost -- well, 90 percent sure it should be

9   state funds and I had called prior to writing

10  this e-mail, Eric Moody, and said Eric,

11  heads-up, this is what I called for.  I called

12  to let him know I'm buying this, you know, or

13  going to submit this and I don't want you to

14  think this is what this is for because, you

15  know, I'm asking for seeds and things like that.

16           And he said, oh, yeah, state is -- it

17  probably can come from state, but reach out to

18  Vickie Cleveland and make sure or reach out --

19  he calls her my DOE person to make sure and I

20  said, okay.  So my RESA e-mail for things

21  documented it, so I did.

22           And the reason I thought it should be

23  state is after the last thing, I was pretty sure

24  it wasn't going to be federal.  And -- and

25  anyway, so that's the e-mail and, yeah, it was



1   state.

2       Q    Okay.  And so I don't have the response

3   that you received from Ms. Cleveland, but are

4   you confirming that she did say this --

5       A    Yeah, she didn't respond to me in an

6   e-mail, she called me and she told me state was

7   fine.

8       Q    Okay.  Did Amber McCollum need to be on

9   this e-mail chain?

10      A    You know, I don't know.  You know, she

11  was on the first one just because Vickie told me

12  to e-mail her, you know, and -- but this was --

13  you know, and I -- see, I'd called Vickie on

14  that first one prior to e-mailing her so this, I

15  just shot Vickie an e-mail, I mean, you know,

16  like my first step, so...

17      Q    Okay.  But it's not a formal protocol

18  where you have to copy --

19      A    No, there is no formal protocol for any

20  -- no, none.  This is just me, you know, doing

21  what RESA told me, but also, I mean, you know,

22  trying to make sure I do the right thing, you

23  know?

24      Q    Okay.  I'm going to next show you

25  another document.



1          And I would like for the court reporter
2     to mark this as Plaintiff's Exhibit 554.
3               (Whereupon, Plaintiff's Exhibit
4               Number 554 was marked for
5               identification.)
6     BY MS. HAMILTON:
7          Q     Ms. Futch, I'm now showing you
8     Plaintiff's Exhibit 554, and this is an e-mail
9     dated March 30th, 2018 that you sent to Zelphine
10    Dixon and Nakeba Rame with the subject, RE:
11    Multi-Tiered System of Support MTSS, opportunity
12    to apply for participation.
13         A     Uh-huh.
14         Q     And the first page is Bates stamped
15    GA00083733.
16               If you need a moment to scroll through
17    document, you may do that now.
18         A     Yes, I'm aware.
19         Q     Okay.
20         A     That's mine.
21         Q     All right.  What is the multi-tiered
22    system of support state personnel development
23    grant?
24         A     That was -- I mean, as far as I know,
25    that's the only time it -- you know, or at least



1    it was sent to me, okay.  They messed up because

2    they e-mailed it to me.  I mean, I got it in

3    some kind of group, whatever, oh, wait a minute,

4    it's money.  So I've never gotten anything else

5    since then.  And so, as much as I know, it's

6    right there, you know, I've not heard anything

7    else about it.

8        Q    In your e-mail to Zelphine and Nakeba,

9    you asked whether you can apply for the grant.

10            Who were the intended recipients of the

11   grant?

12       A    GNETS staff.

13       Q    Okay.

14       A    Well, you know, I mean, it looked to me

15   like, you know, it was for, you know, state

16   personnel development.  So let's get some GNETS

17   staff in there, get them trained, you know, on

18   Tier 2, you know, tier -- because I was -- you

19   know, again MTSS is at the GNETS level, but we

20   should differentiate our levels of intervention

21   as well.

22            So, you know, I -- it would help me

23   greatly to -- you know, to get some of that or,

24   you know, to allow someone else to come down and

25   do the training because right now I was doing it



1  all.  I just trying to teach them the difference

2  and a two -- Level Tier 2 support versus 3.

3  Make sense?

4       Q    And in your first sentence here, you

5  say, I know this is designed for school systems

6  and it should be implemented before special

7  education begins.

8       A    Right.

9       Q    What were you referencing there?

10      A    MTSS is a general ed function.  It

11  should be.  It's there -- again, it's to be

12  implemented to close gaps or to address, you

13  know, behavioral, social emotional issues, you

14  know, provide supports to prevent them from

15  getting to special ed, you know?

16      Q    Were you reaching out Zelphine and

17  Nakeba, then, because you felt that that funding

18  also should be available in -- for GNETS staff?

19      A    Yes, yes.  I did, yeah.

20      Q    What were their responses?

21      A    The -- so there was an e-mail followup,

22  but I believe -- I can't recall -- but the

23  answer was no, and I think that it was something

24  along the lines that, you know, basically, you

25  know, it is designed for school systems, I



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        252

1  believe, not -- program or something like that.
2  I just -- I can't remember the entire details,
3  but -- and I was to reach out to my assistants
4  to -- anyway, to see if I could -- if they
5  apply, we could participate with them.  But,
6  again, I can't recall the complete subject of
7  the e-mail.
8        Q    I'm going to show you another document.
9             I'd like for the court reporter to mark
10  this document as Plaintiff's Exhibit 555.
11             (Whereupon, Plaintiff's Exhibit
12             Number 555 was marked for
13             identification.)
14  BY MS. HAMILTON:
15        Q    And, Ms. Futch, I'm now showing you
16  Plaintiff's Exhibit 555.  This is an e-mail
17  dated February 26th, 2020 from you to Vickie
18  Cleveland with the subject line, therapeutic
19  services grant.  The Bates number for this
20  document is GA00097408.
21             Do you recognize this document?
22        A    Yes.
23        Q    Okay.  What is the therapeutic services
24  grant?
25        A    It's additional -- okay.  So that



1   should have been mentioned before when you asked

2   me about funding.

3           There is an additional therapeutic

4   services grant that some of us get, but we had

5   to ask -- you know, basically just send an

6   e-mail to ask if -- I don't know where the money

7   came from -- but anyway, it's a pot of money

8   that they have.

9           And so it's to provide additional

10  therapeutic services to our students.  Okay?  So

11  it can only be used for that, you know?  It's

12  very specific as to what it can be used for and

13  then we have to submit logs every month, you

14  know, for that.

15          So I used it to fund LPC's for students

16  to get intensive counseling.

17      Q    Okay.  And who funds the therapeutic

18  services grant?

19      A    It comes from the DOE.  I'm not sure

20  how it's funded.  It may be state money, I'm not

21  sure, it may be -- I don't know.

22      Q    Okay.  You mentioned here that your,

23  quote, therapeutic services providers would no

24  longer be getting the grant that they have been

25  receiving to offset CAG METS costs to provide



1    therapeutic services to our students.

2            Who are the therapeutic services

3    providers at issue?

4        A    All right, so at this point in time, I

5    was using a service, counseling serviced called

6    Cord of Three and they actually wrote a grant to

7    help provide those services for our students

8    because of the GNETS programs -- I can't

9    remember how many of us were getting this money

10   -- I received the lowest amount.

11           And, again, I don't know what it was

12   based off of, how they decided who got what, I

13   have no idea, this is just what I got.  Maybe

14   that's all that was left, and -- but that's all

15   I continued to get.  It never increased or

16   whatever else.

17           So here I am asking saying, hey, these

18   services are important, I need them for my kids,

19   and I'm even offering -- you know, because here

20   I'm just saying, hey, is there an actual

21   application process?

22           I don't mind competing for it.  I'll do

23   a grant, you know, to see if I can get more

24   money.

25       Q    And so I guess here you're saying --



1  well, I guess my question for you then is:  Why

2  were they no longer receiving the grant that

3  would offset the costs?

4       A    Are you talking about Cord of Three?

5       Q    Yes.

6       A    That was a product grant.  I'm not

7  sure.  I mean, that company -- like the owner of

8  that company used to be a GNETS counselor a

9  while back.  So GNETS, those students were, you

10 know, kind of at his heart.  So he couldn't do

11 it for 47,5 because we were getting a lot of

12 services, so they wrote this other grant but

13 that grant ended.

14           Does that make sense.

15      Q    Okay.  So just to recap, for the

16 therapeutic services grant, that is in the

17 amount $47,500 --

18      A    Yes.

19      Q    -- is that correct?

20      A    Uh-huh.

21      Q    And the services of Cord of Three were

22 higher than that amount --

23      A    Yes.

24      Q    -- is that correct?

25      A    Yes, always higher, but they had that



1   grant for a few years that were getting them
2   through.
3        Q    Okay.  And so because they were no
4   longer receiving the grant that would offset the
5   cost, you were reaching out to Ms. Cleveland?
6        A    Yes, because, I mean, that would mean
7   that, you know, I could no longer then afford to
8   have them.  They couldn't -- I mean, he had to
9   pay staff, you know?
10       Q    Okay.  So what was your specific
11  request of Ms. Cleveland in connection with the
12  therapeutic service provider?
13       A    To increase the amount of money to
14  70,000 that I received, that GNETS Coastal
15  Academy receives versus the 47,5.
16       Q    Okay.  And what ultimately happened?
17  Did you receive what you had requested?
18       A    No, I did not.
19       Q    Is there a mechanism by which the state
20  can increase the amount that they're providing?
21       A    I don't know.
22       Q    And so I guess, what did Ms. Cleveland
23  say in response to your request?
24       A    I think she gave me a call.  I can't --
25  I don't remember if she called or e-mailed, but



1  I believe she called me, and basically she said
2  that, you know -- that, you know, that she would
3  try but she couldn't guarantee anything, and,
4  because, again, all of this is approved by the
5  State Board of Ed.
6        But the amounts that are provided to
7  each, you know, GNETS program are given to the
8  State Board of Ed from somebody, not the State
9  Board of Ed, so I don't know.  But that's all
10  she'd say because, you know, I guess money at
11  that particular -- I think they were cutting the
12  budget or whatever during that time or, I don't
13  know, maybe even governor proposed something.
14  So I can't recall, but that she would certainly
15  take my request in consideration.
16     Q    Okay.  However, you ultimately did not
17  receive that money; is that correct?  The
18  additional money; is that correct?
19     A    That is true, I did not receive it.
20     Q    I'm going to stop sharing that document
21  and I want to switch gears to ask you some
22  questions about staffing in your GNETS program.
23     A    Excuse me, I'm sorry, do you guys hear
24  the buzzing?  No, you don't hear the buzzing?
25  Okay.  Okay, just making sure.  Go ahead.



1              (Whereupon, an off the record
2              discussion was held.)
3    BY MS. HAMILTON:
4        Q    All right.  So my next question for you
5    is:  Who determines the staffing needs in your
6    GNETS program?
7        A    Well, staffing needs, I suppose that
8    would be me and, you know, my program
9    coordinators.  We determine the staffing needs
10   but, you know, needs and requirements are what
11   we must have are -- you know, well, let's just
12   say -- I guess we can define needs and
13   requirements the same.
14              Wants to make things better are
15   different, so yeah, that would be us.  That
16   would be me and my program coordinators, we do
17   that each year.
18       Q    And are there baseline staffing
19   requirements for who you'd to have at your GNETS
20   program?
21       A    No, they're not -- you know, there are,
22   you know, I believe that there may possible --
23   there's recommendations and when we're funded --
24   at one point -- and we stopped getting these --
25   we used to get allotment sheets, like our LEA's



1  which said, okay, you know, you're supposed to

2  use this -- you know, you're funded this much

3  for school psych, you know, this much -- and I

4  do have a PowerPoint presentation with that in

5  there of how much we're funded for whatever, and

6  I've often referred back to it, but, of course,

7  it's not their salary or -- you know.

8          So there are recommendations of what we

9  should have, but I've never seen anything or --

10  that says that we are required to have.  There

11  is a recommended class size that used to be

12  somewhere, I saw it, but I can't find that

13  anymore but --

14     Q    And who sets those -- who provides

15  those recommendations?

16     A    To be honest, I'm not really sure if it

17  was the GNETS directors, because at one point in

18  time, we actually had an operations manual that

19  had some recommendations in there.  And, again,

20  that was -- that had been developed prior to me

21  becoming GNETS director, so I'm not sure if that

22  was -- I feel like, though -- I think it was --

23  well, I'm not 100 percent sure, but I feel like

24  it was developed with GNETS directors and

25  whoever the DOE people were at that time



1  whenever it was done.  But that is no longer in
2  place.
3      Q    Okay.  And there are no other sources,
4  written sources that have recommendations for --
5  related to staffing?
6      A    No.  We have the GNETS state board
7  rules and, you know, like in special ed, you
8  know, with other -- you know, when I was special
9  ed director, we had recommended class sizes for
10  different eligibilities and such it was -- you
11  know, was more -- but not to my knowledge, I've
12  not seen any.  And if there is one, it sure
13  would make it easier for me.  I would love to
14  have a copy of that.
15      Q    And I just want to confirm, when we
16  were talking earlier about the funding sources,
17  it's possible for staff to be funded from
18  different sources; is that correct?
19      A    Yes, it's -- yeah, absolutely.  Our
20  LEAs, like I said, they may fund the para and
21  they let me hire and they pay for it, you know,
22  that kind of thing.  But yes, uh-huh.
23      Q    All right.  So I want to do is actually
24  return back to -- I'm going to share my screen.
25  Give me one moment.



1           And I am showing the document that was

2      previously exhibit -- previously marked as

3      Plaintiff's Exhibit 551.

4      A      Uh-huh.

5      Q      Which is the fiscal year '22 grant

6      application.

7      A      Uh-huh.

8      Q      The GNETS program that we were

9      discussing earlier.

10          I want you to turn to page 28 of this

11     document.

12     A      Okay.

13     Q      Okay.  And it's titled, Service

14     Delivery Personnel List.

15          Do you recognize this?

16     A      I do.

17     Q      Did you help create this?

18     A      Yes, uh-huh.

19     Q      Okay.  All right.

20     A      I did create it.

21     Q      Okay.  So I want to walk through the

22     positions that you've listed here in your fiscal

23     year 2022 application.

24          And I guess just to confirm, I know

25     there was something to the grant application



1  that you said used data from the 20 -- from 2020

2  to '21 school year, but I think you said that

3  staffing was different?

4      A    Yeah.  Staffing is current as of the

5  time I completed this.  So that would have been

6  May or something of that year.

7      Q    Okay.  May of?

8      A    '21.

9      Q    Of the --

10     A    This is FY22, right?

11     Q    Uh-huh, yes.

12     A    Yeah.  So this would have due May 30th

13  or June 15th, I can't remember.  So that would

14  have been as of that -- that particular May.  So

15  that would have been May '21.

16     Q    Okay.  Great.  Thank you for clarifying

17  that.

18     A    Uh-huh.

19     Q    All right.  So looking at this document

20  -- I'm going to be scrolling up and down.

21     A    Okay.

22     Q    So it looks like here you had a

23  director of GNETS program.

24          Is that your position?

25     A    It is.



1      Q     And is there just one director?

2      A     Yes.

3      Q     Okay.  And it looks like it says here

4  that the director position is funded by the

5  GNETS state grant; is that correct?

6      A     Yes.

7      Q     Currently, you still just have one

8  GNETS director for your program; is that

9  correct?

10     A     No, not as of now.  Currently, we now

11  have -- we divided it up, so I have -- we have

12  hired one of my coordinators of the Camden site,

13  he is considered a co-director and he is running

14  my -- the Glynn site.

15     Q     Okay.  What is his name?

16     A     Jody Carter.

17     Q     Jody Carter.  And so technically the

18  two of you are co-directors of the Coastal

19  Academy GNETS program?

20     A     Yeah, but I still do all of the

21  administrative, you know, stuff.

22     Q     Okay.

23     A     Yeah.

24     Q     Thank you for clarifying that.  And

25  then --



1    A    It's a little bit easier and I can

2    focus on services, but still administratively, I

3    have the bigger --

4    Q    Okay.

5    A    Yeah.

6    Q    Now, and this -- the current school

7    year, are those two positions still funded by

8    the GNETS state grant?

9    A    They are.

10   Q    Okay.  All right.  I want to look now

11   at the GNETS coordinator position, and I believe

12   there was one -- it looks like there was one

13   person that was listed in the -- I guess in -- I

14   apologize, try and get the dates right -- as of

15   May 2021.

16   A    No, there should have been three.  So

17   -- listed.  So there's Jennifer --

18   Q    -- grant?

19   A    Okay.  Stephanie Horton.  Oh, okay, so

20   -- okay.  All right.  So let me tell you what

21   you're seeing.

22        This -- the column here, the second one

23   is -- they're CPI, how they're recorded for CPI

24   purposes to the state.  Okay?

25   Q    Okay.



1    A    And Stephanie is reported with GNETS

2    special education specialist code, but she's in

3    the -- but she is the coordinator.  And that's

4    basically a difference in, you know, for the

5    type of certificate they have, you know, so --

6    and then there's Jody Carter.

7    Q    Uh-huh.

8    A    You know what, go back down.  Go -- go

9    back up to Jennifer Branch, please.  Let me see

10   what's happened here.

11   Q    Yeah.  Her position was listed as

12   supervisor coordinator and theirs was special

13   education specialist --

14   A    I'm not sure why that is, I really

15   don't, but that -- you know, that is a -- a CPI

16   coding thing that is done with RESA, so I -- I'm

17   not sure why.

18   Q    Okay.  So I guess let me ask you, then,

19   as of May 2021, how many coordinators did you

20   have?

21   A    Three.

22   Q    Three.  And just to confirm, those

23   individuals were Jennifer Branch, Stephanie

24   Horton, and Jody Carter; is that correct?

25   A    That is true, yes.



1     Q    Okay.  Based on your information in the

2  application, all three of them -- and I'm just

3  going to scroll through -- it lists the source

4  of their funding for their position as the GNETS

5  state grant.

6     A    Yes.

7     Q    There's Jennifer.  There's Stephanie --

8     A    Uh-huh.

9     Q    -- at the bottom and here's Jody; is

10  that accurate?

11     A    That is accurate, uh-huh.

12     Q    Okay.  For the current school year, how

13  many coordinators do you have?

14     A    Two.

15     Q    Okay.  And who are those individuals?

16     A    Stephanie Horton and John Hagan.

17     Q    And is the source of funding for the

18  coordinator positions this year still the GNETS

19  state grant?

20     A    It is.

21     Q    Okay.  So while we're looking at this,

22  because it has Jody Carter and Stephanie Horton

23  as GNETS special education specialists, I do

24  just want to clarify, it looks like there's

25  another person listed here as a special



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              267

1   education specialist, Steven Derr.

2        A    Uh-huh.

3        Q    Is that accurate or did he have a

4   different position as well?

5        A    No, that's accurate.  He actually is a

6   -- he is -- well, we call him a GNETS program

7   specialist, but -- special education specialist

8   -- for CPI.  That is correct, he is a retired

9   GNETS director and he is with me part-time.

10       Q    Okay.

11       A    And he actually works directly under me

12  and assists in, you know, managing.  I mean,

13  it's difficult to be -- especially during COVID

14  -- it was difficult to be in more than one place

15  because mental health was -- so he helped me a

16  lot with that.

17       Q    Okay.

18       A    And he is still with me.

19       Q    Okay.  And it looks like his position

20  was funded by the GNETS state grant?

21       A    Yes.

22       Q    And were you just saying a moment ago

23  that he's still with you in this position?

24       A    Yes.

25       Q    And is his position still funded by the



1  GNETS state grant?

2      A    Yes.

3      Q    All right.  And basically going through

4  this document, I'm going to jump between what

5  was the status in May 2021 versus the current

6  status.

7      A    Okay.

8      Q    So scrolling back up -- and let me make

9  sure you have control in case you want to double

10 check anything -- so it appears that in May of

11 2021, you had one GNETS school psychologist

12 position --

13     A    Uh-huh.

14     Q    -- as a contract staffer; is that

15 correct?

16     A    Yes, she was -- you know, she was not

17 currently -- so, again, this is -- as of that

18 time, she had applied and we had checked her

19 references and were going to do a contract with

20 her for the upcoming school year, and this for

21 the upcoming school year.  Make sense?

22     Q    Yes.  So for the 2021 to '22 school

23 year?

24     A    Yes.  Yeah, so if I -- I mean, you

25 know, like, she had not been officially approved



1   by the Board of Control, but I knew I was going

2   to have her --

3        Q    Okay.

4        A    -- in May.  Make sense?

5        Q    Yeah.  But you didn't have her during

6   the 2020 to '21 school year?

7        A    No, I had her for the '21-'22.

8        Q    Okay.

9        A    And she's actually a licensed clinical

10  psychologist but school psychologist was the

11  closest thing we had for CPI.

12       Q    And is it correct that her -- the

13  funding source for her position was federally

14  funded?

15       A    Yes.  And let me tell you -- so this is

16  another one -- because these were new funds so

17  let just go back and add -- I apologize, but

18  this some of that American -- the rescue money,

19  the ESSER money.

20            So this was a little pot of money that

21  each GNETS program got to fund additional, you

22  know, therapeutic services staff or -- yes, so

23  she was funded, and this was just last year that

24  we got that so -- and this year, and so she was

25  funded out of that.



1    Q    Okay.  Do you still have a school
2    psychologist on staff?
3    A    Just me.
4    Q    Okay.
5    A    Not an official one.  No one with that
6    title.
7         Like I said, most of my districts --
8    well, all of my districts, their school
9    psychologists come over, that's some of those
10   in-kind services and they evaluate all of their
11   students and so I do not.
12        But if there is an issue, a question,
13   we need one, I will contract with usually --
14   well, there's a couple people that I'll contract
15   with here and there to do a psychological
16   evaluation, if have to be.
17   Q    All right.  It also looks like you had
18   counselors, and just scrolling through, I see
19   one here listed as federally funded and I see a
20   second one a little further down, Tamara Bogan
21   listed as being funded by the GNETS state grant.
22   A    Uh-huh.
23   Q    Does that sound accurate, that you had
24   two when you submitted this?
25   A    When I submitted that, I was in the



1  process of hiring -- like Tamara Bogan,

2  absolutely, that's correct.

3          I was in the process of hiring two

4  LAPCs, because as I told you earlier, that I can

5  supervise them for hours and I can get them

6  cheaper by doing that.  Does that make sense?

7  By hiring, you know, students that are needing

8  hours and working directly under me, and they

9  were going to be part-time.  However, one --

10  they both fell through during the summer, so

11  decided not to do it.

12      Q    Okay.

13      A    So --

14      Q    Yeah.  I guess so going into the

15  '21-'22 school year, did you have any

16  counselors?

17      A    I did.  I had Tamara Bogan and my

18  licensed clinical psychologist, that's what she

19  -- that's what she does, yes.

20      Q    And then for the current school year,

21  do you have a counselor?

22      A    I do.  I -- Tamara Bogan, I actually

23  took her and gave her additional money, so she's

24  getting -- that 47,5 which I still get for this

25  therapeutic services grant.



1            She's getting that.  She served at
2    Glynn County site, and then I gave her ESSER
3    money, that pot of money which, you know, I
4    don't know, 65,000 to serve Liberty, that
5    Liberty -- the Liberty site is so much bigger
6    than Glynn, you know, 30 kids versus 80 or so
7    and different system, so she's with us five days
8    a week under her contract.
9        Q    All right.  So also in the document, it
10   appeared that you had listed three behavior
11   interventionists.  And I'm going to give you
12   control just so that you scroll through to
13   confirm unless you already know off the top of
14   your head that that was what you put in your
15   application.
16       A    Have I got control?
17       Q    Yes, you should.
18       A    I believe one was Andrew Bogan.  Let me
19   just check.  Okay.  It should have Andrew Bogan,
20   yes, and then McCray Hutchison and is it Tamara
21   -- is Tamara in here or do I have her listed?
22   No.  Okay.  Hold on.  Where's the other one?
23       Q    And I think if you keep scrolling down,
24   I believe there's one more listed.
25       A    Oh.  Dr. Laurie Spencer.  She's my



1  BCBA, yeah.

2      Q    Okay.  And were all of those

3  individuals, their positions are funded through

4  federal funding?

5      A    Yes.  Well, let me check Laurie's.

6  Hold on.

7          No, hers is funded through IDA,

8  federal.

9      Q    Okay.  So --

10     A    Well, yeah, that's right.  That's what

11 you asked, yes, they're all funded through

12 federal.  Sorry.

13     Q    Okay.  Great.  Great.

14          Do you still have those three behavior

15 interventionists on staff?

16     A    I have two of them, two of the three.

17     Q    Okay.  Which two?

18     A    Laurie Spencer and Andrew Bogan.

19     Q    Okay.  And are those positions still

20 funded through the federal IDA funds?

21     A    Yes.

22     Q    Okay.  It also appears that you had a

23 social work technician on staff named Cameron

24 Cassie at that time --

25     A    Yes.



LISA FUTCH                                              October 25, 2022
UNITED STATES vs STATE OF GEORGIA                                    274

```
 1       Q     -- is that correct?
 2       A     Uh-huh, yes.
 3       Q     And her position was funded by the
 4   federal IDA funds as well?
 5       A     Yes.
 6       Q     Do you still have a GNETS social work
 7   technician on staff?
 8       A     I do, uh-huh.  Not Tamara --
 9       Q     Is it --
10       A     -- anymore, but I have one.
11       Q     Okay.  Is that person's position still
12   funded by federal IDA funds?
13       A     Yes, it is.
14       Q     Okay.  And then just two other things I
15   want to ask you about your GNETS teachers.
16            It appears that there was seven
17   teachers that you had, but I want to give you a
18   moment to scroll through to confirm how many
19   teachers you had when you submitted your
20   application.
21       A     I'm sorry.
22       Q     No worries.
23       A     Can I actually -- because I can't use
24   my cursor, can I?  Oh, yeah, I can.  Okay.  All
25   right.  It's easier.
```



1          Okay.  So that was -- the beginning of

2    the school year it was -- staffing was just, oh,

3    God, it was a horrible year.  I'm trying to find

4    them.  Okay.  Starting here.

5          All right.  You want me to talk about

6    teachers specifically?

7      Q    Yes.

8      A    Okay.  All right.

9      Q    How many teachers and the source of

10   their funding.

11     A    Okay.  Yes, seven.

12     Q    Okay.  And is it accurate to say that

13   all of those positions were funded through the

14   GNETS state grant?

15     A    Yes.

16     Q    Okay.  How does that compare to the

17   number of teachers you currently have on your

18   staff?

19     A    So currently I have -- in Glynn County,

20   there's one, two -- there is two -- I currently

21   have eight teachers on staff and there were

22   seven last year.  And now, let me see, do any of

23   my TBD's, were they teachers?  We can go back

24   up.

25     Q    At the very beginning.



LISA FUTCH                                        October 25, 2022
UNITED STATES vs STATE OF GEORGIA                            276

1      A    Yeah, because my -- you know, I had a
2  lot of hiring to do last year.  Let's see.
3  There's some.  There's one teacher there, so
4  that would have been eight.  There's another --
5  there's nine.
6      Q    What does it mean for there to be a TBD
7  next to the teacher's name?
8      A    That I need a teacher and I haven't
9  found one yet, so I should have nine teachers
10  starting the year off last year, total, all
11  state funded, and this year I have eight.
12      Q    And you were saying a moment ago that
13  it's been more difficult this current school
14  year to find teachers?
15      A    No.  No, I am -- I mean, we are doing
16  well, you know, staffing wise this school year.
17  I mean, absolutely.
18          I mean, we're still having the, you
19  know, occasional, oh, this isn't for me kind of
20  thing because GNETS been pretty -- but, no, last
21  year and the year before, and I actually think
22  last year was probably worse than the year
23  before.  We had a difficult time finding staff.
24      Q    Why do you think it was difficult
25  particularly last year, but also those



1   two years?

2       A    Well, of course, we were -- you know,

3   mental health has been a challenge and a lot of

4   people -- I mean, we had COVID-19, you know, the

5   year, you know, prior and they were just -- you

6   know, people were afraid to come to work, you

7   know, even with protocols in place and afraid to

8   apply -- or not afraid to apply, but just afraid

9   to come to work.

10          I honestly -- you know, my -- I also

11  think that mental health and isolation, not only

12  did our students mental health issues increase

13  but people as a whole, adults.  I mean, the

14  isolation was horrible for everybody.

15          So when staff -- we had staff with, you

16  know, mental health issues themselves and

17  anxiety and, you know, things like that, so

18  there are a ton of issues, you know, things that

19  kind of go into play there.  The isolation that

20  when -- you know, we closed down -- I knew we

21  had to -- that was not good for anybody.

22          And -- and so there's been a wide range

23  of impact from, you know, the children being

24  more difficult.  Even the staff we hired, the

25  children's more difficult and, you know, when



1   you have new staff and you hire them and you're

2   trying to train them, you know, on-the-job and,

3   you know, you're trying to understand or, you

4   know, from the leadership perspective, the

5   trauma that the isolation has caused to

6   everyone.

7            You know, staff had that -- they have

8   -- you know, new staff haven't belonged to that

9   yet -- they're like, I'm going to the house, you

10   know.

11            So it's just -- yeah, it's just -- and

12   we weren't the only ones.  I mean, school

13   systems, I mean, we had to do some really

14   creative things last year to, you know -- you

15   know, attract and hire teachers and things like

16   that so...

17        Q    For the current school year, do you

18   have any vacancies among your teachers?

19        A    No teacher vacancies.

20        Q    Do you have any vacancies for any of

21   your positions this school year?

22        A    I have a para and a -- no -- yeah, a

23   para and a -- well, no, that's not vacant yet,

24   but we expect it will be.  So currently, I have

25   one para vacant in Glynn County.



1            And in Liberty County, I have one

2    actual vacant needed, required, you know, or to

3    me, needed staff member and then three

4    additional paras that my systems are paying for,

5    and one of those being an RBT that I'm hiring,

6    in the process of hiring now.  And those are --

7    I asked for and they said yes.

8        Q    So you're still trying to hire to fill

9    those positions?

10       A    Yeah, but those are not -- I mean,

11   those are -- well, I'm actually getting some

12   want to positions, some, you know, positions

13   that I believe will add to services provided,

14   yes.

15       Q    And then I guess one more question

16   about your teachers for the current school year.

17           Do you have any teachers who are not

18   fully certified?

19       A    Yeah.  I have teachers that are

20   provisionally certified.  But again, it depends

21   on what your definition of certified is, so you

22   tell me.

23       Q    So have received full certification by

24   the state or the Professional Standards

25   Commission?



```
 1        A     Okay.  So full certification.  What do
 2   you mean by that, a clear renewable
 3   certification?  Certification --
 4        Q     So not provisional, so --
 5        A     Okay.  Yeah, I do have some provisional
 6   hires, you know, that are currently in programs
 7   meeting -- and -- but like I said, those were
 8   some of those interesting things that we had to
 9   do last year to get and attract people, but
10   they've been with me since last year and so
11   they're rocking on.  They're doing great, so --
12   but yeah, so you want to know how many; is that
13   right?
14        Q     Yes.
15        A     Okay.
16        Q     Of your current teachers, how many --
17        A     Yes.
18        Q     -- would be --
19        A     Three.
20        Q     Okay.  All right.  And then the last
21   category that I want to discuss are the
22   paraprofessionals.
23              So going back to the grant application
24   -- I'm just going to scroll down -- my count is
25   16, but I'm just going to count until I can know
```



1   if I am counting them -- correctly.

2           So I see here one, two, three, four, on

3   this first page that are TBD; is that correct?

4       A    That's correct.

5       Q    Okay.  And then five, six, seven,

6   eight, nine, ten -- well, actually, appears to

7   be -- adding to that number, some of those are

8   now existing staff.

9           And then 11, 12, 13, 14, 15, 16, which

10  appear to be a combination of existing and new

11  staff; is that correct?

12      A    Yes.

13      Q    And I do not see any other

14  paraprofessionals.

15          Is that consistent with what you're

16  also seeing?

17      A    Yes.

18      Q    Okay.  So that was a total of 16 and I

19  don't know if you were looking at the funding,

20  but would you agree that the paraprofessionals

21  are funded through a combination of the state

22  GNETS grant and federal IDA funds?

23      A    Yeah.  Two only were funded through

24  federal IDA funds, yes.

25      Q    Okay.  So comparing that to the current



1  numbers that you have, how many

2  paraprofessionals are currently employed by your

3  program?

4       A    Twelve.

5       Q    Okay.  And what are the sources of

6  funding for those positions?

7       A    The current positions?

8       Q    Yes.

9       A    Four of those are funded through IDA,

10 and the other eight are state.  And then, of

11 course, I have the three that will be LEA funded

12 that I haven't hired yet.

13      Q    Okay.  All right.  I am going to stop

14 sharing.

15           I want to switch gears again now to

16 talk about the therapeutic services that you

17 provide at Coastal Academy.

18           I guess, first of all, what are your

19 views on providing students with school-based

20 mental health services?

21      A    We should be doing it and we should be

22 doing it everywhere, I mean, and we should be

23 doing it -- there should be a school-based

24 mental health clinic in every school, or if

25 they're small systems, at least one per the



1    small district.  And, you know, there should be

2    referral pathways that have been created with

3    those school-based mental health facilities to

4    our community providers so that, you know, there

5    is a continuity of services and wraparound.

6              There should be -- you know, GNETS

7    should have, you know, adequate funding if --

8    you know, for school-based mental health, that

9    needs to be provided as well, you know, there is

10   a difference, you know, between what DBHDD can

11   provide versus what GNETS can provide regarding,

12   you know, counseling and things like that.

13             And -- but, again, it should be -- and

14   this all goes back to their pyramid of

15   interventions now at MCSS.  It should be an

16   integrated framework that includes, you know,

17   SEL mental health, the underlying to access that

18   whole child and those barriers as well as

19   behavior and academics and things like that.

20   And, you know, school-based mental health should

21   be there and there needs to be funding.  I mean,

22   just -- we're behind, Georgia's behind on that

23   and it needs to be better.

24             And in our rural districts especially,

25   you know it's just -- you know, and I serve a



LISA FUTCH                                           October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              284

 1  few.  It's just, you know, there are a lot of
 2  times where, you know, currently, you know,
 3  GNETS is about it, you know, and so it --
 4  absolutely.  I mean, absolutely.  I'm all about
 5  it, all about it, all for it.  So would love to
 6  have one.  So -- so that's my view.  Does that
 7  answer your question?
 8      Q    Yes, that does.  That does.
 9           Can you walk me through -- or actually,
10  can you just list for me, the mental health and
11  therapeutic services that are currently provided
12  through your GNETS program?
13      A    Okay.  So we have group counseling and
14  group -- you know, we take kids with maybe
15  similar issues or maybe at -- you know, at our
16  Level 2 of supports that meet that category and
17  we provide groups, you know, to them, okay.  And
18  that's usually once a week along with that.
19           Then we have individual counseling.
20  And by the way, individual counseling's offered
21  to everyone that comes to Coastal Academy.  We
22  talk it up to every person.  I try to, you know,
23  get that permission form signed and offer it in
24  there and -- but it's also at my most intense
25  level, my Level 3, you know, that individual



1   counsel is actually a part of their process and

2   supports, so that is provided.

3            We also -- at the Liberty site, I have

4   partnered with Viewpoint with DBHDD and I have

5   -- it's called -- gosh, C3, yeah, care

6   coordination wraparound and all I had to was

7   provide an office or a spot for her, and I pay

8   nothing for her and basically she's there and

9   she -- we refer families and students to them.

10            And if they meet, you know, whatever

11   they determine their requirement to be because,

12   I mean, my policy is I refer everybody, okay,

13   praying that everybody gets it, but that's also

14   at one of my most intense levels of supports.

15   But they provide those wraparound services and

16   continuity and she -- you know, and she's

17   actually done an amazing job with some of our

18   most, I would say, difficult parents.  I mean,

19   just one I can tell you that's been completely

20   turned around, but -- so that's been great.

21            But right now.  I only have it in

22   Liberty, at that campus with those five school

23   systems with Viewpoint and Viewpoint -- well,

24   DBHDD and Gateway, let me just say, who serves

25   the Glynn County area, we did us a nice little



1  go because I worked and worked with them.

2        And anyway, it didn't -- we didn't get

3  it set up, so -- for Glynn, you know, just for

4  -- I guess, you know, not for a lack on my part

5  because, you know, I got the documentation, I

6  was out there and tried to set it but it didn't

7  get set up, so -- but that's great.  So we're

8  doing that there.

9        We have a variety, also, of community

10  partnerships and agencies.  Our students, if

11  they have those outside counselors and receiving

12  those services, we have permission and we have

13  them coming in.

14        Also, this started this year at my

15  Liberty site, which, you know, I'm excited about

16  is that -- and I know that -- this is my

17  negative, okay, but some people take it -- the

18  Department of Juvenile Justice has taken a more

19  active stance.

