1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                )CIVIL ACTION
5           Plaintiff,          )NO. 1:16-cv-03088-ELR
                                )
6   vs.                         )
                                )
7   STATE OF GEORGIA,           )
                                )
8           Defendants.         )
                                )
9   - - - - - - - - - - - - - - )

10

11              VIDEOTAPE DEPOSITION OF

12                  MARNIE BRASWELL

13

14      Thursday, January 26, 2023, 10:14 a.m., EST

15

16

17

18

19          HELD AT:

20          CSB Middle Georgia
            2121-A Bellevue Road, Building 12
21          Dublin, Georgia  31021

22   ---------------------------------------------

23

24          WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public

25



1                    APPEARANCES OF COUNSEL

2

3    Appearing on Behalf of the Plaintiff:

4

        FRANCES COHEN, ESQUIRE
5       U.S. Department of Justice
        Civil Rights Division
6       950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20579
7       T:  202.305.6630   F:
        E-mail:  francescohen2@usdoj.gov
8

9

10   Appearing on Behalf of the Defendant:

11

12      JAVIER PICO PRATS, ESQUIRE (ZOOM)
        DANIELLE HERNANDEZ, ESQUIRE (ZOOM)
13      Robbins Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
14      Atlanta, Georgia  30318
        T:  404.856.3261
15      E-mail:  jpicoprats@robbinsfirm.com
                 dhernandez@robbinsfirm.com
16

17

     Appearing on Behalf of CBS of Middle Georgia and the
18   Witness:

19      ANNARITA LEIGH McGOVERN, ESQUIRE
        Satcher & McGovern LLC
20      288 South Main Street, Suite 100
        Alpharetta, Georgia  30009
21      T:  770.765.0225
        E-mail:  amcgovern@satchermcgovernlaw.com
22

23

24

25



MARNIE BRASWELL                                    January 26, 2023
UNITED STATES vs STATE OF GEORGIA                           3

```
 1   ALSO PRESENT VIA ZOOM:
 2      U.S. Attorney's Office:
 3           KELLY GARDNER, ESQUIRE
 4           LAURA CASSIDY TAYLOE, ESQUIRE
 5           VICTORIA LILL, ESQUIRE
 6           JESSICA POLANSKY, ESQUIRE
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20   ALSO PRESENT:
21        ROBERT F. PUTMAN, Ph.D.
22
23        MICHAEL AUSTIN KING, Videographer
24
25
```



```
 1                    INDEX OF EXAMINATIONS

 2

 3   MARNIE BRASWELL

 4   By Ms. Cohen                                    Page 7

 5

 6

 7                    INDEX OF EXHIBITS

 8   PLAINTIFF'S

 9   NO.                    DESCRIPTION            PAGE

10   Exhibit 867   GACSB Network Coverage by County   18
                   REV. 07.01.22
11
     Exhibit 868   Child, Adolescent & Emerging Adult  21
12                 Outpatient FY22 Org
                   MG0027 - MG0034
13
     Exhibit 869   4/27/2016 Email Chain From Tonya    94
14                 Spaulding To Nakeba Rahming
                   GA00041440
15
     Exhibit 870   10/17/2019 Email From Danielle      97
16                 Jones To Recipients With Attachment
                   GA00129208 - GA00129209
17
     Exhibit 871   3/5/2019 Email From Layla          111
18                 Fitzgerald To Recipients
                   GA03176699
19
     Exhibit 872   3/5/2019 Email From Marnie Braswell 119
20                 To Recipients
                   GA03176876
21
     Exhibit 873   FY18 Georgia Apex Project Budget    130
22                 Narrative - CSB of Middle GA
                   GA01660177 - GA01660178
23

24

25
```



1                  INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION              PAGE

4    Exhibit 874  Center of Excellence For Children's 166
                  Behavioral Health Integrating
5                 research, policy, and practice
                  Monthly Progress Report
6                 MG001708 - MG002079

7    Exhibit 875  CSBMG CBS Training Documents        189
                  MG00071 - MG00085
8
9    Exhibit 876  The Georgia Apex Program Annual     196
                  Evaluation Results
                  July 2020 - June 2021
10                Pages 1-93

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



 1          THE VIDEOGRAPHER:  Good morning.  We are
 2   now on the record.
 3          The time is now 10:14 a.m. on Thursday,
 4   January 26th, 2023.
 5          This begins the videotape deposition of
 6   Marnie Braswell, taken in the matter of the
 7   United States of America v. State of Georgia,
 8   filed in the United States District Court for
 9   the Northern District of Georgia, Atlanta
10   Division, Case No. of which is
11   1:16-CV-03088-ELR.
12          The videographer today is Austin King.
13   The court reporter is Wanda Robinson.  We are
14   both representing Esquire Deposition Solutions.
15          Counsel, would you please announce your
16   name and who you represent, after which the
17   court reporter will swear in the witness.
18          MS. COHEN:  This is Frances Cohen, for the
19   United States Department of Justice.
20          MS. McGOVERN:  Annarita McGovern, on
21   behalf of Middle Georgia CSB and the witness.
22          MS. HERNANDEZ:  Danielle Hernandez, on
23   behalf of the State of Georgia.
24
25                      - - - - - -



1              MARNIE BRASWELL,

2    being duly sworn, was examined and testified as

3    follows:

4              - - - - - - -

5              MS. COHEN:  Good morning.  Thank you.

6              Thank you for coming in.  Thank you to

7         counsel for facilitating this, and thank you

8         for hosting us today.  We really appreciate it

9         and we appreciate your time.

10             This is a deposition in the matter of the

11        United States versus Georgia, which is a case

12        that the Justice Department has brought against

13        the State of Georgia alleging that students are

14        unnecessarily segregated because of their

15        mental health disabilities, and the case has

16        been pending for a while.  We've taken a number

17        of depositions.

18             This is the third-party deposition that

19        we're taking today, so I really appreciate all

20        the help we've gotten from CSB of Middle

21        Georgia.

22   EXAMINATION

23   BY MS. COHEN:

24        Q    So would you please state your name and

25   address for the record.



1      A    I will.  My name is Marnie Braswell.  And

2    I live -- or reside at 4026 Lothair Church Road,

3    Soperton, Georgia, 30457.

4      Q    So here's how we're going to proceed

5    today.  I will ask questions and I'll ask you to

6    answer them to the best of your ability.  I

7    understand that you won't remember everything

8    perfectly, but I'll just ask you to answer them as

9    best you can.

10     A    Okay.

11     Q    And then the court reporter is very

12   experienced, but she can still take down only one of

13   us at a time.

14     A    Okay.

15     Q    So I'll try not to step on your answers,

16   and then I'll ask you to just let me finish my

17   questions.

18     A    Okay.  I'll do that.

19     Q    And then the court reporter also cannot

20   take down nods of the head or nonverbal responses.

21   So if you can just remember to say yes or no.

22     A    Okay.

23     Q    Thank you.

24     A    Yes, I'll do that.

25     Q    All right.  And then in terms of breaks,



1  you can take a break at any time except when a

2  question is pending.  We would ask that you answer

3  the question before you take your break.

4      A    I understand.

5      Q    And we will of course break for coffee and

6  lunch and our usual breaks.  We'll try to keep it

7  short so everyone can get where they need to be

8  later in the day.

9      A    Okay, I'm good with that.

10     Q    And if you don't understand any question,

11  just ask me and I'll rephrase it.

12     A    Okay, thank you.

13     Q    So I want to start by asking how you're

14  employed right now?

15     A    I am employed as the child, adolescent and

16  emerging adult coordinator with Community Service

17  Board of Middle Georgia, and I have been employed

18  for 26 years with CSB of Middle Georgia, and I have

19  worked with the child, adolescent and emerging adult

20  population of children and young adults during that

21  entire time.

22         MS. McGOVERN:  Just wait for her to ask

23      another question.

24         THE WITNESS:  Okay, thank you.  That's

25      good, because I was like okay.  I'm sorry.



1        I'll do better.
2    BY MS. COHEN:
3        Q    And what year did you graduate from high
4    school, Ms. Braswell?
5        A    1990.
6        Q    And what has been your formal education
7    since high school?
8        A    I have some college at Georgia Southern
9    University, and also I have a degree in cosmetology.
10   And as far as -- and of course I graduated from high
11   school.
12       Q    So you graduated from high school in 1990?
13       A    Yes, ma'am.
14       Q    Here in Dublin, Georgia?
15       A    In Soperton, Georgia.
16       Q    In Soperton.
17            Then you took some courses at GSU?
18       A    I did until my father passed away.
19       Q    Oh, I'm sorry.
20            And were those -- did those courses have
21   any relevance to the work that you're doing now?
22       A    Psychology, yes.
23       Q    And then you said you've been here for --
24   at CSB of Middle Georgia for 26 years?
25       A    Yes, that's correct.



1          Q    So how were you employed after leaving

2     high school before you came to work at CSB of Middle

3     Georgia?

4          A    When I was attending college I worked in

5     the college cafeteria, and I have worked for CSB of

6     Middle Georgia since I left that job.

7          Q    So if my math is right that you came to

8     CSB in Middle Georgia in 1997?

9          A    19 -- well, it was December the 15th of

10    1996.

11         Q    Thank you.

12              What's been the titles you've had at CSB

13    of Middle Georgia since you got here?

14         A    I started out as a part-time case manager,

15    and I was promoted to a full-time case manager, and

16    then I was promoted again to a day treatment

17    supervisor.  And from there I was promoted to

18    overseeing all of the day treatment programs for

19    children within the counties we served.

20              And from there I was asked to become the

21    coordinator over all of the children, the youth and

22    adolescent services.

23         Q    Okay.  So let me try to put some time

24    frames on that --

25         A    Okay.



1    Q    -- and find out exactly what these

2  positions involve.

3    A    Okay.

4    Q    Okay.  So you started as a part-time case

5  manager in 1996?

6    A    Yes.

7    Q    And what did your responsibilities

8  include?

9    A    We had an after school, during the summer,

10  holidays program where we offered group skills

11  building to children who maintained a GAF score,

12  overall functioning score, of 37, at the time from

13  37 to 52 range, which were more severe children who

14  had been diagnosed as more severe.  And I maintained

15  that position where we offered the group skills

16  building assistance with being able to stay in

17  school, assistance with being able to stay in their

18  homes, and in their community.

19    Q    And what age children were these?

20    A    At the time, that was age five to 18 years

21  of age.

22    Q    And I believe you said this was the most

23  severe population?

24    A    At the time when day treatment programs

25  were within -- or allowed that service within



1  Georgia.  Yes, those were some of the more severe

2  children.

3       Q    More severe?

4       A    Yes.

5       Q    Thank you.  In terms of more severe, what?

6       A    As far as the children we were serving,

7  they had had multiple times of being in crisis

8  stabilization units, or they may be or were unable

9  to attend school because of the behaviors or their

10  emotional states.

11       Q    So is it fair to say that they had more

12  severe mental health disorders --

13       A    Yes.

14       Q    -- on the spectrum of individuals with

15  diagnosed mental health disabilities?

16       A    Yes.

17       Q    And how long did you remain in that

18  part-time case manager position?

19       A    I remained, if my memory serves correctly,

20  in the part-time a year and a half, and I was

21  promoted to full-time after that.

22       Q    So that was in 1998, approximately?

23       A    1998.  Yes, ma'am.

24       Q    And what were your responsibilities as a

25  full-time case manager?



1        A    My caseload was more defined.  I had --

2    instead of working with all the children who were in

3    the day treatment program, I had my own caseload

4    where I became the primary case manager.  I ensured

5    that those youth received the services that they

6    needed, too.  That was according to their level of

7    care.

8            And also I met with their teachers, their

9    families, their counselors.  If they were involved

10   with Department of Juvenile Justice or Department of

11   Family and Children Services, I acted as a liaison

12   with them to help them be able to maintain their

13   daily living.

14       Q    And then when did your role change next?

15       A    I was asked to take over all of the group

16   programs approximately three years after I started

17   as a full-time case manager.

18       Q    Did you have a title in that role?

19       A    Well, I'm trying to think at the time,

20   I've had so many changes, exactly.  It was child,

21   adolescent and emerging adult group.

22       Q    Got it.

23       A    Program manager.  So I covered all of the

24   programs.

25       Q    And that was in 2001, approximately?



```
1        A     Approximately, yes.

2        Q     And how did your position -- how has your

3   position here changed since then?

4        A     Since then, I have been promoted to being

5   over all of children services, and that's my current

6   title, which is child, adolescent and emerging adult

7   coordinator.

8        Q     Now, when you say over all children

9   services --

10       A     Yes.

11       Q     -- I know you previously mentioned that

12  you were involved with day services?

13       A     Right.

14       Q     What else is included when you go to all

15  children services?

16       A     Okay.  It's a good bit.

17             So, yes.

18             I oversee all of our outpatient services

19  as far as making sure everything is coordinated and

20  families are receiving the care that they need.

21             I also oversee the specialty programs,

22  such as Apex school-based counseling, as well as we

23  have a SOAR mental health clubhouse, as well as our

24  Essential Pieces Autism Program, as well as our peer

25  support emerging adult programs, and of course our
```



1  psychiatric nursing services, which are tied into
2  our outpatient services as well.
3          And we have just became an intensive
4  customized care CME entity --
5      Q    Congratulations.
6      A    -- for the State of Georgia.  Thank you.
7          So that as well.
8      Q    So do you have any residential treatment
9  here?
10     A    Not residential, we don't.
11     Q    What is the business of CSB of Middle
12 Georgia?
13     A    We are -- you can say we're a safety net
14 provider for anyone who comes and needs help, where
15 there to help them.
16         We work very close with community partners
17 because we are in a rural area, so we have to be
18 very creative with helping a lot of the families who
19 don't have access to resources.  We're sort of known
20 sometimes as the only man in town.  Everybody comes
21 to us, and we're able to help them get all the
22 needs.
23         We are very flexible in who we accept into
24 services.  You come to us, we find a way, whether if
25 you're insured or not, because we are the safety net



1   provider.

2          And we have been very fortunate, blessed

3   over the years, to have grant opportunities, so that

4   we can provide services to all, no matter what,

5   where they're coming at, or poverty, up to if

6   they're very well off.  We serve everyone.

7       Q    What is the Community Service Board?

8       A    A Community Service Board, we are really

9   like if contracted through Department of Behavioral

10  Health as far as we -- they give us allowances.  We

11  follow by the provider manual, which is set by the

12  Department of Behavioral Health, as well as -- which

13  is also based on Medicaid guidelines as far as

14  service provision.

15         We're considered a Tier I provider, and

16  that is, as I mentioned, we're the safety net.  So

17  if there's no private providers in the area, we

18  cover certain counties, and in our case we cover two

19  different regions, which is Region 5, and also

20  counties within Region 5 and Region 2.

21      Q    Now, I have a map.

22      A    Yes.

23      Q    Let me pass that to you.

24      A    Okay.

25         MS. COHEN:  We'll mark this map, which is



1        put out by the Georgia Association of Community

2        Service Boards.  It's a two-page map, as

3        Exhibit 867.

4              (WHEREUPON, Plaintiff's Exhibit-867 was

5         marked for identification.)

6              MS. COHEN:  Sandra, are you in a position

7        to email to opposing counsel?

8              MS. LeVERT:  Yes, I can but can we just

9        clarify which one is the map?

10             MS. COHEN:  It's coverage by county,

11       Community Service Board map.

12             I think she's probably seen it before but

13       let me be better coordinated.

14             MS. LeVERT:  Do you have a Bates stamp

15       number with it?

16             MS. COHEN:  It doesn't have one.  It's

17       from the DBHDD website.

18             MS. LeVERT:  Okay, I see it now.

19             MS. COHEN:  You see it.  Thank you.  Okay.

20   BY MS. COHEN:

21       Q    So what are the geographic areas that are

22   served by the Community Service Board of Middle

23   Georgia?

24       A    Would you like me to name the counties?

25       Q    Yes.  How many are there?



1        A      There are 16 counties.

2        Q      My goodness.  If I say CSBMG from time to

3    time, you understand --

4        A      Yes.

5        Q      -- I'm referring to the Community Service

6    Board of Middle Georgia?

7        A      Yes, I do.

8               We serve Treutlen County, Montgomery

9    County, Wheeler County, Telfair County, Pulaski

10   County, Wilcox County, Bleckley County, Laurens

11   County, Johnson County, as well as -- I'm not sure

12   -- and Burke County, Jenkins County, Emanuel County,

13   and Screven, Glascock, and -- I thought I had all

14   this in my memory.  You can tell I've said it quite

15   a few times.

16       Q      I think you're doing a pretty good job.

17       A      Yes.  It's hard for me to see on here what

18   I missed.

19              Oh, Dodge County, of course.  Can't forget

20   Dodge.  And Jefferson County.

21              And I do believe that was all of them.

22   Did I name 16?

23       Q      Is that referred as to your catchment

24   area?

25       A      That is our catchment area, yes.



1     Q    And who determines the scope of the

2  catchment area?

3     A    We are -- we receive the counties that we

4  will cover through the region, who works directly

5  under DBHDD.  So I would say the Department of

6  Behavioral Health.

7     Q    And who is your regional contact at the

8  Department of Behavioral Health?

9     A    The main overall contact is Jose Lopez,

10  and JaVonna Daniels is the main contact that we talk

11  to as far as for the children and emerging adult

12  services.

13     Q    I'm going to ask you a little bit now

14  about CSBMG children and adolescent services.  I'll

15  give you a copy of an organizational chart.

16     A    Okay.

17     Q    This is the Child, Adolescent and Emerging

18  Adult Outpatient Organizational Chart, and it's been

19  numbered by the CSB starting with MG0027 and running

20  through 34.

21         I'll give you a copy to look at.  I have a

22  copy for your counsel.

23         MS. COHEN:  Sandra, if you could just

24     email a copy to Danni, that would be great.

25         We'll mark it as Exhibit 868.



1              (WHEREUPON, Plaintiff's Exhibit-868 was
2         marked for identification.)
3              (Discussion ensued off the record.)
4    BY MS. COHEN:
5         Q    This is a document that bears the number
6    stamps MG00027 through 34.
7              Are you familiar with this document?
8         A    Yes, I am.
9         Q    What is it?
10        A    It is our organizational chart that shows
11   the staff members who are employed within our
12   different programs.
13        Q    And where do you appear on the chart?
14             Are you in the third column from the left?
15        A    Yes, I am.
16        Q    The third person down?
17        A    Yes.
18        Q    Looking at the first page.
19             And who do you report to?
20        A    I report to Lisa Montford, who is a
21   licensed professional counselor and who oversees all
22   of the behavioral health services.
23        Q    I see various designations after your
24   name.  PP, CPS-P.
25        A    Yes.



1        Q    CA & EA coordinator, FTE.

2             Can you tell us what those initials refer

3    to?

4        A    Yes.  The PP is a requirement when staff

5    members provide direct care to individuals.  And I

6    have always maintained that in case I do need to

7    provide direct services.

8             And that is a paraprofessional, and it

9    means that I have had appropriate training on all

10   behavioral health areas that have been deemed

11   according to requirements of DBHDD.

12            The CPS-P is Certified Peer

13   Specialist-Parent, and what that means I am a parent

14   who has been certified through DBHDD as lived

15   experience because I have a daughter who also has a

16   behavioral health -- who has been diagnosed with

17   behavioral health challenges as well.

18            And of course the C&A and EA is

19   abbreviation for child, adolescent and emerging

20   adult services.

21            And the FTE stands for full-time employee.

22       Q    Understood.  And then I see that Lisa

23   Montford, who is your direct supervisor, has the

24   initials MS, LPC, CPC5 after her name.

25            What does that refer to?



1        A    That should have been the CPCS instead of

2   five.

3        Q    Excuse me.  My eyes aren't what they were.

4        A    The font is very small.

5             Yes, and that means that she has the

6   certification to also oversee other credentialed

7   staff, noncredentialed staff, and providing

8   supervision.

9             And she is also -- the LPC stands for she

10  is a Licensed Professional Counselor.

11            And MS just means that she has a master's

12  degree as well as being licensed in the State of

13  Georgia.

14       Q    Now, I see after your name, moving off

15  Montford and back to you, the initials CPS-P.

16       A    Yes.

17       Q    What is that?

18       A    That was the Certified Peer

19  Specialist-Parent --

20       Q    Understood

21       A    -- that I mentioned.

22       Q    The PP is the paraprofessional?

23       A    Yes.

24       Q    Is that a designated State of Georgia

25  certification?



1      A    It is, according to if I -- if I'm

2   practicing direct services, such as Community

3   Support - Individual, or a case management type

4   service, which is what I did in the past when I

5   first obtained that credential.  And for people who

6   are licensed or going towards licensed, they also

7   receive that same training but at a supervising

8   trainee status.  So why see the ST behind that

9   person's name.

10     Q    So are you involved -- what years were you

11  involved in direct service provision?

12     A    That was the time when I first started

13  employment in 1996, up until I took over as being

14  the group -- over all of the group programs.  At

15  that time I did not provide direct service care at

16  that time.

17     Q    Have you provided direct service care

18  since that time?

19     A    I also work after hours doing case

20  management at times for youth, young adults, or also

21  with our adult population, who are in group

22  counseling.  And that's just check-ins.

23          But I currently no longer do that.  That

24  was just something I was asked to do because --

25  well, I enjoy it and I'm pretty good at it.



1    Q    Understood.

2         So let me ask you this:  What kind of

3    training did you have to become a paraprofessional?

4    A    We had a series of online and agency

5    required trainings which was a certain number of

6    hours covering case management, medication

7    compliance, suicide prevention, abuse neglect, and

8    how to handle that.  How to handle crisis

9    situations, specific to depression in children,

10   diagnoses that children may -- childhood diagnoses.

11   As well as -- I'm trying to -- it's been quite a

12   while, all of them.

13        As well as documentation practices,

14   appropriate documentation practices; handle with

15   care, which is how to handle situations if a child

16   became out of control and in danger of hurting

17   themselves; as well as CPR, First Aid.

18        And we also do training on being familiar

19   with all the different services, service

20   coordination, and then explanation of services.

21        I do believe I named them all with that.

22   Q    And when did you go through that training?

23   A    I went through that training -- I became a

24   -- probably around 2006.

25   Q    And how many hours of training were



1  involved?

2      A    I do believe it's 29 hours of training.

3  That's done through online courses, as well as 14

4  hours of training within -- face-to-face training.

5      Q    Where was that?

6      A    And that was held at our agency during the

7  same staff members who provide our orientation

8  services.  When that became a requirement, we had

9  all of our staff to go through those requirements.

10     Q    So that was back in -- I'm sorry, did you

11 say 2006?

12     A    I do believe it was 2006 when that became

13 a requirement.

14     Q    And I think you said you kept your

15 paraprofessional licensing current?

16     A    I have kept that certification.

17     Q    What kind of training is necessary to

18 maintain that certification?

19     A    Early you have to go through -- it really

20 is crisis prevention.  You have to maintain your CPR

21 First Aid and make sure that is done yearly.

22          And although not required, most of the

23 trainings that I mentioned to you, because I am the

24 overseer, we do that training yearly through our

25 agency.  But as far as the first three that I



1 | mentioned to you, those are the ones that are the
2 | annually required trainings, which are CPR, First
3 | Aid, crisis prevention, and documentation practices.
4 |     Q    Understood.
5 |          Now, have you had any other training since
6 | you went through the 2006 training for
7 | paraprofessional licensing?
8 |     A    Yes, quite a bit of training.
9 |          Not exactly relating back to
10 | paraprofessional, but I've had other staff
11 | enhancement and annually required trainings that are
12 | required through our agency, as well as to maintain
13 | trainings that are required from our accrediting
14 | agency, which is CARF.  And any trainings that the
15 | Department of Behavioral Health require from us or
16 | offered to us, we always participate in that
17 | training.
18 |     Q    What does CARF stand for?
19 |     A    Well, I'm going to have to tell you that I
20 | cannot remember -- I do know it's the credentialing
21 | agency, and it's the facility.
22 |          So I do apologize but I can't recall it
23 | right off --
24 |     Q    That's all right.
25 |     A    I know most other acronyms.  I'm sorry.



```
 1        Q    I think that gives us some idea.

 2        A    Yes.

 3        Q    Now, with respect to your direct reports,

 4   that includes Connie Smith?

 5        A    Yes, Connie Smith reports to me.

 6        Q    And what is Ms. Smith's credentials?

 7        A    Connie has a Master's degree, and as well

 8   she is also a supervising trainee -- I'm going to

 9   take a drink of water if that's okay.

10        Q    Of course.  Any time.

11        A    She's a supervising trainee, which is --

12   she's working towards licensure, but she's also had

13   the approved training and constant supervision,

14   monthly supervision as well, in order to provide

15   services, therapy services as well, for children

16   through the Department of Health.

17        Q    So she has a Master's --

18        A    Yes.

19        Q    -- level degree?  In what --

20        A    If I'm not mistaken, that is in mental

21   health counseling.

22        Q    And then she is a supervising trainee?

23        A    Yes.

24        Q    To get her certification for what, what

25   position?
```



1        A     She's going towards licensure, license
2    professional counselor.
3        Q     And then it says that she is the Apex
4    product -- project manager?
5        A     Yes.
6        Q     And that is a designation from DBHDD
7    relating to the Apex program?
8        A     Right.  She is identified as overseeing
9    the operations of the Apex programs.
10       Q     Now, am I reading this organizational
11   chart correctly to say that all of the therapy staff
12   report up to you through Connie Smith?
13       A     Yes.
14       Q     And are all of the therapy staff -- is the
15   therapy that they provide solely through the Apex
16   program, or do they have other programs as well?
17       A     They provide for the Apex program, but
18   when they're finished at school, they come back to
19   our outpatient clinics.  Most of them continue
20   through Apex seeing families when the school is
21   closed, but they also provide the outpatient
22   services for us as well in the clinic as needed,
23   crisis evaluation as needed, or maybe intake
24   services as needed.
25       Q     Looking at the Page 27, MG0027, this top



1    page we've been looking at, is it correct to say

2    that all of the therapy staff provide -- listed

3    provide services through the Apex program?

