**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**PATRICIA J. WOLF**

*October 06, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                              CIVIL ACTION NO.
                                 1:16-CV-03088-ELR
STATE OF GEORGIA,

      Defendant.


VIDEOTAPED DEPOSITION OF PATRICIA JOANN WOLF

Taken on behalf of the Plaintiff,

pursuant to Notice and agreement of counsel,

in accordance with the Federal Rules of Civil Procedure

before Maxyne Bursky, RPR, CRR, CRC

Certified Court Reporter

At 110 N. ABC Street, Milledgeville, Georgia

On October 6, 2022, between the hours of

9:21 a.m. and 6:07 p.m.

 1   APPEARANCES OF COUNSEL:

 2

 3   On behalf of the Plaintiff:

 4           KELLY GARDNER, ESQUIRE
             LAURA CASSIDY TAYLOE, ESQUIRE
 5           U.S. Department of Justice
             Civil Rights Division
 6           950 Pennsylvania Avenue, N.W.
             Suite 4300
 7           Washington, D.C. 20579
             T:   202.305.3753
 8           E-mail:  Kelly.Gardner@usdoj.gov
                      Laura.Tayloe@usdoj.gov
 9

10   On behalf of the Defendant:

11           DANIELLE HERNANDEZ, ESQUIRE(Videoconferenced)
             MELANIE JOHNSON, ESQUIRE (Videoconferenced)
12           The Robbins Firm
             500 14th Street, N.W.
13           Atlanta, Georgia 30318
             T:   678.701.9381
14           E-mail:  DRamirez@robbinsfirm.com

15
     On behalf of the Witness:
16
             HIEU M. NGUYEN, ESQUIRE
17           Harben, Hartley & Hawkins, LLP
             340 Jesse Jewell Parkway
18           Wachovia Center, Suite 750
             Gainesville, Georgia 30501
19           T:   770.534.7341
             E-mail:  Hnguyen@hhhlawyers.com
20

21

22   ALSO PRESENT:

23           AUSTIN KING, Videographer

24

25
     (Continued on following page)



```
 1   ALSO PRESENT VIA ZOOM:

 2       LAURA COHEN, ESQUIRE, Department of Justice

 3       ANDREA HAMILTON, ESQUIRE, Department of Justice

 4       MICHELLE TUCKER, ESQUIRE, Department of Justice

 5       RENEE WOHLENHAUS, ESQUIRE, Department of Justice

 6       SANDRA LeVERT, Paralegal, Department of Justice

 7       CHANTEL MULLEN, Paralegal, Department of Justice

 8       VICTORIA LILL, Paralegal, Department of Justice

 9                        - - - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX TO PROCEEDINGS

 2                                            Page No.

 3    Examination by Ms. Gardner                   9

 4    Examination by Ms. Hernandez              277

 5

 6                      - - - - -

 7                    INDEX TO EXHIBITS

 8    Plaintiff's
      Exhibit No.        Description           Page No.
 9
          463    Subpoena to witness, 3 pages     13
10
          464    Resume of witness, 4 pages       19
11
          465    Email chain, top from Wolf to
12               Cleveland 1-5-18, GA 14956-57    53

13        466    Email chain, top from Wolf to
                 Cleveland 4-8-19, GA 343802-803  56
14
          467    GNETS of Oconee Total Students
15               Served by Year, FY20-FY22 as of
                 9-22-21, 1 page                  69
16
          468    GNETS of Oconee brochure, 4 pages 71
17
          469    Email chain, top from Wolf to
18               Cleveland 9-12-19, GA 952013-16
                 with attachment                 100
19
          470    Grants Proposal by GNETS of Oconee
20               Fiscal Year 2022               104

21        471    Board update for 8-10-21 RESA Board
                 of Control Meeting, 4 pages     109
22
          472    GNETS of Oconee Professionally
23               Qualified Status All Staff
                 spreadsheet (deemed - electronic
24               only)                           118

25
```



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              5

INDEX TO EXHIBITS

Plaintiff's
Exhibit No.            Description                  Page No.

473      Board update for 7-9-19 RESA board
         meeting (deemed - electronic only)     122

474      Email chain, top from Wolf to
         Cleveland 4-30-18, GA 320205-207       126

475      Email chain, top from Wolf to
         Cleveland 5-14-18, GA 321938-940       129

476      Email chain, top from Wolf to
         Rahming 9-29-17, GA 794101-104         132

477      Email chain, top from Wolf to
         McCollum 5-23-17, GA 3817180-182       138

478      Email chain, top from Cleveland
         to Wolf 6-13-18, GA 326123-125         141

479      Email chain, top from Cleveland
         to Wolf 7-24-18, GA 329465-469         144

480      Enrollment rosters FY20-22
         (deemed - electronic only)             158

481      Email chain, top from Cleveland
         to Wolf 12-14-18, GA 337910-911
         with attachment                        166

482      GNETS Confidential Student
         Information Packet Revised 10/2020,
         4 pages                                170

483      GNETS Guiding Questions for
         Consideration of GNETS Services
         Revised June 2018, 2 pages             172

484      GNETS Services Flow Chart Revised
         October 2020, 1 page                   175

485      Request for GNETS Consultation
         Revised October 2020, 2 pages          182



```
 1                        INDEX TO EXHIBITS

 2      Plaintiff's
 3      Exhibit No.         Description              Page No.

 4        486      Email from Wolf to Derr, et al.
                   9-6-17 with attachment,
 5                 GA 793042-50                        187

 6        487      Email from Wolf to Rahming 10-4-17
                   with attachment, GA 794159-169      190
 7
          488      Email from Wallace, et al. 10-4-17
 8                 with attachment, GA 794197-207      191

 9        489      Email chain, top from Wolf to
                   Rahming 10-24-17, GA 132036-37      192
10
          490      Email chain, top from Wolf to
11                 Rahming 11-7-17 with attachment,
                   GA 1941385-396                      194
12
          491      Email from Wolf to Rahming 11-16-17
13                 with attachment, GA 13170-172,
                   GA 13172001-16, and GA 13173-81     197
14
          492      Email chain, top from Rahming to
15                 Wolf, et al. 12-11-17, GA 14016-17  199

16        493      Email from Wolf to Cleveland
                   6-20-18 with attachment,
17                 GA 327280-89                        201

18        494      Email from Wolf to Cleveland
                   6-21-18, GA 327446                  203
19
          495      Email from Wolf to Cleveland et al.
20                 7-16-18, GA 328367-68               204

21        496      Email from Wolf to Rahming 1-17-17
                   with attachment, GA 130964-68       207
22
          497      Email chain, top from Wolf to
23                 Rahming 11-18-16, GA 42505-6        213

24        498      Email chain, top from Rahming to
                   Wolfe 8-2-16, GA 781443-4           215
25
```



1
                              INDEX TO EXHIBITS
2
        Plaintiff's
3       Exhibit No.          Description              Page No.

4        499       Email from Wolf to Cleveland
                   6-14-18 with attachment, GA
5                  326222-233                         218

6        500       Email chain, top from Wolf to
                   Cleveland 6-14-18, GA 326259-60    222
7
         501       Email from Wolf to Cleveland
8                  11-30-20, GA 364299                225

9        502       GNETS of Oconee Mid-Year
                   Strategic Plan Review 1-14-21,
10                 20 pages                            227

11       503       Email chain, top from Wolf to
                   Gay 12-31-15 with attachment,
12                 GA 403823-34                        241

13       504       Email from Wolf to Rahming
                   2-1-16 with attachment, GA
14                 62023-30                            248

15       505       Email from Wolf to Stevenson
                   11-12-19, GA 953836-38              253
16
         506       Email from Cleveland to Wolf
17                 12-19-17 with attachment,
                   GA 14432-34 and 2 additional
18                 pages                               257

19       507       Email from Wolf to Cleveland
                   9-14-18 with attachment,
20                 GA 332753-54 and one additional
                   page                                262
21
         508       Email from Wolf to Rahming
22                 1-19-17, GA 130985                  267

23       509       Email chain, top from Wolf to
                   Rahming 3-7-16, GA 40936-37         269
24
                          - - - - -
25



1          THE VIDEOGRAPHER:  Good morning.  We are now

2     on the record.  The time is 9:21 a.m. on Thursday,

3     October 6, 2022.

4          This begins the videotaped deposition of

5     Patricia Wolf taken in the matter of the United

6     States of America v. State of Georgia, et al. filed

7     in the United States District Court for the

8     Northern District of Georgia, Case Number which is

9     116-CV-03088-ELR.

10          The videographer today is Austin King.  The

11     court reporter is Maxyne Bursky.  We are both

12     representing Esquire Deposition Solutions.

13          Counsel, will you please announce your name

14     and whom you represent after which the court

15     reporter will swear in the witness.

16          MS. GARDNER:  Kelly Gardner for the United

17     States.

18          MS. TAYLOE:  Laura Tayloe for the United

19     States.

20          MR. NGUYEN:  Hieu Nguyen on behalf of the

21     witness.

22          MS. HERNANDEZ:  Danielle Hernandez on behalf

23     of the State of Georgia.  And I'm also joined by my

24     colleague, Melanie Johnson.

25     (Continued on the following page.)



1                    _____

2                         PATRICIA JOANN WOLF

3            a witness herein, being first duly sworn,

4             was examined and testified as follows:

5                            EXAMINATION

6    BY MS. GARDNER:

7        Q    Good morning, Ms. Wolf.

8        A    Good morning.

9        Q    How are you today?

10       A    I'm fine, thank you.

11       Q    My name is Kelly Gardner and I represent the

12   United States.  I am going to be taking your deposition

13   today.  Would you please state your full name for the

14   record?

15       A    Patricia Joann Wolf.

16       Q    Ms. Wolf, have you ever been deposed before?

17       A    No.

18       Q    You are being represented today by Mr. Nguyen

19   for purposes of your deposition?

20       A    Yes.

21       Q    I'm sure he has explained a lot of this to

22   you, but today you and I are going to have a

23   conversation.  I am going to ask the questions and your

24   only job is to answer them honestly and completely.  Do

25   you understand that?



 1      A    Yes.

 2      Q    The court reporter has sworn you in.  That

 3  means that everything you say here today is under oath

 4  and must be truthful.  Do you understand that?

 5      A    Yes.

 6      Q    The court reporter is going to write down what

 7  you and I say in order to have a transcript of our

 8  conversation.  She can't record a nod or a shake of

 9  your head so in order to make her job easier, I am

10  going to ask that you speak clearly and that you give

11  oral answers.  Can we agree on that?

12      A    Yes.

13      Q    The other thing that you and I will need to do

14  is to try to avoid talking over each other so I am

15  going to do my best to try not to interrupt you when

16  you are answering and if you can let me finish my

17  question before you start to answer, that will make the

18  court reporter's job easier, okay?

19      A    Yes.

20      Q    If at any point you don't understand a

21  question that I ask, you should feel free to stop me

22  and say so and I will try to clarify the question,

23  okay?

24      A    Yes.

25      Q    If you need a break at any time, just let me



1   or your attorney know and if you are in the middle of

2   answering a question, I will ask that you finish the

3   question and then we can see what we can do about a

4   break, okay?

5        A    Yes.

6        Q    Sometimes it may happen that you give an

7   answer as completely as you can and later on, five

8   minutes later, an hour later, later in the afternoon

9   you may remember some additional information in

10  response to an earlier question.  If that happens and

11  you want to add anything, just let me know and we'll

12  give you an opportunity to do that, okay?

13       A    Yes.

14       Q    Is there any reason you can think of why you

15  will not be able to answer my questions completely and

16  truthfully today?

17       A    No.

18       Q    Do you have any questions for me before we

19  proceed?

20       A    No.

21            MS. GARDNER:  Before we get into questions, I

22       do just want to note for the record that counsel

23       have agreed that all objections except as to form

24       and privilege are reserved until trial.

25       Q    Ms. Wolf, did you do anything to prepare for



1    today's deposition?

2        A    No.

3        Q    Did you meet with counsel?

4        A    I did.

5        Q    When was that?

6        A    It was Monday.

7        Q    How long did you meet with counsel?

8        A    Approximately 30 minutes.

9        Q    Did you meet with anyone other than counsel in

10   preparation for this deposition?

11       A    No.

12       Q    Did you talk to anyone other than counsel?

13       A    No.

14       Q    Did you review any documents in preparation

15   for today's deposition?

16       A    No.

17       Q    Have you had any conversations with any other

18   GNETS directors about your deposition or their

19   depositions?

20       A    No.

21       Q    Have you reviewed any other deposition

22   transcripts in this matter?

23       A    No.

24            MS. GARDNER:  I am going to hand the court

25       reporter what I would like to have marked as



1        Plaintiff's Exhibit 463.

2            MS. HERNANDEZ:  Kelly, is there a way you can

3        either email me the exhibits or show them on the

4        screen?

5            MS. GARDNER:  Danielle, I don't think we are

6        going to be able to show all of them on the screen.

7        I will check in with one of our paralegals to see

8        if they can email the documents as we go along.  We

9        can do that but I will continue to move through the

10       questions so hopefully those come through quickly.

11           MS. HERNANDEZ:  Okay, thank you.

12           (Plaintiff's Exhibit 463 was marked for

13       identification.)

14           (Witness reviewing document.)

15   BY MS. GARDNER:

16       Q    Ms. Wolf, you have been handed what has been

17   marked as Plaintiff's Exhibit 463.  Am I correct that

18   this is a subpoena to testify at a deposition in a

19   civil action?

20       A    Yes.

21       Q    The subpoena is directed to Pat Wolf; is that

22   correct?

23       A    Yes.

24       Q    That's you?

25       A    Yes.



1       Q     Have you seen this document before?

2       A     I'm not sure.

3       Q     The top of this document has the case name,

4   United States v. Georgia, do you see that?

5       A     Yes.

6       Q     Do you understand that this deposition is

7   being taken in connection with litigation against the

8   State of Georgia?

9       A     Yes.

10      Q     Do you understand that that litigation relates

11  to the Georgia Network for Educational and Therapeutic

12  Support program?

13      A     Yes.

14      Q     Are you aware that that program is more

15  commonly referred to as the GNETS, GNETS program?

16      A     Yes.

17      Q     So if I use the term GNETS, you will

18  understand that to mean the Georgia Network for

19  Educational and Therapeutic Support program?

20      A     Yes.

21      Q     When did you first learn of this litigation?

22      A     It's been several years ago.  I don't know

23  exactly when.

24      Q     How did you learn of the litigation?

25      A     Initially, I believe the program manager over



1    GNETS at the time discussed it with us.

2        Q    Who was the program manager over GNETS at that

3    time?

4        A    I think it was Virginia O'Connell.

5        Q    Does Virginia O'Connell also go by Ginny,

6    G-I-N-N-Y?

7        A    Yes.

8        Q    What is your understanding of the nature of

9    this lawsuit?

10       A    As I understand it, it is the feeling that

11   GNETS has segregated children from the general

12   education environment.

13       Q    Do you understand anything else about the

14   lawsuit?

15       A    No.

16       Q    In the course of this lawsuit, did GNETS of

17   Oconee receive a subpoena from the United States

18   requesting that it provide certain documents about its

19   regional GNETS program?

20       A    Yes.

21       Q    Were you involved in responding to that

22   subpoena?

23       A    Yes.

24       Q    What role did you play?

25       A    I was the one to gather the documents and send



1  them in from our program.

2      Q    So I take it that you are familiar with all of

3  the documents that were collected and produced in

4  response to that subpoena?

5      A    Yes.

6      Q    When did you first become acquainted with the

7  GNETS program?

8      A    In 1998.

9      Q    How did you become acquainted with the GNETS

10 program?

11     A    I was hired as a program coordinator for the

12 GNETS of Oconee which was then Oconee Psychoeducational

13 Program.

14     Q    What is the GNETS program?

15     A    The GNETS program is a therapeutic program for

16 students that have emotional behavior disorders or

17 other disabilities.  It is the most restrictive

18 environment on the special education spectrum, so

19 serving therapeutic and academic needs.

20     Q    How is the overall network structured?

21     A    There are 24 programs in the State of Georgia.

22 Each of us are regionally based in the RESA catchment

23 areas generally.  Some have physical agents that are

24 RESAs, some have physical agents that are school

25 systems.  Each program has a director and then staff



1  assigned to them under a program manager at the State

2  level.

3      Q    You mentioned earlier that there are 24

4  programs that are regionally based and I believe you

5  said that those regions are tied to the RESA catchment

6  areas; is that correct?

7      A    As I understand it, yes.

8      Q    What is a RESA catchment area?

9      A    Regional Educational Service Agency so each

10 RESA has the local education authority or school

11 systems under their purview to provide support.

12     Q    So there are various county or city school

13 systems that are assigned to a particular RESA

14 throughout the State?

15     A    Correct.

16     Q    That's generally organized in some geographic

17 region?

18     A    Correct.

19     Q    I may be using some acronyms today for brevity

20 so I want to run through a few of those to make sure we

21 are on the same page.

22     A    Okay.

23     Q    If I use the term Georgia DOE, will you

24 understand that to mean the Georgia Department of

25 Education?



1      A    I will.

2      Q    If I use the term State DOE, will you

3  understand that to mean the Georgia Department of

4  Education?

5      A    Yes.

6      Q    If I use the term LEA, will you understand

7  that to mean Local Education Agency?

8      A    Yes.

9      Q    If I use the term RESA, will you understand

10  that to mean Regional Educational Service Agency?

11      A    Yes.

12      Q    If I use the term GNETS centers, will you

13  understand that to mean stand-alone GNETS locations?

14      A    Yes.

15      Q    If I use the term GNETS school-based

16  locations, will you understand that to mean GNETS

17  locations that are based in general education settings?

18      A    Yes.

19      Q    If I use the term PBIS, will you understand

20  that to mean Positive Behavioral Interventions and

21  Supports?

22      A    Yes.

23      Q    If I use the term EBD, will you understand

24  that to mean Emotional and Behavioral Disabilities?

25      A    Yes.



1    Q    If I use the term general education settings,

2    will you understand that to mean public schools in

3    Georgia where children with EBD and other behavioral

4    health conditions receive instruction and services

5    alongside children who do not have disabilities?

6        A    Yes.

7            MS. GARDNER:  I am going to hand the court

8        reporter what I would like to have marked as

9        Plaintiff's Exhibit 464.

10           (Plaintiff's Exhibit 464 was marked for

11       identification.)

12           (Witness reviewing document.)

13   BY MS. GARDNER:

14       Q    Ms. Wolf, you have been handed what has been

15   marked as Plaintiff's Exhibit 464.  Do you recognize

16   this document?

17       A    Yes.

18       Q    What is it?

19       A    It's my resume.

20       Q    Is this a current version of your resume?

21       A    Yes.

22       Q    Are you currently the director of the GNETS of

23   Oconee program?

24       A    I am, yes.

25       Q    How long have you been director of the GNETS



1    of Oconee program?

2        A    Since 1999.

3        Q    I believe you said earlier in 1998 you served

4    as a program coordinator for GNETS of Oconee?

5        A    Yes.

6        Q    Am I correct in understanding you served as

7    program coordinator for about a year before you became

8    the actual director of the program?

9        A    Correct.

10       Q    Do you hold any educational degrees?

11       A    Yes.

12       Q    What degrees are those?

13       A    I have a master's in social work.  I have a

14   specialist in educational leadership.

15       Q    Any other degrees?

16       A    A bachelor's in criminology, yes.

17       Q    Where did you obtain your bachelor's in

18   criminology?

19       A    Florida State University.

20       Q    When was that?

21       A    That was in 1990.

22       Q    You said you have an educational specialist

23   degree?

24       A    Yes.

25       Q    Where did you obtain that degree?



1      A    That was at Georgia College and State

2   University.

3      Q    What year?

4      A    That was in, I have to look, it was in 2008.

5      Q    You said you also have a master's in social

6   work?

7      A    Yes.

8      Q    Where did you receive your master's in social

9   work?

10     A    At Florida State University.

11     Q    What year?

12     A    1992.

13     Q    Do you hold any other professional licenses

14  apart from your educational degrees?

15     A    Yes, I have a license in clinical social work.

16     Q    When did you first obtain your license in

17  clinical social work?

18     A    That was in 1996 in the State of Georgia.

19     Q    Is that licensure still current?

20     A    Yes, it is.

21     Q    Any other professional licenses apart from

22  your educational degrees?

23     A    No.

24     Q    Do you hold any other credentials that are

25  relevant to your work in GNETS that we have not



 1  discussed?

 2      A    Yes, the professional leadership Tier 2

 3  certification with the Georgia Department of

 4  Professional Standards.

 5      Q    What is that?

 6      A    Leadership in social work.

 7      Q    What is required to obtain that certification?

 8      A    You have to have a master's level degree and

 9  certification in leadership and social work.

10      Q    To whom do you report directly in your

11  capacity as director of the GNETS of Oconee program?

12      A    Regarding fiscal and personnel issues, the

13  Oconee RESA executive director, and it is Eddie Morris.

14      Q    Do you report to anyone apart from fiscal and

15  personnel issues?

16      A    No, unless there is a program manager at the

17  State level that may have an issue that may be a parent

18  concern, that person I would report to to respond on

19  that.

20      Q    Who is that program manager at the State level

21  that you are referencing?

22      A    Vickie Cleveland.

23      Q    Does anyone report to you?

24      A    Yes.

25      Q    How many people report to you?



1      A    I have approximately, I don't have my staffing

2   pattern in front of me, but approximately 27 staff that

3   report to me.

4      Q    Is that generally all of the staff at GNETS of

5   Oconee?

6      A    Yes, it is.

7      Q    What are your duties as director of GNETS of

8   Oconee?

9      A    The overall supervision of the program,

10   safety, budget issues, educational and therapeutic

11   issues.

12      Q    I want to take a look at your resume here

13   because you also have some information about your role

14   as director of the GNETS of Oconee program.  Do you see

15   the section that discusses your role as director of the

16   GNETS program?

17      A    I do.

18      Q    So am I correct in this first bullet point

19   that the GNETS of Oconee program serves somewhere

20   approximately between 80 and a hundred students with

21   severe emotional and behavioral challenges?

22      A    That is correct.

23      Q    And those students are in grades K through 12?

24      A    That is correct.

25      Q    If you jump down to the third bullet point it



1   says, "maintain a positive school climate continually

2   seeking to improve academics, reduce discipline,

3   eliminate use of emergency physical restraint and

4   provide effective learning with followup coaching and

5   support to staff."

6        Do you see that?

7   A    I do.

8   Q    In terms of your role continually seeking to

9   improve academics, what steps do you as director take

10  to do that?

11  A    I try to ensure that our teachers are, have an

12  understanding of the curriculum, the Georgia Standards

13  of Excellence and the requirements for each grade level

14  and what is to be taught; have an understanding of how

15  to use the educational programs that they may be using

16  in the classroom; trainings at RESA or at the local

17  school system, that they participate and attend those,

18  that they are fully certified; those kind of things.

19  Q    When you say you try to ensure that teachers

20  have an understanding of the curriculum and the Georgia

21  Standards of Excellence, are there any particular

22  trainings that your staff receive in order to assist

23  them in doing that?

24  A    There are RESA trainings that they will attend

25  but I also provide professional training and learning



1  for them.

2      Q    So you provide professional learning directly?

3      A    I do and sometimes over the years I will have

4  people come in and provide, I can't think of all the

5  trainings offhand, but have people come in and provide

6  it to the staff, and also just in addition to that, the

7  programs that they use, people come in and train them

8  in that as well.

9      Q    When you say the programs that they use, what

10 programs are you referring to?

11     A    For instance, the iReady curriculum, and

12 associates will come in and train the staff yearly as

13 well as Moby Max, Edgenuity, all the teachers are

14 trained in how to use those programs by the people that

15 put the programs out.

16     Q    We will come back to some of those programs.

17 It says here that you also reduce discipline.  Do you

18 see that?

19     A    Yes.

20     Q    What steps do you take to try to reduce

21 discipline?

22     A    We review the data on, as a leadership team on

23 a monthly basis.  The teams, the satellite teams will

24 review the data on a weekly basis generally, sometimes

25 every two weeks and, you know, talk about are there



1    procedural things that can occur that would help

2    support that student in reducing the discipline.  So we

3    just look at each student individually as well as a

4    whole as the classroom.

5        Q    The data you are referring to when you say you

6    review, that's data about the students' behavior?

7        A    Correct.

8        Q    Anything else you do in order to reduce

9    discipline?

10       A    No, not that I know of.

11       Q    It also says here in your capacity as director

12   you work to eliminate use of emergency physical

13   restraint?

14       A    Correct.

15       Q    How do you do that?

16       A    Provide training in deescalation and we use a

17   program called MindSet which is how to safely

18   physically intervene should a student become

19   aggressive.

20       Q    Are all of your staff trained on MindSet?

21       A    Yes.

22       Q    Who provides that training?

23       A    We have in our program, there's five or six

24   MindSet instructors including me.

25       Q    So between the five or six of you, you turnkey



1   that training to the rest of the staff?

2       A    Yes, and provide coaching and support during

3   the year.

4       Q    How often is the staff trained on MindSet?

5       A    At least yearly, but we do a midyear, just not

6   a full training, but a condensed training where we go

7   over the concepts of MindSet.

8       Q    Moving down to the fifth bullet point from the

9   top, it says, "regularly communicate program

10  accomplishments, personnel and/or fiscal needs to the

11  Oconee RESA Board of Control (fiscal agent)."

12          Do you see that?

13      A    Yes.

14      Q    How do you regularly communicate program

15  accomplishments, personnel and/or fiscal needs to the

16  Oconee RESA Board of Control?

17      A    On a monthly basis I provide a written

18  document that the board can review with any kind of

19  accomplishments or student numbers, things like that.

20      Q    Do you create that document?

21      A    Yes.

22      Q    You said you prepare that document monthly?

23      A    Yes.

24      Q    Moving down to the second bullet point from

25  the bottom, do you see where it discusses providing



1    professional learning?

2        A    Yes.

3        Q    Am I correct in understanding that you are a

4    certified instructor for positive behavior supports and

5    interventions?

6        A    Yes.

7        Q    You are also a certified instructor for

8    MindSet as we just discussed?

9        A    Yes.

10       Q    You are a certified instructor for youth

11   mental health first aid?

12       A    Yes.

13       Q    What is youth mental health first aid?

14       A    Youth mental health first aid is a program

15   where we teach educators, anybody in the community

16   about mental health, about teens, kids, adolescents and

17   mental health issues, keeping them from committing

18   suicide, basically.  It's being able to observe those

19   warning signs and be able to intervene and assist them.

20       Q    Do you provide that training to your staff?

21       A    I do, yes.

22       Q    Are all of your staff trained in youth mental

23   health first aid?

24       A    Right now, no.  They have not, not all of them

25   because I have some new staff, so most of them are.  I



1  would say three-fourths of them are trained.

2     Q    How often do you provide the youth mental

3  health first aid training to your staff?

4     A    About every two years.

5     Q    This also says you are a certified instructor

6  in the Person Brain model?

7     A    Yes.

8     Q    What is that?

9     A    The Person Brain model is a trauma-informed

10  care model that goes deep into brain research and how

11  trauma affects the brain in interactions.  It's a

12  two-day training.

13     Q    Do you train your staff on the Person Brain

14  model?

15     A    Yes.

16     Q    How often do you train your staff on that?

17     A    Again, about once every two years.

18     Q    How many of your staff currently are trained

19  on the Person Brain model?

20     A    Again, I would say three-fourths.

21     Q    How did you come to be trained in the Person

22  Brain model?

23     A    I was trained back in, I want to say, maybe

24  2002.  Dr. Paul Baker was another GNETS director who

25  was a neuropsychologist and he created the PersonBrain



1   model.  So I was familiar early on with it and have

2   been trained as an instructor since.

3       Q    Was there a cost associated with that

4   training?

5       A    Yes.

6       Q    Does that come out of your GNETS of Oconee

7   budget?

8       A    For the instructor training, yes.

9       Q    Are there any other costs associated with the

10  PersonBrain model apart from instructor training?

11      A    There's a book and a participant manual that

12  are provided with the training per participant.

13      Q    When you train your staff on the PersonBrain

14  model, do you have to pay for each staff member

15  individually?

16      A    I pay for just the materials, not the delivery

17  of the instruction.

18      Q    Those materials also come out of the GNETS of

19  Oconee budget?

20      A    That is correct.

21      Q    Moving on, it says you are a certified

22  instructor in deescalation?

23      A    Yes.

24      Q    Do you train your staff on deescalation?

25      A    I do.



1    Q    How often do you train them?

2    A    At least yearly and during staff meetings and

3    things like that we'll talk about deescalation.

4    Q    Are all of your staff currently trained on

5    deescalation?

6    A    Yes.

7    Q    What about Life Space Crisis Intervention,

8    what is that?

9    A    Life Space Crisis Intervention is a

10   communication model where, when a student is in crisis,

11   where you know how to communicate with them without

12   making that crisis worse as a helper.

13   Q    Is it fair to say that's also a deescalation

14   tool?

15   A    It is.

16   Q    When did you become a certified instructor in

17   Life Space Crisis Intervention?

18   A    I'm not a certified instructor.  I have

19   attended the full certification which is about

20   350 hours, but I'm not a certified instructor for Life

21   Space Crisis Intervention.  But I do re-deliver to my

22   staff.

23   Q    How often do you re-deliver that training to

24   your staff?

25   A    I would say on the Life Space Crisis



1  Intervention, every couple of years.  I can't say that

2  I have done that every two years.

3       Q    How many of your staff are currently trained

4  in Life Space Crisis Intervention?

5       A    There are at least ten that are trained in the

6  full model of Life Space Crisis Intervention.  Again,

7  I'm not a certified trainer so they go under certified

8  to attend.  The whole training is 50 hours.

9            So they have attended that training, not by

10  me.  When I say all staff have been trained, they are

11  trained in the concepts but not the full 50 hours under

12  me.

13       Q    How did you first become familiar with Life

14  Space Crisis Intervention?

15       A    Initially early on in my career, Dr.

16  Mary-Margaret Wood used Life Space Crisis Intervention.

17  She was one of the original people that worked with the

18  creators of Life Space Crisis Intervention.  And so for

19  as long as I know, that was one of the very therapeutic

20  tools that our GNETS programs used early on.  So that's

21  how I became familiar.

22       Q    So other GNETS programs were also using that

23  tool?

24       A    Yes.

25       Q    Is Mary-Margaret Wood in some way affiliated



1   with GNETS?

2       A    She was the original creator, if you will, of

3   the Psychoeducational Network.  The protege model was

4   in Rutland, in Athens, and that was in the 70s.

5       Q    So she created effectively the first GNETS

6   program?

7       A    She did.

8       Q    And then the other regional programs were then

9   sort of expanded or modeled after that?

10      A    Correct.

11      Q    There's a reference here to classroom

12  management.  Do you provide some sort of professional

13  learning or training in classroom management for your

14  staff?

15      A    I do.

16      Q    What kind of training do you provide?

17      A    Classroom management in terms of coaching,

18  coaching students; structuring the school day;

19  providing warnings before transition time; assisting

20  them in organization of materials; making sure the

21  expectations are visible and that you are repeating

22  those to students; generally the positive behavior

23  support intervention, classroom interventions.

24      Q    How often do you provide that sort of training

25  to your staff?



1        A     Approximately once a year.  And again, we

2    review those on a regular basis during our meetings.

3        Q     There's also a reference here to academic

4    support.  Do you provide professional learning for your

5    staff on academic support?

6        A     Yes.

7        Q     What kind of professional learning do you

8    provide?

9        A     Again, in terms of academic support, ensuring

10   that they know how to use the data for the academic

11   support, formative assessments, planning instruction,

12   things like that.

13       Q     How often does that professional learning

14   occur?

15       A     Approximately once a year.

16       Q     We are going to talk a little bit about some

17   of your work outside of the GNETS program.  You held a

18   number of positions before joining GNETS of Oconee,

19   correct?

20       A     (Indicating affirmatively.)

21       Q     If we could start with some of the earlier

22   positions.

23       A     Okay.

24       Q     You have identified on your resume that you

25   served as a psychological specialist at Eckerd Youth



1  Development Center in Okeechobee, Florida from 1992 to

2  1993; is that right?

3      A    That is correct.

4      Q    What is Eckerd Youth Development Center?

5      A    It is a, similar to youth development centers

6  in Georgia.  It is a commitment facility for

7  adjudicated youth.

8      Q    When you say adjudicated youth, are you

9  referring to youth in the criminal justice system?

10     A    Yes.

11     Q    When you say it is a commitment facility, is

12  it actually a juvenile detention center?

13     A    Yes.

14     Q    Approximately how many youth were at the

15  Eckerd Youth Development Center when you were serving

16  as a psychological specialist?

17     A    Approximately three or four hundred.  I'm not

18  really positive on that number.

19     Q    This says that you provided diagnostic

20  assessment in your capacity as a psychological

21  specialist?

22     A    That is correct.

23     Q    What kind of diagnostic assessment did you

24  perform?

25     A    Mental health assessment to see if there were



 1   mental health needs for the student or the child,

 2   adolescent.

 3        Q    Did you work with all of the youth at the

 4   development center or did you have a caseload of sorts?

 5        A    I had a caseload.

 6        Q    About how many were on your caseload at any

 7   given time?

 8        A    I don't recall.

 9        Q    It says here that you also wrote treatment

10   plans?

11        A    I did.

12        Q    What kinds of things were included in those

13   treatment plans?

14        A    Whether a student needed individual

15   counseling, group counseling; if the student was a

16   volatile student, how to help intervene and support the

17   student.  I don't recall what else went on the

18   treatment plan.

19        Q    Did you actually provide individual counseling

20   in your role as a psychological specialist?

21        A    I did.

22        Q    Did you provide group counseling?

23        A    I did.

24        Q    The reference here to the therapeutic process

25   groups, would that be included within the group



1    counseling that you were referring to?

2        A    Yes.

3        Q    Moving up, it says from 1993 to 1995 you

4    worked at the Cooperative Learning Center in Asheville,

5    North Carolina?

6        A    Correct.

7        Q    What is the Cooperative Learning Center?

8        A    The Cooperative Learning Center was a program

9    similar to the GNETS program that worked with the

10   school system to provide therapeutic services for those

11   most severe children.  So that particular program was

12   between the mental health center and the school system.

13       Q    Was it affiliated with a particular county or

14   city school system in North Carolina?

15       A    Buckham County Schools.

16       Q    Was the Cooperative Learning Center itself a

17   public entity or was it separate from the school

18   system?

19       A    I'm not sure.

20       Q    What was your title when you were at the

21   Cooperative Learning Center?

22       A    I was a therapist.

23       Q    How many students were at the Cooperative

24   Learning Center at that time approximately?

25       A    Approximately 80.



1    Q    In your role as a therapist, it says that you

2  conducted assessments and developed therapeutic

3  programs for students with severe emotional and

4  behavioral challenges, correct?

5    A    Correct.

6    Q    What kinds of assessments did you conduct?

7    A    Mental health assessments.

8    Q    Similar to what you had done at the Eckerd

9  Youth Development Center?

10    A    Yes.

11    Q    In terms of developing therapeutic programs,

12  is that similar to the treatment plans that you

13  developed when you were at Eckerd?

14    A    Yes.

15    Q    Was the Cooperative Learning Center a

16  stand-alone facility disconnected from a general

17  education environment or was it --

18    A    Yes, it was.

19    Q    It was stand-alone?

20    A    Yes.

21    Q    What was the age range of the students at the

22  Cooperative Learning Center?

23    A    I don't recall how young.  I know there was

24  middle and high school.

25    Q    How did students come to be placed at the



1    Cooperative Learning Center, was there a process for

2    that?

3        A    Through the IEP.

4        Q    Next it says from 1996 to 1998 you served as a

5    behavior specialist at Baldwin State Prison; is that

6    right?

7        A    That's correct.

8        Q    What's the security level of that prison?

9        A    I believe it's a Level 5.

10       Q    Do you know where Level 5 would fall in terms

11   of minimum, medium or maximum security?

12       A    It was a maximum but it was, the Level 5 was

13   because of the mental health challenges of the inmates

14   and the severity.  So as I understood it, it was the

15   most, not the most secure, second to the most secure as

16   far as a secure facility for inmates with mental health

17   issues.

18            It was also a diagnostic prison.  So inmates

19   that were just coming into the system would go through

20   that program.

21       Q    When you say it was a diagnostic prison, they

22   would come to that facility in order to be assessed for

23   a determination as to what their state was and where

24   they should go after that?

25       A    Correct.



1    Q    Here it says as behavior specialist, you

2    performed diagnostic mental health assessment and

3    evaluation of inmates, right?

4    A    Correct.

5    Q    In terms of those mental health assessments,

6    was there anything different in sort of nature or

7    quality from the kinds of assessments that you had done

8    at the Cooperative Learning Center or at the Eckerd

9    Youth Development Center?

10    A    I would say that I would give a diagnostic

11    impression which I wasn't at that, I didn't do that for

12    the Cooperative Learning Center.

13    Q    What's the difference between a diagnostic

14    impression and the kinds of assessments that you did at

15    the Cooperative Learning Center?

16    A    In terms of assessment, it was the same kind

17    of mental health assessment in terms of what the State

18    was of the person, but when I say gave them a

19    diagnostic impression from the DSM-IV at the time, I

20    think it was even III at the time, where I came up with

21    an actual mental health diagnosis that I would provide

22    to the psychiatrist who would either confirm or come up

23    with their own diagnosis.

24    Q    Is that called a diagnostic impression because

25    you are not actually a medical doctor?



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                          41

1      A    That's correct.

2      Q    Would it be fair to say it is part of a

3    recommendation of a diagnosis that the doctor would

4    review and sign off on or modify?

5      A    Yes.

6      Q    Did you provide any sort of counseling to

7    inmates when you were a behavior specialist at Baldwin

8    State Prison?

9      A    Yes.

10     Q    What kind of counseling did you provide?

11     A    Just group therapy, really in terms of their

12   mental health issues, learning coping mechanisms,

13   social skills, things like that.

14     Q    You were a licensed clinical social worker at

15   the time you were serving at Baldwin State Prison?

16     A    Yes.

17     Q    Moving on, it says from 2009 to 2016 you

18   served as a crisis response team member for River Edge

19   Behavioral Health?

20     A    Correct.

21     Q    Tell me about that position.

22     A    It was a position that was through River Edge

23   Behavioral Health.  They had a contract through the

24   local emergency room and so I would provide mental

25   health assessments to patients coming into the



1   emergency room.

2       Q    So you physically worked in the emergency room

3   with patients coming in?

4       A    Correct.

5       Q    What's River Edge Behavioral Health?

6       A    It is a mental health facility here in Baldwin

7   County that serves children all the way up through

8   adulthood.

9       Q    Is that a residential facility or do they do

10  outpatient work?

11      A    They have a crisis facility here in Baldwin

12  that is more short stay, but part of River Edge does

13  have a crisis stabilization unit.  But the one that I

14  was at was more of a day treatment, some people were on

15  day treatment, some people were coming in for

16  assessment counseling.

17      Q    Is that mental health facility a public

18  facility or a private facility?

19      A    Public facility.

20      Q    Is it affiliated with a community service

21  board in any way?

22      A    I believe so.

23      Q    It says here that you did provide counseling

24  in connection with this role as well?

25      A    Yes.  I was a crisis team member but I also



1  did private counseling at the center, providing like

2  parent counseling, parent support groups and individual

3  counseling.

4       Q    Did you provide any counseling to children?

5       A    I did.

6       Q    Is there any overlap between the children

7  served at River Edge Behavioral Health and the children

8  served at GNETS of Oconee?

9       A    No.

10      Q    What is that based on?

11      A    I'm not sure what your question is.

12      Q    You said that there's no overlap and I just

13  want to make sure I understand the answer.  Is that no

14  overlap in terms of the children that you worked with

15  or no overlap in terms of children who have been served

16  at any time at River Edge and GNETS of Oconee?

17      A    There may have been students at GNETS of

18  Oconee that were served at River Edge.  They were not

19  my clients.  I did not serve any of those kids.

20      Q    Understood.  In terms of the mental health

21  assessment and evaluation that you did with River Edge,

22  were those sort of assessments minus diagnostic

23  impressions or were you doing diagnostic impressions

24  here as well?

25      A    I was doing diagnostic impressions and they



1  were assessments for the dangerousness of the patients

2  coming in as opposed to if they were harmful to self or

3  others.

4      Q    So you were screening for harm to self and

5  others?

6      A    Yes.

7      Q    Finally here, it says from 2018 to the present

8  that you have been affiliated with Foothills Charter

9  Education High School.  Do you see that?

10     A    Yes.

11     Q    Foothills Charter Education High School is

12  located at Baldwin High School?

13     A    It is.

14     Q    How does it work to have two high schools in

15  the same place?

16     A    It is a charter system that pays, I don't know

17  if they pay rent, but we utilize Baldwin's facility but

18  they are two separate programs completely.

19     Q    Is it located in a particular separate area or

20  wing of Baldwin High School?

21     A    Yes, it's a night school.

22     Q    This is a night school for high school

23  students?

24     A    It is.

25     Q    How do students come to be affiliated with



1  Foothills Charter Education High School?

2      A    They enroll and it's a regular high school but

3  it's just a different way to provide high school

4  services in terms of, it's a night school so we have a

5  lot of students that work during the day, things like

6  that.  So it enables them to finish their high school

7  education.

8      Q    Is this school geared towards any particular

9  population of student?

10     A    No.

11     Q    It says here that you are the assistant psych

12  coordinator for that school?

13     A    Correct.

14     Q    You are also a social worker for the school?

15     A    Correct.

16     Q    So you conduct individual and group counseling

17  sessions with Foothills Charter Education High School

18  students?

19     A    Correct.

20     Q    Are those individual and group counseling

21  sessions also in the evening?

22     A    Correct.

23     Q    Given that it sounds like this school does not

24  target a particular student population, what kinds of

25  things are you covering in those therapy sessions?



1      A    A lot of our kids come in with anxiety issues.

2    Some of them have mental health issues.  Some of them

3    have traumatic backgrounds.  Some of them come from

4    poor environments.  So it's really helping them come

5    and learn coping skills, things like that.

6      Q    I take it there is no overlap between any

7    student in Foothills Charter Education High School and

8    a student who might be served in GNETS of Oconee?

9      A    Correct.

10     Q    Your resume also says that you served as

11   president of the Georgia Network for Educational and

12   Therapeutic Support in 2001; is that right?

13     A    Yes.

14     Q    Was that an appointed position?

15     A    Yes.

16     Q    Who appointed you as president?

17     A    Fellow directors.

18     Q    What were your responsibilities as president?

19     A    To arrange the meetings for the directors; to

20   help provide professional learning; to work with, we

21   had different committees so we would work together to

22   provide professional learning, accountability, things

23   like that.

24     Q    You said that one of your responsibilities was

25   to arrange the meetings for the directors.  What



1    meetings are you referring to?

2        A    We have four directors' meetings a year.

3        Q    I'm sorry, you said had or have?

4        A    Under -- well, we used to have a president

5    under GNETS and that person worked closely with the

6    DOE.  Since it's been several years now that there is

7    no -- the executive committee for GNETS was dissolved

8    where there was no official president of the network.

9    So we still do meet.  In fact, we meet monthly now as

10   GNETS directors.

11       Q    So this role as president was connected to the

12   GNETS executive committee?

13       A    Correct.

14       Q    So you served on the GNETS executive committee

15   and then you were also president of the network?

16       A    That is correct.

17       Q    You said the GNETS executive committee no

18   longer exists?

19       A    Not that I'm aware -- I don't know if there is

20   an executive committee anymore.

21       Q    Did you continue to serve on the GNETS

22   executive committee after you were no longer president?

23       A    No.

24       Q    Is it correct that GNETS of Oconee serves

25   students from multiple school systems?



1       A    Correct.

2       Q    How many school systems does GNETS of Oconee

3    presently serve?

4       A    Presently, six.

5       Q    Which schools systems are those?

6       A    Baldwin, Hancock, Putnam, Johnson, Washington

7    and Wilkinson.

8       Q    Has the group of school systems that GNETS of

9    Oconee serves changed at all in the last five to seven

10   years?

11      A    Not in the last five to seven years.

12      Q    Were there any changes to the group of school

13   systems that it served that extend farther back beyond

14   that?

15      A    Yes.

16      Q    What changes are those?

17      A    Jasper County was in our catchment area and

18   Jasper County is now served by Elam Alexander in Macon.

19      Q    When did that change occur?

20      A    I'm not exactly sure what year, but it was, I

21   want to say, approximately ten years ago.

22      Q    What was the reason for the change?

23      A    We had a very severe student that, as I

24   recall, the director felt like he would be best served

25   at Elam Alexander.



1    Q    When you say the student was very severe, why

2    do you say that?

3    A    He was very physically aggressive.

4    Q    Did you have any understanding as to why the

5    director felt that student would be better served at

6    Elam Alexander?

7            MR. NGUYEN:  Object to the form.

8            You may answer the question.

9            THE WITNESS:  Okay.

10   A    I don't know if that was the only reason.  I

11   know they were transporting students to the Blind

12   Academy so transportation-wise, it was more efficient

13   for them, as I understand it.  I really don't remember

14   all the details.

15   Q    Was the student blind?

16   A    No.  What I mean was it was right down the

17   road, so it was easier to transport them both.

18   Q    I understand.  Did the director tell you

19   anything else about why the director felt the student

20   would be better served at Elam Alexander?

21   A    Not that I recall.

22   Q    Does GNETS of Oconee serve students at a

23   single site or at multiple sites?

24   A    Currently, at multiple sites.

25   Q    How many sites does GNETS of Oconee have?



1      A    We have 11 classrooms.

2      Q    11 classrooms?

3      A    Yes, and some of those are, there's two

4    classrooms at Lakeview Academy here in Baldwin, two

5    classrooms at the Oak Hill Middle School, two at

6    Baldwin High School and then we have some in Wilkinson,

7    one classroom in Putnam.  We no longer have a classroom

8    in Hancock, and then Washington and Johnson.

9      Q    So you served Hancock but you don't have any

10   sites in Hancock?

11     A    That is correct.

12     Q    Do you have any students currently being

13   served at GNETS of Oconee whose home school system is

14   Hancock?

15     A    Yes, one.

16     Q    Where is that student being served?

17     A    At Washington County High School GNETS.

18     Q    When was the last time you had a site at

19   Hancock?

20     A    Approximately two or three years ago.

21     Q    What was the reason for discontinuing that

22   site?

23     A    We didn't have the staff support.

24     Q    Was the lack of staff support a hiring issue

25   in terms of availability of staff or was it a budget



 1    issue, was there some other reason?

 2        A    It was a budget issue.  So the numbers were so

 3    low in Hancock County and we had needs in other places

 4    so that teacher had to be reassigned to a different

 5    location so that we can serve those students in the

 6    most efficient budget-wise.

 7        Q    Understood.  Has GNETS of Oconee always served

 8    students in multiple sites?

 9        A    Not always.  We were a center-based program

10    approximately six years ago where we had a center base

11    and then we had one satellite classroom out in Johnson

12    County.

13        Q    When did GNETS of Oconee make the transition

14    from center-based to entirely school-based?

15        A    Approximately six years ago.

16        Q    So sometime around 2016?

17        A    I think so.

18        Q    What was the reason for that transition?

19        A    The board at the time felt that they would be

20    best served in the local school systems.  The

21    Department of Education in Georgia basically told us

22    that we would have to move out of the facility.  There

23    was not another facility for us to move into, so the

24    board decided that we should be spread out.

25        Q    When you say board, are you referring to the



1  RESA Board of Control?

2      A    Yes.

3      Q    You said that the Georgia Department of

4  Education told you that you would have to move out of

5  the facility; is that right?

6      A    Yes, the State Board.

7      Q    Did the State Board give a reason as to why

8  GNETS of Oconee had to move out of the center facility?

9      A    One of the facilities which was a cafeteria

10  was a very old building and they felt it wasn't

11  suitable for students.

12      Q    Has GNETS of Oconee considered any changes to

13  its multi-site structure?

14      A    In what way?

15      Q    Have you considered going back to a center

16  model?

17      A    As far as GNETS of Oconee, I know the board

18  has discussed possibly working together for a

19  center-based model.  Baldwin County has discussed

20  having a center-based model for those students, but

21  nothing has been, you know, there's no decision has

22  been made to actually do that.

23          MS. GARDNER:  I am going to hand to the court

24      reporter what I'd like to have marked as

25      Plaintiff's Exhibit 465.



 1              (Plaintiff's Exhibit 465 was marked for

 2        identification.)

 3              (Witness reviewing document.)

 4   BY MS. GARDNER:

 5        Q    Ms. Wolf, you have been handed what's been

 6   marked as Plaintiff's Exhibit 465.  This is an email

 7   from you to Vickie Cleveland dated January 5, 2018.

 8   The subject line, Re: GNETS systemic reintegration

 9   planning, and the first page of this document is Bates

10   stamped GA00014956.

11              Do you recognize this?

12        A    Yes.

13        Q    I believe you said earlier that Vickie

14   Cleveland was the GNETS program manager at the State

15   Department of Education; is that correct?

16        A    That is correct.

17        Q    This email that you sent to Ms. Cleveland is

18   in response to an earlier email that Ms. Cleveland sent

19   to you and several others, correct?

20        A    Yes.

21        Q    That email was dated January 4, 2018 and the

22   subject is GNETS systemic reintegration planning; is

23   that right?

24        A    Yes.

25        Q    Are the other people copied on Ms. Cleveland's

1    January 4, 2018 email, other GNETS directors?

2        A    Yes.

3        Q    So in Ms. Cleveland's email, she says, "See

4    the attached GNETS systemic reintegration planning

5    document.  This document will provide guidance for LEAs

6    that may be considering a large

7    reintegration/relocation process."

8            Do you see that?

9        A    Yes.

10       Q    In your response to Ms. Cleveland, you say,

11   "Our program is already in year two of the

12   reintegration into our system after our facility was

13   closed in 2016."

14       A    Yes.

15       Q    "I am assuming that we do not have to do this

16   since we have worked through all of these issues

17   already but I wanted to make sure."

18           Do you see that?

19       A    I do.

20       Q    When you reference the reintegration into your

21   system after your facility was closed, what are you

22   referring to in terms of reintegration?

23       A    Having students move from a center-based model

24   to being served in the schools.

25       Q    I assume that the reference here to the



 1   facility closing is what we just discussed with the

 2   State Department of Education telling GNETS of Oconee

 3   that the building was unsuitable?

 4       A    Correct.

 5       Q    How did that process of the State Department

 6   of Education telling unfold?

 7       A    It wasn't the Department of Education, it was

 8   the State Board, State Education Board.

 9       Q    The State Education Board?

10       A    As I understood it.

11       Q    Did GNETS of Oconee receive a letter from the

12   State Board of Education about this?

13       A    I don't remember a letter.  I remember, I'm

14   trying to think of how we found out.  It was a State

15   Board presentation that said that nine facilities would

16   be closing.  I don't remember getting an official

17   letter.

18       Q    Have there been any sort of facilities

19   inspection of the GNETS of Oconee center prior to your

20   being notified that the center needed to be closed?

21       A    Yes, there was an independent contractor that

22   came in and toured the facility, took pictures, things

23   like that.

24       Q    Was GNETS of Oconee required to complete a

25   reintegration plan at the time the facility was closed?



1      A    To be honest, I don't remember the

2    reintegration plan.

3      Q    You said that there were independent

4    contractors who conducted a facility inspection.  Were

5    those independent contractors working for the Georgia

6    Department of Education?

7      A    I don't know who they worked for.

8           MR. NGUYEN:  At a good breaking point, can we

9      break?

10          MS. GARDNER:  Just after this document, we can

11     break.

12          MR. NGUYEN:  That's fine.

13          MS. GARDNER:  I would like to have the court

14     reporter please mark this document as Plaintiff's

15     Exhibit 466.

16          (Plaintiff's Exhibit 466 was marked for

17     identification.)

18          (Witness reviewing document.)

19   BY MS. GARDNER:

20     Q    Ms. Wolf, you have been handed what has been

21   marked as Plaintiff's Exhibit 466.  This is an email

22   from you to Vickie Cleveland dated April 8, 2019 with

23   the subject: Forward: Possible regional GNETS center

24   visit.  The first page of this document is Bates

25   stamped GA00343802.



1              Do you recognize this?

2      A    I do.

3      Q    In this email, you forward an earlier email

4  that you received to Ms. Cleveland, correct?

5      A    Yes.

6      Q    Am I correct in understanding that that

7  earlier email is an email from Hayward Cordy to you and

8  to Vickie Cleveland also dated April 8, 2019?

9      A    Yes.

10     Q    Who is Hayward Cordy?

11     A    At the time he was the Oconee RESA director.

12     Q    So at the time he would have been the person

13  you reported directly to?

14     A    Yes.

15     Q    I think you said as pertained to fiscal and

16  personnel issues earlier?

17     A    Yes.

18     Q    In the email Hayward Cordy says, "Good

19  afternoon, Pat.  I recently heard back from Dr. Price,

20  Baldwin County Superintendent of Schools regarding a

21  tour of Sandersville Elementary School as a possible

22  GNETS regional center location.  She is interested in

23  touring the facility."

24              Do you see that?

25     A    Yes.



1    Q    And farther down, Hayward Cordy says, "I am

2   copying Ms. Vickie Cleveland on this email in the hope

3   that she and someone from the GaDOE Facilities Division

4   will be able to participate in the building

5   walk-through.  As learned from our visit, the wing that

6   we are interested in was built in 1995 and has a

7   current certificate of occupancy and working fire alarm

8   system and is ADA compliant."

9         Do you see that?

10   A    I do.

11   Q    At the time was Sandersville Elementary School

12   being considered as a possible site for a regional

13   center within GNETS of Oconee?

14   A    It was, yes.

15   Q    Had there been any discussion as to the role

16   that center would play if it were opened?

17   A    It would, if it were opened, it would be a

18   regional program similar to the center-based model.

19   Q    That you had previously had?

20   A    Yes.

21   Q    Had you visited Sandersville Elementary School

22   at the time you received this email?

23   A    Yes.

24   Q    When you visited Sandersville Elementary

25   School before receiving this email, were you visiting



1   it with anyone else?

2       A     Dr. Cordy visited it with me.

3       Q     Was that facility in terms of the area that

4   GNETS of Oconee was considering, was it a wing of a

5   larger building that you were considering using?

6       A     It was, yes.

7       Q     Was the remainder of that building actively

8   being used as an elementary school?

9       A     No.

10      Q     Was it being used for anything?

11      A     It was being used for some community affairs

12  things.  I don't remember the specific name of the

13  program.

14      Q     Was there any sort of alternative school in

15  that building?

16      A     Not that I'm aware of.

17      Q     This email says that Dr. Price is interested

18  in touring the facility.  Did you understand why Dr.

19  Price was interested in doing that?

20      A     She was determining whether she wanted to have

21  her students sent to the program, to that center-based

22  model.

23      Q     Hayward Cordy here expresses a hope that

24  Vickie Cleveland and someone from the Georgia DOE

25  Facilities Division would be able to participate in Dr.



1  Price's walk-through.  Did you share that hope?

2     A    That they would approve the facility?

3     Q    That they would participate in the

4  walk-through.

5     A    I really didn't have an opinion on whether

6  they participated or not.

7     Q    Did Hayward Cordy discuss with you at all why

8  he hoped that someone from the Georgia Department of

9  Education Facilities Division would be able to visit?

10    A    Because if they were going to go to a

11 center-based model, it would have to be approved by the

12 Department of Education and the Facilities.

13    Q    So that was the reason for asking Vickie

14 Cleveland and somebody from the State Department of

15 Education Facilities Division to participate in the

16 walk-through?

17    A    As I understood it, yes.

18    Q    Did you receive a reply from Ms. Cleveland to

19 your email asking her if she could attend the tour?

20    A    I do not recall.

21    Q    Do you recall whether Ms. Cleveland or anybody

22 from the Georgia Department of Education Facilities

23 Division actually visited Sandersville Elementary

24 School?

25    A    I do not believe they did.



1    Q    Do you have any understanding of the reason

2  that they did not?

3    A    I don't recall.

4        MS. GARDNER:  I think we can take a break now.

5        THE VIDEOGRAPHER:  We are off the record at

6    10:34 a.m.

7        (Recess.)

8        THE VIDEOGRAPHER:  We are back on the record

9    at 10:43 a.m.

10  BY MS. GARDNER:

11   Q    We were talking earlier, I believe that you

12  already referenced fiscal agents, but does GNETS of

13  Oconee have what is known as a fiscal agent?

14   A    We do.

15   Q    Who is that fiscal agent?

16   A    Oconee RESA.

17   Q    So we are on the same page, what is the role

18  of GNETS of Oconee's fiscal agent?

19   A    To provide the oversight in terms of budgets,

20  fiscal, personnel issues and so forth.

21   Q    What role in particular do they play with

22  respect to budget and fiscal matters?

23   A    They oversee the budget, we'll come up with

24  the budget and they look at it first and then they

25  bring it before the board for approval.



1      Q      When you say they bring it before the board,
2   are you talking about the RESA Board of Control?
3      A      I am.
4      Q      Where do the funds that go into GNETS of
5   Oconee's budget come from?
6      A      There's a state grant and a Federal grant.
7      Q      When you say there's a state grant, those are
8   grant funds from the State of Georgia?
9      A      Yes.
10      Q      And then there's also a Federal grant, you
11   said?
12      A      Yes.
13      Q      Is there any other source of funds for the
14   GNETS of Oconee budget apart from the State of
15   Georgia's grant or the Federal grant?
16      A      Right now, there's a therapeutic services
17   grant and that is under the ESA 3, I'm not sure what
18   that stands for.  I know that's one of the grant pieces
19   that we get.
20          And then we also get another therapeutic
21   services grant for being in a rural area and not having
22   that access to the therapeutic support, some
23   therapeutic support.
24      Q      Are those therapeutic services grants, State
25   grants?



1      A    I'm not sure.

2      Q    Do you communicate with anybody about those

3    grants?

4      A    In what way?

5      Q    Let me ask it this way:  How long has GNETS of

6    Oconee received these two therapeutic services grants?

7      A    The one grant for the past, we're in our

8    second year.  We get three years and that's under the

9    ESA 3 grant.  The therapeutic services grant, I believe

10   it's been three or four years.

11     Q    When you say those are therapeutic services

12   grants, what are those grants used for?

13     A    Providing a therapist or behavior support for

14   the purpose of therapeutic services.

15     Q    Any other component of GNETS of Oconee's

16   budget that we haven't discussed yet?

17     A    None that I know of.

18     Q    You said that GNETS of Oconee prepares a

19   budget and then I believe you said that, is it voted on

20   by the RESA Board of Control?

21     A    Yes.

22     Q    In terms of the total amount of funds in the

23   budget for any given year, how do you get that

24   information?

25     A    From the Georgia Department of Education.





1      Q    Is there a particular timeline in which you

2   receive that information?

3      A    We usually -- you mean what month out of the

4   year?  Typically, it's April or May of each year.

5   Sometimes it varies.

6      Q    Do you submit anything to the Georgia

7   Department of Education in advance of receiving that

8   information?

9      A    No.

10      Q    There's no sort of grant application or

11   anything like that?

12      A    Yes, I'm sorry, I didn't realize that's what

13   you were talking about.  Yes, we do a grant proposal

14   every year and that's part of our budget package.

15      Q    That's submitted to the Georgia Department of

16   Education?

17      A    It is.

18      Q    Roughly when during the year do you submit

19   that to the Georgia Department of Education?

20      A    Approximately in June.

21      Q    You said earlier that typically the Georgia

22   Department of Education lets you know in April or May

23   how much money is in your budget.  That's the correct

24   timeline?

25      A    They give a tentative budget at that time and



1  then at some point that's approved and we get the

2  actual amounts.  I really, I don't know what month, I

3  think it varies from year to year.  But generally, June

4  is where we have the final funds and we do the grant

5  proposal and submit all that.

6      Q    Just so I'm clear, do you get the tentative

7  amount of money in GNETS of Oconee's budget from the

8  Georgia Department of Education before you submit the

9  grant proposal or after?

10     A    Before.

11     Q    Then you submit the grant proposal?

12     A    Yes.

13     Q    And then there is a final allocation that

14 comes out after you submit the grant proposal?

15     A    Yes.  I'm not sure if it's before or after,

16 but yes.  Generally, it's right around the same time.

17     Q    Do you have regular meetings with Oconee RESA

18 regarding GNETS of Oconee?

19     A    Yes.

20     Q    Are those connected to the monthly update that

21 I believe you said you prepared?

22     A    With the RESA Board of Control, yes.

23     Q    Who attends those meetings?

24     A    The superintendents from the six systems we

25 serve as well as Georgia College and Central Georgia

 1  Tech representatives and the executive director of

 2  RESA.

 3      Q    Does GNETS of Oconee have an advisory board?

 4      A    That is our advisory board.

 5      Q    The RESA Board of Control is the advisory

 6  board?

 7      A    Yes.

 8      Q    How many people did GNETS of Oconee have on

 9  staff in the 2021-22 school year?

10      A    Approximately 28, I think.

11      Q    What about in the current 2022-23 school year,

12  how many people are on staff at GNETS of Oconee?

13      A    It's about the same.

14          MS. HERNANDEZ:  Sorry to interrupt.  Is there

15      any way you can move your microphone higher up to

16      your mouth?  It is hard to hear you.  I'm talking

17      about Kelly.

18          MR. NGUYEN:  Danielle, are you hearing Ms.

19      Wolf okay?

20          MS. HERNANDEZ:  I can.  Kelly is just kind of

21      going in and out.

22          MS. GARDNER:  Can you hear me now, Danielle?

23          MS. HERNANDEZ:  Yes, thank you.

24  BY MS. GARDNER:

25      Q    So you said there are about the same number of



 1  people on staff in this current 2022-23 school year?

 2      A    In terms of the staffing pattern, yes.

 3      Q    Are there any contracted positions at GNETS of

 4  Oconee that are not included within those staffing

 5  numbers you just gave me?

 6      A    No, the one that is contracted is included in

 7  that staffing pattern.

 8      Q    Does GNETS of Oconee currently have any

 9  vacancies.

10      A    Yes.

11      Q    How many vacancies do you have right now?

12      A    Currently, I believe we have, off the top of

13  my head, five or six paraprofessional vacancies.

14      Q    Do you have any teacher vacancies right now?

15      A    We do not.

16      Q    Any other vacancies apart from

17  paraprofessionals?

18      A    The executive secretary is a vacant position,

19  but I do contract with her.  That's another person I

20  contract with.

21      Q    So you don't have a full-time executive

22  secretary, but you contract with a person who

23  previously served in the full-time executive secretary

24  role?

25      A    I do, correct.



1      Q    What are that person's responsibilities?

2      A    She will process the staff leave.  She assists

3  with program evaluation in terms of reports that are

4  due, make sure that the teachers turn their things in

5  on time.  She also sends out various reports that we do

6  during the year to the teachers, things like that.

7      Q    Approximately how many students were served at

8  GNETS of Oconee in the 2021-22 school year?

9      A    Approximately 85.

10     Q    Approximately how many students are being

11  served at GNETS of Oconee in this current 2022-23

12  school year?

13     A    It's about the same.  It's about the same.

14     Q    Are these numbers of students served

15  consistent with the number of students who have been

16  served for the last five or so years or have there been

17  fluctuations?

18     A    Usually by the end of the year, we serve

19  approximately anywhere from 90 to a hundred students so

20  I think we are pretty consistent with that.  Maybe our

21  numbers have declined a little bit.

22     Q    Do you find that typically you start the year

23  with a smaller student population and then the

24  population grows as the year goes on?

25     A    Always.  We have students that move out,



1  students that come in, transfer in, things like that.

2          MS. GARDNER:  I'd like to ask the court

3      reporter to mark this document as Plaintiff's

4      Exhibit 467.

5          (Plaintiff's Exhibit 467 was marked for

6      identification.)

7          (Witness reviewing document.)

8  BY MS. GARDNER:

9      Q    Ms. Wolf, you have been handed what's been

10  marked as Plaintiff's Exhibit 467.  This is a document

11  with the caption at the top, GNETS of Oconee total

12  students served by year.  Do you recognize this

13  document?

14     A    Yes.

15     Q    Is this a document that you produced in

16  response to the United States subpoena to GNETS of

17  Oconee?

18     A    I am -- I don't remember if that's the reason

19  that I produced the document, but I know I produced it.

20     Q    Did you prepare this document?

21     A    I did.

22     Q    This document shows the number of students

23  served in GNETS of Oconee by, broken down by their home

24  county school system; is that right?

25     A    Correct.



1    Q    And it also breaks student enrollment down by

2    school year or the school year, I should say?

3    A    Yes.

4    Q    Can you explain what the difference is between

5    cumulative count and in class currently?

6    A    Yes, so cumulative count is the count of the

7    students served through that entire fiscal year and the

8    in class currently is whoever at that one snapshot in

9    time, the number of students served.

10   Q    So a cumulative count would include a student

11   who may have been served for several months at the

12   beginning of the year but isn't present on the day a

13   snapshot is taken whereas the current in class count is

14   just on a given day, these are the number of students

15   presently here?

16   A    So the cumulative is any student that has been

17   served within that fiscal year.  So they are not

18   included in the snapshot necessarily, if that makes

19   sense.

20   Q    Right.  And that is the reason why

21   consistently across the fiscal years appearing on this

22   sheet, the cumulative count is higher than the in class

23   count?

24   A    Correct.

25   Q    Is there a specific date on which the in class



1    count generally occurs?

2        A    No.

3        Q    So it is not consistent like a month every

4    year?

5        A    No, like every month I will give that count to

6    the RESA Board of Control for the in class count.

7        Q    For example, if you look at the bottom, it

8    says, "Students Served FY20."

9            Do you see that chart?

10       A    Yes.

11       Q    There's no way to tell from this chart the

12   date that the in class count was taken?

13       A    Correct.

14       Q    For the top chart where it says, "Students

15   Served FY22 to Date, as of 9-22-21," does that 9-22-21

16   date indicate that that is the date of the in class

17   count of students served for the fiscal year 2022 to

18   date?

19       A    Yes.

20            MS. GARDNER:  I would like to ask the court

21       reporter to mark this document as Plaintiff's

22       Exhibit 468.

23            (Plaintiff's Exhibit 468 was marked for

24       identification.)

25            (Witness reviewing document.)



1   BY MS. GARDNER:

2       Q    Ms. Wolf, you have been handed what's been

3   marked as Plaintiff's Exhibit 468.  Are you familiar

4   with this document?

5       A    Yes.

6       Q    Am I correct that this is a GNETS of Oconee

7   brochure?

8       A    Yes.

9       Q    Who created this document?

10      A    I did.

11      Q    How do you use this document at GNETS of

12  Oconee?

13      A    We provide this information to our parents and

14  other stakeholders.

15      Q    This document provides various information

16  about GNETS of Oconee?

17      A    Yes.

18      Q    On the left hand of this first page, the

19  brochure says that, "Our students participate in a

20  meaningful way in their IEP through the ASPIRE program.

21  They help identify goals, attend their meetings and

22  share their successes with the IEP team."

23          Do you see that?

24      A    I do.

25      Q    What is the ASPIRE program?



1    A    It is a student engagement program where

2  students participate, just what it says, participate in

3  their IEP.

4    Q    How long has the ASPIRE program been used at

5  GNETS of Oconee?

6    A    For approximately, I want to say maybe eight

7  years.

8    Q    How did GNETS of Oconee come to be connected

9  to the ASPIRE program?

10   A    The GNETS directors were presented information

11  on ASPIRE at one of our directors' meetings and we were

12  one of the initial pilot programs, I believe.  There

13  was maybe two or three other GNETS programs that

14  participated and we have been using it ever since.

15   Q    Who presented information about ASPIRE at that

16  GNETS director meeting?

17   A    If I recall, it was Elise James.

18   Q    Who is Elise James?

19   A    I don't know her exact title, but she works

20  for the Department of Education.

21   Q    You said GNETS of Oconee became one of the

22  participants in an initial pilot program?

23   A    (Indicating affirmatively.)

24   Q    Was that a pilot program for GNETS programs in

25  particular?

1     A    No.

2     Q    It was the initial pilot program for the

3  ASPIRE program in general?

4     A    Correct.

5     Q    What did being a member of the initial pilot

6  program entail?

7     A    Consisted of training and student engagement,

8  you know, involving students in their own education

9  planning process, self-advocacy.

10     Q    Did GNETS of Oconee work with any external

11  consultants in setting up its involvement with ASPIRE?

12     A    Not that I know of.

13     Q    Do all GNETS of Oconee students participate in

14  the ASPIRE program?

15     A    To the extent that they are able, yes.

16     Q    When you say to the extent that they are able,

17  are there circumstances in which students are not able?

18     A    There are cases where, for instance, a student

19  maybe with extreme anxiety doesn't want to come

20  physically to the IEP team, so we come up with other

21  creative ways for them to be involved, PowerPoint

22  presentations, things like that.

23     Q    If you turn to the second page of the

24  brochure, do you see the section that says About Us?

25     A    I do.



1    Q    If you look about midway down that paragraph

2    it says, "GNETS programs provide comprehensive,

3    educational and therapeutic support services to

4    students who might otherwise require residential or

5    other more restrictive placements due to the severity

6    of one or more of the characteristics of the disability

7    category of emotional and behavioral disorders (EBD)."

8         Do you see that?

9    A    I do.

10   Q    Does GNETS of Oconee collect any data

11   regarding the extent to which the program has prevented

12   students from requiring residential or other more

13   restrictive placements?

14   A    Can you repeat the question?

15   Q    Sure.  I'm just wondering if GNETS of Oconee

16   collects any data about the extent to which students

17   have been prevented from going into residential

18   treatment or requiring other more restrictive

19   placements.

20   A    We do collect data on the number of students

21   that have been hospitalized during the GNETS program.

22   I don't know if there's any data that we collect

23   showing that we prevent residential placements.

24   Q    But you do collect data on the number of GNETS

25   of Oconee students who are hospitalized in a given



1    year?

2         A    Yes.

3         Q    This references other more restrictive

4    placements.  What are those other more restrictive

5    placements apart from hospitalization?

6         A    In terms of a possible referral to the

7    Department of Juvenile Justice, so it would be

8    incarceration, group homes, things where they are not

9    served in their community.

10        Q    Does GNETS of Oconee keep data on the number

11   of students who are referred to the Department of

12   Juvenile Justice during a given year?

13        A    We don't always know those numbers exactly,

14   but at times, yes.  There has been times over the

15   course of my career, but it hasn't occurred on a

16   regular basis.

17        Q    Do you do anything with the data that you

18   collect on the number of students who have been

19   hospitalized across a given year?

20        A    We share that information with the Department

21   of Education.

22        Q    Approximately how many students during the

23   last school year were hospitalized?

24        A    I'm not really sure.

25        Q    Moving to the section on the second page that



 1    says Referral, do you see that section?

 2        A    (Indicating affirmatively.)

 3        Q    It says here at the beginning of the second

 4    paragraph, "An IEP team may consider in-class services

 5    via GNETS program for a child with an emotional and

 6    behavioral disorder based on documentation of the

 7    severity of the duration, frequency and intensity of

 8    one or more of the characteristics of the disability

 9    category of emotional and behavioral disorders (EBD)."

10        Do you see that?

11        A    I do.

12        Q    What are in-class services?

13        A    That would be a self-contained class that is

14    particularly dedicated to GNETS.

15        Q    Are there GNETS services that are not in-class

16    services?

17        A    Yes, we provide consultation.  We'll go in and

18    assist with behavior intervention planning,

19    observation, things like that.

20        Q    How often in a given school year would you say

21    you provide consultative services?

22        A    Approximately five to ten times a year.

23        Q    Does GNETS of Oconee provide home-based

24    services?

25        A    Provide what?



1    Q    Home-based services?

2    A    Home-based services, we do not.  The local

3  school systems provide home-based services.

4    Q    So if a student needs home-based services,

5  they would go through their county school system for

6  that?

7    A    Yes.

8    Q    Has GNETS of Oconee served students who ended

9  up needing home-based services?

10    A    Yes.

11    Q    How many students last school year would you

12  say fell into that category?

13    A    I'm not really sure, possibly five.

14    Q    You said the LEA provides those home-based

15  services?

16    A    Yes.

17    Q    Does GNETS of Oconee have any involvement in

18  the process once a determination is made that a student

19  needs home-based services?

20    A    I do have some teachers that contract with the

21  school system to provide services, but it's not, they

22  are through, they are contracted through those systems.

23    Q    Those are GNETS of Oconee teachers?

24    A    Yes, in some cases.

25    Q    In those cases where GNETS of Oconee teachers



 1  contract with the school system to provide home-based

 2  services, are those services being provided during the

 3  typical school day?

 4      A    No.

 5      Q    How is a determination made whether a student

 6  gets home-based services?

 7      A    If the IEP determines that that student's

 8  behaviors are so extreme as to be dangerous in the

 9  school setting.

10      Q    To clarify, we have been talking about

11  home-based services.  Does a student who is on a

12  part-day schedule necessarily receive home-based

13  services?

14      A    Not necessarily.

15      Q    So a student could be on a part-day school and

16  not receive home-based services?

17      A    Correct.

18      Q    Does GNETS of Oconee have students on part-day

19  schedules?

20      A    Yes, we do.

21      Q    How many students during the last school year

22  would you say were on part-day schedules?

23      A    I'm not really sure how many.

24      Q    Do you have a ballpark?

25      A    My guess would be ten to twelve.



1    Q    Are there students at GNETS of Oconee who are

2    on a part-week schedule?

3    A    Yes.

4    Q    Can you explain the difference between a

5    part-day schedule and a part-week schedule?

6    A    Yes, a part-day schedule would be typically

7    five days a week for a certain amount of hours per day

8    and a part-week schedule would be coming however many

9    times during the week.

10   Q    For a student on a part-week schedule, is it

11   consistent that being on a part-week schedule doesn't

12   necessarily mean that they are receiving home-based

13   services?

14   A    Correct.

15   Q    During the last school year, the 2021-22

16   school year, how many GNETS of Oconee students were on

17   part-week schedules?

18   A    Approximately, I'm just guessing, I really

19   don't know.

20   Q    Is it more than ten?

21   A    I don't know.

22   Q    But you do know you had some students on a

23   part-week schedule?

24   A    I do.

25   Q    Moving down to the bottom of the referral



 1   section, the very last sentence there says, "For

 2   children receiving in-class services, local schools are

 3   actively involved and exit criteria are developed upon

 4   entry into the GNETS program."

 5          Do you see that?

 6   A     Yes.

 7   Q     What does it mean when it says local schools

 8   are actively involved?

 9   A     That refers to the IEP team having the local

10   educational authority along with the other members of

11   the IEP team to determine what the student's IEP goals,

12   what they are to meet on their IEP goals in order to

13   exit the GNETS program.

14   Q     So those exit criteria are developed by the

15   IEP team?

16   A     Yes.

17   Q     Are all of those criteria individualized?

18   A     Yes, based on whether that student meets the

19   IEP goals, yes.

20   Q     Are there any exit criteria that apply across

21   the board to all GNETS of Oconee students?

22   A     In terms of their behaviors, what we recommend

23   is that they have a certain period of time on what we

24   call green level before they would be able to start

25   transitioning back to their home.  So that's typically



1    in our IEPs.

2        Q    When you say that a student has a certain

3    period of time on a green level, what does being on a

4    green level mean?

5        A    That would be in their class dojo which is a

6    computerized behavior management data collection

7    system.  We recommend that 80 percent or above is green

8    level and that a student be able to maintain that

9    80 percent or above for six consecutive weeks.

10       Q    Does the 80 percent or above refer to the

11   percentage of time that a student is behaving

12   appropriately?

13       A    The positive behaviors that they are

14   displaying, yes.

15       Q    Is there any sort of exit criteria applying

16   across the board that has to do with a student's

17   ability to successfully transition out into a general

18   education environment for some period of time?

19       A    I'm not sure I understand the question.

20       Q    Let me rephrase that.  For students in GNETS

21   of Oconee, are there ever circumstances where students

22   have the ability to push out of in-class services into

23   a classroom and general education environment for some

24   period of time during the day?

25       A    Yes, absolutely.



1    Q    So I guess I'm wondering whether there's any

2    sort of exit criteria for students that have to do with

3    their ability to do that, right; that they have shown

4    that they can push out into the general education

5    environment for one to three transition periods or

6    something along those lines.  Is there any sort of

7    general criteria like that that applies?

8    A    That's up to the IEP team to determine what

9    those individual student's needs are.

10    Q    Moving over to the therapeutic support section

11    on this page, it notes here that, "GNETS of Oconee

12    works collaboratively with parents and community

13    agencies to support its students and help ensure each

14    student has what they need to be successful at school."

15    A    Yes.

16    Q    What agencies does GNETS of Oconee work

17    collaboratively with?

18    A    The mental health centers, River Edge, Oconee

19    Center.  There are some private providers in each of

20    our counties, Department of Family and Children's

21    Services, Department of Juvenile Justice.  Each school

22    system or each county has an inner agency team that has

23    members come together on behalf of students in need.

24    Q    So going back, you said that GNETS of Oconee

25    works collaboratively with River Edge.



1      A    (Indicating affirmatively.)

2      Q    What does that collaboration look like?

3      A    When we serve a mutual student, if we have a

4   release of information, we'll talk about that student's

5   progress, talk about what kind of medications they

6   have, if they are compliant with treatment, things like

7   that.

8      Q    Does River Edge provide any services to

9   students on site at GNETS of Oconee?

10     A    Occasionally.

11     Q    Under what circumstances would that happen?

12     A    General check-ins with students, that kind of

13  thing.

14     Q    When you say occasionally, that's not sort of

15  a general practice?

16     A    No.

17     Q    You mentioned that there's also collaboration

18  with Oconee Center?

19     A    Correct.

20     Q    What is Oconee Center?

21     A    Oconee Center is another mental health

22  facility serving the public.

23     Q    Is that facility affiliated with a community

24  service board?

25     A    I believe so.



1    Q    What does GNETS of Oconee's collaboration with

2    Oconee Center look like?

3    A    Pretty much the same thing.  Under release of

4    information, we'll talk to the counselor, the doctor,

5    about the progress of the student, things like that.

6    Q    You referenced a release of information in

7    connection both with River Edge and Oconee Center.  Are

8    you referring to an agreement by a student and his or

9    her parent or guardian that information that River Edge

10   or Oconee Center has can be communicated to GNETS of

11   Oconee?

12   A    Yes.

13   Q    You said there are also private providers in

14   the various counties that GNETS of Oconee collaborates

15   with?

16   A    (Indicating affirmatively.)

17   Q    How does GNETS of Oconee collaborate with

18   private providers?

19   A    The same way.

20   Q    Do private providers ever come in and deliver

21   on site services at GNETS of Oconee?

22   A    Occasionally.

23   Q    But that's not a general practice?

24   A    It just depends on the student.

25   Q    You mentioned also Division of Family and



1    Child Services and then the Department of Juvenile

2    Justice.  Does GNETS of Oconee collaborate with those

3    entities in terms of delivering therapeutic support or

4    services?

5         A    Not really, no.

6         Q    Is there communication between GNETS of Oconee

7    and those entities?

8         A    Yes.

9         Q    But it is not sort of, does it result in the

10   provision of any sort of therapeutic service per se?

11        A    It depends, again, on the student.  For

12   instance, a student in DFACS custody may contract with

13   a service provider to come in and work with students,

14   those kind of things.

15        Q    I just want to be clear that DFACS and DJJ are

16   not actually providing therapeutic services or support,

17   there may be some third party that they are affiliated

18   with?

19        A    Correct.

20        Q    You mentioned that each county also has an

21   interagency team?

22        A    Yes.

23        Q    Tell me about those interagency teams.

24        A    As indicated, there are different members of

25   the community, professional agencies that come together



 1   to discuss student cases that are really challenging

 2   and in need of additional support, children in need of

 3   services.  And so they will provide recommendations to

 4   the parent, basically.

 5        Q    Those interagency teams, when you say they

 6   discuss student cases, are those GNETS student cases?

 7        A    Sometimes.

 8        Q    And sometimes those student cases may also

 9   include other students who are in GNETS?

10        A    Yes.

11        Q    Who typically would be a participant in an

12   interagency team of the sort you are discussing?

13        A    So a representative from Oconee Center, a

14   representative from River Edge, a representative from

15   DBHDD, which is the Department of Behavioral Health in

16   Georgia, Department of Juvenile Justice, Department of

17   Family and Children's Services, private providers, the

18   school system, GNETS.  That's pretty much all that I

19   can think of.

20        Q    How often do those interagency team meetings

21   occur?

22        A    It varies, particularly before COVID it was

23   monthly, pretty regularly in each system, and that

24   hasn't been the case for the past couple years.  So

25   there's only a couple systems that continue to meet



1  monthly, Baldwin being one of them.

2      Q    Is participation in the -- I guess my question

3  is, how did GNETS of Oconee become a participant in

4  these interagency teams?

5      A    Because there are, sometimes our students are

6  being served and we have been invited to, particularly

7  because we are really familiar with the therapeutic

8  needs of kids and so we can help provide support as far

9  as that goes in schools.

10     Q    Is that a decision that you as director made

11  on your own?  I am kind of wondering how you first

12  became involved.

13     A    The interagency teams invited us to become

14  involved.

15     Q    Are those interagency teams led in any way by

16  anyone?

17     A    There's a chair that runs it that rotates from

18  year to year, typically.

19     Q    I assume the chair comes from someone who is a

20  member on the team?

21     A    Yes.

22     Q    Are there other therapeutic supports provided

23  to GNETS of Oconee students apart from any that may be

24  offered by community agencies?

25     A    Can you give me an example?



1    Q    I am just wondering, so within GNETS of Oconee

2  itself, what kinds of therapeutic supports are provided

3  within the program?

4    A    Okay, within the program, our students are

5  specialists, they are not titled as counselors.  I've

6  got one, two people that are working toward licensure

7  in professional counseling and I have one licensed

8  clinical social worker.  So they provide crisis

9  intervention, they provide group therapy, they provide

10  small social skills instruction, individual therapy,

11  those kind of things.

12    Q    Do all GNETS of Oconee students receive group

13  therapy or some subset?

14    A    Most of them do.  It depends, if there's a

15  reason why the student can't, but generally yes.

16    Q    Is there some sort of frequency with which

17  students receive group therapy?

18    A    From the therapist, so we have it on a tiered

19  basis.  So the Tier 1 pretty much receive the classroom

20  social skills instruction and practice, mindfulness

21  skills practice.  But the Tier 2 and the 3 are more our

22  professional staff coming in to provide those services.

23    Q    How frequently would a student who is on Tier

24  2 or Tier 3 receive group therapy if they were

25  receiving it?



1      A     Once a week, once every two weeks.

2      Q     You mentioned social skills instruction and

3    practice and you said that students on Tier 1 receive

4    that?

5      A     In the classroom level from the teacher and

6    the support teacher or paraprofessional.

7      Q     Would Tier 1 include all students in GNETS of

8    Oconee?

9      A     Yes.

10     Q     Who delivers the social skills instruction and

11   practice?

12     A     For the Tier 1, it's generally the teacher and

13   paraprofessional.

14     Q     Is there a particular social skills curriculum

15   that GNETS of Oconee uses?

16     A     We have used Skill Streaming.  We also use

17   Ripple Effects which is an online social emotional

18   curriculum.  It just depends on what the teacher is

19   comfortable with.  Sometimes they are showing a class

20   dojo social skills intervention.  It varies, basically.

21     Q     How often is social skills instruction being

22   delivered to Tier 1 students?

23     A     At least three times a week and then as needed

24   as situations arise.

25     Q     I believe you also mentioned individual



1   therapy?

2        A    (Indicating affirmatively.)

3        Q    Which GNETS of Oconee students would receive

4   individual therapy?

5        A    Typically, the Tier 3 students and by

6   individual therapy, you know, they are short, brief.

7   It's not like an hour-long therapy session.

8        Q    When you say short and brief, about how long

9   would an individual therapy session for a Tier 3 GNETS

10  student be?

11       A    It depends on the situation and scenario.

12       Q    How frequently do Tier 3 GNETS students who

13  receive individual therapy receive that therapy?

14       A    It varies, but at least weekly.

15       Q    Are there students who receive individual

16  therapy multiple times a week?

17       A    Yes.

18       Q    During last school year, about how many

19  students would you say fell into that category?

20       A    Approximately 20.

21       Q    Who provides the individual therapy for Tier 3

22  students?

23       A    That's our licensed clinical social worker as

24  well as the two that are working towards their license

25  in professional counseling.



1    Q    Just so we are clear, you have talked a little

2  bit about Tier 1, Tier 2 and Tier 3.  So the record is

3  clear, can you just explain generally how Tier 1, Tier

4  2 and Tier 3 operate?

5    A    Sure.  So Tier 1, I don't know if you are

6  familiar with positive behavioral supports and

7  interventions in the schools, 80 percent of the

8  students are able to follow rules and procedures and

9  generally without having extreme disciplinary problems

10  if that structure is in place.  And so 80 percent

11  generally can follow without having that discipline,

12  writeups, things like that.

13         Tier 2 and Tier 3 are the more intensive

14  students.  So the Tier 2 students are, you know,

15  anywhere from two to five disciplinary referrals in a

16  given year.

17         And then your top tier or Tier 3 are the more

18  intense students, six to ten or more disciplinary

19  referrals.

20    Q    So when you refer to Tier 2 and Tier 3 GNETS

21  of Oconee students, you are talking about students who

22  have more intensive behavioral needs?

23    A    Within the program, yes.

24    Q    Any other therapeutic services or supports

25  provided by GNETS of Oconee apart from those that we



1   have just discussed?

2       A    We do have Georgia College and State

3   University music therapists to come in and work with

4   our students at some locations.

5       Q    Which locations do the music therapists come

6   in and work at?

7       A    Lakeview Academy, Oak Hill Middle School and

8   Baldwin High School and Wilkinson -- it just varies

9   because it's based on however many students can come

10  out.  We have had them at Putnam as well.  So it just

11  depends from semester to semester.

12      Q    Where music therapists are coming out, how

13  frequently does that occur?

14      A    Once or twice a week.

15      Q    And would that be once or twice a week for an

16  entire school year?

17      A    A semester.

18      Q    When music therapists come out, do all

19  students enrolled in that particular GNETS of Oconee

20  location receive music therapy?

21      A    It depends.  In some cases, students don't

22  want to receive music therapy so it just depends.  But

23  typically, yes.

24      Q    Any other therapeutic services and supports

25  from GNETS of Oconee that we haven't talked about?



1      A     Right now, we do have Benchmark Services come

2    in that we're contracting with.  Is that what we are

3    talking about here?

4      Q     Yes, I am happy to hear about that too.

5      A     Benchmark, they have BCBAs coming in, RBT.  We

6    contract with them to come in and work with our

7    students in Baldwin County and we also contract with

8    Pure Heart Behavioral and they are serving students in

9    Wilkinson County right now.

10     Q     For BCBA and RBT from Benchmark, you said

11   those folks are coming out to Baldwin County?

12     A     (Indicating affirmatively.)

13     Q     How many GNETS of Oconee students are

14   receiving services through Benchmark approximately?

15     A     They provide classroom support as well as

16   individual in some cases, so it's hard to say.

17     Q     How frequently does Benchmark come out to the

18   Baldwin County sites?

19     A     About twice a week per site.

20     Q     When they come out, do they stay for the

21   entire school day?

22     A     About half a day, couple hours.

23     Q     For Pure Heart which I believe you said

24   supports Wilkinson County?

25     A     (Indicating affirmatively.)



1    Q    Are they functioning in a similar capacity to

2    Benchmark in that they are supporting classrooms and

3    some individual students as well?

4    A    Yes.

5    Q    How often does Pure Heart come out?

6    A    Approximately one day a week.  It's about a

7    day a week.

8    Q    When they come out, do they stay for an entire

9    school day?

10   A    Approximately four or five hours.

11   Q    When Benchmark comes out, are they sending

12   enough people to support each classroom within Baldwin

13   County?

14   A    They rotate through, so yes, they are

15   supporting all the classrooms in Baldwin County, all

16   our GNETS classrooms.

17   Q    But it is not a one-to-one ratio in terms of

18   sending someone to each dedicated classroom?

19   A    No.

20   Q    Does the same kind of rotation happen with

21   Pure Heart?

22   A    There's one elementary classroom that they are

23   working with right now, so.

24   Q    Any other therapeutic services or supports

25   that we haven't talked about yet?



1      A    I can't think of any others.

2      Q    Turning to Page 3, there's a discussion of

3    academic services.  If you look at the top of the page,

4    it says, "K-8 students work in iReady and Moby Max in

5    addition to engaging instruction by their GNETS

6    teacher."

7           Do you see that?

8      A    Yes.

9      Q    What is iReady?

10     A    IReady is a reading and math intervention

11   program.

12     Q    Is there some sort of a license required to

13   access iReady?

14     A    Yes, we purchase the licenses from iReady.

15     Q    Who pays for those licenses?

16     A    Our GNETS budgets.

17     Q    How often is iReady used within GNETS of

18   Oconee?

19     A    Typically, each subject, reading and math,

20   it's recommended 90 minutes per week per subject.

21     Q    Where does that 90-minute figure come from?

22     A    That was the recommendation from the iReady

23   Curriculum Associates people.

24     Q    Is there any sort of minimum usage of iReady

25   that is required of GNETS of Oconee?



1     A     Typically, we say 15 minutes a day per
2  subject.
3     Q     Is that something that you as director have as
4  an internal standard or how did that come to be?
5     A     I don't remember.  I'm pretty sure it was
6  something that we came up with with Curriculum
7  Associates.
8     Q     What is Moby Max?
9     A     Moby Max is an online curriculum as well and
10  it covers all subjects, science, social studies,
11  reading and math.
12     Q     Is there a license required to access Moby
13  Max?
14     A     Yes.
15     Q     Who pays for that license?
16     A     We do, GNETS.
17     Q     How often is Moby Max used?
18     A     It varies, but typically teachers are
19  utilizing that as part of their instruction in the
20  classroom so it just varies.  There's no guideline on
21  that.
22     Q     So no minimum usage required for that?
23     A     No.
24     Q     It says, "K-8 students also have engaging
25  instruction by their GNETS teacher."



1      A    Yes.

2      Q    Do you have a sense for what percentage of a

3  K-8 GNETS of Oconee student's day is directed from a

4  GNETS teacher versus some of the online platforms you

5  discussed?

6      A    It's really hard to say.  It varies per

7  teacher and per grade level so I would say in my

8  younger classes, there's more direct instruction than

9  in a middle or high school because those students are

10  more independent.

11     Q    Moving down, since you mentioned older

12  students, in the second paragraph from the bottom it

13  says, "Our high school curriculum uses online software

14  to provide standard space curriculum using the Georgia

15  Standards of Excellence."

16          Do you see that?

17     A    Yes.

18     Q    Are the platforms or the online software, I

19  should say, referred to in this statement, those that

20  appear in this section, Grad Point, Odysseyware and

21  Edgenuity?

22     A    Yes, typically, Edgenuity.

23     Q    Are those platforms also used for middle

24  school curriculum?

25     A    Yes.



1    Q    Are there any other platforms used apart from
2    those three?
3    A    Again, it varies because there's different
4    programs that each local school system purchases, Read
5    180, Fast Math, different programs.  So it's different
6    by site.  Those aren't purchased by GNETS.
7    Q    Who purchases those?
8    A    The local school system.  So our kids have
9    access to whatever the local school system kids have
10   access to.
11   Q    Do middle school students at GNETS of Oconee
12   receive direct standards-based instruction from GNETS
13   teachers?
14   A    Yes.
15   Q    Is there any sort of rough breakdown of how
16   much of their time is direct instruction versus online
17   platforms?
18   A    It varies, but I would say most of it is the
19   online platform with the support of direct instruction
20   from the teachers, so probably my guess would be
21   30 percent direct instruction.
22   Q    And then 70 versus, whichever the program is,
23   Grad Point, Odysseyware, Edgenuity?
24   A    Correct.
25   Q    What about for high school students?



1      A      Typically, with high school students, they are

2   almost solely using the online program with support.

3   So the teacher will take a lesson from Edgenuity and do

4   it as a group, those kind of things.

5              MS. GARDNER:  I'd like to have the court

6        reporter mark this document as Plaintiff's

7        Exhibit 469.

8              (Plaintiff's Exhibit 469 was marked for

9        identification.)

10             (Witness reviewing document.)

11   BY MS. GARDNER:

12     Q      Ms. Wolf, you have been handed what's been

13   marked as Plaintiff's Exhibit 469.  This is an email

14   thread, the most recent email from you to Vickie

15   Cleveland dated September 12, 2019 with the subject

16   "Forward:  Funding Ratios," and one attachment that is

17   an Excel spreadsheet with the file name FY20 GNETS of

18   Oconee Funding Ratios as of 9419.  This document is

19   Bates stamped GA00952013.

20             Do you recognize this document?

21             (Witness reviewing document.)

22     A      I do.

23     Q      Am I correct that you sent the Excel

24   spreadsheet attached to this email to Vickie Cleveland

25   in response to a request for information from her; is



1    that right?

2        A    Correct.

3        Q    That request was that you provide a

4    spreadsheet showing the number of support staff,

5    teachers and paraprofessionals who are paid with the

6    GNETS state or Federal grant?

7        A    Correct.

8        Q    She also requested that you indicate whether

9    your social worker is certified as an MSW or LCSW?

10       A    Correct.

11       Q    Turning to the spreadsheet which appears at

12   the end of this document, does this outline the

13   information that Ms. Cleveland requested as it relates

14   to GNETS of Oconee?

15       A    Yes.

16       Q    This spreadsheet serves one support staff

17   which is your LCSW that is funded by the State grant

18   and one administrative assistant funded by the Federal

19   grant; is that correct?

20       A    Correct.

21       Q    Do you still have an LCSW funded by the State

22   grant?

23       A    Yes.

24       Q    Just one?

25       A    Yes.



1    Q    Do you still have an admin assistant funded by

2    the Federal grant?

3    A    Yes.

4    Q    Just one?

5    A    Yes.

6    Q    Do you currently have any other support staff

7    apart from those two funded by the State or Federal

8    grant?

9    A    The contracted licensed professional

10   counselor, and that's indicated under there, Number of

11   behavior coaches.

12   Q    At the time of this spreadsheet, did you have

13   any support staff funded by any of the LEAs that GNETS

14   of Oconee serves?

15   A    No.

16   Q    Do you have any support staff funded by those

17   LEAs currently?

18   A    No.

19   Q    This chart also shows how many teachers you

20   had who were funded by the State or Federal grant,

21   correct?

22   A    Yes.

23   Q    This shows ten teachers total?

24   A    That's correct.

25   Q    All of those teachers were funded by the State



1  grant; is that right?

2      A    Yes.

3      Q    Did you have any teachers at the time this

4  information was submitted who were funded by the LEAs

5  that GNETS of Oconee serves?

6      A    No.

7      Q    Do you currently have any teachers funded by

8  those LEAs?

9      A    No.

10      Q    Do you still have ten teachers total?

11      A    Yes.

12      Q    Are all ten still funded by the State grant?

13      A    Yes.

14      Q    Finally, this chart shows how many

15  paraprofessionals you had that were funded by the State

16  or Federal grant, right?

17      A    Yes.

18      Q    The chart shows twelve paraprofessionals

19  total; is that correct?

20      A    Correct.

21      Q    Nine of those were funded by the Federal grant

22  and three were funded by the State grant?

23      A    Yes.

24      Q    At the time you submitted this information,

25  did you have any paraprofessionals who were funded by



1  the LEAs that GNETS of Oconee serves?

2      A    No.

3      Q    Do you currently have any paraprofessionals

4  who are funded by those LEAs?

5      A    No.

6      Q    Do you still have twelve paraprofessionals?

7      A    I think we have 13 paraprofessionals now in

8  this staffing pattern, but then, like we talked about

9  earlier, the vacancies.

10     Q    I believe you said you have five or six

11 vacancies; is that correct?

12     A    Yes.

13     Q    Is the breakdown roughly the same in terms of

14 the number of your paraprofessionals whose funding

15 comes from the State grant relative to the Federal

16 grant?

17     A    It is.

18     Q    What about your profession as director, it is

19 not listed in this chart.  How is your position funded?

20     A    My position is funded through the State grant.

21         MS. GARDNER:  I'd like to have the court

22     reporter mark this document as Plaintiff's

23     Exhibit 470.

24         (Plaintiff's Exhibit 470 was marked for

25     identification.)



1              (Witness reviewing document.)

2    BY MS. GARDNER:

3        Q    Ms. Wolf, you have been handed what's been

4    marked as Plaintiff's Exhibit 470.  This is a

5    non-Bates-stamped document.  At the top of the document

6    it says Grants Information, Fiscal Year 2022, System

7    Name, 866 - Oconee RESA; name, GNETS; status, program

8    manager, signed off.  Do you recognize this document?

9        A    I do.

10       Q    What is this document?

11       A    This is our grant proposal.

12       Q    Is this the grant proposal for GNETS of Oconee

13   for fiscal year '22?

14       A    It is.

15       Q    I'd like to direct your attention to Page 4 of

16   this document, the fourth page in.  At the top it says

17   staffing pattern.  Do you see that?

18       A    I do.

19       Q    We just discussed this, but correct that this

20   reflects the discussion that there are no staff

21   positions at GNETS of Oconee for FY22 funded by the

22   LEAs?

23       A    Correct.

24       Q    This indicates that there are 15 staff

25   positions at GNETS of Oconee funded by the State grant;



 1   is that right?

 2       A    Correct.

 3       Q    And that there are four staff positions funded

 4   by the Federal grant?

 5       A    Correct.

 6       Q    If you then look at the 7th page from the

 7   back.  I'm sorry, these pages are also not numbered.

 8       A    Okay.

 9       Q    Do you see the section that says Service

10   Delivery Supplemental Instruction?

11       A    Yes.

12       Q    If you flip over one more page from that to

13   the second page of that section, there's a question in

14   the middle of this page, it says, "How is academic data

15   being used by leadership to support students, staff and

16   parents?"

17            Do you see that question?

18       A    Yes.

19       Q    Towards the end of the first sentence there it

20   says, "Data is analyzed for progress on IEP goals as

21   well as progress in academic grade level standards."

22            Do you see that?

23       A    I'm not sure where you are -- yes, okay.

24       Q    How does GNETS of Oconee ensure that the

25   curriculum is aligned both with general education grade



1   level standards and a student's IEP?

2        A    The IEP team really looks at both together.

3   The programs that we used are aligned with the Georgia

4   Standards of Excellence curriculum and so there's

5   alignments built into the program that you can see and

6   determine which standards those students have met.  And

7   for the IEP we use a progress monitoring tool that

8   teachers will regularly progress monitor those IEP

9   goals.

10            Am I answering your question?

11       Q    Yes, I think so.  When you say that there is a

12  progress monitoring tool that teachers use, is there a

13  name for that tool?

14       A    It is just IEP progress monitoring.

15       Q    So is that just more of a practice?

16       A    It is an in-house tool that we use where

17  teachers will progress monitor those IEP goals.

18       Q    When you say tool, is there a form that

19  teachers fill out?

20       A    Yes.

21       Q    How frequently is that done?

22       A    We encourage weekly, but not all teachers get

23  progress monitoring done weekly.  At least biweekly.

24       Q    Do you have an example of what it might look

25  like at GNETS of Oconee for a student to receive grade



1   level standards but to still have their IEP

2   incorporated into that?  I am just trying to understand

3   sort of how that works.

4       A    So students that might be on a, working, for

5   example, working in Edgenuity, they are working on

6   their high school curriculum and the Georgia Standards

7   of Excellence.  However, they may have reading needs

8   and would need to practice sight words and things like

9   that.  So that may be their IEP goal and that's

10  progress monitored.

11          But they are also working in the Edgenuity

12  program working through the course work required for

13  the high school graduation.

14      Q    One other question on this document.  The last

15  question on this page says or prompt says, "Describe

16  the procedures used to ensure supplemental academic

17  interventions or implement it with Fidelity."

18          Do you see that?

19      A    Yes.

20      Q    Beneath that, "The iReady instructional usage

21  data is reviewed and shared at least every two weeks."

22      A    Correct.

23      Q    "Teachers are required to hold weekly meetings

24  with students to ensure instructional usage is met as

25  well as passing scores of 80 or above."



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              109

1          Do you see that?

2     A    Yes.

3     Q    What does it mean to have a passing score on

4  iReady?

5     A    That means that, so there are various lessons

6  that are within iReady.  Every lesson has a score

7  attached to it so that would be the passing score,

8  whatever the score is.

9     Q    That score is a reflection of a student's

10  mastery of whatever the standards are in that

11  particular section of the iReady?

12     A    That's correct.

13          MS. GARDNER:  I will ask the court reporter to

14      mark this document as Plaintiff's Exhibit 471.

15          (Plaintiff's Exhibit 471 was marked for

16      identification.)

17          (Witness reviewing document.)

18  BY MS. GARDNER:

19     Q    Ms. Wolf, you have been handed what's been

20  marked as Plaintiff's Exhibit 471.  This is a document

21  whose first page is captioned, Board Update for 8-10-21

22  RESA Board of Control Meeting.

23          Do you recognize this document?

24          (Witness reviewing document.)

25     A    Yes, I do.



1     Q    What is this document?

2     A    This is a document that I use to show the

3  staffing pattern and the number of students at each

4  site for the RESA Board of Control.

5     Q    Is this one of the written updates you

6  referenced earlier that you prepare for the Board of

7  Control?

8     A    It's part of it, yes.

9     Q    The first page of this document shows the

10  number of GNETS students served; is that correct?

11     A    Correct.

12     Q    We talked a little bit earlier about the

13  differences between cumulative count and in the-class

14  count?

15     A    Yes.

16     Q    That applies to this as well?

17     A    Yes.

18     Q    Turning to the second page, am I correct that

19  this page summarizes GNETS of Oconee staff as of

20  August 9, 2021?

21     A    Yes.

22     Q    That shows you had 11 teacher positions?

23     A    Yes.

24     Q    And eight of those were filled at the time?

25     A    Yes.



1    Q    This chart shows a vacancy at Lakeview Academy

2    for grades 3 through 4?

3    A    Yes.

4    Q    How did you handle that vacancy?

5    A    With a paraprofessional sub until that vacancy

6    was filled, with one of our paraprofessionals.

7    Q    How long did it take to fill that vacancy?

8    A    I believe that one was filled relatively

9    quickly.  Actually, no, as I'm looking at it, that was

10   one of the classes that we had to move around a little

11   bit.  We dissolved that classroom, I believe.

12   Q    What happened to the four students who were in

13   that classroom?

14   A    I'm not really sure if they were divided up

15   between the two or whether we had a student move out.

16        Yes, okay, as I'm looking at it, the classroom

17   at the Putnam Primary School, we had two students move

18   out of the county and one of the students transitioned

19   back full-time, so Ms. Coleman went down to Lakeview

20   Academy and became the teacher there.

21   Q    When in the year did Ms. Coleman move to

22   Lakeview Academy?

23   A    It was the beginning of last year, the

24   beginning of FY22.

25   Q    This says you also had another teacher vacancy



1    in Washington County.  Do you see that?

2         A    Yes.

3         Q    That county also had a vacant support teacher

4    spot; is that right?

5         A    Are we talking about Hancock County?

6         Q    No, Washington County which is all the way at

7    the bottom.

8         A    Washington County, yes.

9         Q    It shows vacancies for both the teacher

10   position and the support teacher position.

11        A    Yes.

12        Q    How did GNETS of Oconee service the three

13   students in that Washington County classroom, given

14   those vacancies?

15        A    So some of their students went to the Johnson

16   County classroom and were served in that class and some

17   of the younger students were served in the Wilkinson

18   County classroom.

19        Q    So some students were moved to Johnson County,

20   you said?

21        A    Correct.

22        Q    The remainder were served in Wilkinson County?

23        A    Yes.

24        Q    This chart says that there's three teacher

25   vacancies and I only see two here.  Is there another



1  vacancy?

2      A    Yes, it looks to me like there's only two.

3  See where it says, "Lauren Hodnett, pending board

4  approval," that was considered a vacancy because it

5  wasn't approved yet.  That's the way I wrote that.

6      Q    Understood.  So on this page Lauren had you

7  had net is identified as a teacher.  If you turn to the

8  next page, it looks like she shows up as a support

9  teacher during the prior spring?

10     A    Yes.

11     Q    Did she move from a support teacher role to a

12  full teacher role?

13     A    Yes, she obtained her bachelor's and then

14  entered the TAPP program.

15     Q    What is the TAPP program?

16     A    The Teacher Alternative Preparation, I'm not

17  sure what the other P is.

18     Q    Functionally, what is the TAPP program?

19     A    The TAPP program is a teacher certification

20  program wherein one teacher has attended for a year or

21  two years.  Under Oconee RESA, they can become

22  certified in the field and content area.

23     Q    Do you have any other teachers at GNETS of

24  Oconee in the TAPP program apart from Ms. Hodnett?

25     A    Presently, I have Ms. Hodnett, Mr. Derrick



1  Harris, he's our now Washington County teacher, and I'm

2  trying to think if there's any others.  I think that is

3  it right now.

4       Q    What educational background and credentials

5  are GNETS of Oconee teachers required to have?

6       A    They are required to be able to be certified

7  as teachers.  In our program, and I believe in all the

8  GNETS programs, it's difficult to get somebody with the

9  ideal special education background as well as content

10  certified background.

11           We get people coming out of fields, like they

12  are coming from a psychology background to work with

13  this population.  It's required that they are going to

14  be able to be certified.

15       Q    Are GNETS of Oconee teachers required to be

16  certified in special education?

17       A    Yes.

18       Q    Are all of the GNETS of Oconee teachers

19  currently certified in special education?

20       A    Yes.

21       Q    This TAPP program provides a certification in

22  special education?

23       A    Yes, as well as content areas.

24       Q    But it is just an alternative certification

25  pathway, is that how it works?



1      A     Yes.

2      Q     On this page it shows that you had 13 support

3   teachers positions, right?

4      A     Yes.

5      Q     And ten of them were filled; is that correct?

6      A     Yes.

7      Q     The teacher support position, is that the same

8   as a paraprofessional position?

9      A     Yes.

10      Q     How do you handle support teacher vacancies?

11      A     It varies.  We contract with ESS which, I

12   don't know what the acronym stands for, but it is a

13   program that provides certified subs, substitutes.  And

14   so we work closely with them to provide the service.

15      Q     Under Other Certified Staff, if you look

16   towards the bottom of this page, it identifies an

17   executive secretary and then under Qualifications it

18   says, "certified substitute, two days as secretary,

19   three days as substitute."

20      A     Correct.

21      Q     What does that mean?

22      A     So she provided secretarial services two days

23   and then she would provide the rest in a classroom as a

24   substitute.  She was a certified paraprofessional.

25      Q     Moving on to the section that says GNETS



1    Mental Health Clinicians.

2         A    Yes.

3         Q    It says you have a treatment coordinator; is

4    that right?

5         A    Yes.

6         Q    That person is a licensed clinical social

7    worker?

8         A    Yes.

9         Q    Is that one of the social work positions

10   reimbursed by the therapeutic services grant you

11   referenced earlier?

12        A    Yes.

13        Q    This also says you have a student support

14   specialist at Lakeview Academy, right?

15        A    That's correct.

16        Q    That person has a master's in professional

17   counseling?

18        A    Yes.

19        Q    It says that they are eligible for licensure

20   as a licensed professional counselor, but I take it

21   that they are not actually licensed?

22        A    That's correct, she hasn't taken the test.

23        Q    Is that position covered by any sort of

24   therapeutic services grant?

25        A    No.



1        Q    Then at the bottom it says that there is a

2    student support specialist at Oak Hill Middle School

3    and it says that that position is contractual.  Do you

4    see that?

5        A    That's correct, yes.

6        Q    Is this position covered by any sort of

7    therapeutic services grant?

8        A    No.

9        Q    I am going to share a document electronically

10   with you.  Can you see this document?

11       A    Yes.

12       Q    This is a document that was produced natively

13   to us by GNETS of Oconee.  The file name on the

14   document is Oconee_temp_042177 and as you can see from

15   the spreadsheet, this is FY22 GNETS of Oconee

16   Professionally Qualified Status All Staff.

17            Do you recognize this document?

18            (Pause.)

19       A    Yes.

20       Q    Is this a list of your staff at GNETS of

21   Oconee for FY22?

22       A    Yes.

23       Q    Am I correct that there are separate tabs that

24   identify staff for prior fiscal years?

25       A    Yes.



1    Q    Is this list for FY22 still accurate

2    currently?

3    A    No.

4    Q    What is different?

5    A    Mr. Clyde and Ms. Coleman, Ms. Hardy, there's

6    a couple staff that have left.  One retired.

7    Q    I know you said Mr. Harvey has left.  I am

8    wondering if you look at the entry for him for FY22, it

9    references a waiver.

10        Do you see that?

11    A    Yes.

12    Q    What does that mean?

13    A    So it was Mr. Clyde that I said left, not Mr.

14    Harvey, but Mr. Harvey, he was with us last year and

15    then retired.  He did not -- he was under a different

16    program where he was seeking certification that he

17    never fulfilled.  So it was expiring.  So we had to

18    request a waiver.

19        So that's what that is.  So his certificate

20    was approved on waiver to June of two thousand, I

21    believe it was, '22 is when they renewed it to.

22        MS. GARDNER:  I think I neglected to ask that

23        this document be marked as Plaintiff's Exhibit 472.

24        (Plaintiff's Exhibit 472 was deemed marked for

25        identification.)



1   BY MS. GARDNER:

2      Q     Ms. Wolf, do you see an entry for Mr. Clyde,

3   there is a reference to IN4T?

4      A     Yes.

5      Q     Is that any sort of alternative certification

6   indicator?  What is the significance of IN4T?

7      A     It is.  That's when they get certified and

8   they are initially getting through the TAPP program, we

9   apply for that certificate until they meet the

10  requirements and then they would, the INT4 (sic) would

11  come off.

12     Q     So the IN4T is an indicator of participation

13  in the TAPP program?

14     A     Any inductive program.  It could be that they

15  are pursuing an induction certificate through a

16  college.

17     Q     I just have one more question, a couple more

18  questions on this document.  What is the difference

19  between -- do you see this?  I have turned to the tab

20  that is FY19 staff?

21     A     Yes.

22     Q     What is the difference between a certification

23  Level 4, 5 and 6?

24     A     Okay, the 4 is a bachelor's level, 5 master's,

25  6 specialist.

1    Q    Thank you.  What is the process for hiring

2   personnel when you have a vacancy or some other need as

3   identified?

4    A    I'm not sure what your question is, like in

5   terms of recruitment or --

6    Q    I am trying to understand how the hiring

7   process works at GNETS of Oconee when you need to use

8   it.

9    A    Okay, when there's a vacancy, we advertise the

10   position and candidates will apply for the position.

11   We choose the best candidate, interview, get their

12   references, get three references back, get their

13   college transcripts.

14        And then once I select that candidate for

15   approval, I'll submit that to the board with their

16   documentation and the reason for recommending them.

17   And then they have their fingerprints, their background

18   check done.  And that's the procedure.

19    Q    You mentioned there is an interview process.

20   Who typically participates in the interview?

21    A    Typically, I interview them.

22    Q    You said you submit candidates that you have

23   approved to the board, referring to the RESA Board of

24   Control?

25    A    That's correct.




1        MS. GARDNER:  I think we have been going for

2   more than an hour at this point.  Would y'all like

3   to take another break?

4        MR. NGUYEN:  Yes.

5        THE VIDEOGRAPHER:  We are off the record at

6   12:15 p.m.

7        (Luncheon recess.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                      AFTERNOON SESSION.

 2                         1:21 p.m.

 3            THE VIDEOGRAPHER:  We are back on the record

 4       at 1:21 p.m.

 5   BY MS. GARDNER:

 6       Q    Welcome back.

 7       A    Thank you.

 8            (Plaintiff's Exhibit 473 was deemed marked for

 9       identification.)

10       Q    I want to show you another electronic document

11   that I am going to be ask be marked as Plaintiff's

12   Exhibit 473.

13            Do you see this document, Ms. Wolf?

14            (Pause.)

15       A    I do.

16       Q    This is a document, the caption is Board

17   Update for 7-9-19 RESA Board of Control Meeting.

18            Do you recognize this document?

19       A    Yes, I do.

20       Q    Is this another of the written updates that

21   you provide the RESA board on a periodic basis?

22       A    Yes.

23       Q    I want to direct your attention to the bottom

24   of the document of the first page that says Staffing

25   Pattern Summary and Consideration.
```



1          Do you see that section?

2     A    Yes.

3     Q    If you look at the very bottom bullet point it

4   says, "The contracted mental health position will not

5   be filled due to budget deficit."

6          Do you see that?

7     A    Yes.

8     Q    What contracted mental health position is this

9   referring to?

10    A    I'm not sure what that's referring to.  I

11  think that we just didn't have the funds at that time

12  too.  That was maybe before the therapeutic services

13  grant came and we weren't able to fund that contracted

14  position without that.

15    Q    But you are not sure what the actual position,

16  whether it was for a licensed clinical social worker or

17  something else?

18    A    It was for, it would have been for the LPC

19  that's seeking licensure.

20    Q    Just above that, it says, "LVA 1 to 3 students

21  are on half day schedules due to various student

22  behaviors.  We may need to move to a half day model to

23  accommodate large numbers/severity of student

24  behaviors."

25          Do you see that?



1    A    Yes.

2    Q    Is LVA a reference to Lakeview Academy?

3    A    Yes, it is.

4    Q    Can you explain your statement, "We may need

5    to move to a half day model to accommodate large

6    numbers/severity of student behaviors"?

7    A    Yes, because of the safety of the students and

8    many of them were very physically aggressive.  At the

9    time there were, I want to say, eight students in each

10   class.  It was too many.  They were very physically

11   aggressive.

12         Kids were hurting each other, climbing on

13   furniture, et cetera, and it was not a safe issue and

14   we felt we should see if we can start them on half day

15   models.

16   Q    You were saying that there may need to --

17   Lakeview Academy might need to move to a half day model

18   for all students?

19   A    The GNETS class, yes.

20   Q    Did Lakeview move to a half day model for all

21   students?

22   A    That particular year, yes, but then we just

23   started visiting it on a case-by-case basis for other

24   students.  So some students are now on full day basis

25   and others are on half day.



1     Q    What percentage of Lakeview Academy students

2   roughly would you say are on half day currently?

3     A    I would say about 70 percent.

4     Q    Is the idea with half day that you are

5   alternating students so some students are coming in the

6   morning and then a different set of students are coming

7   in the afternoon so you thin out the numbers in each

8   classroom?

9     A    That's correct.

10    Q    Is the need for a half day model influenced by

11  budget considerations?

12    A    Only in that another class, our budget

13  couldn't manage an additional class plus we didn't have

14  the staff.  So there were a lot of factors.  But the

15  half day model was because of safety and severity of

16  the kids.

17    Q    If you could have an additional class with

18  staff, would you be able to serve those students for a

19  full day?

20    A    Possibly.

21    Q    On this document in the chart that's in the

22  center of the document on the far right it says

23  therapeutic staff.  There's a column for that.  Do you

24  see that?

25    A    Yes.



1    Q    Is this outlining the schedule that your

2    therapeutic staff members follow in terms of the number

3    of days per week that they spend at various sites?

4    A    In 2019 it was, yes.

5    Q    This would have been for the 2019-2020 school

6    year?

7    A    For that school year, yes.

8    Q    Just so I understand this, if you see where it

9    says Hancock Central Middle High?

10   A    Yes.

11   Q    And the therapeutic staff says Brundage?

12   A    Yes.

13   Q    Is that person based there?  It doesn't have a

14   particular number of days per week.

15   A    That would have been one day per week.

16   Q    We have talked a little bit about some of the

17   therapeutic aspects of GNETS of Oconee.  I want to

18   continue with that a bit.

19        MS. GARDNER:  I am going to ask the court

20        reporter to please mark this document as

21        Plaintiff's Exhibit 474.

22        (Plaintiff's Exhibit 474 was marked for

23        identification.)

24        (Witness reviewing document.)

25   BY MS. GARDNER:



1    Q    Ms. Wolf, you have been handed what's been

2    marked as Plaintiff's Exhibit 474.  This is an email

3    thread, the most recent email here is from you to

4    Vickie Cleveland dated April 30, 2018.  The subject

5    line is Re: Open Records request.  And the first page

6    of this document is Bates stamped GA00320205.  Do you

7    recognize this?

8    A    Yes.

9    Q    Is it accurate that this email responds to an

10   earlier email from Vickie Cleveland to the GNETS

11   directors requesting that "each GNETS program provide a

12   list of all services, curricular and behavioral

13   interventions being provided to students enrolled at

14   the GNETS program site"?

15   A    Yes.

16   Q    So turning to your email, your email contains

17   the list of services that you are providing in response

18   to that request, correct?

19   A    Correct.

20   Q    Ms. Cleveland made this request because she

21   received an Open Records request from the Georgia

22   Advocacy Office regarding specific services being

23   provided to GNETS students; is that correct?

24   A    Correct.

25   Q    In your list, you separate the services into



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                            128

1  curricular interventions and behavioral and therapeutic

2  interventions, correct?

3      A    Correct.

4      Q    Are the curricular interventions listed here

5  still accurate today?

6      A    No.

7      Q    What modifications were there?

8      A    Curricular, so Baldwin, Oak Hill and High

9  School now use Edgenuity.  Moby Max also uses

10  Edgenuity.

11     Q    You said Moby Max uses --

12     A    I'm sorry, Wilkinson uses Edgenuity for middle

13  and high school and Wilkinson uses Moby Max for

14  elementary.  Edgenuity is used for Wilkinson County.

15     Q    Is anyone using Grad Point?

16     A    No one uses Grad Point anymore.

17     Q    Is anyone using Odysseyware?

18     A    I think Edgenuity is an offshoot of

19  Odysseyware, so it's still Edgenuity now.

20     Q    Is it still accurate that all programs except

21  for iReady are paid by LEA in-kind services?

22     A    That is correct.

23     Q    Moving to the behavioral and therapeutic

24  interventions, is this list still accurate today?

25     A    Yes.



1    Q    We have talked about some of these

2   interventions already.  I did want to ask about the

3   dialectical behavior therapy.  Is that provided as an

4   individual therapy?

5    A    Yes.

6    Q    So that would be under the umbrella of

7   individual therapy services that we discussed earlier?

8    A    Yes, but part of dialectical behavior therapy

9   is using the mindfulness piece so in that respect it is

10   sometimes done in groups.

11    Q    So it would be either group or individual

12   therapy?

13    A    Yes.

14         MS. GARDNER:  I'd like the court reporter to

15      please mark this document as Plaintiff's

16      Exhibit 475.

17         (Plaintiff's Exhibit 475 was marked for

18      identification.)

19         (Witness reviewing document.)

20   BY MS. GARDNER:

21    Q    Ms. Wolf, you have been handed what has been

22   marked as Plaintiff's Exhibit 475.  This is an email

23   from you to Vickie Cleveland dated May 14, 2018.  The

24   subject is Re: Interventions.

25         The email contains one attachment which is a



1    Word document with the file name Oconee Services, and

2    the first page of this document is Bates stamped

3    GA00321938.

4            Do you recognize this document?

5        A    Yes.

6        Q    Looking at the attachment that you provide in

7    your email to Ms. Cleveland which appears at the end of

8    this document, is this an expanded version of the

9    services that we reviewed in the prior email?

10       A    Yes.

11       Q    This is in response to the same request from

12   Ms. Cleveland?

13       A    Yes.

14       Q    I just want to look at the behavioral and

15   therapeutic services that were not included in the

16   prior email.  If you look at the bottom half of the

17   attachment, do you see where it says Love and Logic?

18       A    Yes.

19       Q    What is Love and Logic?

20       A    Love and Logic is an intervention program,

21   it's a way to interact with kids in a positive way

22   where you are building the relationships and holding

23   them accountable and it is a program that I train all

24   teachers in.

25       Q    Your teachers currently are all trained in



1   Love and Logic?

2       A    Some of the new ones are not.

3       Q    How often do you deliver the Love and Logic

4   training?

5       A    Try to deliver it once a year.

6       Q    That has not been delivered yet this year?

7       A    No.

8       Q    Do you have plans to deliver it?

9       A    I will most likely deliver parts of it.  They

10  have access to the information and the professional

11  learning but I don't know that I'll deliver it.  It

12  just depends on what the need is.

13      Q    Then if you look down below that it says, "CPS

14  (collaborative and proactive solutions model)"?

15      A    Yes.

16      Q    What is that?

17      A    So that model is where, it's a model where you

18  are actually assessing the lagging skills that kids

19  have.  As opposed to looking at it from a disciplinary

20  problem, you are looking at it from a skills deficit

21  problem.

22           And so I trained all staff in that.  And it's

23  Ross Green's model.  Basically, you are looking at what

24  the lacking skills are and how you can provide

25  education and training so they can learn those skills.



1      Q    This says the provider for that is licensed

2    counseling staff, so when you say you train staff in

3    that, is it the counseling staff or all of your staff

4    trained in that?

5      A    I trained all of my staff.  I trained them in

6    the summer, I believe, of 2019 or '20, trained

7    everyone.  But yes, the way the forms are set up, I

8    felt like my licensed staff would be the ones that

9    actually initiate those meetings with the parents and

10   the students and the teachers.

11     Q    Is it fair to say that all of the behavioral

12   and therapeutic services listed here either have no

13   cost associated with them or are paid for through the

14   GNETS state grant?

15     A    That is correct.

16     Q    Does that continue to be true today?

17     A    Yes, all of it.  The PBIS, the Georgia

18   Department of Education does PBIS trainings which we

19   deliver, but everything else is through our grant.

20          MS. GARDNER:  I would like to have this

21      document marked as Plaintiff's Exhibit 476.

22          (Plaintiff's Exhibit 476 was marked for

23      identification.)

24          (Witness reviewing document.)

25   BY MS. GARDNER:



1    Q    Ms. Wolf, you have been handed what's been

2    marked as Plaintiff's Exhibit 476.  This is an email

3    thread between you and Nakeba Rahming.  The most recent

4    email is from you to Nakeba Rahming dated September 29,

5    2017.  The subject is "Re: Needs Statement," and the

6    email has one attachment which is a pdf with the file

7    name "Oconee GNETS Needs Statement for Support with

8    Temporary Therapeutic Staff Services."  This document

9    has a Bates stamp GA00794101.

10         Do you recognize this document?

11   A    Yes.

12   Q    In this email, you transmit the attachment

13   that I just referenced to Ms. Rahming; is that right?

14   A    Yes.

15   Q    Who is Nakeba Rahming?

16   A    She was the prior program manager for GNETS.

17   Q    She was employed by the Georgia Department of

18   Education?

19   A    Correct.

20   Q    I want to take a look at the attachment which

21   is the last two pages of this document.  Would you

22   explain what this needs statement for support with

23   temporary therapeutic staff services is?

24   A    I don't remember the reasons that she asked us

25   to send this.  I think they were seeing a need



1  statewide with our GNETS programs in terms of

2  therapeutic support.  In our case, it was my opinion

3  that we did need more therapeutic support staff.

4      Q    So am I correct that this needs statement goes

5  into more detail about your need for therapeutic

6  support staff?

7      A    Yes.

8      Q    In completing this needs statement, was there

9  any particular goal or were you completing it in order

10 to receive something?

11     A    I believe we completed it in order to seek

12 therapeutic services funding through the State.

13     Q    So looking at the top of this document, do you

14 see where it says, "What is the problem?"

15     A    Yes.

16     Q    It says here that, "Therapeutic staff at GNETS

17 of Oconee is inadequate because our classrooms are

18 spread out into twelve different classes at six

19 locations across each of the systems we serve."

20          Do you see that?

21     A    Yes.

22     Q    Then it goes on to say, "When a crisis occurs,

23 the teacher and support teacher are the only ones on

24 site to intervene.  Additional therapeutic support is

25 needed for Life Space Crisis Intervention, group and



1    individual therapy."

2          Do you see that?

3      A    Yes.

4      Q    So at the time you completed this document in

5    2017, the only people available to support GNETS of

6    Oconee students in crisis were the teacher and support

7    teacher on site?

8      A    Unless that was a day that our therapeutic

9    staff was scheduled to be there.  So we did have a

10   rotating schedule, but if a crisis occurred at one

11   place, there may or may not be a mental health person

12   to help deal with that crisis.

13     Q    So at this time your therapeutic staff were

14   rotating but there was not a therapeutic staff person

15   at each site 100 percent of the time?

16     A    Correct.

17     Q    So you were seeking additional therapeutic

18   support in order to be able to provide Life Space

19   Crisis Intervention, group and individual therapy at

20   each site on a more consistent basis?

21     A    Yes.

22     Q    You mention in the next paragraph in

23   explaining why the problem exists that your staff has

24   continued to decrease as your budget has decreased.

25         Do you see that?



1     A     Yes.

2     Q     What was the cause of the decrease in your

3  budget?

4     A     Funding, funding costs overall at the State

5  level, the number of students served the way the

6  formula was set up.  So the funding has decreased over

7  the years for GNETS in the State grant and Federal

8  grant.  So that impacted our program greatly, with us

9  being such a small program.

10    Q     When you say funding has decreased over the

11  years, has that decrease over the years been tied to a

12  decrease in the number of students served in GNETS or

13  is that independent of a decrease in students served?

14    A     The decrease, I believe, was in part due to

15  the number of students served in GNETS as a whole as

16  well as the training and experience factor of staff.

17  More and more we were getting staff that had less years

18  experience so that impacted our funding as well.

19    Q     So part of the funding you receive is tied to

20  how much training and how much experience the staff

21  that you hire have?

22    A     Yes.

23    Q     So I take it the more training and the more

24  experience your staff have, the more money you receive

25  for your program?



1       A    That's the way it's supposed to work.  That's

2  a portion of the budget, yes.

3       Q    Has your budget continued to decrease since

4  the time this needs statement was submitted?

5       A    Yes.

6       Q    Is that decrease for the same reasons as you

7  have just explained or is there anything else?

8       A    Yes, decreased numbers, decreased student

9  numbers and decreased training and experience, yes.

10      Q    You also say in the paragraph about why the

11  problem exists that your Board of Control has been

12  unable to provide additional local funds to support any

13  position in the last six to seven years.

14      A    Correct.

15      Q    I take it from our earlier conversation that

16  that also continues to be the case today?

17      A    Yes, it does.

18      Q    In this paragraph you reference the

19  center-based GNETS program being forced to close by the

20  DOE in July 2017.

21           Do you see that?

22      A    Yes.

23      Q    That's the same closure that we discussed

24  earlier?

25      A    Yes.



1    Q    Am I correct that when your center was forced

2    to close by the Georgia Department of Education, your

3    leadership and therapeutic staff consisted of one

4    director, one coordinator/counselor and one behavior

5    interventionist and one parent worker?

6    A    Correct.

7    Q    What is the parent worker?

8    A    The parent worker at the time was someone with

9    a psychology degree.  It is now the person that is

10   seeking professional licensure for psychology.

11   Q    When you say it's now the person seeking

12   professional licensure, that wasn't the actual person

13   who filled the parent position but you are saying the

14   position itself is now taken up by that person?

15   A    Correct.

16        MS. GARDNER:  I would like to have the court

17        reporter please mark this document as Plaintiff's

18        Exhibit 477.

19        (Plaintiff's Exhibit 477 was marked for

20        identification.)

21        (Witness reviewing document.)

22   BY MS. GARDNER:

23   Q    Ms. Wolf, you have been handed what's been

24   marked as Plaintiff's Exhibit 477.  This is an email

25   thread between you and Amber McCollum.  The most recent



1  email here is from you to Amber McCollum dated May 23,

2  2017 with the subject line, "Re: Question about

3  carryover."  The first page of this document is Bates

4  stamped GA03817180.

5            Do you recognize this email?

6       A    Yes.

7       Q    In this email, am I correct you write to Amber

8  McCollum, "Is there any way that we can request

9  approval for an additional percentage of carryover with

10  our program's move this year from a main center to a

11  satellite program?  We have really struggled.  The six

12  systems we serve do not intend to provide local

13  funding.  I am having to use every bit of our funds for

14  staff, leaving no funding for other needed materials.

15  Thank you for your consideration."

16            Have I read that accurately?

17       A    Yes.

18       Q    Who is Amber McCollum?

19       A    Amber McCollum at the time was the budget

20  liaison at the Department of Education.

21       Q    Was she the budget liaison at the Department

22  of Education specifically for GNETS?

23       A    That was one of her roles, yes.

24       Q    So she was the person you would correspond

25  with at the Department of Education about GNETS of



1    Oconee's budget?

2        A    Yes.

3        Q    What were you referring to when you asked

4    about carryover?  What is carryover?

5        A    Carryover is 6B or Federal funds that are

6    drawn down and a percentage of that is allowable to be

7    carried over into the next fiscal year.  So at the time

8    it was 25 percent carryover.

9        Q    Here you were asking if that 25 percent

10   carryover could be increased?

11       A    Yes.

12       Q    Did you receive a response from Amber McCollum

13   about that question?

14       A    I believe the response was, let's see, I think

15   it was at the bottom there where she says -- I don't

16   remember if I received a response from her on that.

17       Q    You said in the your email that you were

18   having to use every bit of funds for staff leaving no

19   funding for other needed materials?

20       A    Correct.

21       Q    What other needed materials were you

22   referencing there?

23       A    Instructional materials, classroom supplies,

24   things like that.

25           MS. GARDNER:  I'd like the court reporter to



1        mark this document as Plaintiff's Exhibit 478.

2             (Plaintiff's Exhibit 478 was marked for

3        identification.)

4             (Witness reviewing document.)

5   BY MS. GARDNER:

6        Q    Ms. Wolf, you have been handed what has been

7   marked as Plaintiff's Exhibit 478.  This is an email

8   thread between you and Vickie Cleveland.  The most

9   recent email in this thread is from Vickie Cleveland to

10  you dated June 13, 2018.  The subject line is "Re:

11  Social Workers."

12            Do you recognize this email?

13       A    I don't recall this email, but I recognize it

14  as mine, yes.

15       Q    If you could turn to the first email in time

16  in the thread which begins on the second page of this

17  document.

18       A    (Indicating affirmatively.)

19       Q    Am I correct in understanding from this that

20  Vickie Cleveland reached out to you and Desiree Woods

21  to ask whether the two of you shared a social worker

22  for the FY18 school year?

23       A    Yes.

24       Q    Who is Desiree Woods?

25       A    A fellow GNETS director now retired.



1     Q     Which program was she the GNETS director for?

2     A     DeKalb Rockdale.

3     Q     Ms. Cleveland also asked the two of you

4  whether you will still need a reimbursement for the

5  social worker for FY19, correct?

6     A     Correct.

7     Q     How did you respond to Ms. Cleveland's

8  question?

9     A     I would have said that, yes, we did need

10  additional therapeutic support funding.

11     Q     So in your email responding to Ms. Cleveland,

12  you say, "We definitely need an extra therapeutic

13  support person."

14          Is that correct?

15     A     Yes.

16     Q     You go on to say, "Can we find our own people,

17  though, and not use Staff Rehab or another agency?"

18          Do you see that?

19     A     Yes.

20     Q     What's Staff Rehab?

21     A     Staff Rehab was a privately run therapeutic

22  agency that would provide support to school systems.

23     Q     Had you been required to use Staff Rehab

24  before?

25     A     Initially, I don't know that it was a



 1  requirement, but I can't remember how Staff Rehab
 2  became involved.  That's what we were told to refer
 3  through initially, but they really didn't know a lot --
 4  I can't remember if it was an individual person.  I
 5  can't remember the person at all.
 6          But I remember that they weren't really
 7  trained in how to work with our population.  And that's
 8  why I was asking.
 9      Q    You said Staff Rehab is what you were told to
10  refer through initially.  Who told you to refer through
11  Staff Rehab initially?
12      A    I don't know that Vickie told us that we had
13  to use Staff Rehab.  I think that was one of the
14  resources that she suggested.  And Ms. Woods had used
15  them in the past as well, so I don't know if other
16  GNETS programs use that same agency or not.  I know it
17  wasn't working out with us.
18      Q    In here you are asking Vickie Cleveland
19  whether you can not go that route and can instead find
20  your own person?
21      A    Correct.
22      Q    What was the outcome of that question?  How
23  did that get resolved?
24      A    I believe that we were able to, that we were
25  allowed to.  I don't know if she had emailed me back or



1  we had a phone conversation, but the answer was yes,

2  essentially.

3      Q    You mentioned that one of the issues with

4  Staff Rehab was that they weren't really experienced in

5  working with your population?

6      A    Yes.

7      Q    When you say your population, what

8  specifically are you referring to?

9      A    Students with the most severe behavior and

10  emotional needs.  They weren't at the level that they

11  would be able to handle a crisis or even do crisis

12  intervention with them, so.

13          MS. GARDNER:  I ask the court reporter to mark

14      this document as Plaintiff's Exhibit 479.

15          (Plaintiff's Exhibit 479 was marked for

16      identification.)

17          (Witness reviewing document.)

18  BY MS. GARDNER:

19      Q    You have been handed what has been marked as

20  Plaintiff's Exhibit 479.  This is another email thread

21  between you and Vickie Cleveland.  The most recent

22  email on this thread is an email from Vickie Cleveland

23  to you dated July 24, 2018.  The subject is "Re:

24  Therapeutic Services Reimbursement for Social Workers,"

25  and there is one attachment which is a Word document



1   with the file name GNETS Contracted Social Worker.

2           The first page of this document has a Bates

3   stamp of GA00329465.  Do you recognize this email

4   thread?

5       A    I recognize it as being mine.  I don't

6   particularly remember it, but yes.

7       Q    I want to look at the earliest email in this

8   thread which starts on the second page.  Do you see

9   where Ms. Cleveland writes to you and others and says,

10  "The SBOE approved the reimbursements for therapeutic

11  services for social workers for FY19"?

12      A    Yes.

13      Q    This is the same social worker you were

14  discussing with Ms. Cleveland in the last email

15  exchange we reviewed in Plaintiff's Exhibit 478?

16      A    I'm not sure if it's the same one.

17      Q    Am I correct that SBOE here refers to the

18  State Board of Education?

19      A    Yes.

20      Q    Ms. Cleveland goes on to write later on, "I am

21  working on data collection deliverables that the SWs

22  will have to send to GaDOE quarterly regarding services

23  this school year."

24           Do you see that?

25      A    Yes.



1    Q    Was the social worker the Georgia Department

2    of Education reimbursed you for required to submit data

3    to the Department of Education about services that the

4    social worker provided?

5    A    Yes.

6    Q    What kind of data were they required to

7    submit?

8    A    They were required to submit a therapeutic

9    services log that indicated the date, the student name

10   and the type of service that was provided and, yes, and

11   who they were.

12   Q    How frequently was that data required to be

13   submitted?

14   A    Monthly.

15   Q    To whom was the data submitted at the

16   department in the Georgia Department of Education?

17   A    To Lakeisha Stevenson, who was the assistant

18   for Vickie Cleveland.

19   Q    When that data was submitted, who from GNETS

20   of Oconee would actually do the submission?

21   A    I would do the submission.

22   Q    Would you email that, was there some sort of

23   secure way of transmitting it?  How did that work?

24   A    We submitted it through the Department of

25   Education's secure porthole by email.



1     Q     Does GNETS of Oconee still submit that sort of
2    data to the Department of Education today?
3     A     Yes.
4     Q     For which positions on your staff do you
5    submit that data currently?
6     A     Primarily from Ms. Brundage, the licensed
7    clinical social worker.
8     Q     Do you still submit that data to Ms.
9    Stevenson?
10     A     Yes.
11     Q     On a monthly basis?
12     A     Yes.
13     Q     Turning back to the first page of the document
14    which is your response to Ms. Cleveland, you say here,
15    "Are there any protocols about who we contract with?
16    Can we contract directly with a licensed individual
17    rather than using a hiring agency?"
18          Do you see that?
19     A     Yes.
20     Q     This question is similar in nature to your
21    question about whether you have to use Staff Rehab; is
22    that right?
23     A     Yes.
24     Q     How did Ms. Cleveland respond to your
25    question?



1    A    I don't recall whether she responded in a

2    written fashion, but the answer was yes, that we could

3    use another agency.

4    Q    Ms. Cleveland sends you an email in response

5    to your email on this thread, correct?

6    A    Yes.

7    Q    She says, "Please send me the resume for the

8    candidate.  I have also attached a draft of the social

9    worker responsibilities that I am working on with some

10   of the expectations for services."

11        Correct?

12   A    Correct.

13   Q    Did you send Ms. Cleveland a resume for the

14   candidate?

15   A    I believe so, but as I'm thinking about it,

16   I'm not even sure what the candidate's name was.

17   Q    Did you review the draft of the social worker

18   responsibilities that Ms. Cleveland forwarded to you in

19   this email?

20   A    Yes.

21   Q    What did you do with that draft, if anything?

22   A    I believe from the draft, created the job

23   description for that social worker.

24   Q    When you say for that social worker, you are

25   talking about the social worker that GNETS of Oconee



1  ultimately hired?

2      A    Yes.

3      Q    Ms. Cleveland says in her email that she will

4  share more at an August meeting.

5           Do you see that?

6      A    Yes.

7      Q    Were these social worker responsibilities

8  discussed at an August meeting?

9      A    I don't recall.

10     Q    Turning to the attachment that Ms. Cleveland

11  included in her email to you, do you see the section

12  titled General Responsibilities?

13     A    Yes.

14     Q    In the second paragraph about midway through

15  it says, "Further, the social worker aligns their daily

16  tasks with the identified needs outlined in the GNETS

17  needs assessment submitted to GaDOE.  Daily assignments

18  must focus on assisting students with problem solving,

19  conflict resolution and elevated mental health

20  concerns."

21          Do you see that?

22     A    Yes.

23     Q    Is the needs assessment mentioned here the

24  kind of needs assessment that we reviewed earlier?

25     A    I believe so.



1    Q    We talked a bit earlier about the number of

2    students served by GNETS of Oconee.  I want to talk a

3    little bit more about the students that your program

4    serves.

5         How do GNETS of Oconee students physically get

6    to their assigned facilities on a daily basis?

7    A    Are you talking about mode of transportation?

8    Q    Yes.

9    A    Typically, the school system provides a school

10   bus and in some cases the parents will transport.

11   Q    Do you have a sense roughly of the breakdown

12   in terms of how many of your students percentagewise

13   ride the bus versus are car riders?

14   A    I would say probably 20 percent are car

15   riders.  And that's just a guess.

16   Q    Do you review any information about the length

17   of bus rides for GNETS of Oconee students?

18   A    There was a point, and this has been several

19   years ago, where we did discuss the length of bus rides

20   and compared them to the school systems and those

21   lengths of bus rides, so I do recall that conversation

22   among directors.

23   Q    You said that was several years ago?

24   A    Yes.

25   Q    Did that conversation occur at a GNETS



1  directors meeting?

2      A    I believe so.

3      Q    When you say that the bus rides were compared

4  to the school system's bus rides, did the directors

5  look at actual data from their programs alongside data

6  about bus rides from whatever county systems they are

7  serving?

8      A    I don't recall looking at any hard written

9  data.  I remember that we had the discussion about when

10  students get on to the school bus and arrive to the

11  school, that it was comparable in many cases to the

12  school system's.

13      Q    Was that conversation initiated by anybody in

14  particular?

15      A    I don't recall.

16      Q    Do you have any sense for what the longest

17  amount of time any of your GNETS of Oconee students are

18  on the buses?

19      A    About an hour, in some cases there were

20  further distances.  That was when we were at the

21  center.  Now, of course, we are in satellite, so now it

22  may be just as long.  It depends on how many kids they

23  are picking up, things like that.  But I'm sure it's

24  reduced since we have been in the satellite model with

25  the exception for the ones that have to transport to a



1   different county.

2       Q    For students who have to transport to a

3   different county, about how long are those bus rides?

4       A    Approximately 30 minutes.

5       Q    Do any GNETS of Oconee students participate in

6   any sort of bus barn or bussing hub where they take one

7   bus to a second location and then get on other buses

8   going elsewhere?

9       A    Presently, no.

10      Q    Has that ever been a practice in the past?

11      A    That has occurred in the past.

12      Q    When did that last occur?

13      A    The last that I recall is Putnam County

14   because of the distance in the county.  It's such a

15   widespread county that in some cases parents brought

16   their kids to a central bus area and that's where kids

17   were transported from.

18      Q    Have any of the sites with GNETS of Oconee

19   been impacted by any bus shortages?

20      A    Not that I have been ever aware of.

21      Q    So you don't have any students who have had to

22   leave school early because of bus shortages or anything

23   like that?

24      A    No.

25      Q    You have been with GNETS of Oconee for quite



1  some time.  During your time with the program, what's

2  been the shortest length of stay that you can remember

3  for a student?

4     A    Not counting kids that were moved in and out

5  of the system from other areas, I am assuming?

6     Q    Sorry, can you clarify what you mean by moved

7  in and out of the system?

8     A    So a student that transfers in from another

9  county and comes in for a very short stay because they

10  are in a foster care group home and they are moved out

11  very quickly.

12     Q    I see.  So excluding students who have short

13  lengths of stay because of mobility issues.  I am

14  asking, what is the shortest length of stay for a

15  student who is served at GNETS of Oconee and then

16  transitioned back to their home school system?

17     A    We are talking about a full-time transition

18  back or a gradual?

19     Q    Why don't you tell me both.

20     A    So gradual, we have had students that would

21  come into our program and be in our program

22  approximately six to eight weeks, and if they come into

23  our program and they are on green level the entire

24  time, it is really not an appropriate placement for

25  them.  So we would start a gradual transition, one



1  class at a time, two classes until they are fully

2  transitioned out.  So I would say anywhere from six

3  weeks to three months stays would be the shortest.

4      Q    So six weeks would be the shortest, if we are

5  talking about from the time that they begin receiving

6  GNETS services to the time that they begin to

7  transition into the general education environment?

8      A    Yes.

9      Q    And then are you saying that three months is

10 the shortest length of stay you can recall in terms of

11 the time from when a student begins to receive GNETS

12 services and is fully transitioned back into a regular

13 environment?

14     A    It is really up to the IEP team as far as how

15 fast that transition is going to occur.  Sometimes in

16 certain cases with kids, they would be able to handle a

17 full-time transition, and in other cases not.  It just

18 depends on the child's needs.

19     Q    I am just asking in your experience in terms

20 of what you have actually seen because you have seen a

21 lot of individual students.

22     A    Right.

23     Q    What's the shortest length of stay you

24 personally have seen in your years at GNETS of Oconee

25 from the time a student begins receiving GNETS services



1   to the time they are fully transitioned into a normal

2   education environment?

3       A    Four to six months.

4       Q    What is the longest stay in your experience

5   with GNETS of Oconee that you have seen in terms of the

6   time from when a student begins receiving GNETS

7   services to the time when they are fully transitioned

8   back into the general education environment?

9       A    I have had kids their whole school career from

10  probably first, second grade on through high school.

11      Q    Do you track average length of stay in any way

12  as GNETS director?

13      A    No.

14      Q    Are there any sort of markers or other

15  indicators that you use for students who have been in

16  GNETS of Oconee for an extended period of time, for

17  example, is there anything different that happens once

18  a student has been in for four years or five years or

19  ten years than might occur if a student were having a

20  shorter length of stay?

21      A    In some cases, further assessment and

22  evaluation, certainly taken into consideration if that

23  student needs to go out for crisis stabilization; and

24  the number of crisis stabilizations that they have had.

25  I think all that, you know, has bearing on how long



1  they are going to stay, that the IEP team would

2  recommend that they stay.

3      Q    But in terms of any kind of trigger points, it

4  sounds like there is not a particular length of time

5  after which there's something different done in terms

6  of how a student is reviewed for transitioning back to

7  a lesser restrictive environment.

8      A    Every time the IEP meets, which is at least

9  annually.  Of course, we do amendment meetings and

10  things like that.  But at least annually we discussed

11  whether that student is ready for transition and if

12  not, why not, you know, the IEP team discusses that.

13      Q    Have you had students at GNETS of Oconee

14  transition back into their general education

15  environment and then come back to GNETS of Oconee?

16      A    Yes.

17      Q    How frequently does that happen?

18      A    Not very frequently.  Over the course of my

19  career, probably, I mean, I can think of a handful, of

20  maybe six or eight kids.

21      Q    How many students transitioned back into the

22  general education environment during the 2021-22 school

23  year from GNETS of Oconee?

24      A    And this is just a guess, maybe three.

25      Q    This current school year, 2022-23, do you



1  currently have any students on track to transition back

2  to general education environments?

3      A    I'm trying to run through all of my students

4  here.  There are a few that are close to transitioning

5  that we feel may be successful, yes.

6      Q    Roughly how many students are we talking

7  about?

8      A    In the whole program right now, I would say

9  possibly maybe four.

10     Q    Have you had any of those students actually

11 transition yet this school year?

12     A    We have had added transitional classes for

13 some of the students, so yes, they are beginning the

14 transition process.

15     Q    How many of the four have already started to

16 have transition classes in the general education

17 environment?

18     A    Well, we do have more that are already

19 transitioning.  Are you asking just specifically this

20 year?

21     Q    Yes, this year, this school year.

22     A    I just want to make sure I'm understanding the

23 question.  Are you asking me how many students do we

24 have currently transitioning now or how many of those

25 four students that potentially may go out full-time are



1  transitioning?

2      Q    How many of the four who may go out full-time

3  are already transitioning in terms of spending some of

4  their time in the general education environment?

5      A    I believe the three of those four.

6      Q    Does GNETS of Oconee strive to return students

7  to their general education setting?

8      A    Yes.

9      Q    That's the goal?

10     A    That is our goal, yes.

11         MS. GARDNER:  I'd like to show you another

12     document electronically which I am going to ask be

13     marked Plaintiff's Exhibit 480.

14         (Plaintiff's Exhibit 480 was deemed marked for

15     identification.)

16         (Witness reviewing document.)

17 BY MS. GARDNER:

18     Q    Ms. Wolf, this is a spreadsheet that was

19 produced by GNETS of Oconee to the United States in

20 response to a document subpoena.  The file name for the

21 document provided electronically was Number 5

22 Enrollment Rosters FY22, FY21, FY20 Student Enrollment

23 Rosters.xlsx.  I am going to represent to you that we

24 have hidden the columns containing student first and

25 last name as well as student ID numbers and birth dates



1  for confidentiality reasons.

2         Do you recognize this document?

3  A    I do.

4  Q    Did you put this document together?

5  A    I did.

6  Q    Is this an enrollment roster of GNETS of

7  Oconee students for the FY20, 21 and 22 school years?

8  A    Yes.

9  Q    This spreadsheet shows each student's grade

10  level; is that right?

11  A    That's correct.

12  Q    And each student's race?

13  A    Yes.

14  Q    And each student's sex?

15  A    Yes.

16  Q    And their home school system?

17  A    Yes.

18  Q    Their primary and secondary disability?

19  A    Yes.

20  Q    And whether they participate in any

21  extracurricular activities?

22  A    Yes.

23  Q    Is it correct according to the spreadsheet

24  that GNETS of Oconee had three first graders in the

25  program at Lakeview Academy in 2021-22?



PATRICIA J. WOLF                                        October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                    160

1      A    Yes.

2      Q    The oldest student at GNETS of Oconee was in

3   12th grade that school year; is that correct?

4      A    Yes.

5      Q    If you will take a look at the 2019-20 tab of

6   the spreadsheet, am I correct that GNETS of Oconee had

7   one pre-K student that year?

8      A    I believe that might have been a typo because

9   their home school was Midway Hills Primary School, that

10  they don't handle pre-K.  So I think that might have

11  been a typo.

12     Q    To the left of this, it says Early Learning

13  Center Baldwin.  So are you saying there is

14  disagreement in terms of the two schools that are

15  identified?

16     A    Yes, it should be Midway Hills Primary and it

17  should be kindergarten, because we don't serve pre-K.

18     Q    That year, you had another kindergartener as

19  well?

20     A    Yes.

21     Q    Is it fair to say from this chart that most of

22  the students at GNETS of Oconee have EBD?

23     A    A very large percentage, yes.

24     Q    Is that true across the three fiscal years

25  that are represented in the various tabs?



PATRICIA J. WOLF                                      October 06, 2022
UNITED STATES vs STATE OF GEORGIA                            161

1       A    Yes.

2       Q    Is it also fair to say that very few GNETS of

3   Oconee students have segments of the day with

4   non-disabled peers?

5       A    Yes.

6       Q    One question for you about last school year,

7   2021-22.  Were there any students who graduated from

8   GNETS of Oconee last school year?

9       A    Yes.

10      Q    How many?

11      A    This is guessing, five or six.

12      Q    Were there any students last year who dropped

13  out of school who were GNETS of Oconee students?

14      A    Yes.

15      Q    Approximately how many?

16      A    There's at least three that I can think of off

17  the top of my head.

18      Q    For the five or six who graduated, did those

19  students participate in the graduation ceremonies for

20  the school-based locations where they were served?

21      A    They did.

22      Q    Do you regularly track which GNETS of Oconee

23  students graduate each year?

24      A    In terms of our data collection, yes, but it's

25  not like a separate report that's maintained.  But yes.



1    Q    Do you track whether those students pursue

2  post-secondary education?

3    A    We don't.

4    Q    Do you track whether those students secure

5  employment?

6    A    No.  Those are tracked through the home

7  systems.

8    Q    Home systems meaning the home school LEA?

9    A    Yes.

10    Q    Do you regularly track the number of GNETS of

11  Oconee students who drop out?

12    A    We do not.  Again, there's not a specific

13  report.  We could pull that data if we needed to, but

14  we don't do a specific report on that.  Again, that's

15  also tracked through the LEA.

16    Q    Understood.  Does GNETS of Oconee record the

17  attendance of each of its students on a daily basis?

18    A    We do.

19    Q    How do you record attendance?

20    A    We record it both on a GNETS spreadsheet as

21  well as the student information system for the school

22  system that we serve.

23    Q    Each school system that GNETS of Oconee serves

24  has a different information system?

25    A    Yes, most of them are using Infinite Campus



1  right now.

2      Q    So GNETS of Oconee has access to the student

3  information system for each of the county systems?

4      A    We do, yes, in most cases.  In smaller, where

5  there is only like two or three students, a lot of

6  times the attendance would be reported to that

7  registrar to put in the attendance.  But in our bigger

8  sites, we put in the information.

9      Q    Has GNETS of Oconee always had access to the

10  student information systems for the counties that it

11  serves?

12      A    No.

13      Q    When did GNETS of Oconee start having access

14  to those student information systems?

15      A    This is a guess off the top of my head, but

16  probably about 15 years ago.

17      Q    Sometime around 2007?

18      A    Yes.

19      Q    Did that happen for multiple county school

20  systems at the same time or was it patchwork?

21      A    Initially, patchwork, but yes, eventually all

22  of them.

23      Q    In order for a student to count as being in

24  attendance, what proportion of the instructional day do

25  they have to be physically present?



1    A    They have to be present at least until, for a

2    full-day student, until 11 o'clock, just like in the

3    school systems.  It's the same with GNETS.

4    Q    So if a student is at school until 11 o'clock

5    and then at 11:30 leaves to go home, they are counted

6    as present?

7    A    I believe that's the procedures for each of

8    the school systems we serve, yes.  I may be wrong about

9    that.  I'm not positive on that.

10    Q    Are students at GNETS of Oconee ever sent home

11    due to problem behavior?

12    A    Yes.

13    Q    How does that work?

14    A    If the problem, if it is so significant and

15    the behaviors are dangerous and that student can't

16    safely be managed, we will call the parent for a parent

17    pickup.

18    Q    Do the same attendance rules apply there, that

19    if a child was there until at least 11 and you call the

20    parent to pick them up at 11:30, the student is counted

21    as being in attendance?

22    A    I believe that's what the school system's

23    policy is in place, yes.

24    Q    When parents are asked to pick up students due

25    to problem behavior, is that recorded in any way as an



1  out of school suspension or is there some report

2  reflecting that action or do you account for that?

3      A    If they are picked up early, like before 11,

4  that's counted as a suspension.

5      Q    What if they are picked up after 11?

6      A    If they have spent the majority of the school

7  day, then no, they are not counted as a suspension.

8      Q    Are students ever asked to stay home due to

9  problem behavior?

10     A    Without calling it a suspension day?

11     Q    Yes.

12     A    No.

13     Q    Are students ever sent home due to a lack of

14  staff on site?

15     A    No.

16     Q    On average, what percentage of GNETS of Oconee

17  students are present on any given day?

18     A    I really don't have that information.  I know

19  in the past when we collected that data, we were at

20  98 percent attendance rate.  I suspect it's lower now

21  only because I have some students with repeated

22  absences.

23     Q    Does GNETS of Oconee report daily attendance

24  to any other entity?

25     A    No.



1    Q    Do your attendance rates affect any funding

2  that you receive?

3    A    No, not that I'm aware of.

4    Q    Do you report overall enrollment at GNETS of

5  Oconee to any other entity?

6    A    We used to.  We don't report anymore.

7    Q    Who did you used to report to?

8    A    We used to report, before we became part of

9  the student information system, we would report the

10  numbers of students served and we are going back 15,

11  20 years ago.  Now the State can pull all that data

12  from the system, the student information system.

13    Q    Just so I am clear, when you say you used to

14  report numbers of students, were you saying you used to

15  report that to the State or to county systems?

16    A    We would report that information to the State.

17    Q    Now you are saying the State can just pull

18  that information themselves?

19    A    Correct.

20        MS. GARDNER:  I would like to ask the court

21     reporter to please mark this as Plaintiff's

22     Exhibit 481.

23        (Plaintiff's Exhibit 481 was marked for

24     identification.)

25        (Witness reviewing document.)



1    BY MS. GARDNER:

2        Q    Ms. Wolf, you have been handed what's been

3    marked as Plaintiff's Exhibit 481.  This is an email

4    from Vickie Cleveland to you with a copy to Lakeisha

5    Stevenson dated December 14, 2018.  The subject is

6    Enrollment Data and there is one attachment that is a

7    spreadsheet with a file name GNETS Enrollment Info

8    12-14-18.  The Bates stamp on the first page of this

9    document is GA00337910.

10           Do you recognize this?

11       A    I don't recall it.

12       Q    But this is an email that you received from

13   Vickie Cleveland?

14       A    Yes.

15       Q    In this email, Ms. Cleveland says to you, "See

16   data below.  Data reflects your current enrollment

17   numbers reported by you in the FY18 FTE count.

18   Difference is 24 students.  I need to know who the

19   students are that transitioned back and what services

20   they are currently receiving and the location."

21           Do you see that?

22       A    Yes.

23       Q    And then there's a chart below showing the

24   numbers reported by the site as of December 14, 2018

25   and the FY18 FTE count, correct?



1      A    Yes.

2      Q    So the numbers reported by December 14, 2018

3  were 73 students, correct?

4      A    Yes.

5      Q    And the FY18 FTE count was 97 students?

6      A    Yes.

7      Q    When Ms. Cleveland's email says "transitioned

8  back," what did you understand "transitioned" to mean?

9      A    I would think it would mean transitioned fully

10  back into the school system.

11      Q    Into the general education environment?

12      A    Yes.

13      Q    Is the 24 that Ms. Cleveland references in her

14  email the difference between the 73 students reported

15  by sight and then the 97 students reported for the FY1

16  FTE count?

17      A    Yes.

18      Q    So she is asking you for the names of the

19  GNETS students who returned to their general education

20  environments and the services those students are

21  receiving and where those services are occurring?

22      A    Yes.

23      Q    Did you provide Ms. Cleveland with the

24  information that she was requesting?

25      A    I don't recall.  I would assume so.



1    Q    Have you been asked to explain these kinds of

2    discrepancies in enrollment numbers by sight versus an

3    FY FTE count before?

4    A    Yes.

5    Q    When you provide explanations about those

6    kinds of discrepancies, is that something that you

7    submit through a secure portal as well?

8    A    Yes.

9    Q    In fact in this email, Ms. Cleveland asked you

10   to send it by portal email to her and Lakeisha,

11   correct?

12   A    Yes.

13   Q    What other things do you use the portal for?

14   A    Therapeutic services, grants, the list of

15   therapeutic services provided, we'll send that through

16   a secure portal.  That's where we submit our grant

17   proposal, and any kind of secure information on

18   students to the DOE, that's pretty much it.

19   Q    Do you need a break?

20   A    I'm good.  Thanks for asking.

21   Q    No problem.  So we talked a little bit about

22   the students who receive services at GNETS of Oconee.

23   I want to step back a little bit and talk about how

24   students find themselves at GNETS of Oconee.  Can you

25   just provide for me an overview of how a student is

1  referred to GNETS of Oconee?

2      A    So initially in terms of the special ed

3  continuum, this would be a student that they tried in

4  the general education environment and the student had

5  behavior problems so they would move to a perhaps

6  resource setting followed by a self-contained setting

7  and still have significant behavioral difficulties and

8  challenges.  And at that point the IEP team would

9  complete a consideration of services for GNETS.

10         They would convene a team meeting and we would

11  discuss it, whether that is appropriate for that

12  particular student, and if so, at that point decide, do

13  we want to consider other services for that student or

14  consider a part-time placement or a full-time

15  placement.

16         Generally, it's a full-time placement based on

17  the severity of the behaviors which are typically the

18  reasons that kids are being referred to us.

19         MS. GARDNER:  I'd like to ask the court

20      reporter to mark this as Plaintiff's Exhibit 482.

21         (Plaintiff's Exhibit 482 was marked for

22      identification.)

23         (Witness reviewing document.)

24  BY MS. GARDNER:

25      Q    Ms. Wolf, you have been handed what's been



 1  marked as Plaintiff's Exhibit 482.  This is the Georgia

 2  Network for Educational and Therapeutic Support

 3  confidential student information packet.  Do you

 4  recognize this document?

 5       A    I do.

 6       Q    I believe earlier in discussing the referral

 7  process you mentioned a consideration of services

 8  packet, is that how you referred to it?

 9       A    Yes.

10       Q    Is this a part of that?

11       A    Yes.

12       Q    Is this document what you were referring to?

13       A    Yes.

14       Q    Did you create this document?

15       A    Yes, I, along with several directors, created

16  it.

17       Q    How is this document used?

18       A    This is the document that the referring

19  parties would fill out providing information on the

20  student along with their progress monitoring and

21  assessment information and so forth and they would

22  provide that when considering GNETS services.

23       Q    This document on the first page says, "Please

24  review the guiding questions for consideration of GNETS

25  services as well as the GNETS services flow chart to



1  assist in appropriate educational planning for the

2  student."

3         Do you see that?

4     A    Yes.

5     Q    Are you familiar with the guiding questions

6  for consideration of GNETS services?

7     A    Yes.

8     Q    What is that?

9     A    So the guiding questions are, you want to make

10 sure that students aren't referred, for example,

11 without a behavior intervention plan and/or functional

12 behavior assessment.  So that's one of the guiding

13 questions whether they have had a psychological

14 evaluation within three years, and whether there have

15 been less restrictive interventions tried.

16         So those are all, it is a pretty extensive

17 document.  The guiding questions is more, it's like a

18 four or five-page document that has considerations of

19 what the team should consider prior to referring the

20 student to us.  And the flow chart itself just kind of

21 shows the whole procedural aspect.

22         MS. GARDNER:  I would like to have this

23     document marked as Plaintiff's Exhibit 483.

24         (Plaintiff's Exhibit 483 was marked for

25     identification.)



```
 1              (Witness reviewing document.)
 2    BY MS. GARDNER:
 3        Q    Ms. Wolf, you have been handed what's been
 4    marked as Plaintiff's Exhibit 483.  This is the Georgia
 5    Network for Educational and Therapeutic Supports
 6    guiding questions for consideration of GNETS services.
 7    Do you recognize this document?
 8        A    Yes, I do.
 9        Q    Is this the guiding questions we were just
10    discussing?
11        A    Yes.
12        Q    Did you create this document?
13        A    Yes, along with several other directors.
14        Q    You mentioned before, I believe, that the
15    guiding questions were intended to ensure that certain
16    things are in place before a student is referred for
17    consideration of GNETS services; is that accurate?
18        A    That's accurate.
19        Q    I believe one of the things you said that the
20    guiding questions is intended to help with is to ensure
21    that students are not referred without a behavior
22    intervention plan?
23        A    Correct.
24        Q    Why can a student not be referred without a
25    behavior intervention plan?
```



1       A    Because you would hope that the IEP team, if

2   the behaviors were that significant, that they would

3   complete a behavior intervention plan to try to put

4   those supports and interventions in place prior to a

5   student being referred to GNETS.

6       Q    Is there any rule that requires that?

7       A    I believe the Department of Education GNETS

8   rule requires the behavior intervention plan.

9       Q    What is the Department of Education's GNETS

10  rule?

11      A    It is a rule that the State Department of

12  Education came up with regarding GNETS that we are

13  guided by.

14      Q    You mentioned before that the guiding

15  questions were also intended to help ensure that

16  students were not referred without a functional

17  behavior assessment; is that right?

18      A    Yes, but in some cases a functional behavior

19  assessment hasn't been done and just the behavior

20  intervention plan.

21      Q    So you are saying that sometimes students are

22  referred to GNETS and there has not been a functional

23  behavior assessment but there has been a behavior

24  intervention plan?

25      A    Correct.



1      Q     I believe you also referenced a psychological

2   evaluation within three years?

3      A     Yes.

4      Q     Is that a requirement for placement in GNETS?

5      A     Yes, I believe it's part of the rule as well.

6      Q     Part of the State rule?

7      A     Yes.

8      Q     This guiding questions document asks whether

9   the student is currently being served in special

10  education.

11          Do you see that?

12     A     Yes.

13     Q     It says, "If the answer is no, then GNETS is

14  not an appropriate consideration at this time."

15          Do you see that?

16     A     Yes.

17     Q     Is current service in special education a

18  requirement for placement in the GNETS program?

19     A     Yes.

20     Q     Where does that requirement come from?

21     A     I believe it's -- I'm not sure if it's in the

22  State rule.  I'm not sure where it comes from.

23          MS. GARDNER:  I'd like to have this document

24      marked as Plaintiff's Exhibit 484.

25          (Plaintiff's Exhibit 484 was marked for



1        identification.)

2              (Witness reviewing document.)

3    BY MS. GARDNER:

4        Q    Ms. Wolf, you have been handed what's been

5    marked as Plaintiff's Exhibit 484.  This is the GNETS

6    services flow chart.  Do you recognize this document?

7        A    I do.

8        Q    Is this the flow chart that you were referring

9    to in our earlier discussion?

10       A    Yes.

11       Q    Did you create this document?

12       A    Yes, with several other directors.

13       Q    You said earlier that this document kind of

14   provides an overview of the flow of the referral

15   process; is that correct?

16       A    Correct.

17       Q    What is the difference between the standard

18   process and move-in?

19       A    So a standard process would be a student that

20   may have been referred from that school system that the

21   IEP team determines that that student may benefit from

22   GNETS services.

23            A move-in might be a student that is coming

24   from another GNETS program or a program out of state

25   like a therapeutic day treatment program or something



1    like that.  That would be a move-in.

2        Q    For move-in, it says, the "student moved in

3    from GNETS or similar program in another state."  How

4    is similarity of program determined?

5        A    Basically, a review of the IEP would occur as

6    to what types of behaviors that student was in the

7    program for.  So if you are talking violent, physically

8    aggressive behaviors, self-harm issues, serious

9    behaviors that are of a serious nature, that would, you

10   know, that would alert systems that this might be a

11   student that's more appropriately served with the GNETS

12   program.

13       Q    Is there a consideration of the

14   characteristics of the program itself that the student

15   is coming from?

16       A    Yes.

17       Q    What are their like look-fors in terms of

18   assessing those programs and determining whether they

19   are similar to GNETS?

20       A    Are we talking about out of state programs,

21   pretty much?

22       Q    Yes.

23       A    Programs that require a therapeutic component,

24   programs where, like I said, you are looking at the

25   intense behavioral needs so you have a highly trained



1   staff in how to work with that particular student,

2   those types of things.

3       Q    Looking back at the standard process, this

4   says, "SpEd director determines behavior problems meet

5   frequency, duration and intensity qualifications and

6   all school steps have been taken."

7            That's the first step in this process?

8       A    Yes.

9       Q    It then says, "A student information packet is

10  completed."

11           Is that the confidential student information

12  packet that we just reviewed?

13      A    Yes.

14      Q    It then says, the "GNETS coordinator and SpEd

15  director meet to discuss packet information."

16           Do you see that?

17      A    Yes.

18      Q    Is there someone from GNETS of Oconee who

19  would meet with the special education director to

20  discuss confidential student information packets?

21      A    Yes.

22      Q    Who on your staff is responsible for doing

23  that?

24      A    Primarily, me.

25      Q    Are those in-person meetings that you hold, do



PATRICIA J. WOLF                                            October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                        179

1   you hold them virtually or by telephone?

2       A    Always.

3       Q    Which one?

4       A    Sometimes virtual, sometimes phone, sometimes

5   face-to-face.

6       Q    So it just depends?

7       A    Yes.

8       Q    When you have those conversations and you are

9   discussing packet information, what in particular are

10  you discussing?

11      A    We're making sure that everything that is

12  required for GNETS is included in the packet, the

13  psychological report, the current eligibility and IEP,

14  the monitoring data, functional behavior, assessment

15  behavior, intervention plan, that kind of thing.

16      Q    So your discussion is about the completeness

17  of the information being submitted by the county

18  system?

19      A    That's correct.

20      Q    The next step in the standard process says,

21  "School schedules an IEP meeting and GNETS is

22  considered as an option."

23           Is that right?

24      A    Correct.

25      Q    For IEP meetings where GNETS is being



1  considered as an option, does GNETS of Oconee

2  participate in those IEP meetings?

3      A    We do.

4      Q    Who from GNETS of Oconee participates in those

5  IEP meetings?

6      A    Typically, me.

7      Q    Who else participates in those IEP meetings?

8      A    Ms. Patricia Brundage, the treatment

9  coordinator, she will also participate in those.  It's

10  primarily the two of us.

11     Q    Is there someone from GNETS of Oconee in all

12  IEP meetings where GNETS is being considered as a

13  placement option?

14     A    Yes.

15     Q    Have you ever had any situations where there

16  was disagreement on the IEP team about whether a

17  student should be placed at GNETS of Oconee?

18     A    Yes.

19     Q    How have those disagreements gotten resolved?

20     A    Through the IEP discussions.

21     Q    So just consensus?

22     A    Yes, communication.  If GNETS, if we feel that

23  a student is not appropriate for our program, behavior

24  is not severe enough, other factors, the IEP team and

25  we will have that discussion.  And typically, they



1  will -- I have never been in a situation where they

2  over-rid (sic), override, ridden, GNETS, so.

3      Q    So you have never been in a situation where an

4  LEA has overridden GNETS' view that a student was not

5  appropriate for GNETS of Oconee?

6      A    Correct.

7      Q    Have you had IEP meetings where you have

8  expressed that view, that a student is not appropriate

9  for GNETS of Oconee?

10      A    Yes.

11      Q    In those situations where you have had a

12  student under consideration for GNETS services but

13  where GNETS of Oconee has been of the view that they

14  are not appropriate for GNETS of Oconee, what happens

15  after that?

16      A    The student will go back to the system, I

17  mean, remain in the system and they will come up with

18  alternate solutions.

19      Q    Does GNETS of Oconee provide any additional

20  consultation or support in those instances?

21      A    If requested, yes.

22      Q    If that sort of support were requested, what

23  might that look like?

24      A    It might look like assisting the system to

25  come up with a functional behavior assessment or it



 1   might look like recommending counseling by outside

 2   providers or things like that, suggestions, so forth.

 3       Q    Does GNETS of Oconee ever have any of its

 4   therapeutic staff push into educational environments to

 5   support students directly?

 6       A    Not our GNETS program.  We don't have the

 7   staff for that.

 8           MS. GARDNER:  I would like to ask the court

 9       reporter to mark this document as Plaintiff's

10       Exhibit 485.

11           (Plaintiff's Exhibit 485 was marked for

12       identification.)

13           (Witness reviewing document.)

14   BY MS. GARDNER:

15       Q    Ms. Wolf, you have been handed what's been

16   marked as Plaintiff's Exhibit 485.  This is the Georgia

17   Network for Educational and Therapeutic Support Request

18   for GNETS Consultation.  Are you familiar with this

19   document?

20       A    Yes.

21       Q    What is this document?

22       A    This document is where systems can request

23   consultative services from GNETS on challenging

24   students.

25       Q    Is this the form that an LEA would use?  For



 1  example, in the situation that we just discussed where

 2  they may want assistance creating an FBA, they would

 3  complete this request for consultation?

 4      A    Yes.

 5      Q    Once this consultation is completed, what

 6  happens to it?

 7      A    We will, once they fill it out, we will get in

 8  touch with the system about the service to be provided

 9  and try to provide that service to them.

10      Q    Does GNETS of Oconee keep records of requests

11  for consultation that are submitted and what happens

12  with those requests?

13      A    We just keep them on file.

14      Q    Did you create this request for GNETS

15  consultation document?

16      A    With some of the other directors, yes.

17      Q    Does GNETS of Oconee keep records of what

18  students are referred for consideration to its GNETS

19  program?

20      A    We just keep them on record with that student

21  file when that student is considered incoming to us.

22  We keep the considerations on file.

23      Q    So you keep the confidential student

24  information packets on file?

25      A    Yes.



1    Q    Do you also keep on file what the outcomes of

2    the referrals for consideration of services were?

3    A    In terms of if we get that student, then we

4    have that student information on file, but no, it would

5    be just documented in that student's IEP, that that

6    student did not come to GNETS, for example.

7    Q    So for students who are considered for GNETS

8    of Oconee but don't come, you wouldn't have any records

9    showing that there was a determination that they

10   weren't appropriate for GNETS of Oconee, you would just

11   have a confidential student information packet?

12   A    Right, the school system would have it

13   documented in the IEP.

14   Q    Who is responsible for maintaining those

15   confidential student information packets at GNETS of

16   Oconee?

17   A    Me, pretty much.

18   Q    Does GNETS of Oconee report the numbers of

19   students referred to its program in any way to any

20   other entities?

21   A    No.

22        MS. GARDNER:  I think we can take a break.

23        THE VIDEOGRAPHER:  We are off the record at

24   3:02 p.m.

25        (Recess.)



1            THE VIDEOGRAPHER:  We are back on the record

2      at 3:13 p.m.

3    BY MS. GARDNER:

4      Q    So we were discussing referral of students for

5    GNETS services and we looked at the confidential

6    student information packet and the guiding questions

7    and the GNETS services flow chart and the request for

8    consultation, correct?

9      A    Yes.

10      Q    You mentioned that you helped put those

11    documents together with some other GNETS directors; is

12    that right?

13      A    That's correct.

14      Q    Was there some sort of a committee to develop

15    those documents?

16      A    There was.

17      Q    What was the process leading to that committee

18    being formed?

19      A    If I recall, the directors felt they needed to

20    have a uniform consideration packet and make sure that

21    all of us are using the same criteria for a student

22    being admitted into GNETS.

23      Q    So in terms of the formation of the committee,

24    how did that work?

25      A    I believe we just talked about it as



 1   directors.  I remember Vickie Cleveland was in the

 2   room.

 3           I volunteered to help with it because I like

 4   to do that kind of stuff, and there's a couple other

 5   directors that worked with me.  We drafted it several

 6   times, sent it out several times and that's how we

 7   developed it.

 8       Q    Who else was on the committee with you?

 9       A    Whitney Braddock, Steve Derr.  I am trying to

10   think was there anyone else besides us.  Those are the

11   only two that I remember.  I think there was one or two

12   others.

13       Q    Was this an iterative process in the sense

14   that you all developed various drafts and they may have

15   been reviewed and edited as you were developing the

16   final documents?

17       A    Yes.

18       Q    Was there any participation in the process by

19   the GNETS program manager at the Department of

20   Education?

21       A    Only in that we reviewed it and gave feedback

22   and she did participate in some of that, some of those

23   discussions, I think.  I remember presenting, I

24   remember her asking me to present the final drafts to

25   the rest of the committee, so.



1     Q    When you say present the final drafts to the

2   rest of the committee --

3     A    I mean the rest of the directors.  That's what

4   I meant.  Sorry.

5     Q    Understood.

6          MS. GARDNER:  I would like to have the court

7        reporter mark this document as Plaintiff's

8        Exhibit 486.

9          (Plaintiff's Exhibit 486 was marked for

10       identification.)

11         (Witness reviewing document.)

12  BY MS. GARDNER:

13    Q    Ms. Wolf, you have been handed what's been

14  marked as Plaintiff's Exhibit 486.  This is an email

15  from you to Steve Derr, Whitney Braddock with a cc to

16  Nakeba Rahming dated September 26, 2017.

17         The subject is Consideration of Services and

18  there are three attachments to the email, the GNETS

19  Confidential Student Information Packet, the GNETS

20  Services Flow Chart and Guidance for GNETS Placements.

21  The first page of this document has a Bates stamp

22  GA00793042.

23         Do you recognize this email?

24    A    I do.

25    Q    I believe you said earlier that Steve Derr and



1    Whitney Braddock were the other members on the

2    committee with you to develop the consideration of

3    services documents?

4        A    Yes.

5        Q    Is it fair if I refer to these documents as

6    consideration of services documents?

7        A    Sure.

8        Q    Will you understand what I mean?

9        A    I will.

10       Q    In this email, you write to Ms. Braddock and

11   Mr. Derr and you say, "Thanks for being here today.  So

12   just to recap, Nakeba wants us to take the attached

13   documents and make sure that they are aligned with the

14   new GNETS rule which can be found at," and you include

15   a link presumably to the new GNETS State rule; is that

16   right?

17       A    Yes.

18       Q    Did you send this email following a meeting

19   with Ms. Braddock and Mr. Derr?

20       A    Yes.

21       Q    That was a meeting to discuss the

22   consideration of services documents?

23       A    I believe so, yes.

24       Q    Did Ms. Rahming participate in that meeting?

25       A    I think she did.  I think we were in a



1  directors' meeting and we discussed it and Whitney,

2  Steve and I volunteered to work on that packet.  I

3  think that's how it all came about.

4      Q    What did it mean for you to make sure the

5  documents were aligned with the new GNETS rule?

6      A    Because of the specifics in the rule about

7  having a behavior intervention plan and the

8  psychological within three years, things like that.

9      Q    So Ms. Rahming wanted to make sure that the

10  documents you all were drafting would include or be

11  consistent with the terms of that rule?

12     A    Correct.

13     Q    Did you all do that?

14     A    We did.

15     Q    So the consideration of services documents

16  that we have looked at earlier are all aligned with the

17  GNETS state rule?

18     A    Yes.

19     Q    In this email, you also say a bit farther

20  down, "Nakeba will send out her draft of the guidance

21  document."

22          Do you see that?

23     A    Yes.

24     Q    What is the guidance document that you are

25  saying Ms. Rahming will send out?



1        A     I don't know what that document was.

2              MS. GARDNER:  I'd like to have this marked as

3        Plaintiff's Exhibit 487.

4              (Plaintiff's Exhibit 487 was marked for

5        identification.)

6              (Witness reviewing document.)

7    BY MS. GARDNER:

8        Q     Ms. Wolf, you have been handed what's been

9    marked as Plaintiff's Exhibit 487.  This is an email

10   from you to Nakeba Rahming with a cc to Steve Derr and

11   Whitney Braddock.  The subject is Consideration for

12   Services.

13             The email was sent on October 4, 2017 and it

14   attaches several documents, a draft GNETS confidential

15   student information packet, a draft GNETS request for

16   consultation, a draft GNETS services flow chart and a

17   draft guidance for GNETS placements.  The Bates stamp

18   on the first page of this document is GA00794159.

19             Do you recognize this document?

20             (Witness reviewing document.)

21        A     Yes.

22        Q     By the time of this email, had you insured

23   that the consideration of services documents were

24   aligned to the GNETS State rule?

25        A     Yes.



1     Q    In this email you are asking for Ms. Rahming's

2  permission to send the documents to other GNETS

3  directors for their review and feedback?

4     A    Yes.

5     Q    Did you receive the green light from Ms.

6  Rahming to do that?

7     A    I did.

8          MS. GARDNER:  Let's have this document marked

9     as Plaintiff's Exhibit 488.

10         (Plaintiff's Exhibit 488 was marked for

11    identification.)

12         (Witness reviewing document.)

13  BY MS. GARDNER:

14    Q    Ms. Wolf, you have been handed Plaintiff's

15  Exhibit 488.  This is an email from you to a large

16  email distribution list sent on October 4, 2017.  The

17  subject is Consideration for GNETS Services - Draft of

18  Forms.

19         The email has several attachments including a

20  draft GNETS confidential student information packet, a

21  draft GNETS request for consultation, a draft GNETS

22  services flow chart, and a draft guidance for GNETS

23  placements.  The Bates stamp on this is GA00794197.

24         Do you recognize this document?

25    A    I do.



1      Q    Is this a copy of the email where you

2    distributed the consideration of services forms to the

3    GNETS directors for their review and feedback?

4      A    Yes.

5      Q    This email references a webinar to train staff

6    on the use of the documents.  Do you see that?

7      A    Yes.

8      Q    Did that webinar occur?

9      A    No, I remember doing it at a face-to-face

10   directors' meeting shortly after but I don't remember

11   the exact date.

12        MS. GARDNER:  Let's have this document marked

13      as Plaintiff's Exhibit 489.

14        (Plaintiff's Exhibit 489 was marked for

15      identification.)

16        (Witness reviewing document.)

17   BY MS. GARDNER:

18      Q    Ms. Wolf, you have been handed what's been

19   marked as Plaintiff's Exhibit 489.  This is an email

20   thread between you and Nakeba Rahming.  The most recent

21   email is sent from you to Ms. Rahming on October 24,

22   2017 with the subject "Re: Consideration for GNETS

23   Services Meeting today at one p.m."  The Bates stamp on

24   the initial page is GA00132036.

25        If you turn to the last page to the first in



 1   time email, do you see your email to Ms. Rahming on

 2   October 24, 2017 at 8:32 a.m. where you say, "Good

 3   morning, Nakeba.  Are you planning to be online today

 4   for the meeting at one p.m. on the Consideration of

 5   Services?  If not, please let me know what I should

 6   tell Directors regarding implementation of these forms.

 7   Are they to be implemented immediately, in January or

 8   in FY19?  I'm sure this question will come up."

 9         Do you see that?

10    A    Yes.

11    Q    So there was a meeting that was going to be

12   occurring on the consideration of services form?

13    A    Yes.

14    Q    Was that meeting with other GNETS directors?

15    A    Yes.

16    Q    Here you are reaching out to Ms. Rahming to

17   get clarity about when other GNETS directors should

18   start using the consideration of services forms; is

19   that correct?

20    A    Yes.

21    Q    Ms. Rahming responds to your email and says,

22   "Yes, I will be on.  We can begin implementation at the

23   beginning of a new school year."

24         Do you see that?

25    A    Yes.



1      Q    Did she participate in that meeting?

2      A    Yes.

3      Q    Were those consideration of services forms

4   implemented at the beginning of a new school year?

5      A    Yes.

6      Q    By beginning of a new school year, is that a

7   reference to the 2018-2019 school year?

8      A    Yes.

9           MS. GARDNER:  I'd like to have this document

10      marked as Plaintiff's Exhibit 490.

11           (Plaintiff's Exhibit 490 was marked for

12      identification.)

13           (Witness reviewing document.)

14   BY MS. GARDNER:

15      Q    Ms. Wolf, you have been handed what's been

16   marked as Plaintiff's Exhibit 490.  This is an email

17   from you to Nakeba Rahming dated November 7, 2017.  The

18   subject is "Re: Upcoming LEA collaborative meeting for

19   GNETS December 7th," and this email attaches the

20   consideration of services forms.  The beginning Bates

21   stamp on this document is GA01941385.

22           Do you recognize this document?

23      A    Yes.

24      Q    You note in your email to Ms. Rahming that the

25   documents you attach are the final documents and you



1  ask her if she can have them printed for the

2  participants of the collaborative; is that correct?

3      A    Yes.

4      Q    What is the collaborative referenced here?

5      A    That's all the directors meeting together.

6      Q    All of the GNETS directors?

7      A    GNETS directors, yes.

8      Q    Is that the same as the LEA collaborative

9  meeting that's referenced in the subject line of this

10  email?

11      A    Okay, no, that was a meeting that we had the

12  LEAs present where we all came together as the State in

13  Macon.  So that's what that collaborative is.

14      Q    So this collaborative meeting involved LEAs

15  and GNETS directors?

16      A    Yes.

17      Q    Did Ms. Rahming participate in that LEA

18  collaborative meeting?

19      A    She did.

20      Q    If you turn to the second page, do you see the

21  email at the bottom from Matt Jones sent on November 6,

22  2017?

23      A    Yes.

24      Q    That email was sent to K12 superintendents and

25  RESA directors with a copy to Nakeba Rahming; is that



1  correct?

2      A    Yes.

3      Q    In the email Mr. Jones says, "Attached is an

4  agenda for a 2018 fall LEA collaborative meeting held

5  on December 7, 2017 from 9:30 a.m. to 1 p.m. at the

6  Marriott Macon City Center," and then it has the

7  address.  Mr. Jones goes on to say, "The purpose of

8  this meeting is to introduce the guidance for the GNETS

9  rule, share a streamlined process with LEAs when they

10  are considering students for GNETS services, and engage

11  GNETS and LEAs in a discussion to plan five regional

12  parent university sessions across the State."

13          Do you see that?

14      A    I do.

15      Q    So these were the things that were going to be

16  covered at the LEA collaborative meeting that you were

17  forwarding final consideration of services documents

18  forms for?

19      A    Yes.

20      Q    Did you attend that meeting?

21      A    Yes.

22      Q    Who is Matt Jones?

23      A    The chief of staff of the Department of

24  Education.

25      Q    Did Mr. Jones attend this LEA collaborative



1  meeting?

2      A    I believe so, yes.

3      Q    Did anyone else from the State Department of

4  Education attend the collaborative meeting?

5      A    I believe Vickie Cleveland was there and I'm

6  not sure who else.

7      Q    You note in your email that you would prepare

8  a presentation for the collaborative.  Did you do that?

9      A    I did.

10         MS. GARDNER:  I'd like to ask that this

11     document be marked as Plaintiff's Exhibit 491.

12         (Plaintiff's Exhibit 491 was marked for

13     identification.)

14         (Witness reviewing document.)

15  BY MS. GARDNER:

16     Q    Ms. Wolf, you have been handed what's been

17  marked as Plaintiff's Exhibit 491.  This is an email

18  from you to Nakeba Rahming dated November 16, 2017.

19  Vickie Cleveland is also included in this email and the

20  subject is "PowerPoint for LEA Collaborative

21  December 7th on Consideration of Services."

22         There are several attachments to this email

23  that are consideration of services forms.  The Bates

24  stamp on the first page of this document is GA00013170.

25         Do you recognize this email?



1      A    I do.

2      Q    In this email, do you provide to Ms. Rahming

3   and Ms. Cleveland the presentation that you indicated

4   you would prepare for the LEA collaborative meeting?

5      A    Yes.

6      Q    I want to take a look at Page 3 of that

7   presentation.  This slide is titled Roll Out, correct?

8      A    Correct.

9      Q    Then beneath that it says, "Fall of 2018" and

10   it also says, "Some programs to pilot beginning in

11   January of this year."

12          Do you see that?

13      A    Yes.

14      Q    Were the consideration of services forms

15   piloted by some GNETS programs before they were fully

16   rolled out in the fall of 2018?

17      A    Yes.

18      Q    That pilot began in January of 2018?

19      A    Yes.

20      Q    How many programs participated in the pilot?

21      A    I don't recall.

22      Q    Did GNETS of Oconee participate?

23      A    Yes.

24      Q    What happened after the initial pilot phase?

25      A    After the pilot phase, we came, I believe we



```
 1   came back together again in the summer and just went

 2   through everything again with the directors.  And that

 3   was our rollout in the fall.

 4       Q    Were there changes made to the consideration

 5   of services form between the end of the pilot phase and

 6   when they were rolled out in the fall of 2018?

 7       A    I believe there was just some minor changes in

 8   typos and formatting and things like that.

 9            MS. GARDNER:  I'd like to ask that this

10       document be marked as Plaintiff's Exhibit 492.

11            (Plaintiff's Exhibit 492 was marked for

12       identification.)

13            (Witness reviewing document.)

14   BY MS. GARDNER:

15       Q    Ms. Wolf, you have been handed Plaintiff's

16   Exhibit 492.  This is an email thread between Nakeba

17   Rahming, you, Whitney Braddock, Steve Derr and Vickie

18   Cleveland.  The most recent email in the thread is an

19   email from Ms. Rahming to you, Steve Derr, Whitney

20   Braddock and Vickie Cleveland.  The subject is "Re:

21   Consideration of Services - Revised" and that's sent on

22   December 11, 2017.  The Bates stamp on the first page

23   of this document is GA00014016.

24            Do you recognize this email thread?

25       A    Yes.
```



1      Q    I want to start at the bottom with the email

2   from you to Steve Derr, Whitney Braddock and Nakeba

3   Rahming.  In it you say, "I wanted you each to take a

4   look at the consideration of services student

5   information packet based on the discussion yesterday

6   about insuring that the EBD part is removed.  Please

7   review the highlighted area and let me know what you

8   think.  Should we keep in those 45 criteria and just

9   not mention EBD or take that part out completely?"

10          Do you see that?

11     A    Yes.

12     Q    What was the discussion about ensuring the EBD

13  part is removed?

14     A    There were several GNETS programs that have

15  served other disabilities, and it was felt that it was,

16  placement consideration was up to the IEP team.  So

17  they felt that the disability of EBD should be removed.

18     Q    Had that been included in a form as criteria?

19     A    I believe so, yes.

20     Q    So in your email, you are inquiring whether

21  you should keep certain criteria that support the

22  characteristics of EBD but just not mention EBD

23  specifically?

24     A    Correct.

25     Q    Nakeba Rahming responds to your email.  In



1    here she says, "I do like the new version and the

2    bullets that support the characteristics of EBD."

3          Do you see that?

4    A    Yes.

5    Q    What was the ultimate conclusion on this

6    question?

7    A    That I believe that we would keep out the EBD

8    and allow, ensure that the IEP teams are coming up with

9    the decision if someone that is not, doesn't have the

10   disability of EBD, that they can still benefit from our

11   program.

12   Q    Did you keep in the criteria that supported

13   the characteristics of EBD?

14   A    I believe we did, yes.

15         MS. GARDNER:  I'd like to have this marked as

16      Plaintiff's Exhibit 493.

17         (Plaintiff's Exhibit 493 was marked for

18      identification.)

19         (Witness reviewing document.)

20   BY MS. GARDNER:

21   Q    Ms. Wolf, you have been given Plaintiff's

22   Exhibit 493.  This is an email from you to Vickie

23   Cleveland dated June 20, 2018 with the subject

24   "Finalized Consideration of Services Forms."  It

25   contains several attachments, the GNETS Confidential



1  Student Information Packet as of June 20, 2018; the

2  GNETS Request for Consultation as of June 20, 2018; the

3  GNETS Services Flow Chart; and Guidance for GNETS

4  Placements as of June 20, 2018.  The Bates stamp on the

5  first page of this document is GA00327280.

6         Do you recognize this email?

7     A    I do.

8     Q    Am I correct that in this email you write to

9  Vickie, "I made all of the changes we discussed

10  yesterday regarding the Consideration of Services

11  forms.  Please have the DOE attorney look them over and

12  let me know if changes need to be made.  When I get the

13  go-ahead from you, I will post them on the GNETS

14  director's notebook."

15         Is that right?

16     A    Correct.

17     Q    What's the GNETS director's notebook?

18     A    The GNETS director's notebook was a

19  centralized resource for GNETS directors where they can

20  access the rule, these forms, any resources shared

21  among our programs.  It was on Microsoft 365,

22  director's notebook, but it wasn't really utilized the

23  way we had intended, so.

24     Q    When you say it wasn't utilized in the way you

25  had intended, what do you mean by that?



1      A     We just -- it kind of fizzled out.  It wasn't

2  something that was around for very long.

3      Q     Was it the equivalent of like a Sharepoint

4  site, something like that?

5      A     Yes.

6      Q     So the time that you sent this email, this

7  would have been after the pilot phase for the

8  consideration of services forms had ended?

9      A     Correct.

10     Q     Did the DOE attorney look the documents over

11  as you requested?

12     A     I don't know.

13           MS. GARDNER:  I'd like to have this marked as

14      Plaintiff's Exhibit 494.

15           (Plaintiff's Exhibit 494 was marked for

16      identification.)

17           (Witness reviewing document.)

18  BY MS. GARDNER:

19     Q     You have been handed Plaintiff's Exhibit 494.

20  This is an email from you to Vickie Cleveland dated

21  June 21, 2018 with the subject "Consideration."  The

22  Bates Stamp on this email is GA00327446.

23           Am I correct that here you are following up

24  with Ms. Cleveland to request that she let you know

25  when, quote, "legal has reviewed the consideration



1  forms"?

2      A    Correct.

3      Q    And here you say, "Directors are chomping at

4  the bit to get them"?

5      A    Correct.

6      Q    Correct that you were waiting to release the

7  consideration of services forms to the GNETS directors

8  until you heard that legal had reviewed those forms?

9      A    Yes.

10     Q    By legal here, you are referencing the

11 Department of Education's attorneys?

12     A    Yes.

13     Q    The State Department of Education's attorneys?

14     A    Correct.

15         MS. GARDNER:  I'd like to have this marked as

16     Plaintiff's Exhibit 495.

17         (Plaintiff's Exhibit 495 was marked for

18     identification.)

19         (Witness reviewing document.)

20 BY MS. GARDNER:

21     Q    You have been handed Plaintiff's Exhibit 495.

22 This is an email from you dated July 16, 2018.  The

23 subject is "Consideration of Services Forms Are Ready."

24 It is sent to a distribution list of various folks and

25 the Bates stamp on the first page of this document is



1    GA00328367.

2            This is an email from you to the other GNETS

3    directors; is that correct?

4        A    Yes.

5        Q    Am I correct that in this email you are

6    relaying to them that Vickie Cleveland has given you

7    the go ahead for the consideration of services forms?

8        A    Yes.

9        Q    So you heard back from Ms. Cleveland and she

10   said that you could release the consideration of

11   services forms to the other GNETS directors?

12       A    Yes.

13       Q    In here you note that those forms could be

14   found on the GNETS directors' notebooks, correct?

15       A    Correct.

16       Q    To what extent have the consideration of

17   services forms that you provided at this time been

18   changed from 2018 to now?

19       A    Very minor changes, and I believe in one case

20   there was some demographic data that was inadvertently

21   left off.  And so that was included.  Minor changes.

22       Q    When those minor changes have been made, are

23   the forms updated to reflect kind of the date that they

24   were updated?

25       A    I don't believe so.



1      Q    You mentioned that you were previously a

2   member of the GNETS executive committee, correct?

3      A    Correct.

4      Q    What was the role of the GNETS executive

5   committee?

6      A    The role was to make decisions about

7   GNETS-wide professional learning; what the agendas

8   would be for our meetings; things like that.

9      Q    Did the GNETS executive committee meet on a

10  regular basis?

11     A    Yes.

12     Q    How frequently did you meet when you were a

13  member of the committee?

14     A    About four or five times a year.

15     Q    Were you ever a member of any other GNETS

16  network-wide committees apart from the GNETS executive

17  committee?

18     A    Yes, I have been a member of, we had a

19  professional learning committee.  We had committees on

20  academic planning -- I wasn't on that committee.

21  Therapeutic support committees.  I've just been on

22  various ones throughout my career.

23     Q    Were those committees similar to the GNETS

24  executive committee in terms of how frequently they

25  met?



1      A    Yes.

2           MS. GARDNER:  I'd like to have this document

3      marked as Plaintiff's Exhibit 496.

4           (Plaintiff's Exhibit 496 was marked for

5      identification.)

6           (Witness reviewing document.)

7   BY MS. GARDNER:

8      Q    You have been handed Plaintiff's Exhibit 496.

9   This is an email from you to Nakeba Rahming sent on

10  January 17, 2017.  The subject is Final Recommended

11  Agenda and there is one attachment to the email which

12  is a Word document with the file name GNETS Director's

13  Meeting Final Agenda 1-24 to 25-2017.  The Bates stamp

14  on the first page of this document is GA00130964.

15          Do you recognize this document?

16     A    Yes.

17     Q    Is this email discussing the agenda for an

18  upcoming GNETS directors meeting?

19     A    Yes.

20     Q    You say early in the email, you write,

21  "Nakeba, We (Najma, Desiree, Kerri and I) met and

22  recommend that we hear from you with updates on the

23  first day instead of the second day to give you more

24  time with updates and questions."

25          Do you see that?



1      A    Yes.

2      Q    Were you, Najma, Desiree and Kerri members of

3   some sort of committee?

4      A    Yes.

5      Q    What committee was that?

6      A    I can't remember if it was the professional

7   learning or executive committee.  I think it was

8   executive committee.

9      Q    So as of January 2017, you were on the GNETS

10  executive committee?

11     A    Yes.

12     Q    Prior to you sending this email, y'all had

13  gotten together and put together a recommended agenda

14  for the upcoming GNETS directors meeting?

15     A    Yes.

16     Q    You mention in the question that's identified

17  as Number 2 in this email, it says, "Directors would

18  like a followup question and answer session from you on

19  the following to review the expectations for the

20  remainder of the year for our mandated interventions."

21          Do you see that?

22     A    Yes.

23     Q    It says, "Please also reiterate due dates,"

24  and goes on to say, "What are the next steps for each

25  of these areas?"  Those areas that are listed include



1    iReady, BASC-3/Flex Monitoring, SDQ, FBA/BIP and Trauma

2    Informed Care.

3           Do you see that?

4    A     Yes.

5    Q     Is this list beginning with iReady, the

6    mandated interventions that you are referring to in

7    this section?

8    A     Yes.

9    Q     Those were mandated interventions for GNETS

10   programs?

11   A     Yes.

12   Q     Who mandated those particular interventions?

13   A     I believe Nakeba Rahming.

14   Q     So some of these we have discussed already.  I

15   think you told me a little bit earlier about iReady,

16   correct?

17   A     Correct.

18   Q     What is BASC-3/flex monitoring?

19   A     So BASC-3 is the Behavior Assessment System

20   for Children, Version 3.  The flex monitoring is part

21   of the BASC.  It is a different assessment that's more

22   of a progress monitoring tool.  So the BASC is a tool

23   that teachers would fill out to determine the level of

24   behavior intensity for student behaviors and emotional

25   needs.



1       Q     What about the SDQ?

2       A     The SDQ is a Strength Difficulties

3    Questionnaire and it is a screener to basically

4    identify difficulties that students may have in

5    behaviors, relationships with others, emotional needs.

6    So it is a general screener to see where students are,

7    whether at low risk for behavior disorder, emotional

8    disorder or if they are at a high risk.  And the

9    student and teacher and parent fills that out.

10      Q     FBA, that's Functional Behavioral Assessment

11   and Behavior Intervention Plan?

12      A     Yes.

13      Q     In what ways were those mandated

14   interventions?

15      A     So the mandate was that with GNETS students,

16   that they should have a functional behavior assessment

17   done every year by GNETS, and that feeds the behavior

18   intervention plans, to see if it needs to be updated or

19   changed.

20      Q     The last one here, trauma-informed care, what

21   is that?

22      A     Having, ensuring that all of our staff are

23   trained in trauma-informed care across the board.

24      Q     Turning to the actual agenda that you attached

25   to the email, this agenda on day two says that from ten



1  o'clock to 10:45 Dante McKay of DBHDD would present on

2  accessing DBHDD resources and services.  Do you see

3  that?

4      A    I do.

5      Q    Did Mr. McKay conduct that presentation?

6      A    It's a long time ago.  I am assuming so.  But

7  I don't recall.

8      Q    What was the goal of having Mr. McKay attend

9  the GNETS directors meeting?

10     A    I believe continuity of services for the kids

11 that have the most severe needs to ensure that

12 communication exists between the Department of

13 Behavioral Health and Disabilities to see if there's

14 other resources or grant opportunities or anything that

15 we could also benefit from.  I don't remember

16 specifically what he talked about.

17     Q    When you said that the goal was continuity of

18 services for kids with the most severe needs to ensure

19 that communication exists between the Department of

20 Behavioral Health and Disabilities, when you say to

21 ensure that communication exists, are you talking about

22 communication between DBHDD and some other entity?

23     A    And GNETS.

24     Q    And GNETS?

25     A    Yes.



1    Q    To what extent is there presently

2    communication between DBHDD and GNETS?

3    A    Through interagency really is the primary mode

4    of communication between them, and I think, as I'm

5    thinking about them, I'm wondering if that was -- I

6    really don't know.  But that is one of the primary ways

7    we communicate with them.

8    Q    Are there other ways that you think it would

9    be beneficial to communicate with DBHDD apart from the

10   interagency TMI, I assume is what you are referring to?

11   A    I think, and it's been several years ago now,

12   but they have a statewide meeting with DBHDD and all

13   care providers that come in and we participate in that.

14   We haven't participated in that in a number of years,

15   so I do think it would be beneficial, yes.

16   Q    Do you ever reach out to the State Department

17   of Education with questions about students that school

18   districts may want to refer to GNETS of Oconee?

19   A    I don't recall that I reached out to them

20   about student issues.

21   Q    You mentioned earlier, we were talking about

22   the portal that you used to communicate with the

23   Georgia Department of Education.  Do you recall that?

24   A    Yes.

25   Q    I believe you were explaining some of the



1  things you used the portal for and you were discussing

2  the GNETS grant application and the therapeutic

3  services log.

4      A    Yes.

5      Q    You also mentioned that you would use the

6  portal to communicate secure information on students to

7  the State Department of Education?

8      A    Correct.

9      Q    I'm wondering what kind of secure information

10  on students were you referring to?

11      A    If they require us to send any student

12  information that would have their GTID or any personal

13  identifiers on there, then we would have to send it

14  through the portal.

15          MS. GARDNER:  I'd like to have this document

16      marked as Plaintiff's Exhibit 497.

17          (Plaintiff's Exhibit 497 was marked for

18      identification.)

19          (Witness reviewing document.)

20  BY MS. GARDNER:

21      Q    You have been handed Plaintiff's Exhibit 497.

22  This is an email thread between you and Nakeba Rahming.

23  The most recent email in the thread is an email from

24  you to Nakeba Rahming on November 18, 2016 with the

25  subject "Re: Four-year-olds."  The Bates Stamp on the



1    first page of this document is GA00042505.

2         Do you recognize this email thread?

3    A    Yes.

4    Q    I want to start with the earliest in time

5    email which appears on the second page.  Am I correct

6    that you wrote to Nakeba Rahming saying that you had a

7    four-year-old not turning five until May and you write,

8    "Since the new rule isn't in effect, can we serve him

9    in our GNETS classroom?  Just making sure."

10        Do you see that?

11   A    Yes.

12   Q    When you say the new rule isn't in effect,

13   what rule are you referring to?

14   A    Just the GNETS rule.

15   Q    Am I correct in understanding that there was a

16   new GNETS rule that eventually went into effect in

17   2017?

18   A    Yes.

19   Q    Is that the rule that you are speaking of at

20   this time?

21   A    Yes.

22   Q    It hadn't yet been enacted?

23   A    Correct.

24   Q    Since it hadn't yet been enacted, you were

25   asking Ms. Rahming if you could serve a four-year-old



1   at GNETS of Oconee?

2       A    Yes.

3       Q    Was it your understanding that the new rule

4   would prevent a student that age from being served in

5   GNETS?

6       A    It was.

7       Q    At the time you made this inquiry, were you

8   already serving the four-year-old or was this a new

9   student?

10      A    I can't recall.

11      Q    What was Ms. Rahming's response to you?

12      A    She responded, "That's correct.  The new age

13  will not take effect until the new rule is initiated."

14      Q    So she confirmed that GNETS of Oconee could

15  serve a four-year-old because the new rule hadn't yet

16  taken effect?

17      A    Correct.

18      Q    Did GNETS of Oconee serve that four-year-old

19  you were writing about?

20      A    I believe so, yes.

21           MS. GARDNER:  I'd like to have this marked as

22      Plaintiff's Exhibit 498.

23           (Plaintiff's Exhibit 498 was marked for

24      identification.)

25           (Witness reviewing document.)



1    BY MS. GARDNER:

2        Q    You have been handed Plaintiff's Exhibit 498.

3    This is an email thread involving Nakeba Rahming, you

4    and Brooke Cole.  The most recent email is from Nakeba

5    Rahming to you with a copy to Brooke Cole dated

6    August 2, 2016.  The subject is "Re: Jasper County,"

7    and the first page of this document is Bates stamped

8    GA00781443.

9            Do you recognize this email thread?

10       A    I do.

11       Q    If you look at the bottom of the page, the

12   first in time email, am I correct that you reach out to

13   Ms. Rahming on August 1, 2016 and you say, "Good

14   evening, Nakeba.  Can Elam Alexander Academy serve

15   Jasper County students even though Jasper County falls

16   under GNETS of Oconee catchment?"

17       A    Yes.

18       Q    What prompted this question?

19       A    Jasper County wanted to serve a student at

20   Elam Alexander Academy.

21       Q    Is this the same student we discussed earlier?

22       A    I believe so, yes.

23       Q    That was a student that you said was

24   physically aggressive and there was some discussion

25   about whether that student would be better served at



1    Elam Alexander?

2        A    Yes.

3        Q    What was Ms. Rahming's response to you?

4        A    She said that Jasper County is in the

5    catchment area the for Oconee GNETS program and that

6    students will need to receive services in their service

7    area by the Oconee program or their local school

8    district.

9            And then another concern would be the

10   distance.  Jasper County students would need to travel

11   to receive services at Elam.

12       Q    So Ms. Rahming told you and Ms. Cole that Elam

13   Alexander could not serve Jasper County students,

14   right?

15       A    That's correct.

16       Q    Once a student arrives at GNETS of Oconee, are

17   they given any assessments to determine where they are

18   behaviorally?

19       A    Not initially.  Initially the parent is given

20   the strengths/difficulties questionnaire.  If the

21   student is 11 to 17, they are given the

22   strengths/difficulties questionnaire so we can gauge

23   what the parent thinks.  But we wait, we wait for a

24   period of time until we administer any behavioral

25   assessments because there is usually a honeymoon-type



1   period or just adjustment phase the teacher needs to

2   get to know the student.

3        Q    But eventually, you administer the SDQ?

4        A    We do, the SDQ and BASC.

5        Q    And those were two of the mandated

6   interventions that we reviewed earlier?

7        A    Yes.

8        Q    How often is the BASC mandated?

9        A    It's mandated at least once a year.  Some

10  programs choose to do it once a year, some do it twice

11  a year.

12       Q    How often is the SDQ mandated?

13       A    Twice a year, fall and then spring followup.

14       Q    When we were discussing the interagency teams

15  that you indicated GNETS of Oconee participates in, are

16  those teams also referred to as local interagency

17  planning teams?

18       A    They are, yes.

19       Q    Is the acronym LIPT used for that?

20       A    Yes.

21            MR. NGUYEN:  Let's have this document marked

22       as Plaintiff's Exhibit 499.

23            (Plaintiff's Exhibit 499 was marked for

24       identification.)

25            (Witness reviewing document.)



1  BY MS. GARDNER:

2      Q    Ms. Wolf, you have been handed Plaintiff's

3  Exhibit 499.  This is an email from you to Vickie

4  Cleveland dated June 14, 2018.  The subject is

5  Suggestion and it includes one attachment which is a

6  pdf with the file name GNETS 2017-2018 Screening,

7  Diagnostic and PL Calendar.  The Bates stamp on the

8  first page of this document is GA00326222.

9          Do you recognize this email?

10     A    I do.

11     Q    Am I correct that in this email you write to

12  Vickie and you say, "Last year Nakeba gave us a

13  calendar giving us all the dates for the year and this

14  is extremely helpful."

15          Is that right?

16     A    Yes.

17     Q    You provide that calendar that you say Ms.

18  Rahming provided in your email to Ms. Cleveland,

19  correct?

20     A    Yes.

21     Q    When you say, "Last year Nakeba gave us a

22  calendar," who is the us referring to?

23     A    The GNETS directors.

24     Q    What was the purpose of the attached calendar

25  when Ms. Rahming gave it to you and the other GNETS



1    directors?

2        A    It gives directors an overview of when the

3    different interventions and assessments are due as well

4    as the grant proposal which is all the responsibilities

5    throughout the year.

6        Q    Did Ms. Rahming create that calendar?

7        A    I can't remember if she created it or I

8    created it, this particular one.

9        Q    What prompted you to send the calendar to Ms.

10   Cleveland?

11       A    With Ms. Cleveland taking over the position

12   for Ms. Rahming, we felt we needed to have a calendar

13   so we would know what the expectations are for the

14   coming year.

15       Q    So if you turn to the calendar, the first page

16   of the calendar is August 2017, correct?

17       A    Correct.

18       Q    Am I correct that this shows that iReady

19   diagnostic begins on August 7th?

20       A    Yes.

21       Q    And iReady diagnostic ends on September 15,

22   2017?

23       A    Yes.  It kind of goes through the whole month

24   of August, it looks like.

25       Q    Right.  So if you turn to the next page on



1  September 15, 2017, it says, "iReady diagnostic ends"?

2      A    Yes.

3      Q    So this calendar would let GNETS directors

4  know that August 7th to September 15th was the window

5  that programs had to administer the iReady diagnostic

6  to GNETS students?

7      A    Yes.

8      Q    Am I correct that on the August 2017 page of

9  the calendar, there are also instructions for how to

10  use the iReady diagnostics?

11      A    Yes.

12      Q    If you turn to October 2017, am I correct that

13  the October and November 2017 calendars show the window

14  for GNETS programs to administrator the SDQ tests?

15      A    Yes.

16      Q    That window was October 16th to November 3rd?

17      A    Yes.

18      Q    The November 2017 calendar page also shows the

19  window for GNETS programs to administer the BASC-3; is

20  that right?

21      A    Correct.

22      Q    Am I correct that on the October 2017 calendar

23  page, there are instructions for conducting emotional

24  and behavioral screening?

25      A    Yes.



1    Q    Those instructions tell how the SDQ and the

2   BASC-3 should be used, among other things?

3    A    Yes.

4    Q    This calendar that you attach in your email to

5   Ms. Cleveland contains other dates for other

6   assessments and for professional learning, correct?

7    A    Correct.

8    Q    It also includes the dates for when GNETS

9   programs should complete their midyear strategic plan

10   self-assessment?

11    A    Yes.

12    Q    And their end of year strategic plan

13   self-assessment?

14    A    Correct.

15    Q    It also includes the window for when visits

16   for the strategic plan reviews begin and end; is that

17   right?

18    A    Yes.

19    Q    Did Ms. Cleveland enlist your help in updating

20   this calendar after you sent it to her so that it could

21   be used for the upcoming 2018-2019 school year?

22    A    I do not recall.

23        MS. GARDNER:  I'd like to have this marked as

24        Plaintiff's Exhibit 500.

25            (Plaintiff's Exhibit 500 was marked for



PATRICIA J. WOLF                                          October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                     223

1          identification.)

2              (Witness reviewing document.)

3    BY MS. GARDNER:

4        Q    You have been handed Plaintiff's Exhibit 500.

5    This is an email thread between you and Vickie

6    Cleveland.  The most recent email was sent by you to

7    Vickie Cleveland on June 14, 2018 with a subject Re:

8    Suggestion.  The first page of this document is Bates

9    stamped GA00326259.

10             Ms. Wolf, does this email refresh your

11   recollection as to whether Ms. Cleveland enlisted your

12   help in updating the calendar for use for the 2018-2019

13   school year?

14       A    It does.

15       Q    Did she make that request?

16       A    She did.

17       Q    Did you help her update the calendar for the

18   2018-2019 school year?

19       A    I did.

20       Q    Was a similar calendar given to GNETS

21   directors for the 2018-2019 school year?

22       A    Yes.

23       Q    Do you have a calendar like this for the

24   current school year?

25       A    No.



1    Q    When did you last receive a calendar like

2   this?

3    A    I believe that was the last year we received a

4   calendar.

5    Q    Do you still operate on a schedule for

6   administering iReady diagnostics?

7    A    Yes.

8    Q    How do you know the window for administering

9   iReady diagnostics?

10    A    I'm not sure if we get -- I think when we have

11   our directors meetings, those dates are posted in the

12   PowerPoint but it's not given in a calendar format that

13   I have seen.

14    Q    But you receive it through the GNETS directors

15   meetings?

16    A    Yes.

17    Q    Do you still operate on a schedule for

18   administering the SDQ?

19    A    Yes.

20    Q    Do you still operate on a schedule for

21   administering the BASC-3?

22    A    Yes.

23    Q    Do you receive the dates for administering the

24   SDQ and the BASC-3 similarly in GNETS directors

25   meetings?



1     A     Yes.

2     Q     Who do those dates come from?

3     A     Vickie Cleveland and Lakeisha Stevenson.

4     Q     Does GNETS of Oconee submit its SDQ results to

5    the Georgia Department of Education?

6     A     We do not submit them, no.  We keep them as

7    part of our strategic plan artifacts.

8     Q     Those strategic plan artifacts are reviewed --

9    let me rephrase that.  Are those strategic plan

10   artifacts reviewed at any point in the strategic plan

11   and self assessment process?

12    A     Yes.

13    Q     Who reviews those artifacts?

14    A     We review them at a GNETS local level with our

15   leadership team and they are available should the State

16   want to come in and review our artifacts for the

17   strategic plan.

18    Q     Was there a time when GNETS of Oconee

19   submitted its SDQ results to the Georgia Department of

20   Education?

21    A     I do not recall.

22          MS. GARDNER:  I'd like to have this marked as

23          Plaintiff's Exhibit 501.

24          (Plaintiff's Exhibit 501 was marked for

25          identification.)



```
1              (Witness reviewing document.)

2    BY MS. GARDNER:

3       Q    Ms. Wolf, you have been handed Plaintiff's

4    Exhibit 501.  This is an email from you to Vickie

5    Cleveland dated November 30, 2020.  The subject is File

6    Reviews.  The Bates stamp on this document is

7    GA00364299.

8              Am I correct that in this email you write to

9    Vickie, quote, "I know that you wanted our files done

10   by November 30, 2020, but I have been swamped with

11   several meetings and am only about a third of the way

12   through.  I'm trying to do ten a day, but that has been

13   nearly impossible with everything else."

14             Did you write that?

15      A    I did.

16      Q    What are the file reviews that you are

17   discussing here?

18      A    We were asked to go through every single

19   student file and identify when that student was

20   initially referred, whether they had a behavior

21   intervention plan when they came to us, I believe

22   whether they had a psychological within three years.

23             I'm trying to think of what other data was on

24   there.  It was several items that had to be answered

25   for each file we reviewed.  So it was a timely process
```



1   because it was doing some research.

2       Q    Who asked you to do that?

3       A    Vickie Cleveland.

4       Q    What did Ms. Cleveland say to you if anything

5   about why she was asking you to do that?

6       A    I know it was all part of the lawsuit.  I

7   don't know specifically what it was for, but I know it

8   was pertaining to the lawsuit.

9       Q    How much time were you given to go through

10  those files and provide that information?

11      A    I believe that they gave us, we had an initial

12  meeting in the fall of that year which would have been

13  in 2020.  And, you know, we were given a couple months

14  to do it.

15          MS. GARDNER:  I'd like to mark this as

16      Plaintiff's Exhibit 502.

17          (Plaintiff's Exhibit 502 was marked for

18      identification.)

19          (Witness reviewing document.)

20  BY MS. GARDNER:

21      Q    Ms. Wolf, you have been handed Plaintiff's

22  Exhibit 502.  This is the GNETS of Oconee midyear

23  Strategic Plan Review and the first cover page says

24  January 14, 2021 Update for GLRS Collaborative

25  Community.



1           Do you recognize this document?

2      A    I do.

3      Q    What is this?

4      A    This is, I give two updates a year, actually

5  three updates a year to the Georgia Learning Resources

6  Services under Oconee RESA, so just giving them an

7  update on our strategic plan, what our outcome ratings

8  were and the services provided.

9      Q    And so when you say Georgia Learning Resources

10 System?

11     A    System, Services.  Georgia Learning Resources,

12 I don't know if it is Services or Systems.

13     Q    But that is why it is called GLRS?

14     A    Yes.

15     Q    Is that a division of Oconee RESA?

16     A    Yes, there's a GLRS, they used to be separate

17 entities but now they are under RESA's.

18     Q    This document also does not have page numbers

19 so I am going to ask if you can turn to, start from the

20 end and turn back eight pages.

21     A    Okay.

22     Q    There is a page entitled GNETS File Reviews?

23     A    Here we go.  Yes.

24     Q    Does this page refresh your recollection as to

25 what information the State Department of Education



1  required for the files that you reviewed and that we

2  discussed in connection with the last email,

3  Plaintiff's Exhibit 501?

4      A    It does.

5      Q    What information was requested?

6      A    The initial date, referral date, prior

7  services before GNETS, the FBA and behavior

8  intervention plan dates, psychological within three

9  years and then prior documentation showing that last

10 less restrictive options have been exhausted.

11     Q    Did you eventually provide that requested

12 information to the State Department of Education?

13     A    I did.

14     Q    If you turn three pages towards the end of

15 this document to the page that says Update on Possible

16 GNETS Facility.

17     A    Yes.

18     Q    This references a GNETS facility possibly

19 located in Baldwin in building an alternative school.

20 What building is being referred to here in Baldwin

21 County?

22     A    It is a building that's not in existence.

23 They are considering or were at the time considering

24 building a facility that would serve the Baldwin

25 Success Academy and on the other side, GNETS.



1    Q    So this was consideration of new construction

2    for a GNETS center and then also the Baldwin County

3    Success Academy?

4    A    Correct.

5    Q    Were the funding concerns that are identified

6    here related to the fact that it would be a new

7    facility?

8    A    Yes, and whether the systems would be

9    interested in coming into Baldwin to participate in

10   that project.

11   Q    When you say whether the systems would be

12   interested in coming into Baldwin to participate in the

13   project, are you referring to the systems being

14   interested in coming into Baldwin with money for the

15   project or physically bringing their students into

16   Baldwin County?

17   A    Both.

18   Q    If you turn to the next page, there is

19   discussion of center to school-based model.

20        Do you see that?

21   A    Yes, I do.

22   Q    This notes that disciplinary referrals have

23   increased by 61 percent and suspensions have increased

24   by 59 percent.

25        Do you see that?



1    A    Yes.

2    Q    What do you attribute those increases to?

3    A    I think that there are several factors, but I

4    think that the schools that we have our classrooms in

5    are not used to the level of severity of the kids that

6    we serve.

7         Our students before were served in a main

8    center environment and it was a therapeutic setting and

9    a main school setting our students are running up to

10   the cafeteria, to the front office, cursing out

11   parents.  It's chaotic in many cases.  So that's where

12   the increases in suspensions and disciplinary referrals

13   have come from the systems that we serve.

14   Q    GNETS of Oconee students and the school-based

15   model are still being served by GNETS of Oconee

16   teachers; is that right?

17   A    That is correct.

18   Q    Are those the teachers who are issuing these

19   disciplinary referrals and suspensions?

20   A    In many cases, no, they are coming from the

21   school systems.

22   Q    How does that relationship work?

23   A    In terms of the school administration?  You

24   know, basically, it's communication between the GNETS

25   program and the school administrators and me.  And the



1  systems in many cases have grave concerns about the

2  severe behaviors of our students being served in their

3  systems, their schools.

4      Q    What is your view about how those grave

5  concerns should be addressed?

6      A    In my professional opinion, I feel like our

7  students benefit from a therapeutic program and a

8  therapeutic milieu where everyone in the building

9  understands crisis and can support each other and best

10  support those students.

11      Q    In your professional opinion, would students

12  who are served in a school-based model within GNETS of

13  Oconee have better outcomes if there were more

14  therapeutic staff available to support them within that

15  setting?

16      A    That's very possible.

17      Q    Do I understand that that is not a realistic

18  option because of budget considerations at this point?

19      A    It's not only -- it is budget considerations

20  as part of it, but it's the severity of the students,

21  is the other part of it.

22      Q    So when you say the severity of the students

23  is the other part of it, there is some concern that

24  even if you had additional therapeutic staff,

25  sufficient staff so you had therapeutic staff at every



1  site a hundred percent of the time, that those students

2  would not be able to be supported within a school-based

3  model?

4     A    I am just picturing some of our kids that even

5  with the therapeutic staff there, particularly our

6  runners that try to run up and harm others or run up to

7  the, run out through the parking lot, things like that,

8  even though you have those therapeutic staff there,

9  they are still running through the classrooms through

10  all of the students.

11         And not only is it very scary for the students

12  in the Gen Ed classrooms and the parents that are

13  bringing their kids in, it is very overwhelming for our

14  kids that are in crisis and, you know, it's a huge

15  setting.

16         They run in the cafeteria.  There's 300 kids.

17  They get overwhelmed and go into crisis.

18         So yes, you can have as many therapeutic staff

19  as you want, it's still not the best situation for our

20  students, in my opinion.  In fact, it's traumatic.

21     Q    You note in the third bullet point on this

22  page, "Many students have gone from full day placements

23  to part day or part week because the larger school

24  environment is disrupted when they are in crisis or

25  acting out."



1          Do you see that?

2      A    Yes.

3      Q    Is this consistent with what we discussed

4   earlier in terms of the sort of effort of when to

5   alternate the students in classes and to thin out

6   numbers and provide a better environment in terms of

7   the number of students in each classroom?

8      A    Yes.

9      Q    This also says, "In almost every school-based

10  setting, our students have to eat in their classroom

11  because of the disturbance they cause in the lunch room

12  and hallways."

13         Is that accurate?

14     A    Yes, it is.

15     Q    Is there any school-based setting within GNETS

16  of Oconee where students are eating in the lunch room?

17     A    We have tried it a couple of times in various

18  places.  There's some students that are able to eat at

19  the high school location.  At our middle school, not

20  right now; not at Lakeview; Putnam, yes, they do eat, I

21  think, in their lunch room; Wilkinson, no; Washington,

22  no; and Johnson, yes.

23     Q    Turning to the next page which says Advantages

24  of Center-Based, the notes in the second bullet point,

25  "The therapeutic milieu allows for staff to effectively



PATRICIA J. WOLF                                   October 06, 2022
UNITED STATES vs STATE OF GEORGIA                            235

1  intervene when there is a crisis on site as opposed to

2  relying on parent pickups or EMS."

3          Do you see that?

4      A    Yes.

5      Q    Would you just share your definition of the

6  therapeutic milieu?

7      A    Yes.  So my definition of the therapeutic

8  milieu is where every staff member is trained in

9  positive interventions and therapeutic supports.  So if

10 a crisis occurs with the receptionist or bus personnel

11 or whatever the case scenario, that every single person

12 is trained how to deescalate that in an appropriate

13 way.

14     Q    At the time you prepared this, were

15 school-based locations relying on parent pickup or EMS

16 when a student had a crisis?

17     A    Yes.

18     Q    Was that true across all of your sites or are

19 there particular sites where that is more frequently a

20 problem?

21     A    Pretty much across the board in all of our

22 sites.

23     Q    This references EMS.  What is EMS?

24     A    Emergency medical services.

25     Q    What has been the role of EMS in crisis



1  situations as you are referencing it here?

2     A    When a student is in a mental health crisis

3  and is dangerous to themselves or others in an extreme

4  way, we would involve EMS to transport to the emergency

5  room for evaluation for possible crisis stabilization.

6     Q    Have you been present at any of your sites

7  when EMS has had to intervene?

8     A    I have.

9     Q    Can you just describe for us sort of what that

10 looks like, how EMS is able to get a student under

11 control to be able to transport them?  What does that

12 look like?

13    A    I'm trying to think of a particular.  In one

14 situation a student was suicidal.  He was extremely

15 upset.

16         He ran out into the parking lot, ran down the

17 crosswalk where the bus ramp was saying he was going to

18 run up in traffic and kill himself.  He was like a

19 fifth grade student so he was a pretty tall student.  I

20 was there.

21         I was helping contain him.  Another staff

22 member came out to help contain him.  The resource

23 officer came out and he wouldn't calm down and he was

24 continuing to make threats to harm others, to kill

25 himself, banging his head.



1          And we made a decision, the principal came out

2   and we made a decision that EMS needed to be contacted.

3   And so EMS came up.

4          We were involved in, we were holding him.  And

5   the resource officer, I'm not sure how he contained him

6   or got him in the ambulance, but he was able to get him

7   into the ambulance and be taken to the emergency room.

8      Q    Was the student restrained in order to be put

9   into the ambulance?

10     A    Yes.

11     Q    Does EMS ever use any sort of medical sedative

12  for students when they are called?

13     A    I have never seen them use a medical sedative.

14         MS. GARDNER:  We have been going more than an

15     hour.  Want to take a break?

16         MR. NGUYEN:  Sure.

17         THE VIDEOGRAPHER:  We are off the record at

18     4:41 p.m.

19         (Recess.)

20         THE VIDEOGRAPHER:  We are back on the record

21     at 4:50 p.m.

22  BY MS. GARDNER:

23     Q    We talked a little bit intermittently about

24  funding.  What is GNETS of Oconee's operating budget

25  for this 2022-23 fiscal year?



1     A    I don't know the exact amount.

2     Q    Ballpark?

3     A    Ballpark, I really don't, I don't even know,

4   like 250,000.  I'm not really sure.

5     Q    You think it's about 250,000?

6     A    I really don't know.  I'm sorry.

7     Q    Are you familiar with the GNETS strategic

8   plan?

9     A    Yes.

10    Q    What is the GNETS strategic plan?

11    A    The GNETS strategic plan is basically a

12  program improvement plan where there are several

13  components that we put in place, academic, behavioral,

14  fiscal, supervision-wise that we put in place and

15  ensure that all those elements are carried out.

16    Q    Is GNETS of Oconee obligated to comply with

17  the GNETS strategic plan?

18    A    We are.

19    Q    Does the strategic plan have an assessment

20  component?

21    A    In each of the areas, yes, it does.

22    Q    How does the assessment process work

23  generally?

24    A    So in terms of the academic part, there's an

25  assessment required for state-mandated assessment.  Of



1  course, we are going to comply with all of those

2  guidelines.

3           In the behavior assessment part, it is

4  completing the behavior assessment system for children

5  as well as an assessment for students with autism and

6  the strengths and difficulties questionnaire and then

7  the iReady assessments, of course.

8      Q    I realized that my question might have been a

9  little confusing.  When I say an assessment process, is

10 there a process for assessing compliance with the GNETS

11 strategic plan?

12     A    I understand.  So there's an outcome summary.

13 We go through each of the elements and rate ourselves

14 as whether we are fully operational or less than

15 operational, satisfactory, so forth, not operational or

16 there's not evidence, you know, the evidence isn't

17 there.  So it would be a not evidence rating.

18          I believe it is on a scale of 3, 2, 1, 0.

19     Q    When you say, "we rate ourselves," you are

20 talking about the GNETS program?

21     A    Yes, the GNETS leadership team.

22     Q    Once that self-assessment is done, is there an

23 on-site review from someone at the State Department in

24 connection with the self-assessment process?

25     A    Yes, so typically we do a midyear assessment



1  and they are not involved in the midyear assessment but

2  they are involved in the end of year assessment.

3      Q    What happens with the on-site reviews by the

4  State Department of Education?

5      A    It varies from year to year.  This year, the

6  on-site review was done online and we went through the

7  components of the strategic plan and they looked at

8  artifacts, those kind of things.

9      Q    During those reviews, do you receive any sort

10  of feedback?

11      A    Yes.

12      Q    What kind of feedback?

13      A    If there wasn't enough evidence to support

14  that particular rating, suggestions would be made on

15  what else would need to occur, things like that.

16      Q    Do you ever receive requests from the State

17  Department of Education during the reviews for GNETS of

18  Oconee to provide more documentation to them?

19      A    In terms of the review, I have not had to, but

20  I kind of go over the top with my collection of

21  artifacts, so there might be other programs that have

22  to provide more.

23      Q    Who from the State Department of Education

24  conducts the reviews?

25      A    Vickie Cleveland completed this year's along



1    with Lakeisha Stevenson.

2             MS. GARDNER:  I'd like to have this marked as

3        Plaintiff's Exhibit 503.

4             (Plaintiff's Exhibit 503 was marked for

5        identification.)

6             (Witness reviewing document.)

7    BY MS. GARDNER:

8        Q    Ms. Wolf, you have been handed what's been

9    marked as Plaintiff's Exhibit 503.  This is an email

10   thread between you and Deborah Gay.  The most recent

11   email in the thread, you sent to Deborah Gay on

12   December 31, 2015.  The subject is As Requested.

13            It contains one attachment which is a

14   Microsoft Word document with the file name GNETS

15   Strategic Plan Year 4 Recommendations from Wolf.  The

16   first page of this document is Bates stamped 00403823.

17            Do you recognize this?

18       A    I do.

19       Q    Am I correct that you are sending this email

20   in response to a prior email from Ms. Gay and what she

21   says, "I would appreciate your review of the attached

22   updated GNETS strategic plan for accuracy and to

23   include any additional information you may have."

24       A    Yes.

25       Q    Who is Deborah Gay?



1    A    Deborah Gay was the director of the special

2  education services and support for the Department of

3  Education and that was in 2015.

4    Q    In your email you say you highlighted your

5  recommendations in yellow and put some comments in red

6  in the strategic plan that you attach in your email to

7  Ms. Gay?

8    A    Yes.

9    Q    Turning to the attachment, turn to Page 3 of

10  the attachment which has the section on program

11  operation on it.

12    A    Yes.

13    Q    Do you see it says just beneath that, "The

14  GaDOE provides to each GNETS program, GNETS fiscal

15  agent, local school district, and other stakeholders a

16  GNETS program operations manual that clearly describes

17  program responsibilities and fiscal operations."

18    A    Yes.

19    Q    "This manual is designed to ensure that GNETS

20  programs operate efficiently, effectively and

21  consistently throughout the network to support local

22  school districts in providing students with educational

23  opportunities that will enable them to become college

24  and career ready."

25         Do you see that?



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              243

```
1        A    I do.

2        Q    As director of the GNETS program, did you

3   receive one of the operations manuals referenced here?

4        A    Yes.

5        Q    Do you still receive such operations manuals?

6        A    The operations manual is online.  It hasn't

7   been updated for a number of years.

8        Q    Do you still refer to the operations manual in

9   any way?

10       A    I don't, no.

11       Q    If you turn to the next page, Page 4, just

12  above Goal 2 it says, "GaDOE will collaborate with

13  interagency partners (i.e., the Department of

14  Behavioral Health and Developmental Disabilities) to

15  ensure that eligible GNETS students have access to

16  mental health services through a system of care."

17            Do you see that?

18       A    Yes.

19       Q    What did you understand this to mean?

20       A    That our students would benefit from the

21  system of care and ensuring that they are getting the

22  highest level of services needed.

23       Q    What is the system of care?

24       A    It is a system of different agencies and

25  service providers that are available in the community
```

1  for students with mental health needs.

2      Q    Based on your experience as a director of a

3  GNETS program, what is your opinion on the adequacy of

4  the system of care that exists for your GNETS students?

5      A    I don't think it reaches all students.  I

6  think that our very top tier students that are brought

7  before the local interagency planning team, I believe

8  that those students get the help that they need because

9  those system of care providers are at that interagency

10 meeting.

11      Do I think our students need more?

12 Absolutely.

13      Q    When you say your students need more, do you

14 have specific or can you identify specific ways that

15 you think the system of care should be improved so that

16 your students have that more that they need?

17      A    I think that there are intense mental health

18 needs of our students at school and in the community

19 and in their homes that they are not getting.

20      Q    What would be required to ensure that students

21 are getting services for those intense mental health

22 needs?

23      A    Well, there was a time when there was

24 intensive community support called CSII, Community

25 Support Intensive Intervention, I believe.  And I don't



1  see that.  I haven't seen that in the past couple

2  years.

3      Q    Do you have any understanding of why that

4  hasn't been existing in the last few years?

5      A    A lot of it is, well, staffing patterns,

6  staffing issues, inability to keep staff as well as

7  COVID put everybody online.  And you still have DFACS

8  still working online and some mental health providers

9  working online with kids.  So I think that's where it

10  became, broke down a bit.

11      Q    If you turn to Page 6, the row that's Row

12  Number 7, it is identifying an action step to "develop

13  formal agreements with interagency partners to ensure

14  that students receive mental health services through a

15  system of care."

16          Do you see that?

17      A    Yes.

18      Q    And then the data in the second column from

19  the far right related to that action step says "formal

20  agreements."

21      A    Yes.

22      Q    And what formal agreements are those referring

23  to?

24      A    The formal agreements that I know about are

25  agreements or memorandums of understanding between



1    River Edge and GNETS, and this is for our program

2    specifically, Oconee Center has an agreement.  But I

3    haven't seen any agreement through a system of care.  I

4    don't know what that looks like.

5        Q    You said GNETS of Oconee does have a

6    memorandum of agreement with River Edge?

7        A    Yes.

8        Q    What's contained in that memorandum of

9    agreement?

10       A    I'm not really sure what's contained in it.  I

11   know there's something about collaboration.  I don't

12   know specifically what else is, respecting

13   confidentiality, those kind of things.

14       Q    Is there also a memorandum of agreement with

15   Oconee Center?

16       A    Yes.

17       Q    Does GNETS of Oconee have any memoranda of

18   agreement with any other community or mental health

19   agencies?

20       A    Pure Heart Behavioral and Benchmark Behavioral

21   Health Services and also with the Georgia College and

22   State University Music Therapy Collaborative.

23       Q    Excellent.  Thank you.

24           Moving to Page 10 which contains a section on

25   accountability, do you see that?



1    A    Yes.

2    Q    Just above Goal 6, the last sentence there

3 says, "Annually, the GaDOE will provide GNETS directors

4 a performance summary for each program with data

5 gathered through the program level file at the GaDOE."

6         Do you see that?

7    A    Yes.

8    Q    Do you have experience with the program level

9 file referenced here?

10   A    Yes.

11   Q    What is that program level file?

12   A    The program level file shows the number of

13 students that are served in the GNETS program.

14   Q    Does that file contain any other information?

15   A    Student services through the IEP is all I know

16 of.

17   Q    Did you submit that sort of program level file

18 to the Georgia DEO on behalf of GNETS of Oconee?

19   A    No, the school systems are the ones that pull

20 the program level file report.

21   Q    Have you ever received the performance summary

22 that's referenced here?

23   A    I'm not sure what that's speaking of.  You

24 know, we're going back a number of years now.  Before

25 the strategic plan, we did have that information, but I



1  haven't seen it since the strategic plan.

2      Q    To be clear for the record, this is a very

3  early version of the GNETS strategic plan, correct,

4  many years ago?

5      A    Yes.

6          MS. GARDNER:  I'd like to have this document

7      marked as Plaintiff's Exhibit 504.

8          (Plaintiff's Exhibit 504 was marked for

9      identification.)

10         (Witness reviewing document.)

11 BY MS. GARDNER:

12     Q    You have been handed what's been marked as

13 Plaintiff's Exhibit 504.  This is an email from you to

14 Nakeba Rahming dated February 1, 2016.  The subject is

15 Rubric and there's one attachment that is a Microsoft

16 Word document with the file named GNETS Standards of

17 Practice Rubric - Draft.  This email is Bates stamped

18 GA00062023.

19         Do you recognize this email?

20     A    Yes, I do.

21     Q    In this email am I correct that you say, "The

22 attached is a draft rubric that was developed by

23 Jeannie Morris and the directors in May of 2014 that

24 addresses each of the Standards of Practice.  It may be

25 useful as we move forward to develop the strategic



1    plan."

2         A    Yes.

3         Q    Who is Jeannie Morris?

4         A    Jeannie Morris was a fellow GNETS director

5    from the Cedarwood Academy.

6         Q    When you say that the attached draft rubric

7    addresses each of the standards of practice, what

8    standards of practice are you referring to?

9         A    So at that time we had standards of practice

10   of what was recommended for each GNETS program to have

11   for their program accountability measures.

12        Q    Were those standards of practice first

13   identified in the draft rubric or did they preexist the

14   rubric?

15        A    They preexisted the rubric.

16        Q    When were those standards of practice

17   developed?

18        A    It's hard to say.  It was a couple of years

19   before this, so we're talking around 2010 maybe.

20        Q    Who developed the standards of practice?

21        A    We developed them as GNETS directors.

22        Q    Did the State Department of Education

23   participate in that process?

24        A    I believe so.

25        Q    If you recall, who from the State Department



1   of Education was involved?

2       A    I don't recall specifically who was involved

3   with the standards of practice.  Terry, what was

4   Terry's last name, he was the prior GNETS program

5   manager.  Susan Mackenzie, it's been a while ago.  So

6   prior to Virginia O'Connell.

7       Q    I want to take a look at the attached rubric.

8   Am I correct in understanding that the rubric

9   identifies the various standards of practice along the

10  far left column?

11      A    Yes.

12      Q    And that it contains indicators for how well a

13  GNETS program is demonstrating that standard of

14  practice; is that right?

15      A    That's correct.

16      Q    So a GNETS program can either be in the

17  efficient category, the needs development category or

18  the ineffective category?

19      A    Correct.

20      Q    For each standard of practice, there are

21  indicators identified that would tell someone where a

22  GNETS program faults on the scale of proficient, needs

23  development or ineffective, right?

24      A    Correct.

25      Q    So, for example, on the first page of the



1   rubric, one of the indicators of proficiency in the

2   standard practice label instruction and grade level

3   Georgia Standards of Excellence is that, "All teachers

4   are skilled in implementing research-based strategies

5   which help support students' success with the

6   curriculum despite academic deficits."

7        A    Yes.

8        Q    And another indicator of proficiency in that

9   standard of practice is that, "The GNETS programs can

10  demonstrate a trend toward increased proficiency on

11  statewide assessments."

12       A    Yes.

13       Q    And then there are indicators listed on the

14  other end of the spectrum that suggest ineffectiveness

15  in the standard of practice labeled instruction and

16  grade level Georgia Standards of Excellence, correct?

17       A    Correct.

18       Q    One of those indicators of ineffectiveness is

19  that teacher observations reveal minimal knowledge of

20  content or teaching pedagogy?

21       A    Correct.

22       Q    This process of having indicators is repeated

23  further in the standard of practice, right?

24       A    Yes.

25       Q    Are you familiar with the APEX program?



1      A    Yes.

2      Q    What is the APEX program?

3      A    The APEX program, I'm not sure if it is

4  grant-funded, but it is a mental health program that

5  comes through either Oconee Center or River Edge in our

6  area.  And there are counselors that are assigned to

7  the school to work with students on mental health

8  needs.

9      Q    Do any GNETS of Oconee students access APEX

10  services?

11      A    Yes.

12      Q    How many GNETS of Oconee students accessed

13  APEX services in the 2021-22 school year?

14      A    And this is approximate, I'm going to say

15  approximately ten.

16      Q    Are those ten students located in a particular

17  GNETS site or do they span all of the GNETS sites?

18      A    They span most of the GNETS sites.

19      Q    How do GNETS of Oconee students access APEX

20  services?

21      A    There's an APEX referral.

22      Q    Does GNETS of Oconee have the ability to refer

23  its students to APEX?

24      A    Yes.

25      Q    How does that process work?



1      A    We complete the referral and send it to

2    whichever program that houses the APEX program.  It's

3    swapped back and forth between Oconee Center and River

4    Edge.  So they receive the referral and the APEX

5    counselor at the school-based site will get in touch

6    with the GNETS person and then arrange services.

7      Q    Did GNETS of Oconee have the ability to refer

8    students to APEX services when it was using the

9    center-based model?

10     A    I don't recall when we were in the

11   center-based model that they had the APEX program in

12   place.  We did at that time, we did have mental health

13   counselors that came out to the center to work with

14   students from both those facilities.

15           MS. GARDNER:  I'd like to mark this document

16       as Plaintiff's Exhibit 505.

17           (Plaintiff's Exhibit 505 was marked for

18       identification.)

19           (Witness reviewing document.)

20   BY MS. GARDNER:

21     Q    This is an email from you to Lakeisha

22   Stevenson dated November 12, 2019.  The subject is Re:

23   GNETS/APEX and this email is Bates stamped GA00953836.

24   Do you recognize this email?

25     A    Yes.  I don't remember it, though, but yes.



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              254

1      Q    This email that you sent to Ms. Stevenson is

2  in response to an earlier email asking the question,

3  "How many students have received mental health services

4  via APEX?"

5      A    Yes.

6      Q    You write to Ms. Stevenson and say, "Of the

7  six counties we serve, we only have one student in

8  Johnson County served by APEX."

9           Is that right?

10     A    At that time, yes.

11     Q    So in 2019, you had one student served by

12 APEX?

13     A    Yes.

14     Q    I think you said as of last school year, the

15 ballpark number was approximately ten GNETS of Oconee

16 students?

17     A    Yes.

18     Q    For GNETS of Oconee students who receive APEX

19 services, approximately how often do they receive those

20 counseling services in terms of frequency?

21     A    This is a guess, about once a week.

22     Q    Do you currently have GNETS of Oconee students

23 accessing APEX services this year, this school year?

24     A    Yes, I believe so.

25     Q    Approximately how many students?



1    A    So far this year, I know that we have made two

2  or three referrals.

3    Q    When you make a referral to APEX, is it

4  automatic that the student will receive counseling

5  services or is there some sort of process the student

6  has to go through to be approved and accepted into

7  APEX?

8    A    I don't believe it is automatic approval.  I

9  believe they have to get parent permissions and things

10  like that first before they can start intervening with

11  students.

12    Q    Do the general education settings that refer

13  students to GNETS of Oconee have social workers on site

14  in their buildings?

15    A    I don't know if they have social workers.

16  They have counselors and I know there's a school-wide

17  social worker.  But I don't think the local schools

18  have a social worker assigned.

19    Q    The referring county schools do have

20  counselors on site in their facilities?

21    A    Yes.

22    Q    When you say counselors, are you referring to

23  guidance counselors or more of a therapeutic counselor?

24    A    More of a therapeutic counselor.  They also

25  have behavior interventionists.



1    Q    What about psychologists?

2    A    Not at the school level.

3    Q    Do GNETS of Oconee teachers receive training

4  on standards-based instruction?

5    A    They did not this year.  They are familiar and

6  they are required to post the Georgia Standards of

7  Excellence but many of our teachers are not fully

8  consent certified and so they are all, all of them

9  right now are operating with an online program that

10  has, that it is a graded program.  They are following

11  the Georgia Standards of Excellence.

12    Q    When you say they are operating with an online

13  program that is a graded program, is that an online

14  training program?

15    A    No, for example, Edgenuity, your typical

16  middle and high school students are taking all of their

17  subjects through Edgenuity so through completing those

18  assignments and quizzes and post-tests and end of year

19  tests, that's where the grade is obtained.

20    Q    By utilizing the online program, is that an

21  assurance that the instruction students are receiving

22  is standards-based?

23    A    Yes.

24    Q    When you say that a lot of your teachers are

25  not yet content-certified, what do you mean by that?



1    A    So a high school class, the students in their

2    class are going to range from all of the required 21

3    classes that they would be getting to get their high

4    school diplomas and so they are not content-certified

5    in history, math, language arts and so forth.

6    Q    So am I understanding correctly that a teacher

7    who is not content-certified in a particular area,

8    doesn't necessarily have the tools to teach a

9    standards-based class in that area?  Is that an

10   accurate understanding of the content certification?

11   A    They don't have a full, deep knowledge of the

12   content that's required for that standard for that

13   particular subject.  There are numerous standards that

14   come along with it and they may not have that deep

15   content certification that they passed an assessment on

16   to get content-certified.

17       So they do have access and review the

18   standards and things like that, but they don't have

19   that content assessments.

20   Q    Is that lack of content certification a driver

21   of the use of those online platforms like Edgenuity?

22   A    Yes.

23       MS. GARDNER:  I'd like to mark this document

24   as Plaintiff's Exhibit 506.

25       (Plaintiff's Exhibit 506 was marked for



1    identification.)

2           (Witness reviewing document.)

3    BY MS. GARDNER:

4       Q    You have received Plaintiff's Exhibit 506.

5    This is an email from Vickie Cleveland to you dated

6    December 19, 2017.  The subject is iReady Data Week

7    ending 12-8-2017.  It contains two attachments.  The

8    Bates stamp of this email is GA00014432.

9           Do you recognize this email?

10      A    I do.

11      Q    Am I correct that in this email Ms. Cleveland

12   is forwarding you certain iReady reports for GNETS of

13   Oconee?

14      A    Can you repeat that question?  I'm sorry.

15      Q    Am I correct that in this email Ms. Cleveland

16   is forwarding you certain iReady reports for GNETS of

17   Oconee?

18      A    Yes.

19      Q    There is a report for ELA and a report for

20   math, correct?

21      A    Correct.

22      Q    Ms. Cleveland says in her email to you, "As

23   you review your data each week, reminder to look for

24   the following accountability reports:" and then she

25   starts with usage.  And it says, "looking for students



1  to accomplish more than or equal to 45 minutes per week

2  per subject, 90 minutes."

3          Do you see that?

4     A    Yes.

5     Q    Is that the minimum usage of 90 minutes that

6  we discussed earlier?

7     A    Yes.

8     Q    She then goes on to say, "Pass rate," and it

9  says, "look for 70 percent and above - will be sent by

10  Curriculum Associates."

11     A    Yes.

12     Q    What does that mean?

13     A    So Curriculum Associates will consolidate the

14  data for our students using the iReady program and send

15  it to us.

16     Q    What does it mean, to look for 70 percent and

17  above?

18     A    So on their totalling all of the quizzes that

19  the student has taken, that it would be at 70 percent

20  or above pass rate.

21     Q    That's the standard that you should be using

22  when you are looking at your data?

23     A    Yes.

24     Q    Moving to the very last bullet it says,

25  "reviewing usage reports goal," and it says,



1  "80 percent of students with greater than or equal to
2  45 minutes per week per subject."

3        This is communicating that the target you
4  should be looking for in terms of the number of
5  students who are hitting that minimum usage is
6  80 percent of your students?

7     A    Correct.

8     Q    In the next paragraph, Ms. Cleveland is
9  discussing more about your specific data.  She says in
10 the middle of that paragraph, "The expectation is that
11 there will be growth at the student and system level.
12 GaDOE will be reviewing three-year trend data from the
13 midyear and end-of-year reports provided by Curriculum
14 Associates."

15        What did you understand that to mean?

16    A    That not only our program but it would take
17 the program from all the programs together and review
18 that data and see where the trend is and where the
19 problem areas are.

20    Q    The State Department of Education was
21 expecting that there would be growth for individual
22 students but then also across the system as a whole?

23    A    Yes.

24    Q    What is an iReady transfer request?

25    A    When a student moves into another GNETS



1  program, they may have been assigned an iReady log-in

2  with their GTID.  And when you try to enter them in as

3  a new student in the iReady, it's not going to let you

4  put that GTID in because it's already assigned to

5  another system.  So you would contact iReady or contact

6  Lakeisha Stevenson through the secure portal and ask

7  for that student to be transferred.

8         So the Department of Education has all of our

9  GNETS program listed under one iReady site.  So she

10  makes those transfers.

11      Q    What are the consequences of a student being

12  unable to be transferred in iReady?

13      A    There would never be a consequence where you

14  couldn't be transferred.  You know, as soon as they

15  come into the program, you are putting them into the

16  iReady program.

17         You can't get them in, so you write to her.

18  And she immediately transfers them to the program.

19      Q    But I take it until the student is

20  transferred, they can't use iReady?

21      A    Correct.

22      Q    Are there any students at GNETS of Oconee who

23  have been screened for gifted services in the last few

24  years?

25      A    Not that I know of, no.



1    Q    Do you know of any GNETS of Oconee students

2    who have been screened for gifted services at any point

3    during your tenure with GNETS of Oconee?

4    A    We have had students that have had gifted

5    services before, yes.

6    Q    How long ago was that?

7    A    The student that I'm thinking of has already

8    graduated so it's been several years ago.

9    Q    I take it no GNETS of Oconee students are

10    currently receiving gifted services?

11    A    No.

12    Q    Are any GNETS of Oconee students currently

13    enrolled in AP or honors courses?

14    A    No.

15    Q    Have any GNETS of Oconee students been

16    enrolled in AP or honors courses in the last five

17    years?

18    A    Not that I know of.

19         MS. GARDNER:  I'd like to have that marked as

20         Plaintiff's Exhibit 507.

21         (Plaintiff's Exhibit 507 was marked for

22         identification.)

23         (Witness reviewing document.)

24    BY MS. GARDNER:

25    Q    You have been handed Plaintiff's Exhibit 507.



1   This is an email from you to Vickie Cleveland with a

2   copy to Joanna Mock.  The subject is "Forward: GNETS

3   meeting info/info needed."

4           There is one Excel attachment.  And this was

5   sent on September 14, 2018.  The Bates stamp on this

6   document is GA00332753.

7           In this email you are forwarding to Ms.

8   Cleveland data from GNETS of Oconee that it looks like

9   was requested; is that right?

10      A    Yes.

11      Q    If you can just turn to the attachment, am I

12  correct that the attachment shows current enrollment in

13  GNETS of Oconee by site as of September 14, 2018?

14      A    Yes.

15      Q    It also shows the FY17-18 graduates from GNETS

16  of Oconee?

17      A    Correct.

18      Q    And there are three graduates in that fiscal

19  year?

20      A    Yes.

21      Q    It shows transitioning students and identifies

22  four students there?

23      A    Yes, that fully transitioned out, yes.

24      Q    It says six students participated in

25  extracurricular activities, correct?



1       A    Correct.

2       Q    That's eight percent of GNETS of Oconee

3  students?

4       A    Yes.

5       Q    What is the current level of participation of

6  GNETS of Oconee students in extracurricular activities?

7       A    I don't know the exact percentage.  I know we

8  have several students that play basketball, football,

9  those kind of things.

10      Q    Is the percentage somewhere in the range of

11  what's reflected in this particular document?

12      A    I believe it's higher.

13      Q    Do you have a sense of how much higher?

14      A    Guessing, probably about ten or twelve

15  students.

16      Q    Did GNETS of Oconee students appear in school

17  yearbooks?

18      A    They do.  I'm not really sure.  I've seen some

19  yearbooks that have them in but I'm not sure if they

20  are in all of them or not.

21      Q    Does your GNETS program use restraints on

22  students?

23      A    For emergencies where students are dangerous

24  to themselves or dangerous to others, yes.

25      Q    Is physical restraint ever used to move



1  students who are escorted to an isolated space?

2      A    If students are dangerous to themselves or

3  others and are in need of being in a safer location,

4  they will be transported or escorted physically, yes.

5      Q    Have any GNETS of Oconee students been

6  physically harmed by the use of restraint or physical

7  intervention by staff in the last two years?

8      A    Not that I am aware of.

9      Q    What about in the last five years?

10     A    Not that I'm aware of.

11     Q    Are you aware of any students who have sought

12  medical care following an incident of physical

13  restraint or physical interaction with staff in the

14  past two years?

15     A    No.

16     Q    What about in the past five years?

17     A    No.

18     Q    Does GNETS of Oconee video record the interior

19  spaces of any of its sites?

20     A    In terms of is there a set camera that is

21  located on site?  Some of the school systems have

22  cameras in the classroom and in the halls, yes.

23     Q    Are those video recordings reviewed upon

24  reporting of incidents of physical intervention or

25  restraint?



1      A    Occasionally, yes.

2      Q    Under what circumstances would they be

3    reviewed?

4      A    If there was a concern, if there was any

5    concern in a procedural violation or if there was an

6    injury or anything like that.  Not all of the

7    restraints reported are viewed, but if there were

8    concerns, we would definitely try to seek viewing it.

9      Q    Does GNETS of Oconee document the use of

10   restraint?

11     A    Yes.

12     Q    How is that done?

13     A    Through an incident report and through an

14   educator's handbook referral.

15     Q    Is there a specific time frame for completing

16   that documentation?

17     A    24 hours.

18     Q    Who is responsible for completing that

19   documentation?

20     A    The person doing the restraining.

21     Q    Does anyone review the documentation?

22     A    I do.

23     Q    How often do you review documentation?

24     A    They review, if a restraint report is sent to

25   me, I review it immediately.



1    Q    What is the purpose of your reviewing the

2  restraint report?

3    A    To ensure that all less restrictive

4  interventions were applied.

5    Q    Have you reviewed reports where you found that

6  that has not been the case?

7    A    Recently this year there was a situation with

8  a Benchmark staff person who restrained one of our

9  students.  And I felt that the documentation and

10  interviewing her and interviewing the other staff

11  members that witnessed the restraint, I felt like it

12  was not a less restrictive approach.  I felt like it

13  was a power struggle and I immediately called her and

14  talked to her about that.

15    Q    Was there any other action taken apart from

16  the conversation with the Benchmark personnel?

17    A    No.

18    Q    Does GNETS of Oconee use seclusion?

19    A    No.

20    Q    Does GNETS of Oconee have rooms that are used

21  for intensive intervention?

22    A    No.

23         MS. GARDNER:  Let's mark this as Plaintiff's

24      Exhibit 508.

25         (Plaintiff's Exhibit 508 was marked for



1    identification.)

2         (Witness reviewing document.)

3    BY MS. GARDNER:

4    Q    You have been handed what's been marked as

5    Plaintiff's Exhibit 508.  This is an email from you to

6    Nakeba Rahming dated January 19, 2017.  The subject is

7    "Dashboard iReady," and this email is Bates stamped

8    GA000130985.

9         Do you recognize this email?

10   A    Yes.

11   Q    You write to Ms. Rahming, "The GNETS dashboard

12   was the other thing I meant to ask you about and we

13   didn't have that on our agenda.  It would be helpful if

14   directors got some sort of direction in writing on how

15   to use their dashboard."

16        Do you see that?

17   A    Yes.

18   Q    What is the dashboard that they are referring

19   to?

20   A    Again, this is from 2017 so it's been a good

21   while ago, but the dashboard was to be a State GNETS

22   dashboard that we would be able to use and see GNETS

23   information.  It never really came up and running that

24   I know of.

25   Q    Do parents of GNETS of Oconee students have to



1  sign a records release for their students to receive

2  GNETS services?

3       A    Yes.

4       Q    What is the purpose of that records release?

5       A    It's not to receive records like school

6  records, but we require with our intake paperwork an

7  information release to like mental health providers,

8  Department of Family and Children's Services providers

9  for continuity of services.

10           MS. GARDNER:  I'd like to have that marked as

11      Plaintiff's Exhibit 509.

12           (Plaintiff's Exhibit 509 was marked for

13      identification.)

14           (Witness reviewing document.)

15  BY MS. GARDNER:

16      Q    You have been handed what's marked as

17  Plaintiff's Exhibit 509.  This is an email from you to

18  Nakeba Rahming dated March 7, 2016.  The Bates stamp on

19  this document is GA00040936.

20           Looking at the bottom of this page, am I

21  correct that you received an email from Alan Judd on

22  March 30, 2016 in which he says, "I am following up on

23  my Open Records Act request of February 23, 2016

24  seeking information on restraints at Horizon Academy.

25  Can you please let me know when you will be able to



1  provide the requested material?"

2        Did you have any understanding why Mr. Judd

3  was reaching out to you regarding an Open Records

4  request regarding Horizon Academy?

5        MR. NGUYEN:  Object to the form.

6        You may answer the question.

7    A    No, I don't remember the email.

8  BY MS. GARDNER:

9    Q    You forward that email to Ms. Rahming and say,

10 "Would you please forward to the attorney?"  Is that

11 correct?

12   A    Correct.

13   Q    What attorney were you referring to?

14   A    I'm assuming the State attorneys, the

15 Department of Education attorneys.

16   Q    Were you present for a site visit to GNETS of

17 Oconee in May 2022 in which experts for the United

18 States toured the facility and observed classrooms?

19   A    Yes.

20   Q    How long before the site visits did you learn

21 that those visits would occur?

22   A    It was very quick, I want to say within a

23 week, two weeks I knew that they were going to come and

24 visit.

25   Q    Did you do anything to prepare for the visits?



1    A    Cleaned up our classrooms, made them

2    presentable.  I mean, they were presentable, but made

3    them more presentable; did walk-throughs ourselves,

4    walked through with the system personnel and took a

5    look at the classrooms.

6    Q    What were you looking at the classrooms for?

7    A    Ensuring that they were safe and suitable for

8    our students.

9    Q    How long before the United States site visit

10   did you do those walk-throughs?

11   A    A week before maybe.  I can't remember exactly

12   how many days.

13   Q    Did you have any conversations with anyone on

14   your staff about the visits in advance of their

15   occurrence?

16   A    Yes, I told my staff that they will have

17   visitors coming into the room and that, not to worry

18   about, you know, be concerned about anything, that they

19   wouldn't be asked any questions and to just do what

20   they normally do.

21   Q    Were there any modifications made to any class

22   schedules or student schedules in advance of the visit?

23   A    No.

24   Q    Did you or anyone on your staff have any

25   conversations with students or their families about the



PATRICIA J. WOLF                                        October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              272

1    visits in advance of their occurrence?

2         A    No.

3         Q    Were any students invited to stay home on the

4    date that the United States site visits occurred?

5         A    No.

6         Q    Were any students requested to stay home on

7    the date the United States site visits occurred?

8         A    Not that I know of.

9         Q    Did you or anyone on your staff have any

10   conversations with anyone representing the State about

11   site visits before they occurred?

12        A    Can you repeat the question?

13        Q    Can you or anyone on your staff have any

14   conversations with anyone representing the State about

15   site visits before they occurred?

16        A    Not that I know of.

17        Q    Did you or anyone on your staff have any

18   conversations with anyone from the Georgia Department

19   of Education about the site visits before they

20   occurred?

21        A    No.

22        Q    Did you have any such conversations after the

23   site visits were complete?

24        A    No.

25        Q    In what ways do you think access to



 1  therapeutic services for students served in GNETS could

 2  be improved?

 3          MR. NGUYEN:  Object to the form.

 4          You may answer the question.

 5          THE WITNESS:  I'm thinking.

 6          MR. NGUYEN:  Okay.

 7      A    Again, I do feel strongly that our students in

 8  this model, in our satellite model for GNETS of Oconee

 9  are not being served in the way that really will help

10  them with their intense therapeutic needs, the trauma

11  that they have gone through.  So I don't feel that

12  serving them under this model is the best thing for

13  them.

14  BY MS. GARDNER:

15      Q    What change would you recommend in light of

16  that, if any?

17      A    I feel like a best case scenario for our GNETS

18  program is to go back to a center-based model that can

19  support each of those students and have all the

20  supports that they need on site in place for them each

21  and every day.

22      Q    Have GNETS of Oconee students gone on any

23  field trips this school year or last?

24      A    Yes.

25      Q    How many?



1    A    There has been two that I know of.

2    Q    Were those for a particular GNETS of Oconee

3  site?

4    A    Yes, the Wilkinson County this year attended

5  the Literacy Walk which the whole, all the school

6  systems participate in.  So our students got to

7  participate with those students.

8         Last year, it was either last year or the year

9  before that, our students were able to go to the

10  Aquarium in Atlanta with Putnam County.  That's all I

11  can think of off the top of my head.  But I know that

12  they have gone on different field trips.

13         MS. GARDNER:  Can we just take a quick

14     two-minute break?

15         MR. NGUYEN:  Sure.

16         THE VIDEOGRAPHER:  We are off the record at

17     5:51 p.m.

18         (Recess.)

19         THE VIDEOGRAPHER:  We are back on the record

20     at 5:58.

21         MS. GARDNER:  I have just a couple of cleanup

22     questions.

23  BY MS. GARDNER:

24    Q    I wanted to ask you a funding question.  Is

25  the amount of money GNETS of Oconee has allocated for a



1  given staff position for an upcoming year tied in any

2  way to how much you are spending on that staff position

3  in the current year?

4      A    Can you repeat that question?

5      Q    I am trying to understand, for example, if you

6  had a counselor who this year you are paying $65,000 a

7  year, are you in any way limited from spending more

8  than that next year on that position because that is

9  the amount that's being spent in the present year?

10     A    So the State teachers salary pay scale is

11 going to have SEP increases that will impact our

12 budgets in terms of those kind of things.  I don't know

13 if that answers your question.  But yes, it will impact

14 in terms of it's going to be a higher amount needed to

15 support paying for that position and however many other

16 SEP increases there are.

17     Q    So to your knowledge, though, is there any

18 sort of ceiling that you come up against in future

19 years because of the amount that you decided to spend

20 on a particular position in a current school year?

21     A    None that I'm aware of.

22     Q    Who is Robena LaPointe?

23     A    Robena LaPointe, she's the professional

24 counselor, the LPC, she is working towards our LPC, she

25 hasn't gotten her degree yet.  She has a master's in



 1  psychology but hasn't gotten her certification yet as a
 2  professional counselor.  She still has to take the
 3  exam.
 4      Q    She is the counselor whom you have been
 5  referring to during this deposition as eligible for
 6  licensure?
 7      A    Yes.
 8      Q    How long has she been on staff at GNETS of
 9  Oconee?
10      A    She has been with us, I think she's in her
11  fourth or fifth year.
12      Q    Was she eligible for licensure when she joined
13  GNETS of Oconee?
14      A    She was.
15      Q    You mentioned earlier that GNETS of Oconee
16  collaborates with some private providers.  Do you
17  recall that?
18      A    Yes.
19      Q    Do those private providers typically have
20  preexisting relationships with GNETS of Oconee students
21  or does GNETS of Oconee facilitate students' connection
22  to those private providers?
23      A    We facilitate connection to those providers.
24      Q    How many students approximately last year did
25  GNETS of Oconee connect to private providers?



PATRICIA J. WOLF                                    October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              277

1        A     It's not only just private, it's public

2    providers like River Edge Behavioral Health, Oconee

3    Center, Pure Heart Behavioral, Benchmark, so some of

4    them are already in those services.  And then some are

5    referred for services.  So off the top of my head, you

6    are asking how many I referred or we would have

7    referred?

8        Q     Yes, for the private providers last school

9    year, how many students, approximation?

10       A     Approximately maybe ten.

11            MS. GARDNER:  I don't think I have any other

12       questions for you.  Thank you so much for your time

13       today.

14            THE WITNESS:  Thank you.

15            MR. NGUYEN:  Danielle, are you ready?

16            MS. HERNANDEZ:  I am, yes, thank you.

17                      EXAMINATION

18   BY MS. HERNANDEZ:

19       Q     Hi, Ms. Wolf.  Thank you so much for being

20   here today.  My name is Danielle Hernandez.  I

21   represent the State of Georgia.  We cross-noticed this

22   deposition, so I have a few questions for you.

23            I know you spoke earlier about IEP teams and

24   who makes up an IEP team.  Is there anyone from the

25   State who is a member of an IEP team for a student at



1    Oconee GNETS?

2        A    No.

3        Q    Now I just want to talk about evaluations.  As

4    your role of director of GNETS of Oconee, do you ever

5    receive any kind of evaluation, and if so, by who?

6        A    I do, I receive an evaluation by my supervisor

7    at Oconee RESA, the executive director, and they do the

8    leadership keys evaluation.

9        Q    What does that evaluation entail?

10       A    So there are ten standards that leaders are

11   evaluated on, fiscal performance, collaboration,

12   professional learning, staff supervision,

13   organizational operation, things like that.  I can't

14   name all the standards but there are several different

15   standards that we're evaluated on through that process.

16       Q    Thank you.  Does your staff receive any

17   evaluations?

18       A    Yes, they do.  The teachers receive the

19   teacher keys evaluations, observations throughout the

20   year, formative assessments, summative assessments,

21   conferencing, those kind of things.  The

22   paraprofessionals also receive evaluation.

23       Q    Who performs those evaluations of your staff?

24       A    So I perform evaluations, the summative

25   performances on all of my staff, but Ms. Brundage, our



1  treatment coordinator, will assist in operations and

2  giving feedback.  But I'm the one that's responsible

3  for the evaluations.

4      Q    Who is in charge of the hiring and firing

5  decisions of the staff and personnel at Oconee GNETS?

6      A    Primarily, in terms -- I will make

7  recommendations to the Oconee RESA on personnel that I

8  recommend for hire.  And typically, they will hire

9  based on my recommendation.  If there's an issue of

10  termination, that also goes before the RESA Board of

11  Control.

12      Q    You had mentioned earlier, I just want to

13  clarify, are all staff members of Oconee GNETS, are

14  they all paid through the State grant or are they

15  funded, is their payroll funded through another

16  mechanism?

17      A    There are a few staff members that are paid

18  under the Federal allocations, the 6B funds.

19          (Discussion off the record.)

20          MR. NGUYEN:  Danielle, can you speak up a

21      little bit?  You were kind of breaking up.  It was

22      kind of a bad connection at the moment.

23          MS. HERNANDEZ:  Yes.

24  BY MS. HERNANDEZ:

25      Q    I was asking, does the GNETS program receive



1  in-kind services from the LEAs?

2      A    We do receive in-kind services in terms of

3  transportation, licenses for intervention programs,

4  reading and math interventions, those kind of things.

5      Q    My last question for you:  Who does the Oconee

6  GNETS program reach out to when they have, for example,

7  maintenance requests and tech requests?

8      A    The local school system.

9          MS. HERNANDEZ:  Perfect.  Those are all my

10      questions.  Thank you so much.

11          THE WITNESS:  Thank you.

12          MR. NGUYEN:  Followup?

13          MS. GARDNER:  No.

14          THE VIDEOGRAPHER:  Nothing else for the

15      record?  That concludes the deposition of Patricia

16      Wolf.  We are off the record at 6:07 p.m.

17          (Off the video record:)

18          THE COURT REPORTER:  Ms. Hernandez, do you

19      require a copy of the transcript?

20          MS. HERNANDEZ:  Yes, please, electronic and

21      mini.

22          (Deposition concluded at 6:07 p.m.)

23

24

25



PATRICIA J. WOLF                                          October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                    281

1                        D I S C L O S U R E

2       I, Maxyne Bursky, CCR, do hereby disclose pursuant
     to Article 10.B. of the Rules and Regulations of the
3    Board of Court Reporting of the Judicial Council of
     Georgia that I am a Georgia CCR here as a
4    representative of Appalachian Court Reporting (ACR),
     who was requested to take this deposition by Esquire
5    Deposition Solutions (EDS), who was contacted by the
     party taking the deposition to provide court reporting
6    services for this deposition; neither I, nor ACR, nor
     EDS will be taking this deposition under any contract
7    prohibited by O.C.G.A. Section 15-14-37(a) and (b), and
     are not disqualified for a relationship of interest
8    under O.C.G.A. 9-11-28(c).
         Neither I, nor ACR, nor EDS have any contract to
9    provide reporting services with any party to the case,
     any counsel in the case, or any reporter or reporting
10   agency from whom a referral might have been made to
     cover this deposition.  The firm will charge its usual
11   and customary rates to all parties in the case, and a
     financial discount will not be given to any party to
12   this litigation.

13

14   _____          _____
     Firm Representative                              Date

15   _____          10/11/22
     Appalachian Court Reporting                      Date

16

17

18

19

20

21

22

23

24

25



1                    CERTIFICATE OF COURT REPORTER

2

3    STATE OF GEORGIA        )

4    COUNTY OF HENRY         )

5

6         I hereby certify that the foregoing deposition

7    was reported as stated in the caption, by the method of

8    stenography, and the questions and answers thereto were

9    reduced to typewriting by me; that the foregoing pages

10   represent a true, correct, and complete transcript of

11   the evidence given on October 6, 2022, by the witness,

12   PATRICIA JOANN WOLF, who was first duly sworn by me.

13        This the 11th day of October, 2022.

14

15

16   _____

17   Maxyne Bursky CCR
     Certified Court Reporter
18   Certificate # 2547

19

20

21

22

23

24

25



```
 1   Caption: UNITED STATES OF AMERICA V. STATE OF GEORGIA
     Deposition of: PATRICIA JOANN WOLF
 2   Date: OCTOBER 6, 2022

 3        I, the undersigned, do hereby certify that I
     have read the foregoing transcript of my deposition and
 4   that:

 5        _____ There are no changes noted.

 6        _____ The following changes are noted:

 7
     Page:      Line:      Reads as:        Should read:
 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```



PATRICIA J. WOLF                                      October 06, 2022
UNITED STATES vs STATE OF GEORGIA                              284

```
 1   Page:      Line:      Reads as:        Should read:
     _____
 2   _____
 3   _____
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
                    _____
20                  PATRICIA JOANN WOLF

21                  _____
                    Date
22
     SUBSCRIBED AND SWORN To before me
23   this _____ day of _____, 2022.

24
     _____
25   NOTARY PUBLIC
```



---

Exhibits

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT463
   13:1,12,
   17

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT464
   19:9,10,
   15

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT465
   52:25
   53:1,6

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT466
   56:15,16,
   21

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT467
   69:4,5,10

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT468
   71:22,23
   72:3

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT469
   100:7,8,
   13

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT470
   104:23,24
   105:4

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT471
   109:14,
   15,20

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT474
   126:21,22
   127:2

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT475
   129:16,
   17,22

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT476
   132:21,22
   133:2

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT477
   138:18,
   19,24

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT478
   141:1,2,7
   145:15

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT479
   144:14,
   15,20

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT481
   166:22,23
   167:3

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT482
   170:20,21
   171:1

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT483
   172:23,24
   173:4

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT484
   175:24,25
   176:5

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT485
   182:10,
   11,16

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT486
   187:8,9,
   14

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT487
   190:3,4,9

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT488
   191:9,10,
   15

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT489
   192:13,
   14,19

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT490
   194:10,
   11,16

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT491
   197:11,
   12,17

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT492
   199:10,
   11,16

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT493
   201:16,
   17,22

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT494
   203:14,
   15,19

8613240 Patricia.J.
 Wolf PLAINTIFF.
EXHIBIT495
   204:16,
   17,21



8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT496
  207:3,4,8

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT497
  213:16, 17,21

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT498
  215:22,23 216:2

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT499
  218:22,23 219:3

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT500
  222:24,25 223:4

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT501
  225:23,24 226:4 229:3

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT502
  227:16, 17,22

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT503
  241:3,4,9

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT504
  248:7,8, 13

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT505
  253:16,17

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT506
  257:24,25 258:4

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT507
  262:20, 21,25

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT508
  267:24,25 268:5

8613240 Patricia.J. Wolf PLAINTIFF. EXHIBIT509
  269:11, 12,17

——————————

$

$65,000
  275:6

——————————

0

0
  239:18

00403823
  241:16

——————————

1

1
  89:19
  90:3,7, 12,22
  92:2,3,5
  123:20
  196:5
  216:13
  239:18
  248:14

1-24
  207:13

10
  246:24

100
  135:15

10:34
  61:6

10:43
  61:9

10:45
  211:1

11
  50:1,2
  110:22
  164:2,4, 19 165:3, 5 199:22
  217:21

116-CV-03088-ELR
  8:9

11:30
  164:5,20

12
  23:23
  100:15
  253:22

12-14-18
  167:8

12-8-2017
  258:7

12:15
  121:6

12th
  160:3

13
  104:7
  115:2
  141:10

14
  129:23
  167:5,24

168:2
  219:4
  223:7
  227:24
  263:5,13

15
  97:1
  105:24
  163:16
  166:10
  220:21
  221:1

15th
  221:4

16
  197:18
  204:22

16th
  221:16

17
  207:10
  217:21

18
  213:24

180
  99:5

19
  258:6
  268:6

1990
  20:21

1992
  21:12
  35:1

1993
  35:2 37:3

1995
  37:3 58:6

1996
  21:18
  39:4



PATRICIA J. WOLF
UNITED STATES vs STATE OF GEORGIA

October 06, 2022
Index: 1998..3rd

**1998**
  16:8 20:3
  39:4

**1999**
  20:2

**1:21**
  122:2,4

---

**2**

**2**
  22:2
  89:21,24
  92:2,4,
  13,14,20
  208:17
  216:6
  239:18
  243:12

**20**
  91:20
  132:6
  150:14
  166:11
  201:23
  202:1,2,4

**2001**
  46:12

**2002**
  29:24

**2007**
  163:17

**2008**
  21:4

**2009**
  41:17

**2010**
  249:19

**2014**
  248:23

**2015**
  241:12
  242:3

**2016**
  41:17
  51:16
  54:13
  213:24
  216:6,13
  248:14
  269:18,
  22,23

**2017**
  133:5
  135:5
  137:20
  139:2
  187:16
  190:13
  191:16
  192:22
  193:2
  194:17
  195:22
  196:5
  197:18
  199:22
  207:10
  208:9
  214:17
  220:16,22
  221:1,8,
  12,13,18,
  22 258:6
  268:6,20

**2017-2018**
  219:6

**2018**
  44:7
  53:7,21
  54:1
  127:4
  129:23
  141:10
  144:23

  167:5,24
  168:2
  196:4
  198:9,16,
  18 199:6
  201:23
  202:1,2,4
  203:21
  204:22
  205:18
  219:4
  223:7
  263:5,13

**2018-2019**
  194:7
  222:21
  223:12,
  18,21

**2019**
  56:22
  57:8
  100:15
  126:4
  132:6
  253:22
  254:11

**2019-20**
  160:5

**2019-2020**
  126:5

**2020**
  226:5,10
  227:13

**2021**
  110:20
  227:24

**2021-22**
  66:9 68:8
  80:15
  156:22
  159:25
  161:7
  252:13

**2022**
  8:3 71:17
  105:6
  270:17

**2022-23**
  66:11
  67:1
  68:11
  156:25
  237:25

**21**
  159:7
  203:21
  257:2

**22**
  105:13
  118:21
  159:7

**23**
  139:1
  269:23

**24**
  16:21
  17:3
  144:23
  167:18
  168:13
  192:21
  193:2
  266:17

**25**
  140:8,9

**25-2017**
  207:13

**250,000**
  238:4,5

**26**
  187:16

**27**
  23:2

**28**
  66:10

**29**
  133:4

---

**3**

---

**3**
  62:17
  63:9
  89:21,24
  91:5,9,
  12,21
  92:2,4,
  13,17,20
  96:2
  111:2
  123:20
  198:6
  209:20
  239:18
  242:9

**30**
  12:8
  99:21
  127:4
  152:4
  226:5,10
  269:22

**300**
  233:16

**31**
  241:12

**350**
  31:20

**365**
  202:21

**3:02**
  184:24

**3:13**
  185:2

**3rd**
  221:16



PATRICIA J. WOLF
UNITED STATES vs STATE OF GEORGIA

October 06, 2022
Index: 4..70

15,20

---
**4**
---

**4**
  53:21
  54:1
  105:15
  111:2
  119:23,24
  190:13
  191:16
  241:15
  243:11

**45**
  200:8
  259:1
  260:2

**463**
  13:1,12,
  17

**464**
  19:9,10,
  15

**465**
  52:25
  53:1,6

**466**
  56:15,16,
  21

**467**
  69:4,5,10

**468**
  71:22,23
  72:3

**469**
  100:7,8,
  13

**470**
  104:23,24
  105:4

**471**
  109:14,

**472**
  118:23,24

**473**
  122:8,12

**474**
  126:21,22
  127:2

**475**
  129:16,
  17,22

**476**
  132:21,22
  133:2

**477**
  138:18,
  19,24

**478**
  141:1,2,7
  145:15

**479**
  144:14,
  15,20

**480**
  158:13,14

**481**
  166:22,23
  167:3

**482**
  170:20,21
  171:1

**483**
  172:23,24
  173:4

**484**
  175:24,25
  176:5

**485**
  182:10,
  11,16

**486**
  187:8,9,
  14

**487**
  190:3,4,9

**488**
  191:9,10,
  15

**489**
  192:13,
  14,19

**490**
  194:10,
  11,16

**491**
  197:11,
  12,17

**492**
  199:10,
  11,16

**493**
  201:16,
  17,22

**494**
  203:14,
  15,19

**495**
  204:16,
  17,21

**496**
  207:3,4,8

**497**
  213:16,
  17,21

**498**
  215:22,23
  216:2

**499**
  218:22,23
  219:3

**4:41**
  237:18

**4:50**
  237:21

---
**5**
---

**5**
  39:9,10,
  12 53:7
  119:23,24
  158:21

**50**
  32:8,11

**500**
  222:24,25
  223:4

**501**
  225:23,24
  226:4
  229:3

**502**
  227:16,
  17,22

**503**
  241:3,4,9

**504**
  248:7,8,
  13

**505**
  253:16,17

**506**
  257:24,25
  258:4

**507**
  262:20,
  21,25

**508**
  267:24,25
  268:5

**509**
  269:11,
  12,17

**59**
  230:24

**5:51**
  274:17

**5:58**
  274:20

---
**6**
---

**6**
  8:3
  119:23,25
  195:21
  245:11
  247:2

**61**
  230:23

**6:07**
  280:16,22

**6B**
  140:5
  279:18

---
**7**
---

**7**
  194:17
  196:5
  245:12
  269:18

**7-9-19**
  122:17

**70**
  99:22
  125:3
  259:9,16,
  19



**70s**
  33:4

**73**
  168:3,14

**7th**
  106:6
  194:19
  197:21
  220:19
  221:4

_____

**8**
_____

**8**
  56:22
  57:8

**8-10-21**
  109:21

**80**
  23:20
  37:25
  82:7,9,10
  92:7,10
  108:25
  260:1,6

**85**
  68:9

**866**
  105:7

**8:32**
  193:2

_____

**9**
_____

**9**
  110:20

**9-22-21**
  71:15

**90**
  68:19
  96:20

**259**:2,5

**90-minute**
  96:21

**9419**
  100:18

**97**
  168:5,15

**98**
  165:20

**9:21**
  8:2

**9:30**
  196:5

_____

**A**
_____

**a.m.**
  8:2 61:6,
  9 193:2
  196:5

**ability**
  82:17,22
  83:3
  252:22
  253:7

**absences**
  165:22

**absolutely**
  82:25
  244:12

**academic**
  16:19
  34:3,5,9,
  10 96:3
  106:14,21
  108:16
  206:20
  238:13,24
  251:6

**academics**
  24:2,9

**Academy**
  49:12
  50:4 93:7
  111:1,20,
  22 116:14
  124:2,17
  125:1
  159:25
  216:14,20
  229:25
  230:3
  249:5
  269:24
  270:4

**accepted**
  255:6

**access**
  62:22
  96:13
  97:12
  99:9,10
  131:10
  163:2,9,
  13 202:20
  243:15
  252:9,19
  257:17
  272:25

**accessed**
  252:12

**accessing**
  211:2
  254:23

**accommodate**
  123:23
  124:5

**accomplish**
  259:1

**accomplishm
ents**
  27:10,15,
  19

**account**

**165**:2

**accountabil
ity**
  46:22
  246:25
  249:11
  258:24

**accountable**
  130:23

**accuracy**
  241:22

**accurate**
  118:1
  127:9
  128:5,20,
  24
  173:17,18
  234:13
  257:10

**accurately**
  139:16

**acquainted**
  16:6,9

**acronym**
  115:12
  218:19

**acronyms**
  17:19

**Act**
  269:23

**acting**
  233:25

**action**
  13:19
  165:2
  245:12,19
  267:15

**actively**
  59:7
  81:3,8

**activities**

**159**:21
  263:25
  264:6

**actual**
  20:8
  40:21
  65:2
  123:15
  138:12
  151:5
  210:24

**ADA**
  58:8

**add**
  11:11

**added**
  157:12

**addition**
  25:6 96:5

**additional**
  11:9 87:2
  125:13,17
  134:24
  135:17
  137:12
  139:9
  142:10
  181:19
  232:24
  241:23

**address**
  196:7

**addressed**
  232:5

**addresses**
  248:24
  249:7

**adequacy**
  244:3

**adjudicated**
  35:7,8



adjustment
218:1

admin
102:1

administer
217:24
218:3
221:5,19

administeri
ng
224:6,8,
18,21,23

administrat
ion
231:23

administrat
ive
101:18

administrat
or
221:14

administrat
ors
231:25

admitted
185:22

adolescent
36:2

adolescents
28:16

adulthood
42:8

advance
64:7
271:14,22
272:1

Advantages
234:23

advertise
120:9

advisory
66:3,4,5

Advocacy
127:22

affairs
59:11

affect
166:1

affects
29:11

affiliated
32:25
37:13
42:20
44:8,25
84:23
86:17

affirmative
ly
34:20
73:23
77:2 84:1
85:16
91:2
94:12,25
141:18

afternoon
11:8
57:19
122:1
125:7

age
38:21
215:4,12

agencies
83:13,16
86:25
88:24
243:24
246:19

agency
17:9

18:7,10
83:22
142:17,22
143:16
147:17
148:3

agenda
196:4
207:11,
13,17
208:13
210:24,25
268:13

agendas
206:7

agent
27:11
61:13,15,
18 242:15

agents
16:23,24
61:12

aggressive
26:19
49:3
124:8,11
177:8
216:24

agree
10:11

agreed
11:23

agreement
85:8
246:2,3,
6,9,14,18

agreements
245:13,
20,22,24,
25

ahead
205:7

aid
28:11,13,
14,23
29:3

Alan
269:21

alarm
58:7

alert
177:10

Alexander
48:18,25
49:6,20
216:14,20
217:1,13

aligned
106:25
107:3
188:13
189:5,16
190:24

alignments
107:5

aligns
149:15

allocated
274:25

allocation
65:13

allocations
279:18

allowable
140:6

allowed
143:25

alongside
19:5
151:5

alternate
181:18

234:5

alternating
125:5

alternative
59:14
113:16
114:24
119:5
229:19

Amber
138:25
139:1,7,
18,19
140:12

ambulance
237:6,7,9

amendment
156:9

America
8:6

amount
63:22
65:7 80:7
151:17
238:1
274:25
275:9,14,
19

amounts
65:2

analyzed
106:20

and/or
27:10,15
172:11

announce
8:13

annually
156:9,10
247:3

answering



10:16
11:2
107:10

answers
10:11
275:13

anxiety
46:1
74:19

anymore
47:20
128:16
166:6

AP
262:13,16

APEX
251:25
252:2,3,
9,13,19,
21,23
253:2,4,
8,11
254:4,8,
12,18,23
255:3,7

appearing
70:21

appears
101:11
130:7
214:5

application
64:10
213:2

applied
267:4

applies
83:7
110:16

apply
81:20
119:9

120:10
164:18

applying
82:15

appointed
46:14,16

approach
267:12

appropriate
ly
82:12
177:11

approval
61:25
113:4
120:15
139:9
255:8

approve
60:2

approved
60:11
65:1
113:5
118:20
120:23
145:10
255:6

approximate
252:14

approximate
ly
12:8
23:1,2,20
34:1,15
35:14,17
37:24,25
48:21
50:20
51:10,15
64:20
66:10
68:7,9,

10,19
73:6
76:22
77:22
80:18
91:20
94:14
95:6,10
152:4
153:22
161:15
252:15
254:15,
19,25
276:24
277:10

approximati
on
277:9

April
56:22
57:8
64:4,22
127:4

Aquarium
274:10

area
17:8
44:19
48:17
59:3
62:21
113:22
152:16
200:7
217:5,7
252:6
257:7,9

areas
16:23
17:6
114:23
153:5
208:25

238:21
260:19

arise
90:24

arrange
46:19,25
253:6

arrive
151:10

arrives
217:16

artifacts
225:7,8,
10,13,16
240:8,21

arts
257:5

Asheville
37:4

asks
175:8

aspect
172:21

aspects
126:17

ASPIRE
72:20,25
73:4,9,
11,15
74:3,11,
14

assessed
39:22

assessing
131:18
177:18
239:10

assessment
35:20,23,
25  40:2,

16,17
42:16
43:21
149:17,
23,24
155:21
171:21
172:12
174:17,
19,23
179:14
181:25
209:19,21
210:10,16
225:11
238:19,
22,25
239:3,4,
5,9,25
240:1,2
257:15

assessments
34:11
38:2,6,7
40:5,7,14
41:25
43:22
44:1
217:17,25
220:3
222:6
239:7
251:11
257:19
278:20

assigned
17:1,13
150:6
252:6
255:18
261:1,4

assignments
149:17
256:18



assist
  24:22
  28:19
  77:18
  172:1
  279:1

assistance
  183:2

assistant
  45:11
  101:18
  102:1
  146:17

assisting
  33:19
  149:18
  181:24

assists
  68:2

associates
  25:12
  96:23
  97:7
  259:10,13
  260:14

assume
  54:25
  88:19
  168:25
  212:10

assuming
  54:15
  153:5
  211:6
  270:14

assurance
  256:21

Athens
  33:4

Atlanta
  274:10

attach
  194:25
  222:4
  242:6

attached
  54:4
  100:24
  109:7
  148:8
  188:12
  196:3
  210:24
  219:24
  241:21
  248:22
  249:6
  250:7

attaches
  190:14
  194:19

attachment
  100:16
  129:25
  130:6,17
  133:6,12,
  20 144:25
  149:10
  167:6
  207:11
  219:5
  241:13
  242:9,10
  248:15
  263:4,11,
  12

attachments
  187:18
  191:19
  197:22
  201:25
  258:7

attend
  24:17,24
  32:8

60:19
  72:21
  196:20,25
  197:4
  211:8

attendance
  162:17,19
  163:6,7,
  24
  164:18,21
  165:20,23
  166:1

attended
  31:19
  32:9
  113:20
  274:4

attends
  65:23

attention
  105:15
  122:23

attorney
  11:1
  202:11
  203:10
  270:10,13

attorneys
  204:11,13
  270:14,15

attribute
  231:2

August
  110:20
  149:4,8
  216:6,13
  220:16,
  19,24
  221:4,8

Austin
  8:10

authority

17:10
  81:10

autism
  239:5

automatic
  255:4,8

availabilit
y
  50:25

average
  155:11
  165:16

avoid
  10:14

aware
  14:14
  47:19
  59:16
  152:20
  166:3
  265:8,10,
  11 275:21

─────────

          B

─────────

bachelor's
  20:16,17
  113:13
  119:24

back
  25:16
  29:23
  48:13
  52:15
  57:19
  61:8
  81:25
  83:24
  106:7
  111:19
  120:12
  122:3,6
  143:25

147:13
  153:16,18
  154:12
  155:8
  156:6,14,
  15,21
  157:1
  166:10
  167:19
  168:8,10
  169:23
  178:3
  181:16
  185:1
  199:1
  205:9
  228:20
  237:20
  247:24
  253:3
  273:18
  274:19

background
  114:4,9,
  10,12
  120:17

backgrounds
  46:3

bad
  279:22

Baker
  29:24

Baldwin
  39:5
  41:7,15
  42:6,11
  44:12,20
  48:6
  50:4,6
  52:19
  57:20
  88:1 93:8
  94:7,11,
  18 95:12,



15 128:8
160:13
229:19,
20,24
230:2,9,
12,14,16

**Baldwin's**
44:17

**ballpark**
79:24
238:2,3
254:15

**banging**
236:25

**barn**
152:6

**BASC**
209:21,22
218:4,8

**BASC-3**
209:19
221:19
222:2
224:21,24

**BASC-3/FLEX**
209:1,18

**base**
51:10

**based**
16:22
17:4
18:17
43:10
77:6
81:18
93:9
126:13
170:16
200:5
244:2
279:9

**basically**

28:18
51:21
87:4
90:20
131:23
177:5
210:3
231:24
238:11

**basis**
25:23,24
27:17
34:2
76:16
89:19
122:21
124:23,24
135:20
147:11
150:6
162:17
206:10

**basketball**
264:8

**Bates**
53:9
56:24
100:19
127:6
130:2
133:9
139:3
145:2
167:8
187:21
190:17
191:23
192:23
194:20
197:23
199:22
202:4
203:22
204:25
207:13

213:25
216:7
219:7
223:8
226:6
241:16
248:17
253:23
258:8
263:5
268:7
269:18

**BCBA**
94:10

**BCBAS**
94:5

**bearing**
155:25

**began**
198:18

**begin**
154:5,6
193:22
222:16

**beginning**
70:12
77:3
111:23,24
157:13
193:23
194:4,6,
20 198:10
209:5

**begins**
8:4
141:16
154:11,25
155:6
220:19

**behalf**
8:20,22
83:23
247:18

**behaving**
82:11

**behavior**
16:16
26:6 28:4
33:22
39:5 40:1
41:7
63:13
77:18
82:6
102:11
129:3,8
138:4
144:9
164:11,25
165:9
170:5
172:11,12
173:21,25
174:3,8,
17,18,19,
23 178:4
179:14,15
180:23
181:25
189:7
209:19,24
210:7,11,
16,17
226:20
229:7
239:3,4
255:25

**behavioral**
18:20,24
19:3
23:21
38:4
41:19,23
42:5 43:7
75:7
77:6,9
87:15
92:6,22
94:8

127:12
128:1,23
130:14
132:11
170:7
177:25
210:10
211:13,20
217:24
221:24
238:13
243:14
246:20
277:2,3

**behaviorally**
217:18

**behaviors**
79:8
81:22
82:13
123:22,24
124:6
164:15
170:17
174:2
177:6,8,9
209:24
210:5
232:2

**Benchmark**
94:1,5,
10,14,17
95:2,11
246:20
267:8,16
277:3

**beneath**
108:20
198:9
242:13

**beneficial**
212:9,15

**benefit**



176:21
201:10
211:15
232:7
243:20

**bigger**
163:7

**birth**
158:25

**bit**
34:16
68:21
92:2
110:12
111:11
126:16,18
139:13
140:18
150:1,3
169:21,23
189:19
204:4
209:15
237:23
245:10
279:21

**biweekly**
107:23

**blind**
49:11,15

**board**
27:11,16,
18 42:21
51:19,24,
25 52:1,
6,7,17
55:8,9,
12,15
61:25
62:1,2
63:20
65:22
66:3,4,5,
6 71:6

81:21
82:16
84:24
109:21,22
110:4,6
113:3
120:15,23
122:16,
17,21
137:11
145:18
210:23
235:21
279:10

**book**
30:11

**bottom**
27:25
71:7
80:25
98:12
112:7
115:16
117:1
122:23
123:3
130:16
140:15
195:21
200:1
216:11
269:20

**Braddock**
186:9
187:15
188:1,10,
19 190:11
199:17,20
200:2

**brain**
29:6,9,
10,11,13,
19,22

**break**

10:25
11:4
56:9,11
61:4
121:3
169:19
184:22
237:15
274:14

**breakdown**
99:15
104:13
150:11

**breaking**
56:8
279:21

**breaks**
70:1

**brevity**
17:19

**bring**
61:25
62:1

**bringing**
230:15
233:13

**brochure**
72:7,19
74:24

**broke**
245:10

**broken**
69:23

**Brooke**
216:4,5

**brought**
152:15
244:6

**Brundage**
126:11
147:6

180:8
278:25

**Buckham**
37:15

**budget**
23:10
30:7,19
50:25
51:2
61:22,23,
24 62:5,
14 63:16,
19,23
64:14,23,
25 65:7
123:5
125:11,12
135:24
136:3
137:2,3
139:19,21
140:1
232:18,19
237:24

**budget-wise**
51:6

**budgets**
61:19
96:16
275:12

**building**
52:10
55:3 58:4
59:5,7,15
130:22
229:19,
20,22,24
232:8

**buildings**
255:14

**built**
58:6
107:5

**bullet**
23:18,25
27:8,24
123:3
233:21
234:24
259:24

**bullets**
201:2

**Bursky**
8:11

**bus**
150:10,
13,17,19,
21 151:3,
4,6,10
152:3,6,
7,16,19,
22 235:10
236:17

**buses**
151:18
152:7

**bussing**
152:6

———

C

———

**cafeteria**
52:9
231:10
233:16

**calendar**
219:7,13,
17,22,24
220:6,9,
12,15,16
221:3,9,
18,22
222:4,20
223:12,
17,20,23
224:1,4,



12

calendars
    221:13

call
    81:24
    164:16,19

called
    26:17
    40:24
    228:13
    237:12
    244:24
    267:13

calling
    165:10

calm
    236:23

camera
    265:20

cameras
    265:22

Campus
    162:25

candidate
    120:11,14
    148:8,14

candidate's
    148:16

candidates
    120:10,22

capacity
    22:11
    26:11
    35:20
    95:1

caption
    69:11
    122:16

captioned
    109:21

car
    150:13,14

care
    29:10
    153:10
    209:2
    210:20,23
    212:13
    243:16,
    21,23
    244:4,9,
    15 245:15
    246:3
    265:12

career
    32:15
    76:15
    155:9
    156:19
    206:22
    242:24

Carolina
    37:5,14

carried
    140:7
    238:15

carryover
    139:3,9
    140:4,5,
    8,10

case
    8:8 14:3
    87:24
    134:2
    137:16
    205:19
    235:11
    267:6
    273:17

case-by-
case
    124:23

caseload

36:4,5,6

cases
    74:18
    78:24,25
    87:1,6,8
    93:21
    94:16
    150:10
    151:11,19
    152:15
    154:16,17
    155:21
    163:4
    174:18
    231:11,20
    232:1

catchment
    16:22
    17:5,8
    48:17
    216:16
    217:5

category
    75:7 77:9
    78:12
    91:19
    250:17,18

Cedarwood
    249:5

ceiling
    275:18

center
    35:1,4,
    12,15
    36:4
    37:4,7,8,
    12,16,21,
    24 38:9,
    15,22
    39:1
    40:8,9,
    12,15
    43:1
    51:10

52:8,15
    55:19,20
    56:23
    57:22
    58:13,16
    83:19
    84:18,20,
    21 85:2,
    7,10
    87:13
    125:22
    138:1
    139:10
    151:21
    160:13
    196:6
    230:2,19
    231:8
    246:2,15
    252:5
    253:3,13
    277:3

center-
based
    51:9,14
    52:19,20
    54:23
    58:18
    59:21
    60:11
    137:19
    234:24
    253:9,11
    273:18

centers
    18:12
    35:5
    83:18

central
    65:25
    126:9
    152:16

centralized
    202:19

ceremonies
    161:19

certificate
    58:7
    118:19
    119:9,15

certificati
on
    22:3,7,9
    31:19
    113:19
    114:21,24
    118:16
    119:5,22
    257:10,
    15,20
    276:1

certified
    24:18
    28:4,7,10
    29:5
    30:21
    31:16,18,
    20 32:7
    101:9
    113:22
    114:6,10,
    14,16,19
    115:13,
    15,18,24
    119:7
    256:8

cetera
    124:13

chair
    88:17,19

challenges
    23:21
    38:4
    39:13
    170:8

challenging
    87:1
    182:23



change
    48:19,22
    273:15

changed
    48:9
    205:18
    210:19

chaotic
    231:11

characteris
tics
    75:6 77:8
    177:14
    200:22
    201:2,13

charge
    279:4

chart
    71:9,11,
    14 102:19
    103:14,18
    104:19
    111:1
    112:24
    125:21
    160:21
    167:23
    171:25
    172:20
    176:6,8
    185:7
    187:20
    190:16
    191:22
    202:3

charter
    44:8,11,
    16 45:1,
    17 46:7

check
    13:7
    120:18

check-ins

84:12

chief
    196:23

child
    36:1 77:5
    86:1
    164:19

child's
    154:18

children
    15:11
    19:3,5
    37:11
    42:7
    43:4,6,7,
    14,15
    81:2 87:2
    209:20
    239:4

Children's
    83:20
    87:17
    269:8

chomping
    204:3

choose
    120:11
    218:10

circumstanc
es
    74:17
    82:21
    84:11
    266:2

city
    17:12
    37:14
    196:6

civil
    13:19

clarify
    10:22

79:10
153:6
279:13

clarity
    193:17

class
    70:5,8,
    13,22,25
    71:6,12,
    16 77:13
    82:5
    90:19
    112:16
    124:10,19
    125:12,
    13,17
    154:1
    257:1,2,9
    271:21

classes
    98:8
    111:10
    134:18
    154:1
    157:12,16
    234:5
    257:3

classroom
    24:16
    26:4
    33:11,13,
    17,23
    50:7
    51:11
    82:23
    89:19
    90:5
    94:15
    95:12,18,
    22 97:20
    111:11,
    13,16
    112:13,
    16,18
    115:23

125:8
140:23
214:9
234:7,10
265:22

classrooms
    50:1,2,4,
    5 95:2,
    15,16
    134:17
    231:4
    233:9,12
    270:18
    271:1,5,6

Cleaned
    271:1

cleanup
    274:21

clear
    65:6
    86:15
    92:1,3
    166:13
    248:2

Cleveland
    22:22
    53:7,14,
    17,18
    54:10
    56:22
    57:4,8
    58:2
    59:24
    60:14,18,
    21
    100:15,24
    101:13
    127:4,10,
    20 129:23
    130:7,12
    141:8,9,
    20 142:3,
    11 143:18
    144:21,22

145:9,14,
20 146:18
147:14,24
148:4,13,
18 149:3,
10 167:4,
13,15
168:13,23
169:9
186:1
197:5,19
198:3
199:18,20
201:23
203:20,24
205:6,9
219:4,18
220:10,11
222:5,19
223:6,7,
11 225:3
226:5
227:3,4
240:25
258:5,11,
15,22
260:8
263:1,8

Cleveland's
    53:25
    54:3
    142:7
    168:7

clients
    43:19

climate
    24:1

climbing
    124:12

clinical
    21:15,17
    41:14
    89:8
    91:23



116:6
123:16
147:7

Clinicians
  116:1

close
  137:19
  138:2
  157:4

closed
  54:13,21
  55:20,25

closely
  47:5
  115:14

closing
  55:1,16

closure
  137:23

Clyde
  118:5,13
  119:2

coaches
  102:11

coaching
  24:4 27:2
  33:17,18

Cole
  216:4,5
  217:12

Coleman
  111:19,21
  118:5

collaborate
  85:17
  86:2
  243:12

collaborates
  85:14
  276:16

collaboration
  84:2,17
  85:1
  246:11
  278:11

collaborative
  131:14
  194:18
  195:2,4,
  8,13,14,
  18 196:4,
  16,25
  197:4,8,
  20 198:4
  227:24
  246:22

collaboratively
  83:12,17,
  25

colleague
  8:24

collect
  75:10,20,
  22,24
  76:18

collected
  16:3
  165:19

collection
  82:6
  145:21
  161:24
  240:20

collects
  75:16

college
  21:1
  65:25
  93:2
  119:16

column
  120:13
  242:23
  246:21

column
  125:23
  245:18
  250:10

columns
  158:24

comfortable
  90:19

comments
  242:5

commitment
  35:6,11

committee
  47:7,12,
  14,17,20,
  22
  185:14,
  17,23
  186:8,25
  187:2
  188:2
  206:2,5,
  9,13,17,
  19,20,24
  208:3,5,
  7,8,10

committees
  46:21
  206:16,
  19,21,23

committing
  28:17

commonly
  14:15

communicate
  27:9,14
  31:11
  63:2
  212:7,9,

22 213:6

communicated
  85:10

communicating
  260:3

communication
  31:10
  86:6
  180:22
  211:12,
  19,21,22
  212:2,4
  231:24

community
  28:15
  42:20
  59:11
  76:9
  83:12
  84:23
  86:25
  88:24
  227:25
  243:25
  244:18,24
  246:18

comparable
  151:11

compared
  150:20
  151:3

complete
  55:24
  170:9
  174:3
  183:3
  222:9
  253:1
  272:23

completed

134:11
  135:4
  178:10
  183:5
  240:25

completely
  9:24
  11:7,15
  44:18
  200:9

completeness
  179:16

completing
  134:8,9
  239:4
  256:17
  266:15,18

compliance
  239:10

compliant
  58:8 84:6

comply
  238:16
  239:1

component
  63:15
  177:23
  238:20

components
  238:13
  240:7

comprehensive
  75:2

computerized
  82:6

concepts
  27:7
  32:11



concern
    22:18
    217:9
    232:23
    266:4,5

concerned
    271:18

concerns
    149:20
    230:5
    232:1,5
    266:8

concluded
    280:22

concludes
    280:15

conclusion
    201:5

condensed
    27:6

conditions
    19:4

conduct
    38:6
    45:16
    211:5

conducted
    38:2 56:4

conducting
    221:23

conducts
    240:24

conferencing
    278:21

confidential
    171:3
    178:11,20
    183:23
    184:11,15

185:5
187:19
190:14
191:20
201:25

confidentiality
    159:1
    246:13

confirm
    40:22

confirmed
    215:14

conflict
    149:19

confusing
    239:9

connect
    276:25

connected
    47:11
    65:20
    73:8

connection
    14:7
    42:24
    85:7
    229:2
    239:24
    276:21,23
    279:22

consecutive
    82:9

consensus
    180:21

consent
    256:8

consequence
    261:13

consequences

261:11

consideration
    122:25
    139:15
    155:22
    170:9
    171:7,24
    172:6
    173:6,17
    175:14
    177:13
    181:12
    183:18
    184:2
    185:20
    187:17
    188:2,6,
    22 189:15
    190:11,23
    191:17
    192:2,22
    193:4,12,
    18 194:3,
    20 196:17
    197:21,23
    198:14
    199:4,21
    200:4,16
    201:24
    202:10
    203:8,21,
    25 204:7,
    23 205:7,
    10,16
    230:1

considerations
    125:11
    172:18
    183:22
    232:18,19

considered
    52:12,15
    58:12

113:4
179:22
180:1,12
183:21
184:7

consisted
    74:7
    138:3

consistent
    68:15,20
    71:3
    80:11
    135:20
    189:11
    234:3

consistently
    70:21
    242:21

consolidate
    259:13

construction
    230:1

consultants
    74:11

consultation
    77:17
    181:20
    182:18
    183:3,5,
    11,15
    185:8
    190:16
    191:21
    202:2

consultative
    77:21
    182:23

contact
    261:5

contacted
    237:2

contained
    237:5
    246:8,10

content
    113:22
    114:9,23
    251:20
    257:10,
    12,15,19,
    20

content-
certified
    256:25
    257:4,7,
    16

continually
    24:1,8

continue
    13:9
    47:21
    87:25
    126:18
    132:16

continued
    8:25
    135:24
    137:3

continues
    137:16

continuing
    236:24

continuity
    211:10,17
    269:9

continuum
    170:3

contract
    41:23
    67:19,20,
    22 78:20



79:1
86:12
94:6,7
115:11
147:15,16

contracted
67:3,6
78:22
102:9
123:4,8,
13 145:1

contracting
94:2

contractor
55:21

contractors
56:4,5

contractual
117:3

control
27:11,16
52:1 62:2
63:20
65:22
66:5 71:6
109:22
110:4,7
120:24
122:17
137:11
236:11
279:11

convene
170:10

conversatio
n
9:23 10:8
137:15
144:1
150:21,25
151:13
267:16

conversatio
ns
12:17
179:8
271:13,25
272:10,
14,18,22

Cooperative
37:4,7,8,
16,21,23
38:15,22
39:1
40:8,12,
15

coordinator
16:11
20:4,7
45:12
116:3
178:14
180:9
279:1

coordinator
/counselor
138:4

copied
53:25

coping
41:12
46:5

copy
167:4
192:1
195:25
216:5
263:2
280:19

copying
58:2

Cordy
57:7,10,
18 58:1
59:2,23

60:7

correct
13:17,22
17:6,15,
18 20:6,9
23:18,22,
24 26:7,
14 28:3
30:20
33:10
34:19
35:3,22
37:6
38:4,5
39:7,25
40:4
41:1,20
42:4
45:13,15,
19,22
46:9
47:13,16,
24 48:1
50:11
53:15,16,
19 55:4
57:4,6
64:23
67:25
69:25
70:24
71:13
72:6 74:4
79:17
80:14
84:19
86:19
99:24
100:23
101:2,7,
10,19,20
102:21,24
103:19,20
104:11
105:19,23
106:2,5

108:22
109:12
110:10,
11,18
112:21
115:5,20
116:15,22
117:5,23
120:25
125:9
127:18,
19,23,24
128:2,3,
22 132:15
133:19
134:4
135:16
137:14
138:1,6,
15 139:7
140:20
141:19
142:5,6,
14 143:21
145:17
148:5,11,
12
159:11,23
160:3,6
166:19
167:25
168:3
169:11
173:23
174:25
176:15,16
179:19,24
181:6
185:8,13
189:12
193:19
195:2
196:1
198:7,8
200:24
202:8,16
203:9,23

204:2,5,
6,14
205:3,5,
14,15
206:2,3
209:16,17
213:8
214:5,15,
23
215:12,17
216:12
217:15
219:11,19
220:16,
17,18
221:8,12,
21,22
222:6,7,
14 226:8
230:4
231:17
241:19
248:3,21
250:8,15,
19,24
251:16,
17,21
258:11,
15,20,21
260:7
261:21
263:12,
17,25
264:1
269:21
270:11,12

correctly
257:6

correspond
139:24

cost
30:3
132:13

costs
30:9



136:4

**counsel**
8:13
11:22
12:3,7,9,
12

**counseling**
36:15,19,
22 37:1
41:6,10
42:16,23
43:1,2,3,
4 45:16,
20 89:7
91:25
116:17
132:2,3
182:1
254:20
255:4

**counselor**
85:4
102:10
116:20
253:5
255:23,24
275:6,24
276:2,4

**counselors**
89:5
252:6
253:13
255:16,
20,22,23

**count**
70:5,6,
10,13,22,
23 71:1,
5,6,12,17
110:13,14
163:23
167:17,25
168:5,16
169:3

**counted**
164:5,20
165:4,7

**counties**
83:20
85:14
163:10
254:7

**counting**
153:4

**county**
17:12
37:13,15
42:7
48:17,18
50:17
51:3,12
52:19
57:20
69:24
78:5
83:22
86:20
94:7,9,
11,18,24
95:13,15
111:18
112:1,3,
5,6,8,13,
16,18,19,
22 114:1
128:14
151:6
152:1,3,
13,14,15
153:9
163:3,19
166:15
179:17
216:6,15,
19 217:4,
10,13
229:21
230:2,16
254:8

255:19
274:4,10

**couple**
32:1
87:24,25
94:22
118:6
119:17
186:4
227:13
234:17
245:1
249:18
274:21

**courses**
262:13,16

**court**
8:7,11,14
10:2,6,18
12:24
19:7
52:23
56:13
69:2
71:20
100:5
104:21
109:13
126:19
129:14
138:16
140:25
144:13
166:20
170:19
182:8
187:6
280:18

**cover**
227:23

**covered**
116:23
117:6
196:16

**covering**
45:25

**covers**
97:10

**COVID**
87:22
245:7

**CPS**
131:13

**create**
27:20
171:14
173:12
176:11
183:14
220:6

**created**
29:25
33:5 72:9
148:22
171:15
220:7,8

**creating**
183:2

**creative**
74:21

**creator**
33:2

**creators**
32:18

**credentials**
21:24
114:4

**criminal**
35:9

**criminology**
20:16,18

**crisis**
31:7,9,
10,12,17,
21,25

32:4,6,
14,16,18
41:18
42:11,13,
25 89:8
134:22,25
135:6,10,
12,19
144:11
155:23,24
232:9
233:14,
17,24
235:1,10,
16,25
236:2,5

**criteria**
81:3,14,
17,20
82:15
83:2,7
185:21
200:8,18,
21 201:12

**cross-
noticed**
277:21

**crosswalk**
236:17

**CSII**
244:24

**cumulative**
70:5,6,
10,16,22
110:13

**current**
19:20
21:19
58:7
66:11
67:1
68:11
70:13
156:25



167:16
175:17
179:13
223:24
263:12
264:5
275:3,20

curricular
127:12
128:1,4,8

curriculum
24:12,20
25:11
90:14,18
96:23
97:6,9
98:13,14,
24 106:25
107:4
108:6
251:6
259:10,13
260:13

cursing
231:10

custody
86:12

――――――――
D
――――――――

daily
149:15,17
150:6
162:17
165:23

dangerous
79:8
164:15
236:3
264:23,24
265:2

dangerousne
ss

44:1

Danielle
8:22 13:5
66:18,22
277:15,20
279:20

Dante
211:1

dashboard
268:7,11,
15,18,21,
22

data
25:22,24
26:5,6
34:10
75:10,16,
20,22,24
76:10,17
82:6
106:14,20
108:21
145:21
146:2,6,
12,15,19
147:2,5,8
151:5,9
161:24
162:13
165:19
166:11
167:6,16
179:14
205:20
226:23
245:18
247:4
258:6,23
259:14,22
260:9,12,
18 263:8

date
70:25
71:12,15,

16,18
146:9
192:11
205:23
229:6
272:4,7

dated
53:7,21
56:22
57:8
100:15
127:4
129:23
133:4
139:1
141:10
144:23
167:5
187:16
194:17
197:18
201:23
203:20
204:22
216:5
219:4
226:5
248:14
253:22
258:5
268:6
269:18

dates
158:25
208:23
219:13
222:5,8
224:11,23
225:2
229:8

day
33:18
42:14,15
45:5
70:12,14

79:3 80:7
82:24
94:21,22
95:6,7,9
97:1 98:3
123:21,22
124:5,14,
17,20,24,
25 125:2,
4,10,15,
19 126:15
135:8
161:3
163:24
165:7,10,
17 176:25
207:23
210:25
226:12
233:22,23
273:21

days
80:7
115:18,
19,22
126:3,14
271:12

DBHDD
87:15
211:1,2,
22 212:2,
9,12

deal
135:12

Deborah
241:10,
11,25
242:1

December
167:5,24
168:2
194:19
196:5
197:21

199:22
241:12
258:6

decide
170:12

decided
51:24
275:19

decision
52:21
88:10
201:9
237:1,2

decisions
206:6
279:5

declined
68:21

decrease
135:24
136:2,11,
12,13,14
137:3,6

decreased
135:24
136:6,10
137:8,9

dedicated
77:14
95:18

deemed
118:24
122:8
158:14

deep
29:10
257:11,14

deescalate
235:12

deescalatio
n



26:16
30:22,24
31:3,5,13

**deficit**
123:5
131:20

**deficits**
251:6

**definition**
235:5,7

**degree**
20:23,25
22:8
138:9
275:25

**degrees**
20:10,12,
15 21:14,
22

**Dekalb**
142:2

**deliver**
85:20
131:3,5,
8,9,11
132:19

**deliverables**
145:21

**delivered**
90:22
131:6

**delivering**
86:3

**delivers**
90:10

**delivery**
30:16
106:10

**demographic**
205:20

**demonstrate**
251:10

**demonstrating**
250:13

**DEO**
247:18

**department**
17:24
18:3 22:3
51:21
52:3
53:15
55:2,5,7
56:6
60:8,12,
14,22
63:25
64:7,15,
19,22
65:8
73:20
76:7,11,
20 83:20,
21 86:1
87:15,16
132:18
133:17
138:2
139:20,
21,25
146:1,3,
16,24
147:2
174:7,9,
11 186:19
196:23
197:3
204:11,13
211:12,19
212:16,23
213:7
225:5,19
228:25
229:12

239:23
240:4,17,
23 242:2
243:13
249:22,25
260:20
261:8
269:8
270:15
272:18

**depends**
85:24
86:11
89:14
90:18
91:11
93:11,21,
22 131:12
151:22
154:18
179:6

**deposed**
9:16

**deposition**
8:4,12
9:12,19
12:1,10,
15,18,21
13:18
14:6
276:5
277:22
280:15,22

**depositions**
12:19

**Derr**
186:9
187:15,25
188:11,19
190:10
199:17,19
200:2

**Derrick**
113:25

**describe**
108:15
236:9

**describes**
242:16

**description**
148:23

**designed**
242:19

**Desiree**
141:20,24
207:21
208:2

**detail**
134:5

**details**
49:14

**detention**
35:12

**determination**
39:23
78:18
79:5
184:9

**determine**
81:11
83:8
107:6
209:23
217:17

**determined**
177:4

**determines**
79:7
176:21
178:4

**determining**
59:20
177:18

**develop**

185:14
188:2
245:12
248:25

**developed**
38:2,13
81:3,14
186:7,14
248:22
249:17,
20,21

**developing**
38:11
186:15

**development**
35:1,4,5,
15 36:4
38:9 40:9
250:17,23

**Developmental**
243:14

**DFACS**
86:12,15
245:7

**diagnosis**
40:21,23
41:3

**diagnostic**
35:19,23
39:18,21
40:2,10,
13,19,24
43:22,23,
25 219:7
220:19,21
221:1,5

**diagnostics**
221:10
224:6,9

**dialectical**
129:3,8



difference
  40:13
  70:4 80:4
  119:18,22
  167:18
  168:14
  176:17

differences
  110:13

difficult
  114:8

difficulties
  170:7
  210:2,4
  239:6

diplomas
  257:4

direct
  98:8
  99:12,16,
  19,21
  105:15
  122:23

directed
  13:21
  98:3

direction
  268:14

directly
  22:10
  25:2
  57:13
  147:16
  182:5

director
  16:25
  19:22,25
  20:8
  22:11,13
  23:7,14,
  15 24:9
  26:11

29:24
48:24
49:5,18,
19 57:11
66:1
73:16
88:10
97:3
104:18
138:4
141:25
142:1
155:12
178:4,15,
19 242:1
243:2
244:2
249:4
278:4,7

director's
  202:14,
  17,18,22
  207:12

directors
  12:18
  46:17,19,
  25 47:10
  54:1
  73:10
  127:11
  150:22
  151:1,4
  171:15
  173:13
  176:12
  183:16
  185:11,19
  186:1,5
  187:3
  191:3
  192:3
  193:6,14,
  17 195:5,
  6,7,15,25
  199:2
  202:19

204:3,7
205:3,11
207:18
208:14,17
211:9
219:23
220:1,2
221:3
223:21
224:11,
14,24
247:3
248:23
249:21
268:14

directors'
  47:2
  73:11
  189:1
  192:10
  205:14

disabilities
  16:17
  18:24
  19:5
  200:15
  211:13,20
  243:14

disability
  75:6 77:8
  159:18
  200:17
  201:10

disagreement
  160:14
  180:16

disagreements
  180:19

disciplinary
  92:9,15,

18 131:19
230:22
231:12,19

discipline
  24:2
  25:17,21
  26:2,9
  92:11

disconnected
  38:16

discontinuing
  50:21

discrepancies
  169:2,6

discuss
  60:7
  87:1,6
  150:19
  170:11
  178:15,20
  188:21

discussed
  15:1 22:1
  28:8
  52:18,19
  55:1
  63:16
  93:1 98:5
  105:19
  129:7
  137:23
  149:8
  156:10
  183:1
  189:1
  202:9
  209:14
  216:21
  229:2
  234:3
  259:6

discusses
  23:15
  27:25
  156:12

discussing
  87:12
  145:14
  171:6
  173:10
  179:9,10
  185:4
  207:17
  213:1
  218:14
  226:17
  260:9

discussion
  58:15
  96:2
  105:20
  151:9
  176:9
  179:16
  180:25
  196:11
  200:5,12
  216:24
  230:19
  279:19

discussions
  180:20
  186:23

disorder
  77:6
  210:7,8

disorders
  16:16
  75:7 77:9

displaying
  82:14

disrupted
  233:24

dissolved



47:7
111:11

distance
  152:14
  217:10

distances
  151:20

distributed
  192:2

distribution
  191:16
  204:24

district
  8:7,8
  217:8
  242:15

districts
  212:18
  242:22

disturbance
  234:11

divided
  111:14

division
  58:3
  59:25
  60:9,15,
  23 85:25
  228:15

DJJ
  86:15

doctor
  40:25
  41:3 85:4

document
  13:14
  14:1,3
  19:12,16
  27:18,20,
  22 53:3,9

54:5
56:10,14,
18,24
69:3,7,
10,13,15,
19,20,22
71:21,25
72:4,9,
11,15
100:6,10,
18,20,21
101:12
104:22
105:1,5,
8,10,16
108:14
109:14,
17,20,23,
24 110:1,
2,9
117:9,10,
12,14,17
118:23
119:18
122:10,
13,16,18,
24
125:21,22
126:20,24
127:6
129:15,19
130:1,2,
4,8
132:21,24
133:8,10,
21 134:13
135:4
138:17,21
139:3
141:1,4,
17
144:14,
17,25
145:2
147:13
158:12,
16,20,21

159:2,4
166:25
167:9
170:23
171:4,12,
14,17,18,
23
172:17,
18,23
173:1,7,
12 175:8,
23 176:2,
6,11,13
182:9,13,
19,21,22
183:15
187:7,11,
21
189:21,24
190:1,6,
18,19,20
191:8,12,
24
192:12,16
194:9,13,
21,22
197:11,
14,24
199:10,
13,23
201:19
202:5
203:17
204:19,25
207:2,6,
12,14,15
213:15,19
214:1
215:25
216:7
218:21,25
219:8
223:2,8
226:1,6
227:19
228:1,18
229:15

241:6,14,
16 248:6,
10,16
253:15,19
257:23
258:2
262:23
263:6
264:11
266:9
268:2
269:14,19

documentation
  77:6
  120:16
  229:9
  240:18
  266:16,
  19,21,23
  267:9

documented
  184:5,13

documents
  12:14
  13:8
  15:18,25
  16:3
  185:11,15
  186:16
  188:3,5,
  6,13,22
  189:5,10,
  15
  190:14,23
  191:2
  192:6
  194:25
  196:17
  203:10

DOE
  17:23
  18:2 47:6
  59:24
  137:20

169:18
202:11
203:10

dojo
  82:5
  90:20

draft
  148:8,17,
  21,22
  189:20
  190:14,
  15,16,17
  191:17,
  20,21,22
  248:17,22
  249:6,13

drafted
  186:5

drafting
  189:10

drafts
  186:14,24
  187:1

drawn
  140:6

driver
  257:20

drop
  162:11

dropped
  161:12

DSM-IV
  40:19

due
  68:4 75:5
  123:5,21
  136:14
  164:11,24
  165:8,13
  208:23
  220:3



duly
  9:3

duration
  77:7
  178:5

duties
  23:7

─────────

        E

earlier
  11:10
  17:3 20:3
  34:21
  53:13,18
  57:3,7,16
  61:11
  64:21
  104:9
  110:6,12
  116:11
  127:10
  129:7
  137:15,24
  149:24
  150:1
  171:6
  176:9,13
  187:25
  189:16
  209:15
  212:21
  216:21
  218:6
  234:4
  254:2
  259:6
  276:15
  277:23
  279:12

earliest
  145:7
  214:4

early

30:1
32:15,20
152:22
160:12
165:3
207:20
248:3

easier
  10:9,18
  49:17

eat
  234:10,
  18,20

eating
  234:16

EBD
  18:23
  19:3 75:7
  77:9
  160:22
  200:6,9,
  12,17,22
  201:2,7,
  10,13

Eckerd
  34:25
  35:4,15
  38:8,13
  40:8

ed
  170:2
  233:12

Eddie
  22:13

Edge
  41:18,22
  42:5,12
  43:7,16,
  18,21
  83:18,25
  84:8
  85:7,9
  87:14

246:1,6
252:5
253:4
277:2

Edgenuity
  25:13
  98:21,22
  99:23
  100:3
  108:5,11
  128:9,10,
  12,14,18,
  19
  256:15,17
  257:21

edited
  186:15

education
  15:12
  16:18
  17:10,25
  18:4,7,17
  19:1
  38:17
  44:9,11
  45:1,7,17
  46:7
  51:21
  52:4
  53:15
  55:2,6,7,
  8,9,12
  56:6
  60:9,12,
  15,22
  63:25
  64:7,16,
  19,22
  65:8
  73:20
  74:8
  76:21
  82:18,23
  83:4
  106:25

114:9,16,
19,22
131:25
132:18
133:18
138:2
139:20,
22,25
145:18
146:2,3,
16 147:2
154:7
155:2,8
156:14,22
157:2,16
158:4,7
162:2
168:11,19
170:4
174:7,12
175:10,17
178:19
186:20
196:24
197:4
212:17,23
213:7
225:5,20
228:25
229:12
240:4,17,
23 242:2,
3 249:22
250:1
255:12
260:20
261:8
270:15
272:19

Education's
  146:25
  174:9
  204:11,13

educational
  14:11,19
  17:9

18:10
20:10,14,
22 21:14,
22 23:10
24:15
46:11
75:3
81:10
114:4
171:2
172:1
173:5
182:4,17
242:22

educator's
  266:14

educators
  28:15

effect
  214:8,12,
  16
  215:13,16

effective
  24:4

effectively
  33:5
  234:25
  242:20

Effects
  90:17

efficient
  49:12
  51:6
  250:17

efficiently
  242:20

effort
  234:4

ELA
  258:19

Elam
  48:18,25



49:6,20
216:14,20
217:1,11,
12

**electronic**
122:10
280:20

**electronica
lly**
117:9
158:12,21

**elementary**
57:21
58:11,21,
24 59:8
60:23
95:22
128:14

**elements**
238:15
239:13

**elevated**
149:19

**eligibility**
179:13

**eligible**
116:19
243:15
276:5,12

**eliminate**
24:3
26:12

**Elise**
73:17,18

**email**
13:3,8
53:6,17,
18,21
54:1,3
56:21
57:3,7,18
58:2,22,

25 59:17
60:19
100:13,
14,24
127:2,3,
9,10,16
129:22,25
130:7,9,
16 133:2,
4,6,12
138:24
139:1,5,7
140:17
141:7,9,
12,13,15
142:11
144:20,22
145:3,7,
14
146:22,25
148:4,5,
19 149:3,
11 167:3,
12,15
168:7,14
169:9,10
187:14,
18,23
188:10,18
189:19
190:9,13,
22 191:1,
15,16,19
192:1,5,
19,21
193:1,21
194:16,
19,24
195:10,
21,24
196:3
197:7,17,
19,22,25
198:2
199:16,
18,19,24
200:1,20,

25 201:22
202:6,8
203:6,20,
22 204:22
205:2,5
207:9,11,
17,20
208:12,17
210:25
213:22,23
214:2,5
216:3,4,
9,12
219:3,9,
11,18
222:4
223:5,6,
10 226:4,
8 229:2
241:9,11,
19,20
242:4,6
248:13,
17,19,21
253:21,
23,24
254:1,2
258:5,8,
9,11,15,
22 263:1,
7 268:5,
7,9
269:17,21
270:7,9

**emailed**
143:25

**emergencies**
264:23

**emergency**
24:3
26:12
41:24
42:1,2
235:24
236:4

237:7

**emotional**
16:16
18:24
23:21
38:3 75:7
77:5,9
90:17
144:10
209:24
210:5,7
221:23

**employed**
133:17

**employment**
162:5

**EMS**
235:2,15,
23,25
236:4,7,
10 237:2,
3,11

**enable**
242:23

**enables**
45:6

**enacted**
214:22,24

**encourage**
107:22

**end**
68:18
101:12
106:19
130:7
199:5
222:12,16
228:20
229:14
240:2
251:14
256:18

**end-of-year**
260:13

**ended**
78:8
203:8

**ending**
258:7

**ends**
220:21
221:1

**engage**
196:10

**engagement**
73:1 74:7

**engaging**
96:5
97:24

**enlist**
222:19

**enlisted**
223:11

**enroll**
45:2

**enrolled**
93:19
127:13
262:13,16

**enrollment**
70:1
158:22
159:6
166:4
167:6,7,
16 169:2
263:12

**ensure**
24:11,19
83:13
106:24
108:16,24
173:15,20



174:15
201:8
211:11,
18,21
238:15
242:19
243:15
244:20
245:13
267:3

ensuring
34:9
200:12
210:22
243:21
271:7

entail
74:6
278:9

enter
261:2

entered
113:14

entire
70:7
93:16
94:21
95:8
153:23

entities
86:3,7
184:20
228:17

entitled
228:22

entity
37:17
165:24
166:5
211:22

entry
81:4
118:8

119:2

environment
15:12
16:18
38:17
82:18,23
83:5
154:7,13
155:2,8
156:7,15,
22 157:17
158:4
168:11
170:4
231:8
233:24
234:6

environments
46:4
157:2
168:20
182:4

equal
259:1
260:1

equivalent
203:3

ESA
62:17
63:9

escorted
265:1,4

Esquire
8:12

ESS
115:11

essentially
144:2

et al
8:6

evaluated
278:11,15

evaluation
40:3
43:21
68:3
155:22
172:14
175:2
236:5
278:5,6,
8,9,22

evaluations
278:3,17,
19,23,24
279:3

evening
45:21
216:14

eventually
163:21
214:16
218:3
229:11

evidence
239:16,17
240:13

exact
73:19
192:11
238:1
264:7

exam
276:3

EXAMINATION
9:5
277:17

examined
9:4

Excel
100:17,23
263:4

Excellence
24:13,21
98:15
107:4
108:7
251:3,16
256:7,11

Excellent
246:23

exception
151:25

exchange
145:15

excluding
153:12

executive
22:13
47:7,12,
14,17,20,
22 66:1
67:18,21,
23 115:17
206:2,4,
9,16,24
208:7,8,
10 278:7

exhausted
229:10

Exhibit
13:1,12,
17 19:9,
10,15
52:25
53:1,6
56:15,16,
21 69:4,
5,10
71:22,23
72:3
100:7,8,
13
104:23,24
105:4
109:14,

15,20
118:23,24
122:8,12
126:21,22
127:2
129:16,
17,22
132:21,22
133:2
138:18,
19,24
141:1,2,7
144:14,
15,20
145:15
158:13,14
166:22,23
167:3
170:20,21
171:1
172:23,24
173:4
175:24,25
176:5
182:10,
11,16
187:8,9,
14 190:3,
4,9
191:9,10,
15
192:13,
14,19
194:10,
11,16
197:11,
12,17
199:10,
11,16
201:16,
17,22
203:14,
15,19
204:16,
17,21
207:3,4,8
213:16,



17,21
215:22,23
216:2
218:22,23
219:3
222:24,25
223:4
225:23,24
226:4
227:16,
17,22
229:3
241:3,4,9
248:7,8,
13
253:16,17
257:24,25
258:4
262:20,
21,25
267:24,25
268:5
269:11,
12,17

exhibits
13:3

existence
229:22

existing
245:7

exists
47:18
135:23
137:11
211:12,
19,21
244:4

exit
81:3,13,
14,20
82:15
83:2

expanded
33:9

130:8

expectation
260:10

expectation
s
33:21
148:10
208:19
220:13

expecting
260:21

experience
136:16,
18,20,24
137:9
154:19
155:4
244:2
247:8

experienced
144:4

experts
270:17

expiring
118:17

explain
70:4 80:4
92:3
124:4
133:22
169:1

explained
9:21
137:7

explaining
135:23
212:25

explanation
s
169:5

expressed

181:8

expresses
59:23

extend
48:13

extended
155:16

extensive
172:16

extent
74:15,16
75:11,16
205:16
212:1

external
74:10

extra
142:12

extracurric
ular
159:21
263:25
264:6

extreme
74:19
79:8 92:9
236:3

extremely
219:14
236:14

——————————

————— F —————

face-to-
face
179:5
192:9

facilitate
276:21,23

facilities

52:9
55:15,18
58:3
59:25
60:9,12,
15,22
150:6
253:14
255:20

facility
35:6,11
38:16
39:16,22
42:6,9,
11,17,18,
19 44:17
51:22,23
52:5,8
54:12,21
55:1,22,
25 56:4
57:23
59:3,18
60:2
84:22,23
229:16,
18,24
230:7
270:18

fact
47:9
169:9
230:6
233:20

factor
136:16

factors
125:14
180:24
231:3

fair
31:13
41:2
132:11

160:21
161:2
188:5

fall
39:10
196:4
198:9,16
199:3,6
218:13
227:12

falls
216:15

familiar
16:2 30:1
32:13,21
72:3 88:7
92:6
172:5
182:18
238:7
251:25
256:5

families
271:25

Family
83:20
85:25
87:17
269:8

farther
48:13
58:1
189:19

fashion
148:2

fast
99:5
154:15

faults
250:22

FBA
183:2



210:10
229:7

FBA/BIP
209:1

February
248:14
269:23

Federal
62:6,10,
15 101:6,
18 102:2,
7,20
103:16,21
104:15
106:4
136:7
140:5
279:18

feedback
186:21
191:3
192:3
240:10,12
279:2

feeds
210:17

feel
10:21
157:5
180:22
232:6
273:7,11,
17

feeling
15:10

fell
78:12
91:19

fellow
46:17
141:25
249:4

felt
48:24
49:5,19
51:19
52:10
124:14
132:8
185:19
200:15,17
220:12
267:9,11,
12

Fidelity
108:17

field
113:22
273:23
274:12

fields
114:11

figure
96:21

file
100:17
117:13
130:1
133:6
145:1
158:20
167:7
183:13,
21,22,24
184:1,4
207:12
219:6
226:5,16,
19,25
228:22
241:14
247:5,9,
11,12,14,
17,20
248:16

filed

8:6

files
226:9
227:10
229:1

fill
107:19
111:7
171:19
183:7
209:23

filled
110:24
111:6,8
115:5
123:5
138:13

fills
210:9

final
65:4,13
186:16,24
187:1
194:25
196:17
207:10,13

Finalized
201:24

Finally
44:7
103:14

find
68:22
142:16
143:19
169:24

fine
9:10
56:12

fingerprint
s
120:17

finish
10:16
11:2 45:6

fire
58:7

firing
279:4

fiscal
22:12,14
27:10,11,
15 57:15
61:12,13,
15,18,20,
22 70:7,
17,21
71:17
105:6,13
117:24
140:7
160:24
237:25
238:14
242:14,17
263:18
278:11

five-page
172:18

fizzled
203:1

flex
209:20

flip
106:12

Florida
20:19
21:10
35:1

flow
171:25
172:20
176:6,8,
14 185:7
187:20

190:16
191:22
202:3

fluctuation
s
68:17

focus
149:18

folks
94:11
204:24

follow
92:8,11
126:2

followup
24:4
208:18
218:13
280:12

football
264:8

Foothills
44:8,11
45:1,17
46:7

forced
137:19
138:1

form
11:23
49:7
107:18
182:25
193:12
199:5
200:18
270:5
273:3

formal
245:13,
19,22,24



format
  224:12

formation
  185:23

formative
  34:11
  278:20

formatting
  199:8

formed
  185:18

forms
  132:7
  191:18
  192:2
  193:6,18
  194:3,20
  196:18
  197:23
  198:14
  201:24
  202:11,20
  203:8
  204:1,7,
  8,23
  205:7,11,
  13,17,23

formula
  136:6

forward
  56:23
  57:3
  100:16
  248:25
  263:2
  270:9,10

forwarded
  148:18

forwarding
  196:17
  258:12,16
  263:7

foster
  153:10

found
  55:14
  188:14
  205:14
  267:5

four-year-
old
  214:7,25
  215:8,15,
  18

Four-year-
olds
  213:25

fourth
  105:16
  276:11

frame
  266:15

free
  10:21

frequency
  77:7
  89:16
  178:5
  254:20

frequently
  89:23
  91:12
  93:13
  94:17
  107:21
  146:12
  156:17,18
  206:12,24
  235:19

front
  23:2
  231:10

FTE
  167:17,25

168:5,16
169:3

fulfilled
  118:17

full
  9:13  27:6
  31:19
  32:6,11
  113:12
  124:24
  125:19
  233:22
  257:11

full-day
  164:2

full-time
  67:21,23
  111:19
  153:17
  154:17
  157:25
  158:2
  170:14,16

fully
  24:18
  154:1,12
  155:1,7
  168:9
  198:15
  239:14
  256:7
  263:23

functional
  172:11
  174:16,
  18,22
  179:14
  181:25
  210:10,16

Functionall
y
  113:18

functioning

95:1

fund
  123:13

funded
  101:17,
  18,21
  102:1,7,
  13,16,20,
  25  103:4,
  7,12,15,
  21,22,25
  104:4,19,
  20
  105:21,25
  106:3
  279:15

funding
  100:16,18
  104:14
  134:12
  136:4,6,
  10,18,19
  139:13,14
  140:19
  142:10
  166:1
  230:5
  237:24
  274:24

funds
  62:4,8,13
  63:22
  65:4
  123:11
  137:12
  139:13
  140:5,18
  279:18

furniture
  124:13

future
  275:18

FY
  169:3

FY1
  168:15

FY17-18
  263:15

FY18
  141:22
  167:17,25
  168:5

FY19
  119:20
  142:5
  145:11
  193:8

FY20
  71:8
  100:17
  158:22
  159:7

FY21
  158:22

FY22
  71:15
  105:21
  111:24
  117:15,21
  118:1,8
  158:22

————————

G

————————

G-I-N-N-Y
  15:6

GA000130985
  268:8

GA00013170
  197:24

GA00014016
  199:23

GA00014432
  258:8



GA00014956
  53:10

GA00040936
  269:19

GA00042505
  214:1

GA00062023
  248:18

GA00130964
  207:14

GA00132036
  192:24

GA00320205
  127:6

GA00321938
  130:3

GA00326222
  219:8

GA00326259
  223:9

GA00327280
  202:5

GA00327446
  203:22

GA00328367
  205:1

GA00329465
  145:3

GA00332753
  263:6

GA00337910
  167:9

GA00343802
  56:25

GA00364299
  226:7

GA00781443
  216:8

GA00793042
  187:22

GA00794101
  133:9

GA00794159
  190:18

GA00794197
  191:23

GA00952013
  100:19

GA00953836
  253:23

GA01941385
  194:21

GA03817180
  139:4

Gadoe
  58:3
  145:22
  149:17
  242:14
  243:12
  247:3,5
  260:12

Gardner
  8:16 9:6,
  11 11:21
  12:24
  13:5,15
  19:7,13
  52:23
  53:4
  56:10,13,
  19 61:4,
  10 66:22,
  24 69:2,8
  71:20
  72:1
  100:5,11
  104:21
  105:2
  109:13,18
  118:22

119:1
121:1
122:5
126:19,25
129:14,20
132:20,25
138:16,22
140:25
141:5
144:13,18
158:11,17
166:20
167:1
170:19,24
172:22
173:2
175:23
176:3
182:8,14
184:22
185:3
187:6,12
190:2,7
191:8,13
192:12,17
194:9,14
197:10,15
199:9,14
201:15,20
203:13,18
204:15,20
207:2,7
213:15,20
215:21
216:1
219:1
222:23
223:3
225:22
226:2
227:15,20
237:14,22
241:2,7
248:6,11
253:15,20
257:23
258:3

262:19,24
267:23
268:3
269:10,15
270:8
273:14
274:13,
  21,23
277:11
280:13

gather
  15:25

gathered
  247:5

gauge
  217:22

gave
  40:18
  67:5
  186:21
  219:12,
  21,25
  227:11

Gay
  241:10,
  11,20,25
  242:1,7

geared
  45:8

Gen
  233:12

general
  15:11
  18:17
  19:1
  38:16
  74:3
  82:17,23
  83:4,7
  84:12,15
  85:23
  106:25
  149:12

154:7
155:8
156:14,22
157:2,16
158:4,7
168:11,19
170:4
210:6
255:12

generally
  16:23
  17:16
  23:4
  25:24
  33:22
  65:3,16
  71:1
  89:15
  90:12
  92:3,9,11
  170:16
  238:23

geographic
  17:16

Georgia
  8:6,8,23
  14:4,8,
  11,18
  16:21
  17:23,24
  18:3 19:3
  21:1,18
  22:3
  24:12,20
  35:6
  46:11
  51:21
  52:3 56:5
  59:24
  60:8,22
  62:8
  63:25
  64:6,15,
  19,21
  65:8,25



87:16
93:2
98:14
107:3
108:6
127:21
132:17
133:17
138:2
146:1,16
171:1
173:4
182:16
212:23
225:5,19
228:5,9,
11 246:21
247:18
251:3,16
256:6,11
272:18
277:21

Georgia's
62:15

gifted
261:23
262:2,4,
10

Ginny
15:5

give
10:10
11:6,12
40:10
52:7
64:25
71:5
88:25
207:23
228:4

giving
219:13
228:6
279:2

GLRS
227:24
228:13,16

GNETS
12:18
14:15,17
15:1,2,
11,16,19
16:7,9,
12,14,15
18:12,13,
15,16
19:22,25
20:4
21:25
22:11
23:4,7,
14,16,19
29:24
30:6,18
32:20,22
33:1,5
34:17,18
37:9
43:8,16,
17 46:8
47:5,7,
10,12,14,
17,21,24
48:2,8
49:22,25
50:13,17
51:7,13
52:8,12,
17 53:8,
14,22
54:1,4
55:2,11,
19,24
56:23
57:22
58:13
59:4
61:12,18
62:4,14
63:5,15,

18 65:7,
18 66:3,
8,12
67:3,8
68:8,11
69:11,16,
23 72:6,
11,16
73:5,8,
10,13,16,
21,24
74:10,13
75:2,10,
15,21,24
76:10
77:5,14,
15,23
78:8,17,
23,25
79:18
80:1,16
81:4,13,
21 82:20
83:11,16,
24 84:9
85:1,10,
14,17,21
86:2,6
87:6,9,18
88:3,23
89:1,12
90:7,15
91:3,9,12
92:20,25
93:19,25
94:13
95:16
96:5,16,
17,25
97:16,25
98:3,4
99:6,11,
12 100:17
101:6,14
102:13
103:5
104:1

105:7,12,
21,25
106:24
107:25
110:10,19
112:12
113:23
114:5,8,
15,18
115:25
117:13,
15,20
120:7
124:19
126:17
127:10,
11,14,23
132:14
133:7,16
134:1,16
135:5
136:7,12,
15 137:19
139:22,25
141:25
142:1
143:16
145:1
146:19
147:1
148:25
149:16
150:2,5,
17,25
151:17
152:5,18,
25 153:15
154:6,11,
24,25
155:5,6,
12,16
156:13,
15,23
158:6,19
159:6,24
160:2,6,
22 161:2,

8,13,22
162:10,
16,20,23
163:2,9,
13 164:3,
10
165:16,23
166:4
167:7
168:19
169:22,24
170:1,9
171:22,
24,25
172:6
173:6,17
174:5,7,
9,12,22
175:4,13,
18 176:5,
22,24
177:3,11,
19
178:14,18
179:12,
21,25
180:1,4,
11,12,17,
22 181:2,
5,9,12,
13,14,19
182:3,6,
18,23
183:10,
14,17,18
184:6,7,
10,15,18
185:5,7,
11,22
186:19
187:18,
19,20
188:14,15
189:5,17
190:14,
15,16,17,
24 191:2,



17,20,21,
22 192:3,
22
193:14,17
194:19
195:6,7,
15 196:8,
10,11
198:15,22
200:14
201:25
202:2,3,
13,17,18,
19 204:7
205:2,11,
14 206:2,
4,9,15,
16,23
207:12,18
208:9,14
209:9
210:15,17
211:9,23,
24 212:2,
18 213:2
214:9,14,
16 215:1,
5,14,18
216:16
217:5,16
218:15
219:6,23,
25 221:3,
6,14,19
222:8
223:20
224:14,24
225:4,14,
18 227:22
228:22
229:7,16,
18,25
230:2
231:14,
15,24
232:12
234:15

237:24
238:7,10,
11,16,17
239:10,
20,21
240:17
241:14,22
242:14,
16,19
243:2,15
244:3,4
246:1,5,
17 247:3,
13,18
248:3,16
249:4,10,
21 250:4,
13,16,22
251:9
252:9,12,
17,18,19,
22 253:6,
7 254:15,
18,22
255:13
256:3
258:12,16
260:25
261:9,22
262:1,3,
9,12,15
263:2,8,
13,15
264:2,6,
16,21
265:5,18
266:9
267:18,20
268:11,
21,22,25
269:2
270:16
273:1,8,
17,22
274:2,25
276:8,13,
15,20,21,

25 278:1,
4 279:5,
13,25
280:6

GNETS'
181:4

GNETS-WIDE
206:7

GNETS/APEX
253:23

go-ahead
202:13

goal
108:9
134:9
158:9,10
211:8,17
243:12
247:2
259:25

goals
72:21
81:11,12,
19 106:20
107:9,17

good
8:1 9:7,8
56:8
57:18
169:20
193:2
216:13
268:20

Grad
98:20
99:23
128:15,16

grade
24:13
98:7
106:21,25
107:25
155:10

159:9
160:3
236:19
251:2,16
256:19

graded
256:10,13

graders
159:24

grades
23:23
111:2

gradual
153:18,
20,25

graduate
161:23

graduated
161:7,18
262:8

graduates
263:15,18

graduation
108:13
161:19

grant
62:6,7,8,
10,15,17,
18,21
63:7,9
64:10,13
65:4,9,
11,14
101:6,17,
19,22
102:2,8,
20 103:1,
12,16,21,
22
104:15,
16,20
105:11,
12,25

106:4
116:10,24
117:7
123:13
132:14,19
136:7,8
169:16
211:14
213:2
220:4
279:14

grant-
funded
252:4

grants
62:24,25
63:3,6,12
105:6
169:14

grave
232:1,4

greater
260:1

greatly
136:8

green
81:24
82:3,4,7
153:23
191:5

Green's
131:23

group
36:15,22,
25 41:11
45:16,20
48:8,12
76:8
89:9,12,
17,24
100:4
129:11
134:25



135:19
153:10

**groups**
36:25
43:2
129:10

**grows**
68:24

**growth**
260:11,21

**GTID**
213:12
261:2,4

**guardian**
85:9

**guess**
79:25
83:1 88:2
99:20
150:15
156:24
163:15
254:21

**guessing**
80:18
161:11
264:14

**guidance**
54:5
187:20
189:20,24
190:17
191:22
196:8
202:3
255:23

**guided**
174:13

**guideline**
97:20

**guidelines**
239:2

**guiding**
171:24
172:5,9,
12,17
173:6,9,
15,20
174:14
175:8
185:6

---

**H**

---

**half**
94:22
123:21,22
124:5,14,
17,20,25
125:2,4,
10,15
130:16

**halls**
265:22

**hallways**
234:12

**Hancock**
48:6
50:8,9,
10,14,19
51:3
112:5
126:9

**hand**
12:24
19:7
52:23
72:18

**handbook**
266:14

**handed**
13:16
19:14
53:5
56:20

69:9 72:2
100:12
105:3
109:19
127:1
129:21
133:1
138:23
141:6
144:19
167:2
170:25
173:3
176:4
182:15
187:13
190:8
191:14
192:18
194:15
197:16
199:15
203:19
204:21
207:8
213:21
216:2
219:2
223:4
226:3
227:21
241:8
248:12
262:25
268:4
269:16

**handful**
156:19

**handle**
111:4
115:10
144:11
154:16
160:10

**happen**

11:6
84:11
95:20
156:17
163:19

**happened**
111:12
198:24

**happy**
94:4

**hard**
66:16
94:16
98:6
151:8
249:18

**Hardy**
118:5

**harm**
44:4
233:6
236:24

**harmed**
265:6

**harmful**
44:2

**Harris**
114:1

**Harvey**
118:7,14

**Hayward**
57:7,10,
18 58:1
59:23
60:7

**head**
10:9
67:13
161:17
163:15
236:25
274:11

277:5

**health**
19:4
28:11,13,
14,16,17,
23 29:3
35:25
36:1
37:12
38:7
39:13,16
40:2,5,
17,21
41:12,19,
23,25
42:5,6,17
43:7,20
46:2
83:18
84:21
87:15
116:1
123:4,8
135:11
149:19
211:13,20
236:2
243:14,16
244:1,17,
21 245:8,
14
246:18,21
252:4,7
253:12
254:3
269:7
277:2

**hear**
66:16,22
94:4
207:22

**heard**
57:19
204:8
205:9



hearing
  66:18

Heart
  94:8,23
  95:5,21
  246:20
  277:3

held
  34:17
  196:4

helped
  185:10

helper
  31:12

helpful
  219:14
  268:13

helping
  46:4
  236:21

Hernandez
  8:22
  13:2,11
  66:14,20,
  23
  277:16,
  18,20
  279:23,24
  280:9,18,
  20

hidden
  158:24

Hieu
  8:20

high
  38:24
  44:9,11,
  12,14,20,
  22 45:1,
  2,3,6,17
  46:7
  50:6,17

93:8
98:9,13
99:25
100:1
108:6,13
126:9
128:8,13
155:10
210:8
234:19
256:16
257:1,3

higher
  66:15
  70:22
  264:12,13
  275:14

highest
  243:22

highlighted
  200:7
  242:4

highly
  177:25

Hill
  50:5 93:7
  117:2
  128:8

Hills
  160:9,16

hire
  136:21
  279:8

hired
  16:11
  149:1

hiring
  50:24
  120:1,6
  147:17
  279:4

history

257:5

hitting
  260:5

Hodnett
  113:3,24,
  25

hold
  20:10
  21:13,24
  108:23
  178:25
  179:1

holding
  130:22
  237:4

home
  50:13
  69:23
  81:25
  153:10,16
  159:16
  160:9
  162:6,8
  164:5,10
  165:8,13
  272:3,6

home-based
  77:23
  78:1,2,3,
  4,9,14,19
  79:1,6,
  11,12,16
  80:12

homes
  76:8
  244:19

honest
  56:1

honestly
  9:24

honeymoon-
type

217:25

honors
  262:13,16

hope
  58:2
  59:23
  60:1
  174:1

hoped
  60:8

Horizon
  269:24
  270:4

hospitaliza
tion
  76:5

hospitalize
d
  75:21,25
  76:19,23

hour
  11:8
  121:2
  151:19
  237:15

hour-long
  91:7

hours
  31:20
  32:8,11
  80:7
  94:22
  95:10
  266:17

houses
  253:2

hub
  152:6

huge
  233:14

hundred

23:20
35:17
68:19
233:1

hurting
  124:12

_____

I

i.e
  243:13

ID
  158:25

idea
  125:4

ideal
  114:9

identificat
ion
  13:13
  19:11
  53:2
  56:17
  69:6
  71:24
  100:9
  104:25
  109:16
  118:25
  122:9
  126:23
  129:18
  132:23
  138:20
  141:3
  144:16
  158:15
  166:24
  170:22
  172:25
  176:1
  182:12
  187:10
  190:5



191:11
192:15
194:12
197:13
199:12
201:18
203:16
204:18
207:5
213:18
215:24
218:24
223:1
225:25
227:18
241:5
248:9
253:18
258:1
262:22
268:1
269:13

**identified**
34:24
113:7
120:3
149:16
160:15
208:16
230:5
249:13
250:21

**identifiers**
213:13

**identifies**
115:16
250:9
263:21

**identify**
72:21
117:24
210:4
226:19
244:14

**identifying**
245:12

**IEP**
39:3
72:20,22
73:3
74:20
77:4  79:7
81:9,11,
12,15,19
83:8
106:20
107:1,2,
7,8,14,17
108:1,9
154:14
156:1,8,
12  170:8
174:1
176:21
177:5
179:13,
21,25
180:2,5,
7,12,16,
20,24
181:7
184:5,13
200:16
201:8
247:15
277:23,
24,25

**IEPS**
82:1

**III**
40:20

**immediately**
193:7
261:18
266:25
267:13

**impact**
275:11,13

**impacted**
136:8,18
152:19

**implement**
108:17

**implementat
ion**
193:6,22

**implemented**
193:7
194:4

**implementin
g**
251:4

**impossible**
226:13

**impression**
40:11,14,
19,24

**impressions**
43:23,25

**improve**
24:2,9

**improved**
244:15
273:2

**improvement**
238:12

**in-class**
77:4,12,
15  81:2
82:22

**in-house**
107:16

**in-kind**
128:21
280:1,2

**in-person**
178:25

**IN4T**

119:3,6,
12

**inability**
245:6

**inadequate**
134:17

**inadvertent
ly**
205:20

**incarcerati
on**
76:8

**incident**
265:12
266:13

**incidents**
265:24

**include**
70:10
87:9  90:7
188:14
189:10
208:25
241:23

**included**
36:12,25
67:4,6
70:18
130:15
149:11
179:12
197:19
200:18
205:21

**includes**
219:5
222:8,15

**including**
26:24
191:19

**incoming**
183:21

**incorporate
d**
108:2

**increased**
140:10
230:23
251:10

**increases**
231:2,12
275:11,16

**independent**
55:21
56:3,5
98:10
136:13

**indicating**
34:20
73:23
77:2  84:1
85:16
91:2
94:12,25
141:18

**indicator**
119:6,12
251:8

**indicators**
155:15
250:12,21
251:1,13,
18,22

**individual**
36:14,19
43:2
45:16,20
83:9
89:10
90:25
91:4,6,9,
13,15,21
94:16
95:3
129:4,7,
11  135:1,



19 143:4
147:16
154:21
260:21

**individuali
zed**
81:17

**individuall
y**
26:3
30:15

**induction**
119:15

**inductive**
119:14

**ineffective**
250:18,23

**ineffective
ness**
251:14,18

**Infinite**
162:25

**influenced**
125:10

**Info**
167:7

**info/info**
263:3

**information**
11:9
23:13
63:24
64:2,8
72:13,15
73:10,15
76:20
84:4
85:4,6,9
100:25
101:13
103:4,24
105:6

131:10
150:16
162:21,24
163:3,8,
10,14
165:18
166:9,12,
16,18
168:24
169:17
171:3,19,
21 178:9,
11,15,20
179:9,17
183:24
184:4,11,
15 185:6
187:19
190:15
191:20
200:5
202:1
213:6,9,
12 227:10
228:25
229:5,12
241:23
247:14,25
268:23
269:7,24

**Informed**
209:2

**initial**
73:12,22
74:2,5
192:24
198:24
227:11
229:6

**initially**
14:25
32:15
119:8
142:25
143:3,10,

11 163:21
170:2
217:19
226:20

**initiate**
132:9

**initiated**
151:13
215:13

**injury**
266:6

**inmates**
39:13,16,
18 40:3
41:7

**inquiring**
200:20

**inquiry**
215:7

**inspection**
55:19
56:4

**instance**
25:11
74:18
86:12

**instances**
181:20

**instruction**
19:4
30:17
34:11
89:10,20
90:2,10,
21 96:5
97:19,25
98:8
99:12,16,
19,21
106:10
251:2,15
256:4,21

**instruction
al**
108:20,24
140:23
163:24

**instruction
s**
221:9,23
222:1

**instructor**
28:4,7,10
29:5
30:2,8,
10,22
31:16,18,
20

**instructors**
26:24

**insured**
190:22

**insuring**
200:6

**INT4**
119:10

**intake**
269:6

**intend**
139:12

**intended**
173:15,20
174:15
202:23,25

**intense**
92:18
177:25
244:17,21
273:10

**intensity**
77:7
178:5
209:24

**intensive**
92:13,22
244:24,25
267:21

**interact**
130:21

**interaction**
265:13

**interaction
s**
29:11

**interagency**
86:21,23
87:5,12,
20 88:4,
13,15
212:3,10
218:14,16
243:13
244:7,9
245:13

**interested**
57:22
58:6
59:17,19
230:9,12,
14

**interior**
265:18

**intermitten
tly**
237:23

**internal**
97:4

**interrupt**
10:15
66:14

**intervene**
26:18
28:19
36:16
134:24



235:1
236:7

intervening
  255:10

intervention
  31:7,9,
  17,21
  32:1,4,6,
  14,16,18
  33:23
  77:18
  89:9
  90:20
  96:10
  130:20
  134:25
  135:19
  144:12
  172:11
  173:22,25
  174:3,8,
  20,24
  179:15
  189:7
  210:11,18
  226:21
  229:8
  244:25
  265:7,24
  267:21
  280:3

interventio
nist
  138:5

interventio
nists
  255:25

interventio
ns
  18:20
  28:5
  33:23
  92:7

108:17
127:13
128:1,2,
4,24
129:2,24
172:15
174:4
208:20
209:6,9,
12 210:14
218:6
220:3
235:9
267:4
280:4

interview
  120:11,
  19,20,21

interviewin
g
  267:10

introduce
  196:8

invited
  88:6,13
  272:3

involve
  236:4

involved
  15:21
  74:21
  81:3,8
  88:12,14
  143:2
  195:14
  237:4
  240:1,2
  250:1,2

involvement
  74:11
  78:17

involving
  74:8

216:3

iready
  25:11
  96:4,9,
  10,13,14,
  17,22,24
  108:20
  109:4,6,
  11 128:21
  209:1,5,
  15
  220:18,21
  221:1,5,
  10 224:6,
  9 239:7
  258:6,12,
  16 259:14
  260:24
  261:1,3,
  5,9,12,
  16,20
  268:7

isolated
  265:1

issue
  22:17
  50:24
  51:1,2
  124:13
  279:9

issues
  22:12,15
  23:10,11
  28:17
  39:17
  41:12
  46:1,2
  54:16
  57:16
  61:20
  144:3
  153:13
  177:8
  212:20
  245:6

issuing
  231:18

items
  226:24

iterative
  186:13

_____

J

_____

James
  73:17,18

January
  53:7,21
  54:1
  193:7
  198:11,18
  207:10
  208:9
  227:24
  268:6

Jasper
  48:17,18
  216:6,15,
  19 217:4,
  10,13

Jeannie
  248:23
  249:3,4

Joann
  9:2,15

Joanna
  263:2

job
  9:24
  10:9,18
  148:22

Johnson
  8:24 48:6
  50:8
  51:11
  112:15,19
  234:22

254:8

joined
  8:23
  276:12

joining
  34:18

Jones
  195:21
  196:3,7,
  22,25

Judd
  269:21
  270:2

July
  137:20
  144:23
  204:22

jump
  23:25

June
  64:20
  65:3
  118:20
  141:10
  201:23
  202:1,2,4
  203:21
  219:4
  223:7

justice
  35:9
  76:7,12
  83:21
  86:2
  87:16

juvenile
  35:12
  76:7,12
  83:21
  86:1
  87:16



**K**

**K-8**
96:4
97:24
98:3

**K12**
195:24

**keeping**
28:17

**Kelly**
8:16 9:11
13:2
66:17,20

**Kerri**
207:21
208:2

**keys**
278:8,19

**kids**
28:16
43:19
46:1 88:8
99:8,9
124:12
125:16
130:21
131:18
151:22
152:16
153:4
154:16
155:9
156:20
170:18
211:10,18
231:5
233:4,13,
14,16
245:9

**kill**
236:18,24

**kind**
24:18
27:18
33:16
34:7
35:23
40:16
41:10
66:20
84:5,12
86:14
88:11
89:11
95:20
100:4
146:6
149:24
156:3
169:17
172:20
176:13
179:15
186:4
203:1
205:23
213:9
220:23
240:8,12,
20 246:13
264:9
275:12
278:5,21
279:21,22
280:4

**kindergarte
n**
160:17

**kindergarte
ner**
160:18

**kinds**
36:12
38:6
40:7,14
45:24

89:2
169:1,6

**King**
8:10

**knew**
270:23

**knowledge**
251:19
257:11
275:17

**L**

**label**
251:2

**labeled**
251:15

**lack**
50:24
165:13
257:20

**lacking**
131:24

**lagging**
131:18

**Lakeisha**
146:17
167:4
169:10
225:3
241:1
253:21
261:6

**Lakeview**
50:4 93:7
111:1,19,
22 116:14
124:2,17,
20 125:1
159:25
234:20

**language**
257:5

**Lapointe**
275:22,23

**large**
54:6
123:23
124:5
160:23
191:15

**larger**
59:5
233:23

**Laura**
8:18

**Lauren**
113:3,6

**lawsuit**
15:9,14,
16 227:6,
8

**LCSW**
101:9,17,
21

**LEA**
18:6
78:14
128:21
162:8,15
181:4
182:25
194:18
195:8,17
196:4,16,
25 197:20
198:4

**leaders**
278:10

**leadership**
20:14
22:2,6,9
25:22

106:15
138:3
225:15
239:21
278:8

**leading**
185:17

**learn**
14:21,24
46:5
131:25
270:20

**learned**
58:5

**learning**
24:4,25
25:2 28:1
33:13
34:4,7,13
37:4,7,8,
16,21,24
38:15,22
39:1
40:8,12,
15 41:12
46:20,22
131:11
160:12
206:7,19
208:7
222:6
228:5,9,
11 278:12

**LEAS**
54:5
102:13,17
103:4,8
104:1,4
105:22
195:12,14
196:9,11
280:1

**leave**
68:2



152:22

**leaves**
164:5

**leaving**
139:14
140:18

**led**
88:15

**left**
72:18
118:6,7,
13 160:12
205:21
250:10

**legal**
203:25
204:8,10

**length**
150:16,19
153:2,14
154:10,23
155:11,20
156:4

**lengths**
150:21
153:13

**lesser**
156:7

**lesson**
100:3
109:6

**lessons**
109:5

**lets**
64:22

**letter**
55:11,13,
17

**level**
17:2
22:8,17,

20 24:13
39:8,9,
10,12
81:24
82:3,4,8
90:5 98:7
106:21
107:1
108:1
119:23,24
136:5
144:10
153:23
159:10
209:23
225:14
231:5
243:22
247:5,8,
11,12,17,
20 251:2,
16 256:2
260:11
264:5

**liaison**
139:20,21

**license**
21:15,16
91:24
96:12
97:12,15

**licensed**
41:14
89:7
91:23
102:9
116:6,20,
21 123:16
132:1,8
147:6,16

**licenses**
21:13,21
96:14,15
280:3

**licensure**
21:19
89:6
116:19
123:19
138:10,12
276:6,12

**Life**
31:7,9,
17,20,25
32:4,6,
13,16,18
134:25
135:18

**light**
191:5
273:15

**limited**
275:7

**lines**
83:6

**link**
188:15

**LIPT**
218:19

**list**
117:20
118:1
127:12,
17,25
128:24
169:14
191:16
204:24
209:5

**listed**
104:19
128:4
132:12
208:25
251:13
261:9

**Literacy**
274:5

**litigation**
14:7,10,
21,24

**local**
17:10
18:7
24:16
41:24
51:20
78:2
81:2,7,9
99:4,8,9
137:12
139:12
217:7
218:16
225:14
242:15,21
244:7
255:17
280:8

**located**
44:12,19
229:19
252:16
265:21

**location**
51:5
57:22
93:20
152:7
167:20
234:19
265:3

**locations**
18:13,16,
17 93:4,5
134:19
161:20
235:15

**log**
146:9

213:3

**log-in**
261:1

**Logic**
130:17,
19,20
131:1,3

**long**
12:7
19:25
32:19
63:5 73:4
91:8
111:7
151:22
152:3
155:25
203:2
211:6
262:6
270:20
271:9
276:8

**longer**
47:18,22
50:7

**longest**
151:16
155:4

**look-fors**
177:17

**looked**
185:5
189:16
240:7

**lot**
9:21 45:5
46:1
125:14
143:3
154:21
163:5
233:7



236:16
245:5
256:24

Love
  130:17,
  19,20
  131:1,3

low
  51:3
  210:7

lower
  165:20

LPC
  123:18
  275:24

lunch
  234:11,
  16,21

luncheon
  121:7

LVA
  123:20
  124:2

———————
    M
———————

Mackenzie
  250:5

Macon
  48:18
  195:13
  196:6

made
  52:22
  78:18
  79:5
  88:10
  127:20
  199:4
  202:9,12
  205:22
  215:7

237:1,2
240:14
255:1
271:1,2,
21

main
  139:10
  231:7,9

maintain
  24:1 82:8

maintained
  161:25

maintaining
  184:14

maintenance
  280:7

majority
  165:6

make
  10:9,17
  17:20
  43:13
  51:13
  54:17
  68:4
  157:22
  172:9
  185:20
  188:13
  189:4,9
  206:6
  223:15
  236:24
  255:3
  279:6

makes
  70:18
  261:10
  277:24

making
  31:12
  33:20
  179:11

214:9

manage
  125:13

managed
  164:16

management
  33:12,13,
  17 82:6

manager
  14:25
  15:2 17:1
  22:16,20
  53:14
  105:8
  133:16
  186:19
  250:5

mandate
  210:15

mandated
  208:20
  209:6,9,
  12 210:13
  218:5,8,
  9,12

manual
  30:11
  242:16,19
  243:6,8

manuals
  243:3,5

March
  269:18,22

mark
  56:14
  69:3
  71:21
  100:6
  104:22
  109:14
  126:20
  129:15

138:17
141:1
144:13
166:21
170:20
182:9
187:7
227:15
253:15
257:23
267:23

marked
  12:25
  13:12,17
  19:8,10,
  15 52:24
  53:1,6
  56:16,21
  69:5,10
  71:23
  72:3
  100:8,13
  104:24
  105:4
  109:15,20
  118:23,24
  122:8,11
  126:22
  127:2
  129:17,22
  132:21,22
  133:2
  138:19,24
  141:2,7
  144:15,19
  158:13,14
  166:23
  167:3
  170:21
  171:1
  172:23,24
  173:4
  175:24,25
  176:5
  182:11,16
  187:9,14

190:2,4,9
191:8,10
192:12,
14,19
194:10,
11,16
197:11,
12,17
199:10,11
201:15,17
203:13,15
204:15,17
207:3,4
213:16,17
215:21,23
218:21,23
222:23,25
225:22,24
227:17
241:2,4,9
248:7,8,
12 253:17
257:25
262:19,21
267:25
268:4
269:10,
12,16

markers
  155:14

Marriott
  196:6

Mary-
margaret
  32:16,25

master's
  20:13
  21:5,8
  22:8
  116:16
  119:24
  275:25

mastery
  109:10



material
  270:1

materials
  30:16,18
  33:20
  139:14
  140:19,
  21,23

math
  96:10,19
  97:11
  99:5
  257:5
  258:20
  280:4

Matt
  195:21
  196:22

matter
  8:5 12:22

matters
  61:22

Max
  25:13
  96:4
  97:8,9,
  13,17
  128:9,11,
  13

maximum
  39:11,12

Maxyne
  8:11

Mccollum
  138:25
  139:1,8,
  18,19
  140:12

Mckay
  211:1,5,8

meaning
  162:8

meaningful
  72:20

means
  10:3
  109:5

meant
  187:4
  268:12

measures
  249:11

mechanism
  279:16

mechanisms
  41:12

medical
  40:25
  235:24
  237:11,13
  265:12

medications
  84:5

medium
  39:11

meet
  12:3,7,9
  47:9
  81:12
  87:25
  119:9
  178:4,15,
  19 206:9,
  12

meeting
  73:16
  109:22
  122:17
  149:4,8
  151:1
  170:10
  179:21
  188:18,
  21,24

189:1
  192:10,23
  193:4,11,
  14 194:1,
  18 195:5,
  9,11,14,
  18 196:4,
  8,16,20
  197:1,4
  198:4
  207:13,18
  208:14
  211:9
  212:12
  227:12
  244:10
  263:3

meetings
  31:2 34:2
  46:19,25
  47:1,2
  65:17,23
  72:21
  73:11
  87:20
  108:23
  132:9
  156:9
  178:25
  179:25
  180:2,5,
  7,12
  181:7
  206:8
  224:11,
  15,25
  226:11

meets
  81:18
  156:8

Melanie
  8:24

member
  30:14
  41:18

42:25
  74:5
  88:20
  206:2,13,
  15,18
  235:8
  236:22
  277:25

members
  81:10
  83:23
  86:24
  126:2
  188:1
  208:2
  267:11
  279:13,17

memoranda
  246:17

memorandum
  246:6,8,
  14

memorandums
  245:25

mental
  28:11,13,
  14,16,17,
  22 29:2
  35:25
  36:1
  37:12
  38:7
  39:13,16
  40:2,5,
  17,21
  41:12,24
  42:6,17
  43:20
  46:2
  83:18
  84:21
  116:1
  123:4,8
  135:11

149:19
  236:2
  243:16
  244:1,17,
  21 245:8,
  14 246:18
  252:4,7
  253:12
  254:3
  269:7

mention
  135:22
  200:9,22
  208:16

mentioned
  17:3
  84:17
  85:25
  86:20
  90:2,25
  98:11
  120:19
  144:3
  149:23
  171:7
  173:14
  174:14
  185:10
  206:1
  212:21
  213:5
  276:15
  279:12

met
  107:6
  108:24
  206:25
  207:21

microphone
  66:15

Microsoft
  202:21
  241:14
  248:15



middle
    11:1
    38:24
    50:5 93:7
    98:9,23
    99:11
    106:14
    117:2
    126:9
    128:12
    234:19
    256:16
    260:10

midway
    75:1
    149:14
    160:9,16

midyear
    27:5
    222:9
    227:22
    239:25
    240:1
    260:13

milieu
    232:8
    234:25
    235:6,8

mindfulness
    89:20
    129:9

Mindset
    26:17,20,
    24 27:4,7
    28:8

mine
    141:14
    145:5

mini
    280:21

minimal
    251:19

minimum
    39:11
    96:24
    97:22
    259:5
    260:5

minor
    199:7
    205:19,
    21,22

minus
    43:22

minutes
    11:8 12:8
    96:20
    97:1
    152:4
    259:1,2,5
    260:2

mobility
    153:13

Moby
    25:13
    96:4
    97:8,9,
    12,17
    128:9,11,
    13

Mock
    263:2

mode
    150:7
    212:3

model
    29:6,9,
    10,14,19,
    22 30:1,
    10,14
    31:10
    32:6 33:3
    52:16,19,
    20 54:23
    58:18

59:22
    60:11
    123:22
    124:5,17,
    20
    125:10,15
    131:14,
    17,23
    151:24
    230:19
    231:15
    232:12
    233:3
    253:9,11
    273:8,12,
    18

modeled
    33:9

models
    124:15

modificatio
ns
    128:7
    271:21

modify
    41:4

moment
    279:22

Monday
    12:6

money
    64:23
    65:7
    136:24
    230:14
    274:25

monitor
    107:8,17

monitored
    108:10

monitoring
    107:7,12,

14,23
    171:20
    179:14
    209:1,18,
    20,22

month
    64:3 65:2
    71:3,5
    220:23

monthly
    25:23
    27:17,22
    47:9
    65:20
    87:23
    88:1
    146:14
    147:11

months
    70:11
    154:3,9
    155:3
    227:13

morning
    8:1 9:7,8
    125:6
    193:3

Morris
    22:13
    248:23
    249:3,4

mouth
    66:16

move
    13:9
    51:22,23
    52:4,8
    54:23
    66:15
    68:25
    111:10,
    15,17,21
    113:11
    123:22

124:5,17,
    20 139:10
    170:5
    248:25
    264:25

move-in
    176:18,23
    177:1,2

moved
    112:19
    153:4,6,
    10 177:2

moves
    260:25

Moving
    27:8,24
    30:21
    37:3
    41:17
    76:25
    80:25
    83:10
    98:11
    115:25
    128:23
    246:24
    259:24

MSW
    101:9

multi-site
    52:13

multiple
    47:25
    49:23,24
    51:8
    91:16
    163:19

music
    93:3,5,
    12,18,20,
    22 246:22

mutual
    84:3



**N**

najma
    207:21
    208:2

Nakeba
    133:3,4,
    15 187:16
    188:12
    189:20
    190:10
    192:20
    193:3
    194:17
    195:25
    197:18
    199:16
    200:2,25
    207:9,21
    209:13
    213:22,24
    214:6
    216:3,4,
    14
    219:12,21
    248:14
    268:6
    269:18

named
    248:16

names
    168:18

natively
    117:12

nature
    15:8 40:6
    147:20
    177:9

necessarily
    70:18
    79:12,14
    80:12
    257:8

needed
    36:14
    55:20
    90:23
    134:25
    139:14
    140:19,21
    162:13
    185:19
    220:12
    237:2
    243:22
    263:3
    275:14

needing
    78:9

neglected
    118:22

net
    113:7

network
    14:11,18
    16:20
    33:3
    46:11
    47:8,15
    171:2
    173:5
    182:17
    242:21

network-
wide
    206:16

neuropsycho
logist
    29:25

Nguyen
    8:20 9:18
    49:7
    56:8,12
    66:18
    121:4
    218:21
    237:16

night
    44:21,22
    45:4

nod
    10:8

non-bates-
stamped
    105:5

non-
disabled
    161:4

normal
    155:1

North
    37:5,14

Northern
    8:8

note
    11:22
    194:24
    197:7
    205:13
    233:21

notebook
    202:14,
    17,18,22

notebooks
    205:14

notes
    83:11
    230:22
    234:24

notified
    55:20

November

194:17
195:21
197:18
213:24
221:13,
16,18
226:5,10
253:22

number
    8:8 34:18
    35:18
    66:25
    68:15
    69:22
    70:9,14
    75:20,24
    76:10,18
    101:4
    102:10
    104:14
    110:3,10
    126:2,14
    136:5,12,
    15 150:1
    155:24
    158:21
    162:10
    208:17
    212:14
    234:7
    243:7
    245:12
    247:12,24
    254:15
    260:4

numbered
    106:7

numbers
    27:19
    51:2 67:5
    68:14,21
    76:13
    125:7
    137:8,9
    158:25

166:10,14
167:17,24
168:2
169:2
184:18
228:18
234:6

numbers/
severity
    123:23
    124:6

numerous
    257:13

**O**

O'CONNELL
    15:4,5
    250:6

Oak
    50:5 93:7
    117:2
    128:8

oath
    10:3

Object
    49:7
    270:5
    273:3

objections
    11:23

obligated
    238:16

observation
    77:19

observation
s
    251:19
    278:19

observe
    28:18

270:5
273:3,6
274:15
277:15
279:20
280:12



observed
    270:18

obtain
    20:17,25
    21:16
    22:7

obtained
    113:13
    256:19

occasionall
y
    84:10,14
    85:22
    266:1

occupancy
    58:7

occur
    26:1
    34:14
    48:19
    87:21
    93:13
    150:25
    152:12
    154:15
    155:19
    177:5
    192:8
    240:15
    270:21

occurred
    76:15
    135:10
    152:11
    272:4,7,
    11,15,20

occurrence
    271:15
    272:1

occurring
    168:21
    193:12

occurs
    71:1
    134:22
    235:10

Oconee
    15:17
    16:12
    19:23
    20:1,4
    22:11,13
    23:5,8,
    14,19
    27:11,16
    30:6,19
    34:18
    43:8,16,
    18 46:8
    47:24
    48:2,9
    49:22,25
    50:13
    51:7,13
    52:8,12,
    17 55:2,
    11,19,24
    57:11
    58:13
    59:4
    61:13,16
    62:14
    63:6,18
    65:17,18
    66:3,8,12
    67:4,8
    68:8,11
    69:11,17,
    23 72:6,
    12,16
    73:5,8,21
    74:10,13
    75:10,15,
    25 76:10
    77:23
    78:8,17,
    23,25
    79:18

80:1,16
81:21
82:21
83:11,16,
18,24
84:9,18,
20,21
85:2,7,
10,11,14,
17,21
86:2,6
87:13
88:3,23
89:1,12
90:8,15
91:3
92:21,25
93:19,25
94:13
96:18,25
98:3
99:11
100:18
101:14
102:14
103:5
104:1
105:7,12,
21,25
106:24
107:25
110:19
112:12
113:21,24
114:5,15,
18
117:13,
15,21
120:7
126:17
130:1
133:7
134:17
135:6
146:20
147:1
148:25

150:2,5,
17 151:17
152:5,18,
25 153:15
154:24
155:5,16
156:13,
15,23
158:6,19
159:7,24
160:2,6,
22 161:3,
8,13,22
162:11,
16,23
163:2,9,
13 164:10
165:16,23
166:5
169:22,24
170:1
178:18
180:1,4,
11,17
181:5,9,
13,14,19
182:3
183:10,17
184:8,10,
16,18
198:22
212:18
215:1,14,
18 216:16
217:5,7,
16 218:15
225:4,18
227:22
228:6,15
231:14,15
232:13
234:16
238:16
240:18
246:2,5,
15,17
247:18

252:5,9,
12,19,22
253:3,7
254:15,
18,22
255:13
256:3
258:13,17
261:22
262:1,3,
9,12,15
263:8,13,
16 264:2,
6,16
265:5,18
266:9
267:18,20
268:25
270:17
273:8,22
274:2,25
276:9,13,
15,20,21,
25 277:2
278:1,4,7
279:5,7,
13 280:5

Oconee's
    61:18
    62:5
    63:15
    65:7 85:1
    140:1
    237:24

Oconee_
temp_042177
    117:14

October
    8:3
    190:13
    191:16
    192:21
    193:2
    221:12,
    13,16,22



Odysseyware
  98:20
  99:23
  128:17,19

offered
  88:24

offhand
  25:5

office
  127:22
  231:10

officer
  236:23
  237:5

official
  47:8
  55:16

offshoot
  128:18

Okeechobee
  35:1

older
  98:11

oldest
  160:2

on-site
  239:23
  240:3,6

one-to-one
  95:17

online
  90:17
  97:9
  98:4,13,
  18 99:16,
  19 100:2
  193:3
  240:6
  243:6
  245:7,8,9
  256:9,12,

13,20
257:21

Open
  127:5,21
  269:23
  270:3

opened
  58:16,17

operate
  92:4
  224:5,17,
  20 242:20

operating
  237:24
  256:9,12

operation
  242:11
  278:13

operational
  239:14,15

operations
  242:16,17
  243:3,5,
  6,8 279:1

opinion
  60:5
  134:2
  232:6,11
  233:20
  244:3

opportuniti
es
  211:14
  242:23

opportunity
  11:12

opposed
  44:2
  131:19
  235:1

option

179:22
180:1,13
232:18

options
  229:10

oral
  10:11

order
  10:7,9
  24:22
  26:8
  39:22
  81:12
  134:9,11
  135:18
  163:23
  237:8

organizatio
n
  33:20

organizatio
nal
  278:13

organized
  17:16

original
  32:17
  33:2

outcome
  143:22
  228:7
  239:12

outcomes
  184:1
  232:13

outline
  101:12

outlined
  149:16

outlining
  126:1

outpatient
  42:10

over-rid
  181:2

overlap
  43:6,12,
  14,15
  46:6

overridden
  181:4

override
  181:2

oversee
  61:23

oversight
  61:19

overview
  169:25
  176:14
  220:2

overwhelmed
  233:17

overwhelmin
g
  233:13

——————————

        P
——————————

p.m.
  121:6
  122:2,4
  184:24
  185:2
  192:23
  193:4
  196:5
  237:18,21
  274:17
  280:16,22

package
  64:14

packet
  171:3,8
  178:9,12,
  15 179:9,
  12 184:11
  185:6,20
  187:19
  189:2
  190:15
  191:20
  200:5
  202:1

packets
  178:20
  183:24
  184:15

pages
  106:7
  133:21
  228:20
  229:14

paid
  101:5
  128:21
  132:13
  279:14,17

paperwork
  269:6

paragraph
  75:1 77:4
  98:12
  135:22
  137:10,18
  149:14
  260:8,10

paralegals
  13:7

paraprofess
ional
  67:13
  90:6,13
  111:5
  115:8,24



paraprofess
ionals
    67:17
    101:5
    103:15,
    18,25
    104:3,6,
    7,14
    111:6
    278:22

parent
    22:17
    43:2 85:9
    87:4
    138:5,7,
    8,13
    164:16,20
    196:12
    210:9
    217:19,23
    235:2,15
    255:9

parents
    72:13
    83:12
    106:16
    132:9
    150:10
    152:15
    164:24
    231:11
    233:12
    268:25

parking
    233:7
    236:16

part
    41:2
    42:12
    64:14
    97:19
    110:8
    129:8
    136:14,19
    166:8

171:10
175:5,6
200:6,9,
13 209:20
225:7
227:6
232:20,
21,23
233:23
238:24
239:3

part-day
    79:12,15,
    18,22
    80:5,6

part-time
    170:14

part-week
    80:2,5,8,
    10,11,17,
    23

participant
    30:11,12
    87:11
    88:3

participant
s
    73:22
    195:2

participate
    24:17
    58:4
    59:25
    60:3,15
    72:19
    73:2
    74:13
    152:5
    159:20
    161:19
    180:2,9
    186:22
    188:24
    194:1

195:17
198:22
212:13
230:9,12
249:23
274:6,7

participate
d
    60:6
    73:14
    198:20
    212:14
    263:24

participate
s
    120:20
    180:4,7
    218:15

participati
on
    88:2
    119:12
    186:18
    264:5

parties
    171:19

partners
    243:13
    245:13

parts
    131:9

party
    86:17

pass
    259:8,20

passed
    257:15

passing
    108:25
    109:3,7

past
    63:7

87:24
143:15
152:10,11
165:19
245:1
265:14,16

Pat
    13:21
    57:19

patchwork
    163:20,21

pathway
    114:25

patients
    41:25
    42:3 44:1

Patricia
    8:5 9:2,
    15 180:8
    280:15

pattern
    23:2
    67:2,7
    104:8
    105:17
    110:3
    122:25

patterns
    245:5

Paul
    29:24

Pause
    117:18
    122:14

pay
    30:14,16
    44:17
    275:10

paying
    275:6,15

payroll

279:15

pays
    44:16
    96:15
    97:15

PBIS
    18:19
    132:17,18

pdf
    133:6
    219:6

pedagogy
    251:20

peers
    161:4

pending
    113:3

people
    22:25
    25:4,5,7,
    14 32:17
    42:14,15
    53:25
    66:8,12
    67:1 89:6
    95:12
    96:23
    114:11
    135:5
    142:16

percent
    82:7,9,10
    92:7,10
    99:21
    125:3
    135:15
    140:8,9
    150:14
    165:20
    230:23,24
    233:1
    259:9,16,
    19 260:1,



6 264:2

**percentage**
82:11
98:2
125:1
139:9
140:6
160:23
165:16
264:7,10

**percentagew
ise**
150:12

**Perfect**
280:9

**perform**
35:24
278:24

**performance**
247:4,21
278:11

**performance
s**
278:25

**performed**
40:2

**performs**
278:23

**period**
81:23
82:3,18,
24 155:16
217:24
218:1

**periodic**
122:21

**periods**
83:5

**permission**
191:2

**permissions**

255:9

**person**
22:18
29:6,9,
13,19,21
40:18
47:5
57:12
67:19,22
116:6,16
126:13
135:11,14
138:9,11,
12,14
139:24
142:13
143:4,5,
20 235:11
253:6
266:20
267:8

**person's**
68:1

**personal**
213:12

**personally**
154:24

**Personbrain**
29:25
30:10,13

**personnel**
22:12,15
27:10,15
57:16
61:20
120:2
235:10
267:16
271:4
279:5,7

**pertained**
57:15

**pertaining**

227:8

**phase**
198:24,25
199:5
203:7
218:1

**phone**
144:1
179:4

**physical**
16:23,24
24:3
26:12
264:25
265:6,12,
13,24

**physically**
26:18
42:2 49:3
74:20
124:8,10
150:5
163:25
177:7
216:24
230:15
265:4,6

**pick**
164:20,24

**picked**
165:3,5

**picking**
151:23

**pickup**
164:17
235:15

**pickups**
235:2

**pictures**
55:22

**picturing**
233:4

**piece**
129:9

**pieces**
62:18

**pilot**
73:12,22,
24 74:2,5
198:10,
18,20,24,
25 199:5
203:7

**piloted**
198:15

**PL**
219:7

**place**
44:15
92:10
135:11
164:23
173:16
174:4
238:13,14
253:12
273:20

**placement**
153:24
170:14,
15,16
175:4,18
180:13
200:16

**placements**
75:5,13,
19,23
76:4,5
187:20
190:17
191:23
202:4
233:22

**places**
51:3

234:18

**plaintiff's**
13:1,12,
17 19:9,
10,15
52:25
53:1,6
56:14,16,
21 69:3,
5,10
71:21,23
72:3
100:6,8,
13
104:22,24
105:4
109:14,
15,20
118:23,24
122:8,11
126:21,22
127:2
129:15,
17,22
132:21,22
133:2
138:17,
19,24
141:1,2,7
144:14,
15,20
145:15
158:13,14
166:21,23
167:3
170:20,21
171:1
172:23,24
173:4
175:24,25
176:5
182:9,11,
16 187:7,
9,14
190:3,4,9
191:9,10,



14
192:13,
14,19
194:10,
11,16
197:11,
12,17
199:10,
11,15
201:16,
17,21
203:14,
15,19
204:16,
17,21
207:3,4,8
213:16,
17,21
215:22,23
216:2
218:22,23
219:2
222:24,25
223:4
225:23,24
226:3
227:16,
17,21
229:3
241:3,4,9
248:7,8,
13
253:16,17
257:24,25
258:4
262:20,
21,25
267:23,25
268:5
269:11,
12,17

plan
36:18
55:25
56:2
172:11

173:22,25
174:3,8,
20,24
179:15
189:7
196:11
210:11
222:9,12,
16 225:7,
8,9,10,17
226:21
227:23
228:7
229:8
238:8,10,
11,12,17,
19 239:11
240:7
241:15,22
242:6
247:25
248:1,3
249:1

planning
34:11
53:9,22
54:4 74:9
77:18
172:1
193:3
206:20
218:17
244:7

plans
36:10,13
38:12
131:8
210:18

platform
99:19

platforms
98:4,18,
23 99:1,
17 257:21

play
15:24
58:16
61:21
264:8

point
10:20
23:18,25
27:8,24
56:8 65:1
98:20
99:23
121:2
123:3
128:15,16
150:18
170:8,12
225:10
232:18
233:21
234:24
262:2

points
156:3

policy
164:23

poor
46:4

population
45:9,24
68:23,24
114:13
143:7
144:5,7

portal
169:7,10,
13,16
212:22
213:1,6,
14 261:6

porthole
146:25

portion

137:2

position
41:21,22
46:14
67:18
104:19,20
112:10
115:7,8
116:23
117:3,6
120:10
123:4,8,
14,15
137:13
138:13,14
220:11
275:1,2,
8,15,20

positions
34:18,22
67:3
105:21,25
106:3
110:22
115:3
116:9
147:4

positive
18:20
24:1 28:4
33:22
35:18
82:13
92:6
130:21
164:9
235:9

possibly
52:18
78:13
125:20
157:9
229:18

post

202:13
256:6

post-
secondary
162:2

post-tests
256:18

posted
224:11

potentially
157:25

power
267:13

Powerpoint
74:21
197:20
224:12

practice
84:15
85:23
89:20,21
90:3,11
107:15
108:8
152:10
248:17,24
249:7,8,
9,12,16,
20 250:3,
9,14,20
251:2,9,
15,23

pre-k
160:7,10,
17

preexist
249:13

preexisted
249:15

preexisting
276:20



preparation
  12:10,14
  113:16

prepare
  11:25
  27:22
  69:20
  110:6
  197:7
  198:4
  270:25

prepared
  65:21
  235:14

prepares
  63:18

present
  44:7
  70:12
  163:25
  164:1,6
  165:17
  186:24
  187:1
  195:12
  211:1
  236:6
  270:16
  275:9

presentable
  271:2,3

presentation
  55:15
  197:8
  198:3,7
  211:5

presentations
  74:22

presented
  73:10,15

presenting
  186:23

presently
  48:3,4
  70:15
  113:25
  152:9
  212:1

president
  46:11,16,
  18 47:4,
  8,11,15,
  22

pretty
  68:20
  85:3
  87:18,23
  89:19
  97:5
  169:18
  172:16
  177:21
  184:17
  235:21
  236:19

prevent
  75:23
  215:4

prevented
  75:11,17

previously
  58:19
  67:23
  206:1

Price
  57:19
  59:17,19

Price's
  60:1

primarily
  147:6
  178:24
  180:10

279:6

primary
  111:17
  159:18
  160:9,16
  212:3,6

principal
  237:1

printed
  195:1

prior
  55:19
  113:9
  117:24
  130:9,16
  133:16
  172:19
  174:4
  208:12
  229:6,9
  241:20
  250:4,6

prison
  39:5,8,
  18,21
  41:8,15

private
  42:18
  43:1
  83:19
  85:13,18,
  20 87:17
  276:16,
  19,22,25
  277:1,8

privately
  142:21

privilege
  11:24

proactive
  131:14

problem

131:20,21
  134:14
  135:23
  137:11
  149:18
  164:11,
  14,25
  165:9
  169:21
  235:20
  260:19

problems
  92:9
  170:5
  178:4

procedural
  26:1
  172:21
  266:5

procedure
  120:18

procedures
  92:8
  108:16
  164:7

proceed
  11:19

process
  36:24
  39:1 54:7
  55:5 68:2
  74:9
  78:18
  120:1,7,
  19 157:14
  171:7
  176:15,
  18,19
  178:3,7
  179:20
  185:17
  186:13,18
  196:9
  225:11

226:25
  238:22
  239:9,10,
  24 249:23
  251:22
  252:25
  255:5
  278:15

produced
  16:3
  69:15,19
  117:12
  158:19

profession
  104:18

professional
  21:13,21
  22:2,4
  24:25
  25:2 28:1
  33:12
  34:4,7,13
  46:20,22
  86:25
  89:7,22
  91:25
  102:9
  116:16,20
  131:10
  138:10,12
  206:7,19
  208:6
  222:6
  232:6,11
  275:23
  276:2
  278:12

Professionally
  117:16

proficiency
  251:1,8,
  10



proficient
  250:22

program
  14:12,14,
  15,19,25
  15:2,19
  16:1,7,
  10,11,13,
  14,15,25
  17:1
  19:23
  20:1,4,7,
  8 22:11,
  16,20
  23:9,14,
  16,19
  26:17,23
  27:9,14
  28:14
  33:6
  34:17
  37:8,9,11
  39:20
  51:9
  53:14
  54:11
  58:18
  59:13,21
  68:3
  72:20,25
  73:1,4,9,
  22,24
  74:2,3,6,
  14 75:11,
  21 77:5
  81:4,13
  89:3,4
  92:23
  96:11
  99:22
  100:2
  105:7
  107:5
  108:12
  113:14,
  15,18,19,

20,24
114:7,21
115:13
118:16
119:8,13,
14
127:11,14
130:20,23
133:16
136:8,9,
25 137:19
139:11
142:1
150:3
153:1,21,
23 157:8
159:25
175:18
176:24,25
177:3,4,
7,12,14
180:23
182:6
183:19
184:19
186:19
201:11
217:5,7
231:25
232:7
238:12
239:20
242:10,
14,16,17
243:2
244:3
246:1
247:4,5,
8,11,12,
13,17,20
249:10,11
250:4,13,
16,22
251:25
252:2,3,4
253:2,11
256:9,10,

13,14,20
259:14
260:16,17
261:1,9,
15,16,18
264:21
273:18
279:25
280:6

program's
  139:10

programs
  16:21
  17:4
  24:15
  25:7,9,
  10,14,15,
  16 32:20,
  22 33:8
  38:3,11
  44:18
  73:12,13,
  24 75:2
  99:4,5
  107:3
  114:8
  128:20
  134:1
  143:16
  151:5
  177:18,
  20,23,24
  198:10,
  15,20
  200:14
  202:21
  209:10
  218:10
  221:5,14,
  19 222:9
  240:21
  242:20
  251:9
  260:17
  280:3

progress
  84:5 85:5
  106:20,21
  107:7,8,
  12,14,17,
  23 108:10
  171:20
  209:22

project
  230:10,
  13,15

prompt
  108:15

prompted
  216:18
  220:9

proportion
  163:24

proposal
  64:13
  65:5,9,
  11,14
  105:11,12
  169:17
  220:4

protege
  33:3

protocols
  147:15

provide
  15:18
  17:11
  24:4,25
  25:2,4,5
  26:16
  27:2,17
  28:20
  29:2
  33:12,16,
  24 34:4,8
  36:19,22
  37:10
  40:21

41:6,10,
24 42:23
43:4 45:3
46:20,22
54:5
61:19
72:13
75:2
77:17,21,
23,25
78:3,21
79:1 84:8
87:3 88:8
89:8,9,22
94:15
98:14
101:3
115:14,23
122:21
127:11
130:6
131:24
135:18
137:12
139:12
142:22
168:23
169:5,25
171:22
181:19
183:9
198:2
219:17
227:10
229:11
234:6
240:18,22
247:3
270:1

provided
  30:12
  35:19
  79:2
  88:22
  89:2
  92:25



115:22
127:13,23
129:3
146:4,10
158:21
169:15
183:8
205:17
219:18
228:8
260:13

**provider**
86:13
132:1

**providers**
83:19
85:13,18,
20 87:17
182:2
212:13
243:25
244:9
245:8
269:7,8
276:16,
19,22,23,
25 277:2,
8

**providing**
27:25
33:19
43:1
63:13
86:16
127:17
171:19
242:22

**provision**
86:10

**psych**
45:11

**psychiatris
t**
40:22

**Psychoeduca
tional**
16:12
33:3

**psychologic
al**
34:25
35:16,20
36:20
172:13
175:1
179:13
189:8
226:22
229:8

**psychologis
ts**
256:1

**psychology**
114:12
138:9,10
276:1

**public**
19:2
37:17
42:17,19
84:22
277:1

**pull**
162:13
166:11,17
247:19

**purchase**
96:14

**purchased**
99:6

**purchases**
99:4,7

**Pure**
94:8,23
95:5,21
246:20
277:3

**purpose**
63:14
196:7
219:24
267:1
269:4

**purposes**
9:19

**pursue**
162:1

**pursuing**
119:15

**purview**
17:11

**push**
82:22
83:4
182:4

**put**
25:15
159:4
163:7,8
174:3
185:10
208:13
237:8
238:13,14
242:5
245:7
261:4

**Putnam**
48:6 50:7
93:10
111:17
152:13
234:20
274:10

**putting**
261:15

---

**Q**

---

**qualificati
ons**
115:17
178:5

**Qualified**
117:16

**quality**
40:7

**quarterly**
145:22

**question**
10:17,21,
22 11:2,
3,10
43:11
49:8
75:14
82:19
88:2
106:13,17
107:10
108:14,15
119:17
120:4
139:2
140:13
142:8
143:22
147:20,
21,25
157:23
161:6
193:8
201:6
208:16,18
216:18
239:8
254:2
258:14
270:6
272:12

273:4
274:24
275:4,13
280:5

**questionnai
re**
210:3
217:20,22
239:6

**questions**
9:23
11:15,18,
21 13:10
119:18
171:24
172:5,9,
13,17
173:6,9,
15,20
174:15
175:8
185:6
207:24
212:17
271:19
274:22
277:12,22
280:10

**quick**
270:22
274:13

**quickly**
13:10
111:9
153:11

**quizzes**
256:18
259:18

**quote**
203:25
226:9



R

race
  159:12

Rahming
  133:3,4,
  13,15
  187:16
  188:24
  189:9,25
  190:10
  191:6
  192:20,21
  193:1,16,
  21
  194:17,24
  195:17,25
  197:18
  198:2
  199:17,19
  200:3,25
  207:9
  209:13
  213:22,24
  214:6,25
  216:3,5,
  13 217:12
  219:18,25
  220:6,12
  248:14
  268:6,11
  269:18
  270:9

Rahming's
  191:1
  215:11
  217:3

ramp
  236:17

ran
  236:16

range
  38:21

257:2
264:10

rate
  165:20
  239:13,19
  259:8,20

rates
  166:1

rating
  239:17
  240:14

ratings
  228:7

ratio
  95:17

Ratios
  100:16,18

RBT
  94:5,10

re-deliver
  31:21,23

reach
  212:16
  216:12
  280:6

reached
  141:20
  212:19

reaches
  244:5

reaching
  193:16
  270:3

read
  99:4
  139:16

reading
  96:10,19
  97:11
  108:7

280:4

ready
  156:11
  204:23
  242:24
  277:15

realistic
  232:17

realize
  64:12

realized
  239:8

reason
  11:14
  48:22
  49:10
  50:21
  51:1,18
  52:7
  60:13
  61:1
  69:18
  70:20
  89:15
  120:16

reasons
  133:24
  137:6
  159:1
  170:18

reassigned
  51:4

recall
  36:8,17
  38:23
  48:24
  49:21
  60:20,21
  61:3
  73:17
  141:13
  148:1
  149:9

150:21
151:8,15
152:13
154:10
167:11
168:25
185:19
198:21
211:7
212:19,23
215:10
222:22
225:21
249:25
250:2
253:10
276:17

recap
  188:12

receive
  15:17
  19:4 21:8
  24:22
  55:11
  60:18
  64:2
  79:12,16
  89:12,17,
  19,24
  90:3
  91:3,13,
  15 93:20,
  22 99:12
  107:25
  134:10
  136:19,24
  140:12
  154:11
  166:2
  169:22
  191:5
  217:6,11
  224:1,14,
  23 240:9,
  16 243:3,
  5 245:14

253:4
254:18,19
255:4
256:3
269:1,5
278:5,6,
16,18,22
279:25
280:2

received
  57:4
  58:22
  63:6
  127:21
  140:16
  167:12
  224:3
  247:21
  254:3
  258:4
  269:21

receiving
  58:25
  64:7
  80:12
  81:2
  89:25
  94:14
  154:5,25
  155:6
  167:20
  168:21
  256:21
  262:10

recent
  100:14
  127:3
  133:3
  138:25
  141:9
  144:21
  192:20
  199:18
  213:23
  216:4



223:6
241:10

recently
57:19
267:7

receptionist
235:10

recess
61:7
121:7
184:25
237:19
274:18

recognize
19:15
53:11
57:1
69:12
100:20
105:8
109:23
117:17
122:18
127:7
130:4
133:10
139:5
141:12,13
145:3,5
159:2
167:10
171:4
173:7
176:6
187:23
190:19
191:24
194:22
197:25
199:24
202:6
207:15
214:2
216:9

219:9
228:1
241:17
248:19
253:24
258:9
268:9

recollection
223:11
228:24

recommend
81:22
82:7
156:2
207:22
273:15
279:8

recommendation
41:3
96:22
279:9

recommendations
87:3
241:15
242:5
279:7

recommended
96:20
207:10
208:13
249:10

recommending
120:16
182:1

record
8:2 9:14
10:8
11:22
61:5,8
92:2

121:5
122:3
162:16,
19,20
183:20
184:23
185:1
237:17,20
248:2
265:18
274:16,19
279:19
280:15,
16,17

recorded
164:25

recordings
265:23

records
127:5,21
183:10,17
184:8
269:1,4,
5,6,23
270:3

recruitment
120:5

red
242:5

reduce
24:2
25:17,20
26:8

reduced
151:24

reducing
26:2

refer
82:10
92:20
143:2,10
188:5
212:18

243:8
252:22
253:7
255:12

reference
33:11
34:3
36:24
54:20,25
119:3
124:2
137:18
194:7

referenced
61:12
85:6
110:6
116:11
133:13
175:1
195:4,9
243:3
247:9,22

references
76:3
118:9
120:12
168:13
192:5
229:18
235:23

referencing
22:21
140:22
204:10
236:1

referral
76:6 77:1
80:25
171:6
176:14
185:4
229:6
252:21

253:1,4
255:3
266:14

referrals
92:15,19
184:2
230:22
231:12,19
255:2

referred
14:15
76:11
98:19
170:1,18
171:8
172:10
173:16,
21,24
174:5,16,
22 176:20
183:18
184:19
218:16
226:20
229:20
277:5,6,7

referring
25:10
26:5 35:9
37:1 47:1
51:25
54:22
85:8
120:23
123:9,10
140:3
144:8
171:12,18
172:19
176:8
209:6
212:10
213:10
214:13
219:22



230:13
245:22
249:8
255:19,22
268:18
270:13
276:5

**refers**
81:9
145:17

**reflect**
205:23

**reflected**
264:11

**reflecting**
165:2

**reflection**
109:9

**reflects**
105:20
167:16

**refresh**
223:10
228:24

**region**
17:17

**regional**
15:19
17:9
18:10
33:8
56:23
57:22
58:12,18
196:11

**regionally**
16:22
17:4

**regions**
17:5

**registrar**

163:7

**regular**
34:2 45:2
65:17
76:16
154:12
206:10

**regularly**
27:9,14
87:23
107:8
161:22
162:10

**Rehab**
142:17,
20,21,23
143:1,9,
11,13
144:4
147:21

**reimbursed**
116:10
146:2

**reimburseme
nt**
142:4
144:24

**reimburseme
nts**
145:10

**reintegrati
on**
53:8,22
54:4,12,
20,22
55:25
56:2

**reintegrati
on/
relocation**
54:7

**reiterate**
208:23

**related**
230:6
245:19

**relates**
14:10
101:13

**relationshi
p**
231:22

**relationshi
ps**
130:22
210:5
276:20

**relative**
104:15

**relaying**
205:6

**release**
84:4
85:3,6
204:6
205:10
269:1,4,7

**relevant**
21:25

**relying**
235:2,15

**remain**
181:17

**remainder**
59:7
112:22
208:20

**remember**
11:9
49:13
55:13,16
56:1
59:12
69:18
97:5

133:24
140:16
143:1,4,
5,6 145:6
151:9
153:2
186:1,11,
23,24
192:9,10
208:6
211:15
220:7
253:25
270:7
271:11

**reminder**
258:23

**removed**
200:6,13,
17

**renewed**
118:21

**rent**
44:17

**repeat**
75:14
258:14
272:12
275:4

**repeated**
165:21
251:22

**repeating**
33:21

**rephrase**
82:20
225:9

**reply**
60:18

**report**
22:10,14,
18,23,25

23:3
161:25
162:13,14
165:1,23
166:4,6,
7,8,9,14,
15,16
179:13
184:18
247:20
258:19
266:13,24
267:2

**reported**
57:13
163:6
167:17,24
168:2,14,
15 266:7

**reporter**
8:11,15
10:2,6
12:25
19:8
52:24
56:14
69:3
71:21
100:6
104:22
109:13
126:20
129:14
138:17
140:25
144:13
166:21
170:20
182:9
187:7
280:18

**reporter's**
10:18

**reporting**
265:24



reports
  68:3,5
  258:12,
  16,24
  259:25
  260:13
  267:5

represent
  8:14 9:11
  158:23
  277:21

representat
ive
  87:13,14

representat
ives
  66:1

represented
  9:18
  160:25

representin
g
  8:12
  272:10,14

request
  100:25
  101:3
  118:18
  127:5,18,
  20,21
  130:11
  139:8
  182:17,22
  183:3,14
  185:7
  190:15
  191:21
  202:2
  203:24
  223:15
  260:24
  269:23
  270:4

requested
  101:8,13
  181:21,22
  203:11
  229:5,11
  241:12
  263:9
  270:1
  272:6

requesting
  15:18
  127:11
  168:24

requests
  183:10,12
  240:16
  280:7

require
  75:4
  177:23
  213:11
  269:6
  280:19

required
  22:7
  55:24
  96:12,25
  97:12,22
  108:12,23
  114:5,6,
  13,15
  142:23
  146:2,6,
  8,12
  179:12
  229:1
  238:25
  244:20
  256:6
  257:2,12

requirement
  143:1
  175:4,18,
  20

requirement
s
  24:13
  119:10

requires
  174:6,8

requiring
  75:12,18

RESA
  16:22
  17:5,8,
  10,13
  18:9
  22:13
  24:16,24
  27:11,16
  52:1
  57:11
  61:16
  62:2
  63:20
  65:17,22
  66:2,5
  71:6
  105:7
  109:22
  110:4
  113:21
  120:23
  122:17,21
  195:25
  228:6,15
  278:7
  279:7,10

RESA's
  228:17

RESAS
  16:24

research
  29:10
  227:1

research-
based
  251:4

reserved
  11:24

residential
  42:9
  75:4,12,
  17,23

resolution
  149:19

resolved
  143:23
  180:19

resource
  170:6
  202:19
  236:22
  237:5

resources
  143:14
  202:20
  211:2,14
  228:5,9,
  11

respect
  61:22
  129:9

respecting
  246:12

respond
  22:18
  142:7
  147:24

responded
  148:1
  215:12

responding
  15:21
  142:11

responds
  127:9
  193:21
  200:25

response
  11:10
  16:4
  41:18
  53:18
  54:10
  69:16
  100:25
  127:17
  130:11
  140:12,
  14,16
  147:14
  148:4
  158:20
  215:11
  217:3
  241:20
  254:2

responsibil
ities
  46:18,24
  68:1
  148:9,18
  149:7,12
  220:4
  242:17

responsible
  178:22
  184:14
  266:18
  279:2

rest
  27:1
  115:23
  186:25
  187:2,3

restrained
  237:8
  267:8

restraining
  266:20

restraint
  24:3



26:13
264:25
265:6,13,
25
266:10,24
267:2,11

restraints
264:21
266:7
269:24

restrictive
16:17
75:5,13,
18 76:3,4
156:7
172:15
229:10
267:3,12

result
86:9

results
225:4,19

resume
19:19,20
23:12
34:24
46:10
148:7,13

retired
118:6,15
141:25

return
158:6

returned
168:19

reveal
251:19

review
12:14
25:22,24
26:6
27:18

34:2 41:4
148:17
150:16
171:24
177:5
191:3
192:3
200:7
208:19
225:14,16
227:23
239:23
240:6,19
241:21
257:17
258:23
260:17
266:21,
23,24,25

reviewed
12:21
108:21
130:9
145:15
149:24
156:6
178:12
186:15,21
203:25
204:8
218:6
225:8,10
226:25
229:1
265:23
266:3
267:5

reviewing
13:14
19:12
53:3
56:18
69:7
71:25
100:10,21
105:1

109:17,24
126:24
129:19
132:24
138:21
141:4
144:17
158:16
166:25
170:23
173:1
176:2
182:13
187:11
190:6,20
191:12
192:16
194:13
197:14
199:13
201:19
203:17
204:19
207:6
213:19
215:25
218:25
223:2
226:1
227:19
241:6
248:10
253:19
258:2
259:25
260:12
262:23
267:1
268:2
269:14

reviews
222:16
225:13
226:6,16
228:22
240:3,9,

17,24

Revised
199:21

ridden
181:2

ride
150:13

riders
150:13,15

rides
150:17,
19,21
151:3,4,6
152:3

Ripple
90:17

risk
210:7,8

River
41:18,22
42:5,12
43:7,16,
18,21
83:18,25
84:8
85:7,9
87:14
246:1,6
252:5
253:3
277:2

road
49:17

Robena
275:22,23

Rockdale
142:2

role
15:24
23:13,15
24:8

36:20
38:1
42:24
47:11
58:15
61:17,21
67:24
113:11,12
206:4,6
235:25
278:4

roles
139:23

Roll
198:7

rolled
198:16
199:6

rollout
199:3

room
41:24
42:1,2
186:2
234:11,
16,21
236:5
237:7
271:17

rooms
267:20

Ross
131:23

roster
159:6

Rosters
158:22

Rosters.
xlsx.
158:23

rotate
95:14



rotates
    88:17

rotating
    135:10,14

rotation
    95:20

rough
    99:15

roughly
    64:18
    104:13
    125:2
    150:11
    157:6

route
    143:19

row
    245:11

rubric
    248:15,
    17,22
    249:6,13,
    14,15
    250:7,8
    251:1

rule
    174:6,8,
    10,11
    175:5,6,
    22
    188:14,15
    189:5,6,
    11,17
    190:24
    196:9
    202:20
    214:8,12,
    13,14,16,
    19 215:3,
    13,15

rules
    92:8
    164:18

run
    17:20
    142:21
    157:3
    233:6,7,
    16 236:18

runners
    233:6

running
    231:9
    233:9
    268:23

runs
    88:17

rural
    62:21

Rutland
    33:4

——————————

——————————
        S
——————————

safe
    124:13
    271:7

safely
    26:17
    164:16

safer
    265:3

safety
    23:10
    124:7
    125:15

salary
    275:10

Sandersvill
e
    57:21
    58:11,21,
    24 60:23

satellite
    25:23
    51:11
    139:11
    151:21,24
    273:8

satisfactor
y
    239:15

SBOE
    145:10,17

scale
    239:18
    250:22
    275:10

scary
    233:11

scenario
    91:11
    235:11
    273:17

schedule
    79:12
    80:2,5,6,
    8,10,11,
    23 126:1
    135:10
    224:5,17,
    20

scheduled
    135:9

schedules
    79:19,22
    80:17
    123:21
    179:21
    271:22

school
    16:24
    17:10,12
    24:1,17
    33:18
    37:10,12,

14,17
38:24
44:9,11,
12,20,21,
22 45:1,
2,3,4,6,
8,12,14,
17,23
46:7
47:25
48:2,8,12
50:5,6,
13,17
51:20
57:21
58:11,21,
25 59:8,
14 60:24
66:9,11
67:1
68:8,12
69:24
70:2
76:23
77:20
78:3,5,
11,21
79:1,3,9,
15,21
80:15,16
83:14,21
87:18
91:18
93:7,8,16
94:21
95:9
98:9,13,
24 99:4,
8,9,11,25
100:1
108:6,13
111:17
117:2
126:5,7
128:9,13
141:22
142:22

145:23
150:9,20
151:4,10,
11,12
152:22
153:16
155:9,10
156:22,25
157:11,21
159:7,16
160:3,9
161:6,8,
13 162:8,
21,23
163:19
164:3,4,
8,22
165:1,6
168:10
176:20
178:6
179:21
184:12
193:23
194:4,6,7
212:17
217:7
222:21
223:13,
18,21,24
229:19
231:9,21,
23,25
233:23
234:19
242:15,22
244:18
247:19
252:7,13
254:14,23
256:2,16
257:1,4
264:16
265:21
269:5
273:23
274:5



275:20
277:8
280:8

**school-
based**
18:15
51:14
161:20
230:19
231:14
232:12
233:2
234:9,15
235:15
253:5

**school-wide**
255:16

**schools**
19:2
37:15
44:14
48:5
54:24
57:20
81:2,7
88:9 92:7
160:14
231:4
232:3
255:17,19

**science**
97:10

**score**
109:3,6,
7,8,9

**scores**
108:25

**screen**
13:4,6

**screened**
261:23
262:2

**screener**
210:3,6

**screening**
44:4
219:6
221:24

**SDQ**
209:1
210:1,2
218:3,4,
12 221:14
222:1
224:18,24
225:4,19

**seclusion**
267:18

**secondary**
159:18

**secretarial**
115:22

**secretary**
67:18,22,
23
115:17,18

**section**
23:15
74:24
76:25
77:1 81:1
83:10
98:20
106:9,13
109:11
115:25
123:1
149:11
209:7
242:10
246:24

**secure**
39:15,16
146:23,25
162:4

169:7,16,
17 213:6,
9 261:6

**security**
39:8,11

**sedative**
237:11,13

**seek**
134:11
266:8

**seeking**
24:2,8
118:16
123:19
135:17
138:10,11
269:24

**segments**
161:3

**segregated**
15:11

**select**
120:14

**self-
advocacy**
74:9

**self-
assessment**
222:10,13
239:22,24

**self-
contained**
77:13
170:6

**self-harm**
177:8

**semester**
93:11,17

**send**
15:25
133:25

145:22
148:7,13
169:10,15
188:18
189:20,25
191:2
213:11,13
220:9
253:1
259:14

**sending**
95:11,18
208:12
241:19

**sends**
68:5
148:4

**sense**
70:19
98:2
150:11
151:16
186:13
264:13

**sentence**
81:1
106:19
247:2

**SEP**
275:11,16

**separate**
37:17
44:18,19
117:23
127:25
161:25
228:16

**September**
100:15
133:4
187:16
220:21
221:1,4
263:5,13

**serve**
43:19
47:21
48:3
49:22
51:5
65:25
68:18
84:3
125:18
134:19
139:12
160:17
162:22
164:8
214:8,25
215:15,18
216:14,19
217:13
229:24
231:6,13
254:7

**served**
20:3,6
34:25
39:4
41:18
43:7,8,
15,18
46:8,10
47:14
48:13,18,
24 49:5,
20 50:9,
13,16
51:7,20
54:24
67:23
68:7,11,
14,16
69:12,23
70:7,9,
11,17
71:8,15,
17 76:9
78:8 88:6



110:10
112:16,
17,22
136:5,12,
13,15
150:2
153:15
161:20
166:10
175:9
177:11
200:15
215:4
216:25
231:7,15
232:2,12
247:13
254:8,11
273:1,9

**serves**
23:19
42:7
47:24
48:9
101:16
102:14
103:5
104:1
150:4
162:23
163:11

**service**
17:9
18:10
42:20
84:24
86:10,13
106:9
112:12
115:14
146:10
175:17
183:8,9
217:6
243:25

**services**
19:4
37:10
45:4
62:16,21,
24 63:6,
9,11,14
75:3
77:4,12,
15,16,21,
24 78:1,
2,3,4,9,
15,19,21
79:2,6,
11,13,16
80:13
81:2
82:22
83:21
84:8
85:21
86:1,4,16
87:3,17
89:22
92:24
93:24
94:1,14
95:24
96:3
115:22
116:10,24
117:7
123:12
127:12,
17,22,25
128:21
129:7
130:1,9,
15 132:12
133:8,23
134:12
144:24
145:11,22
146:3,9
148:10
154:6,12,
25 155:7

167:19
168:20,21
169:14,
15,22
170:9,13
171:7,22,
25 172:6
173:6,17
176:6,22
181:12
182:23
184:2
185:5,7
187:17,20
188:3,6,
22 189:15
190:12,
16,23
191:17,22
192:2,23
193:5,12,
18 194:3,
20
196:10,17
197:21,23
198:14
199:5,21
200:4
201:24
202:3,10
203:8
204:7,23
205:7,11,
17 211:2,
10,18
213:3
217:6,11
228:6,8,
11,12
229:7
235:24
242:2
243:16,22
244:21
245:14
246:21
247:15

252:10,
13,20
253:6,8
254:3,19,
20,23
255:5
261:23
262:2,5,
10 269:2,
8,9 273:1
277:4,5
280:1,2

**serving**
16:19
35:15
41:15
84:22
94:8
151:7
215:8
273:12

**session**
91:7,9
122:1
208:18

**sessions**
45:17,21,
25 196:12

**set**
125:6
132:7
136:6
265:20

**setting**
74:11
79:9
158:7
170:6
231:8,9
232:15
233:15
234:10,15

**settings**
18:17

19:1
255:12

**severe**
23:21
37:11
38:3
48:23
49:1
144:9
180:24
211:11,18
232:2

**severity**
39:14
75:5 77:7
125:15
170:17
231:5
232:20,22

**sex**
159:14

**shake**
10:8

**share**
60:1
72:22
76:20
117:9
149:4
196:9
235:5

**shared**
108:21
141:21
202:20

**Sharepoint**
203:3

**sheet**
70:22

**short**
42:12
91:6,8
153:9,12



PATRICIA J. WOLF                                      October 06, 2022
UNITED STATES vs STATE OF GEORGIA          Index: shortages..sort

shortages
  152:19,22

shorter
  155:20

shortest
  153:2,14
  154:3,4,
  10,23

shortly
  192:10

show
  13:3,6
  110:2
  122:10
  158:11
  221:13

showing
  75:23
  90:19
  101:4
  167:23
  184:9
  229:9

shown
  83:3

shows
  69:22
  102:19,23
  103:14,18
  110:9,22
  111:1
  112:9
  113:8
  115:2
  159:9
  172:21
  220:18
  221:18
  247:12
  263:12,
  15,21

sic
  119:10

181:2

side
  229:25

sight
  108:8
  168:15
  169:2

sign
  41:4
  269:1

signed
  105:8

significanc
e
  119:6

significant
  164:14
  170:7
  174:2

signs
  28:19

similar
  35:5 37:9
  38:8,12
  58:18
  95:1
  147:20
  177:3,19
  206:23
  223:20

similarity
  177:4

similarly
  224:24

single
  49:23
  226:18
  235:11

site
  49:23
  50:18,22

58:12
84:9
85:21
94:19
99:6
110:4
127:14
134:24
135:7,15,
20 165:14
167:24
203:4
233:1
235:1
252:17
253:5
255:13,20
261:9
263:13
265:21
270:16,20
271:9
272:4,7,
11,15,19,
23 273:20
274:3

sites
  49:23,24,
  25 50:10
  51:8
  94:18
  126:3
  152:18
  163:8
  235:18,
  19,22
  236:6
  252:17,18
  265:19

situation
  91:11
  181:1,3
  183:1
  233:19
  236:14
  267:7

situations
  90:24
  180:15
  181:11
  236:1

Skill
  90:16

skilled
  251:4

skills
  41:13
  46:5
  89:10,20,
  21 90:2,
  10,14,20,
  21
  131:18,
  20,24,25

slide
  198:7

small
  89:10
  136:9

smaller
  68:23
  163:4

snapshot
  70:8,13,
  18

social
  20:13
  21:5,8,
  15,17
  22:6,9
  41:13,14
  45:14
  89:8,10,
  20 90:2,
  10,14,17,
  20,21
  91:23
  97:10
  101:9

116:6,9
123:16
141:11,21
142:5
144:24
145:1,11,
13 146:1,
4 147:7
148:8,17,
23,24,25
149:7,15
255:13,
15,17,18

software
  98:13,18

solely
  100:2

solutions
  8:12
  131:14
  181:18

solving
  149:18

sort
  33:9,12,
  24 40:6
  41:6
  43:22
  55:18
  59:14
  64:10
  82:15
  83:2,6
  84:14
  86:9,10
  87:12
  89:16
  96:12,24
  99:15
  108:3
  116:23
  117:6
  119:5
  146:22



PATRICIA J. WOLF
UNITED STATES vs STATE OF GEORGIA

October 06, 2022
Index: sorts..stamp

147:1
152:6
155:14
181:22
185:14
208:3
234:4
236:9
237:11
240:9
247:17
255:5
268:14
275:18

sorts
36:4

sought
265:11

sounds
45:23
156:4

source
62:13

space
31:7,9,
17,21,25
32:4,6,
14,16,18
98:14
134:25
135:18
265:1

spaces
265:19

span
252:17,18

speak
10:10
279:20

speaking
214:19
247:23

special
16:18
114:9,16,
19,22
170:2
175:9,17
178:19
242:1

specialist
20:14,22
34:25
35:16,21
36:20
39:5 40:1
41:7
116:14
117:2
119:25

specialists
89:5

specific
59:12
70:25
127:22
162:12,14
244:14
260:9
266:15

specifically
139:22
144:8
157:19
200:23
211:16
227:7
246:2,12
250:2

specifics
189:6

spectrum
16:18
251:14

Sped
178:4,14

spend
126:3
275:19

spending
158:3
275:2,7

spent
165:6
275:9

spoke
277:23

spot
112:4

spread
51:24
134:18

spreadsheet
100:17,24
101:4,11,
16 102:12
117:15
158:18
159:9,23
160:6
162:20
167:7

spring
113:9
218:13

stabilization
42:13
155:23
236:5

stabilizations
155:24

staff
16:25
23:2,4

24:5,22
25:6,12
26:20
27:1,4
28:20,22,
25 29:3,
13,16,18
30:13,14,
24 31:2,
4,22,24
32:3,10
33:14,25
34:5
50:23,24,
25 66:9,
12 67:1
68:2
89:22
101:4,16
102:6,13,
16
105:20,24
106:3,15
110:19
115:15
117:16,
20,24
118:6
119:20
125:14,
18,23
126:2,11
131:22
132:2,3,
5,8
133:8,23
134:3,6,
16 135:9,
13,14,23
136:16,
17,20,24
138:3
139:14
140:18
142:17,
20,21,23
143:1,9,

11,13
144:4
147:4,21
165:14
178:1,22
182:4,7
192:5
196:23
210:22
232:14,
24,25
233:5,8,
18 234:25
235:8
236:21
245:6
265:7,13
267:8,10
271:14,
16,24
272:9,13,
17 275:1,
2 276:8
278:12,
16,23,25
279:5,13,
17

staffing
23:1
67:2,4,7
104:8
105:17
110:3
122:24
245:5,6

stakeholders
72:14
242:15

stamp
133:9
145:3
167:8
187:21
190:17



191:23
192:23
194:21
197:24
199:22
202:4
203:22
204:25
207:13
213:25
219:7
226:6
258:8
263:5
269:18

**stamped**
53:10
56:25
100:19
127:6
130:2
139:4
216:7
223:9
241:16
248:17
253:23
268:7

**stand-alone**
18:13
38:16,19

**standard**
97:4
98:14
176:17,19
178:3
179:20
250:13,20
251:2,9,
15,23
257:12
259:21

**standards**
22:4
24:12,21

98:15
106:21
107:1,4,6
108:1,6
109:10
248:16,24
249:7,8,
9,12,16,
20 250:3,
9 251:3,
16 256:6,
11
257:13,18
278:10,
14,15

**standards-
based**
99:12
256:4,22
257:9

**stands**
62:18
115:12

**start**
10:17
34:21
68:22
81:24
124:14
153:25
163:13
193:18
200:1
214:4
228:19
255:10

**started**
124:23
157:15

**starts**
145:8
258:25

**state**
8:6,23

9:13 14:8
16:21
17:1,14
18:2
20:19
21:1,10,
18 22:17,
20 39:5,
23 40:17
41:8,15
52:6,7
53:14
55:2,5,8,
9,12,14
60:14
62:6,7,8,
14,24
93:2
101:6,17,
21 102:7,
20,25
103:12,
15,22
104:15,20
105:25
132:14
134:12
136:4,7
145:18
166:11,
15,16,17
174:11
175:6,22
176:24
177:3,20
188:15
189:17
190:24
195:12
196:12
197:3
204:13
212:16
213:7
225:15
228:25
229:12

239:23
240:4,16,
23 246:22
249:22,25
260:20
268:21
270:14
272:10,14
275:10
277:21,25
279:14

**state-
mandated**
238:25

**statement**
98:19
124:4
133:5,7,
22 134:4,
8 137:4

**States**
8:6,7,17,
19 9:12
14:4
15:17
69:16
158:19
270:18
271:9
272:4,7

**statewide**
134:1
212:12
251:11

**status**
105:7
117:16

**stay**
42:12
94:20
95:8
153:2,9,
13,14
154:10,23

155:4,11,
20 156:1,
2 165:8
272:3,6

**stays**
154:3

**step**
169:23
178:7
179:20
245:12,19

**steps**
24:9
25:20
178:6
208:24

**Steve**
186:9
187:15,25
189:2
190:10
199:17,19
200:2

**Stevenson**
146:17
147:9
167:5
225:3
241:1
253:22
254:1,6
261:6

**stop**
10:21

**strategic**
222:9,12,
16 225:7,
8,9,10,17
227:23
228:7
238:7,10,
11,17,19
239:11
240:7



241:15,22
242:6
247:25
248:1,3,
25

**strategies**
251:4

**Streaming**
90:16

**streamlined**
196:9

**Strength**
210:2

**strengths**
239:6

**strengths/
difficultie
s**
217:20,22

**strive**
158:6

**strongly**
273:7

**structure**
52:13
92:10

**structured**
16:20

**structuring**
33:18

**struggle**
267:13

**struggled**
139:11

**student**
26:2,3,18
27:19
31:10
36:1,14,
15,16,17

45:9,24
46:7,8
48:23
49:1,5,
15,19
50:16
68:23
70:1,10,
16 73:1
74:7,18
78:4,18
79:5,11,
15 80:10
81:18
82:2,8,11
83:14
84:3
85:5,8,24
86:11,12
87:1,6,8
89:15,23
91:10
107:25
111:15
116:13
117:2
123:21,23
124:6
137:8
146:9
153:3,8,
15
154:11,25
155:6,18,
19,23
156:6,11
158:22,
24,25
160:2,7
162:21
163:2,10,
14,23
164:2,4,
15,20
166:9,12
169:25
170:3,4,

12,13
171:3,20
172:2,20
173:16,24
174:5
175:9
176:19,
21,23
177:2,6,
11,14
178:1,9,
11,20
180:17,23
181:4,8,
12,16
183:20,
21,23
184:3,4,
6,11,15
185:6,21
187:19
190:15
191:20
200:4
202:1
209:24
210:9
212:20
213:11
215:4,9
216:19,
21,23,25
217:16,21
218:2
226:19
235:16
236:2,10,
14,19
237:8
247:15
254:7,11
255:4,5
259:19
260:11,25
261:3,7,
11,19
262:7

271:22
277:25

**student's**
79:7
81:11
82:16
83:9 84:4
98:3
107:1
109:9
159:9,12,
14 184:5

**students**
16:16
23:20,23
33:18,22
37:23
38:3,21,
25 43:17
44:23,25
45:5,18
47:25
49:11,22
50:12
51:5,8
52:11,20
54:23
59:21
68:7,10,
14,15,19,
25 69:1,
12,22
70:7,9,14
71:8,14,
17 72:19
73:2
74:8,13,
17 75:4,
12,16,20,
25 76:11,
18,22
78:8,11
79:18,21
80:1,16,
22 81:21
82:20,21

83:2,13,
23 84:9,
12 86:13
87:9
88:5,23
89:4,12,
17 90:3,
7,22
91:3,5,
12,15,19,
22 92:8,
14,18,21
93:4,9,
19,21
94:7,8,13
95:3 96:4
97:24
98:9,12
99:11,25
100:1
106:15
107:6
108:4,24
110:3,10
111:12,
17,18
112:13,
15,17,19
123:20
124:7,9,
18,21,24
125:1,5,
6,18
127:13,23
132:10
135:6
136:5,12,
13,15
144:9
149:18
150:2,3,
5,12,17
151:10,17
152:2,5,
21
153:12,20
154:21



155:15
156:13,21
157:1,3,
6,10,13,
23,25
158:6
159:7
160:22
161:3,7,
12,13,19,
23 162:1,
4,11,17
163:5
164:10,24
165:8,13,
17,21
166:10,14
167:18,19
168:3,5,
14,15,19,
20
169:18,
22,24
172:10
173:21
174:16,21
182:5,24
183:18
184:7,19
185:4
196:10
210:4,6,
15 212:17
213:6,10
216:15
217:6,10,
13 221:6
230:15
231:7,9,
14 232:2,
7,10,11,
20,22
233:1,10,
11,20,22
234:5,7,
10,16,18
237:12

239:5
242:22
243:15,20
244:1,4,
5,6,8,11,
13,16,18,
20 245:14
247:13
252:7,9,
12,16,19,
23 253:8,
14 254:3,
16,18,22,
25
255:11,13
256:16,21
257:1
258:25
259:14
260:1,5,
6,22
261:22
262:1,4,
9,12,15
263:21,
22,24
264:3,6,
8,15,16,
22,23
265:1,2,
5,11
267:9
268:25
269:1
271:8,25
272:3,6
273:1,7,
19,22
274:6,7,9
276:20,24
277:9

**students'**
26:6
251:5
276:21

**studies**
97:10

**stuff**
186:4

**subject**
53:8,22
56:23
96:19,20
97:2
100:15
127:4
129:24
133:5
139:2
141:10
144:23
167:5
187:17
190:11
191:17
192:22
194:18
195:9
197:20
199:20
201:23
203:21
204:23
207:10
213:25
216:6
219:4
223:7
226:5
241:12
248:14
253:22
257:13
258:6
259:2
260:2
263:2
268:6

**subjects**
97:10

256:17

**submission**
146:20,21

**submit**
64:6,18
65:5,8,
11,14
120:15,22
146:2,7,8
147:1,5,8
169:7,16
225:4,6
247:17

**submitted**
64:15
103:4,24
137:4
146:13,
15,19,24
149:17
179:17
183:11
225:19

**subpoena**
13:18,21
15:17,22
16:4
69:16
158:20

**subs**
115:13

**subset**
89:13

**substitute**
115:18,
19,24

**substitutes**
115:13

**success**
229:25
230:3
251:5

**successes**
72:22

**successful**
83:14
157:5

**successfully**
82:17

**sufficient**
232:25

**suggest**
251:14

**suggested**
143:14

**Suggestion**
219:5
223:8

**suggestions**
182:2
240:14

**suicidal**
236:14

**suicide**
28:18

**suitable**
52:11
271:7

**summarizes**
110:19

**summary**
122:25
239:12
247:4,21

**summative**
278:20,24

**summer**
132:6
199:1

**Superintendent**



57:20

superintend
ents
 65:24
 195:24

supervision
 23:9
 278:12

supervision
-wise
 238:14

supervisor
 278:6

supplementa
l
 106:10
 108:16

supplies
 140:23

support
 14:12,19
 17:11
 24:5 26:2
 27:2
 33:23
 34:4,5,9,
 11 36:16
 43:2
 46:12
 50:23,24
 62:22,23
 63:13
 75:3
 83:10,13
 86:3,16
 87:2 88:8
 90:6
 94:15
 95:12
 99:19
 100:2
 101:4,16
 102:6,13,
 16 106:15

112:3,10
113:8,11
115:2,7,
10 116:13
117:2
133:7,22
134:2,3,
6,23,24
135:5,6,
18 137:12
142:10,
13,22
171:2
181:20,22
182:5,17
200:21
201:2
206:21
232:9,10,
14 240:13
242:2,21
244:24,25
251:5
273:19
275:15

supported
 201:12
 233:2

supporting
 95:2,15

supports
 18:21
 28:4
 88:22
 89:2
 92:6,24
 93:24
 94:24
 95:24
 173:5
 174:4
 235:9
 273:20

supposed
 137:1

Susan
 250:5

suspect
 165:20

suspension
 165:1,4,
 7,10

suspensions
 230:23
 231:12,19

swamped
 226:10

swapped
 253:3

swear
 8:15

sworn
 9:3 10:2

SWS
 145:21

system
 24:17
 35:9
 37:10,12,
 14,18
 39:19
 44:16
 50:13
 54:12,21
 58:8
 69:24
 78:5,21
 79:1 82:7
 83:22
 87:18,23
 99:4,8,9
 105:6
 150:9
 153:5,7,
 16 159:16
 162:21,
 22,23,24
 163:3

166:9,12
168:10
176:20
179:18
181:16,
17,24
183:8
184:12
209:19
228:10,11
239:4
243:16,
21,23,24
244:4,9,
15 245:15
246:3
260:11,22
261:5
271:4
280:8

system's
 151:4,12
 164:22

systemic
 53:8,22
 54:4

systems
 16:25
 17:11,13
 47:25
 48:2,5,8,
 13 51:20
 65:24
 78:3,22
 87:25
 134:19
 139:12
 142:22
 150:20
 151:6
 162:7,8
 163:3,10,
 14,20
 164:3,8
 166:15

177:10
182:22
228:12
230:8,11,
13
231:13,21
232:1,3
247:19
265:21
274:6

——————

          T
——————

tab
 119:19
 160:5

tabs
 117:23
 160:25

taking
 9:12
 220:11
 256:16

talk
 12:12
 25:25
 31:3
 34:16
 84:4,5
 85:4
 150:2
 169:23
 278:3

talked
 92:1
 93:25
 95:25
 104:8
 110:12
 126:16
 129:1
 150:1
 169:21
 185:25



211:16
237:23
267:14

talking
10:14
61:11
62:2
64:13
66:16
79:10
92:21
94:3
112:5
148:25
150:7
153:17
154:5
157:6
177:7,20
211:21
212:21
239:20
249:19

tall
236:19

TAPP
113:14,
15,18,19,
24 114:21
119:8,13

target
45:24
260:3

tasks
149:16

taught
24:14

Tayloe
8:18

teach
28:15
257:8

teacher
51:4
67:14
90:5,6,
12,18
96:6
97:25
98:4,7
100:3
110:22
111:20,25
112:3,9,
10,24
113:7,9,
11,12,16,
19,20
114:1
115:7,10
134:23
135:6,7
210:9
218:1
251:19
257:6
278:19

teachers
24:11,19
25:13
68:4,6
78:20,23,
25 97:18
99:13,20
101:5
102:19,
23,25
103:3,7,
10 107:8,
12,17,19,
22 108:23
113:23
114:5,7,
15,18
115:3
130:24,25
132:10
209:23

231:16,18
251:3
256:3,7,
24 275:10
278:18

teaching
251:20

team
25:22
41:18
42:25
72:22
74:20
77:4
81:9,11,
15 83:8,
22 86:21
87:12,20
88:20
107:2
154:14
156:1,12
170:8,10
172:19
174:1
176:21
180:16,24
200:16
225:15
239:21
244:7
277:24,25

teams
25:23
86:23
87:5
88:4,13,
15 201:8
218:14,
16,17
277:23

tech
66:1
280:7

teens
28:16

telephone
179:1

telling
55:2,6

temporary
133:8,23

ten
32:5
48:21
77:22
79:25
80:20
92:18
102:23
103:10,12
115:5
155:19
210:25
226:12
252:15,16
254:15
264:14
277:10
278:10

tentative
64:25
65:6

tenure
262:3

term
14:17
17:23
18:2,6,9,
12,15,19,
23 19:1

termination
279:10

terms
24:8
33:17
34:9

38:11
39:10
40:5,16,
17 41:11
43:14,15,
20 45:4
50:25
54:22
59:3
61:19
63:22
67:2 68:3
76:6
81:22
86:3
95:17
104:13
120:5
126:2
134:1
150:12
154:10,19
155:5
156:3,5
158:3
160:14
161:24
170:2
177:17
184:3
185:23
189:11
206:24
231:23
234:4,6
238:24
240:19
254:20
260:4
265:20
275:12,14
279:6
280:2

Terry
250:3



PATRICIA J. WOLF
UNITED STATES vs STATE OF GEORGIA

October 06, 2022
Index: Terry's..time

Terry's
  250:4

test
  116:22

testified
  9:4

testify
  13:18

tests
  221:14
  256:19

the-class
  110:13

therapeutic
  14:11,19
  16:15,19
  23:10
  32:19
  36:24
  37:10
  38:2,11
  46:12
  62:16,20,
  22,23,24
  63:6,9,
  11,14
  75:3
  83:10
  86:3,10,
  16 88:7,
  22 89:2
  92:24
  93:24
  95:24
  116:10,24
  117:7
  123:12
  125:23
  126:2,11,
  17 128:1,
  23 130:15
  132:12
  133:8,23
  134:2,3,

5,12,16,
24 135:8,
13,14,17
138:3
142:10,
12,21
144:24
145:10
146:8
169:14,15
171:2
173:5
176:25
177:23
182:4,17
206:21
213:2
231:8
232:7,8,
14,24,25
233:5,8,
18 234:25
235:6,7,9
255:23,24
273:1,10

therapist
  37:22
  38:1
  63:13
  89:18

therapists
  93:3,5,
  12,18

therapy
  41:11
  45:25
  89:9,10,
  13,17,24
  91:1,4,6,
  7,9,13,
  16,21
  93:20,22
  129:3,4,
  7,8,12
  135:1,19

246:22

thin
  125:7
  234:5

thing
  10:13
  84:13
  85:3
  179:15
  268:12
  273:12

things
  24:18
  26:1
  27:19
  31:3
  34:12
  36:12
  41:13
  45:5,25
  46:5,22
  55:22
  59:12
  68:4,6
  69:1
  74:22
  76:8
  77:19
  84:6 85:5
  86:14
  89:11
  92:12
  100:4
  108:8
  140:24
  151:23
  156:10
  169:13
  173:16,19
  178:2
  182:2
  189:8
  196:15
  199:8
  206:8

213:1
222:2
233:7
240:8,15
246:13
255:9
257:18
264:9
275:12
278:13,21
280:4

thinking
  148:15
  212:5
  262:7
  273:5

thinks
  217:23

thousand
  118:20

thread
  100:14
  127:3
  133:3
  138:25
  141:8,9,
  16
  144:20,22
  145:4,8
  148:5
  192:20
  199:16,
  18,24
  213:22,23
  214:2
  216:3,9
  223:5
  241:10,11

threats
  236:24

three-
fourths
  29:1,20

three-year
  260:12

Thursday
  8:2

tied
  17:5
  136:11,19
  275:1

tier
  22:2
  89:19,21,
  23,24
  90:3,7,
  12,22
  91:5,9,
  12,21
  92:2,3,4,
  5,13,14,
  17,20
  244:6

tiered
  89:18

time
  8:2 10:25
  15:1,3
  33:19
  36:7
  37:24
  40:19,20
  41:15
  43:16
  50:18
  51:19
  55:25
  57:11,12
  58:11,22
  64:25
  65:16
  68:5 70:9
  81:23
  82:3,11,
  18,24
  99:16
  102:12



103:3,24
110:24
123:11
124:9
135:4,13,
15 137:4
138:8
139:19
140:7
141:15
151:17
153:1,24
154:1,5,
6,11,25
155:1,6,
7,16
156:4,8
158:4
163:20
175:14
190:22
193:1
203:6
205:17
207:24
211:6
214:4,20
215:7
216:12
217:24
225:18
227:9
229:23
233:1
235:14
244:23
249:9
253:12
254:10
266:15
277:12

**timeline**
64:1,24

**timely**
226:25

**times**
76:14
77:22
80:9
90:23
91:16
163:6
186:6
206:14
234:17

**title**
37:20
73:19

**titled**
89:5
149:12
198:7

**TMI**
212:10

**today**
8:10 9:9,
13,18,22
10:3
11:16
17:19
128:5,24
132:16
137:16
147:2
188:11
192:23
193:3
277:13,20

**today's**
12:1,15

**told**
51:21
52:4
143:2,9,
10,12
209:15
217:12
271:16

**tool**
31:14
32:23
107:7,12,
13,16,18
209:22

**tools**
32:20
257:8

**top**
14:3 27:9
67:12
69:11
71:14
92:17
96:3
105:5,16
134:13
161:17
163:15
240:20
244:6
274:11
277:5

**total**
63:22
69:11
102:23
103:10,19

**totalling**
259:18

**touch**
183:8
253:5

**tour**
57:21
60:19

**toured**
55:22
270:18

**touring**
57:23
59:18

**track**
155:11
157:1
161:22
162:1,4,
10

**tracked**
162:6,15

**traffic**
236:18

**train**
25:7,12
29:13,16
30:13,24
31:1
130:23
132:2
192:5

**trained**
25:14
26:20
27:4
28:22
29:1,18,
21,23
30:2 31:4
32:3,5,
10,11
130:25
131:22
132:4,5,6
143:7
177:25
210:23
235:8,12

**trainer**
32:7

**training**
24:25
26:16,22
27:1,6
28:20
29:3,12
30:4,8,

10,12
31:23
32:8,9
33:13,16,
24 74:7
131:4,25
136:16,
20,23
137:9
256:3,14

**trainings**
24:16,22,
24 25:5
132:18

**transcript**
10:7
280:19

**transcripts**
12:22
120:13

**transfer**
69:1
260:24

**transferred**
261:7,12,
14,20

**transfers**
153:8
261:10,18

**transition**
33:19
51:13,18
82:17
83:5
153:17,25
154:7,15,
17
156:11,14
157:1,11,
14,16

**transitiona
l**
157:12



transitioned
111:18
153:16
154:2,12
155:1,7
156:21
167:19
168:7,8,9
263:23

transitioning
81:25
156:6
157:4,19,
24 158:1,
3 263:21

transmit
133:12

transmitting
146:23

transport
49:17
150:10
151:25
152:2
236:4,11

transportation
150:7
280:3

transportation-wise
49:12

transported
152:17
265:4

transporting
49:11

trauma
29:11

209:1
273:10

trauma-informed
29:9
210:20,23

traumatic
46:3
233:20

travel
217:10

treatment
36:9,13,
18 38:12
42:14,15
75:18
84:6
116:3
176:25
180:8
279:1

trend
251:10
260:12,18

trial
11:24

trigger
156:3

trips
273:23
274:12

true
132:16
160:24
235:18

truthful
10:4

truthfully
11:16

turn
68:4

74:23
113:7
141:15
192:25
195:20
220:15,25
221:12
228:19,20
229:14
230:18
242:9
243:11
245:11
263:11

turned
119:19

turning
96:2
101:11
110:18
127:16
147:13
149:10
210:24
214:7
234:23
242:9

turnkey
26:25

twelve
79:25
103:18
104:6
134:18
264:14

two-day
29:12

two-minute
274:14

type
146:10

types
177:6

178:2

typical
79:3
256:15

typically
64:4,21
68:22
80:6
81:25
87:11
88:18
91:5
93:23
96:19
97:1,18
98:22
100:1
120:20,21
150:9
170:17
180:6,25
239:25
276:19
279:8

typo
160:8,11

typos
199:8

———————

U

———————

ultimate
201:5

ultimately
149:1

umbrella
129:6

unable
137:12
261:12

understand
9:25

10:4,20
14:6,10,
18 15:10,
13 17:7,
24 18:3,
6,9,13,
16,19,23
19:2
43:13
49:13,18
59:18
82:19
108:2
120:6
126:8
168:8
188:8
232:17
239:12
243:19
260:15
275:5

understanding
15:8 20:6
24:12,14,
20 28:3
49:4 57:6
61:1
141:19
157:22
214:15
215:3
245:3,25
250:8
257:6,10
270:2

understands
232:9

understood
39:14
43:20
51:7
55:10
60:17



113:6
162:16
187:5

unfold
55:6

uniform
185:20

unit
42:13

United
8:5,7,16,
18 9:12
14:4
15:17
69:16
158:19
270:17
271:9
272:4,7

university
20:19
21:2,10
93:3
196:12
246:22

unsuitable
55:3

upcoming
194:18
207:18
208:14
222:21
275:1

update
65:20
109:21
122:17
223:17
227:24
228:7
229:15

updated
205:23,24

210:18
241:22
243:7

updates
110:5
122:20
207:22,24
228:4,5

updating
222:19
223:12

upset
236:15

usage
96:24
97:22
108:20,24
258:25
259:5,25
260:5

utilize
44:17

utilized
202:22,24

utilizing
97:19
256:20

——————

V

——————

vacancies
67:9,11,
13,14,16
104:9,11
112:9,14,
25 115:10

vacancy
111:1,4,
5,7,25
113:1,4
120:2,9

vacant
67:18
112:3

varies
64:5 65:3
87:22
90:20
91:14
93:8
97:18,20
98:6
99:3,18
115:11
240:5

version
19:20
130:8
201:1
209:20
248:3

versus
98:4
99:16,22
150:13
169:2

Vickie
22:22
53:7,13
56:22
57:8 58:2
59:24
60:13
100:14,24
127:4,10
129:23
141:8,9,
20
143:12,18
144:21,22
146:18
167:4,13
186:1
197:5,19
199:17,20
201:22

202:9
203:20
205:6
219:3,12
223:5,7
225:3
226:4,9
227:3
240:25
258:5
263:1

video
265:18,23
280:17

view
181:4,8,
13 232:4

viewed
266:7

viewing
266:8

violation
266:5

violent
177:7

Virginia
15:4,5
250:6

virtual
179:4

virtually
179:1

visible
33:21

visit
56:24
58:5 60:9
270:16,24
271:9,22

visited
58:21,24

59:2
60:23

visiting
58:25
124:23

visitors
271:17

visits
222:15
270:20,
21,25
271:14
272:1,4,
7,11,15,
19,23

volatile
36:16

volunteered
186:3
189:2

voted
63:19

——————

W

——————

wait
217:23

waiting
204:6

waiver
118:9,18,
20

Walk
274:5

walk-
through
58:5
60:1,4,16

walk-
throughs
271:3,10



walked
  271:4

wanted
  54:17
  59:20
  189:9
  200:3
  216:19
  226:9
  274:24

warning
  28:19

warnings
  33:19

Washington
  48:6
  50:8,17
  112:1,6,
  8,13
  114:1
  234:21

ways
  74:21
  210:13
  212:6,8
  244:14
  272:25

webinar
  192:5,8

week
  80:7,9
  90:1,23
  91:16
  93:14,15
  94:19
  95:6,7
  96:20
  126:3,14,
  15 233:23
  254:21
  258:6,23
  259:1
  260:2
  270:23

  271:11

weekly
  25:24
  91:14
  107:22,23
  108:23

weeks
  25:25
  82:9 90:1
  108:21
  153:22
  154:3,4
  270:23

whichever
  99:22
  253:2

Whitney
  186:9
  187:15
  188:1
  189:1
  190:11
  199:17,19
  200:2

widespread
  152:15

Wilkinson
  48:7 50:6
  93:8
  94:9,24
  112:17,22
  128:12,
  13,14
  234:21
  274:4

window
  221:4,13,
  16,19
  222:15
  224:8

wing
  44:20
  58:5 59:4

witnessed
  267:11

Wolf
  8:5 9:2,
  7,15,16
  11:25
  13:16,21
  19:14
  53:5
  56:20
  66:19
  69:9 72:2
  100:12
  105:3
  109:19
  119:2
  122:13
  127:1
  129:21
  133:1
  138:23
  141:6
  158:18
  167:2
  170:25
  173:3
  176:4
  182:15
  187:13
  190:8
  191:14
  192:18
  194:15
  197:16
  199:15
  201:21
  219:2
  223:10
  226:3
  227:21
  241:8,15
  277:19
  280:16

wondering
  75:15
  83:1

  88:11
  89:1
  118:8
  212:5
  213:9

Wood
  32:16,25

Woods
  141:20,24
  143:14

Word
  130:1
  144:25
  207:12
  241:14
  248:16

words
  108:8

work
  20:13
  21:6,9,
  15,17,25
  22:6,9
  26:12
  34:17
  36:3
  42:10
  44:14
  45:5
  46:20,21
  74:10
  83:16
  86:13
  93:3,6
  94:6 96:4
  108:12
  114:12
  115:14
  116:9
  137:1
  143:7
  146:23
  164:13
  178:1

  185:24
  189:2
  231:22
  238:22
  252:7,25
  253:13

worked
  32:17
  37:4,9
  42:2
  43:14
  47:5
  54:16
  56:7
  186:5

worker
  41:14
  45:14
  89:8
  91:23
  101:9
  116:7
  123:16
  138:5,7,8
  141:21
  142:5
  145:1,13
  146:1,4
  147:7
  148:9,17,
  23,24,25
  149:7,15
  255:17,18

workers
  141:11
  144:24
  145:11
  255:13,15

working
  52:18
  56:5 58:7
  89:6
  91:24
  95:23
  108:4,5,



11,12
143:17
144:5
145:21
148:9
245:8,9
275:24

**works**
73:19
83:12,25
108:3
114:25
120:7

**worry**
271:17

**worse**
31:12

**write**
10:6
139:7
145:20
188:10
202:8
207:20
214:7
219:11
226:8,14
254:6
261:17
268:11

**writes**
145:9

**writeups**
92:12

**writing**
215:19
268:14

**written**
27:17
110:5
122:20
148:2
151:8

**wrong**
164:8

**wrote**
36:9
113:5
214:6

———————

Y

———————

**y'all**
121:2
208:12

**year**
20:7
21:3,11
27:3
34:1,15
47:2
48:20
54:11
63:8,23
64:4,14,
18 65:3
66:9,11
67:1
68:6,8,
12,18,22,
24 69:12
70:2,7,
12,17
71:4,17
76:1,12,
19,23
77:20,22
78:11
79:21
80:15,16
88:18
91:18
92:16
93:16
105:6,13
111:21,23
113:20
118:14

124:22
126:6,7
131:5,6
139:10
140:7
141:22
145:23
156:23,25
157:11,
20,21
160:3,7,
18 161:6,
8,12,23
193:23
194:4,6,7
198:11
206:14
208:20
210:17
218:9,10,
11,13
219:12,
13,21
220:5,14
222:12,21
223:13,
18,21,24
224:3
227:12
228:4,5
237:25
240:2,5
241:15
252:13
254:14,23
255:1
256:5,18
263:19
267:7
273:23
274:4,8
275:1,3,
6,7,8,9,
20
276:11,24
277:9
278:20

**year's**
240:25

**yearbooks**
264:17,19

**yearly**
25:12
27:5 31:2

**years**
14:22
25:3
29:4,17
32:1,2
47:6
48:10,11,
21 50:20
51:10,15
63:8,10
68:16
70:21
73:7
87:24
113:21
117:24
136:7,11,
17 137:13
150:19,23
154:24
155:18,19
159:7
160:24
163:16
166:11
172:14
175:2
189:8
212:11,14
226:22
229:9
243:7
245:2,4
247:24
248:4
249:18
261:24
262:8,17

265:7,9,
14,16
275:19

**yellow**
242:5

**yesterday**
200:5
202:10

**young**
38:23

**younger**
98:8
112:17

**youth**
28:10,13,
14,22
29:2
34:25
35:4,5,7,
8,9,14,15
36:3 38:9
40:9

