**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

---

**SAMUEL CLEMONS, SR.**

*December 15, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                ) CIVIL ACTION
5             Plaintiff,        ) NO. 1:16-cv-03088-ELR
                                )
6   vs.                         )
                                )
7   STATE OF GEORGIA,           )
                                )
8             Defendants.       )
                                )
9   - - - - - - - - - - - - - - )

10

11                  VIDEOTAPE DEPOSITION OF

12                    SAMUEL CLEMONS, SR.

13

14        Thursday, December 15, 2022, 9:36 a.m., EST

15

16

17

18

19          LOCATION OF WITNESS:

20          Horizon Academy
            2510 West Boulevard
21          Moultrie, Georgia  31768

22

23   ----------------------------------------------

24

            WANDA L. ROBINSON, CRR, CCR, No. B-1973
25       Certified Shorthand Reporter/Notary Public



```
 1                  APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiff:

 4

 5       KELLY GARDNER, ESQUIRE
         CLAIRE CHEVRIER, ESQUIRE
 6       U.S. Department of Justice
         Civil Rights Division
 7       950 Pennsylvania Avenue, N.W.
         Washington, D.C. 20579
 8       T:  202.305.6630   F:
         E-mail:  kelly.gardner@usdoj.gov
 9                 claire.cherier@usdoj.gov

10

11   Appearing on Behalf of the Defendant:

12

13       JAVIER PICO-PRATS, ESQUIRE (ZOOM)
         MELANIE JOHNSON, ESQUIRE (ZOOM)
         DANIELLE HERNANDEZ, ESQUIRE (ZOOM)
14       ANNA EDMONDSON, ESQUIRE (ZOOM)
         Robbins Alloy Belinfante Littlefield LLC
15       500 14th Street, N.W.
         Atlanta, Georgia  30318
16       T:  404.856.3261
         E-mail:  mjohnson@robbinsfirm.com
17                 dhernandez@robbinsfirm.com
                   aedmondson@robbinsfirm.com
18                 jpicoprats@robbinsfirm.com

19

20   Appearing on Behalf of the Witness:

21

22       HIEU M. NGUYEN, ESQUIRE
         Harben Hartley & Hawkins LLP
23       340 Jesse Jewell Parkway S.E., Suite 750
         Gainesville, Georgia  30501
24       T:  770.534.7341   F:  770.532.0399
         E-mail:  hn@hhhlawyers.com

25
```



```
 1   ALSO PRESENT VIA ZOOM:

 2      U.S. Attorney's Office:

 3            SANDRA LeVERT, ESQUIRE

 4            RENEE WOHLENHAUSE, ESQUIRE

 5            VICTORIA LILL, ESQUIRE

 6            ANDREA HAMILTON, ESQUIRE

 7            LAURA CASSIDY TAYLOE, ESQUIRE

 8            CRYSTAL ADAMS, ESQUIRE

 9

10

11            STACEY SUBER-DRAKE, ESQUIRE
              Georgia Department of Education
12

13

14

15

16

17

18   ALSO PRESENT:

19        BAILEY DIAZ, Videographer

20

21

22

23

24

25
```



```
1                      INDEX OF EXAMINATIONS

2

3    SAMUEL CLEMONS, SR.

4    By Ms. Gardner                          Page 9

5    By Mr. Pico Prats                       Page 326

6

7                       INDEX OF EXHIBITS

8    PLAINTIFF'S

9    NO.                  DESCRIPTION             PAGE

10
     Exhibit 704   Subpoena To Testify At A Deposition  14
11                 Samuel Clemons

12   Exhibit 705   Samuel Clemons, Ph.D.             23
                   Resume
13
     Exhibit 706   May 7, 2018 Email Thread From Samuel 27
14                 Clemons To Vickie Cleveland
                   GA00320913 - GA00320918
15
     Exhibit 707   Horizon GNETS Brochure            51
16                 Horizon_TEMP_000402

17
     Exhibit 708   December 11, 2019 Email Thread From  76
18                 Samuel Clemons To Vickie Cleveland
                   GA00356588 - GA00356589
19
     Exhibit 709   June 11, 2018 Email Thread From     78
20                 Samuel Clemons To Vickie Cleveland
                   GA00325435 - GA00325437
21
     Exhibit 710   July 17, 2018 Email Thread From     80
22                 Samuel Clemons To Vickie Cleveland
                   GA00328721
23
     Exhibit 711   January 5, 2018 Email Thread From   84
24                 Vickie Cleveland To Samuel Clemons
                   With Attachment
25                 GA00001659 - GA00001662
```



```
 1              INDEX OF EXHIBITS (Continued)

 2   PLAINTIFF'S

 3   NO.                    DESCRIPTION                    PAGE

 4   Exhibit 712  August 24, 2016 Email Thread From    91
                  Samuel Clemons To Nakeba Rahming
 5                GA00063752

 6   Exhibit 713  January 24, 2018 Email Thread From   99
                  Samuel Clemons To Vickie Cleveland
 7                GA00014898 - GA00014899

 8   Exhibit 714  January 4, 2018 Email Thread From    101
                  Samuel Clemons To Nakeba Rahming
 9                GA002300899 - GA00230900

10   Exhibit 715  January 31, 2018 Email From          104
                  Harold Chambers To Nakeba Rahming
11                GA00200331

12   Exhibit 716  October 4, 2018 Email Thread From    112
                  Samuel Clemons To Vickie Cleveland
13                GA00334548 - GA00334552

14   Exhibit 717  August 7, 2018 Email Thread From     115
                  Samuel Clemons To Vickie Cleveland
15                GA00330657

16   Exhibit 718  August 27, 2018 Email Thread From    117
                  Samuel Clemons To Vickie Cleveland
17                GA00332100 - GA00332101

18   Exhibit 719  April 14, 2017 Email Thread From     122
                  Nakeba Rahming To Samuel Clemons
19                GA01935164 - GA01935165

20   Exhibit 720  Horizon Academy School Handbook      133

21
     Exhibit 721  September 5, 2019 Email Thread From  141
22                Samuel Clemons To Lakesha Stevenson
                  With Attached Excel File
23                GA00951685 - GA00951686

24   Exhibit 722  Horizon Grant Application FY 22       144
                  Horizon_TEMP_001645
25
```



1                    INDEX OF EXHIBITS (Continued)

2        PLAINTIFF'S

3        NO.                    DESCRIPTION                    PAGE

4        Exhibit 723    Document With Organizations        190
                        Horizon_TEMP_000765
5

         Exhibit 724    October 15, 2021 Horizon           196
6                       Enrollment Chart
                        Horizon_TEMP_000001
7

         Exhibit 725    GNETS Confidential Student         205
8                       Information Packet
                        Horizon_TEMP_000093
9

10       Exhibit 726    August 3, 2017 Email Thread From   216
                        Nakeba Rahming To Samuel Clemons
11                      GA00791553 - GA00791554

12       Exhibit 727    September 19, 2017 Email Thread     221
                        From Nakeba Rahming To Samuel Clemons
13                      GA00226017

14       Exhibit 728    August 3, 2017 Email Thread From   222
                        Samuel Clemons To Nakeba Rahming
15                      GA00784317 - GA00784318

16       Exhibit 729    August 24, 2020 Email Thread From  230
                        Vickie Cleveland To Samuel Clemons
17                      GA00361784

18       Exhibit 730    May 14, 2019 Email Thread From     235
                        Samuel Clemons To Vickie Cleveland
19                      GA00345579 - GA00345580

20       Exhibit 731    October 30, 2020 Email Thread From 237
                        Samuel Clemons To Lakesha Stevenson
21                      GA00962362 - GA00962363

22       Exhibit 732    August 31, 2020 Email Thread From  243
                        Samuel Clemons To Zelphine Smith-Dixon
23                      GA00916243 - GA00916246

24

25



1                   INDEX OF EXHIBITS (Continued)

2     PLAINTIFF'S

3     NO.                   DESCRIPTION                      PAGE

4     Exhibit 733   June 7, 2018 Email Thread From      254
                    Vickie Cleveland To Samuel Clemons
5                   With Attachment
                    GA00324971 - GA00324973
6
      Exhibit 734   July 3, 2018 Email Thread From       264
7                   Samuel Clemons To Vickie Cleveland
                    With Attached PDF
8                   GA00327998 - GA0032800

9

10    Exhibit 735   July 3, 2018 Email Thread From       265
                    Samuel Clemons To Vickie Cleveland
11                  GA00328013 - GA00328015

12    Exhibit 736   July 3, 2018 Email Thread From       266
                    Samuel Clemons To Vickie Cleveland
13                  With Attached PDF
                    GA00328016 - GA00328018
14
      Exhibit 737   July 20, 2018 Email Thread From      271
15                  Vickie Cleveland To Delphine
                    Smith-Dixon With Attached PDF
16                  GA00185505 - GA00185507

17    Exhibit 738   July 21, 2018 Email Thread From      272
                    Samuel Clemons To Vickie Cleveland
18                  GA00329184 - GA00329185

19    Exhibit 739   May 31, 2017 Email Thread From       275
                    Samuel Clemons To Nakeba Rahming
20                  With Attached PDF
                    GA00788011 - GA00788012
21
      Exhibit 740   July 29, 2016 Email Thread From      287
22                  Nakeba Rahming To Samuel Clemons
                    With Attached PDF
23                  GA00781027 - GA00781117

24    Exhibit 741   May 23, 2022 U.S. DOJ Letter From    295
                    Hamilton/Lill To State of Georgia
25                  Belifante/Morris



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              8

```
 1              INDEX OF EXHIBITS (Continued)

 2   PLAINTIFF'S

 3   NO.                    DESCRIPTION              PAGE

 4   Exhibit 742  June 3, 2022 Email Thread From      306
                  Beth Morris To Victoria Lill, et al.
 5
     Exhibit 743  November 20, 2020 Email Thread From 317
 6                Samuel Clemons To Vickie Cleveland
                  GA00364202
 7
     Exhibit 744  July 13, 2016 Email Thread From      319
 8                Samuel Clemons To Nakeba Rahming
                  GA00062781
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1            THE VIDEOGRAPHER:  Good morning.  We're on
 2       the record.  The time is 9:56 a.m., on
 3       Thursday, December 15th, 2022.
 4            This is the video deposition of Samuel
 5       Clemons, GNETS Director, taken by the United
 6       States of America versus the State of Georgia,
 7       in the United States District Court for the
 8       Northern District of Georgia, the case number
 9       of which is 1:16-cv-03088-ELR.
10            The videographer today is Bailey Diaz.
11       Our court reporter is Wanda Robinson, all
12       representing Esquire Deposition Solutions.
13            Counsel, would you please announce for the
14       record who you represent, after which the court
15       reporter will swear in the witness.
16            MS. GARDNER:  Kelly Gardner for the United
17       States.
18            MR. PICO PRATS:  Javier Pico Prats for the
19       defendant.
20                 - - - - - - -
21            SAMUEL CLEMONS, SR.,
22  being duly sworn, was examined and testified as
23  follows:
24  EXAMINATION
25  BY MS. GARDNER:
```



1      Q    Good morning, Mr. Clemons.  My name is

2    Kelly Gardner, and I represent the United States.

3    I'm going to be taking your deposition today.

4      A    Okay.

5      Q    Would you please state your full name for

6    the record.

7      A    My name is Samuel Clemons, Sr.

8      Q    Thank you.

9           And before we get started, I did want to

10   note for the record we took the presence of counsel,

11   and your counsel today stepped outside of the room

12   for a moment.

13          Are you represented today by Mr. Hieu

14   Nguyen.

15     A    Yes, I am.

16     Q    Have you ever been deposed before?

17     A    Having been what?

18     Q    Deposed before.

19     A    Tell me what depose mean.

20     Q    Have you ever had your deposition taken

21   before?

22     A    I have not.

23          I have not.

24     Q    Your attorney may have explained much of

25   this to you, but you and I are basically going to



1  have a conversation today.  I'm going to ask the

2  questions, and your only job is to answer them

3  honestly and completely.

4          Do you understand that?

5      A    I do.

6      Q    The court reporter has sworn you in.  That

7  means that everything you say here today is under

8  oath and must be truthful.

9          Do you understand that?

10     A    I do.

11     Q    The court reporter is going to write down

12  what you and I say in order to create a transcript

13  of our conversation.  She can't record a nod or

14  shake of your head.  So in order to make her job

15  easier, I'm going to ask that you speak clearly and

16  you give oral answers.

17          Can we agree on that?

18     A    We can.

19     Q    The only thing that you and I will need to

20  do is avoid talking over one another.  So I will do

21  my best not to interrupt you when you're answering.

22  I'm going to ask you to do your best to let me

23  finish my question before you start to answer.

24  Okay?

25     A    Okay.



1    Q    If at any point you don't understand a

2    question, you should feel free to stop me and say

3    so, and then I will try to clarify the question for

4    you.  Okay?

5    A    Okay.

6    Q    If you need a break at any time, just let

7    me or your attorney know, and we will finish your

8    answer if you're in the middle of answering a

9    question, and then we can see what we can do about a

10   break.  Does that work?

11   A    That's fine.

12   Q    Sometimes it may happen that you will give

13   an answer as completely as you can, and then later

14   on, maybe five minutes, an hour, you may remember

15   some additional information in response to an

16   earlier question.  If that happens, please just tell

17   me and we'll give you an opportunity to go back and

18   supplement your earlier answer.  Okay?

19   A    Okay.

20   Q    Is there any reason you can think of why

21   you will not be able to answer my questions

22   completely and truthfully today?

23   A    No.

24   Q    Do you have any questions for me before we

25   proceed?



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              13

```
 1         A     I do not.
 2               MS. GARDNER:  I want to just note for the
 3         record that counsel have agreed that all
 4         objections except as to form of which are
 5         reserved until trial.
 6   BY MS. GARDNER:
 7         Q     Mr. Clemons, did you do anything to
 8   prepare for today's deposition?
 9         A     I did not.
10         Q     Did you meet with counsel?
11         A     I guess we talked on the phone but not --
12   initially met him.
13         Q     But you did talk with counsel on the
14   phone?
15         A     I did.
16         Q     And how long was that conversation?
17         A     I'm not sure.
18         Q     Ballpark, five minutes?  An hour?
19         A     Maybe two or three minutes, not long.
20         Q     Okay.  Did you meet with anyone other than
21   counsel in preparing for today's deposition?
22         A     I have not.
23         Q     Have you talked to anyone other than
24   counsel about today's deposition?
25         A     I have not.
```



1    Q    Have you talked to anyone other than

2    counsel who has been deposed in this matter about

3    their deposition?

4    A    I have not.

5    Q    Did you review any documents in preparing

6    for today's deposition?

7    A    I tried to but I wasn't sure what I was

8    supposed to review.

9    Q    So then I take it you did not actually

10   review any documents?

11   A    I did not.

12   Q    Okay.  Have you reviewed any other

13   deposition transcripts in this matter?

14   A    I have not.

15   Q    I'd like to hand you what is going to be

16   marked as Plaintiff's Exhibit 704.

17        (WHEREUPON, Plaintiff's Exhibit-704 was

18         marked for identification.)

19        MS. GARDNER:  I want to just note for the

20        record, you will notice that the documents

21        today are marked as government exhibits.  The

22        Government is the plaintiff in this case, so I

23        will refer to them as plaintiff exhibit with a

24        number.

25        I wanted to just note that for the record.



 1    BY MS. GARDNER:
 2         Q    Mr. Clemons, have you seen this document
 3    before?
 4         A    Yes, I think I have.  Yeah, I think.  Yes.
 5         Q    And this is a subpoena to testify at a
 6    deposition in a civil action?
 7         A    Yes.
 8         Q    And that subpoena is directed to Samuel
 9    Clemons?
10         A    Yes.
11         Q    Is that you?
12         A    Yes.
13         Q    Do you see at the top of the document
14    bears the case name United States versus Georgia?
15         A    Yes.
16         Q    Do you understand that this deposition is
17    being taken in connection with litigation against
18    the State of Georgia?
19         A    Yes.
20         Q    And do you understand that that litigation
21    relates to the Georgia Network for Educational and
22    Therapeutic Support Program?
23         A    Yes.
24         Q    Are you aware that that program is more
25    commonly referred to as the GNETS program?



1      A    Yes.

2      Q    So if I use the term "GNETS," you will

3   understand that to mean the Georgia Network for

4   Educational and Therapeutic Support Program?

5      A    I will.

6      Q    When did you first learn of this

7   litigation?

8      A    I'm really not sure.

9      Q    Do you have any estimate?  Was it years

10  ago, months ago?

11     A    I'm still not sure.

12     Q    You don't know?

13     A    I can't remember.

14     Q    How did you first learn about the

15  litigation?

16     A    Um, through -- we have, um, DOE

17  representatives that we meet with, and I think

18  that's when I first learned about it.

19     Q    Okay.  When you say we have DOE

20  representatives --

21     A    GNETS program.

22     Q    -- "we" means the GNETS program?

23     A    Correct.

24     Q    When you say the GNETS program has DOE

25  representatives, who are the DOE representatives



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    17

1   that you are referring to?

2        A    Vickie Cleveland.

3        Q    And what is Ms. Cleveland's role as a DOE

4   representative?

5        A    I think she started the GNETS consulting

6   or liaison person.

7        Q    Okay.  Does your reference to DOE

8   representatives include anyone other than Ms.

9   Cleveland?

10       A    There are others that sometimes will

11  attend the webinar meetings, but -- Lakesha

12  Stevenson, and I don't know who else, the others.

13       Q    So Lakesha Stevenson is another DOE

14  representative?

15       A    Right.

16       Q    And when you say other schools attend

17  webinars and meetings, what webinars and meetings

18  are you referring to?

19       A    We have monthly meetings.

20       Q    The GNETS program has monthly meetings?

21       A    Yes, sir.

22       Q    And those meetings are with the DOE

23  representatives --

24       A    Yes.

25       Q    I'm going to ask you to let me finish my



1    question.  We're already talk over each other and

2    we're going to drive the court reporter crazy.

3        A    Okay.  Sorry.

4        Q    Sort of looking, reaching a little bit

5    farther back, were there any other representatives

6    for the GNETS program apart from Ms. Cleveland and

7    Ms. Stevenson?

8        A    Yes.  During my first inception of the

9    program about 11 years ago there were several that

10    -- some retired, some went other places.

11        Q    Okay.  And do you -- what are the names of

12    those others who retired or went other places?

13        A    I cannot remember.

14        Q    Okay.  Are you familiar with Nakeba

15    Rahming?

16        A    Yes.

17        Q    Was she one of those former DOE

18    representatives for the GNETS program?

19        A    She was.

20        Q    What is your understanding of the nature

21    of this lawsuit?

22        A    Basically, my understanding is that it's

23    to ensure that all students have the opportunity to

24    a regular setting.  Pretty much.

25        Q    Do you understand anything else about the



1   litigation apart from that?

2        A    No.

3        Q    In the course of this lawsuit, did Horizon

4   GNETS program receive a subpoena from the United

5   States requesting that it provide certain documents

6   about its regional GNETS program?

7        A    Yes.

8        Q    Were you involved in responding to that

9   subpoena?

10        A    Yes.

11        Q    What role did you play?

12        A    I'm' director of the program, so basically

13   I gathered all the documents.

14        Q    Okay.  So I take it then that you are

15   familiar with the documents that were collected and

16   produced in response to that subpoena?

17        A    Yes.

18        Q    When did you first become acquainted with

19   the GNETS program?

20        A    2000 -- '10.

21        Q    2010?

22        A    Uh-huh.  (Affirmative.)

23        Q    And how did you first become acquainted

24   with the GNETS program?

25        A    I took the role of the director of the



1    program in 2010.

2         Q    Had you been aware of the GNETS program

3    prior to becoming director?

4         A    I had.

5         Q    And how did you first become aware of the

6    GNETS program?

7         A    I worked in the program but it's not

8    called -- I guess it was GNETS.  I worked in the

9    program starting in 1982 as a teacher.

10        Q    And when you worked in the program in 1982

11   as a teacher, what, what program location were you

12   working in?

13        A    In the Valdosta location.

14        Q    Okay.  Was that location a standalone

15   center or was it a location that was embedded within

16   a general education facility?

17        A    Standalone center.

18        Q    And do you recall the address of that

19   center or where a particular -- particularly where

20   that center was located?

21        A    I don't remember the address.  It was

22   located on James Road.

23        Q    On James Road?

24        A    Yes.

25        Q    At the time that you were a teacher in the



1   GNETS program, was the GNETS program ever referred

2   to as -- were the programs ever referred to as

3   Psycho Ed programs?

4        A    Yes.

5        Q    That's the same as what we currently know

6   as the GNETS program?

7        A    Right.

8        Q    What is the GNETS program?

9        A    It's a program that serves children that

10  have severe emotional behaviors.

11       Q    I may be using some acronyms today for

12  brevity.  So I want to go through a few of them to

13  make sure you and I are on the same page.  Okay?

14       A    Okay.

15       Q    If I use the term "GaDOE," will you

16  understand that to mean the Georgia Department of

17  Education?

18       A    Yes.

19       Q    If I use the term "LEA," will you

20  understand that to mean local education agency?

21       A    Yes.

22       Q    If I use the term "RESA," will you

23  understand that to mean regional educational service

24  agency?

25       A    Yes.



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        22

1        Q    If I use the term "GNETS centers," will

2    you understand that to mean standalone GNETS

3    locations?

4        A    Yes.

5        Q    If I use the term "GNETS school-based

6    locations," will you understand that to mean GNETS

7    locations that are based in general education

8    settings?

9        A    Yes.

10       Q    If I use the term "PBIS," will you

11   understand that to mean Positive Behavioral

12   Interventions and Supports?

13       A    Yes.

14       Q    If I use the term "EBD," will you

15   understand that to mean emotional and behavioral

16   disabilities?

17       A    Yes.

18       Q    And if I use the term "general education

19   settings," will you understand that to be public

20   schools in Georgia where children with EBD and other

21   behavioral health conditions receive instruction and

22   services alongside children who do not have

23   disabilities?

24       A    Yes.

25       Q    I'm going to hand you what is marked as



1   Plaintiff's Exhibit 705.

2           (WHEREUPON, Plaintiff's Exhibit-705 was

3       marked for identification.)

4   BY MS. GARDNER:

5       Q    Do you recognize this document?

6       A    I do.

7       Q    Is this a current version of your resume?

8       A    Except for references, yes.

9           MS. GARDNER:  Do we need to go off the

10      record?  Okay.

11  BY MS. GARDNER:

12      Q    Are you currently the director of the

13  Horizon GNETS program?

14      A    I am.

15      Q    And how long have you been director of the

16  Horizon GNETS program?

17      A    I think about 12 years.

18      Q    And so that's since 2010?

19      A    Right.

20      Q    Have you served in that role full-time

21  since 2010?

22      A    Yes.

23      Q    Have you ever served in a part-time

24  capacity as director of the Horizon GNETS program?

25      A    I have.



1      Q    You say you have?

2      A    Yes.

3      Q    And when did you serve part-time as

4   director of the Horizon --

5      A    Since 2019 until presently.  Present.

6      Q    So you presently are a part-time director

7   of the Horizon GNETS program?

8      A    Yes.

9      Q    And when you say part-time, sort of what

10  percentage of full-time are you working?

11     A    It's like 49 percent.

12     Q    49 percent?

13     A    Yeah.

14     Q    So practically, how does that work on a

15  weekly basis?  Is that a certain number of days a

16  week?  How do you divide your time?

17     A    Depends.  It could be seven days a week.

18  It could be a week taking days off as needed.  So it

19  depends.

20     Q    Okay.  Is there anyone else who serves

21  part-time director to fill in the time when you are

22  not acting as director of --

23     A    Coordinator -- coordinators at each of the

24  sites.

25              THE COURT REPORTER:  Excuse me.  I can't



1         get the question talking over.  Can you just

2         say it again, Kelly.  I'm sorry.

3         Q    Again, we're going to have to leave some

4    space between my question and your answer.

5              My question was whether there's anyone

6    else who serves as a part-time director who fills in

7    the gaps since you are serving at 49% capacity?

8         A    Yes.  I have coordinators.

9         Q    Go ahead.

10        A    I have coordinators when I'm not there

11   that fill in the gap.

12        Q    Okay.  How many coordinators do you have?

13        A    I have four.

14        Q    And are those -- do those four

15   coordinators correspond to particular sites or are

16   they distributed in some other manner?

17        A    I have two that correspond with the

18   Valdosta site because the caseloads are very low.

19        Q    Because the caseloads are very low?

20        A    Yeah.

21        Q    What do you mean by that?

22        A    The numbers are low.  The number of

23   students that they're serving.

24        Q    So you have two coordinators at Valdosta

25   because the numbers are low?



1      A    Not Valdosta.  The other sites.  At the

2   Tifton site and the Berrien site.

3      Q    So the two coordinators cover those two

4   sites?

5      A    Right.  I think you're misunderstanding

6   me.  Back up.

7           I have four coordinators and I have -- and

8   when I'm out, I have a coordinator at the Berrien

9   site that will fill in sometimes, and I have a

10  coordinator at the Tifton site that will fill in

11  because they're numbers at both of those sites are

12  low.

13     Q    Okay.  And where are the other two

14  coordinators located?

15     A    I have one in Moultrie and then I have one

16  at the Valdosta site.

17     Q    The coordinators at Moultrie and Valdosta,

18  are those full-time coordinators?

19     A    Yes.

20     Q    Is the coordinator at the Berrien site

21  full-time?

22     A    Yes.

23     Q    And is the coordinator at the Tifton site

24  full-time?

25     A    Yes.



1      Q    You said the numbers at Berrien and Tifton

2    are low?

3      A    Yes.

4      Q    Are the numbers at Valdosta low?

5      A    No.

6      Q    Are the numbers at Moultrie low?

7      A    No.

8      Q    Have you ever had any interim director of

9    the Horizon GNETS program serve during the time

10   you've been serving as part-time director?

11     A    No.

12     Q    I'd like to hand you what is going to be

13   marked as Plaintiff's Exhibit 706.

14          (WHEREUPON, Plaintiff's Exhibit-706 was

15      marked for identification.)

16   BY MS. GARDNER:

17     Q    This is an email from you to Vickie

18   Cleveland, dated May 7, 2018, with the subject:

19   "Re: Federal Programs conference."

20          This email is the most recent in a longer

21   email thread.

22          The document is Bates-stamped GA00320913.

23          Do you recognize this document?

24     A    Yes.

25     Q    And am I correct that you write in your



1  email to Ms. Cleveland:  "I will return in June

2  full-time through the transition and then 49

3  percent."  Is that right?

4       A    Yes, that's correct.

5       Q    Is 2018 when you first began working at 49

6  percent as --

7       A    That's correct.

8       Q    -- as GNETS director?

9       A    That's correct.

10      Q    In the immediately preceding email, which

11  Ms. Cleveland wrote to you, also on May 7, 2018, she

12  says:  "I received a communication from Sara stating

13  that you have retired and that she is serving in an

14  interim role.  What is your official status?"

15           Do you see that?

16      A    Uh-hum.  (Affirmative.)

17      Q    Who is Sara?

18      A    Sara Larazi.  She was the interim

19  coordinator -- director when I retired, when I first

20  retired.

21      Q    Okay.

22      A    When I retired rather.

23      Q    And was the time that you retired 2018?

24      A    Right, 2018.

25      Q    Okay.  When you retired?



SAMUEL CLEMONS, SR.                              December 15, 2022
UNITED STATES vs STATE OF GEORGIA                             29

```
1        A     Right.

2        Q     How long did she serve as interim

3   director?

4        A     I think it was maybe about four or five

5   months.  I think I retired in March, if I'm correct.

6        Q     So she served as interim director for four

7   to five months --

8        A     Four or five months.  I'm not sure.

9        Q     Four to five months.

10       A     Correct.

11       Q     Okay.

12       A     Right.

13       Q     And then what happened after that four to

14  five months --

15       A     Then I came back as part --

16       Q     What happened after that four- to

17  five-month time period?

18       A     After the four or five months, I came back

19  as part-time director.

20       Q     Okay.  And that's when you were working 49

21  percent?

22       A     Right, correct.

23       Q     And from that period of time until today

24  you continue to work 49 percent?

25       A     That's correct.
```



 1      Q    Okay.  And your email to Ms. Cleveland
 2   refers to a transition.  Do you see that?
 3      A    Is that on the first paper?
 4      Q    Yes.  Where you say:  "I will return in
 5   June full time through the transition and then 49
 6   percent"?
 7      A    Yes.
 8      Q    What transition is this referring to?
 9      A    The program moved to a different location,
10   from under Lowndes County schools fiscal agent to
11   RESA as a fiscal agent.
12      Q    So when you say the program moved from
13   Lowndes County to RESA, you're referring to a change
14   in who was serving as the fiscal agent for the
15   Horizon GNETS program?
16      A    No -- well, I'm saying changing -- serving
17   as fiscal agent, along with moving the program
18   physically to a different location, the Valdosta
19   site.
20      Q    So there was both a change who was serving
21   as a fiscal agent for the Horizon GNETS program and
22   a change in the physical location in the Valdosta
23   Horizon GNETS site?
24      A    That's correct.
25      Q    And for the fiscal agent part of that,



 1  Lowndes County had previously served as the fiscal
 2  agent for Horizon GNETS, and then the GNETS program
 3  was moving over to have its fiscal agent be a RESA?
 4       A    Right.
 5       Q    And which RESA?
 6       A    Costal Plains RESA.
 7       Q    Coastal Plains RESA.
 8            When you say that the Valdosta Horizon
 9  GNETS site location was moved, where was it moved
10  from and where was it moved to?
11       A    Okay.  Physically it was located in
12  Lowndes County before, and it moved to Valdosta
13  City, a location in Valdosta City schools.
14       Q    What had been the location when it was in
15  Lowndes County?
16       A    It was located in the Parker Mathis
17  Building.
18       Q    When it moved to Valdosta City, where was
19  the location?
20       A    It was located in the Valdosta High School
21  building, their own building.  A former building.
22       Q    So Valdosta --
23       A    A wing of that.
24       Q    So Valdosta High School had vacated a
25  building and the GNETS Horizon Valdosta Center moved



1   into a wing of the old Valdosta High School?

2        A    That's correct.

3        Q    And that moved happened in 2018?

4        A    I think.

5        Q    Okay.  2018 is when you're having this

6   conversation with Ms. Cleveland, correct?

7        A    Yes.

8        Q    Prior to serving as director of the

9   Horizon GNETS program, you held several positions

10  within the Lowndes County school system; is that

11  correct?

12       A    I did.

13       Q    Is Moulton Branch Elementary School within

14  Lowndes County?

15       A    It is.

16       Q    And you served as assistant principal at

17  that elementary school?

18       A    I did.

19       Q    From 1997 to 1999?

20       A    Yes.

21       Q    And then you also served assistant

22  principal of Lowndes High School Ninth Grade Academy

23  from 1999 to 2000?

24       A    That's correct.

25       Q    And from 2000 to 2010, you were principal



SAMUEL CLEMONS, SR.                                        December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                        33

 1   of Lowndes Middle School, which served grades six

 2   through eight?

 3       A    That's correct.

 4       Q    As an assistant principal and principal

 5   within Lowndes County, did you have any involvement

 6   with referrals of Lowndes County students to GNETS?

 7       A    At Moulton Branch, very few.  None at the

 8   high school.

 9       Q    So you were involved with a few at Moulton

10   Branch Elementary School but none at the high

11   school?

12       A    Yes.

13       Q    And for the few referrals to GNETS that

14   were you involved in Moulton Branch Elementary

15   School, what was the nature of your involvement?

16       A    Pretty much attending IEP meetings.

17   Making sure that the testing data, we got it back to

18   the school, our data.

19       Q    Did you have any other involvement with

20   the GNETS program while serving as a principal or

21   assistant principal within Lowndes County?

22       A    As principal I had some involvement also.

23       Q    And what was your involvement as

24   principal?

25       A    There were some, some referrals.  And then



1  again attending IEP meetings, and also gathering

2  data from assessments, state assessments to be

3  included in our assessment data.

4       Q    Did any of the schools where you served as

5  a building administrator within Lowndes County have

6  GNETS classrooms within them?

7       A    No.

8       Q    On your resume it also says that you were

9  a vocational consultant/evening administrator of

10 alternative program.

11           Do you see that?

12      A    Yes.

13      Q    That was from 1994 to 1997?

14      A    Uh-hum.  (Affirmative.)  Yes.

15      Q    Would you tell me more about that role?

16      A    At the GNETS program the vocational

17 consultant, and that was -- I found jobs for some of

18 the students and we went out in afternoons and they

19 worked part-time to learn skills.

20      Q    So this reference to vocational consultant

21 is you serving as a vocational consultant at a GNETS

22 program?

23      A    Correct.

24      Q    And that was the Horizon GNETS program?

25      A    Yes.



1      Q     And you mentioned that you helped students

2   find jobs?

3      A     Right, yes.

4      Q     What was the grade level range for

5   students that you were working with at that time?

6      A     They were high school students.

7      Q     And when you say you helped them find

8   jobs, were these part-time jobs?  Full-time jobs?

9      A     They were non-paying part-time jobs.

10     Q     So opportunities for them to learn some

11  sort of skill or trade?

12     A     Vocational skills, yes.

13     Q     And you say -- you noted that you went out

14  in the afternoons, you went out with the students to

15  those job environments?

16     A     Yes.

17     Q     This same entry on your resume, it says

18  that you were also evening administrator of the

19  Moulton program.  Do you see that?

20     A     Yes.

21     Q     Is that connected in some way to your role

22  as vocational consultant?

23     A     No.  It's totally different.

24     Q     And what was the evening administrator for

25  the alternative program?



1        A    In that alternative program we had an

2    evening program and I was the evening administrator

3    -- one of the evening administrators.  We had two

4    for that alternative program.

5        Q    And what -- what was the sort of

6    population served by the alternative program?

7        A    I'm not sure.  I know it was like a credit

8    recovery program, alternative program.

9        Q    And were those Lowndes County students in

10   the alternative program?

11       A    Yes, all.  All Lowndes County students.

12       Q    And they were doing credit recovery?

13       A    Some of them credit recovery, and some of

14   them had been there because they had been sent their

15   due to whatever, for whatever reasons.

16       Q    Were any of those reasons sort of

17   behavioral or disciplinary?

18       A    Some were and some were because high

19   school pregnancy, didn't finish school so they came

20   to the evening program.

21       Q    And students who came to the evening

22   program, were those students also in school during

23   the day or were they students who were working or

24   doing other things?

25       A    Working, and attending the program in the



 1  afternoons.

 2      Q    What was your role as the evening

 3  administrator?

 4      A    Much like an assistant principal.

 5  Checking on their grades.  Staff counseling that

 6  worked with them as far as counseling them, dealing

 7  with some behaviors.  Stuff like that.

 8      Q    And when you say dealing with some

 9  behaviors, what do you mean by that?

10      A    We had some students that had some

11  behavior issues in the alternative program.

12      Q    I'm sorry.  Did you say behavior issues or

13  heavy issues?

14      A    Behavior issues.

15      Q    Behaviors issues.

16      A    Right.

17      Q    Okay.  And in terms of your dealing with

18  those behaviors, how would you deal with those

19  behaviors?

20      A    In most settings the teacher would call

21  and say the student is having some problems, he's

22  being defiant or whatever.  And my role was -- as

23  evening administrator was call the person out and we

24  would talk.  I would usually talk with them.

25  Sometimes I get parents involved, and sometimes I



 1   get the counselor involved, trying to figure out

 2   what the issue was.

 3        Q    Okay.  And you noted that you had a

 4   counselor on staff at the alternative program?

 5        A    Part-time counselor.

 6        Q    And was that a -- what was the part-time

 7   counselor's sort of background?  Was it school

 8   counselor?  Was it like a licensed practical

 9   counselor?

10        Do you have a sense of what their

11   credentials were?

12        A    It was a school counselor.

13        Q    Just so I'm clear on your role as

14   vocational consultant to the GNETS program, that was

15   at the Valdosta site or where was that located?

16        A    It was at the Valdosta site.

17        Q    Your resume indicates that from 1984 to

18   1994 you served as a special education teacher of

19   emotional disturbed students/developmentally

20   disabled students.

21        Where were you employed at that time?

22        A    This is a program that was started with

23   Valdosta State College at the time and we were

24   located at Parkwood Development Center on Lee

25   Street.  That's where that program is located at.



1    Q    And you say it's a program that was

2  started with Valdosta State College.  Was that

3  program staffed by Valdosta State College?  What was

4  Valdosta State College's involvement?

5    A    It was a Valdosta State College program

6  and the staff -- we were actually teachers of

7  Valdosta State College, but the program was located

8  at Parkwood Development Center with those students,

9  those students that were located in the center.

10    Q    What was the grade range of the students

11  located at Parkwood Development Center?

12    A    It was multi grade.

13    Q    What was the range?

14    A    From six to 12 -- I mean sixth grade to

15  twelfth grade.

16    Q    So the program served students from sixth

17  grade to twelfth grade, and all of the teachers in

18  the program were actually employed by Valdosta State

19  College?

20    A    That's correct.

21    Q    Was the program located in a single site?

22    A    At first it was located at a single site,

23  and then I think it branched out to another site,

24  that I'm not familiar with.

25    Q    Okay.  Was there any connection between



1  the students at the Parkwood Development Center and

2  students in GNETS?

3      A    No.  Totally different.

4      Q    How were students referred -- or how did

5  students come to find themselves at the Parkwood

6  Development Center?

7      A    We served students in Parkwood Development

8  Center.  They were not sent to us.  They were

9  students that were in the home environment.

10     Q    Is Parkwood Development Center like a

11  residential treatment facility?

12     A    Right, it is.

13     Q    Did you teach any particular subjects as a

14  special education teacher at Parkwood Development

15  Center?

16     A    I taught all subjects.

17     Q    Had any of the students that you taught

18  while at Parkwood Development Center previously been

19  served in the GNETS program?

20     A    I'm not sure.

21     Q    Did any of those students leave Parkwood

22  Development Center to go to a GNETS program?

23     A    I'm not sure.

24     Q    On your resume it says from 1980 to 1984

25  you were a special education teacher for Valdosta



1  State College, and then it says Special Project,

2  working with developmentally disabled students.

3          Is this a different project than Parkwood

4  Development Center?

5      A    That's the same project.

6      Q    Okay.  So then it sounds like you were

7  working with Parkwood Development Center from 1980

8  until 1994?

9      A    Uh-hum -- that's not correct.

10         1980 -- I'm sorry.  1984 -- no, that's not

11  correct.

12         That's not correct.  That's an error.

13     Q    Why don't you tell me what it should say.

14     A    19 -- 1977 to 19 -- 1984, I was direct

15  staff care person at a group home.  Then 1984 --

16  1984 -- 1980 to '84, that was a special project at

17  Valdosta State College, and I worked as a teacher in

18  that program.

19     Q    At Parkwood Development Center?

20     A    Right.

21         Then 1984 to 1994, that's where I taught

22  at the -- in the CPES program.

23     Q    Steps?

24     A    CPES, C-P-E-S.  That's what it was called

25  then.



1      Q     Okay.

2      A     And then at the same time I listed 1994 --

3  back in 1997, 1994, is where I still taught at the

4  CPES program but I also worked as an administrator

5  in the alternative program and I worked in

6  afternoons as a vocational consultant for the CPES

7  program.

8           So at the CPES program, I was still at the

9  CPES program from 1997, '94, I was still at the CPES

10  program at as a teacher but afternoons I went to the

11  alternative program, which was next door and worked

12  in that program as administrator.

13      Q     So let me make sure I understand.

14           From 1984 to 1994, where it says special

15  education teacher of emotional disturbed students,

16  that was in the CPES program?

17      A     Right.

18      Q     And CPES is CPS?

19      A     Right.  It was called CPES.  I think it's

20  C-P-E-S.

21      Q     C-P-E-S?

22      A     I think.

23      Q     And what does CPES stand for?

24      A     Comprehensive psychological -- I can't

25  remember.



1      Q     Okay.  Is the CPES program affiliated with

2    any particular school district or entity?

3      A     The CPES program actually was a GNETS

4    program.  It was just named CPES.

5      Q     Okay.  So from 1984 to 1994, you were a

6    special education teacher and you were teaching in a

7    GNETS program?

8      A     That's correct.

9      Q     Okay.  And you continued teaching in that

10   GNETS program as a special education teacher from

11   1994 to 1997?

12     A     That's correct.

13     Q     And then you also, in the afternoons or

14   evenings, served as a vocational consultant, and

15   then evening administrator --

16     A     That's correct.

17     Q     -- in the alternative program?

18     A     That's correct.

19     Q     And then Parkwood Development Center,

20   where you served as a special education teacher, was

21   from 1980 to 1984?

22     A     That's right.

23     Q     You mentioned that you also were part of a

24   direct care staff.  Is this also for a residential

25   center?



1        A    No.  It was a -- they called it a group
2    home.  I'm not sure what it is.
3        Q    Okay.  And when you say group home, is
4    that children who are in foster care?
5        A    No, no, no.  These are students that are a
6    severely emotional -- severely developmentally
7    delayed, and these are adults and they live in a
8    house, and I worked as a foster parent -- not a
9    foster parent.  As care staff.
10       Q    And what was your role as a direct care
11   staff member?
12       A    Pretty much when they came in from -- they
13   went to a local center and then when they came in
14   the afternoons, pick them up from work, and came
15   back, make sure -- supervise them doing baths,
16   cooking, supervised cleaning, that kind of stuff.
17       Q    Did you provide any therapeutic services
18   in that setting?
19       A    I did not.
20       Q    In these other settings that are listed
21   here, had you directly provided any therapeutic
22   services as part of your roles?
23       A    When you say other settings, what settings
24   are you talking about?
25       Q    You all these settings that are listed on



 1  your resume.

 2       A    As assistant principal, I did not.

 3       Q    Okay.

 4       A    As principal, I did not.

 5       Q    Okay.

 6       A    Okay.  As a vocational consultant I did.

 7  When I worked at the GNETS program, we did.

 8            And at the evening -- administrative

 9  alternative program, I did not.

10       Q    So you said as a vocational consultant you

11  did provide therapeutic services?

12       A    Yes.

13       Q    What therapeutic services did that

14  involve?

15       A    We did a lot of role playing.  We did a

16  lot of life skills things.  We did a lot of

17  character education, those kinds of things.

18       Q    And you, you personally led those things?

19       A    Yes, I did.

20       Q    Then what about as a special education

21  teacher?

22       A    Within the classroom?  We had a segment

23  where we did therapeutic things for students.  Some

24  of the things just don't know.

25       Q    Anything in addition to the things that



1   you just talked about?

2       A    What do you mean?

3       Q    So you mentioned that the therapeutic

4   services that you provided as a vocational

5   consultant were role playing, life skills, and

6   character education.  I'm asking as a special

7   education teacher, did you deliver any therapeutic

8   services that would not fall into those three

9   categories?

10      A    They would fall into those three

11  categories.

12           THE COURT REPORTER:  I'm sorry.  Repeat

13      your answer.

14      A    I said no.  They would fall into those

15  three categories.

16      Q    We talked quite a bit about your actual

17  working experience, but I want to make sure we cover

18  your educational degrees.

19           Can you tell me what educational degrees

20  you hold?

21      A    I have a master's in behavior science,

22  special education -- not a master's.  Back up.

23           I have a B.S. degree in behavior science,

24  special education.

25           I have a master degree in educational



1   leadership and supervision.

2          I have an educational specialist degree,

3   and then I have a doctor of education.

4      Q    Okay.  And starting with the bachelor's

5   degree, where did you receive your bachelor's

6   degree?

7      A    Valdosta State College at the time.

8      Q    Okay.  And that was in 1980?

9      A    Yes.

10     Q    And where did you receive your master of

11  educational leadership and supervision?

12     A    Valdosta State College.

13     Q    And that was in 1994?

14     A    Yes.

15     Q    And where did you receive your education

16  specialist degree?

17     A    Valdosta State University, I think at the

18  time.

19     Q    Okay.  And that was 1997?

20     A    Uh-hum.  (Affirmative.)

21     Q    And what about the doctor of education?

22     A    Nova Southeastern University.

23     Q    And that was in 2005?

24     A    Yes.

25     Q    The doctor of education, was that focused



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              48

1    in a particular area?

2         A    Leadership.

3         Q    Do you hold any other professional

4    licenses apart from your educational degrees?

5         A    No.

6         Q    Are you content certified in any areas?

7         A    Yes.

8         Q    What areas are you content certified in?

9         A    Life skill.  I think in math.

10             I'm not sure.  I have a teacher

11   certificate and I think it's life skills, I think.

12        Q    Okay.  You mentioned math as well?

13        A    I'm not sure about that.

14        Q    But you are content certified in life

15   skills?

16        A    Yes, and it would be the areas that are

17   listed in life skills.  The content areas listed on

18   that certificate.

19        Q    What areas are those?

20        A    I'm not sure.

21        Q    Is that certification current?

22        A    It expires 2023.

23        Q    Do you hold any other credentials that are

24   relevant to your work in the GNETS context?

25        A    No.



1        Q     To whom do you report currently?

2        A     To comprehensive -- Coastal Plains RESA.

3        Q     And who in particular at Coastal Plains

4    RESA?

5        A     Wes Taylor.

6        Q     What is Wes Taylor's title?

7        A     He's the RESA director.

8        Q     Okay.

9        A     Coastal Plains RESA director.

10       Q     Does Wes Taylor evaluate you?

11       A     He does.

12       Q     Are you evaluated using LKES?

13       A     Wes Taylor is new.  So the former director

14   was Dan -- I mean was Heard, and he did not use

15   LKES, I don't think.

16       Q     You said the former director was heard?

17       A     Right.  Lance Heard.

18       Q     Lance Herd.  You said he did not use LKES?

19       A     No, he did not.

20       Q     Do you know if Wes Taylor will be using

21   LKES?

22       A     I do not.

23       Q     Do you report to anyone other than Wes

24   Taylor?

25       A     We have a Board of Control.  I'm not sure



1  I report to them or they are sort of part of that

2  network.

3       Q    When you say "we have a Board of Control,"

4  who's "we"?

5       A    I should have said I.  I have a Board of

6  Control and that Board of Control is made up of the

7  superintendents in the Coastal Plains RESA area.

8       Q    Is that technically the RESA's Board of

9  Control?

10      A    It is.

11      Q    When you say the Board of Control is made

12 up of the superintendents in the Coastal Plains RESA

13 area, which are the school systems that those

14 superintendents come from?

15      A    Okay.  I think we have Colquitt, we have

16 Tifton, we have Ben Hill, we have Turner, we have

17 Irwin, Valdosta City, Lowndes County, we have

18 Brooks, we have Echols.

19           I think that's it.  It's about 11, I

20 think.  I think it's about 11.

21      Q    Does the Horizon GNETS program serve

22 students from all the counties that you just named?

23      A    Yes.

24      Q    Does anyone report to you as director of

25 the Horizon GNETS program?



1       A     What do you mean?

2       Q     Do you have any staff who report to you?

3       A     Yes, I do.

4       Q     How many?

5       A     I have four coordinators that report

6  directly to me.

7       Q     Does anyone else report directly to you?

8       A     Um, I think that's it.

9       Q     Are there additional staff at Horizon

10 GNETS who in turn report to the four coordinators?

11      A     I'm not sure what you're asking.

12      Q     Are there other staff who report to your

13 four coordinators?

14      A     Yes.

15      Q     And would those generally speaking be

16 staff at the Horizon GNETS program?

17      A     Yes.

18            (WHEREUPON, Plaintiff's Exhibit-707 was

19        marked for identification.)

20 BY MS. GARDNER:

21      Q     I'll hand you what is marked as

22 Plaintiff's Exhibit 707.

23            This is a brochure providing information

24 about the Horizon GNETS program.

25            Do you recognize this document?



1       A    I do.

2       Q    Who created this document?

3       A    I'm not sure.

4       Q    Okay.  Am I correct this brochure provides

5   information about the Horizon GNETS program?

6       A    Yes.

7       Q    And this says that Horizon Academy is one

8   of the 24 programs statewide comprising of Georgia

9   Network for Educational and Therapeutic Support,

10  correct?

11      A    Yes.

12      Q    And it goes on to say, on the first page,

13  in the first paragraph, under "What is Horizon

14  Academy?"  That it is funded by the Georgia General

15  Assembly through the Georgia Department of

16  Education, Special Education Services and Supports?

17      A    That's correct.

18      Q    What is Horizon's mission?

19      A    To provide support and assist students

20  ages five through 21 with emotional and behavior

21  disorders to reach their full potentials.

22      Q    Given this mission statement, would you

23  say that most of the students in the Horizon GNETS

24  program have EBD?

25      A    You're saying EBD.  I'm saying SEBD,



1    severe behavioral issues, not just EBD

2        Q    Okay.  So you would say that the majority

3    of students in the Horizon GNETS program have severe

4    emotional and behavioral disorders?

5        A    Yes.

6        Q    Or just severe behavioral disorders?

7        A    Severe emotional behavior disorders.

8        Q    Okay, understood.

9             And am I correct that this brochure

10   defines a student with an emotional and behavioral

11   disorder as one who exhibits, and then there's a

12   list of five characteristics of emotional/behavioral

13   disorder here?

14       A    Yes.

15       Q    And it says in this document that a

16   student with EBD would exhibit one or more of those

17   emotionally-based characteristics of sufficient

18   duration, frequency and intensity that it or they

19   interfere significantly with educational performance

20   to the degree that provision of special education

21   services are necessary, correct?

22       A    Yes.

23       Q    Moving down, there's a section on the

24   services offered at Horizon.  Do you see that?

25       A    I do.



1    Q    The first bullet point there says:

2    "Direct therapeutic services, evaluation and

3    assessment and other services as appropriate."

4         Do you see that?

5    A    I do.

6    Q    Under Direct Services, and just talking

7    specifically only about direct therapeutic services,

8    what is included in direct therapeutic services in

9    terms of the offerings at Horizon Academy?

10   A    Okay.  We have outside source, such as

11   Family Counseling for Insight.

12   Q    I'm sorry.  Can you repeat that?

13   A    Outside source that does -- comes in the

14   school and does counseling services, which is

15   therapeutic counseling services for students.

16        We have programs, Second Steps that we do,

17   as far as being therapeutic.

18        We do PBIS, positive behavior

19   interventions strategies.  That's therapeutic.

20        We do character education.  That's

21   therapeutic.

22        We do Check and Connect, and several other

23   programs that are therapeutic.

24   Q    Okay.  Anything else?

25   A    Probably so, but I can't think of them



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                     55

1    right now.

2        Q    So you mentioned there is an outsource

3    that provides therapeutic counseling?

4        A    Yes.

5        Q    What is the name of that outside source?

6        A    Family Insight.

7        Q    Family Insight.

8             And in terms of therapeutic counseling

9    that they provide, do they come to Horizon GNETS

10   program locations to provide that, or does Horizon

11   connect students to those services for them to

12   receive services outside of the school day?

13       A    They come to the program.

14       Q    Do they come to you all of your program

15   locations?

16       A    Yes.

17       Q    And how many counselors from Family

18   Insight serve the Horizon GNETS program?

19       A    There -- they serve each program so many

20   days per week.  The Valdosta site, which is the

21   larger program, I think they do two days per week,

22   maybe two and a half days a week.  One day here in

23   Colquitt, and I think they do one day in Cook, and

24   then one day in Tift.

25       Q    And what about Berrien?



1      A    I said Cook and Berrien is together, okay.

2   Cook, Berrien, Tift, and then Colquitt.

3      Q    And when they serve on these numbers of

4   days per week for given sites, how many counselors

5   are coming out to the site?

6      A    It depends.  Usually about two.  But it

7   depends.

8      Q    Approximately how many students within the

9   Horizon GNETS program are currently receiving

10   counseling services through this outside provider?

11      A    I can't give you a number, but it's over

12   half.

13      Q    Over half?

14      A    Yes.

15      Q    You mentioned Second Steps is another

16   direct --

17      A    It's a program --

18      Q    -- therapeutic service you use?

19      A    I'm sorry.  That's a program that we use

20   in-house.

21      Q    And what is Second Steps?

22      A    Basically it does a lot of therapeutic

23   lessons for children.  It has a lot of lessons that

24   you do that are therapeutic, a lot of therapeutic

25   lessons, those kind of things.



SAMUEL CLEMONS, SR.                         December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        57

1      Q     Is Second Steps an online program?

2      A     Some of it is and some of it is not.

3      Q     The portion of it that is not, how is the

4  program delivered?

5      A     By the teacher.

6      Q     So is Second Steps a curriculum?

7      A     Yes.

8      Q     And would it be considered a social

9  emotional learning curriculum or something else?

10     A     Socio/emotional learning curriculum.

11     Q     How long has the Horizon GNETS program

12  bean using Second Steps?

13     A     Probably about four years.  It's about

14  four years.

15     Q     And in terms of the frequency with which

16  that curriculum is delivered, how many times per

17  week are students receiving installments from Second

18  Steps?

19     A     The schedule, the schedule is fixed.  So

20  it's embedded daily.  They're getting some piece of

21  that every day.

22     Q     And for how many minutes per day or how

23  long each day?

24     A     It depends.  Usually we try to block out

25  at least 30 minutes per day.



1     Q     And is that for every single student at

2   every grade level?

3     A     All except the life skills class.  They

4   use TeachTown.

5     Q     And what is the life skills class?

6     A     Those are the ones that are very, very,

7   very low.  We have -- yeah, the students that are

8   very low.

9     Q     And when you say students that are very

10  low, are you referring to students who have more

11  severe developmental delays?

12    A     Yes.

13    Q     Are those students on a functional

14  curriculum?

15    A     Most of them are, yes.

16    Q     And is that functional curriculum what

17  you're referring to as the life skills class?

18    A     Yes.

19    Q     How many students within the Horizon GNETS

20  program approximately fall into that functional

21  curriculum class group of students?

22    A     Okay.  I'm guessing, okay.  We have

23  probably about 12 at the -- no, no, no.  Probably

24  about 15 at the Valdosta location.  We have four

25  here.  Okay.  And they're just at the Valdosta



1   location and at the Colquitt site.  We don't have

2   any in Tifton or the Cook/Berrien site -- yes, we

3   do.  Sorry.  At the Cook site we have -- at the

4   Berrien site we have 10.  I think.

5        Q    Okay.  So does approximately 30 students

6   sound correct to you?

7        A    Probably approximately 20.  I'm not sure

8   of that.

9        Q    And you said students on the functional

10  curriculum use TeachTown?

11       A    Yes.

12       Q    And what is TeachTown?

13       A    TeachTown is a primitive canned

14  computerized program, and it does the basics and it

15  does social skills.

16       Q    And how often do students receive social

17  skills curriculum through TeachTown?

18       A    That's daily.

19       Q    For how many minutes a day?

20       A    Usually that program is about 50, 60

21  minutes per day.

22       Q    And is that for all students at all grade

23  levels?

24       A    Yes.

25       Q    You also mentioned character education as



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                          60

```
1    a direct therapeutic service?

2         A    Yes.

3         Q    And what does that mean?

4         A    Daily each teacher provides a character

5    education lesson, and that's usually first thing in

6    the morning.  It's about 30 minutes in the morning.

7         Q    And that's separate from Second Steps?

8         A    It is.

9         Q    And separate from TeachTown?

10        A    Yes.

11        Q    Is that character education lesson

12   standardized in any way across the various Horizon

13   GNETS locations?

14        A    Yes.

15        Q    Who develops those standardized

16   educational lessons?

17        A    It's a canned curriculum that we have.

18        Q    What's the name of that curriculum?

19        A    I'm not sure.

20        Q    How long have you had that curriculum?

21        A    I'm not sure.  I think it's been over five

22   years.  I'm not sure.

23        Q    Any of those direct services included in

24   the character education curriculum?

25        A    I don't understand what you're saying.
```



1    Q    Are there any other direct therapeutic

2  services that fall into the category of character

3  education apart from the standardized curriculum you

4  just mentioned?

5    A    No.

6    Q    No?

7    A    (Witness shakes head in the negative.)

8    Q    You also mentioned Check and Connect?

9    A    Yes.

10    Q    What is Check and Connect?

11    A    That's when students first come in in the

12  mornings and you greet them at the door and you

13  pretty much check, see how they are doing, and then

14  you try to make connection with them daily.

15    Q    Okay.  Any other direct therapeutic

16  services for Horizon GNETS students that we haven't

17  covered that you can think of?

18    A    I'm sure there are others but I can't

19  think of them right now.

20    Q    This also references evaluation.  Do you

21  see that?

22    A    Yes.

23    Q    What kind of evaluation do students

24  receive?

25    A    Usually when students come to us -- before



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                         62

1   they come to us, the LEA has to do an FBA, and from

2   the FBA develop a BIP.

3         Q     That FBA, BIP, are those requirements?

4         A     Yes.

5         Q     And who requires that?

6         A     That's something we require.  That's part

7   of our intake, initial intake.

8         Q     Who determines what the requirements of

9   the initial intake form will be?

10        A     That's a form we got from the state, DOE.

11        Q     You keep referring to a form.  Is there a

12  particular name of that form or --

13        A     There is, and I can't think of the name of

14  that.  There's a document that we use to initiate

15  the intake of students.

16        Q     Okay.  And that document tells you the

17  various things that you are required to do or to

18  meet before you can take the student in?

19        A     Right, it is.

20        Q     Anything else included within the

21  valuation here apart from the FBA and the BIP?

22        A     Sometimes there might be an evaluation

23  that's done by the psychological -- by the

24  psychologist before students enter the program.

25        Q     Does Horizon GNETS do FBAs and BIPs once a



1  student is already within the Horizon GNETS program?

2  　　A　　We do.

3  　　Q　　And who, who -- who on the Horizon GNETS

4  staff would be responsible for that?

5  　　A　　We have trained -- we call them consultant

6  teachers.  They've been trained to do the FBAs and

7  they train the staff to do those FBAs and BIPs.

8  　　Q　　Does the Horizon GNETS program do any

9  psychological evaluations once a student is within

10  the Horizon GNETS program?

11  　　A　　No.  LEA does that.

12  　　Q　　Any other kinds of evaluations that we

13  haven't talked about?

14  　　A　　I'm sure there are others but I can't

15  think of them right now.

16  　　Q　　And then this mentions assessment.  Do you

17  see that?

18  　　A　　I see.

19  　　Q　　And what does that mean?

20  　　A　　Repeat that again now.  What did you say?

21  　　Q　　I'm just -- this says that assessment is

22  one of the services offered at Horizon Academy, and

23  I'm wondering what assessment services Horizon

24  Academy offers?

25  　　A　　Sometimes we do checks -- some checklists,



1   behavioral checklists we do to make some kind of

2   assessments.

3           We have BASC sometimes, and other

4   instruments like that, to gather some data.

5       Q    BASC, B-A-S-C?

6       A    Uh-huh.  (Affirmative.)

7       Q    What is the BASC?

8       A    It's like a behavioral assessment

9   checklist.

10      Q    Do you regularly administer the BASC to

11  Horizon GNETS students?

12      A    Usually when it's time for like a -- when

13  a child initially come in our program, get some

14  baseline data, and then we do it again usually if

15  it's coming up for the annual review, or if there's

16  some issues that we think that needs to be

17  addressed, we may do one then.

18      Q    You mentioned also behavioral checklist

19  that you use?

20      A    Yes.  It could be sometimes we --

21  behavioral checklist that we may send the physician

22  if there's some issues with the medication, for him

23  to look at and for parents to look at.  I mean we do

24  them with parents.  The parents do a checklist, we

25  do a checklist, and then they take those checklists



1  to the physician to compare what we say and what

2  parents have said -- or seen rather.

3      Q    And how do those behavioral checklists get

4  created?

5      A    Those are canned behavior checklists.  We

6  don't create them.

7      Q    Where do they come from?

8      A    Some checklists that we order.  They are

9  standard from the psychologists, usually.

10     Q    Any other assessment service at Horizon

11 Academy?

12     A    I can't think of any right now, any

13 others.

14     Q    And then this mentions other services as

15 appropriate.  What is included in that?

16     A    Some of it may be we do -- we go out to

17 the schools, to the LEA, to the school, before a

18 child comes into the program, and we do some

19 observations.  And with those observations we sit

20 down with the group, LEA team, and share what we

21 have observed and give some suggestions as far as

22 some things that we think that they may need to try.

23     Q    With that, is that like a consultation

24 that you do with --

25     A    It is.



1    Q    Under this "What are the services offered
2    at Horizon Academy" section, it also, in the second
3    bullet point, says classes on part or full day
4    basis.
5         Do you see that?
6    A    I do.
7    Q    Do you have students this year at the
8    Horizon GNETS program on a part day basis?
9    A    We do.  I do.
10   Q    About how many students are on part day
11   basis?
12   A    Actually, I'm not quite sure.
13   Q    Rough number?
14   A    I think at the Valdosta location we have
15   about six.  At Tift we have about two.
16        I think in Colquitt we may have two or
17   three.  And in Berrien and Cook we had -- we have
18   two.
19   Q    So how does part day work for those
20   students who are on part day?
21   A    Okay.  Usually what we do is a student is
22   on part day, they come to us for some of the periods
23   out of the school day.  They go to regular school,
24   take some classes at the regular school, and they
25   come to us part day.  They do part day in the



SAMUEL CLEMONS, SR.                                     December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                     67

1   mornings.  It could be one or two periods in the

2   mornings, or it could be in the afternoons.

3         Q    Are all of the students who are on part

4   day spending the part of the day that they're not at

5   Horizon GNETS in a general education environment, or

6   are there also some students on part day who only

7   come to GNETS for part of the day and then maybe

8   home for the rest of the day or --

9         A    Yeah, both.

10        Q    Do those students who are on part day who

11  don't spend the other part of the day in the general

12  education environment receive any sort of homebound

13  services?

14        A    I'm not sure.

15        Q    Okay.  So I take it that you don't have

16  GNETS staff who are involved in providing any

17  homebound services?

18        A    Very rarely.  We have had some GNETS

19  teachers that do homebound services, but it's not --

20  it's not something we do all the time.

21        Q    And when you say you have had teachers who

22  have done that, when was the last time you recall a

23  GNETS teacher doing that?

24        A    I think it was probably last year.  We had

25  a child that was -- I think medical issues, I think.



1   Medical issues.  We had a teacher from GNETS that

2   served that child at home.

3        Q    And how would that work?

4        A    The services are in the afternoons, so

5   many days a week in the afternoons.

6        Q    Was that a teacher that also had

7   responsibility for a regular GNETS classroom

8   somewhere?

9        A    Say again now.

10       Q    Was the teacher providing those homebound

11  services a teacher who also had responsibility for a

12  GNETS classroom somewhere in your program?

13       A    Yes.

14       Q    And so how did the teacher navigate

15  serving the classroom and then also providing

16  homebound services?

17       A    Homebound services were after the

18  classroom.  It was in the afternoon, after the

19  teacher had left the school.

20       Q    So after the normal school day is over?

21       A    Right.

22       Q    The third bullet point here mentions

23  consultation, the schools agencies and teachers of

24  students being served by or referred to Horizon

25  Academy.



1            Do you see that?

2       A    Yes.

3       Q    Are those the kind of consultations you

4   were telling me about earlier?

5       A    They are.

6       Q    How many consultations have been done this

7   current school year?

8       A    I'd be guessing.  I can't tell you exact

9   number.  But we do a lot of consultation.

10      Q    What's the approximate number?

11      A    For the school year?

12      Q    No, no.  For this current 2022-2023 school

13  year, so basically we're talking about the first

14  semester of the school year, approximately how many

15  consultations has Horizon GNETS Academy conducted?

16      A    Probably about, I'd say, 15, maybe more.

17      Q    Who is in charge of conducting those

18  consultations?

19      A    We have -- we call them consultant

20  teachers.  They do that.

21      Q    Are your consultant teachers also

22  classroom teachers?

23      A    No, they're not.

24      Q    So they're separate from GNETS classroom

25  teachers?



SAMUEL CLEMONS, SR.                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                      70

1        A      Right.

2        Q      And the consultant teachers are also the

3    ones that you said earlier do the FBAs and BIPs?

4        A      Right.

5        Q      How many consultant teachers are there

6    across the entire Horizon GNETS program?

7        A      I have two in Valdosta, one in Tifton, one

8    in -- the one in Tifton.  One in Berrien/Cook

9    together.  And then I have one here.  So I guess

10   that's four -- two, three -- five.

11       Q      According to this brochure, Horizon GNETS

12   serves students from multiple school systems,

13   correct?

14       A      Yes.

15       Q      And which school system are those?

16       A      Let me see.  You want me to name them?

17       Q      Yes, please.

18       A      Ben Hill, Berrien, Brooks, Colquitt, Cook,

19   Echols, Irwin, Lanier, Lowndes, Tift, Turner, and

20   Valdosta City.

21       Q      Does Horizon GNETS still have five sites

22   where those students are served, or is the number of

23   sites different this current school year?

24       A      We still have five sites.

25       Q      And this brochure says that those sites



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    71

```
 1   are located in Valdosta, Moultrie, Nashville,
 2   Tifton, and Valdosta?  Is that correct?
 3        A    Yes, that's correct.
 4        Q    And just so I'm clear, the Moultrie site
 5   is the site where Colquitt County --
 6        A    That's correct.
 7        Q    The Valdosta site is Valdosta City?
 8        A    Yes.
 9        Q    What is the Adel site?
10        A    That's in Cook County.
11        Q    And what about the Nashville site?
12        A    Nashville site is in Berrien.
13        Q    And the Tifton site is --
14        A    In Tifton.  Uh-hum.  (Affirmative.)
15        Q    Of those sites, which of those sites are
16   centers, so stand-alone GNETS locations?
17        A    The Valdosta site and the Colquitt site.
18   And then the -- I'm sorry.
19        Q    I'm sorry.  The Colquitt site is the one
20   in Moultrie?
21        A    Right.
22        Q    And that's where we physically are today?
23        A    That's correct.
24        Q    Are the locations in Adel, Nashville and
25   Tifton school-based locations?
```



1       A    Yes.

2       Q    And just to clarify, the Colquitt site,

3  which is in Moultrie, is that center collocated with

4  an elementary school, an operational elementary

5  school, or is this building entirely dedicated to

6  the Horizon GNETS program?

7       A    This building is dedicated to Horizon

8  GNETS program.

9       Q    Have there been any changes in school

10  systems that the Horizon GNETS program serves since

11  2015, 2015 to the present?  Have there been any

12  changes?

13      A    You mean in the systems that we serve?

14  The Colquitt site, I think, started about four years

15  ago.  I don't think -- about four, five years ago.

16      Q    So prior to four or five years ago, the

17  Colquitt site was not a part of the Horizon GNETS

18  program?

19      A    Right.

20      Q    Was the Colquitt site served by a

21  different GNETS program prior to that time?

22      A    Yes.

23      Q    Which GNETS program was that?

24      A    I think it's Pathways.

25      Q    Has the number of site locations within



1   Horizon GNETS program remained consistent over the

2   last five years or so?

3        A    Yes.

4        Q    I want to turn to the next page of -- and

5   just for clarity sake, am I correct that this

6   document was produced by the Horizon GNETS program

7   in response to the United States subpoena?

8        A    Yes.

9        Q    I want to make sure I understand from you,

10  this was produced as a single file, but I'm

11  wondering, are these two separate brochures

12  contained in here?

13       A    What do you mean two separate?

14       Q    So the first two pages are a yellow

15  brochure, and then there's two pages at the end that

16  sort of look similar.  I'm wondering are these two

17  different brochures or a single brochure?

18       A    Two different brochures.

19       Q    All right.  I just wanted to confirm that.

20            So turning to the third page, which is the

21  beginning of the second brochure, this brochure has

22  a section in the middle of the initial page.  It

23  says:  "How do children and youth access GNETS

24  services?"

25            Do you see that?



1    A    I do.

2    Q    If you look at the last paragraph in that

3  section, about halfway through, and do you see where

4  it says:  "Students who are served in GNETS classes

5  are those requiring the intensive therapeutic

6  interventions and educational support that GNETS

7  programs are designed to provide"?

8    A    Yes.

9    Q    We talked a little bit earlier about the

10  direct therapeutic services that Horizon GNETS

11  provides, and I just wanted to confirm, are there

12  any intensive therapeutic interventions as

13  referenced here that we haven't talked about yet

14  that I should know about?

15    A    I'm sure there are but I just can't think

16  of those right now.

17    Q    But nothing apart from what we have -- at

18  this particular moment in time, nothing apart from

19  what we've already discussed?

20    A    Right.

21    Q    On the sort of far right-hand side of this

22  page there's a reference to GNETS standards of

23  practice and core array of services.

24        Do you see that?

25    A    Yes.



SAMUEL CLEMONS, SR.                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                      75

1      Q    Are these standards of practice and core

2    array of services common to all regional GNETS

3    programs?

4      A    Yes.

5      Q    Just so I'm clear, this particular

6    brochure, which are the last two pages, in this

7    Exhibit 707, who created this brochure?

8      A    This would be DOE.

9      Q    So the Department of Education?

10     A    Yes.

11     Q    The GNETS Standards of Practice, who

12   determines those standards of practice?

13     A    That's DOE.

14     Q    When you say DOE, you're talking about

15   GaDOE?

16     A    Right.

17     Q    Georgia Department of Education?

18     A    Yes.

19     Q    And what about the Core Array of Services,

20   who determines what those would be?

21     A    DOE.

22     Q    Under the Core Array of Services, it

23   references comprehensive reintegration support for

24   students.

25          Do you see that?



1        A     Yes, I do.

2        Q     What comprehensive reintegration support

3     for students does Horizon GNETS provide?

4        A     I'm not sure.

5        Q     What is your understanding of what

6     comprehensive reintegration support means?

7        A     Getting students back into their regular

8     school curriculum, into the regular LEA.

9              Yeah.  Reintegrating students back into

10    the regular LEA.

11       Q     From the GNETS program?

12       A     Right.

13       Q     Okay.

14             (WHEREUPON, Plaintiff's Exhibit-708 was

15        marked for identification.)

16    BY MS. GARDNER:

17       Q     I'd like to hand you what is marked as

18    Plaintiff's Exhibit 708.  This is an email from you

19    to Vickie Cleveland, dated December 11, 2019, with

20    the subject "Re: District Services."

21             The document is Bates-stamped GA00356588.

22             Do you recognize this?

23       A     Yes.

24       Q     And I just want to make sure I understand.

25    We talked a lot about the sites within the Horizon



1   GNETS program, and this drills down a little bit

2   more into which systems are serving which sites.

3             As of this 2019 email, it says that there

4   were two site base locations, one in Valdosta City

5   and one in Colquitt County.  Correct?

6        A    Uh-hum.  (Affirmative.)  That's right.

7        Q    The Colquitt County site is the Moultrie

8   site where we are presently, right?

9        A    That's correct.

10       Q    And is it still accurate that this

11  particular site only serves Colquitt County

12  students?

13       A    That's correct.

14       Q    And the site in Valdosta City, this email

15  says that that site serves Valdosta, Lanier, Brooks

16  Lowndes, Scintilla, and Echols.

17            Do you see that?

18       A    Yes, ma'am.

19       Q    Is that still accurate as of today?

20       A    I'm trying to think.

21            Yes.  That's correct.

22       Q    What is Scintilla?  That's not a --

23       A    That's a private school.  That's a private

24  entity.

25       Q    Okay.



```
 1                (WHEREUPON, Plaintiff's Exhibit-709 was
 2           marked for identification.)
 3    BY MS. GARDNER:
 4        Q    I hand you what has been marked as
 5    Plaintiff's Exhibit 709.
 6               This is an email from you to Vickie
 7    Cleveland, dated June 11, 2018, forwarding an
 8    earlier email from Nakeba Rahming to you, Harold
 9    Chambers, Dusty Kornegay, Jeanene Wallace, and
10    Vickie Cleveland.
11               The document is Bates-stamped GA00325435.
12               Do you recognize this?
13        A    I do.
14        Q    And in the forwarded email, which is an
15    email from Nakeba Rahming, dated March 2nd, 2018,
16    Ms. Rahming says:  "As promised, Vickie and I have
17    requested a preliminary budget to assist you in your
18    getting further transition of Colquitt County
19    students to receive services from the Horizon
20    Academy GNETS."
21               Do you see that?
22        A    I do.
23        Q    And you mentioned earlier that you thought
24    that Colquitt, the Colquitt County site had
25    previously been served by a different regional GNETS
```



1  program, correct?

2      A    That's correct.

3      Q    And so this email is around the time that

4  Colquitt County students were transitioning to

5  receive services from Horizon GNETS?

6      A    That's correct.

7      Q    And I believe you said earlier that

8  they -- Colquitt County students had previously

9  received services from the Pathways GNETS program?

10     A    That's correct.

11     Q    Had you requested that Ms. Rahming or Ms.

12  Cleveland provide a preliminary budget?

13     A    Yes.

14     Q    And why was that?

15     A    Because I think during the time that

16  Colquitt was beginning to merge with our program, I

17  needed money to -- I mean that was a merger that we

18  had and it was not in my budget, my initial budget.

19  So I was requesting that, you know, they do

20  something with the budget because I had not -- I did

21  not have those in my budget.

22     Q    When you say it wasn't in your initial

23  budget, it wasn't in your initial budget because you

24  were receiving additional students without the sort

25  of corresponding money to serve them?



SAMUEL CLEMONS, SR.                              December 15, 2022
UNITED STATES vs STATE OF GEORGIA                            80

1      A    Right.  We sent -- we do numbers.  I had

2   sent in my numbers for the sites that I served and

3   the budget is built around the number of students we

4   serve.  The students in Colquitt were not in my

5   numbers, so I didn't get money for that.

6      Q    Okay.  So prior to the transition

7   happening, you had sent in your enrollment numbers,

8   which drives how much money you get in your budget?

9      A    Right.

10     Q    And those enrollment numbers didn't

11  include students from Colquitt County?

12     A    Right.

13     Q    And Ms. Rahming and Ms. Cleveland had

14  access to your preliminary budget?

15     A    Yes.

16     Q    Is that because the money for the Horizon

17  and the Pathways GNETS programs was coming from the

18  State GNETS grant?

19     A    Uh-huh.  I'm sure, yes.

20          (WHEREUPON, Plaintiff's Exhibit-710 was

21  marked for identification.)

22  BY MS. GARDNER:

23     Q    I'd like to hand you Plaintiff's Exhibit

24  710.

25          This is an email from you to Vickie



1   Cleveland, dated July 17, 2018.  The subject:  "Re:

2   Student Enrollment Info Needed."

3            This document is Bates-stamped GA00328721.

4            Do you recognize this?

5       A    I do.

6       Q    And am I correct that your email is sent

7   to Ms. Cleveland in response to an earlier email

8   from her in which she requests the total student

9   enrollment numbers for the Horizon and Pathways

10  GNETS programs for the 2017-18 school year?

11      A    That's correct.

12      Q    And she also requests the total number of

13  students that will be moving from Colquitt and

14  Lowndes County to Horizon, correct?

15      A    That's correct.

16      Q    Your email response says:  "Total served

17  in October 116.  Total served at the end of the year

18  158."

19            Do you see that?

20      A    I do.

21      Q    Can you explain what this means?

22      A    Yes.  We have to do -- I don't know what

23  to call it.  But we send in the number of students

24  that we serve, and we do it -- we do monthly data,

25  okay.  So I was telling her in October we had served



1  116, but at the end of the school year we served

2  158.  So students coming in and coming out, that

3  kind of stuff.

4      Q    And when you say we send in the number of

5  students that we serve, who are you sending in the

6  number of students that you serve to?

7      A    Okay.  We keep monthly data every month,

8  and then at the end of the year we have to do a

9  monthly report to DOE in the portal of the number of

10  students we served, total number of students we

11  served.

12      Q    Okay.  So every month you keep track of

13  the number of students that you serve?

14      A    Right.

15      Q    And at the end of the year you do a report

16  to the Georgia Department of Education?

17      A    Total number of students.

18      Q    Does that report break down those number

19  of students monthly or it just tells at the end of

20  the year --

21      A    No, just tells the end of the year.  We do

22  monthly.

23      Q    And so was there some significance here in

24  your response as to why you said the total served in

25  October?



1        A    I think this is in reference to funding

2   again, and I think I was telling her that we served

3   116 in October, and at the end of the year we served

4   158, and I think it has something to do with the

5   funding from Pathways because we were getting their

6   students -- I mean their students were coming over

7   to Lowndes County, to Horizon.

8        Q    And was the difference -- or some of the

9   difference between this end of the year number of

10  158 and the October number of 116 driven by your

11  receiving students from --

12       A    No, that was just my numbers.  Those are

13  just my numbers.

14       Q    Okay.  Understood.

15            You mentioned that when you provide your

16  end of year numbers to the Georgia Department of

17  Education, you put it in a portal.  Is that what you

18  said?

19       A    Uh-hum.  (Affirmative.)

20       Q    What is the portal?

21       A    I said portal.  It's like a Con-App that

22  we have to do every year, and it is in a portal.

23  It's a grant app.

24       Q    So every year you do a grant application?

25       A    Yes.



1      Q    You submit that to the Georgia Department

2    of Education?

3      A    I assume, yeah.

4      Q    And the way you do that submission is

5    through some sort of electronic portal?

6      A    Right, that's correct.

7      Q    And you mentioned Con-App.  What is

8    Con-App?

9      A    It's the grant, which is the same thing.

10   I call it the Con-App, but it's the grant we do

11   yearly, at the end of the year.

12           (WHEREUPON, Plaintiff's Exhibit-711 was

13        marked for identification.)

14   BY MS. GARDNER:

15     Q    I'm going to hand you what is marked as

16   Plaintiff's Exhibit 711.

17           This is an email from Vickie Cleveland to

18   you, dated January 5th, 2018, with the subject

19   "Forward:  GNET Systemic Reintegration Planning."

20           The first page of this document is

21   Bates-stamped GA00001659.

22           Do you recognize this document?

23     A    Vaguely.

24     Q    Am I correct in this email Ms. Cleveland

25   forwards on email that she sent the previous day,



1  and she says:  "Samuel, see attachment"?

2       A     Uh-huh.  (Affirmative.)

3       Q     And in her earlier email she writes:

4  "Please see the attached GNETS Systemic

5  Reintegration document that will provide guidance

6  with transitioning students from the Tift County

7  site."

8            Do you see that?

9       A    I do.

10      Q     That earlier email was sent to Samuel

11  Taylor, Pat Water, and Nakeba Rahming.  Do you see

12  that?

13      A    I do.

14      Q    Who is Pat Water?

15      A    It's Patrick Atwaters.  He was a

16  superintendent at the time.

17      Q    The superintendent of Tift?

18      A    Tift County, uh-huh.  (Affirmative.)

19      Q    What students were transition from the

20  Tift County site?

21      A    I'm not quite sure about this email.  I

22  vaguely remember this, but I can't recall what --

23  exactly what this is about.

24      Q    Was there a time when the Georgia

25  Department of Education directed that a Tift County



1   GNETS site be closed?

2       A    I think so.  Yeah, I think so.  I'm not

3   quite sure but I think so.

4       Q    Do you recall when it was?

5       A    No, I can't think of an exact date.

6       Q    Turning to the next page, which is the

7   attachment to the email, and beginning Bates number

8   of GA00001660, am I correct that the caption at the

9   top of the document is "Guidance Document for Local

10  Education Agency (LEA) and GNETS Systemic

11  Reintegration Planning"?

12      A    Yes.

13      Q    Just beneath that, it says:  "The purpose

14  of this document is to provide an overview of key

15  indicators that should be considered when LEAs plan

16  to transition all LEA students into their home

17  school districts or a facility required to remove

18  students due to its physical conditions."

19          Have I read that correctly?

20      A    Yes.

21      Q    Moving to the next page, is it correct

22  that under paragraph with the No. 4 header, it says:

23  "All systemic reintegration plans must be submitted

24  to the GNETS Program Manager for review and/or

25  feedback.  Plans must include a date for when the



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              87

 1   reintegration process will occur.  LEAs and GNETS

 2   will be notified of their recommendations or request

 3   for revisions."

 4          Is that correct?

 5      A    That is correct.

 6      Q    And this attachment was being sent because

 7   there was some sort of transition of students out of

 8   the Tift County GNETS site?

 9      A    I'm not sure.

10      Q    Am I correct that in the cover email there

11   is a reference to students from the Tift County

12   site?

13      A    In the email, yes.

14      Q    And sitting here today, you just don't

15   recall why students are being transition from that

16   --

17      A    Vaguely recall.  I vaguely recall.

18      Q    What do you vaguely recall?

19      A    I recall that there was an inspection I

20   think that was done with the GNETS programs, and I

21   think the Tift site, during the inspection, that

22   that site had to be moved.  And that may be what

23   this is in reference to, but I'm not quite sure.

24      Q    Okay.  So when you say there was an

25   inspection done with the GNETS programs, who



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                          88

1    conducted an inspection with the GNETS programs?

2         A    I assume DOE.

3         Q    Were there sites within the Horizon GNETS

4    program that were part of that inspection?

5         A    Yes.

6         Q    Was the Tift County site one of those?

7         A    Yes.

8         Q    Were there other sites within Horizon

9    GNETS that were part of that inspection?

10        A    The Valdosta site at the time.  I think it

11   was located in Lowndes at the time, was inspected.

12             The Tift site.  And I'm not sure about the

13   Berrien/Cook site.  And I don't think at the time we

14   had Colquitt.  It was not under our umbrella at the

15   time, I don't think.

16        Q    And following those inspections, did the

17   Horizon GNETS program receive any directives to

18   close any sites?

19        A    I would think Tift was one of them.  I'm

20   not quite sure.

21        Q    And where would that directive have come

22   from?

23        A    I assume from the information from the

24   State after the inspection was done and we got back

25   some feedback.  So I'm assuming that feedback came



1  from the State or somebody.  I'm not sure.

2       Q    But you recall that the Tift County site

3  was closed?

4       A    It was recommended to be closed.

5       Q    And was it actually closed?

6       A    No.  They were relocated.

7       Q    The recommendation was that students not

8  be served in --

9       A    In that building.

10       Q    And then students ceased to be served in

11  the Tift County site at the time?

12       A    Say again now.

13       Q    After there was a recommendation that

14  students not be served in the Tift County site,

15  those students were moved elsewhere?

16       A    Right.  They were relocated.  Those

17  students were relocated to another building.

18       Q    Right.  So I was inartful in saying the

19  Tift County site was closed, because there was still

20  a GNETS site that was serving Tift County students,

21  it's just that students were not being served in the

22  facility that had been inspected and found not

23  suitable?

24       A    That's correct.

25       Q    Did the Horizon GNETS program generate a



1  reintegration plan for students being moved out of

2  the Tift County site?

3       A    I think this is what this was, I think.

4  I'm not sure.

5       Q    And did the Horizon GNETS program develop

6  a transition plan?

7       A    I'm not sure.  I want to think we didn't

8  have to do that because they were not reintegrated

9  back into the LEA; they were relocated.

10      Q    Okay.

11      A    I think.

12           MR. NGUYEN:  It's almost 11:45 and we

13      haven't had a break since we started.  Do you

14      want to do a lunch break soon, like five or 10

15      minutes?

16           MS. GARDNER:  I know we need to stop at

17      noon for a call.  So I'm happy to stop and take

18      the break now and we can break until 12:30.  I

19      don't know how long your call will go.

20           MR. NGUYEN:  That will be fine but we can

21      go a little longer.  It's up to you.  And we

22      can break now, and that's fine, too.

23           MS. GARDNER:  You want to keep going?

24           THE WITNESS:  Yes.

25           MS. GARDNER:  All right.  If you all are



1      okay to go to 12, we can break at 12.

2              MR. NGUYEN:  That's fine.

3              MS. GARDNER:  And you can do your call.

4              MR. NGUYEN:  That's fine.

5              (WHEREUPON, Plaintiff's Exhibit-712 was

6          marked for identification.)

7   BY MS. GARDNER:

8      Q    I'm going to hand you what is marked as

9   Plaintiff's Exhibit 712.  This is an email from you

10  to Nakeba Rahming, dated August 24, 2016, with the

11  subject "Forward:  Horizon Academy."

12             The document is Bates-stamped GA00063752.

13             Do you recognize this?

14     A    Yes.  Vaguely again.

15     Q    And am I correct that the email consists

16  entirely of an email that you forwarded to Ms.

17  Rahming without comment?

18     A    Yes.

19     Q    And the forwarded email was sent to you by

20  Latasha Ford on August 24, 2016.  Correct?

21     A    Yes.

22     Q    In the email Latasha Ford sent to you she

23  says:  "Sorry, I haven't had a chance to contact you

24  since speaking with Mr. Atwater.  If possible, I

25  wanted to get a few comments from you regarding the



SAMUEL CLEMONS, SR.                              December 15, 2022
UNITED STATES vs STATE OF GEORGIA                            92

 1  state closing several GNETS facilities, as well as

 2  comments on this action stemming from the federal

 3  authorities suing Georgia over segregated schools."

 4          Do you see that?

 5      A   I do.

 6      Q   Was Ms. Ford seeking comment from you

 7  regarding the State's closure of several GNETS

 8  facilities?

 9      A   She was.

10      Q   And we discussed earlier that the site

11  within Horizon Academy was one of those facilities?

12      A   Yes.

13      Q   Did you ever respond to Ms. Ford's

14  request?

15      A   I did not.

16      Q   You forwarded Ms. Ford's email to Ms.

17  Rahming, correct?

18      A   That's correct.

19      Q   What prompted you to do that?

20      A   Because I didn't know how to respond.

21      Q   Did Ms. Rahming provide you any guidance?

22      A   I'm not sure.

23      Q   But your email was intended to obtain

24  guidance as to --

25      A   It was.  It was.



1              THE COURT REPORTER:  I didn't get your
2      question.  It was interrupted.
3      Q    But your email was intended to obtain
4  guidance as to how to handle this inquiry?
5      A    It was.
6      Q    And why did you choose Ms. Rahming to
7  reach out to you for that guidance?
8      A    I think at the time Ms. Rahming was our
9  DOE liaison.  DOE liaison, I think at the time.  And
10  I was seeking guidance as far as how to respond.
11      Q    And when you say that Ms. Rahming was the
12  DOE liaison, was that her official title, or that's
13  kind of what you were informally referring to it as?
14      A    That was not her official title.  I'm not
15  sure what her official title was.  I know she was
16  assigned to work the GNETS programs.  But I'm not
17  sure what her title was.
18      Q    Okay.  And at the time of this email, was
19  Ms. Rahming performing the same role that Ms.
20  Cleveland currently performs?
21      A    She was.
22      Q    You mentioned earlier that Horizon GNETS
23  has what is known as a fiscal agent, correct?
24      A    Yes.
25      Q    And Horizon's fiscal agent is Coastal



1   Plains RESA?

2        A    That's correct.

3        Q    So that we're on the same page, what is

4   the role of Horizon GNETS' fiscal agent?

5        A    Basically, they manage our funding.

6   Pretty much I guess oversees the programs to make

7   sure they're operating correctly.

8             Each month they have to report to the

9   board of directors, which are the superintendents.

10  And then they inquire as far as any questions they

11  have about the programs or the students.

12       Q    And when you say that Horizon GNETS'

13  fiscal agent manages funding, how do they manage

14  your funding?

15       A    Our funding is sent directly to Coastal

16  Plains RESA, and then the budget is built pretty

17  much by Coastal Plains -- well, I build the budget,

18  and then someone at Coastal Plains RESA puts the

19  budget in, as far as staff and those kinds of

20  things.

21       Q    When you say your funding is sent directly

22  to Coastal Plains RESA, who sends the funding to

23  Coastal Plains RESA?

24       A    I'm not sure.

25       Q    That funding comes from the State?



1          A     Yes.  We get federal and state funds.  So

2     I'm not sure who sends the funds.

3          Q     Okay.  And then you said you build the

4     budget and someone at Coastal Plains RESA puts the

5     budget in?

6          A     The portal.

7          Q     So someone at Coastal Plains RESA puts the

8     budget into the Georgia Department of Education

9     portal?

10         A     Right.

11         Q     You mentioned that as part of Coastal

12    Plains RESA role as fiscal agent that you provide

13    monthly reports to the Board of Control; is that

14    correct?

15         A     That's correct.

16         Q     And what kinds of things do you include in

17    that monthly report to the Board of Control?

18         A     Staffing issues.  Um, staff -- when I say

19    issues, I mean life of staff, need of staff.  Any

20    other issues as far as funding, things that I need

21    from LEAs.

22               You know, just basically just how the

23    program is running.  If there are issues, if there's

24    some things I need, those kinds of things.

25         Q     And then I believe the other thing that



1  you said was one of the roles of Horizon GNETS'

2  fiscal agent was, you said, overseeing the programs

3  to make sure they're operating correctly?

4      A    Yes.

5      Q    How does Coastal Plains RESA make sure

6  that the Horizon GNETS program is operating

7  correctly?

8      A    Okay.  Pretty much make sure that teachers

9  are teaching standards, through me, as far as what

10 they're doing academically.

11         We look at transition, students back and

12 forth, concerns of transition of students back and

13 forth.  Those kinds of things.

14     Q    When you refer to transitioning students

15 back and forth, you're talking about transitioning

16 students from Horizon GNETS back to --

17     A    To the LEA.

18     Q    -- the general education environment?

19     A    Yes.  Sorry.

20     Q    Anything else that Coastal Plains RESA

21 does to ensure that the Horizon GNETS program is

22 operating correctly?

23     A    I'm sure, but I just can't think of those

24 things right now.

25     Q    Apart from your monthly meetings with the



1  Coastal Plains RESA Board of Control, do you have

2  any other regular meetings with Coastal Plains RESA

3  regarding Horizon GNETS?

4      A    Yes.  We have a GLRS meetings.  Those are

5  meetings with the special education teachers from

6  each one of the districts.  Those are monthly

7  meetings.

8      Q    So the GLRS meetings, Horizon GNETS

9  participates in those?

10     A    Yes.

11     Q    Do you personally participate in those or

12 someone else?

13     A    I have a schedule.  Sometimes I'll

14 participate and sometimes I'll send over the

15 coordinators.

16     Q    Okay.  And you said that those meetings

17 include special education teachers from each of the

18 districts that Horizon GNETS serves?

19     A    No.  Special education directors.

20     Q    Directors?  Okay.  Sorry.

21     A    From all of the districts that Horizon

22 Academy serves.

23     Q    Does anyone else participate in the GLRS

24 meetings?

25     A    Yes.  I think we have -- what is it



1  called?  I can't remember.  Anyway, they provide

2  jobs for students with disabilities.  I can't think

3  of the name of it right now.  They participate in

4  those meetings.

5          We have a state representative from DOE

6  that participates in the meetings and give us

7  updates as far as new issues and results, those kind

8  of things.

9          And then usually we have like a guest

10 person that comes in at each of those meetings and

11 they share with us about -- based on the needs,

12 assessments of the programs, those kinds of things.

13     Q    Who is the state representative from the

14 Georgia Department of Education that participates in

15 those meetings?

16     A    I think her name is Belinda Tiller, I

17 think is her name.  Yeah, Belinda.

18     Q    Any other regular meetings that you have

19 with the Coastal Plains RESA regarding GNETS?

20     A    No.  That's it.

21     Q    Does Horizon GNETS have an Advisory Board?

22     A    No.

23          MS. GARDNER:  I think this is a good

24     breaking point for lunch.

25          MR. NGUYEN:  Okay.  How long is lunch?



```
 1                 THE VIDEOGRAPHER:  The time is 11:55 a.m.
 2         We're going off the record.
 3                 (A recess was taken.)
 4                 THE VIDEOGRAPHER:  The time is 12:44 p.m.,
 5         and we are back on the record.
 6    BY MS. GARDNER:
 7         Q    Welcome back.
 8         A    Uh-hum.
 9                 (WHEREUPON, Plaintiff's Exhibit-713 was
10         marked for identification.)
11    BY MS. GARDNER:
12         Q    I'd like to hand you what is marked as
13    Plaintiff's Exhibit 713.  This is an email from you
14    to Vickie Cleveland, dated January 24, 2018, with
15    the subject:  "Forward:  GNETS change of fiscal
16    management and related issues."
17                 The document is Bates-stamped GA00014898.
18                 Do you recognize this email?
19         A    Yes.
20         Q    And in this email you forward another
21    email to Ms. Cleveland, correct?
22         A    Say that again now.
23         Q    In this email you were forwarding an email
24    to Ms. Cleveland?
25         A    Yes.  Uh-huh.
```



SAMUEL CLEMONS, SR.                              December 15, 2022
UNITED STATES vs STATE OF GEORGIA                           100

1        Q    And that email is from Harold Chambers?

2        A    Correct.

3        Q    Who is Harold Chambers?

4        A    He was the former director of RESA.  It's

5   Mr. Chambers, Lance Heard, and now Wes Taylor.

6        Q    Okay.  And in that forwarded email Mr.

7   Chambers had emailed Nakeba Rahming, Patrick

8   Atwater, Wes Taylor, you, and Shanna Watson.

9   Correct?

10       A    That's correct.

11       Q    In that email Mr. Chambers tells Ms.

12  Rahming that the Coastal Plains RESA Board of

13  Control has been discussing changing the fiscal

14  agency management from Lowndes County BOE to Coastal

15  Plains RESA.

16            Do you see that?

17       A    Yes.

18       Q    Then he goes on to say in this email

19  further down:  "I have been unable to reach you by

20  telephone.  Please contact me either by my cell

21  phone or office phone.  I really need to discuss

22  these GNET changes with you, and also get your

23  thoughts on the current law suit involving serving

24  children in the GNETS program."

25            Do you see that?



1    A    Yes.

2    Q    You forwarded this email from Mr. Chambers

3  to Ms. Cleveland, and you note, "This is an email

4  from my RESA director," correct?

5    A    Yes, yes.

6    Q    And why were you sending this

7  communication to Ms. Cleveland?

8    A    I think at the time Ms. Rahming was sick,

9  I think.  At some point she went out sick, I'm not

10  sure.  And Vickie Cleveland was the contact person.

11    Q    Okay.

12    A    I think.

13    Q    Had you had other conversations with

14  Coastal Plains RESA personnel about the potential

15  change in fiscal agency management?

16    A    I had not.

17         (WHEREUPON, Plaintiff's Exhibit-714 was

18      marked for identification.)

19  BY MS. GARDNER:

20    Q    I'd like to hand you what is marked

21  Plaintiff's Exhibit 714.

22         This is an email from you to Nakeba

23  Rahming, dated January 4, 2018, with the subject

24  "Re: GNETS change of fiscal management and related

25  issues."



1              The document is Bates-stamped GA00230899.

2              Do you recognize this document?

3       A     Yes.

4       Q     And in this email you write to Ms. Rahming

5    and you say:  "Can I be included in that

6    conversation?"

7              Do you see that?

8       A     Yes.

9       Q     And am I correct in understanding that you

10   are referencing a conversation that is going to

11   occur between Nakeba Rahming and Harold Chambers?

12      A     Yes, I think so.

13      Q     So looking at the earlier email in this

14   thread, and this is an email that Ms. Rahming sent

15   on January 4, 2018, in which she says:  "Hello,

16   Harold, I can call you in the morning to discuss the

17   proposed changes for GNETS services with Horizon."

18              Do you see that?

19      A     No, I don't see -- is that on 714?  Which

20   one?

21      Q     It's on the -- it's Exhibit 714.

22      A     I see it now.

23      Q     So Ms. Rahming is writing to Herald

24   Chambers to say that she can call him in the morning

25   to discuss the proposed changes for GNETS service



SAMUEL CLEMONS, SR.                        December 15, 2022
UNITED STATES vs STATE OF GEORGIA                      103

1   with Horizon?

2        A    That's correct.

3        Q    And then you are asking Ms. Rahming

4   whether you can be included in that conversation?

5        A    Correct.

6        Q    Ms. Rahming goes on to say, towards the

7   end of her email:  "Also, Vickie Cleveland will be

8   sending a GNETS systemic reintegration guidance

9   document to Mr. Atwater and Mr. Clemons to support

10  them with transitioning students from the Tift

11  County site."

12            Do you see that?

13       A    Uh-hum.  I do.

14       Q    And do you recall earlier our looking at

15  the reintegration guidance document as it related to

16  transitioning students from the Tift County site?

17       A    I do.

18       Q    Were you included in a conversation with

19  Ms. Rahming and Mr. Chambers about the potential

20  change in fiscal management for the Horizon GNETS

21  program?

22       A    I'm not sure.  I can't remember.  I'm not

23  sure.

24       Q    What, what prompted you to ask whether you

25  could be included in the conversation?



1       A    I think what was happening is that Mr.

2    Chambers had informed me that the RESA director had

3    -- Lowndes County would no longer be the fiscal

4    agent for Coastal -- I mean for GNETS.  And through

5    some conversation back and forth, I wanted to be

6    included, as director, of the conversation just to

7    see what was -- the status, what was going to

8    happen.

9              (WHEREUPON, Plaintiff's Exhibit-715 was

10          marked for identification.)

11   BY MS. GARDNER:

12      Q    I'm going to hand you what is marked as

13   Plaintiff's Exhibit 715.  This is an email from

14   Harold Chambers to Nakeba Rahming and you, dated

15   January 31, 2018, with the subject "CP RESA

16   tomorrow."

17             The document is Bates-stamped GA00200331.

18             Do you recognize this document?

19      A    Vaguely.

20      Q    I'm correct that in this email Harold

21   Chambers says:  "I look forward to seeing you and my

22   good friend Clara Keith tomorrow.  Obviously, I'm

23   very apprehensive about the GNETS fiscal agency

24   change.  Dr. Clemons and I have met to discuss the

25   situation, and we both have similar concerns.  He



1  and members of his staff will also attend the 11:00

2  meeting."

3          Do you see that?

4      A    Yes.

5      Q    Does this email refresh your recollection

6  as to whether you attended a meeting with Nakeba

7  Rahming and Harold Chambers to discuss the change in

8  fiscal agency management?

9      A    I didn't attend a meeting with Nakeba and

10  Clara.  I attended a meeting at RESA with my staff

11  and they were the ones presenting.  It was not just

12  an email with them.

13      Q    Where --

14      A    It's not a meeting with just them.

15      Q    Where Mr. Chambers says he and members of

16  his staff will also attend the 11 o'clock meeting?

17      A    Right.

18      Q    What do you understand the 11 o'clock

19  meeting to refer to?

20      A    That was the meeting that my staff, and

21  then Nakeba and I think Clara hosted that meeting.

22  I already charted them, I think.  I think.

23      Q    So Nakeba and Clara were at that 11

24  o'clock meeting?

25      A    I think so.



1    Q    And your staff was at that meeting?

2    A    I think so.

3    Q    And was Mr. Chambers also at that meeting?

4    A    He was.

5    Q    Okay.  In this email Mr. Chambers says:

6    "Dr. Clemons and I have met to discuss the

7    situation, and we both have similar concerns."

8         Do you see that?

9    A    I do.

10   Q    What similar concerns did you both have

11   about the GNETS fiscal agency change?

12   A    There were several.  One was the annuity

13   program with the Lowndes County schools and changing

14   over to RESA.  There were some concerns about that.

15   The staff had some concerns about that and how would

16   that work as far as their contribution and our

17   contribution.

18        There were concerns about would there be a

19   change as far as health insurance, okay.  They had a

20   concern about -- you know, and that be reassured

21   that we were on the same pay scale that the school

22   systems were on.  Some of the support staff had

23   concerns about their pay, would it be the same, how

24   would it work with that.

25        And there were general concerns that we



1   had.  And also some concerns about being part of

2   RESA and not being a part of the school system,

3   would we be left out on a lot of things as far as

4   professional learning, a lot of perks as far as

5   being with the school system.  Those kinds of

6   things.

7        Q    You mentioned an annuity program?

8        A    Uh-huh.  (Affirmative.)

9        Q    Like A-N-N-U-I-T-Y?

10       A    A-N-N -- yeah.

11       Q    And what is the annuity program?

12       A    It's a program where you pay so much out

13  of -- you know, a percentage, and then the system

14  pays a percentage.

15       Q    Is that a retirement benefit?

16       A    Yeah.  Retirement benefit, right.  Not

17  retirement program, as retirement benefit.  It's

18  separate from retirement.

19       Q    Okay.  So when you say there were concerns

20  about the annuity program, there was a retirement

21  benefit that staff had gotten when the fiscal agent

22  for Horizon GNETS was Lowndes County and there was

23  concern about whether that benefit would continue to

24  exist if there were a change to Coastal Plains RESA?

25       A    Right.  Well, continue to exist and



1  whether the contributions would be the same.

2      Q    Okay.  And what was your understanding as

3  to why Mr. Chambers was reaching out to Nakeba

4  Rahming to discuss the concerns that you and he both

5  shared?

6      A    Well, first of all, it was increasing the

7  staff, because he had a small staff at RESA.

8           He had some concerns about, I think about

9  -- what was it?  When you get hurt.  Workers' comp,

10  because he's taking a whole caseload of people,

11  workers' comp with the teachers.  He had several

12  concerns about, you know, taking this program under

13  his umbrella.

14      Q    The change to Coastal Plains RESA being

15  the fiscal agent was ultimately made, correct?

16      A    Yeah, it was made.

17      Q    How were the concerns that you just told

18  me about addressed?

19      A    Mr. Chambers had a meeting with the --

20  actually, had a meeting with me first, taking their

21  questions, and then he met with the entire staff,

22  the entire GNETS staff.

23      Q    And were those concerns that you all

24  shared resolved to your satisfaction?

25      A    Um, staff still had some questions about



1  some of those concerns.  So I wouldn't say resolved.

2  They were -- they listened to the conversation, but

3  I wouldn't say necessarily resolved.  Some of them

4  still had concerns.

5       Q    Did the Horizon GNETS program have the

6  ability if it had wanted to stop the change in

7  fiscal agency management?

8       A    No, we had no control over that.

9       Q    And why was it that you had no control

10  over that?

11       A    Because we're a program, we're not a --

12  we're just a program, and the GNETS program has

13  always been ran through a fiscal agent, or a RESA

14  program.

15       Q    So you told me a lot about the concerns

16  that you had and what those concerns were.  I'm

17  wondering, what is your understanding as to why Mr.

18  Chambers decided to reach out to Ms. Rahming to

19  discuss those concerns?

20       A    There, again, I think -- I mean he has a

21  lot -- he had a lot of concerns himself, I think,

22  because we were new.  He didn't know what to expect

23  from this program or what his responsibilities were

24  going to be.  So he had some concerns.

25       Q    Did you understand that Ms. Rahming was in



SAMUEL CLEMONS, SR.                         December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        110

1    a position to address the concerns that you had?

2        A    She came down and talked with the staff,

3    and I think she addressed some of the concerns.

4        Q    Moving to another paragraph on this email,

5    Mr. Chambers says:  "I hope tomorrow that you will

6    stress that these properly identified children are

7    STILL THEIR STUDENTS within their systems, and

8    ultimately their responsibility."

9            Do you see that?

10       A    I do.

11       Q    What did you understand this to mean?

12       A    I think he was trying to make -- ensure

13   that all of the LEAs knew that their students that

14   attend the program, that they were still -- that the

15   LEAs were still responsible and if they come to a

16   RESA program, RESA so was not responsible.  They

17   were still responsible for their own students.

18       Q    Mr. Chambers goes on later in that

19   paragraph and it says:  "The superintendents still

20   seem to believe that an off campus site will better

21   serve the students.  I hope that you will stress the

22   importance, under the definitions of LRE, that these

23   students need to be on a school campus with other

24   students."

25            Do you see that?



1    A    I do.

2    Q    Did you share this sentiment?

3    A    You mean with -- Mr. Chambers' sentiment?

4    Q    Yes.

5    A    I can't say I shared his sentiment

6  completely.

7    Q    Why did you not share the sentiment?

8    A    Well, I feel that some of the students

9  need to be on campus, school campus, and others had

10  behaviors so severe it may be better if they were

11  in -- served in a different location.

12    Q    Did you agree that the superintendents

13  believed that an off campus site would better serve

14  the students?

15    A    I'm not sure that's what he said.  I

16  didn't have conversations with the superintendents

17  about that.

18    Q    What prompted the potential change in

19  fiscal agency management for Horizon GNETS?  Where

20  did that come from?

21    A    I think Lowndes County had had a program,

22  from my understanding, for a number of years, maybe

23  over 10 years, I'm not sure how many years, and I

24  think they felt that they were the -- they were not

25  getting the contribution from the other systems that



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              112

1  were served through the GNETS program, support.  And
2  I think they felt like it was time to -- for
3  somebody else to carry the load.
4       Q    And so when Lowndes County decided that it
5  was time for someone else to carry the load, who
6  then decided that that would be Coastal Plains RESA?
7       A    I think they have a board of control, all
8  superintendents meet together, and I think that was
9  a decision that they met -- that they came up with.
10           (WHEREUPON, Plaintiff's Exhibit-716 was
11       marked for identification.)
12  BY MS. GARDNER:
13       Q    I'm going to hand you what is marked as
14  Plaintiff's Exhibit 716.
15           This is an email from you to Vickie
16  Cleveland, dated October 4, 2018.  The subject is
17  "Re: Info needed."
18           The document is Bates-stamped GA00334548.
19           Do you recognize this document?
20       A    Vaguely.
21       Q    And if you look at the third page in, the
22  bottom of that page, do you see an email from Shanna
23  Watson to Michael Rowland?
24       A    Uh-hum.
25       Q    And in that email, correct that Ms. Watson



1   says:  "We are taking over Horizon Academy in

2   Lowndes County formerly located at Parker Mathis

3   School"?

4           Do you see that?

5       A    I do.

6       Q    Is this referring to the transition in

7   fiscal agency management from Lowndes County to

8   Coastal Plains RESA?

9       A    I think it's referring to both, transition

10  and relocation.

11      Q    And when you say relocation, the physical

12  relocation --

13      A    Right.

14      Q    -- of the Valdosta site that you mentioned

15  earlier?

16      A    Right.

17      Q    This email thread discusses a facility

18  code for the GNETS program.  Do you see that?

19      A    What page are you on?

20      Q    So on the second page, there's another

21  email from Shanna Watson to Michael Rowland.  It is

22  dated October 3rd, 2018.

23      A    I see it.

24      Q    Do you see she says:  "I was just

25  following up on a facilities code for our new GNETS

1  program"?

2       A    Uh-hum.  (Affirmative.)

3       Q    What is -- what is the facilities code?

4       A    I am not sure what that is.

5       Q    Who is Michael Rowland?

6       A    I'm not sure who that is either.  I think

7  it's someone from the State.  I think it's somebody

8  -- I guess he is from DOE, but I'm not sure who that

9  is.  It looks like he's over facilities and

10 transportation, but I'm not familiar with that

11 person.

12      Q    When you say he's over facilities and

13 transportation, are you getting that from his

14 signature block that appears  --

15      A    Right.

16      Q    -- at the top of that page?

17      A    I am.

18      Q    Turning back to the very first page of

19 this document, at the bottom of that page,

20 eventually Ms. Cleveland emails and says:  "Hi, Sam.

21 Did you share the FSR code info with Coastal Plains

22 RESA?"

23           Do you see that question?

24      A    I do.

25      Q    And then you respond "Yes," correct?



1        A     I did.

2        Q     What is FSR code?

3        A     I'm not sure.  I want to think it has

4   something to do with coding students, but I'm not

5   sure what that would have been.

6              (WHEREUPON, Plaintiff's Exhibit-717 was

7         marked for identification.)

8   BY MS. GARDNER:

9        Q     I'm going to hand you what is marked as

10  Plaintiff's Exhibit 717.

11             This is an email from you to Vickie

12  Cleveland, dated August 7, 2018.  The subject is

13  "Re: Lowndes GNETS funding."

14             And the document is Bates-stamped

15  GA00330657.

16             Do you recognize this email?

17       A     Vaguely.

18       Q     And your email responds to an earlier

19  email from Ms. Cleveland that she sent on August

20  6th, 2018, correct?

21       A     Uh-hum.  (Affirmative.)

22       Q     And in that email she says:  "Hi, Sam.

23  Please give me a call tomorrow regarding funding

24  from Lowndes County.  I need an update on where you

25  landed regarding an MOU/invoicing for the GNETS



 1  funding."

 2       Do you see that?

 3    A   I do.

 4    Q   What is the MOU and invoicing for GNETS

 5  funding that Ms. Cleveland is referring to?

 6    A   I think when we took over the Colquitt

 7  site, we had to do a memorandum of understanding

 8  with them as far as funding because we did not get

 9  the funding because we were not counting on the

10  numbers, I think is what it is.

11    Q   And was the Colquitt site -- how does

12  Lowndes County come into the Colquitt site?

13    A   Well, Lowndes County, that was our fiscal

14  agent at first.  And I think with the transition our

15  funding in Lowndes County had some of the funding

16  because we had not fully transitioned.  I'm not

17  sure.

18    Q   And so am I correct then that Ms.

19  Cleveland is asking where you landed in terms of

20  having some sort of memorandum of understanding for

21  how Lowndes County was going to navigate that, the

22  funding issues?

23    A   I think so, yes.

24    Q   Did Ms. Cleveland explain to you why she

25  needed this update?



1        A    I want to think, I'm not sure, that I

2    inquired first about the funding, and then I think

3    her response to me, she wanted to know where I was

4    with the funding issue.  I think.

5        Q    And when you say you inquired first about

6    the funding, you inquired of her about the funding?

7        A    Yes, I did.  Because she said update and

8    where you landed.

9             (WHEREUPON, Plaintiff's Exhibit-718 was

10         marked for identification.)

11   BY MS. GARDNER:

12       Q    I'd like to hand you what is marked as

13   Plaintiff's Exhibit 718.

14            This is an email from you to Vickie

15   Cleveland, dated August 27, 2018.  The subject is

16   "Re: Budget."

17            The document is Bates-stamped GA00332100.

18            Do you recognize this document?

19       A    Vaguely.

20       Q    And starting with the earliest email in

21   time, which appears on the second page, am I correct

22   that you email Amber McCollum on August 26, 2018,

23   with a copy to Vickie Cleveland, and you say:

24   "Amber, I have a system that is looking at serving

25   their students in a classroom on their campus.  They



1  have 5 students, 2 elementary, 1 middle, and 2 high

2  school.  What would be the formula for my budget as

3  to the amount the system would receive per student?"

4        Do you see that?

5     A    I do.

6     Q    What system were you referring to here?

7     A    I'm not sure what system I was referring

8  to.

9     Q    Were the five students that you are

10 referring to in this email being served by Horizon

11 GNETS at the time you sent this email?

12    A    Yes, uh-huh.

13    Q    And so then am I correct in understanding

14 that the system was considering serving those

15 students in a general education environment?

16    A    Well, they were considering serving on --

17 serving the students in their -- not necessarily

18 general education.  In a classroom, creating a

19 classroom to serve the students.

20    Q    Was that classroom going to be a GNETS

21 classroom?

22    A    I don't think so.  If I remember

23 correctly, it was a system that was going to pull

24 the students from the GNETS program and serve their

25 own students in a classroom, and I think that's why



1    I was asking about what would be the funding from my
2    budget, going back to them for the FTE.  I think is
3    what it was.
4         Q    So you were -- is a short way of
5    explaining what you were trying to figure out how
6    much money you would no longer receive if those five
7    students were served in a classroom by their home
8    school system?
9         A    I was trying to figure out how much money
10   I would have to give the system back if they were
11   going to serve their own students in their own
12   setting and it was not a GNETS program.
13        Q    Okay.  So how much of Horizon GNETS funds
14   you would have to give to the system if the system
15   served those five students in a non-GNETS
16   classroom --
17        A    Right.
18        Q    -- in their home school system?
19        A    Right.
20        Q    Who is Amber McCollum?
21        A    She was the finance person for a while.
22   Our contact, GNETS contact.  She's at DOE.  And
23   she's like the finance person.
24        Q    Okay.  And she's the person who you
25   decided to reach out to determine how the change



1  that this system was considering would affect the

2  Horizon GNETS budget?

3       A    She was the person I was referred to from

4  Vickie to reach out to.

5       Q    Okay.  So Ms. Cleveland directed you to

6  reach out to Amber McCollum?

7       A    Right.

8       Q    Did the change that you mentioned the

9  system was considering in this email actually occur?

10      A    If I remember correctly, it occurred at

11  the beginning of the year through -- and then -- it

12  occur at the beginning of school year, if I remember

13  correctly, at the beginning of -- in January, they

14  want to refer students back to us.

15      Q    So from what you recall, the system did

16  pull those five students from Horizon GNETS and

17  serve them in a non-GNETS classroom in their school

18  system for the first semester of the school year?

19      A    That's correct.

20      Q    And then you said that in the second

21  semester of that same school year the system then

22  wanted to refer the five students back to GNETS?

23      A    That's correct.

24      Q    And what was the reason for the system

25  wanting to refer the students back to GNETS?



1      A    They didn't have the staff equipped to

2    work with those students.

3      Q    And when you say they didn't have the

4    staff equipped to work with those students, what do

5    you mean they didn't have the staff equipped to work

6    with the students?

7      A    That means they could not find -- I don't

8    think they had a teacher training support person

9    that they could find to work with those GNETS

10   students.

11     Q    Did the change that occurred in that

12   initial semester impact Horizon's budget?

13     A    No.  I received the funding.

14     Q    Does the Horizon GNETS program receive

15   inquiries from its fiscal agent about its GNETS

16   program operations, affirmative inquiries?

17     A    Say it again now.

18     Q    Does Horizon GNETS program receive

19   inquiries affirmatively from its fiscal agent, where

20   the fiscal agent is reaching out to you to learn

21   something about the program?

22     A    I still don't understand the question.

23     Q    I'm trying to understand whether you ever,

24   you know, get phone calls or emails from someone

25   affiliated with your fiscal agent where that person



1  is looking to -- they have a question about your

2  operations and so they ask you for information or

3  data about Horizon GNETS program operations?

4       A    I get questions from LEAs but I'm not sure

5  when you say a fiscal agent, which is Coastal Plains

6  RESA, I'm not sure about them, but I do get

7  questions from LEAs.

8       Q    But none necessarily that you recall from

9  your fiscal agent?

10      A    No.

11      Q    I'd like to hand you what will be marked

12  718 --

13           THE COURT REPORTER:  Are you up to 719?

14           THE WITNESS:  It is 19.

15           MS. GARDNER:  Sorry.  719.  My apologies.

16           (WHEREUPON, Plaintiff's Exhibit-719 was

17      marked for identification.)

18  BY MS. GARDNER:

19      Q    Plaintiff's Exhibit 719, this is an email

20  from Nakeba Rahming to you dated April 14, 2017,

21  with the subject "Re: GNETS Attorney."

22           This document is gates stamped GA01935164.

23           Do you recognize this email?

24      A    I can't recall right now.

25      Q    Am I correct that in starting with the



1   email first in time in the thread, you reached out

2   to Nakeba Rahming on April 14th, 2017, and in your

3   email to Ms. Rahming you said:  "The fiscal agent

4   attorney wants the contact information for the GNETS

5   attorney.  Please send that information to me.

6   Thanks."

7           Is that correct?

8       A    I don't recall that but I guess, I mean --

9   I don't recall this email.

10      Q    Do you have any reason to believe that

11  this email is inaccurate?

12      A    No, no, no.

13      Q    So correct that in this document there is

14  an email from you to Ms. Rahming in which you reach

15  out and you say that the fiscal agent attorney wants

16  the contact information for the GNETS attorney?

17      A    Yes.

18      Q    And you ask Ms. Rahming to send that

19  information to you?

20      A    Yes.

21      Q    And when you say the fiscal agent

22  attorney, are you referring to the attorney for

23  Horizon GNETS's fiscal agent?

24      A    I'm not sure because I'm looking at the

25  date.  I'm not sure if this is fiscal agent at this



1   time was Lowndes County or was it Coastal Plains
2   RESA.  I'm not sure.
3         Q    Your email address that you send this
4   email from at this time is a Lowndes County email --
5         A    Yes.
6         Q    -- address, correct?
7         A    Yeah, it was.
8         Q    So would Lowndes County have been the
9   fiscal agent at that time?
10        A    Yes.
11        Q    But whoever the fiscal agent was, I just
12  want to confirm when you say the fiscal agent
13  attorney, you're talking about Horizon GNETS's
14  fiscal agent?
15        A    Yes.  Correct.
16        Q    Ms. Rahming responded to your request,
17  correct?
18        A    Yes.
19        Q    And who did she identify as a contact for
20  the GNETS attorney?
21        A    I'm not sure.  From this email it looks
22  like it was Stacey Drake, but I'm not sure.
23        Q    Ms. Rahming says:  "Hi, Sam, Here is
24  Stacey's contact information"?
25        A    Yes.



1      Q    And there's a signature block that has
2   Stacey Suber-Drake with her title and address and
3   phone number and email address?
4      A    Uh-hum.  Yes.
5      Q    How many people were on staff at Horizon
6   GNETS in the 2021-22 school year?  So last school
7   year.
8      A    Uh-hum.
9      Q    How many people were on staff at Horizon
10  GNETS program?
11     A    I'm going to give you an approximate
12  because I can't give the exact number, but I think
13  it's around 56.
14     Q    Last school year?
15     A    I think.  Around 50, 56.
16     Q    Okay.  And approximately how many people
17  are on staff at Horizon GNETS in the current 2022-23
18  school year?
19     A    Between 50 and 56.  I'm not sure of the
20  exact number.
21     Q    Are there any contracted positions at
22  Horizon GNETS that you do not consider on staff in
23  the numbers that you just gave me?
24     A    Right.  Contract numbers are not in the
25  staff.



1        Q     But do you have contract positions that --

2        A     I do.

3        Q     -- are not included in those numbers?

4        A     I do.

5        Q     And what are those contract positions?

6        A     I have one PE teacher that's contracted.

7   I have two school nurses that are contracted.

8              And then I have an art teacher that was

9   contracted in 2021.

10       Q     The PE teacher that's contracted, is that

11  an itinerate teacher or are they assigned to a

12  specific site?

13       A     It's a retired teacher that contracted and

14  worked with our students.

15       Q     Right, but so -- while that person is a

16  contract PE teacher for Horizon GNETS, is that

17  teacher assigned to a particular Horizon GNETS site

18  location, or do they travel across various --

19       A     A site location.  She's assigned to the

20  Valdosta site.

21       Q     Okay.  And what about the two school

22  nurses?

23       A     The two school nurses are assigned to the

24  center-based programs, one in Valdosta and then this

25  program.



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                             127

1       Q    Those two school nurses, are they
2   full-time at those sites?
3       A    They're part-time.
4       Q    And how many days per week are they
5   present on the sites?
6       A    They're five days a week and I think it's
7   four or five hours per day.
8       Q    So it's the same for both nurses?
9       A    Yes.  Uh-hum.
10      Q    The art teacher that you mentioned was a
11  contract teacher, I think you said, in 2021?
12      A    Right.
13      Q    Was that teacher assigned to a particular
14  Horizon GNETS site?
15      A    She served all the sites.
16      Q    Does the Horizon GNETS program currently
17  have any vacancies?
18      A    Yeah.  Here at the Colquitt site, and then
19  one at the Tifton site.
20      Q    How many vacancies are there at the
21  Colquitt site?
22      A    At the Colquitt site we have -- I think
23  it's three parapros vacancy.
24      Q    Any other vacancies besides parapros at
25  Colquitt?



1      A    Yes.  I have one at the Tifton site,

2   teacher vacancy.

3      Q    Right.  But just so the record is clear, I

4   was asking whether you have any other vacancies at

5   Colquitt aside from the three paraprofessionals?

6      A    I do not.

7      Q    So moving on to the Tifton site is that

8   you have one teacher vacancy at that site?

9      A    Yes.

10     Q    Do you have any other vacancies at the

11  Tifton site apart from the one teacher vacancy?

12     A    I do not.

13     Q    And do you have any other vacancies at any

14  other Horizon GNETS sites apart from Tifton and

15  Colquitt?

16     A    Not at this time.

17     Q    Approximately how many students were

18  served at the Horizon GNETS program in the 2021-22

19  school year, last school year?

20     A    I couldn't give you an accurate number.  I

21  don't know.

22     Q    Approximately how many students are

23  currently being served in the Horizon GNETS program

24  this 2022-23 school year?

25     A    Up until now, it's 119, I think.



1       Q    Were your numbers last school year similar
2    to the numbers this school year?
3       A    Say that again.
4       Q    Were the numbers of students served at
5    Horizon GNETS last school year similar to the number
6    of students currently being served this school year?
7       A    I can't say that because we're not at the
8    end of the school year yet.  I mean usually we end
9    up at the end of the school year with more students,
10   as they're coming in.  So right now we just have the
11   first semester.  I can't really say if we're going
12   to serve more.
13      Q    Do you have a sense from your recollection
14   of last school year whether you were about the same
15   pace as you are this school year, whether it was
16   materially different?
17      A    It's just about the same.
18      Q    Have you noticed any significant
19   fluctuations or changes in the number of students
20   served at Horizon GNETS over the last five to seven
21   years?
22      A    Yes.  At the Valdosta location.
23      Q    And what has been that significant
24   fluctuation or change that you've noticed?
25      A    In the number of students that are



1    referred to the program.

2         Q    And how has that number changed?

3         A    It's increased.

4         Q    So you would say over the last five to

5    seven years the number of students referred to the

6    Valdosta Horizon GNETS site has increased?

7         A    Yes.

8         Q    Have you seen any similar trends in terms

9    of increased numbers of referrals for any of your

10   other sites?

11        A    Not really.  This site, the numbers are up

12   and down, so I don't really know.

13        Q    What do you attribute the increase in the

14   number of referrals for students at the Valdosta

15   Horizon GNETS site?

16             MR. NGUYEN:  Object to the form.

17             You may answer the question.

18   BY MS. GARDNER:

19        Q    You can answer.

20             MR. NGUYEN:  You can answer the question.

21        A    Usually it's students that transfer in

22   from other areas.

23        Q    So why would that cause the number of

24   referrals to increase?

25        A    Because students are transferring in, and



1   they transfer into the, the LEAs and Valdosta,

2   Lowndes, and then once they transfer in they usually

3   come from Florida, and after the child is at the

4   regular school for a while and they get all the

5   paperwork, they realize that child was served in a

6   different setting.  So the child was having problems

7   at the regular setting, so they're referred to us.

8        Q    You said most of those students in your

9   experience are students who are coming from Florida?

10       A    Yeah, most of them come in from Florida or

11  other areas.

12       Q    When you say "or other areas," what other

13  areas?

14       A    We get a lot of students that move from

15  different locations as far as foster homes, and some

16  of those will land up in the Valdosta area.

17       Q    To what extent generally, and I'm not just

18  talking about the increase in referrals at this

19  point, do you notice that those students served at

20  the Valdosta site are students in foster care?

21       A    Yes.

22       Q    Is there -- there's a significant number?

23       A    Yes.

24       Q    -- students at the Valdosta site --

25       A    We do.



1        Q    -- in foster care?

2        A    Yes.

3        Q    I'm going to ask that question one more

4   time.

5             Are there a significant number of students

6   at the Valdosta GNETS site who are in foster care?

7        A    Yes.

8        Q    Thank you.

9             Is that true of any of your other Horizon

10  GNETS sites?

11       A    Not a significant increase.

12       Q    When you say "not a significant increase,"

13  my question was about whether there is a significant

14  number of students at the Valdosta site that are in

15  foster care, and your answer was yes.  That's

16  correct?

17       A    Yes.

18       Q    And so I'm wondering whether there's a

19  significant number of students at any of your other

20  Horizon GNETS sites who are in foster care?

21       A    Not a significant, no.

22       Q    Based on your work with the Horizon GNETS

23  program and your experience over the last 12 years

24  or so as director, what is your understanding as to

25  why there's such a significant number of students at



1   the Valdosta site in foster care?

2        A    I'm not sure.

3        Q    Is there like group home within that

4   catchment area, or anything along those lines that

5   would contribute to that?

6        A    Yeah, there's several group homes but I'm

7   not sure that attributes to the influx in numbers.

8        Q    Have you ever taken any steps to explore

9   that?

10       A    I have not.

11            (WHEREUPON, Plaintiff's Exhibit-720 was

12        marked for identification.)

13   BY MS. GARDNER:

14       Q    I'm going to hand you what is marked as

15   Plaintiff's Exhibit 720.

16            Do you recognize this document?

17       A    I do.

18       Q    What is this?

19       A    It looks like our student handbook.  Or

20   our handbook, student handbook.

21       Q    And you said this is the Horizon Academy

22   school handbook?  Is that what you said?

23       A    I said handbook.

24       Q    Handbook, okay.

25            This is a document that the Horizon GNETS



1   program produced in response to the United States

2   subpoena; is that correct?

3       A    Correct.

4       Q    I want to just talk about a few provisions

5   of this handbook.

6            If you turn to Page 7, there is a section

7   that is captioned Professional Personal --

8   "Professional Personnel Contract Provisions."

9            Do you see that?

10      A    I do.

11      Q    And do you see that it reads:  "A contract

12  is binding to both the employing Board of Education

13  (acting on behalf of the Advisory Board) and the

14  professional employee.  The contract is valid for

15  the stated period and implies no basis for renewal.

16  Employment is subject to adequate funding through

17  the Georgia Department of Education."

18           Do you see that?

19      A    I do.

20      Q    What does it mean that employment is

21  subject to adequate funding through the Georgia

22  Department of Education?

23      A    I'm not sure but I think it's referencing

24  -- it's a reference to the budget, state and federal

25  funds.



1    Q    And the fact that the Horizon GNETS

2    program's funding comes from the State of Georgia?

3    A    Yes.

4    Q    Also on Page 7 there is a section that

5    says, "Professional Certification-Consultant

6    Teachers."

7         Do you see that?

8    A    I do.

9    Q    This says:  "All Horizon Academy

10   consultant teachers must have a minimum of a

11   Bachelor's Degree in social work, special education,

12   school psychology, or behavioral science, and must

13   hold a valid Georgia certificate from the State

14   Department of Education."  Correct?

15   A    Yes.

16   Q    You started to explain earlier what a

17   consultant teacher is, but would you indulge me and

18   explain that again?

19   A    Okay.  We have consultant teachers at all

20   of the sites, and basically their duty is they are

21   the liaison between the LEA and Horizon Academy.

22   Most of the consultant teachers, they keep up with

23   IEPs.  They attend meetings.  They're the ones that

24   go out and observe students before they come into

25   our program.



1          They sit in on some of the staff -- on

2    some of the 504s at the regular schools if they're

3    having some concerns and problems.  They provide

4    feedback.

5          They help with doing FBAs in the regular

6    school setting, help to ensure that BIPs are

7    implemented with fidelity.  They work with teachers

8    in the classroom as far as students' IEPs.  They

9    work with parents.

10          Those kind of things.

11      Q    Okay.  And I believe earlier you said that

12    you currently have five consultant teachers --

13      A    That's correct.

14      Q    -- across the Horizon GNETS program?

15      A    That's correct.

16      Q    And I believe you said there are two

17    consultant teachers at Valdosta?

18      A    That's correct.

19      Q    And there's one at Tifton?

20      A    Correct.

21      Q    There's one at Berrien/Cook?

22      A    Yes.

23      Q    And one at Colquitt?

24      A    Yes.

25      Q    I believe you also said that your



1  consultant teachers operate independently of the --
2  they're not classroom teachers?
3      A    Right.  They're not classroom -- they're
4  former classroom teachers but they're not directly
5  in the classroom teaching students.
6      Q    So this handbook outlines the sort of
7  minimum credentials for a consultant teacher at
8  Horizon GNETS, correct?
9      A    That's correct.
10      Q    How many of your five consultant teachers
11  have a bachelor's degree in social work?
12      A    None right now have any.
13      Q    How many of them have a bachelor's degree
14  in special education?
15      A    Four.
16      Q    How many of them have a bachelor's degree
17  in school psychology?
18      A    Two.
19      Q    So does that mean that some of them have a
20  bachelor's degree both in special education and
21  psychology?
22      A    Yes.
23      Q    And how many fall into that category?
24      A    Say that again now.
25      Q    You said there were four consultant



1  teachers who have a bachelor's degree in special

2  education?

3        A    Right.

4        Q    And then you said there's two consultant

5  teachers who have a bachelor's degree in school

6  psychology.  So that's six, but you only have five

7  consultant teachers?

8        A    No.  Two of the four, they have a degree

9  in special ed, and two of the four have a background

10  in psychology -- a bachelor of psychology of the

11  four.

12        Q    But you have five consultant teachers?

13        A    Right, five.

14        Q    Okay.  And what about the fifth teacher,

15  what is their background?

16        A    The fifth teacher has a counseling

17  background.

18        Q    So bachelor's degree in some sort of

19  counseling?

20        A    Yes.

21        Q    Do you evaluate any Horizon GNETS

22  personnel directly?

23        A    I do.

24        Q    Which ones?

25        A    I evaluate the coordinators.



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              139

1        Q     Anyone else?

2        A     That's it.

3        Q     Do you ever evaluate classroom teachers,

4    GNETS classroom teachers?

5        A     Very rarely.  I do but not -- I don't on a

6    consistent basis.

7        Q     Under what circumstances would you

8    evaluate a GNETS classroom teacher?

9        A     If a teacher is having some concerns,

10   classroom teacher, then as a second view I might go

11   in and do an evaluation and then compare it with the

12   coordinator.

13       Q     Okay.  When you're saying if a teacher is

14   having some concerns, what kind of concerns?

15       A     Classroom issues as far as behavior.

16   Content, being able to teach the content.  Those

17   kind of things.

18       Q     So meaning if there are concerns about a

19   teacher's effectiveness?

20       A     Right.

21       Q     And you may also conduct an evaluation of

22   that teacher?

23       A     Yes.

24       Q     Did you conduct any teacher evaluations

25   last school year?



1        A     No.

2        Q     Okay.  Have you conducted any this school

3    year?

4        A     Not at this time.

5        Q     Do you expect to conduct any teacher

6    evaluations this school year?

7        A     Yes.

8        Q     And how many?

9        A     Two.

10       Q     And those are teachers where there are

11   concerns about their performance?

12       A     Yes.

13       Q     Are those teachers new to Horizon GNETS?

14       A     Yes.

15       Q     So this is their first year?

16       A     Yes.

17       Q     And which site or sites are those teachers

18   located at?

19       A     Valdosta site.

20       Q     Both at Valdosta?

21       A     Yes.

22       Q     Turning to Page 14, do you see the section

23   captioned "Field Trips"?

24       A     Yes.

25       Q     And at the beginning it says:  "Horizon



1  Academy teachers are encouraged to use community

2  resources to the extent that they supplement and

3  enhance student learning and growth."

4       Do you see that?

5  A    I do.

6  Q    How many field trips have there been at

7  Horizon GNETS this school year?

8  A    We haven't done any since COVID.  We

9  haven't done any field trips at all.

10 Q    Okay.  When is the -- what is the last

11 Horizon GNETS field trip that you recall?

12 A    The last one I recall was a field trip at

13 the Tifton site took and they came to Valdosta to

14 the Cultural Arts Center, but I think it's been like

15 two years ago, before COVID.

16 Q    Two years before COVID?

17 A    No, not two years before COVID.  Before

18 COVID -- I mean not two years before COVID.

19 Q    Okay.

20 A    Like 2019 maybe, I'm not sure.  2020.

21 Q    Okay.  And was that all the students from

22 the Tift County site participating or a subset?

23 A    All the students.

24       (WHEREUPON, Plaintiff's Exhibit-721 was

25        marked for identification.)



1   BY MS. GARDNER:

2       Q    I'm going to hand you what is marked as

3   Plaintiff's Exhibit 721.

4            This is an email from you to Lakesha

5   Stevenson, dated September 5th, 2019.  The subject

6   is:  "Forward:  Funding Ratios document."

7            This document is Bates-stamped GA00951685.

8            And has one attachment that is an Excel

9   file, file named "Copy of Funding Ratios 8-28-19."

10           Do you recognize this?

11      A    Vaguely.

12      Q    Turning to the attachment, and the

13  attachment is included with the exhibit.

14           I'll just note that it was produced in

15  Excel, even though it's printed here, and the Bates

16  number for that was GA00951686.

17           Am I correct that this shows the staffing

18  for the Horizon GNETS program locations as of August

19  28, 2019?

20      A    Uh-hum.  (Affirmative.)

21      Q    And at that time there were two centers

22  and two school-based locations?

23      A    That's correct.  Now, you got to look at

24  the first one, Berrien-Cook, those are different

25  locations.  One is in Berrien and one is in Cook,



1   but they're as one, I think.

2        Q    So there's two separate sites for --

3        A    Right.  One is in Berrien, one is in Cook.

4        Q    Okay.  But this just aggregates those two

5   sites?

6        A    Okay.

7        Q    This says that there are three teachers at

8   each site.  Does that mean there are three teachers

9   or six teachers?

10       A    Where are you looking at, the

11  Berrien-Cook?

12       Q    Uh-hum.

13       A    There are three total.

14       Q    Okay.  At the time of this chart, Horizon

15  did not have any BCBAs at any of its sites or

16  centers, correct?

17       A    That's correct.

18       Q    And it didn't have any psychologists at

19  any of its sites or centers?

20       A    That's correct.

21       Q    It also didn't have any social workers at

22  any of its sites or centers?

23       A    That's correct.

24       Q    Horizon did have an administrative

25  assistant at each center, correct?



1        A     Yes.

2        Q     Center?

3        A     Yes, that's correct.

4        Q     And then it also had an administrative

5    assistant at one of the school-based locations?

6        A     That's correct.

7        Q     And that was the Tifton location?

8        A     Correct.

9        Q     And then Horizon had a coordinator at each

10   of the site locations that are broken out here,

11   whether they were a center or school-based?

12       A     That's correct.

13       Q     And just so I understand, there's just one

14   coordinator for Berrien and Cook, even though, as

15   you say, in this chart it was aggregating two sites?

16       A     That's correct.

17       Q     How far apart are the Berrien and Cook

18   sites that you mentioned are aggregated here?

19       A     Probably about six or seven miles.

20       Q     And then this chart also shows the number

21   of teachers and paraprofessionals at the centers and

22   school-based locations, correct?

23       A     At that time, yes.

24             (WHEREUPON, Plaintiff's Exhibit-722 was

25        marked for identification.)



1    BY MS. GARDNER:

2        Q    I show you what is marked as Plaintiff's

3    Exhibit 722.

4            Am I correct that this is the grant

5    application for Horizon Academy GNETS program for

6    the FY 22 school year?

7        A    That's correct.

8        Q    And this document was produced by the

9    Horizon GNETS program in response to the United

10   States subpoena?

11       A    That's correct.

12       Q    Looking at this first page, am I correct

13   that this list of form names is a list of the forms

14   or sort of topical areas that Horizon must complete

15   when submitting its grant application?

16       A    That's correct.

17       Q    So it completes a form or a section

18   regarding its staffing pattern, as one of the forms

19   listed here?

20       A    The staffing pattern was already

21   populated, I think, and we didn't create -- I didn't

22   do the staffing pattern.

23       Q    But that information appears in the grants

24   application?

25       A    Right.  Correct.



1        Q    And then the Horizon GNETS program would
2    also complete a form regarding its behavioral
3    supports and therapeutic services?
4        A    Correct.
5        Q    And it would do so regarding its
6    instructional and academic supports?
7        A    Correct.
8        Q    And this list goes on and it has numerous
9    sort of forms listed, correct?
10       A    Correct.
11       Q    And in order to complete the grant
12   application, the Horizon GNETS program has to
13   complete all of these, correct?
14       A    That's correct.
15       Q    I'd like to turn to the third page, which
16   is the staffing pattern form.
17       A    You said the third page?
18       Q    Yes, the third page in.
19            The pages are not consecutively numbered,
20   so it might be easier to start from the front and
21   flip to the third page.
22       A    Is that 2 out of 4 at the bottom?
23       Q    It's 1 out of 2 at the bottom and it has a
24   header that says, "Staffing Pattern" at the top of
25   the page.



1          I think you're too far in.  Go back to the

2    very first page.  Stop right there.  Is that

3    Staffing Pattern?

4         A    It's 1 out of 4.

5         Q    Does it say Staffing Pattern at the top?

6         A    No.  It says Personnel List.  Let me see

7    if I have the wrong page.

8              I've got Personnel List and -- I don't

9    have Staffing Pattern.

10        Q    My apologies.  In your version there is at

11   the very end.

12        A    Okay.

13        Q    So if you look at the last two pages of

14   the document.

15        A    Okay.  I see it.

16        Q    And you see it says Staffing Pattern?

17        A    It's 1 of 2, right?

18        Q    Yes.

19        A    At the bottom?

20        Q    Yes.

21        A    Got it.

22        Q    And I just want to go through some of

23   these positions.  It says here that there is one

24   GNETS secretary at Horizon?

25        A    That's correct.



1      Q    And it also says that there are two GNETS
2   social workers?  Do you see that under Student
3   Support Services?
4      A    Yes.  But that -- that's not a licensed
5   social -- I'm trying to think.
6           I think that was wrong because I think
7   that was a consultant teacher.  It's not a license
8   -- they're not licensed social workers.  So that's
9   an error there.
10     Q    So do you currently have any licensed
11  social workers on staff at Horizon GNETS?
12     A    Not at this time.
13     Q    The two that are identified here as GNETS
14  social worker, you believe those are consultant
15  teachers?
16     A    I'm sure those are consultant teachers.
17     Q    Okay.  And those two social workers that
18  are listed that are consultant teachers, those
19  positions are funded by the State grant?
20     A    Yes.
21     Q    Moving down, it says that there are three
22  GNETS special education specialists.
23          Do you see that?
24     A    I do.
25     Q    Are those also consultant teachers?



1    A    They are.

2    Q    And those three consultant teachers that

3  appear as GNETS special education specialists are

4  also funded by the State grant?

5    A    Yes.

6    Q    Under Instructional Staff, there is a line

7  item for GNETS Teacher.  Do you see that?

8    A    I do.

9    Q    And it says there are 21 GNETS teachers?

10  Correct?

11    A    At that time, yes.

12    Q    And those are all funded by the State

13  grant?

14    A    Yes.

15    Q    Do you have 21 GNETS teachers currently?

16    A    I think.  Let me see.

17         (Pause.)

18         Yes.

19    Q    And this says that there are no LEA funded

20  GNETS teachers, correct?

21    A    That's correct.

22    Q    Is that still currently accurate?

23    A    Yes.

24    Q    The staffing pattern also shows one

25  director in the program, correct?



1        A     That's correct.

2        Q     And that's you?

3        A     Yes.

4        Q     And your position is funded through the

5    State grant?

6        A     Yes.

7        Q     This staffing pattern shows that there are

8    18 GNETS paraprofessionals.  If you look at the

9    grand total, it doesn't sort of show where the staff

10   fall apart from that.

11             How are your 18 paraprofessionals funded?

12       A     Federal funds.

13       Q     If you look at the page immediately

14   preceding the Staffing Pattern, the Student

15   Transition form.  Do you see that?

16       A     I do.

17       Q     This says that Horizon Academy had 116

18   students across all of its center locations,

19   correct?

20       A     Yes.

21       Q     And then it had 52 students across its

22   school-based GNETS classrooms?

23       A     Yes.  I see that, yes.

24       Q     And then this shows there were 15 students

25   who were returned to their home district?



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    151

1        A    Yes.

2        Q    Do those 15 students that were returned to

3   their home district, does that mean that those

4   students fully returned to their home district, as

5   in they didn't spend any segments in GNETS?

6        A    No.

7        Q    So a student would be counted in this 15

8   even if they continued to spend some portion of a

9   day or segment in GNETS?

10       A    Right.

11       Q    So how -- what is the distinction between

12   the students that are in the 15 who might have, you

13   know, some segment in GNETS and then students who

14   are in the 52 in GNETS classrooms?

15       A    In this report it says return to the home

16   school district.  And so we count those students as

17   half day into that number that return to the home

18   school district.

19            Now, we do keep data management, too, that

20   has the number of students who have transitioned

21   completely full day.

22       Q    So you separately keep a number of

23   students that have transitioned completely and don't

24   have any segments in GNETS?

25       A    Right, we keep that.



1     Q     Okay.  But this number, this 15, could

2     include students that are doing half a day in their

3     home school district and half a day at GNETS?

4     A     Right.

5     Q     I'd like to go backwards two more pages

6     from that, I believe, towards the front.

7     A     What's the bottom?

8     Q     The bottom says 102.  So it's not

9     particularly helpful.  It's the section that starts

10    with "Behavioral Support and Therapeutic Services."

11    A     This page?

12    Q     Yeah.

13    A     I got it.

14    Q     I want to talk a little bit about the

15    tiers that are listed here.

16          Do you see there's a reference to Tier I?

17    A     Yes.

18    Q     And it says:  "Tier I supports and

19    services are provided daily for 100 percent of

20    students"?

21    A     Yes.

22    Q     This says there's 173 students in Tier I,

23    correct?

24    A     Right.

25    Q     And so that is the 116 students in centers



1   and the 56 students in something close to it, 56

2   students in GNETS classrooms?

3        A    Correct, right.  This is everybody.  This

4   is the transition students that came in when I

5   mentioned regular schools, the whole, complete year.

6        Q    So this says that all students -- in the

7   sort of paragraph below, explains that all students

8   in Tier 1 receive PBIS, correct?

9        A    That's correct.

10       Q    Midway through the narrative box that

11  appears in this section of Tier 1, do you see where

12  it says:  "Students receive positive reinforcement

13  for the appropriate behavior along with student

14  bucks that can be redeemed on Fridays"?

15       A    Yes.

16       Q    Do those bucks have a name?

17       A    Horizon Bucks

18       Q    Horizon Bucks?

19       A    Yeah.

20       Q    And the idea is that students can earn

21  bucks so they can later spend those bucks to obtain

22  something that is a privilege?

23       A    Yeah, that's what it is, PBIS, Horizon

24  Bucks.

25       Q    What would be examples of some privileges



1    that students can spend bucks on?

2        A    It could be some things they can spend

3    their bucks on, we have what we call a PBIS store,

4    and it has all kinds of stuff.  It has snacks,

5    sometimes small toys, a combination of stuff.

6        Q    Anything that students can spend bucks on

7    separate from what's in the PBIS store?

8        A    No.  We just have the PBIS store.

9        Q    Moving town to the bottom of this

10   paragraph, it says, in the second-to-last sentence:

11   "We also address therapeutic needs through an art

12   therapist that serve students weekly."

13           Do you see that?

14       A    Uh-hum.  (Affirmative.)

15       Q    Do you still have an art therapist

16   currently?

17       A    I do not.

18       Q    When was the last time you had an art

19   therapist?

20       A    It was the last year.  She died through

21   COVID.

22       Q    Sorry to hear that.

23           Moving on to Tier 2, this says that there

24   are 71 students in Tier 2, correct?

25       A    Yes.



1     Q    And looking at the narrative beneath that,
2  it says, "Students in Tier 2 receive all services
3  received in Tier 1 along with," and then it lists
4  additional things students in Tier 2 receive.
5  Correct?
6     A    Yes.
7     Q    And the first thing that it lists that
8  students in Tier 2 receive is conflict resolution
9  instructions?
10    A    Yes.
11    Q    What is that?
12    A    That's something that the teachers use.
13 It's a canned program, and the teachers in the
14 classroom use that.
15    Q    When you say it's a canned program, is
16 there a name of the program?
17    A    I can't think of it now.  It's a program
18 we purchased.  That's why I said canned.
19    Q    Separate from Second Steps --
20    A    Sorry.
21    Q    Separate from Second Steps?
22    A    Yes.  A scripted program.
23    Q    This says students in Tier 2 also receive
24 anger management instruction.  Do you see that?
25    A    Yes.



1      Q    And what is that?

2      A    That's throughout -- we have a Family

3   Insight counseling services that come in and they

4   teach about that.

5      Q    So students in Tier 2 who receive the

6   anger management instructions would be students who

7   are receiving counseling from Family Insight?

8      A    Yes.

9      Q    And that's the outside provider we

10  discussed earlier?

11     A    Correct.

12     Q    Next this says "Second Steps."

13          Do you see that?

14     A    Yes.

15     Q    Is Second Steps something that is only

16  provided to Tier 2 students?

17     A    Yes and no.  We do provide some Tier 1 but

18  mostly it's for Tier 2 students.  We do whole group

19  follow-ups and things, Tier 1 --

20          THE COURT REPORTER:  I'm sorry, I didn't

21     understand what you said.  We do what?

22     A    Okay, Second Steps is mostly for Tier 2

23  but we do some in Tier 1 because it targets a lot of

24  specific behaviors.

25     Q    Then the last thing in this list for



1  students in Tier 2, this first sentence says,

2  "Behavior Skills Training."

3         Do you see that?

4    A   Same area?  I don't see that.  That's in

5  Tier 2?

6    Q   Yeah.  It says -- so that in Tier II it

7  says "students in Tier 2 receive all services

8  received in Tier 1 along with conflict resolution

9  instructions, anger management instructions, Second

10 Steps, and behavior skills training."

11   A   Yes.

12   Q   So what is the behavior skills training

13 that students in Tier 2 receive?

14   A   It's just something in-house teachers do.

15   Q   Informally?

16   A   It's not -- yeah, informally.  It's not

17 necessarily a program.

18   Q   And that's done by the classroom teachers?

19   A   Yes.

20   Q   The next sentence says:  "Apex serves

21 students on campus to address mental health and

22 behavior dates."

23        Do you see that?

24   A   Yes.

25   Q   What is Apex?



1        A    Apex is the behavior, mental health
2   services, but they come to us from an LEA.  The LEA
3   will send them to serve their students, specific
4   students.
5        Q    And which LEAs send Apex to serve their
6   students?
7        A    Valdosta City.
8        Q    Any others?
9        A    We have had some from Lowndes, but mostly
10  Valdosta City schools.
11            And also Tift, I think, they receive some
12  services from Apex, the Tift site.
13       Q    And students receiving those services
14  would be at least in Tier 2?
15       A    Right.
16       Q    This goes on to say:  "Counseling is
17  performed by the local systems for students that
18  need the support."
19            Do you see that?
20       A    Yes.
21       Q    And what counseling is this referring to?
22       A    If students need outside counseling, more
23  than what we can do, whatever, the LEA will send
24  counselors into the program to see specific
25  students.



1    Q    You said if a student needs counseling
2    beyond what Horizon GNETS can perform, then the LEA
3    where that student came from will send counselors
4    in?
5    A    Yes.
6    Q    And what kind of counselors will the LEA
7    send?
8    A    It depends.  It could be grief counselors.
9    It could be -- most it is like grief counseling.  So
10   we have a counselor on staff.
11   Q    And are the counselors that LEA send their
12   own employees?
13   A    Yes.  Pretty much, yes.
14   Q    Does any of this change depending on
15   whether a student is at a GNETS classroom location
16   or a GNETS center?
17   A    Yes.  It's different.  If they're in a
18   classroom location, most -- a lot of the services
19   will come from that school, as far as the schools
20   will have a counselor at that school.  So a lot of
21   it will come from the school.
22   Q    And what about if a student is at a GNETS
23   center?
24   A    Then it would come from the LEA, will send
25   someone to the -- to the program.



1      Q    To the center?

2      A    Right.

3      Q    This section also identifies Check and

4   Connect as something that students in Tier 2

5   receive?

6      A    Yes.

7      Q    And we discussed Check and Connect

8   earlier, correct?

9      A    Yes.

10     Q    Now it says at the very end:  "Students in

11  Tier 2 receive one-on-one academic support when

12  needed, benchmark or monitor closer, mini

13  self-assessment are given more frequently."

14         Do you see that?

15     A    Yes.

16     Q    How are the benchmarks for students in

17  Tier 2 monitored more closely?

18     A    Okay.  The benchmarks are done with most

19  all the students in some of the school settings, but

20  if we have a child that's having some behavior --

21  not behavior -- academic issues, then we try to

22  provide a one-on-one with that person and do some

23  remediation through some other programs we have.

24  And then we look at the benchmarks to see if that

25  child has made any progress or not.



```
 1              And then monitor closely, that's where the
 2       child is making progress already.
 3          Q    And so when this says "the benchmarks are
 4       monitored closer," this is referring to students in
 5       Tier 2 because of -- for academic reasons?
 6          A    Right, right.  Correct.
 7          Q    And then it says also that many
 8       self-assessments are given more frequently.  Is this
 9       referring to academic or behavioral
10       self-assessments?
11          A    Academic.
12          Q    Turning to Tier 3, this says that there
13       are 24 students in Tier 3, correct?
14          A    At that time, yes.
15          Q    And that was 13 percent of all Horizon
16       GNETS students?
17          A    Yes.
18          Q    This says that students who are in Tier 3
19       receive support from Tier 1 and Tier 2 for behavior
20       and academics, correct?
21          A    Correct.
22          Q    So that means students in Tier 3 would
23       receive all of the things that students in Tier 1
24       and Tier 2 receive in addition to what is discussed
25       here?
```



1     A    That's correct.

2     Q    And then this goes on to say that students

3   in Tier 3 also receive support from the Lowndes

4   Interagency Planning Team, LIPT?

5     A    Yes.

6     Q    What is the Lowndes Interagency Planning

7   Team?

8     A    That's a group that meets through mental

9   health, and they discuss students individually.  So

10  it means if a student is having a lot of problems,

11  whatever, that person's name comes up for that team

12  and then we also round table and talk about some

13  strategies that may be able to help.

14    Q    And does Horizon GNETS regularly

15  participate in the LIPT?

16    A    Yes.

17    Q    Who from Horizon GNETS participates?

18    A    Jennifer Porter.

19    Q    And who is Jennifer Porter?

20    A    She's the coordinator at the Tifton site.

21    Q    So she regularly attends that --

22    A    She does, and then Sara Larazi from the

23  Valdosta site.

24    Q    They both regularly attend?

25    A    Yes.



1        Q    Do you ever attend?

2        A    Not often.

3        Q    Would all Tier 3 students at Horizon GNETS

4   be involved in the LIPT?

5        A    Not necessarily.

6        Q    That would be a subset?

7        A    Say what now?

8        Q    That would be a subset?

9        A    Yes.

10        Q    Have you had any Horizon GNETS students

11   involved in the LIPT this school year?

12        A    Yes.

13        Q    And approximately how many?

14        A    We've had two at the Tifton site.

15        Q    What about last year, how many Horizon

16   GNETS students did you have participating?

17        A    I'm not sure, but we always have more at

18   the Tifton site than other sites.  I'm not sure.

19        Q    Is there a reason you have more at the

20   Tifton site?

21        A    The Tifton participates more with the LIP

22   Team, I think.  And they have a real strong LIP Team

23   in Tifton.  The LIPT consists of mental health

24   people.  It's a gamut of people in the community and

25   they have a stronger team in the Tifton area.



1      Q    So is there a separate LIPT for the Tifton

2    area and then a different one for Valdosta?

3      A    Yes.

4      Q    And you're saying that the LIPT Team in

5    Tifton is stronger?

6      A    Yes.

7      Q    In this list of services for students in

8    Tier 3 there is a reference to counseling.  Do you

9    see that?

10     A    Yes.

11     Q    Is that counseling different from the Tier

12   2 counseling?

13     A    No.  It's the same counseling.

14     Q    This mentions therapeutic groups.  Do you

15   see that?

16     A    Yes.

17     Q    And what are those therapeutic groups?

18     A    That's where the Family Insight, the

19   program that -- the group that comes into the school

20   setting, they do groups specifically for specific

21   concerns.

22     Q    Okay.  And for therapeutic groups, how

23   often weekly would those groups meet?

24     A    It depends on the need.

25          Usually at the Valdosta location, because



1   it's bigger, usually once a week.

2        Q    Do those therapeutic groups exist at other

3   locations?

4        A    Yes.

5        Q    Which other locations?

6        A    Tifton.  And this location.

7        Q    And how often would therapeutic groups

8   occur weekly at Tifton?  Or maybe they were not

9   weekly but how often?

10       A    I'm not sure how often.  I know the one

11  here is -- it's probably once a week because they

12  come out and they do it in the mornings.  But I'm

13  not sure about the one in Tifton.

14       Q    And when you say that the therapeutic

15  group, you know, for example, is one time per week,

16  how long would each of those weekly sessions last?

17       A    Each session lasts about 30, 35 minutes.

18       Q    And does Family Insight meet all the

19  therapeutic groups across the various sites?

20       A    Yes.

21            MR. NGUYEN:  We've been going for almost

22       two hours since lunch break.  So if we can take

23       a five-minute break when you get to a good

24       stopping point.

25



1    BY MS. GARDNER:

2        Q    This also mentions mental health support?

3        A    Yes.

4        Q    What is that referring to?

5        A    We have some students that receive mental

6    health services, and sometime they will come into a

7    school setting and meet with the students in the

8    school setting.

9        Q    Are those mental health services being

10   provided by outside providers?

11       A    Yes.

12       Q    And what are -- are those providers

13   through Family Insight or other providers?

14       A    Other providers.

15       Q    Are those providers that students

16   typically have had relationships with prior to

17   coming to GNETS?

18       A    Some of them.  Some of them do have

19   relationships.

20       Q    So it's a mix?

21            It's a mix?

22       A    Say again now.

23       Q    So it's a mix?

24       A    Yes, it's mixed.

25       Q    This also again mentions behavior skills



1   training.  Do you see that?

2        A    I do.

3        Q    Is that different from the behavior skills

4   training you explained in connection with Tier 2?

5        A    It's the same.

6        Q    So that's informal behavior skills

7   training provided by classroom teachers?

8        A    Yes.

9        Q    This also mentions in the very last

10  sentence:  "In some cases the ABA therapist is

11  observing students for support."

12            Do you see that?

13       A    Yes.

14       Q    What is an ABA therapist?

15       A    Applied behavior analysis.  An ABA

16  program, certified ABA person.

17       Q    Do you have certified ABA personnel on

18  staff at Horizon GNETS?

19       A    I have one certified -- well, I have --

20  let me back up.

21            I have an ABA therapist support.  Okay,

22  that's what you call it.  We say all our paperwork

23  to be an ABA therapist, but it's like a support

24  person.  It's not like a therapist.

25       Q    So the person you have on staff is not the



 1   ABA therapist, it is somebody who's trained to

 2   support --

 3        A    Right, right.  Right, right.

 4        Q    -- an ABA therapist?

 5        A    We do have ABA therapists that come in and

 6   those are sent in by the LEAs for services.

 7        Q    So the ABA -- the actual ABA therapist

 8   that comes to Horizon GNETS are sent by LEAs?

 9        A    Yes.

10        Q    And this says they observe students for

11   support, correct?

12        A    Yes.

13        Q    And what is the point of that observation?

14   What comes out of that?

15        A    They collect data, and from the data they

16   turn that into some kind of -- usually some kind of

17   behavior plan for us to follow.

18        Q    Okay.

19             MS. GARDNER:  I'm not quite finished with

20        this document, but, however, if you want to

21        take a break now.

22             MR. NGUYEN:  It's up to you.

23             MS. GARDNER:  I'm fine to finish the

24        document if you're fine.

25             MR. NGUYEN:  How long are you going to be?



1          MS. GARDNER:  It's just a couple more

2      questions.

3          MR. NGUYEN:  Yeah, yeah, yeah.  Five or 10

4      is fine.

5          MS. GARDNER:  Okay.

6          MR. NGUYEN:  Good.

7   BY MS. GARDNER:

8      Q    We are going to move to the section of the

9   grant application.  It should be the page

10  immediately before the section that we just looked

11  at.  We're kind of moving backward.

12          The Severe Behavior Management &

13  De-escalation."

14      A    Okay, I'm there.

15      Q    Do you see that?

16          I'm looking at the narrative that falls at

17  the bottom of the section.  It says here that all

18  staff are trained in MindSet.

19          Do you see that?

20      A    Yes.

21      Q    Is that still accurate today?

22      A    It is.

23      Q    Who trains your staff in MindSet?

24      A    We have trainers on staff.  We have two at

25  the Valdosta site, one at the Adel site, it's a



1   trainer.  And I have a trainer at the Tifton site.

2        Q    You mentioned the site after the Valdosta

3   site, and I'm not sure what you said?

4        A    I have two trainers at the Valdosta site.

5   I have one train at the Adel site.

6        Q    Adel.

7        A    And I have one trainer at the Tifton site.

8        Q    So how does the training work for staff

9   who may be, for example, at the Colquitt site?

10       A    Okay.  Any time there's a staff that's

11  hired at the Colquitt site, they don't do restraints

12  until they're trained.  And we do that as soon as

13  possible because we have in-house people that can

14  train them.

15       Q    And do the staff have to go to one of your

16  other sites where you have MindSet trainers?

17       A    It depends on the numbers.  If it has like

18  two people that can be trained, then that person

19  will come here.

20       Q    Okay.  How did your trainers that you have

21  on staff get trained in MindSet?

22       A    I think it's every two years they go to a

23  training to be recertified, if that's what you call

24  it.  Recertified.

25       Q    And who sponsors that training?



 1        A    Steven Mahon.  I think his name is Mohan.

 2        Q    Who is Steve Mohan?

 3        A    He's is the person that -- the guru of

 4    MindSet training.

 5        Q    Are you trained in MindSet?

 6        A    I was.

 7        Q    Are you trained currently in MindSet?

 8        A    No.  I'm not certified.  I'm not -- my

 9    certificate is not updated.

10        Q    When was your certificate last updated?

11        A    I think it was 2021, I think.

12        Q    Then this also says all certified staff

13    and 75 percent of all paraprofessional are trained

14    in LSCI.

15             Do you see that?

16        A    Yes, I see that.

17        Q    What is LSCI?

18        A    It's Life Space Crisis Intervention.

19    That's another training you have to go through.

20    It's like five days.  I can't remember how many

21    days.  So we have a staff that goes through that

22    training.

23        Q    And is Life Space Crisis Intervention a

24    de-escalation training?

25        A    The same thing, yeah.  Pretty much more



1  intense training.  MindSet is a training that trains

2  the trainer.  LSCI, you cannot Train The Trainer

3  with that.  You have to actually be trained for

4  that.

5       Q    Are all of your certified staff currently

6  still trained in LSCI?

7       A    No.  I have a lot of new staff.

8       Q    Approximately how many new staff do you

9  have that are not trained in LSCI?

10      A    Probably have nine, I think.

11      Q    Nine?

12      A    Maybe more than that.  I'm not sure.

13      Q    Are those staff going to receive LSCI

14  training before the end of this school year?

15      A    Yes.  Once it's offered, we plan to have

16  them trained.

17      Q    And when is it next offered?

18      A    Usually it's offered -- and we get a

19  flyer, as far as update.  It's not here in Valdosta.

20  Sometimes it's in Waycross.  Sometimes it's in

21  Albany, Macon.  We just get the fliers when they

22  have it.

23           I can't remember when they have the next

24  one.

25      Q    Is there a particular time of year when



SAMUEL CLEMONS, SR.                            December 15, 2022
UNITED STATES vs STATE OF GEORGIA                           173

1   they typically have the training?

2        A    Usually they have it at the very beginning

3   of the school year, and then they have some like in

4   the middle, like of January, and then at the end of

5   school year.

6        Q    Okay.  And were there trainings at the

7   beginning of this current school year?

8        A    No, we didn't have any.

9        Q    And then this mentions that 75 percent of

10  paraprofessionals are trained in LSCI.  Is that

11  currently the percentage?

12       A    No.  That was at this time.  No.  I have a

13  lot of parapros that have gone to other -- avenues,

14  yeah.

15       Q    So then you would say that there are a

16  smaller percentage of paraprofessionals who are

17  trained in LSCI currently?

18       A    Yes.

19       Q    Are you trained in LSCI?

20       A    No.

21       Q    Have you ever been trained in LSCI?

22       A    No.

23            I take that back.  When I was first a

24  teacher in the GNETS program.  That's been a long

25  time ago, I think I was.



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                   174

1    Q    Okay.  But not since then?

2    A    No.

3    Q    In this section of the Horizon GNETS grant

4    application, it says that 67 students were

5    restrained.

6         Do you see that?

7    A    I do.

8    Q    And that was within a span of a school

9    year; is that correct?

10   A    Yes.

11   Q    Was that the number for the 2021-22 school

12   year?

13   A    I think so.  But, now, some of these are

14   repeating students, but we count all of them.

15   Q    Okay.  So this is the FY22 grant

16   application.  So is it your understanding that

17   the --

18   A    '21.

19   Q    -- data contained in here would be the

20   2021-22 school year?

21   A    I do, yes.

22   Q    And so that's where this number of

23   students retrained would come from?

24   A    Right.

25   Q    That number means that 39 percent of all



1   Horizon GNETS students were restrained, correct?

2        A    That's correct.

3        Q    Does that number strike you as high?

4        A    Yes.

5        Q    Is Horizon seeking any steps to lower that

6   number?

7        A    Well, we had some -- actually, that number

8   is repeating.  I mean we're working trying to

9   decrease that number.  That number was higher last

10  year I think than in the previous year, I think,

11  because of the decline in the students we're getting

12  and significance of behaviors.  But, yeah, we are

13  working trying to decrease that.

14       Q    And what steps are you taking to try and

15  decrease that?

16       A    Well, we're -- we're working more with the

17  parents.  We're try to work more closely with the

18  parents, with us, because then parents have a great

19  impact on what happens at school.  So we're trying

20  to monitor that relationship.

21            We're working with the teachers as far as

22  using the Mind -- the first part of MindSet, which

23  is using your words to deescalate and not have to

24  get into that situation where it goes that way.

25            And then we're working with, with -- we're





1   actually trying to work with students through

2   Insight as far as doing -- because they do a lot of

3   activities with them, anger management activities,

4   trying to get them to direct their anger in a

5   different manner than in the classroom, those

6   things.

7        Q    Approximately how many restraints have you

8   had in the first semester this current school year?

9        A    At the Valdosta site -- and I'm just not

10  -- I'm giving you about, not specific.

11       Q    I understand.

12       A    At the Valdosta site, we probably had

13  about 13 or 14, I think.

14            At the Tift site, probably zero.

15            This site, we're probably about 10 or 11.

16            And at the Cook/Berrien site together,

17  probably about six or seven.

18       Q    Okay.  Does the Horizon GNETS program keep

19  records of restraints when they occur?

20       A    We do.

21       Q    And what kind of records do you keep?

22       A    We do documentation called a SWIS form.

23  That means every time a child is restrained, we fill

24  out a SWIS form, and that SWIS form has what

25  happened before the behavior, what the behavior was,



1  what we did after the behavior, counseling and that

2  kind of stuff, and the consequences at that.

3         Then we take that sheet and we go over

4  that with the staff.  That's something that we

5  counsel with and share with the parents.

6     Q    And who is responsible for completing that

7  record keeping?

8     A    Most times the teacher, if it happened in

9  the classroom, and then it's others -- the, um -- I

10 just lost it.  The persons of the program, they will

11 do the counseling of that, too.

12    Q    The coordinators?

13    A    Coordinator.  That's the word.

14    Q    And is that documentation maintained?

15    A    Yes, we keep that documentation.

16    Q    How long do you maintain that document

17 for?

18    A    Say again now.

19    Q    How long do you maintain the documentation

20 for?

21    A    Well, we send it to the schools, the LEAs.

22 The child, whatever the home school is.  We

23 document, send out to the parents, and then we keep

24 the documentation.  We also send it to the schools

25 to put in their system.



1      Q    Okay.  And just so I'm clear, is there any

2   sort of after action review of restraints where you

3   sit down perhaps with the personnel involved and

4   look at what happened, what led to it, and whether

5   the restraint was appropriate, whether there was

6   anything that could have been done to avoid it?

7   That sort of thing?

8      A    That's what we call diversion.

9      Q    Okay.  And so who typically participates

10   in the debriefing process?

11      A    Usually we have the coordinator, and then

12   we want the person that was involved -- the people

13   that were involved in the restraint, and then most

14   of them -- an outside person that has not been

15   involved, who was not involved.  So that we can get

16   the information from those that were involved, some

17   suggestions from somebody that was not involved,

18   that kind of stuff.

19      Q    Is there documentation of whether those

20   degrees actually occurred?

21      A    Usually it's on that SWIS form.

22      Q    Is there a time period within which the

23   debrief needs to occur, like sort of relative to

24   when the restraint happens?

25      A    It should occur immediately.  Sometimes it



1   does not.  But we do it before that day is over.

2   But the accurate time is immediately after a

3   restraint is done.

4        Q    On the page before this, there's a section

5   called "Crisis Management."

6             Do you see that?

7        A    I do.

8        Q    And in the second narrative, it says:

9   "Next school year there he will be 9 new staff

10  members that will be trained in crisis management at

11  the beginning of the school year."

12            Do you see that?

13       A    Uh-huh.  (Affirmative.)

14       Q    What are the nine new staff members that

15  are referenced here?

16       A    When I was doing this, I had nine

17  positions, I think nine, that were available at the

18  time.  And I said nine people need to be trained in

19  crisis management.

20       Q    And did you fill those nine new positions?

21       A    I filled -- no.  Four of them I did -- not

22  four of them.  I'm sorry.  Seven I did.

23       Q    Seven of the nine you filled?

24       A    Right.

25       Q    And those seven would have been new staff



1  members starting this current school year?

2      A    That's correct.

3      Q    Were those seven trained in crisis

4  management at the beginning of the school year?

5      A    Yes.  We have a new program called -- at

6  the Valdosta site called Centrex.  That's the new

7  program in crisis management.

8           At other sites the coordinator attends the

9  crisis management, whatever they have, working on

10  what they have, and then they come back and review

11  with the staff.

12      Q    And what does a crisis management training

13  teach staff?

14      A    Well, you have the different -- you have

15  the lockdown.  You have the hurricane, tornado

16  drills as well.

17      Q    So basically covers lockdowns, hurricanes,

18  and tornadoes?

19      A    A whole bunch of stuff.  I can't remember

20  all of that, but the major stuff.  If there's an

21  active shooter, all that stuff like that.

22      Q    And when you say lockdown, what do you

23  mean by lockdown?

24      A    Okay.  If there's an active shooter, you

25  have to lock the whole school down.  It has to be



1   done immediately and appropriately.

2          We teach staff members as far as what

3   their role is in the classroom as far as keeping the

4   doors locked.  You'll notice most of the doors are

5   locked in the classroom.  Where they position

6   themselves at in the classroom, what's going to be

7   the code if it's over.  I mean what's the password

8   that you hear on the intercom if it's over.  Those

9   kinds of things.

10     Q    And is there -- is the training for

11  lockdowns specific to active shooters or are there

12  other circumstances under which staff are trained to

13  have lockdowns?

14     A    There are other situations.

15     Q    What are those other situations?

16     A    It could be an irate parent.

17          THE COURT REPORTER:  I didn't hear you.

18     It could be what?

19     A    An irate parent that's on campus.  It

20  could be someone on campus that you don't recognize

21  that's on campus, in the building.

22          A gamut of stuff.

23     Q    Just one more question on this document.

24          There is a section under Service Delivery

25  on Mental Health Collaboration.



1              I don't know if I can -- the prior page.

2       A    It's not the prior page.  Let's see.  I

3   think it's -- what's before it?

4              Yeah, I got it.

5       Q    So I just want to make sure I understand

6   these.  Some of these we talked about already, and

7   this says here:  "Describe any formal collaboration

8   with community agencies to enhance student's

9   social/emotional and/or behavioral development."

10             This starts at No. 5.  We will talk more

11  about whether there are any others.  I realize this

12  is a printout of an electronic document, and this is

13  how this was provided to us.

14             But No. 5 says "Marcus Autism Services."

15  Do you see that?

16      A    Uh-hum.  (Affirmative.)

17      Q    Does Horizon GNETS have a collaboration

18  with Marcus Autism Services?

19      A    We do.

20      Q    What is the nature of that collaboration?

21      A    Excuse me?

22      Q    What is the nature of that collaboration?

23      A    We have a lot of students that are

24  autistic and have really severe emotional issues,

25  aggressive, and a lot of them are sent to Marcus



1   Autism -- the autistic service, and they stay there

2   for a period of time, and then when they are

3   released from there, we get documentation from them

4   as far as things we need to do.

5        Q    Okay.  So in terms of this collaboration,

6   is that a residential treatment center?

7        A    I think.  I'm not sure.

8        Q    But it's a place where students would be

9   sent on more of a full-time basis and then if they

10  came back to GNETS, they might have some protocols

11  or other things that are guidelines for meeting

12  their particular needs?

13       A    Yes.

14       Q    No. 6 on this list has Babies Can't Wait.

15  What is that?

16       A    We have a lot of small kids, like in

17  kindergarten, pre-K, that have -- that are -- have

18  some severe issues because of drug issues, those

19  kinds of things.  Baby Can't Wait is a program that

20  works for those smaller kids on issues like that,

21  working with the parents, those kinds of things.

22       Q    Who -- is there like an organization or

23  institution that sponsors Babies Can't Wait or runs

24  it?

25       A    It's an organization from -- I think it's



1   from DFCS, I think.  A branch of that, I would

2   think.

3        Q    But that is a program that would serve

4   students separate from the GNETS program?

5        A    Yes.

6        Q    Okay.  Peaceway Counseling?

7        A    Yes.

8        Q    What is that?

9        A    It's a counseling services, and we have a

10  lot of -- some of our students attend their -- the

11  Peaceway Counseling Service, and sometimes they will

12  come in our program and see different students.

13       Q    Okay.  So that's an external provider that

14  may provide services to students also being served

15  by GNETS?

16       A    Yes.

17       Q    We discussed Apex services earlier,

18  correct?

19       A    Uh-hum.  (Affirmative.)

20       Q    Vocational Rehabilitation Services?

21       A    Yes.

22       Q    And how is that a collaboration with

23  Horizon GNETS?

24       A    Most time when we have students that are

25  getting ready to transition as far as graduating, we



1   try to net with vocational rehab, as far as finding

2   placement, trying to get students acclimated to the

3   job, skills, whatever.  That's a location we have.

4          And usually they will find placement as

5   far as placing a student in a specific area to get

6   those skills they need.

7      Q    And we talked about the LIPT already,

8   correct?

9      A    Yes.

10     Q    The next one says Child and Family

11  Guidance.  What does that mean?

12     A    It's more of like a counseling service.

13     Q    So it is another external provider of

14  counseling services?

15     A    Yes.

16     Q    Like, what was it, Family Insight?

17     A    No.  The coming out program -- they're

18  coming out program but it's an outside counseling

19  program that is not part of the school.  It's an

20  outside agency that comes in.

21     Q    Okay.  And this is the sort of thing where

22  GNETS says, we'll open our doors if you want to come

23  here and meet with a student here?

24     A    Yes, right.

25     Q    Is that an agency that students are



 1  generally connected with before they come to the
 2  GNETS program?
 3       A    Usually that's an agency that they're
 4  connected with through mental health.
 5       Q    When you say "through mental health," what
 6  is mental health?
 7       A    They're receiving mental health services,
 8  and then they have -- may refer them to family --
 9  child/family counseling guidance, and then we allow
10  them to come in our program to see those students.
11       Q    And is mental health a particular
12  institution or agency?
13       A    It's an agency, yes.  Behavior -- I think
14  it's Behavioral Mental Health Services, I think.
15       Q    Is that separate from the Department of
16  Behavioral Health and Developmental Disabilities?
17       A    I think it's part of that.  Branch of
18  that, I think.
19       Q    Okay.  This next line says Georgia
20  Intervention and Department of Judicial Justice
21  Department.  What is that?
22       A    That's if a student got into legal
23  trouble, and with that DOJ will partner with us,
24  make sure they come in and check on the student, sit
25  down and have a conversation with us, and that kind



1   of thing.

2       Q    And just to clarify, you said DOJ, but are

3   you talking about DJJ?

4       A    I meant DJJ.  I'm sorry.  DJJ.

5       Q    Make sure we're clear.

6            So sometimes DJJ may come into Horizon

7   GNETS to check on a particular student that has had

8   contact with the criminal justice system?

9       A    Right.  Most of the time when a child goes

10  -- gets legal, legal issues, then the Department of

11  Justice, Juvenile Justice, will have specific

12  guidelines that that child must follow.  It could be

13  grades, attendance, behavior.  And what they do,

14  they make checks on the student to make sure that

15  child is following those things they're supposed to

16  do.

17      Q    And does Horizon GNETS provide DJJ with

18  any information in that respect?

19      A    If we're allowed to.  It depends.  We have

20  to get a release from the center to provide that

21  information to them.  Most of them have releases.

22      Q    When you say you have to get a release,

23  you have to get a release from the parent?

24      A    Usually from the parent.

25      Q    This also lists Bench Mark Services.



1        A    That's a new program that serves students

2    with severe emotional problems, and currently it's

3    in Tifton, and it's like a, uh -- it's a program

4    that takes students in for so many days, at so many

5    -- whatever.  And then they work with them and then

6    they, they, you know, release them once they've

7    mastered whatever they are supposed to master.

8    That's a fairly new program.

9        Q    Is that a residential program?

10       A    Sort of like a residential program.  Sort

11   of, yeah.

12       Q    If a student from Horizon GNETS were to

13   participate with Bench Mark Services, would they

14   leave the Horizon GNETS program for some period of

15   time to do that?

16       A    Um, not necessarily.  Sometimes they're in

17   the Bench Mark program and the Bench Mark program

18   will be responsible for bringing them to school and

19   picking them up.

20       Q    Okay.  In that situation, would that GNETS

21   student reside with Bench Mark Services in the

22   evenings, overnight, during that period of time?

23       A    I think so, yes.

24       Q    And then the last one I see here, No. 14,

25   says Child Abuse Counselors?



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              189

1       A    Yes.

2       Q    And how do you collaborate with child

3   abuse counselors?

4       A    We have a lot of children -- well, a

5   population of students that are -- that have been

6   abused, so they have specific counselors that will

7   come to the school and sort of -- will check the

8   child and those kinds of things.

9       Q    These are also external providers?

10      A    Yes.

11      Q    Are students typically connected with

12  these child abuse counselors when they arrive at

13  GNETS or is there -- how does that work?

14      A    Some of them are not there when they

15  arrive.  Some are connected after they come into our

16  program.

17      Q    Is the Horizon GNETS program the one that

18  connects them with these child abuse counselors?

19      A    No.  We have a -- the LEAs has a social

20  worker that works with our program and then we work

21  with the social worker, and the social worker does

22  the connecting with the child abuse counselor

23  person.

24      Q    Okay.

25           THE VIDEOGRAPHER:  The time is 2:46 p.m.



1              We are going off the record.

2              (A recess was taken.)

3              THE VIDEOGRAPHER:  The time is 3:00 p.m.

4              We're back on the record.

5    BY MS. GARDNER:

6         Q    I am going to show you another document

7    that is marked as Plaintiff's Exhibit 723.

8              (WHEREUPON, Plaintiff's Exhibit-723 was

9          marked for identification.)

10   BY MS. GARDNER:

11        Q    This is a document that was produced by

12   the Horizon GNETS program to United States in

13   response to a document subpoena.

14             Do you recognize this document?

15        A    I do.

16        Q    And am I correct that this document

17   outlines many of the same sort of organizations with

18   which Horizon GNETS collaborates, some of which we

19   just looked at in the GNETS grant application?

20        A    Correct.

21        Q    And am I correct that this one includes a

22   couple that did not appear in that last grant

23   application document?

24        A    Yes.

25        Q    So do you remember when we reviewed the



1   services before, we started with Marcus Autism

2   Services?

3        A    Yes.

4        Q    And am I correct that there are four

5   additional sort of outside entities that Horizon

6   GNETS collaborates with that appear in this list

7   ahead of Marcus Autism Services?

8        A    Yes.

9        Q    So I just want to be sure that we cover

10  those four, and that I understand how Horizon GNETS

11  collaborates with those entities.

12            That first one is Legacy Behavioral

13  Health.  Do you see that?

14       A    Yes.

15       Q    What is Legacy Behavioral Health?

16       A    It's an outside service, behavioral health

17  service.

18       Q    And how does Horizon GNETS collaborate

19  with Legacy Behavior Health?

20       A    They serve some of the students that are

21  in the program.  They come to the school.

22       Q    And are those counseling services?

23       A    Yes.

24       Q    Is there anything else that they provide

25  apart from counseling services?



1       A    Mostly counseling.

2       Q    Is Legacy Behavioral Health, as far as you

3   understand it, a Community Service Board?

4       A    I'm not sure.

5       Q    Do you know what Community Service Boards

6   are?

7       A    No.

8       Q    Okay.  But you said that for Legacy

9   Behavioral Health, they come and provide counseling

10  services to students at Horizon GNETS?

11      A    That's correct.

12      Q    Does Horizon GNETS connect those students

13  to Legacy Behavioral Health, or are those students

14  typically already connected to Legacy Behavior

15  Health when they come to the GNETS program?

16      A    They are already connected when they enter

17  the program.

18      Q    Okay.  And then Horizon basically opens

19  its doors and says if you want to come here and meet

20  with students, you're free to do that?

21      A    Yes.

22      Q    The second entity listed here is Choices

23  for Life.  What is that?

24      A    It's the same thing.  It's like the other

25  one.  It's an outside agency that comes in.



1    Students in this program are already connected when

2    they come to us.  So we just open our doors to have

3    them come in and they send their services to our

4    students.

5        Q    Next it says, "Applies Behavior Analysis

6    Therapy."

7        A    Okay.  That's the same thing as ABA.  We

8    talked about that earlier.

9        Q    Okay.

10       A    An ABA therapist.

11       Q    And this is where it says Applied Behavior

12   Analysis Therapy?

13       A    Right.  It's the same thing as an ABA

14   therapist.

15       Q    Okay.  You mentioned before you get ABA

16   therapists who come in from outside to provide the

17   services?

18       A    Correct.  The LEA usually will send

19   somebody in, an ABA therapist in, to specific

20   students to provide those services.

21       Q    Okay.  I think that's it.

22           And you mentioned earlier that Horizon

23   GNETS does not have any psychologists on staff

24   currently, correct?

25       A    That's correct.



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    194

1     Q    Has Horizon GNETS ever had any
2   psychologists on staff during the time you've been
3   director of the program?
4     A    Not during the time I've been director of
5   the program.
6     Q    Okay.  So that would cover since 2010,
7   correct?
8     A    Correct.
9     Q    You mentioned that Horizon GNETS does not
10  currently have any social workers on its staff
11  either, correct?
12    A    Correct.
13    Q    Has Horizon GNETS ever had any social
14  workers on staff during the time you've been
15  director?
16    A    You mean licensed social workers, right?
17    Q    Yes.
18    A    Yes, they have.
19    Q    And when did Horizon GNETS last have a
20  licensed social worker on staff?
21    A    About two years ago.
22    Q    So somewhere around 2020?
23    A    That's correct.
24    Q    Was that licensed social worker funded
25  through the GNETS state grant?



SAMUEL CLEMONS, SR.                           December 15, 2022
UNITED STATES vs STATE OF GEORGIA                          195

1       A    Yes.

2       Q    What is the process for hiring new

3   personnel when you have a vacancy?

4       A    First you post the position on Teach

5   Georgia, and then we use the local platform that

6   the -- the four areas that we have, which is

7   Valdosta, Tift, Colquitt, and Cook and Berrien.

8            Then after we post the position, we get a

9   group of applicants for that specific position.

10  There's an interview team which consists of myself,

11  usually the coordinator at each position, and a

12  teacher from that school, that we interview for.

13      Q    Okay.  And then I take it you conduct some

14  number of interviews for any particular vacancy?

15      A    Yes.

16      Q    What happens after that?

17      A    We conduct interviews, and then have a

18  rating scale that we all use.  And then after we

19  conduct the interviews, we look at the rating scale

20  as far as specific applicants, and we make a choice

21  as far as who we think is best suited for that

22  position.

23           And then from that, I make a

24  recommendation to RESA, which takes it to Board of

25  Control.



SAMUEL CLEMONS, SR.                        December 15, 2022
UNITED STATES vs STATE OF GEORGIA                      196

1      Q    And what happens after it goes to the

2   Board of Control?

3      A    The Board of Control usually approves it,

4   the recommendation, and then we hire.

5      Q    Okay.

6          (WHEREUPON, Plaintiff's Exhibit-724 was

7       marked for identification.)

8   BY MS. GARDNER:

9      Q    I will hand you Plaintiff's Exhibit 724.

10         This is a document that was produced by

11   the Horizon GNETS program in response to the United

12   States subpoena.

13         Do you recognize this document?

14     A    I do.

15     Q    And am I correct this is one of the

16   documents you provided to the United States in

17   response to the document subpoena?

18     A    Yes.

19     Q    And correct that this shows enrollment for

20   the Horizon GNETS program as of October 15, 2021?

21     A    Yes.

22     Q    And this particular chart shows how many

23   students are coming from each of the school

24   districts that Horizon GNETS serves, correct?

25     A    Correct.



1   Q   So it has some of the numbers that we have

2   seen in other documents, like the 116 students

3   served in Horizon GNETS centers, but then it shows

4   how those numbers are broken down across sending

5   school districts?

6   A   Yes.

7   Q   I want to talk a little bit about how

8   students find themselves at Horizon GNETS.

9       Would you describe generally how a student

10  is referred to Horizon GNETS?

11  A   Okay.  What happens is that the local --

12  the LEAs will have a student in their school, or

13  whatever, that's having some, some major concerns,

14  aggressiveness or whatever, anger problems, those

15  kinds of things, and then they will call us and say

16  we have worked with this child and we need you to

17  come out and observe the student.

18      We go out and we observe, and then we send

19  them back a list of suggestions as far as some

20  things that they have not tried, okay.

21      And then after we send that list to --

22  some things they have not tried, we meet with them

23  as a team and say these are some of the things we

24  have observed, why don't you try these things and

25  see if they work.



1          In the meantime, we also encourage them,
2    if they have not done an FBA, you need to do an FBA
3    and a BIP, to pinpoint what these -- the weaknesses
4    and behaviors, when they're happening, the time
5    they're happening, that kind of stuff, and then do a
6    Behavior Intervention Plan from that and work with
7    that.
8          There's a timeline.  We say about 20 days,
9    you know, you do that.  And then we come back again
10   as a team and we look at the behavior, and if
11   there's an improvement in the behavior, has it
12   gotten any worse, those kinds of things.  We sit
13   down and we talk about that.
14         And then we also try to include parents in
15   that conversation, as far as if there's something
16   going on at home that's different or any changes,
17   whatever.
18         And then we'll observe again, and we give
19   a list of things that we have not listed before,
20   that we encourage them to try with fidelity, and
21   those things.
22         And they also have to keep data --
23   documentation.  We come back and look at the data,
24   and if it has not worked after that, then if the
25   child is in special -- it has to be special ed, has



1   to have some severe emotional problems, okay, we

2   will meet with the team, the IEP team, along with

3   the parents, and then the team may share with them

4   that maybe it's a child that maybe needs to go to

5   Horizon because we've done all these things and none

6   of these are working.

7            Okay.  And then from that the placement.

8   The IEP team will make a final decision as far as

9   placement.  Placement can sometimes be half day,

10  whole day.  And then from that, the child comes to

11  our program.

12           Once the child is in our program, we

13  specifically look at the FBA and BIP and we

14  determine those goals that we need to work on from a

15  Behavioral Intervention Plan and determine --

16  develop the IEP as far as those things that we need

17  to work on.

18       Q   Okay.  You mentioned IEP meetings.  So

19  when there is an IEP meeting where GNETS services

20  are being considered, is there someone from Horizon

21  GNETS who would participate in that IEP meeting?

22       A   Yes.

23       Q   And is that consistently true across the

24  board, that you would routinely participate in those

25  meetings?



1        A     It's always.

2        Q     Who from Horizon GNETS participates in

3    those IEP meetings where GNETS services are being

4    considered?

5        A     Sometimes it's the coordinator, sometimes

6    it's the consultant teacher, and sometimes it's

7    maybe the regular school -- regular teacher.

8        Q     The regular GNETS classroom teacher?

9        A     Uh-huh.  And then it might be, we have

10   behavioral specialists that sometimes will attend

11   those meetings.

12       Q     Okay.  Do you ever attend those meetings?

13       A     Yes, sometimes I attend the meetings.

14       Q     Are there particular circumstances in

15   which you attend, things that sort of drive whether

16   you do or don't attend an IEP meeting?

17       A     Usually it's -- sometimes if there's

18   specific issues with parents with a program, and the

19   misconception about our program, then I'll attend

20   the meeting, you know, to share with the parents

21   what we're about.  Come out, have them come out,

22   observe the program, talk to the teachers they want

23   to, that kind of stuff.

24       Q     When you say if there's an issue with the

25   parents and misconceptions about Horizon GNETS, what



 1  kind of misconceptions are you talking about?

 2      A    Sometimes parents think -- you know, sit

 3  with the child in our program, they are there for

 4  the duration, and we share with them, no, it's only

 5  until we can get the behaviors under control.  And

 6  then we reevaluate every semester the behaviors and

 7  we evaluate the IEP and see if the child has made

 8  progress.  So they're not just put there for the

 9  duration.  We do -- our goal is to transition them

10  back as soon as possible.

11      Q    When you say that sometimes parents think

12  that if a child is placed in a program they're there

13  for the duration, you mean for the duration of their

14  educational K-12 grades?

15      A    Not necessarily duration for the K-12 but

16  for a long period of time.  And we try to reassure

17  them that's not the case.

18      Q    And have you encountered multiple parents

19  who have that understanding of how GNETS operates?

20      A    Yes, some.  We have.

21      Q    Do parents ever share with you why they

22  have that perception?

23      A    Yeah.  I have some who will share that.

24      Q    And what have the parents who have shared

25  told you about that?



1        A    Because they talk with another parent that

2   has a child in our program, and that parent may say

3   my child was in there for a specific length of time.

4   But not understanding that there differs -- the

5   children are different, the behaviors are different.

6   Those kind of things.

7        Q    You mentioned earlier that in the referral

8   process that if a school district is -- has a

9   student that needs additional support, that

10  sometimes someone from Horizon GNETS will go out and

11  observe and there may be some feedback given.  I

12  believe you said that then after that feedback is

13  given, someone from Horizon GNETS will come back 20

14  days later.  Is that right?

15       A    Not 20 days later.  Will come back, but we

16  try to give them 20 days to work on the FBA, work on

17  BIP.

18       Q    Okay.

19       A    To make sure that they've actually done it

20  and we come back.  But sporadically they will check

21  like and see how the child is doing and sometimes

22  that will be 10 days.

23       Q    So 20 days is related to the Behavioral

24  Intervention Plan?

25       A    Yes.



1      Q    Is there something magical about 20 days?
2  Like where does that number come from?
3      A    It's just a magical number because we feel
4  like in order to ensure that it's done with
5  fidelity, we say 20 days.  At least we'll get at
6  least 15 days out of that, where they're actually
7  working specifically on those things, the BIP.
8      Q    So that 20 day time period is when you
9  would expect that the Behavior Intervention Plan
10  that's been developed is being implemented --
11      A    Right.
12      Q    -- in the sort of general education
13  environment where the student is?
14      A    Yes.
15      Q    Have there ever been situations where the
16  members of an IEP team where consideration of
17  services at Horizon GNETS is being discussed
18  disagree about whether the student should be placed
19  at Horizon?
20      A    Yes.
21      Q    What happens in those situations?
22      A    Usually, if there's some, some discrepancy
23  as far as whether the child should be placed in
24  Horizon or not placed in Horizon, usually we try to
25  let the child stay in that setting that he's already



SAMUEL CLEMONS, SR.                         December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        204

 1 | in.  We don't put the child in Horizon but we try to
 2 | provide other support to see if a longer period in
 3 | that school setting will work with other additional
 4 | support.
 5 |       Q    Have there ever been situations where
 6 | building level staff or district staff from the
 7 | student's home district believe that a student
 8 | should be placed at Horizon but the Horizon
 9 | representatives don't agree?
10 |            Do the fault lines ever sort of fall, you
11 | know, between the people who are in the home
12 | district and the folks who are at Horizon?
13 |       A    Yes.
14 |       Q    How do you --
15 |       A    I'm sorry.
16 |       Q    You said yes?
17 |       A    Yes.
18 |       Q    Okay.  And how do you -- how does Horizon
19 | GNETS navigate those kinds of disputes on --
20 |       A    Usually what we try to do is try to talk
21 | with the special ed director of the LEA, and share
22 | with him that, look, we don't feel this child is
23 | appropriate for our program.  And we try to put out
24 | some specific things as far as the child is not for
25 | our program.  It could be we feel like the child,



1    from what we're looking at, at the data, we just

2    kind of -- it could be circumstances that happen

3    within the home.  Those kind of things.

4            And usually from that the LEA special

5    education director will get involved and we try to

6    resolve whether the child needs to be there or not.

7        Q    Have there ever been situations where

8    despite your efforts to resolve, there's just been

9    an impasse?

10        A    Say it again now.

11        Q    Have there ever been situations where even

12    though you've tried to resolve differences of

13    opinion, there's just an impasse, where you can't

14    reach agreement?

15        A    Yes.

16        Q    What happens when that happens?

17        A    Usually what happens then is the child, he

18    comes to our program.

19        Q    So there's an impasse and you can't reach

20    agreement, the child comes to Horizon?

21        A    Yes.

22        Q    Okay.

23            (WHEREUPON, Plaintiff's Exhibit-725 was

24        marked for identification.)

25



1   BY MS. GARDNER:

2       Q    I'm going to hand you what is marked as

3   Plaintiff's Exhibit 725.

4            This is a set of documents produced to the

5   United States by the Horizon GNETS program.  The

6   first page reads "Georgia Network for Educational

7   and Therapeutic Support, Confidential Student

8   Information Packet."

9            Do you recognize this document?

10      A    I do.

11      Q    And just take a flip through.

12           Am I correct that this, Plaintiff's

13  Exhibit 725, contains what are multiple sort of

14  discrete documents in one?

15      A    Yes.

16      Q    What are these documents?

17      A    You mean what's in here?

18      Q    Yes.  Generally, what are they?

19      A    Okay, this is a student information packet

20  before a child comes to our program, and we would

21  like to get as much information about the child as

22  possible.  So they -- the school is responsible for

23  filling that out.  There's a checklist.

24           And also in here there is some -- actually

25  some guiding questions as far as to determine



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        207

1  whether the child is appropriate for our program.

2  There's a chart in here, and that chart is to --

3  it's consideration for services, and there's some

4  guiding things as far as whether the child is

5  appropriate for our program, some questions,

6  whatever, and as far as what we serve and how we

7  serve students.

8       Q    Okay.

9       A    And then we have -- actually has a lot of

10  data questions.  On page -- is this Page 7?  No,

11  it's not Page 7.

12           About three pages of guiding questions to

13  ensure that the child is appropriate for our

14  program.  And that's just some directive.

15           And then after they complete that -- the

16  first part of this package, look through those

17  guiding questions to see if the child is appropriate

18  for our program.  And then that last part we have

19  requests for GNETS consultation.  That means we like

20  to go out and just do consultation before the child

21  comes in our program.

22           The consultation part is basically where

23  we go out and observe pretty much and see if the

24  child is appropriate for our program.

25       Q    Okay.  Thank you for that overview.



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              208

```
 1              So I want to talk a little bit about each
 2    of the documents that are in here.
 3              You said the first document is the
 4    Confidential Student Information Packet, correct?
 5        A    That's correct.
 6        Q    And I believe you said that this is
 7    something that the school fills out.  When you say
 8    the school fills out this document, you're talking
 9    about whatever sending school district is referring
10    a student for GNETS services?
11        A    Yes.  It's the home school.
12        Q    Okay.  Did you create this Confidential
13    Student Information Packet?
14        A    I did not.
15        Q    Who created this document?
16        A    It came from DOE.
17        Q    The Georgia Department of Education?
18        A    Yes.
19        Q    How did you come into the possession of
20    this document?
21        A    This is a document that -- I think Vickie
22    Cleveland and others may have -- with some of the
23    GNETS directors, got together and sort of created a
24    document because we were all having some of the same
25    issues.
```



1        Q     When you say you were all having some of

2     the same issues, what kind of issues were you

3     having?

4        A     As far as the intake issues, as far as

5     what students are appropriate, what students are not

6     appropriate.

7        Q     When you were saying you were having

8     intake issues, were there questions or concerns

9     about how to know which students were appropriate

10    and which students were not?

11       A     Yes.

12       Q     And were GNETS directors unclear about

13    that in some way?

14       A     Yes.

15       Q     And how in particular were GNETS directors

16    not clear?

17       A     Well, we were unclear as far as students

18    that we thought were appropriate for our program,

19    and then we had -- then the LEAs weren't clear also,

20    because they were saying students we thought that

21    were not appropriate.  So we decided to come up with

22    an instrument that everyone could look at, with the

23    guiding questions, those kinds of things.  It would

24    be clear as far as the child is appropriate for our

25    program.



1    Q    So some of the documents in this packet,

2  part of the point of them was to help provide

3  clarity so that GNETS directors and LEAs understood

4  which students were appropriate for the GNETS

5  program and which students were not appropriate for

6  the GNETS program?

7    A    Correct.

8    Q    This Confidential Student Information

9  Packet on the very first page says:  "Please review

10  the guiding questions for consideration of GNETS

11  services, as well as the GNETS services flow chart

12  to assist in appropriate educational planning for

13  the student."

14         Do you see that?

15    A    I do.

16    Q    And those are two documents that are

17  included in this exhibit and appear later, correct?

18    A    That's correct.

19    Q    So I want to move to the GNETS

20  Consideration for Services Flow Chart.

21         Do you see that?

22    A    I do.

23    Q    This is the flow chart that the

24  Confidential Student Information Packet is referring

25  to?



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              211

1          A    Yes.

2          Q    This is one of the documents that you said

3    you also received from the Georgia Department of

4    Education?

5          A    Yes.

6          Q    And in the very top box in this flow chart

7    it says:  "A student currently being served in SPED

8    has behavior problems at their school and it is

9    believed GNETS may be an option.  (GNETS services

10   are only for students served in SPED)."

11              Do you see that?

12         A    I do.

13         Q    Who determined that GNETS services are

14   only for students served in SPED?

15         A    I'm not sure.

16         Q    But that's a rule?

17         A    I'm not sure.

18         Q    Well, that's what this flow chart says,

19   correct?

20         A    That's what the flow chart says, yes.

21         Q    And this flow chart is what you follow to

22   make determinations about whether a student is

23   appropriate for GNETS or not?

24         A    Yes.

25         Q    Moving next to the Guiding Questions for



1   Consideration of GNETS Services, are you familiar

2   with that document?

3        A    Yes.

4        Q    And who created this?

5        A    This -- again, this was created through

6   DOE, as far as a guide for us and for the LEAs.

7        Q    And this is part of that sort of group of

8   documents that you said was to help provide clarity

9   about which students are appropriate and which are

10  not for GNETS services?

11       A    Yes.

12       Q    How does Horizon GNETS use this document?

13       A    At the beginning of the school year,

14  usually what we do, we have a -- we meet with all

15  the LEAs, the special ed directors, and we share

16  this with them as far as our services, and we have

17  like a planning meeting at the end of each school

18  year, and we share with them our services, what

19  students we served and we share this with them.  As

20  far as if they have a child they feel is appropriate

21  for our program, then these are some of the things

22  they need to look at.

23           We do that with the special ed directors

24  because we try to make the special ed directors the

25  -- make sure they're aware of any child that comes

1   in our program.

2        Q    And does Horizon GNETS itself use these

3   guiding questions if you're considering whether a

4   student should come to your program?  Like do you

5   walk through this to figure out whether the student,

6   you know, can check all of these guiding questions

7   off?

8        A    We do.  But we get this from them.  This

9   is sent to them, and then it comes back to us, and

10  then we look at what they have on here.

11       Q    Okay.  So this guiding questions document

12  comes back to Horizon GNETS from the sending school

13  district with these questions answered?

14       A    Right.

15       Q    So you could see if they're saying yes or

16  no to a particular question?

17       A    Correct.

18       Q    Then turning to the Requests for

19  Consultation Packet, who created this?

20       A    Again, it's DOE.

21       Q    And how does Horizon GNETS use this

22  document?

23       A    Okay.  We have the first part, student

24  information packet with guiding questions.

25            Then usually what happened this year --



1  after you look at the guiding questions and

2  consideration for services, then we -- if you think

3  you need to request services from us, consultation

4  first, and this is the package you use for

5  consultation as far as us coming out, looking at the

6  child, observing, and from there.

7      Q    Okay.  And this has a section where a

8  system would indicate what specific consultative

9  services they want Horizon GNETS to provide?

10     A    Right.

11     Q    Okay.  Does Horizon GNETS keep records of

12 what students are referred to its GNETS program and

13 then what the outcome of those referrals?

14     A    We do.

15     Q    And how does it keep those records?

16     A    We have what we call a data management

17 tool, and on that sheet it has all the students that

18 we have taken in our program, the ones that we visit

19 and we been out to talk with them and that were not

20 appropriate for our program, are all on that sheet.

21     Q    So you have a data management tool where

22 you record students that you have accepted into the

23 Horizon GNETS program?

24     A    Uh-hum.  (Affirmative.)

25     Q    And then also students that you have



1    visited to observe but have determined are not

2    appropriate for Horizon GNETS?

3         A    That's correct.

4         Q    And where is that data maintained?

5         A    Okay.  That's -- we keep that -- that's

6    what we call data management tool.  At the end of

7    the school year, they have a monthly report that

8    each one of the programs have to turn in every

9    month, and it's recorded on that monthly sheet and

10   it's recorded on the data management tool at the end

11   of the year.  So we get that.

12        Q    Do you keep those yearly data management

13   tools like filed somewhere?

14        A    Yes.

15        Q    And who maintains that?

16        A    The regional office, my office.

17        Q    How does Horizon GNETS determine when a

18   student is prepared to return to their home school

19   system?

20        A    It's determined by the IEP goals and

21   objectives, the behavior IEP goals and objectives.

22   Once that child has maintained the criteria mastered

23   on that IEP, then we pretty much will call an IEP

24   meeting, the consultant will.  We sit down and we

25   say this child has met his goals and he's ready to



1  return back to his regular environment.

2          (WHEREUPON, Plaintiff's Exhibit-726 was

3      marked for identification.)

4  BY MS. GARDNER:

5      Q    I'm going to show you an exhibit marked

6  plaintiff's Exhibit 726.

7          This is an email thread between you and

8  Nakeba Rahming from August of 2017.  The subject is

9  "Re: Questions."

10          And the document is Bates-stamped

11  GA00791553.

12          Do recognize this?

13      A    I do.

14      Q    And in the first email in this thread,

15  which you send to Nakeba Rahming on August 3rd,

16  2017, you say:  "I will be meeting soon with my

17  systems special education directors and wanted to

18  give them an update on GNETS status.  What is the

19  latest on the law suit?  I also wanted to share with

20  them that we are no longer doing exit criteria.

21  Students will exit our program using the IEP goals

22  and objectives progress.  Is that correct?"

23          Do you see that?

24      A    I do.

25      Q    I take it from your email that at some



1  point you were doing exit criteria; is that right?

2      A    That's correct.

3      Q    And when was that?

4      A    Oh.  That's been years ago.  I think --

5  the new thing started maybe like four -- the IEP

6  goals and objectives started maybe about four or

7  five years ago.  I'm not sure when it started.

8          Before that we did exit criteria, which is

9  at every meeting you had to have exit criteria on

10  the IEP.  And that went away, where you're doing it

11  now through the goals and objectives on the IEP.

12      Q    And when you say before you had to have

13  exit criteria on the IEP, what were those exit

14  criteria?

15      A    It depends on the child.  The IEP team

16  would sit down, sit around and decide this child is

17  ready to come back, what needs to happen.  I mean

18  what are the things he needs to master, that kind of

19  stuff.

20      Q    What led to the change of no longer doing

21  exit criteria?

22      A    There was conflict with exit criteria and

23  IEP goals and objectives.

24      Q    And what do you mean that there was

25  conflict between those two?



1      A    The exit criteria may be something that's

2   not really one of the IEP goals before, okay.  And

3   there was a conflict whether the child has mastered

4   -- may have mastered the exit criteria but may not

5   have mastered some of the things listed on the IEP

6   goals and objectives.

7           So that went away because it felt like we

8   just needed the IEP goals.  That's what we're

9   looking at as far as looking as the child's progress

10  and sending the child back to the regular school

11  setting.

12     Q    Are you familiar with the State GNETS

13  rule?

14     A    Most of them, yes.

15     Q    And what is the State GNETS rule?

16     A    They're several GNETS rules.  One of them

17  is talk -- there's some rules to the LEAs as far as

18  what their responsibility is.  There's some state --

19  GNETS rules to the fiscal agent as far as what their

20  responsibility is, and there's some rules as far as

21  what the Horizon staff and what their responsibility

22  is for GNETS students.

23     Q    Are you aware that the State GNETS rule

24  was revised in 2017?

25     A    Yes.



1    Q    Did the revision of that state GNETS rule

2  have anything to do with this change from doing exit

3  criteria to IEP goals and objectives?

4    A    I'm not sure but I think so.

5    Q    So in this email you're reaching out to

6  Ms. Rahming to confirm your understanding that the

7  GNETS -- the regional GNETS programs are no longer

8  doing exit criteria, correct?

9    A    That's correct.

10    Q    And she responds to your email and says:

11  "Yes, the exit criteria no longer exists and the IEP

12  goals will be monitored for exit."  Correct?

13    A    That's correct.

14    Q    She goes on to say:  "I am not sure if

15  Zelphine shared this with them.  We are working on a

16  rule guidance document that will explain all of

17  this."

18        Do you see that?

19    A    I do.

20    Q    Who is Zelphine?

21    A    She was the special ed -- she was the

22  state special ed director.

23    Q    Is that Zelphine Smith-Dixon?

24    A    Yes, that's right.

25    Q    Okay.  This mention of a rule of guidance



1  document that will explain all of this, did you ever

2  receive or become aware of such a guidance document?

3       A    I think when the new one came out is when

4  we had got it, the new rule guidance document.

5       Q    So it's your understanding that you did

6  get a guidance document after the new State GNETS

7  rule came out?

8       A    Yes.

9       Q    Was there a name for that guidance

10  document?

11       A    Was there a name?

12       Q    Uh-hum.  (Affirmative.)

13       A    I can't remember if there was.

14       Q    But you got some sort of guidance

15  document?

16       A    Yes, we did.

17       Q    Do you still have that guidance document?

18       A    It's on the website, I think.

19       Q    Did you ever reach out to the State

20  Department of Education with questions about

21  students that school systems may want to refer to

22  Horizon GNETS?

23       A    I'm not sure if I understand the question.

24       Q    I'm wondering if you ever reached out to

25  the State Department of Education for guidance about



1  particular situations that may come up where a

2  school system may want to refer a student to Horizon

3  GNETS and you have questions about it?

4       A    Yes, I've reached out before.

5       Q    What kinds of questions have you reached

6  out with?

7       A    I reached out to Vickie I think a couple

8  of times and said, look, I got this child that

9  blase, blase, blase.  We don't think this child is

10  appropriate, for guidance.

11      Q    And when you reach out, do you typically

12  receive the guidance that you're looking for?

13      A    Yes.

14      Q    Do you ever reach out to anyone at the

15  State Department of Education other than Ms.

16  Cleveland?

17      A    Um, I think I've reached out to Zelphine

18  before, I think.  I'm not quite sure.

19           (Whereupon, Plaintiff's Exhibit 727 was

20      marked for identification.)

21  BY MS. GARDNER:

22      Q    I'll hand to you what is marked as

23  Plaintiff's Exhibit 727.

24           This is an email from Nakeba Rahming to

25  you dated September 19, 2016, with the subject "Re:



```
 1   Referral."
 2            The document is Bates-stamped GA00226017.
 3            Do you recognize this?
 4       A    Yes.
 5       Q    And Ms. Rahming sends an email to you but
 6   her email is in response to an earlier email that
 7   you sent to her on the same day.  Correct?
 8       A    That's correct.
 9       Q    And in your email you say:  "I have been
10   contacted by a charter school concerning a referral.
11   How does that work?  Do we take students from
12   charter schools?"
13            Correct?
14       A    That's correct.
15       Q    And what was Ms. Rahming's response to
16   your question?
17       A    She said yes.
18       Q    And in addition to saying yes, she also
19   indicated what process you would follow for handling
20   a referral like that?
21       A    Yes.
22            (Whereupon, Plaintiff's Exhibit-728 was
23       marked for identification.)
24   BY MS. GARDNER:
25       Q    I'm showing you what is marked as
```



1    Plaintiff's Exhibit 728.

2          This is an email thread between you and

3    Nakeba Rahming from March of 2017.  The subject is

4    "Re: Question."

5          This document is Bates-stamped GA00784317.

6          Do you recognize this document?

7    A    Vaguely.

8    Q    I want to start with the very first email

9    in time, which appears at the bottom of the first

10   page.

11         Am I correct you send an email to Nakeba

12   Rahming on March 3rd, 2017, and you say:  "I gave a

13   system that want students to attend for several

14   weeks (2 or 3) before transitioning them back even

15   after meet goal and criteria."

16         Do you see that?

17   A    Yes.

18   Q    And there's some back and forth between

19   you and Ms. Rahming, and you send that question

20   again to her a little bit later that same day.

21   Correct?

22   A    Correct.  It should have been I have a

23   system.  That was a typo.

24   Q    Okay.  So your revised question says:  "I

25   have a system that wants students to come back on a



1  trial basis for two weeks before they are staffed

2  back.  These are students that have met the

3  established exit criteria and mastered behavioral

4  goals."  Correct?

5       A    That's correct.

6       Q    I want to kind of paraphrase and make sure

7  I understand what was happening and what you were

8  concerned about.

9            So were you reaching out to Ms. Rahming

10  about a system that had sent students to Horizon

11  GNETS for services, those students had met the

12  established exit criteria and mastered the

13  behavioral goals that they were supposed to master,

14  but the sending school system wanted those students

15  to only be able to come back on a trial basis for

16  two weeks to see if they could actually come back

17  for real?  Is that correct?

18       A    That's correct.

19       Q    And so why were you reaching out to Ms.

20  Rahming about this?

21       A    I was trying to get some guidance.

22       Q    And what kind of guidance were you trying

23  to get?

24       A    Well, I was trying to clarify if they

25  could actually do that.  It's my understanding is



1  that when they're ready to go back, they go back.

2  So I was trying to clarify and get some guidance if,

3  if this was something that we did, because I had

4  never done it before.

5      Q    And Did Ms. Rahming give you guidance

6  about that?

7      A    I guess so.  Yeah, she did.

8      Q    And what was her guidance?

9      A    She said there shouldn't be a trial

10  period.

11      Q    There should?

12      A    There should not.

13      Q    Should not?

14      A    She said they should return to the team

15  without a trial period.

16      Q    And specifically her email says if the

17  student met his or her goal, the IEP team should

18  recommend that the student return to the less

19  restrictive team without a trial period, correct?

20      A    That's correct.  Correct.

21      Q    Once a student arrives at Horizon GNETS,

22  are they given any assessment to determine where

23  they are, either behaviorally or academically?

24      A    Yes.  We have a program called i-Ready,

25  Reading and Math, which makes assessments for that.



1           We have Lexile, another computerized

2    program that we do, to get some academic data.  And

3    we do -- we do work samples to get some academic

4    data.  We do several things to get -- to try to

5    figure out where they're at academically.

6           Q    I want to go back and talk about some of

7    those things, but I also want to make sure we get

8    the other part of that question, which is are there

9    any assessments given to students when they arrive

10   at Horizon GNETS to determine where they are

11   behaviorally?

12          A    Usually we'll look at the FBA.  We'll look

13   at the BIP first, as far as that -- and look at

14   those goals on the BIP, the things that the school

15   that's sending the child to us, and we try to

16   document those things, and we try to collect data

17   with those things that the school system has said

18   that is causing the child not to be successful in

19   the regular school setting.

20          Those are the things -- and those things

21   usually are listed on the IEP, and those are the

22   things that we use to return the student back to

23   their -- to the regular program.

24          Q    You mentioned an assessment earlier called

25   the BASC.  You remember that?



1        A    Uh-hum.  (Affirmative.)

2        Q    Do you use the BASC at all to assess where

3   students are behaviorally?

4        A    We do.

5        Q    Are you familiar with the SDQ?

6        A    Yes, we use that, too.

7        Q    And what is the SDQ?

8        A    It's, it's a -- it's a -- actually, it's

9   an instrument that we use with most of the lower

10  functioning students.  Sort of like -- not a

11  checklist, but it gives you information as far as

12  where students are.

13       Q    Going back to the initial assessments that

14  you mentioned, you mentioned i-Ready, and you

15  said -- you told me that is math and reading?

16       A    Yes, math and reading.

17       Q    And do all students in all grade levels

18  use i-Ready?

19       A    No.  Usually the -- and I say life skills

20  students.  We use TeachTown with them a lot as far

21  as academics, and then we have some other programs

22  they use.

23       Q    Is there a class associated with i-Ready?

24       A    Is there what now?

25       Q    A class associated with i-Ready?



1      A    Yes, there is.

2      Q    Who pays for that?

3      A    It's taken out of our grant.  We pay for

4   it out of our -- I guess out of our funds pretty

5   much.

6      Q    When you say it's taken out of it, who

7   takes it out of it?

8      A    Usually when we get our -- receive our

9   grant funds, that part is already -- part of that is

10  designated for the i-Ready program.

11     Q    Okay.  And so is the use of i-Ready

12  mandatory?

13     A    Pretty much, yes.

14     Q    Is there some minimum or required amount

15  of time per week that students are supposed to use

16  i-Ready?

17     A    Yes, there is.

18     Q    What is that minimum?

19     A    I think it's 30 minutes per day.

20     Q    Where does that come from?

21     A    Say what now?

22     Q    Where does the minimum come from?

23     A    That's from the data from the program

24  management, whoever did the program.  If you use it

25  so many minutes per day, it shows an increase in



1  skills and math and in reading.  And that's from the

2  research of the program, program management.

3       Q    And is i-Ready used across all of the

4  Horizon GNETS sites?

5       A    Yes, it is.

6       Q    And then you mentioned Lexile, right?

7       A    Lexile Reading.  That's a program that

8  some of the LEAs will provide for us, and that's a

9  reading program.

10      Q    And is that used at every Horizon GNETS

11  site --

12      A    No.

13      Q    -- or only a subset?

14      A    No.  Just a subset.  They use it at the

15  Valdosta site and I think they use it at the Tift

16  site.  That's a program that the LEA will provide

17  for the program.

18      Q    Is there a cost associated with the BASC?

19      A    Yes, there's a cost.

20      Q    Who pays for that?

21      A    We do.  I keep saying "we."  It comes out

22  of our funds, federal and state funds.

23      Q    Has Horizon GNETS always paid for its

24  BASC?

25      A    Yes.



1      Q    And what about the SDQ?

2      A    Yes.

3      Q    There's a class associated with that?

4      A    Yes.

5      Q    And who pays for that?

6      A    It comes out of our federal and state

7   funds.

8           (Whereupon, Plaintiff's Exhibit-729 was

9       marked for identification.)

10   BY MS. GARDNER:

11      Q    I'm going to hand you what is marked as

12   Plaintiff's Exhibit 729.

13           This is an email from Vickie Cleveland to

14   you, dated August 24, 2020.  The subject is "Re:

15   GNETS Calendar."

16           The document is Bates-stamped GA00361784.

17           Do you recognize this?

18      A    I do.

19      Q    And correct that Ms. Cleveland sends an

20   email to you in response to a question that you

21   posed that you sent to her and Lakesha Stevenson?

22           Is that right?

23      A    That's correct.

24      Q    And your question that you send says:  "Do

25   we have a GNETS Calendar for this year to help meet



1  deadlines for things that are due such as:  Iready
2  diagnosis, SDQ, and etc."
3         Do you see that?
4     A    Yes.
5     Q    And then Ms. Cleveland responds and says,
6  "We are working on that.  Will get it out asap.
7  Have a great day"?
8     A    Yes.
9     Q    What is the GNETS calendar that you're
10 referring to?
11    A    From Ms. Cleveland and Lakesha, who are
12 over the GNETS programs, all the GNETS, we have a
13 calendar that we all have and on that calendar it
14 has all deadlines for all of us, that we're supposed
15 to have completed certain things as far as i-Ready
16 diagnostics, and SDQs, and BASC, and that kind of
17 stuff.
18        So what I was asking for where is the
19 calendar so we can meet the deadlines as far as make
20 sure you get that information in and complete it by
21 deadline.
22    Q    Okay.  And so do you receive a calendar
23 like that generally every year that tells you what
24 the new dates and deadlines are for the various
25 things?



1     A    We have not gotten a calendar the past

2  year, but before that we got a calendar every year,

3  as far as when we're supposed to meet deadlines.

4     Q    Okay.  And when you say you haven't gotten

5  one the last year, do you mean this current 2022-23

6  school year?

7     A    Yes.

8     Q    Did you get one in the 2021-22 school

9  year?

10    A    Yes.

11    Q    So for this current 2022-23 school year,

12 how are you determining, you know, what deadlines

13 you need to meet?

14    A    I'm using the old calendar.

15    Q    And just so I'm clear about the kinds of

16 deadlines that appeared in the calendar, you

17 mentioned the i-Ready diagnosis?

18    A    Uh-hum.  (Affirmative.)

19    Q    So is there some period of time during the

20 year where regional GNETS programs are expected to

21 administer like an i-Ready diagnostic?

22    A    Yes.  We're supposed to have a diagnostic

23 on all of our students in -- I mean by a certain

24 period of time, before we actually start putting on

25 the i-Ready program.



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              233

1      Q    Okay.

2      A    And then we get monthly reports as far as

3    where our students are at.

4      Q    Do those monthly reports contain target

5    goals that your regional programs are supposed to

6    try to hit?

7      A    Yes.

8      Q    And who sets those target goals?

9      A    That was set through, I guess, DOE.

10     Q    And in terms of the target goals, do those

11   goals include a target number of minutes per week

12   that students are using i-Ready?

13     A    It does.

14     Q    Does it include a target sort of

15   percentage mastery that students are having over the

16   material?

17     A    It does.

18     Q    You say in your email -- you also list the

19   SDQ.  Do you see that?

20     A    Yes.

21     Q    Is there some sort of deadline that

22   regional GNETS programs are supposed to meet for

23   administering the SDQ?

24     A    Yes.

25     Q    Is there a particular number of times that



1    the SDQ has to be administered each year?

2         A    There was -- there were.  At first there

3    were a number of times that you're supposed to do

4    it.

5         Q    When you say "at first," has that changed?

6         A    Yes.

7         Q    And so how many times were you supposed to

8    do it at first?

9         A    It was three times, I think.

10        Q    Three times a year?

11        A    Uh-huh.  (Affirmative.)

12        Q    And how many times is it now?

13        A    I'm not sure but I think it's one.  I'm

14   not sure about that.

15        Q    Okay.  Does the GNETS calendar contain any

16   deadlines for administering the BASC?

17        A    Yes.

18        Q    Anything else that appeared on that

19   calendar in terms of a deadline?

20        A    Yeah, there is some other stuff that I

21   can't remember now, but it was a monthly calendar

22   and it gave us guidance as far as when we're

23   supposed to do assessments, different assessments,

24   when they should be complete, when they should be

25   completed, but I can't remember the rest of the



1   things.  But it was, it was a guide for us.

2        Q    Did the calendar also include information

3   on the deadlines for completing the GNETS strategic

4   plan and self-assessment?

5        A    Hum.  I can't remember if the strategic

6   plan is on there or not.

7        Q    Okay.

8            (Whereupon, Plaintiff's Exhibit-730 was

9        marked for identification.)

10  BY MS. GARDNER:

11       Q    I'm going to show you what is marked

12  Plaintiff's Exhibit 730.

13            This is an email from you to Vickie

14  Cleveland, dated May 14, 2019.  The subject is "Re:

15  ABA pro."

16            And this document is Bates-stamped

17  GA00345579.

18            Do you recognize this?

19       A    Vaguely.

20       Q    And you send Ms. Cleveland an email on May

21  14, 2019 that says "Horizon Academy," and then it

22  has the No. 3 next to it, correct?

23       A    Right.

24       Q    And am I correct that Ms. Cleveland had

25  earlier sent an email that you received in which she



1    said:  "See the attached spreadsheet that lists ABA

2    licenses that are needed for FY20.  I am preparing

3    the June board items and need this info by

4    Wednesday, May 15th.  If you are not requesting

5    licenses for the 2019-20 school year, please let us

6    know asap."

7            Do you see that?

8    A    Yes.

9    Q    What are ABA licenses?

10    A    ABA license?

11    Q    Uh-hum.

12    A    I'm not sure if I understand the nature of

13    this email, but I know that we had staff members

14    that were trained in ABA and got licensed for ABA

15    when it first came out.  And at that time I think I

16    had three.  I had one at the Valdosta site, one at

17    the Lowndes site, and one somewhere else.  I can't

18    remember.  That went through the program to get ABA

19    license.

20    Q    Did the Georgia Department of Education

21    cover the cost in some way for that ABA training or

22    those licenses?

23    A    If I remember correctly, they did.

24    Q    Where Ms. Cleveland says, "I am preparing

25    the June board items," do you see that?



1      A    I see that.

2      Q    Did you understand this to refer to items,

3  the Georgia State Board of Education?

4      A    Yes.

5           (Whereupon, Plaintiff's Exhibit-731 was

6      marked for identification.)

7  BY MS. GARDNER:

8      Q    I'm going to hand you what is marked as

9  Plaintiff's Exhibit 731.

10          This is an email from you to Lakesha

11 Stevenson, dated October 30, 2020.  The subject is

12 "Re: TA meeting."

13          And this document is Bates-stamped

14 GA00962362.

15          And do you recognize this?

16     A    Vaguely.

17     Q    Am I correct that on October 30th, 2020

18 Lakesha Stevenson -- sorry.

19          Let's look at the very earliest email on

20 this thread, which you sent on October 30th to

21 Lakesha Stevenson, the very bottom.  Starts on the

22 bottom of the first page and continues on to the

23 second page.

24          Do you see where you email Ms. Stevenson

25 and say:  "What is expected of us for the TA meeting



1  with our system?  What questions?"

2        A    I see where -- maybe I missed something.

3  Maybe I missed something.  What is expected of us?

4        Q    Yes.

5        A    Yes.

6        Q    So you reached out to Ms. Stevenson to ask

7  about what would be expected of you for a TA

8  meeting?  Is that right?

9        A    Yes.

10       Q    What is the TA meeting with, with the

11  system?

12       A    I cannot remember.

13       Q    Okay.  Ms. Stevenson responds to you and

14  says:  "We will just discuss your GNETS data per LEA

15  and discuss LEA and GNETS duties and

16  responsibilities at the regional meeting.  The only

17  thing we sent out for directors to start working on

18  is the file review using the student checklist."

19            Do you see that?

20       A    I do.

21       Q    And then you respond to Ms. Stevenson and

22  ask:  "When is the student checklist due?"  Correct?

23       A    Yes.

24       Q    This file review that Ms. Stevenson refers

25  to using the student checklist, what is that?



1    A    I can't remember.

2    Q    Was that something that required work on

3    the part of Horizon GNETS?

4    A    I don't remember.

5    Q    You reached out and asked:  "When is the

6    student checklist due?"

7         Is it your understanding that there was

8    some deadline that Ms. Stevenson or someone at the

9    Georgia Department of Education had set for the

10   student checklist?

11   A    When I say that I'm sure there was a

12   deadline, but I can't remember what the student

13   checklist was.

14   Q    What is Horizon GNETS' operating budget

15   this year?

16   A    Say it again now.

17   Q    What is Horizon GNETS' operating budget

18   this year?

19   A    You mean how much?

20   Q    How much?

21   A    I don't have the exact number.  But we

22   have state and federal funds, and I think my budget

23   was 3 million and maybe a hundred and some thousand

24   dollars, I think, 31,000 dollars, I think.

25         That's with the state funds and federal



1    funds.

2         Q    Okay.  And is it correct that the lion's

3    share of that $3 million is state funds?

4         A    Yes.  And 26 -- 2.6 million I'm sure is

5    state funds.

6         Q    And that budget, that applies for the

7    2022-23 school year?

8         A    Uh-hum.  I think so.

9         Q    We started to talk a little about this

10   earlier but what is the process by which you request

11   those funds?

12        A    Um, salaries automatically come out, okay.

13   Because I get with the HR person at RESA and we look

14   at everybody's salaries.  We look at all the

15   benefits, that kind of stuff.  And that comes out

16   automatically from the top.

17             And then after that comes out, then

18   whatever is left is for supplies and materials.  And

19   then for supplies and materials, after they're

20   requisitioned to the HR department, as far as other

21   things that I need for supplies and materials, or

22   maybe programs, a computerized program that I want

23   to do.

24        Q    So this roughly $3 million that you

25   indicated as your current budget, that includes



1  | salaries?

2  |      A    Yes.

3  |      Q    And so you've kind of given me a picture

4  | of what happens at the RESA with your fiscal agent,

5  | but I guess pulling back and talking a little bit

6  | more broadly, what is the process by which you

7  | request those funds from the State?

8  |           I know we've talked a little bit about the

9  | Horizon GNETS grant application.  How does that work

10 | in terms of your submitting a grant application and

11 | then eventually receiving some budget number that

12 | comes out of that?

13 |      A    The grant application comes out usually in

14 | June, July.  It has to be completed.  Then once the

15 | grant application is completed, then the funds are

16 | sent out, I assume.

17 |           I put in a report.  I have to do it, but

18 | the grant application has to be completed first, and

19 | that's usually in June.  We start working on that in

20 | June, and the first part of July, and then those

21 | funds are dropped down to the, to the -- I mean to

22 | the -- put in the pool as far as the funds that we

23 | will receive according to your number of students

24 | pretty much.

25 |      Q    And so it's your understanding that how



1   much you receive in funds is driven by how many

2   students are served in your GNETS program?

3        A    Yes, that's my understanding.

4        Q    Okay.  Is there some sort of a formula

5   that's used to calculate that?

6        A    There is but I've never understood it.

7        Q    Have you seen midterm preliminary

8   allocation?

9        A    Yes.  Uh-huh.

10       Q    What do you understand the preliminary

11   allocation to be?

12       A    This is not confirmed.  That's just what

13   -- that's just maybe what you may be getting, but

14   it's not a confirmed budget yet.

15       Q    Do you receive notice at some point in the

16   year of Horizon GNETS' preliminary allocation?

17       A    Yeah.  Usually we receive that maybe May,

18   what your preliminary allocation may be.  And then

19   we have to go through the processes in the grant,

20   yes.

21       Q    So you receive your preliminary allocation

22   before you submit your grant application?

23       A    Usually, yes.

24       Q    And at some point after submitting the

25   grant application, you receive a final allocation?



1    A    That's correct.

2    Q    And did you say you received that final

3    allocation through the portal?

4    A    Yes.

5        (Whereupon, Plaintiff's Exhibit-732 was

6        marked for identification.)

7    BY MS. GARDNER:

8    Q    732?

9    A    732.

10    Q    I'm ready to show you what is marked as

11    Plaintiff's Exhibit 732.

12        This is an email that you sent to Zelphine

13    Smith-Dixon on August 31st, 2020, and the subject is

14    "Re: August 31 Email Blast."

15        This document is Bates-stamped GA00916243.

16        Do you recognize this?

17    A    Yes.

18    Q    And I believe Zelphine Smith-Dixon's name

19    came up earlier and you said that she was the State

20    director of special education?

21    A    Yes, she was.

22    Q    At the Georgia Department of Education?

23    A    That's correct.

24    Q    And you reach out to her, and in your

25    email you say:  "Hi, my name is Samuel Clemons,



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        244

1    director of Horizon Academy GNETS.  I am concerned
2    that GNETS are not included in any extra funding.
3    Our budgets were cut drastically.  What other
4    funding can we apply for?  Some systems are helping
5    but we are still struggling.  I have had to RIF some
6    staff but still expected to serve students."
7           Do you see that?
8        A    I do.
9        Q    Why were you concerned that GNETS was not
10   included in any extra finding?
11       A    Because when I received my budget, it was,
12   it was drastically cut, and I had to -- I think I
13   had the same number of students but with that budget
14   I was going to have to RIF some staff members.
15       Q    When you say you were going to have to RIF
16   some staff members, what does it mean to RIF staff
17   members?
18       A    Downsize, release.  I won't say fire, but
19   just sort of let some staff members go.
20       Q    You were going to have to lay off staff?
21       A    Yes.
22       Q    And does RIF stand for reduction in force?
23       A    Pretty much that's what it is, yes.
24       Q    And I note that your email is responding
25   to something that Ms. Smith-Dixon sent out, that



1   there is kind of a highlight that appears to be some

2   sort of news, notice that the Georgia Department of

3   Education is allocating $6 million to assist with

4   special education services.  Correct?

5        A    Yes.

6        Q    And when you said that you were concerned

7   that GNETS were not included in any extra funding,

8   is this extra funding, the $6 million, that you were

9   talking about?

10       A    No, that was not the money I was talking

11  about.

12       Q    Okay.  What funding were you talking

13  about?

14       A    Um, I think I was talking -- I was

15  grasping for straws.  Any extra funding, anywhere.

16       Q    You were just feeling like your budget was

17  cut and you didn't have enough?

18       A    Right, I didn't have enough.

19       Q    You say in your email:  "Some systems are

20  helping but we are still struggling."  Correct?

21       A    Right.

22       Q    How was Horizon GNETS struggling as a

23  result of the budget cut you referenced?

24       A    We were struggling with staff and we had

25  to -- and being able to pay staff, having the same



SAMUEL CLEMONS, SR.                              December 15, 2022
UNITED STATES vs STATE OF GEORGIA                            246

1   number of students.  Some systems were supporting

2   the GNETS program by taking care of staff members.

3   I mean paying for certain staff members.

4        Q    When you say some systems were supporting,

5   you mean the LEA was actually furnishing some staff?

6        A    Right, yes.

7        Q    The LEAs that Horizon GNETS serves do not

8   do that, correct?

9        A    Well, no.  They did at the end.

10       Q    They did?

11       A    Yeah, they did.

12       Q    And when was that that they did that?

13       A    Well, after this, I guess, sporadically,

14   you know, saying we're going to have to lay off

15   staff and because of laying off staff, our numbers

16   were up, and we don't have to look at students, as

17   far as returning students.  And that got their

18   attention, and they supported us by paying for some

19   teachers and some support staff.

20       Q    Okay.  And that was in the fall of 2020?

21       A    I think.  That was in COVID, wasn't it?  I

22   can't remember.

23       Q    Yes.

24       A    I think, yeah.  I think, yeah.  But that

25   was at the beginning I think of COVID, wasn't it?  I

1    think that was at the beginning of COVID.

2           I can't remember.

3       Q    Okay.  But it's your recollection that

4    when you shared with LEAs that your budget crunch

5    was such that Horizon GNETS might have to start

6    sending students back to their home school

7    districts, that various LEAs stepped up to help

8    provide staff?

9       A    Yeah.  Pretty much just that we need some

10   help, and various LEA's started supporting -- I mean

11   gave some great support.

12      Q    And I believe you said currently when we

13   looked at your FY22 grant application, there are no

14   LEAs that are providing teachers currently, though,

15   correct?

16      A    That's correct.

17      Q    So how long did the LEAs step up to

18   provide staff when this occurred?

19      A    I think when I did, I went to one of the

20   GRLS meetings, where all the LEAs, all the special

21   directors are together, and I just shared my

22   concerns as far as where we were at and what we

23   needed, and they stepped up and said we'll do this,

24   we'll do that.

25      Q    Okay.  And was that done for just a single



1  school year?

2      A    Yes.  That year.  It was just that year.

3  Because I think the next year we got funding, coded

4  funding, AR funding, I want to think.  More money, I

5  think.

6      Q    Understood.  Did you ultimately have to

7  RIF any staff?

8      A    I did.

9      Q    You did?

10     A    Uh-hum.  (Affirmative.)

11     Q    And how many staff?

12     A    I can't remember right now, but I want to

13  think it was like five or six, I think.  I can't

14  remember the number.  Five or six.

15     Q    And were those teachers,

16  paraprofessionals?  What was the mix?

17     A    I think one was a teacher and I think the

18  other ones I think were parapros.

19     Q    Have you had to RIF any additional staff

20  since the time of this email?

21     A    I have not.

22         MS. GARDNER:  We've been going about an

23     hour 20 minutes, if we can just take a

24     five-minute break.

25         THE VIDEOGRAPHER:  The time is 4:21 p.m.



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                         249

1              We are going off the record.

2              (A recess was taken.)

3              THE VIDEOGRAPHER:  The time is 4:29 p.m.

4              We're back on the record.

5    BY MS. GARDNER:

6         Q    Mr. Clemons, are you familiar with the

7    GNETS Strategic Plan?

8         A    Yes.

9         Q    And what is the GNETS Strategic Plan?

10        A    The plan has I think about eight parts of

11   it.  One is the -- trying to think.  Professional

12   learning.  One is about behaviors section.  They got

13   the physical management of the building.

14             There are certain components to it.

15        Q    What do you understand the purpose of the

16   GNETS Strategic Plan to be?

17        A    The purpose is to assess the program, year

18   program, because there's a part where you have to

19   self-assess, make a self-assessment of the program,

20   and then to see where you're at.

21             And I think there's three steps.  One is

22   emerging, one is -- I can't remember the three

23   areas.  One is you're beginning in an area.  And

24   then the other one is -- the last three, I think, is

25   when you have mastered that area.



1          So the purpose of the plan is to look

2    where you're at, self-assess your program and look

3    where you're at, and look at those areas you need to

4    improve in on and then work in those areas.

5          Q    Okay.  Is Horizon GNETS obligated to

6    comply with the GNETS Strategic Plan?

7          A    I assume so.

8          Q    You mentioned that there is a

9    self-assessment component to the strategic plan,

10   correct?

11         A    Yes.

12         Q    And as part of that self assessment

13   process, is there standardized information that must

14   be like collected or provided?

15         A    You have artifacts that you have to

16   collect.

17         Q    And those artifacts demonstrate whether

18   the program has complied with certain aspects of the

19   strategic plan?

20         A    Yes.

21         Q    Is there an onsite review component to the

22   strategic plan?

23         A    There was.

24         Q    And tell me about that onsite review.

25         A    The onsite review where you had Vickie and



 1   Lakesha would come to the site, and pretty much you
 2   had several components to the strategic plan, and
 3   basically you had a notebook where each section you
 4   would show artifacts that you have -- that you've
 5   complied with that or you're on board with that,
 6   that area.
 7          And they would review that notebook and
 8   look at where you were and give feedback as far as
 9   some things you need to do.
10     Q    Okay.  Is that review process done
11   virtually now given COVID, or is there something
12   that's sort of used to replace the onsite review
13   that you said happened before COVID?
14     A    Pretty much online.  You have to upload
15   it.  I mean you, you have to upload your documents.
16          I'm trying to think.  Yeah, the strategic
17   plan portal, I think, and you just upload your
18   documents under each section, so many documents to
19   show that you have mastered that, or, you know,
20   working on that area.
21     Q    Okay.  So what previously was a physical
22   notebook that Ms. Cleveland, Ms. Stevenson might
23   come onsite and review, now you electronically
24   upload the artifacts that would have been in that
25   physical notebook to the Georgia Department of



1    Education portal?

2         A     That's correct.

3         Q     In terms of who conducts the

4    self-assessment portion for Horizon GNETS, who's

5    involved in determining what those self-assessments

6    should be?

7         A     The staff at each site.

8         Q     Okay.  And which staff at each site?

9         A     All the staff.  You have -- the Valdosta

10   site, they do their own self-assessment.  The Tifton

11   do their own self-assessment, and all other sites

12   between all the teachers, and it's something you

13   basically do at one of your staff meetings.  You get

14   together, talk about your teacher plan, and then you

15   sort of share and you do self-assessment with

16   everybody's input involved.

17        Q     And then is there some process by which

18   those self-assessment ratings get aggregated for a

19   self-assessment for the entire Horizon GNETS

20   program?

21        A     Yeah.  I get those self-assessments and I

22   combine those self-assessments into one

23   self-assessment.

24        Q     Because there's only one self-assessment

25   submitted for the Horizon --



1    A    Right.

2    Q    -- GNETS program, correct?

3    A    Uh-huh.  (Affirmative.)

4    Q    When you said "uh-huh," you meant yes?

5    A    Yes.

6    Q    Thank you.

7         You said earlier Ms. Cleveland and Ms.

8    Stevenson conduct the strategic plan reviews,

9    correct?

10    A    Previously, yes.  And I guess they still

11    do but it's online now.

12    Q    If there are any deficiencies or concerns

13    in an area that's being assessed, is there any

14    process by which improvements are recommended?

15    A    Yes.

16    Q    And how does that work?

17    A    Usually whether you've mastered an area,

18    like it's determined by artifacts, and it shows

19    you've mastered that area.  And if you have not

20    mastered that area, then usually Ms. Cleveland or

21    Ms. Stevenson would give some recommendations or

22    talk about -- talk you through some of the things

23    you may need to do, some of the things you may need

24    to share in order to master that area.

25         Or they may refer you to another program



1  that has mastered that area to get some insights as

2  far as some things you need to do.

3       Q    Okay.

4            (Whereupon, Plaintiff's Exhibit-733 was

5        marked for identification.)

6  BY MS. GARDNER:

7       Q    I want to show you what has been marked as

8  Plaintiff's Exhibit 733.

9            This is an email from Vickie Cleveland to

10 you dated June 7, 2018.  The subject is "Meeting

11 Monday."

12           The document is Bates-stamped GA00324971,

13 and this document has one attachment that is a Word

14 document with a file name "Tips - Strategic Plan

15 Reviews Prep 4-17-18."

16           Do you recognize this?

17      A    I do.

18      Q    And this email is discussing a strategic

19 plan review of Horizon GNETS scheduled for June 11,

20 2018, correct?

21      A    That's correct.

22      Q    And in this email Ms. Cleveland attaches

23 some strategic plan review tips that she says were

24 sent out to everyone in April?

25      A    Yes.



1    Q    Who did you understand the "everyone"
2  referenced here to be?
3    A    All the GNETS programs.
4    Q    Okay.  Turning to the attachment, which
5  has a beginning Bates Stamp of GA00324972, these are
6  the tips for strategic plan reviews that Ms.
7  Cleveland references in her email to you?
8    A    Yes.
9    Q    And within the first paragraph, am I
10 correct, and this is about midway down, that it
11 says:  "The tips outlined below may be helpful as
12 you prepare your documentation and evidence for each
13 of the focus areas"?
14        Do you see that?
15   A    Yes.
16   Q    And is the documentation and evidence for
17 each of the focus areas that this document is
18 referencing the kinds of documents that I think you
19 have been referring to as artifacts?
20   A    Yes.
21   Q    I want to talk about a few of these.
22        Under the first section, Program
23 Leadership, and do you see it says, "Documentation
24 of attendance at GNETS meetings, conferences, etc
25 (agendas and sign in sheets)."



1      A    Yes.

2      Q    What does this mean?

3      A    Okay.  All of the GNETS meetings that you

4   attend, like I attend the Board of Control every

5   month, they have an agenda.  I make sure I bring

6   that agenda and have that agenda -- show that I've

7   attended that meeting.

8           GRS -- GRLS meetings, they have an agenda

9   and they meet monthly, make sure I attach that

10  meeting.

11          GNETS, we just have meetings quarterly at

12  different locations.  You have those documentations

13  showing you've attended those meetings and an agenda

14  and a sign-in sheet.

15     Q    Okay.  And then showing attendance at

16  these things then is an artifact to support that

17  Horizon GNETS is implementing the program leadership

18  components of the GNETS Strategic Plan?

19     A    Yes.

20     Q    Moving to the next section, Behavior

21  Support and Therapeutic Services," correct that

22  these tips identify documentation of data collection

23  and management of FBAs and BIPs as one of the

24  artifacts for showing compliance in this area?

25     A    Yes.



1      Q    And it also identifies documentation of

2    data collected for the SDQ and BASC?

3      A    Yes.

4      Q    This says, just below that, in the same

5    section, "IEPs will be randomly selected to review

6    student data collected for the SDQ and BASC."

7           Do you see that?

8      A    Yes.

9      Q    Who would randomly select these IEPs?

10     A    DOE.  Lakesha and Vickie.

11     Q    Okay.  And how would you be notified of

12   the IEPs that were randomly selected?

13     A    Usually -- I can't remember how we're

14   notified.  I don't know whether they would send an

15   email prior to coming to the visit.

16          I think that's what happened.  They sent

17   an email prior to coming to the visit and said we

18   will look at these IEPs.

19     Q    Okay.  Then after you received that email,

20   what would you do?

21     A    They went through those IEPs.

22     Q    Okay.

23     A    The specific IEPs they've asked to look

24   at.

25     Q    And then would Horizon make those IEPs



 1   available for Ms. Cleveland and Ms. Stevenson to

 2   review?

 3        A    Right.  They would be available once they

 4   got there.

 5        Q    Did you ever receive feedback from Ms.

 6   Cleveland or Ms. Stevenson about the contents of any

 7   of the IEPs that were randomly selected for review?

 8        A    Yes.

 9        Q    And what kinds of feedback?

10        A    Sometimes they would give some feedback as

11   far as SDQ, where it's embedded at, what portion of

12   the IEP.  The BASC, where that needs to be embedded

13   at, and the information that we actually need.

14             I think it was a time where I didn't have

15   it -- all the information needed on the BASC, so

16   they gave some input about that, as far as what I

17   needed in that section.

18        Q    Okay.  And when you say where the SDQ is

19   embedded at or where the BASC needs to be embedded,

20   what do you mean by embedded at?

21        A    In the IEP you got several sections.

22   You've got review -- I can't -- implementation.

23   You've got several sections in the IEP, okay.  And

24   then the SDQ is supposed to be in the first part,

25   when you give an overview of the students associated



1   in that area.

2        Q    So I take it then that the feedback would

3   be about whether Horizon was properly documenting

4   the SDQ or the BASC in the places within the IEP

5   where it should be documented?

6        A    That's correct.

7        Q    Did you receive any other sort of feedback

8   coming out of the reviews of IEPs that were randomly

9   selected apart from feedback related to the SDQ and

10  BASC?

11       A    Yes, if needed.  I'm not sure.  Once they

12  looked at them and read them, if needed, yes, we got

13  the feedback from that.

14       Q    And then moving down to Instructional and

15  Academic Support, there is a reference to i-Ready

16  usage reports, and it says they should be up to date

17  and available.

18            Do you see that?

19       A    I do.

20       Q    Are those the monthly i-Ready reports that

21  you were talking about earlier?

22       A    Yes.  Brandon sent those out monthly to

23  directors.

24       Q    And those are the reports that had, for

25  example, the target goals and where Horizon was in



1   meeting those target goals?

2        A    Yes.

3        Q    Turning to the next page, under the

4   section titled, "Integration of Services and

5   Capacity Building," the first item there says

6   "Documentation that LEAs have data that reflects at

7   least 90% of the students who are served in the LRE

8   and data to support the IEP team's decision (i.e.

9   copies of FBAs and BIPs)."

10       A    Uh-hum.  (Affirmative.)

11       Q    Do you see that?

12       A    I do.

13       Q    When this says data that reflects at least

14  90 percent of the students who are served in the

15  LRE, what students is this referring to?

16       A    This is referring to students that are --

17  that have been referred to our program, that they

18  have been served specifically in the LEA first

19  before they're referred to us.

20       Q    Okay.  That at least 90 percent of

21  students referred to Horizon GNETS were first served

22  in the LRE?

23       A    Right.

24       Q    And you said LEA.  So when it says LRE

25  here, it means students being served in their home



1   school district?

2        A    Right.

3        Q    And what circumstances would a student

4   refer to Horizon GNETS not have been served first in

5   the LEA?

6        A    Sometimes we have students that transition

7   in, and according to their documentation,

8   information, there are certain programs, like

9   Horizon, and sometimes they're sent directly to us.

10  They're not served in the LEA, they're sent directly

11  to our program.

12       Q    Okay.  So that might be a student coming

13  in from another state?

14       A    Yeah.

15       Q    Or a student coming to a school system

16  from a different school system?

17       A    That's correct.

18       Q    Under "Integration of Services and

19  Capacity Building," there is an item at the very

20  bottom that says, "Consideration of services

21  checklist (if piloted)."

22            Do you see that?

23       A    Uh-hum.

24       Q    And so the consideration of services

25  checklist, is that -- well, why don't you tell me,



1   what is that?

2       A    Okay.  There was a checklist of

3   consideration of services, but we did it as a pilot

4   at first, all the programs.  Okay, just like a

5   pilot, whatever.  And that was referring to that

6   consideration of services checklist if we pilot that

7   program.

8       Q    Okay.  And is the consideration of

9   services checklist related to the Confidential

10  Student Information Packet and Flow Chart and

11  guiding questions that we looked at earlier?

12      A    It is.

13      Q    Is that the same thing?

14      A    Pretty much the same, yes.

15      Q    So am I correct in understanding then that

16  the use of those documents was identified as a tip

17  for what kind of documentation should be provided to

18  show compliance with the integration of services and

19  capacity building portion of the GNETS Strategic

20  Plan?

21      A    That's correct.

22      Q    Moving down to "Facilities Management and

23  Safety," this says, "Copies of maintenance/repair

24  logs if appropriate."

25          Do you see that?



SAMUEL CLEMONS, SR.                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                    263

1    A    I do.

2    Q    So was that documentation that you

3  understood should be available during a strategic

4  plan review?

5    A    Pretty much it was -- I guess it was to

6  main -- to ensure that the facility is being

7  maintained by someone and that you're putting in

8  requests to get things repaired.

9         But this is old.  They don't have a repair

10  log.  We have a system.

11    Q    Like an electronic system?

12    A    Right.

13    Q    This was referring to paper?

14    A    Right.

15    Q    But you all have advanced beyond that now.

16         So there's an electronic system?

17    A    Right.

18    Q    Was Horizon GNETS one of the GNETS

19  programs that piloted the consideration of services

20  checklist?

21    A    Yes, we did.

22    Q    Okay.  And then after, am I correct that

23  after that checklist was piloted, then it was rolled

24  out to all of the regional GNETS programs?

25    A    Yes.  Correct.



SAMUEL CLEMONS, SR.                              December 15, 2022
UNITED STATES vs STATE OF GEORGIA                           264

1    Q    Did you have the in-person strategic plan

2    review that Ms. Cleveland discussed in her email to

3    you, that it says was set for June 11, 2018?

4    A    Yes, we did.

5         (Whereupon, Plaintiff's Exhibit-734 was

6    marked for identification.)

7    BY MS. GARDNER:

8    Q    I'm showing you Plaintiff's Exhibit 734.

9         This is an email from you to Vickie

10   Cleveland, dated July 3rd, 2018, with the subject

11   "Re: Improvement Summary Plan."

12        The document is Bates-stamped GA00327998.

13        It has one attachment which is a pdf with

14   the file name "Strategic Plan Summary 2018."

15        Do you recognize this?

16   A    I do.

17   Q    And in this email you tell Ms. Cleveland:

18   "Please find Strategic Plan Summary plan attached."

19   Correct?

20   A    That's correct.

21   Q    And that is in response to an earlier

22   email from Ms. Cleveland in which she says, "Please

23   send us a copy of the improvement summary plan for

24   Horizon"?  Correct?

25   A    That's correct.



1      Q    What is an improvement summary plan?

2      A    It's basically where you look at the seven

3    areas of the strategic plan, and then you rate them

4    according to whether -- I can't think of -- there

5    are three areas, okay.  And then after you rate

6    them, you look at the one that's a priority for you

7    as far as working on, in each one of those sections.

8      Q    Okay.  So in reading the areas that are a

9    priority for you to work on, am I correct in

10   understanding that the areas that would be rated the

11   highest priority would be those where there is the

12   most room for improvement?

13     A    Yeah, I guess so.

14     Q    So like your No. 1 priority would be the

15   area where you have most room to improve?

16     A    Right.

17     Q    And in your email you attach the

18   improvement summary plan for Horizon; is that

19   correct?

20     A    That's correct.  And this is done

21   incorrectly.

22     Q    Thank you for getting there because I am

23   actually going to show you the one where you did it

24   correctly.  I appreciate you saying that.

25          (Whereupon, Plaintiff's Exhibit-735 was



1  marked for identification.)

2  BY MS. GARDNER:

3      Q    I'm going to show you what is marked as

4  Plaintiff's Exhibit 735.

5          This is an email thread between you and

6  Ms. Cleveland from July 2018, with the subject "Re:

7  Improvement Summary Plan."

8          And the document is Bates-stamped

9  GA00328013.

10         You mentioned before that the Improvement

11  Summary Plan that you were looking at earlier was

12  not correct, correct?

13     A    That's correct.

14     Q    And here Ms. Cleveland asks you to

15  resubmit the Improvement Summary Plan because the

16  areas weren't prioritized in the way that you just

17  discussed --

18     A    Uh-hum.  (Affirmative.)

19     Q    -- they should be?  Is that right?

20     A    That's correct.

21     Q    And you note in your email to her in

22  response that you would resend, correct?

23     A    That's correct.

24         (Whereupon, Plaintiff's Exhibit-736 was

25      marked for identification.)



1    BY MS. GARDNER:

2        Q    So this is Plaintiff's Exhibit 736, and

3    this is an email from you to Vickie Cleveland dated

4    July 3rd, 2018 with the subject "Re: Improvement

5    Summary Plan."

6             The document is Bates-stamped GA00328016.

7    And it has one attachment, which is a pdf with the

8    file name "Strategic Plan Summary II."

9             Do you recognize this?

10       A    No, I don't have an attachment.

11            THE COURT REPORTER:  I'm sorry.  What did

12       you say?

13       A    I have it.  I didn't think I had an

14   attachment but I do have it.  Okay.  I have it.

15       Q    And do you recognize this email?

16       A    I do.

17       Q    In this email you send a second version of

18   the improvement plan and summary, correct?

19       A    That's correct.

20       Q    And looking at the summary itself, which

21   has a beginning Bates-stamp -- or is Bates-stamped

22   GA00328018, am I correct that this version does

23   include the numbered priority areas from 1 to 7?

24       A    It does.

25       Q    And I'd like to talk about a couple of



1   these.

2           In the section that is labeled

3   "Instructional/Academic Support" --

4       A    Yes.

5       Q    -- there is a column to the far right that

6   says, "Document the actions necessary to improve the

7   top 3 priority areas and to sustain the higher rated

8   priority areas."

9           Do you see that?

10      A    I see it.

11      Q    In that column for Instructional/Academic

12  Support, it says:  "Continue instructional and

13  academic support ensuring that all staff members are

14  familiar with standards-based lesson development and

15  delivery."

16          Do you see that?

17      A    I do.

18      Q    What is standards-based lesson development

19  and delivery mean?

20      A    Okay, Georgia standards.  GSE standards.

21  We have a lot of transient -- we have a lot of new

22  staff members.  So I'll send out some priority

23  because I needed to continue to work with them on

24  the academic -- giving them academic support and

25  make sure they're familiar with the standards.



1     Q    And what kind of instructional and

2     academic support was being provided to make sure

3     that they were familiar with standards-based lesson

4     development and delivery?

5     A    Professional learning.

6     Q    Who delivered that professional learning?

7     A    In-house and then through RESA, Coastal

8     Plains RESA.

9     Q    And that area was identified as Priority

10    Area No. 3 for Horizon, correct?

11    A    Right.  That's correct.

12    Q    Moving down, there's a section, No. 7, is

13    Facilities Management.  Do you see that?

14    A    I do, yes.

15    Q    And then in the column that says:  "Why

16    was or wasn't this section selected as a priority?"

17    It says:  "One of the sites had poor scores on the

18    facility checklist which was related to safety of

19    students and ADA violations."

20         Do you see that?

21    A    Yes, uh-huh.

22    Q    Which of the sites had poor scores on the

23    facility checklist?

24    A    Tifton site, that's when we got that

25    inspection.  I think.  I'm not sure.



1      Q    When you say when you got the inspection,
2   that was the inspection that resulted in students
3   being moved out of the Tifton site?
4      A    Yes.
5      Q    The document is dated June 2nd, 2018.  Was
6   this completed prior to Ms. Cleveland's visit for
7   the strategic plan review?
8      A    I'm not sure.
9      Q    Do you recall from the earlier email that
10  her strategic plan review was scheduled for June 11,
11  2018?
12     A    But I'm not sure if this was completed
13  prior or afterward.  I don't remember.
14     Q    Do you typically complete the improvement
15  plan summary before a strategic plan review or
16  after?
17     A    Usually it's sent with the review.
18     Q    Okay.  With all of your artifacts and --
19     A    Right.
20     Q    -- documentation?
21     A    Right.
22     Q    And then for Facilities Management, where
23  it says to document the actions necessary to
24  improve, it says:  "Relocation of the site will
25  ensure that students are included in the regular



1  school curriculum and activities and additional

2  support needed and safety."

3          Do you see that?

4      A    I do.

5      Q    And, again, this is referring to the

6  relocation of students at the Tifton site?

7      A    That's correct.

8      Q    Did Horizon GNETS receive a final

9  strategic plan review score?

10     A    Uh, yes.

11         (Whereupon, Plaintiff's Exhibit-737 was

12     marked for identification.)

13 BY MS. GARDNER:

14     Q    I'll show you Plaintiff's Exhibit 737.

15         This is an email from Vickie Cleveland to

16 Delphine Smith-Dixon, with a cc: to Nakeba Rahming

17 and Matt Jones.

18         The subject is "FY18 GNETS EOY Strategic

19 Plan Results."

20         The document is Bates-stamped GA00085505.

21         And there is one attachment to this

22 document, which is a Word document with the file

23 name "FY18 Results for GNETS End of Year Strategic

24 Plan Compliance Review."

25         Do you recognize this document?



SAMUEL CLEMONS, SR.                           December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        272

1       A    I do.

2       Q    And am I correct that in this email Ms.

3  Cleveland writes, and she says:  "I'm excited to

4  share the results of our FY18 GNETS Strategic Plan

5  Review"?

6       A    Yes.

7       Q    GNETS directors don't appear on the face

8  of this email.  Did you receive this email with the

9  GNETS strategic plan review results?

10      A    I'm pretty sure I did.

11      Q    Okay.  And taking a look at the

12 attachment, which begins with the Bates-stamp

13 GA00085506, in the second page of that attachment am

14 I correct that all of the regional GNETS programs

15 are listed along with their final strategic plan

16 scores?

17      A    That's correct.

18      Q    And Horizon is listed second in the chart

19 with a score of 85 percent, correct?

20      A    That's correct.

21           (Whereupon, Plaintiff's Exhibit-738 was

22      marked for identification.)

23 BY MS. GARDNER:

24      Q    I'm going to show you Plaintiff's Exhibit

25 738.



1            This is an email from you to Vickie

2    Cleveland of dated July 21, 2018.  The subject is

3    "Re: FY18 GNETS EOY Strategic Plan Results."

4            And this document is Bates-stamped

5    GA00329184.

6            Do you recognize this email?

7       A    I do.

8       Q    And this email responds to the earlier

9    email from Ms. Cleveland that we just reviewed, in

10   which she says she's excited to share the results of

11   the FY18 strategic plan review, correct?

12      A    Yes.

13      Q    And you email Ms. Cleveland and you say:

14   "I am not happy with Horizon's score.  I feel as if

15   I was at a disadvantage not having a team for the

16   review as the other programs due to the date being

17   moved several times.  I also had stakeholders ready

18   to attend but could not due to the changing of the

19   dates.  We followed the rubric and had most of the

20   information except a few artifacts that were emailed

21   to you."

22           Do you see that?

23      A    I do.

24      Q    What did you mean when you said you were

25   at a disadvantage for not having a team for the



1  review?  What do you mean by not having a team for

2  the review?

3       A    I can't remember.  I want to think maybe

4  the date was changed -- I know the date was changed,

5  and -- I can't remember what I meant by that.

6       Q    You said in the very last sentence of your

7  email:  "We followed the rubric and had most of the

8  information except a few artifacts that were emailed

9  to you."

10       A    Uh-hum.  (Affirmative.)

11       Q    What rubric are you referring to?

12       A    There was a rubric -- pretty much be on

13  that checklist.

14       Q    The checklist that we reviewed?

15       A    Yeah.

16       Q    And that's what you understand you're

17  referring to here as a rubric?

18       A    I think so.

19       Q    Did this email prompt any further

20  communication or discussion between you and Ms.

21  Cleveland?

22       A    I don't -- I can't remember if it did or

23  not.

24       Q    Was Horizon's strategic plan score

25  changed?



1        A    No, it was not.

2        Q    Was receiving strategic plan results an

3    annual occurrence?

4        A    I can't remember because when it first

5    started, it was not every year.  It was like every

6    other year because they were trying to physically go

7    around to the programs.  So you didn't -- you were

8    not evaluated every year.

9             So I can't remember.  Now it's --

10   electronically it's every year.

11       Q    When you were evaluated, did you receive

12   strategic plan results?

13       A    Yes.  I think so.

14       Q    Okay.  And what about submitting the

15   strategic plan improvement summary, was that an

16   annual occurrence?

17       A    Yes.

18            (Whereupon, Plaintiff's Exhibit-739 was

19        marked for identification.)

20   BY MS. GARDNER:

21       Q    I'm going to show you what is marked as

22   Plaintiff's Exhibits 739.

23            This is an email from you to Nakeba

24   Rahming and others, dated May 31st, 2017, with the

25   subject:  "Strategic Plan Summary."



1            The document is Bates-stamped GA00788011.

2            Again, this document has one attachment

3    that is a pdf with the file name "GNETS Strategic

4    Plan Summary."

5            Do you recognize this?

6       A    I do.

7       Q    And correct that this -- in this email you

8    forward a Strategic Plan Improvement Summary Plan,

9    to Ms. Rahming?

10      A    Yes.

11      Q    Turning to the attachment, which is

12   Bates-stamped GA00788012, this is the Improvement

13   Summary Plan that you submitted?

14      A    Yes.

15      Q    And, again, this has the priority areas

16   numbered from 1 to 7?

17      A    Yes.

18      Q    And in this Improvement Summary Plan

19   Behavior Supports and Therapeutic Services was the

20   first area for improvement, correct?

21      A    Yes.

22      Q    This Improvement Summary Plan says:  "This

23   section was selected as a priority because there

24   were areas that need improvement with the Autistic

25   students, Global data and social and emotional



1   curriculums."

2            Do you see that?

3        A    I don't see where --

4        Q    In --

5        A    I see it now.  I see it.

6        Q    Do you see that?

7        A    I see it.

8        Q    What does it mean that there were areas

9   that needed improvement with global data?

10       A    I think I was referring to the fact that

11  with autistic students we -- we didn't feel

12  comfortable with some of the instruments as far as

13  trying to collect data with them.

14       Q    Okay.

15       A    That we could use.

16       Q    Okay.  And this says there were also areas

17  that needed improvement with social and emotional

18  curriculum?

19       A    Right.  We didn't feel comfortable -- we

20  didn't feel like we had a good standing curriculum

21  for autistic students.

22       Q    This references social and emotional

23  curriculum.  Is this specific to autistic students

24  or generally?

25       A    That's specific to autistic students.



1    Q    Okay.  Does Horizon GNETS have a social

2  and emotional curriculum currently for autistic

3  students?

4    A    Say again now.

5    Q    Does Horizon GNETS currently have a social

6  and emotional curriculum for autistic students?

7    A    Yes.  TeachTown is very good.

8    Q    TeachTown.

9         On this Improvement Summary Plan,

10  Integration of Services and Capacity Building was

11  the second priority area, correct?

12    A    Uh-hum.  (Affirmative.)

13    Q    And it says:  "This is an area of needs

14  with lots of improvement needed and considered a

15  high prior area."  Correct?

16    A    Yes.

17    Q    And then moving on to the column that

18  says, "Document the actions necessary to improve."

19    A    Yes.

20    Q    Am I correct that it's say:  "The action

21  necessary needed is more professional learning from

22  the DOE as to the referral process and exit

23  criteria.  Some professional learning has been

24  provided and systems are understanding more about

25  appropriate referrals."



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                        279

1              Have I read that correctly?

2      A     Yes.

3      Q     Was this necessary action that you've

4   identified here taken?

5      A     Say it again now.

6      Q     Like did you ultimately get the additional

7   professional learning as to the referral process and

8   exit criteria that it indicates is necessary to

9   improve here?

10     A     Eventually we did.

11     Q     Did that come from the DOE?

12     A     Um, I think it came from RESA.  I'm not

13  sure about DOE.

14     Q     And I take it here that one of the

15  concerns was that people needed to better understand

16  what appropriate referrals were?

17     A     That's correct.

18     Q     Did this also sort of dovetail with what

19  you were talking about in terms of the use of those

20  standardized checklist forms, you know, being

21  additional supports to help people understand which

22  students should and should not be referred to GNETS?

23     A     It did.

24     Q     What professional learning specific to

25  exit criteria was needed?



1      A    At the time I think we were having some

2    concerns about exit criteria among our teams, at IEP

3    meetings, as far as trying to transition students

4    back, okay.  And so what I was saying was that we

5    could have a better understanding as far as what

6    exit criteria is used versus IEP, or we use IEP as

7    far as the exit criteria.  I think eventually it

8    changed to the IEP as far as transitioning students

9    back.

10     Q    What prompted you to say that the

11   professional learning should come from DOE?

12     A    Because I felt like DOE had a stronger

13   hold on the LEA, special ed directors, and if it

14   came from DOE, it would mean more coming from them,

15   sharing that with the special ed directors.  I just

16   felt like that.

17     Q    Okay.  Some of these management is listed

18   as the seventh priority area on this plan.  Is that

19   correct?

20     A    Yes.

21     Q    And it says that this section is a

22   priority because of site safety compliance rubric

23   and communication.

24          Do you see that?

25     A    I do.



1       Q    What does that mean?

2       A    I'm not sure.

3       Q    What is the rubric that's referenced?

4       A    I'm not sure.  Remembering that

5    checklist -- I mean that rubric that they use when

6    they did the walk-through all the facilities.  I'm

7    not sure.

8       Q    When you say "when they did the

9    walk-through," who is "they"?

10      A    That was -- I assume it was the State that

11   did the walk-through throughout the sites.

12      Q    State Department of Education?

13      A    Uh-huh.  (Affirmative.)

14      Q    In the column that says "Document actions

15   necessary to improve, it says:  "There was a walk-

16   through for facility improvement, but nothing has

17   been done to improve some sites."

18           Do you see that?

19      A    I do.

20      Q    Which sites were you referring to when you

21   said nothing has been done to improve some sites?

22      A    I think at the time I was talking about

23   Valdosta site.  There was a walk-through and some

24   things were noted, and supposedly there was some

25   funding that was necessary, that was available to



1   raise some things.  And I think that's what I was

2   referring to.

3        Q    Even though there was funding available to

4   correct some things, nothing had been done to

5   improve those things?

6        A    That's correct.

7        Q    That funding that was available to correct

8   some things, where did that funding come from?

9        A    I'm not sure.  But it was funding from the

10  -- I guess from the State department, because you

11  had a commitment -- the system had a commitment, I

12  think it was a 10-year commitment, that that site

13  would be still there, or something.  I forgot what

14  it was.  But I think it came from the State

15  department.

16       Q    Does Horizon GNETS program currently have

17  any facilities in need of improvement?

18       A    No.  I think all the facilities are fine.

19            THE COURT REPORTER:  You said I think all

20       -- a little slower.

21       A    I think all the facilities are fine.

22       Q    So I want to just talk a little bit about

23  facilities.  There is the facility for Colquitt

24  County, which is where we are right now?

25       A    That's correct.



SAMUEL CLEMONS, SR.                                   December 15, 2022
UNITED STATES vs STATE OF GEORGIA                              283

1          Q     Correct?

2                How would you rate the quality of the

3    Colquitt County facility on a scale of 1 to 10?

4          A     Probably a nine.

5          Q     This facility, is this a former elementary

6    school facility?

7          A     I'm not sure.

8          Q     Okay.  There is a sign out front that

9    reads the Marine School, though, correct?

10         A     Yes.  I think.

11         Q     Do you know if there used to be a marine

12   school?

13         A     I am not sure.

14         Q     Okay.  Does this Colquitt County school

15   have onsite food preparation facilities?

16         A     Not onsite.  It's transported.

17         Q     So where do students who are as the

18   Colquitt County site get their food from?

19         A     I think it's one of the elementary

20   schools.

21         Q     And how far away is that elementary

22   school?

23         A     I think it's nearby.

24         Q     Which elementary school is it?

25         A     I'm not sure.



1      Q     Does the Colquitt County site have any
2   intensive intervention rooms?
3      A     Have any what now?
4      Q     Intensive intervention rooms?
5      A     What do you mean?
6      Q     Rooms where a student may be placed if
7   they are having a difficult time, for them to cool
8   down, take a break?
9      A     They do.
10     Q     How many intensive intervention rooms do
11  they have?
12     A     Just one.
13     Q     One?
14     A     Uh-huh.  (Affirmative.)
15     Q     Does that room have any sort of padding on
16  the walls in it?
17     A     Yeah, we have -- the wall is padded.
18     Q     Why are the walls padded?
19     A     We've had three students -- we have three
20  students here now that bang their heads until they
21  bleed.  When they get upset, they hit the walls.
22     Q     And so padding was put into that room
23  because of those three students?
24     A     For safety for them, right.
25     Q     Were those students placed in that room



 1  and banged their heads on the wall before padding

 2  was inserted?

 3       A    Before padding was inserted, they banged

 4  their heads on the wall.

 5       Q    Are there any interior rooms within that

 6  intensive intervention room that's padded?

 7       A    No.  What do you mean interior rooms?

 8       Q    Any sorts of closets or other spaces.

 9       A    I think there are two closets.  One is a

10  jan -- one is a handler for air-conditioning unit, I

11  think, and the other one is a closet, I think.

12       Q    Have any of those rooms ever been used for

13  seclusion?

14       A    No.

15       Q    There is also a site in Adel, correct?

16       A    Yes.

17       Q    On a scale of 1 to 10, how would you rate

18  the quality of that facility?

19       A    There are two sites in Adel.  I've got a

20  primary classroom and middle school classroom.

21       Q    Starting with the primary classroom?

22       A    Probably seven -- six, seven.  Seven.

23       Q    And the middle school classroom?

24       A    Probably eight.

25       Q    You're going to have to help me out with



1   the other sites now.  So we have three sites

2   covered.

3        A    We got Berrien.

4        Q    The Berrien site?

5        A    Uh-hum.  (Affirmative.)

6        Q    And how would you --

7        A    The Berrien site's a 10.

8        Q    And is there a separate site at Cook?

9        A    You have both sites at Cook.  You have the

10  primary classroom and the middle school classroom.

11       Q    That's the Adel?

12       A    Right.  And then the Berrien site is 10.

13  That's in Nashville.

14       Q    Okay.  And then you have the Valdosta

15  site?

16       A    Valdosta site.

17       Q    And how would you rate the Valdosta site

18  on a scale of 1 to 10?

19       A    7.5.

20       Q    So of the five sites that are part of

21  Horizon GNETS, you rated the Adel primary site as

22  the lowest at a six or seven; is that right?

23       A    Probably.  But I don't think you have the

24  Tift site.  Do you have the Tift site?

25       Q    I did not get the Tift site.  What is your



1   rating for that?

2       A    7.5.

3       Q    The Adel primary site is the lowest rating

4   at a six or seven?

5       A    Yes.

6       Q    Why would -- why is that one of the

7   lowest?

8       A    That school is older.  It's in a school --

9   it's in a school-based program, primary school, but

10  the school is older.

11           THE WITNESS:  The last one was 738.

12           THE COURT REPORTER:  No. 739.

13      A    739 is the last one.

14           MS. GARDNER:  Let's mark this as

15       Plaintiff's Exhibit 740.

16           (Whereupon, Plaintiff's Exhibit-740 was

17       marked for identification.)

18  BY MS. GARDNER:

19      Q    This is an email from Ms. Nakeba Rahming

20  to you dated July 29, 2016.  The subject is "Horizon

21  Academy Preliminary Report."

22           The document is Bates-stamped GA00781027,

23  and there is one attachment that is a pdf with the

24  file name "Tifton - Horizon."

25           Do you recognize this?



SAMUEL CLEMONS, SR.                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                    288

1       A    I do.

2       Q    And in this email Ms. Rahming says to you:

3    "I wanted to ensure you receive the results from the

4    preliminary facilities condition assessment that was

5    submitted to GaDOE by the professional contractors.

6    The report provides pictures and brief notes of the

7    concerns that were identified by the contractors.

8    Please be reminded that we all wanted you to have a

9    planning period to transition students to a new

10   setting, however, we did not expect the results from

11   the preliminary facilities condition assessments to

12   reveal such significant health and safety issues for

13   students.  Due to the significance of the issues

14   reported, our State Board of Education considered it

15   an extremely urgent matter and wanted all students

16   to be transitioned before the beginning of the

17   school year."

18           Do you see that?

19      A    I do.

20      Q    And this is referring to the Tifton

21   Horizon site?

22      A    Yes.

23      Q    That was the site where students were

24   ultimately moved out of that site?

25      A    That's correct.



1      Q    And when Ms. Rahming says in her last

2   sentence that "The State Board of Education

3   considered it an extremely urgent matter and wanted

4   all students to be transitioned," that's a reference

5   to transitioning students out of the Tifton Horizon

6   facility?

7      A    Yes.

8      Q    And Ms. Rahming says that "the State Board

9   of Education determined that Horizon could not have

10  an extended planning period to adjust to the need to

11  transition students because the site posed such

12  significant health and safety issues for students"?

13     A    Yes.

14     Q    So is it fair to say Horizon GNETS had to

15  make a swift transition?

16     A    They did.

17     Q    How did the program navigate that?

18     A    I think I heard from the Tifton Board of

19  Education, they have -- they found another location,

20  and then help with the transition as far as moving

21  supplies and that kind of stuff to a new location.

22     Q    Is it correct that there is a sort of

23  lengthy attachment to this email that contains

24  pictures and other information about the site

25  inspection of the Tifton Horizon site, correct?



1      A    Yes.

2      Q    I just want to talk about a couple of

3    things.

4           Will you turn to the page of the report

5    that ends, the last four numbers of the Page 1089.

6           Towards the back.

7      A    Uh-hum.  (Affirmative.)

8      Q    Do you see that?

9      A    I do.

10     Q    And on this page it says, "Masonry piers

11   for portable trailers with no mortar."  Then it

12   says, "Could not confirm if footings were present."

13          Then it says, "Did not note any straps or

14   mechanical connection of trailer to piers."

15          Do you see that?

16     A    I do.

17     Q    What does this mean?

18     A    Now I'm not sure.  Those were mobile

19   units, and I'm assuming that under some of those

20   mobile units this is what they found, but I'm not

21   sure.

22     Q    So there were like portable trailers --

23     A    Right.

24     Q    -- holding GNETS students at the Tifton

25   site at the time this report was issued?



1      A    Yes.

2      Q    And this caption is accompanied by

3   pictures of what appear to be large concrete blocks,

4   correct?

5      A    Correct.

6      Q    Similar to cinderblocks?

7      A    I'm not sure about that.

8      Q    Okay.  Is the concern here that these

9   trailers were sitting on these concrete blocks but

10  there was nothing actually connecting the trailer to

11  the concrete blocks?

12     A    Correct.

13     Q    Moving a few pages back to the page ending

14  in 1099.

15     A    Uh-hum.  (Affirmative.)

16     Q    It says here that "corridor lavatory water

17  supply has been cut off."

18          Do you see that?

19     A    I do.

20     Q    Where was the corridor lavatory within the

21  Tifton site?

22     A    I'm not sure.  I think that was in the

23  front building, the front portable, in the bathroom,

24  I think.  I'm not sure.

25     Q    And this was a portable that was housing



1   GNETS students?

2        A    Yes.

3        Q    And so there was no water supply in this

4   bathroom?

5        A    Right.  I think.

6        Q    Were you aware that there was no water

7   supply in this bathroom prior to this report?

8        A    No, I was not.  And I'm not sure if this

9   is in the -- this may have been in the office area.

10  I'm not sure where that was at.

11       Q    Moving two pages forward, the document

12  ending in 1101.

13       A    Uh-hum.  (Affirmative.)

14       Q    It says:  "East trailer has two classrooms

15  and no restroom."

16            Do you see that?

17       A    I do.

18       Q    How many trailers were at the Tifton site?

19       A    I'm not sure because they were pieced

20  together.  So I can't tell you exactly how many

21  trailers were there.

22       Q    Did the site consist entirely of trailers?

23       A    It did.

24       Q    But you don't know how many?

25       A    I do not, no.



1        Q     Turning to the next page, it says, "Dirty

2    and rusting HVAC grilles show lack of maintenance

3    and possible moisture problems."

4              Do you see that?

5        A     I do.

6        Q     And there are pictures depicting that; is

7    that correct?

8        A     Say what now?

9        Q     There are pictures depicting the dirty and

10   rusting grilles and grilles that show possible

11   moisture problems?

12       A     Yes.

13       Q     What was the cause of this lack of

14   maintenance?

15       A     I have no idea.

16       Q     Turning to the next page, do you see it

17   says, "Loose and exposed wiring at trailer

18   electrical main panels"?

19              Do you see that?

20       A     I do.

21       Q     And what was the cause of that exposed

22   wire and --

23       A     I don't know.

24       Q     Turning to the page ending in 1107, it

25   says, "Light fixtures were moved from Girl's



```
 1   Restroom.  Wiring capped but exposed."
 2           Do you see that?
 3      A    I do.
 4      Q    How was the girl's restroom being used if
 5   there were no lights in the bathroom?
 6      A    I have no idea.
 7      Q    After receiving this report, did Horizon
 8   implement any new procedures related to maintenance
 9   of facilities where its sites were located?
10      A    You mean this site or other sites?
11      Q    Did the Horizon GNETS program in general
12   implement any new procedures related to maintenance
13   of the facilities where its sites were located?
14      A    Yes.
15      Q    What were those new procedures that were
16   implemented?
17      A    Well, after we got the report, we shared
18   the report with the superintendents, and then they
19   -- in turn, they had some things done.
20      Q    Were there any procedure changes at
21   Horizon GNETS to, for example, you know, pay
22   attention to some of the kinds of things that we
23   just walked through that -- where there's an
24   indication of a lack of maintenance to catch those
25   sorts of problems before they got to the sort of
```



1   stage of needing to require wholesale moving

2   students out of a particular facility?

3        A    This is one targeted site.  Other sites

4   had reporting procedures that were, that were done.

5   I mean they had reported procedures and those things

6   were done.  I'm not sure about the site.

7        Q    So what was it about the reporting

8   procedures at the Tifton site that allowed this sort

9   of -- these sorts of conditions to exist at the

10  facility?

11       A    I'm not sure.

12       Q    Did you have any conversations with your

13  site coordinator at the Tifton County site to

14  explore how this happened?

15       A    Yes, I did.

16       Q    What did you learn in those conversations?

17       A    I think in the conversations he said he

18  had reported several times, maintenance came out,

19  did some things and not did other things.  You know,

20  he had to be consistent as far as reporting things

21  to them.

22       Q    That site coordinator had never elevated

23  any of the concerns about the facility to you?

24       A    No, not any major concerns, no.

25            (Whereupon, Plaintiff's Exhibit-741 was



1          marked for identification.)

2   BY MS. GARDNER:

3       Q    Showing you what is marked Plaintiff's

4   Exhibit 741.

5           This is a letter sent by counsel for the

6   United States in this litigation to counsel for the

7   State of Georgia and counsel for the Horizon GNETS

8   fiscal agent on May 23rd, 2022.

9           The letter addresses concerns related to

10  the physical condition of the Horizon Valdosta GNETS

11  center, which the United States and its expert

12  visited in May of 2022.

13          Have you seen this letter before?

14      A    I have.

15      Q    When did you first see this letter?

16      A    Probably as soon as it was released, I

17  assume.

18      Q    And what was your reaction to the letter?

19      A    This report was exaggerated.

20      Q    So you disagreed with --

21      A    I did.

22      Q    -- the contents of this letter?

23      A    I did.  Some of it.

24      Q    Okay.  I'd like to walk through and have

25  you point out the portions of this letter that you



 1  disagree with and the basis for your disagreement.

 2       A    Oh, okay.

 3       Q    I'm going to let you tell me because you

 4  know what you disagreed with.

 5       A    Okay.

 6            MR. NGUYEN:  Take your time and cover the

 7       portions that you disagree with.  So look it

 8       over.

 9            THE WITNESS:  Give me a minute.

10            (Witness reviews exhibit.)

11       A    I disagree with -- disagreed with the

12  grass and plants growing in the cracks.

13            THE COURT REPORTER:  I'm sorry.  You have

14       to slow down.  What did you say?

15       A    I disagreed with the grass and plants

16  growing in the cracks.  Okay.

17       Q    If as you walk through, if you can say

18  what you disagree with, and then I may have some

19  follow-up questions for you on that, and it might be

20  easier than you going all the way through and then

21  us going all the way back through.

22       A    Okay.

23       Q    So you said you disagree with the grass

24  and the plants growing in the cracks.  In the

25  parking lot?



1      A    Uh-hum.  (Affirmative.)

2      Q    Did you -- do you disagree that there are

3  grass and plants growing in cracks in the parking

4  lot?

5      A    There were some cracks and some grass

6  growing in the parking lot, but what school doesn't

7  have that.

8      Q    Okay.  So your disagreement is not that

9  grass and plants are growing in the cracks but

10 whether that's actually a concern or issue with the

11 facility?

12     A    Yes.

13     Q    Okay.  And what else?

14     A    The gutters around the building.  The

15 maintenance department is in the process of

16 replacing those gutters.  That was on the list to be

17 replaced anyway.

18          There was one light post when they walked

19 up on the exterior of the facility that was noted

20 that was rusting and tilting on the side.  I thought

21 that was something that maintenance was working on.

22 They had been working on it anyway trying to get the

23 lights part fixed before they did anything else to

24 that part.

25     Q    Okay.



```
 1        A    The fencing, that was something that was
 2   on the work order to be done, and they had a company
 3   that was going to come and do the fencing.
 4             Let's see.
 5        Q    Anything else about the exterior of the
 6   facility, because I have a couple of follow-up
 7   questions on some of these exterior parts.
 8        A    I think that's all the exterior part of
 9   it.
10        Q    So it sounds like with respect to the
11   light post and the fencing and the gutters that you
12   said those things were on the maintenance list; is
13   that correct?
14        A    That's correct.
15        Q    Do you disagree that the light fixture was
16   severely bent and rusted?
17        A    I don't disagree with that, but I thought
18   it was trivial.  I mean any school you're going to
19   see light fixtures that are bent.
20        Q    Okay.  And do you disagree that there were
21   multiple broken gutter downspouts?
22        A    I don't, I don't disagree.
23        Q    And so your position is those were on the
24   maintenance list?
25        A    Yes.
```



1      Q    Have those gutter downspouts been

2  repaired?

3      A    They have.

4      Q    And what about the severely bent light

5  fixture?

6      A    It has.

7      Q    What about the fencing?

8      A    It's been repaired.

9      Q    And when were those repairs made?

10      A    Probably shortly after.  I'm not sure

11  exactly when.

12      Q    Shortly after what?

13      A    After this, after this report came out.

14      Q    Okay.  Anything else in the exterior?

15      A    That's it on the exterior.

16      Q    Okay.  Moving on to the interior, what to

17  you disagree with?

18      A    The interior, I couldn't understand about

19  the interior of the facility matched likely the

20  exterior.  I mean I didn't quite understand what

21  that was, what was the nature of that.

22           The other part, water damage, hole in the

23  ceiling.  That was one spot, water spot on the

24  ceiling, and it was coming in as you enter the

25  hallway.  Little, small spot.



1          And I think some of this were parts -- I'm

2    not sure which parts was in the vicinity or not, but

3    some of these were parts of the building that is

4    going to be demolished anyway, I think.  And I can't

5    remember which parts for that.

6          They went over there but when they went to

7    look at that, those were parts that were not even

8    used because that part is going to be demolished.

9    The cafeteria, gym and all that stuff is going to be

10   demolished anyway.

11       Q    Which parts of the building that are

12   identified in this letter --

13       A    I think the second part was -- let's see.

14   One, two -- the third paragraph.  So a different

15   part of the building.

16       Q    The gymnasium and lunchroom?

17       A    Uh-huh.  (Affirmative.)

18       Q    So in May of 2022, it's your position that

19   the Valdosta Horizon site was not using the

20   gymnasium?

21       A    Right.  It was already understood that was

22   going to be demolished.

23       Q    Were they using it at the time, though?

24       A    No, no, no.  We're not using it.

25       Q    Were they using the lunchroom?



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                            302

1      A    No, because of COVID the lunch was being

2  carried into the classrooms.

3      Q    Were there cooking facilities adjacent to

4  the lunchroom that were being used?

5      A    Never had cooking facilities.  Lunch was

6  always bused in.

7           I'm trying to think what else.

8           I think the facade that the classroom was

9  covered and surrounded.  Thick black dust.  I'm not

10  sure where that came from.

11      Q    So you dispute that --

12      A    I do.

13      Q    -- thick -- thick black dust?

14      A    I do.

15      Q    Anything else?

16      A    In the boy's bathroom, they note the

17  partition was torn down.  What I had told them

18  earlier that there was a challenge that they do in

19  all the schools, and some kids that torn it down and

20  it was in the process of being repaired.  But it was

21  torn town when they went in there.

22      Q    Okay.  Has that been repaired?

23      A    Huh?

24      Q    Has that been repaired?

25      A    Yes, it's been repaired.



1          I guess it's all right now.

2      Q    Following this letter, did you request

3  that any improvements to the Horizon Valdosta GNETS

4  center be made?

5      A    I did.

6      Q    And what improvements did you request be

7  made?

8      A    The bath.  They've done the bathrooms,

9  ceiling.  That thing outside.  Replace all the

10 vents, clean the vents.  Gutters, pressure wash the

11 building.

12         Um, basically pretty much everything

13 that's cited in here has been done, except the gym

14 and the lunchroom, that's being demolished.  They've

15 already started on that.

16         But the building that we're using, pretty

17 much all the stuff, it has been addressed.

18     Q    Are students currently still being served

19 in the Horizon GNETS Valdosta facilities?

20     A    They are.

21     Q    What grades are those students in?

22     A    Kindergarten through twelfth grade.

23     Q    And approximately how many students are

24 currently being served in that building?

25     A    I think about 62, last count.



1      Q     Okay.  Do you expect that students will be
2   served in that building next year, the 2023- --
3      A     Yes.
4      Q     -- 24 school year?
5      A     Yes.  I'm sorry.
6      Q     I'm going to ask that again.
7            Do you expect that students will be served
8   in the Horizon GNETS Valdosta facility next school
9   year, the 2023-24 school year?
10     A     Yes.
11     Q     Did anyone from the Georgia Department of
12  Education's Facilities Division visit the Horizon
13  GNETS center after this letter was issued?
14     A     Yes.
15     Q     And who was that?
16     A     I cannot think of his name.  He was the
17  former superintendent here in Moultrie, and I can't
18  remember his name.
19     Q     When did that visit occur?
20     A     I think immediately after that.
21     Q     So some time in the month of May?
22     A     Immediately after the school came out,
23  probably two weeks after that, I think.
24     Q     Did anyone else accompany that Georgia
25  Department of Education facilities person on the



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                       305

1  visit?

2       A    Yes.

3       Q    Who accompanied them?

4       A    The superintendent of Valdosta City and

5  the assistant superintendent, facilities management

6  person, myself, and a couple of other people.

7       Q    And what occurred during that visit?

8       A    We did a walk-through.  He came.  He had

9  the pictures that were sent, a letter.  We did a

10 walk-through in all the areas.  And pretty much, you

11 know, note we need to make some -- make some changes

12 of things that were -- some of the things that were

13 noted, improvement.

14      Q    Did you receive any sort of report or

15 feedback from the Georgia Department of Education

16 facility person at the conclusion of that visit?

17      A    I did not.  The superintendent may have

18 but I did not.

19      Q    Okay.  So you never received any sort of

20 --

21      A    I have not.

22      Q    -- feedback?

23      A    I have not.

24      Q    Did you receive any verbal feedback during

25 that walk-through from the Georgia Department of



1    Education facilities person?

2        A    I did.

3        Q    You did?

4        A    Well, actually when we were walking he

5    gave some feedback.

6        Q    And what was that feedback?

7        A    Pretty much some of the stuff that was

8    noted was -- I mean was stuff that was minor.  It

9    could be, it could be fixed, I guess pretty much.

10       Q    Any other verbal feedback that you

11   received?

12       A    No.  That was it.

13       Q    Was anyone from Coastal Plains RESA

14   present for the walk-through with the Georgia

15   Department of Education facilities person?

16       A    I can't remember.

17            (Whereupon, Plaintiff's  Exhibit-742 was

18        marked for identification.)

19   BY MS. GARDNER:

20       Q    I'd like to show you Plaintiff's Exhibit

21   742.

22            This is an email from Beth Morris to

23   Victoria Lill, Josh Belifante, and others, dated

24   June 3rd, 2022, with the subject "Re: GNETS - Letter

25   re Physical Condition of Horizon Center at



1    Valdosta."
2            I take it you have not seen this document
3    before; is that correct?
4        A    I'm not sure.
5        Q    Okay.  You think you may have?
6        A    I'm not sure.
7        Q    Okay.  In this email Ms. Morris says:
8    "Thank you for your letter.  I have reviewed it with
9    Coastal Plains RESA Valdosta City Schools.  Upon
10   receiving your letter, they requested that a
11   facilities consultant from the DOE tour the building
12   with them and this was done on Wednesday, May 24,
13   2022."
14           Do you see that?
15       A    I saw it.
16       Q    And that's consistent with what we've just
17   discussed?
18       A    Yes.
19       Q    Moving down towards the middle of the
20   paragraph, it says:  "The initial plan is to make
21   the most immediate improvements to the current
22   building.  Their hopes are to have these completed
23   prior to August 2022 (depending on the availability
24   and timelines provided by the contractors).  They do
25   not intend to do a complete renovation of the



```
 1   building at this time because they will then make

 2   preparations for moving all students from that

 3   building into classrooms onsite by the 2023-2024

 4   school year."

 5             Do you see that?

 6        A    Uh-hum.  (Affirmative.)

 7        Q    Has Horizon GNETS departed from the plan

 8   to move all students from that building into

 9   classrooms onsite by the 2023-24 school year?

10        A    I don't know.

11        Q    Well, you just told me that next year, for

12   the 2023-24 school year, you expect students will be

13   served in the Valdosta Horizon facility, correct?

14        A    I don't know anything about a plan.  I

15   mean here it's saying a plan to move us from that

16   building.  I have not been included in anything like

17   that, so I don't know.  That was just what I was

18   saying.

19        Q    Okay.  So you have --

20        A    That was just me.

21        Q    -- as the Horizon GNETS director have no

22   understanding that students will be moved from the

23   current Valdosta facility into the classrooms on

24   school sites by the 2023-24 school year?

25        A    I have not been in any meeting where that
```



1   was shared.

2        Q    Okay.  So you have no knowledge of that?

3        A    I don't.

4        Q    Okay.  There have been some reports that

5   there are Valdosta City school board members who

6   want to demolish the building where the Valdosta

7   Horizon GNETS center is currently operating.  Are

8   you aware of that?

9        A    There were some conversations.

10       Q    And so you're aware that a part --

11       A    Yes, there was conversation, right.

12       Q    And those conversations include the

13  possibility of demolishing the site?

14       A    That was not in the latest conversation.

15  There have been lots of conversations.

16       Q    What was the latest conversation?

17       A    I'm not sure.  The latest conversation was

18  that in demolishing the building, since we're a

19  separate building, they had everything wired in that

20  separate building so it would not affect the other

21  part.  And they're keeping the performing arts

22  center, and I'm not sure, in our building, because

23  there's an athletic part over there, too.  We're not

24  the only one in that building.

25       Q    What is your understanding as to -- for




1   those Valdosta City School Board members who want to

2   demolish the site, what is your understanding as to

3   why they want to demolish it?

4            MR. NGUYEN:  Object to the form.

5            You may answer the question.

6       A    I'm not sure.

7       Q    You don't know?

8       A    I don't know.

9       Q    Is it something that you have ever

10   inquired?

11       A    No, I have not.

12       Q    Notwithstanding the fact that Horizon

13   GNETS students are in those facilities?

14       A    Well, I figured that the LEAs will get

15   with me if that was -- you know, when the time comes

16   and we'll make a plan.

17       Q    The letter that was sent about the

18   condition -- by the United States, about the

19   condition of the Horizon GNETS facilities at

20   Valdosta also mentions past cockroaches and things

21   like that.  Is that an issue that has had to be

22   called in related to that facility in the past?

23       A    No.  That's in the gym.

24       Q    I'm sorry?

25       A    That was in the gym area, the part that's



1    going to be demolished.

2        Q    I'm not sure that I follow.

3        A    Okay.  The pictures of the cockroaches

4    were in the -- were in the part of where the

5    lunchroom and the gym is located and that part is

6    being demolished.  Nobody is over there.

7        Q    Okay.  I'm separately asking whether the

8    Horizon GNETS facility of Valdosta has had in the

9    past issues with pest control, things like

10   cockroaches or things that have -- along those lines

11   that have had to be called in?

12       A    Not a major problem.  I know we've had

13   some pest issues with ants and some other stuff but

14   not to my knowledge.

15           MS. GARDNER:  I'd like to take a quick

16       break to figure out what more needs to be done

17       to wrap up and then I think we're good.

18           What is the time right now?

19           THE VIDEOGRAPHER:  The time is 5:55 p.m.

20       We are going off the record.

21           (A recess was taken.)

22           THE VIDEOGRAPHER:  The time is 6:05 p.m.

23           We're back on record.

24   BY MR. HOLKINS:

25       Q    I have just a few clean-up questions on a



1    couple of things.

2            We talked earlier about Horizon GNETS

3    students, and so I want to just understand how do

4    Horizon GNETS students get to their assigned

5    facilities?  Are they bused?  Are they car riders?

6    Is there a combination?

7        A    A combination; some are bused and some are

8    car rides.

9        Q    What percentage of students would you say

10   ride the bus to a GNETS facilities?

11       A    Probably about 80 percent.

12       Q    What is the longest bus ride in terms of

13   how long a Horizon GNETS student would be on the bus

14   for the current school year?

15       A    I'm not sure.

16       Q    Do you review any information about the

17   length of bus rides for Horizon GNETS students?

18       A    It's never been a problem to me, so I'm

19   not sure.

20       Q    But you don't know kind of the range of

21   shortest to longest, what the time lengths are that

22   students stay on the bus?

23       A    No.

24       Q    Do any Horizon GNETS students participate

25   in any sort of bus barn or busing hub where they go



1  to one location and then switch buses and then come

2  to a GNETS facility?

3       A    I think here they do, at the Colquitt

4  site.  I think there's a bus that comes here.

5            The Valdosta site, no.  Because they're

6  bused directly to their locations.

7            The Tift site, no.  I'm not sure.

8            The Cook site, possibly, I think.

9       Q    And when you say that there's a bus hub in

10  Colquitt, like how does that work?

11      A    I think here you got several buses that

12  come here, and the student can get on -- possibly

13  different buses with regular students.

14      Q    But do those students then go to another

15  location where there's like a bunch of buses, and --

16      A    No, no.

17      Q    -- they have to switch buses?

18      A    No, not a different location.

19      Q    Okay.  Did any of the Horizon GNETS

20  facilities have any sort of staggered departure

21  times for buses?

22      A    They do.

23      Q    How does that work?

24      A    They all have staggered times, pretty much

25  all of them.



1    Q    What do you mean by staggered times?

2    A    You got -- at the Valdosta site they start

3    being released about 2:15, the bus, then another bus

4    may come at 2:30, another bus may come at 2:45.

5    Q    Okay.

6    A    And I think at this site there's just like

7    a bus release too, pretty much the same thing.  One,

8    and then another one, and another one.  Yeah, they

9    do.

10    Q    What is the purpose of having staggered

11    bus releases?

12    A    Some of it may be because of bus drivers

13    have other responsibilities of picking up other

14    students.  So they may come pick up our students

15    first.

16         I'm not sure what the -- what the reason

17    would be.

18    Q    Does that ever require any students to be

19    released before the end of the school day?

20    A    Yes, it does.

21    Q    And which sites is that, does that occur

22    at?

23    A    I want to think the Tift site there are a

24    couple of students released before the end of the

25    school day.  I think.



1    Q    How long before those students are
2    released?
3    A    Maybe like 30 minutes.
4    Q    Okay.  Any other sites that you can think
5    of?
6    A    No.
7    Q    You have been director of the Horizon
8    GNETS program for 12 years, correct?
9    A    That's correct.
10   Q    While you have been director, what has
11   been the longest length of stay for a student within
12   the Horizon GNETS program that you can recall?
13   A    Some of the life skill students, their
14   stay is usually longer --
15        THE COURT REPORTER:  I'm sorry.  Some of
16        the what students?
17   A    Life skill students.  Some of the life
18   skills students, their stay is usually longer than
19   the other students, lasts longer.
20        Some of them have been in the program, to
21   my knowledge, like two, three years.  Life skill
22   students.
23   Q    And you say that that two- to three-year
24   stay is longer than students who are not life skill
25   students?



1        A     Right.   Longer than the others.

2        Q     How long on average would you say students

3    that are not life skill students remain in the

4    Horizon GNETS program?

5        A     Maybe two years.   Maybe two years.   I'm

6    not sure.

7        Q     Do you review data to assess and determine

8    what average lengths of stay are for students in the

9    Horizon GNETS program?

10       A     We have -- I have in the past.

11       Q     How long ago has it been since you've done

12   that?

13       A     It's been a while.   Probably about three

14   or four years since I've actually looked at that.

15             Let me back up.

16             We've had some students, I'm sorry, last

17   year that graduated from the program.   Now, I'm not

18   sure if they were in the program from the beginning,

19   but they graduated from the program.

20       Q     Okay.

21       A     So the length of stay, probably about --

22   maybe five years.   I'm not sure.

23       Q     There are students that come into GNETS

24   and then graduate from GNETS as opposed --

25       A     Yes.



1        Q     -- to their home school system?

2        A     Uh-hum.   (Affirmative.)

3              (Whereupon, Plaintiff's Exhibit-743 was

4         marked for identification.)

5    BY MS. GARDNER:

6        Q     Let me show you what is marked as

7    Plaintiff's Exhibit 743.

8              This is an email from you to Vickie

9    Cleveland, dated November 20, 2020, with the subject

10   "Apex Services."

11             The document is Bates-stamped GA00364202.

12             Do you recognize this?

13       A     Yes.

14       Q     We talked about Apex earlier, and so I

15   want to just confirm, this is an email in which you

16   are providing Ms. Cleveland with information about

17   the number of students served through Apex at the

18   Valdosta GNETS site; is that correct?

19       A     Yes.

20       Q     And as of November 20th, 2020, that was 11

21   students?

22       A     Yes.

23       Q     What prompted you to send this information

24   to Ms. Cleveland?

25       A     I think she was doing a report.   Some kind



1  of report she was doing, I think.

2      Q    Do students at the Horizon Valdosta GNETS

3  center get school photos taken?

4      A    You mean by the home school?  What are you

5  talking about?

6      Q    During the course of the year, do they

7  have a picture day?  Do students get their --

8      A    We contract someone to take pictures, do

9  photos, yes.  And sometimes someone will go back to

10  their schools, their home school, and take a photo,

11  so it's in their yearbook.

12      Q    Does the Horizon GNETS program at Valdosta

13  have its own yearbook?

14      A    No, we do not.

15      Q    What about at the Colquitt center, do they

16  have a yearbook?

17      A    No.

18      Q    Are there school photos taken at the

19  Colquitt center?

20      A    I'm not sure if they take pictures or not.

21      Q    We were talking earlier about the

22  intensive intervention room here at the Colquitt

23  site.

24      A    Uh-hum.  (Affirmative.)

25      Q    And you mentioned that there were two



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                  319

1  interior closets in that room?

2       A    Yes.

3       Q    Do those closets have windows?

4       A    I can't remember but I think so.

5       Q    Are there locks on those closets?

6       A    Yeah, there's a lock.  A lock.

7            (Whereupon, Plaintiff's Exhibit-744 was

8       marked for identification.)

9  BY MS. GARDNER:

10      Q    I'll show you Plaintiff's Exhibit 744.

11           This is an email exchange between you and

12  Nakeba Rahming from July 2016.  The subject is:  "Re

13  URGENT."

14           The document is Bates-stamped GA00062781.

15           Do you recognize this?

16      A    Vaguely.

17      Q    In your email to Ms. Rahming you say:  "Do

18  we need to upload the SLO again or send a copy to

19  you?"

20           Do you see that?

21      A    Yes.

22      Q    What is SOL mean?

23      A    It's been so long, I don't even know.

24      Q    Your email is in response to an email from

25  Ms. Rahming in which she says:  "I will need for you



 1  to send your reports with your SOL outcomes to the

 2  GaDOE portal."

 3      A    I think it was student learning outcome.

 4  I'm not sure that's, that's, that's...

 5      Q    And she notes that she would be

 6  aggregating and providing the data from these

 7  reports for the State Board of Education, correct?

 8      A    Uh-hum.  (Affirmative.)

 9      Q    And that's why she was asking for that?

10      A    Yes.  Student learning objectives.  That's

11  what it is.

12      Q    Okay.  Student learning --

13      A    We don't do that anymore.  That's what

14  that is.

15      Q    What were student learning objectives?

16      A    I can't remember.

17      Q    When did you stop doing them?

18      A    Oh, it's been years since we've done that.

19  They did away with that.

20          I know it's been within the last, I think,

21  five years, I want to think, because we haven't done

22  those.

23      Q    When you say "they did away with that,"

24  who is "they"?

25      A    I guess the State department.  That's who



1   we were doing it for.  Something we would load in

2   the portal.

3       Q    The State Department of Education?

4       A    Uh-hum.  (Affirmative.)

5       Q    A couple other questions.

6            The site visit that the United States

7   conducted with its experts to the Horizon Valdosta

8   site in May of 2022 --

9       A    Uh-huh.  (Affirmative.)

10      Q    -- were you present on the actual day of

11  that site visit in May of 2022?

12      A    I was.

13      Q    To the Horizon Valdosta site visit?

14      A    Yes.

15      Q    You were present?

16      A    Yes.

17      Q    And the United States had representatives

18  at that visit?

19      A    What do you mean?

20      Q    I'm asking about the United States visit

21  to the Horizon Valdosta facility in May of 2022.  Do

22  you understand that the United States visited the

23  Horizon Valdosta facility with one of its experts in

24  this litigation?

25      A    I'm confused.  That was not the visit for



1    the -- that was not the facility visit?

2        Q    So we reviewed a letter earlier that the

3    United States --

4        A    Right.

5        Q    -- wrote about the condition of the

6    Horizon GNETS --

7        A    In May.

8        Q    -- facility.

9        A    I was present.

10       Q    You were present for the United States

11   visit of that facility?

12       A    Yes.

13       Q    Okay.  And who else was present for that

14   visit?

15       A    I was present, Belinda Harris was present.

16   She's the coordinator at the time.

17            THE WITNESS:  I think you were present.

18            MR. NGUYEN:  I can't help you answer.

19       Q    Who else was present?

20       A    There were a whole bunch of folks.  I

21   don't know who they were.

22       Q    Was there anyone present from the Georgia

23   Department of Education?

24       A    I have no idea, but I think so.  It was a

25   whole bunch of people.



1       Q     In advance of the United States site

2   visits to the Horizon GNETS program in 2022, how

3   long before those site visits occurred did you learn

4   that they would be happening?

5       A     I'm not sure.  I'm not sure.

6       Q     Did you have any conversations with anyone

7   on your staff about the visits in advance of the

8   visits occurring?

9       A     I did.

10      Q     And who on your staff did you have

11  conversations with about the visits?

12      A     The entire staff.

13      Q     What did you tell them?

14      A     That we were going to have a site visit.

15      Q     Anything else?

16      A     Pretty much -- and I was not sure what

17  they would be looking for but we were going to have

18  a site visit.

19      Q     Did you tell them who was conducting the

20  site visit?

21      A     I did not.

22      Q     Were there any modifications made to any

23  class schedules in advance of those site visits?

24      A     No.

25      Q     Were there any changes made to any



1  students' schedules in advance of those site visits?

2      A    No.

3      Q    Did you or anyone on your staff have any

4  conversations with students or their families about

5  the site visits in advance of the site visits

6  occurring?

7      A    No.

8      Q    I'm sorry, no?

9      A    No.

10     Q    Were any students invited or requested to

11  stay home on the date of the site visits?

12     A    No.

13     Q    Did you or anyone on your staff have any

14  conversations with anyone from the State about site

15  visits before those visits occurred?

16     A    What do you mean?

17     Q    Did you or anyone on your staff have any

18  conversations with anyone, for example, from the

19  Georgia Department of Education, about the site

20  visits before they occurred?

21     A    No.

22     Q    Any conversations about the site visits

23  with any attorneys representing the State of

24  Georgia, in advance of those site visits occurring?

25     A    I'm not sure what you're saying.  I'm not



1   sure what you're asking.

2        Q    I'm asking whether you had any

3   conversations or whether any of your staff members

4   had any conversations with anyone representing the

5   State of Georgia about site visits that the United

6   States might be conducting before those site visits

7   occurred?

8        A    I'm not sure.

9        Q    You don't know if you had any of those

10  conversations?

11       A    I don't.

12       Q    You don't remember?

13       A    I don't remember.

14       Q    The site visit to the Horizon GNETS

15  facility at Valdosta that we talked about, that you

16  said you were present for, were you present for the

17  entirety of that site visit?

18       A    I was.

19       Q    In what ways, if any, do you think access

20  to therapeutic services for students served in GNETS

21  could be improved?

22       A    I'm sure it could be, it could be

23  improved, as far as what we're doing.

24            But I think it's a matter of funding, as

25  far as -- that we would need to improve some of the



1  services that we're doing, therapeutic services.

2      Q    And assuming you had unlimited funding,

3  what would you do to improve those services?

4      A    Well, we're trying to be creative.  We're

5  doing some art therapy in-house.  We've been doing

6  some music therapy in-house.  We've been doing

7  drumming, which is a therapeutic service in-house.

8      Q    Anything else that you would do if funding

9  were no obstacle?

10     A    No, I can't think right now.

11         MS. GARDNER:  Okay.  That's all of my

12     questions.

13         THE WITNESS:  Are you through?

14         MS. GARDNER:  I'm through.

15         MR. NGUYEN:  Javier?

16 EXAMINATION

17 BY MR. PICO PRATS:

18     Q    Can you see me and can you hear me?

19     A    Yes.

20     Q    Good evening, sir.  And I will be

21 relatively brief, at least comparative.

22         There should be not very many questions I

23 have.

24         Are you ready to get started?

25     A    I can't understand.



1        Q    Are you ready to begin?

2        A    Yes.

3        Q    Can you hear me clearly?

4        A    You're breaking up little bit but fairly.

5        Q    Earlier in the deposition you discussed

6   students being reintegrated into the general

7   education programs.  Do you remember this?

8        A    Yes.

9        Q    Would you agree that students

10  reintegrated, student reintegration is fully relying

11  on a student's individual IEP?

12       A    Yes.

13       Q    And who makes up an IEP team?

14       A    Usually it's the classroom teacher,

15  special education director, other related services,

16  LEAs.  Some time the administrator of the building.

17  And then others are invited.

18       Q    Is there anyone from the State of Georgia

19  that's part of the team?

20       A    At the IEP meeting?

21       Q    Yes.

22       A    No.

23       Q    Are you aware of any instances in which a

24  State employee participated in a decision for a

25  student to receive GNETS services?



1        A    I can't -- you need to restate that.

2        Q    Are you aware of an instance in which a

3    State member, a State employee member was part of an

4    IEP team?

5        A    No, not to my knowledge.

6        Q    Moving to -- do you have Exhibit 739 in

7    front of you?

8        A    Do I have what now?

9             MR. NGUYEN:   739.

10            Yes, he's got it right in front of him.

11       A    I do.

12       Q    If you please go to Page 2, and then No.

13   5.

14       A    Yes.

15       Q    We earlier today, you remember Ms. Gardner

16   having discussed this with you?

17       A    Yes.

18       Q    And it states that:  "The action

19   necessary/needed is more professional learning from

20   the DOE up to the referral process and exit

21   criteria."  Correct?

22       A    Yes.

23       Q    And you mentioned that you believe that

24   this has been accomplished since then, correct?

25       A    Yes.



1        Q    And you think that it was done by the

2    RESAs, correct?

3        A    Some, yes.

4        Q    Do you know if the State DOE had anything

5    to do with telling the RESAs about additional

6    professional learning?

7        A    They did.  We have a roundtable meeting in

8    Macon from DOE, and at that roundtable meeting we

9    had all of the RESAs and all the special ed

10   directors and GNETS directors to hear that

11   information from the State, and then that was going

12   to trickle down to the RESAs.

13       Q    And you think that this is now

14   accomplished, correct?

15       A    Yes.

16       Q    Shifting gears, you talked about the

17   length of stay for students in the GNETS program.

18            Do you remember this?

19       A    Repeat the question again.

20       Q    Do you remember discussing earlier today

21   about the average length of stays for students in

22   the GNETS program?

23       A    Yes.

24       Q    Did the length of stay depend on a

25   student's IEP?



1      A    Yes.

2      Q    And, again, the GaDOE doesn't have

3   anything to do with a student's IEP, correct?

4      A    Yes.

5      Q    And then one last -- few questions.

6           You discussed the bus routes and the

7   length of bus rides earlier today, correct?

8      A    Okay.  I'm not aware of the length of the

9   bus ride.  I mean I don't -- I'm not aware of any

10  lengthy bus rides, okay.  Usually when there's a

11  lengthy bus ride, then that's when we get involved

12  because parents are involved.  So I'm assuming that

13  the bus rides are normal.  I mean just, you know,

14  what a normal bus ride would be.

15     Q    Do you know who set the bus route?

16     A    The Transportation Department and all of

17  the assistants have a person that does the bus

18  routes.

19     Q    And you've never heard any complaints?

20     A    I have not.

21          MR. PICO PRATS:  That's all the questions

22  I have then.

23          Thank you very much.

24          THE WITNESS:  You're welcome.

25          THE VIDEOGRAPHER:  Counsel, before we go



1  off the record, copies of the transcript or

2  video?

3      MS. GARDNER:  We have a standing order, so

4  we will want copies of the transcript and the

5  video but Esquire should have our standing

6  order.

7      MR. NGUYEN:  I do not need a copy of the

8  transcript or video at this time.  The witness

9  will read and sign.

10     So, Marcia -- Wanda, sorry, court

11  reporter, will you just -- you've got my email,

12  just send me the Veritext verification thing.

13  I'll forward it to the witness.

14     THE COURT REPORTER:  It isn't Veritext.

15  It's Esquire.

16     MR. NGUYEN:  I'm sorry.  I didn't realize

17  who it was.

18     THE COURT REPORTER:  I don't have your --

19  well, let's go off the record.

20     THE VIDEOGRAPHER:  Just go off the record

21  with no further questions.

22     The time is 6:32 p.m. on the Zoom, and we

23  are going off the record.

24     (Whereupon, the deposition concluded at

25  6:32 p.m.)



1                   C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   FULTON COUNTY:

5

6            I hereby certify that the foregoing

7   transcript of SAMUEL CLEMONS, SR. was taken down, as

8   stated in the caption, and the questions and answers

9   thereto were reduced by stenographic means under my

10  direction;

11           That the foregoing Pages 1 through

12  331 represent a true and correct transcript of

13  the evidence given upon said hearing;

14           And I further certify that I am not of kin

15  or counsel to the parties in this case; am not in

16  the regular employ of counsel for any of said

17  parties; nor am I in anywise interested in the

18  result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21  subscribed my name this 27th day of December, 2022.

22

23   _____

24           Wanda L. Robinson, CRR, CCR No. B-1973
              My Commission Expires 10/11/2023

25



1          D I S C L O S U R E

2    STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
     FULTON COUNTY     ) SAMUEL CLEMONS, SR. - 12/15/22

3              Pursuant to Article 10.B of the Rules and

4    Regulations of the Board of Court Reporting

5    of the Judicial Council of Georgia, I make the

6    following disclosure:

7              I am a Georgia certified court reporter.

8    I am here as a representative of Esquire Deposition

9    Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Department

11   of Justice Office to provide court reporter services

12   for this deposition.  Esquire Deposition Solutions,

13   LLC will not be taking this deposition under any

14   contract that is prohibited by O.C.G.A. 9-11-28 (c).

15

16             Esquire Deposition Solutions, LLC has no

17   contract/agreement to provide court reporter

18   services with any party to the case, or any counsel

19   in the case, or any reporter or reporting agency

20   from whom a referral might have been made to cover

21   this deposition.

22             Esquire Deposition Solutions, LLC will

23   charge the usual and customary rates to all parties

24   in the case, and a financial discount will not be

25   given to any party to this litigation.



1    United States of America v. State of Georgia
     J8828141
2

3              DECLARATION UNDER PENALTY OF PERJURY

4

5              I declare under penalty of perjury that I

6    have read the entire transcript of my deposition taken in

7    the above-captioned matter or the same has been read to

8    me, and the same is true and accurate, save and except

9    for changes and/or corrections, if any, as indicated by

10   me on the DEPOSITION ERRATA SHEET hereof, with the

11   understanding that I offer these changes as if still

12   under oath.

13

14   Signed on the_____day

15   of _____20__.

16

17

18

19   _____
     SAMUEL CLEMONS, SR.
20

21

22

23

24

25



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                    335

```
 1                    DEPOSITION ERRATA SHEET
                            J8828141
 2

 3    Page No.___Line No.___Change to:_____

 4    _____

 5    Page No.___Line No.___Change to:_____

 6    _____

 7    Page No.___Line No.___Change to:_____

 8    _____

 9    Page No.___Line No.___Change to:_____

10    _____

11    Page No.___Line No.___Change to:_____

12    _____

13    Page No.___Line No.___Change to:_____

14    _____

15    Page No.___Line No.___Change to:_____

16    _____

17    Page No.___Line No.___Change to:_____

18    _____

19    Page No.___Line No.___Change to:_____

20    _____

21    Page No.___Line No.___Change to:_____

22    _____

23    Page No.___Line No.___Change to:_____

24    SIGNATURE:_____DATE:_____

25              SAMUEL CLEMONS, SR.
```



SAMUEL CLEMONS, SR.                                December 15, 2022
UNITED STATES vs STATE OF GEORGIA                            336

```
 1              DEPOSITION ERRATA SHEET

 2                     J8828141

 3   Page No.___Line No.___Change to:_____

 4   _____

 5   Page No.___Line No.___Change to:_____

 6   _____

 7   Page No.___Line No.___Change to:_____

 8   _____

 9   Page No.___Line No.___Change to:_____

10   _____

11   Page No.___Line No.___Change to:_____

12   _____

13   Page No.___Line No.___Change to:_____

14   _____

15   Page No.___Line No.___Change to:_____

16   _____

17   Page No.___Line No.___Change to:_____

18   _____

19   Page No.___Line No.___Change to:_____

20   _____

21   Page No.___Line No.___Change to:_____

22   _____

23   Page No.___Line No.___Change to:_____

24   SIGNATURE:_____DATE:_____

25              SAMUEL CLEMONS, SR.
```



|  | 4:19 | 5:10 | 142:3 | 221:19,23 |
|---|---|---|---|---|
| Exhibits | 78:1,5 | 104:9,13 | | |
| | 8828141 Sam | 8828141 Sam | 8828141 Sam | 8828141 Sam |
| 8828141 Sam | uel. | uel. | uel. | uel. |
| uel. | Clemons GNE | Clemons GNE | Clemons GNE | Clemons GNE |
| Clemons GNE | TS Director | TS Director | TS Director | TS Director |
| TS Director | .EXHIBIT710 | .EXHIBIT716 | .EXHIBIT722 | .EXHIBIT728 |
| .EXHIBIT704 | 4:21 | 5:12 | 5:24 | 6:14 |
| 4:10 | 80:20,23, | 112:10,14 | 144:24 | 222:22 |
| 14:16,17 | 24 | | 145:3 | 223:1 |

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT704
4:10
14:16,17

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT705
4:12
23:1,2

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT706
4:13
27:13,14

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT707
4:15
51:18,22
75:7

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT708
4:17
76:14,18

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT709

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT710
4:21
80:20,23,
24

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT711
4:23
84:12,16

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT712
5:4 91:5,
9

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT713
5:6 99:9,
13

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT714
5:8
101:17,21
102:21

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT715

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT716
5:12
112:10,14

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT717
5:14
115:6,10

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT718
5:16
117:9,13

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT719
5:18
122:16,19

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT720
5:20
133:11,15

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT721
5:21
141:24

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT722
5:24
144:24
145:3

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT723
6:4
190:7,8

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT724
6:5
196:6,9

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT725
6:7
205:23
206:3,13

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT726
6:10
216:2,6

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT727
6:12

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT728
6:14
222:22
223:1

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT729
6:16
230:8,12

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT730
6:18
235:8,12

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT731
6:20
237:5,9

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT732
6:22
243:5,11

8828141 Sam
uel.
Clemons GNE
TS Director
.EXHIBIT733
7:4
254:4,8



SAMUEL CLEMONS, SR.                           December 15, 2022
UNITED STATES vs STATE OF GEORGIA                  Index: $3..1980

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT734
    7:6
    264:5,8

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT735
    7:10
    265:25
    266:4

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT736
    7:12
    266:24
    267:2

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT737
    7:14
    271:11,14

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT738
    7:17
    272:21,
    24,25

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT739
    7:19

275:18
328:6

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT740
    7:21
    287:15,16

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT741
    7:24
    295:25
    296:4

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT742
    8:4
    306:17,
    20,21

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT743
    8:5
    317:3,7

8828141 Samuel.
Clemons GNE TS Director
.EXHIBIT744
    8:7
    319:7,10

——————————
         $
——————————

$3
    240:3,24

$6
    245:3,8

——————————
         1
——————————

1
    118:1
    146:23
    147:4,17
    153:8,11
    155:3
    156:17,
    19,23
    157:8
    161:19,23
    265:14
    267:23
    276:16
    283:3
    285:17
    286:18

10
    19:20
    59:4
    90:14
    111:23
    169:3
    176:15
    202:22
    283:3
    285:17
    286:7,12,
    18

10-year
    282:12

100
    152:19

102
    152:8

1089
    290:5

1099
    291:14

11
    18:9
    50:19,20
    76:19
    78:7
    105:16,
    18,23
    176:15
    254:19
    264:3
    270:10
    317:20

1101
    292:12

1107
    293:24

116
    81:17
    82:1
    83:3,10
    150:17
    152:25
    197:2

119
    128:25

11:00
    105:1

11:45
    90:12

11:55
    99:1

12
    23:17
    39:14
    58:23
    91:1
    132:23
    315:8

12:30
    90:18

12:44
    99:4

13
    161:15
    176:13

14
    122:20
    140:22
    176:13
    188:24
    235:14,21

14th
    123:2

15
    58:24
    69:16
    150:24
    151:2,7,
    12 152:1
    196:20
    203:6

158
    81:18
    82:2
    83:4,10

15th
    9:3 236:4

17
    81:1

173
    152:22

18
    150:8,11

19
    41:14
    122:14
    221:25

1977
    41:14

1980
    40:24
    41:7,10,
    16 43:21
    47:8



SAMUEL CLEMONS, SR.                          December 15, 2022
UNITED STATES vs STATE OF GEORGIA                  Index: 1982..3

**1982**
  20:9,10

**1984**
  38:17
  40:24
  41:10,14,
  15,16,21
  42:14
  43:5,21

**1994**
  34:13
  38:18
  41:8,21
  42:2,3,14
  43:5,11
  47:13

**1997**
  32:19
  34:13
  42:3,9
  43:11
  47:19

**1999**
  32:19,23

**1:16-cv-
03088-elr**
  9:9

_____

         2

**2**
  118:1
  146:22,23
  147:17
  154:23,24
  155:2,4,
  8,23
  156:5,16,
  18,22
  157:1,5,
  7,13
  158:14
  160:4,11,
  17 161:5,

**19,24**
  164:12
  167:4
  223:14
  328:12

**2.6**
  240:4

**20**
  59:7
  198:8
  202:13,
  15,16,23
  203:1,5,8
  248:23
  317:9

**2000**
  19:20
  32:23,25

**2005**
  47:23

**2010**
  19:21
  20:1
  23:18,21
  32:25
  194:6

**2015**
  72:11

**2016**
  91:10,20
  221:25
  287:20
  319:12

**2017**
  122:20
  123:2
  216:8,16
  218:24
  223:3,12
  275:24

**2017-18**
  81:10

**2018**
  27:18
  28:5,11,
  23,24
  32:3,5
  78:7,15
  81:1
  84:18
  99:14
  101:23
  102:15
  104:15
  112:16
  113:22
  115:12,20
  117:15,22
  254:10,20
  264:3,10,
  14 266:6
  267:4
  270:5,11
  273:2

**2019**
  24:5
  76:19
  77:3
  141:20
  142:5,19
  235:14,21

**2019-20**
  236:5

**2020**
  141:20
  194:22
  230:14
  237:11,17
  243:13
  246:20
  317:9,20

**2021**
  126:9
  127:11
  171:11
  196:20

**2021-22**
  125:6
  128:18
  174:11,20
  232:8

**2022**
  9:3
  296:8,12
  301:18
  306:24
  307:13,23
  321:8,11,
  21 323:2

**2022-2023**
  69:12

**2022-23**
  125:17
  128:24
  232:5,11
  240:7

**2023**
  48:22

**2023-**
  304:2

**2023-2024**
  308:3

**2023-24**
  304:9
  308:9,12,
  24

**20th**
  317:20

**21**
  52:20
  149:9,15
  174:18
  273:2

**22**
  145:6

**23rd**
  296:8

**24**
  52:8
  91:10,20
  99:14
  161:13
  230:14
  304:4
  307:12

**26**
  117:22
  240:4

**27**
  117:15

**28**
  142:19

**29**
  287:20

**2:15**
  314:3

**2:30**
  314:4

**2:45**
  314:4

**2:46**
  189:25

**2nd**
  78:15
  270:5

_____

         3

**3**
  161:12,
  13,18,22
  162:3
  163:3
  164:8
  223:14
  235:22
  239:23
  268:7
  269:10



**30**
57:25
59:5 60:6
165:17
228:19
237:11
315:3

**30th**
237:17,20

**31**
104:15
243:14

**31,000**
239:24

**31st**
243:13
275:24

**35**
165:17

**39**
174:25

**3:00**
190:3

**3rd**
113:22
216:15
223:12
264:10
267:4
306:24

——————

**4**

**4**
86:22
101:23
102:15
112:16
146:22
147:4

**4-17-18**
254:15

**49**
24:11,12
28:2,5
29:20,24
30:5

**49%**
25:7

**4:21**
248:25

**4:29**
249:3

——————

**5**

**5**
118:1
182:10,14
328:13

**50**
59:20
125:15,19

**504s**
136:2

**52**
150:21
151:14

**56**
125:13,
15,19
153:1

**5:55**
311:19

**5th**
84:18
142:5

——————

**6**

**6**
183:14

**60**
59:20

**62**
303:25

**67**
174:4

**6:05**
311:22

**6:32**
331:22,25

**6th**
115:20

——————

**7**

**7**
27:18
28:11
115:12
134:6
135:4
207:10,11
254:10
267:23
269:12
276:16

**7.5**
286:19
287:2

**704**
14:16

**705**
23:1

**706**
27:13

**707**
51:22
75:7

**708**
76:18

**709**
78:5

**71**
154:24

**710**
80:24

**711**
84:16

**712**
91:9

**713**
99:13

**714**
101:21
102:19,21

**715**
104:13

**716**
112:14

**717**
115:10

**718**
117:13
122:12

**719**
122:13,
15,19

**720**
133:15

**721**
142:3

**722**
145:3

**723**
190:7

**724**
196:9

**725**
206:3,13

**726**
216:6

**727**
221:19,23

**728**
223:1

**729**
230:12

**730**
235:12

**731**
237:9

**732**
243:8,9,
11

**733**
254:8

**734**
264:8

**735**
266:4

**736**
267:2

**737**
271:14

**738**
272:25
287:11

**739**
275:22
287:12,13
328:6,9

**740**
287:15

**741**
296:4

**742**
306:21

**743**



317:7

**744**
319:10

**75**
171:13
173:9

_____

**8**

**8-28-19**
142:9

**80**
312:11

**84**
41:16

**85**
272:19

_____

**9**

**9**
179:9

**90**
260:14,20

**90%**
260:7

**94**
42:9

**9:56**
9:2

_____

**A**

**A-N-N**
107:10

**A-N-N-U-I-
T-Y**
107:9

**a.m.**

9:2 99:1

**ABA**
167:10,
14,15,16,
17,21,23
168:1,4,
5,7
193:7,10,
13,15,19
235:15
236:1,9,
10,14,18,
21

**ability**
109:6

**abuse**
188:25
189:3,12,
18,22

**abused**
189:6

**academic**
146:6
160:11,21
161:5,9,
11 226:2,
3 259:15
268:13,24
269:2

**academicall
y**
96:10
225:23
226:5

**academics**
161:20
227:21

**Academy**
32:22
52:7,14
54:9
63:22,24
65:11

66:2
68:25
69:15
78:20
91:11
92:11
97:22
113:1
133:21
135:9,21
141:1
145:5
150:17
235:21
244:1
287:21

**accepted**
214:22

**access**
73:23
80:14
325:19

**acclimated**
185:2

**accompanied**
291:2
305:3

**accompany**
304:24

**accomplishe
d**
328:24
329:14

**accurate**
77:10,19
128:20
149:22
169:21
179:2

**acquainted**
19:18,23

**acronyms**
21:11

**acting**
24:22
134:13

**action**
15:6 92:2
178:2
278:20
279:3
328:18

**actions**
268:6
270:23
278:18
281:14

**active**
180:21,24
181:11

**activities**
176:3
271:1

**actual**
46:16
168:7
321:10

**ADA**
269:19

**addition**
45:25
161:24
222:18

**additional**
12:15
51:9
79:24
155:4
191:5
202:9
204:3
248:19
271:1
279:6,21
329:5

**address**
20:18,21
110:1
124:3,6
125:2,3
154:11
157:21

**addressed**
64:17
108:18
110:3
303:17

**addresses**
296:9

**Adel**
71:9,24
169:25
170:5,6
285:15,19
286:11,21
287:3

**adequate**
134:16,21

**adjacent**
302:3

**adjust**
289:10

**administer**
64:10
232:21

**administere
d**
234:1

**administeri
ng**
233:23
234:16

**administrat
ive**
45:8
143:24
144:4



administrator
34:5,9
35:18,24
36:2
37:3,23
42:4,12
43:15
327:16

administrators
36:3

adults
44:7

advance
323:1,7,
23 324:1,
5,24

advanced
263:15

Advisory
98:21
134:13

affect
120:1
309:20

affiliated
43:1
121:25

affirmative
19:22
28:16
34:14
47:20
64:6
71:14
77:6
83:19
85:2,18
107:8
114:2
115:21
121:16

142:20
154:14
179:13
182:16
184:19
214:24
220:12
227:1
232:18
234:11
248:10
253:3
260:10
266:18
274:10
278:12
281:13
284:14
286:5
290:7
291:15
292:13
298:1
301:17
308:6
317:2
318:24
320:8
321:4,9

affirmatively
121:19

afternoon
68:18

afternoons
34:18
35:14
37:1
42:6,10
43:13
44:14
67:2
68:4,5

afterward
270:13

agencies
68:23
182:8

agency
21:20,24
86:10
100:14
101:15
104:23
105:8
106:11
109:7
111:19
113:7
185:20,25
186:3,12,
13 192:25

agenda
256:5,6,
8,13

agendas
255:25

agent
30:10,11,
14,17,21,
25 31:2,3
93:23,25
94:4,13
95:12
96:2
104:4
107:21
108:15
109:13
116:14
121:15,
19,20,25
122:5,9
123:3,15,
21,23,25
124:9,11,
12,14
218:19
241:4
296:8

ages
52:20

aggregated
144:18
252:18

aggregates
143:4

aggregating
144:15
320:6

aggressive
182:25

aggressiveness
197:14

agree
11:17
111:12
204:9
327:9

agreed
13:3

agreement
205:14,20

ahead
25:9
191:7

air-conditioning
285:10

Albany
172:21

allocating
245:3

allocation
242:8,11,
16,18,21,
25 243:3

allowed

187:19
295:8

alongside
22:22

alternative
34:10
35:25
36:1,4,6,
8,10
37:11
38:4
42:5,11
43:17
45:9

Amber
117:22,24
119:20
120:6

America
9:6

amount
118:3
228:14

analysis
167:15
193:5,12

and/or
86:24
182:9

anger
155:24
156:6
157:9
176:3,4
197:14

announce
9:13

annual
64:15
275:3,16

annuity
106:12



107:7,11,
20

**answering**
11:21
12:8

**answers**
11:16

**ants**
311:13

**anymore**
320:13

**Apex**
157:20,25
158:1,5,
12 184:17
317:10,
14,17

**apologies**
122:15
147:10

**app**
83:23

**appeared**
232:16
234:18

**appears**
114:14
117:21
145:23
153:11
223:9
245:1

**applicants**
195:9,20

**application**
83:24
145:5,15,
24 146:12
169:9
174:4,16
190:19,23
241:9,10,

13,15,18
242:22,25
247:13

**Applied**
167:15
193:11

**applies**
193:5
240:6

**apply**
244:4

**apprehensiv
e**
104:23

**appropriate
ly**
181:1

**approves**
196:3

**approximate**
69:10
125:11

**approximate
ly**
56:8
58:20
59:5,7
69:14
125:16
128:17,22
163:13
172:8
176:7
303:23

**April**
122:20
123:2
254:24

**AR**
248:4

**area**
48:1

50:7,13
131:16
133:4
157:4
163:25
164:2
185:5
249:23,25
251:6,20
253:13,
17,19,20,
24 254:1
256:24
259:1
265:15
269:9,10
276:20
278:11,
13,15
280:18
292:9
310:25

**areas**
48:6,8,
16,17,19
130:22
131:11,
12,13
145:14
195:6
249:23
250:3,4
255:13,17
265:3,5,
8,10
266:16
267:23
268:7,8
276:15,24
277:8,16
305:10

**array**
74:23
75:2,19,
22

**arrive**
189:12,15
226:9

**arrives**
225:21

**art**
126:8
127:10
154:11,
15,18
326:5

**artifact**
256:16

**artifacts**
250:15,17
251:4,24
253:18
255:19
256:24
270:18
273:20
274:8

**arts**
141:14
309:21

**asap**
231:6
236:6

**asks**
266:14

**aspects**
250:18

**Assembly**
52:15

**assess**
227:2
249:17
316:7

**assessed**
253:13

**assessment**

34:3 54:3
63:16,21,
23 64:8
65:10
225:22
226:24
250:12
288:4

**assessments**
34:2 64:2
98:12
225:25
226:9
227:13
234:23
288:11

**assigned**
93:16
126:11,
17,19,23
127:13
312:4

**assist**
52:19
78:17
210:12
245:3

**assistant**
32:16,21
33:4,21
37:4 45:2
143:25
144:5
305:5

**assistants**
330:17

**assume**
84:3
88:2,23
241:16
250:7
281:10
296:17



assuming
  88:25
  290:19
  326:2
  330:12

athletic
  309:23

attach
  256:9
  265:17

attached
  85:4
  236:1
  264:18

attaches
  254:22

attachment
  85:1 86:7
  87:6
  142:8,12,
  13 254:13
  255:4
  264:13
  267:7,10,
  14 271:21
  272:12,13
  276:2,11
  287:23
  289:23

attend
  17:11,16
  105:1,9,
  16 110:14
  135:23
  162:24
  163:1
  184:10
  200:10,
  12,13,15,
  16,19
  223:13
  256:4
  273:18

attendance
  187:13
  255:24
  256:15

attended
  105:6,10
  256:7,13

attending
  33:16
  34:1
  36:25

attends
  162:21
  180:8

attention
  246:18
  294:22

attorney
  10:24
  12:7
  122:21
  123:4,5,
  15,16,22
  124:13,20

attorneys
  324:23

attribute
  130:13

attributes
  133:7

Atwater
  91:24
  100:8
  103:9

Atwaters
  85:15

August
  91:10,20
  115:12,19
  117:15,22
  142:18
  216:8,15

230:14
243:13,14
307:23

authorities
  92:3

Autism
  182:14,18
  183:1
  191:1,7

autistic
  182:24
  183:1
  276:24
  277:11,
  21,23,25
  278:2,6

automatical
ly
  240:12,16

availabilit
y
  307:23

avenues
  173:13

average
  316:2,8
  329:21

avoid
  11:20
  178:6

aware
  15:24
  20:2,5
  212:25
  218:23
  220:2
  292:6
  309:8,10
  327:23
  328:2
  330:8,9

───────────

      B
───────────

B-A-S-C
  64:5

B.S.
  46:23

Babies
  183:14,23

Baby
  183:19

bachelor
  138:10

bachelor's
  47:4,5
  135:11
  137:11,
  13,16,20
  138:1,5,
  18

back
  12:17
  18:5 26:6
  29:15,18
  33:17
  42:3
  44:15
  46:22
  76:7,9
  88:24
  90:9
  96:11,12,
  15,16
  99:5,7
  104:5
  114:18
  119:2,10
  120:14,
  22,25
  147:1
  167:20
  173:23
  180:10
  183:10

190:4
197:19
198:9,23
201:10
202:13,
15,20
213:9,12
216:1
217:17
218:10
223:14,
18,25
224:2,15,
16 225:1
226:6,22
227:13
241:5
247:6
249:4
280:4,9
290:6
291:13
297:21
311:23
316:15
318:9

background
  38:7
  138:9,15,
  17

backward
  169:11

backwards
  152:5

Bailey
  9:10

Ballpark
  13:18

bang
  284:20

banged
  285:1,3

barn



312:25

**BASC**
64:3,5,7,
10 226:25
227:2
229:18,24
231:16
234:16
257:2,6
258:12,
15,19
259:4,10

**base**
77:4

**based**
22:7
98:11
132:22

**baseline**
64:14

**basically**
10:25
18:22
19:12
56:22
69:13
94:5
95:22
135:20
180:17
192:18
207:22
251:3
252:13
265:2
303:12

**basics**
59:14

**basis**
24:15
66:4,8,11
134:15
139:6
183:9

224:1,15
297:1

**Bates**
86:7
142:15
255:5

**Bates-stamp**
267:21
272:12

**Bates-stamped**
27:22
76:21
78:11
81:3
84:21
91:12
99:17
102:1
104:17
112:18
115:14
117:17
142:7
216:10
222:2
223:5
230:16
235:16
237:13
243:15
254:12
264:12
266:8
267:6,21
271:20
273:4
276:1,12
287:22
317:11
319:14

**bath**
303:8

**bathroom**

291:23
292:4,7
294:5
302:16

**bathrooms**
303:8

**baths**
44:15

**BCBAS**
143:15

**bean**
57:12

**bears**
15:14

**began**
28:5

**begin**
327:1

**beginning**
73:21
79:16
86:7
120:11,
12,13
140:25
173:2,7
179:11
180:4
212:13
246:25
247:1
249:23
255:5
267:21
288:16
316:18

**begins**
272:12

**behalf**
134:13

**behavior**
37:11,12,

14 46:21,
23 52:20
53:7
54:18
65:5
139:15
153:13
157:2,10,
12,22
158:1
160:20,21
161:19
166:25
167:3,6,
15 168:17
169:12
176:25
177:1
186:13
187:13
191:19
192:14
193:5,11
198:6,10,
11 203:9
211:8
215:21
256:20
276:19

**behavioral**
22:11,15,
21 36:17
53:1,4,6,
10 64:1,
8,18,21
65:3
135:12
146:2
152:10
161:9
182:9
186:14,16
191:12,
15,16
192:2,9,
13 199:15

200:10
202:23
224:3,13

**behaviorally**
225:23
226:11
227:3

**behaviors**
21:10
37:7,9,
15,18,19
111:10
156:24
175:12
198:4
201:5,6
202:5
249:12

**believed**
111:13
211:9

**Belifante**
306:23

**Belinda**
98:16,17
322:15

**Ben**
50:16
70:18

**Bench**
187:25
188:13,
17,21

**benchmark**
160:12

**benchmarks**
160:16,
18,24
161:3

**beneath**
86:13



155:1

**benefit**
107:15,
16,17,21,
23

**benefits**
240:15

**bent**
299:16,19
300:4

**Berrien**
26:2,8,20
27:1
55:25
56:1,2
59:4
66:17
70:18
71:12
142:25
143:3
144:14,17
195:7
286:3,4,
7,12

**Berrien-
cook**
142:24
143:11

**Berrien/
cook**
70:8
88:13
136:21

**Beth**
306:22

**bigger**
165:1

**binding**
134:12

**BIP**
62:2,3,21

198:3
199:13
202:17
203:7
226:13,14

**BIPS**
62:25
63:7 70:3
136:6
256:23
260:9

**bit**
18:4
46:16
74:9 77:1
152:14
197:7
208:1
223:20
241:5,8
282:22
327:4

**black**
302:9,13

**blase**
221:9

**Blast**
243:14

**bleed**
284:21

**block**
57:24
114:14
125:1

**blocks**
291:3,9,
11

**board**
49:25
50:3,5,6,
8,11 94:9
95:13,17
97:1

98:21
100:12
112:7
134:12,13
192:3
195:24
196:2,3
199:24
236:3,25
237:3
251:5
256:4
288:14
289:2,8,
18 309:5
310:1
320:7

**Boards**
192:5

**BOE**
100:14

**bottom**
112:22
114:19
146:22,23
147:19
152:7,8
154:9
169:17
223:9
237:21,22
261:20

**box**
153:10
211:6

**boy's**
302:16

**branch**
32:13
33:7,10,
14 184:1
186:17

**branched**
39:23

**Brandon**
259:22

**break**
12:6,10
82:18
90:13,14,
18,22
91:1
165:22,23
168:21
248:24
284:8
311:16

**breaking**
98:24
327:4

**brevity**
21:12

**bring**
256:5

**bringing**
188:18

**broadly**
241:6

**brochure**
51:23
52:4 53:9
70:11,25
73:15,17,
21 75:6,7

**brochures**
73:11,17,
18

**broken**
144:10
197:4
299:21

**Brooks**
50:18
70:18
77:15

**bucks**
153:14,
16,17,18,
21,24
154:1,3,6

**budget**
78:17
79:12,18,
20,21,23
80:3,8,14
94:16,17,
19 95:4,
5,8
117:16
118:2
119:2
120:2
121:12
134:24
239:14,
17,22
240:6,25
241:11
242:14
244:11,13
245:16,23
247:4

**budgets**
244:3

**build**
94:17
95:3

**building**
31:17,21,
25 34:5
72:5,7
89:9,17
181:21
204:6
249:13
260:5
261:19
262:19
278:10
291:23



298:14
301:3,11,
15
303:11,
16,24
304:2
307:11,22
308:1,3,
8,16
309:6,18,
19,20,22,
24 327:16

**built**
80:3
94:16

**bullet**
54:1 66:3
68:22

**bunch**
180:19
313:15
322:20,25

**bus**
312:10,
12,13,17,
22,25
313:4,9
314:3,4,
7,11,12
330:6,7,
9,10,11,
13,14,15,
17

**bused**
302:6
312:5,7
313:6

**buses**
313:1,11,
13,15,17,
21

**busing**
312:25

—————————
**C**
—————————

**C-P-E-S**
41:24
42:20,21

**cafeteria**
301:9

**calculate**
242:5

**calendar**
230:15,25
231:9,13,
19,22
232:1,2,
14,16
234:15,
19,21
235:2

**call**
37:20,23
63:5
69:19
81:23
84:10
90:17,19
91:3
102:16,24
115:23
154:3
167:22
170:23
178:8
197:15
214:16
215:6,23

**called**
20:8
41:24
42:19
44:1 98:1
176:22
179:5
180:5,6

225:24
226:24
310:22
311:11

**calls**
121:24

**campus**
110:20,23
111:9,13
117:25
157:21
181:19,
20,21

**canned**
59:13
60:17
65:5
155:13,
15,18

**capacity**
23:24
25:7
260:5
261:19
262:19
278:10

**capped**
294:1

**caption**
86:8
291:2

**captioned**
134:7
140:23

**car**
312:5,8

**care**
41:15
43:24
44:4,9,10
131:20
132:1,6,
15,20

133:1
246:2

**carried**
302:2

**carry**
112:3,5

**case**
9:8 14:22
15:14
201:17

**caseload**
108:10

**caseloads**
25:18,19

**cases**
167:10

**catch**
294:24

**catchment**
133:4

**categories**
46:9,11,
15

**category**
61:2
137:23

**causing**
226:18

**ceased**
89:10

**ceiling**
300:23,24
303:9

**cell**
100:20

**center**
20:15,17,
19,20
31:25
38:24

39:8,9,11
40:1,6,8,
10,15,18,
22 41:4,
7,19
43:19,25
44:13
72:3
141:14
143:25
144:2,11
150:18
159:16,23
160:1
183:6
187:20
296:11
303:4
304:13
306:25
309:7,22
318:3,15,
19

**center-
based**
126:24

**centers**
22:1
71:16
142:21
143:16,
19,22
144:21
152:25
197:3

**Centrex**
180:6

**certificate**
48:11,18
135:13
171:9,10

**certificati
on**
48:21



Certificati on-
consultant
135:5

certified
48:6,8,14
167:16,
17,19
171:8,12
172:5

challenge
302:18

Chambers
78:9
100:1,3,
5,7,11
101:2
102:11,24
103:19
104:2,14,
21 105:7,
15 106:3,
5 108:3,
19 109:18
110:5,18

Chambers'
111:3

chance
91:23

change
30:13,20,
22 99:15
101:15,24
103:20
104:24
105:7
106:11,19
107:24
108:14
109:6
111:18
119:25
120:8
121:11

129:24
159:14
217:20
219:2

changed
130:2
234:5
274:4,25
280:8

changing
30:16
100:13
106:13
273:18

character
45:17
46:6
54:20
59:25
60:4,11,
24 61:2

characteris
tics
53:12,17

charge
69:17

chart
143:14
144:15,20
196:22
207:2
210:11,
20,23
211:6,18,
20,21
262:10
272:18

charted
105:22

charter
222:10,12

check
54:22

61:8,10,
13 160:3,
7 186:24
187:7
189:7
202:20
213:6

Checking
37:5

checklist
64:9,18,
21,24,25
206:23
227:11
238:18,
22,25
239:6,10,
13
261:21,25
262:2,6,9
263:20,23
269:18,23
274:13,14
279:20
281:5

checklists
63:25
64:1,25
65:3,5,8

checks
63:25
187:14

child
64:13
65:18
67:25
68:2
131:3,5,6
160:20,25
161:2
176:23
177:22
185:10
187:9,12,

15 188:25
189:2,8,
12,18,22
197:16
198:25
199:4,10,
12 201:3,
7,12
202:2,3,
21
203:23,25
204:1,22,
24,25
205:6,17,
20
206:20,21
207:1,4,
13,17,20,
24 209:24
212:20,25
214:6
215:22,25
217:15,16
218:3,10
221:8,9
226:15,18

child's
218:9

child/
family
186:9

children
21:9
22:20,22
44:4
56:23
73:23
100:24
110:6
189:4
202:5

choice
195:20

Choices

192:22

choose
93:6

cinderblock
s
291:6

circumstanc
es
139:7
181:12
200:14
205:2
261:3

cited
303:13

City
31:13,18
50:17
70:20
71:7
77:4,14
158:7,10
305:4
307:9
309:5
310:1

civil
15:6

Clara
104:22
105:10,
21,23

clarify
12:3 72:2
187:2
224:24
225:2

clarity
73:5
210:3
212:8

class



58:3,5,
17,21
227:23,25
230:3
323:23

**classes**
66:3,24
74:4

**classroom**
45:22
68:7,12,
15,18
69:22,24
117:25
118:18,
19,20,21,
25 119:7,
16 120:17
136:8
137:2,3,
4,5
139:3,4,
8,10,15
155:14
157:18
159:15,18
167:7
176:5
177:9
181:3,5,6
200:8
285:20,
21,23
286:10
302:8
327:14

**classrooms**
34:6
150:22
151:14
153:2
292:14
302:2
308:3,9,
23

**clean**
303:10

**clean-up**
311:25

**cleaning**
44:16

**clear**
38:13
71:4 75:5
128:3
178:1
187:5
209:16,
19,24
232:15

**Clemons**
9:5,21
10:1,7
13:7
15:2,9
103:9
104:24
106:6
243:25
249:6

**Cleveland**
17:2,9
18:6
27:18
28:1,11
30:1 32:6
76:19
78:7,10
79:12
80:13
81:1,7
84:17,24
93:20
99:14,21,
24 101:3,
7,10
103:7
112:16
114:20

115:12,19
116:5,19,
24
117:15,23
120:5
208:22
221:16
230:13,19
231:5,11
235:14,
20,24
236:24
251:22
253:7,20
254:9,22
255:7
258:1,6
264:2,10,
17,22
266:6,14
267:3
271:15
272:3
273:2,9,
13 274:21
317:9,16,
24

**Cleveland's**
17:3
270:6

**close**
88:18
153:1

**closed**
86:1
89:3,4,5,
19

**closely**
160:17
161:1
175:17

**closer**
160:12
161:4

**closet**
285:11

**closets**
285:8,9
319:1,3,5

**closing**
92:1

**closure**
92:7

**Coastal**
31:7
49:2,3,9
50:7,12
93:25
94:15,17,
18,22,23
95:4,7,11
96:5,20
97:1,2
98:19
100:12,14
101:14
104:4
107:24
108:14
112:6
113:8
114:21
122:5
124:1
269:7
306:13
307:9

**cockroaches**
310:20
311:3,10

**code**
113:18,25
114:3,21
115:2
181:7

**coded**
248:3

**coding**
115:4

**collaborate**
189:2
191:18

**collaborates**
190:18
191:6,11

**collaboration**
181:25
182:7,17,
20,22
183:5
184:22

**collect**
168:15
226:16
250:16
277:13

**collected**
19:15
250:14
257:2,6

**collection**
256:22

**College**
38:23
39:2,3,5,
7,19
41:1,17
47:7,12

**College's**
39:4

**collocated**
72:3

**Colquitt**
50:15
55:23
56:2 59:1
66:16



70:18
71:5,17,
19 72:2,
14,17,20
77:5,7,11
78:18,24
79:4,8,16
80:4,11
81:13
88:14
116:6,11,
12
127:18,
21,22,25
128:5,15
136:23
170:9,11
195:7
282:23
283:3,14,
18 284:1
313:3,10
318:15,
19,22

**column**
268:5,11
269:15
278:17
281:14

**combination**
154:5
312:6,7

**combine**
252:22

**comfortable**
277:12,19

**comment**
91:17
92:6

**comments**
91:25
92:2

**commitment**
282:11,12

**common**
75:2

**commonly**
15:25

**communicati
on**
28:12
101:7
274:20
280:23

**community**
141:1
163:24
182:8
192:3,5

**comp**
108:9,11

**company**
299:2

**comparative**
326:21

**compare**
65:1
139:11

**complaints**
330:19

**complete**
145:14
146:2,11,
13 153:5
207:15
231:20
234:24
270:14
307:25

**completed**
231:15
234:25
241:14,
15,18
270:6,12
307:22

**completely**
11:3
12:13,22
111:6
151:21,23

**completes**
145:17

**completing**
177:6
235:3

**compliance**
256:24
262:18
271:24
280:22

**complied**
250:18
251:5

**comply**
250:6

**component**
250:9,21

**components**
249:14
251:2
256:18

**comprehensi
ve**
42:24
49:2
75:23
76:2,6

**comprising**
52:8

**computerize
d**
59:14
226:1
240:22

**Con-app**
83:21
84:7,8,10

**concern**
106:20
107:23
291:8
298:10

**concerned**
224:8
244:1,9
245:6

**concerns**
96:12
104:25
106:7,10,
14,15,18,
23,25
107:1,19
108:4,8,
12,17,23
109:1,4,
15,16,19,
21,24
110:1,3
136:3
139:9,14,
18 140:11
164:21
197:13
209:8
247:22
253:12
279:15
280:2
288:7
295:23,24
296:9

**concluded**
331:24

**conclusion**
305:16

**concrete**
291:3,9,
11

**condition**
288:4,11

296:10
306:25
310:18,19
322:5

**conditions**
22:21
86:18
295:9

**conduct**
139:21,24
140:5
195:13,
17,19
253:8

**conducted**
69:15
88:1
140:2
321:7

**conducting**
69:17
323:19
325:6

**conducts**
252:3

**conference**
27:19

**conferences**
255:24

**Confidentia
l**
206:7
208:4,12
210:8,24
262:9

**confirm**
73:19
74:11
124:12
219:6
290:12
317:15



confirmed
  242:12,14

conflict
  155:8
  157:8
  217:22,25
  218:3

confused
  321:25

connect
  54:22
  55:11
  61:8,10
  160:4,7
  192:12

connected
  35:21
  186:1,4
  189:11,15
  192:14,16
  193:1

connecting
  189:22
  291:10

connection
  15:17
  39:25
  61:14
  167:4
  290:14

connects
  189:18

consecutive
ly
  146:19

consequence
s
  177:2

considerati
on
  203:16
  207:3

210:10,20
212:1
214:2
261:20,24
262:3,6,8
263:19

considered
  57:8
  86:15
  199:20
  200:4
  278:14
  288:14
  289:3

consist
  292:22

consistent
  73:1
  139:6
  295:20
  307:16

consistentl
y
  199:23

consists
  91:15
  163:23
  195:10

consultant
  34:17,20,
  21 35:22
  38:14
  42:6
  43:14
  45:6,10
  46:5 63:5
  69:19,21
  70:2,5
  135:10,
  17,19,22
  136:12,17
  137:1,7,
  10,25
  138:4,7,

12 148:7,
14,16,18,
25 149:2
200:6
215:24
307:11

consultant/
evening
  34:9

consultatio
n
  65:23
  68:23
  69:9
  207:19,
  20,22
  213:19
  214:3,5

consultatio
ns
  69:3,6,
  15,18

consultativ
e
  214:8

consulting
  17:5

contact
  91:23
  100:20
  101:10
  119:22
  123:4,16
  124:19,24
  187:8

contacted
  222:10

contained
  73:12
  174:19

content
  48:6,8,
  14,17

139:16

contents
  258:6
  296:22

context
  48:24

continue
  29:24
  107:23,25
  268:12,23

continued
  43:9
  151:8

continues
  237:22

contract
  125:24
  126:1,5,
  16 127:11
  134:8,11,
  14 318:8

contracted
  125:21
  126:6,7,
  9,10,13

contractors
  288:5,7
  307:24

contribute
  133:5

contributio
n
  106:16,17
  111:25

contributio
ns
  108:1

control
  49:25
  50:3,6,9,
  11 95:13,

17 97:1
100:13
109:8,9
112:7
195:25
196:2,3
201:5
256:4
311:9

conversatio
n
  11:1,13
  13:16
  32:6
  102:6,10
  103:4,18,
  25 104:5,
  6 109:2
  186:25
  198:15
  309:11,
  14,16,17

conversatio
ns
  101:13
  111:16
  295:12,
  16,17
  309:9,12,
  15 323:6,
  11 324:4,
  14,18,22
  325:3,4,
  10

Cook
  55:23
  56:1,2
  59:3
  66:17
  70:18
  71:10
  142:25
  143:3
  144:14,17
  195:7



286:8,9
313:8

Cook/
berrien
  59:2
  176:16

cooking
  44:16
  302:3,5

cool
  284:7

coordinator
  24:23
  26:8,10,
  20,23
  28:19
  139:12
  144:9,14
  162:20
  177:13
  178:11
  180:8
  195:11
  200:5
  295:13,22
  322:16

coordinators
  24:23
  25:8,10,
  12,15,24
  26:3,7,
  14,17,18
  51:5,10,
  13 97:15
  138:25
  177:12

copies
  260:9
  262:23
  331:1,4

copy
  117:23
  142:9

264:23
319:18
331:7

core
  74:23
  75:1,19,
  22

correct
  16:23
  27:25
  28:4,7,9
  29:5,10,
  22,25
  30:24
  32:2,6,
  11,24
  33:3
  34:23
  39:20
  41:9,11,
  12 43:8,
  12,16,18
  52:4,10,
  17 53:9,
  21 59:6
  70:13
  71:2,3,6,
  23 73:5
  77:5,9,
  13,21
  79:1,2,6,
  10 81:6,
  11,14,15
  84:6,24
  86:8,21
  87:4,5,10
  89:24
  91:15,20
  92:17,18
  93:23
  94:2
  95:14,15
  99:21
  100:2,9,
  10 101:4
  102:9

103:2,5
104:20
108:15
112:25
114:25
115:20
116:18
117:21
118:13
120:19,23
122:25
123:7,13
124:6,15,
17 132:16
134:2,3
135:14
136:13,
15,18,20
137:8,9
142:17,23
143:16,
17,20,23,
25 144:3,
6,8,12,
16,22
145:4,7,
11,12,16,
25 146:4,
7,9,10,
13,14
147:25
149:10,
20,21,25
150:1,19
152:23
153:3,8,9
154:24
155:5
156:11
160:8
161:6,13,
20,21
162:1
168:11
174:9
175:1,2
180:2

184:18
185:8
190:16,
20,21
191:4
192:11
193:18,
24,25
194:7,8,
11,12,23
196:15,
19,24,25
206:12
208:4,5
210:7,17,
18 211:19
213:17
215:3
216:22
217:2
219:8,9,
12,13
222:7,8,
13,14
223:11,
21,22
224:4,5,
17,18
225:19,20
230:19,23
235:22,24
237:17
238:22
240:2
243:1,23
245:4,20
246:8
247:15,16
250:10
252:2
253:2,9
254:20,21
255:10
256:21
259:6
261:17
262:15,21

263:22,25
264:19,
20,24,25
265:9,19,
20
266:12,
13,20,22,
23
267:18,
19,22
269:10,11
271:7
272:2,14,
17,19,20
273:11
276:7,20
278:11,
15,20
279:17
280:19
282:4,6,
7,25
283:1,9
285:15
288:25
289:22,25
291:4,5,
12 293:7
299:13,14
307:3
308:13
315:8,9
317:18
320:7
328:21,24
329:2,14
330:3,7

correctly
  86:19
  94:7
  96:3,7,22
  118:23
  120:10,13
  236:23
  265:24
  279:1



**correspond**
25:15,17

**corridor**
291:16,20

**cost**
229:18,19
236:21

**Costal**
31:6

**counsel**
9:13
10:10,11
13:3,10,
13,21,24
14:2
177:5
296:5,6,7
330:25

**counseling**
37:5,6
54:11,14,
15 55:3,8
56:10
138:16,19
156:3,7
158:16,
21,22
159:1,9
164:8,11,
12,13
177:1,11
184:6,9,
11
185:12,
14,18
186:9
191:22,25
192:1,9

**counselor**
38:1,4,5,
8,9,12
159:10,20
189:22

**counselor's**
38:7

**counselors**
55:17
56:4
158:24
159:3,6,
8,11
188:25
189:3,6,
12,18

**count**
151:16
174:14
303:25

**counted**
151:7

**counties**
50:22

**counting**
116:9

**County**
30:10,13
31:1,12,
15 32:10,
14 33:5,
6,21 34:5
36:9,11
50:17
71:5,10
77:5,7,11
78:18,24
79:4,8
80:11
81:14
83:7
85:6,18,
20,25
87:8,11
88:6
89:2,11,
14,19,20
90:2
100:14

103:11,16
104:3
106:13
107:22
111:21
112:4
113:2,7
115:24
116:12,
13,15,21
124:1,4,8
141:22
282:24
283:3,14,
18 284:1
295:13

**couple**
169:1
190:22
221:7
267:25
290:2
299:6
305:6
312:1
314:24
321:5

**court**
9:7,11,14
11:6,11
18:2
24:25
46:12
93:1
122:13
156:20
181:17
267:11
282:19
287:12
297:13
315:15
331:10,
14,18

**cover**

26:3
46:17
87:10
191:9
194:6
236:21
297:6

**covered**
61:17
286:2
302:9

**covers**
180:17

**COVID**
141:8,15,
16,17,18
154:21
246:21,25
247:1
251:11,13
302:1

**CP**
104:15

**CPES**
41:22,24
42:4,6,8,
9,16,18,
19,23
43:1,3,4

**CPS**
42:18

**cracks**
297:12,
16,24
298:3,5,9

**crazy**
18:2

**create**
11:12
65:6
145:21
208:12

**created**
52:2 65:4
75:7
208:15,23
212:4,5
213:19

**creating**
118:18

**creative**
326:4

**credentials**
38:11
48:23
137:7

**credit**
36:7,12,
13

**criminal**
187:8

**crisis**
171:18,23
179:5,10,
19 180:3,
7,9,12

**criteria**
215:22
216:20
217:1,8,
9,13,14,
21,22
218:1,4
219:3,8,
11 223:15
224:3,12
278:23
279:8,25
280:2,6,7
328:21

**crunch**
247:4

**Cultural**
141:14



current
  23:7
  48:21
  69:7,12
  70:23
  100:23
  125:17
  173:7
  176:8
  180:1
  232:5,11
  240:25
  307:21
  308:23
  312:14

curriculum
  57:6,9,
  10,16
  58:14,16,
  21 59:10,
  17 60:17,
  18,20,24
  61:3 76:8
  271:1
  277:18,
  20,23
  278:2,6

curriculums
  277:1

cut
  244:3,12
  245:17,23
  291:17

———————

    D

daily
  57:20
  59:18
  60:4
  61:14
  152:19

damage
  300:22

Dan
  49:14

data
  33:17,18
  34:2,3
  64:4,14
  81:24
  82:7
  122:3
  151:19
  168:15
  174:19
  198:22,23
  205:1
  207:10
  214:16,21
  215:4,6,
  10,12
  226:2,4,
  16 228:23
  238:14
  256:22
  257:2,6
  260:6,8,
  13 276:25
  277:9,13
  316:7
  320:6

date
  86:5,25
  123:25
  259:16
  273:16
  274:4
  324:11

dated
  27:18
  76:19
  78:7,15
  81:1
  84:18
  91:10
  99:14
  101:23
  104:14

112:16
113:22
115:12
117:15
122:20
142:5
221:25
230:14
235:14
237:11
254:10
264:10
267:3
270:5
273:2
275:24
287:20
306:23
317:9

dates
  157:22
  231:24
  273:19

day
  36:23
  55:12,22,
  23,24
  57:21,22,
  23,25
  59:19,21
  66:3,8,
  10,19,20,
  22,23,25
  67:4,6,7,
  8,10,11
  68:20
  84:25
  127:7
  151:9,17,
  21 152:2,
  3 179:1
  199:9,10
  203:8
  222:7
  223:20
  228:19,25

231:7
314:19,25
318:7
321:10

days
  24:15,17,
  18 55:20,
  21,22
  56:4 68:5
  127:4,6
  171:20,21
  188:4
  198:8
  202:14,
  15,16,22,
  23 203:1,
  5,6

de-
escalation
  169:13
  171:24

deadline
  231:21
  233:21
  234:19
  239:8,12

deadlines
  231:1,14,
  19,24
  232:3,12,
  16 234:16
  235:3

deal
  37:18

dealing
  37:6,8,17

debrief
  178:23

debriefing
  178:10

December
  9:3 76:19

decide
  217:16

decided
  109:18
  112:4,6
  119:25
  209:21

decision
  112:9
  199:8
  260:8
  327:24

decline
  175:11

decrease
  175:9,13,
  15

dedicated
  72:5,7

deescalate
  175:23

defendant
  9:19

defiant
  37:22

deficiencie
s
  253:12

defines
  53:10

definitions
  110:22

degree
  46:23,25
  47:2,5,6,
  16 53:20
  135:11
  137:11,
  13,16,20
  138:1,5,
  8,18



**degrees**
  46:18,19
  48:4
  178:20

**delayed**
  44:7

**delays**
  58:11

**deliver**
  46:7

**delivered**
  57:4,16
  269:6

**delivery**
  181:24
  268:15,19
  269:4

**Delphine**
  271:16

**demolish**
  309:6
  310:2,3

**demolished**
  301:4,8,
  10,22
  303:14
  311:1,6

**demolishing**
  309:13,18

**demonstrate**
  250:17

**departed**
  308:7

**department**
  21:16
  52:15
  75:9,17
  82:16
  83:16
  84:1
  85:25

  95:8
  98:14
  134:17,22
  135:14
  186:15,
  20,21
  187:10
  208:17
  211:3
  220:20,25
  221:15
  236:20
  239:9
  240:20
  243:22
  245:2
  251:25
  281:12
  282:10,15
  298:15
  304:11,25
  305:15,25
  306:15
  320:25
  321:3
  322:23
  324:19
  330:16

**departure**
  313:20

**depend**
  329:24

**depending**
  159:14
  307:23

**depends**
  24:17,19
  56:6,7
  57:24
  159:8
  164:24
  170:17
  187:19
  217:15

**depicting**
  293:6,9

**depose**
  10:19

**deposed**
  10:16,18
  14:2

**deposition**
  9:4,12
  10:3,20
  13:8,21,
  24 14:3,
  6,13
  15:6,16
  327:5
  331:24

**describe**
  182:7
  197:9

**designated**
  228:10

**designed**
  74:7

**determinati
ons**
  211:22

**determine**
  119:25
  199:14,15
  206:25
  215:17
  225:22
  226:10
  316:7

**determined**
  211:13
  215:1,20
  253:18
  289:9

**determines**
  62:8
  75:12,20

**determining**
  232:12
  252:5

**develop**
  62:2 90:5
  199:16

**developed**
  203:10

**development**
  38:24
  39:8,11
  40:1,6,7,
  10,14,18,
  22 41:4,
  7,19
  43:19
  182:9
  268:14,18
  269:4

**development
al**
  58:11
  186:16

**development
ally**
  41:2 44:6

**develops**
  60:15

**DFCS**
  184:1

**diagnosis**
  231:2
  232:17

**diagnostic**
  232:21,22

**diagnostics**
  231:16

**Diaz**
  9:10

**died**
  154:20

**difference**
  83:8,9

**differences**
  205:12

**differs**
  202:4

**difficult**
  284:7

**direct**
  41:14
  43:24
  44:10
  54:2,6,7,
  8 56:16
  60:1,23
  61:1,15
  74:10
  176:4

**directed**
  15:8
  85:25
  120:5

**directive**
  88:21
  207:14

**directives**
  88:17

**directly**
  44:21
  51:6,7
  94:15,21
  137:4
  138:22
  261:9,10
  313:6

**director**
  9:5
  19:12,25
  20:3
  23:12,15,
  24 24:4,
  6,21,22
  25:6



27:8,10
28:8,19
29:3,6,19
32:8
49:7,9,
13,16
50:24
100:4
101:4
104:2,6
132:24
149:25
194:3,4,
15 204:21
205:5
219:22
243:20
244:1
308:21
315:7,10
327:15

directors
94:9
97:19,20
208:23
209:12,15
210:3
212:15,
23,24
216:17
238:17
247:21
259:23
272:7
280:13,15
329:10

dirty
293:1,9

disabilitie
s
22:16,23
98:2
186:16

disabled
38:20

41:2

disadvantag
e
273:15,25

disagree
203:18
297:1,7,
11,18,23
298:2
299:15,
17,20,22
300:17

disagreed
296:20
297:4,11,
15

disagreemen
t
297:1
298:8

disciplinar
y
36:17

discrepancy
203:22

discrete
206:14

discuss
100:21
102:16,25
104:24
105:7
106:6
108:4
109:19
162:9
238:14,15

discussed
74:19
92:10
156:10
160:7
161:24

184:17
203:17
264:2
266:17
307:17
327:5
328:16
330:6

discusses
113:17

discussing
100:13
254:18
329:20

discussion
274:20

disorder
53:11,13

disorders
52:21
53:4,6,7

dispute
302:11

disputes
204:19

distinction
151:11

distributed
25:16

district
9:7,8
43:2
76:20
150:25
151:3,4,
16,18
152:3
202:8
204:6,7,
12 208:9
213:13
261:1

districts
86:17
97:6,18,
21 196:24
197:5
247:7

disturbed
38:19
42:15

diversion
178:8

divide
24:16

Division
304:12

DJJ
187:3,4,
6,17

doctor
47:3,21,
25

document
15:2,13
23:5
27:22,23
51:25
52:2
53:15
62:14,16
73:6
76:21
78:11
81:3
84:20,22
85:5
86:9,14
91:12
99:17
102:1,2
103:9,15
104:17,18
112:18,19
114:19
115:14

117:17,18
122:22
123:13
133:16,25
142:6,7
145:8
147:14
168:20,24
177:16,23
181:23
182:12
190:6,11,
13,14,16,
23
196:10,
13,17
206:9
208:3,8,
15,20,21,
24 212:2,
12
213:11,22
216:10
219:16
220:1,2,
4,6,10,
15,17
222:2
223:5,6
226:16
230:16
235:16
237:13
243:15
254:12,
13,14
255:17
264:12
266:8
267:6
268:6
270:5,23
271:20,
22,25
273:4
276:1,2
278:18



281:14
287:22
292:11
307:2
317:11
319:14

**documentati**
**on**
176:22
177:14,
15,19,24
178:19
183:3
198:23
255:12,
16,23
256:22
257:1
260:6
261:7
262:17
263:2
270:20

**documentati**
**ons**
256:12

**documented**
259:5

**documenting**
259:3

**documents**
14:5,10,
20 19:5,
13,15
196:16
197:2
206:4,14,
16 208:2
210:1,16
211:2
212:8
251:15,18
255:18
262:16

**DOE**
16:16,19,
24,25
17:3,7,
13,22
18:17
62:10
75:8,13,
14,21
82:9 88:2
93:9,12
98:5
114:8
119:22
208:16
212:6
213:20
233:9
257:10
278:22
279:11,13
280:11,
12,14
307:11
328:20
329:4,8

**DOJ**
186:23
187:2

**dollars**
239:24

**door**
42:11
61:12

**doors**
181:4
185:22
192:19
193:2

**dovetail**
279:18

**Downsize**
244:18

**downspouts**
299:21
300:1

**Drake**
124:22

**drastically**
244:3,12

**drills**
77:1
180:16

**drive**
18:2
200:15

**driven**
83:10
242:1

**drivers**
314:12

**drives**
80:8

**dropped**
241:21

**drug**
183:18

**drumming**
326:7

**due**
36:15
86:18
231:1
238:22
239:6
273:16,18
288:13

**duly**
9:22

**duration**
53:18
201:4,9,
13,15

**dust**
302:9,13

**Dusty**
78:9

**duties**
238:15

**duty**
135:20

——————————

**E**

**earlier**
12:16,18
69:4 70:3
74:9
78:8,23
79:7 81:7
85:3,10
92:10
93:22
102:13
103:14
113:15
115:18
135:16
136:11
156:10
160:8
184:17
193:8,22
202:7
222:6
226:24
235:25
240:10
243:19
253:7
259:21
262:11
264:21
266:11
270:9
273:8
302:18

312:2
317:14
318:21
322:2
327:5
328:15
329:20
330:7

**earliest**
117:20
237:19

**earn**
153:20

**easier**
11:15
146:20
297:20

**East**
292:14

**EBD**
22:14,20
52:24,25
53:1,16

**Echols**
50:18
70:19
77:16

**ed**
21:3
138:9
198:25
204:21
212:15,
23,24
219:21,22
280:13,15
329:9

**education**
20:16
21:17,20
22:7,18
38:18
40:14,25



42:15
43:6,10,
20 45:17,
20 46:6,
7,22,24
47:3,15,
21,25
52:16
53:20
54:20
59:25
60:5,11,
24 61:3
67:5,12
75:9,17
82:16
83:17
84:2
85:25
86:10
95:8
96:18
97:5,17,
19 98:14
118:15,18
134:12,
17,22
135:11,14
137:14,20
138:2
148:22
149:3
203:12
205:5
208:17
211:4
216:17
220:20,25
221:15
236:20
237:3
239:9
243:20,22
245:3,4
252:1
281:12
288:14

289:2,9,
19 304:25
305:15
306:1,15
320:7
321:3
322:23
324:19
327:7,15

**Education's**
304:12

**educational**
15:21
16:4
21:23
46:18,19,
25 47:2,
11 48:4
52:9
53:19
60:16
74:6
201:14
206:6
210:12

**effectivene
ss**
139:19

**efforts**
205:8

**electrical**
293:18

**electronic**
84:5
182:12
263:11,16

**electronica
lly**
251:23
275:10

**elementary**
32:13,17
33:10,14

72:4
118:1
283:5,19,
21,24

**elevated**
295:22

**email**
27:17,20,
21 28:1,
10 30:1
76:18
77:3,14
78:6,8,
14,15
79:3
80:25
81:6,7,16
84:17,24,
25 85:3,
10,21
86:7
87:10,13
91:9,15,
16,19,22
92:16,23
93:3,18
99:13,18,
20,21,23
100:1,6,
11,18
101:2,3,
22 102:4,
13,14
103:7
104:13,20
105:5,12
106:5
110:4
112:15,
22,25
113:17,21
115:11,
16,18,19,
22
117:14,
20,22

118:10,11
120:9
122:19,23
123:1,3,
9,11,14
124:3,4,
21 125:3
142:4
216:7,14,
25 219:5,
10 221:24
222:5,6,9
223:2,8,
11 225:16
230:13,20
233:18
235:13,
20,25
236:13
237:10,
19,24
243:12,
14,25
244:24
245:19
248:20
254:9,18,
22 255:7
257:15,
17,19
264:2,9,
17,22
265:17
266:5,21
267:3,15,
17 270:9
271:15
272:2,8
273:1,6,
8,9,13
274:7,19
275:23
276:7
287:19
288:2
289:23
306:22

307:7
317:8,15
319:11,
17,24
331:11

**emailed**
100:7
273:20
274:8

**emails**
114:20
121:24

**embedded**
20:15
57:20
258:11,
12,19,20

**emerging**
249:22

**emotional**
21:10
22:15
38:19
42:15
44:6
52:20
53:4,7,10
57:9
182:24
188:2
199:1
276:25
277:17,22
278:2,6

**emotional/
behavioral**
53:12

**emotionally
-based**
53:17

**employed**
38:21
39:18



employee
  134:14
  327:24
  328:3
employees
  159:12
employing
  134:12
employment
  134:16,20
encountered
  201:18
encourage
  198:1,20
encouraged
  141:1
end
  73:15
  81:17
  82:1,8,
  15,19,21
  83:3,9,16
  84:11
  103:7
  129:8,9
  147:11
  160:10
  172:14
  173:4
  212:17
  215:6,10
  246:9
  271:23
  314:19,24
ending
  291:13
  292:12
  293:24
ends
  290:5
enhance
  141:3

  182:8
enrollment
  80:7,10
  81:2,9
  196:19
ensure
  18:23
  96:21
  110:12
  136:6
  203:4
  207:13
  263:6
  270:25
  288:3
ensuring
  268:13
enter
  62:24
  192:16
  300:24
entire
  70:6
  108:21,22
  252:19
  323:12
entirety
  325:17
entities
  191:5,11
entity
  43:2
  77:24
  192:22
entry
  35:17
environment
  40:9
  67:5,12
  96:18
  118:15
  203:13

  216:1
environment
s
  35:15
EOY
  271:18
  273:3
equipped
  121:1,4,5
error
  41:12
  148:9
Esquire
  9:12
  331:5,15
established
  224:3,12
estimate
  16:9
evaluate
  49:10
  138:21,25
  139:3,8
  201:7
evaluated
  49:12
  275:8,11
evaluation
  54:2
  61:20,23
  62:22
  139:11,21
evaluations
  63:9,12
  139:24
  140:6
evening
  35:18,24
  36:2,3,
  20,21
  37:2,23

  43:15
  45:8
  326:20
evenings
  43:14
  188:22
eventually
  114:20
  241:11
  279:10
  280:7
everybody's
  240:14
  252:16
evidence
  255:12,16
exact
  69:8 86:5
  125:12,20
  239:21
exaggerated
  296:19
EXAMINATION
  9:24
  326:16
examined
  9:22
examples
  153:25
Excel
  142:8,15
exchange
  319:11
excited
  272:3
  273:10
Excuse
  24:25
  182:21
exhibit

  14:16,23
  23:1
  27:13
  51:22
  53:16
  75:7
  76:18
  78:5
  80:23
  84:16
  91:9
  99:13
  101:21
  102:21
  104:13
  112:14
  115:10
  117:13
  122:19
  133:15
  142:3,13
  145:3
  190:7
  196:9
  206:3,13
  210:17
  216:5,6
  221:19,23
  223:1
  230:12
  235:12
  237:9
  243:11
  254:8
  264:8
  266:4
  267:2
  271:14
  272:24
  287:15
  296:4
  297:10
  306:20
  317:7
  319:10
  328:6



Exhibit-704
  14:17

Exhibit-705
  23:2

Exhibit-706
  27:14

Exhibit-707
  51:18

Exhibit-708
  76:14

Exhibit-709
  78:1

Exhibit-710
  80:20

Exhibit-711
  84:12

Exhibit-712
  91:5

Exhibit-713
  99:9

Exhibit-714
  101:17

Exhibit-715
  104:9

Exhibit-716
  112:10

Exhibit-717
  115:6

Exhibit-718
  117:9

Exhibit-719
  122:16

Exhibit-720
  133:11

Exhibit-721
  141:24

Exhibit-722
  144:24

Exhibit-723
  190:8

Exhibit-724
  196:6

Exhibit-725
  205:23

Exhibit-726
  216:2

Exhibit-728
  222:22

Exhibit-729
  230:8

Exhibit-730
  235:8

Exhibit-731
  237:5

Exhibit-732
  243:5

Exhibit-733
  254:4

Exhibit-734
  264:5

Exhibit-735
  265:25

Exhibit-736
  266:24

Exhibit-737
  271:11

Exhibit-738
  272:21

Exhibit-739
  275:18

Exhibit-740
  287:16

Exhibit-741
  295:25

Exhibit-742
  306:17

Exhibit-743
  317:3

Exhibit-744
  319:7

exhibits
  14:21
  53:11
  275:22

exist
  107:24,25
  165:2
  295:9

exists
  219:11

exit
  216:20,21
  217:1,8,
  9,13,21,
  22 218:1,
  4 219:2,
  8,11,12
  224:3,12
  278:22
  279:8,25
  280:2,6,7
  328:20

expect
  109:22
  140:5
  203:9
  288:10
  304:1,7
  308:12

expected
  232:20
  237:25
  238:3,7
  244:6

experience
  46:17
  131:9
  132:23

expert
  296:11

experts
  321:7,23

expires
  48:22

explain
  81:21
  116:24
  135:16,18
  219:16
  220:1

explained
  10:24
  167:4

explaining
  119:5

explains
  153:7

explore
  133:8
  295:14

exposed
  293:17,21
  294:1

extended
  289:10

extent
  131:17
  141:2

exterior
  298:19
  299:5,7,8
  300:14,
  15,20

external
  184:13
  185:13
  189:9

extra
  244:2,10

  245:7,8,
  15

extremely
  288:15
  289:3

—————————

        F
—————————

facade
  302:8

face
  272:7

facilities
  92:1,8,11
  113:25
  114:3,9,
  12 262:22
  269:13
  270:22
  281:6
  282:17,
  18,21,23
  283:15
  288:4,11
  294:9,13
  302:3,5
  303:19
  304:12,25
  305:5
  306:1,15
  307:11
  310:13,19
  312:5,10
  313:20

facility
  20:16
  40:11
  86:17
  89:22
  113:17
  263:6
  269:18,23
  281:16
  282:23



283:3,5,6
285:18
289:6
295:2,10,
23
298:11,19
299:6
300:19
304:8
305:16
308:13,23
310:22
311:8
313:2
321:21,23
322:1,8,
11 325:15

**fact**
135:1
277:10
310:12

**fair**
289:14

**fairly**
188:8
327:4

**fall**
46:8,10,
14 58:20
61:2
137:23
150:10
204:10
246:20

**falls**
169:16

**familiar**
18:14
19:15
39:24
114:10
212:1
218:12
227:5

249:6
268:14,25
269:3

**families**
324:4

**family**
54:11
55:6,7,17
156:2,7
164:18
165:18
166:13
185:10,16
186:8

**farther**
18:5

**fault**
204:10

**FBA**
62:1,2,3,
21 198:2
199:13
202:16
226:12

**FBAS**
62:25
63:6,7
70:3
136:5
256:23
260:9

**federal**
27:19
92:2 95:1
134:24
150:12
229:22
230:6
239:22,25

**feedback**
86:25
88:25
136:4

202:11,12
251:8
258:5,9,
10 259:2,
7,9,13
305:15,
22,24
306:5,6,
10

**feel**
12:2
111:8
203:3
204:22,25
212:20
273:14
277:11,
19,20

**feeling**
245:16

**felt**
111:24
112:2
218:7
280:12,16

**fencing**
299:1,3,
11 300:7

**fidelity**
136:7
198:20
203:5

**field**
140:23
141:6,9,
11,12

**figure**
38:1
119:5,9
213:5
226:5
311:16

**figured**

310:14

**file**
73:10
142:9
238:18,24
254:14
264:14
267:8
271:22
276:3
287:24

**filed**
215:13

**fill**
24:21
25:11
26:9,10
176:23
179:20

**filled**
179:21,23

**filling**
206:23

**fills**
25:6
208:7,8

**final**
199:8
242:25
243:2
271:8
272:15

**finance**
119:21,23

**find**
35:2,7
40:5
121:7,9
185:4
197:8
264:18

**finding**

185:1
244:10

**fine**
12:11
90:20,22
91:2,4
168:23,24
169:4
282:18,21

**finish**
11:23
12:7
17:25
36:19
168:23

**finished**
168:19

**fire**
244:18

**fiscal**
30:10,11,
14,17,21,
25 31:1,3
93:23,25
94:4,13
95:12
96:2
99:15
100:13
101:15,24
103:20
104:3,23
105:8
106:11
107:21
108:15
109:7,13
111:19
113:7
116:13
121:15,
19,20,25
122:5,9
123:3,15,



21,23,24
124:9,11,
12,14
218:19
241:4
296:8

five-minute
165:23
248:24

five-month
29:17

fixed
57:19
298:23
306:9

fixture
299:15
300:5

fixtures
293:25
299:19

fliers
172:21

flip
146:21
206:11

Florida
131:3,9,
10

flow
210:11,
20,23
211:6,18,
20,21
262:10

fluctuation
129:24

fluctuation
s
129:19

flyer

172:19

focus
255:13,17

focused
47:25

folks
204:12
322:20

follow
168:17
187:12
211:21
222:19
311:2

follow-up
297:19
299:6

follow-ups
156:19

food
283:15,18

footings
290:12

force
244:22

Ford
91:20,22
92:6

Ford's
92:13,16

forgot
282:13

form
13:4
62:9,10,
11,12
130:16
145:13,17
146:2,16
150:15
176:22,24

178:21
310:4

formal
182:7

forms
145:13,18
146:9
279:20

formula
118:2
242:4

forward
84:19
91:11
99:15,20
104:21
142:6
276:8
292:11
331:13

forwarded
78:14
91:16,19
92:16
100:6
101:2

forwarding
78:7
99:23

forwards
84:25

foster
44:4,8,9
131:15,20
132:1,6,
15,20
133:1

found
34:17
89:22
289:19
290:20

four-
29:16

free
12:2
192:20

frequency
53:18
57:15

frequently
160:13
161:8

Fridays
153:14

friend
104:22

front
146:20
152:6
283:8
291:23
328:7,10

FSR
114:21
115:2

FTE
119:2

full
10:5 30:5
52:21
66:3
151:21

full-time
23:20
24:10
26:18,21,
24 28:2
35:8
127:2
183:9

fully
116:16
151:4

327:10

functional
58:13,16,
20 59:9

functioning
227:10

funded
52:14
148:19
149:4,12,
19 150:4,
11 194:24

funding
83:1,5
94:5,13,
14,15,21,
22,25
95:20
115:13,23
116:1,5,
8,9,15,22
117:2,4,6
119:1
121:13
134:16,21
135:2
142:6,9
244:2,4
245:7,8,
12,15
248:3,4
281:25
282:3,7,
8,9
325:24
326:2,8

funds
95:1,2
119:13
134:25
150:12
228:4,9
229:22
230:7



239:22,25
240:1,3,
5,11
241:7,15,
21,22
242:1

**furnishing**
246:5

**FY**
145:6

**FY18**
271:18,23
272:4
273:3,11

**FY20**
236:2

**FY22**
174:15
247:13

——————

G

——————

GA00001659
84:21

GA00001660
86:8

GA00014898
99:17

GA00062781
319:14

GA00063752
91:12

GA00085505
271:20

GA00085506
272:13

GA00200331
104:17

GA00226017
222:2

GA00230899
102:1

GA00320913
27:22

GA00324971
254:12

GA00324972
255:5

GA00325435
78:11

GA00327998
264:12

GA00328013
266:9

GA00328016
267:6

GA00328018
267:22

GA00328721
81:3

GA00329184
273:5

GA00330657
115:15

GA00332100
117:17

GA00334548
112:18

GA00345579
235:17

GA00356588
76:21

GA00361784
230:16

GA00364202
317:11

GA00781027
287:22

GA00784317
223:5

GA00788011
276:1

GA00788012
276:12

GA00791553
216:11

GA00916243
243:15

GA00951685
142:7

GA00951686
142:16

GA00962362
237:14

GA01935164
122:22

**Gadoe**
21:15
75:15
288:5
320:2
330:2

**gamut**
163:24
181:22

**gap**
25:11

**gaps**
25:7

**Gardner**
9:16,25
10:2
13:2,6
14:19
15:1
23:4,9,11
27:16
51:20
76:16

78:3
80:22
84:14
90:16,23,
25  91:3,7
98:23
99:6,11
101:19
104:11
112:12
115:8
117:11
122:15,18
130:18
133:13
142:1
145:1
166:1
168:19,23
169:1,5,7
190:5,10
196:8
206:1
216:4
221:21
222:24
230:10
235:10
237:7
243:7
248:22
249:5
254:6
264:7
266:2
267:1
271:13
272:23
275:20
287:14,18
296:2
306:19
311:15
317:5
319:9
326:11,14
328:15

331:3

**gates**
122:22

**gather**
64:4

**gathered**
19:13

**gathering**
34:1

**gave**
125:23
223:12
234:22
247:11
258:16
306:5

**gears**
329:16

**general**
20:16
22:7,18
52:14
67:5,11
96:18
106:25
118:15,18
203:12
294:11
327:6

**generally**
51:15
131:17
186:1
197:9
206:18
231:23
277:24

**generate**
89:25

**Georgia**
9:6,8
15:14,18,



21 16:3
21:16
22:20
52:8,14,
15 75:17
82:16
83:16
84:1
85:24
92:3 95:8
98:14
134:17,21
135:2,13
186:19
195:5
206:6
208:17
211:3
236:20
237:3
239:9
243:22
245:2
251:25
268:20
296:7
304:11,24
305:15,25
306:14
322:22
324:19,24
325:5
327:18

**get all**
131:4

**girl's**
293:25
294:4

**give**
11:16
12:12,17
56:11
65:21
98:6
115:23

119:10,14
125:11,12
128:20
198:18
202:16
216:18
225:5
251:8
253:21
258:10,25
297:9

**giving**
176:10
268:24

**global**
276:25
277:9

**GLRS**
97:4,8,23

**GNET**
84:19
100:22

**GNETS**
9:5 15:25
16:2,21,
22,24
17:5,20
18:6,18
19:4,6,
19,24
20:2,6,8
21:1,6,8
22:1,2,5,
6 23:13,
16,24
24:7 27:9
28:8
30:15,21,
23 31:2,
9,25 32:9
33:6,13,
20 34:6,
16,21,24
38:14

40:2,19,
22 43:3,
7,10 45:7
48:24
50:21,25
51:10,16,
24 52:5,
23 53:3
55:9,18
56:9
57:11
58:19
60:13
61:16
62:25
63:1,3,8,
10 64:11
66:8
67:5,7,
16,18,23
68:1,7,12
69:15,24
70:6,11,
21 71:16
72:6,8,
10,17,21,
23 73:1,
6,23
74:4,6,
10,22
75:2,11
76:3,11
77:1
78:20,25
79:5,9
80:17,18
81:10
85:4
86:1,10,
24 87:1,
8,20,25
88:1,3,9,
17 89:20,
25 90:5
92:1,7
93:16,22
96:6,16,

21 97:3,
8,18
98:19,21
99:15
100:24
101:24
102:17,25
103:8,20
104:4,23
106:11
107:22
108:22
109:5,12
111:19
112:1
113:18,25
115:13,25
116:4
118:11,
20,24
119:12,
13,22
120:2,16,
22,25
121:9,14,
15,18
122:3,21
123:4,16
124:20
125:6,10,
17,22
126:16,17
127:14,16
128:14,
18,23
129:5,20
130:6,15
132:6,10,
20,22
133:25
135:1
136:14
137:8
138:21
139:4,8
140:13
141:7,11

142:18
145:5,9
146:1,12
147:24
148:1,11,
13,22
149:3,7,
9,15,20
150:8,22
151:5,9,
13,14,24
152:3
153:2
159:2,15,
16,22
161:16
162:14,17
163:3,10,
16 166:17
167:18
168:8
173:24
174:3
175:1
176:18
182:17
183:10
184:4,15,
23 185:22
186:2
187:7,17
188:12,
14,20
189:13,17
190:12,
18,19
191:6,10,
18
192:10,
12,15
193:23
194:1,9,
13,19,25
196:11,
20,24
197:3,8,
10



199:19,21
200:2,3,
8,25
201:19
202:10,13
203:17
204:19
206:5
207:19
208:10,23
209:12,15
210:3,4,
6,10,11,
19 211:9,
13,23
212:1,10,
12 213:2,
12,21
214:9,11,
12,23
215:2,17
216:18
218:12,
15,16,19,
22,23
219:1,7
220:6,22
221:3
224:11
225:21
226:10
229:4,10,
23
230:15,25
231:9,12
232:20
233:22
234:15
235:3
238:14,15
239:3
241:9
242:2
244:1,2,9
245:7,22
246:2,7
247:5

249:7,9,
16 250:5,
6 252:4,
19 253:2
254:19
255:3,24
256:3,11,
17,18
260:21
261:4
262:19
263:18,24
271:8,18,
23 272:4,
7,9,14
273:3
276:3
278:1,5
279:22
282:16
286:21
289:14
290:24
292:1
294:11,21
296:7,10
303:3,19
304:8,13
306:24
308:7,21
309:7
310:13,19
311:8
312:2,4,
10,13,17,
24 313:2,
19 315:8,
12 316:4,
9,23,24
317:18
318:2,12
322:6
323:2
325:14,20
327:25
329:10,
17,22

GNETS'
94:4,12
96:1
239:14,17
242:16

GNETS's
123:23
124:13

goal
201:9
223:15
225:17

goals
199:14
215:20,
21,25
216:21
217:6,11,
23 218:2,
6,8
219:3,12
224:4,13
226:14
233:5,8,
10,11
259:25
260:1

good
9:1 10:1
98:23
104:22
165:23
169:6
277:20
278:7
311:17
326:20

government
14:21,22

grade
32:22
35:4
39:10,12,
14,15,17

58:2
59:22
227:17
303:22

grades
33:1 37:5
187:13
201:14
303:21

graduate
316:24

graduated
316:17,19

graduating
184:25

grand
150:9

grant
80:18
83:23,24
84:9,10
145:4,15
146:11
148:19
149:4,13
150:5
169:9
174:3,15
190:19,22
194:25
228:3,9
241:9,10,
13,15,18
242:19,
22,25
247:13

grants
145:23

grasping
245:15

grass
297:12,
15,23

298:3,5,9

great
175:18
231:7
247:11

greet
61:12

grief
159:8,9

grilles
293:2,10

GRLS
247:20
256:8

group
41:15
44:1,3
58:21
65:20
133:3,6
156:18
162:8
164:19
165:15
195:9
212:7

groups
164:14,
17,20,22,
23 165:2,
7,19

growing
297:12,
16,24
298:3,6,9

growth
141:3

GRS
256:8

GSE
268:20



SAMUEL CLEMONS, SR.
UNITED STATES vs STATE OF GEORGIA

December 15, 2022
Index: guess..high

**guess**
13:11
20:8 70:9
94:6
114:8
123:8
225:7
228:4
233:9
241:5
246:13
253:10
263:5
265:13
282:10
303:1
306:9
320:25

**guessing**
58:22
69:8

**guest**
98:9

**guidance**
85:5 86:9
92:21,24
93:4,7,10
103:8,15
185:11
186:9
219:16,25
220:2,4,
6,9,14,
17,25
221:10,12
224:21,22
225:2,5,8
234:22

**guide**
212:6
235:1

**guidelines**
183:11
187:12

**guiding**
206:25
207:4,12,
17 209:23
210:10
211:25
213:3,6,
11,24
214:1
262:11

**guru**
171:3

**gutter**
299:21
300:1

**gutters**
298:14,16
299:11
303:10

**gym**
301:9
303:13
310:23,25
311:5

**gymnasium**
301:16,20

——————

**H**

——————

**half**
55:22
56:12,13
151:17
152:2,3
199:9

**halfway**
74:3

**hallway**
300:25

**hand**
14:15
22:25

27:12
51:21
76:17
78:4
80:23
84:15
91:8
99:12
101:20
104:12
112:13
115:9
117:12
122:11
133:14
142:2
196:9
206:2
221:22
230:11
237:8

**handbook**
133:19,
20,22,23,
24 134:5
137:6

**handle**
93:4

**handler**
285:10

**handling**
222:19

**happen**
12:12
104:8
205:2
217:17

**happened**
29:13,16
32:3
176:25
177:8
178:4
213:25

251:13
257:16
295:14

**happening**
80:7
104:1
198:4,5
224:7
323:4

**happy**
90:17
273:14

**Harold**
78:8
100:1,3
102:11,16
104:14,20
105:7

**Harris**
322:15

**head**
11:14
61:7

**header**
86:22
146:24

**heads**
284:20
285:1,4

**health**
22:21
106:19
157:21
158:1
162:9
163:23
166:2,6,9
181:25
186:4,5,
6,7,11,
14,16
191:13,
15,16,19

192:2,9,
13,15
288:12
289:12

**hear**
154:22
181:8,17
326:18
327:3
329:10

**heard**
49:14,16,
17 100:5
289:18
330:19

**heavy**
37:13

**held**
32:9

**helped**
35:1,7

**helpful**
152:9
255:11

**helping**
244:4
245:20

**Herald**
102:23

**Herd**
49:18

**Hieu**
10:13

**high**
31:20,24
32:1,22
33:8,10
35:6
36:18
118:1
175:3
278:15



higher
  175:9
  268:7

highest
  265:11

highlight
  245:1

Hill
  50:16
  70:18

hire
  196:4

hired
  170:11

hiring
  195:2

hit
  233:6
  284:21

hold
  46:20
  48:3,23
  135:13
  280:13

holding
  290:24

hole
  300:22

HOLKINS
  311:24

home
  40:9
  41:15
  44:2,3
  67:8 68:2
  86:16
  119:7,18
  133:3
  150:25
  151:3,4,
  15,17

152:3
177:22
198:16
204:7,11
205:3
208:11
215:18
247:6
260:25
317:1
318:4,10
324:11

homebound
  67:12,17,
  19 68:10,
  16,17

homes
  131:15
  133:6

honestly
  11:3

hope
  110:5,21

hopes
  307:22

Horizon
  19:3
  23:13,16,
  24 24:4,7
  27:9
  30:15,21,
  23 31:2,
  8,25 32:9
  34:24
  50:21,25
  51:9,16,
  24 52:5,
  7,13,23
  53:3,24
  54:9
  55:9,10,
  18 56:9
  57:11
  58:19

60:12
61:16
62:25
63:1,3,8,
10,22,23
64:11
65:10
66:2,8
67:5
68:24
69:15
70:6,11,
21 72:6,
7,10,17
73:1,6
74:10
76:3,25
78:19
79:5
80:16
81:9,14
83:7
88:3,8,17
89:25
90:5
91:11
92:11
93:22
94:4,12
96:1,6,
16,21
97:3,8,
18,21
98:21
102:17
103:1,20
107:22
109:5
111:19
113:1
118:10
119:13
120:2,16
121:14,18
122:3
123:23
124:13

125:5,9,
17,22
126:16,17
127:14,16
128:14,
18,23
129:5,20
130:6,15
132:9,20,
22
133:21,25
135:1,9,
21 136:14
137:8
138:21
140:13,25
141:7,11
142:18
143:14,24
144:9
145:5,9,
14 146:1,
12 147:24
148:11
150:17
153:17,
18,23
159:2
161:15
162:14,17
163:3,10,
15 167:18
168:8
174:3
175:1,5
176:18
182:17
184:23
187:6,17
188:12,14
189:17
190:12,18
191:5,10,
18
192:10,
12,18
193:22

194:1,9,
13,19
196:11,
20,24
197:3,8,
10 199:5,
20 200:2,
25
202:10,13
203:17,
19,24
204:1,8,
12,18
205:20
206:5
212:12
213:2,12,
21 214:9,
11,23
215:2,17
218:21
220:22
221:2
224:10
225:21
226:10
229:4,10,
23 235:21
239:3,14,
17 241:9
242:16
244:1
245:22
246:7
247:5
250:5
252:4,19,
25 254:19
256:17
257:25
259:3,25
260:21
261:4,9
263:18
264:24
265:18
269:10



271:8
272:18
278:1,5
282:16
286:21
287:20,24
288:21
289:5,9,
14,25
294:7,11,
21 296:7,
10 301:19
303:3,19
304:8,12
306:25
308:7,13,
21 309:7
310:12,19
311:8
312:2,4,
13,17,24
313:19
315:7,12
316:4,9
318:2,12
321:7,13,
21,23
322:6
323:2
325:14

**Horizon's**
52:18
93:25
121:12
273:14
274:24

**hosted**
105:21

**hour**
12:14
13:18
248:23

**hours**
127:7
165:22

**house**
44:8

**housing**
291:25

**HR**
240:13,20

**hub**
312:25
313:9

**hundred**
239:23

**hurricane**
180:15

**hurricanes**
180:17

**hurt**
108:9

**HVAC**
293:2

────────────

**I**

────────────

**I'M'**
19:12

**i-ready**
225:24
227:14,
18,23,25
228:10,
11,16
229:3
231:15
232:17,
21,25
233:12
259:15,20

**i.e**
260:8

**idea**
153:20
293:15

**identificat
ion**
14:18
23:3
27:15
51:19
76:15
78:2
80:21
84:13
91:6
99:10
101:18
104:10
112:11
115:7
117:10
122:17
133:12
141:25
144:25
190:9
196:7
205:24
216:3
221:20
222:23
230:9
235:9
237:6
243:6
254:5
264:6
266:1,25
271:12
272:22
275:19
287:17
296:1
306:18
317:4
319:8

**identified**
110:6

148:13
262:16
269:9
279:4
288:7
301:12

**identifies**
160:3
257:1

**identify**
124:19
256:22

**IEP**
33:16
34:1
199:2,8,
16,18,19,
21 200:3,
16 201:7
203:16
215:20,
21,23
216:21
217:5,10,
11,13,15,
23 218:2,
5,8
219:3,11
225:17
226:21
258:12,
21,23
259:4
260:8
280:2,6,8
327:11,
13,20
328:4
329:25
330:3

**IEPS**
135:23
136:8
257:5,9,
12,18,21,

23,25
258:7
259:8

**II**
157:6
267:8

**immediately**
28:10
150:13
169:10
178:25
179:2
181:1
304:20,22

**impact**
121:12
175:19

**impasse**
205:9,13,
19

**implement**
294:8,12

**implementat
ion**
258:22

**implemented**
136:7
203:10
294:16

**implementin
g**
256:17

**implies**
134:15

**importance**
110:22

**improve**
250:4
265:15
268:6
270:24
278:18



279:9
281:15,
17,21
282:5
325:25
326:3

**improved**
325:21,23

**improvement**
198:11
264:11,23
265:1,12,
18 266:7,
10,15
267:4,18
270:14
275:15
276:8,12,
18,20,22,
24 277:9,
17 278:9,
14 281:16
282:17
305:13

**improvements**
253:14
303:3,6
307:21

**in-house**
56:20
157:14
170:13
269:7
326:5,6,7

**in-person**
264:1

**inaccurate**
123:11

**inartful**
89:18

**inception**
18:8

**include**
17:8
80:11
86:25
95:16
97:17
152:2
198:14
233:11,14
235:2
267:23
309:12

**included**
34:3 54:8
60:23
62:20
65:15
102:5
103:4,18,
25 104:6
126:3
142:13
210:17
244:2,10
245:7
270:25
308:16

**includes**
190:21
240:25

**incorrectly**
265:21

**increase**
130:13,24
131:18
132:11,12
228:25

**increased**
130:3,6,9

**increasing**
108:6

**independently**
137:1

**indication**
294:24

**indicators**
86:15

**individual**
327:11

**individually**
162:9

**indulge**
135:17

**influx**
133:7

**info**
81:2
112:17
114:21
236:3

**informal**
167:6

**informally**
93:13
157:15,16

**information**
12:15
51:23
52:5
88:23
122:2
123:4,5,
16,19
124:24
145:23
178:16
187:18,21
206:8,19,
21 208:4,
13 210:8,
24 213:24
227:11
231:20
235:2
250:13

258:13,15
261:8
262:10
273:20
274:8
289:24
312:16
317:16,23
329:11

**informed**
104:2

**initial**
62:7,9
73:22
79:18,22,
23 121:12
227:13
307:20

**initially**
13:12
64:13

**initiate**
62:14

**input**
252:16
258:16

**inquire**
94:10

**inquired**
117:2,5,6
310:10

**inquiries**
121:15,
16,19

**inquiry**
93:4

**inserted**
285:2,3

**Insight**
54:11
55:6,7,18
156:3,7

164:18
165:18
166:13
176:2
185:16

**insights**
254:1

**inspected**
88:11
89:22

**inspection**
87:19,21,
25 88:1,
4,9,24
269:25
270:1,2
289:25

**inspections**
88:16

**installments**
57:17

**instance**
328:2

**instances**
327:23

**institution**
183:23
186:12

**instruction**
22:21
155:24

**instructional**
146:6
149:6
259:14
268:12
269:1

**Instructional/academic**
268:3,11



**instructions**
155:9
156:6
157:9

**instrument**
209:22
227:9

**instruments**
64:4
277:12

**insurance**
106:19

**intake**
62:7,9,15
209:4,8

**integration**
260:4
261:18
262:18
278:10

**intend**
307:25

**intended**
92:23
93:3

**intense**
172:1

**intensity**
53:18

**intensive**
74:5,12
284:2,4,
10 285:6
318:22

**Interagency**
162:4,6

**intercom**
181:8

**interfere**
53:19

**interim**
27:8
28:14,18
29:2,6

**interior**
285:5,7
300:16,
18,19
319:1

**interrupt**
11:21

**interrupted**
93:2

**intervention**
171:18,23
186:20
198:6
199:15
202:24
203:9
284:2,4,
10 285:6
318:22

**interventions**
22:12
54:19
74:6,12

**interview**
195:10,12

**interviews**
195:14,
17,19

**invited**
324:10
327:17

**invoicing**
116:4

**involve**
45:14

**involved**
19:8
33:9,14
37:25
38:1
67:16
163:4,11
178:3,12,
13,15,16,
17 205:5
252:5,16
330:11,12

**involvement**
33:5,15,
19,22,23
39:4

**involving**
100:23

**irate**
181:16,19

**Iready**
231:1

**Irwin**
50:17
70:19

**issue**
38:2
117:4
200:24
298:10
310:21

**issued**
290:25
304:13

**issues**
37:11,12,
13,14,15
53:1
64:16,22
67:25
68:1
95:18,19,
20,23

98:7
99:16
101:25
116:22
139:15
160:21
182:24
183:18,20
187:10
200:18
208:25
209:2,4,8
288:12,13
289:12
311:9,13

**item**
149:7
260:5
261:19

**items**
236:3,25
237:2

**itinerate**
126:11

— **J** —

**James**
20:22,23

**jan**
285:10

**January**
84:18
99:14
101:23
102:15
104:15
120:13
173:4

**Javier**
9:18
326:15

**Jeanene**
78:9

**Jennifer**
162:18,19

**job**
11:2,14
35:15
185:3

**jobs**
34:17
35:2,8,9
98:2

**Jones**
271:17

**Josh**
306:23

**Judicial**
186:20

**July**
81:1
241:14,20
264:10
266:6
267:4
273:2
287:20
319:12

**June**
28:1 30:5
78:7
236:3,25
241:14,
19,20
254:10,19
264:3
270:5,10
306:24

**justice**
186:20
187:8,11

**Juvenile**
187:11



**K**

K-12
    201:14,15

keeping
    177:7
    181:3
    309:21

Keith
    104:22

Kelly
    9:16  10:2
    25:2

key
    86:14

kids
    183:16,20
    302:19

kind
    44:16
    56:25
    61:23
    64:1  69:3
    82:3
    93:13
    98:7
    136:10
    139:14,17
    159:6
    168:16
    169:11
    176:21
    177:2
    178:18
    186:25
    198:5
    200:23
    201:1
    202:6
    205:2,3
    209:2
    217:18
    224:6,22

    231:16
    240:15
    241:3
    245:1
    262:17
    269:1
    289:21
    312:20
    317:25

kindergarten
    183:17
    303:22

kinds
    45:17
    63:12
    94:19
    95:16,24
    96:13
    98:12
    107:5
    154:4
    181:9
    183:19,21
    189:8
    197:15
    198:12
    204:19
    209:23
    221:5
    232:15
    255:18
    258:9
    294:22

knew
    110:13

knowledge
    309:2
    311:14
    315:21
    328:5

Kornegay
    78:9

**L**

labeled
    268:2

lack
    293:2,13
    294:24

Lakesha
    17:11,13
    142:4
    230:21
    231:11
    237:10,
    18,21
    251:1
    257:10

Lance
    49:17,18
    100:5

land
    131:16

landed
    115:25
    116:19
    117:8

Lanier
    70:19
    77:15

Larazi
    28:18
    162:22

large
    291:3

larger
    55:21

lasts
    165:17
    315:19

Latasha
    91:20,22

latest
    216:19
    309:14,
    16,17

lavatory
    291:16,20

law
    100:23
    216:19

lawsuit
    18:21
    19:3

lay
    244:20
    246:14

laying
    246:15

LEA
    21:19
    62:1
    63:11
    65:17,20
    76:8,10
    86:10,16
    90:9
    96:17
    135:21
    149:19
    158:2,23
    159:2,6,
    11,24
    193:18
    204:21
    205:4
    229:16
    238:14,15
    246:5
    260:18,24
    261:5,10
    280:13

LEA's
    247:10

leadership

latest
    47:1,11
    48:2
    255:23
    256:17

learn
    16:6,14
    34:19
    35:10
    121:20
    295:16
    323:3

learned
    16:18

learning
    57:9,10
    107:4
    141:3
    249:12
    269:5,6
    278:21,23
    279:7,24
    280:11
    320:3,10,
    12,15
    328:19
    329:6

LEAS
    86:15
    87:1
    95:21
    110:13,15
    122:4,7
    131:1
    158:5
    168:6,8
    177:21
    189:19
    197:12
    209:19
    210:3
    212:6,15
    218:17
    229:8
    246:7
    247:4,7,



14,17,20
260:6
310:14
327:16

**leave**
25:3
40:21
188:14

**led**
45:18
178:4
217:20

**Lee**
38:24

**left**
68:19
107:3
240:18

**Legacy**
191:12,
15,19
192:2,8,
13,14

**legal**
186:22
187:10

**length**
202:3
312:17
315:11
316:21
329:17,
21,24
330:7,8

**lengths**
312:21
316:8

**lengthy**
289:23
330:10,11

**lesson**
60:5,11

268:14,18
269:3

**lessons**
56:23,25
60:16

**letter**
296:5,9,
13,15,18,
22,25
301:12
303:2
304:13
305:9
306:24
307:8,10
310:17
322:2

**level**
35:4 58:2
204:6

**levels**
59:23
227:17

**Lexile**
226:1
229:6,7

**liaison**
17:6
93:9,12
135:21

**license**
148:7
236:10,19

**licensed**
38:8
148:4,8,
10
194:16,
20,24
236:14

**licenses**
48:4
236:2,5,

9,22

**life**
45:16
46:5
48:9,11,
14,17
58:3,5,17
95:19
171:18,23
192:23
227:19
315:13,
17,21,24
316:3

**light**
293:25
298:18
299:11,
15,19
300:4

**lights**
294:5
298:23

**Lill**
306:23

**lines**
133:4
204:10
311:10

**lion's**
240:2

**LIP**
163:21,22

**LIPT**
162:4,15
163:4,11,
23 164:1,
4 185:7

**list**
53:12
145:13
146:8
147:6,8

156:25
164:7
183:14
191:6
197:19,21
198:19
233:18
298:16
299:12,24

**listed**
42:2
44:20,25
48:17
145:19
146:9
148:18
152:15
192:22
198:19
218:5
226:21
272:15,18
280:17

**listened**
109:2

**lists**
155:3,7
187:25
236:1

**litigation**
15:17,20
16:7,15
19:1
296:6
321:24

**live**
44:7

**LKES**
49:12,15,
18,21

**load**
112:3,5
321:1

**local**
21:20
44:13
86:9
158:17
195:5
197:11

**located**
20:20,22
26:14
31:11,16,
20 38:15,
24,25
39:7,9,
11,21,22
71:1
88:11
113:2
140:18
294:9,13
311:5

**location**
20:11,13,
14,15
30:9,18,
22 31:9,
13,14,19
58:24
59:1
66:14
111:11
126:18,19
129:22
144:7
159:15,18
164:25
165:6
185:3
289:19,21
313:1,15,
18

**locations**
22:3,6,7
55:10,15
60:13



71:16,24,
25 72:25
77:4
131:15
142:18,
22,25
144:5,10,
22 150:18
165:3,5
256:12
313:6

**lock**
180:25
319:6

**lockdown**
180:15,
22,23

**lockdowns**
180:17
181:11,13

**locked**
181:4,5

**locks**
319:5

**log**
263:10

**logs**
262:24

**long**
13:16,19
23:15
29:2
57:11,23
60:20
90:19
98:25
165:16
168:25
173:24
177:16,19
201:16
247:17
312:13

315:1
316:2,11
319:23
323:3

**longer**
27:20
90:21
104:3
119:6
204:2
216:20
217:20
219:7,11
315:14,
18,19,24
316:1

**longest**
312:12,21
315:11

**looked**
169:10
190:19
247:13
259:12
262:11
316:14

**Loose**
293:17

**lost**
177:10

**lot**
45:15,16
56:22,23,
24 69:9
76:25
107:3,4
109:15,21
131:14
156:23
159:18,20
162:10
172:7
173:13
176:2

182:23,25
183:16
184:10
189:4
207:9
227:20
268:21
297:25
298:4,6

**lots**
278:14
309:15

**low**
25:18,19,
22,25
26:12
27:2,4,6
58:7,8,10

**lower**
175:5
227:9

**lowest**
286:22
287:3,7

**Lowndes**
30:10,13
31:1,12,
15 32:10,
14,22
33:1,5,6,
21 34:5
36:9,11
50:17
70:19
77:16
81:14
83:7
88:11
100:14
104:3
106:13
107:22
111:21
112:4

113:2,7
115:13,24
116:12,
13,15,21
124:1,4,8
131:2
158:9
162:3,6
236:17

**LRE**
110:22
260:7,15,
22,24

**LSCI**
171:14,17
172:2,6,
9,13
173:10,
17,19,21

**lunch**
90:14
98:24,25
165:22
302:1,5

**lunchroom**
301:16,25
302:4
303:14
311:5

―――――――――

**M**

―――――――――

**Macon**
172:21
329:8

**made**
50:6,11
108:15,16
160:25
201:7
300:9
303:4,7
323:22,25

**magical**
203:1,3

**Mahon**
171:1

**main**
263:6
293:18

**maintain**
177:16,19

**maintained**
177:14
215:4,22
263:7

**maintains**
215:15

**maintenance**
293:2,14
294:8,12,
24 295:18
298:15,21
299:12,24

**maintenance
/repair**
262:23

**major**
180:20
197:13
295:24
311:12

**majority**
53:2

**make**
11:14
21:13
42:13
44:15
46:17
61:14
64:1 73:9
76:24
94:6
96:3,5,8



110:12
182:5
186:24
187:5,14
195:20,23
199:8
202:19
211:22
212:24,25
224:6
226:7
231:19
249:19
256:5,9
257:25
268:25
269:2
289:15
305:11
307:20
308:1
310:16

makes
  225:25
  327:13

making
  33:17
  161:2

manage
  94:5,13

management
  99:16
  100:14
  101:15,24
  103:20
  105:8
  109:7
  111:19
  113:7
  151:19
  155:24
  156:6
  157:9
  169:12
  176:3

179:5,10,
19 180:4,
7,9,12
214:16,21
215:6,10,
12 228:24
229:2
249:13
256:23
262:22
269:13
270:22
280:17
305:5

Manager
  86:24

manages
  94:13

mandatory
  228:12

manner
  25:16
  176:5

March
  29:5
  78:15
  223:3,12

Marcia
  331:10

Marcus
  182:14,
  18,25
  191:1,7

marine
  283:9,11

mark
  187:25
  188:13,
  17,21
  287:14

marked
  14:16,18,

21 22:25
23:3
27:13,15
51:19,21
76:15,17
78:2,4
80:21
84:13,15
91:6,8
99:10,12
101:18,20
104:10,12
112:11,13
115:7,9
117:10,12
122:11,17
133:12,14
141:25
142:2
144:25
145:2
190:7,9
196:7
205:24
206:2
216:3,5
221:20,22
222:23,25
230:9,11
235:9,11
237:6,8
243:6,10
254:5,7
264:6
266:1,3,
25 271:12
272:22
275:19,21
287:17
296:1,3
306:18
317:4,6
319:8

Masonry
  290:10

master
  46:25
  47:10
  188:7
  217:18
  224:13
  253:24

master's
  46:21,22

mastered
  188:7
  215:22
  218:3,4,5
  224:3,12
  249:25
  251:19
  253:17,
  19,20
  254:1

mastery
  233:15

matched
  300:19

material
  233:16

materially
  129:16

materials
  240:18,
  19,21

math
  48:9,12
  225:25
  227:15,16
  229:1

Mathis
  31:16
  113:2

Matt
  271:17

matter
  14:2,13

288:15
289:3
325:24

Mccollum
  117:22
  119:20
  120:6

meaning
  139:18

means
  11:7
  16:22
  76:6
  81:21
  121:7
  161:22
  162:10
  174:25
  176:23
  207:19
  260:25

meant
  187:4
  253:4
  274:5

meantime
  198:1

mechanical
  290:14

medical
  67:25
  68:1

medication
  64:22

meet
  13:10,20
  16:17
  62:18
  112:8
  164:23
  166:7
  185:23
  192:19



197:22
199:2
212:14
223:15
230:25
231:19
232:3,13
233:22
256:9

**meet all**
165:18

**meeting**
105:2,6,
9,10,14,
16,19,20,
21,24
106:1,3
108:19,20
183:11
199:19,21
200:16,20
212:17
215:24
216:16
217:9
237:12,25
238:8,10,
16 254:10
256:7,10
260:1
308:25
327:20
329:7,8

**meetings**
17:11,17,
19,20,22
33:16
34:1
96:25
97:2,4,5,
7,8,16,24
98:4,6,
10,15,18
135:23
199:18,25

200:3,11,
12,13
247:20
252:13
255:24
256:3,8,
11,13
280:3

**meets**
162:8

**member**
44:11
328:3

**members**
105:1,15
179:10,14
180:1
181:2
203:16
236:13
244:14,
16,17,19
246:2,3
268:13,22
309:5
310:1
325:3

**memorandum**
116:7,20

**mental**
157:21
158:1
162:8
163:23
166:2,5,9
181:25
186:4,5,
6,7,11,14

**mention**
219:25

**mentioned**
35:1
43:23
46:3

48:12
55:2
56:15
59:25
61:4,8
64:18
78:23
83:15
84:7
93:22
95:11
107:7
113:14
120:8
127:10
144:18
153:5
170:2
193:15,22
194:9
199:18
202:7
226:24
227:14
229:6
232:17
250:8
266:10
318:25
328:23

**mentions**
63:16
65:14
68:22
164:14
166:2,25
167:9
173:9
310:20

**merge**
79:16

**merger**
79:17

**met**
13:12

104:24
106:6
108:21
112:9
215:25
224:2,11
225:17

**Michael**
112:23
113:21
114:5

**middle**
12:8 33:1
73:22
118:1
173:4
285:20,23
286:10
307:19

**midterm**
242:7

**midway**
153:10
255:10

**miles**
144:19

**million**
239:23
240:3,4,
24 245:3,
8

**Mind**
175:22

**Mindset**
169:18,23
170:16,21
171:4,5,7
172:1
175:22

**mini**
160:12

**minimum**

135:10
137:7
228:14,
18,22

**minor**
306:8

**minute**
297:9

**minutes**
12:14
13:18,19
57:22,25
59:19,21
60:6
90:15
165:17
228:19,25
233:11
248:23
315:3

**misconcepti
on**
200:19

**misconcepti
ons**
200:25
201:1

**missed**
238:2,3

**mission**
52:18,22

**misundersta
nding**
26:5

**mix**
166:20,
21,23
248:16

**mixed**
166:24

**mobile**
290:18,20



modifications
323:22

Mohan
171:1,2

moisture
293:3,11

moment
10:12
74:18

Monday
254:11

money
79:17,25
80:5,8,16
119:6,9
245:10
248:4

monitor
160:12
161:1
175:20

monitored
160:17
161:4
219:12

month
82:7,12
94:8
215:9
256:5
304:21

monthly
17:19,20
81:24
82:7,9,
19,22
95:13,17
96:25
97:6
215:7,9
233:2,4
234:21

256:9
259:20,22

months
16:10
29:5,7,8,
9,14,18

morning
9:1 10:1
60:6
102:16,24

mornings
61:12
67:1,2
165:12

Morris
306:22
307:7

mortar
290:11

MOU
116:4

MOU/
INVOICING
115:25

Moulton
32:13
33:7,9,14
35:19

Moultrie
26:15,17
27:6
71:1,4,20
72:3 77:7
304:17

move
131:14
169:8
210:19
308:8,15

moved
30:9,12
31:9,10,

12,18,25
32:3
87:22
89:15
90:1
270:3
273:17
288:24
293:25
308:22

moving
30:17
31:3
53:23
81:13
86:21
110:4
128:7
148:21
154:9,23
169:11
211:25
256:20
259:14
262:22
269:12
278:17
289:20
291:13
292:11
295:1
300:16
307:19
308:2
328:6

multi
39:12

multiple
70:12
201:18
206:13
299:21

music
326:6

N

Nakeba
18:14
78:8,15
85:11
91:10
100:7
101:22
102:11
104:14
105:6,9,
21,23
108:3
122:20
123:2
216:8,15
221:24
223:3,11
271:16
275:23
287:19
319:12

named
43:4
50:22
142:9

names
18:11
145:13

narrative
153:10
155:1
169:16
179:8

Nashville
71:1,11,
12,24
286:13

nature
18:20
33:15
182:20,22

236:12
300:21

navigate
68:14
116:21
204:19
289:17

nearby
283:23

necessarily
109:3
118:17
122:8
157:17
163:5
188:16
201:15

necessary/
needed
328:19

needed
24:18
79:17
81:2
112:17
116:25
160:12
218:8
236:2
247:23
258:15,17
259:11,12
268:23
271:2
277:9,17
278:14,21
279:15,25

needing
295:1

negative
61:7

net
185:1



network
  15:21
  16:3 50:2
  52:9
  206:6
news
  245:2
Nguyen
  10:14
  90:12,20
  91:2,4
  98:25
  130:16,20
  165:21
  168:22,25
  169:3,6
  297:6
  310:4
  322:18
  326:15
  328:9
  331:7,16
Ninth
  32:22
nod
  11:13
non-gnets
  119:15
  120:17
non-paying
  35:9
noon
  90:17
normal
  68:20
  330:13,14
Northern
  9:8
note
  10:10
  13:2
  14:19,25

101:3
142:14
244:24
266:21
290:13
302:16
305:11
notebook
  251:3,7,
  22,25
noted
  35:13
  38:3
  281:24
  298:19
  305:13
  306:8
notes
  288:6
  320:5
notice
  14:20
  131:19
  181:4
  242:15
  245:2
noticed
  129:18,24
notified
  87:2
  257:11,14
Notwithstan
ding
  310:12
Nova
  47:22
November
  317:9,20
number
  9:8 14:24
  24:15
  25:22

56:11
66:13
69:9,10
70:22
72:25
80:3
81:12,23
82:4,6,9,
10,13,17,
18 83:9,
10 86:7
111:22
125:3,12,
20 128:20
129:5,19,
25 130:2,
5,14,23
131:22
132:5,14,
19,25
142:16
144:20
151:17,
20,22
152:1
174:11,
22,25
175:3,6,
7,9
195:14
203:2,3
233:11,25
234:3
239:21
241:11,23
244:13
246:1
248:14
317:17
numbered
  146:19
  267:23
  276:16
numbers
  25:22,25
  26:11

27:1,4,6
56:3
80:1,2,5,
7,10 81:9
83:12,13,
16 116:10
125:23,24
126:3
129:1,2,4
130:9,11
133:7
170:17
197:1,4
246:15
290:5
numerous
  146:8
nurses
  126:7,22,
  23 127:1,
  8

─────────
      O
─────────

oath
  11:8
Object
  130:16
  310:4
objections
  13:4
objectives
  215:21
  216:22
  217:6,11,
  23 218:6
  219:3
  320:10,15
obligated
  250:5
observation
  168:13

observation
s
  65:19
observe
  135:24
  168:10
  197:17,18
  198:18
  200:22
  202:11
  207:23
  215:1
observed
  65:21
  197:24
observing
  167:11
  214:6
obstacle
  326:9
obtain
  92:23
  93:3
  153:21
occur
  87:1
  102:11
  120:9,12
  165:8
  176:19
  178:23,25
  304:19
  314:21
occurred
  120:10
  121:11
  178:20
  247:18
  305:7
  323:3
  324:15,20
  325:7
occurrence



275:3,16

**occurring**
323:8
324:6,24

**October**
81:17,25
82:25
83:3,10
112:16
113:22
196:20
237:11,
17,20

**offered**
53:24
63:22
66:1
172:15,
17,18

**offerings**
54:9

**offers**
63:24

**office**
100:21
215:16
292:9

**official**
28:14
93:12,14,
15

**older**
287:8,10

**one-on-one**
160:11,22

**online**
57:1
251:14
253:11

**onsite**
250:21,
24,25

251:12,23
283:15,16
308:3,9

**open**
185:22
193:2

**opens**
192:18

**operate**
137:1

**operates**
201:19

**operating**
94:7
96:3,6,22
239:14,17
309:7

**operational**
72:4

**operations**
121:16
122:2,3

**opinion**
205:13

**opportunities**
35:10

**opportunity**
12:17
18:23

**opposed**
316:24

**option**
211:9

**oral**
11:16

**order**
11:12,14
65:8
146:11

203:4
253:24
299:2
331:3,6

**organization**
183:22,25

**organizations**
190:17

**outcome**
214:13
320:3

**outcomes**
320:1

**outlined**
255:11

**outlines**
137:6
190:17

**outsource**
55:2

**overnight**
188:22

**overseeing**
96:2

**oversees**
94:6

**overview**
86:14
207:25
258:25

─────────────
        **P**
─────────────

**p.m.**
99:4
189:25
190:3
248:25
249:3

311:19,22
331:22,25

**pace**
129:15

**package**
207:16
214:4

**packet**
206:8,19
208:4,13
210:1,9,
24
213:19,24
262:10

**padded**
284:17,18
285:6

**padding**
284:15,22
285:1,3

**pages**
73:14,15
75:6
146:19
147:13
152:5
207:12
291:13
292:11

**paid**
229:23

**panels**
293:18

**paper**
30:3
263:13

**paperwork**
131:5
167:22

**paragraph**
52:13
74:2

86:22
110:4,19
153:7
154:10
255:9
301:14
307:20

**paraphrase**
224:6

**paraprofessional**
171:13

**paraprofessionals**
128:5
144:21
150:8,11
173:10,16
248:16

**parapros**
127:23,24
173:13
248:18

**parent**
44:8,9
181:16,19
187:23,24
202:1,2

**parents**
37:25
64:23,24
65:2
136:9
175:17,18
177:5,23
183:21
198:14
199:3
200:18,
20,25
201:2,11,
18,21,24
330:12



Parker
    31:16
    113:2

parking
    297:25
    298:3,6

Parkwood
    38:24
    39:8,11
    40:1,5,7,
    10,14,18,
    21 41:3,
    7,19
    43:19

part
    29:15
    30:25
    43:23
    44:22
    50:1 62:6
    66:3,8,
    10,19,20,
    22,25
    67:3,4,6,
    7,10,11
    72:17
    88:4,9
    95:11
    107:1,2
    175:22
    185:19
    186:17
    207:16,
    18,22
    210:2
    212:7
    213:23
    226:8
    228:9
    239:3
    241:20
    249:18
    250:12
    258:24
    286:20

298:23,24
299:8
300:22
301:8,13,
15
309:10,
21,23
310:25
311:4,5
327:19
328:3

part-time
    23:23
    24:3,6,9,
    21 25:6
    27:10
    29:19
    34:19
    35:8,9
    38:5,6
    127:3

participate
    97:11,14,
    23 98:3
    162:15
    188:13
    199:21,24
    312:24

participate
d
    327:24

participate
s
    97:9
    98:6,14
    162:17
    163:21
    178:9
    200:2

participati
ng
    141:22
    163:16

partition

302:17

partner
    186:23

parts
    249:10
    299:7
    301:1,2,
    3,5,7,11

password
    181:7

past
    232:1
    310:20,22
    311:9
    316:10

Pat
    85:11,14

Pathways
    72:24
    79:9
    80:17
    81:9 83:5

Patrick
    85:15
    100:7

pattern
    145:18,
    20,22
    146:16,24
    147:3,5,
    9,16
    149:24
    150:7,14

Pause
    149:17

pay
    106:21,23
    107:12
    228:3
    245:25
    294:21

paying
    246:3,18

pays
    107:14
    228:2
    229:20
    230:5

PBIS
    22:10
    54:18
    153:8,23
    154:3,7,8

pdf
    264:13
    267:7
    276:3
    287:23

PE
    126:6,10,
    16

Peaceway
    184:6,11

people
    108:10
    125:5,9,
    16 163:24
    170:13,18
    178:12
    179:18
    204:11
    279:15,21
    305:6
    322:25

percent
    24:11,12
    28:3,6
    29:21,24
    30:6
    152:19
    161:15
    171:13
    173:9
    174:25
    260:14,20

272:19
312:11

percentage
    24:10
    107:13,14
    173:11,16
    233:15
    312:9

perception
    201:22

perform
    159:2

performance
    53:19
    140:11

performed
    158:17

performing
    93:19
    309:21

performs
    93:20

period
    29:17,23
    134:15
    178:22
    183:2
    188:14,22
    201:16
    203:8
    204:2
    225:10,
    15,19
    232:19,24
    288:9
    289:10

periods
    66:22
    67:1

perks
    107:4



SAMUEL CLEMONS, SR.
UNITED STATES vs STATE OF GEORGIA

December 15, 2022
Index: person..plan

person
17:6
37:23
41:15
98:10
101:10
114:11
119:21,
23,24
120:3
121:8,25
126:15
160:22
167:16,
24,25
170:18
171:3
178:12,14
189:23
240:13
304:25
305:6,16
306:1,15
330:17

person's
162:11

Personal
134:7

personally
45:18
97:11

personnel
101:14
134:8
138:22
147:6,8
167:17
178:3
195:3

persons
177:10

pest
311:9,13

phone
13:11,14
100:21
121:24
125:3

photo
318:10

photos
318:3,9,
18

physical
30:22
86:18
113:11
249:13
251:21,25
296:10
306:25

physically
30:18
31:11
71:22
275:6

physician
64:21
65:1

pick
44:14
314:14

picking
188:19
314:13

Pico
9:18
326:17
330:21

picture
241:3
318:7

pictures
288:6
289:24

291:3
293:6,9
305:9
311:3
318:8,20

piece
57:20

pieced
292:19

piers
290:10,14

pilot
262:3,5,6

piloted
261:21
263:19,23

pinpoint
198:3

place
183:8

placement
185:2,4
199:7,9

places
18:10,12
259:4

placing
185:5

Plains
31:6,7
49:2,3,9
50:7,12
94:1,16,
17,18,22,
23  95:4,
7,12
96:5,20
97:1,2
98:19
100:12,15
101:14
107:24

108:14
112:6
113:8
114:21
122:5
124:1
269:8
306:13
307:9

plaintiff
14:22,23

plaintiff's
14:16,17
23:1,2
27:13,14
51:18,22
76:14,18
78:1,5
80:20,23
84:12,16
91:5,9
99:9,13
101:17,21
104:9,13
112:10,14
115:6,10
117:9,13
122:16,19
133:11,15
141:24
142:3
144:24
145:2
190:7,8
196:6,9
205:23
206:3,12
216:2,6
221:19,23
222:22
223:1
230:8,12
235:8,12
237:5,9
243:5,11
254:4,8

264:5,8
265:25
266:4,24
267:2
271:11,14
272:21,24
275:18,22
287:15,16
295:25
296:3
306:17,20
317:3,7
319:7,10

plan
86:15
90:1,6
168:17
172:15
198:6
199:15
202:24
203:9
235:4,6
249:7,9,
10,16
250:1,6,
9,19,22
251:2,17
252:14
253:8
254:14,
19,23
255:6
256:18
262:20
263:4
264:1,11,
14,18,23
265:1,3,
18  266:7,
11,15
267:5,8,
18  270:7,
10,15
271:9,19,
24  272:4,



9,15
273:3,11
274:24
275:2,12,
15,25
276:4,8,
13,18,22
278:9
280:18
307:20
308:7,14,
15 310:16

**planning**
84:19
86:11
162:4,6
210:12
212:17
288:9
289:10

**plans**
86:23,25

**plants**
297:12,
15,24
298:3,9

**platform**
195:5

**play**
19:11

**playing**
45:15
46:5

**point**
12:1 54:1
66:3
68:22
98:24
101:9
131:19
165:24
168:13
210:2
217:1

242:15,24
296:25

**pool**
241:22

**poor**
269:17,22

**populated**
145:21

**population**
36:6
189:5

**portable**
290:11,22
291:23,25

**portal**
82:9
83:17,20,
21,22
84:5
95:6,9
243:3
251:17
252:1
320:2
321:2

**Porter**
162:18,19

**portion**
57:3
151:8
252:4
258:11
262:19

**portions**
296:25
297:7

**posed**
230:21
289:11

**position**
110:1
150:4

181:5
195:4,8,
9,11,22
299:23
301:18

**positions**
32:9
125:21
126:1,5
147:23
148:19
179:17,20

**positive**
22:11
54:18
153:12

**possession**
208:19

**possibility**
309:13

**possibly**
313:8,12

**post**
195:4,8
298:18
299:11

**potential**
101:14
103:19
111:18

**potentials**
52:21

**practical**
38:8

**practically**
24:14

**practice**
74:23
75:1,11,
12

**Prats**

9:18
326:17
330:21

**pre-k**
183:17

**preceding**
28:10
150:14

**pregnancy**
36:19

**preliminary**
78:17
79:12
80:14
242:7,10,
16,18,21
287:21
288:4,11

**Prep**
254:15

**preparation**
283:15

**preparations**
308:2

**prepare**
13:8
255:12

**prepared**
215:18

**preparing**
13:21
14:5
236:2,24

**presence**
10:10

**present**
24:5
72:11
127:5
290:12

306:14
321:10,15
322:9,10,
13,15,17,
19,22
325:16

**presenting**
105:11

**presently**
24:5,6
77:8

**pressure**
303:10

**pretty**
18:24
33:16
44:12
61:13
94:6,16
96:8
159:13
171:25
207:23
215:23
228:4,13
241:24
244:23
247:9
251:1,14
262:14
263:5
272:10
274:12
303:12,16
305:10
306:7,9
313:24
314:7
323:16

**previous**
84:25
175:10

**previously**
31:1



40:18
78:25
79:8
251:21
253:10

**primary**
285:20,21
286:10,21
287:3,9

**primitive**
59:13

**principal**
32:16,22,
25 33:4,
20,21,22,
24 37:4
45:2,4

**printed**
142:15

**printout**
182:12

**prior**
20:3 32:8
72:16,21
80:6
166:16
182:1,2
257:15,17
270:6,13
278:15
292:7
307:23

**prioritized**
266:16

**priority**
265:6,9,
11,14
267:23
268:7,8,
22 269:9,
16
276:15,23
278:11

280:18,22

**private**
77:23

**privilege**
153:22

**privileges**
153:25

**pro**
235:15

**problem**
311:12
312:18

**problems**
37:21
131:6
136:3
162:10
188:2
197:14
199:1
211:8
293:3,11
294:25

**procedure**
294:20

**procedures**
294:8,12,
15 295:4,
5,8

**proceed**
12:25

**process**
87:1
178:10
195:2
202:8
222:19
240:10
241:6
250:13
251:10
252:17

253:14
278:22
279:7
298:15
302:20
328:20

**processes**
242:19

**produced**
19:16
73:6,10
134:1
142:14
145:8
190:11
196:10
206:4

**professiona
l**
48:3
107:4
134:7,8,
14 135:5
249:11
269:5,6
278:21,23
279:7,24
280:11
288:5
328:19
329:6

**program**
15:22,24,
25 16:4,
21,22,24
17:20
18:6,9,18
19:4,6,
12,19,24
20:1,2,6,
7,9,10,11
21:1,6,8,
9 23:13,
16,24
24:7 27:9

30:9,12,
15,17,21
31:2 32:9
33:20
34:10,16,
22,24
35:19,25
36:1,2,4,
6,8,10,
20,22,25
37:11
38:4,14,
22,25
39:1,3,5,
7,16,18,
21 40:19,
22 41:18,
22 42:4,
5,7,8,9,
10,11,12,
16 43:1,
3,4,7,10,
17 45:7,9
50:21,25
51:16,24
52:5,24
53:3
55:10,13,
14,18,19,
21 56:9,
17,19
57:1,4,11
58:20
59:14,20
62:24
63:1,8,10
64:13
65:18
66:8
68:12
70:6
72:6,8,
10,18,21,
23 73:1,6
76:11
77:1
79:1,9,16

86:24
88:4,17
89:25
90:5
95:23
96:6,21
100:24
103:21
106:13
107:7,11,
12,17,20
108:12
109:5,11,
12,14,23
110:14,16
111:21
112:1
113:18
114:1
118:24
119:12
121:14,
16,18,21
122:3
125:10
126:25
127:16
128:18,23
130:1
132:23
134:1
135:25
136:14
142:18
145:5,9
146:1,12
149:25
155:13,
15,16,17,
22 157:17
158:24
159:25
164:19
167:16
173:24
176:18
177:10



180:5,7
183:19
184:3,4,
12
185:17,
18,19
186:2,10
188:1,3,
8,9,10,
14,17
189:16,
17,20
190:12
191:21
192:15,17
193:1
194:3,5
196:11,20
199:11,12
200:18,
19,22
201:3,12
202:2
204:23,25
205:18
206:5,20
207:1,5,
14,18,21,
24
209:18,25
210:5,6
212:21
213:1,4
214:12,
18,20,23
216:21
225:24
226:2,23
228:10,
23,24
229:2,7,
9,16,17
232:25
236:18
240:22
242:2
246:2

249:17,
18,19
250:2,18
252:20
253:2,25
255:22
256:17
260:17
261:11
262:7
282:16
287:9
289:17
294:11
315:8,12,
20 316:4,
9,17,18,
19 318:12
323:2
329:17,22

program's
135:2

programs
21:2,3
27:19
52:8
54:16,23
74:7 75:3
80:17
81:10
87:20,25
88:1
93:16
94:6,11
96:2
98:12
126:24
160:23
215:8
219:7
227:21
231:12
232:20
233:5,22
240:22
255:3

261:8
262:4
263:19,24
272:14
273:16
275:7
327:7

progress
160:25
161:2
201:8
216:22
218:9

project
41:1,3,5,
16

promised
78:16

prompt
274:19

prompted
92:19
103:24
111:18
280:10
317:23

properly
110:6
259:3

proposed
102:17,25

protocols
183:10

provide
19:5
44:17
45:11
52:19
55:9,10
74:7 76:3
79:12
83:15
85:5

86:14
92:21
95:12
98:1
136:3
156:17
160:22
184:14
187:17,20
191:24
192:9
193:16,20
204:2
210:2
212:8
214:9
229:8,16
247:8,18

provided
44:21
46:4
152:19
156:16
166:10
167:7
182:13
196:16
250:14
262:17
269:2
278:24
307:24

provider
56:10
156:9
184:13
185:13

providers
166:10,
12,13,14,
15 189:9

providing
51:23
67:16
68:10,15

247:14
317:16
320:6

provision
53:20

provisions
134:4,8

Psycho
21:3

psychologic
al
42:24
62:23
63:9

psychologis
t
62:24

psychologis
ts
65:9
143:18
193:23
194:2

psychology
135:12
137:17,21
138:6,10

public
22:19

pull
118:23
120:16

pulling
241:5

purchased
155:18

purpose
86:13
249:15,17
250:1
314:10



SAMUEL CLEMONS, SR.                                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA                                   Index: put..recall

**put**
  83:17
  177:25
  201:8
  204:1,23
  241:17,22
  284:22

**puts**
  94:18
  95:4,7

**putting**
  232:24
  263:7

———————————

  **Q**
———————————

**quality**
  283:2
  285:18

**quarterly**
  256:11

**question**
  11:23
  12:2,3,9,
  16 18:1
  25:1,4,5
  93:2
  114:23
  121:22
  122:1
  130:17,20
  132:3,13
  181:23
  213:16
  220:23
  222:16
  223:4,19,
  24 226:8
  230:20,24
  310:5
  329:19

**questions**
  11:2
  12:21,24

94:10
108:21,25
122:4,7
169:2
206:25
207:5,10,
12,17
209:8,23
210:10
211:25
213:3,6,
11,13,24
214:1
216:9
220:20
221:3,5
238:1
262:11
297:19
299:7
311:25
321:5
326:12,22
330:5,21
331:21

**quick**
  311:15

———————————

  **R**
———————————

**Rahming**
  18:15
  78:8,15,
  16 79:11
  80:13
  85:11
  91:10,17
  92:17,21
  93:6,8,
  11,19
  100:7,12
  101:8,23
  102:4,11,
  14,23
  103:3,6,

19 104:14
105:7
108:4
109:18,25
122:20
123:2,3,
14,18
124:16,23
216:8,15
219:6
221:24
222:5
223:3,12,
19 224:9,
20 225:5
271:16
275:24
276:9
287:19
288:2
289:1,8
319:12,
17,25

**Rahming's**
  222:15

**raise**
  282:1

**ran**
  109:13

**randomly**
  257:5,9,
  12 258:7
  259:8

**range**
  35:4
  39:10,13
  312:20

**rarely**
  67:18
  139:5

**rate**
  265:3,5
  283:2
  285:17

286:17

**rated**
  265:10
  268:7
  286:21

**rating**
  195:18,19
  287:1,3

**ratings**
  252:18

**Ratios**
  142:6,9

**reach**
  52:21
  93:7
  100:19
  109:18
  119:25
  120:4,6
  123:14
  205:14,19
  220:19
  221:11,14
  243:24

**reached**
  123:1
  220:24
  221:4,5,
  7,17
  238:6
  239:5

**reaching**
  18:4
  108:3
  121:20
  219:5
  224:9,19

**reaction**
  296:18

**read**
  86:19
  259:12
  279:1

331:9

**reading**
  225:25
  227:15,16
  229:1,7,9
  265:8

**reads**
  134:11
  206:6
  283:9

**ready**
  184:25
  215:25
  217:17
  225:1
  243:10
  273:17
  326:24
  327:1

**real**
  163:22
  224:17

**realize**
  131:5
  182:11
  331:16

**reason**
  12:20
  120:24
  123:10
  163:19
  314:16

**reasons**
  36:15,16
  161:5

**reassure**
  201:16

**reassured**
  106:20

**recall**
  20:18
  67:22



SAMUEL CLEMONS, SR.                                    December 15, 2022
UNITED STATES vs STATE OF GEORGIA               Index: receive..referrals

85:22
86:4
87:15,17,
18,19
89:2
103:14
120:15
122:8,24
123:8,9
141:11,12
270:9
315:12

**receive**
19:4
22:21
47:5,10,
15 55:12
59:16
61:24
67:12
78:19
79:5
88:17
118:3
119:6
121:14,18
153:8,12
155:2,4,
8,23
156:5
157:7,13
158:11
160:5,11
161:19,
23,24
162:3
166:5
172:13
220:2
221:12
228:8
231:22
241:23
242:1,15,
17,21,25
258:5

259:7
271:8
272:8
275:11
288:3
305:14,24
327:25

**received**
28:12
79:9
121:13
155:3
157:8
211:3
235:25
243:2
244:11
257:19
305:19
306:11

**receiving**
56:9
57:17
79:24
83:11
156:7
158:13
186:7
241:11
275:2
294:7
307:10

**recent**
27:20

**recertified**
170:23,24

**recess**
99:3
190:2
249:2
311:21

**recognize**
23:5
27:23

51:25
76:22
78:12
81:4
84:22
91:13
99:18
102:2
104:18
112:19
115:16
117:18
122:23
133:16
142:10
181:20
190:14
196:13
206:9
216:12
222:3
223:6
230:17
235:18
237:15
243:16
254:16
264:15
267:9,15
271:25
273:6
276:5
287:25
317:12
319:15

**recollectio
n**
105:5
129:13
247:3

**recommend**
225:18

**recommendat
ion**
89:7,13

195:24
196:4

**recommendat
ions**
87:2
253:21

**recommended**
89:4
253:14

**record**
9:2,14
10:6,10
11:13
13:3
14:20,25
23:10
99:2,5
128:3
177:7
190:1,4
214:22
249:1,4
311:20,23
331:1,19,
20,23

**recorded**
215:9,10

**records**
176:19,21
214:11,15

**recovery**
36:8,12,
13

**redeemed**
153:14

**reduction**
244:22

**reevaluate**
201:6

**refer**
14:23
96:14

105:19
120:14,
22,25
186:8
220:21
221:2
237:2
253:25
261:4

**reference**
17:7
34:20
74:22
83:1
87:11,23
134:24
152:16
164:8
259:15
289:4

**referenced**
74:13
179:15
245:23
255:2
281:3

**references**
23:8
61:20
75:23
255:7
277:22

**referencing**
102:10
134:23
255:18

**referral**
202:7
222:1,10,
20 278:22
279:7
328:20

**referrals**
33:6,13,



25 130:9,
14,24
131:18
214:13
278:25
279:16

**referred**
15:25
21:1,2
40:4
68:24
120:3
130:1,5
131:7
197:10
214:12
260:17,
19,21
279:22

**referring**
17:1,18
30:8,13
58:10,17
62:11
93:13
113:6,9
116:5
118:6,7,
10 123:22
158:21
161:4,9
166:4
208:9
210:24
231:10
255:19
260:15,16
262:5
263:13
271:5
274:11,17
277:10
281:20
282:2
288:20

**refers**
30:2
238:24

**reflects**
260:6,13

**refresh**
105:5

**regional**
19:6
21:23
75:2
78:25
215:16
219:7
232:20
233:5,22
238:16
263:24
272:14

**regular**
18:24
66:23,24
68:7
76:7,8,10
97:2
98:18
131:4,7
136:2,5
153:5
200:7,8
216:1
218:10
226:19,23
270:25
313:13

**regularly**
64:10
162:14,
21,24

**rehab**
185:1

**Rehabilitation**
184:20

**reinforcement**
153:12

**reintegrated**
90:8
327:6,10

**Reintegrating**
76:9

**reintegration**
75:23
76:2,6
84:19
85:5
86:11,23
87:1 90:1
103:8,15
327:10

**related**
99:16
101:24
103:15
202:23
259:9
262:9
269:18
294:8,12
296:9
310:22
327:15

**relates**
15:21

**relationship**
175:20

**relationships**
166:16,19

**relative**
178:23

**release**
187:20,
22,23
188:6
244:18
314:7

**released**
183:3
296:16
314:3,19,
24 315:2

**releases**
187:21
314:11

**relevant**
48:24

**relocated**
89:6,16,
17 90:9

**relocation**
113:10,
11,12
270:24
271:6

**relying**
327:10

**remain**
316:3

**remained**
73:1

**remediation**
160:23

**remember**
12:14
16:13
18:13
20:21
42:25
85:22
98:1
103:22
118:22

120:10,12
171:20
172:23
180:19
190:25
220:13
226:25
234:21,25
235:5
236:18,23
238:12
239:1,4,
12 246:22
247:2
248:12,14
249:22
257:13
270:13
274:3,5,
22 275:4,
9 301:5
304:18
306:16
319:4
320:16
325:12,13
327:7
328:15
329:18,20

**Remembering**
281:4

**reminded**
288:8

**remove**
86:17

**renewal**
134:15

**renovation**
307:25

**repair**
263:9

**repaired**
263:8
300:2,8



302:20,
22,24,25

**repairs**
300:9

**repeat**
46:12
54:12
63:20
329:19

**repeating**
174:14
175:8

**replace**
251:12
303:9

**replaced**
298:17

**replacing**
298:16

**report**
49:1,23
50:1,24
51:2,5,7,
10,12
82:9,15,
18 94:8
95:17
151:15
215:7
241:17
287:21
288:6
290:4,25
292:7
294:7,17,
18 296:19
300:13
305:14
317:25
318:1

**reported**
288:14
295:5,18

**reporter**
9:11,15
11:6,11
18:2
24:25
46:12
93:1
122:13
156:20
181:17
267:11
282:19
287:12
297:13
315:15
331:11,
14,18

**reporting**
295:4,7,
20

**reports**
95:13
233:2,4
259:16,
20,24
309:4
320:1,7

**represent**
9:14 10:2

**representat
ive**
17:4,14
98:5,13

**representat
ives**
16:17,20,
25 17:8,
23 18:5,
18 204:9
321:17

**represented**
10:13

**representin
g**
9:12
324:23
325:4

**request**
87:2
92:14
124:16
214:3
240:10
241:7
303:2,6

**requested**
78:17
79:11
307:10
324:10

**requesting**
19:5
79:19
236:4

**requests**
81:8,12
207:19
213:18
263:8

**require**
62:6
295:1
314:18

**required**
62:17
86:17
228:14
239:2

**requirement
s**
62:3,8

**requires**
62:5

**requiring**
74:5

**requisition
ed**
240:20

**RESA**
21:22
30:11,13
31:3,5,6,
7 49:2,4,
7,9 50:7,
12 94:1,
16,18,22,
23 95:4,
7,12
96:5,20
97:1,2
98:19
100:4,12,
15 101:4,
14 104:2,
15 105:10
106:14
107:2,24
108:7,14
109:13
110:16
112:6
113:8
114:22
122:6
124:2
195:24
240:13
241:4
269:7,8
279:12
306:13
307:9

**RESA's**
50:8

**RESAS**
329:2,5,
9,12

**research**
229:2

**resend**
266:22

**reserved**
13:5

**reside**
188:21

**residential**
40:11
43:24
183:6
188:9,10

**resolution**
155:8
157:8

**resolve**
205:6,8,
12

**resolved**
108:24
109:1,3

**resources**
141:2

**respect**
187:18
299:10

**respond**
92:13,20
93:10
114:25
238:21

**responded**
124:16

**responding**
19:8
244:24

**responds**
115:18
219:10
231:5
238:13
273:8



response
  12:15
  19:16
  73:7
  81:7,16
  82:24
  117:3
  134:1
  145:9
  190:13
  196:11,17
  222:6,15
  230:20
  264:21
  266:22
  319:24

responsibil
ities
  109:23
  238:16
  314:13

responsibil
ity
  68:7,11
  110:8
  218:18,
  20,21

responsible
  63:4
  110:15,
  16,17
  177:6
  188:18
  206:22

rest
  67:8
  234:25

restate
  328:1

restrained
  174:5
  175:1
  176:23

restraint
  178:5,13,
  24 179:3

restraints
  170:11
  176:7,19
  178:2

restrictive
  225:19

restroom
  292:15
  294:1,4

resubmit
  266:15

result
  245:23

resulted
  270:2

results
  98:7
  271:19,23
  272:4,9
  273:3,10
  275:2,12
  288:3,10

resume
  23:7 34:8
  35:17
  38:17
  40:24
  45:1

retired
  18:10,12
  28:13,19,
  20,22,23,
  25 29:5
  126:13

retirement
  107:15,
  16,17,18,
  20

retrained
  174:23

return
  28:1 30:4
  151:15,17
  215:18
  216:1
  225:14,18
  226:22

returned
  150:25
  151:2,4

returning
  246:17

reveal
  288:12

review
  14:5,8,10
  64:15
  86:24
  178:2
  180:10
  210:9
  238:18,24
  250:21,
  24,25
  251:7,10,
  12,23
  254:19,23
  257:5
  258:2,7,
  22 263:4
  264:2
  270:7,10,
  15,17
  271:9,24
  272:5,9
  273:11,16
  274:1,2
  312:16
  316:7

reviewed
  14:12
  190:25

273:9
274:14
307:8
322:2

reviews
  253:8
  254:15
  255:6
  259:8
  297:10

revised
  218:24
  223:24

revision
  219:1

revisions
  87:3

ride
  312:10,12
  330:9,11,
  14

riders
  312:5

rides
  312:8,17
  330:7,10,
  13

RIF
  244:5,14,
  15,16,22
  248:7,19

right-hand
  74:21

Road
  20:22,23

Robinson
  9:11

role
  17:3
  19:11,25
  23:20

28:14
34:15
35:21
37:2,22
38:13
44:10
45:15
46:5
93:19
94:4
95:12
181:3

roles
  44:22
  96:1

rolled
  263:23

room
  10:11
  265:12,15
  284:15,
  22,25
  285:6
  318:22
  319:1

rooms
  284:2,4,
  6,10
  285:5,7,
  12

Rough
  66:13

roughly
  240:24

round
  162:12

roundtable
  329:7,8

route
  330:15

routes
  330:6,18



routinely
    199:24

Rowland
    112:23
    113:21
    114:5

rubric
    273:19
    274:7,11,
    12,17
    280:22
    281:3,5

rule
    211:16
    218:13,
    15,23
    219:1,16,
    25 220:4,
    7

rules
    218:16,
    17,19,20

running
    95:23

runs
    183:23

rusted
    299:16

rusting
    293:2,10
    298:20

        ——————
            S
        ——————

safety
    262:23
    269:18
    271:2
    280:22
    284:24
    288:12
    289:12

sake
    73:5

salaries
    240:12,14
    241:1

Sam
    114:20
    115:22
    124:23

samples
    226:3

Samuel
    9:4,21
    10:7 15:8
    85:1,10
    243:25

Sara
    28:12,17,
    18 162:22

satisfactio
n
    108:24

scale
    106:21
    195:18,19
    283:3
    285:17
    286:18

schedule
    57:19
    97:13

scheduled
    254:19
    270:10

schedules
    323:23
    324:1

school
    31:20,24
    32:1,10,
    13,17,22
    33:1,8,

10,11,15,
18 35:6
36:19,22
38:7,12
43:2
50:13
54:14
55:12
65:17
66:23,24
68:19,20
69:7,11,
12,14
70:12,15,
23 72:4,
5,9 76:8
77:23
81:10
82:1
86:17
106:21
107:2,5
110:23
111:9
113:3
118:2
119:8,18
120:12,
17,18,21
125:6,14,
18 126:7,
21,23
127:1
128:19,24
129:1,2,
5,6,8,9,
14,15
131:4
133:22
135:12
136:6
137:17
138:5
139:25
140:2,6
141:7
145:6

151:16,18
152:3
159:19,
20,21
160:19
163:11
164:19
166:7,8
172:14
173:3,5,7
174:8,11,
20 175:19
176:8
177:22
179:9,11
180:1,4,
25 185:19
188:18
189:7
191:21
195:12
196:23
197:5,12
200:7
202:8
204:3
206:22
208:7,8,
9,11
211:8
212:13,17
213:12
215:7,18
218:10
220:21
221:2
222:10
224:14
226:14,
17,19
232:6,8,
11 236:5
240:7
247:6
248:1
261:1,15,
16 271:1

283:6,9,
12,14,22,
24
285:20,23
286:10
287:8,9,
10 288:17
298:6
299:18
304:4,8,
9,22
308:4,9,
12,24
309:5
310:1
312:14
314:19,25
317:1
318:3,4,
10,18

school-
based
    22:5
    71:25
    142:22
    144:5,11,
    22 150:22
    287:9

schools
    17:16
    22:20
    30:10
    31:13
    34:4
    65:17
    68:23
    92:3
    106:13
    136:2
    153:5
    158:10
    159:19
    177:21,24
    222:12
    283:20
    302:19



307:9
318:10

science
46:21,23
135:12

Scintilla
77:16,22

score
271:9
272:19
273:14
274:24

scores
269:17,22
272:16

scripted
155:22

SDQ
227:5,7
230:1
231:2
233:19,23
234:1
257:2,6
258:11,
18,24
259:4,9

SDQS
231:16

SEBD
52:25

seclusion
285:13

second-to-
last
154:10

secretary
147:24

section
53:23
66:2

73:22
74:3
134:6
135:4
140:22
145:17
152:9
153:11
160:3
169:8,10,
17  174:3
179:4
181:24
214:7
249:12
251:3,18
255:22
256:20
257:5
258:17
260:4
268:2
269:12,16
276:23
280:21

sections
258:21,23
265:7

seeking
92:6
93:10
175:5

segment
45:22
151:9,13

segments
151:5,24

segregated
92:3

select
257:9

selected
257:5,12
258:7

259:9
269:16
276:23

self-assess
249:19
250:2

self-
assessment
160:13
235:4
249:19
250:9
252:4,10,
11,15,18,
19,23,24

self-
assessments
161:8,10
252:5,21,
22

semester
69:14
120:18,21
121:12
129:11
176:8
201:6

send
64:21
81:23
82:4
97:14
123:5,18
124:3
158:3,5,
23  159:3,
7,11,24
177:21,
23,24
193:3,18
197:18,21
216:15
223:11,19
230:24

235:20
257:14
264:23
267:17
268:22
317:23
319:18
320:1
331:12

sending
82:5
101:6
103:8
197:4
208:9
213:12
218:10
224:14
226:15
247:6

sends
94:22
95:2
222:5
230:19

sense
38:10
129:13

sentence
154:10
157:1,20
167:10
274:6
289:2

sentiment
111:2,3,
5,7

separate
60:7,9
69:24
73:11,13
107:18
143:2
154:7

155:19,21
164:1
184:4
186:15
286:8
309:19,20

separately
151:22
311:7

September
142:5
221:25

serve
24:3 27:9
29:2
50:21
55:18,19
56:3
72:13
79:25
80:4
81:24
82:5,6,13
110:21
111:13
118:19,24
119:11
120:17
129:12
154:12
158:3,5
184:3
191:20
207:6,7
244:6

served
23:20,23
29:6 31:1
32:16,21
33:1 34:4
36:6
38:18
39:16
40:7,19
43:14,20



SAMUEL CLEMONS, SR.
UNITED STATES vs STATE OF GEORGIA

December 15, 2022
Index: serves..shared

68:2,24
70:22
72:20
74:4
78:25
80:2
81:16,17,
25 82:1,
10,11,24
83:2,3
89:8,10,
14,21
111:11
112:1
118:10
119:7,15
127:15
128:18,23
129:4,6,
20 131:5,
19 184:14
197:3
211:7,10,
14 212:19
242:2
260:7,14,
18,21,25
261:4,10
303:18,24
304:2,7
308:13
317:17
325:20

**serves**
21:9
24:20
25:6
70:12
72:10
77:11,15
97:18,22
157:20
188:1
196:24
246:7

**service**
21:23
56:18
60:1
65:10
102:25
181:24
183:1
184:11
185:12
191:16,17
192:3,5
326:7

**services**
22:22
44:17,22
45:11,13
46:4,8
52:16
53:21,24
54:2,3,6,
7,8,14,15
55:11,12
56:10
60:23
61:2,16
63:22,23
65:14
66:1
67:13,17,
19 68:4,
11,16,17
73:24
74:10,23
75:2,19,
22 76:20
78:19
79:5,9
102:17
146:3
148:3
152:10,19
155:2
156:3
157:7
158:2,12,

13 159:18
164:7
166:6,9
168:6
182:14,18
184:9,14,
17,20
185:14
186:7,14
187:25
188:13,21
191:1,2,
7,22,25
192:10
193:3,17,
20 199:19
200:3
203:17
207:3
208:10
210:11,20
211:9,13
212:1,10,
16,18
214:2,3,9
224:11
245:4
256:21
260:4
261:18,
20,24
262:3,6,
9,18
263:19
276:19
278:10
317:10
325:20
326:1,3
327:15,25

**serving**
25:7,23
27:10
28:13
30:14,16,
20 32:8

33:20
34:21
68:15
77:2
89:20
100:23
117:24
118:14,
16,17

**session**
165:17

**sessions**
165:16

**set**
206:4
233:9
239:9
264:3
330:15

**sets**
233:8

**setting**
18:24
44:18
119:12
131:6,7
136:6
164:20
166:7,8
203:25
204:3
218:11
226:19
288:10

**settings**
22:8,19
37:20
44:20,23,
25 160:19

**seventh**
280:18

**severe**
21:10

53:1,3,6,
7 58:11
111:10
169:12
182:24
183:18
188:2
199:1

**severely**
44:6
299:16
300:4

**shake**
11:14

**shakes**
61:7

**Shanna**
100:8
112:22
113:21

**share**
65:20
98:11
111:2,7
114:21
177:5
199:3
200:20
201:4,21,
23 204:21
212:15,
18,19
216:19
240:3
252:15
253:24
272:4
273:10

**shared**
108:5,24
111:5
201:24
219:15
247:4,21



294:17
309:1

**sharing**
280:15

**sheet**
177:3
214:17,20
215:9
256:14

**sheets**
255:25

**Shifting**
329:16

**shooter**
180:21,24

**shooters**
181:11

**short**
119:4

**shortest**
312:21

**shortly**
300:10,12

**show**
145:2
150:9
190:6
216:5
235:11
243:10
251:4,19
254:7
256:6
262:18
265:23
266:3
271:14
272:24
275:21
293:2,10
306:20
317:6

319:10

**showing**
222:25
256:13,
15,24
264:8
296:3

**shows**
142:17
144:20
149:24
150:7,24
196:19,22
197:3
228:25
253:18

**sick**
101:8,9

**side**
74:21
298:20

**sign**
255:25
283:8
331:9

**sign-in**
256:14

**signature**
114:14
125:1

**significanc
e**
82:23
175:12
288:13

**significant**
129:18,23
131:22
132:5,11,
12,13,19,
21,25
288:12
289:12

**significant
ly**
53:19

**similar**
73:16
104:25
106:7,10
129:1,5
130:8
291:6

**single**
39:21,22
58:1
73:10,17
247:25

**sir**
17:21
326:20

**sit**
65:19
136:1
178:3
186:24
198:12
201:2
215:24
217:16

**site**
25:18
26:2,9,
10,16,20,
23 30:19,
23 31:9
38:15,16
39:21,22,
23 55:20
56:5
59:1,2,3,
4 71:4,5,
7,9,11,
12,13,17,
19 72:2,
14,17,20,
25 77:4,

7,8,11,
14,15
78:24
85:7,20
86:1
87:8,12,
21,22
88:6,10,
12,13
89:2,11,
14,19,20
90:2
92:10
103:11,16
110:20
111:13
113:14
116:7,11,
12
126:12,
17,19,20
127:14,
18,19,21,
22 128:1,
7,8,11
130:6,11,
15
131:20,24
132:6,14
133:1
140:17,19
141:13,22
143:8
144:10
158:12
162:20,23
163:14,
18,20
169:25
170:1,2,
3,4,5,7,
9,11
176:9,12,
14,15,16
180:6
229:11,
15,16

236:16,17
251:1
252:7,8,
10 269:24
270:3,24
271:6
280:22
281:23
282:12
283:18
284:1
285:15
286:4,8,
12,15,16,
17,21,24,
25 287:3
288:21,
23,24
289:11,
24,25
290:25
291:21
292:18,22
294:10
295:3,6,
8,13,22
301:19
309:13
310:2
313:4,5,
7,8
314:2,6,
23 317:18
318:23
321:6,8,
11,13
323:1,3,
14,18,20,
23 324:1,
5,11,14,
19,22,24
325:5,6,
14,17

**site's**
286:7



**sites**
24:24
25:15
26:1,4,11
56:4
70:21,23,
24,25
71:15
76:25
77:2 80:2
88:3,8,18
127:2,5,
15 128:14
130:10
132:10,20
135:20
140:17
143:2,5,
15,19,22
144:15,18
163:18
165:19
170:16
180:8
229:4
252:11
269:17,22
281:11,
17,20,21
285:19
286:1,9,
20 294:9,
10,13
295:3
308:24
314:21
315:4

**sitting**
87:14
291:9

**situation**
104:25
106:7
175:24
188:20

**situations**
181:14,15
203:15,21
204:5
205:7,11
221:1

**sixth**
39:14,16

**skill**
35:11
48:9
315:13,
17,21,24
316:3

**skills**
34:19
35:12
45:16
46:5
48:11,15,
17 58:3,
5,17
59:15,17
157:2,10,
12 166:25
167:3,6
185:3,6
227:19
229:1
315:18

**SLO**
319:18

**slow**
297:14

**slower**
282:20

**small**
108:7
154:5
183:16
300:25

**smaller**
173:16

183:20

**Smith-dixon**
219:23
243:13
244:25
271:16

**Smith-dixon's**
243:18

**snacks**
154:4

**social**
57:8
59:15,16
135:11
137:11
143:21
148:2,5,
8,11,14,
17
189:19,21
194:10,
13,16,20,
24 276:25
277:17,22
278:1,5

**social/emotional**
182:9

**Socio/emotional**
57:10

**SOL**
319:22
320:1

**Solutions**
9:12

**sort**
18:4 24:9
35:11
36:5,16
38:7 50:1
67:12

73:16
74:21
79:24
84:5 87:7
116:20
137:6
138:18
145:14
146:9
150:9
153:7
178:2,7,
23 185:21
188:10
189:7
190:17
191:5
200:15
203:12
204:10
206:13
208:23
212:7
220:14
227:10
233:14,21
242:4
244:19
245:2
251:12
252:15
259:7
279:18
284:15
289:22
294:25
295:8
305:14,19
312:25
313:20

**sorts**
285:8
294:25
295:9

**sound**
59:6

**sounds**
41:6
299:10

**source**
54:10,13
55:5

**Southeastern**
47:22

**space**
25:4
171:18,23

**spaces**
285:8

**span**
174:8

**speak**
11:15

**speaking**
51:15
91:24

**special**
38:18
40:14,25
41:1,16
42:14
43:6,10,
20 45:20
46:6,22,
24 52:16
53:20
97:5,17,
19 135:11
137:14,20
138:1,9
148:22
149:3
198:25
204:21
205:4
212:15,
23,24
216:17



219:21,22
243:20
245:4
247:20
280:13,15
327:15
329:9

**specialist**
47:2,16

**specialists**
148:22
149:3
200:10

**specific**
126:12
156:24
158:3,24
164:20
176:10
181:11
185:5
187:11
189:6
193:19
195:9,20
200:18
202:3
204:24
214:8
257:23
277:23,25
279:24

**specifically**
54:7
164:20
199:13
203:7
225:16
260:18

**SPED**
211:7,10,
14

**spend**

67:11
151:5,8
153:21
154:1,2,6

**spending**
67:4

**sponsors**
170:25
183:23

**sporadically**
202:20
246:13

**spot**
300:23,25

**spreadsheet**
236:1

**Sr**
9:21 10:7

**Stacey**
124:22
125:2

**Stacey's**
124:24

**staff**
37:5 38:4
39:6
41:15
43:24
44:9,11
51:2,9,
12,16
63:4,7
67:16
94:19
95:18,19
105:1,10,
16,20
106:1,15,
22 107:21
108:7,21,
22,25
110:2

121:1,4,5
125:5,9,
17,22,25
136:1
148:11
149:6
150:9
159:10
167:18,25
169:18,
23,24
170:8,10,
15,21
171:12,21
172:5,7,
8,13
177:4
179:9,14,
25
180:11,13
181:2,12
193:23
194:2,10,
14,20
204:6
218:21
236:13
244:6,14,
16,19,20
245:24,25
246:2,3,
5,15,19
247:8,18
248:7,11,
19 252:7,
8,9,13
268:13,22
323:7,10,
12 324:3,
13,17
325:3

**staffed**
39:3
224:1

**staffing**
95:18

142:17
145:18,
20,22
146:16,24
147:3,5,
9,16
149:24
150:7,14

**stage**
295:1

**staggered**
313:20,24
314:1,10

**stakeholders**
273:17

**Stamp**
255:5

**stamped**
122:22

**stand**
42:23
244:22

**stand-alone**
71:16

**standalone**
20:14,17
22:2

**standard**
65:9

**standardized**
60:12,15
61:3
250:13
279:20

**standards**
74:22
75:1,11,
12 96:9
268:20,25

**standards-based**
268:14,18
269:3

**standing**
277:20
331:3,5

**start**
11:23
146:20
223:8
232:24
238:17
241:19
247:5
314:2

**started**
10:9 17:5
38:22
39:2
72:14
90:13
135:16
191:1
217:5,6,7
240:9
247:10
275:5
303:15
326:24

**starting**
20:9 47:4
117:20
122:25
180:1
285:21

**starts**
152:9
182:10
237:21

**state**
9:6 10:5
15:18
34:2



38:23
39:2,3,4,
5,7,18
41:1,17
47:7,12,
17 62:10
80:18
88:24
89:1 92:1
94:25
95:1
98:5,13
114:7
134:24
135:2,13
148:19
149:4,12
150:5
194:25
218:12,
15,18,23
219:1,22
220:6,19,
25 221:15
229:22
230:6
237:3
239:22,25
240:3,5
241:7
243:19
261:13
281:10,12
282:10,14
288:14
289:2,8
296:7
320:7,25
321:3
324:14,23
325:5
327:18,24
328:3
329:4,11

**State's**
92:7

**stated**
134:15

**statement**
52:22

**states**
9:6,7,17
10:2
15:14
19:5 73:7
134:1
145:10
190:12
196:12,16
206:5
296:6,11
310:18
321:6,17,
20,22
322:3,10
323:1
325:6
328:18

**statewide**
52:8

**stating**
28:12

**status**
28:14
104:7
216:18

**stay**
183:1
203:25
312:22
315:11,
14,18,24
316:8,21
324:11
329:17,24

**stays**
329:21

**stemming**
92:2

**step**
247:17

**stepped**
10:11
247:7,23

**steps**
41:23
54:16
56:15,21
57:1,6,
12,18
60:7
133:8
155:19,21
156:12,
15,22
157:10
175:5,14
249:21

**Steve**
171:2

**Steven**
171:1

**Stevenson**
17:12,13
18:7
142:5
230:21
237:11,
18,21,24
238:6,13,
21,24
239:8
251:22
253:8,21
258:1,6

**stop**
12:2
90:16,17
109:6
147:2
320:17

**stopping**
165:24

**store**
154:3,7,8

**straps**
290:13

**strategic**
235:3,5
249:7,9,
16 250:6,
9,19,22
251:2,16
253:8
254:14,
18,23
255:6
256:18
262:19
263:3
264:1,14,
18 265:3
267:8
270:7,10,
15 271:9,
18,23
272:4,9,
15 273:3,
11 274:24
275:2,12,
15,25
276:3,8

**strategies**
54:19
162:13

**straws**
245:15

**Street**
38:25

**stress**
110:6,21

**strike**
175:3

**strong**
163:22

**stronger**
163:25
164:5
280:12

**struggling**
244:5
245:20,
22,24

**student**
37:21
53:10,16
58:1
62:18
63:1,9
66:21
81:2,8
118:3
133:19,20
141:3
148:2
150:14
151:7
153:13
159:1,3,
15,22
162:10
185:5,23
186:22,24
187:7,14
188:12,21
197:9,12,
17 202:9
203:13,18
204:7
206:7,19
208:4,10,
13 210:8,
13,24
211:7,22
213:4,5,
23 215:18
221:2
225:17,
18,21
226:22
238:18,



22,25
239:6,10,
12 257:6
261:3,12,
15 262:10
284:6
312:13
313:12
315:11
320:3,10,
12,15
327:10,25

**student's**
182:8
204:7
327:11
329:25
330:3

**students**
18:23
25:23
33:6
34:18
35:1,5,6,
14 36:9,
11,21,22,
23 37:10
38:20
39:8,9,
10,16
40:1,2,4,
5,7,9,17,
21 41:2
42:15
44:5
45:23
50:22
52:19,23
53:3
54:15
55:11
56:8
57:17
58:7,9,
10,13,19,
21 59:5,

9,16,22
61:11,16,
23,25
62:15,24
64:11
66:7,10,
20 67:3,
6,10
68:24
70:12,22
74:4
75:24
76:3,7,9
77:12
78:19
79:4,8,24
80:3,4,11
81:13,23
82:2,5,6,
10,13,17,
19 83:6,
11 85:6,
19 86:16,
18 87:7,
11,15
89:7,10,
14,15,17,
20,21
90:1
94:11
96:11,12,
14,16
98:2
103:10,16
110:7,13,
17,21,23,
24 111:8,
14 115:4
117:25
118:1,9,
15,17,19,
24,25
119:7,11,
15
120:14,
16,22,25
121:2,4,

6,10
126:14
128:17,22
129:4,6,
9,19,25
130:5,14,
21,25
131:8,9,
14,19,20,
24 132:5,
14,19,25
135:24
137:5
141:21,23
150:18,
21,24
151:2,4,
12,13,16,
20,23
152:2,20,
22,25
153:1,2,
4,6,7,12,
20 154:1,
6,12,24
155:2,4,
8,23
156:5,6,
16,18
157:1,7,
13,21
158:3,4,
6,13,17,
22,25
160:4,10,
16,19
161:4,13,
16,18,22,
23 162:2,
9 163:3,
10,16
164:7
166:5,7,
15 167:11
168:10
174:4,14,
23 175:1,

11 176:1
182:23
183:8
184:4,10,
12,14,24
185:2,25
186:10
188:1,4
189:5,11
191:20
192:10,
12,13,20
193:1,4,
20 196:23
197:2,8
207:7
209:5,9,
10,17,20
210:4,5
211:10,14
212:9,19
214:12,
17,22,25
216:21
218:22
220:21
222:11
223:13,25
224:2,10,
11,14
226:9
227:3,10,
12,17,20
228:15
232:23
233:3,12,
15 241:23
242:2
244:6,13
246:1,16,
17 247:6
258:25
260:7,14,
15,16,21,
25 261:6
269:19
270:2,25

271:6
276:25
277:11,
21,23,25
278:3,6
279:22
280:3,8
283:17
284:19,
20,23,25
288:9,13,
15,23
289:4,5,
11,12
290:24
292:1
295:2
303:18,
21,23
304:1,7
308:2,8,
12,22
310:13
312:3,4,
9,17,22,
24
313:13,14
314:14,
18,24
315:1,13,
16,17,18,
19,22,24,
25 316:2,
3,8,16,23
317:17,21
318:2,7
324:4,10
325:20
327:6,9
329:17,21

**students'**
136:8
324:1

**students/
development
ally**



38:19

**stuff**
37:7
44:16
82:3
154:4,5
177:2
178:18
180:19,
20,21
181:22
198:5
200:23
217:19
231:17
234:20
240:15
289:21
301:9
303:17
306:7,8
311:13

**Suber-drake**
125:2

**subject**
27:18
76:20
81:1
84:18
91:11
99:15
101:23
104:15
112:16
115:12
117:15
122:21
134:16,21
142:5
216:8
221:25
223:3
230:14
235:14
237:11

243:13
254:10
264:10
266:6
267:4
271:18
273:2
275:25
287:20
306:24
317:9
319:12

**subjects**
40:13,16

**submission**
84:4

**submit**
84:1
242:22

**submitted**
86:23
252:25
276:13
288:5

**submitting**
145:15
241:10
242:24
275:14

**subpoena**
15:5,8
19:4,9,16
73:7
134:2
145:10
190:13
196:12,17

**subset**
141:22
163:6,8
229:13,14

**successful**
226:18

**sufficient**
53:17

**suggestions**
65:21
178:17
197:19

**suing**
92:3

**suit**
100:23
216:19

**suitable**
89:23

**suited**
195:21

**summary**
264:11,
14,18,23
265:1,18
266:7,11,
15 267:5,
8,18,20
270:15
275:15,25
276:4,8,
13,18,22
278:9

**superintend
ent**
85:16,17
304:17
305:4,5,
17

**superintend
ents**
50:7,12,
14 94:9
110:19
111:12,16
112:8
294:18

**supervise**
44:15

**supervised**
44:16

**supervision**
47:1,11

**supplement**
12:18
141:2

**supplies**
240:18,
19,21
289:21

**supply**
291:17
292:3,7

**support**
15:22
16:4
52:9,19
74:6
75:23
76:2,6
103:9
106:22
112:1
121:8
148:3
152:10
158:18
160:11
161:19
162:3
166:2
167:11,
21,23
168:2,11
202:9
204:2,4
206:7
246:19
247:11
256:16,21
259:15
260:8
268:3,12,

13,24
269:2
271:2

**supported**
246:18

**supporting**
246:1,4
247:10

**supports**
22:12
52:16
146:3,6
152:18
276:19
279:21

**supposed**
14:8
187:15
188:7
224:13
228:15
231:14
232:3,22
233:5,22
234:3,7,
23 258:24

**supposedly**
281:24

**surrounded**
302:9

**sustain**
268:7

**swear**
9:15

**swift**
289:15

**SWIS**
176:22,24
178:21

**switch**
313:1,17



**sworn**
 9:22 11:6

**system**
 32:10
 70:15
 107:2,5,
 13 117:24
 118:3,6,
 7,14,23
 119:8,10,
 14,18
 120:1,9,
 15,18,21,
 24 177:25
 187:8
 214:8
 215:19
 221:2
 223:13,
 23,25
 224:10,14
 226:17
 238:1,11
 261:15,16
 263:10,
 11,16
 282:11
 317:1

**systemic**
 84:19
 85:4
 86:10,23
 103:8

**systems**
 50:13
 70:12
 72:10,13
 77:2
 106:22
 110:7
 111:25
 158:17
 216:17
 220:21
 244:4

 245:19
 246:1,4
 278:24

_____

_____
         **T**
_____

**TA**
 237:12,25
 238:7,10

**table**
 162:12

**takes**
 188:4
 195:24
 228:7

**taking**
 10:3
 24:18
 108:10,
 12,20
 113:1
 175:14
 246:2
 272:11

**talk**
 13:13
 18:1
 37:24
 134:4
 152:14
 162:12
 182:10
 197:7
 198:13
 200:22
 202:1
 204:20
 208:1
 214:19
 218:17
 226:6
 240:9
 252:14
 253:22

 255:21
 267:25
 282:22
 290:2

**talked**
 13:11,23
 14:1
 46:1,16
 63:13
 74:9,13
 76:25
 110:2
 182:6
 185:7
 193:8
 241:8
 312:2
 317:14
 325:15
 329:16

**talking**
 11:20
 25:1
 44:24
 54:6
 69:13
 75:14
 96:15
 124:13
 131:18
 187:3
 201:1
 208:8
 241:5
 245:9,10,
 12,14
 259:21
 279:19
 281:22
 318:5,21

**target**
 233:4,8,
 10,11,14
 259:25
 260:1

**targeted**
 295:3

**targets**
 156:23

**taught**
 40:16,17
 41:21
 42:3

**Taylor**
 49:5,10,
 13,20,24
 85:11
 100:5,8

**Taylor's**
 49:6

**teach**
 40:13
 139:16
 156:4
 180:13
 181:2
 195:4

**teacher**
 20:9,11,
 25 37:20
 38:18
 40:14,25
 41:17
 42:10,15
 43:6,10,
 20 45:21
 46:7
 48:10
 57:5 60:4
 67:23
 68:1,6,
 10,11,14,
 19 121:8
 126:6,8,
 10,11,13,
 16,17
 127:10,
 11,13
 128:2,8,

 11 135:17
 137:7
 138:14,16
 139:8,9,
 10,13,22,
 24 140:5
 148:7
 149:7
 173:24
 177:8
 195:12
 200:6,7,8
 248:17
 252:14
 327:14

**teacher's**
 139:19

**teachers**
 39:6,17
 63:6
 67:19,21
 68:23
 69:20,21,
 22,25
 70:2,5
 96:8
 97:5,17
 108:11
 135:6,10,
 19,22
 136:7,12,
 17 137:1,
 2,4,10
 138:1,5,
 7,12
 139:3,4
 140:10,
 13,17
 141:1
 143:7,8,9
 144:21
 148:15,
 16,18,25
 149:2,9,
 15,20
 155:12,13



157:14,18
167:7
175:21
200:22
246:19
247:14
248:15
252:12

teaching
43:6,9
96:9
137:5

Teachtown
58:4
59:10,12,
13,17
60:9
227:20
278:7,8

team
65:20
162:4,7,
11
163:22,25
164:4
195:10
197:23
198:10
199:2,3,8
203:16
217:15
225:14,
17,19
273:15,25
274:1
327:13,19
328:4

team's
260:8

teams
280:2

technically
50:8

telephone
100:20

telling
69:4
81:25
83:2
329:5

tells
62:16
82:19,21
100:11
231:23

term
16:2
21:15,19,
22 22:1,
5,10,14,
18

terms
37:17
54:9 55:8
57:15
116:19
130:8
183:5
233:10
234:19
241:10
252:3
279:19
312:12

testified
9:22

testify
15:5

testing
33:17

therapeutic
15:22
16:4
44:17,21
45:11,13,
23 46:3,7

52:9
54:2,7,8,
15,17,19,
21,23
55:3,8
56:18,22,
24 60:1
61:1,15
74:5,10,
12 146:3
152:10
154:11
164:14,
17,22
165:2,7,
14,19
206:7
256:21
276:19
325:20
326:1,7

therapist
154:12,
15,19
167:10,
14,21,23,
24 168:1,
4,7
193:10,
14,19

therapists
168:5
193:16

therapy
193:6,12
326:5,6

thick
302:9,13

thing
11:19
60:5 84:9
95:25
155:7
156:25

171:25
178:7
185:21
187:1
192:24
193:7,13
217:5
238:17
262:13
303:9
314:7
331:12

things
36:24
45:16,17,
18,23,24,
25 56:25
62:17
65:22
94:20
95:16,20,
24 96:13,
24 98:8,
12 107:3,
6 136:10
139:17
154:2
155:4
156:19
161:23
176:6
181:9
183:4,11,
19,21
187:15
189:8
197:15,
20,22,23,
24
198:12,
19,21
199:5,16
200:15
202:6
203:7
204:24

205:3
207:4
209:23
212:21
217:18
218:5
226:4,7,
14,16,17,
20,22
231:1,15,
25 235:1
240:21
251:9
253:22,23
254:2
256:16
263:8
281:24
282:1,4,
5,8 290:3
294:19,22
295:5,19,
20 299:12
305:12
310:20
311:9,10
312:1

thought
78:23
209:18,20
298:20
299:17

thoughts
100:23

thousand
239:23

thread
27:21
102:14
113:17
123:1
216:7,14
223:2
237:20
266:5



three-year
   315:23

Thursday
   9:3

Tier
   152:16,
   18,22
   153:8,11
   154:23,24
   155:2,3,
   4,8,23
   156:5,16,
   17,18,19,
   22,23
   157:1,5,
   6,7,8,13
   158:14
   160:4,11,
   17 161:5,
   12,13,18,
   19,22,23,
   24 162:3
   163:3
   164:8,11
   167:4

tiers
   152:15

Tift
   55:24
   56:2
   66:15
   70:19
   85:6,17,
   18,20,25
   87:8,11,
   21 88:6,
   12,19
   89:2,11,
   14,19,20
   90:2
   103:10,16
   141:22
   158:11,12
   176:14
   195:7

229:15
286:24,25
313:7
314:23

Tifton
   26:2,10,
   23 27:1
   50:16
   59:2
   70:7,8
   71:2,13,
   14,25
   127:19
   128:1,7,
   11,14
   136:19
   141:13
   144:7
   162:20
   163:14,
   18,20,21,
   23,25
   164:1,5
   165:6,8,
   13 170:1,
   7 188:3
   252:10
   269:24
   270:3
   271:6
   287:24
   288:20
   289:5,18,
   25 290:24
   291:21
   292:18
   295:8,13

Tiller
   98:16

tilting
   298:20

time
   9:2 12:6
   20:25
   24:16,21

27:9
28:23
29:17,23
30:5 35:5
38:21,23
42:2
47:7,18
64:12
67:20,22
72:21
74:18
79:3,15
85:16,24
88:10,11,
13,15
89:11
93:8,9,18
99:1,4
101:8
112:2,5
117:21
118:11
123:1
124:1,4,9
128:16
132:4
140:4
142:21
143:14
144:23
148:12
149:11
154:18
161:14
165:15
170:10
172:25
173:12,25
176:23
178:22
179:2,18
183:2
184:24
187:9
188:15,22
189:25
190:3

194:2,4,
14 198:4
201:16
202:3
203:8
223:9
228:15
232:19,24
236:15
248:20,25
249:3
258:14
280:1
281:22
284:7
290:25
297:6
301:23
304:21
308:1
310:15
311:18,
19,22
312:21
322:16
327:16
331:8,22

timeline
   198:8

timelines
   307:24

times
   57:16
   177:8
   221:8
   233:25
   234:3,7,
   9,10,12
   273:17
   295:18
   313:21,24
   314:1

tip
   262:16

tips
   254:14,23
   255:6,11
   256:22

title
   49:6
   93:12,14,
   15,17
   125:2

titled
   260:4

today
   9:10
   10:3,11,
   13 11:1,7
   12:22
   14:21
   21:11
   29:23
   71:22
   77:19
   87:14
   169:21
   328:15
   329:20
   330:7

today's
   13:8,21,
   24 14:6

told
   108:17
   109:15
   201:25
   227:15
   302:17
   308:11

tomorrow
   104:16,22
   110:5
   115:23

tool
   214:17,21
   215:6,10



tools
    215:13

top
    15:13
    86:9
    114:16
    146:24
    147:5
    211:6
    240:16
    268:7

topical
    145:14

torn
    302:17,
    19,21

tornado
    180:15

tornadoes
    180:18

total
    81:8,12,
    16,17
    82:10,17,
    24 143:13
    150:9

totally
    35:23
    40:3

tour
    307:11

town
    154:9
    302:21

toys
    154:5

track
    82:12

trade
    35:11

trailer

290:14
291:10
292:14
293:17

trailers
    290:11,22
    291:9
    292:18,
    21,22

train
    63:7
    170:5,14
    172:2

trained
    63:5,6
    168:1
    169:18
    170:12,
    18,21
    171:5,7,
    13 172:3,
    6,9,16
    173:10,
    17,19,21
    179:10,18
    180:3
    181:12
    236:14

trainer
    170:1,7
    172:2

trainers
    169:24
    170:4,16,
    20

training
    121:8
    157:2,10,
    12 167:1,
    4,7
    170:8,23,
    25 171:4,
    19,22,24
    172:1,14

173:1
180:12
181:10
236:21

trainings
    173:6

trains
    169:23
    172:1

transcript
    11:12
    331:1,4,8

transcripts
    14:13

transfer
    130:21
    131:1,2

transferring
    130:25

transient
    268:21

transition
    28:2
    30:2,5,8
    78:18
    80:6
    85:19
    86:16
    87:7,15
    90:6
    96:11,12
    113:6,9
    116:14
    150:15
    153:4
    184:25
    201:9
    261:6
    280:3
    288:9
    289:11,
    15,20

transitioned
    116:16
    151:20,23
    288:16
    289:4

transitioning
    79:4 85:6
    96:14,15
    103:10,16
    223:14
    280:8
    289:5

transportation
    114:10,13
    330:16

transported
    283:16

travel
    126:18

treatment
    40:11
    183:6

trends
    130:8

trial
    13:5
    224:1,15
    225:9,15,
    19

trickle
    329:12

trip
    141:11,12

trips
    140:23
    141:6,9

trivial
    299:18

trouble
    186:23

true
    132:9
    199:23

truthful
    11:8

truthfully
    12:22

turn
    51:10
    73:4
    134:6
    146:15
    168:16
    215:8
    290:4
    294:19

Turner
    50:16
    70:19

turning
    73:20
    86:6
    114:18
    140:22
    142:12
    161:12
    213:18
    255:4
    260:3
    276:11
    293:1,16,
    24

twelfth
    39:15,17
    303:22

two-
    315:23

typically
    166:16
    173:1
    178:9



189:11
192:14
221:11
270:14

**typo**
223:23

───────────

U
───────────

**uh-huh**
19:22
64:6
80:19
85:2,18
99:25
107:8
118:12
179:13
200:9
234:11
242:9
253:3,4
269:21
281:13
284:14
301:17
321:9

**Uh-hum**
28:16
34:14
41:9
47:20
71:14
77:6
83:19
99:8
103:13
112:24
114:2
115:21
125:4,8
127:9
142:20
143:12
154:14

182:16
184:19
214:24
220:12
227:1
232:18
236:11
240:8
248:10
260:10
261:23
266:18
274:10
278:12
286:5
290:7
291:15
292:13
298:1
308:6
317:2
318:24
320:8
321:4

**ultimately**
108:15
110:8
248:6
279:6
288:24

**umbrella**
88:14
108:13

**unable**
100:19

**unclear**
209:12,17

**understand**
11:4,9
12:1
15:16,20
16:3
18:25
21:16,20,

23 22:2,
6,11,15,
19 42:13
60:25
73:9
76:24
105:18
109:25
110:11
121:22,23
144:13
156:21
176:11
182:5
191:10
192:3
220:23
224:7
236:12
237:2
242:10
249:15
255:1
274:16
279:15,21
300:18,20
312:3
321:22
326:25

**understandi
ng**
18:20,22
76:5
102:9
108:2
109:17
111:22
116:7,20
118:13
132:24
174:16
201:19
202:4
219:6
220:5
224:25

239:7
241:25
242:3
262:15
265:10
278:24
280:5
308:22
309:25
310:2

**understood**
53:8
83:14
210:3
242:6
248:6
263:3
301:21

**unit**
285:10

**United**
9:5,7,16
10:2
15:14
19:4 73:7
134:1
145:9
190:12
196:11,16
206:5
296:6,11
310:18
321:6,17,
20,22
322:3,10
323:1
325:5

**units**
290:19,20

**University**
47:17,22

**unlimited**
326:2

**update**
115:24
116:25
117:7
172:19
216:18

**updated**
171:9,10

**updates**
98:7

**upload**
251:14,
15,17,24
319:18

**upset**
284:21

**urgent**
288:15
289:3
319:13

**usage**
259:16

───────────

V
───────────

**vacancies**
127:17,
20,24
128:4,10,
13

**vacancy**
127:23
128:2,8,
11 195:3,
14

**vacated**
31:24

**vaguely**
84:23
85:22
87:17,18
91:14



104:19
112:20
115:17
117:19
142:11
223:7
235:19
237:16
319:16

**Valdosta**
20:13
25:18,24
26:1,16,
17 27:4
30:18,22
31:8,12,
13,18,20,
22,24,25
32:1
38:15,16,
23 39:2,
3,4,5,7,
18 40:25
41:17
47:7,12,
17 50:17
55:20
58:24,25
66:14
70:7,20
71:1,2,7,
17 77:4,
14,15
88:10
113:14
126:20,24
129:22
130:6,14
131:1,16,
20,24
132:6,14
133:1
136:17
140:19,20
141:13
158:7,10

162:23
164:2,25
169:25
170:2,4
172:19
176:9,12
180:6
195:7
229:15
236:16
252:9
281:23
286:14,
16,17
296:10
301:19
303:3,19
304:8
305:4
307:1,9
308:13,23
309:5,6
310:1,20
311:8
313:5
314:2
317:18
318:2,12
321:7,13,
21,23
325:15

**valid**
134:14
135:13

**valuation**
62:21

**vents**
303:10

**verbal**
305:24
306:10

**verificatio
n**
331:12

**Veritext**
331:12,14

**version**
23:7
147:10
267:17,22

**versus**
9:6 15:14
280:6

**vicinity**
301:2

**Vickie**
17:2
27:17
76:19
78:6,10,
16 80:25
84:17
99:14
101:10
103:7
112:15
115:11
117:14,23
120:4
208:21
221:7
230:13
235:13
250:25
254:9
257:10
264:9
267:3
271:15
273:1
317:8

**Victoria**
306:23

**video**
9:4
331:2,5,8

**view**
139:10

**violations**
269:19

**virtually**
251:11

**visit**
214:18
257:15,17
270:6
304:12,19
305:1,7,
16 321:6,
11,13,18,
20,25
322:1,11,
14
323:14,
18,20
325:14,17

**visited**
215:1
296:12
321:22

**visits**
323:2,3,
7,8,11,23
324:1,5,
11,15,20,
22,24
325:5,6

**vocational**
34:9,16,
20,21
35:12,22
38:14
42:6
43:14
45:6,10
46:4
184:20
185:1

———————

W

———————

**Wait**

183:14,
19,23

**walk**
213:5
281:15
296:24
297:17

**walk-
through**
281:6,9,
11,23
305:8,10,
25 306:14

**walked**
294:23
298:18

**walking**
306:4

**wall**
284:17
285:1,4

**Wallace**
78:9

**walls**
284:16,
18,21

**Wanda**
9:11
331:10

**wanted**
14:25
73:19
74:11
91:25
104:5
109:6
117:3
120:22
216:17,19
224:14
288:3,8,
15 289:3



SAMUEL CLEMONS, SR.
UNITED STATES vs STATE OF GEORGIA

December 15, 2022
Index: wanting..year

**wanting**
120:25

**wash**
303:10

**water**
85:11,14
291:16
292:3,6
300:22,23

**Watson**
100:8
112:23,25
113:21

**Waycross**
172:20

**ways**
325:19

**weaknesses**
198:3

**webinar**
17:11

**webinars**
17:17

**website**
220:18

**Wednesday**
236:4
307:12

**week**
24:16,17,
18 55:20,
21,22
56:4
57:17
68:5
127:4,6
165:1,11,
15 228:15
233:11

**weekly**
24:15

154:12
164:23
165:8,9,
16

**weeks**
223:14
224:1,16
304:23

**Wes**
49:5,6,
10,13,20,
23 100:5,
8

**wholesale**
295:1

**windows**
319:3

**wing**
31:23
32:1

**wire**
293:22

**wired**
309:19

**wiring**
293:17
294:1

**wondering**
63:23
73:11,16
109:17
132:18
220:24

**word**
177:13
254:13
271:22

**words**
175:23

**work**
12:10

24:14
29:24
44:14
48:24
66:19
68:3
93:16
106:16,24
121:2,4,
5,9
132:22
135:11
136:7,9
137:11
170:8
175:17
176:1
188:5
189:13,20
197:25
198:6
199:14,17
202:16
204:3
222:11
226:3
239:2
241:9
250:4
253:16
265:9
268:23
299:2
313:10,23

**worked**
20:7,8,10
34:19
37:6
41:17
42:4,5,11
44:8 45:7
126:14
197:16
198:24

**worker**
148:14

189:20,21
194:20,24

**workers**
143:21
148:2,8,
11,17
194:10,
14,16

**workers'**
108:9,11

**working**
20:12
24:10
28:5
29:20
35:5
36:23,25
41:2,7
46:17
175:8,13,
16,21,25
180:9
183:21
199:6
203:7
219:15
231:6
238:17
241:19
251:20
265:7
298:21,22

**works**
183:20
189:20

**worse**
198:12

**wrap**
311:17

**write**
11:11
27:25
102:4

**writes**
85:3
272:3

**writing**
102:23

**wrong**
147:7
148:6

**wrote**
28:11
322:5

———————

Y

**year**
66:7
67:24
69:7,11,
13,14
70:23
81:10,17
82:1,8,
15,20,21
83:3,9,
16,22,24
84:11
120:11,
12,18,21
125:6,7,
14,18
128:19,24
129:1,2,
5,6,8,9,
14,15
139:25
140:3,6,
15 141:7
145:6
153:5
154:20
163:11,15
172:14,25
173:3,5,7
174:9,12,



20 175:10
176:8
179:9,11
180:1,4
212:13,18
213:25
215:7,11
230:25
231:23
232:2,5,
6,9,11,20
234:1,10
236:5
239:15,18
240:7
242:16
248:1,2,3
249:17
271:23
275:5,6,
8,10
288:17
304:2,4,9
308:4,9,
11,12,24
312:14
316:17
318:6

**yearbook**
318:11,
13,16

**yearly**
84:11
215:12

**years**
16:9 18:9
23:17
57:13,14
60:22
72:14,15,
16 73:2
111:22,23
129:21
130:5
132:23

141:15,
16,17,18
170:22
194:21
217:4,7
315:8,21
316:5,14,
22
320:18,21

**yellow**
73:14

**youth**
73:23

—————————

**Z**

—————————

**Zelphine**
219:15,
20,23
221:17
243:12,18

**Zoom**
331:22