20        I have, you know, some kids that are on

21  probation, so Department of Juvenile Justice has

22  now put -- given us, you know, life half-time,

23  three days a week, there's a probation officer

24  there.  You know, may not serve or represent the

25  kids that are actually -- but they're there for



1 | the kids, all of the kids, you know, just to
2 | help provide, you know, knowledge and things
3 | like that about law and, you know, what this is,
4 | what that is.  You know, checking in, checking
5 | in with the family, and so that's been very
6 | beneficial and very good.
7 |         We do LIPT.  Everybody that meets
8 | criteria for Level 2 supports, we do a referral
9 | to the local LIPT along with that referral to,
10 | of course, our wraparound person with Viewpoint
11 | that we do that referral.
12 |         Therapeutically, we -- I'm going to
13 | include my care model, that's done at both the
14 | Glynn County and Liberty County sites, and it is
15 | a therapeutic process of regulation and
16 | providing somata sensory input and, you know,
17 | regulating drain-off going into the LSCI
18 | determining what brain -- you know, state in the
19 | life space crisis intervention stage or
20 | whatever, to move to them to the pre-cortex to
21 | reason with those students.  So I'm just
22 | thinking about the other stuff we do.
23 |         I feel like -- I mean, we do a lot.
24 | Does that make sense?  My main thing is that
25 | my -- you know, my students feel safe and secure



1  at school, at our program and, you know,

2  recently, for example, we had a student whose

3  friend a few weeks ago was killed in a drive-by

4  in Savannah and he was having a very, very bad

5  day, very, like, bad day.

6         We've didn't find out until the very

7  end of the day when he was trying to leave, of

8  course, campus and, you know, I stopped him.  I

9  started talking to him.  We had been talking to

10 him but that's when he, you know, revealed the

11 information and, you know, I said, you know

12 what, mom made him come.  He didn't want to

13 come, he wanted to stay home, you know, mom made

14 him come.

15        But, again, for that kid, the next day,

16 guess what?  I was like, you know what, come to

17 school.  I'm going to give you -- you need some

18 mourning time, you know, time to mourn and

19 grieve.

20        And so I didn't put him in the

21 classroom, you know, I had him doing some

22 chores, some duties, you know, in my -- the

23 library where my office is there and we could

24 also talk, you know, throughout, and that was

25 very beneficial and got him back in class.



1          So we -- we provide services based on

2     what they need and what they need may not be in

3     a textbook.

4          Q    Are there any other specific

5     therapeutic or mental health services -- I'm

6     going to follow-up on a number of things you

7     said -- but are there any other services that

8     you-all provide that you haven't already listed?

9          A    We have a nurse and -- at both sites

10    who works with psychiatrists with medications.

11         I also are -- and my coordinators, we

12    -- if we can -- and the parent asks, we -- like

13    I attended a telehealth, tele-psychiatric visit

14    last week with parents/kid, so things like that.

15         And we -- restorative circles, by the

16    way, you need to put that in there.  Three days

17    a week, we do SEL instruction.  I like Move This

18    World.  That's kind of my Tier 1, but I have

19    some other things that we use, behavioral skills

20    training and such for up to -- you know, more

21    intensive services.  But we also do restorative

22    circles at least two days a week and every day,

23    they have a morning meeting to unpack their

24    invisible backpack, all classrooms.

25         Q    Anything else that you can think of?



1    A    No.  I mean, there's a bunch, but I

2    think that's the idea.

3    Q    Okay.  I want to go back up to the

4    beginning.  You started out by talking about

5    group counseling and you mentioned that that's

6    provided one time a week; is that correct?

7    A    No, I think it's twice.  Provided

8    twice, uh-huh.

9    Q    Okay.  Who provides this group

10   counseling?

11   A    Ms. Bogan.

12   Q    And she's the counselor; is that

13   correct?

14   A    The LPC, yes, ma'am.

15   Q    How many students -- well, I guess I

16   should say, which students are able to take

17   advantage of the group counseling that's

18   offered?

19   A    Really any student that attends the

20   GNETS program.  However, if they meet the -- you

21   know, we -- every nine weeks, we meet and we do

22   a data triangulation process where we look at

23   the data, you know, the three points and

24   determine what level of supports they require.

25        So if they require Level 2 supports,



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                            291

1  that is where that level -- that group

2  counseling is found there.  And, you know, we

3  most definitely, you know, discuss then at that

4  point in time with parents, try to convince them

5  any way we can.  We have Ms. Tamara call.  We --

6  most of the time they allow -- they allow them

7  to participate.  We've not had anybody not.

8          And then those kids that we think we

9  got maybe a group going on -- a CBT group

10 dealing with, you know, anxiety.  If we have a

11 -- you know, some kids that we feel that really

12 would benefit from that, then we would put

13 that -- them in there.

14         Also, kids that get that are kids at my

15 Level 3 because it's not that, you know, I have

16 three levels of support, so if they qualify for

17 Level 3, it doesn't mean they stop getting Level

18 2, they just get Level 3 added on top of Level

19 2.  Does that make sense?

20         So, it's compounded.  So we're just,

21 again, adding intensity and frequency to the

22 interventions.

23    Q    And when are those group counseling

24 services provided during the school day?

25    A    Well, we pull them out.  I mean, she



1   has to schedule it and we have to do that.  I

2   mean, she has a schedule for when she provides

3   it so -- and what -- you know, it's about, you

4   know, 20 to 30 minutes per time and whatever

5   they miss, I mean, the teachers work with that

6   group of kids to catch them up.

7        Q    Okay.  You had also mentioned that you

8   have individual counseling.

9             You mentioned that that is offered to

10  everyone?

11       A    It's offered to everyone, everybody.

12  But, again, those kids at my Level 3 most -- you

13  know, those are the ones we really, really talk

14  it up to.

15            But I actually send home a little

16  brochure and permission form at the beginning of

17  the school year to everybody, and it's also in

18  my new student packet that they fill out, so --

19  to make sure that that is provided or get their

20  participation.

21       Q    Does Ms. Bogan also provide individual

22  counseling?

23       A    She does.

24       Q    And are there any students who receive

25  individual counseling on a regular basis?



1    A    Oh, yeah, absolutely, uh-huh.

2    Q    Are those students at a particular tier

3  or does it really just vary depending on the

4  student?

5    A    Both.  They're at a particular tier and

6  if they were given consent and, you know, we get

7  -- we put them in -- you know, Ms. Tamara, I'm

8  probably going to have to -- I really could use

9  another counselor at this point in time because

10  she is working, I mean, working it.

11        But she also -- but because I'm LPC,

12  she does the -- my suicide evaluations as well,

13  but I also do those, too, because we're both

14  LPC's and so -- but anyway.

15    Q    And in your capacity as LPC, are you

16  providing of any of the therapeutic or mental

17  health services directly to students currently?

18    A    Am I -- do I have them scheduled as in

19  I see them every week at a certain time?  I do

20  not.  But do I provide the services?  I

21  absolutely do whenever I can and I will talk to

22  Tamara and I will say to Tamara, I saw this one

23  today, blah, blah, blah, blah, so absolutely.

24        Like I said, suicide evaluations, but,

25  yes, just like that young man I talked about,



1   you know, yeah.  But no, do I have a schedule?

2   Absolutely not.

3        Now what ideally my plan was to help

4   with some of those groups and I'm hoping to be

5   able to do that.

6    Q   I'm sorry, Ms. Futch, I couldn't hear

7   the very last part of what you said.

8    A   Ideally, my plan is for this year, I

9   wanted to be -- to help with those groups and -

10  I think you're frozen.  Are you frozen again?

11       THE VIDEOGRAPHER:  It sounds like

12   we're having an issue with the

13   connection.  We're going off the record

14   now at 3:53.

15          (Whereupon, a short break was

16          taken.)

17       THE VIDEOGRAPHER:  We are back on

18   the record at 3:57 p.m.  Please

19   proceed.

20  BY MS. HAMILTON:

21   Q   Ms. Futch, I wanted to ask you now

22  about the partnership that you mentioned with

23  Viewpoint Health and you said that -- I think

24  you said that was through DBHDD.

25       How did you get that partnership



1    started with Viewpoint Health?

2        A    Derrick Gilchrist, actually, from South

3    Metro, he and I were talking doing a

4    presentation together that we were going to

5    present at PBIS conference for NME and he told

6    me about -- because he's doing it -- about it,

7    and I guess it's in his area and he gave me the

8    contact information for Chad Neal, I think is

9    his last name, I'm not sure.

10       Q    Chad Jones?

11       A    Huh?

12       Q    Chad Jones, by any chance?

13       A    Jones, maybe, yes, okay, that sounds

14   better, okay.  And I -- actually, he reached out

15   to me and I reached back out and it was a couple

16   meetings and we -- it got set up.

17       Q    What was the timeframe when you

18   initiated the -- this partnership?

19       A    I'm going to say about August of last

20   school year, so what was that, '21?  Yeah.

21       Q    Okay.  And what are the services that

22   Viewpoint Health is providing to your students?

23       A    Well, you know, they, of course, check

24   in with them and check in with the teacher and

25   see how they're doing, relay that information,



1    of course, to home.  They work with the family
2    to see if they're -- there is any additional
3    services that are needed like, you know, I have
4    some kids that the only place they get
5    counseling is GNETS, with us, and they need --
6    they find them -- work with them to find them
7    counselors, maybe get them you know, ABA
8    services in the home, if needed.
9         You know, maybe -- like I have a couple
10   that they're helping the parents get insurance
11   for the adult, the parents because they have
12   medical problems.  They actually do some, you
13   know, behavior training because I -- again, I
14   have one parent that they have really worked
15   with -- with parents.  I've been really, really
16   pleased.
17        But, again, they're there to provide
18   more continuity and they also will go out and
19   work with our kids that are transitioning to the
20   LEA setting to help with that, make that
21   successful, that transition successful doing the
22   same thing.  And, you know, so -- and see that
23   if they need services at home or in the
24   community, they try to locate those as well.
25        Q    And do of these things fall within the



1   bucket of what you referred to as I think the

2   C3 --

3        A     Yes.

4        Q     -- care coordination?

5        A     Yes.  It's three C's.  I know care and

6   coordination.  I don't know what the other C is,

7   but they call it C3, yes.

8        Q     Okay.  And did I hear you correctly

9   when you said that right now, only Liberty is

10   participating with five of your school systems?

11        A     Yes.  That GNETS site, yes.  I was --

12   because Viewpoint did not, or could not -- I

13   can't remember -- go as far as to Glynn, you

14   know, and so Chad introduced me to Gateway

15   because that's who is over -- or in that

16   particular area with DBHDD and whoever their

17   lead person was.

18             And their lead person said, well, let

19   me get you to my other person that would do

20   this, and so I talked with this woman and I

21   e-mailed back and forth and -- several times,

22   we're working on a new system.  I don't know

23   what C3 is.  Just a variety of different things,

24   and it basically never got together.  But I

25   tried, I absolutely did.



1    Q    How many students do you have

2    participating in the program from the Liberty

3    site?

4    A    Currently, I have approximately, I'd

5    say ten.  Now it's a little harder to get

6    participation with that one because a lot of

7    families don't want people in their -- because

8    they come into the home, but, you know, we -- we

9    certainly are referring everyone and giving it a

10   shot.

11   Q    How many referrals did you make

12   compared to how many you are participating in?

13   A    Okay.  So last year, I referred -- at

14   one point in time, referred every student --

15   well, I'll say 90 percent of my students, which

16   I would say would be at least, at that point in

17   time last year, 45 students.  And, again, they

18   are -- there's about approximately ten that

19   they're working -- well, yeah, ten, or maybe a

20   little -- maybe 12 that they're working with.

21        This year, so far, we've not made as

22   many referrals as of yet, but I believe we've

23   made probably somewhere around the -- maybe

24   around ten referrals and I think they picked up

25   two or three more from that.



1    Q    Okay.  And I know you mentioned a

2    moment ago that one of the challenges is that

3    some parents may not want people being that

4    involved in their home life.

5    A    Uh-huh, yeah.

6    Q    Are there any other barriers that you

7    think are preventing more students from taking

8    advantage of this?

9    A    Yes.  And this came from my -- the lady

10   that -- her name is Samantha that works --

11   that's there at my site.  You know, they do have

12   -- they have criteria of who they will provide

13   the services for, who they want.  I'm guessing

14   it's a matter of funding and how it's funded,

15   they have to meet certain criteria.

16        So typically if -- like some my most

17   needy families where the kids are actually

18   tearing the house up are my families that are --

19   they are low functioning cognitively, low IQ,

20   below 50 or so, they rarely -- in fact, she told

21   me that because it is the IQ, that they won't

22   get involved in that.  They won't -- you know,

23   so that's an issue.  And then they prefer to

24   take -- they're going to get the kids first that

25   have had multiple hospitalizations.  Okay?

1            They've had multiple hospitalizations,

2    they'll get those first and, you know, she's

3    only one person so she can only do so many.  So

4    I'm hoping that, you know, eventually they'll

5    add more.  So I don't know what her -- you know,

6    she keeps telling me, I think I can do more two

7    or three more, you know, what her cutoff is.

8            But, you know, yes, I refer those kids

9    that have had multiple hospitalizations but the

10   issue is I really haven't had a kid that have

11   had -- a lot of kids that have had

12   hospitalizations recently and that's all I did,

13   in my opinion, is to prevent them from having

14   those.

15           And so I want them to have services,

16   you know, upfront.  But I'm working with what

17   I'm working, you know, and I'm happy to have the

18   service.

19       Q    And you said that your program doesn't

20   have to pay anything to take advantage of this;

21   correct?

22       A    Nope, that's right.

23       Q    How is the -- how are these services

24   funded, do you know?

25       A    My guess is they're funded by Medicaid



1  somehow, but I don't know.

2      Q    Okay.

3      A    And not -- it has nothing to do with

4  that I -- I complete nothing for the funding, no

5  paperwork, no questions, nothing, so.

6      Q    Okay.  And do you have any contact with

7  DBHDD or any of the state agencies in connection

8  with this care coordination or this C3 program

9  that you have with Viewpoint?

10     A    Just Chad.  I mean, I haven't talked to

11 Chad in a while.  I mean, I don't need to.  And

12 just the Viewpoint people whenever we need to

13 meet.  We meet periodically or whatever.

14     Q    Okay.  And I know you listed various

15 other ways that you-all provide services to

16 students.  I just want to follow-up, you

17 mentioned community partnerships and agencies.

18     A    Uh-huh.

19     Q    What would be some examples of other

20 community partners or agencies that you're

21 working with?

22     A    Well, you know, we actually have the

23 Third Infantry Division at Fort Stewart and they

24 come in down in Liberty County and they provide

25 Christmas, you know, activities with the kids



1    just to kind of mentor or role model.  Halloween

2    coming up, you know, things like that.  So those

3    are kind of fun kind of things.

4              But also, we have a -- and including

5    with my Glynn site, you know, and with Liberty,

6    we have -- they're not written formal

7    partnerships, they are just -- we've had an

8    understanding for years, you know, for example,

9    Darsey Black and Associates, it's an individual

10   counseling group, they're providers.

11             You know, they come in, you know, we

12   just get permission signed for them to be able

13   to -- like an interagency release permission to

14   release information and for them to see the kid

15   here, you know, at school.  So they come in and,

16   you know, do that.

17             So just kind of -- you know, they're

18   common -- they -- actually, for a while, you

19   know, we have the same programs over with our

20   Glynn site, we have, again, Darsey Black and

21   Associates.  We have, I believe, Melinda Graham.

22             Gateway used to come in but not so much

23   anymore, but they still occasionally have, you

24   know, some counselors, students that they work

25   with when they come in.



1          So, but when I -- community

2    partnerships, I mean, you know, those outside

3    community agencies with counseling providers and

4    such that we work with.

5          Q    And the counseling providers that you

6    listed a moment ago, are those services provided

7    that you-all have arranged or is it just a

8    continuation of services that students were

9    already receiving?

10         A    It's just a continuation of services

11   for continuity purposes, you know, they meet

12   with us and staff and, you know, that.  So, no,

13   we did not arrange these services.

14         Q    Okay.  Are you familiar with the APEX

15   program?

16         A    I am.

17         Q    Okay.  What is APEX?

18         A    APEX is a portion of DBHDD, and

19   currently, they are providing mental health

20   counseling or counseling to students within our

21   local educational settings.

22         Q    Can students in your GNETS program

23   access APEX services?

24         A    They cannot.

25         Q    And how do you know that?



1      A    I know that because we've gone back and

2   forth with each system.  I mean, I've tried it

3   at various systems and because I already know

4   the answer but I figured, well, maybe they don't

5   know and I'll -- and I'll try that, so -- and --

6   but I was told that -- and I'm not the only

7   GNETS director -- we were told -- multiple GNETS

8   directors have been told this -- that APEX,

9   those counselors, that money, I mean, cannot be

10  used to serve GNETS students, only, you know,

11  students in the local educational setting.

12     Q    Okay.  And who told you this?

13     A    Okay.  So I was told -- the first time

14  I was told that was from was from about

15  three years ago, four years ago, maybe, from the

16  -- I can't remember her name -- but she was the

17  McIntosh County APEX person.  You know, she

18  wasn't licensed, and most of them that I have

19  found, some of them are licensed, some -- the

20  majority here are not.  It's, you know -- maybe

21  they're working toward it or whatever.

22          But, so I was told by her and then

23  if -- I was told by Viewpoint, and I can't

24  remember which person it was but it was during

25  one of our meetings where we brought -- I



1  brought APEX up and they were like, you know,

2  there was a meeting and we were told, I don't --

3  you know, like I said, I don't know the girl's

4  name, but they told me as well that they could

5  not use APEX money on GNETS students.

6      Q    Are there any therapeutic services that

7  you wish you could offer to your students but

8  cannot right now?

9      A    Yeah.  I would like a school-based

10  mental health program, mental health, yeah.  I'd

11  like a psychiatrist, even if it's telehealth.

12          And I have been successful, up until I

13  would say last year, I mean, we did have

14  telehealth going but the problem is, with

15  staffing everybody had a problem with staffing,

16  so we couldn't keep one consistent psychiatrist

17  with telehealth so they were changing over and

18  over and the kids and the parents were becoming

19  frustrated so they had to keep telling their

20  story, you know, and -- so, yeah, absolutely, I

21  would like that.  I would like to have a

22  school-based, you know, mental health program.

23          And, you know, quite frankly, my vision

24  of GNETS is, you know, where I actually have a

25  mental health staff and an educational staff, or



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                         306

1   the school systems fund the education actual

2   staff and provide training and all for that and

3   GNETS or me or whoever with knowledge, you know,

4   there's money that's just used and GNETS becomes

5   school-based mental health and they go in and

6   they provide additional service -- services, you

7   know, very much like we're doing now but with,

8   you know, these things in place and going into

9   the classroom and counseling and things like

10  that.  I don't know.

11      Q    Okay.  Are there any ways that state

12  agencies like the state DOE or DBHDD can better

13  support your GNETS program when it comes to

14  providing therapeutic services to your students?

15      A    Okay.  So, look, I don't know where the

16  money comes from and I know we've been told over

17  and over how we're funded, state grant, I know

18  federal money, but I don't -- like they say,

19  it's for therapeutic services grant, I totally

20  don't understand why some of us are getting, you

21  know, $300,000 for it and I'm getting 47,5 when

22  I'm bigger than the program that's getting that

23  much money, I have no idea, so that bothers me.

24          I would like to get -- you know, at

25  least make that more, equitable, okay, for that



1    piece.  Does that make sense?

2           And so based on the number or may them

3    compete, do an application, whatever, a grant

4    app.

5           Also, you know, you know, DBHDD, where

6    are they at?  I would like to see us be able to

7    utilize APEX as well.  I mean, it's a state

8    agency out there.  We should be working together

9    to serve our students and I don't feel like

10   there's any collaboration.

11          I mean, I feel like it's a -- we're

12   over here, they're over there, you know,

13   everybody's afraid to cross each other's

14   territory.  And I know there's a -- and, again,

15   I don't understand the big picture.  I know

16   there's a lot of regulations and things with

17   money and this pot of money can't be spent here

18   but I don't know.

19          So, yeah.  I mean, you look at APEX

20   going on, I mean, so, you know, and I know that

21   they need more APEX counselors but I also know

22   that in the governor's budget, he also

23   allocated, I don't know what, $5 million more, I

24   think, for, you know, APEX folks, you know -- I

25   don't know.  I'm just sitting here thinking to



1  | myself, hello, you know?

2  |        We got your most intensive most severe

3  | students, you know, requiring services or, you

4  | know, or even DBHDD working with their

5  | residential facilities, just per se.  Like, I

6  | don't have one in my area that I could, but

7  | these other GNETS programs, it just makes me

8  | wonder, like, in Atlanta or Savannah, you know,

9  | them providing the educational services during

10 | the -- you know, for them, but working in

11 | conjunction and setting up some kind of

12 | partnership where they could have that

13 | school-based mental health since they're right

14 | there and them do, you know, that with that

15 | particular residential -- I don't know.

16 |        I'm just -- so, yeah, I would like to

17 | collaborate more and see the agencies work

18 | together to do what's best and serve our

19 | students.

20 |    Q    That's helpful.  I want to switch gears

21 | now and we actually talked about this a bit

22 | earlier, we were talking how students get placed

23 | into the GNETS program, but I want to talk about

24 | a few documents connected to that process and

25 | I'm going to share my screen in a moment.



1          I would like for the court reporter to

2     mark this next document as Plaintiff's Exhibit

3     556.

4               (Whereupon, Plaintiff's Exhibit

5               Number 556 was marked for

6               identification.)

7     BY MS. HAMILTON:

8          Q    And Ms. Futch, I'm now showing you a

9     document that has been -- the document that has

10    been marked as Plaintiff's Exhibit 556.

11          The title is, GNETS Services Flow

12    Chart, and we received this document from your

13    program in response to our subpoena for

14    requesting documents.

15          A    Yes.

16          Q    Our internal DOJ numbering was Coastal

17    Academy temp 002999.

18          Are you familiar with this document?

19          A    I am.

20          (Audio interruption.)

21    BY MS. HAMILTON:

22          Q    Okay.  Ms. Futch, what was the last

23    thing you heard me say?

24          A    Do I do recognize this document.

25          Q    Okay.  So do you recognize this



1    document?

2        A    I do, yes.

3        Q    Okay.  What is the document?

4        A    It's our GNETS coordination -- a

5    consideration of services flow chart that, you

6    know, we supply to our LEA's to help guide, you

7    know, their, you know, consideration, who should

8    be considered for services and how.

9        Q    Okay.  Who created this document?

10       A    One of those strategic plan committees,

11   not me.

12       Q    Okay.  And the committee was connected

13   to the state DOE?

14       A    Well, the strategic plan.  It was a

15   result of one of those, yeah.

16       Q    Okay.  All right.  Am I correct that

17   this flow chart sets forth three different --

18   essentially three different paths?

19       A    Yeah, and I no longer see it.  Do you

20   want to pull it back up?

21       Q    Oh, sure.  Thank you for that.

22       A    Yeah, thank you.

23       Q    Okay.  All right.  So the GNETS

24   Services Flow Chart is the document on the

25   screen, is Exhibit 556, and my question for you



1   is:  Is it correct that the flow chart sets

2   forward three different paths by which a student

3   can be served through the GNETS program?

4        A    Yes.

5        Q    Okay.  And those tasks are

6   consultation, the standard process, and the

7   move-in process; is that right?

8        A    Yes.

9        Q    Okay.  So let's start with the

10  consultation, and you've referenced this a few

11  times during your deposition, but what exactly

12  is consultation?

13       A    Well, consultation is the process of

14  providing -- the GNETS program providing

15  indirect services to the students versus direct

16  services.

17            So this would be where, you know, we

18  have been requested -- the LEA completes our

19  consultation request form and then they list on

20  there what type of consultation they're

21  requesting, and some of it is, you know, like I

22  said, indirect consultation where we look at

23  information and, you know -- you know, IEP

24  information and things like that and we, you

25  know, give them some ideas, you know, just kind



1   of an informal kind of thing.

2          FBA coaching.  So this is where we

3   might go over and, like I said, identify the

4   healthy teacher or para or the teaching team,

5   identify the appropriate target behaviors and

6   help them set up the FBA process and, you know,

7   give them explanation how to collect the data

8   and then come back when the data's collected and

9   assist them to analyze it.

10         We pretty much do that at Coastal, we

11  analyze it for them after we clarify everything

12  and then assist them in writing a new behavior

13  and intervention plan.

14         And then, of course, more direct

15  consultation is we go and observe the student

16  ourselves and provide written

17  feedback recommendations.

18    Q    Who on your staff provides consultation

19  services?

20    A    I do, Steve Derr does, Jody Carter

21  does, and Stephanie Horton.

22    Q    Okay.  And you mentioned that this

23  process is typically initiated by the school

24  district completing a request by the GNETS

25  consultation form; is that right?



LISA FUTCH                                October 25, 2022
UNITED STATES vs STATE OF GEORGIA                      313

1       A    Yes, uh-huh.

2       Q    I'm going to show you another document.

3            And I'd like for the court reporter to

4   mark this as Plaintiff's Exhibit 557.

5                (Whereupon, Plaintiff's Exhibit

6                Number 557 was marked for

7                identification.)

8   BY MS. HAMILTON:

9       Q    Ms. Futch, I'm now showing you 557,

10  which has a title, Request for a GNETS

11  consultation, which this is another document

12  that we received in response to our request for

13  production of documents from --

14      A    Uh-huh.

15      Q    -- Coastal Academy with our internal

16  numbering of 022997.

17           Do you recognize this document?

18      A    You want to scroll down so I can see

19  the rest of it or do you want me to?

20      Q    Looks like there's one more --

21      A    Okay.  So it's just the blank one.

22           Yes, I do.

23      Q    Okay.  Is this the request for GNETS

24  consultation form that you referenced a moment

25  ago when we were discussing flow charts?



1      A    Yes, ma'am.

2      Q    Who created this document?

3      A    The -- that same committee.

4      Q    Okay.  And by "same committee," you're

5  referring to the strategic plan?

6      A    Yeah.  The committee that was developed

7  from the strategic plan to do this, yes.

8      Q    Okay.  And that was -- okay.  And was

9  this document shared with all of the GNETS

10  programs?

11      A    Yes, yes, uh-huh.  It's the one we were

12  told to use, yes.

13      Q    And who told you to use it?

14      A    Well, DOE, so that we would have a

15  common request for GNETS consultation.  So that

16  was, you know -- part of that, again, strategic

17  plan development was to, you know, ensure that

18  GNETS programs, all 24 of us, you know,

19  implemented a set of common best practices and

20  had some common themes, so yeah.

21      Q    Okay.  And was that also a similar goal

22  for the flow chart?

23      A    Yes.

24      Q    All right.  So I'm going to return now

25  and stop sharing this document and I'm going to



1   return back to Plaintiff's Exhibit 556, which

2   was the GNETS Services Flow Chart.  Now I'd like

3   to look at the next path here, which is called

4   the Standard Process.

5          Who makes the initial determination

6   regarding whether a student should be considered

7   for GNETS?

8      A    Well, an information packet is

9   completed to request consideration of services,

10  usually by a SPED teacher and then the SPED

11  teacher, of course, submits everything to the

12  special ed director or the special ed director's

13  designee, some of my special ed directors have a

14  designee, and the school administrator.

15         So they all sign off, the teacher, the

16  administrator, and the special ed director or

17  the special ed director designee, and then it's

18  sent to GNETS.

19     Q    Uh-huh.  And you referenced a document

20  called the Student Information Packet.

21         I actually want to show you another

22  document.

23     A    And I apologize, it may be called a

24  consideration of services packet or something

25  now, but, you know, I can't remember the names.



1   Yeah, that's -- oh, good.  Okay.  Hey.

2       Q    This is helpful.  I'm going to have you

3   confirm for me whether this is what you're

4   referring to, but this is a document I'd like

5   for the court reporter to mark as Plaintiff's

6   Exhibit 558.

7                 (Whereupon, Plaintiff's Exhibit

8                 Number 558 was marked for

9                 identification.)

10  BY MS. HAMILTON:

11      Q    It is titled the Confidential Student

12  Information Packet for GNETS and we received

13  this document from Coastal Academy in response

14  to Item 7 in our subpoena for production of

15  documents.

16            Ms. Futch, I'm going to give you

17  control.

18      A    Okay.

19      Q    Just so you can scroll through since

20  there is a few pages here.

21      A    Yes.

22      Q    Okay.  And do you recognize this

23  document?

24      A    I do.

25      Q    Is this the student information packet



 1   that you were referring to a moment ago in

 2   connection with the standards process?

 3        A    Yes.

 4        Q    Who created this document?

 5        A    Again, that committee that was

 6   developed from the strategic plan.

 7        Q    Okay.

 8        A    For this.

 9        Q    And is this another document that the

10   state DOE wanted the GNETS programs to use as a

11   standard document across the programs?

12        A    Yes.

13        Q    All right.  I'm going to stop sharing

14   this document and return back to Plaintiff's

15   Exhibit 556, the GNETS Services Flow Chart.

16             Where we left off, Ms. Futch, you were

17   just explaining that that packet is completed.

18             Once it's completed, what happens next?

19        A    It's then sent to the, you know, GNETS

20   coordinator, you know, however it's set up with

21   each GNETS program.  So here it's sent to the

22   coordinator.  Okay.

23             And the coordinator, you know, gives it

24   a nice review and, you know, calls special ed

25   director, and -- anyway, an IEP meeting is set




1  up at that point in time because even though

2  they completed this packet, you know, it is

3  still an IEP committee decision whether or not

4  GNETS or any form of GNETS services is, you

5  know, appropriate or LE -- LRE for this

6  particular student.

7      Q    And I believe earlier you had mentioned

8  that you do participate in a number of these IEP

9  meetings; is that correct?

10     A    I do, uh-huh.  Well, I will say this,

11 previously, prior to, I would say, December of

12 last year, I participated in the ones that

13 required, like it was kind of litigious and

14 there was an issue, I was at every one of those.

15         But as of December of last year, I am

16 at almost 100 percent of all IEPs at the Liberty

17 site.  Just -- I got to have my hand in it, but

18 yeah.

19     Q    So I'm curious, from the meetings that

20 you've participated in, have you ever been

21 presented with a situation where the members of

22 the IEP team disagree on whether a student

23 should be placed in GNETS?

24     A    Where members of the IEP team disagree,

25 meaning me a member, you know, of the team and I



LISA FUTCH                                      October 25, 2022
UNITED STATES vs STATE OF GEORGIA                         319

1  disagree with the team or other member of the

2  team disagreeing?

3      Q    Both.

4      A    Yes.

5      Q    Like have there been situations where

6  you've disagreed with the team?

7      A    Yeah.

8      Q    What would be some scenarios where you

9  might not be in agreement with what the team has

10 recommended?

11     A    Okay.  For example, well, I know we're

12 on -- so we're just talking about a standard

13 process right now; correct?

14     Q    Standard process.

15     A    Okay.  You know, maybe the behavior

16 intervention plan and the functional behavior

17 assessment was very poorly done and the behavior

18 intervention plan maybe didn't have any

19 function-based reinforcers or antecedent

20 modifications, anyway, so I had other ideas.  I

21 thought maybe we should try this or that.

22          Or maybe, you know, we had not gone in

23 yet to observe the kid to provide that step.

24 Now, that step's required.  I've asked that of

25 my districts to do that because, you know, I



1  feel that, you know, it's another thing we can

2  put in place, but -- so I always most

3  definitely, you know, argue in favor of that.

4        But also where I have read

5  psychological evaluations and looked at

6  behavior, looked at the data, and the behavior

7  of the data leads me to believe that this is

8  more of an academic issue versus a behavior

9  issue, and I will argue it.

10        So there's been those particular

11  situations.  And I've also, you know, disagreed

12  where there have been wanting full-time

13  placements and I went for -- okay, what about --

14  well, let's try a half-time first, you know, to

15  see how these things work.  So yeah.

16    Q    How does that point of disagreement --

17  sorry, my screen is saying my connection is

18  unstable again.  Can you hear me?

19    A    I can.

20    Q    Okay.  How do those points of

21  disagreement get resolved among the team?  So,

22  for example, if you were to raise one of those

23  issues, what would then happen?

24    A    Well, typically what would then happen

25  is I -- I argue it for a good little bit, I



1   mean, and go back and forth with them.

2           And then, you know, if the SPED

3   director is in the IEP meeting, which is not

4   often, but if their designee is there, which is

5   the majority of the time or sometimes, you know,

6   there's a good chance that the IEP committee is

7   going to go my way.

8           But if I'm in there and -- you know,

9   because it's basically it's an IEP committee

10  decision, you win some, you lose some.  So I

11  have lost more than I've won, let me just say

12  that.

13          So, you know, again, but I do make the

14  point and we discuss it and we -- you know, we

15  have a good discussion.  It's a lot easier if

16  the parent's on -- doesn't want them -- but, you

17  know, that's not hardly, you know, always the

18  case.

19          So, again, I would say it's 50/50

20  chance of turning them around to convincing them

21  the other way.

22     Q    Okay.  And I want to look at this very

23  last pack here that says -- well, actually,

24  going back to what we were talking about a

25  moment ago, you had said earlier, was I just

1  referring to the standard process --

2      A    Uh-huh.

3      Q    -- in terms of times where you may have

4  disagreed.

5          Are there other scenarios where you

6  might have disagreed with a recommendation for a

7  student to be placed in GNETS?

8      A    Yeah.  There's probably, you know, a

9  lot more -- well, not a lot more, but just as

10 many with move-in for me, that's an issue with

11 that whole comparable services thing.

12     Q    Okay.  And I just -- what is the

13 move-in?  Like what does it mean in reference to

14 move-in?

15     A    Okay.  So like if a -- for like a

16 student -- if a student moved within state and

17 was attending -- like I just got one last week

18 from Burwell, GNETS Burwell and moved down to

19 Liberty County, you know, that's a, you know,

20 quick and dirty look at that IEP, we have that

21 meeting.

22         Unless there's something relevant in

23 the minutes that says he was making progress, we

24 were going to recommend transition or

25 whatever -- and I also call the GNETS programs

1  to find out, you know, to get a head's up on the

2  kid, you know, that's one thing.

3          But if they move from out of state and

4  out state it gets tricky because there's a

5  variety of different IEP formats, number one, so

6  you really have to go through there and find

7  different sections of that IEP that you're

8  looking for.

9          But also with comparable services, it

10  is very difficult.  I mean, I still do call

11  because what they do here, they -- this is more

12  of an indirect consultation.  They send me this

13  paperwork ahead of time from the school and I

14  investigate and I go and, you know, into it.

15  And I'll call and see what kind of -- you know,

16  because I -- when we -- you know, when I talk

17  with them or we go to this, you know, IEP

18  committee to determine services, you know, I

19  have that information available.

20          So, again, I often feel that -- so it's

21  really more of a problem from other states, but

22  I often feel that we jump to too many

23  conclusions sometimes, you know, when they've

24  been at a -- you know, let's say New York is so

25  confusing because their schools are numbers and



1   even their special schools, you know, are -- you

2   know, they do have them -- are also numbered and

3   you call them and, you know, this one particular

4   school, they provide, you know, more of a moment

5   health, you know, these students -- you know,

6   have these services.

7           But then in the services section, they

8   have them listed in general ed.  I'm like, wait

9   a minute.  So you call again and -- but that's

10  generally within that school and I'm like, you

11  know, and so it's a -- with an IEP.

12          So it's just -- again, it can be

13  confusing and that's not anything on the school

14  system or, you know, it's just different states,

15  how they do things but, you know, I do

16  investigate that.

17          And then there's also the release from

18  the hospital.  I actually think that -- or

19  residential treatment.  I do think that we're a

20  logical stepdown GNETS, but I think that

21  sometimes LEA takes that too literal.  That

22  doesn't mean that every student that's released

23  from the hospital, any residential, yes, but

24  not -- you know, a two -- you know, three to

25  five day hospitalization, I mean, you know,



1   require GNETS when they came back, you know, and

2   so there's often some disagreement with that.

3        Q    Okay.  I'd like to show you one more

4   document connected to this process, and I

5   believe you referenced this while we were

6   talking earlier.

7            I'd like for the court reporter to mark

8   this as Plaintiff's Exhibit 559.

9                 (Whereupon, Plaintiff's Exhibit

10                Number 559 was marked for

11                identification.)