4         A    Some of the staff on the 27, some of those

5    staff are also -- they provide services just through

6    our outpatient program as well.

7         Q    Even though they provide services through

8    the outpatient program, is it correct to say that

9    all of the therapy staff work in the Apex program?

10        A    Some of the therapists listed on here are

11   not on this first page.

12        Q    I see.

13        A    But on the next page it's identified as

14   Apex and AIME community-based services.  So they may

15   be listed under our outpatient but they're also

16   listed --

17        Q    I see.

18        A    -- on more defined, those who just provide

19   those services.

20        Q    You're going to have to help me with this

21   very complicated chart.

22        A    I'm sorry.  I will.

23        Q    So the first Page 27 and 28, those are

24   your outpatient services?

25        A    Those are.



1      Q     And the, the therapists who are in the

2    Apex program are listed on Page 28 under "APEX and

3    AIME School & Community Based Services" for school

4    Year '22?

5      A     Under 28, yes.

6      Q     Is this chart current through July of

7    2022?

8      A     Through July of 2022, yes.

9      Q     Where is the therapy staff listed with

10   regard to Apex and AIME?

11     A     As far as what?  I'm sorry.

12     Q     Where is the therapy staff for Apex and

13   AIME listed?

14     A     It starts, if I -- where you can see

15   Cynthia Rodgers' name.

16     Q     Yes.

17     A     Okay.

18     Q     That's in the far left-hand column?

19     A     Yes.

20     Q     And does it run through Amber Black?

21     A     Yes.  It continues through Amber Black.

22   It actually ends as far as the therapists under

23   Kaitlyn Tindall, which is first person, third column

24   on this first page.

25     Q     Okay.



 1       A    Okay.  And then I can identify the

 2   remaining if you would like to continue on.

 3       Q    Sure, sure.

 4       A    Okay.  And then when you go -- follow

 5   through after page -- when it starts 28, it actually

 6   goes from Lisa Wright, who is the seventh name down

 7   on the first column, and --

 8       Q    The first column on the left?

 9       A    Yes.  I'm sorry.

10            And you actually continue down -- I think

11   the way this is printed out, it's kind of confusing,

12   too.

13            And that will carry on through following

14   all on that first column.  And then on the second

15   column, starting at Rachel White and continuing down

16   to Hope -- the Hope Fowler position there.

17            And on the third column, it starts at

18   Amanda Miller, and that is the seventh person, and

19   it continues down to Amanda Kirkley.  And those are

20   the therapists.

21       Q    And why are, why are the therapists listed

22   in three different columns with regard to Apex and

23   AIME community-based services?

24       A    We have those listed because those show

25   our providers who work out in the community, and



 1   they're embedded in the community, if I'm

 2   understanding your question correctly.

 3       Q    I see.  I see on -- for example, Lisa

 4   Wright, Johnson County schools?

 5       A    Yes.

 6       Q    That identifies the schools that she works

 7   in out on the community?

 8       A    Yes.

 9       Q    Understood.

10            And Lisa Montford, your supervisor,

11   reports to Denise Forbes?

12       A    Yes.

13       Q    Who is the chief executive director of the

14   CSB?

15       A    Yes.

16       Q    And what is her training?

17       A    Denise is a Licensed Professional

18   Counselor, and the MS is for her Master's degree.

19       Q    What area is that Master's in?

20       A    I would have to get that information.  I

21   do believe -- I know that it is in a health

22   profession going towards licensure in order for her

23   to be able to provide therapy in the State of

24   Georgia, but I'm not quite sure.

25       Q    Looking at the first page of Exhibit 868,



1   I see two headings:  "Child, Adolescent & Emerging

2   Adult Outpatient," and then Child, Adolescent &

3   Emerging Adult Outpatient, Revised 7/18/2022."

4        A    Uh-hum.  (Affirmative.)

5        Q    Can you explain to me the difference

6   between those two charts?

7        A    I can tell you that the revisions

8   typically occur if we have vacancies or whenever we

9   do critical hire for.  To hire new employees usually

10  we do a revision.

11           So that would mean that the chart was just

12  revised to be able to send out a request to hire,

13  for the critical hire, as far as it being a

14  revision.

15       Q    We're going to be talking about the Apex

16  program in some detail, but can you just state

17  quickly for the record what the AIME program is?

18       A    Okay.  The AIME, we call that the AIME

19  program, and that was also through a grant that we

20  received through the Department of Behavioral

21  Health.

22           It is a SAMHSA grant, and it basically

23  worked for ten of the counties that we provide

24  services for, we were able to go out and completely

25  go from just doing in-clinic services to being



 1  embedded into the communities of those people that

 2  we serve because of the needs of poverty, no

 3  transportation, and the need of more resources that

 4  were identified, and we were able to go into those

 5  counties.  So people don't have to come to us, that

 6  we go to them.

 7          So that is what the AIME program is about.

 8  It's about bringing awareness, integration for the

 9  I, being able to become mobile for M, and then E is

10  educating people within the communities on how they

11  can access us and that we'll be there in their home

12  town.

13      Q    Is this a DBHDD program that is intended

14  to provide services to rural communities?

15      A    Yes, it is.

16      Q    And in these communities is there a

17  facility that you work out of, that your therapists

18  work out of, or is it at-home services?

19      A    Most of the time we work along with

20  community partners, and they either -- we have to --

21  most of them will let us just come in and have a

22  private place where families can meet.

23          It may be that the parent wants to meet at

24  the park.  It may be that the parent wants to meet

25  at their home.  And sometimes we're located at the



 1   family connections center.  So we're sort of like

 2   traveling wherever we need to go within the

 3   different communities that we serve.

 4        Q    Understood.

 5             Now, so those are the outpatient services

 6   that you typically provide after the close of the

 7   school day?

 8        A    With the AIME program, those were for

 9   non-Apex schools.  And we provide all during the day

10   and after.

11        Q    Both?

12        A    Both, yes.

13        Q    And then in terms of the outpatient

14   services listed on Page 1 of Exhibit 868, those are

15   the services that are typically provided after the

16   end of the school day?

17        A    Exactly, whatever.  Yes.

18        Q    Are those services also provided on

19   weekends, or is it solely limited to the evenings?

20        A    It is not.  We have -- our outpatient

21   clinic is open until 7 o'clock each night, and it's

22   really according to the family's need.  If the

23   family needs for us to work with them on the

24   weekend, sometimes we do events or hold different

25   programs and opportunities for children on the



 1   weekend.

 2          So that is -- you know, it's really -- we

 3   are available on the weekends as well.

 4      Q    Now, with respect to the qualifications of

 5   the therapists who participate in the Apex program

 6   --

 7      A    Yes.

 8      Q    -- how many are there?

 9      A    I'm going to count them.  You want me to

10   tell you for the July time, just count for the

11   record, or currently?

12      Q    Yeah, that would be -- I think that would

13   be fine.  So as of July 4th, 2022, you're going to

14   tell me how many therapists.

15      A    Okay.

16          (Pause.)

17      A    Twenty-four.

18      Q    Twenty-four, and these are the individuals

19   who are listed on Page 28, MG0028, starting with

20   Lisa Wright?

21      A    Under 0028, starting with Cynthia Rodgers

22   and leading through the next page, yes, with Lisa

23   Wright.

24      Q    I see.

25      A    And continue, yes.



1        Q     And are there credentials listed here?

2        A     Their credentials are listed, yes.

3        Q     And you see Cynthia Rodgers has ST next to

4    her.  Is that a supervised trainee?

5        A     Yes.

6        Q     Is it supervising or supervised?

7        A     Supervising trainee.

8        Q     Meaning that she is being supervised?

9        A     By a clinical supervisor, yes, who is

10   licensed.

11       Q     And who is our clinical supervisor?

12       A     Rachel White, who also -- and Rachel is on

13   the second column, and it's the sixth person down.

14             She provides the clinical supervision.

15       Q     Let me just move from Cynthia Rodgers to

16   Rachel White under therapy staff for a minute.

17             I see that she has, she has an LPC, which

18   is a Licensed Professional Counselor?

19       A     Yes, she is, and she also has the

20   credential of being a -- it looks like it may have

21   gotten cut off.  But she also has the CPCS

22   credential, which is that she has received the

23   proper education to be able to supervise other

24   therapists in the State of Georgia.

25       Q     What does CPCS refer to?



1        A    And that acronym -- I do know -- I may say

2    -- not be accurate with that, but is Certified

3    Professional Counselor Super -- Supervision, I do

4    believe.

5        Q    I also see next to her name NCC.  What

6    does that stand for?

7        A    Those are additional credentials that she

8    has, and they're great credentials.  I don't -- I

9    know that some of them are credentials she's

10   received because she has become a trainer for

11   certain evidence-based trainings, but I do not know

12   what some of these stand for without referring to

13   her list.  She has a long list.

14       Q    Why don't you tell us the ones that you do

15   know?

16       A    Okay.  I do know that she is a trainer

17   with the CDBT, which is dialectical behavioral

18   therapy.

19       Q    Is it cognitive and --

20       A    Cognitive.

21       Q    -- and dialectical behavioral therapist --

22       A    Yes.

23       Q    -- CD --

24       A    CDBT, yes.

25       Q    And what does BHP refer to?



1        A     Just that refers that she's a behavioral
2    health professional.
3        Q     Is that a designation of the DBHDD?
4        A     That's more or less just an agency title
5    that she had when first coming on, employed with us.
6        Q     And is the same true with regard to the
7    next, C&A&EA, clinical supervisor?
8        A     That establishes that she's the child,
9    adolescent and emerging adult clinical supervisor.
10             And the FTE is the full-time status.
11       Q     With regard to the individuals who
12   participate in the Apex program --
13       A     Yes.
14       Q     -- listed here, starting with Cynthia
15   Rodgers, to any of them have licensing or
16   certification?
17       A     Cynthia Rodgers has an associate license.
18   She's going towards becoming an LCSW, which is a
19   Licensed Clinical Social Worker.
20       Q     It says next to Cynthia Rodgers' name,
21   LMSW.  What is that?
22       A     Yes.  And that's that she is a licensed --
23   going towards licensed marriage social worker.
24       Q     And then underneath that is Amanda Miller,
25   LAPC.  What is that credential?



1      A    And I said marriage.  I'm sorry.  Mental

2    health social worker.  I'm sorry.  I don't know

3    where marriage came from.  I apologize.

4           Okay, and you -- I'm sorry.

5      Q    I'm looking now at Amanda Miller.  What is

6    the LAPC designation?

7      A    Licensed Associate Professional Counselor.

8    However, now she is now licensed as an LPC.

9      Q    So she's fully licensed as an LPC?

10     A    Yes.

11     Q    And of these 24 counselors, which -- who

12   are fully licensed?

13     A    Cindy Carmen, who is on the second column,

14   and it's the -- it's really -- she's above the last

15   name.  And she is a Licensed Clinical Social Worker.

16          And then also on the first column, third

17   from the last name, Carol Hobbs, and she is a

18   Licensed Professional Counselor.

19          And I think currently we have other

20   licensed staff, but according to the chart that I'm

21   looking at now, those are the licensed staff that

22   are on our team.

23     Q    That was current as of July of 2022?

24     A    Yes.  And currently now we have an

25   additional Licensed Professional Counselor as well.



1        Q    Are you familiar with the field of applied
2    behavioral analysis?
3        A    Yes.  We do have a program for our autism
4    services.
5        Q    That would be the third page or fourth
6    page?  Essential Pieces Autism Program, on the third
7    page --
8        A    Yes.
9        Q    -- of Exhibit 868?
10       A    That is, yes.
11       Q    And who on this page is an applied
12   behavioral analyst?
13       A    Mary Catherine Vandewedge.  She is a
14   board-certified behavioral analyst.
15            And although not at the time, but
16   currently we also have an additional BCBA on our
17   team.
18       Q    So now you have two?
19       A    Yes.
20       Q    And do they both work exclusively in the
21   Essential Pieces Autism Program, or do they have
22   other roles?
23       A    They work exclusively with our Essential
24   Pieces Autism Program.
25       Q    And do they participate in the Apex



MARNIE BRASWELL                                    January 26, 2023
UNITED STATES vs STATE OF GEORGIA                            43

1   program in any way?

2        A    As far as under Apex, no, they don't.

3   That is a separate program.

4        Q    Apart from the certified BCBAs who you

5   pointed out to me in the emerging -- is it emerging

6   pieces autism program?

7        A    Essential Pieces.

8        Q    Essential Pieces.  Excuse me.

9             Apart from them, do any of the therapists

10  participating in the Apex program have any training

11  in applied behavioral analysis?

12       A    They have received education and training

13  in our staff meetings because we do see children who

14  are both behavioral health and may have autism needs

15  as well.  So we do training, and Mary Vandewedge

16  provides that training to our staff, and we cover

17  areas on recognizing, noticing and being able to

18  assist families with resources that they need.

19            As far as for ABA, we do have our autism

20  program, which is a small hub, and we were asked to

21  become a hub because there are very few, and those

22  services are a huge wait list in Georgia, and we

23  wanted to do our part to kind of take the pressure

24  off of that so we could help our families, because

25  they have to go through a lot in order to get those

```
 1   services, so.

 2        Q    What is a hub?

 3        A    As we are -- I mentioned the Community

 4   Service Board is a safety net.  We were asked by the

 5   Department of Behavioral Health if we would be

 6   willing to become a provider for autism services,

 7   and so we agreed to be a provider, but our program

 8   is small because -- and that's not because we want

 9   it to be small, but it's because the requirements to

10   -- you can only serve so many children under a BCBA,

11   and of course there is a shortage of availability in

12   the State of Georgia.

13            But now we have two, so we feel blessed

14   with that.

15            MS. McGOVERN:  We've been going about an

16        hour.  Can we take a quick break?

17            MS. COHEN:  Sure.

18            THE VIDEOGRAPHER:  We are off the record,

19        11:12 a.m.

20            (A recess was taken.)

21            THE VIDEOGRAPHER:  We're back on the

22        record 11:20 a.m.

23   BY MS. COHEN:

24        Q    Referring back to the Essential Pieces

25   Autism Program, what autism services -- what
```



 1  services are provided through that program?

 2      A    Our RBTs provide individual and through

 3  group as needed and to our families services through

 4  Mary, who is RBCA.

 5           And I do have a list of the different

 6  services that are provided in that, but I would

 7  probably have to refer to that list --

 8      Q    So let me --

 9      A    -- if I could, because there are so many.

10      Q    Let me distract you here for a minute, and

11  what is RBT?

12      A    Registered behavioral tech.

13           And they provide services under a BCBA.

14      Q    Are these daytime services or after school

15  services?

16      A    According to the families' desires.  If

17  they want them during the day.

18           Some we will provide those in schools as

19  needed.  However, that would be based on if a school

20  would allow us to be a part of that.

21      Q    And if they're not provided in schools,

22  are they provided in your clinic?

23      A    They are provided in our clinic, or in the

24  home, or wherever -- whatever the most comfortable

25  way for the family to get those services.



1      Q     Registered behavioral tech, is that a

2   certification or a license under Georgia Law?

3      A     It is a certification, a requirement that

4   you have to be at minimum a registered behavioral

5   tech before providing services as according to our

6   guidelines.

7      Q     What are the requirements to become a

8   registered behavioral tech?

9      A     They have to go through certain courses,

10   and that's just one part of it.  They also have to

11   have supervision under the BCBA, and then there is a

12   testing piece before they can become certified.

13         And if, if we have an RBT that comes on to

14   work with us who is fairly new, they do more

15   shadowing and working on with our other registered

16   behavioral techs before they actually have cases.

17      Q     How many hours of training is involved to

18   become a registered behavioral tech?

19      A     I would have to refer to our training and

20   their training credentials.  Sometimes when they

21   come in and are employed with us, most of our RBTs

22   have already received that.  So although we get

23   their transcripts, I would have to refer to that.

24   I'm sorry.

25      Q     Are you able to estimate?



1           MS. McGOVERN:  I'm going to ask you not to

2      guess.

3      A    I would rather not guess.

4      Q    Maybe you could find that out for us.

5      A    Okay.

6      Q    You have so many different services, I

7  just want to ask you under the Apex services, you

8  bill Medicaid or insurance if it's available; is

9  that correct?

10     A    Or managed care.  The CMOs, which is under

11 the PeachCare for Kids, Medicaid, fee for service if

12 families have no insurance, commercial insurance,

13 the insurances.  So most any insurances are a way

14 that we can.  We do that.

15     Q    And in the Essential Pieces program you

16 also bill Medicaid?

17     A    We do bill Medicaid.  We have to get prior

18 authorization for Medicaid before billing those

19 services, and it's a process.  We have to do testing

20 and then again we have to go back and request for

21 additional services.

22     Q    Under the Essential Pieces program, what

23 services are billable -- excuse me -- what ABA

24 services are billable to Medicaid?

25     A    Those were the ones I wanted to refer to



 1  my list, if that was okay.

 2      Q    Sure.

 3      A    Yes.

 4      Q    Can you remember any of them?

 5      A    Um, I feel like I wouldn't -- they're very

 6  complex -- well, there are so many of them, I would

 7  just rather refer to -- I have like a list of those,

 8  if that would be okay.  I'm sorry.

 9      Q    We'll come back to that.

10           And in the Apex program, are any applied

11  behavior analysis services provided?

12      A    No.

13      Q    Why not in Apex?

14      A    If I'm allowed, I can explain the

15  structure.

16           They wouldn't necessarily have to be

17  considered Apex.  It's a grant opportunity that we

18  had in order to help us be able to have therapists

19  in the school, but our Essential Pieces, they

20  wouldn't have to be classified as Apex.  We would

21  still provide any child those services.

22           I don't know if that -- maybe if that

23  makes sense.  Do you want me to elaborate more?

24      Q    I think you better elaborate.

25      A    Apex is not an actual service, it is a



1   grant.  There is a service guideline in the provider

2   manual, but it is not defined because at this point

3   Apex has been funding that has been given to us, and

4   there are services that we provide in their

5   behavioral health services, which include

6   individual, family, counseling, which is

7   school-based therapy services.  And also Community

8   Support - Individual, which is also a behavioral

9   health services.

10          But we are one agency, so a kid may be

11  seen in the Apex school and they may be an Apex

12  student, but if they needed additional services on

13  the ABA side of thing, the autism side of thing,

14  we're one agency, so we would coordinate with one of

15  our registered behavioral techs, or with the BCBA,

16  who would also provide those services, too, if they

17  just happen to be an Apex student as well.

18      Q    I think you mentioned that some schools

19  permit ABA services.  You know if I say ABA, I'm

20  referring to applied behavior analysis?

21      A    Yes.  At some schools they already -- if

22  they already tell us that they have their own staff

23  in the schools and they -- at that point if the

24  family is reaching out for services from us, of

25  course we see them after school or we see them in



 1  their home, accordingly.  If the need is at home, we

 2  would see them at home.

 3      Q    Which of the schools in your catchment

 4  area that have applied behavior analysts?

 5      A    The ones that I can tell you, most of the

 6  schools will allow us to come in.  So I do believe

 7  that some of the Laurens County schools have ABA

 8  staff who can provide ABA services.

 9           In the West Laurens -- it's divided in

10  Laurens County, and those school systems they're

11  referred to as West Laurens schools.

12      Q    Why would a school want applied behavioral

13  services in the facility?

14      A    Exactly.

15           Like I said, we offer those.  If a child

16  is struggling, if they're unable because they're

17  focusing on the educational piece or maybe they've

18  not had success, then they will allow or ask us to

19  come in and try to assist in order for the child to

20  by able to stay and be maintained in the school.

21           Most of our services are provided out of

22  our clinic or in the home, though, because we don't

23  want to interrupt the educational process, but we do

24  want to be able to provide -- say if a student is

25  getting to the point where they cannot go to school,



1  we don't want that to happen.  We want all the
2  children to be able to.
3         So if we need to come in and kind of make
4  sure of what we're focusing on is in line with what
5  they need at the school, that would be the case,
6  that we would provide.  But as mentioned, most of
7  our services are provided at our clinic or in the
8  home.
9     Q    What issues do the schools face with the
10 kids for whom you provide applied behavior analysis
11 services?
12    A    I can speak to, you know, some of them.
13 There's many things that we get called about.
14        Most of the time the cases reach us
15 because maybe they went into crisis at school,
16 they've threatened to shoot at the school, or maybe
17 they've threatened to hurt themselves, and a lot of
18 times if -- they may have heard that from somebody
19 else and they're not really wanting to hurt
20 themselves or hurt anybody else but it's something
21 that they're repeating, maybe watched it on a TV
22 show and that sort of thing.  So that's when we do
23 evaluate for crisis, of course.
24        And if our services can help them be able
25 to go back into the school or help us to educate an



1    educator on knowing, okay, you know, this is just
2    something that they picked up, they say this
3    sometimes, and we try to work this like a mediator
4    and to assist on that child being able to stay at
5    school.
6            So that's, that's an example of what we
7    see.  And sometimes it may be that they can't follow
8    the rules.  They may have aggression towards other
9    children.  They may be easily, easily triggered by a
10   simple change that, you know, we wouldn't notice or
11   an educator may not even recognize, hey, this is
12   going to be a trigger, but indeed that is something
13   major for a child.
14           If change-up, like the time they're picked
15   up if the school bus is running late, or a different
16   bus driver because somebody is sick.  Those kind of
17   things, you know, we do a lot of education as well
18   for the educators working with the students.
19      Q    Are -- excuse me.
20           Are these applied behavior analysis
21   services provided only to the students with autism,
22   diagnosed with autism spectrum disorder, or are they
23   provided to other students as well?
24      A    We do two.  The actual services, they
25   would have had to have been diagnosed, of course,



1  and had appropriate testing that showed that those

2  services were -- that we would be approved for them.

3          However, we do prevention, parent support

4  groups.  So a person does not have to be involved in

5  our services, and those are for parents, students to

6  be a part of those.

7          So I guess the answer is we do prevention,

8  and the direct services are for those who have been

9  diagnosed.

10     Q    And what about in terms -- are you

11  familiar with the term "school-based mental health

12  services"?

13     A    I am.  School-based counseling, mental

14  health, yes.

15     Q    That's what your agency is providing under

16  the Apex program?

17     A    Yes.

18     Q    And how do you define school-based mental

19  health services?

20     A    The way that we -- the services that are

21  -- that we provide in the school are related to the

22  core services that fall under behavioral health,

23  which means we do have the school-based counselors,

24  but we also have Community Support - Individual

25  workers who also are there for service coordination



1  purposes, if a family is homeless.  Those are

2  reasons why it would be difficult for the kid to --

3  that may be why they're tardy or truant.

4          So we have our therapists who provide

5  individual and family counseling, group counseling.

6  We also have the Community Support - Individuals who

7  provide skills building, along with service

8  coordination.

9          We also provide crisis evaluation

10  services.  So if a child is suicidal or homicidal,

11  we're able to go in and assess the situation, help

12  them if placement is needed.  But if not, then we

13  get services engaged as quickly as possible in order

14  for the child's daily life not to be interrupted so

15  that they can continue the education process.

16          We provide psychiatric and nursing.  If

17  that happens to be -- if the school or if that's --

18  the families want that, we have had those services

19  provided onsite, or we have had the services of

20  course provided through telehealth as needed for the

21  psychiatric and nursing services as well.

22      Q    Are the ABA services that are provided in

23  schools for children who do not have autism spectrum

24  disorder, are those services limited to educating?

25      A    Only education.  Recognizing some



1   families, they approach us and say, you know, I've

2   had a pediatrician that told me that I need to get

3   my child tested for autism, this is what I'm seeing.