12  BY MS. HAMILTON:

13       Q    And, Ms. Futch, I'm now showing you

14  Plaintiff's Exhibit 559.  It's titled the GNETS

15  Guiding Questions for Considerations for GNETS

16  Services.

17           This is a document that we received in

18  response to Item Number 7 in the United States

19  subpoena for production of documents.

20           I'm just going to quickly scroll down

21  so you can see it in full.

22           Do you recognize this document?

23       A    Yes.

24       Q    And I should note just for our internal

25  numbering that we have this as Coastal Academy



1   003008.

2          What is this document?

3      A    So this is just a guiding question for

4   the LEA's to consider before sending a student

5   to us.

6          And I will say that, you know, this

7   evidence-based intervention piece is a problem

8   and that's disagreed on before.  They don't --

9   there's some systems that don't quite understand

10  SDI or evidence-based interventions and -- from

11  the behavior standpoint, you know, SEL, and, you

12  know, often I question whether or not that's

13  actually been provided.

14          You know, where's that teaching aspect?

15  How did you teach the skill?  You know, what

16  behavior space intervention.  What -- you know,

17  are you providing any kind of social emotional

18  learning?  And everybody's going to check in,

19  check out, well, that is -- that is fine.  That

20  is absolutely great, but it ain't working if

21  you're referring them to me.

22          So, I mean, have we -- you know, where

23  is that teaching?  Are how are we going back and

24  intervening and teaching what's needed to be

25  taught with behavior.



1    Q    And I just want to make sure, like, for

2    the record, when you're referring to

3    evidence-based intervention, is that in

4    reference to the third guiding question here

5    that says the evidence-based intervention's been

6    implemented with the student?

7    A    Yes.

8    Q    Okay.  And are you saying that your

9    concern is that -- well, actually, I don't know

10   if I don't want to put words in your mouth.

11        But is it accurate that you're saying

12   it's not clear that the districts are actually

13   using the evidence-based interventions?

14   A    Sometimes, yes, and I think what it is

15   is the teacher at that moment that's doing the

16   referring or whatever is going through this and

17   saying, you know -- and doesn't know the

18   difference between a strategy and an

19   intervention.

20        Does that make sense?

21   Q    Yes.

22   A    And often think because they've been

23   doing these strategies for this long, that

24   they've done interventions and it's -- you know

25   it's different, you know, and evidence-based



1  | gets us all, you know, even me sometimes.  I
2  | know some really good interventions that -- and
3  | I'm not saying that I don't -- I mean, that I
4  | always use evidence-based, I mean, but I do
5  | evidence-based interventions with all students
6  | but I also use other interventions that I know
7  | work as well and may not be on those, you know,
8  | websites, What Works Clearinghouse or the -- you
9  | know, the other two or three that we out there
10 | that we check out.
11 |     Q    And I just want to confirm, is this
12 | another document similar to the document -- the
13 | other documents that we just reviewed that was
14 | created by the -- one of the strategic planning
15 | committees?
16 |     A    Yes.
17 |     Q    And is this another document that the
18 | state DOE has shared with the GNETS program?
19 |     A    Yes.  They shared that entire packet at
20 | one GNETS directors meeting and, you know, when
21 | it was first shared it had big draft written
22 | across, you know, that we could make copies, and
23 | then it was all e-mailed to us.
24 |     Q    Are there any consequences for not
25 | following -- for not utilizing the guiding



1   questions or any of these other
2   admissions-related documents?
3       A    Are you talking about consequences from
4   the DOE?
5       Q    Yes.  From the state DOE?
6       A    Well, you know, it's from our strategic
7   plan, I mean, you know, if we have, you know, we
8   -- typically, we're required to upload
9   documentation of, you know, the -- a student
10  from finish to end, if I recall, you know,
11  consideration of services down to, you know,
12  whatever.  If we have one that's reintegrated
13  and says requirement and we actually do the
14  rating, but as far as I know, no, there hasn't
15  -- I mean, I don't -- I mean, I don't know.  I
16  mean, I don't know if anybody's gotten -- had a
17  consequence or not so I can't really answer that
18  question.  I haven't, but I've always been using
19  the form.
20      Q    Indirectly?
21      A    Yes.
22      Q    Okay.
23      A    Yeah.  No, but I've also not done
24  anything -- I use the form.
25      Q    Right.  I'm going to stop sharing my



1    screen, and I want to go off the record.

2              THE VIDEOGRAPHER:  Hearing no

3         objection, we're going off the record

4         at 4:39 p.m.

5                   (Whereupon, a short break was

6                   taken.)

7              THE VIDEOGRAPHER:  We are back on

8         the record at 4:45 p.m.  Please

9         proceed.

10   BY MS. HAMILTON:

11        Q    Ms. Futch, were you present for any of

12   the site inspections that were conducted by the

13   United States experts?

14        A    Yes.

15        Q    How long before the site inspections

16   did you learn that the visit would occur?

17        A    Oh, actually, well, we thought it was

18   going to occur at one time.  For whatever reason

19   it didn't.  So I'm going to say about a week

20   before that we actually found out, I think it

21   was May 2nd or 4th.  I can't remember what day

22   mine was, but yeah.

23        Q    Okay.  And that was of the -- of 2022;

24   correct?

25        A    Yes.



LISA FUTCH                                        October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          331

1        Q    How did you first learn of the site
2    inspection?
3        A    My attorney told me.
4        Q    Okay.  Did you do anything to prepare
5    for the site inspection?
6        A    I informed staff.
7        Q    When you informed your staff, what did
8    you share with them?
9        A    That, you know --
10            MR. NGUYEN:  Sorry, I want to
11        object real quick.  To the extent that
12        you're asking her to disclose any
13        information protected by
14        attorney-client privilege.
15            Certainly, Ms. Futch can answer
16        the question as long as attorney for
17        the school -- for the GNETS program was
18        not present in any conversation she
19        had.  Okay.  So don't disclose anything
20        discussed with the attorney or with the
21        attorney present.  You can otherwise
22        answer the question.
23            THE WITNESS:  Okay.  I just -- I
24        told them that we were, you know, going
25        to be having a site visit and what



1   the -- you know, he was coming, the

2   Department of Justice, you know,

3   because there's going to be a lot

4   people here and I told them not -- you

5   know, experts, DOE, and I told them not

6   to worry, that they do their job well

7   and just do their job.

8          And, you know -- do their job and

9   that's really all, I mean, that -- you

10  know, we -- I really discussed.  I just

11  didn't want them to panic, you know,

12  and -- but, you know, with that type of

13  kids, it's always good for them to also

14  say or prepare, hey, there's going to

15  be a group of individuals coming, you

16  know, to -- nothing, you know, for you,

17  them, or whatever, they're just kind of

18  observing things, you know.  So I mean,

19  we didn't really spend a super

20  absorbant amount of time on it, you

21  know?

22         We -- you know, we had, like I

23  said, anticipated, thought they were

24  coming before then and so I think many

25  of them thought maybe they were, you



1       know, not coming or whatever but then,

2       you know, did, so -- but that was the

3       conversation, we got this, don't worry,

4       just do what you do.

5    BY MS. HAMILTON:

6       Q    Were any special maintenance requests

7    made in anticipation of the United States site

8    inspection?

9       A    I think I asked the carpet to be

10   cleaned, which they totally dropped the ball on

11   that, I mean, Jesus, but that was it.

12      Q    Were any students' schedules modified

13   in anticipation of the United States site

14   inspections?

15      A    Oh, no, I wanted them to see the full

16   Monty of what I had going on.

17      Q    Did you or any of your staff have

18   conversations with students and their families

19   in advance of the United States site

20   inspections?

21      A    I did not and I'm not aware of any of

22   my staffing having those conversations.

23      Q    Were any students invited or requested

24   to stay home on the date that the site

25   inspections occurred?



1    A    No, ma'am.

2    Q    Did you or anyone on your staff have

3    conversations with anyone representing the State

4    Department of Education about the site visits

5    before they occurred?

6    A    No.

7    Q    Did you or anyone on your staff have

8    conversations with anyone representing the State

9    Department of Education about the site

10   inspections after they occurred?

11   A    No.

12   Q    And then relatedly, did you have any

13   conversations with any state personnel who may

14   have been in attendance during those site

15   inspections?

16   A    During the site inspection or?

17   Q    Yes.

18   A    No.  I mean, I was tied up with the

19   experts.  I -- you know, I talked with her.

20   Q    And then relatedly, did you have any

21   conversations with any of the state personnel

22   who were present -- so not the attorneys -- but

23   if there were any state officials who were

24   present after the site inspections occurred?

25   A    No.



1       Q    Does Coastal Academy have a policy on

2    the use of restraint and seclusion?

3       A    We do.

4       Q    And is that policy the same for all of

5    your facilities?

6       A    Yes.

7       Q    Does your GNETS program allow for the

8    use of restraints on students?

9       A    It's the last resort and must meet the

10   criteria set aside in the policies, but we do

11   use it.

12      Q    Okay.  Who sets the criteria in the

13   policies?

14      A    That -- that physical restraint policy,

15   I think -- I don't know if I submitted it or not

16   -- but our physical restraint policy was

17   actually written after the state board rule came

18   out and provided guidance on writing the

19   document.  And it was written, actually, by I

20   believe Jeannie Morris and the previous GNETS

21   director, and we have since modified it a little

22   bit changing the timeframe, the restraints, and

23   stuff like that but -- and then it's voted on by

24   the Board of Controls.

25           So we got guidance from DOE, from state



1  board rule, and -- but all districts received

2  the same guidance and we developed a policy and

3  Board of Control approved it through the Board

4  of Control.

5      Q    And then relatedly, do you have any

6  policies specific to use of seclusion?

7      A    No.  Just that we don't do it and

8  that's included in the physical restraint

9  seclusion policy.

10     Q    Do you have timeout rooms?

11     A    Nope.

12     Q    Do you have deescalation rooms?

13     A    Nope.

14     Q    Are your staff trained in deescalation

15  techniques?

16     A    Yes, annually.

17     Q    Who provides that training?

18     A    I have four.  I have four mindset

19  trainers on staff that provide that trainer --

20  training and then LSCI trade off.  We do a lot

21  of professional learning throughout the school

22  year on just regulating and draining off because

23  it's the drain-off that gets you in trouble.  If

24  you dont do it right, somebody may end up in a

25  restraint.



1        Q    Do all staff receive the mindset -- the

2   mindset --

3        A    Yes.

4        Q    -- training?

5        A    Yes, ma'am.

6        Q    Does your program monitor the use of

7   restraint and seclusion?

8        A    Yes, ma'am.

9        Q    Who tracks that data?

10        A    I do.  The coordinators, they enter it

11   into our -- they complete a physical -- you

12   know, there's a physical restraint form

13   documentation that goes home to the parent or

14   guardian within 24 hours and then we do -- if

15   there's a physical restraint, there's also --

16   the mindset trainer completes physical restraint

17   feedback form to staff, or all physical

18   restraints, and then that data is -- that --

19   those forms are submitted immediately to me and

20   that data is entered in the handbook, and then I

21   track it annually.

22        Q    Okay.  And for the past school year,

23   the '21 to '22 school year, roughly how many

24   instances of physical restraint were documented?

25        A    Six.



1     Q    Okay.  And how did that compare to

2   prior school years?

3     A    Our restraints have continuously gone

4   down since, I would say, 2018, '19 when we

5   implemented trauma-informed care.  That first

6   year we had a 65 percent drop in restraints.

7     Q    And I know you said that your program

8   doesn't use seclusion.

9          Did you report any uses of seclusion

10   last school year?

11     A    No.

12     Q    And have you reported any uses of

13   seclusion in the last five school year --

14     A    No, ma'am.

15     Q    -- I'm sorry, last five school years?

16     A    No, ma'am.

17     Q    Just a couple quick questions.

18          Do your students have -- does Coastal

19   Academy offer all courses at the secondary level

20   that are required for graduation?

21     A    Yes, but we offer it through E2020, an

22   online curriculum.

23     Q    Okay.  And is E2020 n online curriculum

24   through the state or is that something that

25   you-all independently have access for your

1  students?

2      A    We independently purchase it, but it's

3  the same online curriculum that my LEAs use as

4  well, online software.  So I purchase the same

5  thing that they use.  And so they're Georgia

6  standards based and Georgia courses with Georgia

7  course numbers.

8      Q    What's the portion of the school day

9  for your secondary students is online compared

10 to in-person direct instruction?

11     A    So, I mean, I would say that it

12 actually is probably -- I mean, I think it's

13 50/50.  And the reason I'm saying 50/50 is

14 because, you know, our students -- you know, the

15 program's hard and I had -- I'm actually the one

16 that modifies it and puts in the accommodations

17 and supports, you know, because you can actually

18 program those in for each student.

19         And I modify it and -- not modify it,

20 but accommodate those accommodations and modify

21 it if based off if they need it as much as

22 possible.  And -- that I can, and they still --

23 I mean, it's just difficult, you know.  These

24 kids area in special education and they need

25 additional assistance.

1        So typically, each class, each subject,

2   you know, there's direct instruction involved,

3   and it may be one-on-one direct instruction, it

4   may be two-to-one direct instruction, but, you

5   know, and oftentimes I've gone in and they're

6   actually projecting -- you know, even though

7   there's maybe six kids in there with three

8   different classes going on, they're projecting,

9   you know, ELA, tenth grade Lit here, the -- you

10  know, the presentation or whatever, you know,

11  and working with them.  So it's, I'm going to

12  say, 50/50.

13        Most of the electives and stuff that's

14  fun, they grasp onto that and do it, but the

15  harder stuff, you know, is -- so it's a blended

16  model.

17     Q    Okay.  And is that true in elementary

18  as well or is it more online or more --

19     A    No, elementary's direct instruction.

20  It's not online.

21     Q    Okay.

22     A    I mean, it's all direct instruction,

23  it's not online.

24        And then middle is actually a blended

25  model as well with E2020 and face-to-face.



1            MS. HAMILTON:  Patrick, just a

2       quick time check.

3            I'm assuming we're nearing the

4       end; is that correct?

5            THE VIDEOGRAPHER:  Correct, as of

6       right now.

7            MS. HAMILTON:  Okay.  All right.

8       Great.  Well, thank you very much,

9       Ms. Futch.  We really appreciate your

10      time.

11           THE WITNESS:  Thank you.

12           MR. NGUYEN:  Any other questions?

13           MS. JOHNSON:  I have a few

14      questions on behalf of the state if

15      Andrea is finished.

16           MS. HAMILTON:  Yes, I am finished.

17      Thank you.

18                 CROSS-EXAMINATION

19   BY MS. JOHNSON:

20      Q   Hi, Ms. Futch.  My name is Melanie

21    Johnson and I represent the State of Georgia in

22    this matter.

23      A   Uh-huh.

24      Q   We were very close to being done.  I

25    just have a few more questions for you and I do



1   want to say that we appreciate your time today.

2        A     Sure.

3        Q     Ms. Futch, who is your employer?

4        A     First District RESA.

5        Q     Okay.  And is it also First District

6   RESA who hired you?

7        A     Yes.

8        Q     Do you receive a performance

9   evaluation?

10       A     Yes.  Well, I haven't received one in a

11  few -- well, I haven't received one probably in

12  six years, five or six years.

13       Q     Okay.  You've previously received them,

14  though?

15       A     Yes.

16       Q     I'm sorry, go ahead.

17       A     Yes, ma'am, I did.

18       Q     Who conducted those performance

19  evaluations?

20       A     The executive director of RESA.

21       Q     Okay.  And what about your staff, do

22  they receive performance evaluations?

23       A     Yes.

24       Q     And who conducts those?

25       A     It's a mixture of the coordinator and



1  myself, you know, I do some of the teachers, he

2  does some of the teachers to try to help out.

3  And I do his, you know, so it's -- and we use

4  TKES and LKES.

5       Q    Okay.  And for the benefit of the court

6  reporter, I don't think we've defined what TKES

7  and LKES is yet, so can you explain that

8  acronym?

9       A    Yes.  TKES teacher keys evaluation

10  system, and LKES is leadership keys evaluation

11  system.

12       Q    Okay.  Thank you.  And does the State

13  of Georgia or an employee of the state conduct

14  any performance evaluations of you or your

15  staff?

16       A    No.

17       Q    Okay.  And regarding your program's

18  personnel decisions, does the state participate

19  in those at all?

20       A    No.

21       Q    Okay.  And I just want to go back to a

22  few pieces of your earlier testimony today.

23            Earlier we discussed how your program

24  had served Camden County up until this year.

25       A    Yes.

LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              344

1      Q    And who made the decision to close that

2   location?

3      A    I did in -- you know -- you know, in

4   talking with the executive director, but

5   ultimately, it was my recommendation to the

6   executive director of RESA.

7      Q    Okay.  Did you need any other approvals

8   or authorizations to close that location?

9      A    No.

10     Q    Okay.  And we also just briefly

11  discussed transportation, and I believe you

12  testified that the school systems provide

13  transportation for GNETS students; is that

14  right?

15     A    That is correct.

16     Q    And I'm trying to get a sense of what

17  all is included within that term, "provides

18  transportation."

19     A    Uh-huh.

20     Q    So, for example, does that include

21  scheduling?

22     A    Who schedules the transportation?

23     Q    Right.

24     A    For the -- oh, yes, because I -- yeah.

25  I -- yeah, they schedule the routes.  You mean



1    like times for them to be picked up and stuff

2    like that?

3        Q    Yeah.

4        A    Because once the -- the decision is

5    made for the student to receive services with

6    us, then that LEA puts the transportation

7    request into their transportation department and

8    they do that and they need to reach out to the

9    parents to let them know the pick-up times and

10   stuff.

11       Q    Okay.  Does that include funding the

12   transportation as well?

13       A    Yes.  They fund all transportation

14   costs.

15       Q    Okay.  We also discussed an earlier

16   memo that you wrote proposing GNETS transition

17   classes in an LEA setting.

18       A    Uh-huh.

19       Q    Do you recall that?

20       A    Yes.

21       Q    And the memo was directed to the Glynn

22   County superintendent and the Glynn County Board

23   of Education; is that correct?

24       A    I think it was just directed to the

25   superintendent, was it not?



1    Q    I represent to you that it was to both,
2  but we can go back and look at --
3    A    Yeah, let's go back and look and make
4  sure, please.
5    Q    Sure.
6    A    Because I don't recall, but I want to
7  make sure.
8       I don't typically send things to the
9  Board of Education over the superintendent.  I'm
10  pretty, you know...
11    Q    And, I'm sorry, not the State Board of
12  Education --
13    A    No.
14    Q    -- but the Glynn County Board of
15  Education.
16    A    I don't typically go over the
17  superintendent's head, but double check to make
18  sure.
19    Q    Sure.  Can we pull that exhibit up
20  again?
21       MS. HAMILTON:  Sure.  Give me one
22    moment.  Okay.  I'm going to share my
23    screen.
24       This is -- I do not have the
25    exhibit number, but I am pulling up the



1        documents.

2              MS. JOHNSON:  Thank you.  I

3        appreciate that.

4              MS. HAMILTON:  And just scrolling

5        through here is the cover e-mail.

6              THE WITNESS:  Yeah.  Okay.  So the

7        proposal was addressed to both mr --

8        Howard Mann, the superintendent Glynn

9        County Schools, and the Glynn County

10       Board of Education, but the -- that

11       e-mail, it was sent to Nakeba Rame,

12       herself, that's it, to get feedback and

13       the e-mail that I followed up with was

14       only sent to Mr. Mann.

15   BY MS. JOHNSON:

16       Q    Okay.  Thank you for that.

17            And why did you direct your memo to the

18   superintendent and to the board of education,

19   the Glynn County Board of Education?

20       A    Because Georgia is a local control

21   state and I'm assuming that's probably the

22   answer you're looking for, and that the

23   superintendent and the board of education, they

24   make decisions on how their students are best

25   served.



1    Q    Thank you.  And we also talked about

2    teacher credentialing.

3         I believe you mentioned that you have

4    three provisionally certified teachers?

5    A    Yes.

6    Q    And what is provisional certification?

7    A    Okay.  So provisional certification is

8    the Georgia Professional Standards Commissions

9    basically is an alternative route to

10   certification to allow an adult to -- or with

11   certain qualifications, to begin teaching while

12   working to complete their full clear renewal

13   certification.

14        So like July 1st, the provisional PSC

15   actually changed and adopted new rules and

16   standards for that, and my guess is it was in --

17   due to staffing shortage because all systems

18   were having to do it.

19        So basically it requires that the

20   candidate have a four-year degree or higher and

21   be hired by a school system, and, of course,

22   takes the Ethics 360 course as well, and then

23   the school system recommends to the PSC or

24   applies or recommends, you know, application for

25   provisional.



1            And that's issued for one year, and

2    within that year, that candidate has to get

3    enrolled in a teaching education program or

4    Georgia -- program of some sort and then provide

5    that documentation to PSC, and then that -- the

6    PSC issues or extends that provisional

7    certificate for an additional two years.

8        Q    Okay.  And who makes the decision as to

9    whether provisionally certified teachers can be

10   hired within your program?

11       A    Well, ultimately, the Board of Control,

12   but I make the recommendation to the executive

13   director of RESA and he makes it to the Board of

14   Control.

15       Q    Okay.  And would you agree that the use

16   of provisional -- provisionally certified

17   teachers provides more flexibility in terms of

18   staffing and addressing staffing shortages?

19       A    Absolutely.

20       Q    Okay.  And I've got just a couple more

21   questions.

22            Going back to IEP teams and placement

23   in GNETS.

24            To your knowledge, has there ever been

25   a state representative on an IEP team?



1      A     Yes.

2      Q     Okay.  How many instances would you say

3   that that occurred?

4      A     One time.

5      Q     One time?

6      A     Uh-huh.

7      Q     And was that while you were the

8   director -- director in your current capacity?

9      A     Yes.

10      Q     Okay.  Do you know who the state member

11   was?

12      A     Zelphine Dixon when she was in her role

13   as director, state director of special

14   education.

15      Q     Okay.  And other than that instance,

16   are you aware of any other instances in which

17   the state participated in an IEP team decision?

18      A     No.

19      Q     Okay.  And has the state ever

20   encouraged you to make a placement decision

21   contrary to the IEP team's recommendation?

22      A     No.

23      Q     Okay.  And lastly, we discussed a few

24   documents, they were the Coordination of

25   Services Flow Chart, the Request For GNETS



1  Consultation, the Confidential Student

2  Information Packet, and The Guiding Questions

3  For Consideration of Services.

4       A    Yes.

5       Q    And I believe you testified that you

6  were told to use these documents by the Georgia

7  Department of Education; is that right?

8       A    We were -- again, the committee was set

9  up as -- also that strategic plan, developed

10  those documents.

11           They were provided to us from Pat Wolf,

12  who was a GNETS director at one of the GNETS

13  directors meetings to discuss with draft

14  written, and then they were sent to us via

15  e-mail from the DOE.

16           And so I -- and honestly, I did testify

17  that I was told and so -- and, again, I recall

18  them saying we -- you know, all -- you know,

19  them being discussion taking place at that

20  particular GNETS directors meeting among the

21  directors and DOE and us making a

22  recommendation, you know, that we were -- and,

23  you know, DOE, you know, to use these moving

24  forward.

25           And then we did and that e-mail came



1  from DOE to do so -- I mean, to -- with these

2  documents attached.

3      Q    Okay.  Do you understand it to be a

4  requirement from DOE to use the documents?

5      A    Yes.  I felt like it was a requirement.

6  I do understand it that way.

7      Q    Okay.  And is there any written policy

8  or anything other than the e-mail that you

9  referenced in support of it being a requirement?

10     A    No.  I think the language in the

11  strategic plan is something along the side,

12  having uniformity, documents or whatever, but I

13  don't know of anything else, no.

14     Q    Okay.

15     A    Well, we did have a Microsoft -- yeah.

16  The DOE had set up, during that time, like a one

17  book or one notebook, Microsoft something or

18  another, I can't remember.  We all had access to

19  it.  It was called the GNETS Director's Notebook

20  and those documents were in there, you know, the

21  documents that, you know, GNETS resources and --

22  but those documents were in there listed as, you

23  know, consideration of services, documents,

24  forms, or whatever how they were saved, they

25  were, you know, in there -- that notebook.  I



 1  don't know if I -- I may still actually have
 2  access, but I don't know.
 3          But anyway, it was -- that was, I
 4  think, set up -- I don't know who set that up,
 5  but we all had, you know, access, so...
 6      Q    Okay.  Thank you.  And the last topic
 7  that we talked about was the restraint policy.
 8      A    Yes.
 9      Q    And I believe you said you submitted
10  that to the RESA for approval; is that right?
11      A    Yes.  It went to -- once that was
12  written, it was -- it goes to the executive
13  director of RESA and then he presents it to the
14  Board of Control to approve, yes.
15      Q    Did you submit it to the state for
16  approval?
17      A    No.  But I do upload it every year with
18  my grant application.
19      Q    Okay.  Okay.
20          MS. JOHNSON:  That takes care of
21      all of my questions, Ms. Futch.  I
22      really appreciate your time.
23          THE WITNESS:  Okay.
24          MS. HAMILTON:  And I just want to
25      note one more thing for the record.



1          When Melanie Johnson was asking

2     questions of Ms. Futch and had asked,

3     and I think there was a discussion

4     about having me pull-up a document, I

5     did just want to note for the record

6     that that was Exhibit 547.

7          MS. JOHNSON:  Thank you.

8          THE VIDEOGRAPHER:  Okay.  Any more

9     questions?

10          MS. JOHNSON:  Not from me.

11          MS. HAMILTON:  None from the

12     United States.

13          MS. JOHNSON:  None from the State.

14          THE VIDEOGRAPHER:  Okay.

15          Quickly then before we go off the

16     record, just looking to confirm orders.

17          The Plaintiff would like their

18     standard order, correct, Ms. Hamilton?

19          MS. HAMILTON:  Yes, that is

20     correct.

21          THE VIDEOGRAPHER:  And State of

22     Georgia would like a transcript only,

23     correct, Ms. Johnson?

24          MS. JOHNSON:  That's correct.

25          THE VIDEOGRAPHER:  And any other



1  orders?

2       MR. NGUYEN:  No, but the witness

3  will read and sign, please.

4       THE VIDEOGRAPHER:  Okay.

5       MADAM COURT REPORTER:  I need to

6  ask, do you want that sent to you to

7  get to the witness?

8       MR. NGUYEN:  No. If you'll send it

9  to me, I'll be happy to forward.  You

10 guys have been sending an electronic

11 link and I'll just forward -- I've been

12 forwarding that link to the witness.

13      MADAM COURT REPORTER:  And you do

14 not order a copy?

15      MR. NGUYEN:  I do not need a copy,

16 that's correct.

17      MADAM COURT REPORTER:  Okay.

18      THE VIDEOGRAPHER:  Okay.  If

19 there's nothing else for the record,

20 we'll now go off the record at

21 5:14 p.m.

22          (RESERVED SIGNATURE.)

23          (Whereupon, the remote

24          videotaped deposition of

25          Lisa Futch was concluded at



1    approximately 5:14 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1    ESQUIRE J8733924

2                   C E R T I F I C A T E

3

4    STATE OF GEORGIA:

5    CHATHAM COUNTY:

6

7              I, Kyle J. Saniga, Court Reporter

8    and Notary Public in and for the above county

9    and state, do hereby certify that the foregoing

10   testimony was taken before me at the time and

11   place herein-before set forth; that the witness

12   was by me first duly sworn to testify to the

13   truth, the whole truth, and nothing but the

14   truth, that thereupon the foregoing testimony

15   was later reduced by computer transcription; and

16   I certify that this is a true and correct

17   transcript of my stenographic notes so taken.

18   I further certify that I am not of counsel to

19   either party, nor interested in the event of

20   this cause.

21                      _Kyle J. Saniga_

22              _____

23              Kyle J. Saniga, CCR

24              Notary Public, B-2038

25              Savannah, Georgia



1              D I S C L O S U R E

2

3     STATE OF GEORGIA          DEPOSITION OF:

4     COUNTY OF CHATHAM         LISA FUTCH

5

6     JOB:  J8733924            DATE: 10/25/22

7

8        Pursuant to Article 8.B. of the Rules and
      Regulations of the Board of Court Reporting of
9     the Judicial Council of Georgia, I make the
      following disclosure:

10

         I am a Georgia Certified Court Reporter. I am
11    here as an Independent Contractor for Coastal
      Court Reporting/Esquire Legal Services, Inc.

12

         Esquire Legal Services, Inc., was contacted
13    by U.S. DEPARTMENT OF JUSTICE, to provide court
      reporting services for this deposition. The firm
14    will not be taking this deposition under any
      contract that is prohibited by O.C.G.A.
15    15-14-37 (a) and (b).

16       Esquire Legal Services, Inc., has an
      agreement to provide reporting services with
17    U.S. DEPARTMENT OF JUSTICE, the terms of which
      are as follows: Any and all special rates and/or
18    services are available to all parties involved
      in this litigation.

19

20

21

22

23

24       ----------------------------
              Date: October 25, 2022
25            Kyle J. Saniga, CCR, B-2038



1                            ERRATA SHEET

2      ESQUIRE JOB: J8733924

3

4      CAPTION:      UNITED STATES OF AMERICA V.
                     STATE OF GEORGIA
5

6

               DECLARATION UNDER PENALTY OF PERJURY
7

8            I declare under penalty of perjury

9      that I have read the entire transcript

10     of my Deposition taken in the

11     above-captioned matter or the same

12     has been read to me and the same is

13     true and accurate, save and except for

14     changes and/or corrections, if any, as

15     indicated by me on the

16     DEPOSITION ESQUIRE ERRATA SHEET hereof,

17     with the understanding that I offer

18     these changes as if still

19     under oath. Signed on the _____ day of

20     _____, 2022.

21

22

23     _____

24                     LISA FUTCH

25



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                        360

1                    DEPOSITION ERRATA SHEET

2    Reason for
     change:_____
3    Page No._____Line No._____Change to:_____
     _____
4    Reason for
     change:_____
5    Page No._____Line No._____Change to:_____
     _____
6    Reason for
     change:_____
7    Page No._____Line No._____Change to:_____
     _____
8    Reason for
     change:_____
9    Page No._____Line No._____Change to:_____
     _____
10   Reason for
     change:_____
11   Page No._____Line No._____Change to:_____
     _____
12   Reason for
     change:_____
13   Page No._____Line No._____Change to:_____
     _____
14   Reason for
     change:_____
15   Page No._____Line No._____Change to:_____
     _____
16   Reason for
     change:_____
17   Page No._____Line No._____Change to:_____
     _____
18   Reason for
     change:_____
19   Page No._____Line No._____Change to:_____
     _____
20   Reason for
     change:_____
21   Page No._____Line No._____Change to:_____
     _____
22   Reason for
     change:_____
23   Page No._____Line No._____Change to:_____
     _____
24
     SIGNATURE:_____DATE:_____
25               LISA FUTCH



LISA FUTCH                                              October 25, 2022
UNITED STATES vs STATE OF GEORGIA                                   361

```
 1              DEPOSITION ERRATA SHEET

 2    Reason for
      change:_____
 3    Page No._____Line No._____Change to:_____
                     _____
 4    Reason for
      change:_____
 5    Page No._____Line No._____Change to:_____
                     _____
 6    Reason for
      change:_____
 7    Page No._____Line No._____Change to:_____
                     _____
 8    Reason for
      change:_____
 9    Page No._____Line No._____Change to:_____
                     _____
10    Reason for
      change:_____
11    Page No._____Line No._____Change to:_____
                     _____
12    Reason for
      change:_____
13    Page No._____Line No._____Change to:_____
                     _____
14    Reason for
      change:_____
15    Page No._____Line No._____Change to:_____
                     _____
16    Reason for
      change:_____
17    Page No._____Line No._____Change to:_____
                     _____
18    Reason for
      change:_____
19    Page No._____Line No._____Change to:_____
                     _____
20    Reason for
      change:_____
21    Page No._____Line No._____Change to:_____
                     _____
22    Reason for
      change:_____
23    Page No._____Line No._____Change to:_____
                     _____
24
      SIGNATURE:_____DATE:_____
25             LISA FUTCH
```



─────────────
Exhibits
─────────────

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT539
  10:14,15,
  22

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT540
  18:24,25
  19:1,5

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT541
  88:18,19,
  20,21,25

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT542
  120:6,7,
  8,12

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT543
  138:11,
  12,13,17

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT544
  150:14,

15,16,17,
21

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT545
  162:6,7,
  8,12

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT546
  178:12,
  13,14,18

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT547
  182:10,
  11,12,16
  354:6

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT548
  198:17,
  18,19,23

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT549
  214:7,8,
  9,13

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT550
  218:11,

12,13,17

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT551
  222:21,
  22,23
  223:2
  261:3

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT552
  241:19,
  20,21

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT553
  246:1,2,
  3,7

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT554
  249:2,3,
  4,8

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT555
  252:10,
  11,12,16

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT556
  309:2,3,

4,5,10
310:25
315:1
317:15

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT557
  313:4,5,6

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT558
  316:6,7,8

8733924 Lis
a.
Marie Futch
  PLAINTIFF.
EXHIBIT559
  325:8,9,
  10,14

─────────────
      $
─────────────

$300,000
  306:21

$47,500
  255:17

$5
  307:23

─────────────
      (
─────────────

(a)
  6:4

(b)
  6:4

(c)
  6:3

(d)
  6:3

─────────────
      0
─────────────

000002
  139:3

000016
  151:2

000022
  162:17

000250
  223:8

002999
  309:17

003008
  326:1

003010
  218:25

003043
  89:23

022997
  313:16

─────────────
      1
─────────────

1
  27:8,18
  240:10
  289:18

1,000
  23:5

100
  59:6
  172:17
  193:2
  196:2
  259:23
  318:16

10:30



171:6,9          241:25          177:17,18    2015           225:15
                                 202:22        13:15         264:15
**10:33**        **15th**        203:6,7       83:21         265:19
 77:13           262:13          250:18        100:9         268:5,11,
                                 251:2                       22
**10:40**        **16**          284:16       2016
 77:17           280:25          287:8         13:18        2022
                 281:9,18        290:25                      6:7
**11**                           291:18,19    2017          223:6,16
 281:9           **17**                        33:13        246:7
                 206:7          20            178:19        261:23
**11:30**                        118:19        182:17,22    330:23
 170:7,11,       **180**         195:25        192:24
 16,19,23        204:9,11        262:1         198:25       20th
 171:11                          292:4         206:8        246:7,19
                 **19**
**12**           230:7          2000          2018          21
 146:15          338:4           21:10         22:23         90:2
 165:18                          51:24         193:4         116:4
 214:14          1993            52:14,25      195:20,23     120:13
 281:9            53:6           73:25         196:1,3       139:21
 298:20                          206:7         214:14        140:17
                 1999                          215:9         141:20
**12:33**         52:24          2002          242:2,17      144:18
 167:3            53:7            21:4,22       249:9         147:5,8
                                               338:4         159:5
**12th**         **1:00**        2004                        223:24
 215:9            196:16          20:10        2019          224:1
                                  21:22        33:13         225:7
**13**           **1:02**         49:16        120:13        262:2,8,
 281:9            167:7           51:24                      15 269:6
                                              2020           295:20
**13th**         **1:16-CV-**    2006          116:4         337:23
 178:19          **03088-ELR**   22:6 37:3     225:7,14
 242:17           6:13           49:16         246:19       21-'22
                                               252:17        139:17
**14**           **1:23**        2007          262:1         140:18
 281:9            183:6           20:13        269:6         146:10
                                                             159:6
**14th**         **1:25**        2010         2021           269:7
 65:16            183:10          27:18,19     138:22        271:15
 198:24                          37:3          139:24
                 **1st**                       140:8        22
**15**            102:12         2011          141:10        138:22
 58:18            348:14          27:8,19,     146:14        150:22
 132:14                           20           150:22        162:13
 145:20,24       _____     2012          153:7         224:4
 168:3                  2        13:10         162:13        226:24
 281:9           _____                   163:6         235:5,10,
                                 2014          224:3
**15-14-37**     **2**            100:9
 6:3             66:13,20
                 68:14
**152**          69:5
                 70:20