4          So we typically just go in and offer

5   education, you know, ways, if you are concerned,

6   ways that they can access services because it is a

7   difficult or more complex, as far as for them to get

8   those services engaged for their child with other

9   providers or -- so it's more as a resource linkage

10  in helping to educate them on that.

11      Q    You mentioned that you provide services

12  educating the educators?

13      A    Uh-hum.  Yes.

14      Q    Where do those take place?

15      A    According to the school, if they reach out

16  to us.  Sometimes we have schools that reach out to

17  us and say, can we tour your facility, can we talk

18  to your BCBAs, can we talk to your RBTs, and see,

19  you know, what the process is.

20          And we have schools that come out and they

21  will tour our programs.  They have asked us if

22  they're having faculty meetings or sometimes the

23  social workers may be having their regular

24  gathering, sometimes we're asked by the principals

25  to come in, and we just go in, and really it's a ask

1  us your questions and, you know, we'll provide

2  resources and outreach.

3      Q    In terms of the community support

4  education that you're doing with the -- either the

5  educators or the parents, are there specific

6  programs that would enable educators or parents to

7  engage in skill building?

8      A    I may need a little bit more -- would we,

9  after we went and provided them like information,

10  would there be opportunities for the parents to be

11  able to be involved in some sort of skills building?

12  Is that what you were asking?

13      Q    Let's start with parents.

14      A    Okay.

15      Q    Are there skill building programs that

16  CSBMG offers for parents?

17      A    We offer parent support groups, and that's

18  how that's -- now, if their children are in services

19  with us for treatment, then the parents do meet with

20  the BCBA.  And I know I've got to have my list, but

21  I do know that there's family codes that can work

22  with the families and during the assessment time to

23  assist the families.

24          Sometimes they send homework home with the

25  families as well, showing what they have been doing



1   in the program and help families with being able to

2   take that into the homes as well.

3       Q    But in terms of specific skill building

4   programs, you don't offer those for --

5       A    We -- we would refer them out if they

6   wanted a specific parent support skills building,

7   but right now we offer parent support groups.

8           So they would come to us and tell us, hey,

9   could you get somebody to come and talk to us about

10  a certain skill, and we would bring that person into

11  the parent support group, but that would be the

12  manner in which we would do it.

13      Q    What topics have you offered in the parent

14  support groups with respect to particular skills?

15      A    It's really according to what the parents

16  identify for us, because if we're just shooting in

17  the dark and offer things they don't need -- because

18  they are the experts of their children, you know.

19  They've had their children.  So some of the topics

20  have been, how can I get -- you know, what are some

21  good ways I can get my child to take a bath at

22  night?  Because that may be -- or my child can't

23  drink out of a regular cup, can you help me and give

24  me ideas of, you know, how to help with this?  I

25  can't go to the grocery store.  You know, certain



1   sounds in the grocery store are triggering.

2           And those are the things they bring to us,

3   and then we, you know, bring the skill back to them.

4   And if we don't have the particular skill, we find

5   somebody who does and we bring them in to the

6   support groups.

7           So the support groups, we kind of run them

8   both -- we have it more as the parents are in the

9   control of that.  They request what they want and we

10  bring to them what they need.

11      Q    With regard to the educators, what type --

12  are there any specific skill building programs that

13  you offer, that CSBMG offers for educators?

14      A    Most of what we offer to them, because

15  they ask us to come in sometimes for a faculty

16  meeting and speak for 10 to 15 minutes, most of what

17  we do -- because it's been identified as talk with

18  educators about recognizing and, you know, being

19  able to help with calming down and recognizing when,

20  you know, it's not a child being bad, it may be a

21  child who needs more.

22          So those are the things that we have found

23  very -- to be very important, to make sure that the

24  educators are not mislabeling or seeing a child for

25  one thing when really it's something -- different



1   thing.

2        Q     Under the Apex program, do you assess

3   children, provide any assessments of children during

4   the school day?

5        A     Yes, we will.  We try to not interrupt the

6   educational time, and intake is more lengthy.  So we

7   definitely to a lot of coordination with making sure

8   we don't take a kid -- if they're struggling in

9   math, we would not take them out of their math

10  class.

11        We provide them at the school.  We do them

12  immediately after school, but it might be at the

13  school.  If they want to come before school, before

14  the -- when they're just calling roll and some of

15  the major things or classes, then we try to

16  accommodate the family, and our ultimate goal is not

17  to interrupt that educational process, especially in

18  areas they're already struggling in.

19        So the answer is, yes, we will, but we

20  definitely keep in mind as we do that that we don't

21  interrupt and cause more problems for the child in

22  order to get that intake assessment completed.

23        Q     I'm just going to switch gears for a bit.

24        A     Okay.

25        Q     Have you -- I think you mentioned the



1  people that you coordinate with locally at DBHDD.

2  Who do you coordinate with at the Atlanta office for

3  the Apex program?

4       A    That would be Layla Fitz -- Fitzgerald --

5  I'm sorry -- is over all of the Apex programs.  And

6  also Dante McKay, who is over all of children, the

7  OCYF, which is the office of youth, children,

8  families.  I probably said that the wrong way.

9            And then also Danielle, and she's just

10  been married not too long ago, but I believe it may

11  be Williams now.

12      Q    You're referring to someone who formerly

13  went under the name Danielle Jones?

14      A    Jones, yes.  Thank you.

15           And she also is a person from the

16  Department of Behavioral Health that we do talk to.

17      Q    How long have you worked with Layla

18  Fitzgerald?

19      A    Layla -- we've been an Apex provider since

20  2015.  I do believe it was a year or so after, when

21  she first became employed is when I met her, and I

22  do think that's -- that was after 2015, though.  I

23  can't remember the year exactly.

24      Q    You're thinking that 2015 was when Apex

25  was rolled out as a --



```
 1        A     Kind of rolled out, yes.

 2        Q     -- as an actual pilot program?

 3        A     Yes.

 4        Q     And that was when CSBMG first became

 5    involved?

 6        A     When we were asked to be a part of that,

 7    yes.

 8        Q     And how frequently do you speak to Layla?

 9        A     We have -- typically there's at least one

10    monthly meeting.  It's held through the Center of

11    Excellence, who does a good bit of the training and

12    daily gathering for the Apex programs, and Layla is

13    always present speaking and available.

14              So there's that kind of communication.  We

15    do that.  Most of the Apex providers come together

16    during that time.  We bring --

17        Q     Is that a monthly meeting, did you say?

18        A     It usually occurs that we have one

19    monthly.  There's not a set monthly meeting.  We may

20    have more than one, but just how it falls, we

21    typically are talking with them at least once

22    monthly.

23        Q     And are those meetings in person or are

24    they virtual?

25        A     They're virtual.
```



1      Q    So do you have an opportunity to speak

2   directly to Layla, or --

3      A    Yes.

4      Q    -- only through the virtual?

5      A    I have her phone contact information.

6   She's always answered and responded quickly if there

7   was a need.

8      Q    So in addition to the monthly meeting for

9   all Apex providers, how frequently do you speak to

10   Layla Fitzgerald?

11         I'm just going to call her Layla because

12   the Commissioner is also named Fitzgerald.

13      A    Yes.  Most of the time it's typically --

14   can I count email back and forth as well?

15      Q    Sure.  Why don't you tell me about

16   telephone and email separately.

17      A    Okay.  Back and forth, correspondence with

18   emails, whenever I have to submit, it's usually once

19   or twice a month.

20         Now, Connie Smith, who is under me, who

21   submits directly all of the information for the Apex

22   programs, that could be two to three times a month

23   that she's corresponding and sending information

24   back and forth to Layla and Danielle as well.

25         So telephone contact, typically I would



 1   have a telephone contact if I was having a struggle

 2   in an area or if I needed to reach out and say, you

 3   know, this is going on, or can you help me, or

 4   provide -- would be typically when I would call

 5   Layla, but I have not had to call her.  So that's --

 6   I don't talk to her very often on the telephone.

 7            But during the meetings, which are

 8   typically, like I said, once monthly, there is back

 9   and forth communication, and also they ask me to

10   speak at different conferences as well.  And if I'm

11   in a conference, I'm usually with her the entire

12   conference.

13        Q    I see.

14        A    So that's kind of how the relationship is.

15        Q    So you've developed a relationship with

16   her over the years?

17        A    Well, as far as professional, I think.  I

18   mean I -- professional yes.  But she's very helpful

19   whenever needed, yes.

20        Q    And when did you first meet Dante McKay?

21   I think you mentioned him as another individual.

22        A    I did.  I do believe Dante came on after

23   Apex, because I do think that agency was in place

24   when we first became Apex providers, but I met Dante

25   when he first became employed.  I think we were one

1  of the first providers.  He was going around and he

2  came to our facility and toured it.

3       Q    Oh, he did?  He's been here?

4       A    He wanted to know about our program.  He

5  wanted to know everything.  I mean he's been very

6  involved at making sure that we have what is needed

7  in order to be able to provide services and all.

8            So I would describe that relationship as

9  -- I feel like he, you know, from our conversations

10  that sometimes he'll direct other people to come and

11  talk with us because he knows that we have the heart

12  and we're one of the largest Apex providers.

13            So he will call on me and ask, well, maybe

14  some of the newer folks, could I have a talk with

15  them and just kind of tell them how we do things.

16  And he's also asked me to speak at -- when we have

17  to talk to CMOs or insurance companies about not

18  denying for services so that we can see kids -- I

19  happen to be a patient at one -- so he usually will

20  call on me to speak as well from knowledge and I've

21  been here -- I've been here since the beginning.

22            So I would say that would be the

23  relationship or, you know, how he communicates back

24  and forth.

25       Q    Let me just be clear with the spelling



1    issue.  I think you referred to Dante McKay's

2    predecessor.  Is that Matt Yancey, Y-A-N-C-E-Y?

3         A    I do believe.  So that's how he spells

4    his.

5         Q    So how many times a year do you speak to

6    Dante directly?

7         A    Through emails.  Like back and forth, if

8    he was emailing me directly through emails, probably

9    I would say eight to 12 times.

10             If it's informational, like he's sending

11   out information, you know, budget requests, that

12   sort of thing, more than 12 times a year.

13             On the phone, maybe one to two times a

14   year.  Sometimes more because I'm also piloting

15   another program -- one of the specialty programs.

16   So he may reach out to me to ask me will I present

17   to some of the different programs.

18             And in person, well, he -- really, before

19   COVID, but they would come in more often, but more

20   so it's by telephone that I talk or speak to them.

21   In person hasn't been so much, you know, as often.

22        Q    Let me ask you about some people from the

23   Department of Education.

24        A    Okay.

25        Q    I think it's called GaDOE in Georgia.



1      A    Okay.

2      Q    Do you know Vickie Cleveland?

3      A    I do not know Vickie.

4      Q    Garry McGiboney?

5      A    I have been in trainings that he has been

6  a part of, and also I was at a training for

7  continued education for being a Certified Peer

8  Specialist-Parent, and he was a speaker at that

9  training.  So, yes, I've been in trainings, but

10  that's the extent of it.

11      Q    How about Matt Jones?

12      A    Matt Jones, I'm not familiar, no.

13      Q    Nakeba Rahming?

14      A    No.

15      Q    You're not familiar with Ms. Rahming?

16      A    No, not to my -- unless I'm --

17      Q    Cassandra Holifield?

18      A    No.

19      Q    At DBHDD, one more.  Monica Johnson?

20      A    Monica Johnson.

21      Q    How do you know Monica?

22      A    I've heard her speak.  She was our -- I

23  guess the leader over DBHDD.  I know that's recently

24  changed, but I've heard her speak at conferences.

25  I've been on certain meetings where she's presented



 1  as the leader, and when big changes are coming down
 2  or things that would, you know, affect with that.
 3          I have attended trainings that she has
 4  offered at conferences, and -- I mean I've spoken
 5  with her before, but not at the point that I'm --
 6  with Dante, Layla, and Danielle.
 7      Q    Are you familiar with the GNETS program?
 8      A    I am familiar with GNETS.
 9      Q    What is the basis for your familiarity
10  with GNETS?
11      A    Here in our area, typically if a child's
12  behavior has been to the point where they cannot be
13  in a regular classroom setting, then referrals are
14  made to GNETS programs, and to my knowledge of that
15  there's -- usually if a child attends that program,
16  they either do so for certain time periods during
17  the day.  Maybe they're in mainstream classes the
18  other, or they just attend school fully through the
19  GNETS programs.
20      Q    I think you said, in responding to my
21  question, that referrals are made to the GNETS
22  program.  Who makes the referrals?
23      A    Just to my knowledge, because I'm not an
24  expert in that.  And we're usually -- I mean we're
25  not a part of that determination, who makes it.



1           But from what -- from experience of

2      hearing, it's usually a parent may request that

3      their child be in a different environment because

4      maybe they're not thriving in the current

5      environment, for whatever reason, whether it be

6      behaviorally, emotionally.

7           And then, to my knowledge, the schools

8      give that choice to the parent, but I may be wrong

9      about that.  The schools may make that referral, but

10     typically when we're -- I guess maybe in the

11     conversation we typically hear about it through the

12     parent side.  Like they may tell us, you know, I

13     think my child -- I may be, you know, going to

14     enroll them in a GNETS program, and that's the

15     knowledge we would get at the time.

16          We don't have a school that's really ever

17     came to us and told us we're going to make the

18     referral.  To my knowledge, always thought that the

19     parent has to agree to that.  And I may be wrong

20     with that, but that's to my knowledge.

21     Q    Have you ever been involved in -- and when

22     I say "you," I'm really referring to the agency.

23     A    The agency.

24     Q    Yeah.  Has the agency ever been involved

25     in evaluating a child for referral for GNETS?



1       A     For a GNETS program?  No.

2       Q     Have you ever visited any GNETS centers?

3       A     During the time I was case manager, I have

4   been.  Like if I had a child that because going to a

5   GNETS program at the time that we had day treatment,

6   which was that service is no longer, you know,

7   available in the State of Georgia, I have been to

8   one of the locations.

9             And I've also attended meetings.  If a

10  parent has requested a meeting and they ask for us

11  to go with them, and it's to the point of they ask

12  me to go as well I will attend for -- with the

13  parent.

14            But we always go in if the parent -- we go

15  in as kind of the person with the parent, the

16  advocate, the liaison with the parent, is most of

17  the time how we are involved with them.

18      Q     Which GNETS facilities have you visited?

19      A     When I was a case manager, the GNETS

20  facilities in Montgomery County for meetings.  The

21  facilities here in the Laurens County area.

22            And those personally are the ones that I

23  have been, you know, been to.

24      Q     Are those stand-alone GNETS facilities, or

25  are they schools that offer classrooms to GNETS?



1       A    Schools that the GNETS programs are within

2    the schools.

3       Q    Is GNETS more of a restrictive placement

4    for students than is available in the schools?

5            MS. McGOVERN:  Object to form.

6            If you know, you can answer.

7       A    Well, it would be my opinion -- I mean it

8    would be my opinion, I guess, if --

9            MS. McGOVERN:  The thing is if you have an

10           opinion and you have knowledge, fine.  If

11           you're guessing, not fine.

12      A    Oh, no, it's I mean I really -- you know,

13   from I guess just the knowledge of knowing what the

14   child was doing and then the decision, you know,

15   however that was made and where they ended up, it

16   would seem like the GNETS program, the ultimate

17   thing that they're looking at is that they can't be

18   in the classroom where there's not as many

19   restrictions, but they are in a classroom where

20   there's more individual help and people involved, as

21   opposed to what in smaller classroom environment.

22           But that would be from my observation of

23   it.

24      Q    Apart from GNETS, are there any other more

25   restrictive placements for students in the Georgia



1   system?

2        A     Some of the schools have alternative

3   schools, but as far as like my experience with them,

4   most of them are you go into an alternative school,

5   you may also be attending mainstream classes for

6   certain areas.  And typically those are more

7   associated with if there's been some sort of

8   behavioral or something that's been done in a school

9   that they had to get the child back to the point

10  where they could go back into a classroom with other

11  individuals, other peers -- their peers.

12       Q     What are the -- what are the behavioral

13  problems of the kids who are considered for referral

14  to GNETS?

15       A     I can tell you some that I've just

16  witnessed as far as from our lens of it when we are

17  working.

18             Typically, it's been aggressive behaviors,

19  to the point that the safety of themselves or maybe

20  the others, that they can't be in that classroom

21  environment, or they're -- they're feeling like that

22  child cannot be in that environment.

23             Also -- I'm thinking.

24             A lot of it stems back to if their

25  behavior has been deemed to be they can't get their



 1  educational needs met with a larger environment,

 2  that I'm aware of.

 3      Q    What kind of -- what kind of behaviors?

 4  Can you describe the behaviors?

 5      A    Throwing desks, hitting teachers, hurting

 6  or hitting other students, trying to hurt themselves

 7  in the classroom when upset, fleeing from the

 8  school, and unable to get them back into the

 9  classroom environment.

10          Um, certain classes overstimulating, and

11  it's hard for them -- like maybe if it's a math

12  class where they have to sit with sustained

13  attention, and they need more and they get very

14  frustrated, and then the next thing, they're ripping

15  up their paper, ripping up the entire room.

16          And those are some of the types of

17  behaviors that I've seen that have resorted to the

18  placement into the GNETS programs.

19      Q    What types of services do those students

20  have at the time of the referrals typically to

21  enable them to remain in school?

22      A    Well, if we're brought on before they go

23  into a GNETS program, we try to wrap the family with

24  everything we've got.  I mean the ultimate goal is

25  for that child to stay in their classroom with their

 1  peers.

 2          So that's why we to have the Community

 3  Support - Individual workers involved as well.

 4  Because we try to do everything that we can in order

 5  to help them be able to stay in the classroom.  So

 6  they may be getting therapy from our therapist.

 7          We go in if that situation is turning into

 8  a crisis, where we try to handle it there at the

 9  school immediately to keep it from escalating, and

10  then we try to put these interventions into place as

11  quickly as we can so that they can maintain in their

12  classrooms.  And that's the ultimate goal.

13          Sometimes we're not brought into the

14  situation or maybe that referral, maybe it's some

15  big event in a child's life, or maybe they've moved

16  from one area to the other, and the referral maybe

17  has not been made to us until that's already

18  determined about GNETS.

19          But, you know, if we are -- if we have

20  that information or are already working with that

21  child or have been asked to work with that child,

22  then we do everything we can to of course keep that

23  child in their regular -- in their classrooms, along

24  with their peers and friends and stuff.

25      Q    So when you say you do everything you can



1    --

2         A    Yes.

3         Q    -- what are the types of services that

4    CSBMG is able to offer to keep kids in their

5    classroom who are experiencing severe emotional or

6    behavioral disturbances?

7         A    We do an immediate crisis evaluation to

8    look at the situation.  We bring the family in at

9    that time also to see, you know, is it a bad

10   morning, is there something going on in the family.

11   You know, sometimes it's they don't have groceries

12   to eat.  You know, the child is reacting to

13   something in their environment.

14        So before, you know, we take a deeper dive

15   to make sure because, you know, somebody may be

16   looking at it as this child's just, again, being a

17   bad child, but there's a lot that could be going on.

18        So we do that very thorough assessment at

19   that time.

20        Those are performed by our clinicians, our

21   therapists, our counselors.  And if they're able to,

22   at that point, maybe if services aren't already

23   engaged, then we will quickly go ahead and get that

24   intake process done, and we engage treatment with

25   the -- most of the time the same day, because that's



1   important.  You know, those time frames.

2            So we have things in place, and that's

3   really why it's so great that we are able to be in

4   the school because we can respond immediately, if

5   the family is on board, of course, and we can go

6   ahead and get things in place then.

7            We are providing therapy and that

8   Community Support - Individual.  We make sure that

9   they can see our doctor, as well as have that

10  nursing service.  We're looking to make sure at the

11  overall -- what's the medical, what's the behavioral

12  health, and that's part of the deep dive, you know,

13  in seeing what's going on.

14           And then we request for the school, can we

15  -- of course with the permission of the family, of

16  course, any information, but can we meet, can we

17  meet and put a plan in place for, for the youth, for

18  the child.

19           And that's how we would initiate and start

20  those services.

21           We would also continue those services not

22  only at the school, because that's just putting a

23  Band-Aid on the problem if it's a home situation as

24  well, so we carry that on into the home and the

25  community as well.



1      Q     So when you say you put a plan in place?

2      A     Yes.

3      Q     -- is that a behavior improvement plan --

4      A     It is.

5      Q     -- or is different?

6      A     It is a, what we consider -- we call it

7   our treatment plan, which it has goals, objectives,

8   clear interventions on who's going to be doing what,

9   and the family is given of course a copy of their

10  treatment plan.  And we always include their hope

11  for future, what do you want the future to look

12  like.

13         Because it's important we don't take the

14  journey for them but we take it with them.  And as I

15  said earlier, the parent is the expert.  They hold

16  that information that may give the key information

17  that -- as to why that child is doing something in

18  school, and we need them to be on board with us.

19         So at that point, we establish that hope,

20  what is your hope for future, what's that hope for

21  you.  We work with them.  The child and the guardian

22  is present when we're doing the treatment plan,

23  because it is their, their goals.

24         And that's where we start.  And the

25  interventions will outline, okay, the therapist



1  needs to be doing this, the Community Support -

2  Individual worker needs to be doing this part, our

3  doctor needs to focus on that.  But it's sort of our

4  golden thread that runs all through their treatment.

5       Q    These are services -- the services that

6  are provided are provided for these kids who are too

7  violent or behaviorally disturbed to remain in

8  class?

9       A    Well, I mean, that's not all.  Like if it

10 is a child that that's what's going on with them, of

11 course we would do that.  But we would do that -- we

12 look at things throughout patient -- you know, if

13 they just felt that child needed services to help

14 with, maybe the parent is going through a divorce,

15 or maybe a child is struggling because they've been

16 in trauma -- they've been traumatized by something,

17 or maybe it is because their behavior is so

18 inappropriate, considered by the school, or to the

19 point where they can't continue class, we would do

20 that for them, you know, of course, too.

21      Q    So for the children who cannot continue --

22 the concern at the school is that they won't be able

23 to continue in class because they're so violent or

24 disruptive, what kind of assessments or tests do you

25 do to consider what kind of services the child



1   needs?

2        A    Well, as far as -- and I just want to be

3   clear on that.  The school -- the assessments that

4   we do is determining what treatment that they need

5   from us.  But we don't give the school information

6   as far as them determining if that child should go

7   to another -- you know, something outside.  Because

8   our mission is to keep them in their classroom.

9        Q    Understood.  And with that caveat, what

10  types of assessments do you use to determine

11  treatment?

12       A    Okay.  We do a full biopyschosocial, and

13  we also complete a CANS, a child and adolescent

14  needs assessment.

15            We also complete the pediatric Columbia

16  suicidal rating scale for every individual we serve.

17            We develop not only the treatment plan

18  that I mentioned to you but also a crisis safety

19  plan for every family that comes through with us.

20            If a child -- we also complete a NOMS

21  assessment, but that's more looking at that

22  demographic-type information.  You know, how is it

23  going with the home -- you know, how it is going in

24  your current home?  Has there been certain issues?

25            So those are just really to kind of give



1   us a screening or information.

2            And we also at different stages complete a

3   Hope assessment, which is we give that -- it's for

4   the family to sort of assess where they're -- where

5   they're at in their treatment.

6            And we will also provide a family

7   empowerment assessment as well to sort of see where

8   the family is.

9       Q    Are you familiar with the term "functional

10  behavior assessment"?

11      A    Functional behavior assessment?  I've just

12  heard that in -- you know, as we utilize CANS,

13  really in that capacity.

14      Q    Do you know, other than CANS, of any

15  functional behavior assessments are done to evaluate

16  kids with emotional behavioral disturbances?

17      A    The CANS is what we use.  We've been asked

18  to use that by the Department of Behavioral Health,

19  and our assessment that -- when I refer to the

20  biopsychosocial assessment, that is a -- it covers

21  all the different areas that are outlined in the

22  DBHDD guidelines for behavioral assessment, and also

23  for -- as required by our accrediting body, which is

24  CARF.  But it is our biopsychosocial assessment.

25      Q    When you refer to the DBHDD guidelines --



 1       A     Provider manual.

 2       Q     -- are you referring to the guidelines set

 3  forth in the provider manual?

 4       A     Yes, I am.  I'm sorry.

 5            MS. COHEN:  Okay.  I think we were going

 6       to try to break for lunch around noon.  Does

 7       half an hour sound like it will suit everyone's

 8       needs?

 9            MS. HERNANDEZ:  That works for me.

10            THE VIDEOGRAPHER:  We're off the record at

11       12:14 p.m.

12            (A luncheon recess was taken.)

13            THE VIDEOGRAPHER:  We are back on record

14       at 12:54 p.m.