14,15,17,
20 261:5
268:22
337:23

**22.5**
144:24

**22nd**
146:12

**23**
146:11
227:23

**24**
16:8
23:21
24:9
107:16
115:7
314:18
337:14

**25**
70:13
101:5

**25th**
6:7
146:11

**26**
192:24

**26th**
182:22
252:17

**27**
163:6

**27th**
165:17

**28**
261:10

**2900**
197:2

**2:35**
236:22

**2:41**
237:1

**2nd**
330:21

───────────

**3**

**3**
56:7
139:4
206:17,
18,19
251:2
284:25
291:15,
17,18
292:12

**30**
14:19
36:4
116:16,24
118:19
144:17
272:6
292:4

**30-minute**
132:24

**30th**
27:18
182:17
224:16
249:9
262:12

**31st**
139:21,24
140:8
141:10
142:4
144:18
146:14
147:13

**34**
226:15,18

**35**
167:23

**360**
348:22

**3734**
196:25

**39**
163:13

**3:53**
294:14

**3:57**
294:18

───────────

**4**

**4**
29:25
33:2
36:11
146:15
208:9
210:5

**40**
167:23

**40,000**
105:16

**45**
298:17

**45-day**
158:24

**47,5**
255:11
256:15
271:24
306:21

**4:39**
330:4

**4:45**
330:8

**4th**

**153:6,17**
155:11
160:3
330:21

───────────

**5**

**5**
146:11
210:8

**50**
213:25
299:20

**50-question**
24:12

**50/50**
321:19
339:13
340:12

**504**
27:25
28:21

**52**
153:5,16
154:17

**539**
10:10,15,
22

**540**
18:24
19:1,5

**541**
88:18,19,
21,25

**542**
120:6,8,
12

**543**
138:11,
13,17

**544**
150:15,
17,21

**545**
162:6,8,
12

**546**
178:12,
14,18

**547**
182:10,
12,16
354:6

**548**
198:17,
19,23

**549**
214:7,9,
13

**550**
218:11,
13,17

**551**
222:21,23
223:2
261:3

**552**
241:19,21

**553**
246:1,3,7

**554**
249:2,4,8

**555**
252:10,
12,16

**556**
309:3,5,
10 310:25
315:1
317:15

**557**



313:4,6,9

**558**
316:6,8

**559**
325:8,10,
14

**5:14**
355:21
356:1

---

**6**

**6**
19:20
21:18
24:17
211:25

**60**
237:10

**65**
153:5,15
154:21
338:6

**65,000**
272:4

---

**7**

**7**
316:14
325:18

**70,000**
256:14

**75**
172:5

**7th**
116:4

---

**8**

**8**
218:22
224:21
226:16

**80**
136:2
272:6

---

**9**

**9**
33:2
36:11

**9-11-28**
6:2

**90**
172:3
174:15
240:7
247:8
298:15

**95**
240:7

**96**
26:24

**98**
242:7

**9:03**
6:8

**9:07**
9:24

**9:09**
10:3

---

**A**

**a.m.**

6:8 9:24
77:13,17

**ABA**
75:2
296:7

**abbreviation**
30:7

**abbreviations**
148:1

**ABC**
111:3

**absolutely**
41:13
58:7
108:18
130:22
140:10
148:25
210:24
239:24
260:19
271:2
276:17
284:4
293:1,21,
23 294:2
297:25
305:20
326:20
349:19

**absorbant**
332:20

**absorbs**
55:6

**academic**
29:17
40:10
42:18
88:4
131:25
208:22

210:7
320:8

**academics**
40:15,17
44:6
133:10,11
179:12
208:10
211:1
283:19

**academy**
27:1,9,11
35:18
61:20
63:23
65:19
81:24
82:2
89:23
91:4
113:1
115:7,11
118:6,12,
24,25
124:23
126:10,12
128:25
130:3
134:9,10,
12,13
135:3
136:16
138:19
139:3
143:15,19
149:25
151:2
162:17
166:3,5,7
167:10,20
174:8,18
184:3,19,
20 197:7
218:25
223:7,15
228:9

229:20
237:7
238:8
256:15
263:19
282:17
284:21
309:17
313:15
316:13
325:25
335:1
338:19

**Academy's**
223:4

**access**
58:15
62:17
132:16
148:13
152:3
185:3,8
203:11
204:7
205:22
206:1
207:18
233:9,10,
13 283:17
303:23
338:25
352:18
353:2,5

**accommodate**
339:20

**accommodated**
156:16

**accommodations**
209:24
339:16,20

**account**
12:11



138:1

**accountability**
86:18
91:23

**accountable**
86:20

**accounted**
178:1
226:7

**accredited**
22:21
24:24
25:22

**accurate**
139:23
146:22
159:10,18
160:1
165:12,16
189:9
201:7
210:8
215:4
224:4
266:10,11
267:3,5
270:23
275:12
327:11

**accurately**
140:6
188:17

**acronym**
17:1,6,11
18:7,11
30:8,23
160:8
343:8

**acronyms**
16:21
29:8

**action**
11:5
122:20

**actions**
55:21

**active**
25:24
100:7
286:19

**activities**
75:6
231:17,23
232:2
233:14
301:25

**activity**
246:22,24

**actual**
23:12
29:25
40:20
68:20
99:3
123:3
164:2
254:20
279:2
306:1

**ADA**
14:1
169:10,17
186:12

**add**
60:19
187:18,
19,21
188:12
269:17
279:13
300:5

**add-on**
20:6,11
21:16

**added**
24:11
134:8
190:7,19
244:9
291:18

**adding**
71:6
281:7
291:21

**addition**
21:16
241:8

**additional**
104:21,22
117:8
205:12
207:1
221:22
243:19
252:25
253:3,9
257:18
269:21
271:23
279:4
296:2
306:6
339:25
349:7

**address**
34:24
83:15,16
123:20
126:12
127:19
131:9,14,
16 187:16
212:24,25
213:13
251:12

**addressed**
34:20
91:21

184:9
347:7

**addressing**
85:5
123:23
125:12
127:8
349:18

**adequate**
283:7

**adequately**
125:10

**administration**
20:24
51:3

**administrative**
15:1 28:5
52:19
263:21

**administratively**
264:2

**administrator**
315:14,16

**admissions**
53:3

**admissions-related**
329:2

**admitted**
107:16

**adolescence**
24:6

**adolescent**
164:24

**adolescents**
45:4,5
73:9

**adopted**
348:15

**adult**
44:22,23
296:11
348:10

**adults**
44:12
277:13

**advance**
133:21
333:19

**advantage**
29:4
290:17
299:8
300:20

**adverse**
53:25

**affect**
173:20

**affiliated**
197:7

**afford**
256:7

**afraid**
114:3
277:6,7,8
307:13

**age**
45:18
158:4
160:21

**agencies**
28:15
82:25
213:25
286:10
301:7,17,
20 303:3
306:12
308:17



agency
  17:17,21
  307:8

agenda
  103:12

agent
  78:14,15,
  24 79:18
  80:13,15
  81:3
  118:1
  119:1,9,
  18 240:10
  241:1

aggression
  158:22

agree
  21:7 81:6
  95:4,7
  112:1
  281:20
  349:15

agreed
  9:16
  94:25
  163:21
  215:20

agreeing
  8:18

agreement
  79:2
  220:22
  221:1
  319:9

agreements
  80:7

ahead
  19:12
  46:15
  60:6
  114:1
  132:18
  147:20

152:11
184:18
204:16
257:25
323:13
342:16

aid
  72:6,7,8,
  22

Albany
  197:3

alert
  119:3

alerted
  119:6

allocated
  307:23

allocation
  240:11

allowed
  23:7

ALSEP
  67:1,5

alternate
  73:19

alternative
  158:24
  348:9

amazing
  59:5
  285:17

Amber
  242:3,18,
  21 243:25
  244:1,21
  248:8

America
  6:11

American
  269:18

amiss
  184:4

amount
  254:10
  255:17,22
  256:13,20
  332:20

amounts
  257:6

amygdala
  54:10
  55:5

analysis
  67:16

analyze
  202:12
  312:9,11

and-a-half
  236:5,6

and/or
  97:2
  203:11

Andrea
  6:25 7:15
  62:7
  341:15

Andrew
  272:18,19
  273:18

Andy
  61:23
  62:3,7

anecdotal
  31:5
  111:2

angry
  82:11
  220:6

Annex
  197:2

annotated
  6:2

annual
  178:6
  239:13

annually
  106:19,20
  108:9
  336:16
  337:21

answering
  8:17 9:6

answers
  7:23

antecedent
  31:12
  319:19

anticipated
  154:16,
  21,22
  332:23

anticipatio
n
  333:7,13

anxiety
  158:8
  277:17
  291:10

anybody's
  329:16

anymore
  72:3
  79:14
  98:10
  149:12
  165:8
  259:13
  274:10
  302:23

AP
  37:8

APEX
  303:14,
  17,18,23
  304:8,17
  305:1,5
  307:7,19,
  21,24

apologize
  12:3
  47:23
  264:14
  269:17
  315:23

app
  28:13
  223:23
  307:4

apparently
  100:24

appeared
  272:10

appears
  51:20,25
  144:23
  178:19
  179:1
  201:13
  211:25
  214:14
  268:10
  273:22
  274:16
  281:6

applicable
  41:12
  55:23

application
  108:8
  223:4,16,
  20 226:11
  239:11,
  14,20
  254:21
  261:6,23,



25 266:2
272:15
274:20
280:23
307:3
348:24
353:18

applied
34:1
40:25
61:20
205:15
268:18

applies
348:24

apply
39:12
41:19,21
42:3
61:21
112:25
249:12
250:9
252:5
277:8

applying
55:16

appointment
171:1,4,9

approach
185:21
230:25

appropriate
ly
241:13

approval
115:22
194:4
240:24
353:10,16

approvals
344:7

approve
241:1
353:14

approved
239:20
257:4
268:25
336:3

approximate
135:23

approximate
ly
14:18
23:21
136:1
298:4,18
356:1

ARC
193:22

area
20:3,4,18
23:25
24:7 34:8
42:22
57:3
67:13
73:8
75:2,3,4,
11 84:22,
23 87:6
93:18
94:20
97:15,16
117:23
126:4
127:8
130:24
132:10
181:13
198:4
208:4
285:25
295:7
297:16

308:6
339:24

areas
23:23
54:14,15,
16 74:25
75:6,9
85:19
87:25
91:20,25
92:2
122:19
133:13,19
172:20
206:21

argue
320:3,9,
25

arguing
67:17

arise
123:21

Army
137:8
172:14

aromatherap
y
243:11

arrange
303:13

arranged
303:7

arrive
168:19,21
169:5,12
171:4,6,9

asks
224:5
289:12

aspect
106:6
213:19

326:14

Assembly
100:12

assess
220:14

assessment
30:25
44:3 67:1
91:2
319:17

assessments
43:17
68:6 94:1

assigned
135:11
242:25

assist
50:16
56:1
312:9,12

assistance
98:19
99:5
113:8,14
194:21
197:12
339:25

assistant
15:1 28:5
52:19

assistants
238:6
252:3

assisted
51:8

assists
267:12

associate
53:3

Associates
302:9,21

assume
79:25

assumed
63:13

assumes
158:5

assuming
102:24
341:3
347:21

assumption
175:12

assurance
79:2 80:7

assurances
79:11,17
80:4,6,
12,14
81:2,4

asterisk
166:2,9

at-risk
106:3

Atlanta
308:8

attached
80:7,13
182:21
183:22,23
199:18
352:2

attachment
120:19
199:3
214:18
246:12

attempt
184:7

attend
62:19
99:18



111:10
169:20

**attendance**
107:19,21
169:19,22
171:15,
16,22,25
172:2,4,
8,18
173:20,
23,25
174:3
334:14

**attended**
32:5
74:1,14
88:11
166:15
189:25
289:13

**attending**
28:19
37:12
166:17
167:10
322:17

**attends**
290:19

**attention**
243:6

**attorney**
8:12
11:15
14:9,12,
13 240:8
331:3,16,
20,21

**attorney-
client**
331:14

**attorneys**
334:22

**attract**
278:15
280:9

**attracted**
34:20

**attribute**
172:7

**audio**
309:20

**August**
51:24
139:5,21,
24 140:8
141:10
142:4
144:18
146:14
147:13
153:6,17
155:11
160:3
163:6,22
165:17
196:10
295:19

**AUT**
148:2

**authorizati
ons**
344:8

**autism**
70:8
74:3,8,19
75:23
148:2
169:9
247:1

**autistic**
74:2

**automatical
ly**
95:7

**average**
116:17
171:25
176:9

**avoid**
9:4

**aware**
12:24
87:21
96:5
100:11
102:3,5,
8,10
116:3
205:20
249:18
333:21
350:16

**awareness**
230:10

——————

**B**

——————

**back**
10:2 29:7
32:17
39:15
64:13
69:6,11
77:16
85:1
101:4
105:16
109:19
110:3
113:24
114:17
117:12,17
119:24
135:10
141:7
143:8
163:21
164:2

166:13
167:6
171:7
174:21,
24,25
175:3,11,
18,20,21
177:16
179:9
180:5
181:19
183:9,13,
17 190:12
192:1
198:13
200:23
202:11
211:7
217:21
218:4
221:4
231:7
232:16
235:9
236:25
244:5
245:12
255:9
259:6
260:24
265:8,9
268:8
269:17
275:23
280:23
283:14
288:25
290:3
294:17
295:15
297:21
304:1
310:20
312:8
315:1
317:14
321:1,24

325:1
326:23
330:7
343:21
346:2,3
349:22

**background**
26:18
41:1
125:4

**backpack**
289:24

**backup**
173:15

**bad**
125:8
129:6
158:9
159:17
196:1
288:4,5

**Baker**
61:13,14,
19,23

**Baker's**
71:3

**balance**
177:25

**ball**
233:24
333:10

**barely**
209:12

**barrier**
128:21

**barriers**
34:22
125:12
127:9,13,
15,17
128:22
172:10



213:12
283:18
299:6

**base**
137:8,11
191:24

**based**
18:2,4
31:11,12
35:12
61:1 95:3
117:17
135:13,
18,19
227:8
237:11
243:20
246:9
254:12
266:1
289:1
307:2
339:6,21

**baseline**
258:18

**basic**
115:5

**basically**
25:7
29:16
30:17
34:2,9
50:11
53:20,21
54:25
56:4,13
66:6,20,
22 67:10,
17 72:9,
11 74:16
78:16
81:17
87:19
93:13

100:25
106:23
124:9
173:12
179:5
181:8
187:18
212:11
215:18
251:24
253:5
257:1
265:4
268:3
285:8
297:24
321:9
348:9,19

**basis**
148:10
168:20
169:15
178:6
292:25

**Bate**
120:20

**Bates**
178:23
182:25
199:4
214:19
223:7
242:4
246:12
249:14
252:19

**Baxley**
118:15,16

**BBQUIP**
111:1,3

**BCBA**
76:15
273:1

**begin**
58:23
189:3
348:11

**beginning**
58:8 72:4
85:13
88:5 91:1
95:11
140:18
184:14
199:22
242:16
243:8
275:1,25
290:4
292:16

**begins**
6:9
174:10,20
251:7

**behalf**
7:5 97:13
341:14

**behavior**
28:25
31:5,7,
10,11,14
37:23
39:1,23
44:1 45:6
46:3,8
47:9 50:6
51:9
67:10,18,
24 69:8
74:17
82:8
108:25
110:16,25
111:7
124:25
131:24
172:23
179:13

184:16
187:12
202:15
207:12,14
208:23
211:10
212:4,25
272:10
273:14
283:19
296:13
312:12
319:15,
16,17
320:6,8
326:11,
16,25

**behavior-
related**
186:15

**behavioral**
17:8
18:9,13,
18 29:17
30:25
45:2,4
67:16
68:6
210:9,20
211:5
212:12
251:13
289:19

**behaviors**
50:6
161:2,7,
10,14
200:21
312:5

**belong**
204:3,20,
21 205:11

**belonged**
278:8

**beneficial**
103:16
287:6
288:25

**benefit**
208:1
291:12
343:5

**benefits**
240:6

**benefitted**
195:5

**big**
16:16
123:15
127:1
158:17
166:14
307:15
328:21

**bigger**
113:13
119:17
147:2
152:13
264:3
272:5
306:22

**billing**
28:4

**bills**
78:21
238:9

**binder**
76:3

**BIP**
28:12
31:16,18
64:16
109:6

**BIPS**
64:25



68:9

**bird**
35:21

**birth**
54:3

**birthday**
146:12

**bit**
23:19
27:10
38:11
115:3
124:20
136:24
140:13
189:1
243:10
264:1
308:21
320:25
335:22

**black**
70:7
302:9,20

**blah**
154:20
178:4,5
293:23

**blank**
313:21

**blended**
340:15,24

**bless**
109:22

**board**
14:24
75:14
78:5,7
79:4
105:8
112:8,9,
12,20

161:7
196:14
257:5,8,9
260:6
269:1
335:17,24
336:1,3
345:22
346:9,11,
14
347:10,
18,19,23
349:11,13
353:14

**Bogan**
270:20
271:1,17,
22
272:18,19
273:18
290:11
292:21

**bold**
76:19,21,
22

**book**
58:24
59:2,9,
10,13
352:17

**boom**
211:21

**boss**
14:22
15:3
63:11
77:20
78:6

**bothers**
306:23

**bottom**
53:23
55:4,13
140:21

143:1
153:2
157:3
166:1
188:8
192:15
266:9

**boundaries**
75:11

**box**
204:15
215:24

**Boy**
58:25
59:13

**boys**
164:24

**brain**
53:21
54:4,5,
12,15,22
55:1,6
70:25
71:1,2,7,
8,9,10,
13,15,23
72:4
75:24
160:14
161:1,4,
12 243:22
287:18

**Branch**
156:4,17
157:1
265:9,23

**branches**
172:14

**brand**
197:4

**break**
8:11,14,
18 57:2

70:23
75:3
77:3,5,
10,14
161:18
166:25
167:4
183:7
236:1,7,
10,17
294:15
330:5

**breakdown**
155:6

**breaks**
8:13

**brevity**
16:22

**Brewton-
parker**
26:20
53:4

**Bridge**
72:24

**briefly**
344:10

**bring**
15:19
28:15
97:24
110:24
131:16
133:1

**bringing**
243:6

**broad**
62:17

**broader**
40:13

**brochure**
292:16

**brought**
304:25
305:1

**Bruce**
53:20
58:25
59:15

**Brunswick**
96:21
126:19
134:18
173:9
193:5

**Bryan**
115:14
195:16

**bucket**
297:1

**budget**
27:24
78:20
80:9
100:20
102:11
240:24
242:24,25
243:1
257:12
307:22

**budgeted**
240:11

**budgets**
28:12

**building**
34:5 37:6
38:1 74:3
114:25
133:14
197:2,3,5
238:7

**buildings**
96:14
197:19



**built**
  58:15

**built-in**
  58:14

**bullet**
  46:1
  216:11

**Bulloch**
  42:14,23

**bunch**
  74:3
  132:6
  290:1

**Burdette**
  156:21

**Burwell**
  322:18

**bus**
  72:22
  126:21
  129:9
  167:20,25
  168:5,14,
  16

**buses**
  168:16

**business**
  119:20

**busy**
  195:12

**buy**
  240:17,18
  244:3
  245:14

**buying**
  241:12
  247:12

**buzzing**
  257:24

—————————
        **C**
—————————

**c**
  6:4

**C's**
  297:5

**C3**
  285:5
  297:2,7,
  23 301:8

**CACREP**
  22:21

**cafeteria**
  72:21
  129:11,12

**CAG**
  253:25

**calendar**
  23:11

**call**
  47:7
  78:10
  79:23,24
  101:17
  113:6
  137:19
  196:15
  197:1
  226:5,6
  256:24
  267:6
  291:5
  297:7
  322:25
  323:10,15
  324:3,9

**called**
  35:10,11
  52:5
  54:12
  55:25
  58:17

66:25
67:9
87:17
100:23
129:1
179:21
193:21
215:22
247:9,11
248:6,13
254:5
256:25
257:1
285:5
315:3,20,
23 352:19

**calls**
  107:17
  125:13
  247:19
  317:24

**calm**
  54:22

**calming**
  54:19

**Camden**
  115:16,
  18,24
  116:14,
  21,22
  117:11,23
  119:13
  122:2,11,
  16 123:7
  125:20
  134:20
  135:2
  138:1,19
  139:4,17,
  20 142:2,
  14 144:16
  145:7
  146:9,23
  150:3,5
  153:1,12

172:16
205:3,4
263:12
343:24

**Cameron**
  273:23

**campus**
  197:18
  285:22
  288:8

**candidate**
  348:20
  349:2

**capacity**
  39:18
  44:10
  50:20
  133:14
  293:15
  350:8

**capture**
  107:2

**captured**
  239:8

**care**
  24:3
  34:16
  55:25
  57:5 58:9
  212:18
  229:22,23
  230:5,15,
  16 243:9
  285:5
  287:13
  297:4,5
  301:8
  338:5
  353:20

**cared**
  113:21

**Carol**
  192:12

**Carolina**
  76:13

**carpet**
  333:9

**Carter**
  263:16,17
  265:6,24
  266:22
  312:20

**case**
  6:12
  12:14
  13:24
  38:25
  268:9
  321:18

**cases**
  42:11
  58:2

**Cassandra**
  180:15
  198:25

**Cassie**
  273:24

**catch**
  29:21
  292:6

**catch-up**
  231:8

**categories**
  25:11

**categorize**
  241:14

**categorizes**
  75:24

**category**
  160:1
  165:21,23
  175:17,19
  280:21
  284:16



caused
    278:5

caveat
    159:22

CBT
    39:24
    291:9

cc'd
    244:22

CCHS
    150:3

Cedarwood
    32:16
    36:19
    37:2,10
    39:13,19
    61:18
    62:5
    63:3,11
    118:14,
    18,25
    126:10
    128:3,5
    129:9,11
    132:11

Cedarwood's
    226:5

center
    39:25
    52:4,8
    125:1,16
    135:3,5,
    10,14
    190:15,25
    191:24

center-
based
    188:1
    211:15
    232:4

centers
    17:23
    134:24

135:1

central
    56:17
    61:1

certificate
    19:21
    165:7
    265:5
    349:7

certificati
on
    20:12
    21:17,18
    24:11,16,
    17 61:15
    73:21,23
    76:23
    279:23
    280:1,3
    348:6,7,
    10,13

certificati
ons
    21:14
    24:15,18,
    22 26:2
    165:3

certified
    22:25
    48:9,13,
    14,21
    61:11
    65:24
    156:18,22
    279:18,
    20,21
    348:4
    349:9,16

CFO
    243:4
    244:18

Chad
    295:8,10,
    12 297:14

301:10,11

chain
    242:2,16
    244:9
    248:9

chair
    79:3
    181:15

chairs
    181:12
    212:11

challenge
    277:3

challenges
    299:2

chance
    198:6,7
    295:12
    321:6,20

chances
    192:2
    213:20

change
    49:9
    79:15
    100:3,13
    118:7
    123:5
    151:5
    153:22
    155:15
    200:24
    232:20

changed
    22:23
    86:16
    87:3,13
    92:24
    95:25
    100:2
    106:7
    112:12
    115:18

121:16
155:1
201:8
237:16
348:15

changing
    126:9
    127:16
    305:17
    335:22

chart
    148:8,9
    157:4
    166:2
    309:12
    310:5,17,
    24 311:1
    314:22
    315:2
    317:15
    350:25

charter
    32:21
    33:3,5,16

charts
    313:25

cheaper
    271:6

check
    159:14
    177:25
    205:9
    268:10
    272:19
    273:5
    295:23,24
    326:18,19
    328:10
    341:2
    346:17

checked
    268:18

checking

287:4

Chester
    156:21

chewing
    55:9

child
    34:21
    44:25
    45:11
    55:10
    66:4,9
    68:3,10
    106:6
    111:14
    132:11
    160:23
    161:13
    179:12
    283:18

childhood
    54:1

children
    18:18,20
    24:5
    42:15
    43:1
    44:11,21,
    22,23
    53:25
    72:16
    73:8
    164:20
    277:23

children's
    40:14
    277:25

CHIN
    214:1

choose
    24:7 67:6

chores
    288:22



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: Chris..Coastal

Chris
    61:23
    62:2,7

Christ
    62:3

Christmas
    240:20
    301:25

chronic
    168:22

chronologic
al
    45:17

CIE
    149:25

circles
    289:15,22

circumstance
    158:16

circumstanc
es
    156:8

civil
    11:4

clarify
    189:5
    266:24
    312:11

clarifying
    42:6
    48:24
    161:15
    262:16
    263:24

clarity
    47:14

class
    23:17
    57:5
    139:5

142:18
145:9,16,
19 154:1
155:1
156:5
179:9
190:8,12
191:20
202:16
217:1
226:2,25
229:18
259:11
260:9
288:25
340:1

classes
    23:3
    117:14
    146:1
    182:18
    189:8,19
    190:1,17
    191:4,14
    192:20
    195:7
    207:11
    211:3
    226:1,9,
    25 227:5
    232:23
    235:7,8,
    18 340:8
    345:17

classroom
    40:18
    111:10
    129:24
    135:7
    143:21
    171:17
    209:9
    243:15
    288:21
    306:9

classrooms
    142:19,24
    144:20
    155:20
    187:21
    188:19
    189:10
    289:24

cleaned
    333:10

clear
    47:25
    145:23
    280:2
    327:12
    348:12

Clearinghou
se
    328:8

Clemens
    180:14
    199:1

Cleveland
    62:20,22
    79:20,21
    80:25
    94:14
    97:14
    120:15
    214:16
    221:10
    242:3
    244:9
    246:8,20
    247:18
    248:3
    252:18
    256:5,11,
    22

clients
    41:15,25
    42:8

climate
    62:5

clinic
    282:24

clinical
    23:9,14
    39:5 44:2
    269:9
    271:18

close
    30:21
    38:13
    69:19
    145:8
    173:13
    251:12
    341:24
    344:1,8

closed
    118:17
    173:17,19
    193:5,7
    195:10,20
    196:8,22
    277:20

closely
    38:6

closer
    118:18
    127:3

closest
    129:10
    269:11

closet
    109:14

closing
    195:21

closure
    197:8

clothes
    240:19

co-director
    263:13

co-
directors
    263:18

coaching
    312:2

Coastal
    27:1,9,11
    32:21
    33:5
    35:17
    61:20
    63:23
    65:19
    81:24
    82:2
    89:23
    91:4
    113:1
    115:7,11,
    21 118:1,
    5,12,24,
    25
    124:10,23
    126:10,12
    128:24
    130:2
    134:9,10,
    12,13
    135:2
    136:16
    138:19
    139:3
    143:15,18
    149:16,25
    151:2
    162:16
    166:7,15
    167:10,20
    174:8,18
    184:3,19,
    20 197:7
    218:24
    223:4,7,
    15 228:8
    229:20
    230:6



237:7
238:8
256:14
263:18
282:17
284:21
309:16
312:10
313:15
316:13
325:25
335:1
338:18

code
107:20
185:6,22
232:4
265:2

coding
265:16

codirector
32:21
36:14

cognitive
40:8 44:4
45:1,3

cognitively
299:19

collaborate
66:9 97:9
103:8
201:15
206:18,19
208:10
213:4
308:17

collaboration
99:2
126:2
307:10

collaborative

65:25
66:7
102:20,25
103:17

collect
202:9
312:7

collected
202:12
312:8

collecting
31:5,8

collection
67:15,16
76:2
111:3

collects
171:14

College
26:20
52:20
53:4

Collins
164:14,
17,19,24

column
139:6
140:22,23
141:16,25
144:6
146:7,18,
19 148:4,
18 149:22
159:9,18
160:8
162:18
165:11,15
166:19,21
224:24,25
225:1,3
264:22

columns
141:1

151:4

combination
281:10,21

combined
212:12

combining
243:11

comment
151:19

Commission
279:25

Commissions
24:20
348:8

committee
83:2,11,
12,14
84:1,3,
11,20
97:20
104:5
158:10
178:21
179:2,3,
4,6
180:8,10,
18,25
181:5,6,
16 182:4
190:3
198:14
210:18
212:11
214:15
219:8,15
220:10
221:14
310:12
314:3,4,6
317:5
318:3
321:6,9
323:18
351:8

committees
82:23
97:2
102:14,18
310:10
328:15

common
83:18
85:5,6
86:3
90:22
143:18
163:15
164:3
206:14
302:18
314:15,
19,20

commonly
12:25

communication
121:9

communications
14:9
133:14

community
17:13
22:19
28:15
72:10,14
82:14,15
103:17
104:18
143:12
159:2
172:11,19
213:5,8,
17,23
283:4
286:9
296:24
301:17,20

303:1,3

company
255:7,8

comparable
128:2
137:21
322:11
323:9

compare
136:17
163:11
275:16
338:1

compared
298:12
339:9

comparing
281:25

compete
307:3

competing
254:22

complain
96:3

complained
95:23
96:4

complete
7:23 8:7
56:18
64:3 80:4
93:4
217:1
239:11,17
252:6
301:4
337:11
348:12

completed
88:8
91:16
125:25



165:1
209:3
216:14,16
217:19,20
262:5
315:9
317:17,18
318:2

completely
129:3
197:3
225:24
227:3
231:1,2
235:18
285:19

completes
311:18
337:16

completing
51:9 90:6
91:10
92:8
312:24

complex
54:2

compliance
28:11
37:13
82:15
86:10

compliant
81:7

compounded
291:20

Comprehensive
128:25

compromised
67:19

concept
34:21

concepts
55:17

concern
327:9

concerns
97:24
103:12

concise
200:19

concluded
355:25

conclusions
323:23

condense
87:7

condensed
87:9
215:15
216:1

conditions
18:19

conduct
232:4
343:13

conducted
44:17
45:25
330:12
342:18

conducting
43:4

conducts
342:24

conference
6:9 62:20
295:5

Confidential
316:11
351:1

confidentia
lity
139:9
151:7
162:19

confirm
12:10
26:1
36:13
60:12
80:2
139:22
140:1,4
141:14
155:9
164:7
223:12
227:20
260:15
261:24
265:22
272:13
274:18
316:3
328:11
354:16

confirming
80:3
248:4

confused
30:12
226:4

confusing
179:21
323:25
324:13

conjunction
81:13
188:3
308:11

connect
55:25

connected
121:10

180:8
308:24
310:12
325:4

connection
12:19
16:11
41:16
82:24
125:19
148:21,25
174:4
197:24
256:11
294:13
301:7
317:2
320:17

connections
207:21

consent
293:6

consequence
31:5
329:17

consequence
s
328:24
329:3

considerati
on
117:10
191:11
201:24
216:24
257:15
310:5,7
315:9,24
329:11
351:3
352:23

Considerati
ons
325:15

considered
138:6
204:6
263:13
310:8
315:6

consistent
116:15,18
200:20
281:15
305:16

consolidate
d
28:13

consult
163:14

consultatio
n
46:18,23
111:19
157:16
311:6,10,
12,13,19,
20,22
312:15,
18,25
313:11,24
314:15
323:12
351:1

consultativ
e
157:15,23

consulted
46:2

consulting
143:7

contact
154:24
197:21
295:8
301:6



contacted
154:19

contained
81:4
139:7
215:18

context
177:2

continual
185:3

continuation
303:8,10

continue
191:22

continued
254:15

continuing
23:22
24:9 25:8

continuity
130:24
283:5
285:16
296:18
303:11

continuously
176:13,17
338:3

continuum
105:20,21
109:9
186:1
187:1,10,
23 190:8
191:18
204:4
229:17

contract
64:15
65:6

268:14,19
270:13,14
272:8

contrary
350:21

contribute
172:9,18

contributions
203:10

control
10:24
78:5,8
79:4
114:12
120:23
152:11,16
162:22
183:2,14,
17 199:5
213:15
214:20
223:9
242:10
268:9
269:1
272:12,16
316:17
336:3,4
347:20
349:11,14
353:14

controls
19:13
335:24

conversation
12:9
163:18
331:18
333:3

conversations
333:18,22

334:3,8,
13,21

convert
25:14

convey
101:25

convince
291:4

convincing
321:20

coordinate
32:10

coordinated
38:4
50:18

coordinating
132:4

coordination
37:8,11
285:6
297:4,6
301:8
310:4
350:24

coordinator
26:10
36:25
37:2,5
38:2,20
39:19
49:3,18,
22 50:12
51:2
156:10
264:11
265:3,12
266:18
317:20,
22,23
342:25

coordinators
37:21
49:24
50:1,5
178:7
258:9,16
263:12
265:19
266:13
289:11
337:10

cope
113:15

copied
120:16
180:24
181:1

copies
88:6
328:22

coping
56:24

copy
11:15
19:5
139:25
223:3
248:18
260:14
355:14,15

Cord
254:6
255:4,21

core
57:9

corner
57:3

correct
11:7
12:12,13
21:20,21
22:3,4

27:2,3
32:22,23
36:20,21
38:19
43:5
44:12
49:5
51:21
53:4,5,13
65:25
77:22
83:2
91:13,14
92:7,9
95:13
115:8
127:21
134:21,22
139:15,19
140:19
141:20,21
142:3,16,
17 146:15
173:4
179:19
180:21
184:10
215:9
223:14
225:8,17
238:20
245:3
246:22
255:19,24
257:17,18
260:18
263:5,9
265:24
267:8
268:15
269:12
271:2
274:1
281:3,4,
11 290:6,
13 300:21
310:16



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: correctly..cow

311:1
318:9
319:13
330:24
341:4,5
344:15
345:23
354:18,
20,23,24
355:16

**correctly**
203:13
206:23
217:3
225:11
281:1
297:8

**cortex**
54:10,18
55:2,15

**cost**
197:16
245:19
256:5

**costs**
240:9
253:25
255:3
345:14

**counsel**
6:21 9:15
19:6
285:1

**counseling**
20:23
21:1,19
22:19,20
23:1
24:2,8
25:18,20
39:10,22
40:3
44:18,20,
24 45:13

46:11
48:7
51:11
212:22
213:25
253:16
254:5
283:12
284:13,19
290:5,10,
17 291:2,
23 292:8,
22,25
296:5
302:10
303:3,5,
20 306:9

**counseling'
s**
284:20

**counselor**
22:3,10,
16 35:4,5
46:19
47:17
48:5
255:8
271:21
290:12
293:9

**counselors**
46:3,24
47:1,5,6
270:18
271:16
286:11
296:7
302:24
304:9
307:21

**count**
29:25
114:18
280:24,25

**counted**
25:13
170:12

**counties**
38:7
115:10
117:3
118:11
135:14
137:9,10
168:9

**counting**
281:1

**country**
167:23

**county**
14:24
27:14,17
28:1
31:22,24
33:7,8,23
42:15,23
115:12,
13,14,16
117:11,23
118:13,23
119:7,13
120:16
121:11
125:25
126:8,11
127:4
132:5
133:21
134:18,19
135:14
137:2,4,
5,7
150:3,5
166:3,8
168:9,10
173:18
179:18
182:19
184:10,15

185:23
187:2,9
191:6
193:21
195:16
196:5,25
205:4
272:2
275:19
278:25
279:1
285:25
287:14
301:24
304:17
322:19
343:24
345:22
346:14
347:9,19

**couple**
33:23
102:14
121:16
159:2
164:22
168:16
169:3,8
229:9
270:14
295:15
296:9
338:17
349:20

**courses**
35:13
338:19
339:6

**court**
6:14,18,
23 8:20
9:2,19
10:8,13
18:23
88:17

120:5
138:10
150:13
162:5
178:11
182:8
198:16
214:5
218:9
222:20
241:18
245:25
249:1
252:9
309:1
313:3
316:5
325:7
343:5
355:5,13,
17

**cover**
156:11,22
179:11
194:8
199:18
245:1
347:5

**covered**
123:2
240:5
247:6

**covering**
181:22

**COVID**
94:3,4
100:2,3
166:12,13
173:7
267:13

**COVID-19**
115:24
277:4

**cow**



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: CPI..day

100:21

**CPI**
264:23
265:15
267:8
269:11

**CPS**
65:24
66:2,3
68:23

**cracks**
34:12

**create**
47:12
261:17,20

**created**
85:21
163:9
283:2
310:9
314:2
317:4
328:14

**creating**
133:22

**creative**
278:14

**credentiali
ng**
348:2

**credit**
23:22

**credits**
24:9

**crisis**
51:11
56:14,18
60:13
82:9
116:9,10
287:19

**criteria**
69:3
110:13
112:6,22
287:8
299:12,15
335:10,12

**cross**
307:13

**CROSS-
EXAMINATION**
341:18

**cultural**
172:21

**culture**
125:7
130:16,17
172:12

**cultures**
172:11

**curious**
39:16
164:17
318:19

**current**
22:7 27:4
73:15
76:9
90:21
96:7
118:8
135:21
136:15,18
140:22
141:2,19
153:5,13
163:8
185:1
227:22
262:4
264:6
266:12
268:5
271:20