15  BY MS. COHEN:

16       Q     So we were talking about some of the

17  assessments that might be used if you were called in

18  for a student who is in danger of being removed from

19  a school because of violence or extreme behavior,

20  disruptive behavior.  Do you remember that?

21       A     I do.

22       Q     Okay.  And I think we were talking about

23  different kinds of assessments and you mentioned the

24  biopsychosocial, the biosocial assessment?

25       A     Yes.  The biopsychosocial.



1        Q    Is that a -- was that developed by CSBMG,

2    or is that a standardized assessment?

3        A    Well, it is a service and I did write

4    that.  It's under the service guidelines.  It is

5    behavioral health plan, but we term it as a

6    biopsychosocial because what it entails is all the

7    history, all of the information, if there's ever

8    been trauma, if there's been substance use, family

9    dynamics, as well as it assesses for homicidal or

10   suicidal history.

11            It also looks at the person's cultural

12   preferences, what their strengths, their needs,

13   abilities, preferences, and interpretive summary is

14   included within that as well.

15            As -- it's looking at the person's medical

16   history, psychiatric history, and any medications

17   that the person may have taken in the past, what

18   their school dynamics, any -- a mental status exam

19   is also completed.  They look at their learning

20   ability.  If they have cognitive issues, memory

21   issues, attention span.

22            So it's a measurement in gathering

23   information in all areas of the child's life, even

24   including the family setup.  Who has primary

25   custody, relationship of the other family members,



 1 | identifying supports for the family.

 2 |        And all that information is gathered so

 3 | that there's a clearer picture for the service plan

 4 | development, which is the treatment plan for the

 5 | family.  And also for the diagnostic impression, or

 6 | the diagnostic piece, which is completed by our

 7 | physicians.

 8 |    Q    So is this a standardized assessment?

 9 |    A    It is -- there's a list of requirements,

10 | but according to those requirements it is an

11 | assessment that we have.

12 |    Q    And you're able to bill it as a service

13 | under Medicaid?

14 |    A    Yes.  Yes.

15 |    Q    And what category did you say?

16 |    A    Behavioral health assessment.

17 |    Q    So it's covered under the DBHDD Provider

18 | Manual as behavioral health assessment?

19 |    A    Yes.

20 |    Q    And it is in fact a standardized

21 | biopsychosocial assessment, right?

22 |    A    Right.  Everything --

23 |    Q    Do you know the name of it?

24 |    A    As far as the service?

25 |    Q    Yes.



1        A     Behavioral health.

2        Q     No.  As far as the particular tool?

3        A     That is not -- there's no standardized.

4    It's just -- within the service guidelines it

5    outlines everything.

6        Q     I see.

7        A     So our form encompasses -- it has all if

8    those requirements within it.

9        Q     Understood.

10            I'm going to ask you about Apex and when

11    you first got involved in Apex.

12        A     Okay.

13        Q     Can you describe the Apex program for me?

14        A     The Apex program, we were asked back in

15    2015 to be a part of the Apex project at the time.

16    It was a pilot, it started out.

17            And of course we were very interested

18    because we're always looking for different

19    opportunities where we can better serve the children

20    and families.

21            So when that was piloted, we were asked to

22    start small and we were given funding in order to go

23    in a couple of schools, but we ended up going into

24    seven because once school systems started finding

25    out that there were opportunities to have more help



1    for the kids, they would approach us as well.

2          And so we went into the programs.  We met

3    first with -- most of the time the different layers

4    of the schools, which would include -- we first

5    presented to their Board of Education,

6    superintendent --

7        Q    If I can interrupt you right here.  I want

8    to clarify a couple of the aspects of the Apex

9    program.

10       A    Okay.

11       Q    So you were involved starting in 2015 --

12       A    Yes.

13       Q    -- in a pilot, and then you became one of

14   the CSB providers in the Apex program itself?

15       A    Yes.  When I said pilot, I guess it was

16   just the start of it.

17       Q    The start of it?

18       A    We've not -- we just have grown ever since

19   and continue to add schools.

20       Q    And the essence of the Apex program is --

21       A    Schools --  sorry.

22       Q    -- that the Community Service Boards,

23   which are the safety net provider under Tier I,

24   provide mental health services in the schools?

25       A    Correct.  Yes, ma'am.



MARNIE BRASWELL                                    January 26, 2023
UNITED STATES vs STATE OF GEORGIA                            85

1      Q    And are you a proponent of providing

2    school-based mental health services?

3      A    I do provide school-based mental health

4    services.

5      Q    And do you support that?

6      A    Yes.

7      Q    Why?

8      A    For so many different reasons.  I think

9    it's, it's very important that these children have

10   the same opportunity as their peers who may be --

11   have not had to go through a behavioral health

12   struggle.

13         We were seeing children who would have to

14   come to us as opposed to us being able to go to

15   them, and we loved the idea of being able to do that

16   and help some of these children who were having to

17   miss school because of behavioral health concerns,

18   or maybe they were to the point where they were

19   going to be placed out of school and by the time

20   they could connect with us, it was almost on the

21   back end of things, so it was too late.  So we knew

22   we would be closer and we could help avoid those

23   children who, because of their behavioral health

24   challenges, were struggling in the educational

25   setting.



1    Q    And was that one of the problems that

2    DBHDD sought to address through the Apex program?

3    A    One of the biggest -- you know, when it

4    was coming out that the excitement was that we could

5    help these children not have to miss vital

6    educational time and be able to be a part of that

7    and be able to go into the schools and become just

8    another face, where to take away that stigma that's

9    associated with behavioral health so many times,

10   and, you know, make it where it's a comfortable

11   outreach for a student to not be embarrassed to come

12   to the Apex provider or to reach out and to know how

13   they could find help.

14           And that's pretty much how it was.

15   Q    From your perspective at CSBMG, did the

16   Apex program also make it easier for your counselors

17   to work with educators and teachers at the school?

18   A    Yes.  And I will say even before Apex, we

19   had, at the capacity that we could, we knew that was

20   the need and what we needed to do.  So we had an

21   easy transition into Apex because we already, you

22   know, would try to --

23   Q    Now, I'm going to interrupt you just

24   because we're going to be here for a very long time

25   as it is.



 1             MS. McGOVERN:  Stick to the questions she

 2       asked.

 3       Q    Try to focus.  And I'll ask you at the end

 4    if there's anything else you need to tell me, but --

 5    if your lawyer would allow it, but -- so let's just

 6    try to focus on the question.

 7             So the question was, did it make it easier

 8    for your counselors to work with educators and

 9    teachers?

10       A    Yes.

11       Q    Now, in terms of the funding for Apex

12    services, my understanding is it comes from at least

13    two sources?

14       A    For the -- could you say that again?

15       Q    Let me get into it a different way.

16             The essence of the Apex program was that

17    it provided funding for the CSBs to provide

18    infrastructure to build a school-based mental health

19    partnership; is that right?

20       A    Yes.

21       Q    So CSBMG receives a payment directly from

22    DBHDD for services in providing the infrastructure?

23       A    Yes.

24       Q    And those services include things that

25    cannot be billed for through Medicaid or through the



1   DBHDD provider manual?

2       A    Yes.

3       Q    And what are such services?

4       A    Children who have no insurance, children

5   -- at the time you cannot bill if a teacher has a

6   student that they want to see if they're appropriate

7   for services, if they're not yet an Apex student, we

8   can't bill for that time.

9            Also, for children who are struggling in

10  the social aspect of things, having summer camps,

11  when there's holiday having opportunities where they

12  can participate in a nonbillable activity such as

13  that.

14           Youth services, if there's a family who is

15  struggling, maybe they're in danger of being

16  homeless, then we can have a little bit of help and

17  being able to -- maybe if they needed an

18  identification to help them get a job or those sort

19  of things.

20           So -- and those are all nonbillable.

21  Transportation.

22      Q    And does the infrastructure funding also

23  allow you to work with the school administration?

24      A    As far as for like providing additional

25  educational or prevention measures --



1    Q    Yes.

2    A    -- and such?  Yes.

3    Q    And does that include working with

4  different -- are you familiar with PBIS?

5    A    Yes.

6    Q    What is that?

7    A    The systems at some schools have in place

8  that is based on their behavior and helping them to

9  be able to stay in school and they have different

10  interventions and measures and activities and

11  promotional items, pep rallies, and that sort of

12  thing, to encourage students.

13    Q    Is that known as Positive Behavioral

14  Interventions --

15    A    Yes.

16    Q    -- and Supports?

17    A    Yes.

18    Q    And that's a Department of Education

19  program?

20    A    Yes.

21    Q    And do all of the schools in the Apex

22  program provide -- have Positive Behavioral

23  Interventions and Supports in all the schools you

24  work with?

25    A    To my knowledge, most of them do have



MARNIE BRASWELL                          January 26, 2023
UNITED STATES vs STATE OF GEORGIA                      90

```
 1   those.
 2        Q    And that's a, a three-tiered model?
 3        A    Yes.
 4        Q    And the three tiers are Tier I, the
 5   universal tier; is that right?
 6        A    That's right.
 7        Q    And Tier II, which is an introduction to
 8   more intensive services?
 9        A    Yes.
10        Q    And Tier III, which is what?
11        A    If I'm recalling, that's where the
12   different services and interventions and all that
13   may be -- would involve like --
14             MS. COHEN:  Do you want to stop and take a
15        lifesaver?
16             THE WITNESS:  Let me drink water.
17             MS. McGOVERN:  Or make it cooler in here.
18        Whatever will make you more uncomfortable.
19             THE WITNESS:  I'm sorry.  I think I'll be
20        okay.
21             MS. McGOVERN:  If you want to turn the air
22        down, that's okay.
23             (Discussion ensued off the record.)
24             THE WITNESS:  Sorry about that.
25   BY MS. COHEN:
```



1        Q    In what way does the three-tiered model of

2   PBIS facilitate the work that CSBMG does pursuant to

3   the Apex program?

4        A    Well, I can just give an example that we

5   do work along with the schools in offering

6   prevention, offering those services for those kids

7   who need additional assistance in order for them to

8   be able to go to school and maybe that eventually

9   without our help they could just depend on the

10  support through PBIS.

11       Q    So what are the Tier I services that the

12  CSBMG counselors typically get involved with?

13       A    On Tier I, individual and family therapy,

14  counseling services, crisis evaluation, behavioral

15  health assessment, and service plan development, as

16  well as community support intervention, and

17  psychiatric and nursing services, along with

18  diagnostic services as well.

19       Q    Are you referring to Tier I or to Tier II?

20  Or Tier III?

21       A    I'm sorry.  I was referring to Tier I of

22  the Apex.  I'm sorry.

23       Q    You're referring to the top of the

24  triangle --

25       A    Yes, I am.



1        Q     -- the most acute level of services?

2        A     Yes, yes.

3        Q     And what services are provided at the

4    bottom triangle, Tier I or universal?

5        A     Okay.  Prevention.  We do sources of

6    strength, which is suicide prevention, and also it

7    relates to embedding or implementing a peer support

8    structure, finding those people that you can go to

9    for help.

10            We also do suicide prevention within the

11   school systems.  Any kind of education that is

12   requested of us during parent/teacher meetings,

13   during parent PTO meeting, parent/teacher meetings,

14   such as that.  There's also open house.  We present

15   and offer outreach.

16            We do pep rallies, and also offer summer

17   mini camps.  And for, you know, people who just want

18   to come out, we may do something on building

19   confidence or building self-esteem, and that would

20   be available to anybody, with the students.

21       Q     In terms of the Tier I services that are

22   provided, this is the universal bottom tier of the

23   triangle?

24       A     Yes.

25       Q     In the schools, during the school year,



1  | what kind of services are provided around
2  | expectations for behavior?
3  |      A    As far as expectations?  Um, really and
4  | truly, we stay more broadly on like prevention or
5  | advocating -- focusing on your strengths in order
6  | for behavioral improvements and such.
7  |           But as far as things that would actually
8  | change a child's -- like how the school determines
9  | if they can be in a classroom or not, we, we don't
10 | provide that, if I'm understanding you correctly.
11 |      Q    Do you provide the -- do you have support
12 | for assemblies where students are instructed
13 | generally on the expectations of the school with
14 | regard to behavior, such as be courteous, be
15 | respectful?
16 |      A    We do a lot of that on our own.  We set
17 | up -- like it may be videos, educational for the
18 | students, tabletops for the cafeteria.  We do a lot
19 | of that on, you know, being your best self, and with
20 | sources of strength identifying, and that's what a
21 | lot of that work is done through that program where
22 | we're putting the positives out there for students
23 | in order to improve their behavior.
24 |           But as far as the school, you know,
25 | connect to that, it's typically we initiate that and



1  we're doing that but it's not per se along with a

2  PBIS program, if that makes sense.

3      Q    Yeah.  Do any of your counselors sit on

4  the PBIS Tier I team at the school?

5      A    No.

6      Q    How about with regard to Tier II, do any

7  of your counselors sit on the Tier II team?

8      A    No, they don't.

9      Q    How about at Tier III?

10      A    No.

11      Q    All right.  We're going to look at some

12  exhibits now, and then we're going to return to some

13  of the other topics we've been talking about this

14  morning, but I do want to get these marked and

15  through them.

16          MS. COHEN:  The first one is, we'll mark

17      it as Exhibit 869.  It is an email from Tonya

18      Spaulding to Nakeba Rahming, copying Marnie

19      Braswell, dated April 27th, 2016, and we have

20      marked it with identification No. GA00041440.

21          (WHEREUPON, Plaintiff's Exhibit-869 was

22       marked for identification.)

23  BY MS. COHEN:

24      Q    I'll pass that to you, Ms. Braswell.

25          MS. COHEN:  I'm sorry, counsel, I thought



1      I had extra copies.

2            MS. McGOVERN:  That's all right.

3            MS. COHEN:  Danni, you get a copy?

4            MS. HERNANDEZ:  Not yet.

5            MS. COHEN:  Sandra, would you please email

6      it to Danni.

7            MS. LeVERT:  I sent it, Fran.  It just

8      takes a minute.

9            MS. COHEN:  Thank you.

10           MS. HERNANDEZ:  Thanks, Sandra.

11   BY MS. COHEN:

12      Q    Why don't you take a minute to review it

13   and then I'll ask you some questions.

14           (Witness reviews exhibit.)

15      A    Okay.

16      Q    This is an email from Nakeba Rahming to

17   Tonya Spaulding, dated April 27, 2016.

18           Now, April 27th, 2016, according to the

19   chronology you've given us, was about a year after

20   CSBMG became involved with the Apex participation,

21   right?

22      A    Right, yes.

23      Q    And who is Tonya Spaulding?

24      A    She no longer works with us.  She was an

25   Apex therapist in the Dublin City school system.

1    Q   So do you believe that she, at the time

2    that you received this email, she was working for

3    CSBMG in the Dublin City schools?

4    A    I would have to check because before that

5    she was our team lead for our intensive family

6    interventions program, but we -- during the time

7    Dublin City schools were some of the first schools

8    we started Apex in.  So she would have been fairly

9    new during the 2016, because that was the -- you

10   know, we had just started up.

11        So, yes, she probably had made the

12   transition then, but I would have to check a date to

13   accurately give you that.

14   Q    And the email says:  Hi, Tonya, I'd like

15   to come out and meet your group and hear about how

16   you're providing support GNETS program in your local

17   school district via APEX.  Can you please send me a

18   few dates..."

19        And then Tonya writes back, cc'ing

20   yourself and Connie Smith, and says:  "I have

21   discussed this with my team and we have the

22   following dates available:  May 2nd, May 3rd, and

23   May 4th."

24        Do you recall receiving this email at the

25   time?



 1      A     Honestly, I don't recall this email.  But,
 2   I mean, I'm not saying I didn't.  I see my name on
 3   there, but I don't recall it, and I don't have any
 4   access to any of the emails because --
 5           MS. McGOVERN:  You just need to answer if
 6      you recall.
 7      A     I don't.  I'm sorry.
 8           MS. McGOVERN:  That's fine.
 9      A     I'm sorry, I don't.
10      Q     If I told you Nakeba Rahming was employed
11   by GaDOE and involved in GNETS, does that refresh
12   your recollection at all as to a request to schedule
13   a meeting at that time?
14      A     No, it does not.
15      Q     I'm going to show you another email.
16      A     Okay.
17           MS. COHEN:  We'll mark this one as 870.
18      It is an email sent on October 17th, 2019, to a
19      list of recipients, and the subject is
20      "Follow-up from All CYF Consortium."
21           (WHEREUPON, Plaintiff's Exhibit-870 was
22            marked for identification.)
23   BY MS. COHEN:
24      Q     Why don't you take a minute to read it.
25           MS. COHEN:  And, counsel, I do have a copy



1       for you.

2             The Bates number -- thank you, Wanda --

3       the Bates number is GA00129208.

4             (Witness reviews exhibit.)

5   BY MS. COHEN:

6       Q    Have you seen this before?

7       A    2019?  I'm not -- I just don't recall, but

8   I -- I can't recall, no.  But obviously I did.

9             Am I answering --

10            MS. McGOVERN:  Just tell her if you

11      remember or not.  That's fine.

12      A    I can't remember it directly, but I can

13  speak towards it.

14      Q    You believe, you believe you received it?

15      A    Yes.  I mean I'm not --

16      Q    Thank you.

17            What is the All CYF Consortium?

18      A    That is the office of children and

19  families, which is the department for DBHDD.

20      Q    My question is, what is the All CYF

21  Consortium?

22      A    Oh, I'm sorry.

23      Q    If you look at the subject line on the

24  first page, the subject is "Follow up for All CYF

25  Consortium."



1        A    That would have most likely been just a

2    meeting where we had a conference, where we came in

3    and they presented information or we talked about

4    Apex schools in a setting with Department of

5    Behavioral Health and the Center of Excellence,

6    which are the data gatherers.

7        Q    Where were those meetings?  Where was that

8    meeting held?

9        A    Hum.

10       Q    Was it typically held at DBHDD, if you

11   remember?

12       A    Sometimes.  But sometimes if it was

13   overnight, it may be held in like a conference

14   center.  I can't particularly remember where this

15   one was held, but I could tell you that I have been

16   to meetings at Two Peachtree for meetings, and then

17   sometimes at a conference, or before a conference.

18   They would have meetings where we would come before

19   a conference and all the providers would get

20   together in that capacity.

21       Q    And was it the practice at Apex to get all

22   the providers in once a year to receive information

23   from DBHDD and the Center for Excellence?

24       A    Yes.

25       Q    And the information that's referred to as



1   an attachment here is the Apex Evaluation and

2   TA_Year 5_CYF.  Do you see that?

3       A    Yes.

4       Q    And was it the practice every year to

5   present an evaluation?

6       A    As far as them presenting an evaluation,

7   are you speaking of -- can you make that more clear?

8       Q    Yes.  The Center for Excellence was

9   tracking certain information for DBHDD in connection

10  with the Apex program, right?

11      A    Yes.

12      Q    And it was the practice for the Center for

13  Excellence to present annually with respect to the

14  evaluation and assessment for the year, right?

15      A    Yes.  That's true.

16      Q    Do you believe this email relates to one

17  of the evaluation, annual evaluations --

18      A    Yes.

19      Q    -- and assessments?

20      A    Yes, I do.

21      Q    And this email is from Danielle Jones, so

22  I believe you said it was someone you met with from

23  time to time?

24      A    Yes.

25      Q    And it is an email that concerns All CYF



1  Consortium, and it says, quote:  "This e-mail serves

2  as a follow up to some of the questions you all

3  asked about school types, private insurance, etc."

4          And then:  "Also attached is the

5  PowerPoint on Year 5 TA from COE."

6          TA is technical assistance, right?

7      A    Technical assistance, yes.

8      Q    And do you recall attending the All CYF

9  Consortium and questions were asked about which

10  school types Apex services could be provided to?

11      A    I can't speak to that particular date

12  because I can't recall from that, but I am familiar

13  with this information, with some of the information

14  in here.

15      Q    So the information you're familiar with is

16  what types of schools were eligible for Apex

17  services, correct?

18      A    Correct.

19      Q    And it's listed here in the left-hand

20  column Apex schools, public schools is the first;

21  public schools that had a GNETS program; or certain

22  public charter schools?

23      A    Yes.

24      Q    And do you recall over the years of your

25  -- of the agency's participation in the Apex program



 1   that those were the types of schools that were

 2   eligible for Apex services?

 3        A     In speaking of the ones that are listed on

 4   here?

 5        Q     In left-hand column?

 6        A     Yes.

 7        Q     And the non-Apex schools were private

 8   schools, GNETS standalone programs, private charter

 9   schools, home schooled students, and cyber public

10   school?  Do you see that?

11        A     Yes, I do.

12        Q     And was it your understanding during all

13   the years that CSBMG participated in the Apex

14   program that those schools were excluded from

15   eligibility?

16        A     Um, I can say that when it was first

17   rolled out to us.  If I'm able to elaborate on this?

18        Q     Yes.

19        A     Because my understanding was that there

20   was already, you know, tension, lawsuits, whatever,

21   between -- I do believe the Department of Education

22   and GNETS programs, and for us, you know, we were

23   not getting involved in that, and that we could

24   serve students but we did not need to be housed in

25   the programs as far as -- you know, with the Apex



1  schools, as far as being housed in a GNETS program.
2  That was a standalone type.
3       Q    Now, I'm looking at the line of this chart
4  in the non-Apex schools, and it says non-Apex
5  eligible schools are, quote:  "GNETS Standalone
6  Programs - education facility that only holds a
7  GNETS program; they do not align with the Apex model
8  of reaching students in all 3 Tiers of service."
9            Did that govern the eligibility criteria
10 during the time that CSBMG has been involved with
11 Apex?
12      A    No.  We, we serve children.  We serve
13 children if they're not covered under Apex.  We can
14 cover them under our outpatient services.
15      Q    No.  I'm asking a different question.
16      A    Okay.
17      Q    Just to be clear --
18      A    Okay.
19      Q    -- I'm asking about what you could to
20 through the Apex program, and is it true through the
21 Apex program, during the years that the agency you
22 worked for was associated with it, you could not
23 provide Apex services to those GNETS standalone
24 programs?
25      A    Well, we didn't consider we had any of the



 1  standalone programs.  So I see it here and I knew

 2  it, but it didn't really like affect anything with

 3  our services and all.

 4          So, I mean, I don't know if that's an

 5  accurate enough answer or not, but that's kind of

 6  how we were.

 7      Q    You didn't -- weren't involved with the

 8  standalone centers in any way?

 9      A    Not to my knowledge.  All the schools --

10  because we were asked and we gave a description of

11  how we served kids in each one of -- each capacity,

12  and we were not given any information that we were

13  doing anything, you know, wrong or whatever, if

14  that's what -- if that's the consideration.  But --

15      Q    No.  This paragraph that I'm looking at

16  with you says, following the semi-colon, "they do

17  not align with the Apex model of reaching students

18  in all 3 tiers of service."

19          Do recall discussions at any DBHDD

20  meetings or with anyone from DBHDD of GNETS

21  standalone programs not aligning with the three-tier

22  service model?

23      A    I read this, this paragraph now, but I do

24  not recall --

25      Q    No.  I'm still in the chart, in the



1   left-hand column --

2        A    Okay.

3        Q    -- in the entry relating to GNETS

4   standalone programs --

5        A    Okay.

6        Q    -- on Page GA00129209.

7             Do you see that?

8        A    I do.  And I can, I can tell you that

9   whenever providers have asked when I've been on, it

10  was most likely like the discussion of this.  It's

11  more like let's put it on the parking lot and we'll

12  get more information back to you.

13            So I feel like that is what this was in

14  follow-up.  Like people, providers had questions,

15  and they were asking about it, and so there was a

16  follow-up to define more about questions that were

17  asked that maybe they were checking in with somebody

18  before they gave us further information on that.

19       Q    Okay.  And looking at the paragraph that

20  is below the box chart, do you see that?

21       A    I do see that.

22       Q    And it says:  "GNETS students - Apex funds

23  are in large not allowed to be used for GNETS

24  students due to GNETS programs being funded through

25  a grant through the Georgia General Assembly.  Apex



1  funds are also funded through the Georgia General

2  Assembly.  A student would be 'double dipping' if

3  they received both GNETS and Apex funds, and this is

4  not allowed."

5         Was that your understanding of the DBHDD

6  position during the years that CSBMG participated in

7  Apex?

8     A    Honestly, I didn't look at it as how it's

9  specified here, like quite as -- I know what it says

10  here, but, you know, as I mentioned, because of the

11  setup and how we were doing things, nobody ever said

12  we were doing -- we served kids and that was our

13  basic mission.  If a kid needed help, we served

14  them, and that's --

15     Q    Let me ask you this.

16     A    Okay.

17     Q    Has CSBMG ever had a partnership with a

18  GNETS standalone center?

19     A    No.  We've been, we've been asked before

20  if we would have additional staff years and years

21  ago before Apex, because they had a staff shortage,

22  but we did not.  We just took the stance as we do it

23  all.  We provide services.  We do that as a

24  Community Service Board, but we're not housed in, in

25  the facilities like that.