276:13
278:17
279:16
280:16
281:25
282:7
350:8

**curriculum**
35:9
159:3
205:23
206:2
237:25
238:1
338:22,23
339:3

**cursor**
274:24

**cut**
186:4
211:19
227:21

**cutoff**
300:7

**cutting**
114:9
257:11

**CV**
19:6
21:15
27:10
32:20
43:3
45:24
53:9 60:9
64:6
65:23
70:22
76:19

—————

D

—————

**DA**

62:14

**daily**
42:5
159:17
171:25

**dance**
55:12

**Darsey**
302:9,20

**data**
31:5,8
40:6,12
65:1
67:14,16
69:7
76:1,2
106:19
109:3,8
111:2
171:14,22
176:8,25
177:5
202:10
223:20,24
224:2,10,
14 228:12
262:1
290:22,23
312:7
320:6,7
337:9,18,
20

**data's**
202:11
312:8

**database**
149:20
178:2

**date**
94:9,10
146:12
148:5,12
178:4
192:24

195:24
206:7
333:24

**dated**
120:13
178:18
182:16,21
198:24
214:14
242:17
249:9
252:17

**dates**
94:5
196:2,13
264:14

**Davis**
27:14,17
28:1
31:22,24

**day**
8:13 13:3
34:17
47:16
67:12
76:6 99:9
108:1
113:20
133:5
144:21
153:20
168:23
169:17,
20,23
170:14
172:2,5
191:19
193:8
202:21
208:2
233:2
288:5,7,
15 289:22
291:24
324:25



330:21
339:8

day-to-day
  55:22
  82:8

days
  107:13
  159:2
  169:11
  174:1,3,
  6,15
  193:7
  202:9
  220:17
  272:7
  286:23
  289:16,22

daytime
  42:5

DBHDD
  17:6
  84:14
  107:14
  283:10
  285:4,24
  294:24
  297:16
  301:7
  303:18
  306:12
  307:5
  308:4

DBT
  39:23
  45:4,5

DCH
  17:11

deadline
  94:7

deal
  113:14
  123:15

dealing
  50:6
  172:12
  291:10

deals
  129:18

dealt
  197:23

December
  52:25
  93:9
  116:3
  318:11,15

decide
  177:20
  193:18

decided
  15:14
  59:10,11
  97:16
  102:16
  118:1
  165:9
  166:12
  254:12
  271:11

decides
  217:10

decision
  115:20,21
  117:4
  119:15
  123:5
  185:18
  190:3
  194:22
  318:3
  321:10
  344:1
  345:4
  349:8
  350:17,20

decision-
making
  194:11

decisions
  102:9
  127:6
  343:18
  347:24

decrease
  105:24
  107:7
  108:14

decreased
  108:12

deescalate
  55:10

deescalatin
g
  54:19
  56:15

deescalatio
n
  336:12,14

deficits
  67:4

define
  258:12

defined
  343:6

definition
  279:21

definitions
  225:20

degree
  20:9,25
  22:17,18
  26:3,15,
  19 348:20

degrees
  20:21,22
  21:12

deliver
  58:5
  65:11,12

Delivery
  261:14

demographic
s
  177:24

demonstrate
  108:24
  161:9
  207:12,13

demonstrati
ng
  108:25
  110:16
  161:13

denying
  186:16

DEO
  17:2

department
  13:20
  17:3,8,13
  186:10
  286:18,21
  332:2
  334:4,9
  345:7
  351:7

depending
  105:3,4,9
  167:22
  227:5
  293:3

depends
  125:3
  170:3
  279:20

deposed
  15:9,17

deposition
  6:10,20
  7:17 10:5
  11:4
  12:18
  14:6,11,
  21,23
  15:13,15
  16:1 30:4
  77:19
  151:15
  152:2
  311:11
  355:24

depositions
  16:17

depth
  29:1

Derr
  267:1
  312:20

Derrick
  59:21,22,
  24 62:9
  295:2

Derrick's
  59:23

design
  30:11

designated
  62:24
  63:4

designation
  146:24
  147:12
  160:2

designation
s
  147:18
  160:10

designed
  30:14



34:11,14
36:2
90:21
126:3
135:16
251:5,25

designee
315:13,
14,17
321:4

desks
136:2

desperately
238:6

detailed
58:1

details
252:2

determination
315:5

determine
42:16
66:10
67:4 69:9
126:16,20
206:19
211:6,8
233:7
258:9
285:11
290:24
323:18

determines
61:2
258:5

determining
31:4,7,9
71:22
287:18

develop
46:7

66:23
67:24
112:11,16
149:6,7
179:5

developed
30:10
53:22
55:24
59:14
68:2 71:4
83:15
102:14
105:23
109:7
121:5
179:5
181:8
193:21
200:5,11
259:20,24
314:6
317:6
336:2
351:9

developing
31:6 46:3
67:10
112:10
130:4

development
45:8 50:9
53:24
54:4
71:15
200:10
249:22
250:16
314:17

developmental
17:9
43:24
45:7,15
160:19

developmentally
45:14

deviations
40:9

devices
133:1

DFCS
42:11,15
104:19

diagnose
44:11,14,
15

diagnosed
74:4

diagnoses
44:9

dialectical
45:6

diencephalon
54:17
55:2

difference
47:16
48:4,11,
12,22,24
76:18
107:7
108:19
127:1
140:25
153:9
154:2,7,
13,14,15
172:15
191:1
216:21
225:20
251:1
265:4
283:10
327:18

differences
48:2
124:16,20
172:7,21

differentiate
250:20

differentiation
68:25

differently
96:18
106:11
129:20
171:5

difficult
28:17
53:11
69:8,14
70:1,5,6,
11 73:9
116:13
133:24
232:13
267:13,14
276:13,
23,24
277:24,25
285:18
323:10
339:23

difficulties
109:20

difficulty
109:20,21

diffuser
243:15

direct
7:10
39:23
201:18
311:15

312:14
339:10
340:2,3,
4,19,22
347:17

directed
11:6
345:21,24

directions
92:8

directly
78:1,2
152:3
267:11
271:8
293:17

director
15:6
27:5,12,
13,16,22
28:16
31:21
32:3,19
35:17
37:20
53:3
61:19
62:5
63:2,10
74:13
77:21,25
81:11,23
82:3 83:7
84:13
86:23
97:5
98:16
101:10,17
106:17
115:22
129:2
192:10
193:11,15
194:6
226:6



259:21
260:9
262:23
263:1,4,8
267:9
304:7
315:12,
16,17
317:25
321:3
335:21
342:20
344:4,6
349:13
350:8,13
351:12
353:13

director's
33:7
97:20
315:12
352:19

directors
15:8,11
29:3 33:6
38:6 41:2
84:9
87:25
95:23
96:4
97:8,23
98:1,8,23
99:3,16
100:24
101:18
103:7
104:5,7,
10 112:16
121:15
178:20
180:20
219:21,25
259:17,24
304:8
315:13
328:20

351:13,
20,21

dirty
322:20

disabilitie
s
17:9
18:13,20
160:11
186:15,18
189:23

disability
40:14
135:17
147:18
148:3
160:2,10,
19 165:23

disagree
95:5
318:22,24
319:1

disagreed
319:6
320:11
322:4,6
326:8

disagreeing
319:2

disagreemen
t
320:16,21
325:2

discipline
37:23
45:17

disclose
331:12,19

disclosure
6:1

discuss
8:17

11:20
111:6
217:8,11
280:21
291:3
321:14
351:13

discussed
11:22
101:9
194:14,18
212:4
226:16
227:8
234:23
244:13,17
331:20
332:10
343:23
344:11
345:15
350:23

discusses
226:12

discussing
24:15
179:2
228:21
229:14
261:9
313:25

discussion
9:21 10:1
104:3
236:24
258:2
321:15
351:19
354:3

disguised
69:9

dissertatio
n
212:10

228:12

distance
126:21

distinct
212:3

distinction
68:16,19
216:19
227:7
245:8

district
6:14,15
15:7
32:14
38:24
65:17
77:22
78:12,24
102:25
103:23
105:20
117:25
119:1,21
180:2
184:2
185:7,25
204:3
224:25
225:2,17,
22 238:20
242:25
243:4
283:1
312:24
342:4,5

districts
38:5
65:14,18
70:19
79:12
80:5
118:11
137:3
179:25

185:2
195:4,8
229:17
270:7,8
283:24
319:25
327:12
336:1

diversity
130:4,10

divided
263:11

Division
301:23

divisions
202:15

divorce
16:8,11

Dixon
249:10
350:12

DJJ
104:19

doctor
158:6,8

doctor's
171:1,3,8

doctorate
165:5

document
10:7,9,
19,24
11:11,14
12:12,14
18:22,24
19:7 67:4
78:25
79:6
85:18,20
88:15,18,
25 89:4,
8,23



90:13,17,
18 91:10,
15 92:17
93:13
120:3,6,
24 121:1,
14 122:6,
23 123:8,
11 124:2
138:9,11,
18
139:10,
13,15
140:5,12,
16 149:14
150:12,14
152:8,20,
25 153:6,
25 155:7
161:16
162:6,18
163:1,3,4
165:21
178:9,12,
22,24
179:1
182:7,9
183:13
198:15,17
199:17,21
201:22,25
214:4,6
215:2,12,
18,19
216:8
218:8,10,
17,21
219:2,5,
16,19
220:3,8
221:14
222:6,13,
19,21
223:2
241:17
242:5,13
245:24

246:1,12,
17 248:25
249:17
252:8,10,
20,21
257:20
261:1,11
262:19
268:4
272:9
309:2,9,
12,18,24
310:1,3,
9,24
313:2,11,
17 314:2,
9,25
315:19,22
316:4,13,
23 317:4,
9,11,14
325:4,17,
22 326:2
328:12,17
335:19
354:4

**documentati
on**
86:25
88:1,11
92:6 94:8
286:5
329:9
337:13
349:5

**documented**
247:21
337:24

**documents**
10:5
15:12,19
88:1 89:6
92:3
152:22
183:19

199:12
218:18,23
308:24
309:14
313:13
316:15
325:19
328:13
329:2
347:1
350:24
351:6,10
352:2,4,
12,20,21,
22,23

**DOE**
16:24
17:1 62:4
64:14
65:6
79:5,9,22
80:1,23
82:24
83:8
84:13
85:14
90:3
93:1,25
94:8,12
95:11
97:9,17
99:10,14
101:14,15
102:13
103:4,20,
23 104:2
106:20
108:8
112:6,16,
20 119:3,
23
121:14,23
122:15
131:8
149:19
173:21

180:9
181:2
195:23
196:3,17
197:6,25
198:11,14
230:2
239:18,21
240:25
244:19
245:20
247:19
253:19
259:25
306:12
310:13
314:14
317:10
328:18
329:4,5
332:5
335:25
351:15,
21,23
352:1,4,
16

**Dog**
58:25
59:14

**DOJ**
13:15
139:2
186:21
223:7,22
309:16

**DOJO**
129:24

**dollars**
204:24
205:14
238:22
240:18
244:3
245:22

**dont**
336:24

**doors**
211:17

**double**
156:19
159:14
268:9
346:17

**doubt**
108:15

**draft**
112:11,16
183:23
195:6
199:14,16
215:5
328:21
351:13

**drafted**
192:8
215:8

**drafting**
185:15
186:24

**drafts**
215:14

**drain-off**
287:17
336:23

**draining**
56:15
336:22

**drive-by**
288:3

**driver**
72:22

**drop**
338:6

**dropped**
333:10



**dude**
116:8

**due**
108:15
115:24
148:12,
18,19
168:25
169:2
172:23
173:6,17
224:15
262:12
348:17

**duly**
7:8

**duration**
109:1
110:17

**duties**
50:16
82:1
288:22

**duty**
156:19

**dyslexia**
209:21

_____

**E**

_____

**e-mail**
47:8
79:16,19
80:3 94:5
101:16
120:12
178:18
180:24
182:5,16
194:8
198:24
199:18
214:13,16

215:5
221:4
242:2,16,
17 244:9
246:8
247:10,
20,25
248:6,9,
12,15
249:8
250:8
251:21
252:7,16
253:6
347:5,11,
13
351:15,25
352:8

**e-mailed**
246:20
250:2
256:25
297:21
328:23

**e-mailing**
100:25
248:14

**E2020**
338:21,23
340:25

**earlier**
38:17
64:8
77:19
95:10
169:14
179:24
215:13
228:21
260:16
261:9
271:4
308:22
318:7
321:25

325:6
343:22,23
345:15

**early**
29:19
35:21
54:3
160:23
163:16,22
170:14

**easier**
86:6
128:9
190:10
245:14
260:13
264:1
274:25
321:15

**easily**
209:2

**East**
52:19

**Eastern**
6:8

**easy**
118:24
128:4

**EBD**
18:11,18
74:3 76:7
128:12
146:24
147:7,11,
16 160:2
165:25
208:20
209:4

**ed**
23:22
24:9 25:8
27:24
28:12,22

29:3,22,
23,24
30:2 32:3
38:6 41:2
74:5,10
84:12
103:7
109:13
146:21
149:18
192:10
193:11,15
194:6
196:14
207:22
211:16
251:10,15
257:5,8,9
260:7,9
315:12,
13,16,17
317:24
324:8

**EDD**
19:23
20:15

**EDS**
19:22,25
20:8
24:24
48:21

**educate**
45:13

**education**
14:24
17:4,16,
20 18:5,
16 19:18,
22 20:8,
23 21:5,6
27:13,16,
22 28:9
31:21
32:19
53:15

82:15
105:21
108:23
109:11
116:7
145:19
146:20
149:4,9,
11
158:13,25
167:14
174:12,22
180:5
185:4,10
188:19
206:3,21
207:8
229:2
251:7
265:2,13
266:23
267:1,7
306:1
334:4,9
339:24
345:23
346:9,12,
15
347:10,
18,19,23
349:3
350:14
351:7

**educational**
12:21
13:4
20:19
21:17
26:18
89:1
107:6
117:18
185:9
186:14
203:12
303:21



304:11
305:25
308:9

educators
34:23
67:24

effect
65:2 73:1
118:7

effectivene
ss
83:17

efficient
133:15

effort
148:14

efforts
100:11,16

ELA
340:9

elaborate
98:18
124:19

Elam
74:11

elapsed
41:20

electives
207:11,22
340:13

electronic
238:9
355:10

electronica
lly
10:6

elementary
117:15
143:21,22
150:7

156:18
170:4
189:20
340:17

elementary'
s
340:19

eleventh
159:21

eligibiliti
es
149:7
260:10

eligibility
50:10
110:12
112:6,22
146:17,20
147:7
148:19,23
159:25
160:8
161:12
165:21
166:19,21

eligible
108:21
146:21
232:7,12

Emily
64:12

emotion
60:19
69:15

emotional
18:12
40:11,16
42:17
44:7
212:1,12,
13,17
251:13
326:17

emotionalit
y
124:25

emotionally
133:10

empathize
73:12

employed
26:6,8,25
282:2

employee
343:13

employer
342:3

encourage
34:14

encouraged
350:20

end
67:5,20
83:25
85:14,15
91:16
93:2
94:24
110:22
148:4
163:18
169:14,17
177:10
192:16
193:3,12,
14 232:18
288:7
329:10
336:24
341:4

ended
255:13

engage
56:1

enrolled
135:21
136:2
140:17
163:9
176:10
178:4
349:3

enrollment
136:22
138:21
139:16,20
140:7
150:22
162:13
163:5

ensure
16:23
81:6
83:17
123:1
179:10
199:25
208:12
211:24
213:6
217:24,25
314:17

ensures
185:3

entail
43:15,19
44:19,24

entailed
45:7

enter
337:10

entered
64:14
337:20

entire
90:17,18
252:2

328:19

entirety
139:13

entitled
151:13

entrance
201:2
216:14

environment
31:4
113:20
169:4,6
174:12
184:17
185:5
191:1
210:24

environment
's
115:1

environment
s
114:20
184:23
228:19

envisioned
200:4

envisioning
213:9

equal
203:12

equitable
13:25
83:19
184:8
207:19
306:25

Eric
242:18
243:3
244:17
247:10



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: Esquire..Explosive

Esquire
  6:19

essentially
  187:17
  189:9
  193:22,25
  215:20
  310:18

ESSER
  269:19
  272:2

establish
  184:2,7

established
  181:12

ethics
  23:17,23,
  24 348:22

eval
  42:14

evaluate
  83:16
  270:10

evaluation
  87:18
  270:16
  342:9
  343:9,10

evaluations
  39:7,9
  40:5
  42:12,14
  43:4
  82:10
  293:12,24
  320:5
  342:19,22
  343:14

Evaluator
  37:18

eventually
  120:1

193:23
300:4

everybody's
  307:13
  326:18

everyone's
  72:20

everything'
s
  126:23

evidence
  186:25

evidence-
based
  30:19
  241:15
  326:7,10
  327:3,5,
  13,25
  328:4,5

exact
  47:20
  196:13
  208:19

exam
  24:12
  48:18

EXAMINATION
  7:10

examples
  55:19
  87:13
  88:14
  207:2
  210:16
  301:19

excited
  65:3,4
  286:15

excuse
  9:19
  11:19

27:19
28:13,22
37:14
107:22
146:12
154:19
157:14
159:16
257:23

executive
  15:6 33:6
  77:21
  97:20
  115:22
  342:20
  344:4,6
  349:12
  353:12

exhaust
  109:9

exhausted
  109:2

exhibit
  10:14,22
  18:24,25
  19:5
  88:18,20,
  25 120:6,
  7,12
  138:11,
  12,17
  150:14,
  16,21
  162:6,7,
  12
  178:12,
  13,18
  182:10,
  11,16
  198:17,
  18,23
  214:7,8,
  13
  218:11,
  12,17

222:21,22
223:2
241:19,
20,25
246:1,2,7
249:2,3,8
252:10,
11,16
261:2,3
309:2,4,
10 310:25
313:4,5
315:1
316:6,7
317:15
325:8,9,
14
346:19,25
354:6

exhibiting
  161:2,6

exhibits
  152:4

exist
  127:14,
  15,17

existence
  33:19

existing
  281:8,10

exit
  216:16,25
  217:2

exited
  225:24

expect
  278:24

expectation
s
  128:23
  129:23

expected

20:15
90:5

expenses
  240:4
  245:1,5

experience
  29:2 41:2
  43:3
  53:10
  70:15
  106:16
  112:25
  113:19
  114:2
  142:5,11
  174:7,18

experienced
  231:5

experiences
  54:1

expert
  143:15

experts
  330:13
  332:5
  334:19

explain
  86:6
  153:9
  220:2
  226:13
  343:7

explained
  153:11

explaining
  317:17

explanation
  312:7

explore
  82:19

Explosive



66:4

**exposed**
53:25

**expound**
216:5

**extends**
349:6

**extent**
8:8  41:18
46:21
58:4
137:24
160:9
185:8
331:11

**externaliza
tion**
212:25

**extra**
188:12
229:17

**extracurric
ular**
185:9
231:17,22
232:2
233:14

**extreme**
158:23
161:14

**extremely**
122:1

─────────────

**F**

─────────────

**face-to-
face**
70:4
340:25

**facilities**
106:15

129:14
134:13,23
135:15
142:9
144:4
195:20
196:4,8
197:7,14,
24 198:4
238:8,12
283:3
308:5
335:5

**facility**
126:5
135:12
138:24
139:17,20
142:2,8,
14 144:16
146:23
150:23
162:14
163:5
165:17
193:5,6,
17 195:22
196:11,
20,21,22

**facing**
230:17

**fact**
42:24
70:18
76:11
85:24
89:14
107:2
149:11
153:19
207:2
299:20

**failure**
114:19

**fair**
144:15

**fairly**
145:8
164:3
173:10

**fall**
25:11
34:12
296:25

**falling**
29:18

**falls**
90:13,15

**familiar**
13:14,17
19:10,11
28:10
47:3
102:19
104:4,13
202:24
303:14
309:18

**families**
285:9
298:7
299:17,18
333:18

**family**
34:16
38:4
125:14
287:5
296:1

**fan**
229:23

**farm**
168:5,14

**fast**
110:19

**father**
62:16

**fault**
209:6

**favor**
320:3

**FBA**
30:23,24
64:15
67:15
109:5
110:21
312:2,6

**FBA's**
29:1 51:9
64:25

**FBAS**
82:8

**FDA**
64:7

**featured**
72:25

**February**
252:17

**fed**
149:12

**federal**
78:18
83:7
116:7
185:1,6,
22 204:24
221:11
237:10
238:18
239:24
241:3,4,6
243:16,24
244:3,12,
25 245:8,
15,19,20,
22 247:24

273:4,8,
12,20
274:4,12
281:22,24
306:18

**federally**
269:13
270:19

**feedback**
51:6
94:17,19,
23 121:24
194:17,
19,23
312:17
337:17
347:12

**feel**
8:3 66:14
76:7
82:20
133:4
162:22
230:23
231:7
233:12,15
234:9,10,
11,15
237:20
246:15
259:22,23
287:23,25
291:11
307:9,11
320:1
323:20,22

**fees**
240:8

**fell**
271:10

**felt**
69:4
110:13
184:4



200:18
210:12
251:17
352:5

**fence**
41:6

**fiddling**
15:22

**field**
25:16

**figured**
304:4

**file**
139:3
149:9,12,
15

**filed**
13:18
186:21
239:9

**fill**
36:4
279:8
292:18

**filled**
50:4

**final**
85:8
108:1
201:7,11,
24 219:7
221:16

**finalized**
219:16

**finally**
9:10
18:15
101:16

**financial**
203:10

**find**

35:8
86:17,19
98:15
113:25
144:2
157:1
207:6
259:12
275:3
276:14
288:6
296:6
323:1,6

**finding**
276:23

**findings**
13:15
83:23
186:10

**fine**
12:6 29:4
77:6
124:14
161:25
212:13
248:7
326:19

**finish**
8:16 9:7
11:1
203:3
329:10

**finished**
341:15,16

**finishing**
201:23

**fiscal**
78:14,15,
24 79:18
80:13,15
81:3 90:2
118:1
119:1,9,
17 133:16

223:6,16
224:4
227:23
240:10
241:1
261:5,22

**fit**
166:19

**fitness**
42:12

**five-day**
74:15

**five-minute**
77:10
236:17

**flagging**
223:20

**flexibility**
349:17

**flow**
309:11
310:5,17,
24 311:1
313:25
314:22
315:2
317:15
350:25

**fluency**
210:3

**fluid**
136:22
201:22

**fly**
208:23

**focus**
20:3,4,18
34:8
54:20
99:20
118:5
126:4

127:8
130:24
133:13,19
212:1
239:2
264:2

**focused**
117:7
191:7
210:6,9
217:4,18,
22 218:4

**focuses**
54:15
72:19
74:19
131:24

**folks**
41:25
57:16
84:11
111:22
119:20
187:22
196:4
307:24

**follow**
92:11
195:18
239:4,6,
23 240:2
241:5,7

**follow-up**
289:6
301:16

**followup**
41:9
251:21

**foot**
105:16

**football**
233:5,20
234:17,18

**forefront**
234:12,22

**forensics**
39:7

**forget**
116:8

**forgive**
13:9

**form**
9:17 58:6
122:14,15
125:25
134:4,6
224:23
237:8
284:23
292:16
311:19
312:25
313:24
318:4
329:19,24
337:12,17

**formal**
248:17,19
302:6

**format**
43:18
179:6
215:16

**formats**
323:5

**forms**
54:1
149:16
337:19
352:24

**Fort**
137:7
301:23

**forward**
45:17



311:2
351:24
355:9,11

forwarding
355:12

foster
45:10

found
45:5
63:22
75:20
133:20
200:18
276:9
291:2
304:19
330:20

four-year
348:20

frame
211:24

framework
230:2
283:16

frankly
305:23

free
8:3 82:21
162:23
246:15

frequency
109:1
110:17
291:21

frequently
173:16

friend
288:3

front
89:9
227:2

232:18

frozen
294:10

frumpy
133:6

frustrated
209:1
305:19

full
7:18
139:7
279:23
280:1
325:21
333:15
348:12

full-time
163:23
191:19
235:11
320:12

fully
9:12
174:11,
21,23,24
175:3,11,
13,20
192:5
279:18

fun
302:3
340:14

function
31:6,9,
11,12
251:10

function-
based
319:19

functional
30:25
40:17

67:16
68:5
319:16

functioning
40:11,15
42:18
44:7 82:8
126:3
129:17
299:19

fund
116:24
188:5
204:25
205:1
253:15
260:20
269:21
306:1
345:13

funded
78:19
100:22
101:3,5
116:20
124:11
194:1
237:4
253:20
258:23
259:2,5
260:17
263:4
264:7
267:20,25
269:14,
23,25
270:19,21
273:3,7,
11,20
274:3,12
275:13
276:11
281:21,23
282:9,11

299:14
300:24,25
306:17

funding
100:13
101:22
102:7
173:21
174:4
188:7
203:22
205:17
221:22
237:6,8
238:17,
18,19,24
239:3
244:12,25
245:4,9,
10 251:17
253:2
260:16
266:4,17
269:13
273:4
275:10
281:19
282:6
283:7,21
299:14
301:4
345:11

funds
204:19
239:5,22
240:1
246:21
247:6,9
253:17
269:16
273:20
274:4,12
281:22,24

furniture
75:12

Futch
6:10 7:7,
12,20
10:18,21
11:6
12:11
19:4,6,16
26:25
77:3,19
88:24
90:2
120:11
133:18
138:16
150:20
152:8
161:20
162:11,21
167:9
178:17
182:15
183:12
198:22
214:12
218:16
223:1
235:25
237:3
241:24
246:6
249:7
252:15
294:6,21
309:8,22
313:9
316:16
317:16
325:13
330:11
331:15
341:9,20
342:3
353:21
354:2
355:25

Futch's



151:19

**FY**
228:5

**FY20**
120:17
126:10

**FY21**
89:24
223:20
224:17
225:5,6

**FY22**
139:5
223:19,23
228:5
262:10

───────────

**G**

**GA**
122:14

**GA00015229**
214:20

**GA000829**
242:5

**GA00083733**
249:15

**GA00097408**
252:20

**GA00131256**
183:1

**GA00227998**
199:4

**GA00357358**
246:13

**GA00794669**
178:23

**GA01064131**
120:21

**gained**
43:3

**gaps**
30:21
251:12

**gardening**
247:3

**Gate**
72:24

**Gateway**
285:24
297:14
302:22

**gave**
55:19
71:11
86:15
119:10
127:12
165:7
196:17
197:11,12
220:1
256:24
271:23
272:2
295:7

**geared**
99:15

**gears**
105:13
257:21
282:15
308:20

**general**
18:5,15
72:14
78:21
81:10
82:6,18
112:5
145:19
171:9

174:12,22
176:21
180:5
188:19
206:3,21
207:7,22
211:16
229:2
251:10
324:8

**generally**
147:17
324:10

**geography**
135:18,19

**Georgia**
6:12,15
7:3  9:16
12:15,20,
21  13:4
16:24
17:1,3,7,
12  18:17
19:22
20:2,17
21:2,8
22:13
24:16,19
29:24
31:22
35:13
47:20
48:19
52:19
62:4
64:7,11,
15,18
80:23
89:1
100:12
111:4
127:25
149:6
186:11
339:5,6

341:21
343:13
347:20
348:8
349:4
351:6
354:22

**Georgia's**
283:22

**gestalt**
39:25

**get all**
103:7

**get allotme
nt**
258:25

**Gickem**
192:12

**Gilchrist**
59:23,24
62:9
295:2

**girl**
128:5

**girl's**
305:3

**give**
10:23
57:25
89:14
94:6
120:23
121:23
130:19
135:23
152:10,11
159:22
183:2,14
199:5
204:10
219:1
223:9
238:7

242:9
260:25
272:11
274:17
288:17
311:25
312:7
316:16
346:21

**giving**
72:13
298:9

**glasses**
146:25
152:15

**Glenn**
168:13

**GLRS**
102:25
103:10,22

**GLS**
28:19

**Glynn**
33:7,23
115:12
134:18
137:4
138:7
161:17
162:14
163:5
165:17,23
166:2,7
168:13
172:3
173:18
182:18
184:10,15
185:23
187:2,9
191:6
193:21
195:16
196:5,24



227:18
263:14
272:2,6
275:19
278:25
285:25
286:3
287:14
297:13
302:5,20
345:21,22
346:14
347:8,9,
19

GNET
32:5,8
33:15
35:23
52:5
65:22
66:14
68:8
73:15
81:24
83:1
98:4,8
99:2
112:23
126:11
210:13

GNETS
12:25
13:2,8
15:8,10
17:23,25
18:2,4
26:10
27:1,11
31:23
32:3,11,
13 35:17,
20 36:19
37:20
41:17
47:10
49:4,24

52:8,9,11
55:17
58:5
59:17
61:6
62:6,8,25
63:6
64:2,16
65:19
66:15
68:11
70:9 71:3
73:25
74:4
77:25
78:12
79:13,23,
24 80:1,
14,23
81:11,14,
22 82:3
83:6 84:9
85:12
86:22
87:25
90:5,22
95:23
96:3,17,
20 97:5,
8,19,23
98:16
99:3
100:14,24
101:3,10
102:7
103:9
105:5,15,
18,19
106:17
108:17,22
111:15
112:3,7,
16,24
113:5,19
115:8
117:5
120:2,17

121:11,
15,16
124:16
127:14,
16,18,20
129:2
131:12
134:24
135:21
137:22
144:20
146:2,4
158:1
161:3,4
174:10
178:20
179:11,25
180:1,20
184:21
187:21,
22,25
188:3,19
189:3,10,
23 190:1,
15,17
191:12
199:2
200:3
201:17
202:4
203:19
204:18
205:7,24
206:2
208:9
210:21
213:3
214:17
216:3,15,
16 217:5,
6,19,23
218:7,19
219:21,25
222:6
223:4,15
225:25
226:1,6,9

232:23
233:14
237:4,7,8
239:5
240:5
243:1
245:9
250:12,
16,19
251:18
254:8
255:8,9
256:14
257:7,22
258:6,19
259:17,
21,24
260:6
261:8
262:23
263:5,8,
19 264:8,
11 265:1
266:4,18,
23 267:6,
9,20
268:1,11
269:21
270:21
274:6,15
275:14
276:20
281:22
283:6,11
284:3,12
290:20
296:5
297:11
303:22
304:7,10
305:5,24
306:3,4,
13 308:7,
23 309:11
310:4,23
311:3,14
312:24

313:10,23
314:9,15,
18 315:2,
7,18
316:12
317:10,
15,19,21
318:4,23
322:7,18,
25 324:20
325:1,14,
15
328:18,20
331:17
335:7,20
344:13
345:16
349:23
350:25
351:12,20
352:19,21

Go-iep
148:13
149:1,2,
13 156:25

goal
54:9
130:18
163:19
190:4
314:21

goals
40:23
76:3
106:13
113:22,25
211:12
226:21
228:17

God
69:25
84:4
275:3

Golden



72:24

**good**
7:12,14
43:23
44:1
48:23
68:8
70:15
72:4 77:3
99:1,6
107:17
116:23
123:4
133:7
134:1
166:24
184:6
193:20
194:20
227:15
230:12
236:2,7,
16 277:21
287:6
316:1
320:25
321:6,15
328:2
332:13

**Goodenraft**
74:13

**gosh**
20:13
72:23
285:5

**governed**
151:21

**governor**
257:13

**governor's**
307:22

**grade**
136:6
159:20,21

165:15
209:11,13
340:9

**grades**
136:3
143:21
146:7,8,
15
159:13,
18,20
165:18

**Gradpoint**
35:10,11

**graduate**
20:20
21:11
26:23
35:14
113:16

**graduated**
110:4

**graduation**
338:20

**Graham**
302:21

**grant**
78:18
81:7
101:3,7
108:8
197:14
204:24
223:4,15,
19,23
226:11
237:9
238:17
239:5,13
240:5,8
243:13
245:9
249:23
250:9,11
252:19,24

253:4,18,
24 254:6,
23 255:2,
6,12,13,
16 256:1,
4 261:5,
25 263:5
264:8,18
266:5,19
267:20
268:1
270:21
271:25
275:14
280:23
281:22
306:17,19
307:3
353:18

**grasp**
340:14

**Graybill**
64:12,17
65:5

**great**
7:15
28:18
35:25
54:21
55:13
66:19
90:1
140:11
164:25
205:10
208:3
223:14
228:10,
13,19
236:11,19
262:16
273:13
280:11
285:20
286:7

326:20
341:8

**greatly**
250:23

**Green**
70:3,8

**Green's**
66:3

**Greg**
59:21

**grieve**
288:19

**Griffin**
74:11

**group**
33:15
44:18
51:11
75:4,7
78:17
212:22
250:3
284:13,14
290:5,9,
17 291:1,
9,23
292:6
302:10
332:15

**groups**
39:10
60:1
82:24
168:18
284:17
294:4,9

**growing**
124:16
228:11,13
247:4

**guarantee**
205:25

206:10
257:3

**guardian**
337:14

**guess**
33:15
36:9,23
39:11,14,
16 63:11
68:3
78:21
114:6
115:21
131:10
153:20
154:25
164:16
170:18
172:14
175:8
181:12,14
196:21
209:2
210:5
227:10
233:25
234:11
254:25
255:1
256:22
257:10
258:12
261:24
264:13
265:18
271:14
279:15
282:18
286:4
288:16
290:15
295:7
300:25
348:16

**guessing**



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: guidance..heavy

299:13

guidance
119:10,16
121:24
218:18
335:18,25
336:2

guide
90:22
310:6

guidelines
239:24
240:2

guiding
325:15
326:3
327:4
328:25
351:2

gum
55:9

guy
72:23
116:6
198:1

guy's
64:23

guys
119:9
232:24
257:23
355:10

——————

H

——————

Hagan
266:16

half
52:13
208:2

half-time

286:22
320:14

Halloween
302:1

hallway
211:18

Hamilton
6:25
7:11,15
10:4,17
11:25
12:2,5,7
19:3 60:3
77:9,18
88:23
120:10
138:15
150:19
152:7
161:22
162:2,4,
10 167:8
178:16
182:14
183:11
198:21
214:11
218:15
222:25
236:14
237:2
241:23
246:5
249:6
252:14
258:3
294:20
309:7,21
313:8
316:10
325:12
330:10
333:5
341:1,7,
16 346:21

347:4
353:24
354:11,
18,19

hand
86:12
318:17

handbook
337:20

handful
229:9

handled
51:2

handles
124:24,25

handling
37:22

handwritten
223:19

happen
141:22
173:16
197:13
234:11
320:23,24

happened
35:23
45:15,20
87:3
110:18
123:22
134:2
163:17
192:8,17,
20 193:3
196:15
219:14,18
221:13
256:16
265:10

happening
110:19

happy
188:22
215:21
300:17
355:9

Harben
7:5

hard
25:7 59:9
339:15

Harden
205:5

harder
298:5
340:15

Harrell
125:1,8,
16

Hartley
7:5

hats
28:3

Hawkins
7:5

head
48:15
138:5
203:4
272:14
346:17

head's
323:1

heads
103:18
196:17

heads-up
247:11

health
17:8,13
18:18
22:19

39:20,21
72:6,7,8
82:13
116:2,10,
12 147:23
186:13
203:23
267:15
277:3,11,
12,16
282:20,24
283:3,8,
17,20
284:10
289:5
293:17
294:23
295:1,22
303:19
305:10,
22,25
306:5
308:13
324:5

healthy
312:4

hear
98:24
101:13
225:10
257:23,24
294:6
297:8
320:18

heard
250:6
309:23

Hearing
9:22
167:1
330:2

heart
255:10

heavy



188:25

**held**
9:21 10:1
36:24
38:16
51:19
236:24
258:2

**helped**
40:4
112:15
121:20
229:18
267:15

**helper**
72:20
73:10

**helpers**
72:20

**helpful**
41:11
98:16
121:19
126:5
133:20
155:4
201:12
224:19
308:20
316:2

**helping**
296:10

**helps**
75:22

**hey**
59:16
148:11
188:10
204:10
209:20
233:18
254:17,20
316:1

332:14

**hid**
166:18

**Hieu**
7:4 12:6
77:4
161:23

**high**
29:14
32:21
33:3
34:12,23
35:3,13
36:16
82:1,4
110:4
117:16
150:3
156:18
170:5
189:20
208:20
211:20

**higher**
20:23
21:6
22:17,18
93:16
108:13
137:1,25
228:2,7
231:21
255:22,25
348:20

**highest**
19:16,18
36:23
144:12

**highlight**
53:11

**Hinesville**
126:12,16
127:2
129:14

150:23
155:11
197:17

**hippocampus**
71:17

**hire**
260:21
278:1,15
279:8

**hired**
33:21
34:4
155:25
156:9,12,
23 190:21
263:12
277:24
282:12
342:6
348:21
349:10

**hires**
280:6

**hiring**
271:1,3,7
276:2
279:5,6

**history**
43:24,25

**Hold**
90:4
146:25
272:22
273:6

**hole**
116:25

**holes**
181:22

**holy**
100:21

**Holyfield**
180:15

199:1

**home**
143:12
150:9
157:11
158:14
169:6
172:22,
23,24,25
173:6,15
213:15
225:1,16,
21 288:13
292:15
296:1,8,
23 298:8
299:4
333:24
337:13