1    Q    Whereas for public schools served by the

2    Apex partnership, CSBMG did provide services housed

3    in the school facility?

4    A    Well, I -- my explanation of that is, and

5    you can see on our organizational charts, we were

6    available to the schools, as we are available to,

7    you know, anybody who needs our services.  But most

8    of these schools, I mean we were providing therapy

9    maybe in a closet sometimes if there wasn't any

10   room.

11        So we provided the services.  We were

12   there in the schools, but if according to -- because

13   we're in a rural area.  According to our setup, we

14   may be at one school and then it's minutes away from

15   another school, and we provided mental health

16   school-based services for those kids who had been

17   identified as needing those.

18        That's sort of how our structure is, in

19   order to cover the number of schools that we cover.

20   Q    So through the Apex partnership, space was

21   provided to you of uneven quality in different

22   public schools?

23   A    Well, it's just according if they had a

24   classroom.  I mean we've had schools that give up

25   their own office because it's so important for them.



1  They'll, they'll go and do something else and let us

2  use their office because of confidentiality, and of

3  course we always have to make sure that we have

4  confidential areas to see students.

5            And some schools, they to have room, but

6  some of these schools, they don't have room, and so

7  we don't really have a place to lay our head.  I

8  guess you could call us the -- like nomads.  We go

9  where we're needed and we go to them, but as far as

10 just money in a place, we don't really operate like

11 that, but we're still covering and we're available

12 at the capacity that is needed for the schools.

13 Maybe we're just structured a little different.

14      Q    How many schools do you have partnerships

15 with?

16      A    Sixty-one schools within the 16 counties

17 that we serve.

18      Q    And have you had schools approach you for

19 partnerships that you've been unable to serve?

20      A    There's been no school that came to us

21 that we didn't have a therapist start and go in and

22 see kids at their school that I can recall.

23      Q    No public school?

24      A    Public school.  Speaking of public

25 schools.



1        Q     So you've been able to provide -- find a

2    provider or a counselor to work in each of the

3    public schools that have approached you for purposes

4    of -- from the Apex partnership?

5        A     Yes.  Some of the schools, as mentioned,

6    are very small, or they're very rural, but anyone

7    that has approached us, we've embedded ourselves and

8    went in and partnered and helped them to the best of

9    our abilities that we were able to.

10       Q     And have there been schools that you have

11   approached that you're discussing partnerships with

12   right now?

13       A     Like I have -- I went to them and asked

14   them about a partnership now?

15       Q     Yeah.

16       A     None that I can think, because we're in

17   all of the schools.  We cover all of the schools.

18       Q     You cover all of the schools in your 16

19   counties?

20       A     Within the 16.  If you remember from

21   earlier, I mentioned AIME.  So at the time if the

22   schools weren't covered by Apex, we covered them

23   under our AIME funding, which was two counties:

24   Treutlen County, Montgomery County.

25             And now we're trying to -- because that



 1  grant opportunity is over, but we are admitted in
 2  that school -- we're trying to transition that over
 3  as well under Apex.
 4      Q    So you right now have or are working on
 5  having a partnership with each of the schools in the
 6  16 counties to provide Apex services?
 7      A    Yes, we do.
 8      Q    And I think you mentioned that there are
 9  two standalone GNETS centers in the 16 counties?
10      A    Well, I don't know if -- did I say that
11  earlier, that there were two standalones?
12      Q    Actually, I may have mischaracterized your
13  testimony.  I'm sorry.
14           Are there any standalone GNETS centers in
15  the 16 counties?
16      A    As far as what would be considered, and
17  just I'll be honest in my interpretation of it, as
18  far as staying still -- or standalone schools, to my
19  knowledge, all the schools are connected with the
20  GNETS programs.
21      Q    I see.
22      A    Yes.
23           MS. COHEN:  I'm going to mark as Exhibit
24      871 a copy of an email from Layla Fitzgerald to
25      various addressees, including Marnie Braswell,



 1          dated March 5th, 2019, and having the

 2          Bates-stamp GA03176699.

 3                I'll put a sticker on that.

 4                Can I take your copy and sticker it.

 5                (WHEREUPON, Plaintiff's Exhibit-871 was

 6           marked for identification.)

 7   BY MS. COHEN:

 8        Q    This is an email you recall receiving on

 9   or about March 5th, 2019?

10        A    I do remember this email.

11        Q    This is an email in which you were asked

12   by Layla Fitzgerald to provide information regarding

13   the status of the Apex GNETS collaboration?

14        A    Yes.

15        Q    And you were asked:  "Are any Apex

16   programs still collaborating with standalone GNETS

17   programs?  If yes, which ones?  Names of Apex

18   programs collaborating with GNETS programs embedded

19   within the main school building?"  And the "name of

20   the schools?"  And also the "names of Apex programs

21   collaborating with GNETS programs located on school

22   grounds?"

23                And do you recall making a reply to that

24   email?

25        A    Either Connie Smith or myself replied,



1  but, yes, we did reply to it because it was --

2  because when they asked us about it, I do believe

3  there's additional where I thought it was 2020, that

4  the email where they had asked us about our

5  participation.

6         But, yes, I do remember having a

7  conversation with Connie, and I checked -- we went

8  back over the schools, and to the best of my

9  recollection we answered this and responded back to

10  them.

11    Q    What was the reason you responded back to

12  them?

13    A    Well, because they had asked us the

14  question.  We just responded back with the

15  information.

16         Am I answering that?  Did I misunderstand

17  you?  I'm sorry.

18    Q    No.  I think you got it.

19    A    Okay.

20    Q    Did you do anything to prepare for this

21  deposition?

22    A    No.

23    Q    Did you have any conversations with

24  counsel --

25    A    I'm sorry, I didn't know this.



1         MS. McGOVERN:  Let me get us on track

2    here.

3         Don't talk about anything we communicated

4    about, but we discussed -- you can discuss

5    documents that you reviewed and things like

6    that in preparing for the deposition.

7         And I want you to remember to answer

8    things that you know, but I don't want you

9    guessing.  Okay?

10        THE WITNESS:  I'm not.  Can I make

11   something clear about something?  Do I need to

12   ask you?

13        MS. McGOVERN:  Let's go off the record if

14   we need to do that.  If you need to talk, we

15   can take a quick break.

16        THE VIDEOGRAPHER:  Off the record at 1:44

17   p.m.

18        (A recess was taken.)

19        THE VIDEOGRAPHER:  We are back on the

20   record at 2:00 p.m.

21   A    I just want to clarify.

22   Q    You want to clarify something after

23   talking to your counsel?

24        MS. McGOVERN:  Just she wanted, about your

25   last question about prepping.  She didn't



1    understand your question.

2        A    I thought had I already prepped on these

3    2019 emails, and I have not prepped on any of those.

4             No, I was not trying to say I didn't meet

5    with counsel.

6        Q    You did meet with counsel?

7        A    Yes.

8        Q    And counsel prepped you on email?

9        A    No.  No.  That's what I was answering your

10   question, thinking you were talking about this

11   email.

12            MS. McGOVERN:  You may wish to ask how she

13       prepared for her deposition, I guess would be

14       the better way to go.

15            MS. COHEN:  Excuse me?

16            MS. McGOVERN:  She didn't understand your

17       question.

18   BY MS. COHEN:

19       Q    Did you review any documents in preparing

20   for the deposition?

21       A    Yes.

22       Q    And did it include email?

23       A    No.

24       Q    What did you -- what did you review?

25       A    Just the information that -- how -- what



1    to, I guess, expect.  To not being nervous.  And we

2    went over a -- a lot of it was to make me feel --

3          MS. McGOVERN:  We're not going to discuss

4       communications because you're bound by

5       attorney-client privilege.

6          I can maybe help move this on by saying

7       she reviewed each and every document -- not

8       each and every.  But all the documents that

9       were produced by CB -- CSB Middle Georgia.

10   BY MS. COHEN:

11     Q    And did you learn that there were certain

12   emails between CSB and DBHDD that the United States

13   was interested in --

14     A    No.

15     Q    -- during the prep?

16     A    No.

17     Q    All right.  I wanted to go back and ask

18   you something else.

19     A    Yes.

20     Q    Which is, you said that kids -- one of the

21   problems kids were having was that they were having

22   to leave school?  That one of the services, that

23   CSBMG services were devoted to trying to keep kids

24   in school?

25     A    Um, well that was just a statement that we



1   want to help them so they wouldn't have to leave

2   school.

3        Q    And why would they have to leave school?

4        A    If a child was wanting to kill themselves,

5   they wouldn't stay in school.  They would of course

6   -- if they weren't able to deescalate, would have to

7   leave to be assessed, but we're able to do that in

8   the school.

9        Q    So if a child -- a child wouldn't

10  necessarily have to leave school because they

11  couldn't deescalate from violent behavior?

12       A    No, they wouldn't necessarily have to

13  leave school because of violent behavior, no.

14            I guess I was just given information on

15  things when asked my understanding of it was, what

16  kind of -- you know, what we do, and I was

17  explaining we try to help kids be able to not have

18  their education interrupted and not have to leave

19  school.

20       Q    Why would -- why would they have to leave

21  school?

22       A    If they became violent and hurt themselves

23  or someone else, I would -- whatever according to

24  the school.  Discipline measures I guess would be --

25  but that's my guessing.



 1            MS. McGOVERN:  I'm going to instruct you

 2        to not guess.  You are here a CSBMG rep, not

 3        the school rep for DBHDD.

 4            So please give any information you know

 5        that is responsive, but do not guess about what

 6        other entities may or may not do.  I think

 7        there's a lot of guessing going on.

 8        A    So our mission is to try to help kids be

 9    able to stay in school and get their behavioral

10    health needs met.

11        Q    So what are the reasons that kids have to

12    leave school?

13            MS. McGOVERN:  Object to form.

14            If you know the answer, you may answer.

15        A    I can't.  I can't say.

16        Q    Have you heard of kids being asked to go

17    to a more restrictive placement?

18        A    Can you restate the question in a way that

19    --

20        Q    Sure.  Have you heard of kids who were in

21    the public schools who were placed in a more

22    restrictive placement?  I think you said earlier

23    that GNETS would be considered for them?

24            MS. McGOVERN:  Objection to form.

25        A    Yeah, I think the way I answered that was



1  --

2          MS. McGOVERN:  Just answer her question

3      now, if you're able to.

4          My objection stands as to the form of it.

5      A    Okay.  I cannot, I cannot answer that.

6          MS. McGOVERN:  She asked what you heard.

7      Have you heard rumors?  Is what she's asking.

8          Make sure you understand the question.

9      A    I get information from the parents, like I

10  mentioned earlier.  If the parent comes to us and

11  says my child's going into the GNETS program because

12  I don't think that they can be in a regular school

13  setting, then that's where I get that information

14  from.  And --

15      Q    Did the parents tell you whether or not

16  there are supports in the regular school setting to

17  keep a child who engages in disruptive behavior?

18      A    No.

19      Q    Are you aware of any supports in the

20  regular school setting to keep a child who engages

21  in disruptive behavior?

22      A    We are called in, or made to -- if a child

23  has a behavioral health need or in order for them to

24  be assessed.

25      Q    And I think you gave me a list of the



1  assessments that you used?

2      A    Yes.

3      Q    Are there any other assessments that are

4  used that you haven't mentioned today?

5      A    No.

6           MS. McGOVERN:  By CSBMG?

7           MS. COHEN:  Excuse me?

8           MS. McGOVERN:  By CSBMG?

9           MS. COHEN:  Yes.  That she's aware of.

10     A    No.

11     Q    Let me show you another email, which we

12  can mark as exhibit -- what is it?  872.

13          (WHEREUPON, Plaintiff's Exhibit-872 was

14      marked for identification.)

15  BY MS. COHEN:

16     Q    I think I showed you the last email and

17  you still have it in front of you, which is 871.

18          MS. COHEN:  That's fine.  She can keep it

19      in front of her.

20          MS. McGOVERN:  You need the number?  You

21      got the number?

22          MS. COHEN:  I have the number.

23  BY MS. COHEN:

24     Q    And 871 was an email dated March 5th?

25     A    That's correct.



1      Q     And then I'm going to show you 872, which
2   is an email -- sorry -- an email from you?
3      A     Okay.
4      Q     Dated March 5th, 2019, at 10:45 p.m.?
5      A     Okay.
6      Q     And it is to Layla Fitzgerald with a cc:
7   to Lisa Montford and Connie Smith.
8      A     Okay.
9      Q     Is that an email that you sent -- I'm
10  sorry -- on March 5th, 2019?
11           MS. McGOVERN:  Go ahead and read it.
12           (Witness reviews exhibit.)
13           MS. McGOVERN:  Do you have an extra copy?
14           MS. COHEN:  I don't.
15           MS. McGOVERN:  Did you read it?
16           THE WITNESS:  Yes, I did.
17  BY MS. COHEN:
18     Q     Is that a copy of an email you sent on
19  March 5th, 2019, to Layla Fitzgerald?
20     A     Yes.
21     Q     And was that in reply to her earlier email
22  that we've marked as Exhibit 871?
23     A     Yes.
24     Q     And you were working late?
25     A     Yes.



1    Q    And you responded to the questions that

2    she had asked previously, quote:  "Are any Apex

3    programs still collaborating with standalone GNETS

4    programs?  If yes, which ones?"

5         And your answer was?

6    A    No.

7    Q    And was that accurate as of March 5th,

8    2019?

9    A    To my knowledge, yes.

10   Q    And then you were asked, quote:  "Names of

11   Apex programs collaborating with GNETS programs

12   embedded within the main school building(s)?  Names

13   of the schools?"

14        And your response was?

15   A    Dodge County schools, that the GNETS is

16   embedded into their school system.

17   Q    And you -- is this your writing, quote:

18   "GNETS is embedded in the Dodge County School

19   System.  Some students are mainstream students who

20   also attend GNETS classes"?

21   A    Yes.

22   Q    "We collaborate with the Dodge County

23   School System but we do not have a therapist that is

24   housed within the GNETS program."

25        Was that accurate as of that time?



1      A     To my knowledge, yes.

2      Q     And then you go on to say:  "We have

3   always tried to abide" -- quote:  "We have always

4   tried to abide by what Dante advised concerning the

5   GNETS Programs."

6            Is that your language?

7      A     Yes.

8      Q     And what had Dante advised concerning the

9   GNETS programs?

10     A     As I mentioned earlier, that we serve kids

11  but we weren't housed in the GNETS programs.

12     Q     My question, you referred to advice given

13  by Dante.  Was that advice given in person or by

14  email?

15     A     Most -- I, I don't recall.  Trainings, I

16  know for sure.

17     Q     In trainings?

18     A     Yes.

19     Q     What did Mr. -- and you're referring to

20  Dante McKay, the head of OCYF at that time?

21     A     Yes.  If I heard him speak that, then --

22     Q     So when you refer to Dante right here in

23  this email, you are referring to Dante McKay of

24  OCYF?

25     A     I am.



1    Q    And the email says:  "We have always tried

2    to abide by what Dante advised concerning the GNETS

3    program."

4          Were you referring to advice that Dante

5    gave to you concerning the GNETS program?

6    A    Information that was given to all

7    providers, yes.

8    Q    And what was that information?

9    A    As I mentioned a few minutes ago, we're

10   not housed in GNETS programs but we can continue to

11   see kids who attend the GNETS program, and with our

12   current setup, and that's -- that's basically it.

13   That's what I was referring to.

14   Q    Such that you would not consult with the

15   GNETS standalone school?

16         MS. McGOVERN:  Objection to form.

17         You may answer, if you can.

18   A    To my knowledge, we had no standalone ones

19   to my knowledge.  So, yes, I was answering to that,

20   because we weren't dealing with that, to my

21   knowledge.

22   Q    And DBHDD is an important source of

23   funding for your organization, right?

24   A    Any form that backs our kids is important.

25   So, yes.



1      Q    Then it goes on to say:  "Names of Apex

2  programs collaborating with GNETS programs located

3  on school grounds?  Names of schools?"

4           And you say?

5      A    I said none on here.

6      Q    Was that your answer at the time?

7      A    At the time it was, but --

8      Q    Was that accurate at that time?

9      A    To my knowledge, yes.

10     Q    So at that time, according to your

11  knowledge and what you told to DBHDD, you were not

12  aware of any Apex programs collaborating with GNETS

13  programs located on school grounds?

14     A    Yes, as a standalone.  My answer was on

15  the second billet of what I felt pertained to us,

16  our situation, and that was my understanding, yes.

17     Q    So when you refer to the second bullet,

18  you're referring to your answer, "GNETS is embedded

19  in the Dodge County School System.  Some students

20  are mainstream students who also attend GNETS

21  classes.  We collaborate with the Dodge County

22  School System but we do not have a therapist that is

23  housed within the GNETS program"?  Yes?

24     A    Yes.

25     Q    So is it an accurate summary of the



1    information that you provided on March 5th, 2019

2    that the only collaboration that CSBMG had through

3    the Apex program with any GNETS program or facility

4    was collaboration with the Dodge County School

5    System, which had a class -- which had GNETS

6    classes?

7         A    To my knowledge, yes.

8         Q    And is this -- does that continue to be

9    true today?

10        A    Um, as far as -- I would have to refer

11   back to data to give an accurate response, but we

12   get referrals all of the time and there are

13   different schools that -- I would have to look in

14   order to give you that accurate information.

15        Q    Are you aware of any other schools that

16   have GNETS classes --

17        A    Yes.

18        Q    -- where you collaborate with the GNETS

19   teachers?

20        A    Um, that I am aware of GNETS schools being

21   embedded in other school systems, then my answer is

22   yes to that, as I said.

23        Q    My question is whether you -- do you

24   participate in any way with the GNETS teachers?

25        A    Only if a parent asks us to come in or if



1   we're serving a child and they go into the school to

2   see the child and maybe confer with a teacher at

3   that time.  That would be the only time.  I mean

4   those would be the instances.

5          Q    Let me ask you this:  When you go into

6   schools, your counselors go into schools in

7   connection with students who are disruptive or

8   violent, do the counselors sit and observe in the

9   classrooms?

10         A    Are you asking do our Apex counselors --

11         Q    Yes.

12         A    -- sit and observe --

13         Q    Yeah.

14         A    -- in the classrooms?

15         Q    Yeah.

16         A    Not to my knowledge.  I wish we could have

17  that time.

18         Q    You do, right?  You sit --

19         A    I mean I'm just saying we don't have that,

20  no.

21         Q    You don't have that?

22         A    No, we don't.

23         Q    Why do you wish you do?

24         A    Well, I was just making light, which I

25  shouldn't have.  Lots of time but we don't have lots



1  of time.  So I was --

2       Q    Do you think there would be any benefit to

3  the work your counselors do if the counselor had

4  time to observe in the classrooms?

5            MS. McGOVERN:  Objection to form.

6       A    I would be giving my opinion on that.

7       Q    So what is your opinion?

8            MS. McGOVERN:  If you have one, you can

9       give it.

10      A    I mean we can always use additional time,

11 period, to have more bodies in this work.  So for --

12 whether it be to be able to observe or have more

13 time to serve a child, then, yes, that's my opinion

14 of that.

15      Q    And it's also your opinion that it would

16 be beneficial for the children -- for the counselors

17 to be able to observe the interaction between the

18 teacher and the child?

19           MS. McGOVERN:  Object to form; calls for

20      speculation.

21      A    Um, for -- I guess in the way I'm -- if

22 it's involving to assist or help a child, whatever

23 that may be, would be necessary, I think, to be able

24 to do, in order to help them get their needs met.

25      Q    I think one of the people you supervised



1   is a certified behavior -- applied behavioral

2   analyst?

3        A    They are.

4        Q    And has she told you that as part of

5   applied behavior analysis one component of it is to

6   observe the interaction between students and

7   teachers?

8        A    She has not shared that with me.  As I

9   mentioned earlier --

10        Q    Were you aware of that?

11        A    Was I aware that our folks were observing

12   in the classroom?

13            MS. McGOVERN:  Make sure you understand

14        the question before you answer.

15        Q    Let me read it back to you.

16            Are you aware that as part of applied

17   behavior analysis, one component of it is to observe

18   the interaction between students and teachers?

19        A    No.  Not in that capacity, no.

20        Q    Are you aware that there are certain tools

21   of applied behavior analysis called shaping, where a

22   teacher is trained to shape the interaction with the

23   student such that the student can make progress,

24   notwithstanding their violent or disruptive

25   proclivities?



 1       A     No.

 2             MS. McGOVERN:  And I -- start to object.

 3       We're getting off the 30(b)(6) scope here.

 4             MS. COHEN:  This is an individual.

 5             MS. McGOVERN:  It is but she's not a

 6       clinician.  So we're still getting off the

 7       scope of what she would be able to testify to.

 8             MS. COHEN:  She's offered in clinical

 9       services, and training.

10   BY MS. COHEN:

11       Q     Are you the one that does training in

12   applied behavior analysis?

13       A     No.

14       Q     That's Ms. Hedgewood?  You attend that?

15       A     Vandewedge.

16       Q     Vandewedge?

17       A     Ms. Vandewedge, yes.

18       Q     You attend them, right?

19       A     Do I attend them?  I am -- I do.

20       Q     Yeah.

21       A     Listen.

22       Q     Now, there came a time I think when you

23   were wanting to justify a request for the budget to

24   Ms. Fitzgerald.

25             Let me mark this as 873.



```
 1              (WHEREUPON, Plaintiff's Exhibit-873 was

 2         marked for identification.)

 3   BY MS. COHEN:

 4       Q    Have you had a chance to look at it?

 5       A    Not completely.

 6            (Witness reviews exhibit.)

 7       A    Okay.

 8       Q    Is this a document that Connie Smith

 9   prepared?

10       A    I'm unsure if Connie or myself prepared

11   this.

12       Q    One of the two of you did?

13       A    Yes.

14       Q    And was this to justify the budget that

15   you had submitted to DBHDD?

16       A    Yes.  It was a budget proposal narrative

17   to them.

18       Q    And it described the personnel who were to

19   be included in the work that CSBMG would do?

20       A    Yes.  It was our hopes of the levels that

21   we would be able to hire for those positions.

22       Q    And under Personnel it says:  "4 licensed

23   Professional Counselors"?

24       A    Yes.  That was our hopes of being able to

25   hire.
```



1      Q    And did you ever provide four licensed

2   professional counselors?

3      A    No.  We present to them the counselors,

4   but we have not had four licensed professional

5   counselors.

6      Q    How many licensed professional counselors

7   have you had?

8      A    At this time, we have four.

9      Q    And how about in 2017?  2018, during

10   fiscal year 2018?

11      A    Two, who -- two at that time.

12      Q    And then it says "LAPC."

13           What is that?

14      A    Licensed Associate Professional

15   Counselors.

16      Q    And did you provide three -- did CSBMG

17   provide three Licensed Associate Professional

18   Counselors during fiscal year 2018?

19      A    No.  Equivalent to, up to LAPC.

20      Q    But not LAPC?

21      A    One LAPC.

22      Q    One LAPC?

23      A    Yes.

24      Q    And what were the other individuals

25   provided?  What was their certification or level?



1        A    Master's level, working towards licensure.

2   Or bachelor's level in a Master's program working

3   towards license, licensure.

4        Q    And what is the designation LAPC stand

5   for?

6        A    Licensed Associate Professional Counselor.

7        Q    That's a specific designation?

8        A    Yes.

9        Q    And the individuals you were providing,

10  aside from one, did not meet that certification

11  level?

12       A    That's correct.

13       Q    Was DBHDD aware of that?

14       A    We submit those, the staff to them, each

15  year.  Yes.

16       Q    So they knew?

17            MS. McGOVERN:  Objection to form.

18       Q    Did they reduce the amount of compensation

19  that went to CSBMG under this proposal?

20       A    I would have to refer to what we actually

21  received in contract.

22       Q    Now, the next bullet refers to two Masters

23  level staff to provide screening, access services,

24  individual and family therapy, crisis evaluation,

25  group counseling, and mental health suicide.



1           Do you see that?

2      A    Yes.

3      Q    Did CSB -- this proposal was ultimately

4  accepted; isn't that right?

5      A    Um, yes.  It's accepted as what we work

6  towards, yes.

7      Q    And it was accepted by Dante McKay to pay

8  the amount that you have laid out in this budget,

9  right, $347,880 for fiscal year '18?

10     A    I can't say if it was approved by him or

11  who approves the overall.

12     Q    It was approved by DBHDD?

13     A    Okay.

14     Q    Is that correct?

15     A    Um, to my knowledge, yes.  We made a

16  proposal and received funding.