**homebound**
158:1,4,7

**homework**
57:22,25

**honest**
7:23
85:24
94:21
127:3
137:23
153:17
226:4
227:16
245:11
259:16

**honestly**
69:1
114:7
123:16
129:15
131:5
174:13
200:9
205:3
221:6

229:21
277:10
351:16

**hoping**
185:17
294:4
300:4

**horrible**
275:3
277:14

**Horton**
264:19
265:24
266:16,22
312:21

**hospital**
324:18,23

**hospitaliza
tion**
107:23
324:25

**hospitaliza
tions**
108:7
299:25
300:1,9,
12

**hospitalize
d**
107:12
143:10

**hour**
98:11
99:25
100:1
145:7
168:2
170:20
171:7
236:4,6

**hours**
23:5,6,21
25:9,15,



24 36:10
44:15
100:5
107:16
170:4
271:5,8
337:14

house
278:9
299:18

Howard
182:22
347:8

hub
168:5,14

huge
58:19
185:24

hundred
247:7

Hutchison
272:20

hypothesis
31:7

_____

I

_____

I-READY
209:18

IDA
68:5
136:7,8
237:9,10
241:7
273:7,20
274:4,12
281:22,24
282:9

idea
86:7
125:16
179:20

200:9,17
201:9
205:3,10
254:13
290:2
306:23

ideal
59:3

ideally
148:25
294:3,8

ideas
311:25
319:20

identificat
ion
10:16
19:2
88:22
120:9
138:14
150:18
162:9
178:15
182:13
198:20
214:10
218:14
222:24
241:22
246:4
249:5
252:13
309:6
313:7
316:9
325:11

identified
197:6

identify
54:7
56:11
85:6
130:20

201:16
312:3,5

identifying
29:16,19
55:12
203:9

IDT
104:4,11

IEP
32:7 50:9
76:3
82:11
108:24
111:16
112:1
128:1
130:25
137:18
144:10
148:4,12,
22 149:3
179:6
190:3
200:8,23
201:4
211:12
216:3,14,
16 217:9
226:21
244:1,4
311:23
317:25
318:3,8,
22,24
321:3,6,9
322:20
323:5,7,
17 324:11
349:22,25
350:17,21

IEP's
37:12
38:10
40:19
50:18

IEPS
149:7
318:16

imbedded
92:3

immediately
337:19

impact
40:22
102:6
108:20
196:22
243:21
277:23

impacted
42:19

impacts
34:25
40:14,17
54:4 59:4

impaired
147:23

implement
129:19
194:5

implementat
ion
230:5
243:9

implemented
129:20,21
230:4
251:6,12
314:19
327:6
338:5

implies
189:12

important
131:1,3
132:2,17
133:25

181:19
201:19
202:1
203:15,17
207:4
208:16
210:19
254:18

improvement
92:18

improvement
s
93:18
197:19

improves
106:5

in-class
57:2

in-kind
237:12
238:19
270:10

in-person
339:10

incentives
204:23
240:17

include
43:23,25
70:20
131:1,3
151:23
203:17
207:5
208:17
213:19
220:19
287:13
344:20
345:11

included
43:22
58:10



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: includes..instructions

138:2
148:7
213:8
216:2
224:10
336:8
344:17

**includes**
81:5
113:19
124:2
131:24
199:3
222:1
283:16

**including**
226:25
302:4

**inclusion**
130:5,11
184:4
191:12

**inclusive**
210:16

**incorrect**
153:15

**increase**
141:16
182:1
213:20
229:19
256:13,20
277:12

**increased**
254:15

**independent**
75:2,7

**independent
ly**
46:19,20
338:25
339:2

**indirect**
81:17
143:9
201:17
240:9
311:15,22
323:12

**indirectly**
78:4
329:20

**individual**
44:18,20,
25 46:11
51:10
113:2,3
178:7
180:4
203:8
212:22
284:19,
20,25
292:8,21,
25 302:9

**individuall
y**
209:16

**individuals**
15:16
40:3
120:16
180:12
242:4
265:23
266:15
273:3
332:15

**Infantry**
301:23

**inform**
133:16

**informal**
111:1
312:1

**information**
32:4
41:22
55:6
58:11
71:12
80:17
81:3,5
85:2,16
87:10
93:2
98:25
101:20
108:4
132:3
139:8,16,
20 148:7
149:24
151:12
163:4
171:19
178:3
185:14
186:23
197:12
204:10
228:5
233:21,
22,23
266:1
288:11
295:8,25
302:14
311:23,24
315:8,20
316:12,25
323:19
331:13
351:2

**informed**
14:23
24:3
125:18
185:18
331:6,7

**informing**
133:23

**initial**
20:4
26:6,11
61:10,15
83:3,13
87:15
107:15
200:7
201:1
216:24
315:5

**initially**
86:15
87:2
111:18,20
132:25
200:25

**initials**
147:22
150:1

**initiated**
295:18
312:23

**injury**
160:14
161:1,5,
12

**input**
54:22
55:3,5,14
56:11,12
68:10
112:19
243:7
287:16

**inquire**
246:20

**inspection**
143:14
331:2,5
333:8

334:16

**inspections**
330:12,15
333:14,
20,25
334:10,
15,24

**instance**
191:15
350:15

**instances**
184:15
337:24
350:2,16

**institution**
24:25
25:23

**instruct**
11:20

**instruction**
18:19
28:23
30:11,14
143:16
190:11
191:20
202:20
207:25
212:19
289:17
339:10
340:2,3,
4,19,22

**instruction
al**
30:19
37:17
170:3
240:13,
15,22

**instruction
s**
30:10



insurance
    296:10

integrate
    217:5,18

integrated
    189:22
    227:9
    230:1
    283:16

integration
    133:22
    208:17
    215:22
    216:10,
    13,19,23
    217:4
    220:12,
    21,23
    222:3
    232:17
    234:21

intended
    143:4
    211:22
    250:10

intense
    284:24
    285:14

intensity
    108:25
    291:21

intensive
    56:6,7
    185:20
    187:11
    203:20
    253:16
    289:21
    308:2

intention
    195:9

interaction
    186:17

interagency
    104:5,8,
    10 302:13

interested
    32:4
    233:19

interesting
    280:8

internal
    89:22
    218:24
    223:7
    309:16
    313:15
    325:24

internalizing
    212:24

Internally
    162:16

internet
    75:20

internship
    23:6
    25:1,22

interpret
    40:6

interpreted
    226:3

interpreting
    40:12
    43:16
    44:4,5,8

interrupt
    9:5 29:6
    91:6

interrupted
    176:14,18

interruption

12:4
    309:20

intervening
    326:24

intervention
    31:11,14
    51:10
    56:18
    60:13,18
    61:3
    66:19
    67:11,18,
    25 82:9
    88:3
    111:7
    113:6
    184:16
    185:21
    243:21
    250:20
    287:19
    312:13
    319:16,18
    326:7,16
    327:3,19

intervention's
    327:5

interventionists
    272:11
    273:15

interventions
    18:9
    29:20
    30:20
    47:12
    54:8 61:1
    84:24
    106:5
    108:16
    109:1

203:21
    241:12
    283:15
    291:22
    326:10
    327:13,24
    328:2,5,6

introduce
    6:22

introduced
    297:14

inventory
    119:18
    124:12

investigate
    323:14
    324:16

invisible
    289:24

invited
    333:23

involved
    82:17
    100:8
    109:21
    111:14,20
    194:10,
    12,21
    197:16
    201:14
    213:18,24
    221:12
    299:4,22
    340:2

involvement
    31:23
    203:2

involving
    87:21

IQ
    40:8 44:4
    299:19,21

isolation
    173:14
    277:11,
    14,19
    278:5

issue
    14:1
    26:12
    40:16
    56:17
    61:1
    66:10
    68:20,21
    83:9
    96:20
    113:9,10
    119:17
    131:20
    158:6
    166:14
    187:4
    209:21
    211:12
    232:13
    234:1,2
    243:5
    254:3
    270:12
    294:12
    299:23
    300:10
    318:14
    320:8,9
    322:10

issued
    13:15
    26:2,7
    116:8
    186:10
    349:1

issues
    22:12
    24:17
    29:17
    70:2



82:17
85:5
86:11
103:9
115:25
123:21
130:7,20
131:15,17
169:1,2
175:22
197:24
207:12,14
208:22
232:15
251:13
277:12,
16,18
284:15
320:23
349:6

**item**
32:18
218:22
316:14
325:18

**items**
70:22
76:18,20

**J**

**Jacqueline**
180:15
199:1

**January**
19:24
20:15
52:14,24
53:7 93:9
182:16,22
192:24
214:14
215:9
246:7,19

**Jeannie**
61:22
62:1,3
63:2,9
335:20

**Jeff**
27:14,16
28:1
31:24

**Jefferson**
31:21

**Jennifer**
264:17
265:9,23
266:7

**Jesus**
333:11

**job**
27:4
40:18
41:23
42:5
50:2,12
52:15
106:22
116:23
229:13
285:17
332:6,7,8

**jobs**
50:2
63:22

**Jody**
263:16,17
265:6,24
266:9,22
312:20

**John**
266:16

**Johnny**
177:14,19

**Johnny's**

177:14

**Johnson**
7:2 59:24
162:3
236:9,18
341:13,
19,21
347:2,15
353:20
354:1,7,
10,13,23,
24

**Jones**
295:10,
12,13

**judgement**
70:15

**July**
27:8,18,
19,20
37:3
51:24
62:22
348:14

**jump**
268:4
323:22

**jumped**
72:24

**June**
27:18
37:3
52:14
53:6
239:9,10
262:13

**Justice**
13:21
186:10
286:18,21
332:2

**justified**
245:16

**Juvenile**
286:18,21

**K**

**K12**
146:11

**keeping**
25:8,15,
23 116:14
205:20

**key**
40:23
133:16,23
229:22

**keys**
343:9,10

**kicking**
114:8

**kid**
40:21
41:4 47:6
67:20
70:2
107:16
109:24
110:21,23
128:13
167:22
177:18
202:3
204:12,18
209:11
227:5
234:18,19
288:15
300:10
302:14
319:23
323:2

**kid's**
158:8

**kidding**
196:18

**kidnapped**
109:13

**kids**
34:11,14,
22 41:17
45:16
47:13
56:5
66:15
68:14,15
69:7,13,
16,18
74:3 86:5
104:19,23
105:5,23
106:3,14
107:3
109:10
116:16
118:20
129:10
133:4
168:16
170:22
177:12
178:1
187:24
193:17
202:21
204:2,20
205:10
208:21
209:9
213:12
224:15
225:24
227:2
230:13
231:4,10
233:1,3
237:20
254:18
272:6
284:14



286:20,25
287:1
291:8,11,
14 292:6,
12 296:4,
19
299:17,24
300:8,11
301:25
305:18
332:13
339:24
340:7

**killed**
288:3

**kind**
24:1
34:12
54:5,6,7
59:10
63:16
65:1,5
67:18,19
81:20
85:18
98:4
99:25
109:19
116:25
119:10
123:17,19
138:5
170:7
181:9
188:24
195:12
203:10
204:14
207:15
208:22
221:21
232:25
233:22
234:18
250:3
255:10

260:22
276:19
277:19
289:18
302:1,3,
17 308:11
311:25
312:1
318:13
323:15
326:17
332:17

**kindergarte
n**
136:12

**kinds**
67:13,22
124:18
125:14,18

**knew**
100:18,24
101:1,8,
21,23
181:10
223:22
269:1
277:20

**knowledge**
39:20,21
40:4,11
41:21
42:4 47:9
76:17
132:19
260:11
287:2
306:3
349:24

**knowledgeab
le**
40:1
194:15
244:23

**Kyle**

6:18
10:11

———————

L

———————

**labeled**
89:23
144:7
151:1
162:16

**lack**
173:6,17
286:4

**lady**
72:21
299:9

**lag**
228:6

**Lakesha**
80:8,20
94:14
97:14
239:19

**language**
60:19
130:8
145:5
187:13
207:1
208:14
216:9
352:10

**LAPCS**
271:4

**lastly**
350:23

**late**
169:5

**Laurie**
272:25
273:18

**Laurie's**
273:5

**law**
28:10
287:3

**laws**
22:24
81:8
82:16

**lawsuit**
13:17
100:9
186:22

**LD**
109:13

**LE**
318:5

**LEA**
17:15
78:17
102:19
103:1
109:2
113:16
127:18
128:14,19
129:10
167:14,16
169:4
171:19
179:10
181:19
200:1
203:2
205:24
208:10,11
211:16
213:4,5
217:15,
21,23,24
218:19
231:18,23
235:1,8
239:8

282:11
296:20
311:18
324:21
345:6,17

**LEA's**
238:13
258:25
310:6
326:4

**lead**
28:6
37:17
297:17,18

**leader**
37:17

**leadership**
19:21
20:6,19
21:17
26:15
87:16,22
91:23
125:4,5
278:4
343:10

**leads**
320:7

**Leanne**
39:4
41:15,23,
24 42:10
47:10
51:16

**learn**
13:7
113:14
330:16
331:1

**learned**
42:4
71:14
75:14



learning
  25:9,12,
  24 37:19
  46:25
  47:2 52:4
  54:14
  71:7
  88:2,4
  97:11
  98:5
  148:3
  157:18
  246:9,21
  247:2
  326:18
  336:21

learns
  50:24

LEAS
  79:18
  81:13
  201:15
  203:10
  206:19
  207:6
  260:20
  339:3

leave
  35:20,22,
  24 114:3
  116:1
  169:14
  170:14
  288:7

left
  63:11
  124:12
  131:6
  141:12
  155:7
  170:19
  254:14
  317:16

legally

68:5

length
  128:8
  167:19,21
  174:8,19
  176:9
  177:1
  228:22

lesson
  156:19

letter
  13:14
  83:23
  186:11

letting
  148:11
  156:24
  175:7
  188:10
  211:11

level
  19:17,18,
  20 21:18
  24:17
  29:14,25
  48:17
  55:22
  56:7
  66:20
  68:14
  69:5
  70:20
  82:1,4
  104:10
  105:17
  161:2
  177:13,
  16,18
  202:22
  250:19
  251:2
  284:16,25
  287:8
  290:24,25

291:1,15,
17,18
292:12
338:19

levels
  191:6
  250:20
  285:14
  291:16

liaison
  82:15
  103:23

Liberty
  33:24
  115:13
  118:18
  134:19
  137:2,5,7
  138:7
  150:23
  153:7
  155:11
  159:11
  168:8
  172:5
  195:17
  197:17
  227:19
  237:18
  272:4,5
  279:1
  285:3,22
  286:15
  287:14
  297:9
  298:2
  301:24
  302:5
  318:16
  322:19

library
  288:23

license
  22:2,5,

10,12
39:6
204:12

licensed
  22:2,10,
  16 23:9
  38:18
  39:17
  46:2,6,
  18,23
  47:1,17
  48:5,10,
  14,16
  269:9
  271:18
  304:18,19

licensure
  22:7
  48:18

life
  56:14,18
  60:13
  286:22
  287:19
  299:4

lighting
  67:1

likewise
  9:6 173:4

limited
  204:1

limits
  187:10

lines
  22:20
  251:24

link
  355:11,12

LIPT
  104:14
  213:25
  287:7,9

Lisa
  6:10 7:7,
  20 11:6
  19:6
  355:25

list
  65:23
  72:5
  95:21
  100:20
  139:5
  142:19
  143:6
  154:1,16
  155:1
  164:5
  261:14
  284:10
  311:19

listed
  22:1
  32:20
  49:2
  52:18
  53:2,9
  122:19
  126:13
  133:13,19
  142:18
  143:3
  151:7
  156:4,17,
  25 157:6
  160:25
  180:12
  210:17
  216:6
  238:25
  261:22
  264:13,17
  265:11
  266:25
  270:19,21
  272:10,
  21,24
  289:8



301:14
303:6
324:8
352:22

**listen**
97:23
99:4

**listing**
44:5
142:1

**lists**
266:3

**Lit**
340:9

**literal**
324:21

**litigation**
12:19
13:8
15:17

**litigious**
318:13

**live**
135:13
137:10
168:1

**lives**
167:22

**LKES**
343:4,7,
10

**local**
17:16
79:12
80:4
104:7,9,
13 105:20
164:21
167:14,15
241:6
287:9
303:21

304:11
347:20

**locate**
196:11
296:24

**located**
14:25
134:17
137:2
187:5

**locating**
126:4

**location**
17:25
33:4 52:1
135:4,13
155:12
168:13
344:2,8

**locations**
18:3,4
37:10
134:25
167:11
168:7
190:20

**locked**
109:14

**logical**
324:20

**login**
204:10

**logistics**
130:16

**logs**
253:13

**long**
13:13
14:18
16:7 27:6
30:13
33:8

58:18
62:14
73:24
76:5
115:13
127:1
136:13
156:13
171:4,5
177:15
211:6
219:20
229:10
230:14
240:14
327:23
330:15
331:16

**long-term**
107:14
108:2,7

**longer**
61:14
79:17
80:3
99:24
175:6
230:17
231:5
253:24
255:2
256:4,7
260:1
310:19

**longest**
167:25
174:19
175:4
176:5,20

**looked**
31:7
100:21
126:20
166:20
177:22,23

178:5
250:14
320:5,6

**lose**
321:10

**lost**
321:11

**lot**
25:10
39:3,9
42:11,12,
13 45:1,
5,7 58:10
68:1
70:14
71:11,14
75:13,19
82:17
86:6
92:11
95:23
96:3
98:22
99:8
100:6
102:4
103:4
106:2
113:9
128:9
137:13
177:9
189:17
194:15,16
205:16
208:18
237:15
255:11
267:16
276:2
277:3
284:1
287:23
298:6
300:11

307:16
321:15
322:9
332:3
336:20

**love**
70:16
164:20
260:13
284:5

**loved**
59:2,8,9
113:21
208:4

**low**
93:19
101:18
208:23
225:19
299:19

**lower**
138:4

**lowest**
254:10

**LPC**
23:12
39:6
44:13
48:7 82:9
290:14
293:11,15

**LPC's**
23:2
44:14
253:15
293:14

**LRE**
201:17
202:5
226:20
318:5

**LSCI**
56:13,16



60:8,12,
15,25
61:10
62:16,19,
24 63:23
64:3
287:17
336:20

Ludowici
33:8

lunch
8:14
50:24
129:10,12
161:18
179:14
196:16
236:5

M

MADAM
9:19
10:13
355:5,13,
17

made
6:1 40:18
43:21
86:3 96:6
100:11
102:9
117:4
119:2,15
126:15
140:2
151:5
197:19
203:3
205:5
208:7
215:13
216:19
288:12,13

298:21,23
333:7
344:1
345:5

main
50:12
113:9
149:12
287:24

maintain
149:19
171:16
175:23
178:2

maintained
201:2

maintaining
28:10

maintenance
197:9
333:6

major
26:21
109:20
158:17
197:8
215:12

majority
42:20
113:4
147:6
149:5
188:5
224:14
304:20
321:5

make
19:17
21:24
29:8 30:5
40:19
47:24
75:16

85:17
86:19
87:8,11
91:7
93:18
110:9
112:15
123:20
125:13
127:5
132:22
133:4
141:13
145:22
147:2,21
148:1,15
152:12
154:2,6,
13,22
155:3,18
157:2
160:20
162:21
173:3
175:9
178:1
181:13
185:18
188:15
189:4,15
191:23
192:6,15
199:6
200:1,18,
19 205:19
208:6
211:4,19,
22 217:12
224:3,8
228:15
229:1,5,
18 234:10
235:12
241:13
242:9
244:22
247:2,18,

19 248:22
251:3
255:14
258:14
260:13
268:8,21
269:4
271:6
287:24
291:19
292:19
296:20
298:11
306:25
307:1
321:13
327:1,20
328:22
346:3,7,
17 347:24
349:12
350:20

Maker
75:15

makes
38:13
40:21
47:11
67:23
108:21
118:4
127:1
172:15
202:5
308:7
315:5
349:8,13

making
14:2
28:11
37:12,13
75:5 85:5
87:21
114:23
194:22

210:23
227:6
230:10
231:11
239:7
257:25
322:23
351:21

man
86:23
109:15
111:8
144:9
293:25

manage
78:19

management
27:23
28:25
81:6
82:9,16

manager
62:4
79:22,25
83:7
181:2
198:3
242:24

managing
267:12

manifested
192:20

Mann
182:22
347:8,14

manner
187:10

manual
259:18

mapping
54:13



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: March..member

**March**
120:13
242:2,17
249:9

**Marie**
7:20

**mark**
10:9
18:23
88:17
107:19,25
120:5
138:10
150:14
162:5
171:12
178:11
182:9
198:16
214:6
218:10
222:21
241:18
245:25
249:2
252:9
309:2
313:4
316:5
325:7

**marked**
10:15
19:1
88:21
120:8
138:13
150:17
151:1
162:8
170:15,
20,23
178:14
182:12
198:19
214:9

218:13
222:23
241:21
246:3
249:4
252:12
261:2
309:5,10
313:6
316:8
325:10

**master**
60:9
61:7,23
62:24
63:19,24

**masters**
20:22,25
21:5
22:17,18
25:21

**material**
238:1

**materials**
119:18

**math**
100:18
238:1

**matrix**
56:22

**matter**
6:11
112:5
171:10
299:14
341:22

**matters**
16:13

**maximum**
185:8

**Mccollum**
242:3,18,

21 248:8

**Mccray**
272:20

**Mcintosh**
14:24
115:13
304:17

**MCSS**
283:15

**meaning**
75:6
106:12
154:17
318:25

**meaningful**
186:17

**means**
40:9 61:7
158:19
235:7

**meant**
58:19
95:16,20,
21 186:4
191:25
217:7,10,
12

**measure**
107:1

**measures**
107:9

**measuring**
106:18

**mechanism**
256:19

**mechanisms**
205:17

**media**
133:1

**Medicaid**

28:3
300:25

**medical**
83:9
158:6
296:12

**medications**
289:10

**meet**
85:15
98:8,9
99:9
104:22
110:12
131:18
137:18
163:22
170:9
211:7,11
232:4,9
284:16
285:10
290:20,21
299:15
301:13
303:11
335:9

**meeting**
14:14,16,
18 85:18
88:6
94:5,9,13
100:5
101:18
104:1,11
111:17
113:22
137:18
178:21
196:16
201:4,24
216:4
219:21,25
228:17
280:7

289:23
305:2
317:25
321:3
322:21
328:20
351:20

**meetings**
28:20
32:6,8
82:11
94:18
97:2,5,7,
12 98:1,
12,15
99:20
100:6
101:10
102:23
103:1,2,
6,21
104:6,7,
8,14,16,
17 105:2
112:18
131:15
179:7
295:16
304:25
318:9,19
351:13

**meets**
287:7

**Melanie**
7:2
341:20
354:1

**Melinda**
302:21

**member**
84:20
117:24
180:25
279:3



318:25
319:1
350:10

**members**
72:10,15
82:14
180:17
237:15,16
318:21,24

**memo**
182:21
183:22,23
184:9
186:24
188:24
192:9
194:4
345:16,21
347:17

**memorialized**
78:25

**memos**
195:6

**mental**
22:19
39:20,21
72:6,7,8
82:13
116:2,9,
10,12
186:13
203:23
267:15
277:3,11,
12,16
282:20,24
283:3,8,
17,20
284:10
289:5
293:16
303:19
305:10,

22,25
306:5
308:13

**mention**
186:21

**mentioned**
9:2,4
11:21
20:14
31:15
45:24
50:17
51:18
60:8
77:20
80:19
85:23
90:9
95:10
149:1
195:3,19
197:20
253:1,22
290:5
292:7,9
294:22
299:1
301:17
312:22
318:7
348:3

**mentor**
302:1

**message**
180:13

**messed**
250:1

**met**
57:22
59:7,8
84:21
110:15
113:25
163:19,23

192:10
211:11
221:5
226:21

**method**
76:16

**methods**
75:18

**Metro**
59:21
295:3

**METS**
253:25

**Microsoft**
352:15,17

**mid**
85:14

**mid-year**
91:2,9
92:14
93:8

**middle**
52:15
117:15
135:8
143:22
150:4
156:18
170:5
189:20
226:19
340:24

**midst**
8:16

**Mike**
198:6,7

**military**
172:15

**military-base**
172:12

**millage**
205:14

**million**
101:6
307:23

**Mimi**
74:12

**mind**
68:3
82:20
111:8
187:2
234:13
254:22

**mindset**
336:18
337:1,2,
16

**mine**
23:7,8
89:12,25
121:8
223:13
249:20
330:22

**minute**
80:10
250:3
324:9

**minutes**
14:19
36:4
58:18
77:5
118:19
167:23
168:3
292:4
322:23

**missing**
173:11

**mission**
106:10

**mistake**
69:5

**mistaken**
52:6
62:10
95:15
153:19

**misunderstod**
221:1,2

**mixture**
74:16
342:25

**model**
24:7
53:14,21
55:23
57:15
58:9
59:13,18
60:16
66:3 67:2
68:11
70:25
71:1,2,3,
4,20,21,
25 129:1,
23
202:15,16
231:24
232:1,20
233:7
287:13
302:1
340:16,25

**model's**
231:25

**modification**
46:8

**modifications**
31:13
46:3



319:20

**modified**
333:12
335:21

**modifies**
339:16

**modify**
19:12
200:24
339:19,20

**mom**
288:12,13

**moment**
10:25
19:9
24:15
39:11,15
43:8
45:24
50:17
51:18
60:7
88:16
89:15
90:9
120:4,24
121:10
127:13
149:1
175:12
183:3
199:6
212:5
214:22
219:1
242:10
246:14
249:16
260:25
267:22
274:18
276:12
299:2
303:6

308:25
313:24
317:1
321:25
324:4
327:15
346:22

**Monday**
36:11

**money**
78:18,19
81:7
86:13
101:2
117:2,3
123:17
124:10
204:13
205:7
237:10
241:5,7
243:13,
16,24
244:6
245:14
250:4
253:6,7,
20 254:9,
24 256:13
257:10,
17,18
269:18,
19,20
271:23
272:3
304:9
305:5
306:4,16,
18,23
307:17

**monitor**
109:3
337:6

**monitored**
86:10

**monitoring**
177:11

**month**
57:22
58:22
98:10
103:12
141:23
253:13

**monthly**
98:9
159:16

**months**
60:6
174:15
175:22
219:20

**Monty**
333:16

**mood**
243:22

**Moody**
242:18
243:3
244:17
247:10

**morning**
7:12
100:19
289:23

**Morris**
61:22
62:1,3
63:2
335:20

**MOU**
123:18
124:13

**mourn**
288:18

**mourning**
288:18

**mouth**
327:10

**move**
45:16
49:1 54:8
61:3
196:8,23
203:5
287:20
289:17
323:3

**move-in**
311:7
322:10,
13,14

**moved**
141:12
193:6,16
196:12
322:16,18

**moving**
36:17
55:14
146:17
159:25
165:15
179:18
351:23

**MTSS**
27:24
28:21
29:12
30:1,4
66:13
70:20
202:22
249:11
250:19
251:10

**multi-tiered**
249:11,21

**multiple**
38:7

88:12
143:17
299:25
300:1,9
304:7

**Multitiered**
29:13

**Murphy**
6:16

**music**
55:11
131:12

---

**N**

**Nabeka**
198:25

**Nakeba**
83:3,5,6
96:12
180:23
182:17
194:8
196:15
197:20
214:16
221:8,10
249:10
250:8
251:17
347:11

**named**
164:14
273:23

**names**
84:5
151:11,23
155:14
157:6
315:25

**national**
62:19



naturally
63:12,13

nature
195:7

Navy
172:17

Nazi
38:11

Neal
180:15
199:1
295:8

nearing
341:3

needed
15:2
37:23
52:15
87:7
99:24
106:4
109:24
110:14
121:21
122:12
157:1
190:22
193:18
194:4
197:13
200:15
201:3
210:13
229:15
237:15
240:12
241:9
244:1
279:2,3
296:3,8
326:24

needing
104:20,21
271:7

needy
299:17

negative
230:19
286:17

network
12:21
13:4
61:15
89:1

neuro
53:14
57:16

neurological
71:12

Nguyen
7:4  11:19
12:1,3
77:7
151:18
161:24
236:3,19
331:10
341:12
355:2,8,
15

nice
68:9
285:25
317:24

niche
144:2

Nicholas
62:13

night
34:18
35:19
47:8
125:14

nights
33:1  36:7

NME
53:17,19,
20  55:22
57:15
58:6,12,
14,15
59:2,18
62:12
71:11
72:2
295:5

NME's
58:21

Nobody's
161:10

nods
48:15

nondisabled
185:11

North
76:12

Northern
6:14

note
9:14  30:6
52:18
70:24
82:21
133:12
139:6
151:3
153:24
156:3
184:25
185:6
223:19
231:14
246:11
325:24
353:25
354:5

notebook
15:22

352:17,
19,25

noted
43:3
46:21,22
49:17
106:13
119:11
134:23
228:22

notes
126:8

notice
166:1

noticed
194:7

notifying
186:11

noting
108:2
145:23
218:23

November
65:16
102:12
198:24

number
6:12
10:15
19:1  29:8
88:21
96:2
105:25
108:6
120:8
134:13
136:15,18
138:13
139:4
141:2,8,
9,19
144:12
150:17

153:13,22
154:18
162:8
170:3
178:3,14
182:12
198:19
203:6
214:9
218:13,22
222:23
225:4,15
226:12
228:2,9
231:21
241:21
242:4
246:3,13
249:4
252:12,19
275:17
281:7
289:6
307:2
309:5
313:6
316:8
318:8
323:5
325:10,18
346:25

numbered
324:2

numbering
139:2
218:24
223:7
309:16
313:16
325:25

numbers
65:1
137:1,25
141:16
153:10



282:1
323:25
339:7

nurse
289:9

nursing
28:3

nurtured
113:21

——————————
        O
——————————

O.C.G.A.
6:2

oath
7:22

object
331:11

objection
9:23
167:2
330:3

objections
9:16

objectives
40:24

obligations
133:16

observation
44:2 51:4

observations
44:2

observe
111:24
312:15
319:23

observed
113:1
143:15

observing
332:18

obtain
24:21
26:18

obtained
19:19

occasional
276:19

occasionally
25:17
38:21
98:25
302:23

occur
330:16,18

occurred
333:25
334:5,10,
24 350:3

Oconee
52:5,7
117:22
118:2

Oconoee
52:3,11

October
6:7
178:19

off-the-
record
9:20,25
236:23

offer
284:23
305:7
338:19,21

offered
117:12,16
284:20

290:18
292:9,11

offering
188:4
254:19

office
14:25
22:14
33:7
42:22
151:5
187:5
285:7
288:23

officer
286:23

official
84:18
110:12
168:19
169:14
270:5

officially
165:9
268:25

officials
334:23

offset
253:25
255:3
256:4

oftentimes
38:24
45:9
340:5

OHI
147:23

Ohio
62:21

oils
243:15

Okefenokee
117:22,25

older
136:8,9,
14 193:5

on-the-job
278:2

one's
209:6

one-on-one
340:3

one-to-one
39:22

online
35:9
57:18
62:13
159:3
338:22,23
339:3,4,9
340:18,
20,23

open
33:21,23,
24 34:4
76:12

opened
33:9 34:5

opening
164:23
211:17

operating
187:9

operations
259:18

opinion
31:2
34:19
66:13
70:13
85:20

109:23
110:6
184:1
220:7
229:21
230:6
300:13

opportunities
186:16
189:22
201:16
203:12
206:20
207:6
229:2

opportunity
34:15
35:6
93:22,24
103:14
130:20
132:9
184:5
207:16
227:12
249:11

options
185:9
190:7
191:16

order
24:21
151:6,21,
25 194:5
210:20,22
239:5
354:18
355:14

ordered
102:11

orders
354:16
355:1



organized
  200:20

original
  151:20
  194:7
  200:9,10

originally
  200:4

OT
  145:6

other's
  307:13

ourself
  93:1

outcomes
  92:18

outstanding
  99:13

overlapped
  35:16

oversee
  181:4,13

oversight
  78:22
  81:11

overview
  72:14

Owens
  101:18

owner
  255:7

_____

         P
_____

p.m.
  33:2
  167:3,7
  183:6,10
  236:22
  237:1

294:18
330:4,8
355:21
356:1

pack
  321:23

packet
  292:18
  315:8,20,
  24
  316:12,25
  317:17
  318:2
  328:19
  351:2

pages
  92:11
  146:11
  152:18
  316:20

pains
  124:16

panic
  332:11

paper
  149:12

paperwork
  132:16
  301:5
  323:13

para
  155:17
  156:1
  165:7
  209:10
  237:16
  260:20
  278:22,
  23,25
  312:4

paragraph
  184:13
  186:9

187:8

parameters
  11:16

paraprofess
ional
  165:2

paraprofess
ionals
  142:1,15,
  21 155:6
  164:5,10,
  14 280:22
  281:14,20
  282:2

paras
  156:16
  279:4

parent
  45:11,12
  50:22
  67:3
  107:17
  234:12
  289:12
  296:14
  337:13

parent's
  321:16

parental
  42:12

parenting
  45:12

parents
  42:16
  45:10
  50:7,24
  66:8
  82:11
  107:18
  110:24
  111:2
  123:25
  124:17,21

125:9
131:16
133:16,23
137:20
144:1
166:12
285:18
291:4
296:10,
11,15
299:3
305:18
345:9

parents/kid
  289:14

part
  33:20
  37:7
  41:23
  54:7 55:1
  64:4,21
  65:6
  71:22
  78:19
  93:20,21
  96:9,17
  111:8
  114:1
  121:11
  122:19
  131:2,4
  133:22
  135:2
  170:14
  177:9
  179:25
  191:19
  201:20,23
  203:1,7,
  17 222:4
  228:12
  285:1
  286:4
  294:7
  314:16

part-time
  32:25
  163:21
  267:9
  271:9

participant
  105:7

participant
s
  166:11

participate
  32:7 65:8
  97:4
  102:22
  103:21
  104:3
  105:1,2,9
  108:22
  207:17
  232:6,8,
  12 234:7,
  13 252:5
  291:7
  318:8
  343:18

participate
d
  111:16
  231:17
  234:25
  235:6,15
  318:12,20
  350:17

participate
s
  94:12
  97:12
  103:24

participati
ng
  79:13
  189:8
  191:4
  231:22



297:10
298:2,12

participati
on
  59:6 97:3
  249:12
  292:20
  298:6

parties
  130:19

partner
  226:6

partnered
  285:4

partners
  301:20

partnership
  294:22,25
  295:18
  308:12

partnership
s
  286:10
  301:17
  302:7
  303:2

parts
  54:5
  181:10

passed
  48:18
  62:15
  63:16

past
  62:15,21
  122:11
  337:22

Pat
  351:11

path
  315:3

paths
  310:18
  311:2

pathways
  283:2

patients
  46:4

Patrick
  6:16
  77:11
  341:1

Paul
  61:13,14,
  18,23
  71:2

paused
  225:10

pay
  78:21
  116:21
  167:16
  237:14,22
  238:9,12
  256:9
  260:21
  285:7
  300:20

paying
  279:4

PBIS
  18:7
  56:22
  125:17,18
  128:23
  129:3
  204:22
  229:24
  295:5

peace
  57:3

Pearson
  35:12

peers
  186:17
  207:17,23

pending
  6:13

people
  34:1 36:2
  42:22,25
  59:4
  60:16
  65:4,7
  84:8
  132:19
  137:8,10
  152:3
  181:23
  211:3
  259:25
  270:14
  277:4,6,
  13 280:9
  286:17
  298:7
  299:3
  301:12
  332:4

percent
  59:6
  172:1,4,
  6,18
  193:2
  196:2
  240:7,10
  247:8
  259:23
  298:15
  318:16
  338:6

percentage
  208:19,20

perception
  227:10

perfect
  67:23

162:1

perform
  71:18

performance
  342:8,18,
  22 343:14

period
  44:3
  173:14
  202:21
  219:14
  230:18

periodicall
y
  56:20
  58:13
  301:13

permission
  284:23
  286:12
  292:16
  302:12,13

permissions
  149:17

Perry
  58:25
  59:15

Perry's
  53:20

person
  39:5,25
  46:11
  61:11
  62:23
  63:4
  70:25
  71:1,2
  72:4 73:7
  78:16
  97:17
  98:12
  119:23
  181:2