17     Q    Did you provide two Masters level staff?

18     A    We do have more than two Master's level

19  staff, but as listed here we were unable to meet

20  that at those particular schools.  We added

21  additional schools.  So there were that many staff

22  that have been hired according to the organizational

23  chart.

24     Q    So -- I'm sorry.  Were there two Masters

25  level staff available as described in this proposal



1  to provide screening, access services, individual

2  and family therapy, crisis evaluation, group

3  counseling?

4       A    Yes.

5       Q    And after you added additional schools,

6  did you add additional Masters level staff?

7       A    Masters level or equivalent or above,

8  whenever we could.

9       Q    So my question is, after you added

10 additional schools, did you add additional Masters

11 level staff?

12      A    We were able to hire those staff, yes.

13      Q    When was that?

14      A    I would have to refer back to records.  I

15 can't recall that for a certain date.

16      Q    So you can't say whether or not in the

17 fiscal year 2018 you were able to hire two

18 additional Masters level staff to service the

19 additional schools?

20      A    Um, not without referring back to --

21      Q    Not as you sit here today?

22      A    Yes.

23      Q    And then there's a reference to a project

24 manager to oversee Apex staff --

25      A    Yes.



1       Q    -- provide oversight, provide public

2    awareness, attend collaborative meetings?

3       A    Yes.

4       Q    For 20 plus community partners, et cetera.

5            Do you see that?

6       A    Yes.

7       Q    And did you provide a project manager?

8       A    Yes.

9       Q    Now, what -- there's a reference here to

10   providing -- I think the way the work is described

11   in this proposal, screening, access services,

12   individual and family therapy, crisis evaluation,

13   group counseling, and mental health.  What is SA?

14      A    Substance abuse.

15      Q    Oh, thank you.

16           Mental health, substance abuse, suicide

17   prevention awareness, education and training to

18   students, parents and school personnel and outreach

19   to community partners at 174 -- I mean at 17

20   schools.

21      A    I guess I was following --

22      Q    I was reading the top line.

23      A    Oh, the top.

24           Yes, that's what's on here.

25      Q    Then going down to the bottom line of this



1  first box, it says in bolded italics, that text in

2  bolded italics, quote:  "CSBMG will match in-kind

3  100% (salary + fringe) for Apex scheduler; 100%

4  (salary + fringe) for 8 Community Support Individual

5  for each school; and staff member to manage all Apex

6  authorizations."

7          Did you provide that?

8      A    Yes.

9      Q    Now, with regard to the work of the

10  project manager, there's a reference to fidelity

11  measures?

12     A    Yes.

13     Q    Complete fidelity measures and invoices

14  for Apex project?

15     A    Yes.

16     Q    And who was in charge in fiscal year 2018

17  of completing fidelity measures on behalf of CSBMG?

18     A    Connie Smith.

19     Q    And did the fidelity measures relate to

20  individual therapy?

21     A    Yes.

22     Q    What was the individual therapy and which

23  was -- what was the individual therapy on which

24  fidelity measures were used?

25     A    From my recollection, we had to provide



 1   the number of services in each school that were

 2   provided to students, and the number of intakes, and

 3   that would include the number of kids who came in

 4   for each of the different services.

 5           MS. COHEN:  We'll just take a five-minute

 6       break.

 7           THE VIDEOGRAPHER:  We're off the record at

 8       2:31 p.m.)

 9           THE VIDEOGRAPHER:  We are back on the

10       record at 2:37 p.m.

11   BY MS. COHEN:

12       Q    872, we marked as Exhibit 872 an email

13   from Marnie Braswell to Layla Fitzgerald, and this

14   is, this is the email where you responded to Layla

15   and it had the language that we quoted from you

16   that's shown in the lighter type on 872?

17       A    Yes.

18       Q    It's the email from March 5th, 2019?

19       A    Yes.

20       Q    We'll put that back.

21           And then we can refer to 873, which is the

22   one you have in front of now, which is the budget

23   proposal we were discussing, which bears the Bates

24   No. GA01660177.

25       A    Yes.



 1       Q    Now, with regard to Exhibit 173 -- I mean

 2   873, the term "fidelity measures" is using -- is

 3   used?

 4            MS. McGOVERN:  Where are you referring to?

 5            THE WITNESS:  I thought I answered that

 6       already.

 7       Q    You see where it is?

 8       A    Yes, I know where it is.

 9       Q    Okay.  And fidelity measures was something

10   that was discussed back and forth between you and

11   DBHDD over time, right?

12       A    Yes.  There's forms that we complete and

13   give that data and information.

14       Q    So according to your understanding,

15   fidelity measures relates to the completion of forms

16   with regard to services provided?

17       A    Not entirely.

18       Q    What else does it refer to?

19       A    Just understanding what those measures are

20   about.

21       Q    Fidelity measures is a term that you hear

22   from time to time in connection with the provision

23   of mental health services?

24       A    Yes.

25       Q    What does it mean?



1        A    Fidelity measures means -- well, ensuring

2   that the person who is served or the people who are

3   providing the services are doing so at the

4   expectations that have been outlined and for the

5   best care of the patient in our terms, fidelity

6   measures, and we meet that or not.

7        Q    Are you familiar with the term

8   "evidence-based practices"?

9        A    Yes, I am.

10       Q    You've been --

11       A    Some, yes.

12       Q    You've spoken in favor of the use of

13  evidence-based practices in mental health?

14       A    Have I spoken to that?  Um, as far as if

15  I've told people what we offer, yes, I would say we

16  offer evidence-based practices.

17       Q    So, for example, you spoke at the Carter

18  Center and said that your organization uses

19  evidence-based practices?

20       A    Yes.

21       Q    Is that in connection with the treatment

22  of these violent or severely behaviorally disturbed

23  kids that we've been talking about?

24       A    If it's a person who has bean -- when I

25  say we provide evidence-based practices, we provide



1   those to any of the people we serve, whether if they

2   are violent or not.

3       Q    Including the violent and behaviorally

4   disturbed kids?

5       A    Yes, if that's the way --

6       Q    And what are the evidence-based practices

7   provided to the violent or behaviorally disturbed

8   kids?

9       A    According to what their therapist, in

10  working with them, and according to what may be the

11  issue that they may be having, is whatever

12  evidence-based practice that that therapist may use.

13  It may be cognitive behavioral therapy, or it may be

14  behavior modification, or it may be DBT, mindfulness

15  techniques.

16          It may be that there has to be Trauma

17  Informed Care before they reach to a different one,

18  because if there's trauma involved and such.

19          It would be according to the therapist and

20  the family.

21      Q    Well, once the -- are you saying that once

22  the family and the therapist agree on an approach,

23  the therapist selects an evidence-based technique?

24      A    Yes, they would.

25      Q    And then a fidelity measure is applied to



1    the evidence-based technique by your team?

2         A    I would need more explanation on how

3    you're intending for that.

4         Q    So an evidence-based service is provided

5    in connection with individual therapy, and for

6    individual therapy you've named some of the types of

7    treatment modalities, such as behavior modification,

8    cognitive behavioral therapy, dialectical behavior

9    therapy, right?  Those are the evidence-based

10   practices?

11        A    Yes.

12        Q    And what steps are taken by each therapist

13   to report regarding fidelity measures?

14        A    I can't answer that question.

15        Q    You don't know?

16        A    I can't answer that particular question

17   for them.

18        Q    But in any case, when the fidelity measure

19   language is used here in Exhibit 873, you understood

20   it to be referring to measures to use of ensuring

21   that treatment conformed to evidence-based

22   practices?

23        A    Fidelity measures in many different areas

24   is the way I understood it, like what the

25   expectations are.  So that's my understanding.



1        Q    You understood fidelity measures as it's

2   used in Exhibit 873 to refer to the implementation

3   of evidence-based practices?

4        A    Evidence-based practices or whatever

5   intervention is needed to help the child excel, if

6   that includes other services.  So a combination of

7   that, yes.

8        Q    I don't think you got my question exactly,

9   so let me try it again.

10       A    I'm sorry.

11       Q    You understood in connection with Exhibit

12  873 the use of the term "fidelity measures" to refer

13  to the implementation of evidence-based practices

14  when evidence-based practices were used by

15  therapists?

16       A    Yes.

17       Q    And do the therapists always use

18  evidence-based practices, the counselors for CSBMG?

19       A    Yes.  We, we ask them to always try to use

20  evidence-based practice.  Yes, we do.

21       Q    And so how do they report -- do you ask

22  them to report on the fidelity measures they use?

23       A    They complete a progress note,

24  documentation, as far as reporting how many they

25  used.  If that's the way you're asking that in



 1  context, no.  It's just within what we lay out for
 2  them to utilize, evidence-based practices when
 3  providing services.
 4       Q    So I think one of the evidence-based
 5  practices that you mentioned was DBT?
 6       A    Yes.  We have certain steps --
 7            MS. McGOVERN:  Let her continue.  She just
 8       asked one question.
 9            THE WITNESS:  I'm sorry.
10       Q    And is DBT one of the evidence-based
11  practices with respect to which CBS -- CSBMG
12  provides fidelity measures?
13       A    Yes, one.  Yes.
14       Q    And what are they?
15       A    I --
16       Q    What fidelity measures are used in
17  connection with DBT?
18       A    I think I don't understand what you're
19  asking in the capacity of, because we don't report
20  that directly on the --
21       Q    But do you --
22       A    -- reports.
23       Q    Do you use fidelity measures to evaluate
24  the therapies that are provided?
25            MS. McGOVERN:  The entity or her



1      individually?

2            MS. COHEN:  Excuse me?

3            MS. McGOVERN:  The entity or her

4      individually?

5            MS. COHEN:  Oh, the agency.

6      Q    My understanding is you're not providing

7   therapy at all?

8      A    I'm not.  No, I'm not.

9            And the way that we show that in fidelity

10  measures would be, I would say, we maintain

11  supervision forms, where they have received that

12  supervision and training on utilization of the

13  different modalities.

14           Actually going in and seeing that would be

15  looking at partner's notes and viewing those and

16  auditing those, which we do have an auditing process

17  in place with our agencies.

18           So those would be the ways that we would

19  ensure, and we are audited by, by the Georgia

20  Collaborative Beacon Hill through the Department of

21  Behavioral Health, to ensure that we are utilizing

22  those fidelity measures when providing individual or

23  family therapy.

24     Q    What are the fidelity measures?

25     A    I'm -- I'm not -- I can't answer that.



1      Q    You did refer to reviewing progress notes?

2      A    Yes.

3      Q    Who does that?

4      A    The licensed person who does clinical

5   supervision.  Rachel White does supervision and

6   monitors progress notes --

7      Q    So she --

8      A    -- of individuals.

9      Q    -- reviews all the progress notes --

10     A    She doesn't --

11     Q    -- for mental health services?

12     A    She doesn't enter -- she doesn't review

13   every progress note but a sampling, and she also

14   provides that supervision.  And when an employee has

15   just started, there's a certain number of days that

16   they are monitored by our licensed folks as well,

17   that provide that supervision.

18     Q    Let me ask you this:  Do you think -- and

19   actually you've been called on by DBHDD to provide

20   training, you the agency has been called on by DBHDD

21   to provide training to other agency -- to other

22   agencies who are starting in the Apex partnership or

23   who have questions about how to do it, right?

24     A    Uh-huh.  (Affirmative.)

25          MS. McGOVERN:  You need to give a verbal



1       yes or no.

2       A    Yes.  As far as just how it looks for us,

3   as far as how we're structured.  Not on fidelity

4   measures.

5       Q    So do you think that the -- as far as you

6   know, is the access to applied behavior analysis

7   that your agency provides to the Apex program

8   typically applied behavioral analysis that is

9   provided by other agencies in that program?

10      A    I answered that earlier, that our ABA is

11  not within the Apex program.  If you're asking me

12  about Apex.

13      Q    Okay.  I am asking you about Apex.

14      A    Okay.  And it's not.  As I said earlier,

15  our ABA is a separate program.

16      Q    So is that pretty typical, do you think,

17  of the agencies in the Apex program?

18      A    I would be just giving an opinion, and I

19  don't know if I thought about that.

20      Q    I'm just asking about the extent of your

21  knowledge.

22          MS. McGOVERN:  If, if you know, tell her.

23      If you don't know --

24      A    I don't know.

25



1      Q    What about, do you have any knowledge of

2   what other agencies do in terms of fidelity

3   measures?

4      A    No.

5      Q    What kind of benefits have you seen from

6   school-based mental health services?

7      A    Children meeting their goals, children

8   graduating from school, children who have had

9   write-ups and disciplinary action that they've been

10   able to have a decrease in that, and children who

11   have been traumatized, that they can get the help

12   they need to be able to move past that, so it's not

13   interfering with their educational process.

14      Q    So you think it's been helpful to provide

15   school-based mental health services?

16      A    Yes.

17      Q    And you've been able to staff 70 schools?

18      A    Sixty-one.

19      Q    Sixty-one.  Excuse me.  16 counties, 61

20   schools?

21      A    Yes.

22      Q    And if you had additional funding, would

23   you place additional counselors in the school, do

24   you think, in the schools?

25      A    Yes.



1      Q     If you had funding for applied behavior

2   analysts and could find applied behavior analysts to

3   hire, would you deploy those services to assist in

4   kids who are having trouble remaining in school

5   because they have disruptive behavior?

6      A     Yes.  And whatever, whatever they would

7   need.

8      Q     Now, are some students that your

9   counselors consult to referred to higher level of

10   care from time to time?

11      A     Speaking of from the mental health world,

12   yes.  Sometimes they have to be referred to a higher

13   level of care.

14      Q     Does the higher level of care include

15   short-term crisis stabilization?

16      A     Yes.

17      Q     And how about extended residential

18   treatment?

19      A     Very few cases of them -- of children

20   being referred to residential settings.

21      Q     Not more than one or two in the years

22   since the Apex program has started?

23      A     I'm sure --

24         MS. McGOVERN:  Object to form.

25      A     Yes, there's --



1               MS. COHEN:  Excuse me.  I didn't hear you.

2               MS. McGOVERN:  I said objection to form.

3        A    It's been more than one or two, but I

4    would think from recollection that it's less than 20

5    since 2015.

6        Q    Students are also referred to GNETS

7    sometimes?

8        A    Yes, sometimes children are referred to

9    GNETS.

10       Q    And when that occurs, does your agency

11   track the number of -- track the students who

12   require this higher level of care?

13       A    We do not track as far as the educational

14   piece or count GNETS into what we count as higher

15   level of care.

16       Q    Higher level of care is something that is

17   defined by DBHDD, right?

18       A    To my knowledge, that's where I've gotten

19   my knowledge about higher level of care from, yes.

20       Q    And a hire level of care for DBHDD means

21   short-term crisis stabilization or extended

22   residential treatment, right?

23       A    Well, there's other options as well.

24       Q    What else?

25       A    Which is intensive customized



1  coordination.

2       Q    Which your agency has just been awarded?

3       A    Yes.

4       Q    Congratulations.

5       A    Wraparound services.  And also Intensive

6  Family Intervention services, and those are along

7  with what you said, with acute crisis stabilization,

8  and partial hospitalization, which is PRTF,

9  residential.

10      Q    So for your students -- your consumers who

11 are referred to a higher level of care, such as

12 short-term crisis stabilization, or extended

13 residential treatment, or IC3, does the agency track

14 those students?

15      A    As far as tracking goes, if a child goes

16 into -- if they're in acute crisis, yes, we ensure

17 and provide services immediately as they come out of

18 the hospitals, helping them to go back into the

19 schools.  The same way with PRTF.

20      Q    Is that part of the Apex program?

21      A    That's part of all of our services that we

22 do that.

23      Q    And as part of the Apex program, does your

24 agency track the number of disciplinary referrals

25 per month for the total population of the schools?



1        A    I would have to refer to -- Connie Smith

2    does all of that part of the data gathering.  So I

3    would have to refer that.

4        Q    Do you know whether the counselors track

5    office disciplinary -- do you know what an ODR is,

6    office disciplinary referral?  You're familiar --

7        A    Yes, I've heard that term.  Yes.

8        Q    Do the counselors track ODRs for the

9    students they work with?

10       A    I would have to refer to get more details

11   to be able to answer that question.

12       Q    Well, we'll come back to you and maybe we

13   can provide -- get it provided in some expeditious

14   form.

15            But that's something that's contractually

16   required by --

17       A    Yes.

18       Q    -- DBHDD?

19       A    I know that -- yes.

20       Q    And do -- for each of the 61 schools, do

21   you have someone participating in a minimum of one

22   status update per principal each academic year?

23       A    Do we have -- can you say that again?

24       Q    Yes.  Do you have -- do counselors or

25   someone from your agency meet with the principal



1  every year with the 61 schools you're involved with?

2      A    Either the counselors -- well, the

3  counselors and the project manager as well.

4      Q    And do you use telemedicine?

5      A    If requested by the families, we do use

6  telemedicine.

7      Q    Do you use it for applied behavior

8  analysis?

9      A    We have not yet had to utilize it for ABA

10  services.

11      Q    What are the evidence-based practices that

12  are implemented by a telemedicine?

13      A    That would be the services that fall under

14  the behavioral health, which are -- and I would have

15  to refer back to individual therapists to give you

16  exact, but that would be DBT, with mindfulness,

17  cognitive behavioral therapy, behavioral

18  modification, and most likely more but I would have

19  to refer to give you additional information.

20      Q    And are fidelity measures used for those

21  services?

22      A    Yes.

23      Q    So talking about the issues that you've

24  identified that put a student at risk for GNETS, I

25  think you said aggression, behavioral outbursts,



 1  property destruction, like throwing desks, right?

 2      A    Well, those were just cases that -- I

 3  can't say that's what refers them or gets them to

 4  there, but in recalling cases that I have knowledge

 5  of.

 6      Q    Those are behaviors that would put the

 7  students at risk of referral to GNETS?

 8      A    That I have recalled from past cases that

 9  have resorted to that, yes.

10      Q    And do you consider these problem

11  behaviors to be severe mental health issues that

12  would require treatment?

13      A    I would say that -- I mean if I had to

14  give specifics on the ones that I'm talking about,

15  that there -- in those cases there was behavioral

16  and there had been a diagnosis of mental health

17  disorders as well, because they were of course

18  seeking out our services or either already in our

19  services.

20      Q    So did you consider whether the problem

21  behaviors to be the product of a severe mental

22  health treatment -- severe mental health issues?

23           MS. McGOVERN:  Objection to form.

24      A    Because we don't make those referrals to

25  the schools, so I'm just talking about what I have





 1   observed from students.

 2        Q    So let's -- let me just be clear.

 3        A    Okay.

 4        Q    I'm talking about behaviors, the types of

 5   behaviors that you've observed that put the students

 6   at risk of referrals to GNETS or more -- or any more

 7   restrictive placement.  Are those behaviors related

 8   to the mental health diagnosis of the students?

 9        A    I can't speak to why they actually do a

10   referral to GNETS.

11        Q    No, no.  I'm not asking --

12        A    Okay.

13        Q    -- about why they do the referral.  I'm

14   asking about why the students do the behavior.

15             Do you think it's a product of their

16   mental illness?

17             MS. McGOVERN:  I'm going to object to the

18        form to the extent it's outside her level of

19        qualification.

20             If you're able to answer, you may.

21        A    Okay.  We can go to the next question

22   then.

23             MS. McGOVERN:  You need to tell her if it

24        is or not.  You have to give that answer.

25        A    Only from my observations can I answer --



1      Q     Okay.

2      A     -- that.

3      Q     That's all anyone can ever answer.

4      A     So I am not qualified to, to answer that

5    question.

6      Q     Do you have an understanding that

7    disruptive behaviors are related to mental health

8    issues?

9          MS. McGOVERN:  It's starting to get into

10         expert-based testimony with someone who is not

11         represented as an expert witness, and we still

12         do have the 30(b) attachment to the most recent

13         depo notice.  So --

14         MS. COHEN:  Are you directing her not to

15         answer?

16         MS. McGOVERN:  No, no.  I'm directing --

17         MS. COHEN:  Then let's just keep moving

18         because I just want to get to the end.

19         MS. McGOVERN:  Well, that's fine, except

20         to the extent you're seeking an expert opinion,

21         based on a clinician's point of view, I'm going

22         to instruct her not to answer that because

23         she's not here today as an expert witness.

24         MS. COHEN:  Well, then -- so you're -- I

25         didn't even know if she was a clinician.  Are



1      you calling her a clinician?

2            MS. McGOVERN:  I'm saying she's not a

3      clinician.

4            You're asking her for expert testimony.

5            MS. COHEN:  No.

6      Q    I'm asking you if the mental health

7    disorders that your clinicians that you supervise,

8    counsel regarding, do you think that they're related

9    to the behavior -- disruptive behavior evidenced by

10   the students?

11     A    I would refer that to their clinical

12   supervisor to give you the accurate answer that you

13   would need in that situation.

14     Q    You don't know either way?

15     A    It would be because I'm not a clinician.

16   I feel that would be more not in line with...

17     Q    Who provides the clinical supervision

18   then?

19     A    Rachel White.

20     Q    You don't provide the clinical

21   supervision?

22     A    No, I don't.

23     Q    Is it one of the goals of the Apex program

24   to provide for early detection of children and

25   adolescent mental health needs?



1        A     If you can ask me that again.  I was in

2   thought.

3        Q     That happens to all of us.

4              Is it one of the goals of the Apex program

5   to provide for early detection of children and

6   adolescent mental health needs?

7        A     As mentioned, most of what we do is

8   prevention work, in the areas that I disclosed as

9   prevention work.  So with hopes of being able to

10  educate on identifying for early intervention.

11       Q     And is it also one of the goals of the

12  Apex program to increase access to mental health for

13  children and youth?

14       A     Yes.

15       Q     And also to increase coordination between

16  community mental health providers and their local

17  schools and school districts?

18       A     Yes.

19       Q     And the result that you all hope for is

20  that there will be a reduction of children and youth

21  with unmet mental health needs?

22       A     Yes.

23       Q     And there will be fewer discipline

24  referrals?

25       A     Yes.



1      Q      And increased academic performance?

2      A      Yes.

3      Q      How does the academic -- how did the

4    discipline referrals relate to the mental health

5    services provided in the Apex program?

6      A      If there is a discipline referral and that

7    child is referring services or they're referred for

8    services, we would address the behaviors that have

9    resorted to them for it to go outside the scope and

10   to become a discipline referral, and that would be

11   our part in the situation.

12           And we do report those and they do report

13   that piece on the monthly.

14     Q      Do you think mental health services that

15   your organization provides reduces the number of

16   disciplinary referrals?

17     A      Yes, to my knowledge.

18     Q      And does it also increase academic

19   performance?

20     A      Yes, to my knowledge.

21     Q      So given the goal of early detection of

22   children and adolescent mental health needs, what

23   procedures do you use to identify students with

24   severe mental health needs?

25     A      We do, as far as if a child is identified,



1  we do an assessment, which is our intake assessment,

2  which includes the biopsychosocial assessments, the

3  CANS assessments, gather a history of the family, a

4  diagnostic assessment is completed by our physician,

5  and then the determination is if that child would

6  benefit from outpatient services at that point.

7      Q    As part of the process of early detection,

8  do you use any data?  Do you collect data?

9      A    Not to my knowledge, as far as what is

10  required from us by the Apex program -- or the Apex

11  reporting.

12      Q    I'm not sure I understood your answer.

13          My question is, as part of the early

14  detection of child and adolescent mental health

15  needs, do you collect data?

16      A    No.  Only the data that we provided to

17  you, when asked in the beginning to provide that.

18      Q    You mean the intake and the CANS?

19      A    Yes, and the assessments that we

20  submitted.

21      Q    Have you heard that data collection can be

22  helpful in identifying students who are at risk of

23  serious mental health issues?

24      A    I think that would be one piece of --

25      Q    Why?  Why would data collection be



 1  helpful?

 2       A    And that is just my --

 3            MS. McGOVERN:  Object to form.

 4       A    Yes.

 5            MS. COHEN:  Excuse me?

 6            MS. McGOVERN:  Me?  I said object to form.

 7            If you are able to answer, you may.

 8       A    Okay.  It would be one of the pieces in

 9  order to identify trends in order to help students,

10  yes.

11       Q    So, for example, if one of your counselors

12  were to go to a school and observe the interactions

13  between a teacher and a student, do you think that

14  would be helpful --

15            MS. McGOVERN:  Object.

16       Q    -- in detecting mental health issues?

17            MS. McGOVERN:  Objection to form.

18       A    I would feel more comfortable if our

19  clinical supervisor would answer that, on how they

20  feel.

21       Q    In a typical elementary school, how many

22  students are served through Apex?

23       A    I would have to refer to Connie Smith, our

24  program manager, to answer on data, as far as

25  numbers in each school.



1        Q    Can you give me an approximate percentage?

2        A    I would rather get a number, because

3    there's so many schools, I wouldn't want to

4    misquote.  So I would rather have that information

5    --

6             MS. McGOVERN:  And I will instruct you not

7        to guess.