198:11
  202:9,19
  221:11
  243:1,2
  244:19
  247:19
  264:13
  266:25
  284:22
  287:10
  297:17,
  18,19
  300:3
  304:17,24

person's
  274:11

personal
  16:12
  174:7,17

personally
  229:24

personnel
  82:16
  93:25
  249:22
  250:16
  261:14
  334:13,21
  343:18

perspective
  40:13
  278:4

pertaining
  171:14

PEX
  75:14

pharmacist
  164:19

Phd
  48:17

phone
  125:13



196:15
233:18

phonetic
28:13
74:13
192:12

physical
75:11
158:22
224:16
335:14,16
336:8
337:11,
12,15,16,
17,24

pick-up
345:9

picked
233:17
298:24
345:1

picking
69:14

picture
16:16
73:2
113:13
307:15

pictures
74:21
75:18,19,
20

pie
232:10

piece
76:25
117:19
201:23
220:13
222:3
231:9
232:9
234:21

307:1
326:7

pieces
343:22

place
29:21
83:17
86:1
103:7
104:25
110:3
111:6
114:22
123:9
133:2,3
149:13
151:21
196:20
200:1
204:17,18
211:23
220:16
230:8
232:13
260:2
267:14
277:7
296:4
306:8
320:2
351:19

placement
108:2
158:25
349:22
350:20

placements
320:13

places
88:5,12
129:12
131:11

Plains
32:21

33:5

Plaintiff
354:17

Plaintiff's
10:10,14,
22 18:24,
25 19:5
88:18,20,
25 120:6,
7,12
138:11,
12,16
150:14,
16,21
162:6,7,
12
178:12,
13,17
182:9,11,
15
198:17,
18,23
214:6,8,
12
218:10,
12,17
222:21,22
223:2
241:19,
20,25
246:1,2,6
249:2,3,8
252:10,
11,16
261:3
309:2,4,
10 313:4,
5 315:1
316:5,7
317:14
325:8,9,
14

plan
31:11,14
40:20

46:12
51:10
64:4
66:22,23
67:9,11,
18 68:23
83:4
84:20
85:22
89:2,24
90:3,6,7,
11,20
92:4,19
93:4,16,
17,21
94:1,16
96:6,10
97:24,25
98:3,6
111:7
114:22
117:10
121:2,4,
21 122:4,
20,25
123:1
130:19,20
131:2,4,9
132:4
133:22
179:6,17
181:9,11,
21 199:2,
15,24
200:5
201:20
203:9,18
208:17
214:18
215:6,8
216:12
219:8
294:3,8
310:10,14
312:13
314:5,7,
17 317:6

319:16,18
329:7
351:9
352:11

planned
98:1
200:20

planning
27:23
37:18
83:2,11
104:8
180:10
181:4
218:18
328:14

plans
46:4,9
47:3
66:21
67:25
156:20

platform
149:3,4

play
44:25
45:25
50:19
115:2
277:19

play-based
45:1

player
233:5

playing
233:19

pleasant
132:24

pleased
296:16

plenty
44:16



77:7

**point**
8:11 23:8
38:9,11
46:1
63:3,15
74:5
99:19
100:6
111:9
114:13
115:15
118:2
129:8,25
141:18
142:13
144:16
146:10,23
158:23
159:12,21
166:24
187:19
188:7
195:14
205:22
211:2
212:6
213:11
216:11
221:8
244:10
254:4
258:24
259:17
291:4
293:9
298:14,16
318:1
320:16
321:14

**points**
91:11
197:21
290:23
320:20

**policies**
81:8
335:10,13
336:6

**policy**
130:6
170:8
285:12
335:1,4,
14,16
336:2,9
352:7
353:7

**pool**
235:13

**poor**
211:10

**poorly**
319:17

**population**
34:8
207:23
237:11

**portal**
28:14
58:16
94:9
239:18

**portion**
61:22
205:6
220:24
303:18
339:8

**position**
15:5
32:25
35:16
36:22,24
38:16
49:1
77:25
244:11,24

262:24
263:4
264:11
265:11
266:4
267:4,19,
23,25
268:12
269:13
274:3,11

**positions**
47:15
261:22
264:7
266:18
273:3,19
275:13
278:21
279:9,12
282:6,7

**positive**
18:8

**possibly**
41:5
166:20
170:9
213:13

**post**
91:4,9,18
92:14
93:5,10,
12

**post-
assessment**
91:3,9

**pot**
158:21
253:7
269:20
272:3
307:17

**potential**
133:9

**potentially**
100:13

**power**
107:21
171:18
231:2

**Powerpoint**
259:4

**practice**
41:16,17
42:1 68:6
143:18
206:15
232:14
234:4,5

**practices**
85:7
86:1,2
90:21,23
129:19,20
314:19

**practicum**
25:1,22

**praying**
285:13

**pre**
100:8
231:5

**pre-cortex**
287:20

**pre-doj**
100:9

**pre-trauma-
informed**
230:15

**prefer**
299:23

**prefrontal**
54:10,17
55:2,15

**preparation**

14:6,21
15:13

**prepare**
14:10
15:23
183:25
199:14
331:4
332:14

**prepared**
125:10
182:5
199:21

**present**
14:13
58:2
99:1,12
105:6
169:24
170:12,
15,21,24
171:6,12
295:5
330:11
331:18,21
334:22,24

**presentatio
n**
57:24
97:18
259:4
295:4
340:10

**presentatio
ns**
77:1
99:17

**presented**
62:21
105:10
318:21

**presenter**
53:10



**presenting**
25:10

**presents**
240:20
353:13

**pretty**
38:14
54:11,16
58:1
81:11,16
94:21
95:8
101:24
103:16
126:24
128:7
131:22
194:20
195:24
216:2
238:3
240:14,21
247:23
276:20
312:10
346:10

**prevalent**
165:22
208:24

**prevent**
105:23
106:14
251:14
300:13

**preventing**
107:3
299:7

**previous**
43:19
335:20

**previously**
153:12
191:9
216:22

261:2
318:11
342:13

**principal**
34:2
36:15,16
37:6 38:1

**prior**
51:25
101:11
136:17,19
163:19
164:22
182:5
215:19
247:9
248:14
259:20
277:5
318:11
338:2

**prioritizin
g**
93:14

**priority**
93:14

**privacy**
139:9
151:6
162:19

**private**
42:21

**privilege**
331:14

**privileges**
113:23

**pro**
209:10

**proactive**
65:25

**probable**
160:2

**probation**
286:21,23

**problem**
12:5
60:24
67:7
73:10
103:19
104:23
133:9
172:23
177:21
187:16
209:21
234:7
305:14,15
323:21
326:7

**problems**
72:17
296:12

**procedures**
81:9
133:3

**proceed**
10:3
77:17
167:7
183:10
237:1
294:19
330:9

**process**
37:24
57:13
60:20,23
66:7
87:22
90:11,14,
20 93:21
96:6,10
111:14
112:10
115:4

119:6
121:20
194:11
200:19
201:8,14
203:8
239:4,6
240:24
254:21
271:1,3
279:6
285:1
287:15
290:22
308:24
311:6,7,
13 312:6,
23 315:4
317:2
319:13,14
322:1
325:4

**processing**
44:6

**produced**
7:8
138:24
150:24
151:24
152:21
162:15
223:3

**product**
85:8 87:1
255:6

**production**
151:22
218:23
313:13
316:14
325:19

**products**
85:9

**professiona
l**
20:21
21:12
22:2,10,
16 23:1
24:20
25:9,12,
24 37:19
47:17
48:5
88:2,4
97:11
98:4
279:24
336:21
348:8

**program**
12:22,24,
25 13:5
26:3,9
27:1
31:23
32:13
33:12
36:19,25
37:2,5
39:19
49:3,5,7,
18,22,24
50:1,5
52:8,9,11
55:17
57:18,20
58:5 60:8
61:25
62:4,6
64:20,21
65:19
68:12
70:10
72:1
73:15,20
78:13
79:11,13,
22,25



80:14,22
81:12,14
83:6,16
86:1,6
87:17
89:5 90:5
91:22,23
94:4
96:14,21
100:14
102:7
103:23
105:14,
15,18,19
106:7
108:17,22
112:7,22
114:15
115:6
117:6
121:12
123:6
127:16
129:6,17
130:6
131:12
135:3,21
136:4,16
137:19
138:25
140:18
150:24
151:3
152:21
159:12
161:17
162:15
168:19
171:15
176:10,
13,17
177:1
178:7
179:11,
19,25
181:2
188:1

190:2
192:11
193:22
194:5
198:3
205:8
206:3
216:15,17
217:19
222:6
227:13,14
228:23
235:2
237:4,6
242:23
252:1
257:7,22
258:6,8,
16,20
261:8
262:23
263:8,19
267:6
269:21
282:3
284:12
288:1
290:20
298:2
300:19
301:8
303:15,22
305:10,22
306:13,22
308:23
309:13
311:3,14
317:21
328:18
331:17
335:7
337:6
338:7
339:18
343:23
349:3,4,
10

program's
339:15
343:17

programs
49:24
59:17
61:6
62:25
63:6
64:2,16
74:10
83:8
85:12
95:12
96:17
99:5,11
115:8
120:2
121:17
124:17,21
134:7
137:14,17
168:7
196:7
207:5
221:11
254:8
280:6
302:19
308:7
314:10,18
317:10,11
322:25

progress
109:3
177:11
322:23

project
246:9
247:3

project-
based
246:21
247:2

projected
154:1,4,
16
155:10,
16,19
156:1
159:23

projecting
340:6,8

projection
160:3

projections
224:3

prompted
195:21

proportion
169:23

proportiona
te
205:7

proposal
182:5,18
185:15
192:21
194:24
347:7

proposals
102:4

proposed
100:20
101:21
202:17
257:13

proposing
187:15,19
188:2,16,
18 195:7
345:16

pros
237:17

protect

139:8
151:6
162:19

protected
331:13

protective
151:21,24

protocol
67:2
133:14
248:17,19

protocols
277:7

prove
109:3

provide
7:23
55:3,7
61:5
64:15
73:14,17
78:21
81:10,13
94:19,23
95:11
97:16
104:2
111:24
117:6,20
148:15
168:15
173:14
185:2,8
187:1
194:24
202:2,17,
19
203:22,24
205:6,22
217:10,
23,24
229:1
233:9,13,
20 234:3



243:14
251:14
253:9,25
254:7
282:17
283:11
284:17
285:7,15
287:2
289:1,8
292:21
293:20
296:17
299:12
301:15,24
306:2,6
312:16
319:23
324:4
336:19
344:12
349:4

**provided**
38:4 51:5
58:22
70:18
73:16
76:20
98:20,22
108:18
110:8
116:20
117:10
121:14,17
139:4
140:5,9
149:24
151:12
158:14,25
167:9
184:14,22
190:15,16
194:20
208:7
222:13
223:12

230:9,22
237:25
238:13
257:6
279:13
283:9
284:11
285:2
290:6,7
291:24
292:19
303:6
326:13
335:18
351:11

**provider**
65:24
256:12

**providers**
126:9
213:24,25
253:23
254:3
283:4
302:10
303:3,5

**providing**
13:25
29:20
30:19
54:20,21
55:14
87:22
94:17
143:8
157:15
185:19
186:13
202:24
213:18
230:9,24
256:20
282:19
287:16
293:16

295:22
303:19
306:14
308:9
311:14
326:17

**provisional**
280:4,5
348:6,7,
14,25
349:6,16

**provisional
ly**
279:20
348:4
349:9,16

**PSC**
24:19
25:4 26:2
348:14,23
349:5,6

**pscyh**
38:12

**psych**
24:23
259:3

**psychiatris
t**
305:11,16

**psychiatris
ts**
289:10

**psycho**
74:5,10

**psychoeduca
tional**
49:6

**psychologic
al**
39:9 40:5
41:8
43:4,9,16

270:15
320:5

**psychologic
als**
25:17
44:23
82:11

**psychologis
t**
23:9,14
38:19
39:18
43:15
46:7,18
47:1
48:6,8,
10,17
49:4,19
50:3,8,
13,18,20
268:11
269:10
270:2
271:18

**psychologis
ts**
46:2,23
270:9

**psychology**
20:5
21:19
24:25
25:19
26:22
38:23
40:4

**psychopatho
logy**
24:4

**psychosomat
ic**
54:21

**psychothera
pist**
38:18
39:17
46:6
47:18

**PTA**
204:19,21
205:6

**public**
18:17
152:2

**pull**
108:4
146:25
291:25
310:20
346:19

**pull-up**
354:4

**pulling**
139:25
346:25

**purchase**
247:6
339:2,4

**purchasing**
81:20

**purpose**
36:1
83:12,13
105:17
106:7,12
122:23
199:23
215:23

**purposes**
69:1
118:5
151:13
239:21
243:21
264:24



303:11

pursuant
6:1

pursuing
20:16

put
85:3
103:14,18
104:24
114:21
133:2
155:22
164:24
173:2
177:16
181:10
183:12
187:17
188:6,14
189:1
196:19
202:15
206:14
209:17
211:22
212:7
215:21
229:16
230:8
239:17
272:14
286:22
288:20
289:16
291:12
293:7
320:2
327:10

puts
339:16
345:6

putting
29:20
85:25

155:14
177:12
187:25
189:13

pyramid
283:14

—————

Q

QB
101:4

qualificati
ons
164:16,17
348:11

qualify
291:16

quantitativ
e
67:15

Quest
49:4,11,
13  50:1,
21  51:19
61:13
74:1

question
8:2,4,8,
17,24
9:17
175:7
186:6
195:2
212:9
225:11
226:19
231:16
234:24
235:3
255:1
258:4
270:12
279:15

284:7
310:25
326:3,12
327:4
329:18
331:16,22

questions
7:22,24
9:7,12
11:22
12:8  14:5
30:3,4
57:24
59:15,16
67:2
86:22
115:5
125:24
257:22
301:5
325:15
329:1
338:17
341:12,
14,25
349:21
351:2
353:21
354:2,9

quick
89:17
120:24
151:19
199:6
322:20
331:11
338:17
341:2

quicker
231:11,13

quickly
325:20
354:15

quit

34:15
155:14

quote
184:25
186:11
253:23

—————

R

R's
54:24

racially
130:12

radar
208:23

raise
204:25
205:1
320:22

Raised
58:25
59:14

Ralph
59:20

Rame
83:6
180:23
182:17
194:8
197:21
198:25
214:16
249:10
347:11

rampant
115:25
116:12

range
62:17
146:8
277:22

ranked
95:15,17

rape
109:15,16

rare
232:5

rarely
160:20
299:20

rate
69:10
172:1,8
205:15
241:14

rates
173:20,23

rating
85:16
86:15
90:25
92:9
93:17,19
95:12
329:14

ratings
69:11
85:22
92:13,21
93:12
94:21
95:15

RBT
74:17
279:5

RBTS
203:24
237:17

re-break
85:22

reach
247:17,18
252:3



345:8

**reached**
123:24
295:14,15

**reaching**
251:16
256:5

**read**
40:19
59:3,9
89:15
203:13
204:9,11
206:23
209:11
223:10
320:4
355:3

**readily**
34:24
74:4

**reading**
209:25
238:1

**reads**
38:13
216:12

**ready**
57:10
89:20
120:25
162:24,25
164:1
183:4,15,
16 196:12
214:24
219:3,4
242:11,12

**real**
59:15
75:19
151:19
230:5

331:11

**reality**
70:2

**realize**
141:6
209:10

**reallocatin
g**
101:2

**reason**
9:10
34:19
54:24
56:3
69:22
137:15
143:13
148:17
158:14
168:23,24
169:16,18
177:8
210:4
238:11
247:22
287:21
330:18
339:13

**reasons**
110:13
136:25

**recall**
13:10
16:7
51:13
84:16
106:9
112:13
196:13
215:21
219:19,
23,24
221:7
251:22

252:6
257:14
329:10
345:19
346:6
351:17

**recap**
238:16
255:15

**recapping**
217:3

**receive**
14:3
18:19
20:1,11,
15 21:3,6
22:5
57:14
61:9
144:13
173:21
201:16
237:7,9,
12 239:5
256:17
257:17,19
292:24
337:1
342:8,22
345:5

**received**
19:6
20:5,8
21:22
89:4
143:16
145:15
151:2
157:5
218:21
220:8
248:3
254:10
256:14
279:23

309:12
313:12
316:12
325:17
336:1
342:10,
11,13

**receives**
217:15
237:6,8
256:15

**receiving**
144:11,
17,24
145:7,9
146:1
174:4,10,
20 226:8
237:13
253:25
255:2
256:4
286:11
303:9

**recently**
22:23
96:19
288:2
300:12

**recipients**
250:10

**recognize**
19:7
89:8,9,
12,25
139:10
152:8
163:1
178:24
183:18
199:11
215:1
219:5
242:13

246:17
252:21
261:15
309:24,25
313:17
316:22
325:22

**recommend**
72:9
322:24

**recommendat
ion**
102:12
112:2
322:6
344:5
349:12
350:21
351:22

**recommendat
ions**
51:6
111:25
258:23
259:8,15,
19 260:4
312:17

**recommended**
117:17
173:14
244:16
259:11
260:9
319:10

**recommendin
g**
191:10

**recommends**
348:23,24

**record**
6:6,22
7:19 8:22
9:14,23
10:3



29:11
30:5
52:17
77:11,13,
17 133:12
145:23
148:1
166:25
167:2,7
179:23
183:6,10
236:22
237:1
239:9
258:1
294:13,18
327:2
330:1,3,8
353:25
354:5,16
355:19,20

**recorded**
106:20
264:23

**recording**
8:21

**records**
89:22
107:15
108:2
133:16
151:22
169:19
171:15,22
178:2

**redact**
151:16

**redacted**
139:5,7
151:4,9
152:5
162:18

**redone**
197:4

**redundant**
88:9

**reevaluated**
209:23

**reevaluatio
n**
148:18,23
149:8

**refer**
72:3
285:9,12
300:8

**reference**
322:13
327:4

**referenced**
216:9
311:10
313:24
315:19
325:5
352:9

**references**
268:19

**referencing**
38:17
251:9

**referral**
111:13
283:2
287:8,9,
11

**referrals**
32:3
298:11,
22,24

**referred**
12:25
31:16
47:22
104:20
119:25

200:12
211:10
259:6
297:1
298:13,14

**referring**
13:3
17:3,7,
12,16,20,
24 18:4,
8,12,17
47:15
65:18
113:10
122:4
124:22
179:15
184:21
207:21
227:22
298:9
314:5
316:4
317:1
322:1
326:21
327:2,16

**reflect**
212:18

**reflected**
140:7

**reflects**
224:1

**refresh**
58:21

**refreshers**
58:14,17

**regard**
21:14
179:18
240:3

**regional**
17:20

115:8
187:5

**registered**
74:17

**regs**
240:16
241:4,6
245:20

**regular**
36:3 45:3
145:18
146:2,4
168:20
169:15
292:25

**regulate**
54:22,23
56:2,25
57:9

**regulating**
287:17
336:22

**regulation**
57:2
243:22
287:15

**regulations**
185:1,7,
22 307:16

**reinforcers**
31:12
319:19

**reintegrate**
123:5
220:20

**reintegrate
d**
180:5
227:10
329:12

**reintegrati
ng**

179:7,9

**reintegrati
on**
114:22
115:4
122:20
131:2,4
132:4
178:21
179:2,3,
4,5,16,17
180:18
181:6,16,
18 198:14
199:2,15,
24 200:2
201:20
203:1,9,
11,18
208:12
213:6
214:15,17
215:6,23
216:10,
13,15,20
217:2,17
218:3
219:8
220:14
227:12
232:16,17
234:21

**Reintegrati
ons**
218:19

**reiterate**
14:7

**relate**
54:23
56:2

**related**
11:23
16:12,15
129:16



168:25
171:22
179:24
180:4
227:9
232:1
260:5

relatedly
169:13
334:12,20
336:5

relating
12:20

relationshi
p
78:11,23

relationshi
ps
107:18

relative
98:6

relay
295:25

release
108:2
302:13,14
324:17

released
324:22

relevance
46:24

relevant
103:4
130:19
185:14,17
186:24
322:22

relocation
120:17
122:20

remaining

235:19

remediate
29:21

remediation
30:20

remember
35:10
59:22
64:14,23
72:25
74:6,12
80:9
81:15
84:5,17,
21 87:17
116:5,7
121:1,4
123:11
150:5
154:10
156:14
184:18
188:6
193:13
194:23,25
196:14
198:2,5
208:19
215:13
220:4,5
221:23,24
228:3
252:2
254:9
256:25
262:13
297:13
304:16,24
315:25
330:21
352:18

remembering
204:20

remote

6:17,18
355:23

removed
42:15
54:3
220:24

renew
22:9

renewable
280:2

renewal
23:16
25:5,15
348:12

renewed
26:13,14,
16

renovations
197:8

rent
238:9,12

repair
56:1

repeat
225:11

repetitivel
y
60:22

rephrase
8:4

report
43:15,17
77:24
78:3
81:23
177:24
235:2
338:9

reported
265:1
338:12

reporter
6:18,23
8:21 9:2,
19 10:9,
13 18:23
88:17
120:5
138:10
150:13
162:5
178:11
182:8
198:16
214:5
218:9
222:20
241:18
245:25
249:1
252:9
309:1
313:3
316:5
325:7
343:6
355:5,13,
17

reports
40:6
43:10

represent
7:16
225:3
286:24
341:21
346:1

representat
ion
140:6

representat
ive
349:25

represented
147:19

representin
g
6:19
334:3,8

request
57:6,12
107:15
111:19
223:3
246:8
256:11,23
257:15
311:19
312:24
313:10,
12,23
314:15
315:9
345:7
350:25

requested
234:6,7
256:17
311:18
333:23

requesting
57:8 89:6
152:22
158:10
309:14
311:21

requests
51:4
333:6

require
68:5
137:22
168:4,13
170:6
184:15
185:20
187:11
203:20
207:24



234:8
290:24,25
325:1

**required**
22:15
23:4,17
24:21
25:21
56:5
62:11,18
64:3,5
93:7,9
105:7
165:2,8
170:3
185:2
191:18
197:8
207:25
217:22
229:14
234:3
259:10
279:2
318:13
319:24
329:8
338:20

**requirement**
25:2
46:14
285:11
329:13
352:4,5,9

**requirements**
25:3,6
258:10,
13,19

**requires**
22:17
23:21
185:7
348:19

**requiring**
56:7
308:3

**RESA**
15:7
17:19
52:3
77:22
78:12,17,
24 115:23
117:22,25
118:2
119:1,21
243:4
247:20
248:21
265:16
342:4,6,
20 344:6
349:13
353:10,13

**RESA's**
120:2

**RESA/
LEARNING**
52:8

**rescue**
269:18

**research**
85:1 86:3
90:21
208:21
243:10,
18,19

**research-
based**
245:17

**researcher**
107:6

**reserve**
15:2

**reserved**
9:17

355:22

**resident**
224:5

**residential**
106:14
107:23
109:18
308:5,15
324:19,23

**residential
ly**
105:24
107:22

**resolved**
320:21

**resort**
335:9

**resource**
128:11,
12,15
188:22
191:13,23
195:15

**resources**
62:18
104:18,22
352:21

**respond**
248:5

**responds**
55:5

**response**
8:24 89:5
138:25
152:22
218:21
223:3
235:3
248:2
256:23
309:13
313:12

316:13
325:18

**responses**
251:20

**responsibil
ities**
27:21
37:4,7
49:21
82:2
84:19

**responsibil
ity**
156:22
216:4

**responsible**
84:22,24

**rest**
99:10
313:19

**restorative**
289:15,21

**restraint**
335:2,14,
16 336:8,
25 337:7,
12,15,16,
24 353:7

**restraints**
224:17
230:11
335:8,22
337:18
338:3,6

**restricted**
233:12,15
234:9

**restrictive**
185:4

**result**
93:12
109:7

193:20
196:6
310:15

**results**
88:7

**reteaching**
37:24
237:21

**retire**
165:9

**retired**
62:10
71:3
164:19
193:11,13
267:8

**return**
176:2
195:1
225:1,21
260:24
314:24
315:1
317:14

**returned**
176:3
225:16
226:8,17

**reveal**
14:8

**revealed**
288:10

**reverse**
170:13

**review**
11:16
15:12,15
38:10
171:22,23
176:8,25
239:19
317:24



reviewed
    192:12
    328:13

reviewing
    11:1
    183:14

reviews
    149:8

revised
    66:5

revolve
    82:12

REX
    197:2

Richard
    14:22
    15:3
    77:21
    78:6
    100:23

rid
    129:2
    211:8

ride
    127:2
    132:23,24

rides
    167:20

ridiculous
    99:25
    100:5

rights
    42:13

rigid
    70:7
    75:25
    245:22

rigor
    211:1

ripple

73:1

rise
    161:2

risk
    29:17

Risley
    197:2

River
    49:4,11,
    13 50:1,
    21 51:19
    61:13
    74:1

Road
    196:25

rocking
    280:11

role
    27:7
    36:14
    46:10
    49:13,15
    80:21
    81:22
    97:22
    98:16
    103:25
    119:5
    181:3,5,7
    302:1
    350:12

roles
    26:11
    50:19
    51:19
    84:8

rolling
    233:24

room
    15:2
    55:25
    57:5,12

74:20,21
    103:14
    128:12,
    15,20
    155:17
    156:2
    191:17,18
    211:4
    247:1

rooms
    56:5 74:8
    76:7
    336:10,12

Ross
    66:3
    70:3,8
    196:25

rotate
    156:21

rough
    87:19
    199:16

roughly
    147:11
    172:1
    337:23

route
    167:25
    348:9

routes
    168:4,12
    344:25

Rowland
    198:6,7

rule
    105:8
    112:8,12,
    21 161:7
    335:17
    336:1

rules
    112:9

260:7
    348:15

run
    16:22
    34:22
    131:23
    173:12
    194:1

running
    82:7
    108:10
    124:8
    130:16
    263:13

runs
    152:17

rural
    172:20
    283:24

_____

S

_____

S-E-G-S
    144:7

sabotage
    113:24

sabotaging
    114:1

SACS
    24:24
    25:22

safe
    113:20
    126:5
    173:12
    287:25

salaries
    240:6

salary
    259:7

Samantha
    299:10

SAMS
    129:1

Samuel
    180:14

Samuels
    199:1

Saniga
    6:18

sat
    132:10

Saturday
    237:17,21

Savannah
    128:25
    288:4
    308:8

saved
    352:24

SBA
    202:9

scale
    85:11

scan
    120:24
    162:23

scenarios
    319:8
    322:5

schedule
    56:4,9
    168:25
    292:1,2
    294:1
    344:25

scheduled
    8:15
    293:18

schedules



74:22
75:13
333:12
344:22

**scheduling**
344:21

**school**
18:2
20:4,23,
25 21:18,
19 22:18,
21 24:2,
8,23,25
25:18,20
28:1,2,6
31:25
32:14,22
33:3,16,
18 34:7,
13,23
35:3,4,5,
13 36:9,
16 38:12,
19,23
39:18
40:3 46:7
47:6,7
48:5,8,9,
16,19,20
49:4,18
50:3,8,
13,18,20,
25 51:5
58:9
62:4,8
66:8 67:3
72:14
79:12
80:5,15
91:11
96:7
100:12
101:4
102:6
107:21
110:4,22

111:2
113:20
117:15,
17,24
118:8,11
120:17
126:10
128:11
130:9
134:21
135:6,7,
8,9,22
136:4,5,
17,19
138:22
139:17
140:19
141:14,18
142:2,6,
13 145:19
146:5,10
149:5,22
150:1,2,
8,9,23
153:14,
18,20
159:12
162:14
163:16,18
164:21
165:24
166:6
167:15
168:20,23
169:5,6,
23 170:2,
20 171:18
174:1
177:24
178:1
179:24
180:2
184:17,22
185:2,7,
25
189:14,18
193:1,8,

12,14
195:4
196:10
213:14
224:1,3,
17 225:1,
7,15,16,
22
227:17,22
230:7
234:4
237:17,22
238:19
241:6
251:5,25
259:3
262:2
264:6
266:12
268:11,
20,21,22
269:6,10
270:1,8
271:15,20
275:2
276:13,16
278:12,
17,21
279:16
282:24
285:22
288:1,17
291:24
292:17
295:20
297:10
302:15
306:1
312:23
315:14
323:13
324:4,10,
13 331:17
336:21
337:22,23
338:2,10,
13,15

339:8
344:12
348:21,23

**school-
based**
117:13
134:24
135:4,6,9
189:10,
11,12,17
282:19,23
283:3,8,
20 305:9,
22 306:5
308:13

**schools**
18:5,17
31:22
36:3
128:10
130:6
145:8
150:4
172:19
184:10
187:9
204:21
205:6
206:2
323:25
324:1
347:9

**scope**
11:16

**scores**
40:9,10
44:5
95:17

**Scott**
39:4
41:15,23
42:10
47:11
51:16

**screaming**
114:9

**screen**
10:8,12,
19 14:4
88:16
96:25
138:18
178:10
182:7
183:13
235:24
260:24
308:25
310:25
320:17
330:1
346:23

**Screven**
42:23

**scroll**
19:9,14
120:20
122:3
123:10
139:12
152:17
153:2
182:21
183:3
192:14
206:25
214:23
219:1
221:18
224:21
242:10
249:16
266:3
272:12
274:18
280:24
313:18
316:19
325:20



scrolling
  89:21
  123:19
  215:11
  262:20
  268:8
  270:18
  272:23
  347:4

SDD
  160:16,21

SDI
  28:20,22,
  24 30:8,
  15 326:10

seat
  141:11

seats
  141:3
  153:13
  154:19

seclusion
  335:2
  336:6,9
  337:7
  338:8,9,
  13

secondary
  338:19
  339:9

secretary
  22:13
  116:5,6
  153:21
  155:21
  157:18

section
  44:1
  76:20
  87:16
  217:4
  324:7

sections
  216:12
  323:7

secure
  287:25

seeds
  247:15

segment
  165:11

segments
  144:10,
  11,13,17,
  24 145:24
  146:4
  159:10,
  11,15
  165:13
  235:1,6,
  16,22

segregated
  186:15

SEGS
  144:7

SEL
  283:17
  289:17
  326:11

select
  61:3

self-
assessment
  85:13
  90:25
  92:9,13,
  18 93:6,
  20

self-
contained
  128:12
  200:3

send
  11:15

76:14
94:2,4
113:24
154:8
177:24
202:7,8,
19 228:4
243:19
253:5
292:15
323:12
346:8
355:8

sending
  32:5
  190:20
  194:18
  326:4
  355:10

sends
  80:7
  107:15

senior
  63:16,18,
  25

sense
  40:21
  47:11
  67:23
  87:11
  92:2,5
  118:4
  126:1
  141:13
  147:10
  154:23
  155:3
  157:2
  173:3
  189:4,15
  192:6
  202:6
  203:4
  224:8
  235:12

245:7,12,
13 251:3
255:14
268:21
269:4
271:6
287:24
291:19
307:1
327:20
344:16

sensitive
  230:11

sensory
  54:22
  55:5
  243:7
  287:16

sentence
  251:4

separate
  142:24
  184:17,22
  189:13

September
  156:14

sequential
  53:14
  57:16

series
  7:21
  57:19,21
  112:17

serval
  47:22

serve
  27:15
  66:15
  80:5
  115:16
  117:2
  135:16
  136:7,11,

12 137:3,
5 203:19
232:19,21
233:8
272:4
283:25
286:24
304:10
307:9
308:18

served
  32:13,20
  36:18
  38:7
  49:3,12,
  15 65:19
  82:23
  83:1
  97:19
  110:14
  115:10,12
  116:17
  118:11,13
  136:3
  140:23
  141:8,9,
  15,19
  143:2,12
  144:20
  146:9
  147:15
  153:5,12,
  14 157:4,
  9 159:19
  163:12,
  14,22
  165:16
  187:3
  191:6
  217:13
  224:25
  229:2,8
  239:8
  272:1
  311:3
  343:24



347:25

**serves**
135:14
137:4
285:24

**service**
17:20
19:21
24:17
28:15
98:22
113:6
126:9
144:10
158:7
204:4
213:23
254:5
256:12
261:13
300:18
306:6

**serviced**
254:5

**services**
13:25
14:3
18:19
32:10
37:8,11
38:4 41:5
56:6
81:18
83:19
84:23
88:4
104:21
105:21,22
108:16,17
110:7
111:5,6
112:23
116:20
117:7
123:6

126:22
127:24
128:2
130:6,25
131:21
137:21
143:9,12,
24 145:5,
6 157:12,
16,23
158:13
169:11
173:15
174:10,20
184:8,14,
22 185:3,
19 186:14
187:10
190:14
191:11
201:17,25
202:4
207:18,19
213:18
216:24
221:21
237:12
252:19,23
253:4,10,
18,23
254:1,2,
7,18
255:12,
16,21
264:2
269:22
270:10
271:25
279:13
282:16,20
283:5
284:11
285:15
286:12
289:1,5,
7,21
291:24

293:17,20
295:21
296:3,8,
23 299:13
300:15,23
301:15
303:6,8,
10,13,23
305:6
306:6,14,
19 308:3,
9 309:11
310:5,8,
24
311:15,16
312:19
315:2,9,
24 317:15
318:4
322:11
323:9,18
324:6,7
325:16
329:11
345:5
350:25
351:3
352:23

**serving**
27:9,11
31:20
35:16
50:19
83:25
180:9

**set**
41:25
69:2
74:25
76:2
99:11
112:6
132:3
181:20,25
286:3,6,7
295:16

312:6
314:19
317:20,25
335:10
351:8
352:16
353:4

**sets**
112:21
259:14
310:17
311:1
335:12

**setting**
66:14
68:8
109:2
111:11
128:12,
14,20
143:12
159:2
174:22
179:10
181:19
187:25
188:20
191:2
192:2
200:1
202:5
205:24
206:4,21
207:8
210:14
211:15,16
213:6,14
217:22
218:20
233:14
235:8
296:20
304:11
308:11
345:17

**settings**
18:5,16
180:6
186:16
190:18
208:11
217:5
229:3
234:14
303:21

**setup**
62:12

**severe**
69:18,21
308:2

**shadow**
108:15

**share**
10:7
88:16
101:20
178:9
182:6
205:7
260:24
308:25
331:8
346:22

**shared**
10:6
314:9
328:18,
19,21

**sharing**
14:4
88:13
96:24
121:10
166:23
235:23
257:20
282:14
314:25
317:13



329:25

**Shaun**
101:18

**she'd**
257:10

**sheet**
129:25

**sheets**
88:6
258:25

**shew**
88:10

**shift**
105:13

**shifted**
99:20

**short**
71:21
77:14
101:6,7
116:13
167:4
183:7
294:15
330:5

**short-term**
107:13
108:7

**shortage**
348:17

**shortages**
156:15
349:18

**shortened**
168:23

**shorter**
100:6

**shortest**
174:8,13

**shortly**

63:17
193:10

**shot**
248:15
298:10

**show**
18:22
88:15
120:3
138:8
143:4
146:19
150:11
154:23,24
182:4
198:15
214:3
218:8
222:19
226:10
241:17
245:23
248:24
252:8
313:2
315:21
325:3

**showed**
11:14

**showing**
10:21
19:4
88:24
120:11
138:16
150:20
162:11
178:17
182:15
198:22
214:12
218:16
223:1
241:24
246:6

249:7
252:15
261:1
309:8
313:9
325:13

**shrink**
140:13

**side**
124:3
131:7
141:25
155:7,14
164:6
352:11

**sight**
209:13

**sign**
79:3
149:17
315:15
355:3

**sign-in**
88:6

**SIGNATURE**
355:22

**signed**
79:7
124:13
240:25
284:23
302:12

**significant**
107:7
160:19
161:14
233:2

**signs**
73:5

**similar**
36:14
71:24

126:24
131:22
137:17
157:4
226:12
284:15
314:21
328:12

**similarly**
152:24
174:17

**simple**
55:9,10
119:8

**SIS**
107:21

**sister**
109:15

**sit**
66:9,24
93:22,25
100:4
179:13

**site**
33:24
37:9
96:9,21
116:14,
15,16
118:16,18
126:17
134:18
137:4
143:14
146:9
159:14,20
160:3,12
165:23
168:9
172:3,5,
17
173:13,18
195:10
196:3,5,6