8        A    Okay.

9        Q    Well, are you aware for any of the middle

10   schools how many students are served by Apex?

11       A    The same, I would want to refer for Connie

12   Smith to report, since she does collect that data.

13       Q    What are the types of services that are

14   listed in the DBHDD manual that CSB of Middle

15   Georgia might provide?

16       A    Individual therapy, family therapy, group

17   counseling, Community Support - Individual, crisis

18   evaluation, service plan development, behavioral

19   health assessment, psychiatric services, nursing

20   services, youth peer support - group/individual,

21   youth peer support - individual, parent peer support

22   - individual services.

23       Q    And is it fair to say that in connection

24   with those services, the agency only provides

25   evidence-based treatments?



1      A    For the individual and family therapy

2    services.  That's who provides the evidence-based

3    trainings -- not trainings, I'm sorry.

4    Evidence-based services.

5      Q    So the categories you're giving me are

6    Medicaid to link categories for services?

7      A    Yes.  I understood that as the services

8    that would provide -- that are in the provider

9    manual, yes.

10      Q    And only evidence-based practices are

11    used?

12      A    We provide services according to the

13    provider manual, evidence-based services for

14    individual/family therapy, as mentioned.

15      Q    So in terms of data collection, if you

16    looked at the frequency of disciplinary events by

17    students, would that be helpful in detecting mental

18    illness?

19          MS. McGOVERN:  Objection to form.

20      A    Yes.  I just feel like some of these

21    questions would be great if you asked our clinical

22    supervisors and the therapists who are in the

23    school.

24      Q    And if you -- do you think if you

25    collected data with regard to the time at which a



1  student engaged in disruptive behavior, that would

2  be helpful in identifying an appropriate method of

3  treatment?

4           MS. McGOVERN:  Objection to form.

5      A    I think it would be better answered by one

6  of the different -- those who are providing services

7  in the school.

8      Q    Do you use any schoolwide screening for

9  mental health issues?

10     A    The only screenings that we use are the

11  ones that I've earlier mentioned.

12     Q    What's the frequency of the services that

13  a typical Apex student with disruptive or violent

14  behavior would receive?

15     A    It's based on the need, and once

16  determined by the therapist, the doctor, as well as

17  the family member, with certain services having a

18  minimum number of times to be seen monthly, but it's

19  always based on the need of the student.

20     Q    So what are -- what are the services that

21  have a minimum number of times to be seen?

22     A    Well, according to the provider manual,

23  Community Support - Individual, a minimum of twice

24  monthly.

25           And for all other services, it's based on



1    the need of the individual served, to my knowledge.

2        Q    Do you have any students who receive

3    individual therapy five times a week?

4        A    No.

5        Q    Do you have any --

6        A    Not to my knowledge.

7        Q    -- students who receive individual therapy

8    once a week?

9        A    Some students.

10       Q    Is it all students receiving individual

11   therapy?

12       A    All of the students in the Apex program?

13   Some of the them may finish with therapy and step

14   down to the Community Support - Individual services.

15       Q    But for students who are receiving

16   individual therapy as part of the Apex program --

17       A    Yes.

18       Q    -- what is the common frequency?

19       A    It's based on the need of the individual

20   served.

21       Q    So you're not able to say whether -- what

22   the most common frequency is?

23       A    It's based on the individual's needs.  We

24   don't try to fit them in our box.  We do what's

25   needed for them.



1     Q    How long would the average student served

2   through Apex remain in treatment?

3     A    After they finished Apex?  Is that what

4   you're --

5     Q    How long would they remain in the Apex

6   treatment, the average student?

7     A    It would be based on their progress and

8   the need of the services.  So, again, we don't put a

9   number on that.  It's based on the individual's

10   need.

11     Q    You don't get averages?

12     A    As far as -- we base it on the individual

13   needs and on their treatment plan, what the overall,

14   just anticipated discharge would look like for that

15   individual.

16     Q    Let's look at a monthly progress report.

17         I'm going to show you what has been

18   previously marked by CSBMG a document with the Bates

19   Nos. MG001708 through 2079.  And I'm going to -- and

20   this bears the letterhead, Center of Excellence for

21   Children's Behavioral Health, and I'll ask you if

22   this is what you fill out every month as a monthly

23   progress report?

24         MS. McGOVERN:  You mean the agency or her

25     personally?



1                MS. COHEN:  The agency.

2        A    The agency does.

3                MS. COHEN:  I'll mark that as Exhibit 874.

4                (WHEREUPON, Plaintiff's Exhibit-874 was

5          marked for identification.)

6    BY MS. COHEN:

7        Q    This is a report that your agency provides

8    on a monthly basis?

9        A    Yes.

10       Q    And who is responsible at the agency for

11   providing this?

12       A    Connie Smith and her team.

13       Q    And do you review it?

14       A    I do not review these.

15       Q    Have you ever seen this form before?

16       A    I have seen this form before.

17       Q    So you're familiar with the categories?

18       A    Yes.  I can -- yes, I am.

19       Q    Let's see if we can just go over what the

20   setup is.

21               If I look at Page 1712, there's a

22   reference to the Community Service Board of Middle

23   Georgia?

24               MS. McGOVERN:  This one is not

25       Bates-stamped -- oh, here.



1    BY MS. COHEN:

2         Q    Do you have 1712?

3         A    I do.

4         Q    And there's a reference to the Community

5    Service Board of Middle Georgia, and then how do you

6    pronounce the next word?

7         A    Ogeechee.

8         Q    Ogeechee Division?

9         A    Yes.

10        Q    That's in 2017 you merged with the

11   Ogeechee?

12        A    Yes.

13        Q    And so some of your documents are labeled

14   Ogeechee Division?

15        A    Yes -- well, yes, yes, they are.

16        Q    The format of these documents is that

17   every month responses are submitted to the Center of

18   Excellence by CSBMG on behalf of the various

19   elementary schools served?

20        A    Yes.

21        Q    And what is -- it says that the date this

22   report was submitted was May 14th, 2021.

23             Do you see that?

24        A    Yes, I do.

25        Q    What is the data that it reflects?



1        A     The data reflects April data and this is

2    the day that the report is actually submitted.

3        Q     Okay.  What is the purpose of this report?

4        A     To report this data back to the Center of

5    Excellence, to gather information on students and

6    what services that they are provided, and to also

7    discuss different outreach that is provided to the

8    community or the school.

9        Q     So looking at Page 1712, it looks like the

10   services that are provided to the Blakeney

11   Elementary School are provided to the third, fourth,

12   and fifth grade?

13       A     Okay.  Yes.

14       Q     How long have you been in that school?

15       A     I would have to -- to get an accurate

16   date, but we merged around 2017.

17       Q     So since the merger?

18       A     Yes.

19       Q     And I can --

20       A     It was after the merger that we actually

21   got it back -- we had to meet with the school to get

22   back into that particular school, after we merged

23   and took over the Ogeechee sites.

24       Q     What do you mean to get back in?

25       A     At the capacity of having staff in the



 1  different schools.  Because they were a separate CSB

 2  at that time.  We were not.  We had no knowledge or

 3  how they were operating at that time.

 4      Q    So had you been in there previously?

 5           MS. McGOVERN:  By "you," do you mean

 6      Ogeechee or do you mean Middle Georgia?

 7           MS. COHEN:  Thank you.

 8      Q    The original agency.

 9      A    The original?  I don't know about that

10  because I don't have any knowledge of that.

11      Q    What did the meeting consist of?

12      A    Meeting with the superintendents,

13  explaining the services, talking to them about our

14  merger so that they understood what that was about,

15  and that we would be present, and talking to them

16  about the services we could provide.

17      Q    And they were glad to welcome you as part

18  of the Apex services?

19      A    They did allow us to come back into the

20  schools, yes.

21      Q    And looking at Objective 1d, indicate the

22  number -- this is on Page 1714.

23           "Indicate the number of Tier 2

24  school-based mental health services provided

25  (including screening, evaluation or treatment)at





1   Blakeney Elementary from Community Service Board of

2   Middle Georgia - Ogeechee Division, by service type

3   - in the reporting period."

4          So this is a list of the services that

5   were provided in the April reporting period for this

6   report?

7          A    Yes.

8          MS. McGOVERN:  You need to verbally --

9          A    Yes.  Well, I was looking.  I'm sorry.

10         MS. COHEN:  Why don't we take a quick

11     break.  It will give me a chance to get

12     organized for the rest of the afternoon.

13         THE VIDEOGRAPHER:  We're off the record at

14     3:25 p.m.

15         (A recess was taken.)

16         THE VIDEOGRAPHER:  We are back on the

17     record.

18         We're back on the record at 3:37 p.m.

19   BY MS. COHEN:

20     Q    I think when we broke we were looking at

21   Exhibit 874, which is the monthly progress report,

22   and you have that in front of you?

23     A    Yes.

24     Q    Now, let's go through the various sections

25   here just to make sure that we both recall how it's



1    set up.

2         So I'm going to direct your attention to

3    Page 713.

4         Do you have that in front of you MG 7 --

5    MG001713?

6    A    Okay, yes.

7    Q    And the first section relates to objective

8    No. 1, which is Access.  And the agency certifies

9    that it delivered direct billable services to

10   Blakeney.  Do you see that?

11   A    Yes, I do.

12   Q    And then in the instructions, the note, it

13   says:  Identify the number of unique students who

14   received school-based mental health services at

15   Blakeney during the reporting period.

16        A unique student is the actual number of

17   students who received school-based mental health

18   services, and what was that number for Blakeney

19   Elementary School?

20   A    Eight.

21   Q    And then looking at Pages 1715 to 1716, do

22   you see that it lists all of the services and

23   indicates how many services were billed -- how many

24   instances were billed for each service?

25   A    I do.  Yes.



1        Q    And you're familiar with this form?

2        A    I've seen this form, yes.

3        Q    I mean this is, this is how your agency

4   reports to the Center of Excellence --

5        A    Yes.

6        Q    -- what kind of treatments you've been

7   providing through Apex?

8             And looking at 71 -- 1716, it asks about

9   the number of behavioral health services provided in

10  Tier III in the school setting?

11       A    Yes.

12       Q    And with regard to behavioral health

13  Assessment, the answer is zero?

14       A    Uh-hum.  (Affirmative.)

15       Q    So does that reflect that at Blakeney

16  Elementary School there were no services, no Tier

17  III behavioral health assessment services provided

18  in that month?

19       A    That's what it would indicate, yes.

20  Behavioral health assessments, yes.

21       Q    And no diagnostic assessments?

22       A    That's correct.

23       Q    And with regard to psychiatric treatment,

24  there were three instances of psychiatric treatment?

25       A    Provided in the school, yes.



1      Q    And one provided at a public community

2    provided --

3      A    Yes.

4      Q    -- provider?

5           For a total of four services?

6      A    That's correct.

7      Q    Four psychiatric services?

8      A    That's correct.

9      Q    And do you know what the psychiatric

10   services were?

11     A    They were provided by a doctor who

12   provided oversight, checked on their well-being as

13   far as their behavioral health needs, prescribed

14   medication if needed, and oversees their mental

15   health services.

16     Q    So did this doctor come face-to-face with

17   this student at the school?

18     A    In this particular school, if it was

19   indicated, yes, we do have the doctor see them in

20   the school.

21     Q    And then it says that there were 10

22   Community Support Individual Services provided in

23   the school?

24     A    That's correct.

25     Q    And what are those?



1        A      That is skills building and service

2    coordination.

3        Q      What type of skills?

4        A      Whatever the deficit is or the -- what the

5    child needs to work on, if it's from forming new

6    habits, helping with coping skills.  Also with

7    social aspects, service coordination, resource

8    linkage, according to the needs of the students.

9        Q      Are the -- are there specific skills

10   programs that you use, your agency?

11       A      We utilize behavior -- a behavioral

12   workbook, we call the CS-I toolkit, that our staff

13   are trained on.  And it covers all of the areas

14   within the service guidelines.

15       Q      And then there were zero instances in the

16   individual --

17       A      I would be -- for that, I would have to

18   actually see the time period, but I would say that

19   that's because we had a staff member who probably

20   resigned.

21       Q      Are you able to say from this document?

22       A      It would be better reported by Connie

23   Smith, who completed this documentation at that

24   time.

25       Q      Okay.



1      A     She would be able to answer that quickly.

2      Q     And there were zero group outpatient

3  services provided?

4      A     That's correct.

5      Q     And zero family outpatient services

6  provided?

7      A     Yes.  For the same as I mentioned, most

8  likely staff retention.

9      Q     Now, if I can direct your attention -- if

10  I can direct your attention to Page 1724, but before

11  I do that, I just want to ask you, with regard to

12  the skills program that you mentioned, is that a

13  home grown program or is that a manual --

14      A     It's a -- it's being implemented by a

15  consultant, Pat Miles.

16      Q     Moss?

17      A     Miles, M-I-L-E-S.

18      Q     And is Mr. Miles' certification licensing?

19      A     It's a Miss, and I would have to refer --

20  because she does consulting work, but that's also

21  through the Department of Behavioral Health that we

22  have access to the consultant.  So they would be

23  able to provide that information to you.

24      Q     What is her area of expertise?

25      A     I would feel better if you could gather



1    that information from DBHDD.

2         Q    Do you know at all what the agency uses

3    her for?

4         A    Yes.  For teaching service coordination

5    and family engagement.

6         Q    Let's go to Page 1724.

7              Do you have that?

8         A    I do.

9         Q    Okay.  What school does this relate to?

10        A    Give me just a minute to look at that.

11             (Pause.)

12        A    Burke County High School.

13        Q    And where is that located?

14        A    In Waynesboro, Georgia.  In Burke County.

15        Q    Is this one of the Ogeechee Division

16   schools that you took over in 2017?

17        A    It is.

18        Q    And looking at the access on Page 1729, do

19   you have that in front of you?

20        A    Yes.

21        Q    And do you see Objective 1 access?

22        A    Yes.

23        Q    And it counts the number of unique

24   students who received services?

25        A    Yes.



1      Q    And there were 12 students?

2      A    That's correct.

3      Q    And Burke County is a school of about

4   1,000 students?

5      A    I would have to refer to their website to

6   give you that accurate number on that.

7      Q    But, in any case, there were 12 students

8   who received services?

9      A    Yes, that's what it says.

10     Q    And what was the time period?

11     A    Hold on just a minute, please.

12          Reported on 5/14/2021 for the April 2021

13  period.

14     Q    And these students received zero

15  behavioral health assessments?

16     A    That's correct.

17     Q    Is there a diagnostic assessment?

18     A    That's correct.

19     Q    And zero crisis intervention services?

20     A    That's correct.

21     Q    Is that pretty typical of the schools?

22     A    No.  This school is the same as the one we

23  just talked about.  Blakeney is also Burke County

24  school.  So most likely I do not.  I would have to

25  refer back, but it's because we did not have a



1   therapist in that school, as to why no individual

2   and family therapy services.

3        Q    It does refer to economic treatment?

4        A    Yes.

5        Q    Where were those services provided?

6        A    Those were provided through telehealth

7   services, and it says at our clinic.

8        Q    So this is where a doctor, medical doctor,

9   actually participated via telehealth in providing

10   these services?

11        A    Yes.

12        Q    And then certain service were referred to

13   the community provider?

14        A    Yes.  There was a community provider at

15   that time in the school, but most likely no

16   therapist in the school.

17        Q    And there were Community Support

18   Individual Services provided?

19        A    Yes.

20        Q    Eight in the school setting?

21        A    Yes.

22        Q    Three at home?

23        A    Yes.

24        Q    Four in other setting?

25        A    Yes.



1      Q     And two were referred to a public

2    community provider, for a total of 17?

3      A     That's correct.

4      Q     And what services were provided as

5    community service support individual services?

6      A     That is the actual service code, Community

7    Support -- Individual.

8      Q     I understand that.

9      A     And they provided skills building and

10   service coordination.

11     Q     Do you know what it was?  What type of

12   skills building or --

13     A     I would have to refer to the individual

14   records to give you that information.

15     Q     Let me ask you this.  On Page 1733, the

16   following page --

17     A     Okay, yes.

18     Q     Actually, it says, "Please indicate other

19   services that were provided during the reporting

20   period."

21     A     Yes.

22     Q     And how many other services were provided

23   during the reporting period?

24     A     It says 21, but in this it's speaking of

25   when a person called and scheduled or gave reminders



1    about their employment.  So I would question the

2    person who entered that data on that particular one.

3        Q    Why is that?

4        A    Well, it says "Other Services," and then

5    according to the explanation, I can't answer to

6    that, but it just says calls to families to schedule

7    and reminder of appointments.

8            So I would need more detail about that, as

9    to why that was entered.

10       Q    Is that something you bill for?

11       A    Oh, no, it's not billed for, no.

12       Q    It's never billed for?

13       A    If it's a nonbillable service, we don't,

14   we don't bill for that.

15           But, again, I would have to -- the person

16   who filled out the form, I would have to have a

17   conversation with them.  So I think that knowledge

18   would come best from them, which is Connie Smith.

19       Q    Looking at objective early -- Objective 2,

20   Early Detection, on Page 1736, this is for

21   first-time referred students?

22       A    Okay.  Yes, I see where you're at now.

23   Sorry.

24           And you said -- can you repeat that again

25   now?



1        Q     Sure.  I'm looking at Page 1736, which

2    relates to this part that relates to Objective 2.

3        A     Okay, yes.

4        Q     What is Objective 2?

5        A     Early detection.

6              Do you want me to read that?

7        Q     What is early detection?

8        A     Early detection is being able to assess

9    any children who may be at risk for any kind of

10   behavioral health need.

11       Q     And there was zero behavioral health

12   assessments of first-time students at that school in

13   that month?

14       A     That's what it has here, but I definitely

15   would want to refer back to Connie Smith to ask her

16   about this, about this part of the data.

17       Q     Let me ask you about the Jenkins School,

18   1866.

19       A     Yes.

20       Q     We're still on Exhibit 873 -- 874.  Excuse

21   me.

22       A     Okay.

23       Q     And this relates to the Jenkins County

24   Elementary School?

25       A     Yes.



1    Q    And that's a school -- where is it
2  located?
3    A    It is in the Ogeechee Division also, and
4  Jenkins County is the actual -- actually, that's the
5  county where it's located.
6    Q    What city is it located in?
7    A    Millen area.
8    Q    That's a school of approximately 800
9  students?
10   A    I would have to refer to their actual
11 school website to tell you that accurately.
12   Q    Looking at Pages 1873 and 1874, it looks
13 like there was one behavioral assessment provided
14 during this time period?
15   A    That's what is indicated, yes.
16   Q    And zero diagnostic?
17   A    Yes.
18   Q    And zero crisis intervention services?
19   A    Yes.
20   Q    And then there were four psychiatric
21 services provided at the school and two referred to
22 a community provider?
23   A    Yes.
24   Q    So this an instance where the doctor went
25 directly to the school?



1      A     It is a doctor or nurse practitioner.

2      Q     Either a doctor or a nurse practitioner?

3      A     Yes.

4      Q     Do you know which one it was?

5      A     I would have to look at that data.  Again,

6   Connie Smith would be able to give you more detail

7   on that.

8      Q     How many doctors do you have?

9      A     At the time, during this reporting period,

10  we had one psychiatrist in that area and one nurse

11  practitioner in that area who provided services.

12     Q     And the nurse practitioner is able to bill

13  under psychiatric treatment?

14     A     Yes, according to the DBHDD guidelines.

15     Q     And then there were six community support

16  --

17     A     Yes.

18     Q     -- services?

19     A     Yes.

20     Q     One family outpatient service?

21     A     Yes.

22     Q     No group services?

23     A     No.

24     Q     Four nursing assessments.  What does that

25  relate to?



1      A    That means that a nurse provided

2   education, checked on vitals, medication, or

3   information for medical and/or behavioral health

4   needs in the school.

5      Q    And then there's a listing of 32 other

6   services?

7      A    Yes.  And I'll refer back again, I think

8   Connie needs to answer that.  We did not bill for

9   scheduling a calling -- I mean scheduling an

10  appointment.  I'm sorry.

11     Q    So those are the number of -- that's the

12  highest number of services provided, 32?

13     A    Yes.  That indicates there were 32

14  attempts or calls made to schedule appointments,

15  yes.

16     Q    So you don't know whether it was billed or

17  whether the calls were made?

18     A    Those were calls.  I would have to -- but

19  those were not billed.  I can say they were not

20  being billed, as is listed on this page under the

21  explanation of other.

22          It also could include if they tried to

23  reach out to a family and were unable to, but that

24  would still be a nonbillable.  That would not be a

25  billable service.



1      Q    And there were no behavioral health

2  assessments provided during this time?

3      A    There was one that was provided by

4  telehealth at that time.

5      Q    Who was providing the behavioral health

6  assessment by telehealth?  What were the credentials

7  of that person at that time?

8      A    Connie Smith would be -- would have to be

9  able to pull her data and tell you that information

10  on that particular one.

11      Q    Now, looking at Page 1876, this relates to

12  CANS assessments.  What is a CANS assessment?

13      A    A child and adolescent needs assessment,

14  and it is an assessment that is provided to every

15  youth and young -- every youth that we serve.

16      Q    And is the CANS assessment something that

17  is given periodically?

18      A    Every new individual who comes into

19  services with us receives a CANS assessment, and

20  then they have a reassessment every six months,

21  which that six month indicator has just been

22  implemented within the past year as a required

23  number of time, and they at least have one within a

24  year of services being initiated.

25      Q    So this form says number of students who



MARNIE BRASWELL                                    January 26, 2023
UNITED STATES vs STATE OF GEORGIA                       186

1    received a baseline CANS assessment, and your agency

2    reads that to refer to a CANS assessment to the

3    newly referred student?

4         A    To a newly referred student, yes.

5         Q    And then it has the number of students

6    eligible for CANS reassessment?

7         A    Yes.  Nine.

8         Q    And that is the number of students who

9    were due for reassessment according to the period of

10   the CANS instrument?

11        A    That's correct, yes.

12        Q    So regardless of what DBHDD required, the

13   CANS instrument had a recommended time frame for

14   assessment -- for reassessment?

15        A    For reassessment.  It's within six months,

16   yes.

17        Q    And of the nine students who are eligible

18   for CANS reassessment, only one received the CANS

19   reassessment?

20        A    That's correct.

21        Q    And that one had an improved CANS score?

22        A    Yes.

23        Q    Which is what you look for?

24        A    Yes.

25        Q    So that is an indicator that the services



1  that you were providing were successful to that

2  degree?

3      A    Well, it would show, as it says here, that

4  there was an improved CANS score.

5      Q    Okay.  Let's look at 1945.

6      A    Okay.

7      Q    This is Screven County High School?

8      A    Yes.

9      Q    Are you familiar with that school?

10     A    I am.

11     Q    Where is it located?

12     A    Sylvania.

13     Q    And are there 582 students at that school?

14     A    I would have to refer to, to give you an

15 accurate number, to their school website.

16     Q    And you consulted to each of the grades of

17 that school?

18     A    As indicated, on this particular one --

19 can you give me a few minutes to look at this?

20     Q    Sure.

21     A    This one says Screven High School.

22          On this particular one it's referring to

23 Screven High School.  So that would be ninth, tenth,

24 eleventh, and twelfth grades that were indicated

25 here.



1        Q    And how many therapists does your agency

2   provide to Screven High School in this time period?

3        A    I would have to refer Connie -- Connie

4   Smith would have to be able to refer to this report

5   in the time period and look at that to see how many

6   were in that school at that time.

7        Q    Were there more than five?

8        A    More than five?

9        Q    Therapists?

10        A    Therapists?  No, there was not more than

11   five therapists.

12        Q    Was it more than one?

13        A    I cannot give you that answer without

14   referring to data and services provided.

15        Q    Okay.  If you look at Page 1953, it says

16   that one student received a behavioral health

17   assessment and no students received diagnostic

18   assessments?  Is that correct?

19        A    That's -- yes, according to this data.

20        Q    And there were 40 other services?

21        A    Yes, is what it says.  That's what it says

22   for the total here.

23        Q    And do you know what those other services

24   were?

25        A    And I can't see.  It's cut off on this



 1 | page.

 2 |      Q    Yeah.

 3 |      A    I couldn't -- I would have to refer you to

 4 | speak with Connie Smith about the entry on that as

 5 | well.

 6 |      Q    Have you entered other services in -- the

 7 | ones we've looked at have been calls to remind

 8 | patients.  Are there other things you bill as other

 9 | services?

10 |      A    We don't bill other services that are not

11 | listed on this form.

12 |      Q    Okay.  Let's put aside 1874 -- 874.

13 |           Now I'm going to hand you what has been

14 | previously marked MG00071 to 85, and ask if you can

15 | identify this?

16 |           MS. COHEN:  And we will mark it as Exhibit

17 |      No. 875.