197:11,
17,18
227:19
237:18
263:12,14
272:2,5
285:3
286:15
297:11
298:3
299:11
302:5,20
318:17
330:12,15
331:1,5,
25 333:7,
13,19,24
334:4,9,
14,16,24

**sites**
33:23
38:8
118:17,18
126:23
173:9
189:17
196:5
287:14
289:9

**sitting**
209:8
307:25

**situation**
318:21

**situations**
110:5
319:5
320:11

**sixes**
157:17

**sixth**
209:10

**size**
114:25



259:11

sizes
  260:9

skill
  57:10
  326:15

skills
  39:13
  41:19
  56:24
  67:1
  190:11
  191:20
  202:20
  207:25
  209:4
  212:19
  289:19

skillset
  39:17

skim
  223:10

slap
  86:12

SLD
  148:2
  208:21
  209:5

slightly
  137:1,25

slow
  227:4

slowly
  228:15

small
  28:1
  76:25
  173:9,10
  282:25
  283:1

smaller

28:2
128:10,11
191:1
192:2
193:16
209:8,15
211:2

smallest
  116:16

Smith
  14:23
  15:4
  41:23
  77:21
  100:23

Smith's
  78:6

SMMS
  150:4

smooth
  122:1

smoothly
  123:3,8

snuck
  101:12

social
  40:10
  43:24
  44:7 62:8
  133:10
  190:11
  191:20
  202:17,20
  207:25
  208:3
  212:1,11,
  13,17,19
  214:1
  251:13
  273:23
  274:6
  326:17

software
  205:23
  206:2
  339:4

solely
  135:17,19

solution
  87:18
  187:15

solutions
  6:20
  65:25

solve
  60:24
  103:19
  104:24
  177:22

somata
  243:7
  287:16

somatosenso
ry
  55:3
  56:11,12

soothing
  57:4

sort
  85:11
  349:4

sound
  270:23

sounds
  16:10
  55:16
  93:22
  102:4
  170:18
  171:10
  201:6
  238:16
  294:11
  295:13

source
  266:3,17
  269:13
  275:9

sources
  237:5
  238:24
  260:3,4,
  16,18
  282:5

South
  295:2

Southern
  20:2,17
  21:2,8

sp
  170:25

space
  56:14,18
  60:13
  287:19
  326:16

Spalding
  74:11

speak
  8:23
  14:20
  15:8
  127:12

special
  27:13,16,
  22,24
  28:9,12,
  21 29:3,
  22,24
  30:1
  31:21
  32:3,18
  38:6 41:2
  67:23
  82:15
  84:12
  101:17

103:7
105:20
108:23
109:11,13
146:20,21
149:4,9,
11,17
158:12,
13,25
185:10
192:10
193:11,15
194:6
251:6,15
260:7,8
265:2,12
266:23,25
267:7
315:12,
13,16,17
317:24
324:1
333:6
339:24
350:13

specialist
  19:23
  20:8
  80:22
  103:23
  192:11
  265:2,13
  267:1,7

specialists
  242:23
  266:23

specific
  23:25
  28:22
  30:11
  37:9
  67:12
  72:16
  87:12
  148:2



149:16
158:15
239:21,25
253:12
256:10
289:4
336:6

**specifically**
16:15
24:24
28:22
30:10,11,
14,16
115:19
134:4
227:14
275:6

**specifics**
81:16

**spectrum**
169:10

**SPED**
315:10
321:2

**speech**
145:4,5,
13

**Spencer**
272:25
273:18

**spend**
216:7
243:13
332:19

**spent**
307:17

**spin**
68:9
124:24
170:1

**split**

142:19

**spoke**
14:12,22,
25 43:7
195:13

**spoken**
15:10

**spot**
285:7

**spreadsheet**
138:22
139:23
150:22
162:13

**spring**
143:14

**staff**
28:14
33:21
34:4
37:18
58:6,17
59:3,5
63:25
65:22
72:14
76:9
81:12,24,
25 82:16
88:6
111:2
116:1,14,
17,18,22
117:8,18,
21 125:4,
5,6,7
127:5
132:11
133:15
142:7
171:17,21
173:6,11,
18 190:20
202:7,8,

10 203:23
205:2,12
216:3
221:22
230:10,11
231:1
237:14,
16,22
238:22
240:6
250:12,17
251:18
256:9
260:17
269:22
270:2
273:15,23
274:7
275:18,21
276:23
277:15,24
278:1,7,8
279:3
281:8,11
303:12
305:25
306:2
312:18
331:6,7
333:17
334:2,7
336:14,19
337:1,17
342:21
343:15

**staff's**
173:12

**staffed**
116:13
187:22

**staffer**
268:14

**staffing**
82:8
115:24

118:5
156:15
224:12
257:22
258:5,7,
9,18
260:5
262:3,4
275:2
276:16
305:15
333:22
348:17
349:18

**stage**
45:15
287:19

**stages**
90:10

**stakeholders**
84:12,17
87:21
112:18,19
133:17,24

**stamp**
182:25
214:19
218:25
223:8
242:4
246:12

**stamped**
120:20
178:23
199:4
249:14

**stance**
286:19

**stand**
30:9
160:13,18

**standalone**

17:24

**standard**
40:8,9
311:6
315:4
317:11
319:12,14
322:1
354:18

**standardized**
38:3 51:2

**standards**
24:20
35:13
279:24
317:2
339:6
348:8,16

**standpoint**
45:8
107:6
210:8
326:11

**stands**
60:12
147:22
148:24

**start**
9:8
113:25
133:5
141:6
153:1
168:20
183:21
187:6
189:3
192:1
199:21
203:2
217:20
227:3
230:6



242:15
311:9

started
13:9,11
33:9,16
34:5
73:24
86:15
110:19
111:22,25
132:25
163:17
190:5
196:10
229:12,14
230:9
237:17
286:14
288:9
290:4
295:1

starting
109:19
192:4
243:8
275:4
276:10

state
6:12 7:3,
18 9:16
12:15,20
17:2
19:22
22:13
38:3
47:19
48:18,19
51:1
64:7,11,
15,18
71:10
78:18
79:9
82:24
90:3

93:25
94:12
95:11
97:13,24
99:23
100:12
103:20
105:8
111:4
112:6,8,
9,12,20
116:6,9
119:3
122:15
127:24
137:14,16
149:6,19
161:7
173:21
174:4
180:9
184:13
185:1
186:9,11
187:8
196:14
197:6,25
198:10,
11,14
204:24
237:8
238:17
239:2,5,
21,23
240:5,7,
16,18
243:25
244:6,7
245:4,9,
14 246:21
247:6,9,
16,17,23
248:1,6
249:22
250:15
253:20
256:19

257:5,8
260:6
263:5
264:8,24
266:5,19
267:20
268:1
270:21
275:14
276:11
279:24
281:21
282:10
287:18
301:7
306:11,
12,17
307:7
310:13
317:10
322:16
323:3,4
328:18
329:5
334:3,8,
13,21,23
335:17,25
338:24
341:14,21
343:12,
13,18
346:11
347:21
349:25
350:10,
13,17,19
353:15
354:13,21

state's
22:14
95:12

stated
199:23
240:2

statement

38:17
106:10

states
6:11 7:1,
16 9:15
12:15
13:20
15:9
71:7,8
79:1 89:5
138:25
151:13
152:21
162:15
218:22
323:21
324:14
325:18
330:13
333:7,13,
19 354:12

statewide
97:2,4
98:4
104:10

stations
75:8

statistical
108:19

statistical
ly
107:5

status
268:5,6

stay
29:22
113:15,16
172:22,25
173:5
174:9,19
182:2
228:22
288:13
333:24

stayed
175:14

staying
25:24

steal
56:3

step
29:7
39:15
72:4
105:16
184:2
187:18,23
188:12
195:15
201:15,19
203:6,7,
15,16
206:16,
18,19
207:5
208:9,16
210:5,8
211:25
213:3
229:16
248:16
319:23

step's
319:24

stepdown
324:20

Stephanie
264:19
265:1,23
266:7,16,
22 312:21

steps
201:14
215:22

Steve
312:20



Steven
  267:1

Stevenson
  80:8,20
  94:14
  97:14

Stewart
  137:8
  301:23

stop
  14:4
  96:24
  111:9
  166:23
  235:23
  257:20
  282:13
  291:17
  314:25
  317:13
  329:25

stopped
  95:22
  96:21
  114:12
  258:24
  288:8

story
  40:20
  305:20

straight
  78:9
  191:12

strategic
  64:4
  83:1,4,10
  84:20
  85:21
  89:2,24
  90:2,7,
  10,19
  93:21
  96:6,10
  180:9

181:4,9
310:10,14
314:5,7,
16 317:6
328:14
329:6
351:9
352:11

strategies
  76:10
  327:23

strategy
  327:18

stream
  100:13
  101:22

street
  130:8
  197:3

stress
  71:16

strict
  245:22

stricter
  241:4

structure
  74:20
  76:8
  85:25
  211:21

structured
  73:20,23
  74:24
  75:9,10

struggles
  231:3

stuck
  45:16,21
  54:5
  71:10

student

30:18,20,
21 31:1,2
35:2
37:22
55:20
56:6 67:8
69:5 70:7
74:2
82:17
105:10
108:21
110:12
111:12,18
112:2
113:3
114:7,8
138:21
139:7,16,
19 140:7
143:3,5,
10 144:13
149:10
150:21
151:23
157:4,6,9
160:25
161:1,3
162:12
163:4,14
167:19
169:22
170:14
171:18
174:10,20
176:21
178:2
181:24
191:11
199:24
200:6,11
203:11
204:7
208:12
210:7
213:7
217:5,14,
18,25

218:19
224:22
226:17
232:3
237:11
239:8
288:2
290:19
292:18
293:4
298:14
311:2
312:15
315:6,20
316:11,25
318:6,22
322:7,16
324:22
326:4
327:6
329:9
339:18
345:5
351:1

student's
  31:4 61:2
  72:17
  203:8
  234:13

student-
wide
  130:4

students
  14:1,2
  29:16
  32:4,8,11
  37:14
  44:11
  51:7
  55:23
  56:21,23
  60:17,19
  66:23
  68:17,18
  69:20

70:12
71:9,17
104:23
107:11
112:25
113:4,18
116:22,23
123:24
124:11,
17,22
125:9
126:11
127:11,14
130:5,8
132:7
133:15
135:11,
16,20
136:11,
12,16,18
137:13,16
138:1
139:9
140:17
141:2,9
142:18
143:2,6,
16
144:16,
20,24
145:3,15,
24
146:14,23
151:7
153:5
157:10,
20,25
159:11,19
160:9,24
162:20
163:8,15
165:12,16
167:10
168:4,18
169:3,9,
13,20
172:2,4,



22 173:5
175:5,10,
17,20
176:2,9,
12,16
177:1
179:7,18
180:4
181:18
184:15
185:10,
11,16,19
186:14
187:11,24
189:7,21,
22 190:1,
16 191:3,
5,8
196:23
197:1
200:3,12
201:16
203:19,20
204:20
205:1,19,
24 206:1,
20 207:7,
10,12,13,
23 210:6,
13,20,21
212:2
220:14
225:4,15
226:20
227:9,11
228:9,16,
23 229:1,
7,13
231:16,22
232:7,19,
21 233:13
234:6,25
235:4,14,
19 239:7
240:13,18
243:14
247:4

253:10,15
254:1,7
255:9
270:11
271:7
277:12
282:19
285:9
286:10
287:21,25
290:15,16
292:24
293:2,17
295:22
298:1,15,
17 299:7
301:16
302:24
303:8,20,
22
304:10,11
305:5,7
306:14
307:9
308:3,19,
22 311:15
324:5
328:5
333:18,23
335:8
338:18
339:1,9,
14 344:13
347:24

students'
333:12

studies
208:3

study
58:24
59:13

stuff
38:12
41:9
45:21

56:3 65:5
68:22
69:24
81:20
86:23,24
94:22
109:19
110:25
149:17,18
224:14
233:22
240:20
263:21
287:22
335:23
340:13,15
345:1,10

subbed
164:20,21

subject
67:13
120:16
178:20
182:18,23
199:2
214:17
246:9
249:10
252:6,18
340:1

submit
85:16
88:2,10
108:6,9
121:22
239:13,
15,16
247:13
253:13
353:15

submits
315:11

submitted
86:23

90:3 91:4
94:7
165:6
270:24,25
274:19
335:15
337:19
353:9

submitting
87:6,9,25

subpoena
11:4,6,23
12:10
89:6
139:1
152:22
218:22
309:13
316:14
325:19

subset
191:7

substance
12:9 14:8

substitute
50:16

success
114:2,6,
13,16,18
181:21
182:1
192:3
211:24
213:21
229:19

successful
112:24
113:5,19
200:2
206:22
208:7,13
209:24
210:1,13,
23 211:14

212:2
213:7
218:1
228:18
231:6
296:21
305:12

successfull
y
220:20

sudden
132:7
209:4,8

suicide
73:3 82:9
293:12,24

suit
83:21,23

summarizing
188:17

summary
44:9 82:6
92:18

summer
98:5
110:24
271:10

super
332:19

superintend
ent
15:1
127:5
184:10
188:25
194:6
205:5
345:22,25
346:9
347:8,18,
23



superintend
ent's
    346:17

superintend
ents
    78:9

supervise
    23:2,14
    271:5

supervised
    23:8,12
    50:9

supervising
    50:7

supervision
    23:24
    39:6
    51:16

supervisor
    23:1,20
    24:11
    265:12

supplies
    240:12,13

supply
    310:6

support
    12:22
    13:5 89:2
    92:6
    109:8
    117:20
    133:15
    177:13
    179:13
    187:12
    203:11
    208:8
    210:10
    211:6,7,
    20,21
    212:1
    217:11

230:22
240:22
241:9
249:11,22
251:2
291:16
306:13
352:9

supports
    18:9
    28:16
    29:13
    56:8
    106:4
    114:22,24
    131:25
    199:25
    200:14
    202:2
    208:11
    209:17,25
    210:7,20
    211:23
    212:4,17,
    20 213:5,
    8,18
    217:11,
    15,22
    218:4
    220:18
    221:22
    229:15
    251:14
    284:16
    285:2,14
    287:8
    290:24,25
    339:17

suppose
    258:7

supposed
    68:2,4,23
    121:22
    200:5
    201:1

259:1

surface
    68:22,24

surprised
    221:16

survey
    88:7

surveys
    88:7

survival
    54:17
    55:1

suspended
    172:25
    173:1

suspending
    237:19

suspension
    237:19

sustain
    93:16,17

swap
    118:24
    119:12
    143:25

swear
    6:23

switch
    257:21
    282:15
    308:20

sworn
    7:8

symptoms
    73:5

system
    28:2
    29:13
    31:25
    48:20

66:8 67:3
80:15
109:9
117:1,24
120:17
134:12
166:16
167:15
168:11
169:25
171:19
178:1
191:14
249:11,22
272:7
297:22
304:2
324:14
343:10,11
348:21,23

systems
    27:10
    28:2 51:5
    73:17
    101:4
    128:11
    149:5
    163:25
    164:21
    187:3
    197:14
    202:18
    205:16
    229:15
    234:2,10
    237:13,25
    241:6
    251:5,25
    278:13
    279:4
    282:25
    285:23
    297:10
    304:3
    306:1
    326:9

344:12
348:17

———————

T

———————

T-E-A-C-C-H
    73:19

T-TEST
    107:10
    108:10

TA
    97:11,16
    99:14
    103:3

table
    75:3
    131:16

takes
    60:23
    106:3
    173:10
    324:21
    348:22
    353:20

taking
    7:16
    34:16
    105:16
    187:24
    299:7
    351:19

talk
    58:20
    60:20
    73:12
    92:1 93:2
    94:1
    103:8
    105:13
    115:3
    119:20,23
    137:18,
    19,20



164:1
178:7
201:11
212:14
220:1
237:3
244:18,
19,21
275:5
282:16
284:22
288:24
292:13
293:21
308:23
323:16

**talked**
58:12
64:8
119:22,24
132:11
194:13
244:19
293:25
297:20
301:10
308:21
334:19
348:1
353:7

**talking**
9:4 19:13
102:24
132:22
182:3
189:13,
14,19
212:14
255:4
260:16
288:9
290:4
295:3
308:22
319:12
321:24

325:6
329:3
344:4

**talks**
73:3,4,5
93:13

**Tamara**
270:20
271:1,17,
22
272:20,21
274:8
291:5
293:7,22

**tardy**
168:22

**target**
34:8
312:5

**tasks**
49:25
311:5

**taught**
52:1
326:25

**tax**
205:14

**TBD**
276:6
281:3

**TBD's**
275:23

**TBI**
160:12,
13,25

**teach**
59:3
60:16,17,
18 73:19
74:23
130:10
202:16

216:4
251:1
326:15

**teacher**
28:6
51:21
52:12
69:10
74:19
76:13,14
155:17
156:1,9,
22 159:1
209:3,9
247:1
276:3,8
278:19
295:24
312:4
315:10,
11,15
327:15
343:9
348:2

**teacher's**
143:23
156:4
276:7

**teachers**
28:25
29:1
37:15
51:8
142:1,15,
20 143:17
144:1
148:10
155:6,9,
14 164:5,
7,9
171:16
274:15,
17,19
275:6,9,
17,21,23

276:9,14
278:15,18
279:16,
17,19
280:16
292:5
343:1,2
348:4
349:9,17

**teaches**
54:6
60:21

**teaching**
52:14
56:21,23
71:5
73:23
312:4
326:14,
23,24
348:11
349:3

**team**
64:19,20,
22 104:5,
7,23
112:1
216:14,16
217:9
234:18
312:4
318:22,
24,25
319:1,2,
6,9
320:21
349:25
350:17

**team's**
200:23
350:21

**teams**
104:10
349:22

**tearing**
299:18

**technical**
98:19,22

**technically**
26:9
68:22
190:23
234:3
263:17

**technician**
74:18
273:23
274:7

**techniques**
39:23
336:15

**tele-
psychiatric**
289:13

**telehealth**
289:13
305:11,
14,17

**telling**
300:6
305:19

**temp**
162:17
309:17

**template**
90:6

**temporary**
143:11

**ten**
77:5
147:7,16
174:1,3,6
176:18
202:9
220:17
281:6



298:5,18,
19,24

**ten-minute**
236:10

**tend**
143:25

**tenth**
340:9

**term**
13:2
17:15
18:2,15
344:17

**terminated**
42:13

**termination**
149:8

**terms**
56:16
64:8
101:21
130:11
177:23
231:21
322:3
349:17

**territory**
307:14

**test**
44:4

**tested**
43:21

**testified**
7:9
344:12
351:5

**testify**
11:4
351:16

**testimony**
11:17

343:22

**testing**
38:2 40:7
43:19
51:1

**tests**
38:3
40:8,10
44:8 51:3
71:18

**textbook**
289:3

**textbooks**
204:17

**themes**
314:20

**therapeutic**
12:21
13:5
60:17
84:23
88:3 89:2
106:4
108:16
184:16
185:20
186:13
187:11
190:14
212:20
252:18,23
253:3,10,
17,23
254:1,2
255:16
256:12
269:22
271:25
282:16
284:11
287:15
289:5
293:16
305:6

306:14,19

**Therapeutic
ally**
287:12

**therapist**
131:13

**therapy**
39:23
45:1,2,4,
6,8,25
88:3

**there'd**
33:22

**thing**
31:15
59:12
67:19
72:19
73:18
99:2
100:19
107:4
111:21
123:14,18
126:23
133:7
160:22
179:21
184:6
190:6,23
191:16
204:14
225:23
232:25
247:23
248:22
260:22
265:16
269:11
276:20
287:24
296:22
309:23
312:1

320:1
322:11
323:2
339:5
353:25

**things**
25:5
27:24
40:2
41:10
42:17
47:12
50:10
55:7,9,11
57:1,4
58:2
67:14,22
71:15,17,
19 73:5,
13 74:22
75:24
81:8
83:17,18
85:2,3,5
86:3,20
87:2,3,5,
13 88:8
90:23
96:18
99:12
103:8
110:1
112:18
113:23
114:11
119:19
121:21
124:1,5,
6,18
125:14,18
128:8
129:18
130:1
131:6,8,
14,19
132:17,18

133:2,7,
8,9
149:14
154:9
155:15
158:3,18
179:14
191:2
196:20
202:13,14
204:16,
17,23
205:8
207:11,22
210:17
212:8,23
216:6
220:15
224:6,13
225:22
230:12
231:14
232:18
233:10
234:22
238:2,23
239:25
240:17,19
241:12,16
243:11,23
247:4,15,
20 258:14
274:14
277:17,18
278:14,15
280:8
283:12,19
287:2
289:6,14,
19 296:25
297:23
302:2,3
306:8,9
307:16
311:24
320:15
324:15



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: thinker..told

332:18
346:8

thinker
70:7

thinking
41:4
207:9
213:22
215:24
221:25
225:19
234:15
287:22
307:25

Thirty
144:14

Thirty-six
163:10

thought
15:2
41:10
59:3
86:19
118:3
151:9
194:15
198:8
207:15
220:21
232:18
247:22
319:21
330:17
332:23,25

threatening
95:2

three-year
45:20

throw
39:24

Thursday
36:12

tied
26:3
76:23
334:18

tier
66:13,20
191:5
250:18
251:2
289:18
293:2,5

tiering
177:12

tiers
30:1

time
6:7,8
13:13
16:7 23:8
26:7,11
30:13
32:15,18
35:17,24
38:10
44:14
47:8 49:7
52:22
56:4 59:7
63:3,15
67:12,25
69:14
73:9,24
74:5 76:5
77:3,4
93:4 95:8
100:7
103:6
106:8
111:5
117:13
121:18
129:8
132:18
136:19
145:15

156:10
163:9
166:17
168:20
169:14
173:8
174:9,11,
20,21,23
176:9
177:1,15
184:8
185:24
187:4
188:2,7
192:11
194:3
195:14
197:18,22
200:11
201:6
204:16
205:4
206:5
207:20
211:23
213:11
216:7
219:14,
22,24
221:9,11
228:14
230:17
236:7,12,
16 242:22
249:25
254:4
257:12
259:18,25
262:5
268:18
273:24
276:23
288:18
290:6
291:4,6
292:4
293:9,19

298:14,17
304:13
318:1
321:5
323:13
330:18
332:20
341:2,10
342:1
350:4,5
352:16
353:22

timeframe
20:7
27:15
33:11
35:15
37:1
49:10,12
51:15,23
52:10
53:6
182:6
295:17
335:22

timeline
41:20
56:17

timeout
336:10

times
16:4 68:1
113:10
166:11
177:9
284:2
297:21
311:11
322:3
345:1,9

timing
162:1

tip
26:5

title
27:4
270:6
309:11
313:10

titled
89:1
218:18
224:22
261:13
316:11
325:14

titles
84:18

TKES
343:4,6,9

today
6:6,17
7:13,17,
22 11:12,
18 12:11
15:20,24
16:21
293:23
342:1
343:22

today's
10:5
11:17
15:13

told
119:20,22
122:12
123:25
131:7
134:5
248:6,11,
21 271:4
295:5
299:20
304:6,7,
8,12,13,
14,22,23
305:2,4



306:16
314:12,13
331:3,24
332:4,5
351:6,17

**tolerance**
130:2
158:18

**ton**
86:24
277:18

**tool**
111:4

**tools**
205:23

**top**
12:14
29:23
53:23
138:19
144:6
153:24
272:13
291:18

**topic**
101:9
226:12
353:6

**topics**
53:11
58:20
64:11
236:15

**tops**
116:17

**total**
136:15
140:17,23
141:8,9,
15,19
153:3,5,
12,14
154:22

163:8,11
226:8,24
235:13
237:11
240:11
276:10
281:18

**totally**
212:8
306:19
333:10

**totals**
140:22

**toured**
74:9

**track**
107:11,
24,25
210:2
337:21

**tracking**
106:18

**tracks**
337:9

**trade**
336:20

**train**
59:2,12
61:7,24
65:8 71:8
76:9
116:2
202:10
278:2

**trained**
61:21
63:8
115:25
250:17
336:14

**trainer**
53:10,14

59:2,13
60:10
61:7,8,
21,22,25
62:24
63:2,8,
17,18,19,
24 64:7,
10 65:8
70:24
72:6
76:23
336:19
337:16

**trainers**
61:24
62:20
63:8,24,
25 336:19

**training**
22:15
23:16,20
25:11
28:14,24
29:1
45:12
50:22
57:15
58:6
59:20
60:2
61:5,9,
10,16
62:12,14
64:1,3,16
70:18
72:9
73:12,21
74:14,15
76:12,16,
19,25
117:20
165:2
230:9
250:25
289:20

296:13
306:2
336:17,20
337:4

**trainings**
38:5
65:12
70:4

**trains**
125:5,6

**tran**
132:13

**transcript**
354:22

**transcripts**
15:16
165:6

**transfer**
123:16
124:10
133:15
168:5,17
180:1

**transferred**
141:11

**transferring**
137:16

**transition**
57:11
110:3
113:15
114:15
122:16
123:3,7,
23 125:22
127:11,13
128:19
132:23
168:17
175:20
182:2,18
185:16

189:8
190:17
191:4
192:20
195:7
210:23
211:13
217:1
218:4
224:23
227:4
231:11
296:21
322:24
345:16

**transition's**
128:17
217:25

**transitioned**
114:14
134:9
143:8
145:9,21
157:15
163:14,
16,23
174:11,
21,24,25
175:3,11,
13,18
193:20
197:1
225:5,25
226:20
227:1,2
229:11
235:15,18

**transitioning**
127:18
128:13,14
150:10
157:21,22



163:20
169:4,17
172:10
181:24
191:25
192:1,4
200:7,8
201:4
210:22
217:21
226:24
227:18,19
228:8,10,
15 229:13
231:12
235:5
236:15
296:19

transitions
229:19

transport
118:20,21
126:11

transportat
ion
28:16
126:21,25
167:9,13,
17 169:1,
2 234:1,4
237:24
344:11,
13,18,22
345:6,7,
12,13

trauma
24:3
42:17
45:14,20
54:2 59:4
125:17
230:11
278:5

trauma-
informed
56:22
212:18
229:22,
23,25
230:5,16
231:9
243:9
338:5

trauma-
sensitive
230:25

traumatic
160:14,25
161:4,12

travel
88:10,11
99:24

treadmill
55:8,21

treatment
46:4,8,12
47:2
109:18
324:19

trial
9:18

triangulati
on
290:22

tricky
323:4

trigger
130:12

trouble
47:7
336:23

true
144:3,4
257:19
265:25

340:17

truth
116:11
131:5

truthfully
9:12

tryout
233:21

Tuesday
6:6 36:11

turn
73:11
184:6
198:13
213:2
261:10

turned
285:20

turning
321:20

turnover
142:5,11

twelfth
136:6

Twelve
282:4

two-part
180:13

two-to-one
340:4

type
68:22
81:3
97:11
107:9
143:9
158:22
172:12
233:3
238:23
265:5

311:20
332:12

types
42:8
69:16
70:12
73:13
124:1,6
132:17
133:7
179:14
191:2
202:13,14
205:8
212:23
232:14
241:15

typical
37:25
167:19,21

typically
24:2
26:2,14
35:2 67:5
68:4
94:25
107:12,14
143:5
158:18
238:6
299:16
312:23
320:24
329:8
340:1
346:8,16

―――――――

U

―――――――

U.S.
6:13

uh-huh
16:25
33:17

36:8 46:5
64:9
79:10
83:4
89:3,7,10
91:18
92:10,15
106:19
120:18,22
122:21
126:7,14
127:7,10
132:1
136:14
138:23
139:14
140:10,24
142:25
144:5,8
148:6
149:23
153:8
155:8
156:6
164:15
166:4
176:7,24
180:11,16
184:11
186:20
194:9
198:12
206:24
223:5
227:24
235:17
238:23
242:6,8,
20 245:6
246:10
249:13
255:20
260:22
261:4,7,
18
262:11,18
265:7



266:8,11
267:2
268:13
270:22
274:2,8
290:8
293:1
299:5
301:18
313:1,14
314:11
315:19
318:10
322:2
341:23
344:19
345:18
350:6

ultimately
78:6 86:9
102:5
114:23
217:13
244:24
256:16
257:16
344:5
349:11

umbrella
229:25

unable
110:18
154:24

undergraduate
26:19

underlying
212:15
283:17

underneath
113:12

understand
7:25 8:2,
25 12:18

13:3
17:2,7,
12,16,19,
24 18:3,
8,12,16
89:14
91:7
110:10
147:21
175:9,15
188:15
278:3
306:20
307:15
326:9
352:3,6

understanding
13:23
40:13,22
53:13,24
75:23
83:14
105:15,17
122:22,24
151:20
243:17
302:8

understood
102:1

unfit
50:7

uniformity
352:12

unique
113:2

United
6:11 7:1,
16 9:15
12:15
13:20
15:9 89:5
138:25
151:12

152:21
162:15
218:22
325:18
330:13
333:7,13,
19 354:12

unlike
153:25

unnecessarily
186:12

unpack
289:23

unstable
320:18

unusual
161:8

up-to-data
224:13

upcoming
93:15
193:1
268:20,21

update
97:10
141:4

updated
66:5
148:10
201:3

updates
104:2

updating
87:20

upfront
204:5
300:16

upload
329:8
353:17

upset
102:1

upstream
68:24
212:15

utilize
55:24
76:10
307:7

utilized
74:5,7,10

utilizes
74:7

utilizing
58:10
328:25

_____

V

_____

vacancies
278:18,
19,20

vacant
278:23,25
279:2

valid
134:1

varies
167:21

variety
25:5 38:5
40:2
114:10
158:2
190:6
213:24
286:9
297:23
323:5

vary
293:3

verbal
8:24

verify
89:17

versa
191:25
200:13
229:25

version
201:7,12
216:2
219:7,12
221:16
222:13

versus
6:12
12:15
45:12
47:10
118:20
125:17
129:23
130:14
159:16,17
234:19
245:9
251:2
256:15
268:5
272:6
283:11
311:15
320:8

vice
191:25
200:13
229:25

Vickie
79:20,21
83:8
94:14
96:19
97:14
98:1,2



LISA FUTCH
UNITED STATES vs STATE OF GEORGIA

October 25, 2022
Index: video..work

101:19
120:15
214:16
221:9
239:18
242:3
244:8,18,
20 246:8,
20 247:18
248:11,
13,15
252:17

**video**
6:9

**view**
284:6

**Viewpoint**
285:4,23
287:10
294:23
295:1,22
297:12
301:9,12
304:23

**views**
282:19

**violated**
158:17

**violating**
186:12

**virtual**
57:18
94:5,10
98:13,14
100:4
166:3,5

**virtually**
59:8
94:10
100:1

**vision**
305:23

**visit**
289:13
330:16
331:25

**visits**
96:9
196:4
197:11
334:4

**visual**
74:20,21
75:13

**visuals**
74:22
75:13

**voted**
112:20
335:23

───────────

───────────

**W**

───────────

**wait**
21:24
250:3
324:8

**waiting**
76:11
95:6

**walk**
55:20
90:12
96:13
140:12
152:24
199:20
261:21
284:9

**walking**
55:8
211:17,18

**wanted**
34:10

59:11
101:25
132:22
139:8
151:15
187:6
194:16
204:5
206:13
208:6
243:13,16
288:13
294:9,21
317:10
333:15

**wanting**
41:5
320:12

**warning**
73:4

**warrant**
110:6

**watch**
57:21
58:19

**watched**
109:15

**wave**
128:8

**Wayne**
115:12
118:13,23
119:7
120:16
121:11
125:25
126:8,11
127:4
132:5
133:21
168:9,10
179:18

**ways**

47:23
192:7
200:16
217:4,18
226:3
301:15
306:11

**weaknesses**
94:22

**weapon**
158:20

**wear**
28:3

**webinars**
57:21
58:16
62:13

**websites**
328:8

**Wednesday**
36:11

**week**
33:1 36:7
139:21,23
141:3
153:14,17
159:2,4,
15 272:8
284:18
286:23
289:14,
17,22
290:6
293:19
322:17
330:19

**weekly**
141:4
148:10
159:15,17

**weeks**
96:22
109:14

141:5
177:10
196:9
288:3
290:21

**weightlifti
ng**
233:6

**white**
70:7

**wide**
277:22

**win**
321:10

**Wina**
101:18

**wing**
135:6,9
189:13,18
193:7
197:5

**wise**
240:22
276:16

**withdraw**
35:4

**Wolf**
351:11

**woman**
297:20

**won**
321:11

**words**
8:22
86:25
209:13
327:10

**work**
27:12
34:17
39:13



45:18
64:22
67:6
69:21
75:2,7
80:24
81:13
84:22
85:8
114:5
127:4
130:21,22
133:7,21
134:6
159:1
161:20,22
179:11
180:9
181:14
182:3
188:3
198:13
202:18
206:10
207:6
208:25
209:16
219:9,10,
11 231:8
273:23
274:6
277:6,9
292:5
296:1,6,
19 302:24
303:4
308:17
320:15
328:7

**worked**
33:12
36:18
37:2,9
38:5,18
39:8 40:2
42:25

49:11,13
63:10
64:24
66:16
69:24
70:1,9
110:23,24
132:20
212:23
219:8
286:1
296:14

**worker**
62:8
214:1

**working**
25:16
28:14,16
36:2
37:19
41:14,16
42:9
69:19
82:14,23
84:24
85:4,9,10
109:4,8
120:1
130:3
199:7,9
220:11
228:20
230:2
271:8
293:10
297:22
298:19,20
300:16,17
301:21
304:21
307:8
308:4,10
326:20
340:11
348:12

**works**
61:14
64:18
71:15
72:21
200:16
209:6
267:11
289:10
299:10
328:8

**workshops**
88:12

**world**
71:5
289:18

**worries**
198:9
274:22

**worry**
332:6
333:3

**worse**
276:22

**wound**
120:1

**wraparound**
104:18,21
213:10
283:5
285:6,15
287:10

**write**
40:5 47:4
202:13

**writing**
31:10
40:23
43:17
44:8 47:2
85:11
247:9
312:12

335:18

**written**
51:6
78:25
80:4 81:4
106:10
111:7
194:3
260:4
302:6
312:16
328:21
335:17,19
351:14
352:7
353:12

**wrong**
129:21
230:20,21

**wrote**
43:9 66:4
192:25
205:8
254:6
255:12
345:16

————————

Y

————————

**y'all**
15:21

**year**
13:9,11,
18 22:23
23:13
33:10
50:25
52:13,16
57:19
58:7,8,9
62:15
63:7
64:14
65:15

73:17
79:4,7
80:8
85:13,14,
16 88:5
90:2
91:2,11,
17 93:15
96:7
99:17
100:12
102:6
108:5,14
109:6,12
110:22
115:17
118:8
119:13
124:11
126:11
132:13
134:21
135:22
136:4,5,
17,18
137:1,15,
22,25
138:22
139:18
140:19
141:15,18
142:2,6,
13 146:10
149:15
150:23
153:23
159:12,21
162:14
163:16,18
165:10,24
166:6,10
174:16
175:21
193:1,4,
12,14
195:12
205:9



223:6,16
224:1,3,
4,11,18
225:7,15
226:4,7
227:17,23
228:1
230:7
239:10,14
258:17
261:5,23
262:2,6
264:7
266:12,18
268:20,
21,23
269:6,23,
24
271:15,20
275:2,3,
22 276:2,
10,11,14,
16,21,22,
25 277:5
278:14,
17,21
279:16
280:9,10
286:14
292:17
294:8
295:20
298:13,
17,21
305:13
318:12,15
336:22
337:22,23
338:6,10,
13 343:24
349:1,2
353:17

**year's**
228:4

**year-long**
57:20

**years**
16:8
22:11
23:10,11,
12,13,18,
22 24:8,
13 25:6
62:6,19
63:19
64:13
70:14
80:11
106:24,25
108:11,
12,13
111:23
112:14
118:12,14
134:8
136:17,19
143:17
164:22
175:4
176:6,14,
18 178:4
228:24
256:1
277:1
302:8
304:15
338:2,15
342:12
349:7

**York**
323:24

**you-all**
80:3
85:9,21
139:4
140:5
146:14
210:12
289:8
301:15
303:7
338:25

**young**
111:8
293:25

**youngest**
136:5

**youth**
72:6,7,8
73:7
116:9

———————

**Z**

———————

**Zelphine**
249:9
250:8
251:16
350:12

**zone**
150:9

**zoned**
150:2