18 |           (WHEREUPON, Plaintiff's Exhibit-875 was

19 |       marked for identification.)

20 |           (Witness reviews exhibit.)

21 |      A    Okay.  Thank you.  I recognize this.

22 |      Q    You recognize it?

23 |      A    Yes.

24 |      Q    What is it?

25 |      A    Information that we submitted when



1  requested concerning topics of training, trainers,

2  the date of, and those who attended.

3       Q    Did you give many of these trainings?

4       A    I was present but most of these trainings

5  -- well, all of these trainings, because I just

6  looked, were provided by Rachel White, who is the

7  clinical supervisor.

8       Q    Did you participate as a trainer in these

9  trainings?

10      A    No.  I participated -- I know it has me

11  under there, but I participated -- I was part of the

12  staff meetings that I hold.  So that's probably why

13  my name is listed there, but I did not provide these

14  trainings.  Rachel White provided these trainings.

15           If any questions came up, that my

16  knowledge would be helpful or if she needed to call

17  on me to answer something from the part that I do,

18  then I would give information.  But she's the

19  overall identified trainer.

20      Q    So where it says "CSBMG Trainers:  Marnie

21  Braswell," you were not providing the training?

22      A    As mentioned, if Rachel asked questions

23  where my expertise of being a Certified Peer

24  Specialist-Parent, and speaking from a guardian

25  standpoint, with lived experience, then I would



1   answer questions that aided her in her training of

2   the other people involved.

3       Q    So apart from your lived experience and

4   paraprofessional -- your lived experience

5   certification --

6       A    Yes.

7       Q    -- and paraprofessional perspectives, were

8   you not one of the trainers at this -- at these

9   trainings?

10      A    It was my staff meeting, and I embed

11  trainings within the staff meeting.  So I was

12  present.  I gave feedback according to if -- with

13  information, but Rachel is the identified trainer in

14  these session.

15      Q    Which of these trainings relate to

16  identification of students that are at risk for more

17  restrictive placement?

18      A    I would have to go through each of these.

19  And also, most of those areas that are covered by

20  Rachel during supervision, direct supervision, with

21  the therapist, and that is part of each staff

22  member's overall supervision plan, and it's in their

23  HR file.

24      Q    Do you have my question in mind?

25           My question was, which of these trainings



1  in Exhibit 875 relate to identification of students
2  at risk for more restrictive placement?
3       A    It doesn't have the title, just as you
4  roll that out, but there is a training on MG 0078,
5  where it's speaking of engaging with child's family
6  and they're discussing trauma informed view, and
7  that's just one of the evidence-based trainings.  It
8  doesn't say this is for children with -- who are
9  high risk or violent, but these are practices for
10 any child that's in any level.
11           So that was on MG 0079.
12      Q    So are there any of these trainings that
13 specifically relate to early detection of children
14 at risk for referral for more restrictive placement?
15      A    I believe you would find that training as
16 mentioned in each of the therapist's supervision
17 training that is provided by Rachel White as well.
18 It's not listed on this as the topic of training,
19 but it's within their training supervision, which is
20 additional training they received.
21      Q    But it's not included in Pages MG 71 to
22 85?
23      A    I have not finished reviewing each one
24 yet, but MG --
25      Q    Why don't you take a look through?



1    A    Okay.

2         (Pause.)

3    A    In speaking with your original question

4  about the higher risk behaviors, MG 0081 was a

5  training provided, moderate customized care

6  coordination, and that speaks to those three young

7  adults who may be in danger of having to move to a

8  higher level of care.

9         And the same thing with MG 0082.  It's

10  discussing strategies on engaging families of

11  children with moderate customized care needs.

12        As well as MG 0084, where it speaks of

13  discussion and presentation on identifying of

14  moderate range youth who have more complex needs for

15  treatment.  And it goes into discussing and

16  identifying the six practice elements associated

17  with engagement of those individuals.

18    Q    I'm sorry, what page was that?

19    A    That was MG00084.

20        And MG00085 is speaking of Hope statement

21  and setting the frame, which is the role of the

22  therapist for the moderate range kids, and that is

23  about the communication and service roll-out between

24  all parties that are working with the moderate range

25  care individuals.



```
 1            And MG00086, moderate customized care

 2    coordination practice element, youth and family

 3    hope, what is the destination that the family wants

 4    to go, and this is speaking of tailoring treatment

 5    for youth and young adults with more complex needs,

 6    and environmental family engagement challenges.

 7        Q    What are -- who are moderate core

 8    patients?

 9        A    Moderate children are identified as those

10    children who have struggles that regular traditional

11    outpatient services may not be enough for this

12    child, and so by increasing and going back and

13    resetting the frame to take a deeper dive and look

14    at the family and identifying the needs of each

15    individual family, and that is led by the therapist,

16    who then tailors treatment, including community

17    services, peer services, and therapy services, in

18    order to wrap up the child with needed services.

19            I think I did finish going through those.

20    That was the last one that I listed for you, was

21    delivered to our agencies.

22        Q    So of those services that you just listed,

23    do any of them involve observation of the children

24    in the classroom with the teacher?

25        A    No.  Not these particular trainings.
```



1    Q    Do any of those trainings relate to

2    assessing the function of disruptive or violent

3    behavior?

4    A    The moderate customized care strategies,

5    the ones I just listed, that's those individuals who

6    have more intense behaviors would fit into -- that

7    would be the level of care and what's beneficial for

8    them, that wrapping of services.

9    Q    And does that involve any kind of

10   functional behavior assessment?

11   A    The Hope Scale and the Family Empowerment

12   Scale is used, also with the CANS, and the

13   behavioral health assessments that I earlier

14   identified.

15   Q    So are these related to functioning of the

16   individual within the school?

17   A    This can be used for -- this is not only

18   the school.  School, home, community.  So, yes.

19   Q    Which of these trainings were

20   evidence-based for severe problem behavior?

21   A    The ones that I indicated to you are

22   process, and the MC3 is about process, but it

23   includes all of the evidence-based that I identified

24   earlier today that we provided to youth and young

25   adults, according to their needs.



1         MS. COHEN:  Let's mark as Exhibit 876 a

2     copy of the Georgia Apex Program Annual

3     Evaluation Results from July 20th to June 2021.

4         This was produced by DBHDD.

5         I don't have the Bates number for some

6     reason, but I, because it's so voluminous, I

7     numbered it myself.

8         (WHEREUPON, Plaintiff's Exhibit-876 was

9      marked for identification.)

10        MS. McGOVERN:  Did you want her to review

11    the whole thing or direct her?

12  BY MS. COHEN:

13    Q    I'll be glad to point you -- you may

14  review it or I can direct you.

15        Are you familiar with this?

16    A    Yes.

17    Q    What is it?

18    A    It is a Georgia Apex Program Annual

19  Evaluation Results that are aggregated by the Center

20  of Excellence and distributed to Apex providers.

21    Q    And is this something that was

22  distributed -- and distributed to and reviewed by

23  you at the OCYF Fall Consortium Meeting?

24    A    I can't recall.  I'm sorry.

25    Q    In general, was it the practice of DBHDD



1  to review these annual evaluation reports -- results

2  with the CSBs?

3        A    Yes.

4        Q    So it's likely that you went over it at a

5  meeting?

6        A    At a meeting, yes.

7        Q    And then there was a follow-up?  It was

8  sent to you in follow-up?

9        A    Yes.

10        Q    By Danielle Jones?

11        A    Yes, yes.

12        Q    I'm going to refer to Page 19.

13        A    Okay.

14             MS. McGOVERN:  She's ready.

15             MS. COHEN:  Just give me one second.

16  BY MS. COHEN:

17        Q    Now, this report is a summary of what?

18        A    Information that is given to them by

19  providers, the Apex providers.

20        Q    Such as CSBMG, right?

21        A    Yes.

22        Q    You fill out an annual --

23        A    Connie Smith completes that.

24        Q    Connie Smith fills out an annual response

25  to a survey by the Center of Excellence on behalf of



 1  DBHDD?

 2        A    Yes.  Sorry.

 3             She gathers the information from whatever

 4  reporting source that needs to be.

 5        Q    And this slide is called "Top Three

 6  Referral Reasons," and it says that, quote:

 7  "Students are referred for several reasons to

 8  behavioral health services.  When asked to indicate

 9  the top three referral reasons, providers indicated

10  that classroom conduct (58%), behavior outside of

11  the classroom (58%), and depression (55%) were the

12  top three reasons."

13             Is that consistent with your experience at

14  CSBMG?

15        A    I would have to gather data because

16  there's many different reasons that youth and young

17  adults come to see us.

18        Q    What does classroom conduct refer to?

19        A    I don't -- as far as when they wrote that,

20  I could only tell you what I assume that definition

21  of classroom conduct is and not speak for what they

22  mean.

23        Q    Sure.  What did you assume it was?

24        A    Behavior in the class.  Behavior -- their

25  behavior in the classroom.



1      Q    And what is behavior outside the

2   classroom?

3      A    Behavior outside the classroom would refer

4   to those behaviors that weren't in the classroom.  I

5   don't know if they're assuming or they're speaking

6   of at home or in the hallway, or what that indicator

7   is.  They would have to answer that question.

8      Q    Well, when CSBMG filled out this survey,

9   how did it respond?

10      A    I would have to refer to Connie because

11   she gathered that data, as to how her responses were

12   and what they were based on.

13      Q    There's also a reference to students who

14   were discharged.

15           Let me see if I can find that.

16           Let's go to actually Page 57.

17           Let's go to Page 26.  Sorry.

18           Actually, I'm going to send you to Page 23

19   -- I'm sorry, 21.

20           Okay.  Sorry.  It's late in the day.

21           On Page 21 of 878, it says there were

22   10,000 overall students.  Is that consistent with

23   your understanding?

24           MS. McGOVERN:  Objection to form.

25      A    I can only read the number.  I don't know



1    where they got this information.

2        Q    It also indicates that a total of 99,608

3    services were delivered, at Page 23?

4        A    That's what it says here.

5        Q    So that's approximately 10 services per

6    student?

7        A    I cannot speak to their data in gathering

8    because it's different service providers.

9        Q    No.  My question is, is that consistent

10   with the experience of CSBMG?  Sorry.

11       A    I would have to refer to Connie Smith,

12   since she gathers that data, for an accurate

13   response.

14       Q    Looking at Page 31, this is a page that

15   indicates the modality of different kinds of

16   treatment, and it says:  "Cognitive-behavioral

17   therapy is utilized most frequently by providers,"

18   and that's also true of CSBMG?

19       A    I would have to look at our individual

20   data in order to be able to give you an answer.

21       Q    And what kinds of cognitive -- is there

22   cognitive-behavior therapy used by CSBMG that

23   relates to the functions of the behavior?

24       A    I would -- I would refer that question to

25   the clinical supervisor and the therapist who



1   provide these services.

2       Q    Is there any effort made by CSBMG to teach

3   replacement behaviors?

4       A    I would refer to our clinical supervisor

5   as to what she teaches the other providers.

6       Q    There's a reference to play therapy.  Is

7   that a therapy that is used by CSBMG?

8       A    I can't say that we have -- we don't have

9   any staff here who are currently trained as play

10  therapists, but they have received training from

11  outside trainers, webinars, training sources, on

12  interventions relating to play therapy.  But we to

13  not have any play therapists on our staff.

14      Q    At Page 50 there's a description of Tier I

15  Universal Prevention Activities.

16      A    Okay.

17      Q    Which of these does your staff participate

18  in?

19      A    Please give me a moment to look at it

20  before I answer.

21           (Pause.)

22      A    Staff meetings, faculty consultation,

23  school events, in-service trainings when asked of

24  mental health, local interagency planning teams

25  meetings.



1        Q     Who attends that on behalf of your agency?

2        A     Whoever the therapist or case manager is,

3    but that is based on solely those meetings.  Only

4    the parent can invite those who they want to attend,

5    and that is -- that's kind of a set rule.  So if

6    they want the therapist or if they want the case

7    manager, then at that time we attend all those

8    meetings.

9        Q     Are those the meetings at which

10   recommendation for individual students are

11   discussed, local interagency planning team, or LIPT,

12   meeting?

13       A     That is identified by the parents which

14   community partners they want to be involved in those

15   meetings, and then the parent comes in.  They

16   present the underlying challenges that they're

17   having, and the partners come together on what

18   services, resources that they can to in order to

19   help the family based on what their need is.

20       Q     So what is the purpose of the LIPT

21   meetings?

22       A     Whenever a child needs additional help or

23   additional community partners, when their needs are

24   in several different resource areas, then the team

25   comes together and meets according to helping the

1   family meet those needs.

2        Q    And what, what -- what options are

3   considered by the families at those meetings?

4        A    Just based on what the needs of the child

5   is and which of those resources that are presented

6   that the family wants.  It's totally ran by the --

7   or the family's choice in everything that occurs in

8   the LIPT meetings.

9             We also participate -- I didn't finish --

10  in IEPs, and if -- or if requested to be present for

11  504 plans with parents, mental health events, and we

12  also have a mental health clubhouse, and we assist

13  with those referrals as well.

14       Q    Now I'm going to direct your attention to

15  Page 27, and this is a slide that references

16  students discharged from the Apex program.

17            It says that the biggest reason that

18  students were discharge from the Apex program is

19  lack of engagement.

20            Is that an issue that your agency has

21  encountered?

22       A    To my knowledge, I would have to refer to

23  our data and refer to Connie Smith, but that is not

24  -- has not, to my knowledge, being because of lack

25  of engagement from the individuals.



1      Q     When you attended the Apex meetings, did

2   you hear any discussion of the lack of engagement as

3   an issue in Apex programs?

4      A     Not that I recall.

5      Q     It looks like 40 percent of the students

6   discharged from Apex were discharged by reason of

7   lack of engagement.  Is that something that was ever

8   discussed at any of those OCYF meetings that you

9   attended?

10      A     Not to my knowledge.

11            MS. COHEN:  Why don't we take a brief

12         break, and then I'm hoping we can wind up.

13            THE VIDEOGRAPHER:  We're off the record at

14         4:44 p.m.

15            (A recess was taken.)

16            THE VIDEOGRAPHER:  We are back on the

17         record at 4:55 p.m.

18   BY MS. COHEN:

19      Q     Are you familiar with the Voices of

20   Georgia group?

21      A     Voices of Georgia, yes.

22      Q     What is that?

23      A     From, from what I know, an advocacy group.

24   They reach out, provide different platforms and

25   education and information for the people of Georgia



1  concerning the behavioral health field.

2      Q    And have you interacted with individuals

3  from Voices of Georgia?

4      A    As -- if they ask us to be a part of some

5  sort of training, or if they've asked questions

6  concerning getting the information to share with

7  readers and all, during their newsletter and all as

8  well.  We've been asked questions before.

9      Q    And did someone from Voices of Georgia

10  come and interview individuals from your agency with

11  regard to the Apex program?

12     A    The one that I recall was done by

13  telephone, I believe.  It was during the heart --

14  the heart of COVID, when COVID was going on, and

15  that's the one I recall.

16     Q    Was it in 2020?

17     A    I can't recall the date.

18     Q    But do you to recall that your agency

19  cooperated with the Voices of Georgia interview?

20     A    As far as answering questions, they were

21  likely doing a check-in and answering questions,

22  yes.

23     Q    And who, who was the individual from your

24  agency who responded to questions from Voices of

25  Georgia?



1      A    I would have to be able to look at it to

2  remember.  I do know there has been one where

3  they've asked me questions and I've responded to

4  them.

5      Q    Are you the principal person from your

6  agency who has responded to Voices of Georgia?

7      A    I believe -- and this would be -- I would

8  have to refer back to it, but I think I recall

9  Connie Smith, but I don't know that without

10  referring back.

11     Q    And how many hours was the interview?

12     A    Oh, it was only minutes, I can remember,

13  just having a call for a few minutes.  Or maybe no

14  longer than 15, 20, 30 minutes.

15     Q    I think with respect to all of the

16  questions regarding functional behavior assessments,

17  you had referred those to --

18     A    Yes.  Any questions to the clinical

19  supervisor for more in-depth information that you

20  asked before.

21     Q    Let me ask you a couple of questions about

22  supervision with Rachel White.

23     A    Okay.

24     Q    And the trainings.

25          MS. COHEN:  Let me see if I can pull that



1      exhibit again.

2            Here it is.

3            I'm going to put in front of you Exhibit

4      875.

5      A     Okay.

6      Q     What trainings were based on

7   evidence-based practices?

8      A     Please give me a few minutes to review

9   this.

10           (Pause.)

11     A     MG00077, it speaks of the missing link.

12  It also speaks of DBT and CTR techniques for staff

13  to utilize with individuals served.

14           And MG00078 training focused on

15  traditional view versus trauma informed view.  And

16  it spoke on utilizing trauma informed tools,

17  highlighting assessments and screenings along with

18  evidence-based practices.

19           Also, any training with basic practices of

20  trauma focus, CBT interventions.

21           And out of the forms that you gave me,

22  these are the two out of these forms.

23     Q     And how long were those trainings?

24     A     I would have to refer back to the actual

25  training sheets in order to tell you exactly how



1  long each of the trainings lasted.

2      Q    So aside from the trainings that are in

3  those sheets that we're looking at in this exhibit,

4  what other trainings were provided to your staff on

5  evidence-based practices?

6      A    As I mentioned earlier, training

7  supervision that is held monthly with the therapy

8  staff, and that is conducted by Rachel White, who is

9  the clinical supervisor.

10     Q    Do you attend those trainings?

11     A    The monthly trainings, no, I do not attend

12  those.

13     Q    So remind me again, what are the

14  evidence-based practices that you use?

15     A    Our agency utilizes DBT, CBT, trauma

16  informed CBT, behavior modification, CTR.  And I

17  believe that covers them all.

18     Q    And I think you said that the staffings

19  occur at your monthly -- the trainings occur at your

20  monthly staff meeting?

21     A    These particular trainings, but we have

22  additional trainings and supervision that occurs

23  with the therapists who provide individual and

24  family therapy, and those are conducted by Rachel

25  White.



1      Q    And how long is your monthly staff

2   meeting, that you run?

3      A    2-1/2 hours, typically.

4      Q    So is --

5      A    It may go longer.

6      Q    Is that the approximate length of these

7   trainings?

8      A    I would have to refer back.  It's

9   according to the information that was covered.  I

10  would have to refer back to the actual staffing

11  minutes.

12     Q    Do you have a copy of the written

13  materials for those trainings?  Do you maintain

14  them?

15     A    Rachel White, who provides that

16  information, maintains copies and has training

17  materials that she utilizes during supervision and

18  trainings.

19     Q    But how about for the trainings at your

20  staff meetings?

21     A    Because she conducts those, she does have

22  those, yes.

23     Q    Okay.  And then how many staff members

24  does Rachel White supervise?

25     A    I would have to -- I think earlier, when I



1  indicated, when you asked me for July, we indicated

2  there were 24 therapists, and within those staff,

3  that four of those were licensed, and that would be

4  20 staff members who are not licensed who would be

5  under Rachel White's clinical supervision, monthly

6  supervision.

7       Q    And how much time does she spend with each

8  of these -- I'm sorry.

9            Is the training individual -- or is the

10  supervision individual or group?

11      A    There does a set group training that

12  occurs once a month -- once each month, from 9

13  o'clock until noon, as well as she does individual

14  supervision and training with them as cases occur,

15  as she feels they may need additional help in

16  certain areas, or as they request.

17      Q    How long is each of the monthly meetings

18  for supervision?

19      A    Three hours.

20      Q    So there's one monthly supervision meeting

21  of three hours, and all of the staff members that

22  she supervises is required to attend?

23      A    Yes.  If she provides supervision to them,

24  they must attend, unless of sickness or -- and then

25  they are required to make that up through individual



1   training.

2        Q    How much time does she spend meeting with

3   the individual staff members?

4        A    You would have to refer to her directly to

5   get an accurate, because she keeps the log of the

6   clinical supervision.

7        Q    And what is Rachel White's training?

8        A    She is a CPCS, who is -- that means she

9   has the credential to be able to offer supervision

10  to unlicensed providers in the State of Georgia.

11  She's also a Licensed Professional Counselor.

12       Q    And does she have training in functional

13  behavioral assessment?

14       A    I would have to refer to her personnel

15  record to be able to accurately give you all of

16  those, but Rachel would be able to give you that

17  information.

18       Q    And does she have any training in applied

19  behavioral analysis?

20       A    She does -- that is not her specialty, so

21  no, she does not have training in that particular

22  area.

23       Q    Where did she receive the training on the

24  evidence-based practices that she teaches?

25       A    Those would have been outside trainings



```
 1   where she obtained certification.  I would have to

 2   refer to her personnel file where that is

 3   maintained.

 4          MS. COHEN:  I don't think I have anything

 5       further, subject to anything that the State may

 6       ask, or that Ms. McGovern may ask in

 7       clarification.

 8          MS. McGOVERN:  I'm not going to have any.

 9          Does the State have any questions?

10          MS. HERNANDEZ:  I do not.  Thank you.

11          MS. McGOVERN:  Okay.

12          THE VIDEOGRAPHER:  So I have a standing

13       order for Ms. Cohen and Ms. Hernandez, and

14       McGovern you don't need a video, correct?

15          MS. McGOVERN:  I don't need a video.

16          She is going to read and sign.

17          THE VIDEOGRAPHER:  Thank you.

18          That concludes the deposition of Marnie

19       Braswell.

20          We're off the record at 5:09 p.m.

21          (Whereupon, the deposition concluded at

22       5:09 p.m.)

23

24

25
```



MARNIE BRASWELL                                    January 26, 2023
UNITED STATES vs STATE OF GEORGIA                              213

```
 1                   C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   FULTON COUNTY:

 5

 6          I hereby certify that the foregoing

 7   transcript of MARNIE BRASWELL was taken down, as

 8   stated in the caption, and the questions and answers

 9   thereto were reduced by stenographic means under my

10   direction;

11          That the foregoing Pages 1 through

12   212 represent a true and correct transcript of

13   the evidence given upon said hearing;

14          And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20          IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 2nd day of February, 2023.

22

23   _____

24          Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
1              D I S C L O S U R E

2   STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
    FULTON COUNTY       MARNIE BRASWELL - 1/26/23
3              Pursuant to Article 10.B of the Rules and

4   Regulations of the Board of Court Reporting

5   of the Judicial Council of Georgia, I make the

6   following disclosure:

7              I am a Georgia certified court reporter.

8   I am here as a representative of Esquire Deposition

9   Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Attorney's

11  Office to provide court reporter services for this

12  deposition.  Esquire Deposition Solutions, LLC will

13  not be taking this deposition under any contract

14  that is prohibited by O.C.G.A. 9-11-28 (c).

15             Esquire Deposition Solutions, LLC has no

16  contract/agreement to provide court reporter

17  services with any party to the case, or any counsel

18  in the case, or any reporter or reporting agency

19  from whom a referral might have been made to cover

20  this deposition.

21             Esquire Deposition Solutions, LLC will

22  charge the usual and customary rates to all parties

23  in the case, and a financial discount will not be

24  given to any party to this litigation.

25
```

1   United States of America vs. State of Georgia

2   Esquire Job No. J9103670

3            DECLARATION UNDER PENALTY OF PERJURY

4

5            I declare under penalty of perjury that I

6   have read the entire transcript of my deposition taken in

7   the above-captioned matter or the same has been read to

8   me, and the same is true and accurate, save and except

9   for changes and/or corrections, if any, as indicated by

10  me on the DEPOSITION ERRATA SHEET hereof, with the

11  understanding that I offer these changes as if still

12  under oath.

13

14  Signed on the_____day

15  of _____, 2023.

16

17

18

19  _____

20  MARNIE BRASWELL

21

22

23

24

25



```
                   DEPOSITION ERRATA SHEET

                        J9103670

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____
_____

Page No.___Line No.___Change to:_____

SIGNATURE:_____DATE:_____

             MARNIE BRASWELL
```



MARNIE BRASWELL                                    January 26, 2023
UNITED STATES vs STATE OF GEORGIA                         217

```
 1              DEPOSITION ERRATA SHEET

 2                   J9103670

 3   Page No.___Line No.___Change to:_____

 4   _____

 5   Page No.___Line No.___Change to:_____

 6   _____

 7   Page No.___Line No.___Change to:_____

 8   _____

 9   Page No.___Line No.___Change to:_____

10   _____

11   Page No.___Line No.___Change to:_____

12   _____

13   Page No.___Line No.___Change to:_____

14   _____

15   Page No.___Line No.___Change to:_____

16   _____

17   Page No.___Line No.___Change to:_____

18   _____

19   Page No.___Line No.___Change to:_____

20   _____

21   Page No.___Line No.___Change to:_____

22   _____

23   Page No.___Line No.___Change to:_____

24   SIGNATURE:_____DATE:_____

25              MARNIE BRASWELL
```

